UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 2:10-md-02179 SECTION "J" |
| THIS DOCUMENT RELATES TO: Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER MAG. JUDGE WILKINSON |

**OBJECTION TO MAGISTRATE JUDGE'S
CLAIMS APPEAL DETERMINATION AND REASONS**

Claimants,[1] pursuant to 28 U.S.C. § 636, Rule 72 of the Federal Rules of Civil Procedure and this Court's Referral Order (Doc. 23602), make objection to the "Claims Appeal Determination and Reasons" (Doc. 23804) entered by the Magistrate Judge on January 4, 2018, in which the Magistrate Judge affirmed the decision of the Claims Administrator to deny recovery to the claimants under the Halliburton and Transocean settlements. As grounds for the objection, claimants would show that the Claims Administrator's denial of recovery to these claimants and his interpretations of PTO 60, the Settlement Agreements, and the Distribution Model with respect to the claims at issue were erroneous and that the Magistrate Judge erred in affirming the Claims Administrator's determinations. Those decisions should be overruled for at least the following reasons:

---

[1] The claimants bringing this objection are the menhaden fishermen referred to on page 2 of the Magistrate Judge's decision. The names of the 63 claimants and the redacted claim numbers are set out in an addendum to this objection.

1

1. Reliance on PTO 60 to deny the claim is contrary to the terms of the Settlement Agreements in adding requirements for recovery that are not contained therein;

2. The Claims Administrator and the Magistrate Judge erred in holding that compliance with PTO 60 was a prerequisite to compensation under the HESI and Transocean Settlement Agreements for these claimants (menhaden fishermen who were absent class members in a class action and not named plaintiffs in any action), because PTO 60 did not apply to these claimants and, in any event, PTO 60 did not cut off these claimants' economic damages claims against HESI and Transocean or exclude them from compensation under the Settlement Agreements.

3. Noncompliance with PTO 60 should be excused because the Court's notice procedures and the terms of PTO 60 did not give adequate notice to claimants that they had to comply in order to be entitled to recovery under the HESI/Transocean settlements, which were agreed to several months before PTO 60 was entered.

4. The exclusion of claimants based on the Distribution Model is inequitable and inconsistent with due process and equal protection in that, although the Claims Administrator purported to tie eligibility for compensation to maritime-law standing, he applied that criterion inconsistently and without a rational basis.

WHEREFORE, claimants ask the court to set aside the decisions of the Magistrate Judge and the Claims Administrator and remand the claims to the Claims Administrator with instructions to award compensation to the claimants in accordance with the schedule set out in the Distribution Model.

Respectfully Submitted,

s/ Michael D. Greer
MICHAEL D. GREER, MB# 5002
GREER, RUSSELL, DENT,
& LEATHERS, P.A.
P.O. BOX 907
TUPELO, MS 38802
662-842-5345
mgreer@greerlawfirm.com

JOHN G. WHEELER, MB# 8622
MICHAEL CHASE, MB# 5969
Mitchell, McNutt & Sams, P.A.
P.O. BOX 7120
TUPELO, MS  38802
662-842-3871
jwheeler@mitchellmcnutt.com
mchase@mitchellmcnutt.com

3

**ADDENDUM**

The claimants bringing this objection are 63 of the menhaden fishermen referred to on page 2 of the Magistrate Judge's decision. The names of the claimants and the redacted claim numbers are set out below:

| No. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | SUFFIX | CLAIMANT APPEAL NUMBER |
|---|---|---|---|---|
| 1 | Julius | Barbour | | 62A******* |
| 2 | Edward | Barnhill | Jr. | 937******* |
| 3 | Edward | Barnhill | Sr. | D79******* |
| 4 | Karen | Barnhill | | D26******* |
| 5 | Scott | Black | | 9FF******* |
| 6 | Cleve | Boatwright | | 4D4******* |
| 7 | Norwood | Cain | Sr. | D8F******* |
| 8 | Arthur | Coleman | | B40******* |
| 9 | Frank | Conley | | 224******* |
| 10 | Jerel | Conley | | EB2******* |
| 11 | Troy | Cornelius | Sr. | 583******* |
| 12 | Charles | Cowart | | 2B0******* |
| 13 | Randolph | Darna | III | AAE******* |
| 14 | Randolph | Darna | Jr. | 579******* |
| 15 | James | Dooley | | 8E6******* |
| 16 | Michael Shane | Dooley | | AB0******* |
| 17 | Allan | Dopirak | | D50******* |
| 18 | Bobby | Esfeller | | 95C******* |
| 19 | Ricky | Gomes | | 735******* |
| 20 | Benjamin | Hamilton | | D84******* |
| 21 | Richard | Harbison | Sr. | 44A******* |
| 22 | Richard | Harbison | Jr. | 751******* |
| 23 | Ernest | Harris | | 00A******* |
| 24 | Doran | Hoffman | | 868******* |
| 25 | James | Johns | | 648******* |
| 26 | Daryl | Johnson | | E7A******* |
| 27 | Rory | Johnson | | 9D6******* |
| 28 | Roy | Kibbe | | FD2******* |
| 29 | David | Krause | | 124******* |
| 30 | Michael | Krause | | E58******* |
| 31 | William | Ladnier | Sr. | 9C9******* |
| 32 | William | Ladnier | Jr. | 76A******* |

| | | | | |
|---|---|---|---|---|
| 33 | Richard | Lolly | | 640******* |
| 34 | Franklin | McCall | | AEA******* |
| 35 | Anthony | Moralis | | F43******* |
| 36 | Helton | Nelson | | 143******* |
| 37 | Lloyd | Nielson | | BD1******* |
| 38 | Destin | O'Brien | | 7C2******* |
| 39 | Thomas | O'Brien | | 598******* |
| 40 | James | Parker | III | A38******* |
| 41 | Jason | Parker | | C9D******* |
| 42 | Robert Chad | Paul | | 4D9******* |
| 43 | Charles | Porter | | F49******* |
| 44 | Ernest | Price | | 780******* |
| 45 | Justin | Sawyer | | 413******* |
| 46 | David | Simms | Sr. | F4C******* |
| 47 | Thomas | Smith | | 06D******* |
| 48 | James | Stewart | | 4B7******* |
| 49 | William | Stewart | | C0F******* |
| 50 | Donald | Stork | Sr. | B2D******* |
| 51 | Marion | Strange | | E8B******* |
| 52 | Richard | Turner | | A89******* |
| 53 | Cecil | Wainwright | Jr. | 78B******* |
| 54 | Derek | Wainwright | | 225******* |
| 55 | Jerry | Walker | | 874******* |
| 56 | Charles | Wallace | | 0FA******* |
| 57 | Clarence | Waters | III | A78******* |
| 58 | Travis | Wilkerson | | 811******* |
| 59 | Deloyd | Williamson | | 0C3******* |
| 60 | Martin | Young | IV | DF8******* |
| 61 | Dennis | Zirlott | | 6EF******* |
| 62 | Donald | Zirlott | | BEC******* |
| 63 | Simon | Zirlott | | 954******* |

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court through the Court's ECF system, which effected service on all necessary persons.

This, the 26th day of January, 2018.

s/ Michael D. Greer
MICHAEL D. GREER
