**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  OIL SPILL BY THE OIL** | § | **MDL NO. 2179** |
| **RIG "DEEPWATER HORIZON"** | § | |
| **IN THE GULF OF MEXICO,** | § | **SECTION:  J** |
| **ON APRIL 20, 2010** | § | |
| | § | **JUDGE BARBIER** |
| Relates to:  No. 12-970 | § | |
| | § | **MAG. JUDGE SHUSHAN** |
| | § | |

**TURNER INDUSTRIES GROUP, L.L.C.'S**
**SECOND MOTION FOR CONFIRMATION OF**
**SETTLEMENT RIGHTS AS A BEL CLAIMANT OR STATUS CONFERENCE**

NOW INTO COURT, through undersigned counsel, comes Turner Industries Group, L.L.C. ("Turner"), and respectfully files this Second Motion for Confirmation of Settlement Rights as a BEL Claimant or Status Conference, in support of its previously filed Motion to Confirm Settlement Rights as a BEL Claimant [R. Doc. No. 22755] and its Joint Motion for Status Conference [R. Doc. No. 23490].  Turner also appears to support the Fifth Motion by Boh Bros. Construction Company, L.L.C. ("Boh Bros.") for Aid in Consummation of Settlement Agreement, Status Conference and Related Relief [R. Doc. No. 23827].  Turner agrees with the legal arguments presented in Boh Bros.' Motion as set forth more fully in Turner's memorandum submitted in support of this Motion.

In accordance with the points addressed in its memorandum in support, Turner respectfully prays that this Honorable Court grant the relief prayed for in its pending Motion to Confirm Settlement Rights as a BEL Claimant [R. Doc. No. 22755] or its Joint Motion for Status Conference [R. Doc. No. 23490].

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

By:   */s/ Kerry J. Miller*
    **KERRY J. MILLER (#24562), T.A.**
    **ASHLEY E. ARNOLD (#37017)**
    201 St. Charles Avenue, Suite 3600
    New Orleans, LA 70170
    Telephone:    (504) 566-5200
    Facsimile:    (504) 566-8646
    Email:    kjmiller@bakerdonelson.com
    Email:    aarnold@bakerdonelson.com

    **ATTORNEYS FOR CLAIMANT,
    TURNER INDUSTRIES GROUP, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2018, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system.


    */s/ Kerry J. Miller*
    **KERRY J. MILLER**