UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG § <br> "DEEPWATER HORIZON" § <br> IN THE GULF OF MEXICO, § <br> ON APRIL 20, 2010 § <br> § <br> This Document Relates to: § <br> No. 12-970 § <br> § | | MDL NO. 2179 <br><br> SECTION:  J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

## PROPOSED ORDER

Considering the above and foregoing Second Motion for Confirmation of Settlement Rights as a BEL Claimant or Status Conference;

**IT IS HEREBY ORDERED** that defendant Turner Industries Group, LLC's ("Turner") Motion is GRANTED, providing the relief prayed for in Turner's pending Motion to Confirm Settlement Rights as a BEL Claimant [R. Doc. No. 22755] **or** its Joint Motion for Status Conference [R. Doc. No. 23490] is hereby granted.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE