IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | JUDGE BARBIER |
| Civ. Doc # 2:17-cv-16318, Claimant ID 100176090 | |
| BP Exploration & Production, Inc. | |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Claimant ID 100196090,, a Settlement Class Member in the *Deepwater Horizon* Economic and Property Damages Settlement As Amended on May 2, 2012 (Rec Doc. 6430) in the above captioned matter and bearing Claimant ID 100196090, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of the District Court denying Claimant's Request for Discretionary Review, related to Fortier Farm Claim ID 27191 entered in this action on the 2nd day of January, 2018.

Respectfully Submitted,

*/s /Christopher L. Coffin*
Christopher L. Coffin
Nicholas R Rockforte
Staley Baudin
1515 Poydras ST.

Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504)523-0699

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appeal has been served electronically via the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, to all counsel of record in these proceedings.

Plaquemine, Louisiana, this 29th day of January, 2018.

/s/Christopher L.Coffin
Christopher L. Coffin