UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater** | * | **MDL No. 2179** |
| **Horizon" in the Gulf of Mexico, on** | * | |
| **April 20, 2010** | * | **SECTION: J JUDGE** |
| | * | |
| **This Document Relates to:** | * | **BARBIER** |
| *Civil Action 2:13-cv-00582 and 2:13-cv-02964* | | |
| *on the Docket of the Eastern District of Louisiana* | | **MAG. JUDGE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**APPELLANTS' CORRECTED DESIGNATION OF RECORD ON APPEAL
IN THE FIFTH CIRCUIT CASE NO. 18-30008**

Respectfully submitted,

/s/ Heather F. Lindsay
HEATHER F. LINDSAY
(FBN 073441)
Lindsay & Lindsay, P.A.
5218 Willing Street
Milton FL 32570
850-623-3200 (T)
850-623-0104 (F)
hfl@lal-law.com

## Index of Relevant MDL 2179 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 569 | 10/19/2010 | PRETRIAL ORDER No. 11 (Case Management Order No.1): Instructions re filings and Deadlines are as set forth in document. Signed by Judge Carl Barbier on 10/19/10. (Attachments: #1 Exhibit A)(Reference: all cases)(sek,) (Entered: 10/19/2010) |
| 2:10-md-2179 | 983 | 01/12/2011 | PRETRIAL ORDER NO. 25 - Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1 - Bundle A Cases, #2 Exhibit 2 - Bundle C Cases, #3 Exhibit 3 - Short-Form Joinder, #4 Exhibit 4- Amended PPF)(Reference: all cases)(ijg,) (Entered: 01/12/2011) |
| 2:10-md02179 | 8314 | 01/23/2013 | **ERROR: FILED IN WRONG COURT** NOTICE by Plaintiff *of Limited Objection*. (Reference: All cases)(Lindsay, Heather) Modified on 1/24/2013 (gec, ). (Entered: 01/23/2013) |
| 2:10-md-2179 | 8378 | 01/24/2013 | **STAYED PER REC DOC 8379** CONDITIONAL TRANSFER ORDER (CTO-69) FROM THE MDL PANEL transferring case(s) to the Eastern District of LA to become part of MDL 2179, by Clerk MDL Panel. (Reference: ALL CASES)(gec, ) Modified on 1/28/2013 (gec, ). (Entered: 01/28/2013) |
| 2:10-md-2179 | 9093 | 04/01/2013 | TRANSFER ORDER FROM THE MDL PANEL transferring case(s) to the Eastern District of LA to become part of MDL 2179, by Clerk MDL Panel. (Reference: All Cases)(gec, ) (Entered: 04/02/2013) |
| 2:10-md-2179 | 9935 | 05/10/2013 | CONDITIONAL TRANSFER ORDER (CTO-76) FROM THE MDL PANEL transferring case(s) to the Eastern District of LA to become part of MDL 2179, by Clerk MDL Panel. (Reference: ALL CASES)(gec, ) (Entered: 05/15/2013) |
| 2:10-md-2179 | 22295 | 02/22/2017 | PRETRIAL ORDER NO. 63 (PTO 63): Regarding All Claims in the "B3" Pleading Bundle; Requiring B3 Plaintiffs to File a Complaint and/or Sworn Statement on or before April 12, 2017 as set forth in document. (Service instructions are also included in this order.) By |

| | | | |
|---|---|---|---|
| | | | May 10, 2017, BP shall provide in camera to the Court and PSC a list of all Plaintiffs who did not comply with this Order and whose claims are therefore subject to dismissal. For those B3 Plaintiffs deemed to be compliant with this Order, the Court will discuss procedures for addressing their claims at a hearing to be set by further Order of the Court. The Court hereby DISMISSES the Amended Master B3 Complaint and ORDERS the designated plaintiffs to act in compliance with this Order or face dismissal of their claims with prejudice without further notice. Signed by Judge Carl Barbier on 2/22/17. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: All Claims in Pleading Bundle B3)(sek) (Entered: 02/22/2017) |
| 2:10-md-2179 | 22644 | 04/12/2017 | MOTION for Relief from PTO 63 by Plaintiffs Represented by Lindsay & Lindsay, P.A. (Attachments: # 1 Memorandum in Support for relief from PTO 63)(Reference:13-2964)(Lindsay, Heather) Modified on 4/13/2017 (gec). (Entered: 04/12/2017) |
| 2:10-md-2179 | 22646 | 04/12/2017 | MOTION for Relief from PTO 63 by Plaintiffs Represented by Lindsay & Lindsay, P.A. (Attachments: # 1 Memorandum in Support Motion for Relief from PTO 63)(Reference: 13-582)(Lindsay, Heather) Modified on 4/13/2017 (gec). (Entered: 04/12/2017) |
| 2:10-md-2179 | 22724 | 04/17/2017 | ORDERED that Motions for Relief from PTO 63 (Rec. Docs. 22644 , 22646 ) are DENIED. However, it is FURTHER ORDERED that the plaintiffs in the referenced member cases are granted an extension up to and including May 3, 2017 to comply with PTO 63. Signed by Judge Carl Barbier. (Reference: 13-2964, 13-582)(gec) (Entered: 04/17/2017) |
| 2:10-md-2179 | 23046 | 07/18/2017 | ORDERED that the attorneys representing the Additional Clean-Up Responder Defendants shall coordinate, prepare, and file by July 31, 2017, a list of cases that they believe should be dismissed for the reasons stated in their June 5, 2017 e-mail 22926 . The list shall cross-reference the pre-PTO 63 cases with the respective post-PTO 63 individual complaints. Signed by Judge Carl Barbier.(Reference: All Cases In Pleading Bundle B3)(gec) (Entered: 07/18/2017) |

| | | | |
|---|---|---|---|
| 2:10-md-2179 | 23047 | 07/18/2017 | ORDER as to Compliance with Pretrial Order No. 63 22295 . It is ORDERED that the 960 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO 63. The B3 claims of the plaintiffs listed in EXHIBIT 1 are subject to further proceedings of this Court. It is FURTHER ORDERED that the 173 plaintiffs listed in EXHIBIT 2 are deemed to be non-compliant with PTO 63. The B3 claims of the plaintiffs listed in EXHIBIT 2 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that B3 claims that are not listed in EXHIBIT 1 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that BP shall mail or e-mail a copy of this Order and EXHIBITS 1 and 2 to any plaintiff listed in those exhibits who is not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: All Claims In Pleading Bundle B3)(gec) (Entered: 07/18/2017) |
| 2:10-md-2179 | 23087 | 07/28/2017 | MOTION to Alter Judgment re 23047 Order and for Other Relief Pursuant to Federal Rules of Civil Procedure 59(e) and 60 by Plaintiffs. (Attachments: # 1 Memorandum in Support)(Reference: 13-582, 13-2964)(Lindsay, Heather) Modified on 7/31/2017 (gec). (Entered: 07/28/2017) |
| 2:10-md-2179 | 23094 | 07/31/2017 | Response/Reply by Defendants ES&H, Inc., Team Labor Force, LLC, Shamrock Management, LLC, Falck Alford a/k/a Falck Alford Holding Company, Inc., Danos and Curole Staffing, LLC, T&M Boat Rentals, LLC, HEPACO, Inc., Moran Environmental Recovery, LLC, USA Labor, LLC, USA Environmental Services, Inc., Coastal Catering, LLC, Plant Performance Services, LLC, Fluor Enterprises, Inc to 23046 Order, Requesting Certain Additional Clean-Up Responder Defendants To Furnish List of B3 Cases They Believe Should Be Dismissed (Attachments: # 1 Exhibit "1", # 2 Exhibit "2")(Reference: All Cases In Pleading Bundle B3)(Gasperecz, Albert) Modified on 8/1/2017 (gec). (Entered: 07/31/2017) |
| 2:10-md-2179 | 23157 | 08/07/2017 | RESPONSE to Motion filed by Plant Performance Services, LLC, Fluor Enterprises, Inc. re 23087 MOTION to Alter Judgment re |

| | | | |
|---|---|---|---|
| | | | 23047 Order and for Other Relief Pursuant to Federal Rules of Civil Procedure 59(e) and 60. (Reference: 13-582, 13-2964)(Estevez, Anne Marie) Modified on 8/11/2017 (gec). (Entered: 08/07/2017) |
| 2:10-md-2179 | 23212 | 08/10/2017 | MOTION to Alter Judgment 23047 Order, As to Compliance with Pretrial Order No. 63, MOTION to Amend/Correct or for Other Relief by Plaintiff Steven Burke. (Attachments: # 1 Exhibit Notice of Entry of Judgment, # 2 Memorandum in Support Motion to Alter, Amend, Correct Judgment)(Reference: 13-2964)(Lindsay, Heather) Modified on 8/11/2017 (gec). (Entered: 08/10/2017) |
| 2:10-md-2179 | 23258 | 08/14/2017 | RESPONSE to Motion filed by Plant Performance Services, LLC, Fluor Enterprises, Inc. re 23212 MOTION to Alter Judgment 23047 Order, As to Compliance with Pretrial Order No. 63 MOTION to Amend/Correct or for Other Relief . (Reference: 13-2964)(Estevez, Anne Marie) Modified on 8/16/2017 (gec). (Entered: 08/14/2017) |
| 2:10-md-2179 | 23321 | 08/23/2017 | ORDER Calling for Responses to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order and PTO 64 Compliance Order. Regarding the PTO 63 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. IT IS FURTHER ORDERED that any other party who opposes a motion for reconsideration, etc., (e.g., Plaintiff Sergio Valdivieso and Plaintiff Michael Brandon Vickers) shall also file a response by Friday, September 8, 2017. Regarding the PTO 64 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. Regarding both the PTO 63 Compliance Order and the PTO 64 Compliance Order: No response may exceed 25 pages, double-spaced without leave of Court. Signed by Judge Carl Barbier. (Reference: All Remaining Cases in Pleading Bundle B1 and All Remaining Cases in Pleading Bundle B3) (gec) (Entered: 08/23/2017) |
| 2:10-md-2179 | 23368 | 09/07/2017 | ORDERED that the Motion for Hearing to Discuss Procedures for Addressing PTO 63 |

| | | | |
|---|---|---|---|
| | | | Compliant Claims (Rec. Doc. 23339 ) is DENIED at this time. Signed by Judge Carl Barbier. (Reference: B3 Claims)(gec) (Entered: 09/07/2017) |
| 2:10-md-2179 | 23378 | 09/08/2017 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company re Motions to Alter Judgment re 23047 Order ( 23087 , 23090 , 23212 ); Motion to Amend/Correct re 23047 Order ( 23213 ); Motions for Reconsideration re 23047 Order ( 23098 , 23109 , 23148 , 23149 , 23150 , 23151 , 23152 , 23153 , 23155 , 23156 , 23207 , 23260 , 23267 , 23268 , 23341 ); Motion for Reconsideration re 23051 Order ( 23371 ). (Attachments: # 1 Exhibit 1)(Reference: All Remaining Cases in Pleading Bundle B3)(Haycraft, Don) Modified on 9/11/2017 (gec). (Entered: 09/08/2017) |
| 2:10-md-2179 | 23379 | 09/08/2017 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company re Motions for Reconsideration re 23051 Order ( 23060 , 23085 , 23091 , 23254 , 23264 , 23265 , 23370 , 23371 , 23372 ); 23278 Motion to Amend/Correct 23051 Order . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Reference: All Remaining Cases in Pleading Bundle B1)(Haycraft, Don) Modified on 9/11/2017 (gec). (Additional attachment(s) added on 9/11/2017: # 4 SEALED Exhibit 1) (gec). (Entered: 09/08/2017) |
| 2:10-md-2179 | 23735 | 12/06/2017 | ORDER as to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order (Rec. Doc. 23047 ). It is ORDERED that Motions for Leave to Reply (Rec. Docs. 23443 , 23445 ) are GRANTED. It is FURTHER ORDERED that the following Motions for Reconsideration are GRANTED ( 23109 , 23148 , 23149 , 23150 , 23151 , 23152 , 23153 , 23155 , 23156 , 23260 , 23268 , 23207 ) and the PTO 63 Compliance Order (Rec. Doc. 23047 ) is hereby AMENDED such that the plaintiffs are deemed to be COMPLIANT with PTO 63 and their B3 claims are NOT dismissed. It is FURTHER ORDERED that the PTO 63 Compliance Order (Rec. Doc. 23047 ) is hereby AMENDED such that plaintiff Michael Brandon Vickers is deemed compliant |

| | | | |
|---|---|---|---|
| | | | with respect to 13-cv-00456 and 13-cv-00304. It is FURTHER ORDERED that the following Motions for Reconsideration of the PTO 63 Compliance Order are DENIED: 23087 , 23212 , 23090 , 23213 , 23098 , 23341 , 23267 , 23371 , 23393 , 23395 , 23396 , 23397 , 23399 . It is FURTHER ORDERED that the Motions for Leave of Court to Re-File Separate and Amending Petitions filed by Frank J. D'Amico, Jr. (Rec. Doc. 23438 , 23439 ) are DENIED. Regarding Rico O. McBride's Motion for Reconsideration (Rec. Doc. 23389 ), the Motion is GRANTED IN PART such that the PTO 63 Compliance Order is AMENDED to identify Rico O. McBride (No. 16-cv-15255) and The Queen Esther Commercial Fishing (No. 16-cv-15255) as COMPLIANT with PTO 63. The B3 claims of Rico McBride are NOT dismissed by the PTO 63 Compliance Order. In all other respects, including to the extent Rico McBride seeks reconsideration of the PTO 64 Compliance Order (Rec. Doc. 23051 ), the Motion (Rec. Doc. 23389 ) is DENIED. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Reference: Cases in the B3 Pleading Bundle)(gec) (Entered: 12/06/2017) |
| 2:10-md-2179 | 23801 | 01/04/2018 | NOTICE OF APPEAL by Plaintiffs Abood, et al as to 23735 Order on Motion for Reconsideration. (Filing fee $ 505, receipt number 053L-6580151.) (Reference: 13-2964)(Lindsay, Heather) Modified on 1/9/2018 (gec). (Entered: 01/04/2018) |
| 2:10-md-2179 | 23802 | 01/04/2018 | NOTICE OF APPEAL by Abney, et al as to 23735 Order on Motion for Reconsideration. (Filing fee $ 505, receipt number 053L-6580215.) (Reference: 13-582)(Lindsay, Heather) Modified on 1/9/2018 (gec). (Entered: 01/04/2018) |
| 2:10-md-2179 | 23819 | 01/09/2018 | AMENDED NOTICE OF APPEAL by Plaintiffs Abood, et al. (Reference: 13-2964)(Lindsay, Heather) Modified on 1/10/2018 (gec). (Entered: 01/09/2018) |
| 2:10-md-2179 | 23820 | 01/09/2018 | AMENDED NOTICE OF APPEAL by Plaintiffs Abney, et al. (Reference: 13-582)(Lindsay, Heather) Modified on 1/10/2018 (gec). (Entered: 01/09/2018) |

## Index of Relevant 2:13-cv-00582 Docket Entries

## MDL 2179

| Case No. | Doc. No. | Date Filed | Name of Document |
| --- | --- | --- | --- |
| 2:13-cv-00582 | 1 | 04/29/2013 | Case transferred in from Northern District of Florida (Pensacola); Case Number 3:13-24. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal w/ State Court Pleadings, # 2 Docket Sheet)(clm, ) (Entered: 05/03/2013) |
| 2:13-cv-00582 | 2 | 05/10/2013 | PRETRIAL ORDERS #1, #11, #12, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12, # 3 PTO#25, # 4 PTO#31, # 5 PTO#41 2nd Amended)(ADI, ) (Entered: 05/10/2013) |
| 2:13-cv-00582 | 3 | 06/07/2013 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013.(ADI, ) (Entered: 06/07/2013) |
| 2:13-cv-00582 | 4 | 08/03/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/03/2016) |

### Index of Relevant 2:13-cv-0002964 Docket Entries

**MDL 2179**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:13-cv-0002964 | 1 | 05/17/2013 | Case transferred in from Northern District of Florida (Pensacola); Case Number 3:13-284. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 NDFL complaint, # 2 NDFL docket sheet)(lag, ) (Entered: 06/20/2013) |
| 2:13-cv-0002964 | 2 | 06/25/2013 | PRETRIAL ORDERS #1, #11, #12, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12, # 3 PTO#25, # 4 PTO#31, # 5 PTO#41 2nd Amended)(ADI, ) (Entered: 06/25/2013) |
| 2:13-cv-0002964 | 3 | 06/26/2013 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013.(ADI, ) (Entered: 06/26/2013) |
| 2:13-cv-0002964 | 4 | 08/03/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/03/2016) |
| 2:13-cv-0002964 | 5 | 07/18/2017 | ORDERED that plaintiff Steven Burke's B3 Claims are DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (originally filed in 10md2179 |

**Index of Relevant Docket Entries Filed with the United States Judicial Panel on Multidistrict Litigation under MDL No. 2179 / FLN/3:13-cv-00024**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL No. 2179 / FLN/3:13-cv-00024 | 1203 (MDL No. 2179)<br><br>18 (FLN/3:13-cv-00024) | 02/12/2013 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH BRIEF IN SUPPORT (CTO-69) *re: pldg. (4 in FLN/3:13-cv-00024), ( 1186 in MDL No. 2179)* Filed by Plaintiffs(Attachments: # 1 Memorandum)<br><br>Associated Cases: MDL No. 2179, FLN/3:13-cv-00024 (LINDSAY, HEATHER) DELETED LIAISON COUNSEL FOR PLAINTIFF AND ADDED MDL LINK. Modified on 2/12/2013 (JG). (Entered: 02/12/2013) |
| MDL No. 2179 / FLN/3:13-cv-00024 | 1205 (MDL No. 2179)<br><br>20 (FLN/3:13-cv-00024) | 02/28/2013 | Joint RESPONSE IN OPPOSITION TO MOTION TO VACATE CTO *(re: pldg. (18 in FLN/3:13-cv-00024, 1203 in MDL No. 2179) )* (CTO-69) Filed by Defendants BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION INC, BP PLC, FLUOR ENTERPRISES INC, FLUOR ENTERPRISES, INC., O'BRIEN'S RESPONSE MANAGEMENT LLC, PLANT PERFORMANCE SERVICES LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Proof of Service)<br><br>Associated Cases: MDL No. 2179, FLN/3:13-cv-00024 (Langan, J.) DELETED WITH MEMORANDUM. Modified on 3/4/2013 (JG). (Entered: 02/28/2013) |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Appellants' Corrected Designation of Record has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 30th day of January, 2018.

/s/ Heather F. Lindsay

J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200
Andrew.langan@kirkland.com
*Attorney for Defendants BP*
*Exploration & Production Inc.,*
*BP America Production Company, and*
*BP PLC*

ANNE MARIE ESTEVEZ
  Florida Bar No. 991694
  Email: annemarie.estevez@morganlewis.com
JOSEPH D. MAGRISSO
  Florida Bar No. 105352
  Email: joseph.magrisso@morganlewis.com
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Telephone: (305) 415-3330
Fax No.: (877) 432-9652
*Attorneys for Defendants*
*PLANT PERFORMANCE SERVICES, LLC*
*and FLUOR ENTERPRISES, INC.*

Mr. Williams W. Blevins
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130
Telephone: 504-589-7650
Facsimile: 504-589-7697
*Clerk of Court, U.S. District Court, EDLA*

Don K. Haycraft
Devin C. Reid
LISKOW & LEWIS LLP
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dkhaycraft@liskow.com
dcreid@liskow.com