UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179**<br>**SECTION: J**<br>**JUDGE BARBIER** |
| **This Document Relates to:**<br>*Nos. 12-970, 15-4143, 15-4146, 15-4654* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court is an Objection (Rec. Doc. 23852) to the Magistrate Judge's Claims Appeal Determination and Reasons (Rec. Doc. 23804) concerning 63 claims that were denied payment from the Halliburton/Transocean Settlement Fund. Pursuant to this Court's Referral Order (Rec. Doc. 23602) and the agreement by Class Counsel, Transocean, and Halliburton (Rec. Doc. 22178), the Magistrate Judge's decision on any appeal from a Claims Administrator's determination involving the amount of any payment to any individual claimant (other than a determination that a claimant is not entitled to any payment due to a failure to meet the class definition) shall be final and binding, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit. Although the Claims Administrator and the Magistrate Judge determined that the instant claims are not eligible for payment, those determinations were not due to a failure to meet the class definition. Therefore, the Magistrate Judge's ruling is final and binding and may not be appealed to the District Judge or any other court. Accordingly,

IT IS ORDERED that the Objection to Magistrate Judge's Claims Appeal Determination and Reasons (Rec. Doc. 23852) is OVERRULED.

New Orleans, Louisiana, this 31st day of January, 2018.

_____
United States District Judge