UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 <br> 2:10-md-02179 <br> SECTION "J" |
| THIS DOCUMENT RELATES TO: <br> Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

**MOTION TO EXTEND DEADLINE TO APPEAL
CLAIMS APPEAL DETERMINATION AND REASONS**

The 63 claimants[1] under the Halliburton and Transocean settlements who filed an objection (Doc. no. 23852) to the "Claims Appeal Determination and Reasons" (Doc. no. 23804) entered by the Magistrate Judge on January 4, 2018 now move the Court, pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure, to extend the deadline to file a notice of appeal to the Court of Appeals from the Magistrate Judge's decision, and in support of the motion state as follows.

1. As set out in the claimants' brief in support of their objection (Doc. no. 23853), it was not crystal clear from the terms of the Referral Order that the Magistrate Judge's decision was subject to objection to the District Judge under F.R.Civ.P. 72, since the referral order provided that at least some decisions of the Magistrate Judge on appeals from claims determinations would be "final and binding." If the instant decision were not subject to review by the District Judge, then the claimants' recourse would be an appeal to the Court of Appeals pursuant to F.R.Civ.P. 73(c). The deadline for such an appeal would be February 5, 2018.

---
[1] The names of the claimants and the redacted claim numbers are set out in an addendum to this motion.

1

2. Claimants are seeking review by the District Judge if permitted by the Referral Order and do not wish to divest the District Court of jurisdiction of this matter by filing a notice of appeal to the Court of Appeals.  However, claimants are concerned that they could lose their right of appeal if they await a ruling from the District Court before filing a notice of appeal and if the Court were to determine that the Referral Order does not permit the objection to the District Judge and such ruling came after February 5, 2018.

3. Conversely, if the claimants proceed with filing a notice of appeal prior to a ruling from the District Judge, they risk having the Court of Appeals dismiss the appeal if that Court determines that the Magistrate Judge's decision was subject to objection under Rule 72 and the matter thus was not ripe for appeal.

4. Under these circumstances, the interests of justice, judicial economy, and expeditiousness would be greatly served if the Court were to grant an extension of the time to appeal pursuant to F.R.A.P. 4(a)(5).  Such an extension would allow the claimants to await a ruling from the District Judge on the objection (either a threshold ruling on reviewability or a ruling on the merits) without risking loss of the right to appeal or an inordinate delay in resolution of the matter.

WHEREFORE, the claimants ask the court to grant an extension of 30 days from the current deadline within which to file a notice of appeal to the Court of Appeals from the Magistrate Judge's decision.

Respectfully Submitted,

s/ Michael D. Greer
MICHAEL D. GREER, MB# 5002
GREER, RUSSELL, DENT,
& LEATHERS, P.A.
P.O. BOX 907
TUPELO, MS 38802
662-842-5345
mgreer@greerlawfirm.com

JOHN G. WHEELER, MB# 8622<br>
MICHAEL CHASE, MB# 5969<br>
Mitchell, McNutt & Sams, P.A.<br>
P.O. BOX 7120<br>
TUPELO, MS  38802<br>
662-842-3871<br>
jwheeler@mitchellmcnutt.com<br>
mchase@mitchellmcnutt.com

## ADDENDUM

The claimants bringing this motion are 63 of the menhaden fishermen referred to on page 2 of the "Claims Appeal Determination and Reasons" (Doc. no. 23804) entered by the Magistrate Judge on January 4, 2018.  The names of the claimants and the redacted claim numbers are set out below:

| No. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | SUFFIX | CLAIMANT APPEAL NUMBER |
|---|---|---|---|---|
| 1 | Julius | Barbour | | 62A******* |
| 2 | Edward | Barnhill | Jr. | 937******* |
| 3 | Edward | Barnhill | Sr. | D79******* |
| 4 | Karen | Barnhill | | D26******* |
| 5 | Scott | Black | | 9FF******* |
| 6 | Cleve | Boatwright | | 4D4******* |
| 7 | Norwood | Cain | Sr. | D8F******* |
| 8 | Arthur | Coleman | | B40******* |
| 9 | Frank | Conley | | 224******* |
| 10 | Jerel | Conley | | EB2******* |
| 11 | Troy | Cornelius | Sr. | 583******* |
| 12 | Charles | Cowart | | 2B0******* |
| 13 | Randolph | Darna | III | AAE******* |
| 14 | Randolph | Darna | Jr. | 579******* |
| 15 | James | Dooley | | 8E6******* |
| 16 | Michael Shane | Dooley | | AB0******* |
| 17 | Allan | Dopirak | | D50******* |
| 18 | Bobby | Esfeller | | 95C******* |
| 19 | Ricky | Gomes | | 735******* |
| 20 | Benjamin | Hamilton | | D84******* |
| 21 | Richard | Harbison | Sr. | 44A******* |
| 22 | Richard | Harbison | Jr. | 751******* |

| | | | | |
|---|---|---|---|---|
| 23 | Ernest | Harris | | 00A******* |
| 24 | Doran | Hoffman | | 868******* |
| 25 | James | Johns | | 648******* |
| 26 | Daryl | Johnson | | E7A******* |
| 27 | Rory | Johnson | | 9D6******* |
| 28 | Roy | Kibbe | | FD2******* |
| 29 | David | Krause | | 124******* |
| 30 | Michael | Krause | | E58******* |
| 31 | William | Ladnier | Sr. | 9C9******* |
| 32 | William | Ladnier | Jr. | 76A******* |
| 33 | Richard | Lolly | | 640******* |
| 34 | Franklin | McCall | | AEA******* |
| 35 | Anthony | Moralis | | F43******* |
| 36 | Helton | Nelson | | 143******* |
| 37 | Lloyd | Nielson | | BD1******* |
| 38 | Destin | O'Brien | | 7C2******* |
| 39 | Thomas | O'Brien | | 598******* |
| 40 | James | Parker | III | A38******* |
| 41 | Jason | Parker | | C9D******* |
| 42 | Robert Chad | Paul | | 4D9******* |
| 43 | Charles | Porter | | F49******* |
| 44 | Ernest | Price | | 780******* |
| 45 | Justin | Sawyer | | 413******* |
| 46 | David | Simms | Sr. | F4C******* |
| 47 | Thomas | Smith | | 06D******* |
| 48 | James | Stewart | | 4B7******* |
| 49 | William | Stewart | | C0F******* |
| 50 | Donald | Stork | Sr. | B2D******* |
| 51 | Marion | Strange | | E8B******* |
| 52 | Richard | Turner | | A89******* |
| 53 | Cecil | Wainwright | Jr. | 78B******* |
| 54 | Derek | Wainwright | | 225******* |
| 55 | Jerry | Walker | | 874******* |
| 56 | Charles | Wallace | | 0FA******* |
| 57 | Clarence | Waters | III | A78******* |
| 58 | Travis | Wilkerson | | 811******* |
| 59 | Deloyd | Williamson | | 0C3******* |
| 60 | Martin | Young | IV | DF8******* |
| 61 | Dennis | Zirlott | | 6EF******* |
| 62 | Donald | Zirlott | | BEC******* |
| 63 | Simon | Zirlott | | 954******* |

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of January, 2017.

               s/ Michael D. Greer
                MICHAEL D. GREER