UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br>2:10-md-02179<br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**ORDER ON MOTION TO EXTEND DEADLINE TO APPEAL
CLAIMS APPEAL DETERMINATION AND REASONS**

Before the court is a motion jointly filed by certain claimants under the Halliburton and Transocean settlements who filed an objection (Doc. no. 23852) to the "Claims Appeal Determination and Reasons" (Doc. no. 23804) entered by the Magistrate Judge on January 4, 2018. The motion requests an extension of the deadline to file a notice of appeal under F.R.A.P 4 to pursue an appeal to the Court of Appeals from the Magistrate Judge's decision. Having duly considered the motion, the court is of the opinion that the requested extension will serve the interests of justice. Therefore, the court concludes that the motion is well taken and should be granted. Accordingly, it is

ORDERED that the deadline to file a notice of appeal from the above-referenced "Claims Appeal Determination and Reasons" entered by the Magistrate Judge is extended by 30 days from the current deadline.

SO ORDERED, this, the _____ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE