IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Civil Action Nos. 12-970; 15-4143; 15-4146 and | * | |
| 15-4654 | * | |

### PLAINTIFF BILLY NGHIEM MOTION FOR RECONSIDERATION AND NEW TRIAL UNDER FEDERAL RULES OF CIVIL PROCEDURE RULES 60(b) and 59

COMES NOW, Plaintiff files this Motion to Reconsider and Motion for New Trial under Federal Rule of Civil Procedure , 60(b) and 59 of the "Claims Appeal Determination and Reasons" (Doc. 23805) entered by the Magistrate Judge on January 4, 2018, in which the Magistrate Judge affirmed the decision of the Claims Administration to deny recovery to plaintiff, Billy Nghiem under the Halliburton and Transocean settlements.

### I.

Claimant, Billy Nghiem, DHECC Claimant ID 100030903, submitted shrimp boat owner and captain claims through his attorney Brent Coon & Associates and was awarded the correct compensation for these claims.  In addition, he submitted his own pro-se subsistence claims.  Unfortunately, he did not respond to requests for additional documentation concerning the subsistence claim. As a direct result of his failing to file this paperwork, his subsistence claim was deemed to be fraudulent.  There is no indication that his subsistence claim (or any of his other claims) were actually fraudulent.  However, this finding by the DHECC has resulted in his not receiving his Seafood Supplemental and Residual Payments, as well as a denial of his right to participate in the Halliburton/Transocean Punitive Damages Settlement.

1

## PRAYER

Plaintiff seeks to have his claim with the Halliburton/Transocean New Class fully reinstated and for any other relief to which he may show himself to be entitled. Additionally, Plaintiff seeks to have the denial of his claim as fraudulent reversed and for his claims for Seafood Supplemental and Residual payments to be made promptly and for any other relief to which he may show himself to be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Easter District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, in this 1st day of February, 2018.

Respectfully submitted,

/s/ Brent W. Coon