IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Civil Action Nos. 12-970; 15-4143; 15-4146 and | * | |
| 15-4654 | * | |

**PLAINTIFF BILLY NGHIEM MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION AND NEW TRIAL UNDER FEDERAL RULES OF CIVIL PROCEDURE RULES 60(b) and 59**

### I.  MOTION FOR NEW TRIAL AND MOTION FOR RECONSIDERATION

Claimant, Billy Nghiem, DHECC Claimant ID 100030903, submitted shrimp boat owner and captain claims through his attorney Brent Coon & Associates and was awarded the correct compensation for these claims. In addition, he submitted his own pro-se subsistence claims. Unfortunately, he did not respond to requests for additional documentation concerning the subsistence claim.[1] As a result, his subsistence claim was ultimately deemed to be fraudulent. There is no indication that his subsistence claim (or any of his other claims) were actually fraudulent. Instead, the overzealous policies of the DHECC FWA department were allowed to deem the entire claim fraudulent simply because he failed to send in additional documentation that they requested. As a result, Billy Nghiem was improperly denied his supplemental and residual seafood payments. He is now being denied his right to participate in the Halliburton/Transocean New Class Settlement.

### CLAIM HISTORY

---

[1] It is unclear if this is because he never received the request due a typo in his address, or if he did not understand that failing to respond to the subsistence claim requests could potentially prejudice his other claims, including any potential claims against Halliburton/Transocean.

1

Claimant, Billy Nghiem, DHECC Claimant ID 100030903, submitted a claim through his attorney Brent Coon & Associates and was awarded $537,419.91 as a Shrimp Boat Owner and $266,289.21 as a Shrimp Boat Captain. (See attached Exhibit's A and B). Additionally, Claimant, Billy Nghiem submitted a pro-se subsistence claim to the DHECC on or about March 26, 2013.  (See Exhibit C). Billy Nghiem is a Vietnamese Shrimp Boat Owner and somehow the address entered onto the Subsistence claim form was listed as 108 Bending Book Ln. Dickson, TX 77759 instead of 108 Bending Book Ln. Dickinson, TX. Although numerous notices were issued requesting additional documentation on the FWA claim, it is unclear whether he actually received them. (See Exhibit D, E, F, and G).  On or about September, 15, 2015 the DHECC issued a Notice of FWA Claim Denial which effectively deemed his claim to be fraudulent. (See Exhibit H.)  The Notice of FWA Claim Daniel explicitly states that the denial was based on the claimants failure to respond to a document request under Policy 488. As a result of this closure his Seafood Supplement Distribution Claim was closed on or about November, 1, 2015. (See Exhibit I).

Plaintiff submitted his Claim to the Transocean/Halliburton New Class and was assigned claim No. 321E7ADF1F.  His claim was denied and an appeal was filed.  The Appeal was denied on October 6, 2017.  The Magistrate Judge issued a Claims Appeal Determination and Reasons [Halliburton and Transocean Settlement] ("Magistrate Determination") on January 4, 2018. (Exhibit J.)

## ARGUMENT

The Settlement Agreement that was preliminarily approved by the Court on May 2, 2012 states in section 4.3.7 that:

The Settlement Program, including the Claims Administrator and Claims Administration Vendors, shall work with Economic Class Members (including individual Economic Class Members' counsel and Class Counsel) to facilitate Economic Class Members' assembly and submission of Claims Forms, including all supporting

documentation necessary to process Claim Forms under the applicable Claims Processes. The Settlement Program, including the Claims Administrator and Claims Administration Vendors, **shall use its best efforts to provide Economic Class Members with assistance, information, opportunities and notice so that the Economic Class Member has the best opportunity to be determined eligible** for and receive the Settlement Payment(s) to which the Economic Class Member is entitled under the terms of the Agreement. **(emphasis added) (Rec. Doc. 6430)**

The Fraud, Waste, and Abuse Division of the DHECC was still required to abide by this standard. While the subsistence claim itself likely should have been denied because the claimant failed to provide the information they requested, that denial should not ripple through the remainder of the claimants valid and properly substantiated claims. In fact, the DHECC ultimately recognized this issue and eventually allowed for a policy to withdraw subsistence claims to avoid holding up other claims, such as Seafood Compensation Fund Claims. The failure of the DHECC to live up to the express language of the settlement agreement is a breach of that agreement and violates due process.

The Magistrate Determination relies heavily on the doctrine of unclean hands. The only unclean hands that Billy Nghiem hands are the grime that has seeped into his skin after decades of fishing for shrimp in the Gulf Coast. There is absolutely no indication that he committed any fraud with regard to any of his claims that was filed with the DHECC. The FWA division of the simply deemed him a fraud when he did not comply with the document request. His hands were not unclean in the since that he did something wrong the merits the punishment of losing out on substantial sums of money.

In fact, the Magistrate Determination specifically points out the importance of equity in this situation. Equity demands that this client a much less severe punishment for a shrimper who speaks poor English losing out all of the normal remedies afforded under the DHECC and the HESI/Transocean Settlement, simply for failing to return a document.

## CONCLUSION

Plaintiff seeks to have his claim with the Halliburton/Transocean New Class fully reinstated. Additionally, Plaintiff seeks to have the denial of his claim as fraudulent reversed and for his claims for Seafood Supplemental and Residual payments to be made promptly.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Easter District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, in this 1st day of February, 2018.

Respectfully submitted,

/s/ Brent W. Coon