

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF DOCUMENT INVESTIGATION PROCESS
### DATE OF NOTICE: March 6, 2015

### I. CLAIMANT INFORMATION

| Claimant Name | Last NGHIEM | First BILLY | Middle |
|---|---|---|---|
| Claimant ID | 100030903 | | |
| Law Firm | Brent Coon & Associates | | |

### II. EXPLANATION OF DOCUMENT INVESTIGATION PROCESS

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to all your claim(s). We have received the Claim Form(s) you submitted in the Settlement Program. After reviewing the documents and information that you provided to us, we have determined that we must do some further investigation of the facts relating to your materials. We cannot send you notice of the outcome of your claim(s) or pay your claim(s) until we conclude the verification process. You and some of the persons involved in your claim(s) may have received, or may receive in the future, requests for information or requests for authorization for the Settlement Program to obtain information from third parties. If we have to request information from third parties, that may delay processing of your claim(s). If you received prior communication from us regarding your claim(s), you need to provide any information previously requested, if not done already. We request your full and timely cooperation with these requests to permit us to complete our review.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claims or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizonsettlements.com**.

### IV. SUMMARY OF SUBMITTED CLAIMS

We received one or more Claim Forms from you and this chart summarizes the status of those claims as of the date of this Notice.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Seafood Compensation Program | 42557 | Payment Received |
| 2. | Seafood Compensation Program | 52177 | Payment Received |
| 3. | Seafood Supplemental Distribution Claim | 329527 | Notice Issued After Review: Delayed Eligibility in Supplemental Seafood Distribution. |
| 4. | Subsistence | 174185 | Notice Issued After Follow-Up Review: Claim Incomplete |



PLAINTIFF'S
EXHIBIT