

# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## SECOND NOTICE REGARDING REQUEST FOR DOCUMENT VERIFICATION
### DATE OF NOTICE: May 6, 2015
### DEADLINE FOR RESPONSE: June 10, 2015

### I. CLAIMANT INFORMATION

| Claimant Name | Last: NGHIEM | First: BILLY | Middle: |
|---|---|---|---|
| **Claimant ID** | 100030903 | | |
| **Law Firm** | Brent Coon & Associates | | |

### II. EXPLANATION OF INSUFFICIENT INFORMATION AND DOCUMENTATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to all your claim(s). On April 2, 2015, we sent you a Notice of Request for Document Verification ("Notice") requesting additional information that we need to process your claim(s). At least 30 days have passed since we sent you that Notice and you either failed to respond timely to our request or you did not provide all the information requested. If you received prior communication from us regarding your claim(s), you need to provide any information previously requested, if not done already. You must also submit the following required documents and/or information no later than the Deadline for Response listed at the top of this Notice so that we may evaluate or pay your claim(s).

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | Claimant Sworn Written Statement (SWS-46) identifying the goods or services you received in exchange for the Seafood or Game you bartered, the location of your bartering activity, and the frequency in which you visited this location to barter (weekly, monthly, yearly, etc.). | We cannot determine your bartering activity, goods or services you received in exchange for the Seafood or Game you bartered, and the frequency in which you bartered. You Must submit a Sworn Written Statement (SWS-46). To get the Sworn Written Statement (SWS-46), go to www.deepwaterhorizoneconomicsettlement.com, click on "Sworn Written Statements and Authorizations," find SWS-46 and follow the instructions for completion and submission. |

### III. YOUR OPTIONS AFTER THIS NOTICE

You must timely submit the required documents or information by one of the methods described in Section V of this Notice. If you do not provide a complete response to this Notice by the deadline indicated above, we will follow up with you via notice regarding the requested documents or information. Please note that if you repeatedly fail to submit complete responses by the deadlines indicated on our notices, we may suspend, deny, and close your claim(s). For a complete list of documents required to support your claim(s), go to **www.deepwaterhorizoneconomicsettlement.com** and review the Instructions Booklet for your claim type(s).

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

### V. HOW TO RESPOND TO THIS NOTICE

**PLAINTIFF'S EXHIBIT F**

Submit your additional documents online by uploading them to your DWH Portal on or before your response deadline. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| **By Mail**<br>(Postmarked no later than your Response deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Response deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Response deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Response deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Response deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Response deadline) | You may take the required information or documents to a Claimant Assistance Center. |

## VI. SUMMARY OF SUBMITTED CLAIMS

We received one or more Claim Forms from you and this chart summarizes the status of those claims as of the date of this Notice.

|   | **Claim Type** | **Claim ID** | **Claim Status** |
|---|---|---|---|
| 1. | Seafood Compensation Program | 42557 | Payment Received |
| 2. | Seafood Compensation Program | 52177 | Payment Received |
| 3. | Subsistence | 174185 | Notice Issued After Follow-Up Review: Claim Incomplete |
| 4. | Seafood Supplemental Distribution Claim | 329527 | Notice Issued After Review: Delayed Eligibility in Supplemental Seafood Distribution. |