

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLAIM SUSPENSION
## REGARDING SECOND REQUEST FOR DOCUMENT VERIFICATION
**DATE OF NOTICE:** June 12, 2015
**DEADLINE FOR RESPONSE:** July 13, 2015

### I. CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>NGHIEM | First<br>BILLY | Middle |
| **Claimant ID** | 100030903 | | |
| **Law Firm** | Brent Coon & Associates | | |

### II. EXPLANATION OF CLAIM SUSPENSION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to all your claim(s). On May 6, 2015, we sent you a Second Notice of Request for Document Verification ("Notice") requesting additional information that we need to process your claim(s). At least 30 days have passed since we sent you that Notice, and you either failed to respond timely or you did not provide all requested documents and/or information. Because this information is required under the Economic and Property Damages Settlement Agreement ("Settlement Agreement"), we have suspended your claim(s). In order to lift the suspension(s), you must submit the documents and/or information listed below by the Deadline for Response listed at the top of this Notice.

| | WHAT YOU NEEDED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | Claimant Sworn Written Statement (SWS-46) identifying the goods or services you received in exchange for the Seafood or Game you bartered, the location of your bartering activity, and the frequency in which you visited this location to barter (weekly, monthly, yearly, etc.). | We cannot determine your bartering activity, goods or services you received in exchange for the Seafood or Game you bartered, and the frequency in which you bartered. You Must submit a Sworn Written Statement (SWS-46). To get the Sworn Written Statement (SWS-46), go to www.deepwaterhorizoneconomicsettlement.com, click on "Sworn Written Statements and Authorizations," find SWS-46 and follow the instructions for completion and submission. |

If you do not provide the requested documents and/or information by the deadline, your claim(s) will be closed and denied pursuant to Policy 488. Please note that if one of your claims is ultimately closed and denied because of your persistence in failing or refusing to cooperate, Policy 488 also mandates that any other claims you have filed with the Settlement Program will be closed and denied without further recourse and that you may not file any additional claims with the Settlement Program.

### III. YOUR OPTIONS AFTER THIS NOTICE

You must timely submit the requested documents and/or information by one of the methods described in Section V of this Notice. If you do not provide a complete response to this Notice by the deadline indicated above, we will deny and close your claim(s). Should your claim(s) be denied in accordance with Policy 488, you will have the right to request reconsideration and appeal on the limited issue of your compliance with this policy. For a complete list of documents required to support your claim(s), go to **www.deepwaterhorizoneconomicsettlement.com** and review the Instructions Booklet for your claim type(s).



PLAINTIFF'S EXHIBIT G

## IV. HOW TO CONTACT US WITH QUESTIONS

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

## V. HOW TO RESPOND TO THIS NOTICE

Submit your additional documents online by uploading them to your DWH Portal on or before your response deadline. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** | (888) 524-1583 |
| **By Email** | ClaimForms@deepwaterhorizoneconomicsettlement.com |

## VI. SUMMARY OF SUBMITTED CLAIMS

We received one or more Claim Forms from you and this chart summarizes the status of those claims as of the date of this Notice.

| | **Claim Type** | **Claim ID** | **Claim Status** |
|---|---|---|---|
| 1. | Seafood Compensation Program | 42557 | Payment Received |
| 2. | Seafood Compensation Program | 52177 | Payment Received |
| 3. | Subsistence | 174185 | Notice Issued After Follow-Up Review: Claim Incomplete |
| 4. | Seafood Supplemental Distribution Claim | 329527 | Notice Issued After Review: Delayed Eligibility in Supplemental Seafood Distribution. |