

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0458538304

BILLY NGHIEM
C/O: BILLY NGHIEM
108 BENDING BOOK LN.
DICKSON, TX 77539





**DEEPWATER HORIZON**
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF FWA CLAIM DENIAL
### DATE OF NOTICE: September 15, 2015
### DEADLINE FOR RECONSIDERATION REQUEST: October 15, 2015

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/ Name of Business<br>NGHIEM | First<br>BILLY | Middle |
| **Claimant ID** | 100030903 | **Claim ID** | 174185 |
| **Claim Type** | Subsistence | | |

### II. EXPLANATION OF CLAIM DENIAL

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We have reviewed your claim and we are denying your claim under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") for the following reason(s):

**1.** **Noncompliance with FWA**

The claim is denied pursuant to Policy 488 because the claimant, Billy Nghiem, has failed to comply with requests for information from the FWA. On 4/02/2015, the claimant was issued a Notice of Request for Documentation Verification. The claimant failed to respond to this notification. On 5/07/2015, a second Notice Regarding Request for Documentation Verification was issued. The claimant failed to respond to this request. On 6/12/2015, the claimant was issued a Notice of Claim Suspension that instructed the claimant to take affirmative steps to comply with FWA requests within 30 days, failing which, all of the claimant's claims would be closed with finality pursuant to Policy 488. The claimant subsequently failed to respond to the Notice of Claim Suspension within the allotted time. Accordingly, this claim is now denied for failure to comply with FWA pursuant to Policy 488.

### III. YOUR OPTIONS AFTER THIS NOTICE

Because your claim is denied, you do not have the option to resubmit your claim to the Settlement Program. You do have the option to submit your claim for Reconsideration and, if your denial is not overturned on Reconsideration, you may have the option to file an Appeal in accordance with your rights under the Settlement Agreement. **If you accept an FWA Denial Notice, or if you do not timely request Reconsideration, your claim will be closed with finality and you will have no further recourse.**

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-866-992-6174 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

## V. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more Claim Forms from you and this chart summarizes the status of those claims as of the date of this Notice. **Please note that if one of your claims is closed with finality following your receipt of an FWA Denial Notice, Policy 489 mandates that any other pending claims that you have filed with the Settlement Program will also be closed, and you will have no further recourse.**

|    | Claim Type | Claim ID | Claim Status |
|----|------------|----------|--------------|
| 1. | Seafood Compensation Program | 42557 | Payment Received |
| 2. | Seafood Compensation Program | 52177 | Payment Received |
| 3. | Seafood Supplemental Distribution Claim | 329527 | Notice Issued After Review: Delayed Eligibility in Supplemental Seafood Distribution. |

# FWA REQUEST FOR RECONSIDERATION FORM
## DATE OF FWA CLAIM DENIAL NOTICE: September 15, 2015
## DEADLINE TO SUBMIT FORM: October 15, 2015

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/ Name of Business<br>NGHIEM | First<br>BILLY | Middle |
|---|---|---|---|
| **Claimant ID** | 100030903 | **Claim ID** | 174185 |
| **Claim Type** | Subsistence | | |

## II. REQUEST FOR RECONSIDERATION OF CLAIM

By submitting this form you are requesting Reconsideration and you are certifying that you understand that your claim could remain denied. **We will not consider any new documentation during the Reconsideration Review.** You have the option to explain the reason for Reconsideration and provide comments below.

Explain (You may attach additional sheets if necessary):

## III. HOW TO SUBMIT THIS NOTICE

Submit your **FWA Request for Reconsideration Form** online by uploading them to the DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways on or before your Reconsideration deadline:

| **By Mail**<br>(Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>C/O Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |