

# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

- Home
- News and Developments
- Firm Administration
- Download Files
- Claimant Activity
- Reporting
- Notices
- Forms
- Payments
- Change Password / Email
- Log Off

## Claimant Details

<< Back

### Claimant Information

| | |
|---|---|
| Claimant ID: 100030903 | Name: NGHIEM, BILLY |
| GCCF Claimant ID: 1056591 | Business: Billy Nghiem DBA M/V Golden Star II |
| Taxpayer Type: Individual With Business | Address: 108 Bending Book Ln. |
| SSN/EIN: *****6567 | Dickson TX 77539 |
| Represented By: Multiple Representation | Preferred Language: English |
| Portal User: N/A | |

### Claimant Activity

| Status | Event Date | Response Deadline | Events/Notices |
|---|---|---|---|
| 180-Day Deadline to File All Claims Expired - No Further Claims Permitted | 07/01/2013 | | Events / Notices |

### Claim Types

| Claim ID | Claim Type | Details | Status | Event Date | Response Deadline | Events / Notices |
|---|---|---|---|---|---|---|
| 42557 | Seafood Compensation Program | Shrimp GOLDEN STAR II | Payment Received | 01/24/2013 | | Events / Notices |
| 52177 | Seafood Compensation Program | Shrimp | Payment Received | 12/31/2012 | | Events / Notices |
| 329527 | Seafood Supplemental Distribution Claim | | Claim closed | 11/01/2015 | | Events / Notices |
| 427790 | 6% Refund | | Payment Received | 03/18/2016 | | Events / Notices |



PLAINTIFF'S EXHIBIT