UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** *Nos. 12-970, 15-4143, 15-4146, 15-4654* | * * | **MAG. JUDGE WILKINSON** |

**ORDER**

Before the Court is a Motion to Extend Deadline to Appeal Claims Appeal Determination and Reasons. (Rec. Doc. 23874)

Movers contend that the deadline for filing a notice of appeal is February 5. Movers request an extension because, in their view, it would allow them "to await a ruling from the District Judge on [their previously-filed] objection [to the Magistrate Judge's Claims Appeal Determination and Reasons] . . . without risking loss of the right to appeal or an inordinate delay in resolution of the matter." A few hours before Movers filed the instant Motion to Extend Deadline, the Court issued an Order overruling Movers' previously-filed objection because "the Magistrate Judge's ruling is final and binding and may not be appealed to the District Judge or any other court." (Rec. Doc. 23873) Accordingly,

IT IS ORDERED that the Motion to Extend Deadline to Appeal Claims Appeal Determination and Reasons (Rec. Doc. 23874) is DENIED.

New Orleans, Louisiana, this 1st day of February, 2018.

_____
United States District Judge