# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | |
| | * | |
| | * | SECTION J |
| | * | |
| | * | |
| Applies to: No. 16-cv-06333 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge WILKINSON |

## POST-REMAND ORDER

On January 24, 2018, the United States Court of Appeals for the Fifth Circuit remanded to this Court the referenced member case, which had been on appeal.  *See* Fifth Cir. Dkt. 17-30505, Doc. # 00514320468.  The Fifth Circuit did so after being fully apprised of this Court's Indicative Ruling Order on January 11, 2018 (Rec. Doc. 23826) that granted the January 9, 2018 Joint Motion for (1) A Rule 62.1 Indicative Ruling and (2) Future Rule 60(b) Relief as jointly filed by Plaintiff Henry "Larry" Perry; Defendants BP Exploration & Production Inc., BP America Production Co., and BP p.l.c. (collectively, "BP"); Defendant Halliburton Energy Services, Inc. ("Halliburton"); and Defendants Transocean Offshore Deepwater Drilling, Inc. and Transocean Holdings, LLC (collectively, "Transocean").  The parties have now all jointly complied with paragraph (4) of this Court's January 11, 2018 Order.

Accordingly, having reacquired jurisdiction over the case following the Fifth Circuit's remand, this Court now herein **GRANTS** the relief that it indicated on January 11, 2018 that it would grant if the case were to be remanded:

(1) Because prospectively applying the Court's judgment of December 16, 2016 (Rec. Doc. 22003) dismissing Plaintiff Perry's claims, decided pursuant to Pre-Trial Order No. 60, is no longer

equitable, this Courts **GRANTS** the relief requested on January 9, 2018 pursuant to Federal Rule of Civil Procedure 60(b)(5) and vacates the Court's judgment of December 16, 2016 *to the limited extent of terminating its application to Plaintiff Perry's claims*;

(2) Because relief from the Court's judgment of December 16, 2016 dismissing Plaintiff Perry's claims, decided pursuant to Pre-Trial Order No. 60, is also justified, this Court **GRANTS** the relief requested on January 9, 2018 pursuant to Federal Rule of Civil Procedure 60(b)(6) *to the limited extent of terminating its application to Plaintiff Perry's claims*;

(3) Case No. 16-cv-06333 is **RESTORED** in active status to the docket, including Plaintiff Perry's ability to seek relief in that case, but the claims of St. Joe Beach Property, LLC and Bungalows at Sanctuary Beach, LLC remain settled and thus are unaffected by this order;

(4) Pursuant to Rule 15(a)(2), Mr. Perry is **GRANTED LEAVE TO AND SHALL, WITHIN THIRTY DAYS (30) AMEND** his previously dismissed complaint to exclusively plead his individual claims and remove allegations relating to the claims of former Plaintiffs St. Joe Beach Property, LLC and Bungalows at Sanctuary Beach, LLC.

(5) All other applications of the December 16, 2016 judgment shall remain unaffected except as expressly stated above in this ORDER.

**(6) The Court draws Plaintiff Perry's attention to Pretrial Order No. 65 (Rec. Doc. 23825), which applies to the B1 pleading bundle and has a response deadline of <u>April 11, 2018</u>.**

New Orleans, Louisiana, this 1st day of February, 2018.

_____
United States District Judge

2

**Note to Clerk: File in 10-md-2179 and 16-6333.**