UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>Related to:   12-968 BELO in MDL No. 2179<br><br>*Bradberry,* 2:17-cv-04686<br>*Bradford,* 2:17-cv-12065<br>*Colton,* 2:17-cv-12017<br>*Castro,* 2:17-cv-12018 | MDL No. 2179<br>CASE NO. 2:10-md-02179<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON<br><br>**MOTION TO AMEND OR MODIFY BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER**<br><br>[Request for Oral Argument Filed Concurrently Herewith] |

## MOTION TO AMEND OR MODIFY BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER

NOW INTO COURT come Plaintiffs Bobby Lynn Bradberry Jr., James Wilford Bradford, IV, and Jason Colton, and respectfully move this Honorable Court for an Order amending or modifying the BELO Cases Initial Proceedings Case Management Order.  The bases for this Motion are contained within the Memorandum in Support, which is fully incorporated by reference herewith, and filed concurrently herewith.

Respectfully submitted,

*/s/ Howard L. Nations*

Howard L. Nations
The Nations Law Firm
3131 Briarpark Dr., Suite 208
Houston, TX  77042
(713) 807-8400
(713) 807-8423 (Fax)
COUNSEL FOR PLAINTIFFS BOBBY
LYNN BRADBERY, JR. and
WALTER DARIO CASTRO

_____
Frank J. D'Amico, Jr.
Louisiana State Bar Number
The Law Offices of Frank J. D'Amico, Jr.
4608 Rye St
Metairie, Louisiana 70006
(504) 267-9926 (Phone)
(504) 525-9522 (Fax)
COUNSEL FOR PLAINTIFF, JAMES WILBORN BRADFORD IV

_____
R. James Amaro
Texas State Bar Number
Amaro Law Firm
2500 E TC Jester Blvd., Suite 525
Houston, Texas 77008
(713) 864-1941 (Phone)
(713) 864-1942 (Fax)
COUNSEL FOR PLAINTIFF, JASON COLTON

Frank J. D'Amico, Jr.
Louisiana State Bar Number
The Law Offices of Frank J. D'Amico, Jr.
4608 Rye St
Metairie, Louisiana 70006
(504) 267-9926 (Phone)
(504) 525-9522 (Fax)
COUNSEL FOR PLAINTIFF, JAMES WILBORN
BRADFORD IV

R. James Amaro
Texas State Bar Number
Amaro Law Firm
2500 E TC Jester Blvd., Suite 525
Houston, Texas 77008
(713) 864-1941 (Phone)
(713) 864-1942 (Fax)
COUNSEL FOR PLAINTIFF, JASON COLTON