# EXHIBIT H

**INDEPENDENT MEDICAL EXAMINATION REPORT**

Joseph Irvin Bolton   (614505)   12715a County Road 9
Foley, Alabama 86535-8322      Phone:   251-597-3710

Ellis S. Allen, MD                    202 W. OrangeAvenue
Foley, Alabama 36535           Phone:  251-943-7237
allen51773@aol.com             Fax:       251-943-2451

```
*********************************************************************************
```
## Independent Medical Examination
```
*********************************************************************************
```

**Patient: Joseph Irvin Bolton**

DOB:  May 13, 1951
Address: 12715a County Road 9
Foley, Alabama 86535-8322
Phone: 251-597-3710

**Work History:**
> 62 year-old male, former BP clean-up worker, worked on a clean-up boat searching for dead animals and oil for 31 consecutive days (June 3, 2011 to July 3, 2011) moving from shore to shore in Mobile Bay, during which he was exposed to airborne fumes sprayed from airplanes, direct contact with chemicals which were constantly splashing into the boat, and inhalation of chemical fumes that were present in the air.

## Ocular History

**Chief Complaints:**   Patient currently complains of eye irritation, itching, burning, sensitivity to light, tearing, discharge, dry eyes, red eyes, crusting, swollen eye lids, blurry vision, and pain

**History of Present Illness:**
> On June 4, 2011, his second day on the job, patient began experiencing eye problems including irritation, itching, burning, swelling, light sensitivity, tearing, discharge, dry eyes, red eyes, crusting, swollen eye lids, blurred vision and pain.  Symptoms began immediately as he was repeatedly splashed by the oil and clean-up chemicals while working on the boat.  Pt. recalls the symptoms worsening when the AC unit on the boat was turned on and he started experiencing burning/itching eyes.  The boat was covered with sheen from the clean-up chemicals.  Symptoms worsened as planes sprayed clean-up chemicals over the area where he was working and he inhaled airborne fumes.  Currently, his worst symptoms are daily watery eyes, worse in the morning accompanied by crusting and swelling and daily dry eyes in the afternoon.  He also experiences frequent burning with his dry eyes requiring daily Visine usage and very blurred vision, especially in the morning after wakening.

**Physical Exam: Circle Applicable Findings:**

| | |
|---|---|
| Conjunctiva: | Normal/Mild Redness/Moderate Redness/Severe Redness |
| Drainage: | None/Clear/Thick/Purulent |
| Cornea: | Normal/Diffuse Mild Inflammation/Moderate/Severe |
| Surrounding Structures: | Normal/Red/Pink/Indurated |

**Assessment:** Based on the patient's attested history and my physical examination of the patient, it is my diagnosis that the patient's specified physical condition is:

**Diagnosis:     Circle All That Apply:**

1)      Normal

2)      Chronic Damage to:

   a) Conjunctiva;

   b) Cornea;

   c) Surrounding Structures

3)      Other_____*PAPILLARY Conjunctivitis*_____

Further, based on the patient's attested history and my physical examination of the patient, I find it to be more likely than not that this diagnosis is causally related to the patient's direct exposure to chemicals during BP clean-up work.

_____          _____9/4/13_____

Ellis S. Allen, MD                                          Date
202 W. Orange Avenue
Foley, Alabama 36535
Phone: 251-943-7237
Fax:    251-943-2451
Email: allen51773@aol.com


*******************************************************************************************

Joseph Irvin Bolton                                                              Page 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Sinus History

**Chief Complaint**: Patient currently complains of nasal drainage, nasal obstruction, facial pain and swollen sinuses.

**History of Present Illness:**

62 y/o male developed nasal drainage/post nasal drip, stuffiness and facial pain and pressure within 72 hours of inhaling airborne fumes while working on a clean-up boat searching for dead animals and oil. The symptoms occur on a daily basis and have persisted 12 weeks or more despite treatment with the following: warm moist air, vaporizers, steam, decongestants, Vicks VapoRub and he used his daughter's breathing machine and other asthma treatments.

During the first week of work pt. began experiencing nasal drainage/post-nasal drip, stuffiness and swollen and painful sinuses. His symptoms would worsen in the afternoon. He currently experiences daily stuffiness and swollen sinuses which worsen at night making it difficult for him to breath and require the use of a breathing machine.

**Diagnostic test to date: Circle**
1) None
2) CT scan
3) Endoscopic Exam
4) Other

**Physical Exam: Circle all applicable symptoms**

Facial Swelling:       Yes/(No)
Nares:       Normal/Mild Swelling/(Moderate Swelling)/Severe Swelling
Mucous Membranes: Normal/(Red)
Nasal Polyps:       (None Observed)/Present Right/Present Left
Discharge:       (Normal)/ Thick White/ Thick Discolored
Sinus Pain or Tenderness with Applied Pressure:
Ethmoidal:       Yes/(No)
Frontal:       Yes/(No)
Sphenoidal:       Yes/(No)
Maxillary:       Yes/(No)

Fiber Optic Evaluation:
1) Requested
(2) Not Requested
Fiber Optic Findings:

_____
_____
_____

Joseph Irvin Bolton       Page 3

**Assessment:** Based on the patient's attested history and my physical examination of the patient, It is my diagnosis that the patient's specified physical condition is:

**Diagnosis:    Circle**
1)      Normal
2)      Chronic Rhinosinusitis
3)      Other_____

Further, based on the patient's attested history and my physical examination of the patient, I find it to be more likely than not that this diagnosis is causally related to the patient's direct exposure to chemicals during BP clean-up work.

_____          9/4/13
Ellis S. Allen, MD                                Date
202 W. Orange Avenue
Foley, Alabama 36535
Phone: 251-943-7237
Fax:    251-943-2451
Email: allen51773@aol.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Respiratory

**Chief Complaints**: Patient currently complains of cough, sputum production, wheezing, chest tightness, and shortness of breath

**History of Present Illness**

Patient, a 62 y/o male developed coughing, chest tightness and shortness of breath within 24 hours of inhaling airborne fumes. Patient was working on a clean-up boat searching for dead animals and oil. Symptoms recur daily. On approximately June 4, 2011, around mid-morning he began experiencing coughing, wheezing, chest tightness and shortness of breath. Pt. currently experiences all of the symptoms on a daily basis and is using an asthma machine multiple times each day and night. His symptoms significantly worsen with any physical activity.

**Physical Exam: Circle all relevant symptoms:**

Inspection:          Normal / Retractions / Shallow Breathing
Auscultation:        Clear / Wheezing / Rales
Percussion:          Normal / Abnormal and Describe _____

**Diagnostic Test to Date**: PFT's with Bronchodilator: (Circle) Yes/No    *UNABLE TO COMPLETE*

**Objective Test for Reactive Airway Disorder**:

PFT's with Bronchodilator:
1)      None Requested
2)      Positive
3)      Negative
Attach Report, if available.    — *SEE ATTACHED*

**Assessment:** Based on the patient's attested history and my physical examination of the patient, it is my diagnosis that the patient's specified physical condition is:

**Diagnosis: Circle**
1)      None
2)      Reactive Airways Dysfunction Syndrome
3)      Other_____

Further, based on the patient's attested history and my physical examination of the patient, I find it to be more likely than not that this diagnosis is causally related to the patient's direct exposure to chemicals during the BP clean-up work.

_____          _____ 7/4/13 _____
Ellis S. Allen, MD                               Date
Foley, Alabama 36535
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Joseph Irvin Bolton                                              Page 5

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Dermatologic History

**Chief Complaints:**   Patient currently complains of itching, pain, burning; redness, pink, blisters, crusting, scales, dryness, flaking, peeling, welts, pimples, oozing on hands, arms, and legs.

### History of Present Illness:

Second week on the job began experiencing immediate itchiness on both feet and on his calves and peeling and dry/cracking skin on his hands. He was pumping water from the Bay and washing the boat daily. The airborne clean-up chemicals that were sprayed from the planes fell like mist onto his exposed arms. His symptoms worsened to include itching on his feet, legs and arms, pain from scratching, burning, redness, blisters on his feet, crusting on his hands from peeled skin, very dry skin, flaking/peeling skin, welts and pimples on his feet and overall irritated skin. Currently, he experiences extreme itching which will wake him at night, and daily irritated/itchy skin that flakes and requires occasional use of Benadryl.

### Physical Exam:

~~1) Normal~~
2) Abnormal

Findings:   DRY SCALING SKIN WITH VESICLES on HANDS

## DERMATOLOGIC FINDINGS



Front        Back

**Assessment:** Based on the history attested to and my physical examination of the patient today, it is my diagnosis that the patient's specified physical condition is:

**Diagnosis:    Circle**

1) None
2) Chronic Contact Dermatitis at the Site of Contact
3) Chronic Eczematous Reaction at the Site of Contact
4) Other _____

Based on the history attested to and physical exam performed today, I find it to be more likely than not that this diagnosis is causally related to the patient's direct exposure to chemicals during BP clean-up work.

_____     _____9/4/13_____
Ellis S. Allen, MD                                    Date
202 W. Orange Avenue
Foley, Alabama 36535
Phone: 251-943-7237
Fax:    251-943-2451
Email: allen51773@aol.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby declare under penalty of perjury that all of the above chief complaints, history of present illness, and past medical history set forth in this independent medical examination report are true and correct. It is my belief that my symptoms are directly related to my exposure to chemicals during the BP clean-up activities.

_____     _____Sept. 4, 2013_____
Patient's Signature                                 Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I am a Certified Nurse Practitioner and I have assisted the patient in constructing his medical history based upon the chief complaints, history of present illness, and past medical history that the patient has verified to be true and correct.

_____
Wendy Brunet
936 Camino del Retiro
Santa Barbara, CA 93110
805- 551-5950
Masters of Science in Nursing
California Board of Registered Nursing
Certified by American Nurses Credentialing Center (ANCC)

Joseph Irvin Bolton                                              Page 7

*****************************************************************************

This document is an Independent Medical Examination.  The purpose of the
examination and review of medical history is to determine whether this former BP
Oil Spill Clean- Up Worker suffers from one or more Specified Chronic Physical
Conditions or a qualifying Acute Condition listed within the Specified Physical
Condition Matrix of the BP Medical Benefits Settlement Class Action.

This examination does not create a formal patient-doctor relationship and shall not
bind this physician or qualified medical provider in any way to provide continuity of
care or ongoing treatment.

Patient's Signature

Joseph Irvin Bolton
Patient's Name

*****************************************************************************

EasyOne™ DIAGNOSTIC 6 7
© ndd 2000-2010
SN 109842 RecNo 11
09/04/2013 01 32pm

## Patient Information

| | |
|---|---|
| Name | BOLTON |
| ID | - |
| Age | 62 |
| Height | 5 ft 9 in |
| Weight | 200 lbs, BMI 29 6 |
| Gender | MALE |
| Ethnic | CAUCASIAN |
| Smoker | YES |
| Asthma | NO |

## Test Information

| | |
|---|---|
| Test Date/Time | 09/04/2013 01 31pm |
| Post Time | -- -- |
| Test Mode | DIAGNOSTIC |
| Interpretation | GOLD/Hardie |
| Predicted Ref | NHANES III |
| Value Select | BEST VALUE |
| Tech ID | SM |
| Automated QC | ON |
| BTPS (IN/EX) | 1 11/ 1 02 |

## Test Results

Your FEV1 is 57% Predicted  Your Lung Age is 98

| Parameter | Pre-Test Best | Trial3 | Trial1 | Trial2 | Pred | %Pred |
|---|---|---|---|---|---|---|
| FVC[L] | 4 06 | 4 06 | 2 73* | 2 39* | 4 52 | 90 |
| FEV1[L] | 1 95* | 1 93* | 1 95* | 1 89* | 3 40 | 57 |
| FEV1/FVC[%] | 47 9* | 47 6* | 71 3 | 79 3 | 75 2 | 64 |
| PEF[L/min] | 293 6* | 293 6* | 183 3* | 175 7* | 529 5 | 55 |
| FEF25-75[L/s] | 0 10* | 0 10* | 1 45 | 1 78 | 2 77 | 4 |
| FET[s] | 40 4 | 40 4 | 5 04 | 2 61 | --- | -- |
| FIVC[L] | 2 39* | 0 00* | 2 39* | 0 15* | 4 52 | 53 |
| PIF[L/min] | 0 00 | 0 00 | 181 2 | 1 95 | - -- | -- |

* Indicates Below LLN or Significant Post Change

Pre-Test   FEV1 Var=0.01L 0 7%,    FVC Var=1 33L 32 8%;    Session Quality D
Interpretation   Moderate Obstruction
Caution  Maneuvers Not Reproducible - Interpret With Care



Legend
------- Pre-Test Trial3
◇  Predicted