# EXHIBIT L

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document Relates to: | SECTION: J |
| Actions in Pleading Bundle B3, | JUDGE BARBIER |
| and | MAGISTRATE JUDGE SHUSHAN |
| No. 12-cv-968, *Plaisance et al. v. BP Exploration & Production Inc., et al.* | |

## DECLARATION OF MICHAEL R. HARBUT, M.D., M.P.H., F.C.C.P.

MICHAEL R. HARBUT, under penalty of perjury, declares as follows:

## I. BACKGROUND AND QUALIFICATIONS

1.     My name is Michael Raymond Harbut. I have been licensed as a physician and surgeon in the State of Michigan since 1984. Although a researcher and teacher, I have also been an active clinician, diagnosing and treating diseases of the environment and workplace. I have seen thousands of patients who suffer from one or more of the illnesses associated with toxic exposures, including the chemicals at issue in this litigation.

2.     Presently, I am the Director of the Environmental Cancer Program at Karmanos Cancer Institute, which is affiliated with Wayne State University in Detroit, Michigan. Karmanos is one of the National Cancer Institute's approximately 40 Centers of Excellence nationally. I am also the Director of the National Center for Vermiculite and Asbestos Related Cancers. I am also Chief of the Section of Occupational and Environmental Medicine in the Department of Internal Medicine at Providence Hospital in Southfield, Michigan. Providence Hospital is one of the major teaching institutions in the United States affiliated with the University of Michigan, Michigan State University and Wayne State University, among several other institutions.

3.     I am a diplomate in Occupational Medicine of the American Board of Preventive Medicine. I am a fellow of the American College of Chest Physicians and past chair of its Occupational and Environmental Disease section. I am a member of the American College of Occupational and Environmental Medicine and the American Medical Association.

1

4.      I am a full Clinical Professor of Internal Medicine at Detroit's Wayne State University School of Medicine. I was named Teacher of the Year in occupational medicine in 1995.

5.      I have authored and/or co-authored scholarly works in my medical specialty, and they have been presented in venues such as the White House and appeared in journals such as the New England Journal of Medicine. Research teams of which I have been a part have discovered tumor markers for certain cancers, illustrated neuropsychological compromise caused by organic solvents, reported the likely cause of intractable pleuritic pain in patients with pleural disease caused by asbestos exposure, and summarized the harmful effects of arsenic exposure. I am co-author of the American Thoracic Society's most recent guidelines for the diagnosis and treatment of asbestos related disease.  A full description of my background and publications is attached to this declaration.

6.      I am certified in Occupational Medicine by the American Board of Preventive Medicine. This certification attests to clinical competency in occupational and environmental medicine. I am a fellow of the American College of Chest Physicians.

7.      I was specialty trained in occupational and environmental medicine at the University of Michigan Medical Center, graduating from the training program in 1987. I had completed a categorical general internal medicine residency year at Southfield, Michigan's Providence Hospital, graduating in 1985.

8.      I hold a Masters of Public Health in environmental and industrial health from the University of Michigan School of Public Health, awarded in 1987. I also hold a Dyplom,

2

awarded in 1980, from the Jagiellonian University in Kraków, Poland's Polonia Research Institute.

9.      I hold a Doctor of Medicine from the American University of the Caribbean in Plymouth, Montserrat, British West Indies, which was awarded in 1984. I had begun medical school at the University of Breslau in Poland, but I was advised to leave the country owing to its then social and political instability. I completed my undergraduate medical clinical training at Wayne State University and University of Michigan-affiliated teaching hospitals.

10.      I was awarded a Bachelor of Arts degree from Madonna University, Livonia, Michigan, in 1978. I started at Michigan State University in 1968 and through a combination of night school courses, working, loans and scholarships, I completed degree requirements 10 years later.

## II. EXPERIENCES

11.      A number of past professional experiences make me uniquely qualified to render opinions in this matter. Foremost, I know how to recognize diseases caused by exposure to chemicals based on my years of clinical practice. Indeed, through my practice and other associations, I have first-hand knowledge and experience of the disease processes evoked by exposure to the agents stated to have been found at the Deepwater Horizon well site.

12.      I have seen, diagnosed and treated hundreds to thousands of persons who have been exposed to petroleum, petroleum products, petroleum distillate, organic solvents, naphtha, volatile organic compounds, benzene, n-hexane and the other hydrocarbons which have been reported in multiple, reliable sources to have found their origin at the Deepwater Horizon well. Some of these individuals have become ill as a result of the exposure and others have not.

3

13.     The chemicals at issue in this matter are ubiquitous in an industrial environment, and for the preponderance of my years in medical practice in Detroit, Michigan, many of my patients work or have worked directly or indirectly with these toxins.

14.     I also know how to save lives in conditions where there is a public health urgency, and where conflict related to accurate diagnosis and treatment may exist. During the genocide of Rwanda in 1994, I was Medical Coordinator of the United States Sector of the Kibumba Refugee Camp in Goma, Zaire. Among the epidemic diseases which attacked the population en route to the refugee camp, and while settled there, were cholera, dysentery, meningococcal meningitis, measles, HIV and malaria. Although the camp operated under the direction of the United Nations High Commissioner for Refugees, the individual nations that sent relief workers such as myself were given considerable discretion to make diagnostic and treatment decisions under harsh and difficult circumstances. I was responsible for making such decisions in the sector of the camp at which I was assigned. Because the United States Agency for International Development funded much of the relief effort, there were representatives of the Centers for Disease Control monitoring morbidity and mortality rates. In immediate proximity to the American effort, and in some cases in cooperation with the American effort, were the French, the Dutch, the Israelis, the Germans, the Irish and multiple other less organized volunteers. The Centers for Disease Control found that the death rate in the part of the camp under my supervision and coordination was less than one-third that of any other sector in the camp.

15.     I understand barriers which may be social, organizational or political in nature which can prevent the preservation of human life and how to navigate those barriers with the greatest possibility of success. For example, although I left Poland as a medical student, I was invited to perform the functions of the Chief United States Medical Advisor to the Solidarity

underground movement for democracy by the Executive Director of the United States National Endowment for Democracy, a federally funded, bipartisan congressional corporation. Traveling and working on a "diplomatic letter," from 1988 to 1992, I worked and met regularly with Solidarity President and later Poland's President, Lech Walesa, and his immediate staff. I received a medal from the International Rescue Committee for the performance of this work, which resulted in the establishment of a number of medical "centers of excellence" prior to the fall of communism. Further, these "centers of excellence" existed in a legal twilight owing to the presence of the communist state system. A children's leukemia center and a center for industrial-toxin induced cancers were among those facilities established as a result of my work.

### III. SUMMARY OF STATE OF SCIENCE ON ISSUES INVOLVED

16.     I am familiar with the terms of the Medical Benefits Class Action Settlement Agreement ("Settlement Agreement"). I have thoroughly reviewed the acute and chronic health conditions and symptoms enumerated in the Specified Physical Condition ("SPC") matrix and the medical evaluation set forth in the Periodic Medical Consultation Program ("PMCP"). Indeed, I worked with the Plaintiffs' Steering Committee during its negotiation of the SPC matrix and the PMCP. I also have familiarized myself with the Zone maps and the definition of Clean-Up Workers contained in the Settlement Agreement.

17.     I find the conditions in the SPC matrix to reflect the state of the science and conform with the world's medical literature in regard to the health effects of exposure to petroleum and/or petroleum-based dispersants.

18.     Two issues which required significant attention while developing the matrix were routes of exposure and time frames. Given the circumstances of the chemical release, the most

5

likely transit routes of oil and distillates from their source to organs capable of being harmed by the exposure would be as a result of direct dermal contact or the inhalation of airborne chemicals. Petroleum products are capable of crossing directly over the skin to the internal organs as are they capable of being inhaled when airborne and transmitted to internal organs via the lung. As a practical matter, once inside the nasopharynx, it is possible that there could be ingestion to the gastrointestinal tract as well, but in the normal course of activity, petroleum and/or petroleum-based products are not anticipated to be ingested on purpose any more than they would be expected to be administered intravenously.

19.     The issue of time frames is more complex. The time frames included in the matrix reflect the predominant guides to identifying the most likely sequelae of petroleum and petroleum-based product exposure in these circumstances and when those sequelae could be expected to clinically manifest in most persons. I based my opinion in regard to these intervals on my experience, education and training, and on a consensus of the findings in the medical literature based on clinical, laboratory, medical and epidemiological evidence as reflected in the citations found in Appendix A.

20.     It is important to note that petroleum discharged from the Macondo well consists of scores of separate but related chemicals in the hydrocarbon family. Furthermore, petroleum distillates as found in Corexit® 9500 and Corexit® EC9527A, the dispersants predominantly used to remediate the spill, are actually derived from petroleum, such as the crude oil. For purposes of health discussions, the health effects of petroleum and petroleum distillates, petroleum-based dispersants and crude oil are often quite similar if not identical, because the chemicals causing insult to the living organism are substantially the same.

6

21.     For example, benzene is found in crude oil, but it can be isolated from the crude oil. Benzene is a chemical with multiple health effects ranging from causing certain cancers after the relevant latency period to causing skin irritation. Similarly, xylene, toluene and hexane are found regularly and frequently throughout the product range beginning with the crude oil, but find endpoints as individual chemicals used in petroleum-based dispersants and related compounds.

22.     The science and medicine related to the health effects of exposure to petroleum and petroleum-based products is one of the more "mature" areas of scientific inquiry. Disease processes, acute injuries, chronic insult and other medical conditions related to exposure to petroleum and the components of petroleum have been studied globally for over 100 years. In fact, benzene, one of the most harmful components of petroleum, is also one of the earliest-identified human carcinogens. Although new findings related to petroleum exposures are reported in the medical literature with some regularity, a number of fairly specific conditions have been identified which may appear acutely or chronically or with latency.

23.     An article by Dr. James H. Diaz, of the Louisiana State University Health Sciences Center, authored in the wake of the Deepwater Horizon oil spill, comprehensively summarizes health effects of petroleum exposure in the Gulf based on generally accepted medical and epidemiological tenets. A citation to the article can be found in Appendix A, attached to this declaration. Dr. Diaz provides a substantial collection of scientific, epidemiological, medical and government sources which also provided the academic framework for the article.

7

24.     Simply put, petroleum and petroleum-based products have been studied extensively for over 100 years. Multiple health effects are known and acute health outcomes from exposure to them are reflected in the SPC matrix.

## IV. SPECIFIED PHYSICAL CONDITIONS MATRIX

25.     Table 1 of Exhibit 8 to the Settlement Agreement discusses acute specified physical conditions associated with exposure to oil, other hydrocarbons, or other substances released from the MC252 Well and/or the Deepwater Horizon and its appurtenances, and/or dispersants used in connection with the spill response.  On review of the contemporary world literature regarding the epidemiology and manifestation of disease caused by petroleum and petroleum-based dispersants within the context of symptoms, signs and latency, and based on my own education, experience and training, I find that the proposed settlement is consistent with the best science available.

26.     A person who is exposed to oil and/or petroleum-based dispersant via either airborne or direct contact is at risk of contracting conjunctivitis, corneal ulcer or keratitis, and/or experiencing eye irritation or eye burn because of the insult caused at a cellular level. The clinical manifestation of this "chemical attack" is well documented in the materials cited in Appendix A. I have also witnessed this phenomenon in my clinical practice.  One or more of these conditions or symptoms could manifest, and if manifested would be expected to occur in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 24 hours of exposure to oil and/or petroleum-based dispersant.

8

27.     A person who is exposed to oil and/or petroleum-based dispersant via inhalation is at risk of contracting acute rhinosinusitis, acute tracheobronchitis and/or acute bronchitis and/or experiencing at least two or more of the following conditions: (i) nasal congestion, discharge or post-nasal drip; (ii) headache, facial pain/pressure or sinus pain; (iii) decreased sense of smell; (iv) cough; (v) sputum production; (vi) wheezing; and (vii) shortness of breath. This is because of the insult which occurs at a cellular level. Two or more of these conditions or symptoms could manifest, and if manifested would be expected to occur in the general population of Zone A and B residents and Clean-Up Workers under the exposure conditions as I understand them, within 72 hours of exposure to oil and/or petroleum-based dispersant. Such conditions could occur because the cellular insult translates to a clinical toxic response which is either toxic irritant, chemically or immunologically mediated. I base this opinion on both my experience treating patients who have been exposed to the same or similar chemicals and the medical literature cited in Appendix A.

28.     A person who is exposed to oil and/or petroleum-based dispersant via inhalation is at risk of experiencing acute exacerbation of pre-existing asthma, acute exacerbation of Chronic Obstructive Pulmonary Disease and/or epistaxis because of the insult which occurs at a cellular level. One or more of these conditions could manifest, and if manifested would be expected to occur in the general population of Zone A and B residents and Clean-Up Workers under the exposure conditions as I understand them, within 48 hours of exposure to oil and/or petroleum-based dispersant. I base this opinion on both my experience treating patients who have been exposed to the same or similar chemicals and the medical literature regarding similar exposures.

9

29.     A person who is exposed to oil and/or petroleum-based dispersant via inhalation is at risk of contracting acute pharyngitis because of the insult which occurs at a cellular level. This condition could manifest, and if manifested would be expected to occur in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 48 hours of exposure to oil and/or petroleum-based dispersant. I base this opinion on both my experience treating patients who have been exposed to the same or similar chemicals and the medical literature cited in Appendix A.

30.     A person who is exposed to oil and/or petroleum-based dispersant via direct skin contact is at risk of contracting  acute contact dermatitis, atopic dermatitis, eczematous reaction, folliculitis, irritant contact dermatitis and/or urticaria, and/or experiencing two or more of the following conditions: (i) redness; (ii) inflammation or pain; (iii) blistering; (iv) crusting; (v) swelling; (vi) itching; (vii) lesion; (viii) dryness or flaking; (ix) peeling; (x) scaly skin; (xi) welts; or (xii) pimples. This is because of the insult that occurs at the cellular level. I base this opinion on my personal experience in treating patients with the same or similar exposures and the medical literature cited in Appendix A.  One or more of these conditions and/or symptoms could manifest, and if manifested would be expected to occur in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 72 hours of exposure to oil and/or petroleum-based dispersant.

31.     A person who is exposed to oil and/or petroleum-based dispersant via direct skin contact is at risk of contracting acne vulgaris or oil acne because of the insult which occurs at a cellular level.  This condition could manifest, and if manifested would be expected to occur in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 72 hours of exposure to oil and/or petroleum-based

10

dispersant. I base this opinion on both my experience treating patients who have been exposed to the same or similar chemicals and the medical literature regarding these chemicals and their epidemiology.

32.     A person who is exposed to oil and/or petroleum-based dispersant via inhalation is at risk of experiencing headache, dizziness, fainting and/or seizure because of the insult which occurs at a cellular level. One or more of these conditions could manifest, and if manifested would be expected to occur in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 24 hours of exposure to oil and/or petroleum-based dispersant. I base this opinion on both my experience treating patients who have been exposed to the same or similar chemicals and the medical literature regarding their clinical and epidemiological mechanisms.

33.     A person who is exposed to oil and/or petroleum-based dispersant via inhalation is at risk of contracting gastrointestinal distress and/or experiencing nausea, diarrhea, vomiting, abdominal cramps and/or abdominal pain because of responses which occur at a cellular level. One or more of these conditions and/or symptoms could manifest, and if manifested would be expected to occur in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 24 hours of exposure to oil and/or petroleum-based dispersant. I base this opinion on both my experience treating patients who have been exposed to the same or similar chemicals and the medical literature as cited in Appendix A.

34.     Zone A and Zone B residents and Clean-Up Workers are also at risk of contracting certain chronic conditions. For purposes of this settlement, I understand a chronic

condition to be one in which an acute symptom or condition manifested within the time frame set forth in Table 3 of the SPC matrix but which still remains present as of April 16, 2012.

35. A person who is exposed to oil and/or petroleum-based dispersant via direct contact is at risk of incurring chronic occular sequela from direct chemical eye splash. The first symptom of this chronic condition would have manifested itself in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 24 hours of exposure to oil and/or petroleum-based dispersant. I base this opinion on both my experience treating patients who have been exposed to the same or similar chemicals and the medical literature regarding them.

36. A person who is exposed to oil and/or petroleum-based dispersant via inhalation is at risk of contracting chronic rhinosinusitis (defined in the SPC matrix as an inflammatory condition involving the paranasal sinuses and linings of the nasal passages that lasts 12 weeks or longer, despite attempts at medical management) as a result of cellular insult and interaction. The first symptom of this chronic condition would have manifested itself in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 72 hours of exposure to oil and/or petroleum-based dispersant. I base this conclusion on my personal experience with the same or similar exposures in the epidemiology and the findings of the medical literature found in Appendix A.

37. A person who is exposed to oil and/or petroleum-based dispersant via inhalation is at risk of contracting reactive airways dysfunction syndrome, also referred to as a type of irritant-induced asthma, based on my personal experience in treating patients with the same or similar exposures as well as the medical literature cited in Appendix A. The first symptom of

12

this chronic condition would have manifested itself in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 24 hours of exposure to oil and/or petroleum-based dispersant. Such conditions would occur because of activity at the cellular level, within the context of the evolving understanding of the natural history of reactive airways dysfunction syndrome.

38.     A person who is exposed to oil and/or petroleum-based dispersant via direct skin contact is at risk of contracting either chronic contact dermatitis or chronic eczematous reaction because of the chemical insult which occurs at the cellular level. The first symptom of this chronic condition would have manifested itself in the general population of Zone A and B residents and Clean-Up Workers, under the exposure conditions as I understand them, within 72 hours of exposure to oil and/or petroleum-based dispersant. I base this conclusion on both my experience treating patients who have been exposed to the same or similar chemicals and the medical literature cited in Appendix A.

39.     I also believe that Zone A adequately covers the coastal residential population that could have had sufficient exposure to the oil and/or petroleum-based dispersant merely by virtue of their residency to manifest one or more of the conditions or symptoms listed on the SPC matrix. While it would be possible for someone who lives greater than one-half mile from the coastline to manifest one of these conditions, this would not be expected among the general population based solely on residency under the exposure conditions as I understand them. This is because one would expect concentrations of toxins to diminish as distance from point source exposure increases.

13

40.     I believe that Zone B adequately covers the residential population living within marshland areas that could have had sufficient exposure to the oil and/or petroleum-based dispersant merely by virtue of their residency to manifest one or more of the conditions or symptoms listed on the SPC matrix. While it would be possible for someone who lives in the marshland and greater than an approximate one mile range from the coastline to manifest one of these conditions, this would not be expected among the general population based solely on residency under these exposure conditions.

41.     I believe that Clean-Up Workers would have had sufficient exposure to the oil and/or petroleum-based dispersant by virtue of their work status to manifest one or more of the conditions or symptoms on the SPC matrix. This is because, by definition, oil cleanup workers are involved in the cleanup of oil. This puts them in closer and more prolonged contact with the petroleum and/or petroleum products. While accurate measurements of airborne and/or other concentrations of petroleum and petroleum products remain elusive in some situations, as a practical matter it would be unusual for a worker involved in petroleum cleanup operations to not have petroleum exposures.

42.     I also believe that the circumstances of exposure of residents of Zone B and Clean-Up Workers may be associated with an elevated incidence of petroleum-associated disease compared to lesser or non-exposed populations. Based on information provided to me about the oil spill cleanup, the oil in Zone B could not be removed, as it was from beaches, and it would, therefore, largely have to dissipate through natural attenuation. As to Clean-Up Workers, I am informed that much of their work was involved in oil spill remediation, removing oil from wildlife, laying and picking up boom, and other such oil-related activities.

14

Case 2:10-md-02179-CJB-DPC Document 3880-33 Filed 02/02/18 Page 17 of 42

43.     Although the settlement is designed to address medical conditions that are likely to affect a majority of Zone A and B residents and Clean-Up Workers, under the circumstances of exposure as I understand them, there may be some Zone A and B residents and/or Clean-Up Workers who developed more serious conditions as a result of exposure to oil and/or petroleum-based dispersants. It is my understanding that such individuals need not participate in the class settlement and that there is an alternate avenue of relief outside the settlement.

44.     Zones A and B are appropriately designed to include the majority of Zone A and B residents who experience the medical conditions most likely to occur under the exposure conditions as I understand them. It is possible that a person residing outside Zones A and B could also experience one of the medical conditions set forth in the SPC matrix. It is my understanding that there is an avenue or relief outside the settlement that is available to such individuals.

45.     Based upon my experience and the best available medical literature, it is also possible that Zone A and B residents and Clean-Up Workers could develop certain later-manifesting conditions as a result of their exposure to the oil and/or petroleum-based dispersants. Having read the Settlement Agreement, I understand that if a class member develops a later-manifesting medical condition, he or she may seek compensation from BP through a back-end litigation option.

## V. PERIODIC MEDICAL CONSULTATION PROGRAM

46.     A medical consultation program is also included in the proposed settlement. It includes the performance of a comprehensive medical, occupational and environmental history and physical examination vision screening, plus a complete blood count, a comprehensive

metabolic panel including lupus, calcium, albumin, total protein, sodium, potassium, carbon dioxide, chloride, blood urea nitrogen, creatinine, alkaline phosphatase, alanine aminotransferase, aspirate aminotransferase, Billirubin, a urinary beta-2 microblog one, gamma glutamyl transferase, urinalysis with microscopy, C-reactive protein, hemoglobin A-1 C, lipid panel, fecal occult blood, prostate specific antigen, a 12 lead electrocardiogram resting, spirometry and if indicated, the violator, pulse oximetry, chest x-ray, and 6 minute hall walk. These laboratory and clinical tests may help detect disease processes associated with petroleum and related product exposure, which sometimes take years to develop. That is one of the reasons it is important for both Zone B residents and Clean-Up Workers to receive periodic medical consultation because, as explained in paragraph 42 above, their exposure to the petroleum may be prolonged and concentrations elevated.

47.     This medical consultation program offers advantages over medical surveillance programs which are solely epidemiologically directed or are comprised of simple "data-gathering." The medical consultation program includes tests that could identify diseases caused by petroleum and/or petroleum distillates.

48.     The PMCP offers further advantages because, rather than characterizing them as "research subjects," persons presenting to the medical consultation program are deemed to be "patients" and a physician-patient relationship is established. This offers significant protection and the benefits of medical attention as opposed to detached observation. In addition, to facilitate class members' participation in the consultation program, the Claims Administrator is required to provide regular reminders to each member when it is time for a periodic consult. This is yet another benefit beyond that which would be provided under a typical surveillance or data-gathering protocol. In my experience, participants in these surveillance or data-gathering

regimens often discontinue participation simply because, over time, they forget to affirmatively participate.

49.    The PMCP is not experimental or investigational, and it finds its basis in generally accepted medical practice, as well as the medical literature as contained at least in part in Appendix A.

50.    In my opinion, this consultation program provides a critically important benefit to class members.

## VI. CONCLUSION

51.    It is my opinion as a physician-scientist, researcher and clinician with training in epidemiology, occupational and environmental medicine, and the other disciplines required to develop such an opinion, that the above-described disease matrix and medical consultation program offer the greatest opportunity to do the most good for the most people.  These aspects of the settlement help to bridge the gap between speculation and science on a basis of generally accepted medical knowledge and provide persons who may be at an elevated risk of contracting disease with a mechanism to obtain medical attention, regardless of whether such risk is due to petroleum and/or petroleum product exposure or due to some other source.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

August 11, 2012                                        Michael R. Harbut, M.D., M.P.H., F.C.C.P.

17

**APPENDIX A TO THE DECLARATION OF**
**MICHAEL R. HARBUT, M.D., M.P.H., F.C.C.P.**

The following is a non-exhaustive list of sources that support the statements contained in

my Declaration.

1. Benzene, United States Environmental Protection Agency Technology Transfer Network Air Toxics Web Site, *available at* http://www.epa.gov/ttn/atw/hlthef/benzene.html (last visited Aug. 3, 2012).

2. Child-Specific Exposure Factors Handbook (Interim Report), National Center for Environmental Assessment, *available at* http://permanent.access.gpo.gov/lps35390/cfpub.epa.gov/ncea/cfm/recordisplay.cfm-deid=55145.htm (last visited Aug. 3, 2012).

3. Children's Health Protection, United States Environmental Protection Agency, *available at* http://yosemite.epa.gov/ochp/ochpweb.nsf/content/homepage.htm (last visited Aug. 3, 2012).

4. Coastal Sediment Sampling, EPA Response to the BP Spill, United States Environmental Protection Agency, *available at* http://www.epa.gov/bpspill/sediment.html (last visited Aug. 10, 2012).

5. Corexit® EC9500A, Emergency Management, United States Environmental Protection Agency, *available at* http://www.epa.gov/emergencies/content/ncp/products/corex950.htm (last visited Aug. 10, 2012).

6. Dispersants, EPA Response to BP Spill in the Gulf of Mexico, United States Environmental Protection Agency, *available at* http://www.epa.gov/bpspill/dispersants.html (last visited Aug. 10, 2012).

7. EPA Response to BP Spill in the Gulf of Mexico, United States Environmental Protection Agency, *available at* http://www.epa.gov/bpspill/dispersants.html (last visited Aug. 3, 2011).

8. Exposure Factors Handbook, United States Environmental Protection Agency (1997 Final Report), *available at* http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=12464&CFID=7680523&CFTOK EN=45990564&jsessionid=2830d089441a1b1f5a60617f6564a6e531a3 (last visited Aug. 3, 2012).

9. Guide to Using the NCP Product Schedule Notebook, United States Environmental Protection Agency (Aug. 2012), *available at* http://www.epa.gov/emergencies/docs/oil/ncp/notebook.pdf (last visited Aug. 10, 2012).

10. Risk Assessment Guidance and Tools, United States Environmental Protection Agency, *available at* http://www.epa.gov/riskassessment/guidance.htm (last visited Aug. 3, 2012).

11. Benzene Toxicity, Case Studies in Environmental Medicine, United States Department of Health and Human Services, Agency for Toxic Substances & Disease Registry (June 2000), *available at* http://www.atsdr.cdc.gov/csem/benzene/docs/benzene.pdf (last visited Aug. 10, 2010).

12. Crude Oil Spills and Health, United States Department of Health and Human Services, *available at* http://sis.nlm.nih.gov/dimrc/oilspills.html (last visited Aug. 3, 2012).

13. Dipropylene Glycol Monobutyl Ether, Household Product Database, United States Department of Health and Human Services, *available at* http://hpd.nlm.nih.gov/cgi-bin/household/search?queryx=29911-28-2&tbl=TblChemicals&prodcat=all (last visited Aug. 10, 2012).

14. National Toxicology Program Evaluation of 2-Butoxyethanol, United States Department of Health and Human Services, National Toxicology Program, *available at* http://ntp.niehs.nih.gov/?objectid=E87C6722-BDB5-82F8-FF93B5DD5CD479FA (last visited Aug. 3, 2012).

15. National Toxicology Program Evaluation of Ethylene Glycol Monobutyl Ether, United States Department of Health and Human Services, National Toxicology Program, *available at* http://ntp.niehs.nih.gov/?objectid=071CB4E8-AC6E-928B-85CFD560F27EE10D (last visited Aug. 3, 2012).

16. Stoddard Solvent Toxicity, Case Studies in Environmental Medicine, United States Department of Health and Human Services, Agency for Toxic Substances & Disease Registry (Oct. 2000), *available at* http://www.atsdr.cdc.gov/csem/stoddard/docs/stoddard.pdf (last visited Aug. 10, 2010).

17. Toluene Toxicity, Case Studies in Environmental Medicine, United States Department of Health and Human Services, Agency for Toxic Substances & Disease Registry (Feb. 2001), *available at* http://www.atsdr.cdc.gov/csem/toluene/docs/toluene.pdf (last visited Aug. 10, 2010).

2

18. Toxic Profile for Fuel Oils, United States Department of Health and Human Services, Agency for Toxic Substances and Disease Registry (2008), *available at* http://www.atsdr.cdc.gov/toxprofiles/tp75-c2.pdf (last visited Aug. 10, 2012).

19. Toxicological Profile – Benzene, United States Department of Health and Human Services, Agency for Toxic Substances & Disease Registry, *available at* http://www.atsdr.cdc.gov/ToxProfiles/tp.asp?id=40&tid=14 (last visited Aug. 3, 2012).

20. Toxicological Profile for 2-Butoxyethanol and 2-Butoxyethanl Acetate, United States Department of Health and Human Services, Agency for Toxic Substances & Disease Registry (Aug. 1998), *available at* http://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=347&tid=61 (last visited Aug. 3, 2012).

21. Toxicological Profile for *n*-Hexane, United States Department of Health and Human Services, Agency for Toxic Substances and Disease Registry (July 1999), *available at* http://www.atsdr.cdc.gov/toxprofiles/tp113.pdf (last visited Aug. 10, 2010).

22. Toxicological Profile for Propylene Glycol and Ethylene Glycol (1997), United States Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, *available at* http://www.atsdr.cdc.gov/toxprofiles/tp189-c2.pdf (last visited Aug. 3, 2012).

23. Toxicological Profile for Xylene, United States Department of Health and Human Services, Agency for Toxic Substances and Disease Registry (Aug. 2007), *available at* http://www.atsdr.cdc.gov/toxprofiles/tp71.pdf (last visited Aug. 10, 2010).

24. Addendum to the Toxicological Profile for Propylene Glycol, United States Department of Health and Human Services, Agency for Toxic Substances and Disease Registry (Dec. 18, 2008), *available at* http://www.atsdr.cdc.gov/toxprofiles/propylene_glycol_addendum.pdf (last visited Aug. 3, 2012).

25. Toxicological Profile for Total Petroleum Hydrocarbons (TPH), United States Department of Health and Human Services, Agency for Toxic Substances and Disease Registry (Sept. 1999), *available at* http://www.atsdr.cdc.gov/ToxProfiles/tp123.pdf (last visited Aug. 3, 2012).

26. National Toxicology Program, United States Department of Health and Human Services, National Institutes of Health, *available at* http://ntp.niehs.nih.gov (last visited Aug. 3, 2012).

27. National Toxicology Report on the Toxicology and Carcinogenesis Studies of 2-Butoxyethanol, United States Department of Health and Human Services, National

Toxicology Program (Mar. 2000), *available at* http://ntp.niehs.nih.gov/ntp/htdocs/LT_rpts/tr484.pdf (last visited Aug. 10, 2012).

28. Training Marine Oil Spill Response Workers Under OSHA's Hazardous Waste Operations and Emergency Response Standard, United States Department of Labor, *available at* http://www.osha.gov/Publications/3172/3172.htm (last visited Aug. 3, 2012).

29. Hazardous Substances Data Bank, United States National Library of Medicine, *available at* http://toxnet.nlm.nih.gov/cgi-bin/sis/htmlgen?HSDB (last visited Aug. 3, 2012).

30. Hazardous Substances Data Bank – BIS (2-Ethylhexyl) Sodium Sulfosuccinate, United States National Library of Medicine, *available at* http://toxnet.nlm.nih.gov/cgi-bin/sis/search/r?dbs+hsdb:@term+@rn+@rel+577-11-7 (last visited Aug. 10, 2012).

31. Acute Toxicity Summary, Ethylene Glycol Monobutyl Ether (Mar. 1999), State of California Environmental Protection Agency, *available at* http://www.oehha.ca.gov/air/acute_rels/pdf/111762A.pdf (last visited Aug. 3, 2012).

32. Chemicals Known to the State to Cause Cancer or Reproductive Toxicity, State of California Environmental Protection Agency (Apr. 2, 2010), *available at* http://www.oehha.org/prop65/prop65_list/files/P65single040210.pdf (last visited Aug. 3, 2012).

33. Hazardous Substances Fact Sheet – 2-Butoxy Ethanol, New Jersey Department of Health and Human Services, *available at* http://nj.gov/health/eoh/rtkweb/documents/fs/0275.pdf (last visited Aug. 3, 2012).

34. Criteria for a Recommended Standard: Occupational Exposure to Ethylene Glycol Monobutyl Ether Acetate, National Institute for Occupational Safety and Health (1990), http://www.cdc.gov/niosh/docs/90-118/ (last visited Aug. 12, 2012).

35. Developmental Origins of Environmentally Induced Disease and Dysfunction, International Conference on Foetal Programming and Developmental Toxicity, 102 Basic & Clinical Pharmacology & Toxicology 2 (Feb. 2008), *available at* http://onlinelibrary.wiley.com/doi/10.1111/j.1742-7843.2007.00169.x/full (last visited Aug. 3, 2012).

36. James H. Diaz, The Legacy of the Gulf Oil Spill: Analyzing Acute Public Health Effects and Predicting Chronic Ones in Louisiana, 6 Am. J. Disaster Med.1 (2011).

37. W. Nazaroff et al., Indoor Air Chemistry: Cleaning Agents, Ozone and Toxic Air Contaminants (2006).

38. J. Ras et al., Pulmonary Oedema Due to Inhalation of Detergent Aerosol, 16 Malaysian J. Pathology 165 (Dec. 1994).

4

39. Michael M. Singer et al., Comparison of Acute Aquatic Effects of the Oil Dispersant Corexit 9500 with Those of Other Corexit Series Dispersants, 35 Ecotoxicology & Environmental Safety 183 (1996), *available at* http://www.envtox.ucdavis.edu/GraniteCanyon/MS%201996%20EES%20acute%20tox.pdf (last visited Aug. 10, 2012).

40. Oil Spill Dispersants, Efficacy and Effects, Ocean Studies Board, National Research Council of the Academies (2005), *available at* http://www.nap.edu/openbook.php?record_id=11283 (last visited Aug. 10, 2012).

41. Kathleen Burns, Ph.D., 2-Butoxyethanol: A Review of the Current Toxicity Information, Sciencecorps (2010), *available at* http://www.sciencecorps.org/KMB_2-butoxyethanol_toxicity.pdf (last visited Aug. 10, 2010).

42. Merv Fingas, A Review of Literature Related to Oil Spill Dispersants Especially Relevant to Alaska, Environmental Technology Centre (Mar. 2002), *available at* http://www.pwsrcac.org/docs/d0002700.pdf (last visited Aug. 10, 2012).

43. Dispersant Basics, Mechanism, Chemistry, and Physics of Dispersants in Oil Spill Response, ExxonMobil Research and Engineering (Mar. 15, 2004), *available at* http://www.chemie.uni-regensburg.de/Physikalische_Chemie/Kunz/student/Uebung_Formulierung/Clark_presentation.pdf (last visited Aug. 10, 2012).

44. Diocyl Sodium Sulfosuccinate, PAN Pesticides Database, Pesticide Action Network, *available at* http://www.pesticideinfo.org/Detail_Chemical.jsp?Rec_Id=PC33310 (last visited Aug. 10, 2012).

45. Toxicity Studies for Dioctyl Sodium Sulfosuccinate on All Organism Groups, PAN Pesticide Database, Pesticide Action Network, *available at* http://www.pesticideinfo.org/List_AquireAll.jsp?Rec_Id=PC33310 (last visited Aug. 10, 2012).

46. Material Safety Data Sheet – Corexit® 9500 (2005), *available at* http://lmrk.org/corexit_9500_uscueg.539287.pdf (last visited Aug. 12, 2012).

47. Material Safety Data Sheet – Corexit® EC9527A (2008), *available at* http://lmrk.org/master_ec9527a_msds.539295.pdf (last visited Aug. 12, 2012).

48. Material Safety Data Sheet – Norpar 13 (2000), *available at* http://ilrc.ucf.edu/documents/ILRC%2000000078/MSDS%2000000078.pdf (last visited Aug. 10, 2012).

## Michael R. Harbut, M.D., M.P.H., F.C.C.P.
### Clinical Professor, Internal Medicine, Wayne State University

**Clinical Offices:** Center For Occupational      **Research Offices:** Karmanos Cancer Institute
and Environmental Medicine        Detroit, MI
118 N. Washington Ave.         HARBUTM@Karmanos.org
Royal Oak, MI 48067
**Telephone:** (248) 547-9100

**PERSONAL DATA:**

**Citizenship:**      United States of America

**Languages:**      English, French, Polish

**EDUCATION:**      Master of Public Health      1985 - 1986
Department of Environmental and
Industrial Health
University of Michigan
Ann Arbor, Michigan

Doctor of Medicine      1981 - 1984
American University of the Caribbean
Montserrat, British West Indies

University of Wroclaw      1979 - 1980
Breslau, Poland
Academy of Medicine

Dyplom (Master of Science)      1978 - 1979
Institute for Polonia Research
Jagiellonian University
Krakow, Poland

Lawrence Institute of Technology      1978
Southfield, Michigan
Chemistry Department

Wayne State University      1978
Detroit, Michigan
Organic Chemistry Department

|  | Bachelor of Arts<br>    Department of Social Sciences<br>    Madonna College<br>    Livonia, Michigan | 1978 |
|---|---|---|

**TRAINING:**

Residency in Occupational Medicine     1985 - 1987
    University of Michigan Hospital
    Ann Arbor, Michigan

Internship in Internal Medicine     1984 - 1985
    Providence Hospital
    Southfield, Michigan

**LICENSURES/**
**FELLOWSHIPS/**
**BOARD**
**CERTIFICATION:**

Fellow, American College of Chest Physicians     1995 - present
    Northbrook, Illinois

Diplomate, Occupational Medicine     1989
    American Board of Preventive Medicine
    Dayton, Ohio

Certification, "A" Reader of Chest Radiographs     1987
    U.S. Centers for Disease Control
    Wheeling, West Virginia

Physician and Surgeon     1984 - present
    Michigan - Unlimited

**HONORS/**
**AWARDS:**

Alumnus of the Year     2009
    Madonna University
    Livonia, MI

Selikoff Lifetime Achievement Award     2007
    Asbestos Disease Awareness Organization
    Philadelphia, PA

Top Docs of Detroit     2004, 2005,
    Hour Detroit Magazine     2006, 2007
    Royal Oak, MI     2008, 2009

Commendation     2003
    Vietnam Veterans of America
    Oakland County, MI

Broad Street Pump Award     2002

2

Physicians for Social Responsibility
Washington, D.C.
Recognition for accomplishments in
Reduction of Arsenic in Drinking Water

Michigan Legislature, House                     1994
    Concurrent Resolution 1017
    Recognition of Humanitarian Service in
    Zaire and Rwanda

Michigan Gubernatorial Recognition              1994
    Recognition of Humanitarian Service in
    Zaire and Rwanda

Physician of the Year                           1994
    Life Extension Foundation, Michigan
    Recognition of Medical Care to
    Poor and Handicapped

Rector's Commendation                           1993
    Jagiellonian University, Krakow, Poland
    Recognition of Service to the University and
    Polish Freedom (presented in U.S.A.)

Medal of Commendation                           1992
    International Rescue Committee,
    New York, New York
    Recognition of Medical and Political
    Accomplishments in Communist and
    post-Communist Poland

**FACULTY
APPOINTMENTS:**        Clinical Professor                       2009 - present
                           Department of Internal Medicine
                           Wayne State University, School of Medicine
                           Detroit, MI

                       Clinical Faculty in Pulmonary Medicine   2004 – present
                           Dept. of Pulmonary &
                           Critical Care Medicine
                           Botsford Hospital
                           Farmington Hills, MI

                       Clinical Assistant Professor             1997 - 2009
                           Department of Internal Medicine

3

Wayne State University, School of Medicine
Detroit, MI

Clinical Faculty in Pulmonary Medicine          1996 - 1999
    Department of Internal Medicine
    Sinai Hospital
    Detroit, Michigan

Clinical Faculty in Occupational Medicine and    1987 - present
    Internal Medicine
    Department of Family Medicine (87/88)
    Department of Internal Medicine
    Providence Hospital
    Southfield, Michigan

Director, Clinical Services                      1987 - 1988
    Instructor, Division of Occupational Health
    Department of Family Medicine
    Wayne State University
    Detroit, Michigan

Clinical Faculty in Occupational Medicine        1987 - 1988
    Department of Family Medicine
    Residency Program
    Beaumont Hospital
    Troy, Michigan

**HOSPITAL/**
**PROFESSIONAL**
**APPOINTMENTS:**          Director, Environmental Cancer Program    2009 – present
    Karmanos Cancer Institiute
    Detroit, MI

Co-Director, National Center for                 2005 - present
    Vermiculite and Asbestos-Related Cancer
    Karmanos Cancer Institute
    Detroit, MI

Michigan Collaborator                            1998 - present
    Arsenosis Registry
    Armed Forces Institute of Pathology
    Walter Reed Hospital
    Washington, DC

Medical Director,                                1995 - 2006
    NIOSH Pulmonary Function Certification Program,
    C.O.E.M.

4

Cincinnati, Ohio

Medical Coordinator                                      1994
    Kibumba Refugee Camp
    International Rescue Committee/
    United Nations High Commissioner for Refugees
    Goma, Zaire

Medical Councillor to the Chairman                       1994
    House Education and Labor Committee
    United States Congress
    Washington, D.C.

Division Chief, Occupational & Environmental             1990 - present
    Medicine , Department of Internal Medicine
    Providence Hospital
    Southfield, Michigan

Presidential Invitee                                     1989
    White House Conference on Eastern Europe
    The White House, Washington, D.C.

Physician-in-Chief                                       1988 - present
    Center for Occupational and Environmental Medicine
    Appx. 3,200 patient contacts/year
    Royal Oak, Michigan

Chief U.S. Medical Advisor to Solidarity                 1988 - 1991
Chairman, Medical Aid to Poland Committee
    U.S. Agency for International Development/
    National Endowment for Democracy/
    International Rescue Committee
    New York, New York

Consulting Staff                                         1987 - present
    Harper-Grace Hospital
    Detroit, Michigan

"Sensor" Contact Physician for Silicosis and            1987 - present
    Occupational Asthma/Advisory Board Member
    Michigan Department of Public Health
    Lansing, Michigan

Chairman, Science Committee                              1987 - 1989
    Research Scientist
    Gubernatorial Appointment, Senate Confirmation
    Agent Orange Commission

5

State of Michigan

| | |
|---|---|
| Chief Physician | 1987 - 1988 |
| Occupational Lung Disease Program | |
| Grace Hospital | |
| Detroit, Michigan | |

| | |
|---|---|
| Active Staff | 1986 - present |
| Providence Hospital | |
| Southfield, Michigan | |

| | |
|---|---|
| Medical Director, Occupational Medicine | 1986 - 1987 |
| Providence Hospital | |
| Southfield, Michigan | |

| | |
|---|---|
| Heritage Hospital | 1985 - 1988 |
| Emergency Department | |
| Taylor, Michigan | |

| | |
|---|---|
| Mackinaw Straights Hospital | July 1985 |
| Emergency Department | |
| St. Ignace, Michigan | |

**MAJOR PROFESSIONAL SOCIETIES:**

American College of Chest Physicians
Wayne County Medical Society
Oakland County Medical Society
Michigan State Medical Society
American Medical Association
American College of Occupational and
    Environmental Medicine
New York Academy of Sciences
American Public Health Association
    Washington, D.C.
Occupational Health Committee
    Wayne County Medical Society
    Detroit, Michigan

**SERVICE:**

| | |
|---|---|
| Peer Reviewer, | 2007 |
| Archives of Environmental Health | |
| Atlanta, GA | |
| Peer Reviewer, | 2006 |
| Analytical Chemistry | |
| Washington D.C. | |

| | |
|---|---|
| Board of Directors | 2002- 2007 |

6

Mesothelioma Applied Research
Foundation
Santa Barbara, CA

Committee on Diagnosis and Treatment                    2001
   of Asbestos-Related Disorders
   American Thoracic Society
   New York, NY

Chair, Steering Committee                              1999 - 2000
   Occupational/Environmental Health
   American College of Chest Physicians
   Northbrook, Illinois

Member, Board of Regents                              1999 - 2000
   University of Michigan
   School of Public Health
   Alumni Association
   Ann Arbor, MI

Member, Steering Committee,                           1998 - 1999
   Occupational/Environmental Health
   American College of Chest Physicians
   Northbrook, Illinois

Member, Planning Committee                            1998
   Consensus Conference on Diagnosis and
      Treatment of Occupational Asthma
   AOEC/NIOSH
   Washington DC

Chairman, Fish and Water Sub-Committee               1997 - 1998
   Michigan State Medical Society
   Lansing, Michigan

Member, Public Health Committee                       1996 - present
   Michigan State Medical Society
   Lansing, Michigan

Member-at-Large, Executive Committee                 1996, 1997
   Department of Internal Medicine
   Providence Hospital
   Southfield, Michigan
Member, Board of Directors                            1997
   PIMREF
   Department of Internal Medicine
   Providence Hospital
   Southfield, Michigan

7

Member, Board of Directors                          1996 - 2000
    Michigan Environmental Council
    Lansing, Michigan

Peer Reviewer, CHEST                                1996 - 1997
    American College of Chest Physicians
    Northbrook, IL

Neurotoxicology Committee                           1994 - 1999
    International Commission on
    Occupational Health
    Singapore, Singapore

Continuing Medical Education Committee              1992
    Providence Hospital
    Southfield, Michigan

Professional Ethics Committee                       1992
    Providence Hospital
    Southfield, Michigan

Director, Warsaw Office                             1990
    Emergency Committee to Aid Poland
    Solidarity Headquarters
    Warsaw, Poland
    *(leave of absence from medical practice)*

Medical Advisor for International Programs          1989 - 1990
    Service Employees' International Union
    Washington, D.C.

"Preferred Provider"                                1988 - 1995
(arrangement)
    Dow Chemical/Dow Corning/
    Metropolitan Insurance Company
      for Occupational Lung Disease

Medical Consultant                                  1988 - 1992
    Joint Labor - Management Health and
      Welfare Trusts:
        Detroit Metropolitan Laborers
        Michigan Laborers
        Michigan Carpenters
        Upper Peninsula Plumbers & Pipefitters

8

| | |
|---|---|
| <u>Consultant,</u> Birmingham Public Schools<br>    Asbestos Exposure of Students<br>    Birmingham, Michigan | 1988 |
| <u>Medical Director</u><br>    Service Employees' International Union<br>    Local 50<br>    St. Louis, Missouri | 1987 - 1991 |
| <u>Medical Advisor</u><br>    Michigan AFL-CIO<br>    Lansing, Michigan | 1985 - present |
| <u>Medical Consultant</u><br>    Michigan Blue Cross/Blue Shield<br>    National Precertification Program | 1985 - 1987 |
| <u>Medical Consultant</u><br>    Tolstoy Foundation<br>    Ferndale, Michigan | 1985 - 1990 |
| <u>Administrative Assistant</u> to the International<br>    Vice-President<br>    Service Employees' International Union<br>    AFL-CIO<br>    St. Louis, Missouri | June - August 1978<br>June - August 1979<br>June - August 1981 |
| <u>Director of Community Development,</u><br><u>Special Assistant to the Mayor</u><br>    Taylor, Michigan | 1973 - 1977 |
| <u>Director,</u> Michigan Frontlash<br>    Lansing, Michigan | 1972 - 1973 |
| <u>Director of Information</u><br>    Michigan Democratic Party<br>    Lansing, Michigan | 1972 |
| <u>Editor - Business Manager</u><br>    Lansing Labor News<br>    Lansing, Michigan | 1969 - 1971 |
| <u>Stringer,</u> Michigan Chronicle<br>    Detroit, Michigan | 1967 - 1969 |

9

| | | |
|---|---|---|
| **TEACHING:** | Course Director,<br>Indoor Air Quality &<br>The Role of Molds<br>Wayne State University<br>Detroit, MI | 2001 |
| | Pulmonary Fellow Trainer<br>Sinai Hospital<br>Detroit, Michigan | 1995 - 1998 |
| | Great Lakes Family Practice Board Review Course<br>Department of Family Medicine<br>Providence Hospital | 1990 - 1992 |
| | Instructor<br>Wayne State University<br>Department of Family Medicine<br>Detroit, Michigan | 1987 - 1988 |
| | Lecturer<br>Pennsylvania State University<br>Occupational Safety & Health Training Institute<br>State College, Pennsylvania | 1984 - 1992 |
| | Internal Medicine Board Review Course<br>Occupational Lung Disorders<br>Providence Hospital<br>Southfield, Michigan | 1991, 1993 |
| | OSHA Training Sessions<br>International Association of Machinists<br>Occupational Dermatitis<br>Denver, Colorado | 1992 |
| | OSHA Training Sessions<br>International Association of Machinists<br>Occupational Dermatitis<br>San Diego, California | 1990 |

**GRANT SUPPORT:**

"Environmental Cancer Initiative". 2009-present. Funded by Blue Cross Blue Shield of Michigan.

"Early Detection Biomarkers for Mesothelioma among Asbestos and Vermiculite Exposed Populations". Black, Brad, Harbut, Michael, et. al. 2000 – 2010. Funded by CDC/EPA.

"Database for the National Center for Vermiculite and Asbestos-Related

10

Cancers (NCVAC)". 2005 - 2010. Ruckdeschel, John, Harbut, Michael et al. Funded by CDC/EPA.

"Monteleukast as a Mechanism to Improve DLCO in Patients with Pneumoconioses". 2000. Merck Company.

"Phase IV Study of the Genetic Component of ALT Elevation in Subjects Treated With Zileuton". Principal Investigator. 1998. Abbott Laboratories.

"Respiratory Health In Asbestos Exposed Iron Workers" Rocskay, Adrian, Harbut, Michael R., Green, Margaret, A., Osher, David and Zellers, E.T. American Journal of Industrial Medicine, 29: 459-466 (1996). University of Michigan partial funding.

**PEER REVIEWED PUBLICATIONS:**

New Insight into the Molecular Mechanisms of the Biological Effects of DNA Minor Groove Binders. Zhang X, Zhang SC, Sun D, Hu J, Wali A, Pass H, Fernandez-Madrid F, Harbut M, Tang N. PloS ONE, 6(10): e25822 (2011).

Clinical Presentation of Asbestosis With Intractable Pleural Pain in the Adult Child of a Taconite Miner and Radiographic Demonstration of the Probable Pathology Causing the Pain. Harbut M, Endress C, Graff J, Weis C, Pass H. International Journal of Occupational and Environmental Health, 15: 269-273 (2009).

Soluble Mesothelin-Realated Peptide Level Elevation in Mesothelioma Serum and Pleural Effusions. Pass H, Wali A, Tang N, Ivanova A, Ivanov S, Harbut M, Carbone M, Allard J. Ann Thorac Surg, 85: 265-272 (2008).

Treatment of Non-malignant Asbestos-Related Diseases. Harbut M. American Journal of Industrial Medicine, 50 (1): 71-72 (2007).

Non-malignant Asbestos-Related Disease: Diagnosis and Early Management. Interstitial, Inflammatory, and Occupational Lung Disease. Guidotti T, Harbut M, et al. Clinical Pulmonary Medicine, 14 (2): 82-92 (2007).

Asbestos Exposure, Pleural Mesothelioma, and Serum Osteopontin Levels. Pass H, Lott D, Lonardo F, Harbut M, et al. New England Journal of Medicine, 353 (15): 1564-73 (2005).

Comparison of B Readers' Interpretations of Chest Radiographs for Asbestos Related Changes. Oliver L C, Welch L, Harbut M. Acad Radiology, 11 (12): 1397-1399 (2004).

Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos. Guidotti T, Harbut M, et al. American Journal of

11

Respiratory and Critical Care Medicine, 170: 691-715 (2004).

Biomarkers For Establishing A Relationship Between Disease and Exposure. Harbut M, Kamel N. Journal of Occupational and Environmental Medicine, 43 (10): 839 (2001).

Arsenic Body Burden and Morbidity and Mortality. Harbut M, Kamel N. Archives of Environmental Health. July/August: 285-286 (2000).

Asthma in Patients With Silicone Breast Implants: Report of a Case Series and Identification of Hexachloroplatinate Contaminate as a Possible Etiologic Agent. Harbut M, Churchill B. IJOH, 3:73-82 (1999).

Respiratory Health In Asbestos Exposed Iron Workers. Rocskay A, Harbut M, Green M, Osher D, Zellers E. American Journal of Industrial Medicine, 29: 459-466 (1996).

Memory deficits and industrial toxicant exposure: a comparative study of hard Metal, solvent and asbestos workers. Harbut M, et al. Internal J Neurosci, 90 (1-2): 113-28 (1997).

Michael R Harbut, MD Rwanda Diary: "I Knew I Could Help People to Live". Harbut M. Michigan Medicine, 93 (11): 12-4 (1994).

Neuropsychological Sequelae of Hard Metal Disease. Jordan CM, Harbut M, et al. Arch Clin Neuropsychol, 8 (4): 309-26 (1993).

Occupational Asthma in a Beet Sugar Processing Plant. Rosenman K, Hart M, Ownby D. Michael Harbut acknowledged. CHEST, 101:1720-23 (1992).

Memory Deficits in Workers Suffering from Hard Metal Disease. Jordan CM, Whitman, Harbut M, Tanner. Wayne State University. Toxicology Letters. 54(2-3):241-3 (l990).

**ABSTRACTS:**
Environmental Cancer Program. Harbut M. One Hundred Fortieth Annual Meeting and Expo of the American Public Health Association (2012).

Quantified Computed Tomography Assessment of Asbestos-Related Disease. Endress C, Harbut M, Endress A, Noraian C. Eleventh International Conference of the International Mesothelioma Interest Group (2012).

Detection of Mesothelioma in Asbestos Exposed Individuals With Aptamer Proteomic Technology. Pass H, Mehan M, Ostroff R, Stewart A, Levin S; Black B, Harbut M, Williams S. One Hundred Second AACR Annual Meeting (2011).

Detection of Rare Cancers with Aptamer Proteomic Technology. Ostroff R, Nikrad M, Brand R, Moser J, Zeh H, Pass H, Levin S, Black B, Harbut M. Fourth AACR International Conference on Molecular Diagnostics in Cancer Therapeutic Development (2010).

Evaluation of Plasma Osteopontin as Early Detection and Prognostic Marker in Malignant Pleural Mesothelioma. Beck A, Ivanova S, Price L, Goldberg J, Wali A, Harbut M, Carbone M, and Pass H. ASCO Annual Meeting Proceedings. Journal of Clincal Oncology 26: 15S (2005).

Case Report: Bosentan-resistant Sarcoidosis Associated Pulmonary Hypertension Responsive to Sildenafil. Harbut M, et al. CHEST (2005).

Soluble Interleukin II Receptor Manipulation With Oral Cyclosporine A in Three Patients in Extremis and Their Clinical Responses. Harbut M. Cytokine Conference, Boston, Mass. (1995).

Ammonia Induced Asthma In Refrigeration Workers. Patel, Harbut M, Green M. American College of Physicians, Michigan Chapter & ACOEM (1993).

Mercury, Lead, Arsenic, and Cadmium Levels in a non-Industrially Exposed Michigan Population. Kalini, Harbut M. American College of Physicians, Michigan Chapter (1984).

Serum Sodium As a Predictor of Efficacy of Captopril in CHF patients, Feldman, Harbut M. American College of Physicians, Michigan Chapter (1983).

**SELECT INVITED PRESENTATIONS:**

| | |
|---|---|
| Grand Rounds, Providence Hospital<br>Environmental Cancer Initiative<br>Southfield, MI | 2010 |
| Grand Rounds, Providence Hospital<br>Arsenic Poisoning<br>Southfield, MI | 2008 |
| Grand Rounds, Providence Hospital<br>Asbestosis<br>Southfield, MI | 2008 |
| Grand Rounds, Providence Hospital<br>Lead Poisoning<br>Southfield, MI | 2007 |

13

| | |
|---|---|
| Diagnosis and Treatment of Nonmalignant<br>Asbestos Diseases<br>Asbestos Disease Awareness Organization<br>Philadelphia, PA | 2006 |
| Wayne State University School of Medicine<br>Medical Alumni Reunion and Clinic Day<br>Clinical Program<br>Update on Occupational and Environmental Medicine<br>Detroit, MI | 2007 |
| Diagnosis and Treatment of Nonmalignant<br>Asbestos Diseases<br>Asbestos Disease Awareness Organization,<br>Annual Meeting<br>Mount Sinai Hospital, New York, NY | 2007 |
| Epidemiology of Asbestos-Related Diseases<br>Mesothelioma Applied Foundation,<br>Annual Meeting<br>Washington D.C. | 2006 |
| Grand Rounds, Karmanos Cancer Institute<br>Overview of Asbestos Disease<br>Detroit, MI | 2006 |
| Grand Rounds, Henry Ford Hospital<br>Osteopontin as a Tumor Marker<br>For Mesothelioma<br>Detroit, MI | 2005 |
| United States Senate<br>Committee on Health, Education, Labor<br>& Pensions "An Evaluation of Asbestiform<br>Fiber Induced Lung Disease"<br>Washington, D.C. | 2001 |
| 6th International Symposium on Metal Ions in<br>Biology and Medicine Arsenosis<br>San Juan, Puerto Rico | 2000 |
| Michigan Blue Cross/Blue Shield<br>CME Arsenosis Update<br>Southfield, Michigan | 2000 |
| White House (Asbestosis Working Group)<br>"Asbestosis and Similar Lung Diseases"<br>Washington, D.C. | 2000 |
| EPA, ATSDR, PSR | 2000 |

14

"Arsenosis", Nat'l Drinking Water Conf.
Washington, D.C.


American College of Chest Physicians       1999
    Meet the Professor
    "Metal Working Fluids; Asthma or HP?"
    Chicago, Illinois

Invited Testimony             1998
    Institute of Medicine
    "Hypersensitivity Responses in SBI Patients"
    Washington, D.C.

CME Presentation          1998
    "Arsenic In the Ground Water"
    Michigan Blue Cross/Blue Shield
    Southfield, Michigan

Community Presentation      1998
    "Arsenic In the Ground Water"
    Providence Hospital
    Southfield, Michigan

Invited Workshop, Participant    1996
    "Particulates Not Otherwise Classified"
    NIOSH/AOEC
    Pittsburgh, Pennsylvania

Grand Rounds              1995
    "Medical, Ethical and Epidemiological
    Considerations in a Rwandan Civil
    War Refugee Camp"
    Providence Hospital
    Southfield, Michigan

Grand Rounds              1995
    "Medical, Ethical and Epidemiological
    Considerations in a Rwandan Civil
    War Refugee Camp"
    St. Joseph's Hospital
    Ypsilanti, Michigan

Accident Fund of Michigan      1992
    "Long Term Disease Correlations in
    Occupational Lung Disease Patients"
    Southfield, Michigan

"Down-regulation of the IL-2R by                    1992
    SIM in Unusual Patients" Harbut;
    Roundtable at Invitation of Borel, J.F.
    Sandoz Pharmaceuticals,
    Basel, Switzerland

Department of Thoracic Surgery                      1991
    Occupational Lung Disease:
    "Differentiating Asthma, Asbestosis
    and Silicosis."
    University of Michigan Hospitals
    Ann Arbor, Michigan

Visiting Nurse Association of SEM                   1991
    "Home Health Care Aspects of
    Occupational Lung Disease Patients"
    Southfield, Michigan

Grand Rounds                                        1991
    "Hypersensitivity Pneumonitis"
    Providence Hospital
    Southfield, Michigan

International Foundation                         1990, 1989
    "The Impact of Managed Care on
    Occupational Lung Disease"
    Seattle, Washington
    Reno, Nevada

Conferee, International Conference on               1990
    Human Rights
    Leningrad, Russia, U.S.S.R.

Department of Internal Medicine                    1989
    "Silicones, Asbestosis and Occupational Asthma"
    University of Warsaw, Poland

Department of Internal Medicine                    1988
    "Asbestosis and Hypersensitivity Pneumoconiosis"
    Gdansk General Hospital
    Poland

Grand Rounds                                        1988
    "Diagnosis of Asbestosis and Silicosis"
    Providence Hospital
    Southfield, Michigan

16

**PATIENT**
**EDUCATION:**           "Medically Speaking",                            1985 – 2000
                                    Monthly Syndicated Column
                                    In excess of 120 articles written.
                                    Michigan AFL-CIO News
                                    Lansing, Michigan

I have appeared on many television and radio programs discussing the health effects of toxins. I have also been quoted and/or interviewed in many publications. These include, but are not limited to, CBC-TV, Canadian National Television, Radio Free Europe, Voice of America, The New York Times, Nightline, ABC-TV, The McNeill-Lehrer Newshour PBS, Nightly News, NBC-TV, National News, CBS-TV, Detroit television stations 2, 4 and 7, Detroit radio stations WWJ and WJR, The Detroit News, The Detroit Free Press, The Baltimore Sun, The Seattle Post Intelligencer, The Washington Post. I appear in the film documentary, "Absolutely Safe" produced (2007) by Carol Leyva.

*Reconstruction Disclosure: This publications and presentations list has been reconstructed from a damaged file. Some items may be incorrect and some presentations may be missing. The correction of these possible errors is an ongoing process.*

                                           *c:\word\mydocuments\mhcv07.doc*
                                           *4/6/11*