UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179<br>CASE NO. 2:10-md-02179<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| Related to:   12-968 BELO<br>              in MDL No. 2179<br><br>              *Bradberry,* 2:17-cv-04686<br>              *Bradford,* 2:17-cv-12065<br>              *Colton,* 2:17-cv-12017 | |

## REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION TO AMEND OR MODIFY BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER

Pursuant to Rule 78 of the Local Rules for the Eastern District of Louisiana, BOBBY LYNN BRADBERRY, JR., JAMES WILBORN BRADFORD, IV, WALTER DARIO CASTRO, and JASON COLTON (collectively Plaintiffs), respectfully request oral argument on their Plaintiffs' Motion to Amend or Modify BELO Cases Initial Proceedings Case Management Order, filed contemporaneously with this Request.

WHEREFORE, Plaintiffs request that this Court allow oral argument on Plaintiffs' Motion to Amend or Modify BELO Cases Initial Proceedings Case Management Order.

1

DATED: February 2, 2018

                        Respectfully Submitted:

                        */s/ Howard L. Nations*
                        HOWARD L. NATIONS
                        Texas State Bar No. 14823000
                        The Nations Law Firm
                        3131 Briarpark Dr., Suite 208
                        Houston, Texas 77042
                        (713) 807-8400 (Phone)
                        (713) 807-8423 (Fax)

                        COUNSEL FOR PLAINTIFF,
                        BOBBY LYNN BRADBERRY, JR.

## CERTIFICATION OF CONFERENCE

    Pursuant to Section IV (2) of the BELO CMO, undersigned Counsel states that we have attempted to confer in good faith with Defendant's counsel, Kevin Hodges, Williams & Connolly, LLP, and have been unable to make contact. Counsel will continue to reach out to Defendants' counsel until such good faith conference can be completed.

*/s/ Howard L. Nations*
Howard L. Nations

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this 2nd day of February, 2018, I filed electronically the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Howard L. Nations*
Howard L. Nations