UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL No. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** *All Cases* | * * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the Motion for Consideration of Corrections to Expense Submissions (Rec. Doc. 21895) is DENIED AS MOOT.

New Orleans, Louisiana, this 5th day of February, 2018.

_____
United States District Judge