# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 2:10-md-02179 SECTION "J" |
| THIS DOCUMENT RELATES TO: Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER MAG. JUDGE WILKINSON |

## NOTICE OF APPEAL

Notice is hereby given that the persons named below, who are claimants under the class action settlements with Halliburton Energy Services, Inc. and Transocean Holdings LLC, hereby jointly appeal to the United States Court of Appeals for the Fifth Circuit from the order or judgment entitled "Claims Appeal Determination and Reasons" (Doc. no. 23804) entered by the Magistrate Judge on January 4, 2018, denying claimants' appeal to the Court from the Claims Administrator's denial of their claims, and from an order entered by the Court on January 31, 2018 (Doc. no. 23873) overruling claimants' objection to the Magistrate Judge's decision on the ground that such decision was final and could not be appealed to the District Judge.

The claimants jointly filing this notice of appeal, and their redacted claim numbers, are:

| No. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | SUFFIX | CLAIMANT APPEAL NUMBER |
|---|---|---|---|---|
| 1 | Julius | Barbour | | 62A******* |
| 2 | Edward | Barnhill | Jr. | 937******* |
| 3 | Edward | Barnhill | Sr. | D79******* |
| 4 | Karen | Barnhill | | D26******* |
| 5 | Scott | Black | | 9FF******* |
| 6 | Cleve | Boatwright | | 4D4******* |
| 7 | Norwood | Cain | Sr. | D8F******* |
| 8 | Arthur | Coleman | | B40******* |

| | | | | |
|---|---|---|---|---|
| 9 | Frank | Conley | | 224******* |
| 10 | Jerel | Conley | | EB2******* |
| 11 | Troy | Cornelius | Sr. | 583******* |
| 12 | Charles | Cowart | | 2B0******* |
| 13 | Randolph | Darna | III | AAE******* |
| 14 | Randolph | Darna | Jr. | 579******* |
| 15 | James | Dooley | | 8E6******* |
| 16 | Michael Shane | Dooley | | AB0******* |
| 17 | Allan | Dopirak | | D50******* |
| 18 | Bobby | Esfeller | | 95C******* |
| 19 | Ricky | Gomes | | 735******* |
| 20 | Benjamin | Hamilton | | D84******* |
| 21 | Richard | Harbison | Sr. | 44A******* |
| 22 | Richard | Harbison | Jr. | 751******* |
| 23 | Ernest | Harris | | 00A******* |
| 24 | Doran | Hoffman | | 868******* |
| 25 | James | Johns | | 648******* |
| 26 | Daryl | Johnson | | E7A******* |
| 27 | Rory | Johnson | | 9D6******* |
| 28 | Roy | Kibbe | | FD2******* |
| 29 | David | Krause | | 124******* |
| 30 | Michael | Krause | | E58******* |
| 31 | William | Ladnier | Sr. | 9C9******* |
| 32 | William | Ladnier | Jr. | 76A******* |
| 33 | Richard | Lolly | | 640******* |
| 34 | Franklin | McCall | | AEA******* |
| 35 | Anthony | Moralis | | F43******* |
| 36 | Helton | Nelson | | 143******* |
| 37 | Lloyd | Nielson | | BD1******* |
| 38 | Destin | O'Brien | | 7C2******* |
| 39 | Thomas | O'Brien | | 598******* |
| 40 | James | Parker | III | A38******* |
| 41 | Jason | Parker | | C9D******* |
| 42 | Robert Chad | Paul | | 4D9******* |
| 43 | Charles | Porter | | F49******* |
| 44 | Ernest | Price | | 780******* |
| 45 | Justin | Sawyer | | 413******* |
| 46 | David | Simms | Sr. | F4C******* |
| 47 | Thomas | Smith | | 06D******* |
| 48 | James | Stewart | | 4B7******* |
| 49 | William | Stewart | | C0F******* |
| 50 | Donald | Stork | Sr. | B2D******* |

| 51 | Marion | Strange | | E8B******* |
|---|---|---|---|---|
| 52 | Richard | Turner | | A89******* |
| 53 | Cecil | Wainwright | Jr. | 78B******* |
| 54 | Derek | Wainwright | | 225******* |
| 55 | Jerry | Walker | | 874******* |
| 56 | Charles | Wallace | | 0FA******* |
| 57 | Clarence | Waters | III | A78******* |
| 58 | Travis | Wilkerson | | 811******* |
| 59 | Deloyd | Williamson | | 0C3******* |
| 60 | Martin | Young | IV | DF8******* |
| 61 | Dennis | Zirlott | | 6EF******* |
| 62 | Donald | Zirlott | | BEC******* |
| 63 | Simon | Zirlott | | 954******* |

Claimants bring the appeal reserving and not waiving any right to relief by mandamus should that process be the appropriate avenue for relief.

Respectfully Submitted,

s/ Michael D. Greer
MICHAEL D. GREER, MB# 5002
GREER, RUSSELL, DENT,
& LEATHERS, P.A.
P.O. BOX 907
TUPELO, MS 38802
662-842-5345
mgreer@greerlawfirm.com
JOHN G. WHEELER, MB# 8622
MICHAEL CHASE, MB# 5969
Mitchell, McNutt & Sams, P.A.
P.O. BOX 7120
TUPELO, MS 38802
662-842-3871
jwheeler@mitchellmcnutt.com
mchase@mitchellmcnutt.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

This, the 5th day of February, 2018.

s/ Michael D. Greer
MICHAEL D. GREER