IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This document relates to all actions. | * * * * | HONORABLE CARL J. BARBIER MAG. JUDGE WILKINSON |
| Bon Secour Fisheries, Inc., et al., Individually and on behalf of themselves And all other similarly situated, Plaintiffs, V. BP Exploration & Production Inc.; BP America Production Company; BP p.l.c. Defendants. | * * * * * * * * * * * * * | NO. 12-970 SECTION: J HONORABLE CARL J. BARBIER MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO PRODUCE REDACTED OPT-OUT REPORT**

NOW INTO COURT, through undersigned counsel, comes Gangi Shrimp Company, who was previously a party in the above captioned matter. There is a document contained in the record of this matter [Rec. Doc. 16069-1] that has been previously identified as "Sealed and not open for public view," and mover seeks to obtain a copy of that document in a redacted form as is more fully expressed in the attached supporting memorandum.

Mover further shows that undersigned counsel is not listed as counsel within the present matter, and he seeks leave to file the within motion, and obtain a redacted copy of the report at Rec. Doc. 16069-1.

Respectfully submitted:

**SHEARMAN~DENENEA, L.L.C.**

BY: */s/ John H. Denenea, Jr.*
_____
**JOHN H. DENENEA, JR. (#18861)**
**BRIAN G. SHEARMAN (#19151)**
4240 Canal Street
New Orleans, LA  70119
Telephone: (504) 304-4582
Telecopier: (504) 304-4587
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to those participants in the CM/ECF filing system.

I further certify that there are no non-CMECF participants in this matter.

/s /John H. Denenea, Jr.
**JOHN H. DENENEA, JR.**