IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION: J |
| This document relates to all actions. | * * | HONORABLE CARL J. BARBIER |
| | * * | MAG. JUDGE WILKINSON |
| Bon Secour Fisheries, Inc., et al., Individually and on behalf of themselves And all other similarly situated, | * * * * | NO. 12-970 |
| | | SECTION: J |
| Plaintiffs, | * * | HONORABLE CARL J. BARBIER |
| V. | * * | MAG. JUDGE WILKINSON |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c. | * * * | |
| Defendants. | * | |

**MEMORANDUM IN SUPORT OF MOTION FOR**
**LEAVE TO PRODUCE REDACTED OPT-OUT REPORT**

MAY IT PLEASE THE COURT:

This court had previously addressed a motion to re-open the claim of Gangi Shrimp Company in an order dated December 16, 2016 [Rec. Doc. 22003]. At page 27 of that Order this Court referenced another document in its statement, "The court also notes that the opt-out report states that Gangi Shrimp is represented by another law firm, Leake and Anderson, LLP. (See Rec. Doc. 16069-1 at 30)."

Undersigned counsel attempted to obtain a copy of the document at "Rec. Doc. 16069-1 at 30" through the PACER system; however, the notification prompted that the document is under

seal and unavailable for viewing. That document contains information relevant to ongoing litigation in another matter in the State Court of Louisiana entitled *Gangi Shrimp Company, LLC v. Michael Britt, et al*, 24th JDC No. 771-620, Div. B. Mover seeks to obtain a copy of Rec. Doc. 16069-1 in all respects that reference or discuss Mike Gangi and/or Gangi Shrimp and its representation by Leake and Anderson LLP.

It is apparent that Rec. Doc. 16069-1 contains lists multiple parties and their personal information; however, mover seeks to obtain only that information that references or discusses Mike Gangi and/or Gangi Shrimp and its representation by Leake and Anderson LLP in any portion document or filing within Rec. Doc 16069-1. All other portions of Rec. Doc. 16069-1 may be redacted.

WHEREFORE, mover seeks leave of court for the production of a copy of Rec. Doc 16069-1 in which it references Mike Gangi and/or Gangi Shrimp and/or its representation by the law firm of Leake and Anderson LLP.

Respectfully submitted:

**SHEARMAN~DENENEA, L.L.C.**

*/s/ John H. Denenea, Jr.*
BY: _____
**JOHN H. DENENEA, JR. (#18861)**
**BRIAN G. SHEARMAN (#19151)**
4240 Canal Street
New Orleans, LA  70119
Telephone: (504) 304-4582
Telecopier: (504) 304-4587
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to those participants in the CM/ECF filing system.

I further certify that there are no non-CMECF participants in this matter.

/s /John H. Denenea, Jr.
**JOHN H. DENENEA, JR.**