IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This document relates to all actions. | * * * * | HONORABLE CARL J. BARBIER MAG. JUDGE WILKINSON |
| Bon Secour Fisheries, Inc., et al., Individually and on behalf of themselves And all other similarly situated, | * * * * | NO. 12-970 SECTION:  J |
| Plaintiffs, | * * | HONORABLE CARL J. BARBIER |
| V. | * * | MAG. JUDGE WILKINSON |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c. | * * * | |
| Defendants. | * | |

## ORDER

Considering the within Motion for Leave to Produce the Redacted form of Record Document 16069-1,

IT IS HEREBY ORDERED, that the Motion be filed as prayed, and that the clerk produce a redacted copy of Record Document 16069-1 that will include only references to Mike Gangi and/or Gangi Shrimp and any discussion or documents filed or listing the representation of Gangi by the law firm of Leake and Anderson LLP contained within that document.  In all other respects the document shall be redacted to remove any and all other information or references to all of the parties contained therein.

Thus, done this _____, day of _____, 2018 in New Orleans, LA.

_____
**UNITED STATES DISTRICT JUDGE**