MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 5, 2018

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

IN RE: OIL SPILL BY THE OIL RIG            MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010           SECTION "J"

THIS DOCUMENT RELATES TO:                  JUDGE BARBIER
                                           MAG. JUDGE WILKINSON
Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Letter, Appeal Form, Court Review Request, Claim Form, and Settlement Program Appeal Determination letter concerning the appeals of Rodney Oden, Claim No. 324*******, denying his claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, together with Oden's records in this court, IT IS ORDERED that this matter is hereby REMANDED to the Claims Administrator for further consideration.

As provided in the final paragraph of the court-approved Distribution Model, Record Doc. No. 18797 at p. 27, the Claims Administrator is directed to reconsider this "specific

MJSTAR:  1:45

case for equitable purposes in light of exceptional or extraordinary facts or circumstances relative to" Oden's claim.

          JOSEPH C. WILKINSON, JR.
        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**