# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | *   MDL NO. 2179<br>*<br>*   SECTION: J<br>*<br>* |
| *This document relates to:* | * |
| ALL CASES | *   HONORABLE CARL J. BARBIER<br>* |
| (including No. 12-970) | *   MAGISTRATE JUDGE WILKINSON<br>*<br>* |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to transmit Nineteen Thousand Five Hundred Twenty-Five Dollars and Eighty-Nine Cents ($19,525.89) from the Common Benefit Cost and Fee Fund to Garrett & Co. LLC for administrative expenses and/or fees.

**SIGNED** in New Orleans, Louisiana this _____ day of _____, 2018.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**