UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179  SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER  MAG. JUDGE WILKINSON |

Civil Action Nos. 12-968 BELO and
  Bradberry, 17-4686; Bradford, 17-12065; Colton, 17-12071; Castro, 17-12018

### ORDER

The above-referenced plaintiffs filed a Motion to Amend or Modify BELO Cases Initial Proceedings Case Management Order, Record Doc. No. 23880, together with a request for oral argument, Record Doc. No. 23881, which were automatically referred to me. Having conferred with Judge Barbier because the four issues as to which the motion seeks the court's "guidance," Record Doc. No. 23880-1 at p. 2, have previously been addressed or considered by Judge Barbier, it has been determined that Judge Barbier will decide this motion. Accordingly, the clerk of court is directed to remove this motion from my motions docket and transfer it to Judge Barbier's motions docket.

New Orleans, Louisiana, this ____7th____ day of February, 2018.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL BARBIER