UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This Document Relates to: *Nos. 13-1117 & 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion for Leave to Produce Redacted Opt-Out Report (Rec. Doc. 23884);

IT IS ORDERED that the Motion is GRANTED.  The Court will provide attorney John H. Denenea, Jr. with a redacted copy of Record Document 16069-1 that will include only references to Mike Gangi and/or Gangi Shrimp and any discussion or documents filed or listing the representation of Gangi by the law firm of Leake and Andersson LLP contained within that document.  In all other respects the document shall be redacted to remove any and all other information or references to all of the parties contained therein.

New Orleans, Louisiana, this 8th day of February, 2018.

_____
United States District Judge