IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-970) | * * * | JUDGE CARL J. BARBIER |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of Erin Wicht, a Class Member who is a minor, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf of Erin Wicht as fair, reasonable and adequate, and in the best interests of the minor, and, (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable and adequate, and in the best interests of the minor.

A proposed Order accompanies this Motion.

Respectfully submitted,

**CLASS MEMBER'S**
**AUTHORIZED REPRESENTATIVE**
Pro Se

By: /s/ *William Wicht*
William Wicht
Class Member's Authorized Representative
217 Ashley Place
Ocean Springs, MS 39564

**DEEPWATER HORIZON**
**MEDICAL BENEFITS CLASS ACTION**
**SETTLEMENT PROGRAM**

By: /s/ *Joseph L. Bruemmer*
  Matthew L. Garretson
  Joseph L. Bruemmer
  Garretson Resolution Group
  6281 Tri-Ridge Blvd., Suite 300
  Loveland, OH 45140