IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-970) | * * * | JUDGE CARL J. BARBIER |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of John Anderson, a Class Member who is deceased, via counsel, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf of John Anderson as fair, reasonable and adequate, and, (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

                                                              Respectfully submitted,

**NICKS LAW FIRM**                                   **DEEPWATER HORIZON**
                                                       **MEDICAL BENEFITS CLASS ACTION**
                                                       **SETTLEMENT PROGRAM**

By: */s/ Shantrell Nicks*                             By: */s/ Joseph L. Bruemmer*
Shantrell Nicks                                             Matthew L. Garretson
Nicks Law Firm                                              Joseph L. Bruemmer
312-T Schillinger Road, Box #306            Garretson Resolution Group
Mobile, AL 36608                                      6281 Tri-Ridge Blvd., Suite 300
                                                                Loveland, OH 45140