IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| *This document relates to:* | * * | |
| ALL CASES | * * | **HONORABLE CARL J. BARBIER** |
| (including No. 12-970) | * * * * | **MAGISTRATE JUDGE WILKINSON** |

ORDER AUTHORIZING
PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to transmit Nineteen Thousand Five Hundred Twenty-Five Dollars and Eighty-Nine Cents ($19,525.89) from the Common Benefit Cost and Fee Fund to Garrett & Co. LLC for administrative expenses and/or fees.

New Orleans, Louisiana this 8th day of February, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE