# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 29, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-30918   In Re: Deepwater Horizon
                    USDC No. 2:10-MD-2179
                    USDC No. 2:12-CV-970

The court has granted appellant's motion to reopen the appeal.

The sufficient version of appellant's record excerpts received January 11, 2018, will be filed on the docket. Briefing is otherwise complete in this case. The case will be screened for a final judgment and opinion as the next procedural step.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. William W. Blevins
Mr. David Andrew Christenson
Mr. Jeffrey Bossert Clark, Sr.
Mr. Don Keller Haycraft
Mr. Russell Keith Jarrett
Mr. James Andrew Langan
Mr. Martin R. Martos, II