# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

February 8, 2018

|  |  |
|---|---|
| Invoice #: | 30690 |
| Billed Through: | January 31, 2018 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | January 31, 2018 | $19,850.00 |
| CURRENT EXPENSES THROUGH: | January 31, 2018 | $37.50 |
| TOTAL CHARGES FOR THIS BILL | | $19,887.50 |
| TOTAL NOW DUE | | $19,887.50 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

## JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268
Tax ID

February 8, 2018

|                  |                    |
|------------------|--------------------|
| Invoice #:       | 30690              |
| Billed through:  | January 31, 2018   |
| Account #:       | 001300   01580     |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $30,748.80 |
| Less payments received since previous invoice | $30,748.80 |

**PROFESSIONAL SERVICES**                                                                                                                                                      **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/17 | MJJ | COMMUNICATIONS WITH GCG RE: COURT REVIEW AND APPEALS PROCESS; REVIEW QUARTERLY STATUS REPORT FILED WITH DISTRICT COURT | 0.60 |
| 11/02/17 | MJJ | REVIEW OF CLAIMANT APPEALS; DRAFTING OF APPEAL DECISIONS; COMUNICATIONS WITH GCG RE: NATURE OF REAL PROPERTY OWNERSHIP AND MISCELLANEOUS ISSUES IN APPLICATION OF NEW CLASS DISTRIBUTION MODEL | 3.40 |
| 11/04/17 | MJJ | REVIEW MISCELLANEOUS ADMINISTRATIVE COSTS TO BE SUBMITTED TO DISTRICT COURT | 0.40 |
| 11/06/17 | MJJ | PHONE CONFERENCE WITH CLAIMANT ATTORNEY RE: WETLANDS AND COASTAL REAL PROPERTY CLAIMS; REVIEW WEEKLY PROCESSING REPORT; COMMUNICATIONS WITH DHEPDS AND GCG RE: COMPETING CLAIMS FOR PROGRAM PAYMENTS | 0.90 |
| 11/07/17 | MJJ | REVIEW COURT ORDER RE: CLAIMANT MOTION FOR COSTS AND FEES; COMMUNICATIONS WITH GCG AND DHEPDS RE: QUARTERLY COSTS; REVIEW ADDITIONAL SUBMISSIONS RE: DISPUTED THIRD PARTY CLAIM; CORRESPONDENCE WITH DHEPDS AND GCG RE: COMPETING ARGUMENTS RE: ENFORCING THIRD PARTY RIGHTS | 1.40 |
| 11/08/17 | MJJ | MISCELLANEOUS COMMUNICATIONS WITH UBS RE: TAX COST ISSUES; REVIEW OF EXTENSIVE GCG ADMINISTRATIVE COST SUBMISSIONS | 0.90 |
| 11/09/17 | MJJ | COMMUNICATIONS WITH PARTIES RE: QUARTERLY COSTS; DRAFT MOTION FOR AUTHORITY TO PAY ADMINISTRATIVE EXPENSES | 0.60 |
| 11/10/17 | MJJ | REVIEW GOVERNMENT EASEMENT DOCUMENTS; CORRESPONDENCE WITH GCG RE: PROPERTY OWNERSHIP REQUIREMENTS; COMMUNICATIONS WITH PARTIES RE: QUARTERLY COSTS; REVIEW FILED MOTION RE: REQUESTED AUTHORITY TO PAY ADMINISTRATIVE COSTS | 0.70 |
| 11/16/17 | MJJ | REVIEW RELEVANT FILINGS RE: ASSIGNED COMPENSATION CATEGORIES; REVIEW GCG CORRESPONDENCE RE: GOVERNMENT CLAIM DEVELOPMENTS; COMMUNICATIONS WITH GCG AND GCR RE: PROPERTY DAMAGE CLASSIFICATIONS | 0.80 |
| 11/16/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT | 0.20 |
| 11/28/17 | MJJ | COMMUNICATIONS WITH GCG RE: CLAIM PROCESSING, TIMING | 0.80 |

| | | | Invoice # 30690 | Page | 2 |
|---|---|---|---|---|---|
| 001300 | 01580 | | | | |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | ISSUES, PUBLIC NOTICES, ETC; REVIEW WEEKLY CLAIM ACTIVITY REPORT; CORRESPONDENCE WITH GARDEN CITY RE: APPEALS | |
| 11/29/17 | MJJ | COMMUNICATIONS WITH GCG RE: PROPERTY CLAIM EVALUATIONS, PROCESSING OF NOTICES, ETC; ANALYSIS OF PROJECTED TIMELINES VS ACTUAL PERFORMANCE; ASSESSMENT OF BUDGETING AND ADMINISTRATIVE COST ISSUES; REVIEW PUBLIC PROPERTY OWNERSHIP ISSUES | 1.10 |
| 11/30/17 | MJJ | PHONE CONFERENCE WITH GARDEN CITY RE: CLAIM RESERVES, ELIGIBILITY NOTICES, ETC. | 0.40 |
| 12/04/17 | MJJ | REVIEW WEEKLY CLAIM REPORT; COMMUNICATIONS WITH GCG RE: GOVERNMENT PROPERTY CLAIMS | 0.50 |
| 12/07/17 | MJJ | CORRESPONDENCE WITH IRS, PARTIES AND CPA RE: INCOME TAXES | 0.30 |
| 12/11/17 | MJJ | CORRESPONDENCE WITH CPA RE: TAX FILINGS / IRS ERRORS; REVIEW WEEKLY CLAIM PROCESSING REPORT | 0.50 |
| 12/13/17 | MJJ | COMMUNICATIONS WITH CPA AND UBS RE: ESTIMATED TAX PAYMENTS | 0.40 |
| 12/18/17 | MJJ | REVIEW WEEKLY CLAIMS PROCESSING REPORT; CORRESPONDENCE WITH CPA AND UBS RE: NEW YORK TAX FILINGS | 0.50 |
| 12/19/17 | MJJ | COMMUNICATIONS WITH GCG RE: CLAIMS PROCESS, APPEALS, DISTRIBUTION PROCEDURE, ETC.; REVIEW MISCELLANEOUS APPEAL ISSUES | 0.70 |
| 12/20/17 | MJJ | COMMUNICATIONS WITH GCG RE: PROCESSING OF PARTIAL CLAIMS, APPEAL ISSUES, NOTICE PLAN, ETC. | 0.50 |
| 12/22/17 | MJJ | ANALYSIS OF TIMING SCHEDULE AND ISSUES TO ADVANCE DISTRIBUTIONS; CONSIDERATION OF DELAY ISSUES CAUSED BY RELIANCE UPON DHEPDS DATA | 0.80 |
| 12/26/17 | MJJ | CORRESPONDENCE WITH GARDEN CITY RE: PROCESS AND APPEAL ISSUES | 0.30 |
| 12/27/17 | MJJ | REVIEW WEEKLY CLAIMS PROCESSING REPORT; REVIEW CLAIMANT APPEALS | 1.40 |
| 12/29/17 | MJJ | PHONE CONFERENCE WITH MISSISSIPPI CLAIMANT RE: DISTRIBUTION PROCESS; REVIEW CLAIMANT APPEAL ISSUES | 2.20 |
| 01/02/18 | MJJ | REVIEW WEEKLY CLAIM REPORT; COMMUNICATIONS WITH GCG RE: CURRENT PROCESSING ISSUES AND IMPEDIMANTS | 0.50 |
| 01/05/18 | MJJ | REVIEW COURT RULINGS RE: CLAIMANT APPEALS | 0.80 |
| 01/07/18 | MJJ | REVIEW CLAIMANT APPEALS | 4.00 |
| 01/08/18 | MJJ | REVIEW CLAIMANT APPEALS; COMMUNICATIONS WITH GCG RE: MISCELLANEOUS PROCESSING AND DOCUMENTATION ISSUES | 3.70 |
| 01/09/18 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT | 0.20 |
| 01/10/18 | MJJ | COMMUNICATIONS WITH GCG RE: GOVERNMENT PROPERTY CLAIMS | 0.30 |
| 01/16/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: CLAIMS PROCESSING, COORDINATION, ESTABLISHMENT OF RESERVES, ETC.; REVIEW WEEKLY CLAIM PROCESSING REPORT, COMMUNICATIONS WITH GCG RE: APPEALS, NOTICES, ISSUES FOR FURTHER REVIEW, ETC. | 1.90 |
| 01/17/18 | MJJ | REVIEW CLAIMANT APPEALS; COMMUNICATIONS WITH GCG RE: MISCELLANEOUS ISSUES AND ITEMS TO BE ADDRESSED; REVIEW ISSUES RE: COORDINATION WITH DHEPDS DETERMINATIONS AND NOTICES | 2.10 |
| 01/18/18 | MJJ | REVIEW PROGRAM DENIAL LANGUAGE; COMMUNICATIONS WITH GCG RE: CLAIM PROCESSING ISSUES; REVIEW UBS AND CLAIMANT | 0.80 |

| 001300 | 01580 | | | Invoice # 30690 | Page | 3 |
|---|---|---|---|---|---|---|
| | | COUNSEL DATA RE: CLASS FUNDS | | | | |
| 01/20/18 | MJJ | REVIEW APPEAL ISSUES AND STATUS OF MISCELLANEOUS APPEALS | | | | 0.80 |
| 01/22/18 | MJJ | REVIEW GARDEN CITY CLAIM PROCESSING REPORT; ANALYSIS OF ADMINISTRATIVE COSTS BUDGETING, PROJECTED EXPENSES, ETC. | | | | 0.70 |
| 01/23/18 | MJJ | REVISIONS TO QUARTERLY COURT STATUS REPORT; COMMUNICATIONS WITH GARDEN CITY RE: ONGOING PROCESSING OF CLAIMS; REVIEW CLAIM STATUS REPORTING; COMMUNICATIONS WITH GCG RE: APPEALS | | | | 1.70 |
| 01/24/18 | MJJ | COMMUNICATIONS WITH GCG RE: CLAIMS PROCESSING; REVIEW REVISIONS TO QUARTERLY STATUS REPORT | | | | 0.60 |
| 01/26/18 | MJJ | COMMUNICATIONS WITH GCG RE: MISCELLANEOUS CLAIMS PROCESSING ISSUES | | | | 0.50 |
| 01/29/18 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; REVIEW OUTSTANDING APPEAL ISSUES | | | | 0.60 |
| 01/31/18 | MJJ | REVIEW COURT RULING RE: APPEAL DETERMINATIONS | | | | 0.20 |
| | | | | 39.70 | | $19,850.00 |

| MJJ | JUNEAU, MICHAEL J. | 39.70 hrs @ | $500.00 /hr | $19,850.00 |
|---|---|---|---|---|
| | Fee Recap Totals | 39.70 | | $19,850.00 |

**EXPENSES** — **Amount**

| 12/07/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
|---|---|---|
| 01/10/18 | FILE & SERVEXPRESS; REPOSITORY FEE - OCT | 5.00 |
| 01/10/18 | FILE & SERVEXPRESS; REPOSITORY FEE - DEC | 5.00 |
| 01/31/18 | COPYING | 22.50 |
| | | $37.50 |

**BILLING SUMMARY:**

| TOTAL FEES | $19,850.00 |
|---|---|
| TOTAL EXPENSES | $37.50 |
| TOTAL FEES & EXPENSES | $19,887.50 |
| **TOTAL NOW DUE** | **$19,887.50** |