**Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO**

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 11/16/2017 | Patrick Hron | Review corresp. from ML and corresp BG re: same. | 0.10 | $ 125.00 | $ 12.50 | |
| 12/5/2017 | Patrick Hron | Confer ML, KA re current DHEPDS claims and effect on HESI/TO Settlement Programs. | 0.67 | $ 125.00 | $ 83.75 | |
| 1/12/2018 | Patrick Hron | Review corresp. from ML re: VoO and corresp. re: same. | 0.12 | $ 125.00 | $ 15.00 | |
| 1/16/2018 | Patrick Hron | Review corresp. from ML and KA re: current DHEPDS claim status and questions re: partial distribution and meeting schedule. | 0.42 | $ 125.00 | $ 52.50 | |
| 1/17/2018 | Patrick Hron | Review corresp. re: HESI/TO inquiry, research claimant, and corresp. MJ, ML re: same. | 0.53 | $ 125.00 | $ 66.25 | |
| 1/24/2018 | Patrick Hron | Review and edit court report and corresp. MJ, PAJ, et al. re: same. | 0.15 | $ 125.00 | $ 18.75 | $ 248.75 |
| 12/5/2017 | Katy Askew Martinez | Meeting with ML and PH re: DHECC end dates and HESI | 0.50 | $ 85.00 | $ 42.50 | |
| 1/16/2018 | Katy Askew Martinez | Emails re: HESI | 0.33 | 85 | $ 28.05 | $ 70.55 |
| 11/1/2017 | Patrick Juneau | HESI Status Report Filed Version | 0.50 | $ 700.00 | $ 350.00 | |
| 11/15/2017 | Patrick Juneau | HESI Invoices/ Pleadings/ Order | 0.80 | $ 700.00 | $ 560.00 | |
| 12/2/2017 | Patrick Juneau | HESI Data Query | 0.30 | $ 700.00 | $ 210.00 | |
| 12/11/2017 | Patrick Juneau | HESI Signed POA's | 0.10 | $ 700.00 | $ 70.00 | |
| 12/17/2017 | Patrick Juneau | Mike Juneau HESI Report | 0.50 | $ 700.00 | $ 350.00 | |
| 12/19/2017 | Patrick Juneau | Hesi Report | 0.10 | $ 700.00 | $ 70.00 | |
| 1/22/2018 | Patrick Juneau | HESI Quarterly Draft | 0.50 | $ 700.00 | $ 350.00 | |
| 1/23/2018 | Patrick Juneau | HESI Quarterly Report Draft | 0.30 | $ 700.00 | $ 210.00 | |
| 1/24/2018 | Patrick Juneau | HESI Quarterly Report Final | 0.5 | $ 700.00 | $ 350.00 | $ 2,520.00 |
| | | Total | 6.42 | | $ 2,839.30 | $ 2,839.30 |