UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 15-4143, 15-4146 & 15-4654 | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING
### DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

Considering the Motion for Disbursement of Administrative Costs filed jointly by the Claims Administrator for the New Class, Michael J. Juneau, and the Claims Administrator for the Old Class, Patrick A. Juneau;

IT IS HEREBY ORDERED that:

The Settlement Fund Escrow Agent is hereby authorized and directed to issue payment on the following invoices as Administrative Costs pursuant to Section 8(c) of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements:

New Class Expenses:

Garden City Group invoice dated February 9, 2018 in the amount of $638,891.02

Juneau David, APLC invoice dated February 8, 2018 in the amount of $19,887.50

Old Class Expenses:

Garden City Group invoice dated February 9, 2018 in the amount of $332.50

BP Economic & Property Damages Settlement Trust invoice in the amount of $2,839.30

-2-

Such payments are to be made from the Transocean Settlement Fund (17.08%) and the Halliburton Settlement Fund (82.92%) pro rata based on the respective contributions to the overall settlement amount.

New Orleans, Louisiana, this _____ day of _____, 2018.

                                                                                         _____
                                                                                         CARL J. BARBIER
                                                                                         UNITED STATES DISTRICT JUDGE