IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater    *    MDL No. 2179
Horizon" in the Gulf of Mexico,    *
On April 20, 2010    *    Section: J
   *
     This filing relates to: *All Cases*    *    Judge Carl J. Barbier
   *
     (Including Civil Action No. 12-970)    *

---

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT**

The authorized representative of Claimant, Paulette Miller Wollard, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

**JACOB S. BRAUD**      **DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM**

By: _____      By: _____
Jacob S. Braud      Lynn C. Greer
Attorney for Claimant's Representative      VSB No.: 29211
Ballay, Braud & Colon, PLC      BrownGreer PLC
8114 Highway 23      250 Rocketts Way
Belle Chasse, Louisiana 70037      Richmond, Virginia 23231
(504) 394-9841      (804) 521-7200

Date: 2-8-2018      Date: 2/8/18

1