IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Ross Morrison, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **HOWARD L. NATIONS** | **DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM** |
| By: *Howard L. Nations* | By: *Lyn C. Greer* |
| Howard L. Nations<br>Attorney for Claimant's Representative<br>Howard L Nations PC<br>3131 Briarpark Drive, Suite 208<br>Houston, Texas 77042<br>(713) 807-8400 | Lynn C. Greer<br>VSB No.: 29211<br>BrownGreer PLC<br>250 Rocketts Way<br>Richmond, Virginia 23231<br>(804) 521-7200 |
| Date: 2/07/2018 | Date: 2/8/18 |