IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | | * | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Wesley Vaughan, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **CHRISTOPHER WILLIAMS** | **DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM** |
| By: *[signature]* | By: *[signature]* |
| Christopher Williams | Lynn C. Greer |
| Attorney for Claimant's Representative | VSB No.: 29211 |
| The Diaz Law Firm | BrownGreer PLC |
| 208 Waterford Square, Suite 300 | 250 Rocketts Way |
| Madison, Mississippi 39110 | Richmond, Virginia 23231 |
| (601) 607-3456 | (804) 521-7200 |
| Date: 2-8-2018 | Date: 2/8/18 |

1