IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § § § § § § § § § § § § § § | MDL NO. 2179  SECTION J  Honorable CARL J. BARBIER  Magistrate Judge WILKINSON |
| This document relates to: | | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production, Inc., et al. | | |
| -and- | | |
| No. 17-16245, BP Exploration & Production, Inc., et al., v. Claimant ID 100271184; Claim ID 276943 | | |

## MOTION TO REQUIRE IMMEDIATE PAYMENT OR A SUPERSEDEAS BOND

COMES NOW Claimant ID 100271184 in regard to Claim ID 276943 and moves the court for entry of an order requiring immediate payment to Claimant ID 100271184 of the amount, $2,474,792.50, awarded to Claimant or in the alternative, to require BP to post a supersedeas bond. Support for this Motion is contained in the memorandum in support filed herewith.

Respectfully submitted,

Steven L. Nicholas
Allison W. Smalley
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama   36604
(251)471-6191         Telephone
(251) 479-1031        Facsimile

sln@cunninghambounds.com
aws@cunninghambounds.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

