IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § § § § § § § § § § § § § | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production, Inc., et al. | | Honorable CARL J. BARBIER |
| | | Magistrate Judge WILKINSON |
| -and- | | |
| No. 17-17790, BP Exploration & Production, Inc., et al., v. Claimant ID 100262544; Claim ID 262339 | | |

## MOTION TO REQUIRE IMMEDIATE PAYMENT OR A SUPERSEDEAS BOND

COMES NOW Claimant ID 100262544 in regard to Claim ID 262339 and moves the court for entry of an order requiring immediate payment to Claimant ID 100262544 of the amount, $1,348,999.80, awarded to Claimant or in the alternative, to require BP to post a supersedeas bond. Support for this Motion is contained in the memorandum in support filed herewith.

Respectfully submitted,

/s/ Steven L. Nicholas

Steven L. Nicholas
Allison W. Smalley
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama   36604
(251)471-6191          Telephone
(251) 479-1031         Facsimile

sln@cunninghambounds.com
aws@cunninghambounds.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

_____