IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § § | MDL NO. 2179 |
| | § | SECTION J |
| This document relates to: | § § | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production, Inc., et al. | § § § § | Honorable CARL J. BARBIER |
| -and- | § § § | Magistrate Judge WILKINSON |
| No. 17-17790, BP Exploration & Production, Inc., et al., v. Claimant ID 100262544; Claim ID 262339 | § § § | |

## MEMORANDUM IN SUPPORT OF MOTION TO REQUIRE IMMEDIATE PAYMENT OR THE POSTING BY BP OF A SUPERSEDEAS BOND

COMES NOW Claimant ID 100262544 in regard to Claim ID 262339 and submits its Brief in Support of its Motion for an order requiring immediate payment to Claimant ID 100262544 of the amount, $1,348,999.80, awarded to Claimant.

1. On February 7, 2018, BP filed a Notice of Appeal of this Court's January 5, 2018 order denying BP's motion for discretionary review of the award in question. BP has not sought a stay of the January 5, 2018 order.

2. As evidenced by BP's filing of the Notice of Appeal, the order denying discretionary review of the award constitutes a final money judgment for Claimant ID 100262544 in the amount of $1,348,999.80 entered on January 10, 2018.

3. Pursuant to Rule 62, Fed. R. Civ. P., the filing of notice of appeal does not stay

execution on a final money judgment. Execution is stayed only by the posting of a supersedeas bond sufficient to preserve the status quo pending BP's appeal. The bond should equal the award, post-judgment interest thereon, and costs. See *Poplar Grove Planting and Refining Co., Inc. v. Balche Halsey Stuart, Inc.*, 600 F.2d 1189, 1191 (5th Cir. 1979).

Based on the foregoing, the Court should order that Claimant ID 100262544 is entitled to immediate payment of the amount awarded under Claim ID 262339 with post-judgment interest from January 5, 2018, or in the absence of immediate payment, the posting of a supersedeas bond by BP to stay execution on the judgment pending appeal.

Respectfully submitted,

Steven L. Nicholas
Allison W. Smalley
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama     36604
(251) 471-6191          Telephone
(251) 479-1031          Facsimile
sln@cunninghambounds.com
aws@cunninghambounds.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

2