UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| ALL CASES | |

## MOTION TO WITHDRAW

COMES NOW the United States, by and through undersigned counsel, and hereby moves to withdraw the following two attorneys from all cases in the Deepwater Horizon MDL litigation, MDL No. 2179. The attorneys are:

> STEPHEN G. FLYNN
> Assistant Director
> Torts Branch, Civil Division
> U.S. Department of Justice
> 175 N Street, NE, 8th Floor
> Washington, DC  20002
> Tel:  (202) 616-4070
> E-Mail:  Stephen.Flynn@usdoj.gov

> MICHELLE T. DELEMARRE
> Senior Admiralty Counsel
> Torts Branch, Civil Division
> U.S. Department of Justice
> 175 N Street, NE, 8th Floor
> Washington, DC  20002
> Tel: (202) 616-4037
> E-Mail: Michelle.Delemarre@usdoj.gov

A proposed order is attached.

1

Dated: February 20, 2018

          Respectfully submitted,

          CHAD A. READLER
          Acting Assistant Attorney General

          DUANE A. EVANS
          Acting United States Attorney

          STEPHEN G. FLYNN
          Assistant Director
          Torts Branch, Civil Division
          U.S. Department of Justice
          175 N Street, NE, 8th Floor
          Washington, DC  20002
          Tel:  (202) 616-4070
          E-Mail:  Stephen.Flynn@usdoj.gov

          MICHELLE T. DELEMARRE
          Senior Admiralty Counsel
          Torts Branch, Civil Division
          U.S. Department of Justice
          175 N Street, NE, 8th Floor
          Washington, DC  20002
          Tel: (202) 616-4037
          E-Mail: Michelle.Delemarre@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 20th day of February, 2018.

/s/  Michelle Delemarre
U.S. Department of Justice