UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| ALL CASES | |

ORDER APPROVING WITHDRAWAL OF COUNSEL

Now before the Court is the United States' Motion to Withdraw two attorneys from all cases in the Deepwater Horizon MDL Litigation. The United States' motion is hereby granted. Stephen J. Flynn and Michelle T. Delemarre are hereby withdrawn as counsel for the United States in the Deepwater Horizon MDL Litigation, all cases, effective immediately.

ORDERED this ___ day of February, 2018.

_____
Hon. Carl J. Barbier
United States District Judge