UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-968* | * * | MAG. JUDGE WILKINSON |

## NOTICE
[Regarding Class Membership Challenges Under the Medical Benefits Class Action Settlement]

The Court issues this Notice to inform the public of its progress on class membership challenges under the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement ("Medical Settlement"). (*See* Medical Settlement § V.N, Rec. Doc. 6427-1; Class Membership Denial Procedures, Rec. Doc. 18533).

Under the Medical Settlement, the Claims Administrator determines in the first instance whether or not a claimant is a member of the Medical Benefits Settlement Class. A claimant may appeal an unfavorable determination by submitting a challenge within 60 days of the date on the Notice of Determination Concerning Membership in the Medical Benefits Settlement Class. A class membership challenge is reviewed and decided by the Court.[1]

To date, the Court has reviewed and ruled upon **six hundred forty-six** (**646**) class membership challenges. The Claims Administrator informs the Court that there are no remaining

---

[1] In accordance with the Class Membership Denial Procedures (Rec. Doc. 28533), an individual "case" is created in the Court's docket for each class membership challenge. Access to this docket is restricted to the claimant, BP, the Claims Administrator, and Lead Class Counsel. When the Court rules on a class membership challenge, it issues an Order and Judgment into the docket for that challenge, as opposed to in the master docket for MDL 2179.

class membership challenges relating to claims for Specified Physical Conditions or for benefits under the Periodic Medical Consultation Program.

New Orleans, Louisiana, this 21st day of February, 2018.

_____
United States District Judge