U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 22 2018

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARLENE JACOBI, INDIVIDUALLY * NO. 16-17466
AND AS SUCCESSION REPRESENTA-
TIVE OF CHARLES A. JACOBI   * SEC. B. MAG. 2

                            *
VS.                         *

TRANSOCEAN, LTD. AND        *
BP, PLC                     *
                            * DY. CLERK: _____
FIELD: _____

## MOTION AND ORDER FOR DEFAULT JUDGMENT

NOW COMES PLAINTIFFS, DARLENE JACOBI, INDIVIDUALLY

AND AS SUCCESSION REPRESENTATIVE OF CHARLES A. JACOBI,

and respectfully shows the following state of facts exists,

towit:

1. on December 15, 2015 the original complaint herein was filed, naming the defendants, TRANSOCEAN, LTD. and BP, PLC:

2. the said original complaint was duly served upon the aforesaid defendants through File and Serve Express on November 28, 2016;

3. no answer or responsive pleadings have been filed to the date of filing of this Motion, notwithstanding notice to said defendants;

4. accordingly, Plaintiffs desire and are entiled to the entry of a default judgment against defendants and respectfully request a hearing date be set for that purpose.

WHEREFORE, Plaintiffs respectfully request that a Rule

Nisi be issued directed to defendants ordering them to appear

and show cause on a date and time to be set by this Court why

the foreoging relief should not be granted.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARLENE JACOBI, INDIVIDUALLY         *   NO. 16-17466
AND AS SUCCESSION REPRESENTA-
TIVE OF CHARLES A. JACOBI            *   SEC. G. MAG. 2

VS.                                  *

TRANSOCEAN LTD AND                   *

FILED:_____               *   DY. CLERK:_____

ORDER

The foregoing considered,

LET TRANSOCEAN, LTD. and BP, PLC, show cause on the _____ day of _____, 2018 why a default judgment should not be rendered against them at _____ o'clock A.M.

New Orleans, LA this _____ day of _____, 2018.

_____
U.S. DISTRICT COURT JUDGE

_____
Robert N. Clarke, Attorney for
DARLENE JACOBI, INDIVIDUALLY AND
AS SUCCESSION REPRESENTATIVE OF
CHARLES . JACOBI, PLAINTIFFS
3009 20th St. Ste. B
Metairie, LA 70002
Tel: 485-3375 LSBA NO. 4161

Robert N. Clarke
Attorney At Law
3009 20th St, Suite B
Metairie, LA 70002

NEW ORLEANS LA 700
20 FEB 2018 PM 2 L

Clerk, US District Court
500 Poydras St. RM C256
New Orleans, LA 7013

7013O-336136