UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** <br> *Nos. 12-970, 15-4143, 15-4146, 15-4654* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court is a Motion for Relief from Court's Order Approving Distribution Model for HESI/Transocean Settlements (Rec. Doc. 23967).

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 26th day of February, 2018.

_____
United States District Judge