## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | **MDL No. 2179** |
| | * | |
| | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| This Document Relates to: | * | |
| *Nos. 17-16366, 17-16241, 17-17789, 17-16248, 17-16266, 17-16245, 17-17790* | * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court are multiple Motions to Require Immediate Payment or a Supersedeas Bond (Rec. Docs. 24071-24076 in C.A. No. 10-md-2179; Rec. Doc. 8 in C.A. No. 17-16366).

IT IS ORDERED that BP shall file a single, omnibus response (limited to 15 pages, double spaced) by Friday, March 9, 2018.  Any replies by movers shall be filed by Friday, March 16, 2018.  If it chooses to reply, Cunningham Bounds shall file a single, omnibus reply (limited to 5 pages, double spaced) on behalf of its moving clients.  Donald Foret may file a separate reply (also limited to 5 pages, double spaced) on behalf of his client.

All filings shall be made in the master docket, No. 10-md-2179.  The Court will inform the parties if it requires oral argument.  The parties shall disregard the Notice of Submission filed in No. 17-16366.

New Orleans, Louisiana, this 23rd day of February, 2018.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 17-16366.**