MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 26, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**CLAIM APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlement]

Claimant Billy Nghiem, Claim No. 321*******, has filed a motion for reconsideration and new trial, Record Doc. No. 23877. Nghiem previously filed an appeal of the Claims Administrator's denial of his claim for payment from the Halliburton/Transocean settlements on grounds that "Claimant received a Fraud, Waste and Abuse Denial Notice (Claim #174185 in the Deepwater Horizon Economic and Property Damages Settlement ['DHEPDS']. That disqualifies him from eligibility in the New Class." This court affirmed the decision of the Claims Administrator on the record presented at that time in connection with the appeal.

MJSTAR: 1 : 10

Nghiem's current motion seeks two kinds of relief: (1) reinstatement of Nghiem's claim for payment from the Halliburton/Transocean New Class settlement fund; and (2) reversal of the denial of his claim in the separate Seafood Supplemental and Residual payments program of the DHEPDS. For the following reasons, the motion is GRANTED IN PART AND DENIED IN PART.

The Distribution Model approved by the court expressly excludes from recovery from the Halliburton/Transocean New Class settlement funds any claimant who was subject to a valid and final fraud denial in the DHEPDS program. Record Doc. No. 18797 at p. 27. That was the sole basis for affirming Nghiem's appeal of the Claims Administrator's determination. Nghiem argues in this motion, and the materials he has submitted appear to support his arguments, that the action taken against him in the DHEPDS program was based <u>not</u> on actual, demonstrated fraud, but on a mere failure by Nghiem to respond to a request by the DHEPDS program for additional documentation to support his claim. Apart from the ultimate fraud, waste and abuse ("FWA") conclusion, no underlying materials supporting the DHEPDS fraud finding were submitted to this court in connection with Nghiem's Halliburton/Transocean claim appeal.

Accordingly, this motion is granted in part, but only as follows: IT IS ORDERED that Nghiem's appeal is REMANDED to the Claims Administrator so that the Claims Administrator may review materials from the DHEPDS program and determine whether

- 2 -

actual fraud, waste or abuse, as opposed to mere failure to respond to a documentation request, was the basis for the DHEPDS denial. If so, the Claims Administrator may again deny Nghiem's claims and provide those materials to me and to Nghiem so that he may decide whether to pursue a new appeal. If not, the Claims Administrator must review Nghiem's Halliburton/Transocean claim again to determine whether he is entitled to payment or is not entitled to payment for other reasons.

The motion is denied insofar as it seeks reinstatement of payments to Nghiem from the DHEPDS Seafood Supplemental and Residual payments program. Such relief is beyond the scope of appeals permitted in the Halliburton/Transocean settlements appeal process and instead must be pursued through the separate and distinct DHEPDS appeal procedure.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**