UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

BP EXPLORATION & PRODUCTION, INC., ET AL

VERSUS                                    CASE NUMBER: 2:18-CV-01812

CLAIMANT ID 100173955

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION AND ORDER TO ENROLL

NOW INTO COURT, through undersigned counsel, comes AARON J. ALLEN, who, moves this Court to recognize him as counsel of record for Claimant ID #100173955 in the above entitled and captioned matter.

Jason A. Matt shall remain enrolled as co-counsel.

Respectfully Submitted,

_____
AARON J. ALLEN (#16786)
MATT & ALLEN
P. O. Box 4405
Lafayette, LA 70502
(337) 237-1000 phone
(337) 232-7580 facsimile

_____
JASON A. MATT (#) 33602
MATT & ALLEN
P. O. Box 4405
Lafayette, LA 70502
(337) 237-1000 phone
(337) 232-7580 facsimile

CERTIFICATE OF SERVICE

A copy of this Motion was served electronically upon all counsel of record on this date:

February 27, 2018

_____
AARON J. ALLEN