UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>2:10-md-02179<br>Section J |
| THIS DOCUMENT RELATES TO:<br><br>*Civil Action No. 2:18-cv-0028*<br>*Claimant Id 100262795*<br>*Claim Id 263558* | HONORABLE CARL J. BARBIER<br>MAGISTRATE JUDGE WILKINSON<br><br>NOTICE OF APPEAL |

**PLEASE TAKE NOTICE** that *Claimant Id 100262795*, claimant in *BP Exploration & Production, Inc., et. al. v. Claimant ID 100262795* and under the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 [Docket # 6430], hereby appeals to the United States Court of Appeals for the Fifth Circuit from each and every part of the Order entered on January 30, 2018 [Docket # 3], by Judge Barbier, which granted BP's request for discretionary review, reversed the decision of the Appeal Panel, and reinstated the claim denial by the Claims Administrator for Claim ID No. 263558. Accordingly, Claimant also appeals the Claim Administrator's Denial Notice determination on March 13, 2017 [Deepwater Horizon Claims Center (DWHCC) Doc ID 20507307] and Post-Reconsideration Denial Notice determination on April 26, 2017 [DWHCC Doc ID 20633554].

Dated: February 27, 2018    Respectfully submitted,

BY: /s/ Lisa Causey-Streete
**SALIM-BEASLEY, LLC**
Lisa Causey-Streete
Robert L. Salim

1

1901 Texas Street
Natchitoches, LA 71457
Phone: (318) 238-1826
Fax: (318) 354-1227
Email: robertsalim@cp-tel.net
Email: lcausey@salim-beasley.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was electronically served on all counsel of record through the Court's CM/ECF system on this 27th day of February, 2018.

*/s/ Lisa Causey-Streete*
Lisa Causey-Streete