# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 17-30042
_____

In re: Deepwater Horizon

_____

AJ'S SPECIALTY INCORPORATED; MICHELLE AYOTTE; GULF
FRAMERS, INCORPORATED; H&H ENTERPRISES OF PC BCH L.L.C.;
JEROME HALL; RONALD HELMER; ALEX HOLLINGSWORTH; JOHN
HYLAN; PAUL JENSEN; RICHARD LEBLANC; ROBERT LEE;
MINDWAVES HYPNOSIS, L.L.C.; PERFORMANCE MUFFLER AND
BRAKE; MAXIMA ROYSTER; STEPHEN L. SHIVERS, JR.; KYLE SPELL;
SUNSHINE STATE PARTNERS, L.L.C.; JAVIER VILLAREAL; LEIGH
WRIGHT INTERIOR,

          Plaintiffs - Appellants

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED;
TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES,
INCORPORATED; BP EXPLORATION & PRODUCTION,
INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,

          Defendants - Appellees
_____

HENRY L. PERRY,

          Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER

DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.;
TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON
ENERYGY SERVICES, INCORPORATED,

       Defendants - Appellees


                          Consolidated with 17-30505


In Re: Deepwater Horizon:


_____


HENRY L. PERRY,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA,
INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES,
INCORPORATED; SPERRY DRILLING SERVICES,

       Defendants - Appellees


_____


HENRY L. PERRY,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; HALLIBURTON ENERGY SERVICES,
INCORPORATED; SPERRY DRILLING SERVICES,

       Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

Before HIGGINBOTHAM, JONES, and COSTA, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellant Henry Perry, Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP, P.L.C., BP Corporation North America, Incorporated, BP America, Incorporated, BP Products North America, Incorporated, Halliburton Energy Services, Incorporated, Sperry Drilling Services, Transocean Offshore Deepwater Drilling, Incorporated Transocean Holdings, L.L.C., Transocean Deepwater, Incorporated to remand the Perry appeal for further proceedings in the District Court pursuant to Federal Rule of Appellate Procedure 12.1(b) is GRANTED.

IT IS FURTHER ORDERED that appellant Henry Perry, Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP, P.L.C., BP Corporation North America, Incorporated, BP America, Incorporated, BP Products North America, Incorporated, Halliburton Energy Services, Incorporated, Sperry Drilling Services, Transocean Offshore Deepwater Drilling, Incorporated Transocean Holdings, L.L.C., Transocean Deepwater, Incorporated to hold the consolidated appeals in abeyance pending District Court's action on remand is GRANTED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 24, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 17-30042    In re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:13-CV-97
                        USDC No. 2:16-CV-13365
                        USDC No. 2:16-CV-13367
                        USDC No. 2:16-CV-6259
                        USDC No. 2:16-CV-13366
                        USDC No. 2:16-CV-13364
                        USDC No. 2:13-CV-6009
                        USDC No. 2:16-CV-7048
                        USDC No. 2:16-CV-6329
                        USDC No. 2:13-CV-5367
                        USDC No. 2:16-CV-6216
                        USDC No. 2:16-CV-6333
                        USDC No. 2:16-CV-6298
                        USDC No. 2:16-CV-6330
                        USDC No. 2:16-CV-7285
                        USDC No. 2:10-MD-2179
                        USDC No. 2:13-CV-5367
                        USDC No. 2:16-CV-6333

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *Mary Stewart*
                                By: _____
                                Mary C. Stewart, Deputy Clerk
                                504-310-7694

Mr. William W. Blevins
Mr. William H. Burgess
Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. James Riley Davis
Mr. Dominic E. Draye
Mr. John Michael Elsley
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. James Andrew Langan

Ms. Marsha L. Lyons
Mr. Kerry J. Miller
Mr. Matthew Regan
Mr. Thomas Wilson Taylor
Mr. Robert Alan York