UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **Applies to: 12-cv-968: BELO** | * | |
| | * | **MAGISTRATE** |
| | * | **JUDGE WILKINSON** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### THE BP PARTIES' MOTION TO MODIFY
### BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER

Pursuant to the Court's BELO Cases Initial Proceedings Case Management Order ("CMO") (Rec. Doc. 14099, § IV(1)(D)), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully move this Court to modify the CMO and the analogous orders entered in individual BELO lawsuits[1] in two respects. Both proposed modifications relate to the Authorizations for release of records, attached to the CMO, that are provided by the BELO plaintiff to the BP Parties during the initial disclosure process.

First, the BP Parties ask the Court to replace the Request for Social Security Earnings Information (Form SSA-7050-F4) and Consent for Release of Information (Form SSA-3288) forms with up-to-date revised forms issued by the U.S. Government. The versions currently attached to the CMO have been superseded by these new forms, and the U.S. Government will

---

[1]  *See* BELO Cases Initial Proceedings Case Management Order, Rec. Doc. 14099 ("CMO"). The Court also enters individual Initial Proceedings Case Management Orders for each individual BELO lawsuit. *See, e.g.*, *Townsend v. BP Expl. & Prod. Inc.*, No. 2:15-cv-5033, Rec. Doc. 6 (E.D. La. Oct. 20, 2015).

not accept the outdated versions.  Second, the BP Parties ask the Court to replace the Authorization for Release of Medical Records Pursuant to 45 C.F.R. § 164.508 (HIPAA), Authorization for Release of Records Provided to *Deepwater Horizon* Medical Benefits Claims Administrator, and Authorization for Release of Employment/Plaintiff Records forms.  The current versions contain a fixed expiration date in 2018.  The modified forms provide authorizations that expire one year from the date on which the form was signed, which will avoid the need to revise the forms in the future.

The BP Parties have conferred with BELO Liaison Counsel for the Class pursuant to Section IV of the CMO.[2]  Class Liaison Counsel informed the BP Parties on February 16, 2018 that they do not object to the BP Parties' requests.

For the Court's convenience, the BP parties are submitting as Exhibit A hereto a Plaintiff Profile Form that includes a complete set of revised Authorization forms.  Exhibit A may be substituted for the current version of the Plaintiff Profile Form and its exhibits that are attached to the CMO.  The grounds supporting this request are set forth in the accompanying Memorandum of Law filed in support of this Motion.

---

[2]   CMO § IV(2).

February 28, 2018                      Respectfully submitted,

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

    */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Service in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 28th day of February, 2018.

*/s/ Don K. Haycraft*
Don K. Haycraft