# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | \* | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | \* | |
| **of Mexico, on April 20, 2010** | \* | **SECTION: J** |
| | \* | |
| | \* | **JUDGE BARBIER** |
| **Applies to: 12-cv-968:  BELO** | \* | |
| | \* | **MAGISTRATE** |
| | \* | **JUDGE WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants BP Exploration and Production Inc. and BP America Production Company submit the attached Motion to Modify BELO Cases Initial Proceedings Case Management Order.  This Notice of Submission has been filed pursuant to the Court's BELO Cases Initial Proceedings Management Order § IV(3), Rec. Doc. 14099.  Pursuant to the Court's Pre-Trial Order No. 15, Rec. Doc. 676, Defendants have not designated a date for submission of the Motion to Modify BELO Cases Initial Proceedings Case Management Order.

February 28, 2018                                   Respectfully submitted,


   */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

   */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

   */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Service in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 28th day of February, 2018.

*/s/ Don K. Haycraft*
Don K. Haycraft