UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **Applies to: 12-cv-968: BELO** | * | |
| | * | **MAGISTRATE** |
| | * | **JUDGE WILKINSON** |
| | * | |

## PROPOSED ORDER

Considering the Motion to Modify BELO Cases Initial Proceedings Case Management Order, filed by Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "the BP Parties"):

**IT IS HEREBY ORDERED** that the BP Parties' Motion is **GRANTED**; and it is further

**ORDERED** that the Plaintiff Profile Form and Authorizations attached to the BELO Cases Initial Proceedings Case Management Order, as well as the Initial Proceedings Case Management Order entered in subsequent BELO lawsuits, shall be replaced by the Plaintiff Profile Form and Authorizations contained in Exhibit A to the BP Parties' Motion

New Orleans, Louisiana, this _____ day of February 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**