UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **METRO CUSTOM HOMES** | ) | CIVIL ACTION NO. 2:13-cv-01839 |
| | ) | |
| | ) | |
| | ) | SECTION:  J |
| **Plaintiff,** | ) | |
| | ) | JUDGE CARL BARBIER |
| v. | ) | |
| | ) | |
| **BP EXPLORATION & PRODUCTION** | ) | MAG. JUDGE:  SHUSHAN |
| **INC.; BP AMERICA PRODUCTION** | ) | |
| **COMPANY; and BP p.l.c.** | ) | |
| | ) | |
| **Defendants.** | | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, METRO CUSTOM HOMES, through undersigned counsel, voluntarily dismisses with prejudice its action (Cause No. 2:13-cv-018391 - in this consolidated matter) against all Defendants named in the complaint that was filed on, or about, April 20, 2013.  None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all Defendants is not required.  Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

WILLIAMSON & RUSNAK

*/S/ Cyndi M. Rusnak*
**Cyndi M. Rusnak**
**Federal ID No. 24724**
**Texas State Bar No. 24007964**
**Email:  cyndi@williamsonrusnak.com**
**4310 Yoakum Boulevard**
**Houston, Texas  77006**
**713.223.3330 – Telephone**
**713.223.0001 – Office**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

                                          */s/ Cyndi M. Rusnak*
                                          **Cyndi M. Rusnak**