UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate Judge Division "2" |
| This Document Relates to:<br><br>2:12-cv-01484 | Magistrate Judge Joseph C. Wilkinson, Jr. |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REQUEST FOR DISCRETIONARY COURT REVIEW OUT OF TIME**

COME NOW, the Plaintiff, LAKE GARDEN APARTMENTS LTD, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(B) and move that this Court grant them leave to file their Request for Discretionary Court Review out of time. In support of this Motion, Plaintiff states:

1. On Monday, February 26th, 2018, the deadline to request discretionary Court review was due.

2. Due to a trial that the undersigned was participating in, the request for discretionary review and supporting memorandum were not timely uploaded.

3. Plaintiff attempted to submit the request and upload the memorandum once it was discovered that no action had been taken prior to the deadline expiring.

4. The memo supporting the request for discretionary Court review has been attached as Exhibit "A."

1

5. Neither party to this matter will be prejudiced if the subject motion were to be granted by the Court.

6. Plaintiff does not seek this leave out of bad faith or for the purposes of delaying this case.

7. Plaintiff notes the relatively small nature of the delay, and does not believe judicial proceedings will be negatively impacted.

8. A proposed order is attached hereto.

WHEREFORE, the Plaintiff respectfully requests that the Court approve the Plaintiff's above-proposed request for leave to file its request for discretionary Court review.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:  0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that counsel has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiff's Motion for Leave to File Request for Discretionary Court Review Out of Time. Plaintiffs' Liaison Counsel has indicated that they generally do not weigh in on matters of this nature.  Therefore, they were not able to support Plaintiffs' motion as of the date of this filing.

Dated on this 1st day of March 2018.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.

By:  /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of March 2018.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN, P.A.

        By: /s/ Kelley B. Stewart

        Kelley B. Stewart, Esquire
           Florida Bar Number: 492132
           kstewart@krupnicklaw.com