UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier |
| This Document Relates to: | Magistrate Judge Division "2"<br>Magistrate Judge Joseph C. Wilkinson, Jr. |
| 2:12-cv-01484 | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REQUEST FOR DISCRETIONARY COURT REVIEW OUT OF TIME

Upon motion of Plaintiff, LAKE GARDEN APARTMENTS LTD., and for good cause shown, the Court grants Plaintiff's motion for leave to file Request for Discretionary Court Review out of time, thereby allowing the Plaintiff to submit its request to the Court.

Date:_____

SO ORDERED:

_____
Hon. Carl J. Barbier
United States District Judge

7