# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 01, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-30243   In re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:12-CV-970
                         USDC No. 2:15-CV-4143
                         USDC No. 2:15-CV-4146
                         USDC No. 2:15-CV-4654

The joint designation of the record must be filed in the District Court within **14 days** from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Dantrell L. Johnson, Deputy Clerk
                                      504-310-7689

Mr. William W. Blevins
Mr. Bruce Wayne Bowman, Jr.
Mr. Brad Dennis Brian
Mr. Michael Chase
Mr. Donald Everett Godwin
Mr. Michael Duane Greer
Ms. Misty Annette Hataway-Cone'
Mr. Daniel Benjamin Levin
Ms. Jenny LaNell Martinez
Mr. Kerry J. Miller
Mr. Steven Lynn Roberts
Mr. John Gwin Wheeler
Mr. Robert Alan York

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-30243
_____

IN RE: DEEPWATER HORIZON

_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

    Plaintiffs

v.

HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

    Defendants - Appellees

v.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL,

    Movants - Appellants

_____

JOHN M. PETITJEAN, individually and on behalf of a putative class; ET AL,

    Plaintiffs

v.

HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

    Defendants - Appellees

v.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL,

    Movants - Appellants

_____

ECONOMIC and PROPERTY DAMAGES SETTLEMENT CLASS, in the matter of Bon
Secour Fisheries v. BP Exploration & Production, Incorporated 12cv970,

    Plaintiff

v.

HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

    Defendants - Appellees

v.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL,

    Movants - Appellants

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R :

    The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

    Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should

attempt to agree on which documents should be included and should file a joint designation.  If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT