UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** *Nos. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Lake Garden Apartments's Motion for Leave to File Request for Discretionary Court Review Out of Time (Rec. Doc. 24114).

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 6th day of March, 2018.

_____
United States District Judge