UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: *All Cases* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a "Motion to Request this Court to Place on the Public Record the Total Amount and Source of Compensation, From All Sources, Paid to All Members of the PSC, et al." filed by Selmer M. Salvensen, Pinellas Marine Salvage, Inc., John Mavrogiannis, and Andrew J. Ditch. (Rec. Doc. 23677) (italics omitted).

IT IS ORDERED that the Motion (Rec. Doc. 23677) is DENIED.

New Orleans, Louisiana, this 6th day of March, 2018.

United States District Judge