IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater   *     MDL NO. 2179
   Horizon" in the Gulf of Mexico, on    *
   April 20, 2010                  *     SECTION: J
                            *
   This filing relates to: *All Cases*   *     JUDGE CARL J. BARBIER
   (including Civil Action No. 12-968)   *
                            *

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE
MEDICAL BENEFITS CLASS
ACTION SETTLEMENT AGREEMENT**

The Authorized Representative(s) of Leonard Folse, a Class Member who is deceased, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf of Leonard Folse as fair, reasonable and adequate, and, (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

                          Respectfully submitted,

CLASS MEMBER'S            DEEPWATER HORIZON
AUTHORIZED REPRESENTATIVE   MEDICAL  BENEFITS CLASS ACTION
Pro Se                     SETTLEMENT PROGRAM

By: /s/ *Beverly Folse*         By: /s/ *Joseph L. Bruemmer*
Beverly Folse               Matthew L. Garretson
Class Member's Authorized Representative  Joseph L. Bruemmer
2690 Express Blvd.          Garretson Resolution Group
Houma, LA 70363           6281 Tri-Ridge Blvd., Suite 300
                          Loveland, OH 45140