## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * <br> * <br> * <br> * | **MDL NO. 2179** <br><br> **SECTION: J** |
| **This filing relates to:** *All Cases* **(including Civil Action No. 12-968)** | * <br> * <br> * | **JUDGE CARL J. BARBIER** |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of Kenneth Mouille, a Class Member who is deceased, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf of Kenneth Mouille as fair, reasonable and adequate, and, (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

**CLASS MEMBER'S**
**AUTHORIZED REPRESENTATIVE**
**Pro Se**

**DEEPWATER HORIZON**
**MEDICAL  BENEFITS CLASS ACTION**
**SETTLEMENT PROGRAM**

By: /s/ *Mary Grace Mouille*
Mary Grace Mouille
Class Member's Authorized Representative
109 North Randall Court
Gretna, LA  70053

By: /s/ *Joseph L. Bruemmer*
   Matthew L. Garretson
   Joseph L. Bruemmer
   Garretson Resolution Group
   6281 Tri-Ridge Blvd., Suite 300
   Loveland, OH 45140