IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE
MEDICAL BENEFITS CLASS
ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of Bradley Boyington, a Class Member who is deceased, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf of Bradley Boyington as fair, reasonable and adequate, and, (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

                                        Respectfully submitted,

**CLASS MEMBER'S**
**AUTHORIZED REPRESENTATIVE**
**Pro Se**

By: /s/ *Albert Schwindling*
Albert Schwindling
Class Member's Authorized Representative
60544 Dresdex Drive
Lacomb, LA  70445

**DEEPWATER HORIZON**
**MEDICAL BENEFITS CLASS ACTION**
**SETTLEMENT PROGRAM**

By: /s/ *Joseph L. Bruemmer*
    Matthew L. Garretson
    Joseph L. Bruemmer
    Garretson Resolution Group
    6281 Tri-Ridge Blvd., Suite 300
    Loveland, OH 45140