# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of John Brown, a deceased Class Member, via counsel, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf of John Brown as fair, reasonable and adequate, and, (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

                                                                 Respectfully submitted,

**NICKS LAW FIRM**                                    **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM**

By: /s/ *Shantrell Nicks*                                 By: /s/ *Joseph L. Bruemmer*
Shantrell Nicks                                                          Matthew L. Garretson
Attorney For Class Member's Representative          Joseph L. Bruemmer
Nicks Law Firm                                                         Garretson Resolution Group
312-T Schillinger Road, Box #306,                        6281 Tri-Ridge Blvd., Suite 300
Mobile, AL  36608                                                      Loveland, OH 45140