IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE
MEDICAL BENEFITS CLASS
ACTION SETTLEMENT AGREEMENT**

The Authorized Representative(s) of Tuyet Tran, a Class Member who is a minor, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf of Tuyet Tran as fair, reasonable and adequate, and in the best interests of the minor, and, (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable and adequate, and in the best interests of the minor.

A proposed Order accompanies this Motion.

                                                                                                 Respectfully submitted,

| | |
|---|---|
| **WALTER, WIYGUL & GARSIDE, LLC** | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| By: /s/ *Clay Garside* <br> Clay Garside <br> Attorney For Class Member's Representative <br> Walter, Wiygul & Garside, LLC <br> 14399 Chef Menteur Highway #D <br> New Orleans, LA 70179 | By: /s/ *Joseph L. Bruemmer* <br> Matthew L. Garretson <br> Joseph L. Bruemmer <br> Garretson Resolution Group <br> 6281 Tri-Ridge Blvd., Suite 300 <br> Loveland, OH 45140 |