IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * | JUDGE CARL J. BARBIER |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE
MEDICAL BENEFITS CLASS
ACTION SETTLEMENT AGREEMENT**

The Authorized Representative(s) of Lorena Harris, a deceased Class Member, via counsel, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf of Lorena Harris as fair, reasonable and adequate, and, (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

                                                                               Respectfully submitted,

| | |
|---|---|
| **DENHAM LAW FIRM, PLLC** | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| By: /s/ *William B. Atchison* <br>William B. Atchison <br>Attorney For Class Member's Representative <br>Denham Law Firm, PLLC <br>424 Washington Avenue <br>Ocean Springs, MS 39564 | By: /s/ *Joseph L. Bruemmer* <br>Matthew L. Garretson <br>Joseph L. Bruemmer <br>Garretson Resolution Group <br>6281 Tri-Ridge Blvd., Suite 300 <br>Loveland, OH 45140 |