# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This document relates to: Nos. 18-00435,* 17- | * | HONORABLE CARL J. BARBIER |
| 16366, 17-16241, 17-17789, 17-16248, 17- | * | MAGISTRATE JUDGE WILKINSON |
| 16266, 17-16245, and 17-17790 | * | |
| | * | |
| | * | |
| | * | |

---

## DECLARATION OF MICHAEL T. ROBERTSON

I, Michael T. Robertson, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.      I am over the age of 18 and am a resident of the State of Texas.  Unless otherwise stated, I have personal knowledge of the facts set forth herein, and, if called to do so, could testify truthfully thereto.

2.      Currently, I am the Finance Director and Controller, BP America.  I have served in this role since March 2016 and am knowledgeable of material financial aspects of BP's relationship with the Court Supervised Settlement Program ("CSSP").  From June 2010 to February 2016, I was the Controller for BP's Gulf Coast Restoration Organization, an organization specifically tasked with managing BP's long-term response to the *Deepwater Horizon* incident.  Before the *Deepwater Horizon* incident, I have served in various financial positions with the BP family of companies since 1985.  I graduated from Western Illinois University in 1984 with a Bachelor of

---

* I am informed that No. 18-00435 was not explicitly made part of the BP opposition brief ordered by the Court on February 26, 2018.  Nevertheless, the Claimant in No. 18-00435 filed a motion on March 6, 2018 identical in all material respects to the six motions filed on behalf of Cunningham Bounds clients.  Thus, as this Court may deem necessary, my declaration should be deemed filed in No. 18-00435 as well as in the cases specifically referenced in this Court's February 26, 2018 order.

1

Business Administration in Accounting and in 1997 completed a Masters of Business Administration degree from the University of Tulsa.

3.     I am aware of the financial situations of BP Exploration and Production Inc. ("BPXP") and BP America Production Company ("BPAPC"). These two companies are designated as the "Primary Obligors" under the *Deepwater Horizon* Economic and Property Damages Settlement ("Settlement"). *See* Settlement, Ex. 24A ("BP Exploration and Production Inc. and BP America Production Company (collectively, the 'Primary Obligors') will duly and punctually pay all of the Primary Obligors' payment obligations ….").

4.     I also am personally aware of the financial situations of BP Corporation North America Inc. ("BPCNA") and BP p.l.c. Under Section 37.1 of the Settlement, BPCNA is designated as "Guarantor of the BP Parties' payment obligations" and BP p.l.c. is designated as the "Back-Up Guarantor." The specific obligations of BPCNA and BP p.l.c. are set out in Exhibits 24A and 24B of the Settlement.

5.     Following judicial approval of the Settlement, the CSSP began paying awards to eligible claimants and continues to do so. The CSSP has processed literally hundreds of thousands of claims. Indeed, "[a]s of December 31, 2017, the Claims Administrator's Office and Vendors (CAO) have received 390,574 Claim Forms since the Settlement Program opened on June 4, 2012." Status Report 57 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review at 2 (Jan. 31, 2018), http://www.deepwaterhorizoneconomicsettlement.com/docs/Court_Status_Report_No_57.pdf. The Claims Administrator has issued awards to at least 129,091 unique claimants and paid at least $11,240,320,726. *See id.*, Ex. A at 2. That sum, moreover, is distinct from the additional billions

of dollars that BP has paid through other settlements, including the Medical Settlement and the settlement with government entities.

6.      To date, consistent with the obligations under the Settlement, BPXP has consistently ensured, as a Primary Obligor, that the Settlement Trust is funded.  Because the Primary Obligors have thus collectively satisfied their Settlement duties, BPCNA and BP p.l.c. have not needed to step in as guarantors to ensure that the Settlement Trust is funded.  In fact, the Claims Administrator regularly submits status reports regarding the CSSP's progress.  Status Report No. 57, the most recent report, at no point suggests that the Primary Obligors have not satisfied their duties.  This is because BPXP has consistently paid—promptly—what it committed to pay under the Settlement.

7.      Based on my role within BP America and familiarity with the BP family of companies, I have no reason to believe that BPXP or BPAPC will be unable to meet its commitments under the Settlement.  I believe that both of the Primary Obligors are financially sound—neither is insolvent nor at risk of becoming so anytime in the foreseeable future.  BPXP or other BP entities have paid billions of dollars to date without incident.

8.      Beyond the Primary Obligors, moreover, and based on my role within BP America and familiarity with the BP family of companies, I have no reason to believe that BPCNA and BP p.l.c. will not fully satisfy their commitment to act as Guarantors, should that scenario ever arise.  But if such a remote scenario were to arise, I believe both BPCNA and BP p.l.c. are also financially sound— neither is insolvent nor at realistic risk of becoming so anytime in the foreseeable future.

9.      In summary, BPXP and BPAPC, as Primary Obligors, presently have the financial ability to promptly fund the Settlement Trust as required by the Settlement.  Similarly, as Guarantors,

both BPCNA and BP p.l.c. also presently have the financial ability to promptly fund the Settlement Trust should BPXP and BPAPC be unable to do so.

10.   I have every expectation that these facts will remain true in the foreseeable future.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of March, 2018.



Michael T. Robertson