**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater** | * | **MDL NO. 2179** |
| **Horizon" in the Gulf of Mexico, on** | * | |
| **April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This filing relates to:** *All Cases* | * | **JUDGE CARL J. BARBIER** |
| **(including Civil Action No. 12-968)** | * | |
| | * | |

**ORDER APPROVING SETTLEMENT OF
MEDICAL BENEFITS CLASS ACTION SETTLEMENT CLAIM**

Now before the Court is the Joint Motion for Approval of Settlement of Claim Under the

Medical Benefits Class Action Settlement Agreement by the Authorized Representative(s) of

Standanise Morrisette, a Class Member who is deceased, via counsel, and the Claims Administrator

of the Deepwater Horizon Medical Benefits Class Action Settlement ("Claims Administrator").

The Court makes the following findings:

1.      Following the Class Member's death, her mother Allison Dees  submitted a Proof of Claim Form       on       behalf       of       her       daughter,       and       Appendix A to the Proof of Claim Form, identifying herself as being the Class Member's Authorized Representative, and providing sufficient supporting documentation therein. The Authorized Representative has certified that she is fully authorized to bring the claim and to resolve it and execute a Release on behalf of the Class Member and all other persons who may claim any damages by or through any relationship with the Class Member ("Derivative Claimants").

2.      The Claims Administrator has reviewed the claim in accordance with the Deepwater Horizon Medical Benefits Class Action Settlement Agreement ("Medical Settlement Agreement") and has calculated the award amount as payable on such claim.

3.      The Class Member's Authorized Representative(s) has accepted the payment amount as the full resolution of the Class Member's claim and has executed a Full and Final Release, Settlement and Covenant Not to Sue ("Release") on such claim.

Accordingly, the foregoing Motion is **GRANTED AND IT IS HEREBY ORDERED AND DECLARED THAT:**

1.      The settlement of the Class Member's claim for the payment amount is approved as fair, reasonable and adequate.

2.      The Claims Administrator shall distribute the amount to the Class Member's Authorized Representative(s), free from any liability for making such distributions under this Order.

3.      The Class Member's Authorized Representative shall distribute such funds in accordance with applicable state law.

4.      The Release as set forth in the Medical Settlement Agreement and the release, indemnifications, and settlement conditions in Section X of the Proof of Claim Form signed by the Class Member's Authorized Representative(s) are fully binding on the Class Member, the Class Member's Authorized Representative(s) and all Derivative Claimants of the Class Member.

5.      Any future settlements and payments on claims on behalf of the Class Member made in accordance with the Medical Settlement Agreement are approved as fair, reasonable and adequate. The Claims Administrator shall issue payment on such claims to the Class Member's Authorized Representative(s), and such Authorized Representative shall distribute such funds in accordance with applicable state law.

New Orleans, Louisiana, this 12th day of March, 2018.

Hon. Carl J. Barbier
United States District Judge