UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELLA BLANCHARD | § | CIVIL ACTION NO. 2:13-cv-00837 |
| | § | |
| *Plaintiff* | § | SECTION: J |
| | § | |
| BP EXPLORATION & PRODUCTION, INC., | § | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY, | § | |
| and BP P.L.C. | § | MAG. JUDGE WILKERSON |

## ORDER GRANTING MOTION TO ENROLL AS CO-COUNSEL AND DESIGNATION AS LEAD COUNSEL

On this day, the Court considered the Motion to Enroll as Co-Counsel and Designation of Lead Counsel, and after consideration is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Jason J. Joy and Colin W. Wood of the law firm of Jason J. Joy & Associates, PLLC are hereby enrolled as Co-Counsel in the above-referenced case; it is further

ORDERED that Jason J. Joy is hereby designated as lead counsel.

Signed this the _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE