UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAW PAW'S CAJUN KITCHEN | § | CIVIL ACTION NO. 2:13-cv-01052 |
| | § | |
| *Plaintiff* | § | SECTION: J |
| | § | |
| BP EXPLORATION & PRODUCTION, INC., | § | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY, | § | |
| and BP P.L.C. | § | MAG. JUDGE WILKERSON |

**MOTION TO ENROLL AS CO-COUNSEL AND DESIGNATION OF LEAD COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff PAW PAW'S CAJUN KITCHEN and files this Motion to Enroll as Co-Counsel on behalf of Jason J. Joy and Colin W. Wood of Jason J. Joy & Associates, PLLC, both of whom are admitted to practice in the United States District Court for the Eastern District of Louisiana pursuant to the THIRD AMENDMENT TO PRETRIAL ORDER NO. 1 in MDL 2179 (Document 7812). Plaintiff further moves this honorable Court to designate Jason J. Joy as lead counsel.

    Respectfully submitted,

    KINNEY, ELLINGHAUSEN & DeSHAZO

    */s/ Aaron N. Maples*
    HENRY W. KINNEY (#7410)
    MICHAEL L. DESHAZO (#29833)
    AARON N. MAPLES (#35224)
    1250 Poydras Street, Suite 2450
    New Orleans, LA 70113
    Telephone (504) 524-0206
    Facsimile (504) 525-6216

    **ATTORNEYS FOR PLAINTIFF PAW PAW'S CAJUN KITCHEN**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above-referenced motion has been electronically served on all counsel of Record in this action.

/s/ Aaron N. Maples