UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BAYOUSIDE DRIVE SEAFOOD, LLC | § | CIVIL ACTION NO. 2:13-cv-00837 |
| | § | |
| *Plaintiff* | § | SECTION: J |
| | § | |
| BP EXPLORATION & PRODUCTION, INC., | § | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY, | § | |
| and BP P.L.C. | § | MAG. JUDGE WILKERSON |

**MOTION TO ENROLL AS CO-COUNSEL AND DESIGNATION OF LEAD COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff BAYOUSIDE DRIVE SEAFOOD, LLC and files this Motion to Enroll as Co-Counsel on behalf of Jason J. Joy and Colin W. Wood of Jason J. Joy & Associates, PLLC, both of whom are admitted to practice in the United States District Court for the Eastern District of Louisiana pursuant to the THIRD AMENDMENT TO PRETRIAL ORDER NO. 1 in MDL 2179 (Document 7812). Plaintiff further moves this honorable Court to designate Jason J. Joy as lead counsel.

Respectfully submitted,

KINNEY, ELLINGHAUSEN& DeSHAZO

*/s/ Aaron N. Maples*
HENRY W. KINNEY (#7410)
MICHAEL L. DESHAZO (#29833)
AARON N. MAPLES (#35224)
1250 Poydras Street, Suite 2450
New Orleans, LA 70113
Telephone (504) 524-0206
Facsimile (504) 525-6216

**ATTORNEYS FOR PLAINTIFF
BAYOUSIDE DRIVE SEAFOOD, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above-referenced motion has been electronically served on all counsel of Record in this action.

/s/ Aaron N. Maples