# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010**<br><br>*This document relates to:*<br><br>ALL CASES<br><br>(including No. 12-970) | *   **MDL NO. 2179**<br>*<br>*   **SECTION: J**<br>*<br>*<br>*<br>*   **HONORABLE CARL J. BARBIER**<br>*<br>*   **MAGISTRATE JUDGE WILKINSON**<br>*<br>* |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to transmit Five Thousand Three Hundred Forty-Nine Dollars and Fifty Cents ($5,349.50) from the Common Benefit Cost and Fee Fund to Garrett & Co. LLC for administrative expenses and/or fees.

**SIGNED** in New Orleans, Louisiana this _____ day of _____, 2018.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**