# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 12 2018

WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig | ) |
| "Deepwater Horizon" in the | ) |
| Gulf of Mexico, April 20, 2010 | ) |
| In regard to: | ) |
| Shane Maddox Bruce | ) |
| V | ) |
| Great Britain, BP plc, Sir John Sawers | ) |
| CDC, NIH, AMA, Secretary of Defense | ) |
| Centers of Poison Control, | ) |
| UT MEDICAL CENTER, et al. | ) |

MDL 2179
JUDGE BARBIER

Ref: 18cv2626
J(2)

## Motion for Change of Venue

As I've frequently and repeatedly motioned starting the Eastern Tennessee United States District Court and also in every MDL Panel venues from Washington to Florida, my complaint requires all the defendants to be in the same case as intrinsic to the case is BP plc's tortious interference over such associations known for racketeering as the American Medical Association which repeated word for word the BP plc risk management mass media disclosures falsely representing and obscuring the danger to the population due to elemental toxins. That makes BP plc tortfeasor by interference liability by their continued disinformation and obstruction.

In the Transfer Order (doc 1980), whether the MDL panels simply haven't read my motions due to what they call "frequently stated" reasons and are simply "rubber stamping" thousands of cases without looking at their merits, or it's simply some trend where people representing themselves haven't been heeded and equal access to the one democratic branch of the government has been so weighed down by racketeering lawyers associations that they cannot fulfil any duty. Motions I've written haven't been heeded, instead, misjudgment was based on misrepresentation of my filings as if I were the defenders' client when my filings are first in the court. I've had at least two judges refuse to read my motions wrongly saying a lawyer was required, such is unconstitutional venue denying access to justice and a racket, the whole process should be examined by extra-judicial reviews, conflicts if not worse. Any venue that which wouldn't allow the complaint of conspiracy or doesn't' recognize the complaint has inseverable defendants would be an improper venue.

1

If MDL Panels had read my motions with any consideration in the various machinations of BP in venue across the Eastern Seaboard, they'd have seen I'd rather a venue where ignorance isn't lauded as it is in Tennessee its most valued commodity falsely foisted as modesty and knowledge itself is respected which is why I prefer residency in Louisiana to begin with and making every attempt to return despite years of inability, three years bed-ridden. In my Memorandum of Law of my first complaint, I state how I prefer the Civil Law which the basis of the U.S. Constitution which is superior to the Common Law of the State of Tennessee, which the adversaries objected to.  I'm displaced, but officially, a resident of New Orleans. An ever scholar currently trying to recover after years of misdiagnosed poisoning.

That almost every unwanted and objected to false legal reinterpretation is so exaggeratedly and completely wrong so far, far from being 'inconvenienced' I've been stating that I think the Eastern District of Louisiana would be a more favorable venue if I as a plaintiff was allowed to shop for one, thankfully 'venue shopping' wasn't apparently the basis of the order, but through the BPs machinations the opportunity for venue is opened and the injustice of the severing must be addressed.  The panels FALSELY claim that I claim a *forum non conveniens (nor even a §1406 or §1404)* , an outrage at that is the claim pertaining only to defendants, some unlawful and dishonest behavior by lawyers, thus now I have to address their 'mistake' by §1631.

In every single instance of dealing with any court in any other state, I'm am reminded I prefer the Civil Law foundation of Louisiana, without exception.  Where elsewhere fraudulent buffers between the courts and the people, here everyone is expected to say their peace and no undue mindless adversity is infecting other states. Does the 'pro-per' status make 'pro-se' motions unreachable by long association to common law legal associations?  Denying of equal access to the law, or apparently any access unless it's through legal misrepresentation and some racketeering firm could charge for it, somehow affecting such disfunction upon those legal minds subconsciously or perhaps a symptom of Bradley v Fisher where the pressures of administering justice are too much, or Robert Jordan v New London where courts make self-defeating decisions so horribly wrong with no foresight or ability in judgement that the branch of the Department of Justice is incapable in participating in National Defense or the feral dysfunction brought about by the unbalancing of occupations of foreign adversaries within the U.S. both NATO and Cartel, once a subject of a 3 Million Dollar research project of mine long ago.  My ambition is to return to Louisiana fits my career as a

Physicist/Engineer gravimetrics and in the Aerospace Corridor in Louisiana, perhaps before the trial begins if such as a bearing on jurisdiction.

I've even repeatedly stated in every stage of the MDL it was only the MDL limitations and prejudice such as the focus of common issues I objected to as "wrong" and ask for the change of venue due to that prejudice, especially that it'd sever the inseverable. I'd prefer the New Orleans District Courts with the expectation of a fair civil trial by jury in a place where Civil Laws and some invested knowledge of the material is known while objecting to the MDL itself. In Tennessee, the most repeated objection by opposing lawyers and courts is that my complaints are too "scientific" and that the accepted standards of scientific information published in expertly peer-reviewed Professional Journals such as by the National Institute of Health are objectionable to them. They rely on obstinate but not feigned ignorance, misrepresentation and that racket of legal associations so abused in the common law courts. It's reasonable that matter is brought before a knowledgeable Louisiana jury where every word pertaining what an oil rig is wouldn't have re-examined or re-explained, nor even those simple scientific terms dealing with oceans or contamination, any competent person looking at my complaint will agree with it.

Unknown to the other 49 states that a simple Louisiana Notary could replace most law firms and even magistrate judges, nor is known is equal justice for and by all and civil order prevails with a modicum of foresight and traditions. Rather than being a buzzword of the adversarial undermining of the common mob of racketeering lawyers, 'Unique' is a boutique off Canal and on Royal which drives the local economy, getting it done when there one else who will put it in check. Voluminous why the Eastern Louisiana convenient, both in the pros and cons of the other venues.

Misrepresentations of my filings by those opposing neither required nor allowed and are objected to but seems to be the only response by court or opposing counsel so far, to be as confused as they possibly could be to misrepresent as in their obstinate ignorance wrongly presuming they were called to reinterpret or misinterpret, I must object, that's an unconstitutional racket of the worst sort, "the Law isn't a lawyer, "equal access to the law" and remedies means by every individual citizen, not some overpopulated racket of legal degrees, precedent ancient. Rackets degrade into dysfunction when a dozen lawyers all attempt to attack any first-person motion, since all motions are initiated by first-person it's become their peer-reinforced habit of constant misrepresentation among those of common law and injustice.

I've never met a common law lawyer that could remember 5 words for 5 minutes that could accurately repeat them for anyone before a court or anyone else, it's actually shocking if it wasn't' so terrible. Perhaps they are going for shocking and negative attention as a group, not being otherwise astounding in a variety of venues, nor interested in learning outside the narrow realm of restating or misstating for the attention. Worse in their attempts to be shocking, that they decide to repeat each other's misstatement. It's a harassing tactic and racketeering from what a 'bubble' of unreality by reclusive associations of lawyers mislead by peer pressure and fear that they would be disbarred, that an act of fellow lawyers, a rough racket. It's probably tough to have a bought an expensive training by a law degree which bestows no marketable or desirable skills whatsoever, the move to McDonald's fry cook being the common lawyers' fallback. Where one might see mature professionals befuddled into celebrating injustice and their being branded with fictitious titles of 'esquire', taking umbrage against their lot of being a simple civil servant whose job is to facilitate.

Whatever it is, I *haven't* seen the rampant faults of misrepresentation in Louisiana being a State where something besides the substandard is expected. The population can quote volumes of Civil Law or Marine Law at length on most if not all subjects and even Napoleonic law ruminated about during adolescence and even the best of lawyers thinks to diversify income in interests against subversion. In the interest of Justice, my case should be in the United States District Court in New Orleans

Clearly, the Panels of the MDL 2179 have been overburdened if even the panels of judges have been so awash in complaints that it can no longer effectively function when if it's one reference in its order to my motions were completely fictional and a misrepresentation. Obviously, I've said Louisiana is a convenience, but the convenience was a meaningless point in considering the transfer compared to the integrity of the joint and several liabilities of the defendants. It must have been the rackets prone to rampant misrepresentations, confusing and falsely projecting their wishful thinking as mine in the courts, which I will always constantly object to. The order to sever to MDL 2179 didn't simplify or make more efficacious the legal process.

The Panels' decision is absurd and an outrage, not only misrepresenting anything I've said, my complaint formative jurisdiction *has no common legal issues with the MDL 2179 whatsoeve*r. "B.P." alone being listed as a defendant isn't enough to form 'a common issue'. The severing and remand here means almost every decision within the MLD will have to be challenged and reviewed in light of my complaint having at

4

least two actions against BP involving indivisible co-defendants which is obvious on any review. If a logical argument is presented, and the result 'absurd' then it is called a "proof by contradiction" by basic philosophy and Euclidean Logic whereby the 'Premises' themselves are disproved and made false. I will question that decision everywhere, starting with, "Is it some abuse of the courts or are they turned to foreign agents?" Rackets are the most easily misdirected by peer-pressure, it's become apparent that the common courts are not-with-standing.

It's my understanding that it would be an insurmountable obstacle to join all the defendants to this change venue short of this being determined in the interest of Justice. It being made obvious by the inconsideration that the MLD process has thus far been displayed by the prior severing as to be incapable of pausing to consider any implications in their attempts beyond reason to include every case when it plainly has shown they shouldn't, but also that beside the joint and several liability of which BP plc is a tortfeasor by interference actively and even currently as of this motion hiding information as to the toxins they've maliciously released, but using its membership in NATO to unduly influence the United States even when using chemical weapons of mass destruction against the United States. My every reply has been trying to correct such undesired misrepresentation of those lawyers and even courts, by which such confused misrepresentation no longer represent justice, so I know not what. In the constant corrections, I've developed a habit of being loquacious, but what recourse?

During the MDL process, the severed defendants made no motions, nor any objections based on venue, simply clinging to irrelevant TN codes, doubly irrelevant with a venue here. That individual health care providers in Tennessee made motions during the MDL processes such motions can be construed as "constructive consent" in the jurisdiction. Half a dozen physicians as defendants deeply implicating themselves in a conspiracy of medical fraud as connected in collusion with the AMA and BP plc's misinformation is the opening of my case before a jury, and a potent factor in showing cause and indicating the damages that have been forthcoming from such conspiracies, facing those fears of the susceptibility of the population to those foreign influences within an open democracy/republic and putting it in a venue where a jury can face those antagonists and determine justice if by virtue of Civil Actions.

The case "Bruce v Great Britain, BP plc, et a." has qualities that at its essence that it demands and requires a docket of its own in a trial by jury as my action:

1. Brings "new information" as to the source of the heavy metals that so many have complained of but of which the origin was unknown. Its mysteries of the source of the toxin was a taunt by BP.   The first complaint brings about the maliciousness of what can only be intentional contaminations, and the Amended Complaint brings specifics of how the heavy metal toxins are delivered by BP plc, which undoubtedly is a reference case to any following suits of BP plc liability reopened due to "new information".  New information making precedent moot.

2. That BP plc's, *then and current as of this complaint and motion*, duplicity and obfuscation of the sources of heavy metals obstructed needed medical care of its victims and that BP plc by tortious interference induced U.S. health care agencies and providers into fraudulent misdiagnoses, finally their collusion with BP's to create fraudulent claims while denying needed and even emergency care to those poisoned by the elemental toxins and overdoses.

   This creates a several and joint liability which can only be determined by a civil action at the defendants together and liabilities apportioned and multiplied by the jury, judge and courts to even BP's current actions as tortfeasors in the medical malpractice and fraudulent health care by BP's disinformation.

3. Raises questions of new laws as to the participation of that nation which has used subterfuge and political lobbying using numerous bribes to infiltrate the U.S. government posing as an ally while committing terrorist acts introducing the limit of sovereign immunity by J.A.S.T.A. [Justice Against Sponsors of Terrorism Act].  In their own mass media, the British refer to NATO members as 'supposed allies', they've never displayed a willing ally attitude by any action, only passive hostility as well always divisive and such subterfuge as influencing the misguided 'mainstream' medical.

4. That several overlapping jurisdictions and grounds for complaint are complex enough that it would be miscarriage of Justice if the complaint was separated out as the MLD motions brought about by BP has done and thus would cause a series of appeals that connection between BP interference and the lack of medical response and integrity of the health care system within the United States being exactly the focus of my complaint, likely to gain public interest and shaking the already doubted ability for an open democracy/republic to defend itself against subterfuge of foreign adversaries, the 'pro-per or pro-se civil action' being the last official line of defense of the United States.

5. Other several and sundry reasons of why the complaint shouldn't have been brought before the MDL and that the complaint should retain its original

6

integrity rather than being tried in two or more courts are of legal manufacture are many, such as the MDL 2179 by its own Court Order isn't even accepting new cases brought before or remanded to it for some years now, but rather than referencing those several sundry motions and documents that even the most expert has befuddled, good sense and consideration of how my complaint should precede before a jury is indicated and obvious.

6. My complaint is NOT the personal damage and injuries caused by the Oil of the Deepwater Horizon Explosion nor even by the dispersants which are the only criteria I can so far discern of the MDL 2179, but my complaint that:

   a. (1) BP's undue influence and their campaign of misinformation caused a widespread lack of medical treatment which resulted in the damage from long-term contamination.  The damage could have been averted with proper medical response omitted due to their disinformation other tortious interference and those collusions those associated with health care to form a rampant fraud in the United States.

   b. (2) That conspiracy and the BP and Great Britain plot of subterfuge of intentional terrorism, an intentional tort which used the oil as an incubator of a petroleum microbe to cause years of toxic rains, most obvious in hindsight by the untruths that accompanied their disinformation, where lies compound to the point that they are contradicted by science.  One might track falsehoods back to the original lie by "proof of contradiction", illuminating motives.

   c. If there is any treatment of these fundamentals [(1) & (2)] of my complaint in any other complaint within the MDL or anywhere, they've yet to be seen.  Britain obviously thought it up first, I'm simply the first one that's filed a civil action of two conspiracies requiring indivisible co-defendants.

7. The complaint is of such seriousness that no agency nor politician will willingly respond to it, nor even the defendants would be willing to address any of the points that the burden of the decision must be placed upon a jury.

That the defendants have been separated is already grounds for the Court of Appeals. The MLD panel even blatantly misrepresents what I've said, something completely without reference to any of my filings, only some confused not-even-token about my supposed objection being "inconvenienced" by the venue in New Orleans

I understand the value of centralizing intelligence if that were the MDL, but the Department of Justice isn't a hierarchal executive branch, nor is a republic, it's the

democratic branch, not known for weighing decisions but unthinking mimicry of past precedence. I understand that new information brought to a massive plaintiff case which has been so far either unknown or hidden is desired if it would bring relief to those thousands of plaintiffs from years ago, but would it? I especially understand if the courts were wanting to make sure that injustice from such a endowed defendant as BP whose undue influence is infamous is un-abused, but wouldn't wide spread diversity better suit the people. Maybe it's the guilty conscious of the defendants BP lawyers wishing to readdress all that fraud and perjury by direction to the MDL, without trying to be sarcastic, in a venue that hasn't been prejudiced for them in some way. But my case largely is the conspiracy to hide the WMD and chemical attack and subsequent fraudulent activities of the U.S. Medical community either in collusion or simply extending the fraud and conspiracy to harm, which is an extension of BP conspiracy in side of the United States administrative and associations. So, if all the defendants can't be moved on my complaint of conspiracy, it must be moved to a venue where it can be 28 U.S. Code § 1406.

If proper medical hadn't been obstructed by disinformation, the antidote would have been $10,000 (Ten Thousand Dollars) with no further damages. Perhaps the Court has some personal curiosity from invested interest from half a decade of thousands of cases and is looking for some closure or at least insight to the mechanism which BP used, thinking so from the long observance of behaviors, as well the court should. *I can be a compensated expert for testimony, which would probably be more cohesive of a statement than from my position of Plaintiff which is pretty much regulated to questioning the defendants. If none of those are the points, its' the wrong venue.*

I am an experienced physicist and I've worked as a contract at HAZWRAP (Hazardous Waste Remedial Action Program at Oak Ridge Nation Labs concerning big data of heavy metal environmental toxins), I've also been a contractor to C.T.A.C. where I was assigned the task of developing technologies to curtail conspiracies and undue influence in the United States due to foreign agencies such as Cartels. I can speak for days and an expert on these subjects and invariably every judge wishes to hear about those joint programs between the military intelligence technology transfers meant to "smarten up" the Department of Justice and the flagship law enforcement agencies which were supposed to set the new model or standard.

The continual lament of these experts formed to create these flagship models of Justice was that international agencies were basically running them and their entire departments. In my naivety, I thought perhaps they meant some low level presence of drugs on the streets they were alluding to rather circumspectly, until during one weekend in a tactical maneuver exercises British Commandos had invited themselves to

8

rappel down the inside of the Empire State Building with us, and all branches of the Joint task force were given the orders to treat them as V.I.P's and answer their questions in Department of Defense technology that had been politically opened with the premise of the U.S. DOJ benefiting, seems in any venue reporting as much success as mine, the British would come. The DOJ and L.E. personnel were clearly agitated and continued to be for some time, that was what they meant by objectional foreign influence. I'd simply assumed cartels bribing and coercing, but no they'd deemed the treat from the supposed allies from NATO, specifically the British, which I now agree.

The idea was that the improved techniques would filter down through the DOJ from these 'flagship' groups that had been gathered. I saw firsthand what filtered down, a general withdrawal and inversion, an alienation of 'not you' of oppression that does remind me of the racketeering attitudes, alienation towards the U.S. and the people thereof. Those "smarten up" programs quickly were closed down during the "Robert Jordon v New London" Supreme Court review without cause. My formative career was DOJ needing my help in some way, I'm yet willing despite the hot mess I perceive the majority of courts to be, it is my country. If I'm needed to say in person to say what I've already written pertaining to the J.A.S.T.A./source of heavy metals, I will, but let me prosecute the conspiracy in my civil action with some liberty about it. That foreign nation is the most divisive nation, the priority of curtailing its influence is paramount.

If it's an attempt to spawn a 2nd case from mine it that WMD should that be a U.S. investigation, worried if it might go astray recommend me as a consultant if wary. I represent the U.S. in the matter by the Fraudulent Claims Act, my Amended Complaint is easy enough to follow up on the WMD. It is clear. The second case springing from this one should be the U.S. v Great Britain, not bifurcating mine by splitting defendants. That is the attention needed if the DOJ could be used as National Defense, but also as 18 U.S.C. § 371 (2013) has to be addressed. However, its directed, it's our synergy requesting a change of venue to the U.S. Supreme Court, if this court can simply remand it to the U.S. Supreme Court, we can expedite the process, or if by some complaint such has to be requested, I will and do request. The MDL Panels absurd decision brings forward serious questions of integrity.

## MY REQUEST

1. Bearing that I'm simultaneous filing in my **Motion to Join Defendants** of all the defendants from the case of Bruce v Great Britain et al, Civil Action No. 3:17-000285 of Eastern District Court of Tennessee. I do make the request that once the inseverable defendants have been rejoined that it be moved from the MDL to its own docket in the Eastern District of Louisiana with invested knowledge of

9

the past subject materials in the interests of clarity. It is reasonable a knowledgeable jury decide in such matters as found in Louisiana: Rule 19, 28 U.S. Code § 1406 (cure of defects).

2. Simultaneously a failsafe, that if all the inseverable defendants cannot be joined in the Eastern Louisiana District Court for reasons or legal constructs which I won't argue for; I ask that this Court and Judge Barbier overturn the Panel of MDL's decision by remanding BP plc and if whatever other BP defendants as in with a change of venue to rejoin the case I've already filed in Eastern District of Tennessee, as support I reference my simultaneously filed Amended Complaint filed here that mirrors the "Amended Complaint" in the 3:17-cv-285 venue in Eastern Tennessee. 28 U.S. Code § 1631 (cure of want), 28 U.S. Code § 1406 (cure of defects).

3. There is a third and likely best option, that the AMA, AAPCC, BP, GP, and Sir Sawyers be joined in Eastern District of Louisiana in its own venue for the J.A.S.T.A. and conspiracy of tortious intentional harm, tortious interference, and sundry applicable liabilities also to a non-MDL venue but of the same Courts and Judges as having an invested knowledge upon those subject matters; 28 U.S. Code § 1406 (cure of defects ), Rule 20 by lack of substantial objection and constructive consent by those defendants, Rule 19 otherwise.

The primarily FCA based action against the medical fraud of the individual health care providers will also include the same conspiracy to violate Civil and Constitutional Rights as spanning to two venues and include the same defendants AMA and AAPCC be in the Eastern District of Tennessee required for the shaping of relief and other measures as related to the individual health care defendants.

The GB/BP suit here can be delayed, the information from the first trail can then be brought to bear in a trial against the AMA/AAPPC which remain as defendants in both trails, the bridges of the conspiracies. Consolidating the health care fraud and divisible personal damages by the evidence and transcripts of the physician defendants' testimony as to why they attempted to strike the source of the heavy metals by the BP's actions from the records of the U.S. Courts, if BP, GB, Sir Sawyers wouldn't be able to redirect the physician defendants during the trail

in Eastern Tennessee, though I suspect that the physicians' lawyers are unregistered British agents, or they at least think they are, in confidentiality.

This court may also join those defendants as defaulted from 3:17-cv-000285 if this court sees such their being joined more appropriate on the J.A.S.T.A. than on the FCA based claim. BP can be a dual defendant in the health care frauds. Then BP plc, GB and Sir Sawyers here with information from the first.

I make all three requests simultaneously, whichever of my requests this Court has a preference for, each incorporating my Motion to Join Defendants and citations of indivisible defendants, with supporting documentation of simultaneously filed Amended Complaint, and Memorandum of Law.

*Shane Maddox Bruce*

Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

*Certificate of Sending:* I hereby certify that on or by the 7th of March 2017, a true and exact copy of the Above Document has been sent by First Class Mail to 2 parties indicated:

| The Honorable Carl J. Barbier<br>Ben Allums, Law Clerk<br>500 Poydras Street, Room C-256<br>New Orleans, LA 70130 | Langan, Regan & Ritter<br>Kirkland & Ellis LLP<br>300 North LaSalle St<br>Chicago, IL 60654 |
|---|---|

Shawn Maddox Bruce
313 W. Prospect St
La Follette TN 37766

RECEIVED

MAR 12 2018

CHAMBERS OF
CARL J. BARBIER
U.S. DISTRICT JUDGE

U.S. POSTAGE
PAID
LA FOLLETTE, TN
37766
MAR 07, 18
AMOUNT
$2.26
R2305M145997-90
1000
70130

The Honorable Carl J. Barbier
Ben Allen Law Clerk
500 Poydras St, Room C-256
New Orleans, LA 70130