UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 12 2018
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2010 In regard to: Shane Maddox Bruce V Great Britain, BP plc, Sir John Sawers CDC, NIH, AMA, Secretary of Defense Centers of Poison Control, UT MEDICAL CENTER, et al. | MDL 2179  Ref: 18cv2626<br>JUDGE BARBIER  J(2) |

## MOTION TO AMEND COMPLAINT

A motion for the Court to accept this Amended Complaint where this Amendment is:

1) Includes "New Information" which is in the Public Interest as to the specifics of the sources of heavy metal and other elemental toxins and contaminants from the BP Plc activities, that the Corexit was only one part of a binary component, not a single carriage of toxins which places it in intentional tortfeasor and the act a willful act to harm the population of the United States, which make BP plc as well as Great Britain and associates liable by the J.A.S.T.A.

2) New Information also to the location of the heavy metal contamination which as carried by rain is at least 100 miles inland as seen and experienced by large groups of people.

3) Amended to allow the courts and due process by jury trial to apportion the liabilities of each defendant instead of my assigning damages in the interest of justice and fairness.

4) Amended to specify personal and injury damages, including which costs are to by the Fraudulent Claims Act whereby I'm acting to represent the interests of the United States of America.

5) A more concise and remedial listing and description of 'scientific terms', early disclosure to ease the pressure of the widely sought information, all based on and back by expert reviewed professional journals, which any competent person, expert or scientist can verify.

1

6) Reorganizing the complaint in a format to which the Courts are accustom to instead of making a complaint by types of liabilities, which includes larger fonts and calculations of damages.

7) The heading of the United States District Court of the Eastern District of Louisiana. Otherwise, this Amended Complaint is virtually the same as the Amended Complaint filed in the Eastern Tennessee District Court in Knoxville.

8) This *Amended Complaint* is filed simultaneous with *Motion to Join Defendants* notifying all parties, also *Motion for Change of Venue* and the *Memorandum of Law Supporting Amended Complaint* but incorporates no previous document or filing in of itself.

*[signature]*

Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

*Certificate of Sending:* I hereby certify that on or by the 7th of March 2017, a true and exact copy of the Above Document has been sent by First Class Mail to 2 parties:

| The Honorable Carl J. Barbier<br>Ben Allums, Law Clerk<br>500 Poydras Street, Room C-256<br>New Orleans, LA 70130 | Langan, Regan & Ritter<br>Kirkland & Ellis LLP<br>300 North LaSalle St<br>Chicago, IL 60654 |
|---|---|

2

Shane Maddox Buce
313 W. Prospect St
LaFollette TN 37766



U.S. POSTAGE PAID
LA FOLLETTE, TN
37766
MAR 07 18
AMOUNT
$2.26
R2305M145997-90

The Honorable Carl J. Barbier
Ben Allum fu u Clerk
500 Poydras St, Room C-256
New Orleans, LA 70130



RECEIVED
MAR 12 2018
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER