## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, April 20, 2010 | ) | MDL 2179 |
| In regard to: | ) | JUDGE BARBIER |
| Shane Maddox Bruce | ) | |
| V | ) | |
| Great Britain, BP plc, Sir John Sawers | ) | |
| CDC, NIH, AMA, Secretary of Defense | ) | |
| Centers of Poison Control, | ) | |
| UT MEDICAL CENTER, et al. | ) | |

### Plaintiffs' Memorandum of Law Supporting Amended Complaint

## U.S. Constitutional and Civil Law Supremacy

By U.S. Constitutional Law and Civil Law, Statutory Law holds dominance over Common or Precedential or even Procedural Law even to overcome past or largely acclaimed practices of the masses, nations or adversarial intrigues as in the Civil Rights Act of 1871, a piece of Reconstruction legislation that also included 42 U.S.C. § 1985; in its most pertinent provision, part (3), section 1985 provides that:

> If two or more persons… conspire … for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws… ; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the part so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

Furthermore 42 U.S.C. § 1985(3) (1988), a companion statute to §1985 is § 1986, which provides as follows:

> Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in the section 1985 of this title, are about to be committed, and having power to prevent or aid in

1

> preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured. . . for all his damages caused by such wrongful act, which such person by his [or her] reasonable diligence could have prevented.

Such Supreme Court rulings such as Griffin v. Breckenridge announce that 42 U.S.C. § 1985(3) might be applied to regulate private conspiracies to violate civil rights.

Conspiracy: Latin of "speaking with one breath", commonly known as a group or groups maintaining a fraud and deception together, easily linked as the falsehoods which no one else is espousing is centered around those groups or group, simply showing the least of connections or even otherwise disparate motives between even otherwise disparate groups is enough to prove conspiracy, extensions of transactions of liable opportunity make the defendants severally and jointly liable.

While pure conspiracy laws might allow for intervention by government agencies to preempt or form injunctions against unlawful or criminal conspiracies in the form of schemes. Liability of conspiracy, however, claims right where at least one conspirator has committed or neglected an act, a form of liability typical of European penal laws, which generally consider the existence of a conspiracy as the basis for increasing the punishment of completed criminal acts, which has assumed a role in the civil-law liability in U.S. Courts in the area of torts, where 'conspiracy' may be described as "concerted action" which make conspiring defendants 'more liable' than defendants who haven't conspired or colluded.

Such vicarious action, attempts at power over another, attempts to violate rights, coerce, deny services and otherwise commit wrongful acts in conspiracy or concerted action then is met by civil law which imposes a form of "vicarious liability" whereby all persons who actively participate in a wrongful act, by cooperation or request or who lend aid, encouragement or countenance to the wrongdoer, or approval to the wrongdoers' acts done for their benefit, are equally liable.

Such laws include those tortious conspirators who appoint his or her co-conspirator agent for any purposes of all unlawful conduct carried out pursuant to the conspiracy. So, if one party causes an intentional tort and are connected to a second party which by neglect causes harm from the intentional tort then such are 'Contributing Tortfeasors' whereby RST§875 where "Each of two or more persons whose tortious conduct is a legal

cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm."

Legally such an idea as contracted health care refusing care to forestall or negate damage by an intentional Tortfeasor linked by conspiracy wouldn't from the perspective of legal liability it wouldn't be considered different than say a person being held by such contracted people while the party causing intentional hard did damage, such as the heinous culpability of a conspiracy or as state by Restatement of Torts 876 (RST§876):

> For harm resulting to a third person from the tortious conduct of another, one is subject to liability if he
>
>> (a) does a tortious act in concert with the other or pursuant to a common design with him, or
>>
>> (b) knows that the other's conduct constitutes a breach of duty and gives substantial assistance or encouragement to the other so to conduct himself, or
>>
>> (c) gives substantial assistance to the other in accomplishing a tortious result and his own conduct, separately considered, constitutes a breach of duty to the third person.

This and the many references to Restatement of Tort Law in my Amended Complaint, the least of which is implied and implicit contractual obligations and several neglects even that, or especially that by health care. Tort Law basically is a series of laws that says what one should expect is and others failure to act once a reason has been established means that the failing party is liable and has to make monetary restitution. That good faith money payments by patients and/or medical companies means this patient has a right to such services and failure to provide the services in the form of healthcare including diagnoses and treatment, even if this patient was aware of the condition. Ignoring known conditions or substituting inappropriate treatments is medical fraud as much as it is malpractice.

In that conspiracy or similar and concerted action by the defendants apparently in fear of some lawsuit, which demonstrates a like fear with the intentional tortfeasor of BP plc in protesting that the infected oil and heavy metals weren't health issues, all co-conspirator defendants are now subject to punitive damages, something that wouldn't be applicable to neglect alone, though are again subject to by breaches of contract and failure to duty of 'good faith'. Somehow, apparently by effort, the defendants have stacked several torts simultaneously against themselves, there have been

assumptions that the co-conspirators attempting to evade some past lawsuits of co-conspirator association yet maintains the same reckless endangerment and conspiracy to harm others.

Such tortious conspirators' motive might include those other than physical or fiscal gain by fraud, perhaps even imaginary or demented intangible gains in their own mind such a revenge upon the United States or upon the anonymous masses of humanity thinking overpopulation or by peer-pressure of their rackets. This plaintiff who also has a long, illustrious and famous pedigrees know that European, specifically British nations look at history differently than do most Americans whereby dozens of generations of hundreds or even a thousand years are considered intimate and often associated with the family. A war between families over generations could be likened to a feud of some near relatives against some other family. It's entirely possible that the British attack through the organ of that state BP plc was formatted not for financial gain but some intangible such as mental superiority, to terrorize those peoples who 200 years before in the War of 1812 the last of the British official military was driven from the shores and seas of the United States, that it can be thought of means they could.

Whereas most citizens of a democracy might remember their ancestors' roles in such war as the War of Independence of the United States even celebrated annually might be forgotten in random celebration. In European countries specifically remember such roles, likely any noble could tell you world history in a litany solely from the perspective of genealogical participation, embodiments of history brought to the present. Sometimes there might be one who acts on such pressures, imagined slights. These literal wars last hundreds of years and are never forgotten. The Bruce family motto is "Never Forget" and the stories retold without end.

By the same coin, there are these lines of Sons of the American Revolution that are ever watchful and guarded against those lines, such as the founding fathers of the United States so often restated in the U.S. formative documents. The genealogical historians of family history s in their keeping history in context are always an incredible pressure by those known by lineage, those of us known historically as ethical keepers of the law, don't forget there is that other side of the coin, those historically opposed, obviously such idealisms are maintained despite general or common chaos.

With the study of one lineage a veritable guide through the confusion of education with chronological cultural references are personal stories prominent as a foray into history and understanding as ones' family story

4

can be an anchor in multitudes of facts that would otherwise be disjointed. It doesn't come with simply the birth into ancestry other than familial or national biases, but delving into these historical accounts and the events of a personal level that coincided with political, national and world events, a perspective however that can be expounded into understanding, even a predictability of worlds events that otherwise would be confusing. What was like like in 1798? Or 1902? What were peoples personal concerns? What trends in understanding were taking places? How were the aeons of political climates moving by infinitesimal changes?

We know much of other people's cultures; numerous people could recite lines of generations of ancient Hebrew origin by impression of popular culture but might have neglected their own, all of politics and law must be a great effort to understand and discern as a daily duty to increase understanding  These of more recent British or American history should be that much more consciously aware in peoples' minds, though I think more S.T.E.M. education and U.S. American history should be available in the magazine racks of the grocery isle as items of daily interest, it's what's required to have a real national identity, even in a democracy/republic, especially in a democracy. The picture of leaders are hanging above the till/register in every other nation, it's conditioning.

Such events as should be expected common knowledge, and I would probably be remiss if I didn't expound on such, even in a Memorandum of Law in a United States Court Case involving U.S. Constitutional Law. How many United States Citizens know that the U.S. Constitution and Civil Law are based on Canonical Law and Catholic Catechisms?

Indeed, the actual formation of the United States is formed on such a 'feud', where members of the same family/people split along the lines of religious freedom. Whereas the British government formed a xenophobic society whereby Parliament was banned to Catholics and later acts such as the "Act of Settlement of 1701" followed by "Proclamation of Alienation" made attempts to deny citizenship much less ruling class membership to anyone else. That was followed by "Acts of Security" by the largely Catholic Scottish Parliament in which argued that individuals have rights to property and inheritance which was then warred upon by the British.

Subsequently, those that left the United Kingdoms formed a War of Independence in the Americas to take from those considered unbalanced malefactors who wished to deny basic civil rights and consistently act by their formation and infrastructure as inhuman offenders, rejecting basic

humanitarian precepts as they rejected Canonical Laws. Then they were met with the Constitution of the United States which is referred to in this liability case. This is a very real and ongoing war as to which as citizens of the United States are dutifully called by its formation to guard against such unstable oligarchs, yet oligarchs with long memories which they might well dwell upon and take terroristic actions by subterfuge, though there are many in the United States with long memories as well.

Laws both preventing and recovery from injury by liability laws of deprivation of rights conferred upon citizens of the United States, therefore, is, therefore, a continuation of said war, continuing hostilities however subdued in opposition of the two countries being temporarily labeled 'Allies' during WWII, which was by all other historical contexts in measured aid or support a mislabeling, now unwilling allies in NATO.

Such feints or offenses are simply acts of the war or their wrongful doings extended as a sinister sense of place, never the less yet a war. According to the British traditions, one might surmise in their minds they are projecting their perceived problems as an enemy on the people of their choosing. Being of sinister nature, as they actively block ethics and morals common to the people of the Earth, their average falls towards the evil.

Unfortunately, the British spend inordinate amounts of time on subterfuge and divisive propaganda, poisons and genetic manipulation and large-scale chemical weapons. Britain has no Space Program of note, nor any other enterprises that the world at large would call beneficial, there are whole groups of islands of North Scotland that the British condemned as abandoned several decades due to British testing biological weapons of mass destruction such as modified Anthrax, the technologies that are forbidden by simple common sense they wallow in enthralled by their own sinister minds, can only be denounced as tyranny and terrorism.

The suit is brought by the "dual coin" or "both sides of the coin" of suing for causes of injury as well as neglect of injury by several conspiracy liability laws as by 10 year of extended liability law as brought by the Statutory and U.S. Constitutional Law that of the "Justice Against Sponsors of Terrorist Acts" (JASTA) which was voted into law on the 28th of September, of the year 2016 which states:

> (a) Findings. —The 114th Congress finds the following:
>
> > (1) International terrorism is a serious and deadly problem that threatens the vital interests of the United States.

(2) International terrorism affects the interstate and foreign commerce of the United States by harming international trade and market stability and limiting international travel by United States citizens as well as foreign visitors to the United States.

(3) Some foreign terrorist organizations, acting through affiliated groups or individuals, *raise significant funds outside of the United States for conduct directed and targeted in the United States.*

(4) It is necessary to recognize the substantive causes of action for aiding and abetting and conspiracy liability under chapter 113B of title 18, United States Code.

(5) The decision of the United States Court of Appeals for the District of Columbia in Halberstam v. Welch, 705 F.2d 472 (D.C. Cir. 1983), which has been widely recognized as the leading case regarding Federal civil aiding and abetting and conspiracy liability, including by the Supreme Court of the United States, provides the proper legal framework for how such liability should function in the context of chapter 113B of title 18, United States Code.

(6) *Persons, entities, or countries that knowingly or recklessly contribute material support or resources, directly or indirectly, to persons or organizations that pose a significant risk of committing acts of terrorism that threaten the security* of nationals of the United States or the national security, foreign policy, or economy of the United States, necessarily direct their conduct at the United States, and should reasonably anticipate being brought to court in the United States to answer for such activities.

(7) The United States has a vital interest in providing persons and *entities injured as a result of terrorist attacks*

committed within the United States with full access to the
court system in order to pursue civil claims against persons,
entities, or countries that have knowingly or recklessly
provided material support or resources, directly or indirectly,
to the persons or organizations responsible for their injuries.

(b) Purpose.--The purpose of this Act is to provide civil litigants
with the broadest possible basis, consistent with the Constitution of
the United States, to seek relief against persons, entities, and foreign
countries, wherever acting and wherever they may be found, that
have provided material support, directly or indirectly, to foreign
organizations or persons that engage in terrorist activities against the
United States.

Let us for argument's sake say that debilitating a percentage of the
population of the Gulf States would hinder international trade, as well as
the shutting down of the Gulf, be the oil, but lets including harming a
portion of the United States by the criminal or intentional act as defining
an act of terrorism.

NATO defines terrorism in the AAP-06 NATO Glossary of Terms
and Definitions, Edition 2014 as "The unlawful use or threatened use of
force or violence against individuals or property in an attempt to coerce or
intimidate governments or societies to achieve political, religious or
ideological objectives".

The United Nation General Assembly during its Comprehensive
Convention on International Terrorism defines the crime of terrorism as:

1. Any person commits an offense within the meaning of this
Convention if that person, by any means, unlawfully and
intentionally, causes:

(a) Death or serious bodily injury to any person; or

(b) Serious damage to public or private property, including a place
of public use, a State or government facility, a public transportation
system, an infrastructure facility or the environment; or

(c) Damage to property, places, facilities, or systems referred to in
paragraph 1 (b) of this article, resulting or likely to result in major

economic loss, when the purpose of the conduct, by its nature or context, is to cause harm to or intimidate a population, or to compel a Government or an international organization to do or abstain from doing any act.

The 1988 Academic Consensus definition: *Terrorism is an anxiety-inspiring method of repeated violent action, employed by (semi-) clandestine individual, group or state actors, for idiosyncratic, criminal or political reasons, whereby - in contrast to assassination - the direct targets of violence are not the main targets. The immediate human victims of violence are generally chosen randomly (targets of opportunity) or selectively (representative or symbolic targets) from a target population, and serve as message generators.*

Few things or acts generate long-term anxiety like a massive manganese overdoes in a substantial part of a population. Even if the source of the anxiety was obfuscated, it's still dangerous, causing anxiety even to those not contaminated as those messengers health fails without explanation nor remedy is given for most of a decade.

Chemical torture and chemically induced 'Terror' by an act of a foreign state, followed by that extension of tortious conduct by substantial health problems by co-conspiring defendants in billions of dollars of medical fraud by misdiagnosing the elemental overdoses. I imagine the MDL Court noted the extreme hysteria and hyper-anxiety among the plaintiffs. The fear, even the hands or face twitching. It was completely chemically induced and their lives are threatened unless they are notified of the harm a manganese overdoes can manifest, as well as the sundry other elemental poisons, the sores are from arsenic.

Further by the JASTA:

(b) The responsibility of Foreign States. -- A foreign state shall not be immune from the jurisdiction of the courts of the United States in any *case in which money damages are sought against a foreign state for a physical injury to person or property or death occurring in the United States and caused by--*

(1) an act of international terrorism in the United States; and

(2) a tortious act or acts of the foreign state, or of any official, employee, or agent of that foreign state while acting

within the scope of his or her office, employment, or agency, regardless where the tortious act or acts of the foreign state occurred.

(c) Claims by Nationals of the United States. -- Notwithstanding section 2337(2) of title 18, a national of the United States may bring a claim against a foreign state in accordance with section 2333 of that title if the foreign state would not be immune under subsection

Which is a move against high-level conspiracies which now the U.S. Courts have been given Personal Jurisdiction over, and is noted and followed by 18 U.S. Code § 2333(a) the notably limits the Sovereignty of terrorist nations and even to the Crown of England as such actions bring into impeachment any nation that State Sponsors Terrorism. In:

(a)Action and Jurisdiction.—

Any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees.

BP plc was found on several criminal charges during the explosion of the Deepwater Horizon well, that I might point out that there was a microbial fuse in that well which bespeaks of the premeditated and intentional explosion as well as several safeguards usual to such an oil-rig being dismantled before the explosion. That microbial microbe in such an oil well is expected to build up pressures near 30 MPa (Thirty Megapascals) or 30,000,000 N/m (Thirty Million Newtons per square meter) which means tons per square meter with the same effect as a rocket plumb, that microbial fuse was fully cultured when the oil rig exploded. BP has often admitted criminal acts the many disasters; 18 U.S. Code § 2333:

(b)Estoppel Under United States Law.—

A final judgment or decree rendered in favor of the United States in any criminal proceeding under section 1116, 1201, 1203, or 2332 of this title or section 46314, 46502, 46505, or 46506 of title 49 shall estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding under this section.

(c)Estoppel Under Foreign Law.—

A final judgment or decree rendered in favor of any foreign state in any criminal proceeding shall, to the extent that such judgment or decree may be accorded full faith and credit under the law of the United States, estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding under this section.

(d)Liability.—

(1)Definition.—

In this subsection, the term "person" has the meaning given the term in section 1 of title 1.

(2)Liability.—

In an action under subsection (a) for an injury arising from an act of international terrorism committed, planned, or authorized by an organization that had been designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189), as of the date on which such act of international terrorism was committed, planned, or authorized, liability may be asserted as to any person who aids and abets, by knowingly providing substantial assistance, or who conspires with the person who committed such an act of international terrorism.

Co-conspirators of Britain and/or any terrorist organ which harm or cause subsequent harm by neglect (here the context is actually a chemical weapon and keeping the other side of the coin, the treatment with antidote away is the same war crime action) are liable even if they simply do not comprehend in their social programming that such acts are even wrong, ideas of staying 'fit' by constant attacks though seen as a racially unbalanced mind might be the mind of a nationality or group.

In that such an organ as BP plc is defined as Britain itself in that U.S. Code 1603:

(a)A "foreign state", except as used in section 1608 of this title, includes a political subdivision of a foreign state or an agency or instrumentality of a foreign state as defined in subsection (b).

(b)An "agency or instrumentality of a foreign state" means any entity—

(1) which is a separate legal person, corporate or otherwise, and

(2) which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and

(3) which is neither a citizen of a State of the United States as defined in section 1332 (c) and (e) of this title, nor created under the laws of any third country.

(c)The "United States" includes all territory and waters, continental or insular, subject to the jurisdiction of the United States.

(d)A "commercial activity" means either a regular course of commercial conduct or a particular commercial transaction or act. The commercial character of an activity shall be determined by reference to the nature of the course of conduct or particular transaction or act, rather than by reference to its purpose.

(e)A "commercial activity carried on in the United States by a foreign state" means commercial activity carried on by such state and having substantial contact with the United States.

28 U.S. Code 1605 where a (2) foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case in which the action is based upon a commercial activity carried on in the United States by the foreign state; or upon an act performed in the United States in connection with a commercial activity of the foreign state elsewhere; or upon an act outside the territory of the United States in *connection with a commercial activity of the foreign state elsewhere and that act causes a direct effect in the United States; (5)* not otherwise encompassed in paragraph (2) above, in *which money damages are sought against a foreign state for personal injury or death, or damage to or loss of property, occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment.*

It is their mentality that they wrongful state parliamentary decisions is that their self-serving by being a detriment to others as some belief, defying even the 'Golden Rule' of ethics unless it can be attributed to themselves, much less utilitarian or humanitarian ethics.    The Proclamation of Alienation is still reviled and condemned called a violation of Hauge

Convention Human Rights from Scotland as far as Australia, and of course in U.S. Doctrine, Declaration of Independence from Britain and the U.S. Constitution and most of the Earth's laws.

So that the conspirators might not see the benefit is not necessary a needed requirement of liability, simply that notably one or more of the co-conspirators did conspire to violate said civil liberties and Constitutional rights. The intangibles might be placating their imagined revenge.

They've for centuries turned away human ethics as embraced by the rest of the known world, and with it they have an unbalanced mentality where some baseless cold war of vengeance would reinvent itself without warning or any cause whatsoever as part of their lack of culture. It is estimated that all the combined knowledge of the Western World, including all the sciences and matters of craft, the philosophy of law and ethics, more than 90% of all the referenced writings are that of a religious and even Holy Roman Catholic Church in nature, having been keepers and preservers of knowledge some thousands of years, even the what I think satirical St. Thomas Aquinas references Euclid even if in jest.

Every scientist of any note has also been a theologian, that some complete understanding of priori of conditions cannot be met if one excludes knowledge of certain spectrums, indeed delving all knowledge is necessary to understand phenomena as a whole, be it science, sociology or law. Anyone that says science and religion are separate, simply are ignorant of both. Such people will never be able to consider and operate on greater principles, merely always suppressed into acting in absurd and slavish mimicking behavior without any discernable forethought or acting slout the confusion in retold stories, more likely to lash out randomly than ever become accomplished or be misused in any professional capacity.

Being increasingly xenophobic of nature and its legal persona, Britain leaves the foundations that we think normal and satisfactory, there was a time when such was kept in balance. It was found that Sir Isaac Newton, noted English scientist, monikered Father of Physics, but also formative in mathematics, chemistry, optics, military ballistic tables, head of the Royal mint and an incredible prodigious writer of intricate scientific books which form the first two or three years of any Physics degree had written an even greater volume of Theosophical Treatise. A full 900 times more written about religion. A scientist cannot truly even understand science without delving into the complete works of the Western World including philosophy, how much more would the political scientists of Britain be

hampered by occluding 90% of the worlds knowledge from themselves, such people would be incredibly dangerous in their ignorance and positions of power, which is what we talk about these some centuries.

The British are a culture that now attempts to validate the 'anti-good' it based its infrastructure on. That their identity is basically not-being some ethical conscientious world-wide affiliation of religion which most of Western Philosophy and Ethics is based on. Their ethical development is severely stunted or inhibited as a matter of national identity, knowing right from wrong as a nation is a difficulty, historically, presently. That they are formative in each generation means that there is always the peril of some less-than-ethical affiliation in that they believe themselves right in doing and believing great wrong.   To reiterate what should be well-known writings, we have to guard against them and oppose them as a matter of daily duty, whereas the United States is known for its staunch advocacy of civil rights no matter whom, Britain is an enemy of this foundational stance of the U.S.   The Hebrew word for a group that is primarily formed about being the opposite or "Enemy" is "Satan", any group that is composed of a group that is defined as not-being-another-group will always be unsteady and likely to be a continuing risk of terrorism or hate crimes.   Over familiarization doesn't change that it's a fundamental stance, it's often applied everywhere, but these are the specific cases spanning centuries that these two nations have formed self-identity around.   Ignoring it doesn't change it's dynamic or predictable interactions.

I understand rackets as I call them, groups formed around only being the 'opposition'. I've even been elected by rackets. Campbell County Bee Keepers Association elected me, a novice beekeeper on my first meeting as I was there to purchase some bees, as the Associations President only to be against its founder who'd only formed it that year, and then only because they had perceived me as an easier or compliant candidate in my inquiries so they could steal the monies from a grant their founder had acquired for mite testing. If in power abusive, if not in power sabotage. Some uneducated buffoon reading the subversive writings of Machiavelli after his political incarceration when he was hell-bent on the destruction of the state.   I can assure anyone, that those rackets or machiavellian groups associating themselves with Britain haven't been acting in the interest of 'National Security' as was the only pardonable reason that Machiavelli gave in his writings, that such destructive misbehavior, that was only suited to self-defense under dire threat, still only subversive.

U.S. Justice should be concerned about how to forestall an adversarial foreign government that is so capable and obsessed with corrupting official channels and challenging in organized venues such as the courts. It's an opposing 'Government' which means it's skill set is manipulating governments. The U.S. associates with a standing block of a foreign government in power when trying to change the country, we're notorious for it. Far more notorious and hated worldwide in every country I've ever visited are the British. The access they've been given absurd, counter-intuitive by any of their actions, indeed the exact opposite is indicated countermeasures to their access. It's not that other countries have no say, it's there in foreign aid, trade negotiations, etc. But when an adversarial country has a lions share of control of another country, such as the British have complete access to the NSA and all communications within the United States for their own whims and mercenary operations. They aren't anyone's friend nor truly anyone's ally. The British inimical incorporated, an immoral Machiavelli basis of their laws. They will betray, always.

It is the chaos inflicted on those of the Gulf States which seems to be so confusing, a million-people induced into "Manganese Madness" angered and confused trying to understand what's happening to them and why they are so angered, easily confused into increasingly violent protests even a elections or normal events afflicted by the affected mind and mentality such as I describe of the British in this document. The founding fathers, again and again, instilled into the formation of the country and mandatory educations that the British must be guarded against. It's not something to be forgotten as long as both countries exist, no matter what behavior conditioning is imposed on the masses. The British are most notorious for wrongful acts at those they've enlisted however passive, occupied or who've been allied with. A country whose greatest effort is to be unethical and uneven in both occupation and abuse, usually by trick and craft with ever-present attempts to defer blame and be divisive among allies.

Those being of any 'One who by extreme or outrageous conduct intentionally or recklessly causes severe emotional distress to another is subject to liability for such emotional distress, and if bodily harm to the other results from it, for such bodily harm.", is actually the 46th Restatement of Torts. Such a tort exactly describes Manganese Poisoning which causes such extreme hypertension as to be noted as irrational rages and such EXTREME emotional distress as to be debilitating, even fatal. The same chronic hypertension that according to the ER that the health care defendants poorly managed such. Others might have different

elemental overdoses and toxins than I, it being determined from the sedimentary material the CO2 is carrying up the free radical form.

Against and by so many people it is a discriminatory animus where Britain wrongfully and consistently wrongful seeks to abuse others who are 'simply not British' enlisting agents and even eventually betraying those co-conspirators enlisted for such an unprofitable tasks, simply to say they can, acting in envy at such institutions such as the aerospace corridor or simply maddened by the United States annual celebration of the formation of the nation on July the 4th. It's probably improbable that most Americans could state the events of the War of 1812, some already forgot the oil rig explosion and cleanup 200 years after that. That it's a cold war now means it no longer less dangerous when it affects populations.

If the status of 'guard against' in such documents as the Declaration of Independence was heeded seriously as more than half-remembered grade school classes the slow-motion devastation of people, U.S. citizens, falling years after exposure could have been avoided if we really maintain a staunch guard as a nation instead of falling prey to distractions, after the fact the United States must rally to this cause. Conspiracy to Violate Civil and Constitutional Rights is expected of the British and whatever co-conspirators they might have, every bit of the formation of our Constitution and even basic education is based on this, let it be expected as common knowledge any one opposing is by the same knowledge to be considered an Enemy of the United States and the greater world, known as fundamental fact as it is known that Arsenic is poison, known to be a poison since discovered by Albert Magnus and the most legendary known as the King of Poisons, or the Poisons of Kings is an indicator to even those of a public education. Jefferson recanted to John Adams in his misnomer of 'aristocracy' saying we (the United States) needed 'true aristocrats' (those naturally gifted of talents and intellect and educated with a full understanding of a classical education), it was the lineage of oligarchs and those that turned away the classical philosophies he meant to say to guard against. All of the Democracy/Republic must be wise, wary and active, even proactive in what we know will or would happen again and again.

It might be well known as the British Poison, as the British have been obsessed with Arsenic for centuries, even the first to develop an antidote known as the British Anti-Lewis. Developing the antidote is the other half of the coin of using the British Poison as a chemical weapon in wide-spread ware fare, this we hold as evident of Intent by Restatement of Torts (RTT§1) that harm brought around purposefully or knowingly is

16

'intentional harm'. Which means by Restatement (Second) of Torts 90 (RST§90) "An intentional tort victim may recover punitive damages if defendants conduct was outrageous or malicious."

The U.S., however, has a deeper and all-encompassing formation of ethical standards, morality and humanity perseveres to the world as an avatar of such rights, or has until recently, allowing an attack of the immoral to enervate its peoples, ethics, formation, constitution, and reputation, as always it is an enterprise to maintain a high ethical value, even categorized along simpler thoughts as "golden rule, "utilitarian ethics", or "humanitarian ethics". We've instilled basic and remedial safeguards and reminders of how to be ethical in case such a thing is forgotten under duress or as a sign of enemy presence. Such is the Emergency Medical Treatment and Active Labor Act (EMTALA) (42 U.S.C. § 1395dd(a)) is an act of the United States Congress, passed in 1986 as part of the Consolidated Omnibus Budget Reconciliation Act (COBRA). It requires hospital Emergency Departments that accept payments from Medicare to provide an appropriate medical screening examination (MSE) and treatment to those seeking. It even bars refusing, transferring or discharging emergency patients and requires treatments for Emergency Medical Conditions.

An emergency medical condition (EMC) is defined as "a condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that the absence of immediate medical attention could reasonably be expected to result in placing the individual's health [or the health of an unborn child] in serious jeopardy, serious impairment to bodily functions, or serious dysfunction of bodily organs."

The very definition of an EMC is exactly the description of Arsenic Poisoning and the symptoms and damages of Arsenic Poisoning as it also the definition of probable resulting in Infection/Pneumonia. Patient dumping which is the focus of the EMTALA is a Civil Rights violation. The statute of limitation on the 42 U.S.C. § 1395dd(a) is TWO years.

That far from required specialized functions or equipment that treatment only requires an intravenous injection which most any clinic or health professional can perform, clinics, doctors and other healthcare providers are not exempt from providing treatment as demanded by this U.S. Code. This is particularly pertinent in the case of a Conspiracy to Deny Civil Rights such as treatment of such a condition as especially condemning conspiracies. Once admitted such admittance then fully construes a physician-patient relationship with a duty of care, such a relationship is

formed even by mere proximity, Woods v Lowns 1995 or Egedebo v. Windermere District Hospital Association, 1993.

Thus, the civil rights acts, statutes, any and all pertinent laws become immediately in effect and also libelous in the Third Restatement of Torts Chapter 6 § 14 is as follows:

> An actor is negligent if, without excuse, the actor violates a statute that is designed to protect against the type of accident the actors' conduct causes, and if the accident victim is within the class of person the statute is designated to protect.

Once the physician-patient relationship exists, the physician can be held liable for an intentional refusal of care or treatment, under the theory of Abandonment. (Abandonment is an intentional act; negligent lack of care or treatment is medical malpractice.) When a treatment relationship exists, the physician must provide all necessary treatment to a patient or ensure that it's done so in some timely manner. In fact, it is illegal as well as liable to discharge a patient anyone accepted into care and the physician (or health care professional that the patient's care has been transferred to) until such treatment has occurred.

The BlueCross/BlueShield doctor that was doing data information checks was surely aware of this when she insisted that I go to the emergency room seeing the neglect of my condition that the primary care provider Lori Staudenmaier was a factor, of it was only the promise of my own immediate action and following up with specialists that she allowed me to forestay an emergency room visit of which the BlueCross/BlueShield doctor then followed up with me personally.

After some months or year of many referrals and neglect by the defendants though it was around the time I filed this suit I did go to the local emergency room where the E.R. Doctor of Tennova of Lafollette did not even my blood pressure management was severely neglected, long being given the wrong medicines despite my protests to these several defendants that a mere diuretic wasn't working or having any effect and prescribed the next stage of medicines that if the defendants had been at all mindful of would have done so months before, failing even to follow the simplest of procedures of matching medicine to symptoms to stabilize failing not only me in implied and implicit contract, but that contract to the insurance provider and failing liability acts that the Senate and U.S. Government has enacted remedial measures to ensure care, Civil and Constitutional rights.

That the defendants prevented healthcare which would have only required prescription or indeed that prescription was even required means that by RST§327 if reason is known to give aid  and necessary aid is prevented whoever prevented such aid is tortuously liable (tort meaning in a position where a person has to pay for damages or other wrongdoing).

That the health-care organizations would discriminate against a group of U.S. Citizens as being victims of some co-conspirator agency acting as agents of same agency which caused harm in some incident by whatever wrongdoing is an antitrust on the level of the Sherman Anti-Trust Act of 1890 except in favor of that of the patients rather than physicians being restrained from practicing trades, whereas the defendants would have to show by whatever administration or protocols that they were restrained from practicing as the defendants have vocally claimed to this plaintiff.

That health-care organization, administrations, and associations would fall prey to a conspiracy of foreign interests and organs of foreign interests that use chemical and biological weapons against the U.S. to such a sub-remedial level, there have to be further braces to guard against such.  Hence my request that the Department of Defense statutes over addressing a chemical/biological attack pre-empt any other statutes related to health-care industries where all healthcare industries come under DoD management, by both virtue of Civil Liability Laws be accountable and by US 50:32§1522 which states the Secretary of Defense shall do the following:

- Assign responsibility for overall coordination and integration of the chemical and biological warfare defense program and the chemical and biological medical defense program to a single office within the Office of the Secretary of Defense.

- Take those actions necessary to ensure close and continuous coordination between (A) the chemical and biological warfare defense program, and (B) the chemical and biological medical defense program.

- Exercise oversight over the chemical and biological defense program through the Defense Acquisition Board process.

Given that such acts against the U.S. have occurred whereby millions of gallons of chemical agents and genetically modified microbes were placed on U.S. Soil and Coasts, the elements of which will last decades if not centuries thereby affecting and afflicting millions of U.S. Citizens on a

scale which covers the nation in seasonal tourism, the only viable solution is management of the entirety of the U.S. health-care  and U.S. medical organizations, administrations and authorities which even now will be an enterprise in numbers of people involved in ratio to Army personnel in which to administer such and a major defense project in Management review and report of same U.S. Code whereby the Secretary of Defense is further enjoined in:

> The Secretary of Defense shall conduct a review of the management structure of the Department of Defense chemical and biological warfare defense program, including--
>
> - research, development, test, and evaluation;
> - procurement;
> - doctrine development;
> - policy;
> - training;
> - development of requirements;
> - readiness; and
> - risk assessment.

And further, the U.S. Secretary of Defense is enjoyed by US 50:32§1522 to report to Congress reports that describe the details of measures being taken to improve joint coordination and oversite of the program and ensure a coherent and effective approach to its management, need now more than ever before.    In that a review of doctrine, procedure and medical administration is in keeping with this case as to be fully disclosed by the defendants, such is again pertinent by Civil and Liabilities Law.

This and the sundry other laws referenced in the complaint that I hope would become self-evident on the study and further syntheses such as USC 50 Chp3§23 the Jurisdiction of the United States Courts and Judges.  In that by 50 USC Chapter 32 § 1520 and 1524 that even the Secretary of Defense may not conduct any test or experiment involving the use of any chemical or biological agent on civilian populations he is to be sure not to allow foreign entities such war crimes as under these U.S. Courts no matter the authorities purported.  They wiped out the equivalent of a small city.

By U.S. Constitutional Law and Civil Law Judges are not only allowed but admonished to be inquisitorial, to establish the facts of the case and apply

the provisions of the applicable codes, not by past cases nor even strictly procedural but by Substantive Law, acting with the understanding the principia of the laws and acting on some complete priori, where these Courts could extend the examination of the defendants activities into that of a criminal Jurisdiction especially if the defendants are remiss in that:

> After any such proclamation has been made, the several courts of the United States, having criminal jurisdiction, and the several justices and judges of the courts of the United States, are authorized and it shall be their duty, upon complaint against any alien enemy resident and at large within such jurisdiction or district, to the danger of the public peace or safety, and contrary to the tenor or intent of such proclamation, or other regulations which the President may have established, to cause such alien to be duly apprehended and conveyed before such court, judge, or justice; and after a full examination and hearing on such complaint, and sufficient cause appearing, to order such alien to be removed out of the territory of the United States, or to give sureties for his good behavior, or to be otherwise restrained, conformably to the proclamation or regulations established as aforesaid, and to imprison, or otherwise secure such alien, until the order which may be so made shall be performed. (R.S. § 4069.)

Cost and compensation of additional organization could be reimbursed in the taking of the terroristic organ of the enemy state, namely securing and confiscating British Petroleum holdings worldwide, in language of Liability Law such would be called Punitive Damages, weakening the enemy substantially back into a condition, while whose existence is tolerated but is sanctioned back to the level of a reservation, till we meet their misdeeds again.

Seizing terrorist organs of the state then effectively disarming them of weapons of choice used in war crimes, to me as 'reparations' and would ask for in such punitive damages, but the U.S. might act simply as disarming an enemy combatant and war crime reparations in unilateral accord, by seizing BP plc, global assets.

The enterprise such that will burden our further meeting the dangers of the most untenable, that any man-made 'mobile genetic element' might become a contagion through various life forms and genetic modification must be proactively prevented by any means necessary, such not having any precedence in either legal or destructive potential beyond any previous

manmade means made harder as it is without the ease of tracking the burden of large-scale nuclear manufacturing.

The protective nature of our laws the U.S. Laws and proactive protection of Civil Rights, besides the Restatement of Torts § 4069 there is also the Restatement (Second) of Tort§286 even if the 'class of persons' whose interest is that of United States Citizen/Resident or even Visitor which further states:

> The court may adopt as the standard of conduct of a reasonable [person] the requirement of a legislative enactment or an administrative regulation whose purpose is found to be exclusively or in part
>
> a) To protect a class of persons which includes the one whose interest is invaded, and
>
> b) To protect the particular interest which is invaded, and
>
> c) To protect the interest against the kind of harm which has resulted, and
>
> d) To protect that interest against the particular hazard from which the harm results.

We are always building further safeguard to protect Civil Laws and Rights of everyone. Thus, whenever a state law or construct is in direct conflict with federal law, the federal law prevails. A state law can afford more rights to its residents than a federal law, but is not to reduce or restrict the rights of a U.S. Citizen, so only the more beneficial to the individual Citizen is to be taken into account and such rights are not to be afforded to organizations, states, institutions nor corporations even though such groups can be held accountable as an individual under Civil Laws as meant to be supported by the preemption doctrine deriving from the Supremacy Clause of the Constitution which holds the Constitutional Law Supreme as applied to by territories when requesting State standing.

This protection of Civil Rights as defended in either Democracy or any government structure has been rallied as supreme, such constructs as the principle of the Supremacy Clause is defended by James Madison in the Federalist Papers whereby the highest must be guided by the highest ethics and not quarry to its subordinate parts. It is every individuals' duty, be he Judge, politician or individual citizen operating invoking Civil Laws to keep up civil rights and in a knowledgeable and proactive way wherever one may and to invoke remedial actions even to the point of repercussion

wherever there are those who failed to keep such.   Even Congress cannot pass laws that would be contrary to the U.S. Constitution as upheld in Marbury v. Madison in the Supreme Court could not enlarge on its own original jurisdiction.

Though the jurisdiction is substantial such as, In Reid v Covert, 354 U.S. 1 1957 decided that the U.S. Constitution even those International Treaties ratified by the U.S. Senate, nor can States interfere nor State Courts issue rulings that contradict Civil Rights as made in decision of Federal Courts such as Ableman v. Booth 62 U.S 506 (1859) to contradict States that would oppose U.S. Marshals from releasing prisoners being held in violation of the Fugitive Slave Act.   The U.S. doesn't cull populations simply because of the might be weaker, or sick, or elderly or young or because they lack some formative associations, those Civil Rights and Constitutional laws based on Canonical Laws of Christianity and Rome.

"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and Pursuit of Happiness." Obviously an ethically aware statement, perhaps a bit reactionary to the enemy of the British who were then and apparently now actively attempting to forestall such and had been even before the wrongful anti-civil and those attacking religious orientation and creeds such as the British Act of Settlement of 1701, an anti-U.S. Constitutional sentiment which till this day extends to commonwealth realms, that and other act of alienation against all the nations and peoples of the world of an unthinking reactionary British thus lacking any moral or ethical foundation as recognized on the planet, thus there is ever a conflict between States of Common law and those of the U.S. Constitution, and every case is probably a reminder of the need and desired Supremacy Clause of the Constitution of the United States.

We have a basic belief that people have a right to be Good.  To be good in person and maintain proprieties of nature, to perform good acts for the purpose of being Good, whereas U.S. Constitutional promote and even insist on such basic goodness, while forestalling defending and guarding against that other evil or sinister or duplicitous wrongdoing and keeping the wrongdoers from harming ourselves or others, even if others lack the capacity or potential to keep wrongdoers from themselves at the cost to the wrongdoers, malefactors, or tortfeasors those that might attempt to push or coerce others into indecorous thinking or behavior to sway them from Good; especially hard it to condemn and otherwise forestall or even prosecute conspiracies and agents of conspiracies of such, no matter the

factors by which those have been made co-conspirators. Such is foundational lawfulness, civilization.

It's almost become a formative decision as to sides, almost re-instilled in original context by the Manganese Madness which enrages so many and the drive that the multitude of victims have and will have on violence of the masses, the problem here is that it's on our shores, being an attack by an enemy nation. That drive of that sinister nation that as war criminals think only do wrong to others and not ourselves, once again by right, even by Catechism Laws, the most benign codex of laws known, we are allowed to defend our nations, peoples, families, our ethics, beliefs, pursuits and even creeds against such as sinister kingdom of Britain by war, law and order, their attacks are as any war crime, the length of its untreated affects simply adds long-suffering and mental anguish to individual or nations.

Catholic Catechism is a worldwide recognized and voluntarily applied and enthusiastically adhered Canonical Law. The Catechism is a codification of Canon Law of the Latin and that of the Oriental Catholic Churches the Christian adherence to Civil Law, on which the United States Constitution is based. I would feel remiss if in making such a reference until I quote the exact Catechism/Canon Law.

Codification of the 5th Commandment by enumerated paragraphs to which the U.S. and International Rules of War usually reference indirectly as International Humanitarian Law. Whereas this action by the JASTA Act against the offenders, labeled Defendants Britain and BP plc and co-conspirators or agents of such conspiracy in such an intentional tort have broken such international Rules of War laws by widespread targeting of innocent and civilian populations. Here is those Canonical Laws without the subversions of Machiavelli.

**Lethal Force Legitimate Civil Defense of Persons and Society:**

Paragraph 2263 of the Catholic Catechism quotes Thomas Aquinas, St*h* II-II, 64, 7 corp. art.

> 2263 The legitimate defense of persons and societies is not an exception to the prohibition against the murder of the innocent that constitutes intentional killing. "The act of defense can have a double effect: the preservation of one's own life; and the killing of the aggressor . . . The one is intended, the other is not."

> 2264 Love toward oneself remains a fundamental principle of morality. Therefore, it is legitimate to insist on respect for one's

24

own **right to life**. Someone who defends his life is not guilty of murder even if he is forced to deal his aggressor a lethal blow.

> If a man in self-defense uses more than necessary violence, it will be unlawful; whereas if he repels force with moderation, his defense will be lawful. . .. Nor is it necessary for salvation that a man omit the act of moderate self-defense to avoid killing the other man since one is bound to take more care of one's own life than of another's." [same reference to Thomas Aquinas]

2265 Legitimate defense can be not only a right but a grave duty for one who is responsible for the lives of others. The defense of the common good requires that an unjust aggressor be rendered unable to cause harm. For this reason, those who legitimately hold authority also have the right to use arms to repel aggressors against the civil community entrusted to their responsibility.

2266 The efforts of the state to curb the spread of behavior harmful to people's rights and to the basic rules of civil society correspond to the requirements of safeguarding the common good. The legitimate public authority has the right and duty to inflict punishment proportionate to the gravity of the offense. Punishment has the primary aim of redressing the disorder introduced by the offense. When it is willing accepted by the guilty party, it assumes the value of expiation. Punishment then, in addition to defending public order and protecting people's safety, has a medicinal purpose: as far as possible, it must contribute to the correction of the guilty party."

2267 Assuming that the guilty party's identity and responsibility have been fully determined, the traditional teaching of the Church does not exclude recourse to the death penalty, if this is the only possible way of effectively defending lives against an unjust aggressor.

> If, however, non-lethal means are sufficient to defend and protect people's safety from the aggressor, authority will limit itself to such means, as these are more in keeping with the concrete conditions of the common good and more in conformity with the dignity of the human person.

Thus, such seizures as the global holdings of BP plc might be sufficient, though wisdom would say err on the side of caution and perhaps such

seizures of oil wells and refineries used as weapons might be lacking a full goal of ensuring the defense of our civil communities. Again, Plaintiff wishes to restate that there is a petroleum microbe capable of transmitting any 'mobile genetic element' that can be cultured in such a well and used as a microbial fuse increasing the carbon dioxide content of the well to explosive forces in the range of 20MPa to 40MPa and could be used to inflict genomic biological warfare on any coastline and several hundred miles inland, especially in hurricane prone coastlines, all oil wells must be considered potential Weapons of Mass Destruction [WMD] with the simply introduction of misused GM microbe, especially by a nation what would follow such with a million gallons of chemical weapon use [Reference this Plaintiffs' Motion to Amend]. The action is warranted.

### Canonical Law Condemns Acts of Negligence in Matters of Life and Death

Furthermore, Canon Law demands readily in most countries and nations and by the U.S. Constitution than that of Common Law held by the individual States in subdued or corrupted forms of Common Law, on might guess by the lobbying of those who wish harm against the United States. Though a reminder that such is required in British Occupied countries such as Canada and Australia as by cases referred to in the and by the United States Courts as able to draw on in the Plaintiffs' Memorandum as well as the Plaintiffs State of Residence of Louisiana. By inference of the 14th Amendment and that the U.S. Court can also accept and construe International Law and Laws of other Countries including that of the microstate the Holy See.

This is expressed in paragraph 2269 of the Catechism, "The fifth commandment forbids doing anything with the intention of *indirectly* bringing about a person's death. The moral law prohibits exposing someone to mortal danger without grave reason, as well as refusing assistance to a person in danger.

The acceptance by human society of murderous famines, without efforts to remedy them, is a scandalous injustice and a grave offense. Those who usurious and avaricious dealings lead to the hunger and death of their brethren in the human family indirectly commit homicide, which is imputable to them." [John Paul II, Evangelism virtue 56. 68 CE Gen 4:10]

The 'JUS CANOICUM' Canonical Laws as enforced by Hierarchical Authorities of the Church, being an inherent reference by the U.S. Constitution and co-reference with Civil Law, incorporating Plaintiffs' Memorandum of Law, should be referenced and such references to it are

apparent in its study as in paragraph 2273 where the context of 'created equal' is expected to be recognized as a reference to, "The inalienable right to life of every innocent human individual is a constitutive element of a civil society and legislation. 'The inalienable rights of the person must be recognized and respected by civil society and the political authority. These human rights depend neither on single individuals nor on parents; nor do they represent a concession made by society and the state; they belong to human nature from which the person took his origin." [79 CDE Donum vitae III], given the Inquisitional nature of Civil Courts.

Thus, this is usually referenced in every case involving Civil Rights, Civil Law, Constitutional Law, Jurisdictional Law, Supremacy of Law and decisions involving the prevalence of laws, in this case, it's the actual case and becomes perhaps magnified or perhaps seen in context be some for the first time, it's been this context even before my 27th great ascendant High Justice William Marshal "The Marshal" who climbed from a pauper knight, Great Great Great Grandfather of "The Bruce". "The Marshal" who is the first Baron named in the Magna Carta in 1215 or the upholding of Civil Law as by my 40th great ascendant Karolus Magnus in the 700's and 800's. These laws have been built and upheld by their virtues some many centuries, even it noted as an effort, even enterprise, to do so at times.

I have the additional perspective of inalienable personal reminders of history in both American and World history and the law keepers of history in my family heritage do aid me in my perspectives over long periods of time. The ancestors of mine, nobles who believed in such ideas as sanctity of life and fundamental rights who came in numbers to the Colonies to liberate them from the tyranny of religious oppression and the inimical and have these Civil and Constitutional Laws, Lady Mary Campbell and Sir Micheal Woods integral to the War of Independence and sponsors of John Blair the first Supreme Court Magistrate. Such notables as such press me forward duties redoubled and adherence to such some great serenity.

Indeed, those same documents are but records of the internal and external wars, those where England continually attempt to alienate us and everyone. It's reservation of xenophonia frozen in time, acting out century-old biases. Those of the United States with a holistic basis and those warnings to guard against those that alienate ethics, morals and greater understanding will always be unbalanced in mind and character, undeterred by even by centuries of too much detent. These Truths we hold as self-evident. Anywhere a Truth isn't self-evident, we must question, educate and in such circumstances, prosecute. Thus, I sue in the U.S. Courts by 28 U.S.C

§1331 which has been given jurisdiction over all matters of disputes of Civil Liabilities as invoking my Civil prerogatives as an individual and Citizen of the United States and my claim has standing.

Some British group simply wanted to rewrite the War of 1812 in their own minds and would poison innocent populations to that end, an atrocious act of clandestine terrorism. As nefarious, the racketeering associations joined to extend that conspiracy to defraud their fellow citizens and U.S. Government of billions in medical fraud.

Such could be accomplished by the few controlling those organizations in collusion and the complacency of the masses mislead, induced or as noted among the listed defendants, willing participants into conspiracies by peer-driven rackets or seemingly officious protocols meant to mislead. Only known as their lies compounded into obvious untruths by professional, eventually became glaring falsehoods seen by the light of science and common knowledge. Terrible in its terrorism and sheer inhumanity of their actions, many conspirators knowingly, too long condition by rackets.

I incorporate each and every law based on these laws that support my Civil Action against the defendants.

*Shane Maddox Bruce*

Shane Maddox Bruce
Plaintiff: in propria persona
313 W. Prospect St.
LaFollette, TN 37766
(321)328-8680
GoldenSage@Live.Com

*Certificate of Sending:*  I hereby certify that on or by the 7th of March 2017, a true and exact copy of the Above Document has been sent by First Class Mail to 2 parties:

| The Honorable Carl J. Barbier | Langan, Regan & Ritter |
|---|---|
| Ben Allums, Law Clerk | Kirkland & Ellis LLP |
| 500 Poydras Street, Room C-256 | 300 North LaSalle St |
| New Orleans, LA 70130 | Chicago, IL 60654 |