# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | |
| Gulf of Mexico, April 20, 2010 ) | MDL 2179 |
| In regard to: ) | JUDGE BARBIER |
| Shane Maddox Bruce ) | |
| V ) | |
| Great Britain, BP plc, Sir John Sawers ) | |
| CDC, NIH, AMA, Secretary of Defense ) | |
| Centers of Poison Control, ) | |
| UT MEDICAL CENTER, et al. ) | |

## AMENDED COMPLAINT

This Plaintiff, Shane Maddox Bruce brings amended complaint against Jeffry Nitz 919 E Central Ave Ste 102 LaFollette, TN 37766; Stephen Teague 919 E. Central Ave. Ste 102 LaFollette TN 37766; Thereby Tennova Cardiology 919 E. Central Ave. Ste 102 LaFollette TN 37766; Thereby Lafollette Medical Center Tennova Healthcare; Christian Terzian M.D. 905 E Central Ave, LaFollette TN 37766; Thereby Tennova LaFollette Medical Center Clinic M.D. 905 E Central Ave, LaFollette TN 37766; UT Family Physicians LaFollette Lori P. Staudenmaier M.D. 109 Independence Ln, Ste. 300 LaFollette, TN 37766; thereby UT Family Physicians, Gregory A. Finch The University of Tennessee Medical Center 1924 Alcoa Highway, Knoxville, Tennessee 37920; Thereby The University of Tennessee Medical Center; University Infectious Disease Mark Rasnake M.D. 1924 Alcoa Hwy, Knoxville, TN 37920; American Medical Association James L. Madara, M.D. AMA Plaza 330 N. Wabash Ave # 39300 Chicago, IL 60611; American Association of Poison Control Center Stephen T. Kaminski, M.D. 515 King St., Suite 510 Alexandria, Va. 22314; National Institute of Health Francis S. Collins, M.D., Ph.D. 9000 Rockville Pike Bethesda, Maryland 20892; Center of Disease Control Anne Schuchat (or director), MD 1600 Clifton Road, Atlanta, GA 30329 USA; Secretary of Defense James Mattis 1000 Defense Pentagon Washington, DC 20301-1000; BP plc Sir John Sawers 1 St James's Square London, SW1Y 4PD; BP plc Mr. Michael Thomas 501 Westlake Park Boulevard Houston TX, 77079-2696; Thereby B.P. plc; Queen Elizabeth II of Great Britain Elizabeth Alexandra Mary Buckingham Palace London SW1A 1AA Thereby Great Britain

## I. JURISDICTION OF THE UNITED STATES COURTS

1) I, this Plaintiff, Shane Maddox Bruce as a Citizen of the United States and former officer of service brings this Civil Action against the Defendants for restitution on those liabilities incurred by the Defendants in several tortious actions including Conspiracy to Violate Civil and Constitutional Rights and Malicious Medical Malpractice and Fraud.

2) The malpractice of Health Care Providers and Associated Health Care Organizations made improper assessments, false reporting and false diagnoses, skewed protocols, attempted censorship and provided misinformation. Substituting improper testing of heavy

1

metals their negligence is by malice and fraudulent. Refusing to relatively simple cures such while not cured creates billing weeks months or years in billing long-term, chronic, even emergency health conditions, billing instead circular referrals and repetitious needless tests and procedures, not curing caused continued harm to their patients. Their associations eliciting their member's collusion presenting disinformation as a group to defraud perhaps attempts to evade massive nationwide liabilities.

No matter their reasons, defendants are treble liable for damages by the False Claims Act and various acts governing Medicare Providers to the United States Government. Each offense faces penalties of $21,562.80 per needless test, treatment, plus treble damages of any unnecessary medical cost. The total of which this Plaintiff is entitled to 30% as individuals are allowed to litigate on behalf the U.S.

3) That the Health Care Provider Defendants from long neglect due not only to 'patient dumping' 42 U.S. Code § 1395dd of the collective medical community of poison and heavy metal overdose victims of U.S. Citizens from the BP actions in the Gulf of Mexico, which this plaintiff is a member.

   Appropriate treatments are guaranteed and administered by Social Security Act by several each and every law applicable including Emergency Medical Treatment and Labor Act, Hill-Burton Act, Federal Civil Rights law, the Rehabilitation Act of 1973 the Americans with Disabilities Act where liabilities by the defendants incurred and there is additional penalty of $25,000 is imposed by the Courts on each offending member of the medical community.

4) Conspiracy by the Defendants during a duty towards care where the only necessary treatments of the only known antidote to poisons is that of IV chelation therapy which was denied by those defendants in collusion while they constantly billed for whatever needless tests they had at hand, prolonging by promises of treatment, but the only offered an insolvent series of referrals by PCP to other medical doctors for further tests and treatment, lacking that which was needed, IV Chelation. Elemental poisoning is the secret Cash Cow of a fraudulent medical community.

   All displayed what would at first appear to all as a complete lack of medical competence/negligence in malpractice at the level of

2

treatment/diagnoses, but I caught them in several falsehoods and intentional misleading of diagnoses and treatment. Such ignorance wasn't plausible by medical professionals who've assuredly had at least basic science and chemistry classes as well as being familiar with Material Data Safety Sheets (MDSS) and such neglect must by intentional (RST§46). That the apparent display of a lack of scientific inquiry was actually a ruse, they knew dangers were not being addressed. Liabilities due from intentional malpractices which cannot be otherwise negotiated except by that of a civil action which is the jurisdiction of the U.S. Courts.

5) Such corrupted health care associations and health care practitioners who've attempted to lobbied legislations in attempts to influence the U.S. Government and Populations of the United States as have International Oil in a massive attempt to spread disinformation and censor the heavy metal contamination are not only tortious failure to warn (RST§18), but intentional denying real dangers for purposes of fraud on their own or been further subverted by co-defendants external to the U.S. to censor the sources of heavy metal poisoning by agencies and organs of the Great Britain (which would show long-range planning of the binary attack of introducing heavy metals and withholding antidote).

Even the individual health care providers have attempted to censor that source of heavy metals. Censorship and misinformation even by those Defendants in this case since its filing. Like actions becomes collusion (RST§878 concurrent and consecutive acts), aiding and abetting those criminal actions of obstruction by BP become intentional opening such to liabilities as RST §435B as by those intentional tortfeasors by JASTA, therefore liability by the defendants is incurred as intentional conspirators and co-conspirators to violate Constitutional and Civil Rights, surviving poisoning is DESPITE the defendants resulting chaos.

6) Those foreign states and organs of those foreign states intentionally and/or criminally devised and enacted a way to introduce several heavy metals, elemental and other poisons (RST §435B Intentional Tortfeasor Liability), into the Gulf of Mexico and as carried by air and rain at least 100 miles beyond the Coast Lines (RST§46 deliberate disregard) poisoning peoples of the United States of America and other countries around the Gulf of Mexico including myself, this Plaintiff, of which Great Britain, British Petroleum, and

other subsidiaries are liable by the Justice Against Sponsors of Terrorism Act (J.A.S.T.A.) of 2016 which extends period of liability to 10 years and multiplies liability of damages. This complaint is also brought by Tort Law, 18 U.S.C. § 2333(a) [civil remedies for terror victims] and 28 U.S.C. 1331 the Plaintiff requests the U.S. Courts exercise its Jurisdiction over international matters of litigation as founded upon 28 U.S.C. 1331 in matters of variety, Article III, Section 2 (maritime), Act, 46 U.S.C. § 30101, 50Chp3§23 and each and every law which may apply to my Civil Suit including taking exceptions of 28 U.S.C. § 1605(a)(2) and 28 U.S.C. § 1603(a).

7) That the Defendants in the Conspiracy and other tortious actions, harms, and neglect for which this Plaintiff is asking for recompensation to false expenses, compensation for personal injury, expenses, loss of income and other monies which the Defendants are JOINTLY AND SEVERALLY LIABLE, proportions of accountability of liabilities to be determined.

## II. FACTUAL ACCOUNTING

1. This Plaintiff brings **New Information** of **Public Interest** to the *source of heavy metals* by misuse of the microbes to cause harm by BP plc. That BP plc, an organ of Britain are intentional tortfeasors caused harm by the means of a genetically modified microbe engineered from Oleispira Antarctica, one of four 'petroleum microbes' they've in constant use:

    a. Where those petroleum microbes introduced and cultured in the Deepwater Horizon Oil Well where they geometrically increased the pressure some several million Pascals in the oil well until it exploded on April 20th of 2010, essentially a microbial fuse in a non-pyrotechnic bomb which exploded an estimated 200,000,000 gallons (Two Hundred Million Gallons) to 1,000,000,000 gallons (One Billion Gallons) of oil nearly fully cultured with genetically modified microbes merely 40 miles from the United States Coast of Louisiana.

    b. BP plc pled criminally guilty, thereby intentional, to its illegal conduct including felony obstruction to the Deepwater Horizon Oil Well explosion and resulting consequences in the *United States v. BP Exploration and Production, Inc* in 2013 where high executives in BP plc were charged with intentionally misleading and falsifying several facts of the

4

explosion. Between those two events was the 200th year anniversary of the War of 1812 between the United States and Great Britain. That damage is not only to civilian populations, but a majority of military targets of the United States Coastal Defense Facilities and Shipyards along the Aerospace Corridor though limited to those exposed to rainwaters or partaking of local fauna, possibly local flora.

c. The reports of the petroleum microbe being introduced as a bio-remediation to the oil spill are intentional further falsehoods from BP plc, the oil from the Deepwater Horizon was already completely cultured with the petroleum microbe at the time of the explosion, a continuing pattern of hiding causal harm as some type of aid. Using rhetoric of false aid as a ruse to obfuscate further levels of harm.

d. It's widely known since at least 1984 and purported by the Defendants BP plc that the genetically modified microbes are used to increase pressure and decrease viscosity of oil wells as they tear apart or in the oil industry language 'degrade' non-organic compounds into elemental parts, essentially it mines out elements from mineral deposits from the solid land matter of the ocean floor or walls of the tapped oil reservoir and makes them smaller particulate of free radicals, a reactive gas or liquid. Free radicals are a substance ready to instantly bind having an ionic imbalance, a ready chemical reaction waiting to happen which immediately binds on contact with human beings, progressively so, and intractable until chelation therapy.

e. There being already free-radical elemental heavy metals and elemental toxins in the oil when it issued from the explosion site is already a given, though in greater quantities in the raw oil than BP plc or AMA would admit.

f. BP plc then enlisted to cap and clean up the oil instead of a U.S. agency, the proceeded to dump more than 1,000,000 gallons (One Million Gallons) of what was called a dispersant Corexit, a toxin, which then cause the oil to precipitate (drop like rain) to the bottom and settle on the ocean floor sediment.

g. BP plc knowingly caused that bacterially activated reactive oil to come in contact with the ocean floor sediment. That BP plc, fully aware of its own technology and what the results would be, millions of tons of fully cultured bacteria, that those microbes then microscopically churned the sediments of the ocean as it mined minerals, casting off many tons of dangerous elemental toxins of heavy metals including that of Manganese and Arsenic. BPs' two-part enterprise, a binary microbe/chemical reaction on the ocean floor causing chemical contamination comparable only to fall out of a dirty bomb in any previous incidents of uses of technology, weaponized infected oil.

h. That due to the basic alkaline nature of the Ocean that majority of those free radicals from the ocean floor became part of the evaporative processes binding to neutral PH rainwater until coming into contact with neutral or acidic land and organisms on land including the humans populations of the South East United States including this plaintiff as I was often residing on a sailboat of my Charter company and often camping during the winter of 2011/2012 near Panama City, Fl. and Apalachicola National Park.

i. That the enormous enterprise and effort that goes into manufacturing and deploying a million gallons of Corexit which were meant to precipitate a billion gallons of infected reactive oil was no less of an enterprise than loading a firing a million cannons, such enterprises cannot be accidental, therefore malicious. Terroristic as the Corexit dumping was done against protests by every sector including the Environmental Protection Agency EPA as there was no possible good reason to make the oil drop to the sediment as it could be addressed on the surface.

j. That such manipulation the microbe and expected results can be recreated by experiment, craft, and design and in regular use by the BP plc, therefore an 'empirical scientific fact' so 100% predictable, a planned attack by BP plc who are even extremely knowledgeable even to the chemical compounds of concentrations of heavy metals on the ocean floors and those results expected by the many experts in that field of Oil.

k. Besides the ongoing toxic free radical side effect those gnomically altered petroleum microbes that are now omnipresent have the capacity to genetically engineer or mutate any and all life forms they come across, essentially a genomic plague. In that, they have the capacity as a microbe to splice to living cells 'genomic mobile elements' as seen as referencing several published scientific journals have confirmed such as *"Genome sequence and functional genomic analysis of the oil-degrading bacterium Oleispira Antarctica"* (and discussion) by authors Michael Kube, Tatyana N. Chernikova, Yamal Al-Ramahi. Etc.

l. Basically, besides the possible intentional use as a genomic biological weapon, it is a certainty that the microbes will come into inadvertent contact with other 'mobile genetic elements' giving rise to mutation storms or plumbs. Those same 'mobile genetic elements' (gene splices) which are used by genetic manipulators/engineers to modify corn or make fish glow in the dark will then be picked up by the omnipresent Oleispira Antarctica which is a genetic engineer the size of a microbe and will proliferate transmutation on any it infects, such as the plaintiff, which or whom is already infected might also come into contact with 'gene-spliced' materials which have become common.

m. Since the Oleispira Antarctica was genetically modified to thrive in almost any conditions from frozen to volcanic, and it's a gram-negative (double-cell-walled) smart bacteria it is nearly impossible to kill any infection of such a modified microbe, nor will it be affected by natural defenses of fever.

n. My tests are positive IGG-41 on the Lyme Disease test on 6/4/2017 though not Lyme bacteria, thus I am infected by flagella bacteria extremely resistant to any antibiotics. The flagella petroleum bacteria is resistant even after years of treatments with a variety of general, broad spectrum and specific very powerful antibiotics. From 2011 to 2013 all doctors diagnosing me believed the symptoms of the poisoning to be an infection. I've had years of antibiotics.

o. Further affects are prognosticated but unknown in magnitude and a variety of specifics as chaotic mutations

will begin to appear in areas affected by the plumes. The omnipresent microbe which has spread across all the Earth will plume on contact with any hydrocarbon, namely the oceans of oil under the continents and oceans, comes in contact with as the chaos of GMO splices and hydrocarbon will mix and match in British made genomic plagues, what's unknown yet is the effect on those of us already infected.

2. That by that (Paragraph II.1) using a petroleum microbe and other means BP plc introduced IMMENSE amounts of heavy metals toxins. BP plc admitted criminal negligence and that of felony obstruction but continued in censorship, misleading, falsifying and disseminating misinformation about a lack of toxins where thousands' of people confirm heavy metal poisoning, though misunderstood and mislabeled as "Gulf Blue Plague" those sores are symptomatic of heavy metal poisoning.

3. The Malpractice of the healthcare defendants refused adequate and necessary medical care, even emergency treatments and proper diagnoses refusing to even to consider causes or some wouldn't even glance at research of medical ailments, further intentionally lying to the plaintiff, patient at the time, about conditions and diagnoses and possible causes then not only that of neglect: caused further harm to plaintiff in conditions known caused by elemental poisoning called by medical research as "insidious and progressive".

4. The other Defendants, Healthcare Provider and Associations Defendants betraying the duty of care towards myself in ignoring the cause while continuing to bill, then and be shown they colluded and conspired with the BP Criminal/Terroristic felony obstructions of censorship and misinformation as displayed by their intentional tortious actions is obfuscating then as co-conspirators that terrorism which has resulted in harm of innumerable inhabitants of the United States:

    a. By colluding with BP in falsely stating that the Deepwater Horizons' incidents presented no significant heavy metals:

        i. The AMA published journal misinformation stating that there were no harmful heavy metal contaminants in the oceans due to the Deepwater Horizon Oil

8

      Explosion, virtually repeating word for work the BP plc public statements.

    ii. Each of the Health Care Provider Defendants Lori Staudenmaier, Jeffery Nitz, Gregory Finch, Stephen Teague, Christian Terzian and thereby their associated clinics, hospitals and associations echoed the AMA Journal falsified statements saying that there were no heavy metals toxins due to the spill and further quoting that AMA (BPs) dissemination of misinformation asked if I'd been eating seafood which could give a false positive. There are no false positives of elements in spectroscopy, they are elemental, the most basic of chemistry which means their misdiagnoses was intentional, knowing that such is harmful is mens rea in the actus reus.

    iii. Their dissemination went so far as a half a dozen of the defendants proclaimed that the heavy metals would have naturally evacuated and wouldn't be present, I knew from laboratory safety lectures and hazmat experience as a physicist, they were lying which first indicated to me their malpractice.

b. By complicity hiding the heavy metal poisonings of the populations in their diagnoses and tests:

    i. By refusing to perform any tissue analysis test of elemental toxins both by their practices and associations and lobbying to keep the only valid tests from being either covered or otherwise provided by practices of association.

    ii. By refusing to acknowledge such tissue tests results showing elemental contaminations either poison or overdose as each and every one of the of the Health Care Provider Defendants, Lori Staudenmaier, Stephen Teague, Gregory Finch, Jeffery Nitz, University of Tennessee Medical Center, Christian Terzian, Tennova LaFollette Medical Center Clinic, LaFollette Medical Center Tennova Healthcare, Tennova Cardiology each refused to act upon a test I had brought, even in emergency conditions,

9

maliciously ignoring the causal factors while using the condition to charge for needless and redundant tests.

iii. By switching ineffective false negative tests such as blood or urine for the only valid tests for heavy metal contaminations, that of spectrographic tissue analysis they produced false negative on the elemental poisoning while repeatedly testing for the symptoms.

iv. Not only were the tests they were administering completely inappropriate therefore unnecessary, they also repeated several tests again and again over a period of a year while the Plaintiff consistently asked that whatever requirements to have treatment for the heavy metal toxins be met, only asking for IV Chelation. The same expensive endocrine test was performed four times in four months by the same lab. Test confirming symptoms without any treatment following are useless, I already knew I was poisoned.

v. That in doing so all those serial and repeated tests by the Defendants were unnecessary tests and they have incurred liabilities by the Fraudulent Claims Act [FCA] and liabilities by letting a critical condition go untreated they unnecessary delayed actually by while they padded the practices with fraudulent claims of those tests.

c. Subsequently during pre-trail the health care provider level defendants constantly sought to censor and strike numerable times the information of the source of the heavy metals in the Gulf of Mexico as brought as new information by this Plaintiff, further showing their co-conspiracy in what could only be as cohorts with BP plc, Great Britain and that terrorism of both poisoning and overdosing the multitudes with that criminal mastermind dual plot of contaminating then reaping untold millions is false and unnecessary medical tests and useless procedures while obfuscating the heavy metals as the source of the multitudes of illnesses. Co-conspirators of terrorism and fraud.

5. The breach of expected and implied contract of medical healthcare, the malpractice and neglect serially by Each and

10

Every One of the Health Care Provider Defendants even in urgent and emergency medical care during 2017 when the heavy metal toxins had accumulated in the plaintiffs pericardium and was unmitigated by oral chelation, causing intense pain and affecting the cardiac organ systems bring liability under those Federal Statues which require proper care of such emergency conditions or transfer to facilities that will treat for the heavy metals poisoning.  Arsenic pain is not alleviated by pain medication.

Such Emergency care which is required when the arsenic accumulation which is noted by the extreme pain but also from hypertension which is a constant or reoccurring emergency caused by manganese neurotoxin overdose.  It can be argued they wouldn't treat due to the uncovered expenses of replacing metallic dental fillings that would be too expensive for a Medicare patient to pay, but those covered unnecessary expenses are in excess of that.  Postponing the presenting a lengthy log of two years of medical malpractice in complaint as in Plaintiffs Reply to the UTMC, just noting that each and every defendant refused to treat by antidote the obvious heavy metal poisoning during 2107 despite emergency conditions affecting the heart and intense pain, several incidents can be added during discovery of their serial frauds.

6. Those malpractice defendants well-aware of the toxic overdose as the Plaintiff brought by hand those spectrographic tissue analysis and pertinent medical journal entries such as:

   a. Spectrographic tissue analysis of Shane Bruce Elemental Toxins from 2013 showing the Plaintiff poisoned.

   b. Various medical and scientific studies of infections caused by Arsenic as well as verities of affected or damaged organ systems, those same that they would only confirm and retest endlessly, but tests having to purpose as the toxicities were already known before the first visit.

   c. How Carditis (inflammation of the Pericardium and heart) cause abnormal J-wave and can produce atypical hypothermia, by toxin inflammation or infection.

   d. "Cardiovascular Toxicities Upon Manganese Exposure" by Yueming Jiang and Wei Zheng,

11

    e. "Chelation Therapy of Manganese Intoxication with para-Aminosalicylic Acid (PAS) in Sprague-Dawley Rats" by Wei Zheng, You-Ming Jang, Yanshu Zhang and Dallas Cowan

7. All the Defendants have liabilities are brought about by such tortious interference conspiracies of misinformation. Faults in conspiracies difficult to ascertain, Joint and Several liabilities is the avenue on which to litigate. British Petroleum and Great Britain committed **tortious inducement of breach of contract** also have those co-defendants of health care affected the required response offices and their express and tacit responsibilities, implied and express contracts to people of the United States and this then patient the plaintiff.

   Those response Defendants, **The Secretary of Defense, the Center of Disease Control, the National Institute of Health** required to actively inquire and act to curtail such conspiracies more than simply being moved by mass media inducements. Those problems still current such elemental contaminations by foreign criminal acts and conspiracies against antidote treatments and misinformation against the U.S. Constitution and Civil Rights. Liability for any failure to act to protect the same adoption of standards against invaders causing harm RST§286, jurisdiction by USC 50Chp3§23 and by each and every law applicable.

   Government Agencies whose duty, obligation and implied and explicit contracts compel them to do so, cutting through any adversarial or political special interests. Consider the proactive banning worldwide of all genetic modifications, as splices contagious by those microbes. Response required by the DoD in such circumstances USC 50:32§1522 supersedes and takes precedence over 42 USC 1395 and some counter-espionage, counter-conspiracy and effort to mitigate sabotage and international criminal damage to the U.S. Population is an implied and explicit contract (liability by RST§284 failure to act) to the American People examining the imperatives of USC 50:32§1522 (conduct of chemical and biological defense program).

8. That British Petroleum is corporation agent and organ of Great Britain even after privatized in 1987 is well known and documented, that British Petroleum has ties to British secret

12

intelligence, cold war, and espionage services is easily shown as obvious as Sir John Sawers, head of UK's Secret Intelligence Services MI6 during 2011 was appointed to British Petroleum board serving it and by it GB as its Chair of its Committee of Safety, Ethics and Environmental assurance. GB's highest level of Risk Management exactly where cold war is to be suspected.

Demonstrable espionage and counter-intelligence and dissemination of misinformation such as broad scale including censorship as only opposing governments would be able to act on the level of the intentional tortfeasors and tortious interference with implied and explicit healthcare contracts at the nation of the United States. BP's shares and board are controlled by those in service of Great Britain, thereby owned by Great Britain and 10% of Great Britain pension economy; thus, limiting or negating sovereign immunity by taking exception pursuant 28 U.S.C. § 1603(a); 28 U.S.C. § 1605(a)(2), Justice Against Sponsors of Terrorism Act and JASTAs' exceptions provided for this plaintiff by the Amended Foreign Sovereign Immunities Act.

### III. ACCOUNTING OF LIABILITIES OF DEFENDANTS

The Several and Joint Liability of each and every one of the defendants to match liabilities to which are due is to be apportioned and accounted by each of the Defendants by tort laws of co-conspirators of neglect and intentional tort.

1. FCA Liabilities: That between 8/2016 and 8/2017 the Health Care Defendants charged to Insurance and Medicare 29 unnecessary procedures, all pointlessly and ignoring the only factoring cause of heavy metals poisons as the obvious, having the spectrographic tests and Plaintiffs word. They charged $32,570.66 for those needless procedures and are liable for treble damages of their costs to bring the liability of costs to $97,711.98. The additional penalties for the serial useless procedures and test of $625,321.20 bring the total due by FCA to $723,033.18 (Seven Hundred Twenty-Three Thousand Thirty Three Dollars and Eighteen Cents) to those healthcare providers listed jointly and severally liable, as potentially are those healthcare associations.

2. Liabilities to all the Defendants (RST§875 contributing tortfeasors of indivisible harm) due to Undue Expenses and

13

financial damages where the Plaintiff poisoning and subsequent neglect spanning 5 years with the 10-year JASTA liability extension and two additional years from the delay caused by the medical healthcare professionals.

  a. in attempts to manage the toxins on my own between 2013 and 2017 has been in excess of $14,000.00 in oral antidotes and required corollary supplements, and $2,300 in antibiotics between 2011 and 2013 all bought on my own and some estimated medical expenses including emergency room and physical therapy after been two years nearly bed-ridden in 2012 and 2013 to be another $26,000.00 between 2011 and 2016, for $42,300.00

  b. Those 7 years unemployment or delays in educational pursuits, the last two years caused by the neglect and drawn out needlessly as healthcare defendants malpractice falsely included the idea that antidote treatment could be forthcoming if they were allowed to administer more and more needless tests are a minimum of an expected $90,000 per year totaling $630,000.00.

  c. In 2018 that travel to 160-mile round trip to gain toxin management by chelation therapy for 30+ some treatment will cost the Plaintiff $6,000 in gasoline alone, as well as that additional year unemployable in two days per week in driving since local AMA health care provider refuse to maintain such treatment in neglect of their practices locally.

  d. The Actual Needed Medical expenses due to the heavy metal poisoning of full routine chelation therapy and metallic filling dental replacement are minimally $8500.00 and included calcium(manganese)-blocker hypertension management during valid treatment is another $4,100 during a delayed treatment for an approximate $12,600.00.

  e. Total of liabilities to Expenses $690,900.00 with quintuple damages by JASTA is $3,454,500.00 (Three Million Four Hundred and Fifty Four Thousand Hundred Dollars)

3. Liabilities of the Defendants due to health conditions, bodily injury, personal injury caused by contamination and drawn out neglect, consolidating further expected damages and medical

14

costs as normally estimated in liability suits, not merely malpractice but disinformation, intentional medical malpractice:

   a. Affected glandular systems: $100,000.00

   b. Affected nervous system:
      i. Chronic Hypertension $100,000.00 (including fatigue)
      ii. Memory, executive cognitive abilities $100,000.00
      iii. Expected motor functions being affected $100,000.00

   c. Affected lung and heart organ systems $100,000.00

   d. Years of untreated carcinogenic $100,000.00

   e. Infection by a genetically modified microbe with unknown effects $100,000.00

   f. Totaling $700,000.00 (Seven Hundred Thousand) in liability of Defendants.

4. That combining paragraphs I.2 and II.4 that additional penalties of $25,000 on each of the health care providers failing to treat or transfer imposes further liabilities of $225,000.00

5. Real liabilities of the Defendants sued for by the Plaintiff is $5,793,433.00 (Five Million Seven Hundred and Ninety Three Thousand Four Hundred and Thirty Three Dollars) of which a portion is due to the Federal Government in FCA liabilities from the listed Defendants, other portions due to Medicare and to the partnership Medical Insurance BlueCross/BlueShield as reimbursement to their reimbursement or recall of payments.

6. Plaintiff asks for an additional 10% compensating pain and mental anguish caused by the Defendants of $579,000.00 in causing and neglecting such poisonings as arsenic and neurotoxins by Manganese overdoes, the veritable chemical causes of pain and mental anguish as well as the despair at the state of the United States and abuse of the medical health care, including those harassing tactics by the healthcare defendants. (RST §46 Outrageous conduct causing severe emotional distress) withholding antidote while spending years in demands of useless testing (FCA) comparable to terrorism their showing no interest in the value of human life as further demonstrated by harassing tactics which included the plaintiffs' family.

This plaintiff incorporates with this document, the Plaintiffs' Memorandum of Law supporting Complaint and other accompanying documents such and any and every law which might be applied on my behalf to find the defendants for which they are liable, effect the multipliers and proportion liabilities as applicable.

*Shane Maddox Bruce*
Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

*Certificate of Sending:* I hereby certify that on or by the 7th of March 2017, a true and exact copy of the Above Document has been sent by First Class Mail to 2 parties indicated:

| | |
|---|---|
| The Honorable Carl J. Barbier<br>Ben Allums, Law Clerk<br>500 Poydras Street, Room C-256<br>New Orleans, LA 70130 | Langan, Regan & Ritter<br>Kirkland & Ellis LLP<br>300 North LaSalle St<br>Chicago, IL 60654 |