UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Nos. 13-963, 13-837, 13-929, 13-915, 13-960, 13-1060, 13-1052* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are multiple Motions to Enroll as Co-Counsel and Designation of Lead Counsel. (Rec. Docs. 24189-24198)

IT IS ORDERED that the Motions are GRANTED and Jason J. Joy and Colin W. Wood of the law firm of Jason J. Joy & Associates, PLLC are hereby enrolled as additional counsel for Plaintiffs in the above-referenced cases.

IT IS FURTHER ORDERED that Jason J. Joy is designated as Lead/Trial Attorney for Plaintiffs in the above-referenced cases.

New Orleans, Louisiana, this 15th day of March, 2018.

_____
United States District Judge