IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Honorable CARL J. BARBIER |
| -and- | * * | Magistrate Judge WILKINSON |
| No. 17-16366, BP Exploration & Production, Inc. et al v. Claimant ID 100250623; Claim No. 241643 | * * * | |

## MOTION TO REQUIRE IMMEDIATE PAYMENT OF CLAIM

NOW INTO COURT, through undersigned counsel, comes Claimant ID 100250623 ("Claimant"), who, for the reasons set forth in the accompanying memorandum, moves this court to enter an order requiring the immediate payment of $49,537,734.72 to claimant. This Court denied discretionary review of this claim on February 1, 2018, thereby creating a final appealable judgment. Defendants, BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., (collectively "BP"), have not posted a supersedeas bond as required by Federal Rule of Civil Procedure 62 to suspend payment pending appeal. Accordingly, Claimant ID 100250623 is entitled to immediate payment of the amount awarded with post-judgment interest from January 8, 2018.

Respectfully submitted,

*s/Donald Foret*
DONALD FORET, BAR NO. 05701
3500 N. Causeway Blvd., Suite 185
Metairie, LA 70002
Telephone: (504) 828-1315
Facsimile: (504) 828-1379

and

**HUBER, SLACK, THOMAS
& MARCELLE, LLP**

*s/Stephen M. Huber*
STEPHEN M. HUBER, BAR NO. 24463
CHARLES M. THOMAS, BAR NO. 31989
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/Donald Foret*