IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Honorable CARL J. BARBIER |
| -and- | * * | Magistrate Judge WILKINSON |
| No. 17-16366, BP Exploration & Production, Inc. et al v. Claimant ID 100250623; Claim No. 241643 | * * * | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO REQUIRE IMMEDIATE PAYMENT OF CLAIM**

Claimant ID 100250623 ("Claimant") submitted a Business Economic Loss ("BEL") claim to the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") on September 25, 2013. On March 3, 2017, the Claims Administrator issued an Eligibility Notice for Claimant's BEL claim for a total compensation amount of $48,461,113.70. BP subsequently appealed that determination. The Appeal Panel unanimously confirmed the award, and on July 28, 2017, the Claims Administrator issued a Post-Appeal Eligibility Notice for Claimant's BEL claim for a total compensation amount of $49,537,734.72. BP then sought discretionary review by the District Court, which was denied on January 8, 2018. BP filed a Notice of Appeal on February 1, 2018.

1

The denial of discretionary review created a final appealable judgment. To date, BP has not posted a supersedeas bond in accordance with Federal Rule of Civil Procedure 62, which is required to stay the judgment pending appeal after fourteen days have passed from the date of judgment.[1] Accordingly, the Court should order that Claimant ID 100250623 is entitled to enforcement of the Judgment and immediate payment of the amount awarded with post-judgment interest from January 8, 2018.

Respectfully submitted,

*s/Donald Foret*
DONALD FORET, BAR NO. 05701
3500 N. Causeway Blvd., Suite 185
Metairie, LA 70002
Telephone: (504) 828-1315
Facsimile: (504) 828-1379

and

**HUBER, SLACK, THOMAS & MARCELLE, LLP**

*s/Stephen M. Huber*
STEPHEN M. HUBER, BAR NO. 24463
CHARLES M. THOMAS, BAR NO. 31989
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838

---

[1] See Claimant's prior briefing related to its Motion to Set Supersedeas Bond for additional argument regarding applicability of the Federal Rules of Civil and Appellate Procedure.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/Donald Foret*