IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Honorable CARL J. BARBIER |
| -and- | * * | Magistrate Judge WILKINSON |
| No. 17 -16366, BP Exploration & Production, Inc. et al v. Claimant ID 100250623; Claim No. 241643 | * * * | |

..................................................................

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion to Require Immediate Payment of Claim in the captioned matter above is hereby noticed for submission on the 11th day of April, 2018 at 9:30 a.m. at the Eastern District of Louisiana Courthouse in New Orleans, Louisiana.

Respectfully submitted,

*s/Donald Foret*
DONALD FORET, BAR NO. 05701
3500 N. Causeway Blvd., Suite 185
Metairie, LA 70002
Telephone:  (504) 828-1315
Facsimile:   (504) 828-1379

and

1

**HUBER, SLACK, THOMAS & MARCELLE, LLP**

*s/Stephen M. Huber*
STEPHEN M. HUBER, BAR NO. 24463
CHARLES M. THOMAS, BAR NO. 31989
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Donald Foret*