IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Related To: *All Cases*<br>(Including Civil Action No. 12-970) | MDL No. 2179<br>Section: J<br>JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON |

**UNOPPOSED MOTION FOR APPOINTMENT AS COURT-APPROVED STRUCTURED SETTLEMENT ANNUITY ISSUER AND ASSIGNMENT COMPANY**

NOW INTO COURT, through undersigned counsel, comes Metropolitan Tower Life Insurance Company ("MTL") and MetLife Assignment Company, Inc. ("MACI") (sometimes collectively referred to as "Movants"), who hereby seek to be approved and recognized as a Court approved structured settlement annuity issuer and a Court-approved assignment company, respectively, pursuant to the terms and conditions of this Court's ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc 8425], based on the following:

1. On January 31, 2013, this Court issued the ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc 8425], as amended on August 15, 2013 [Doc. 11020], which set forth the conditions under which Claimants to the Economic and Property Damages Settlement Agreement (hereinafter referred to as the "Settlement") may elect to receive settlement payments over more than one tax year. The aforementioned Orders further provided that Claimants must use Court approved structured settlement brokers, annuity issuers and assignment companies.

2. The aforementioned Orders issued by this Court indicate that approved structured settlement brokers "shall only offer structured settlements to Claimants pursuant to which Periodic Payments are funded solely by Funding Assets that satisfy the following requirements (1) if the Claimant has not selected a Structured Settlement Option funded by United States

91398389.1

government obligations, then the Issuer shall carry a minimum rating of "A XI" or "Double A", or an equivalent thereof, according to the standard rating practices in the insurance industry . . ." [Doc. 11020].

3. MTL seeks the authorization of this Court to be deemed an eligible structured settlement annuity issuer for instances where a Claimant selects a structured settlement option that is not funded by a United States government obligation. MTL is an established Delaware domiciled insurance company with financial strength ratings of A+ (Superior) from A.M Best and Aa3 (High Quality) from Moody's. MTL has been in existence since 1982 and it falls within the MetLife, Inc. group of companies.

4. MACI seeks the authorization of this Court to be deemed an eligible structured settlement assignment company for instances where a Claimant selects a structured settlement option that is not funded by a United States government obligation. MACI is a subsidiary of MTL, and it was formed for the sole purpose of serving as an assignment company for structured settlements. MACI assumes the liability of defendants and purchases annuities from MTL for the purpose of tendering a stream of payments to claimants to resolve legal actions. A copy of MACI's Certificate of Incorporation is annexed for review as Exhibit A.

5. The assignment and release form to be used by MTL and MACI for structured settlements with Claimants shall be in the form attached hereto as Exhibit B.

6. MTL and MACI fully meet the requirements of this Court's Order of September 17, 2013 [Doc. 11404] to be approved as an eligible structured settlement annuity issuer and assignment company, respectively.

7. MTL and MACI agree to follow the terms of the ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc 8425], as amended on August 15, 2013 [Doc. 11020], in the performance of their responsibilities as eligible annuity provider and assignment company, respectively.

91398389.1

8. Undersigned counsel for Movants has conferred with Plaintiffs' Steering Committee, who has authorized Movants to recite that they have no objection to MTL being approved as an eligible annuity provider, or to MACI being approved as an eligible assignment company.

9. The Trustee and BP shall have the right to review and approve the forms of any structured settlement issued by MTL and MACI, including the structured settlement assignment and release forms, to ensure that such forms shall be consistent with the terms and conditions set forth in this Courts Order dated January 31, 2013.

10. MTL and MACI consent to the jurisdiction of this Court in relation to structured settlement products issued to resolve claims associated with the captioned action.

WHEREFORE, MTL and MACI pray that they be recognized as a Court-approved annuity provider and assignment company, respectively, and that the proposed Order stating same and attached hereto be entered accordingly.

Respectfully submitted,

**STERNBERG, NACCARI & WHITE, L.L.C.**

**/s/ Scott Sternberg**
**SCOTT L. STERNBERG (#33390)**
**KEITH J. NACCARI (#36603)**
643 Magazine Street | Suite 402
New Orleans, Louisiana 70130
Telephone: (504) 324-2141 | Fax: (504) 534-8961
scott@snw.law | keith@snw.law

*Counsel for MTL and MACI*

91398389.1

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre- Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 19th day of March, 2018.


                                                 /s/ Scott Sternberg
                                                 **SCOTT L. STERNBERG (#33390)**

91398389.1