# Delaware <span style="float:right">Page 1</span>

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "METLIFE ASSIGNMENT COMPANY, INC.", FILED IN THIS OFFICE ON THE TENTH DAY OF APRIL, A.D. 2017, AT 11:25 O`CLOCK A.M.*

*A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.*


Jeffrey W. Bullock, Secretary of State



6375209  8100  
SR# 20172380085  

Authentication: 202356271  
Date: 04-11-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:25 AM 04/10/2017
FILED 11:25 AM 04/10/2017
SR 20172380085 - File Number 6375209

# STATE *of* DELAWARE
## CERTIFICATE *of* INCORPORATION
### A STOCK CORPORATION

- **First:** The name of this Corporation is Metlife Assignment Company, Inc.

- **Second:** Its registered office in the State of Delaware is to be located at 1209 Orange Street Street, in the City of Wilmington, DE County of New Castle Zip Code 19801. The registered agent in charge thereof is The Corporation Trust Company

- **Third:** The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

- **Fourth:** The amount of the total stock of this corporation is authorized to issue is 1,000 shares (number of authorized shares) with a par value of 0.0100000000 per share.

- **Fifth:** The name and mailing address of the incorporator are as follows:
  Name Kelli Buford
  Mailing Address 200 Park Avenue
  New York, NY  Zip Code 10166

- **I, The Undersigned,** for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true, and I have accordingly hereunto set my hand this 6 day of April, A.D. 20 17.

BY: _____
(Incorporator)

NAME: Kelli Buford
(type or print)