IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | *  MDL NO. 2179 <br> *  <br> *  SECTION: J <br> * |
| *This document relates to:* | * <br> * |
| ALL CASES | *  HONORABLE CARL J. BARBIER <br> * |
| (including No. 12-970) | *  MAGISTRATE JUDGE WILKINSON <br> * <br> * |

### ORDER AUTHORIZING
### PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to transmit Five Thousand Three Hundred Forty-Nine Dollars and Fifty Cents ($5,349.50) from the Common Benefit Cost and Fee Fund to Garrett & Co. LLC for administrative expenses and/or fees.

New Orleans, Louisiana this 16th day of March, 2018.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**