UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** *Nos. 16-05050, 16-05041* | * * | MAG. JUDGE WILKINSON |

## ORDER

Considering Justice Design Studio, PC's Motion for Determination as Compliant with PTO 60 (Rec. Doc. 23676),

IT IS ORDERED that the Motion is GRANTED and Justice Design Studio, PC (No. 16-05050) is deemed compliant with PTO 60 and its B1 claims are not dismissed.

IT IS FURTHER ORDERED that Justice Group, LLC remains compliant with PTO 60 and the list of PTO 60-compliant plaintiffs will be updated to reflect the correct civil action number for Justice Group, LLC, 16-05041, as opposed to 16-05050.

The Court will issue separately an updated version of the compliance list that was attached to the Court's Order of November 8, 2017 [As to the Motions for Reconsideration, Etc. of the PTO 64 Compliance Order] (Rec. Doc. 23649).

New Orleans, Louisiana, this 16th day of March, 2018.

_____
United States District Judge