UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** *No. 17-4395* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court is Paul Raymond Doom's Motion to Amend (Rec. Doc. 23777), which requests that the Court amend its Order of December 6, 2017 [As to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order] (Rec. Doc. 23735) to correct a clerical mistake.

IT IS ORDERED that the Motion is GRANTED and that Paul Raymond Doom (No. 17-04395) is deemed to be compliant with PTO 63 and his B3 claim is not dismissed.

The Court will issue separately a revised version of Exhibit 1 to the Court's Order of December 6, 2017 [As to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order] (Rec. Doc. 23735) that substitutes Paul Raymond Doom for Paul Matthew Doom on page 22 (Paul Matthew Doom will still be listed on page 6).

New Orleans, Louisiana, this 16th day of March, 2018.

_____
United States District Judge