UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-968: BELO* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is the BP Parties' Motion to Modify BELO Cases Initial Proceedings Case Management Order (Rec. Doc. 24109), which requests that certain forms currently found in Exhibit B to the BELO Cases Initial Proceedings Case Management Order (Rec. Doc. 14099-2) be replaced with revised versions. BP represents that Class Liaison Counsel does not object these amendments. The Court has reviewed the motion and finds it should be granted. Accordingly,

IT IS ORDERED that the Motion to Modify BELO Cases Initial Proceedings Case Management Order (Rec. Doc. 24109) is GRANTED.

IT IS FURTHER ORDERED that Exhibit B to the BELO Cases Initial Proceedings Case Management Order (Rec. Doc. 14099-2) is replaced and superseded by the revised version of "Exhibit B" which is attached to this Order.

IT IS FURTHER ORDERED that the Clerk of Court hereafter shall include the revised version of "Exhibit B" attached to this Order in place of the former version of Exhibit B when filing a copy of the BELO Cases Initial Proceedings Case Management Order into the docket of an individual BELO case as required under § VI(2) of the BELO Cases Initial Proceedings Case Management Order.

IT IS FURTHER ORDERED that the Claims Administrator hereafter shall include the revised version of "Exhibit B" attached to this Order in place of the former version of Exhibit B when providing a copy of the BELO Cases Initial Proceedings Case Management Order to a BELO claimant as required under § VI(1) of the BELO Cases Initial Proceedings Case Management Order.

New Orleans, Louisiana, this 16th day of March, 2018.

_____
United States District Judge