UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill By The Oil Rig | Action No. 2:10-md-02179 |
| "Deepwater Horizon" In The Gulf Of Mexico, On April 20, 2010 | Judge: Carl J. Barbier |
| | Mag.: Joseph C. Wilkinson, Jr. |
| **This Pleading Is In Member Case 2:10-cv-01984-CJB-JCW** | |

## MOTION TO SUBSTITUTE COUNSEL

Defendant Abdon Callais Offshore, LLC moves the Court for an Order substituting Frederick W. Swaim III of Galloway, Johnson, Tompkins, Burr & Smith in place of John E. Galloway as its counsel of record in this matter (*Whittinghill v. Abdon Callais Offshore, L.L.C., et al*).

Respectfully submitted,

*/s/ John E. Galloway*
JOHN E. GALLOWAY (#5892)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
jgalloway@gallowaylawfirm.com

*/s/ Frederick W. Swaim III*
FREDERICK W. SWAIM III (#28242)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
fswaim@gallowaylawfirm.com

Counsel for Abdon Callais Offshore, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of March, 2018, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ John E. Galloway*
JOHN E. GALLOWAY