UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill By The Oil Rig | Action No. 2:10-md-02179 |
| "Deepwater Horizon" In The Gulf Of Mexico, On April 20, 2010 | Judge: Carl J. Barbier |
| | Mag.: Joseph C. Wilkinson, Jr. |
| **This Pleading Is In Member Case 2:10-cv-01984-CJB-JCW** | |

## ORDER

Considering the foregoing Motion to Substitute Counsel;

**IT IS ORDERED** that the motion is GRANTED. Frederick W. Swaim III is hereby substituted for John E. Galloway as counsel of record for Abdon Callais Offshore, LLC in this matter (*Whittinghill v. Abdon Callais Offshore, L.L.C., et al*).

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
JUDGE