UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO:** 2:12-cv-00702 | MAG. JUDGE WILKINSON |

## MOTION TO SUBSTITUTE COUNSEL

Defendant PIE Offshore, LLC moves the Court for an order substituting Frederick W. Swaim III of Galloway, Johnson, Tompkins, Burr & Smith in place of John E. Galloway as its counsel of record in this matter (*Rene Roussell v. PIE Offshore, LLC, et al*).

Respectfully submitted,

*/s/ John E. Galloway*
JOHN E. GALLOWAY (#5892)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
jgalloway@gallowaylawfirm.com

*/s/ Frederick W. Swaim III*
FREDERICK W. SWAIM III (#28242)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
fswaim@gallowaylawfirm.com

Counsel for PIE Offshore, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of March, 2018, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ John E. Galloway*
JOHN E. GALLOWAY