UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:** 2:12-cv-00702 | | |

## ORDER

Considering the foregoing Motion to Substitute Counsel;

**IT IS ORDERED** that the motion is GRANTED. Frederick W. Swaim III is hereby substituted for John E. Galloway as counsel of record for PIE Offshore, LLC in this matter (*Rene Roussell v. PIE Offshore, LLC, et al*).

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
JUDGE