# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) | MDL 2179<br><br>Section J<br><br>Judge Barbier |
| This Document Applies to: | ) ) | Mag. Judge Wilkinson |
| No. 13-974, *AMT, LLC v. BP Exploration & Production, Inc., et al.* | ) ) | |

## **ORDER**

Considering the Motion to Enroll as Additional Counsel of Record (Rec. Doc. 24222),

IT IS ORDERED that Gary A. Davis of the law firm of Davis & Whitlock, P.C., 21 Battery Park Avenue, Suite 206, Asheville, NC 28801 is hereby enrolled as additional counsel for Plaintiff AMT, LLC (No. 13-974).

New Orleans, Louisiana this 21st day of March, 2018.

_____
United States District Judge