UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO:** 2:12-cv-00702 | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Substitute Counsel;

**IT IS ORDERED** that the motion is GRANTED. Frederick W. Swaim III is hereby substituted for John E. Galloway as counsel of record for PIE Offshore, LLC in this matter (*Rene Roussell v. PIE Offshore, LLC, et al*).

New Orleans, Louisiana this 21st day of March, 2018.

_____
United States District Judge