# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG      MDL NO. 2179
"DEEPWATER HORIZON" IN THE      2:10-md-02179
GULF OF MEXICO ON APRIL 20, 2010      SECTION "J"


THIS DOCUMENT RELATES TO:      JUDGE BARBIER
Civil Action Nos. 12-970, 15-4143,      MAG. JUDGE WILKINSON
15-4146 and 15-4654

## NOTICE OF APPEAL

Notice is hereby given that the persons named below, who are claimants under the class action settlements with Halliburton Energy Services, Inc. and Transocean Holdings LLC, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the order (Rec. Doc. 24103) entered by the court on February 26, 2018, denying claimants' motion pursuant to F. R. Civ. P. 60(b) for relief from the order approving the Distribution Model for the settlement agreements (Rec. Doc. 22252).

The claimants filing this notice of appeal, and their redacted claim numbers, are:

| No. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | SUFFIX | CLAIMANT APPEAL NUMBER |
|---|---|---|---|---|
| 1 | Julius | Barbour | | 62A******* |
| 2 | Edward | Barnhill | Jr. | 937******* |
| 3 | Edward | Barnhill | Sr. | D79******* |
| 4 | Karen | Barnhill | | D26******* |
| 5 | Scott | Black | | 9FF******* |
| 6 | Cleve | Boatwright | | 4D4******* |
| 7 | Norwood | Cain | Sr. | D8F******* |
| 8 | Arthur | Coleman | | B40******* |
| 9 | Frank | Conley | | 224******* |
| 10 | Jerel | Conley | | EB2******* |
| 11 | Troy | Cornelius | Sr. | 583******* |
| 12 | Charles | Cowart | | 2B0******* |

1

| 13 | Randolph | Darna | III | AAE******* |
|----|----------|-------|-----|------------|
| 14 | Randolph | Darna | Jr. | 579******* |
| 15 | James | Dooley | | 8E6******* |
| 16 | Michael Shane | Dooley | | AB0******* |
| 17 | Allan | Dopirak | | D50******* |
| 18 | Bobby | Esfeller | | 95C******* |
| 19 | Ricky | Gomes | | 735******* |
| 20 | Benjamin | Hamilton | | D84******* |
| 21 | Richard | Harbison | Sr. | 44A******* |
| 22 | Richard | Harbison | Jr. | 751******* |
| 23 | Ernest | Harris | | 00A******* |
| 24 | Doran | Hoffman | | 868******* |
| 25 | James | Johns | | 648******* |
| 26 | Daryl | Johnson | | E7A******* |
| 27 | Rory | Johnson | | 9D6******* |
| 28 | Roy | Kibbe | | FD2******* |
| 29 | David | Krause | | 124******* |
| 30 | Michael | Krause | | E58******* |
| 31 | William | Ladnier | Sr. | 9C9******* |
| 32 | William | Ladnier | Jr. | 76A******* |
| 33 | Richard | Lolly | | 640******* |
| 34 | Franklin | McCall | | AEA******* |
| 35 | Anthony | Moralis | | F43******* |
| 36 | Helton | Nelson | | 143******* |
| 37 | Lloyd | Nielson | | BD1******* |
| 38 | Destin | O'Brien | | 7C2******* |
| 39 | Thomas | O'Brien | | 598******* |
| 40 | James | Parker | III | A38******* |
| 41 | Jason | Parker | | C9D******* |
| 42 | Robert Chad | Paul | | 4D9******* |
| 43 | Charles | Porter | | F49******* |
| 44 | Ernest | Price | | 780******* |
| 45 | Justin | Sawyer | | 413******* |
| 46 | David | Simms | Sr. | F4C******* |
| 47 | Thomas | Smith | | 06D******* |
| 48 | James | Stewart | | 4B7******* |
| 49 | William | Stewart | | C0F******* |
| 50 | Donald | Stork | Sr. | B2D******* |
| 51 | Marion | Strange | | E8B******* |
| 52 | Richard | Turner | | A89******* |
| 53 | Cecil | Wainwright | Jr. | 78B******* |
| 54 | Derek | Wainwright | | 225******* |

| 55 | Jerry | Walker | | 874******* |
| 56 | Charles | Wallace | | 0FA******* |
| 57 | Clarence | Waters | III | A78******* |
| 58 | Travis | Wilkerson | | 811******* |
| 59 | Deloyd | Williamson | | 0C3******* |
| 60 | Martin | Young | IV | DF8******* |
| 61 | Dennis | Zirlott | | 6EF******* |
| 62 | Donald | Zirlott | | BEC******* |
| 63 | Simon | Zirlott | | 954******* |

Respectfully Submitted,


s/  Michael D. Greer
MICHAEL D. GREER, MB# 5002
GREER, RUSSELL, DENT,
& LEATHERS, P.A.
P.O. BOX 907
TUPELO, MS 38802
662-842-5345
mgreer@greerlawfirm.com


JOHN G. WHEELER, MB# 8622
MICHAEL CHASE, MB# 5969
Mitchell, McNutt & Sams, P.A.
P.O. BOX 7120
TUPELO, MS  38802
662-842-3871
jwheeler@mitchellmcnutt.com
mchase@mitchellmcnutt.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

This, the 23$^{d}$ day of March, 2018.

_____
MICHAEL D. GREER