MINUTE ENTRY
WILKINSON, M. J.
MARCH 26, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

### CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with five sets of Appeal Forms, Appeal Determination Notices, Court Review Requests, Claim Forms, Settlement Program Appeal Determination Letter, letters (constituting briefs) from claimants' counsel and briefs and objections to the court's prior appeal determination addressing similar claims of menhaden fishermen. These materials concern the appeals of Dobby L. Darna, Claim No. F01\*\*\*\*\*\*\*; Darrin Covert, Claim No. 4D0\*\*\*\*\*\*\*; Richard A. DeLacey, Claim No. A74\*\*\*\*\*\*\*; Joseph Williamson, Claim No. 3EF\*\*\*\*\*\*\*; and George Zirlott, Claim No. B26\*\*\*\*\*\*\*; denying their claims for payment from the Halliburton/Transocean Settlement Agreements.

MJSTAR: 1:40

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator and for the same reasons set out in detail in <u>In re Oil Spill by the Oil Rig "Deepwater Horizon"</u>, No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018). In addition, the United States Court of Appeals for the Fifth Circuit has recently affirmed the validity, enforceability and requirement of compliance with Pretrial Order No. 60 in <u>In Re: Deepwater Horizon</u>, 5th Cir. Case No. 17-30475 ("Eduardo Pineiro Perez v. BP, P.L.C. et al." and consolidated cases), 5th Cir. Record Doc. No. 00514364341 (Feb. 27, 2018).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**