# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 01, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 17-30936     In re:  Deepwater Horizon
                 USDC No. 2:10-MD-2179
                 USDC No. 2:12-CV-1422
                 USDC No. 2:13-CV-5367
                 USDC No. 2:13-CV-6009
                 USDC No. 2:13-cv-6010
                 USDC No. 2:16-cv-6303
                 USDC No. 2:16-cv-9458
                 USDC No. 2:16-CV-11716
                 USDC No. 2:16-CV-11744
                 USDC No. 2:17-CV-5490
                 USDC No. 2:17-CV-5491
                 USDC No. 2:17-CV-5493
                 USDC No. 2:16-CV-6330
                 USDC No. 2:16-CV-5166
                 USDC No. 2:16-CV-4517
                 USDC No. 2:16-CV-4906
                 USDC No. 2:16-CV-5826
                 USDC No. 2:17-CV-5364
                 USDC No. 2:17-CV-6131
                 USDC No. 2:17-CV-6133
                 USDC No. 2:17-CV-6134
                 USDC No. 2:17-CV-6135
```

The court has granted the motion to supplement the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion within 15 days. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shea E. Pertuit*
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. William W. Blevins
Mr. Anthony G. Buzbee
Mr. Lawrence Joseph Centola III

Mr. Jeffrey Bossert Clark Sr.
Ms. Rachel Giesber Clingman
Mr. Brent Wayne Coon
Mr. James Riley Davis
Mr. John Michael Elsley
Mr. Raoul A. Galan Jr.
Mr. Donald Everett Godwin
Mr. Daniel O. Goforth
Ms. Misty Annette Hataway-Cone'
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. Allen Mark Katz
Mr. James Andrew Langan
Mr. Marcus Grant Matthews
Mr. Kerry J. Miller
Mr. Steven L. Nicholas
Mr. Aaron Lloyd Nielson
Mr. Frank Anthony Piccolo I
Mr. Matthew Regan
Mr. Kent C. Sullivan
Mr. Thomas Wilson Taylor
Mr. David George Wirtes Jr.
Mr. Robert Alan York