UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "DEEPWATER HORIZON" | * | |
| in the Gulf of Mexico, | * | |
| on April 20, 2010 | * | SECTION:  "J" |
| | * | |
| | * | JUDGE: |
| | * | BARBIER |
| | * | |
| This document relates to:  2:13-CV-01441 | * | MAGISTRATE: |
| | * | JOSEPH C. WILKINSON, JR. |
| ***************************************** | | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, in that no opposing party has served an answer or a motion for summary judgment, Plaintiff United Mexican States (Estados Unidos Mexicanos) hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all named defendants including BP Exploration & Production Inc., BP America, Inc., BP America Production Company, BP Products North America, Inc., Anadarko Exploration & Production LP, Anadarko Petroleum Corporation, MOEX Offshore 2007 LLC, Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater, Inc. and Halliburton Energy Services, Inc.

Date:  March 28, 2018

DOC ID - 27137517.1

- 2 -

        Respectfully submitted,

        *D. Russell Holwadel*

        _____
        D. Russell Holwadel, TA (#16975)
        ADAMS HOEFER HOLWADEL, LLC
        400 Poydras Street, Suite 2450
        New Orleans, LA 701300
        Telephone: 504-581-2606
        Facsimile: 504-525-1488
        Email: drh@ahhelaw.com

        SCHULTE ROTH & ZABEL

        *Robert M. Abrahams*

        _____
        Robert M. Abrahams (#1236538)
        Howard B. Epstein (#1676980)
        Theodore A. Keyes (#2485084)
        919 Third Avenue
        New York, NY 10022
        Telephone:  212-756-2000
        Facsimile:  212-593-5955
        Email: Robert.Abrahams@srz.com
               Howard.Epstein@srz.com
               Theodore.Keyes@srz.com

        *Attorneys for Plaintiff United Mexican States*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on All Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of March, 2018.

        *D. Russell Holwadel*
        _____

DOC ID - 27137517.1