UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig * | MDL No. 2179 |
| "DEEPWATER HORIZON" * | |
| in the Gulf of Mexico, * | |
| on April 20, 2010 * | SECTION: "J" |
| * | |
| * | JUDGE: |
| * | BARBIER |
| * | |
| This document relates to:  2:13-CV-01441 * | MAGISTRATE: |
| * | JOSEPH C. WILKINSON, JR. |
| ****************************************** | |

## ORDER OF DISMISSAL

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims brought by Plaintiff, United Mexican States (Estados Unidos Mexicanos), against Defendants, BP Exploration & Production Inc., BP America, Inc., BP America Production Company, BP Products North America, Inc., Anadarko Exploration & Production LP, Anadarko Petroleum Corporation, MOEX Offshore 2007 LLC, Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater, Inc. and Halliburton Energy Services, Inc., are hereby dismissed with prejudice.

New Orleans, Louisiana this 28th day of March, 2018.

_____
United States District Judge