# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

## GARRETSON RESOLUTION GROUP'S MOTION TO APPROVE FIRST AMENDED *DEEPWATER HORIZON* MEDICAL BENEFITS SETTLEMENT THIRD-PARTY LIEN PROCEDURES

Pursuant to the Medical Benefits Class Action Settlement Agreement, and in its role as the Claims Administrator, the Garretson Resolution Group ("GRG") hereby moves the Court to approve the First Amended *Deepwater Horizon* Medical Benefits Settlement Third-Party Lien Procedures (the "First Amended Procedures") attached hereto as Exhibit A.

A number of entities have asserted or attempted to assert liens, assignments, rights of subrogation, encumbrances, garnishments, security interests and other legally perfected rights ("Liens") against the compensation that Medical Benefits Settlement Class Members have been awarded on their Specified Physical Condition claims. At the Claims Administrator's request, the Court previously approved the *Deepwater Horizon* Medical Benefits Settlement Third-Party Lien

Procedures (the "Original Procedures") to establish a uniform process for resolving these Liens. The Original Procedures were intended to address Liens falling under Section XXIX.N of the Medical Settlement Agreement and therefore specifically provided that they did not apply to Liens asserted by Other Payers/Providers.  A number of Medical Benefits Settlement Class Members' awards, however, are subject to Liens asserted by health care providers, hospitals, and/or emergency medical transport services, and many of those awards are also subject to Liens for attorneys' fees, child support, and other obligations, the total of which exceed the gross amount of the settlement award.  No framework currently exists for resolving these competing Liens.  In order to provide such a framework, GRG is proposing the First Amended Procedures, which would cover Liens asserted by health care providers, hospitals, and emergency medical transport services. GRG has consulted with BP and Medical Benefits Class Counsel about the First Amended Procedures, and neither party has objected to them.

GRG respectfully requests that the Court approve the First Amended Procedures.  A proposed order is attached hereto as Exhibit B.

Respectfully submitted,

/s/ *Joseph L. Bruemmer*
Matthew L. Garretson
Joseph L. Bruemmer
Garretson Resolution Group
6281 Tri-Ridge Boulevard, Suite 300
Loveland, Ohio 45140
(513) 794-0400

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of March, 2018.

                                              /s/ *Joseph L. Bruemmer*
                                              Joseph L. Bruemmer