IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-30042

**A True Copy**
Certified order issued Mar 16, 2018

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

In re: Deepwater Horizon

_____

AJ'S SPECIALTY INCORPORATED; MICHELLE AYOTTE; GULF FRAMERS, INCORPORATED; H&H ENTERPRISES OF PC BCH L.L.C.; JEROME HALL; RONALD HELMER; ALEX HOLLINGSWORTH; JOHN HYLAN; PAUL JENSEN; RICHARD LEBLANC; ROBERT LEE; MINDWAVES HYPNOSIS, L.L.C.; PERFORMANCE MUFFLER AND BRAKE; MAXIMA ROYSTER; STEPHEN L. SHIVERS, JR.; KYLE SPELL; SUNSHINE STATE PARTNERS, L.L.C.; JAVIER VILLAREAL; LEIGH WRIGHT INTERIOR,

    Plaintiffs - Appellants

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,

    Defendants - Appellees

_____

HENRY L. PERRY,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER

DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

      Defendants - Appellees

                          Consolidated with 17-30505

In Re: Deepwater Horizon:

_____

HENRY L. PERRY,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

      Defendants - Appellees

_____

HENRY L. PERRY,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

      Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal 17-30042 as to appellant Henry L. Perry Only and consolidated appeal 17-30505 are dismissed as of March 16, 2018, pursuant to appellant Henry L. Perry's unopposed motion.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> *Mary Stewart*
>
> By: _____
> Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

| 17-30042 |
|---|
| In re: Deepwater Horizon<br><br>———————<br><br>AJ'S SPECIALTY INCORPORATED; MICHELLE AYOTTE; GULF FRAMERS, INCORPORATED; H&H ENTERPRISES OF PC BCH L.L.C.; JEROME HALL; RONALD HELMER; ALEX HOLLINGSWORTH; JOHN HYLAN; PAUL JENSEN; RICHARD LEBLANC; ROBERT LEE; MINDWAVES HYPNOSIS, L.L.C.; PERFORMANCE MUFFLER AND BRAKE; MAXIMA ROYSTER; STEPHEN L. SHIVERS, JR.; KYLE SPELL; SUNSHINE STATE PARTNERS, L.L.C.; JAVIER VILLAREAL; LEIGH WRIGHT INTERIOR,<br><br>　　　　Plaintiffs - Appellants<br><br>v.<br><br>TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,<br><br>　　　　Defendants - Appellees |