# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 16, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

          No. 17-30042 cons. w/17-30505 In re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:13-CV-97
                         USDC No. 2:16-CV-13365
                         USDC No. 2:16-CV-13367
                         USDC No. 2:16-CV-6259
                         USDC No. 2:16-CV-13366
                         USDC No. 2:16-CV-13364
                         USDC No. 2:13-CV-6009
                         USDC No. 2:16-CV-7048
                         USDC No. 2:16-CV-6329
                         USDC No. 2:13-CV-5367
                         USDC No. 2:16-CV-6216
                         USDC No. 2:16-CV-6333
                         USDC No. 2:16-CV-6298
                         USDC No. 2:16-CV-6330
                         USDC No. 2:16-CV-7285

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate as to
Henry L. Perry Only in 17-30042 and consolidated appeal
17-30505.

The appeal 17-30042 remains pending.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

cc:
    Mr. William H. Burgess
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Dominic E. Draye
    Mr. John Michael Elsley
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. George W. Hicks Jr.
    Mr. James Andrew Langan
    Ms. Marsha L. Lyons
    Mr. Kerry J. Miller
    Mr. Matthew Regan
    Mr. Thomas Wilson Taylor
    Mr. Robert Alan York

P.S. To All Counsel:  Attached is a revised caption to be used
on all future filings.

P.S.S. To Ms. Lyons:  Briefing will resumed in this case.  The
brief of appellants is due to be electronically filed within 30
days from the date of this letter, or by not later than April
16, 2018.