## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

## ORDER ON MOTION TO APPROVE THIRD-PARTY LIEN PROCEDURES

This matter came to be heard upon the Garretson Resolution Group's ("GRG") Motion to Approve First Amended *Deepwater Horizon* Medical Benefits Settlement Third-Party Lien Procedures (the "Motion"). The Court, being duly advised, finds that the Motion is well taken. IT IS THEREFORE ORDERED that GRG's Motion is **GRANTED** and the First Amended *Deepwater Horizon* Medical Benefits Settlement Third-Party Lien Procedures (attached) are hereby approved.

New Orleans, Louisiana, this 3rd day of April, 2018.

_____
Hon. Carl J. Barbier
United States District Judge