UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 12-970 and Cases Listed Below* | * * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the following cases/claims, which were remanded from the Court of Appeals, are hereby further REMANDED to the Claims Administrator for the Economic and Property Damages Settlement so they may be reprocessed in accordance with this Court's prior Orders implementing the Fifth Circuit's decision regarding Policy 495 (*see* Rec. Docs. 23003, 22935, 22872):

| Case Number (E.D. La.) | Claim ID |
|---|---|
| 16-5714 | 105120 |
| 16-10632 | 96153 |
| 16-12790 | 185341 |
| 16-13657 | 80540 |
| 16-14740 | 49078 |
| 16-15299 | 171095 |
| 16-17683 | 60364 |
| 16-17687 | 80537 |
| 17-125 | 220354 |
| 17-126 | 176288 |
| 17-130 | 111201 |
| 17-299 | 8149 |
| 17-721 | 275817 |
| 17-709 | 223700 |
| 17-718 | 131565 |
| 17-2579 | 165649 |
| 17-2578 | 185566 |
| 17-2580 | 266476 |

IT IS FURTHER ORDERED that any Motions to Remand to the Claims Administrator in the above cases (*e.g.*, No. 16-13657, Rec. Doc. 13) are hereby GRANTED.

New Orleans, Louisiana, this 3rd day of April, 2018.

_____
United States District Judge

**Note to Clerk: File in each of the discretionary review dockets identified above.**