# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | § | MDL NO. 2179 SECTION J |
| "Deepwater Horizon" in the Gulf | § | |
| of Mexico, on April 20, 2010 | § | Sub Case No. 2:13-cv-01658-CJB-JCW |
| | § | |
| | § | |
| This Document Relates to: | § | JUDGE BARBIER |
| | § | |
| Allstar Pipe Services, Inc. | § | |
| | § | |
| v. | § | |
| | § | |
| BP Production & Production Inc., et al. | § | MAG. JUDGE WILKINSON |

## MOTION TO ENROLL AS COUNSEL FOR PLAINTIFF
## AND DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Jason J. Joy and Colin G. Wood of the law firm of Jason J. Joy & Associates, PLLC, and moves this Court for an order to Enroll as Counsel on behalf of Plaintiff in the above-referenced case. Attorneys Jason J. Joy and Colin G. Wood are both admitted to practice in the United States District Court for the Eastern District of Louisiana.

Movants further move this Court to designate Jason J. Joy as lead counsel for Plaintiff.

Respectfully submitted,

**JASON J. JOY & ASSOCIATES, PLLC**

/s/ Jason J. Joy
By:_____
***Electronically Signed***
Jason J. Joy
Colin G. Wood
909 Texas St., Suite 1801
Houston, TX 77002
jason@jasonjoylaw.com
colin@jasonjoylaw.com

Phone: (713) 221-6500
Facsimile No.: (713) 221-1717

Movants on behalf of Plaintiff,
Allstar Pipe Services, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above-referenced motion has been electronically served on all counsel of Record in this action on this the 4th day of April, 2018.

*/s/ Jason J. Joy*
_____
Jason J. Joy

2