UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | § | MDL NO. 2179 SECTION J |
| "Deepwater Horizon" in the Gulf | § | |
| of Mexico, on April 20, 2010 | § | Sub Case No. 2:13-cv-01658-CJB-JCW |
| | § | |
| | § | |
| This Document Relates to: | § | JUDGE BARBIER |
| | § | |
| Allstar Pipe Services, Inc. | § | |
| | § | |
| v. | § | |
| | § | |
| BP Production & Production Inc., et al. | § | MAG. JUDGE WILKINSON |

**ORDER GRANTING MOTION TO ENROLL AS COUNSEL AND
DESIGNATION AS LEAD COUNSEL**

On this day, the Court considered the Motion of Jason J. Joy and Colin Wood to Enroll as Counsel and Designation of Lead Counsel, and after the Court's consideration, it is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Jason J. Joy and Colin G. Wood of the law firm of Jason J. Joy & Associates, PLLC are hereby enrolled as Counsel for the Plaintiff in the above-referenced case; it is further

ORDERED that Jason J. Joy is hereby designated as lead counsel for Plaintiff, Allstar Pipe Services, Inc.

Signed this the _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE