# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
No. 10-MD-2179

**PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Wortman | Beverly | | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| | 8073 |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 2:13-cv-97 | Douglas S. Lyons<br>Lyons and Farrar, P.A. |

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

1

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

I owned rental property in Panama City Beach, FL on Front Beach Road. Due to the BP Oil Spill, the rental opportunities were extremely limited. Per my income tax returns, my loss is as follows:

ID#158732 - 16328 Front Beach Rd., Summertown 4, Panama City Beach, FL

| Year | Revenue | Gain/Loss |
|---|---|---|
| 2008 | 5,175 | <2,248> |
| 2009 | 3,625 | <1,868> |
| 2010 | 2,982 | <1,022> |
| 2011 | 5,166 | <837> |

ID#158733 - 21504 Front Beach Rd., Panama City Beach, FL

| Year | Revenue | Gain/Loss |
|---|---|---|
| 2008 | 746 | <2,248> |
| 2009 | 5,433 | <4,235> |
| 2010 | 2,679 | <5,330> |
| 2011 | 5,166 | <8,289> |

ID#158769 - 15413 front Beach Rd., #405, Panama City Beach, FL

| Year | Revenue | Gain/Loss |
|---|---|---|
| 2008 | 2,539 | <555> |
| 2009 | 2,536 | <888> |
| 2010 | 2,400 | <889> |
| 2011 | 2,400 | <1176> |

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

I owned and rented 3 beach front properties in Panama City Beach, FL. Due to the BP Oil Spill, the beaches and shoreline were not safe causing property values and severe loss of income to decline.

I jointly owned these properties with Barbra Hindman and Dennis Punches.

Ms. Hindman and I had a 25% interest, and Mr. Punches had a 50% interest. I understand that Mr. Punches and Ms. Hindman settled their claims with BP through the Neutrals, and that Ms. Hindman (Claim #100122812) received $30,531.00 to compensate her for damages in accordance with her 25% ownership share, and Mr. Punches (CID 100185998-355221 & 100185998-355257) received 2 payments totaling $79,267.06 for his 50% share.

I believe I am entitled to a payment similar to what Ms. Hindman and Mr. Punches were paid by the Neutrals, since we share the same property and suffered the same damages.

My claim number was #100122812.

3

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

Per Income Tax returns from 2008 through 2011 showing rental loss and home values had declined.

**Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)

Yes

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: 3/22, 2018

Location (City and State): Tequesta, FL

_[signature]_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Beverly WORTMAN
Print Name

OWNER
Title/Position (if signed on behalf of a business or other entity)

The verified statement, must be filed into the record of the plaintiff's individual lawsuit (as opposed to the master docket for MDL 2179) no later than April 11, 2018.

5