UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL NO. 2179 <br> SECTION J |
| This Document Relates to: <br> No. 13-1658 <br> Allstar Pipe Services, Inc. <br> v. <br> BP Production & Production Inc., et al. | § § § § § § § | JUDGE BARBIER <br><br><br><br> MAG. JUDGE WILKINSON |

**ORDER GRANTING MOTION TO ENROLL AS COUNSEL AND
<u>DESIGNATION AS LEAD COUNSEL</u>**

On this day, the Court considered the Motion of Jason J. Joy and Colin Wood to Enroll as Counsel and Designation of Lead Counsel, and after the Court's consideration, it is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Jason J. Joy and Colin G. Wood of the law firm of Jason J. Joy & Associates, PLLC are hereby enrolled as Counsel for the Plaintiff in the above-referenced case; it is further

ORDERED that Jason J. Joy is hereby designated as Trial Attorney for Plaintiff, Allstar Pipe Services, Inc.

New Orleans, Louisiana this 5th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE