# EXHIBIT A

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 No. 10-MD-2179 PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS) |||| 
|---|---|---|---|
| Last Name Gonsalves | First Name Andy | Middle Name/Maiden | Suffix |
| Business Name | | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) 4605 ||
| MDL 2179 Member Case Number 2:16-cv-06369 | | Attorney Name and Firm Douglas S. Lyons Lyons and Farrar, P.A. ||

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

1

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

My damages as a result of the oil spill are based on the loss of rental income from six rental properties located in the St. Andrews historical area of Panama City, FL. All six of these homes were rented to people who worked in the surrounding areas; mostly in the service industry such as waiters, wait staff, bar and cocktail staff, prep and cooking staff, as well as fishermen and construction workers. I acquired these rental properties in 2007 and my rental income from these properties increased from ~ $18,000.00 in 2007 to $30,000.00 in 2009. As a result of the spill, many of the tenants were left unemployed and were unable to pay their rent. In 2011, my rental income decreased to just over $11,000.00 . Due to this dramatic drop in rental income, we were forced to short sell the St. Andrews Cottages to repay the the mortgage at a $100,000.00 loss, for which I was personally liable. I had this outstanding $100,000.00 debt until I was able to sell my campground in 2017, which left me in a dire financial condition. As a result of the spill, I believe I am entitled to $119,000.00 in compensatory damages due to the $19,000.00 in loss income between 2009 before the oil spill and 2010-2011 after the spill until I was forced to sell the cottages for a $100,000 loss.

2

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Tax Returns for the years of 2007-2011 which show the amount of rental income I was earning as a result of the St. Andrews Cottages rental properties and the subsequent dramatic drop after the oil spill. I have the closing documents from the short sale of the St. Andrews Cottages as well as evidence of the value of the properties before the oil spill.

3

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

When the B.P. Oil spill occurred in 2010 the tenants in all six (6) of our homes were relieved of their jobs and those that were self-employed suffered too as the tourist business had been decimated. Soon after the oil spill and the terminations of my tenants, their problem of being unemployed became my problem, as the tenants didn't have the money to pay their monthly rent. As months passed they were unable to pay rent and were severely past due which created a large financial burden on me to pay the mortgage on the properties without the rental payments I had previously relied upon. By the time some of my tenants had started to receive income from other sources such as interim relief payments, they used those funds to move out of their houses, some in the middle of the night, without repaying the back rent they owed. Many left the homes in horrible condition, which required additional expenses and time between their departure and the possibility of me being able to find new tenants. Finding new tenants at the time was impossible since there was no work in the region and no tourists visiting. By the time I would have been able to get renters, I was forced to short sell the Cottages at a substantial loss.

> **Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)
>
> No

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: April 3, 2018

Location (City and State): Panama City, Florida

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Andy Gonsalves
Print Name

_____
Title/Position (if signed on behalf of a business or other entity)

**The verified statement, must be filed into the record of the plaintiff's individual lawsuit (as opposed to the master docket for MDL 2179) no later than April 11, 2018.**

5