UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Cases in the B3 Pleading Bundle* | * * | MAG. JUDGE WILKINSON |

## UPDATED PTO 63 COMPLIANCE LIST

The attached list is an updated version of Exhibit 1 to the Court's Order of December 6, 2017 [As to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order] (Rec. Doc. 23735), which identifies those plaintiffs who are deemed to be compliant with PTO 63. The list has been updated to substitute Paul Raymond Doom, No. 17-4395, for Paul Matthew Doom on page 22 (Paul Matthew Doom is still listed on page 6), pursuant to the Order docketed on March 19, 2018 (Rec. Doc. 24219). The "B3 bundle" claims of the plaintiffs on the attached list are not dismissed and remain subject to further proceedings of this Court.

New Orleans, Louisiana, this 6th day of April, 2018.

_____
United States District Judge