IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

### ORDER APPROVING SETTLEMENT OF
### MEDICAL BENEFITS CLASS ACTION SETTLEMENT CLAIM

Now before the Court is the Joint Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement by the Authorized Representative(s) of Sylvia Adams, a Class Member who is deceased, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement ("Claims Administrator").

The Court makes the following findings:

1. The Class Member's claim was submitted to the Claims Administrator by Elizabeth Brubaker, who has certified that she is fully authorized to bring the claim and to resolve it and execute a Release on behalf of the Class Member and all other persons who may claim any damages by or through any relationship with the Class Member ("Derivative Claimants").

2. The Claims Administrator has reviewed the claim in accordance with the Deepwater Horizon Medical Benefits Class Action Settlement Agreement ("Medical Settlement Agreement") and has calculated the award amount ("Award Amount") as payable on such claim.

3. The Class Member's Authorized Representative(s) has accepted the award amount as the full resolution of the Class Member's claim and has executed a Full and Final Release, Settlement and Covenant Not to Sue ("Release") on such claim.

Accordingly, the foregoing Motion is **GRANTED AND IT IS HEREBY ORDERED AND DECLARED THAT:**

1. The settlement of the Class Member's claim for the payment amount is approved as fair, reasonable, and adequate.

2. The Claims Administrator shall distribute the amount to the Class Member's Authorized Representative(s), free from any liability for making such distributions under this Order.

3. The Class Member's Authorized Representative shall distribute such funds in accordance with applicable state law.

4. The Release as set forth in the Medical Settlement Agreement and the release, indemnifications, and settlement conditions in Section X of the Proof of Claim Form signed by the Class Member's Authorized Representative(s) are fully binding on the Class Member, the Class

1

Member's Authorized Representative(s) and all Derivative Claimants of the Class Member.

5.      Any future settlements and payments on claims on behalf of the Class Member made in accordance with the Medical Settlement Agreement are approved as fair, reasonable, and adequate. The Claims Administrator shall issue payment on such claims to the Class Member's Authorized Representative(s), and such Authorized Representative shall distribute such funds in accordance with applicable state law.

ORDERED this 6th day of April, 2018.

_____
Hon. Carl J. Barbier
United States District Judge