IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of Kenrickus Boler, a Class Member who is deceased, via counsel, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf Kenrickus Boler as fair, reasonable, and adequate, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **THOMAS LAW FIRM LLC** | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| By: /s/ *John J. Thomas* | By: /s/ *Joseph L. Bruemmer* |
| John J. Thomas | Matthew L. Garretson |
| Thomas Law Firm LLC | Joseph L. Bruemmer |
| 2001 Park Place North, Suite 830 | Garretson Resolution Group |
| Birmingham, AL 35203 | 6281 Tri-Ridge Blvd., Suite 300 |
| | Loveland, OH 45140 |