# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: No. 2:11-cv-00783 KNIGHT No. 2:11-cv-00784 DeLAUNE | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel who respectfully requests this Court grant Plaintiff counsel's motion to withdraw as counsel of record. Undersigned counsel respectfully represents:

1.

That she is currently enrolled as co-counsel of record in the above entitled and captioned matter as it relates to following actions:

> *Knight v. Lawson Environmental Services, LLC*, 2:11-cv-00783; and
> *deLaune v. Lawson Environmental Services, LLC*, 2:11-cv-00784

2.

That she assisted on these cases while working on a contract basis for lead attorney, Robert T. Garrity, Jr. Undersigned counsel stopped working with the lead attorney in 2012. As such, undersigned counsel ceased working on these cases in 2012 and has had no contact with the Plaintiffs since then.

3.

That because undersigned counsel was working on these cases belonging to the lead attorney on a contract basis, she has no interest in or right to any attorney's fees that may result from any settlement or judgement in favor of Plaintiffs.

4.

Lead counsel, Robert T. Garrity Jr., and co-counsel Richard E. Anderson remain as attorneys of record for the Plaintiffs in these matters.

5.

There are no immediately pending hearings or deadlines listed in the civil docket for *Knight v. Lawson Environmental Services, LLC*, 2:11-cv-00783, or *deLaune v. Lawson Environmental Services, LLC*, 2:11-cv-00784.

6.

A letter with a courtesy copy of this motion has been mailed to the Plaintiff Bertrand J. Knight at his last known address (Exhibit A):

> Bertrand J. Knight
> 3592 Highway 665
> Pointe-Aux-Chene, LA 70377

7.

A letter with a courtesy copy of this motion has been mailed to the Plaintiff Kip deLaune at his last known address (Exhibit B):

> Kip deLaune
> 4076 Highway 665
> Montegut, LA 70377

8.

Undersigned counsel requests this Court grant her Ex-Parte Motion to Withdraw as Counsel of Record for Plaintiff Bertrand J. Knight, and Plaintiff Kip deLaune.

Respectfully Submitted,

/s/ Teresa G. Castle
**TERESA G. CASTLE, #33054**
2900 Kensington Ave., #15
Richmond, VA 23221
Email: tcastlelaw@gmail.com
Ph: (504) 338-9002

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Ex Parte Motion to Withdraw as Counsel of Record was served on April 9, 2018 through the CM/ECF system, was served electronically upon counsel of record:

Robert T. Garrity, Jr., Lead Counsel for Plaintiffs
roberttgarrityjr@bellsouth.net

Richard E. Anderson, Co-Counsel for Plaintiffs
erson@bellsouth.net

Estelle Elouise Mahoney, Lead Counsel for Defendant
emahoney@theschwablawfirm.com

Danna Schwab, Co-Counsel for Defendant
dschwab@theschwablawfirm.com

and by First Class United States Mail, postage prepaid upon Plaintiffs:

Bertrand J. Knight
3592 Highway 665
Pointe-Aux-Chene, LA 70377

Kip deLaune
4076 Highway 665
Montegut, LA 70377

/s/Teresa G. Castle
TERESA G. CASTLE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| This Document Relates to: No. 2:11-cv-00783. KNIGHT No. 2:11-cv-00784 deLAUNE | * * * | JUDGE BARBIER  MAG. JUDGE WILKINSON |

## PROPOSED ORDER

Considering the Ex-Parte Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Teresa G. Castle be and is hereby removed as counsel of record for Plaintiff Bertrand J. Knight in the following matter: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, EDL, MDL No. 2170, Sec. J, as it relates to *No. 2:11-cv-00783 KNIGHT*.

IT IS FURTHER ORDERED that Teresa G. Castle be and is hereby removed as counsel of record for Plaintiff Kip deLaune in the following matter: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, EDL, MDL No. 2170, Sec. J, as it relates to *No. 2:11-cv-00784 deLAUNE*.

Signed this _____ day of _____, 2018 at New Orleans, Louisiana.

_____
MAGISTRATE JUDGE

Teresa G. Castle, Esq.
2900 Kensington Ave., #15
Richmond, VA 23221
(504) 264-1307

April 9, 2018

*Via U.S. Mail*
Bertrand J. Knight
3592 Highway 665
Pointe-Aux-Chene, LA 70377

RE: *In re Oil Spill by the Oil Rig "Deepwater Horion" in the Gulf of Mexico, on April 20, 2010,* EDLA, MDL No. 2179, Sec. J
As it relates to: *No. 2:11-cv-00783, KNIGHT*
**Motion to Withdraw as Counsel**

Dear Mr. Knight:

Please be advised that I am filing an Ex Parte Motion to Withdraw as Counsel of Record in this matter. A copy of the motion is attached for your convenience.

As explained in the attached motion, I had assisted Mr. Robert T. Garrity, Jr. on your case in the past. However, I have not done work for Mr. Garrity since 2012, and have not done work on your case since that time. As such, I am asking the court to remove me as counsel of record on your case.

Mr. Robert T. Garrity, Jr, and Mr. Richard E. Anderson remain enrolled as your attorneys in this matter.

Sincerely,

Teresa G. Castle

Enclosures: As stated

EXHIBIT A

Ms. Teresa G. Castle
2900 Kensington Ave., #15
Richmond, VA 23221

Mr. Bertrand J. Knight
3592 Highway 665
Pointe-Aux-Chene, LA 70377



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: No. 2:11-cv-00783 KNIGHT No. 2:11-cv-00784 DeLAUNE | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel who respectfully requests this Court grant Plaintiff counsel's motion to withdraw as counsel of record. Undersigned counsel respectfully represents:

1.

That she is currently enrolled as co-counsel of record in the above entitled and captioned matter as it relates to following actions:

Knight v. Lawson Environmental Services, LLC, 2:11-cv-00783; and
deLaune v. Lawson Environmental Services, LLC, 2:11-cv-00784

2.

That she assisted on these cases while working on a contract basis for lead attorney, Robert T. Garrity, Jr. Undersigned counsel stopped working with the lead attorney in 2012. As such, undersigned counsel ceased working on these cases in 2012 and has had no contact with the Plaintiffs since then.

3.

That because undersigned counsel was working on these cases belonging to the lead attorney on a contract basis, she has no interest in or right to any attorney's fees that may result from any settlement or judgement in favor of Plaintiffs.

4.

Lead counsel, Robert T. Garrity Jr., and co-counsel Richard E. Anderson remain as attorneys of record for the Plaintiffs in these matters.

5.

There are no immediately pending hearings or deadlines listed in the civil docket for Knight v. Lawson Environmental Services, LLC, 2:11-cv-00783, or deLaune v. Lawson Environmental Services, LLC, 2:11-cv-00784.

6.

A letter with a courtesy copy of this motion has been mailed to the Plaintiff Bertrand J. Knight at his last known address (Exhibit A):

Bertrand J. Knight
3592 Highway 665
Pointe-Aux-Chene, LA 70377

7.

A letter with a courtesy copy of this motion has been mailed to the Plaintiff Kip deLaune at his last known address (Exhibit B):

Kip deLaune
4076 Highway 665
Montegut, LA 70377

8.

Undersigned counsel requests this Court grant her Ex-Parte Motion to Withdraw as Counsel of Record for Plaintiff Bertrand J. Knight, and Plaintiff Kip deLaune.

Respectfully Submitted,

/s/ Teresa G. Castle
**TERESA G. CASTLE, #33054**
2900 Kensington Ave., #15
Richmond, VA 23221
Email: tcastlelaw@gmail.com
Ph: (504) 338-9002

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Ex Parte Motion to Withdraw as Counsel of Record was served on April 9, 2018 through the CM/ECF system, was served electronically upon counsel of record:

Robert T. Garrity, Jr., Lead Counsel for Plaintiffs
roberttgarrityjr@bellsouth.net

Richard E. Anderson, Co-Counsel for Plaintiffs
erson@bellsouth.net

Estelle Elouise Mahoney, Lead Counsel for Defendant
emahoney@theschwablawfirm.com

Danna Schwab, Co-Counsel for Defendant
dschwab@theschwablawfirm.com

and by First Class United States Mail, postage prepaid upon Plaintiffs:

Bertrand J. Knight
3592 Highway 665
Pointe-Aux-Chene, LA 70377

Kip deLaune
4076 Highway 665
Montegut, LA 70377

s/Teresa G. Castle
TERESA G. CASTLE

Teresa G. Castle, Esq.
2900 Kensington Ave., #15
Richmond, VA 23221
(504) 264-1307

April 9, 2018

*Via U.S. Mail*
Kip deLaune
4076 Highway 665
Montegut, LA 70377

RE:      *In re Oil Spill by the Oil Rig "Deepwater Horion" in the Gulf of Mexico, on April 20, 2010*, EDLA, MDL No. 2179, Sec. J
As it relates to: *No. 2:11-cv-00784, deLAUNE*
**Motion to Withdraw as Counsel**

Dear Mr. deLaune:

    Please be advised that I am filing an Ex Parte Motion to Withdraw as Counsel of Record in this matter. A copy of the motion is attached for your convenience.

    As explained in the attached motion, I had assisted Mr. Robert T. Garrity, Jr. on your case in the past. However, I have not done work for Mr. Garrity since 2012, and have not done work on your case since that time. As such, I am asking the court to remove me as counsel of record on your case.

    Mr. Robert T. Garrity, Jr, and Mr. Richard E. Anderson remain enrolled as your attorneys in this matter.

Sincerely,

Teresa G. Castle

Enclosures: As stated

EXHIBIT B

Ms. Teresa G. Castle
2900 Kensington Ave., #5
Richmond, VA 23221

Mr. Kip deLaune
4076 Highway 665
Montegut, LA 70377



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: No. 2:11-cv-00783 KNIGHT No. 2:11-cv-00784 DeLAUNE | * * * | MAG. JUDGE WILKINSON |

## EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel who respectfully requests this Court grant Plaintiff counsel's motion to withdraw as counsel of record. Undersigned counsel respectfully represents:

1.

That she is currently enrolled as co-counsel of record in the above entitled and captioned matter as it relates to following actions:

*Knight v. Lawson Environmental Services, LLC*, 2:11-cv-00783; and
*deLaune v. Lawson Environmental Services, LLC*, 2:11-cv-00784

2.

That she assisted on these cases while working on a contract basis for lead attorney, Robert T. Garrity, Jr. Undersigned counsel stopped working with the lead attorney in 2012. As such, undersigned counsel ceased working on these cases in 2012 and has had no contact with the Plaintiffs since then.

3.

That because undersigned counsel was working on these cases belonging to the lead attorney on a contract basis, she has no interest in or right to any attorney's fees that may result from any settlement or judgement in favor of Plaintiffs.

4.

Lead counsel, Robert T. Garrity Jr., and co-counsel Richard E. Anderson remain as attorneys of record for the Plaintiffs in these matters.

5.

There are no immediately pending hearings or deadlines listed in the civil docket for *Knight v. Lawson Environmental Services, LLC*, 2:11-cv-00783, or *deLaune v. Lawson Environmental Services, LLC*, 2:11-cv-00784.

6.

A letter with a courtesy copy of this motion has been mailed to the Plaintiff Bertrand J. Knight at his last known address (Exhibit A):

Bertrand J. Knight
3592 Highway 665
Pointe-Aux-Chene, LA 70377

7.

A letter with a courtesy copy of this motion has been mailed to the Plaintiff Kip deLaune at his last known address (Exhibit B):

Kip deLaune
4076 Highway 665
Montegut, LA 70377

8.

Undersigned counsel requests this Court grant her Ex-Parte Motion to Withdraw as Counsel of Record for Plaintiff Bertrand J. Knight, and Plaintiff Kip deLaune.

Respectfully Submitted,

/s/ Teresa G. Castle
**TERESA G. CASTLE, #33054**
2900 Kensington Ave., #15
Richmond, VA 23221
Email: tcastlelaw@gmail.com
Ph: (504) 338-9002

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Ex Parte Motion to Withdraw as Counsel of Record was served on April 9, 2018 through the CM/ECF system, was served electronically upon counsel of record:

Robert T. Garrity, Jr., Lead Counsel for Plaintiffs
roberttgarrityjr@bellsouth.net

Richard E. Anderson, Co-Counsel for Plaintiffs
erson@bellsouth.net

Estelle Elouise Mahoney, Lead Counsel for Defendant
emahoney@theschwablawfirm.com

Danna Schwab, Co-Counsel for Defendant
dschwab@theschwablawfirm.com

and by First Class United States Mail, postage prepaid upon Plaintiffs:

Bertrand J. Knight
3592 Highway 665
Pointe-Aux-Chene, LA 70377

Kip deLaune
4076 Highway 665
Montegut, LA 70377

s/Teresa G. Castle
TERESA G. CASTLE