UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| **This Document Relates to:**<br>*No. 2:11-cv-00783. KNIGHT*<br>*No. 2:11-cv-00784 deLAUNE* | * * * | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## PROPOSED ORDER

Considering the Ex-Parte Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Teresa G. Castle be and is hereby removed as counsel of record for Plaintiff Bertrand J. Knight in the following matter: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* EDL, MDL No. 2170, Sec. J, as it relates to *No. 2:11-cv-00783 KNIGHT.*

IT IS FURTHER ORDERED that Teresa G. Castle be and is hereby removed as counsel of record for Plaintiff Kip deLaune in the following matter: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* EDL, MDL No. 2170, Sec. J, as it relates to *No. 2:11-cv-00784 deLAUNE.*

Signed this _____ day of _____, 2018 at New Orleans, Louisiana.

_____
MAGISTRATE JUDGE