UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: No. 2:11-cv-00783. KNIGHT No. 2:11-cv-00784 deLAUNE | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Considering the Ex-Parte Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Teresa G. Castle be and is hereby removed as counsel of record for Plaintiff Bertrand J. Knight in the following matter: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* EDL, MDL No. 2170, Sec. J, as it relates to *No. 2:11-cv-00783 KNIGHT.*

IT IS FURTHER ORDERED that Teresa G. Castle be and is hereby removed as counsel of record for Plaintiff Kip deLaune in the following matter: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* EDL, MDL No. 2170, Sec. J, as it relates to *No. 2:11-cv-00784 deLAUNE.*

Signed this 9th day of April, 2018, in New Orleans, Louisiana.

_____
United States District Judge