# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| **This Document Relates to:** | **JUDGE BARBIER** |
| *13-01189 and 16-06379* | **MAGISTRATE JUDGE WILKINSON** |

## MOTION TO ENROLL AS COUNSEL FO RECORD

NOW INTO COURT COMES, Soren E. Gisleson and John S. Creevy of Herman, Herman & Katz, LLC. who hereby desire to enroll as counsel of record in the above matters on behalf of plaintiffs, Gulf shore Hospitality, LLC (16-06379) and Stephen B. Morganstern (13-01189).

Date: April 9, 2018

/**s/Soren E. Gisleson**
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
John S. Creevy, La. Bar No. 30879
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sgisleson@hhklawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Entry of Appearance has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of April, 2018.

                                                           S/Soren E. Gisleson