UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION J** |
| **This Document Relates to:** | **JUDGE BARBIER** |
| *13-01189 and 16-06379* | **MAGISTRATE JUDGE WILKINSON** |

ORDER

**AFTER CONSIDERING** the foregoing Motion to Enroll, it is hereby ordered that Soren E. Gisleson, and John S. Creevy of Herman, Herman & Katz, LLC. be enrolled as counsel of record for Plaintiffs, Gulf Shore Hospitality, LLC and Stephen B. Morganstern.

_____
JUDGE BARBIER