IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No. 2:16-cv-06144 | * | |

**PLAINTIFF'S MOTION TO WITHDRAW AS ATTORNEY IN CHARGE
AND SUBSITUTION OF COUNSEL**

Pursuant to Local Rule 83.2.11, Plaintiff's counsel, Robert A. McAllister, Jr. ask this court to allow him to withdraw as attorney in charge for Plaintiff, Duong Thi Tran, plaintiff in above referenced cause numbers.

Brent W. Coon of the law firm, Brent Coon & Associates will be substituted as the attorney in charge for Plaintiff, Duong Thi Tran. His office address, telephone number, and fax number are as follows: 215 Orleans, Beaumont, Texas 77701, (409)835-2666; (409)835-1912.

This motion is made with the agreement of Brent W. Coon and Robert A. McAllister, Jr.

**WHEREFORE, PREMISES CONSIDERED,** we request this court grant Robert A. McAllister, Jr. his motion to withdraw and substitute Brent W. Coon of the law firm of Brent Coon & Associates as attorney of record for said plaintiffs.

Respectfully submitted,

**LAW OFFICES OF ROBERT A. McALLISTER, JR., P.C.**

/s/ Robert A. McAllister, Jr * with permission
Texas Bar No. 13320700
Regency Square Tower
6200 Savoy Dr., Suite 630
Houston, Texas 77081
(713)776-1414 – Telephone
(713)776-1414 – Fax
Email: robertmcallisterlaw.@yahoo.com

**And**

**BRENT COON & ASSOCIATE**

/s/  Brent W. Coon

Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
215 Orleans
Beaumont, TX  77701
(409)835-2666 – Telephone
(409)835-1912 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Easter District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, in this 11$^h$ day of April, 2018.

Respectfully submitted,

/s/ Brent W. Coon