IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| **This Document Relates To:** | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| **Case No. 2:16-cv-06119** | * | |
| | * | |

## ORDER

After considering Robert A. McAllister, Jr.'s motion to withdraw as attorney in charge for Plaintiff Tich Van Ta, in the above referenced cause number the court

GRANTS Robert A. McAllister, Jr.'s motion to withdraw and ORDERS that Brent W. Coon of the law firm Brent Coon & Associates be substituted as attorney in charge for Plaintiff Tich Van Ta.

SIGNED on _____, 2018.

_____

Honorable Judge Carl J. Barbier
UNITED STATES FEDERAL JUDGE
Eastern District of Louisiana