### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * * | JUDGE CARL J. BARBIER |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of Garry Robbins, a Class Member who is deceased, via counsel, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf Garry Robbins as fair, reasonable, and adequate, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

**NICKS LAW FIRM**

**DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM**

By: /s/ *Shantrell  Nicks*
Shantrell  Nicks
Nicks Law Firm
312-T Schillinger Road, Box #306
Mobile, AL  36608

By: /s/ *Joseph L. Bruemmer*
Matthew L. Garretson
Joseph L. Bruemmer
Garretson Resolution Group
6281 Tri-Ridge Blvd., Suite 300
Loveland, OH  45140