**CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
AUGUST 19, 2016, AND FRE 408**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL NO. 2179** |
| | * | **SECTION J** |
| **This Document relates to:** | * | **JUDGE BARBIER** |
| **CAT ISLAND PROPERTIES, LLC** | | |
| **Relevant Civil Actions Nos. 2:13-cv-02751-CJB-JCW** | * * | |
| | * * | **MAGISTRATE JUDGE WILKINSON, JR.** |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COMES NOW the below-listed Plaintiff, each by and through the undersigned counsel pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders listed below, and withdrawal from an class (whether putative or certified), except that the dismissal does not extend to claims by Plaintiff(s) for punitive damages or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., (if any). Costs taxed as paid.

**CONFIDENTIAL SETTLEMENT COMMUNICATION;**
**EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;**
**SUBJECT TO CONFIDENTIALITY ORDER ISSUED**
**AUGUST 19, 2016, AND FRE 408**

Case name and docket number:

**Cat Island Properties, LLC**

**2:13-cv-02751-CJB-JCW**

This the 11th day of April, 2018.

        RESPECTFULLY SUBMITTED,

        **CAT ISLAND PROPERTIES, LLC**

        REEVES & MESTAYER

        /s/MATTHEW G. MESTAYER
          Reeves & Mestayer, PLLC
          160 Main Street
          Biloxi, MS 39530
          Attorney for Plaintiffs

MATTHEW G. MESTAYER (MS BAR NO. 9646)
REEVES & MESTAYER
PO BOX 1388
BILOXI MS 39533
(228) 374-5151 PHONE
(228) 374-6630 FAX
mgm@rmlawcall.com