UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate Judge Division "2" |
| This Document Relates to:<br><br>2:16-cv-05558 | Magistrate Judge Joseph C. Wilkinson, Jr. |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO REPSOND TO QUESTION 1 OF PTO 65**

COME NOW, the Plaintiff, SPANISH BLUFF APARTMENTS LTD, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(B) and move that this Court grant Plaintiff's Motion for an Extension of Time to Respond to Question 1 of PTO 65. In support of this Motion, Plaintiff states:

1. On Wednesday, April 11, 2018, the deadline to file responses to Pre-trial Order 65 ("PTO 65") will expire.

2. PTO 65 mandated that any participating claimant answer the questions presented in Exhibit "A." Of the four (4) questions presented, Question one (1) requests that the claimant submit calculations used to arrive at whatever amount of damages being claimed.

3. Plaintiff has been working diligently in an effort to obtain and present the most accurate data and calculations that would objectively support the amount of damages sustained by the claimant.

4. However, due to the nature of the damages sustained by the claimant, the process by which one would assess and calculate damages is composed of several components, with each presenting varying levels of difficulty in performing.

5. Notwithstanding the difficulty and expertise required in calculating the specific damages incurred by the claimant, the claimant has been able to develop a simplified valuation framework for purposes of timely responding to PTO 65. However, the valuation framework currently being employed has not undergone the rigorous testing normally required when evaluating a contaminated property, and is not a complete and accurate assessment of the damages sustained.

6. The claimant initially had entered into an agreement with a property appraisal expert, who was to provide the claimant with a valuation framework as it relates to contaminated real property with respect to PTO 65. However, at the last minute, the expert informed claimant's counsel that he would perform the services originally agreed upon.

7. Despite the expert's unexpected departure, the claimant has diligently worked toward drafting a response that will be timely submitted as required by PTO 65.

8. However, due to the complexity of the factors surrounding the claim, the claimant requests that she be granted an extension of time to submit an amended response to Question One (1) of PTO 65 upon the completion of an Expert's assessment and valuation of the damaged real property.

9. As such, the claimant respectfully requests that the Court grant a forty-five (45) day extension to provide an amended response to Question one (1) of PTO 65. No parties will be prejudiced by the grant of the claimant's present motion for extension of time.

WHEREFORE, the Plaintiff respectfully requests that the Court approve the Plaintiff's Motion for an Extension of Time to Respond to Question 1 of PTO 65.

Respectfully submitted,

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:  0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.

One Canal Place, Suite 2850  
365 Canal Street  
New Orleans, Louisiana  70130  
(504) 593-9600 telephone  
(504) 593-9601 facsimile  

*Attorneys for Plaintiffs*

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that counsel had recently conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for a previous motion that was filed with the court. However, Plaintiffs' Liaison Counsel has indicated that they generally do not weigh in on matters of this nature.  Therefore, they were not able to support Plaintiffs' motion as of the date of this filing.

Dated on this 11th day of April 2018.

KRUPNICK, CAMPBELL, MALONE,  
BUSER, SLAMA, HANCOCK,  
LIBERMAN, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire  
Florida Bar Number:  492132  
kstewart@krupnicklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of April 2018.

                                  KRUPNICK, CAMPBELL, MALONE,
                                  BUSER, SLAMA, HANCOCK,
                                  LIBERMAN, P.A.

                    By:  /s/   Kelley B. Stewart

                                  Kelley B. Stewart, Esquire
                                  Florida Bar Number:  492132
                                  kstewart@krupnicklaw.com