UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br>Judge Barbier |
| This Document Relates to: | Magistrate Judge Division "2"<br>Magistrate Judge Joseph C. Wilkinson, Jr. |
| 2:16-cv-05558 | |

# ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO REPSOND TO QUESTION 1 OF PTO 65

Upon motion of Plaintiff, SPANISH BLUFF APARTMENTS LTD and for good cause shown, the Court grants Plaintiff's Motion for an Extension of Time to Respond to Question 1 of PTO 65, thereby allowing the Plaintiff to submit an amended response at a later date.

Date:_____

SO ORDERED:

_____
Hon. Carl J. Barbier
United States District Judge