UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *16-6119* | * | MAG. JUDGE WILKINSON |
| *16-6144* | | |

## ORDER

Considering the Motions to Withdraw and Substitute Counsel (Rec. Docs. 24297, 24298);

IT IS ORDERED that Robert A. McAllister, Jr. is WITHDRAWN as counsel of record and Brent W. Coon of the law firm Brent Coon & Associates (215 Orleans, Beaumont, Texas 77701, Phone: (409)835-2666, Fax: (409)835-1912) is ENROLLED as counsel of record for Plaintiff Duong Tich Van Ta (No. 16-6119) and Plaintiff Duong Thi Tran (No. 16-6144)

New Orleans, Louisiana, this 11th day of April, 2018

_____
United States District Court