UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRYAN LEVERITT, INDIVIDUALLY AND      *      CIVIL ACTION NO.: 17-6102
O/B/O ST. CHRISTOPHER SERVICES, INC
                                      *
                                      *      SECTION:
VERSUS
                                      *
BRITISH PETROLEUM EXPLORATION
PRODUCTION, INC,                      *
TRANSOCEAN ENTITIES,
HALLIBURTON ENERGY SERVICES, INC  *   MAGISTRATE:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

The complaint of BRYAN LEVERITT, INDIVIDUALLY AND O/B/O ST. CHRISTOPHER SERVICES, a person of the full age of majority and resident of Mobile County, State of Alabama, (hereinafter sometimes referred to as "Plaintiff", who, respectfully represent as follows:

I.

Made defendants herein are:

(A) BRITISH PETROLEUM EXPLORATION, INC., a foreign corporation doing business in the State of Louisiana;

(B) TRANSOCEAN ENTITIES, a foreign corporation doing business in the State of Louisiana;

(C) HALLIBURTON ENERGY SERVICES, INC., a foreign corporation doing business in the State of Louisiana.

II.

The jurisdiction of this claim falls under the Economic Settlement claim that are the subject to the Moratorium Hold and Pre-Trial Order #60 Requiring an individual complaint with the Pre-Trial Order #60 (10 md-2179, Rec. Doc. 16050, no later than June 23, 2017, under Oil Pollution Act, 33 U.S.C.

The jurisdiction of this Honorable Court is based upon the provisions of 28 U.S.C. 1333(1), and is being brought pursuant to the provisions of 46 U.S.C. Section 688 (the "Jones Act"), and the provisions of the general maritime law.

III.

Plaintiff at all times is a domicile of Mobile, Alabama.

IV.

The defendants are **BRITISH PETROLEUM EXPLORATION, INC., TRANSOCEAN ENTITIES and HALLIBURTON ENERGY SERVICES, INC.**, justly and truly indebted unto your Plaintiff, **BYRAN LEVERITT, INDIVIDUALLY AND O/B/O ST. CHRISTOPHER SERVICES,** for the following reasons to-wit:

V.

At all times **Bryan Leveritt** has owned and developed a sailing ship(s) St. Christopher Services, Inc. to be used as a training sail ship for Christian humanitarian disaster services and youth services as full active sailing ships and maintaining the historic vessel.

On or about April 20, 2010, plaintiff was in the process of restoring and moving the vessel St. Christopher to Steiner Shipyard to Bayou Labatrie in Alabama.

VI.

On May 28, 2010, President Obama issued an Executive Order essentially ended any

efforts for continued deep-water drilling in the Gulf of Mexico. Pretty much all exploration and drilling activities in the Gulf of Mexico ended due to the "Moratorium" as presented and signed by the President. Unfortunately for other working in the Gulf in non-oil Exploration and Drilling activities, the unintended result of the "Moratorium" was, due to misunderstandings or intended overreach by the regulatory agencies involved, this Disruption and Interference caused a loss of income.

VII.

Therefore, as a direct result of the "Moratorium" signed by President Obama, St. Christopher Services was unable to proceed with the movement of the vessel, "St. Christopher" to the intended repair shipyard. The Department of Homeland Security, US Coast Guard would not allow any vessel to transit the affected waters of the Gulf of Mexico unless it was necessary for continued "Commerce" or where denying passage would create an impact upon "Trade" or International Agreements. The need for a non-profit Christian Based Services Organization to transit the affected waters did not rise to meet those requirements.

VIII.

Before the expiration of the Executive Order, the MS Department of Marine Resources/US Army Corps of Engineers Joint permit for St. Christopher Services salvage of the Schooner "St. Christopher" expired and was not renewed by the State of Mississippi. The "St. Christopher" continues to waste away due to vandalism and the Natural Elements.

**The following are estimates of damages caused by the Deepwater Horizon Disaster to Mr. Leveritt and St. Christopher Services:**

1. Cost to dredge 650' x 30' work canal: 2800 cu yards

2. Lost opportunity: Cost to acquire approved fill and place in canal: 2800 yards

3. Lost opportunity: Cost to plant indigenous foliage and maintain oversight for 12

months and warrant proper growth

4. Cost to provide a vessel of like capability, equipage, and mission function. Est. a 119' vessel of 170 gross tons designed for sailing service.

5. Cost to replace other volunteer work performed

6. Legal and permit fees lost

7. Income loss and loss of use of vessel.

IX.

The above described incidents were caused solely by the negligence of Defendants, **BRITISH PETROLEUM EXPLORATION, INC., TRANSOCEAN ENTITIES and HALLIBURTON ENERGY SERVICES, INC.**

X.

In the alternative plaintiff alleges the doctrine of res ipsa loquitur.

XI.

Plaintiffs are entitled to pre-judgment interest on damages from the date of judicial demand and all costs of this proceeding.

**WHEREFORE**, petitioner, **BRYAN LEVERITT, INDIVIDUALLY AND O/B/O ST. CHRISTOPHER SERVICES, INC.** pray that after all due proceedings are had, judgment be rendered against the defendants, **BRITISH PETROLEUM EXPLORATION, INC., TRANSOCEAN ENTITIES and HALLIBURTON ENERGY SERVICES, INC.**, *in solido*, and in favor of plaintiffs awarding all damages, including compensatory damages, special and general damages, that are reasonable in the premises, together with judicial

interest and all costs of these proceedings, and all relief allowed by law.

Thomas C. Cerullo, J.D.
The Law Firm of Thomas C. Cerullo, APL
3900 N. Causeway Boulevard, Suite 1045
Metairie, LA  70002
Telephone:  (504) 831-6945
LBA   #: 03966

**PLEASE SERVE**:

**BRITISH PETROLEUM EXPLORATION, INC.**
**Thru their attorney through the Long Arm Statute**
**Kirkland & Ellis LLP**
**Andrew Langan**
**300 North LaSalle Suite 2400**
**Chicago, Ill   60654**

**TRANSOCEAN ENTITIES**
**Through their agent for service of process**
**Through the Long Arm Statute**
**Kirkland & Ellis LLP**
**Andrew Langan**
**300 North LaSalle Suite 2400**
**Chicago, Ill   60654**

**HALLIBURTON ENERGY SERVICES, INC.,**
**Through their agent for service of process**
**Through their agent for service of process**
**Through the Long Arm Statute**
**Kirkland & Ellis LLP**
**Andrew Langan**
**300 North LaSalle Suite 2400**
**Chicago, Ill   60654**

MDL 2179 Plaintiff's Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Strret
New Orleans, La.   70112