## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | | |
| **Of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | | |
| | * | **MAG. JUDGE WILKINSON** |
| **Deepwater Horizon Economic** | | |
| **Claim Center Claimant 100049935** | * | |

### MOTION TO ENFORCE CONFIDENTIALITY ORDER

NOW INTO COURT, through undersigned counsel, come Lewis, Kullman, Sterbcow & Abramson, LLC ("LKSA") and Jessica Ibert ("Ibert"), who respectfully move this Court for an order enforcing the June 29, 2012 Confidentiality Order governing dissemination of Deepwater Horizon Economic Claim Center claimant information (R. Doc. 6822). LKSA and Ibert represent Deepwater Horizon Economic Claim Center Claimant, 100049935, The Finish Line, Inc. ("Finish Line). Without prior notice and in disregard of this Honorable Court's Confidentiality Order, LKSA was served with a *subpoena duces tecum* by Pumilia & Adamec, LLP ("Pumilia") and Jayesh Patel ("Patel"), defendants in a legal malpractice suit filed by Finish Line pending in California state court, seeking production of LKSA's client file for Finish Line. Further, Ms. Ibert was served with a deposition subpoena seeking testimony regarding the firm's representation of Finish Line in the DHECC. Undersigned avers that neither subpoena complies with Louisiana law, nor do they comply with this Court's June 29, 2012 Confidentiality Order. For the reasons discussed in the accompanying supportive memorandum, movers seek an order enforcing the June 29, 2012 Confidentiality Order by quashing the subpoenas issued to LKSA and Ibert. Movers submit this motion pursuant to this Court's continuing and exclusive jurisdiction over matters related to the Deepwater Horizon Economic and Property Damages Settlement Program outlined

in Sect. 18.1 of the Deepwater Horizon Economic and Property Damages Settlement Agreement (R. Doc. 6430-1) and this Court's June 29, 2012 Confidentiality Order (R. Doc. 6822).

WHEREFORE, Lewis, Kullman, Sterbcow & Abramson, LLC ("LKSA") and Jessica Ibert ("Ibert") respectfully request that this Court issue an Order enforcing the June 29, 2012 Confidentiality Order by quashing the subpoenas issued to LKSA and Ibert.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500 Telephone
(504) 588-1514 Facsimile
sterbcow@lksalaw.com
jibert@lksalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of April, 2018 filed and served a copy of the above and foregoing pleading on Louisiana counsel of record for Pumilia & Adamec, LLP and Jayesh Patel and Ryan Law, LLP, Ryan LLC, Kevin Prins and Jon Sweet by email and have filed the foregoing pleading with the Clerk of Court by using the CM/ECF system.

/s/ Paul M. Sterbcow