# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document Relates To: | | |
| | * | MAG. JUDGE WILKINSON |
| Deepwater Horizon Economic Claim Center Claimant 100049935 | * | |

## NOTICE OF SUBMISSION

Pursuant to Local Rule 7.2, Lewis, Kullman, Sterbcow & Abramson, LLC and Jessica Ibert, through undersigned counsel, notice their Motion to Enforce Confidentiality Order for submission before this Honorable Court on Wednesday, May 9, 2018 at 9:30am.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500 Telephone
(504) 588-1514 Facsimile
sterbcow@lksalaw.com
jibert@lksalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of April, 2018 filed and served a copy of the above and foregoing pleading on Louisiana counsel of record for Pumilia & Adamec, LLP and Jayesh Patel and Ryan Law, LLP, Ryan LLC, Kevin Prins and Jon Sweet by email and have filed the foregoing pleading with the Clerk of Court by using the CM/ECF system.

/s/ Paul M. Sterbcow