**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | | |
| **Of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | | |
| | * | **MAG. JUDGE WILKINSON** |
| **Deepwater Horizon Economic** | | |
| **Claim Center Claimant 100049935** | * | |

**ORDER**

Considering the foregoing Motion to Enforce Confidentiality Order;

IT IS HEREBY ORDERD that Lewis, Kullman, Sterbcow & Abramson, LLC and Jessica

Ibert's Motion to Enforce Confidentiality Order is granted and the *subpoena duces tecum* issued

to Lewis, Kullman, Sterbcow & Abramson, LLC and the deposition subpoena issued to Jessica

Ibert by Pumilia & Adamec, LLP and Jayesh Patel are hereby quashed.

New Orleans, Louisiana, this _____ day of _____, 2018.


_____

UNITED STATES DISTRICT COURT JUDGE