CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO 17 - 11090     DIVISION    E-16     SECTION

THE FINISH LINE

v.

JAYESH PATEL, ET AL.

FILED: _____     _____
                                   DEPUTY CLERK

TO:  Lewis, Kullman, Sterbcow & Abramson, LLC, 601 Poydras Street, Suite 2615, New Orleans, LA 70130

**CLERK, CIVIL DISTRICT COURT** - Please issue a subpoena to the above party as directed below.

## SUBPOENA REQUEST

[   ]  **YOU ARE COMMANDED** to appear in the Civil District Court, Parish of Orleans in Division "_____", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _____, 20___ at _____ o'clock _____.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under penalty of the law. By order of the Court.

## DEPOSITION SUBPOENA REQUEST

[   ]  **YOU ARE COMMANDED** to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

## REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[ X ]  **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects for the ___ trial, __X__ deposition, or ___ hearing  (state  type) at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

RECORDS REQUESTED:

**See attached Commission from Superior Court of California, County of Los Angeles**

| PLACE<br>Deutsch Kerrigan, LLP<br>755 Magazine Street, New Orleans, LA 70130 | DATE AND TIME<br>December 14, 2017 at 10:00 a.m. |
|---|---|

Issued at the request of; and,
Fees and cost guaranteed by undersigned

**ATTORNEY**                    _____
                                 Attorney's signature

ATTORNEY'S
NAME & BAR NUMBER     Andrew J. Baer, Esq. (#35638)

ADDRESS                 755 Magazine Street
&
TELEPHONE NUMBER        New Orleans, LA 70130
                        504) 581-5141

**EXHIBIT 1**

DISC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| —Andrew J. Waxler 113682/Courtney Curtis-Ives    245231<br>Kaufman Dolowich & Voluck, LLP<br>11755 Wilshire Blvd., Suite 2400<br>Los Angeles, CA 90025<br>TELEPHONE NO.: (310) 775-6511    FAX NO. (Optional): (310) 575-9720<br>E-MAIL ADDRESS (Optional): awaxler@kdvlaw.com/ccurtis@kdvlaw.com<br>ATTORNEY FOR (Name): Defs. Jayesh Patel and Pumilia & Adamec LLP | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |
| SHORT TITLE: The Finish Line v. Patel, Inc., et al. | |

| COMMISSION TO TAKE DEPOSITION OUTSIDE CALIFORNIA<br>☐ ORDERED BY COURT    ☒ ISSUED BY THE CLERK OF THE COURT | CASE NUMBER:<br>BC633988 |
|---|---|

1. The Superior Court of California hereby authorizes the deposition, upon oral examination, of *(identity of deponent):*
   Lewis Kullman Sterbcow & Abramson LLC

2. The deposition is to be taken in *(state of the United States, territory, or insular possession subject to its jurisdiction):*
   Louisana

3. The deposition will be conducted *(check one):*
   a. ☒ Under the supervision of a person who is authorized to administer oaths by the laws of the United States or those of the place where the examination is to be held, and who is not otherwise disqualified under California Code of Civil Procedure sections 2026.320 and 2025.340(b)-(f); or
   b. ☐ Before *(name of appointee):*
   who is appointed to administer oaths and to take testimony.

4. The documents or things to be produced at the time and place of the deposition are
   ☒ described in Attachment 4    ☐ none.

5. Additional terms required by the foreign jurisdiction to initiate the process are contained in Attachment 5. Number of pages attached: _____.

6. Under California Code of Civil Procedure section 2026.010, California authorizes that a commission to take an out-of-state deposition may be issued by the clerk of the court or, if the foreign jurisdiction requires it, by order of the court.

7. The Superior Court of the State of California hereby requests that process issue in the above-referenced place where the examination is to be held, requiring the attendance and enforcing the obligations of the deponent to produce documents and answer questions.

Date: SEP 2 6 2017

☐ Judge
OR
☒ Clerk, by J. Bolden , Deputy
SHAUNYA BOLDEN

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
DISC-030 [New January 1, 2000]
CEB® Essential
ceb.com Forms

COMMISSION TO TAKE
DEPOSITION OUTSIDE CALIFORNIA

Code Civ. Proc., § 2026.010(f)
www.courtinfo.ca.gov

## ATTACHMENT "4"
## TO DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS
*The Finish Line, Inc. v. Jayesh Patel, et al.,*
Los Angeles Superior Court, Case No. BC633988

### DEFINITIONS

Words in CAPITALS in the following Requests for Production of Business Records are defined as follows:

DOCUMENTS means a writing as defined in California Evidence Code section 250 (a "handwriting, typewriting, printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof, and any record thereby created, regardless of the manner in which the record has been stored").

YOU and YOUR means Lewis, Kullman, Sterbcow & Abramson LLC, and its employees, in-firm attorneys, staff, or any other person or entity purporting to act on its behalf.

### REQUESTS FOR PRODUCTION OF BUSINESS RECORDS

1. All DOCUMENTS and communications that YOU have submitted to the Deepwater Horizon Claims Center in connection with The Finish Line, Inc.'s Deepwater Horizon claims for economic and/or property loss.

2. All DOCUMENTS and communications that YOU have received from the Deepwater Horizon Claims Center in connection with The Finish Line, Inc.'s Deepwater Horizon claims for economic and/or property loss.

3. All communications to and from YOU and anyone affiliated with, employed by, or acting on behalf of the Deepwater Horizon Claims Center and/or the Deepwater Horizon Economic & Property Damages Settlement Program, including but not limited to all claims administrators, analysts, claims liaisons, and appeal panels, with regard to claims by The Finish Line, Inc.

4. All communications to and from Darryl D. Robertson, with regard to The Finish Line, Inc.'s Deepwater Horizon claims for economic and/or property loss.

5. All communications to and from Jason Russell, with regard to The Finish Line, Inc.'s Deepwater Horizon claims for economic and/or property loss.

6. All communications to and from James Hoban, with regard to The Finish Line, Inc.'s Deepwater Horizon claims for economic and/or property loss.

## ATTACHMENT "4"
### TO DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS
*The Finish Line, Inc. v. Jayesh Patel, et al.,*
Los Angeles Superior Court, Case No. BC633988

7.  All communications to and from Jessica Ibert and anyone affiliated with, employed by, or acting on behalf of the Deepwater Horizon Claims Center and/or the Deepwater Horizon Economic & Property Damages Settlement Program, including but not limited to all claims administrators, analysts, claims liaisons, and appeal panels, with regard to claims by The Finish Line, Inc.

8.  All communications to and from Robert Lumpkin and anyone affiliated with, employed by, or acting on behalf of the Deepwater Horizon Claims Center and/or the Deepwater Horizon Economic & Property Damages Settlement Program, including but not limited to all claims administrators, analysts, claims liaisons, and appeal panels, with regard to claims by The Finish Line, Inc.

9.  All internal notes and/or memoranda reflecting or referring to YOUR telephone conversations or other communications with anyone affiliated with, employed by, or acting on behalf of the Deepwater Horizon Claims Center and/or the Deepwater Horizon Economic & Property Damages Settlement Program, including but not limited to all claims administrators, analysts, claims liaisons, and appeal panels, with regard to claims by The Finish Line, Inc.

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
COUNTY OF LOS ANGELES  )

FILED

I am employed in Los Angeles County. My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, CA 90025, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of KAUFMAN DOLOWICH VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On September 26, 2017, I served the foregoing documents on the interested parties in this action entitled as follows:

### COMMISSION TO TAKE DEPOSITION OUTSIDE CALIFORNIA

[XX]   by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

[XX]   (BY MAIL) I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ]   (BY PERSONAL SERVICE) I caused to be hand delivered such envelope to the addressee so indicated.

[ ]   (BY ELECTRONIC MAIL): I caused to be served, via electronic mail (e-mail), the above-entitled document(s) to the e-mail address of the addressee(s) so indicated.

[ ]   (BY FEDERAL EXPRESS) I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to C.C.P. § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ]   (BY FACSIMILE) I caused to be served, via facsimile, the above-entitled document(s) to the office of the addressee so indicated.

[XX]   (STATE) I declare under penalty of perjury that the foregoing is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on September 26, 2017, at Los Angeles, California.

ESTHER SILVERMAN

**SERVICE LIST**

*The Finish Line, Inc. v. Jayesh Patel, et al.*
LASC Case No. BC633988

*Attorneys for Plaintiff*
*THE FINISH LINE, INC.*

Steven C. Glickman, Esq.
GLICKMAN & GLICKMAN
9460 Wilshire Blvd., Ste. 330
Beverly Hills, CA 90212-2732

Ph.   (310) 273-4040
Fax:  (310) 273-0829
Email: scg@glickman-law.com

Andrew W. Hull, Esq.
Susanne Johnson, Esq.
Hoover Hull Turner, LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Ph.   (317) 822-4400
Email: awhull@hooverhullturner.com
Email: sjohnson@hooverhullturner.com

4852-1134-7259, v. 1

2
PROOF OF SERVICE