CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO 17-11090   DIVISION   E   SECTION 16

THE FINISH LINE

v.

JAYESH PATEL, ET AL.

FILED: _____

_____
DEPUTY CLERK

TO: Jessica Ibert, Esq., Lewis, Kullman, Sterbcow & Abramson, LLC, 601 Poydras Street, Suite 2615, New Orleans, LA 70130

**CLERK, CIVIL DISTRICT COURT** - Please issue a subpoena to the above party as directed below.

---

**SUBPOENA REQUEST**

[ ] **YOU ARE COMMANDED** to appear in the Civil District Court, Parish of Orleans in Division "_____", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _____, 20____ at _____ o'clock _____.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under penalty of the law. By order of the Court.

---

**DEPOSITION SUBPOENA REQUEST**

[X] **YOU ARE COMMANDED** to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Deutsch Kerrigan, LLP<br>755 Magazine Street, New Orleans, LA 70130 | January 10, 2018 at 10:00 a.m. |

---

**REQUEST FOR WRIT OF SUBPOENA DUCES TECUM**

[ ] **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects for the __ trial, _____ deposition, or ___ hearing    (state    type) at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
| | |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

**ATTORNEY**   _____ Dale M. Ottie
                Attorney's signature

ATTORNEY'S
NAME & BAR NUMBER    Andrew J. Baer, Esq. (#35638)

ADDRESS         755 Magazine Street
&
TELEPHONE NUMBER  New Orleans, LA 70130
                 504) 581-5141

**EXHIBIT 2**

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS  2017 NOV 17  A 11: 17

STATE OF LOUISIANA

CIVIL
DISTRICT COURT

NO                                    DIVISION                                    SECTION

THE FINISH LINE

v.

JAYESH PATEL, ET AL.

FILED: _____

_____
DEPUTY CLERK

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that defendants, Jayesh Patel and Pumilia & Adamec, LLP, will take the deposition of **Jessica Ibert, Esq. of Lewis, Kullman, Sterbcow & Abramson, LLC** on **Wednesday, January 10, 2018, at 10:00 a.m.** at the law offices of Deutsch Kerrigan, LLP, 755 Magazine Street, New Orleans, LA 70130, for all purposes allowed by the Louisiana Code of Civil Procedure, before a notary public or some other officer authorized to administer oaths. You may attend and participate as you deem appropriate.

Respectfully submitted,

_____
NANCY J. MARSHALL (#8955)
ANDREW J. BAER (#35638)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 593-0602
Facsimile: (504) 566-4002
Attorneys for defendants, Jayesh Patel and Pumilia & Adamec, LLP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record by facsimile, email and/or depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on the 15th day of November, 2017.

_____
ANDREW J. BAER

|  | DISC-030 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>—Andrew J. Waxler 113682/Courtney Curtis-Ives     245231<br>Kaufman Dolowich & Voluck, LLP<br>11755 Wilshire Blvd., Suite 2400<br>Los Angeles, CA 90025<br>TELEPHONE NO.: (310) 775-6511    FAX NO. (Optional): (310) 575-9720<br>E-MAIL ADDRESS (Optional): awaxler@kdvlaw.com/ccurtis@kdvlaw.com<br>ATTORNEY FOR (Name): Defs. Jayesh Patel and Pumilia & Adamec LLP | FOR COURT USE ONLY<br><br>2017 NOV 17 A 11: 17<br><br>CIVIL<br>DISTRICT COURT |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse<br>SHORT TITLE: The Finish Line v. Patel, Inc., et al. | |
| COMMISSION TO TAKE DEPOSITION OUTSIDE CALIFORNIA<br>☐ ORDERED BY COURT    ☒ ISSUED BY THE CLERK OF THE COURT | CASE NUMBER:<br>BC633988 |

1. The Superior Court of California hereby authorizes the deposition, upon oral examination, of *(Identity of deponent):*
   Jessica Ibert of Lewis Kullman Sterbcow & Abramson LLC

2. The deposition is to be taken in *(state of the United States, territory, or insular possession subject to its jurisdiction):*
   Louisana

3. The deposition will be conducted *(check one):*
   a. ☒ Under the supervision of a person who is authorized to administer oaths by the laws of the United States or those of the place where the examination is to be held, and who is not otherwise disqualified under California Code of Civil Procedure sections 2025.320 and 2025.340(b)-(f); or

   b. ☐ Before *(name of appointee):*
   who is appointed to administer oaths and to take testimony.

4. The documents or things to be produced at the time and place of the deposition are
   ☐ described in Attachment 4    ☒ none.

5. Additional terms required by the foreign jurisdiction to initiate the process are contained in Attachment 5. Number of pages attached: _____.

6. Under California Code of Civil Procedure section 2026.010, California authorizes that a commission to take an out-of-state deposition may be issued by the clerk of the court or, if the foreign jurisdiction requires it, by order of the court.

7. The Superior Court of the State of California hereby requests that process issue in the above-referenced place where the examination is to be held, requiring the attendance and enforcing the obligations of the deponent to produce documents and answer questions.



Date: SEP 2 6 2017

☐ Judge
or ☒ Clerk, by /s/ L. Bolden _____, Deputy
SHAUNYA BOLDEN

Page 1 of 1

## PROOF OF SERVICE

FILED

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

2017 NOV 17  A 11: 17

I am employed in Los Angeles County. My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, CA 90025, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of KAUFMAN DOLOWICH VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On September 26, 2017, I served the foregoing documents on the interested parties in this action entitled as follows:

### COMMISSION TO TAKE DEPOSITION OUTSIDE CALIFORNIA

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

[XX] (BY MAIL) I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ] (BY PERSONAL SERVICE) I caused to be hand delivered such envelope to the addressee so indicated.

[ ] (BY ELECTRONIC MAIL): I caused to be served, via electronic mail (e-mail), the above-entitled document(s) to the e-mail address of the addressee(s) so indicated.

[ ] (BY FEDERAL EXPRESS) I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to C.C.P. § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ] (BY FACSIMILE) I caused to be served, via facsimile, the above-entitled document(s) to the office of the addressee so indicated.

[XX] (STATE) I declare under penalty of perjury that the foregoing is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on September 26, 2017, at Los Angeles, California.

*Esther Silverman*

ESTHER SILVERMAN

**SERVICE LIST**

*The Finish Line, Inc. v. Jayesh Patel, et al.*
LASC Case No. BC633988

*Attorneys for Plaintiff*
*THE FINISH LINE, INC.*

Steven C. Glickman, Esq.
GLICKMAN & GLICKMAN
9460 Wilshire Blvd., Ste. 330
Beverly Hills, CA  90212-2732

Ph.    (310) 273-4040
Fax:   (310) 273-0829
Email: scg@glickman-law.com

Andrew W. Hull, Esq.
Susanne Johnson, Esq.
Hoover Hull Turner, LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Ph.    (317) 822-4400
Email: awhull@hooverhullturner.com
Email: sjohnson@hooverhullturner.com

4852-1134-7259, v. 1

2
PROOF OF SERVICE