LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC

ATTORNEYS AT LAW

2615 PAN-AMERICAN LIFE CENTER

601 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70130-6030

TELEPHONE (504) 588-1500

FACSIMILE (504) 588-1514

www.lksalaw.com

PAUL M. STERBCOW
DAVID A. ABRAMSON
BETH E. ABRAMSON
IAN F. TAYLOR
JESSICA L. IBERT

HARVEY J. LEWIS
LAWRENCE S. KULLMAN
OF COUNSEL

WRITER'S DIRECT DIAL
(504) 588-9722

December 1, 2017

Sterbcow@lksalaw.com

**VIA U.S. MAIL and E-MAIL**
Andrew J. Baer, Esq.
Deutsch Kerrigan, LLP
755 Magazine Street
New Orleans, LA 70130

RE: *The Finish Line v. Jayesh Patel, et al.*
Civil District Court No.: 17-11080, Div. E, Sec. 16

Dear Mr. Baer:

We are in receipt of the subpoena *duces tecum* to Lewis, Kullman, Sterbcow & Abramson, LLC and the deposition subpoena to Jessica Ibert, Esq. in the captioned matter.

On behalf of the law firm and Ms. Ibert, we object to both subpoenas. The subpoena *duces tecum* as worded is far too broad and requests privileged information generated as part of our representation of The Finish Line in its economic loss claim under the BP Class Action Settlement. Further, I was informed by current counsel for The Finish Line that a similar subpoena has been served on the class settlement claims center. There is no need to request the same documents from us.

As a compromise, we are willing to confer with current counsel for The Finish Line in the California and Indiana litigation and provide them with any information not already in their possession. They can then decide what information is and is not discoverable in the ongoing litigation.

Ms. Ibert will not appear for a deposition absent a court order. Her testimony also infringes on attorney-client privilege and is not necessary in the legal malpractice proceeding. Further, in the future, I respectfully request that you contact us by phone or e-mail as a matter of professionalism to discuss deposing an attorney in this firm.

Please let me know if the suggested compromise on the subpoena *duces tecum* is acceptable. Thank you.

Sincerely,

Paul M. Sterbcow

PMS/mct
cc: Steven C. Glickman, Esq. (via e-mail)
    Andrew W. Hull, Esq./Susanne Johnson, Esq. (via e-mail)

EXHIBIT 3