LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC

ATTORNEYS AT LAW

PAUL M. STERBCOW
DAVID A. ABRAMSON
BETH E. ABRAMSON
IAN F. TAYLOR
JESSICA L. IBERT

2615 PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6030
TELEPHONE (504) 588-1500
FACSIMILE (504) 588-1514
www.lksalaw.com

HARVEY J. LEWIS
LAWRENCE S. KULLMAN
OF COUNSEL

Writer's Direct Dial
(504) 588-9722

March 21, 2018

Sterbcow@lksalaw.com

**VIA EMAIL AND U.S. MAIL**
Richard C. Stanley
Stanley, Reuter, Ross, Thornton & Alford
909 Poydras Street, Suite 2500
New Orleans, LA 70112

    Re:   *The Finish Line v. Jayesh Patel, et al*
           Civil District Court, Parish of Orleans, Docket No. 17-11080

Dear Rick:

Thank you for your letter of March 21, 2018. Lewis, Kullman, Sterbcow & Abramson, LLC and Jessica Ibert accept the claims administrator's offer to allow us to submit written questions in the captioned matter. Please inform us in writing if/when you hear from the Patel defendants.

Thank you for providing us with a reasonable alternative to the subpoenas served on our firm and Ms. Ibert.

Sincerely,

Paul M. Sterbcow

PMS/jh

cc:   Courtney Curtis-Ives, Esq. (via U.S. Mail and email to ccurtis@kdvlaw.com)
      Kaufman Dolowich & Voluck, LLP
      11755 Wilshire Blvd., Suite 2400
      Los Angeles, CA 70025

      Jessica L. Ibert (via email)

EXHIBIT 7