# Jessica Ibert

| | |
|---|---|
| **From:** | Paul M Sterbcow |
| **Sent:** | Monday, March 19, 2018 8:55 PM |
| **To:** | Scott S. Morrisson |
| **Cc:** | Michael A. Dorelli (mdorelli@hooverhullturner.com); Andrew W. Hull (awhull@hooverhullturner.com); Matthew C. Branic; lbpollie@kopkalaw.com; Courtney Curtis-Ives (ccurtis@kdvlaw.com); abaer@deutschkerrigan.com; Travis W. Montgomery (twmontgomery@kopkalaw.com); Andrew J. Waxler (awaxler@kdvlaw.com) |
| **Subject:** | Re: Jessica Ibert deposition |

Scott- If the trial court allows the deposition we will appeal the decision to our appellate court. If we lose there we will seek writs to the LA Supreme Court. So regardless of what happens next it will be a while before this issue could be resolved in Ryan's favor, likely in 2019.

Paul Sterbcow

On Mar 19, 2018, at 8:40 PM, Scott S. Morrisson <smorrisson@kdlegal.com> wrote:

> Mike, Andy and Mr. Sterbcow; As you know the court in the Indiana litigation recently granted on March 2, 2018 Ryan LLC's motion to Re-Open Discovery for the purpose of deposing Jessica Ibert. Ms. Ibert is Finish Line's Deepwater claims counsel in Louisiana. We received today from the Louisiana proceeding the filings from that proceeding. In the Motion filed in Indiana and at the court Hearing I described an intent to "piggyback" on the deposition date of Ms. Ibert that Mr. Patel was seeking to compel in Louisiana. My Motion recites that the parties agree that they "will attempt to coordinate the date of Ms. Ibert's disposition with counsel for Jayesh Patel . . .to make the deposition more efficient for Ms. Ibert (such that she will not need to be deposed twice) and for counsel". I am doing so now with this email.
>
> With reference to the attached, my understanding is that on April 13 the Court in Louisiana will hold a Hearing for the purpose of deciding whether Ms. Ibert must provide a deposition or not. My question is relatively simple. IF Louisiana compels Ms. Ibert to provide a deposition, does everyone agree that we can use and attend the same deposition in the Indiana litigation. We are not seeking a document subpoena, just a deposition. I include and address this email also to Mr. Sterbcow who I understand is defending Ms. Ibert, and include Mr. Patel's California and Louisiana counsel. Absent such agreement, we will obtain Louisiana counsel and seek either a court order allowing participation in that deposition, or a second deposition.
>
> Please advise.
>
> **Scott S. Morrisson**
> Partner
> Krieg DeVault LLP | 12800 N Meridian Street | Suite 300 | Carmel, IN 46032
> Phone: 317-238-6201 | Cell: 317-730-1961 | Fax: 317-636-1507
>
> smorrisson@kdlegal.com | www.kriegdevault.com | V-Card | Bio
>
> <imagebdbdb6.PNG>
>
> Indiana | Illinois | Georgia | Florida | Minnesota



EXHIBIT 8

CONFIDENTIALITY STATEMENT
This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.

<2017-11-17 - Notice of Deposition - Jessica Ibert, Esq. of Lewis, Kullman, Sterbcow & Abramson, LLC - C2.PDF>

<2018-03-09 - Motion to Issue Subpoena-C2.PDF>