# Jessica Ibert

| | |
|---|---|
| **From:** | Paul M Sterbcow |
| **Sent:** | Tuesday, March 20, 2018 9:05 AM |
| **To:** | Scott S. Morrisson |
| **Cc:** | Michael A. Dorelli (mdorelli@hooverhullturner.com); Andrew W. Hull (awhull@hooverhullturner.com); Matthew C. Branic; lbpollie@kopkalaw.com; Courtney Curtis-Ives (ccurtis@kdvlaw.com); abaer@deutschkerrigan.com; Travis W. Montgomery (twmontgomery@kopkalaw.com); Andrew J. Waxler (awaxler@kdvlaw.com) |
| **Subject:** | Re: Jessica Ibert deposition |

Scott- No need to reconsider. And feel free to forward my email to the presiding judge in Indiana. As a judicial officer he or she will understand our intent to follow the law. We, and the DHECC, have tried to reach an amicable agreement with the local lawyers to no avail. Louisiana Law is clear regarding the restrictions on attorney depositions. We have taken a good faith position based on the facts and we intend to follow the law until we receive a final order from the appropriate Louisiana court. Further, the answers you seek must come from the DHECC. They made the rules. They enforce the rules. If we missed an "opportunity " to file only they can tell us. Yet no one wants to get the answer from them.

Feel free to call me if you would like to discuss. Thank you.

Paul Sterbcow

On Mar 20, 2018, at 8:56 AM, Scott S. Morrisson <smorrisson@kdlegal.com> wrote:

> Paul:  Thank you for your cooperation, and we will be sure to forward your email to the Indiana judge.
>
> But, You can have 24 hours to reconsider your response.   My understanding is that your firm's client, Finish Line, would like to have a more prompt trial date.  Your email in my view assures that will not happen until sometime in 2019 as you suggest.
>
> Always happy to discuss by telephone if you wish.
>
> **Scott S. Morrisson**
> Partner
> Krieg DeVault LLP | 12800 N Meridian Street | Suite 300 | Carmel, IN 46032
> Phone: 317-238-6201 | Cell: 317-730-1961 | Fax: 317-636-1507
>
> smorrisson@kdlegal.com | www.kriegdevault.com | V-Card | Bio
>
> <image874945.PNG>
>
> Indiana | Illinois | Georgia | Florida | Minnesota
>
> CONFIDENTIALITY STATEMENT
> This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.
>
> **From:** Paul M Sterbcow [mailto:sterbcow@lksalaw.com]
> **Sent:** Monday, March 19, 2018 9:55 PM
> **To:** Scott S. Morrisson
> **Cc:** Michael A. Dorelli (mdorelli@hooverhullturner.com); Andrew W. Hull (awhull@hooverhullturner.com);



EXHIBIT 11

Matthew C. Branic; lbpollie@kopkalaw.com; Courtney Curtis-Ives (ccurtis@kdvlaw.com); abaer@deutschkerrigan.com; Travis W. Montgomery (twmontgomery@kopkalaw.com); Andrew J. Waxler (awaxler@kdvlaw.com)
**Subject:** Re: Jessica Ibert deposition

Scott- If the trial court allows the deposition we will appeal the decision to our appellate court. If we lose there we will seek writs to the LA Supreme Court. So regardless of what happens next it will be a while before this issue could be resolved in Ryan's favor, likely in 2019.

Paul Sterbcow

On Mar 19, 2018, at 8:40 PM, Scott S. Morrisson <smorrisson@kdlegal.com> wrote:

> Mike, Andy and Mr. Sterbcow;   As you know the court in the Indiana litigation recently granted on March 2, 2018 Ryan LLC's motion to Re-Open Discovery for the purpose of deposing Jessica Ibert.   Ms. Ibert is Finish Line's Deepwater claims counsel in Louisiana.   We received today from the Louisiana proceeding the filings from that proceeding.   In the Motion filed in Indiana and at the court Hearing I described an intent to "piggyback" on the deposition date of Ms. Ibert that Mr. Patel was seeking to compel in Louisiana.   My Motion  recites that the parties agree that they "will attempt to coordinate the date of Ms. Ibert's disposition with counsel for Jayesh Patel . . .to make the deposition more efficient for Ms. Ibert (such that she will not need to be deposed twice) and for counsel".   I am doing so now with this email.
>
> With reference to the attached, my understanding is that on April 13 the Court in Louisiana will hold a Hearing for the purpose of deciding whether Ms. Ibert must provide a deposition or not.   My question is relatively simple.   IF Louisiana compels Ms. Ibert to provide a deposition, does everyone agree that we can use and attend  the same deposition in the Indiana litigation.   We are not seeking a document subpoena, just a deposition.   I include and address this email also to Mr. Sterbcow who I understand is defending Ms. Ibert, and include Mr. Patel's California and Louisiana counsel.   Absent such agreement, we will obtain Louisiana counsel and seek either a court order allowing participation in that deposition, or a second deposition.
>
> Please advise.
>
> **Scott S. Morrisson**
> Partner
> Krieg DeVault LLP | 12800 N Meridian Street | Suite 300 | Carmel, IN 46032
> Phone: 317-238-6201 | Cell: 317-730-1961 | Fax: 317-636-1507
>
> smorrisson@kdlegal.com | www.kriegdevault.com | V-Card | Bio
>
> <imagebdbdb6.PNG>
>
> Indiana | Illinois | Georgia | Florida | Minnesota
>
> CONFIDENTIALITY STATEMENT
> This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.
>
> <2017-11-17 - Notice of Deposition - Jessica Ibert, Esq. of Lewis, Kullman, Sterbcow & Abramson, LLC -C2.PDF>

2

<2018-03-09 - Motion to Issue Subpoena-C2.PDF>