**From:** Courtney Curtis-Ives <ccurtis@kdvlaw.com>
**Sent:** Tuesday, March 20, 2018 11:50 AM
**To:** Paul M Sterbcow <sterbcow@lksalaw.com>; Scott S. Morrisson <smorrisson@kdlegal.com>
**Cc:** Michael A. Dorelli (mdorelli@hooverhullturner.com) <mdorelli@hooverhullturner.com>; Andrew W. Hull (awhull@hooverhullturner.com) <awhull@hooverhullturner.com>; Matthew C. Branic <mbranic@kdlegal.com>; lbpollie@kopkalaw.com; abaer@deutschkerrigan.com; Travis W. Montgomery (twmontgomery@kopkalaw.com) <twmontgomery@kopkalaw.com>; Andrew J. Waxler <awaxler@kdvlaw.com>
**Subject:** RE: Jessica Ibert deposition

Hi Paul,

You are incorrect in stating that "no one" wants to "get the answer" from the claims center. We are taking the deposition of Finish Line's claims liaison in the California action. A subpoena was issued months ago for that deposition, and counsel in New Orleans has been fully cooperative with our efforts. We have been waiting to take that deposition in the hopes that it could be scheduled for the same time period as the deposition of your firm, and save out of state counsel two separate trips to New Orleans. Apparently it appears that will no longer be feasible. So be it.

Of course, our forthcoming deposition of the claims liaison has no impact on our independent entitlement to take your firm's deposition, as a pertinent third-party witness, and we will proceed with our efforts to do so. If you are intent on frustrating that legitimate discovery process and exhausting all appellate rights, that decision is yours but, as Scott notes, it will impact the trial dates in both matters which your client Finish Line seems not to want disrupted.

I'm also available to discuss these issues if you would like.

Thanks,

Courtney


**Courtney Curtis-Ives**
*Partner*



**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

11755 Wilshire Blvd., Suite 2400
Los Angeles, California, 90025

Direct:   424-901-7977
Cell:     310-869-9516
Main:     310-775-6511
Fax:      310-575-9720
Email:    ccurtis@kdvlaw.com

**WWW.KDVLAW.COM**


EXHIBIT 12