SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Andrew J. Waxler 113682/Courtney Curtis-Ives 245231<br>Kaufman Dolowich & Voluck, LLP<br>11755 Wilshire Blvd., Suite 2400<br>Los Angeles, CA 90025<br>TELEPHONE NO.: (310) 775-6511   FAX NO.: (310) 575-9720<br>E-MAIL ADDRESS: awaxler@kdvlaw.com/ccurtis@kdvlaw.com<br>ATTORNEY FOR *(Name)*: Defs. Jayesh Patel and Pumilia & Adamec LLP | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: The Finish Line, Inc.

DEFENDANT/RESPONDENT: Jayesh Patel, et al.

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>BC633988 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:
Custodian of Records for Deepwater Horizon Economic and Property Damages Settlement Program, 250 Rocketts Way, Richmond, VA 23231

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To *(name of deposition officer)*: Ace Legal Attorney Service
On *(date)*: 10/16/2017                At *(time)*: 10:00 a.m.
Location *(address)*: 811 Wilshire Blvd, Los Angeles, CA 90017

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows *(if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified)*:
See attachment.

[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date Issued: 9/26/2017

Courtney Curtis-Ives                               *(signature)*
(TYPE OR PRINT NAME)                    (SIGNATURE OF PERSON ISSUING SUBPOENA)
                                         Attorney for Defendants
                                         (TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-010 [Rev. January 1, 2012]

DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS

Code of Civil P...

EXHIBIT 18

SUBP-010

| PLAINTIFF/PETITIONER: The Finish Line, Inc. | CASE NUMBER: BC633988 |
|---|---|
| DEFENDANT/RESPONDENT: Jayesh Patel; Pumilia & Adamec LLP f/k/a Pumilia Patel & Adamec LLP | |

### PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS

1. I served this *Deposition Subpoena for Production of Business Records* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*: Dustin Davis of BrownGreer PLC

   b. Address where served: via email, by agreement, ddavis@browngreer.com

   c. Date of delivery: 9/26/2017

   d. Time of delivery:

   e. (1) ☐ Witness fees were paid.
   Amount: $ _____

   (2) ☐ Copying fees were paid.
   Amount: $ _____

   f. Fee for service: $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☒ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(For California sheriff or marshal use only)
I certify that the foregoing is true and correct.

Date: 9/26/2017

Date:

▶ Courtney Curtis-Ives
(SIGNATURE)

▶ _____
(SIGNATURE)

SUBP-010 [Rev. January 1, 2012]
CEB | Essential
ceb.com | JelForms

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Page 2 of 2

**ATTACHMENT "3"**
**TO DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**
*The Finish Line, Inc. v. Jayesh Patel, et al.,*
Los Angeles Superior Court, Case No. BC633988

### DEFINITIONS

Words in CAPITALS in the following Requests for Production of Business Records are defined as follows:

DOCUMENTS means a writing as defined in California Evidence Code section 250 (a "handwriting, typewriting, printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof, and any record thereby created, regardless of the manner in which the record has been stored").

FINISH LINE means The Finish Line, Inc. (Claimant ID 100049935).

YOU and YOUR means the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program, including the Claims Center, and its employees, attorneys, agents, claims analysts, representatives, appeal panel, or any other person or entity purporting to act on its behalf.

### REQUESTS FOR PRODUCTION OF BUSINESS RECORDS

1. All DOCUMENTS and communications that YOU sent or provided to the law firm of Lewis, Kullman, Sterbcow & Abramson, in connection with FINISH LINE's Deepwater Horizon claims for economic and/or property loss.

2. All DOCUMENTS and communications that YOU sent or provided to the law firm of Hoover Hull Turner LLP, in connection with FINISH LINE's Deepwater Horizon claims for economic and/or property loss.

3. All DOCUMENTS and communications that YOU received from the law firm of Lewis, Kullman, Sterbcow & Abramson, in connection with FINISH LINE's Deepwater Horizon claims for economic and/or property loss.

4. All DOCUMENTS and communications that YOU received from the law firm of Hoover Hull Turner LLP, in connection with FINISH LINE's Deepwater Horizon claims for economic and/or property loss.

5. All communications to and from YOU and Jessica Ibert of Lewis, Kullman, Sterbcow & Abramson, with regard to FINISH LINE.

Case 2:10-md-02179-CJB-DPC   Document 24341-22   Filed 04/11/18   Page 4 of 4

**ATTACHMENT "3"**
**TO DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**
*The Finish Line, Inc. v. Jayesh Patel, et al.,*
Los Angeles Superior Court, Case No. BC633988

6.  All communications to and from Robert Lumpkin of Lewis, Kullman, Sterbcow & Abramson, with regard to FINISH LINE.

7.  All communications to and from Darryl D. Robertson, with regard to FINISH LINE.

8.  All communications to and from Jason Russell, with regard to FINISH LINE.

9.  All internal notes and/or memoranda reflecting or referring to YOUR telephone conversations and/or other communications with anyone from the law firm of Lewis, Kullman, Sterbcow & Abramson, with regard to FINISH LINE.

10. All internal notes and/or memoranda reflecting or referring to YOUR telephone conversations and/or other communications with anyone from the law firm of Hoover Hull Turner LLP, with regard to FINISH LINE.

11. All internal policies, procedures, guidelines, manuals, or the like, that evidence, reflect, or refer to how a claimant with the Deepwater Horizon Economic and Property Damages Settlement Program can qualify as a "Multi-Facility Business," and/or elect to file "consolidated" claims.

12. All internal policies, procedures, guidelines, manuals, or the like, that evidence, reflect, or refer to how a claimant with the Deepwater Horizon Economic and Property Damages Settlement Program qualifies for the "Tourism" definition, in order to obtain the enhanced RTP multiplier, including all factors YOU take into consideration when making such a determination.