11 April 2018

*In re: Oil Spill by the Oil Rig "Deepwater Horizon"*
*in the Gulf of Mexico, on April 20, 2010*

## No. 10-MDL-2179

# BioMarine Technologies &
# Gulf Marine Institute of Technology

**Economic Damage Calculations Pursuant to PTO 65**

### Schedule 1 Lost Profits + Lost Assets (ROA Model)

| Years | Beginning Assets | Expected Return on Assets | Ending Assets |
|---|---|---|---|
| 2010 | $ 16,769,086 | 0.00% | $ 16,769,086 |
| 2011 | 16,769,086 | 0.00% | 16,769,086 |
| 2012 | 16,769,086 | 13.75% | 19,075,324 |
| 2013 | 19,075,324 | 13.75% | 21,698,737 |
| 2014 | 21,698,737 | 13.75% | 24,682,946 |
| 2015 | 24,682,946 | 13.75% | 28,077,571 |
| 2016 | 28,077,571 | 13.75% | 31,939,055 |
| 2017 | 31,939,055 | 13.75% | 36,331,607 |
| 2018 | 36,331,607 | 3.44% | 37,580,770 |
| Total Assets Lost[1] | | | $ 5,743,369 |
| Add: Total Lost Return on Assets[2] | | | 31,837,401 |
| Less: Additional Investment Avoided[3] | | | (11,025,717) |
| **Total Claim:** | | | **$ 26,555,053** |

**1.** Assets in place as of 31 December 2010. Please refer to *Schedule 2* for additional detail. As of 11 April 2018, these assets have been sold at a loss, scrapped, stolen or rendered obsolete due to inactivity.

**2.** Cumulative return on assets in place plus additional assets required by plan from 2010 through Q1 2018. Per Claimant, absent the oil spill, profits from aquaculture operations would have started in 2012. Return on assets is based on the average return for three publicly-traded Norwegian salmon farms from 2010 through 2016 (refer to *Schedule 3).*

**3.** Additional **a**ssets required by plan, but not yet in place as of 20 April 2010.

*Schedule 2*  **BioMarine & GMIT: Assets in Place and Assets per Plan**

| Item | Amount | Source |
|---|---:|---|
| BioMarine Total Assets | $ 362,969 | BioMarine Technologies, Inc. Balance Sheet as of 31 December 2010 |
| Aquaculture Permits | 500,000 | Estimated capitalized costs of obtaining permits |
| GMIT Total Assets | 4,880,400 | 2010 Form 990 for Gulf Marine Institute of Technology |
| **Total Assets in Place 2010** | **$ 5,743,369** | |
| Additional Assets per Plan | 11,025,717 | |
| **Total Assets per Plan** | **$ 16,769,086** | Page 1 BioMarine Technologies, Inc. 7 Year Project Proforma |

## Schedule 3  Average Return on Assets Benchmark Companies[1]

| (NOK millions) | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total |
|---|---|---|---|---|---|---|---|---|
| Marine Harvest Op. Profit | 4,461 | 1,210 | 969 | 4,662 | 3,633 | 3,089 | 9,214 | 27,238 |
| Leroy Op. Profit | 1,885 | 597 | 745 | 2,390 | 1,461 | 1,568 | 4,314 | 12,961 |
| Salmar Op. Profit | 1,154 | 178 | 639 | 1,949 | 1,647 | 1,444 | 3,086 | 10,096 |
| **Total:** | **7,500** | **1,984** | **2,352** | **9,001** | **6,741** | **6,101** | **16,614** | **50,295** |
| Marine Harvest Avg. Total Assets | 21,959 | 23,159 | 23,053 | 28,523 | 35,351 | 37,257 | 41,129 | 210,431 |
| Leroy Avg. Total Assets | 9,830 | 11,407 | 11,618 | 12,839 | 14,381 | 15,421 | 20,531 | 96,027 |
| Salmar Avg. Total Assets | 4,692 | 6,075 | 6,972 | 8,779 | 10,028 | 10,530 | 12,168 | 59,243 |
| **Total:** | **36,480** | **40,640** | **41,643** | **50,141** | **59,760** | **63,208** | **73,829** | **365,701** |
| **ROA:** | **20.56%** | **4.88%** | **5.65%** | **17.95%** | **11.28%** | **9.65%** | **22.50%** | **13.75%** |

**1.** Please refer to *Schedules 4, 5, 5.1, 5.2*

*Schedule 4*  **Average Total Assets per Year for Benchmark Companies**[1]

|  | Metric | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|
| Marine Harvest | *NOK millions* | 21,959 | 23,159 | 23,053 | 28,523 | 35,351 | 37,257 | 41,129 |
| Leroy | *NOK thousands* | 9,829,701 | 11,407,021 | 11,618,133 | 12,839,075 | 14,381,048 | 15,421,034 | 20,531,145 |
| Salmar | *NOK thousands* | 4,691,604 | 6,074,648 | 6,971,630 | 8,779,193 | 10,027,979 | 10,529,860 | 12,168,500 |
|  | Metric | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| Marine Harvest | *NOK millions* | 21,959 | 23,159 | 23,053 | 28,523 | 35,351 | 37,257 | 41,129 |
| Leroy | *NOK millions* | 9,830 | 11,407 | 11,618 | 12,839 | 14,381 | 15,421 | 20,531 |
| Salmar | *NOK millions* | 4,692 | 6,075 | 6,972 | 8,779 | 10,028 | 10,530 | 12,168 |

**1.** Please refer to *Schedules 5, 5.1, 5.2*

*Schedule 5*  **Benchmark Company (Marine Harvest) Financials[1]**

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| | *NOK (millions)* | | | | | | *Euros (millions)* | | *NOK (millions)* | |
| Operating Profit | n/a | 4,461 | 1,210 | 969 | 4,662 | 3,633 | € 345 | € 991 | 3,089 | 9,214 |
| Total Assets | 20,389 | 23,529 | 22,789 | 23,317 | 33,728 | 36,974 | € 4,196 | € 4,810 | 37,540 | 44,718 |

| Exchange Rates Euro to NOK[2] | |
|---|---|
| Year | Bid-Ask Avg. |
| 2015 | 8.946445 |
| 2016 | 9.29611 |

**1.** Financial figures obtained from annual reports on company website: marineharvest.com/investor/annualreport. Accessed on 2 April 2018.
**2.** Norwegian Krone exchanges rates obtained from www.oanda.com, accessed on 11 April 2018. Rates represent the average annual bid and ask prices.

*Schedule 5.1*  **Benchmark Company (Leroy) Financials**[1]

| *(NOK thousands)* | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|
| Operating profit | n/a | 1,884,787 | 597,131 | 744,832 | 2,390,028 | 1,461,262 | 1,568,461 | 4,314,030 |
| Total Assets | 8,307,207 | 11,352,195 | 11,461,847 | 11,774,419 | 13,903,731 | 14,858,364 | 15,983,703 | 25,078,587 |

**1.** Financial figures obtained from annual reports on company website: leroyseafood.com/en/investor. Accessed on 5 April 2018.

*Schedule 5.2*  **Benchmark Company (Salmar) Financials**[1]

| *(NOK thousands)* | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|
| Operating profit | n/a | 1,153,813 | 177,630 | 638,859 | 1,949,425 | 1,646,699 | 1,443,805 | 3,085,602 |
| Total Assets | 3,550,336 | 5,832,871 | 6,316,425 | 7,626,835 | 9,931,551 | 10,124,407 | 10,935,313 | 13,401,686 |

**1.** Financial figures obtained from annual reports on company website: salmar.no/en/annualreports. Accessed on 9 April 2018.