# Map of Fishery Closure Boundary
# June 21, 2010



Fishery Closure Boundary as of 6pm Eastern Time 21 June 2010