# Japanese cage system to be utilized in FlorAbama Offshore Project

A Japanese company has donated five Bridgestone sea cage systems and an AKVA feeder system that are pictured below. The system arrived last September and is scheduled for installation at BioMarine's FlorAbama Offshore Project for stocking of fingerlings to be grown out to market size.





Norwegian "AKVA" feeder system



Corner of Bridgestone sea cages



60-foot square Bridgestone sea cages in Japan to be acquired and delivered to FlorAbama project





Another type of Bridgestone Cage used in Cuba for their Cobia Project.
Site visited by John Ericsson and Dr. Phillip Lee

Fish Farming International  April 2001

# Nireus joins Gulf station

GREEK seafood company Nireus has been revealed as the Mediterranean company that will help develop the market for the produce of one of the world's biggest offshore farm projects.

Described as 'Gulf Station Seafood' in February's FFI, the project aims to turn a former oil platform, in Texan waters in the Gulf of Mexico, into a self-sustaining fish and shellfish production plant, incorporating a hatchery and grow-out cages in a secure offshore station.

Nireus will join GMIT's research project, bringing together the University of Texas, Texas A&M, University of Houston and Louisiana State University and Nireus to develop a multi-species gulf platform hatchery.

The proposed budget for the three-year programme was $15 million.

Nireus, set up as an aquaculture business, now covers the value chain from farming to processing and marketing, and is one of the leading seafood companies in Greece.

It is also one of the country's biggest fry producers and farmed fish exporters, already having experience of the US market.

Nireus is not a stranger to foreign partnerships, already managing, for a minority stake, the large International Fish Farming Company project in the United Arab Emirates (FFI, October 2000).

The Texas project is the brainchild of John Ericsson, who set up the Gulf Marine Institute of Technology (GMIT). He has a five-year investment plan to develop the former oil rig – the biggest in Texas – into a hatchery and fish and shellfish farm.

GMIT's platform was donated by the former owner after the institute guaranteed its dismantling costs, the oil company also donating substantial development funds.

The rig, which is fully permitted for its new role, comprises a 'mother' platform with three satellite structures linked by 200ft walkways.

It will be managed by onsite staff (there are ample living quarters in the main rig), overseeing fish being grown in 14 to 25 submersible cages from Ocean Spar Technologies, as well as fingerlings (500,000 planned for the first year) and oysters.

Nireus's experience in all the stages of aquaculture, from hatchery to market, will be invaluable to a project which claims already to have letters of intent from wholesalers in the US and abroad for "everything we can produce".



# Gulf Marine Institute of Technology

## M/V GMIT-Hobgood



1198 Gulf Breeze Parkway, Suite 8 • Gulf Breeze, Florida 32561
Phone: 850-934-8997           Fax: 850-934-8889







# M/V GMIT-HOBGOOD SPECIFICATIONS

❋ Official Number: #287531

❋ Hull material: Steel   Built: 1962

❋ Length: 111.29'   Beam: 26'

❋ Operating draft: 4.5'   Moulded Depth: 7'

❋ Freeboard: 2.5'

❋ International Gross Tonnage: 128.3 Tons

❋ Speed: 5-8 knots

❋ Twin Screw Detroit 6-71 Engines with 4:1 Gears

❋ New 42'' bulwarks completely around vessel

❋ 3-1/2''   Aquanet Shafts

❋ 40''/34'' R/L 4-blade propellers

❋ 36''X 40'' fully-hung rudder with lower shoe and pendel

❋ Keel coolers for all engines

❋ Equipped with fire/washdown pump and air compressor supplying air throughout vessel

❋ New, all electric fully-equipped galley

❋ Spuds port and starboard, 30'X 10'' diameter

❋ Communications: Radio

❋ Furuno Radar, 2 search lights

❋ Generators: One Detroit 3-71 100 kw
   One Detroit 2-71 20 kw

❋ Shafts/Propellers: Two

❋ Fuel Capacity: 4,000 gallons

❋ Potable Water: 1,900 gallons

❋ Berthing: Quarters for four in two staterooms

❋ Air conditioning/heating: 5,000 BTU A/C unit

❋ 7-ton pedestal mounted hydraulic crane

❋ Ro-Ro and lift-on lift-off capabilities

❋ 16' Ramp (hydraulic operation)   Last Major Overhaul: 1996







*Marine nursery under development - growing Cobia (Corporate office nursery)*









*Japan has donated an Akva automatic feeder to BioMarine Technologies, Inc. (BioMarine). The feeder arrived on October 31. The feeder is air-based and can supply up to 32 tanks/cages with a feeding capacity of 3520 pounds per hour. The feeder is being installed at our nursery location in Gulf Breeze.*

*See attachment for more nursery/hatchery pictures (20 Daniel Drive, Gulf Breeze)*

14

## NURSERY SYSTEM UNDER DEVELOPMENT AT 20 DANIELS DRIVE, GULF BREEZE



**17-foot fingerling raceways**



**Recirculating tanks ready for Cobia**



**(12) 8-foot x 8-foot tanks**



**Recirculating bead filter with (2) 2500-gallon tanks**



**Electrical control for Hesy System**



**Top of greenhouse view of (12) tank Hesy system**

Claimant Names  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN:  75-2309471 & 31-1475321

# Photographs of Equipment

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321

Page 1 of 1



Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy   Claimant EIN: 75-2309471 & 31-1475321

Page 2 of 2



5 Bridgestone sea cages deployed in Japan and moved to Florida for FlorAbama sea farming project

| Cheers,

John Ericsson

BioMarine Technologies Inic.

| NFIDENTIALITY NOTICE



Above: Equipment staged west of parking lot perimeter fence by Dr. Lee.
Below: Equipment moved from Quarantine to west lot by Moody Gardens.



Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2309471 & 31-1475321



Equipment moved from Quarantine to west lot by Moody Gardens.



Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN:  75-2309471 & 31-1475321



Equipment moved from Quarantine to west lot by Moody Gardens.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2309471 & 31-1475321



Vehicles and equipment located at south end of main parking lot.



Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN:  75-2309471 & 31-1475321



Equipment that remains in Quarantine parking lot.



Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN:  75-2309471 & 31-1475321



Equipment staged to be moved to west parking lot.



Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN:  75-2309471 & 31-1475321





Equipment remaining in Quarantine building to be moved to west lot.



Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy   Claimant EIN: 75-2309471 & 31-1475321



Food prep equipment in Quarantine to be moved to west lot.



Claimant Name: BioMarine Technologies, Inc. & Gulf.Marine Institute of Technolgy      Claimant EIN: 75-2309471 & 31-1475321



Office equipment remaining in Quarantine office to be moved.



Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321



Above: Office equipment remaining in Quarantine building.
Below: Lab equipment remaining in Quarantine to be moved to west lot.



Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321





Miscellaneous PVC remaining in Quarantine parking lot.





Wellcraft 3200 St. Tropez 1-2-05



View of bow to starboard



**Running gear starboard**



**Helm station**