Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN:  75-2309471 & 31-1475321

# FlorAbama Offshore Marine Sea Farming
# (PowerPoint Presentation)

Development- Offshore FlorAbama Marine Sea Farming in the Gulf of Mexico



# Not Why But When ?



**FOR IMMEDIATE RELEASE**
**Monday, February 13, 2006**

## U.S. SECRETARY OF COMMERCE GUTIERREZ STATEMENT ON THE NATIONAL OFFSHORE AQUACULTURE ACT

"I am convinced that the United States must explore the potential of offshore aquaculture to help meet the growing demand for seafood in this country and to create jobs and economic opportunity for coastal communities. To support that, we are making the National Offshore Aquaculture Act of 2005 a priority for this department and this country. **We need to create this opportunity now**."

**NOAA 10 YEAR AQUACULTURE PLAN 2007**

"**Create five new onshore hatcheries and 20 new farms in the EEZ with a combined annual production of 10,000 to 15,000 MT**."

# BioMarine Strategy

- "Feed the World" environmentally sustainable and transferable technology

- Enhancement and restocking

- Alternative uses of oil and gas platforms

- Economic growth and new jobs

- Healthy, low cost, high protein food production

# History of BioMarine Technologies, Inc.

- BMT incorporated in 1989–Delaware

- **BMT hosted 1st Sea Grant College conference on platform sea farming 1992 w/Mass Institute of Tech build of prototype barrel sea cage & test in wave lab**

- BMT patented SeaTrek Ocean farming system– 1994

- BMT patented SeaStar oyster relay system– 1995

- Reed 1st USA offshore sea farming permits in 1994 from USACOE and EPA - NPDES for Alabama site

- Reed 2nd ACOE/EPA permits in 2008 for Texas platform site. New 30 yr site lease app. pending

- Upon receiving funding, BMT will begin building first operations in Alabama Gulf site– Fy2008

# John D. Ericsson, President

**Founder, President & Managing Dir. of BioMarine & GMIT**

**Inventor of SeaTrek Ocean faming system & Sea Star oyster relay systems for naturally cleansing oysters and other bivalves.**

**Raised >$6.5 million thru fy2008 in private equity capital for sea farming since 1989 for BioMarine, with $11-$15 million scheduled for 2008.**

**Secured and permitted the first and only retired oil platform complex for offshore aquaculture in US history- valued at $5.6 million plus raised $2.3 million in cash and equipment donations for sea farming R&D.**

**1993 to 2008-Obtained and continuously held the only two commercial sea farming permits issued in the Gulf of Mexico from all state and federal regulatory agencies.**

**Managing Director of NIH - National Resource Center for Cephalopods, a 31 year federally funded research program**

**Aquaculture Engineering Society & World Aquaculture Society –published Member**

# Phillip G. Lee, Ph.D., Director

**Director, NIH National Resource Center for Cephalopods**
– Longest funded basic science project in Texas
– Only laboratory in the world to routinely spawn squid

**Professor, Ph.D. – University of Texas Medical Branch, Galveston**

**Aquaculture Biologist & nutritionist with 30 years experience with cephalopods, shrimp and growing finfish**

**Author of >75 scientific papers on aquaculture and over 20 patents for recirculation marine systems**

**Member of Aquaculture Engineering Society**
– First biologist to be accepted

**Director – BioMarine Technologies and GMIT**

# Luis Cabello, V.P. of Operations

## 1985–1990 Project Manager- Tinamenor Hatchery
### Turbot & Shrimp Production



Shrimp Earth Ponds (Cadiz)





Hatchery for fish, molluscs & shrimp



Intensive Turbot Production: Galicia

**Project Manager for five years with the pioneer fish farm in Europe developing several new projects and species.**

Case 2:10-md-02179-CJB-DPC Document 24542-6 Filed 04/17/18 Page 9 of 82

# Luis Cabello, V.P. of Operations

## 1990-1996 Site Manager & General Manager- CULMAREX

### Sea Bream & Sea Bass Production





- Pioneered offshore fish farm design and management in Spain
  - Coorporacion Interalimentaria (50% shares)
  - CIMPOR
  - Marine Farms, AS (50% shares)

# Luis Cabello, V.P. of Operations

## 1996-1998  President- COREMAR




- The interest for offshore fish farms in Spain increased due to the success of Culmarex.

- I was involved in several new fish farms at the same time.

- I taught graduate sea courses at different universities; Ciheam,Murcia University, Madrid, & Barcelona.

# Luis Cabello, V.P. of Operations

## 1999-2004 General Manager- TIMAR Group (FERD AS, Norway)





Timar planned to create a large new branch for its holding company, Ferd AS on fish farms in the Mediterranean area and in other countries like Cuba. So we started to buy and create new sites for hatcheries, nursery, production, packing and distribution in order to develop integrated fish farms.

# Luis Cabello, V.P. of Operations

## 2004- Present  Consultant  different companies

### Responsibilities



- Site selections
- Mooring plans
- Building and installing cages
- Improving cage management
- Teaching husbandry
- Technical auditing
- Quality control
- Monitoring



Worldwide decline in wild finfish populations

Worldwide increase in demand for finfish protein

# 45 Year Community Changes on Southern Grand Banks

Legend:
- Cod
- Scorpionfish
- Skate
- Flounder
- Wolffish

10% of 1950

Biomass ('1000's of metric tons)

2000  1500  1000  500  0

1950  1960  1970  1980  1990





# Fisheries Product Supply by Region

# Contribution of Aquaculture to Total World Fisheries Landings 1970-2004

Total aquaculture production in 2004 was 47.8 mmt or 33.8% of total world fisheries landings of 141.6 mmt (FAO, 2006)

1 of 3 Fish from Aquaculture

2004

93.8 mmt

47.8 mmt



■ AQUACULTURE □ CAPTURE FISHERIES



# Total Global Finfish Landings Through Capture Fisheries and Aquaculture 1970-2004

85.8 mmt

1.4 mmt

Metric Tons

Total farmed marine finfish in 2004 was 1.4 mmt & valued at US$4.9 billion; farmed marine finfish represented 1.7% of total landed marine fish, 85.8 mmt.

1 of 60 Fish from Aquaculture

80,000,000
70,000,000
60,000,000
50,000,000
40,000,000
30,000,000
20,000,000
10,000,000
0

1970 1972 1974 1976 1978 1980 1982 1984 1986 1988 1990 1992 1994 1996 1998 2000

TOTAL MARINE FINFISH - FARMED     TOTAL MARINE FINFISH - CAPTURE

A. Tacon 2002

# Total World Aquaculture Production by Region in 2004



PRODUCTION BY WEIGHT

47.8 mmt

1.3% North America

Asia 91.5%

PRODUCTION BY VALUE

US$ 63.4 billion

1.8% North America

Asia 80.5%

Latin America 2.26% by weight 7.47 % by value

North America 1.27% by weight 1.86% by value

Africa 1.02% by weight 1.55% by value

Europe 3.96% by weight 8.63% by value

# Mediterranean Model

- $1 Billion Annual Gross Income from collapsed fishery in 1985

- Largest producers of marine fish fry in the World, >300 M in 2005

- Vertically integrated controlling production of seed, cage farm production, processing and distribution

- Limited to a finite number of production sites

- Diversifying species cultured because of over-production

- Actively partnering with companies in many other countries world-wide



Growth of Mediterranean Offshore Fish Farming
1986-2005

Fish (mt)   Gross revenue ($M)



Projected Growth of One BioMarine Site Compared with the Mediterranean History



Gulf of Mexico Candidate Species

Red Snapper

King Mackerel

Grouper



Cobia

Red Snapper

Species: *Lutjanus campechanus* (Poey, 1860)
Common Name: SL/AFS-Red Snapper
RFE Code: lutjcamp D97-001
Photo: B. Tenge (SPRC, SEA-DO)
Film: Fujichrome 64T, 4x5 Format
Date: 04.03.97
Image #: 980

Greater Amberjack

Gulf of Mexico
Candidate Species

Red Porgy

Red Fish

Case 2:10-md-02179-CJB-DPC   Document 14342-1   Filed 04/11/15   Page 25 of 82



Estimated Growth Rates of Gulf of Mexico Species at 20-25° C



# Gulf of Mexico=High Productivity

- Platforms function as artificial reefs

- Estimated 10,000 to 30,000 fish on large platforms & same species as grown in cages

- Over 1,000 species of native fish

- Gulf of Mexico is the US's most productive ocean

- Gulf of Mexico water contains high populations of plankton and bacteria that will act like nutrient sponges

- Excellent circulation and water & wind-driven currents

- Warm water temperatures and high sunlight levels





# FlorAbama Site Specifications

- Feeding Barge- Akva Feeder Barge 50 X 50 ft
- Distance to Shore- 9 mi
- Water depth- 85 ft
- Permitted Site- 7.5 to 27.5 acres in phases

**BioMarine Site**

**9 mi**

**Processing Facilities**
**Bayou La Batre**

**Fish Meal Plants**

**Fish Feed Plant**

**Houston**

# BioMarine – FlorAbama Project

**Site is 27.5 acres; (48) 30 m diameter production cages and (8) 15 m diameter nursery cages surrounding a 30 X 50 m platform/feeder barge.**







AKVA Feeder Barge



Mediterranean Hatchery
Technology

>40 M fry/yr production
US$1.5 M cost



# BioMarine Shoreside Hatchery

- 20,000,000 Fry/yr capacity– 25,000 ft$^2$
- Laboratory & Office– 7,000 ft$^2$

FLORABAMA- GROSS REVENUE AND NET PROFIT AFTER TAXES

US$ in Millions

NET PROFIT   GROSS REVENUE

76 cages
66 cages
52 cages
46 cages
36 cages
16 cages
6 cages

$99 Million
$96 Million
$33 Million

Original Capital
Investment $16.6M

YEARS



**FLORABAMA-ACCUMULATED NET PROFIT AFTER TAXES**

US$ in Millions

$200
$180
$160
$140
$120
$100
$80
$60
$40
$20
$0

Year 1   Year 2   Year 3   Year 4   Year 5   Year 6   Year 7

76 Cages

52 Cages

$182M
$151M
$131M
$118M
$86M
$85M
$52M
$23M
$2M

Original Capital Investment $16.6 M

# FlorAbama– Summary Financial Projections

| US$millions | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 |
|---|---|---|---|---|---|---|---|---|
| Sales | | $0.0 | $18.5 | $44.6 | $83.3 | $101.1 | $127.2 | $144.2 |
| | Growth | 0% | 214% | 142% | 87% | 21% | 26% | 13% |
| Gross Margin | | ($1.8) | $13.1 | $33.8 | $63.6 | $75.6 | $94.8 | $106.3 |
| | Margin | 0% | 71% | 76% | 76% | 75% | 75% | 74% |
| EBITDA | | ($3.8) | $8.8 | $26.2 | $51.7 | $61.7 | $78.1 | $87.7 |
| | Margin | 0% | 48% | 59% | 62% | 61% | 61% | 61% |
| EBIT | | ($4.4) | $8.1 | $25.4 | $50.8 | $60.7 | $76.9 | $86.7 |
| | Margin | 0% | 44% | 57% | 61% | 60% | 60% | 60% |
| Net Income | | ($5.3) | $7.3 | $20.7 | $29.2 | $35.0 | $44.6 | $50.6 |
| Operating Cash Flow * | | ($3.8) | $8.8 | $24.9 | $36.1 | $42.9 | $54.1 | $60.5 |
| Capital Expenditure | | $13.0 | $2.7 | $2.0 | $1.0 | $1.0 | $1.0 | $1.0 |

* Before Financing And Interest

# FlorAbama-Equity &/or Debt Capital

## Needs: $16,680,000

### Capital Expenditures ($9.7M):

| | |
|---|---|
| Pre-production Costs | $0.9M |
| Offshore Site Development | $2.2M |
| Shoreside Facility | $3.7M |
| Equipment | $2.9M |

### Working Capital ($6.9M):

| | |
|---|---|
| Personnel | $2.4M |
| Fingerlings | $1.5M |
| Feed | $2.2M |
| Insurance | $0.5M |
| Other Operations | $0.3M |



# GMIT Texas Platform Specifications

Permitted Site- 125 to 500 acres in phases

Main platform- 2-decks, 120 ft X 72 ft (17,280 ft²)

Main deck 75 ft above water

Water depth on legs 72-76 ft

2-250 kW diesel generators

Sleeping quarters for 18 people

Galley and office

Satellite platforms (3)- 2-decks, 69 ft X 41 ft (5,658 ft²)



BioMarine/GMIT Platform
Mariculture Project- Phase II-

approximately 745 acres. Sea cages are
drawn for illustrative purposes. The final arrays may
differ according to the manufacturer's specifications
and our research results.

Scale $\frac{1"}{300\ feet}$

Fairway

2,700 ft

2,500 ft

N

---

BioMarine/GMIT Platform Mariculture
Project- Phase IB Proposed Site Plan-

approximately 50 acres. Sea cages are drawn for illustrative
purposes. The final arrays may differ according to the
manufacturer's specifications and our research results.

Scale $\frac{1"}{150\ feet}$

1,500 ft. E to W

1,800 ft. N to S

28 ft

100 ft

72 ft

51m dia
Submersible
Production cages

Sea Anchors

AquaFence

Main
Harbor

FAIRWAY

10 m dia
Submersible
Primary Cages

11 m dia
Submersible
Exploratory Cages

AquaFence

Submersible Fish
Production cages

Gulf Marine Institute of Technology and BioMarine Aquaculture, Inc.
DR Permit Application No. SAM-2010-03846  GIOL No. xx-xxx141
Sheet 41 of 82



# History of Gulf Marine Institute of Technology (501-(C)3)

- BMT incorporated affiliate GMIT- 1995

- GMIT opened negotiation with Seagull Energy for Texas platform- 1998

- Dept. of Commerce released Aquaculture Plan-1999

- GMIT received 4 platform complex ($5.6 M) in Texas and $1.3 M- tax donation for research in 1999

- GMIT is the only non-oil company to own an offshore platform complex with sea farming USACOE & EPA permits

- President Bush introduced National Offshore Aquaculture Act- 2005 and re-introduced 2007

- GMIT won lawsuit defending 32 year lease and platform complex ownership- Nov 15, 2005-Tx lease under appeal

# Relationship between BioMarine Technologies and GMIT

**BMT affiliate GMIT - 1995 as a Delaware 501-C(3) Non Profit Research Institute**

**BMT received 1st in USA history ACOE offshore farming permits- 93 & EPA NPDES- 94**

Renewed EPA/NPDES permit modified for new FlorAbama site Feb, 2008.
Reissued ACOE site permit being admin modified from 20 cage site to 52 cages.
Further ACOE site expansion modifications strategically planned to add 20+ acres and 24 or more sea cage systems to FlorAbama site prior to fy2010

**BMT/GMIT received 1st USA ACOE Texas platform sea farming permits in US History- 2000 with renewal of ACOE Permit - Feb 7, 2008. New Texas GLO lease applied for March, 2008.**

**BMT/GMIT enters co-development agree of Texas four (4) platform complex Sept, 2007**

BioMarine is responsible for all platform maintenance and operational expenses
BioMarine receives access to GMIT platform for commercial operations
BioMarine to acquire new 30 yr lease site from Tx GLO- applied March 2008
GMIT receives royalty on gross sales @ 2.5% for exclusive commercial develop by BioMarine

**All USACOE and EPA/NPDES permits by BioM & GMIT in force for both FlorAbama & Texas projects**



**TEXAS- GROSS REVENUE AND NET PROFIT AFTER TAXES**

US$ in Millions

NET PROFIT   GROSS REVENUE

6 cages
16 cages
36 cages
46 cages
56 cages
66 cages
76 cages

Original Capital Investment $20 M

YEARS



## TEXAS-ACCUMULATED NET PROFIT AFTER TAXES

US$ in Millions

# Texas– Summary Financial Projections

| US$millions | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 |
|---|---|---|---|---|---|---|---|---|
| Sales | | $5.9 | $18.5 | $44.6 | $83.3 | $101.1 | $127.2 | $144.2 |
| | Growth | | 214% | 142% | 87% | 21% | 26% | 13% |
| Gross Margin | | $2.7 | $12.9 | $33.4 | $63.4 | $75.4 | $94.6 | $106.1 |
| | Margin | 46% | 70% | 75% | 76% | 75% | 74% | 74% |
| EBITDA | | $0.0 | $8.7 | $26.7 | $53.3 | $63.6 | $80.5 | $90.4 |
| | Margin | 0% | 47% | 60% | 64% | 63% | 63% | 63% |
| EBIT | | ($1.0) | $7.6 | $25.5 | $51.9 | $62.2 | $79.0 | $89.1 |
| | Margin | (17%) | 41% | 57% | 62% | 62% | 62% | 62% |
| Net Income | | ($1.5) | $7.2 | $19.7 | $30.1 | $36.2 | $46.1 | $52.1 |
| Operating Cash Flow * | | $0.0 | $8.6 | $23.9 | $37.0 | $44.1 | $55.7 | $62.4 |
| Capital Expenditure | | $20.2 | $1.5 | $2.0 | $1.0 | $1.0 | $1.0 | $1.0 |

*Before Financing And Interest*

# Texas–Equity &/or Debt Capital Needs:
## $20,200,000

### Capital Expenditures ($12.2M):

| | |
|---|---|
| Pre-production Costs | $1.6M |
| Platform Conversion | $3.6M |
| Shoreside Facility | $1.8M |
| Equipment | $5.2M |

### Working Capital ($8.0M):

| | |
|---|---|
| Personnel | $3.0M |
| Fingerlings | $1.5M |
| Feed | $2.2M |
| Insurance | $1.0M |
| Other Operations | $0.3M |

# BioMarine

## Project Highlights

1. Gulf of Mexico is a Highly Productive Ocean
2. Species Diversification with fast growing Native Finfish
3. Superiority of the permitted FL/AL and Texas
4. Proximity to large USA & Gulf States Markets
- 81% of total US seafood consumption are imports
- US$9 Billion +Plus Seafood Trade Deficit

**Birth of a Billion $ dollar market-driven industry**

# FlorAbama Fish Hatchery and Marine Education Center

**Facility Sponsor:**

## Gulf Marine Institute of Technology

**An IRS approved 501 C-3 Non-Profit
Research and Education Institute since 1995**



## Kiewit Building Group
### November 15, 2011

# Project Team

GMIT: John D. Ericsson

**Project Sponsor & Manager**

In cooperation with: The Florida Department of Aquaculture  and other sponsors to be determined

**Owner: To be Determined**

Aaron Steelman - Construction Project: Manager

**Construction Manager/General Contractor**

*Kiewit Building Group*

*A fortune 500 company with $5.5 billion in assets and 1100 employees*

*Recently completing the Anchorage, Alaska – Hernandez Sportsfish Hatchery @ 134,000 sq. feet and $96.0 million -on schedule and under budget*

# FlorAbama Concept Fish Hatchery and Marine Education



# Purpose and Need

- The Gulf of Mexico has enjoyed a robust sport fishing industry that is currently devastated by the BP Horizon oil spill.

- All the required regulations for establishing sustainable sea farming in the GOM has been approved by NOAA and the NMFS. June, 2011.

- The USA imports $10 billion annually in seafood from other countries.

- US Dept of Commerce states 300,000 to 500,000 new jobs will be created from sea farming in the Gulf of Mexico region growing to $5.0 billion industry.

- A major new multi-species marine hatchery is required in the Gulf states region to produce millions of fish fingerlings for commercial sea farming and restocking the GOM via a state-of-the-art marine hatchery, and education center.

- British Petroleum can fund this project with $100 million of its US Federal pollution fines and restore jobs, fisheries and its integrity!

# Project Production Goals

- Projected annual number of restocked fish from the new gulf nursery

  **= 5.6 to 12.0 million**

- Projected annual number of juvenile finfish for the GOM infant marine sea farming industry

  **= up to 25,000,000 in 5 years.**

- Cobia, amberjack, redfish, pompano, red snapper, red porgy and hundreds of other gulf species like shrimps and crabs

- Are commercially viable species for restocking the natural GOM waters for the sports fishing industry and for fish-farming

- Producing marine biology and science education for the public

- Via educational outreach center

- Similar to Seward, Alaska EXXON marine ed and research complex.

# Hatchery Technologies

## Raceway vs. Circular Tank



# Benefits of Recirculation

- Lower operations costs @ max fingerling production
- Environmentally friendly with minimum impact
- Decreased water consumption and effluent discharge
- Decreased pumping and heating costs
- Improved control of facility w/biosecurity
- Increase growth rates w/ reliable production
- Decreased maintenance requirements and reliable effects/risks with land-based recirc facility

# FlorAbama Hatchery Site Selection Criteria

- Land Ownership - State or Federal?
- Public Access via highway/boat
- Water Avail - Intercoastal /shoreline
- Build Footprint Requirement
- Hydraulics –Effluent/Drainage
- Regulatory/Permitting-NPDES
- Environmental & Elevation Conditions
- Cost –preferable 99 year lease for $1yr
- From county/state/federal owned lands

# FlorAbama proposed Site



# Project Development Steps

- Kiewit - Brings in construction expertise early in process
- Design Process
  - Team Building Exercise
  - Weekly Meetings
  - Joint Evaluation/Decision Making
  - Discipline Specific Meetings
- Cost Estimates - Periodic updates throughout design
  - Independent by both design and construction teams
  - Reconciliation

# Fish Nursery w/ Differing Tank Sizes



16' dia.



10' dia.



26' dia.

# Construction Design Challenges and Solutions

**Challenge:**

- Mechanical complexity and potential for conflicts between disciplines

**Solution:**

- 3D model for conflict identification and resolution



# Building Information Model (BIM)



# BIM Close Up



# FlorAbama Project Start

**Kiewit/GMIT proposed Design & Construction Phased for an Early Spring 2012 Construction Start w/2011 funding:**

- **1st Phase** Design for Construction Completed by April, 2012

  Included:    Site / Civil         Utilities

               Foundation          Structural Steel

               Exterior Walls       Roofing

- **Final Phase** Design for Construction Completed July, 2012

  Included:    Remaining Building Elements

# Anchorage under Construction



Driving steel for building perimeter -- May 2009

# Kiewit AK Construction Progress



## Ground work -- July 2009

# Kiewit AK Construction Progress



Foundation walls – September 2009

# Kiewit AK Construction Progress



## Superstructure Steel -- October 2009

# AK Construction Progress



Side walls for building enclosure -- November 2009

# AK Construction Progress



Fully Enclosed -- January 2010

# AK Construction Progress



Roof on and duct work -- February 2010

# Kiewit AK Construction Progress



Ground plumbing and Air system -- March 2010

# AK Construction Progress



Juvenile tanks and its plumbing -- April 2010

# AK Construction Progress

May 2010



# AK Construction Progress



Jumbo fish tanks --- July 2010

# Kiewit AK Construction Progress



Reinforced steel/concrete floors -- July 2010

# AK Construction Progress



Main Jumbo tank battery install -- August 2010

# AK Construction Progress



Water filtration & aeration system -- September 2010

# Kiewit AK Construction Progress



Labs and mgmt. center -- October 2010

# AK Construction Progress



Pouring floor concrete -- November 2010

# Look Forward





- Alaska Project substantially completed on Aug, 2011
- Under budget

