Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321

# FLORABAMA SEA FARMING SITE DRAWINGS WITH MODIFICATIONS FOR 56 CAGES (PHASES I, IIA, and IIB)

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321



Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

**BioMarine FlorAbama Project-Phase IIA**
Site is 27.5 acres; (20) 30 m diameter production/nursery cages w/feeder barge located centrally for maintaining operations

- 800 ft
- 1500 Ft.
- Total Enclosed Area-27.5 Acres
- Current
- Current
- Aqua Fence
- Feed
- Feed
- Feeder Barge for Offshore Ops
- Cage System 100' Diameter (×20)

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy   Claimant EIN: 75-2309471 & 31-1475321

BioMarine FlorAbama Project - Rev Phase IIB

Site is 27.5 acres; (48) 30 m diameter production & (8) 15 m nursery cages w/feeder barge/platform located centrally for maintaining operations

Dimensions: 800 ft × 1,500 ft; 100 ft

Labels: AquaFence, Current, 15 m Nursery Cage, Platform or Feeder Barge, 30 m Production Cage, AquaFence