**FEASIBILITY STUDY – OFFSHORE MARICULTURE**



National Oceanic and Atmospheric Administration

# A Report of Waldemar International Inc.

Pursuant to National Oceanic and Atmospheric Administration (NOAA)
Award No. NA77FL0150

## Reviewers Please Note:
This report was completed in 1999 and therefore all fish farming species and pricing for sea food sales is antiquated by 7 years as of FY2006

In addition, many of the permitting and technology concerns mentioned have been will developed to the point of being ready for commercial development

Comment by: John D. Ericsson
Gulf Marine Institute of Technology
April 14, 2006

This paper is funded through a cooperative agreement with NOAA. Views expressed are those of the authors and do not necessarily reflect the views of NOAA or any of its sub-agencies.

# Table of Contents

**Preface and Acknowledgements** ................................................................. iv

**Disclaimer** ..................................................................................................... vi

**Executive Summary** ................................................................................... vii

**Chapter 1** .................................................................................. **Introduction**
    System Description ........................................................................................ 1-1
        Fish Cage Systems ................................................................................ 1-5
        Cage Mooring Systems ......................................................................... 1-7
        Fish Feeding Systems .......................................................................... 1-8
        Offshore Support Systems (Platform Operations &
            Maintenance) ................................................................................ 1-9
        Onshore Operations ............................................................................ 1-10
        Product Transportation Systems ........................................................ 1-10
    Equipment Assessment .............................................................................. 1-11
        Mariculture Cage Systems ................................................................. 1-11
        Containment Nets ............................................................................... 1-16
        Mariculture Feeder Systems .............................................................. 1-17
    Worldwide Offshore Mariculture ................................................................ 1-21
        Trends ................................................................................................. 1-22
        Countries, Companies, and Offshore Operations ............................. 1-24

**Chapter 2** ............................... **Assessment of Candidate Marine Finfish**
    Summary of Species Assessment ............................................................... 2-1
    Introduction ................................................................................................... 2-2
    Species Assessments .................................................................................. 2-7
        Amberjack, Greater, *Seriola dumerili* ................................................ 2-7
        Cobia, *Rachycentron canadum* ....................................................... 2-11
        Flounder, Southern, *Paralichthys lethostigma* ................................ 2-15
        Groupers – Gag Grouper, *Mycteroperca microlepis*, Red
            Grouper, *Epinephelus morio*, Nassau Grouper,
            *Epinephelus striatus* ................................................................. 2-18
        Mahimahi, Common Dolphin, Dorado, *Coryphaena hippurus* .......... 2-22

Pompano, *Trachinotus carolinus* .................................................................. 2-2
Red Drum, *Sciaenops ocellatus* .................................................................. 2-29
Red Snapper, *Lutjanus campechanus* ........................................................ 2-33
Other Snappers – Mangrove Snapper, *Lutjanus griseus*,
    Mutton Snapper, *Lutjanus analis*, Yellowtail Snapper,
    *Ocyurus chrysurus* ................................................................................ 2-36
Striped Bass and SB Hybrids, *Morone saxatilis* ........................................ 2-38
Ocean Ranching of tuna ............................................................................... 2-42

## Chapter 3                            Assessment of Platform Availability

General Locations and Numbers ................................................................ 3-1
Platforms Scheduled for Abandonment (Decommissioning) ................... 3-4
Areas of the Gulf of Mexico Suited for Mariculture ................................. 3-5
    Concentrations of Platforms Scheduled for Abandonment ...................... 3-5
    Logistic Considerations ............................................................................ 3-6
Concerns of Platform Owners .................................................................... 3-6

## Chapter 4                                    Regulatory Environment

Permitability Assessment of Commercial Project ................................... 4-1
    Summary .................................................................................................. 4-1
    Projects Proposed for Gulf of Mexico to Date ......................................... 4-?
    Permits Which Are or May Be Required for a Commercial
        Project .................................................................................................. 4-2
    Major Potential Problem Areas and Recommendations for
        Fostering a Commercial Mariculture Industry in the Gulf
        of Mexico ............................................................................................ 4-16
    An Aside – The "Rigs-to-Reefs" or Artificial Reef Program ................... 4-23

## Chapter 5                                          Economic Analyses

Introduction ................................................................................................ 5-1
Cost Projections – Capital, Operations & Maintenance ......................... 5-2
Food Conversion Ratios ............................................................................ 5-6
    Feed Characteristics and Food Conversion Ratios ................................. 5-7
    Bio-energetics of Food Conversion Ratios ............................................. 5-8
Food Conversion Rates for Candidate Species ...................................... 5-9
Revenue Potential ..................................................................................... 5-10
    Projected Demand .................................................................................. 5-10
Feasibility Analyses of Offshore Finfish Processing ............................ 5-15



## Chapter 6 — Environmental Impact Analyses

Introduction ............................................................................................. 6-1
Natural Environment ............................................................................... 6-2
    Water Quality Issues ........................................................................ 6-2
    Source Description ........................................................................... 6-3
    Impact to the Environment ............................................................... 6-4
    Conclusion ....................................................................................... 6-6
    Potential Impacts on Native Fish Stocks ......................................... 6-7
    Protected Species ............................................................................ 6-9
Socioeconomic Environment ................................................................ 6-19

## List of Appendices

Appendix A ......................................... Management of Disease in Mariculture
Appendix B ................................................................................ Market Analysis
Appendix C ................................... Cage Candidates, Hydrodynamic Modeling, Sensors and Control Systems (WHOI Report)
Appendix D ................................................... Oceanographic/Water Quality Data
Appendix E ...................................................... Water Quality Impact Analysis



WALDEMAR NELSON INTERNATIONAL INC.

# Preface and Acknowledgements

A project team was assembled by Waldemar Nelson International Inc. to conduct a study on the feasibility of establishing offshore finfish mariculture operations in the northern Gulf of Mexico. This report presents the results of that study. It is organized with six text chapters including: (1) an introduction, which describes the existing state of technology and the level of development of offshore mariculture in other countries; (2) an assessment of candidate marine finfish for mariculture operations in the Gulf; (3) an assessment of the availability of offshore platforms for conducting such operations; (4) a description of the regulatory environment within which the establishment and operation of such an industry would function; (5) an economic analysis of both a fish farming operation and offshore finfish processing facility; and finally, (6) an environmental impact analysis. The authors attempted to condense the main text of this document by only incorporating the pertinent features of each of these issues; however, much more detailed analyses were done on some of these issues and are shown in their entirety in appendices to the text. A complete set of references is shown for the text portion of the document with each appendix containing its own bibliography.

In addition to staff of Waldemar Nelson International Inc., a number of individuals and institutions contributed heavily to the conductance of the study and preparation of this document. Greatful appreciation for these efforts is extended to the following:

## FEASIBILITY STUDY – OFFSHORE MARICULTURE
### PREFACE AND ACKNOWLEDGEMENTS

National Marine Fisheries Service
- Dr. Bradford E. Brown
- Dr. Thomas D. McIlwain
- Jeffrey E. Brown
- Edwin Rhodes (NOAA Fisheries)

Louisiana Universities Marine Consortium
- Dr. Edward J. Chesney
- Dr. Nancy N. Rabalais

Louisiana State University
- Dr. Kenneth J. Roberts
- Dr. John P. Hawke

Woods Hole Oceanographic Institute
- Dr. Walter Paul
- Dr. Mark Grosenbaugh
- Dr. Jim Irish

Marine Production Systems Ltd.
- Neville Thomson

Louisiana Department of Wildlife and Fisheries
- Rick A. Kasprzak

U.S. Minerals Management Service
- Villere Reggio

Burris Mill & Feed, Inc.
- David H. Burris

Bon Secour Fisheries, Inc.
- Christopher L. Nelson

Ecrevisse Acadienne
- Russell Raulston



WALDEMAR NELSON INTERNATIONAL INC.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

# Disclaimer

In order to develop certain portions of the feasibility study, it was necessary for the project team to select classes of certain components of equipment. The mention or use of any particular type of equipment in this report is not intended to be an endorsement of that particular type of equipment. It is merely a means of assessing overall feasibility of offshore mariculture in the northern Gulf of Mexico.

FEASIBILITY STUDY – OFFSHORE MARICULTURE
EXECUTIVE SUMMARY

# Executive Summary

This report details a comprehensive evaluation of the feasibility of establishing offshore finfish mariculture operations in the northern Gulf of Mexico. A component of this analysis was an evaluation of what has transpired in the last two or three decades in other countries around the world. Extensive literature reviews on many aspects of these operations were performed.

It became obvious in the early phases of our analysis that a truly offshore finfish farming operation would almost necessarily be on a rather large scale in order to be economically attractive. Our analyses covered a private operation with no significant federal or state subsidies. The project team developed a "base case" scenario which was used subsequently in many different types of analyses, i.e., economics, environmental impact, regulatory, etc. The derivation of the base case also assumed that the farming operation was based on an oil and gas production platform which had ended its useful life of hydrocarbon extraction. Following is a summary of each of the individual analyses and pertinent conclusions reached.

The establishment of an offshore mariculture industry in the northern Gulf of Mexico is certainly practicable with the use of existing technology. Chapter 1 of this report details the available systems for cages, mooring systems, feeding systems, and other support functions and conclude that the technology for these systems is well established in other countries around the world and could be easily adapted to installation in the northern Gulf of Mexico.

The project team evaluated a number of different finfish species for Gulf mariculture and concluded that two of these species (red drum and striped bass) are currently suitable for extensive farming operations in the Gulf of Mexico, particularly when associated with a marine hatchery. A number of other species were evaluated and conclusions reached that some degree of development either in the hatchery or grow-out



**WALDEMAR NELSON INTERNATIONAL INC.**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**EXECUTIVE SUMMARY**

phases would have to be realized in order to make these other species suitable for farming at production scale.

There is adequate availability of platforms in the northern Gulf of Mexico for potential use as centers of farming operations. Chapter 3 of this report gives detailed information on the locations, numbers, size and age characteristics of these platforms. There is also considerable discussion in that chapter regarding the concerns of platform owners regarding transfer of these structures to a start-up mariculture company. There are legitimate concerns of these oil and gas company current owners which will have to be addressed in detail by a perspective mariculture entity.

The project team evaluated the current status of the regulatory environment for mariculture in the northern Gulf. Chapter 4 presents a discussion of the status of projects previously proposed and it also presents a detailed discussion of all the necessary permits and authorizations for operation which need to be acquired by a mariculture company. The project team does not believe that these regulatory constraints will impede development of mariculture operations in the Gulf in the long-term; however, some suggestions are made in that chapter regarding necessary statutory and regulatory revisions which should be made in order to foster the establishment of a mariculture industry.

The costs for establishing and operating an offshore farm will be substantial. In Chapter 5 of this report we indicate that for an independent mariculture operation, i.e, not operating in concert with oil and gas production, capital costs for such an operation will be in the six million dollar range with annualized costs in the three million dollar range. This reason alone suggests that establishment of truly offshore mariculture operations in the Gulf will be by well funded, relatively large companies. Chapter 5 also presents data which can be used by perspective mariculture operators in the development of their own cost and revenue projections for their respective operations.

The final chapter in this feasibility study report is an assessment of the environmental impact of establishing the base case operation in the Gulf of Mexico. Items reviewed as part of that analysis include water quality issues, impact on native fish stocks, impact on protected species, and a summary evaluation of socioeconomic impact analyses. It was concluded that a single, large mariculture operation such as described in the base case analysis should not create significant adverse impacts to any of these areas. A



**WALDEMAR NELSON INTERNATIONAL INC.**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**
**EXECUTIVE SUMMARY**

relatively detailed water quality impact analysis was conducted and it was determined that the water quality surrounding a well-operated offshore farm should not be adversely affected. It is further recommended that the proof of this analysis will lie in the effective monitoring of these operations in the future to verify the use of certain of our assumptions and to ensure that individual operators work in close concert with regulatory agencies.

In summary, the project team concludes that the establishment of offshore finfish mariculture operations in the northern Gulf of Mexico is likely to occur in the next several years. Given the national trend toward more conservative fisheries management and worldwide increasing demand for seafood we believe it will prove to be a necessary and valuable supplement to marine finfish harvested by the commercial fishing industry.