**FEASIBILITY STUDY – OFFSHORE MARICULTURE**



Appendix
A

# Management of Disease in Mariculture

A report prepared for Waldemar Nelson International Inc. as part of a feasibility study on mariculture of selected fish species utilizing existing structures in the Gulf of Mexico

### by JOHN P. HAWKE, PH.D.*

*Employment address:
Dept. of Veterinary Microbiology and Parasitology
Louisiana State University
Baton Rouge, LA  70803
225-346-3281

Home address:
16128 Crepemyrtle Dr.
Baton Rouge, LA  70817
225-752-1215

Views expressed in this report are those of John P. Hawke and do not in any way reflect the opinions of the Department of Veterinary Microbiology and Parasitology or Louisiana State University.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.


Appendix A

# Table of Contents

## Management of Disease in Mariculture

**Introduction** ......................................................... **A-1**

**Parasitic Agents** ................................................... **A-3**

**Bacterial Diseases** .............................................. **A-18**

**Rickettsial Diseases** ........................................... **A-25**

**Viral Diseases** .................................................... **A-26**

**Susceptibility of Candidate Species** .................. **A-28**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.



# Management of Disease in Mariculture

## Introduction

The feasibility of intensive production of marine fish in sea cages and other types of mariculture systems has been confirmed for a number of species on a worldwide basis and the potential for success exists for a number of others. Following an extensive literature review, and also drawing from my own experience, I have come to the conclusion that this form of aquaculture will probably experience the growing pains encountered in others and that is; as the technology increases to the point where fish growth rates and densities are maximized to reach production goals, disease will inevitably become a limiting factor in the production scheme. In some instances the diseases may be facultative in nature (caused by opportunistic bacteria or parasites) which only become significant when the cultured fish population becomes stressed due to poor water quality, overcrowding, injury resulting from handling, or inadequate nutrition. In other situations, high fish density and ease of transmission may allow obligate pathogens (bacteria or viruses) that are highly infectious and host specific to cause explosive mortality and high losses before they can be brought under control.

The control of parasitic diseases with chemical treatments is most economical in closed recirculating systems, tanks and small ponds. In order to treat cages or net pens, a plastic envelope would have to be fitted around the cage and aeration provided for a short-term (1-2 hour) treatment.

Treatment with antibiotic feeds is usually an effective means of managing bacterial diseases; however, resistant strains of bacteria may be selected if antibiotics are used too

**A-1**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

often or in an improper fashion. In the case of food fish species that have only been cultured on an experimental basis, there may not be any drugs or chemicals cleared by the USFDA for treatment of disease. Permission from the USFDA to use a particular drug may be obtained in the form of an Investigational New Animal Drug Permit (INAD) which involves an agreement on the part of the producer to use the drug in accordance with FDA guidelines and to collect and report data on efficacy and residue etc. Ideally, a university researcher is involved in designing the protocols and helping with the presentation of data.

Vaccination is another management tool available but many fish vaccines are still in the developmental stage. If a particular fish species is known to be at risk from a disease year after year, vaccination may be the best route of management. This is true for the salmon industry, which was hampered by vibriosis until successful killed vaccines were developed for application to fingerlings by immersion before they are taken offshore to sea cages for grow-out.

If preventative measures are not effective, the ability to recognize a problem in its early stages by the producer and the utilization of available technical support such as that offered by the Aquatic Animal Diagnostic Laboratory at the LSU School of Veterinary Medicine may mean the difference between losing large numbers of fish or just losing a few.

In this report I will try to describe the various parasites and diseases that are known to affect the survival of the primary and secondary candidate species that have been proposed and suggest the best ways to manage these problems in a commercial aquaculture setting. In the second section I will list each candidate species and the diseases that are problematical for each.  Any unusual host specificity or sensitivities to certain treatments will be discussed.

**A-2**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

## Parasitic Agents

### *Amyloodinium ocellatum*

#### Epizootiology

The marine dinoflagellate protozoan parasite *Amyloodinium ocellatum* is, in my opinion, the most serious parasitic disease known from cultured marine fish. It affects all life stages from very small fingerlings to adults. This parasite has a complex life cycle which is completed more efficiently in aquaria, tanks and closed recirculating systems (Noga, 1996). This feature makes the parasite most devastating in the infection of brood fish held in closed spawning systems on temperature photoperiod regimes. Fry and fingerlings cultured in closed recirculating and semi-closed tank systems and ponds receiving low water replacement rates are also at risk. This parasite is not very host specific and is capable of infecting and causing disease in a variety of hosts (Lawler, 1977).

#### Life Cycle

The life cycle begins with a free-swimming dinoflagellate stage (dinospore) which attaches to the gills and skin of a fish host. The attached parasite (trophont) enlarges, becomes rounded, and sends rhizoid processes into the host cell and feeds on the epithelial tissue causing localized tissue damage to the epithelium at the site of infection. It has been speculated that a toxin may be released locally that has an overall effect on the pathology of the disease since numbers of trophonts present often seem inadequate to cause death of the fish. The parasite matures further, enlarges (50-350 $\mu$m), retracts its rhizoids (tomont stage) and drops off the host where it undergoes multiple divisions on the bottom of the tank (palmella stage). These give rise to approximately 50-250 infective motile dinospores. It has been my experience that red drum cultured in cages and net pens that have become infected with *Amyloodinium* or were stocked already infected, did

**A-3**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

not succumb to the disease and the parasite eventually disappeared. This indicates that even moderate water exchange, as occurs with tidal action, is adequate to disrupt the efficiency of the life cycle.

## Environmental Requirements

The optimum temperature for development is 23 to 27°C (73-81°F). Infestations do not occur at less than 17°C (63°F). Disease has occurred in salinities ranging from 3 to 45 ppt but some isolates vary as to their salinity tolerance. Red Sea isolates do not reproduce below 12 ppt whereas Gulf of Mexico isolates cause disease efficiently at 3 ppt.

## Treatment

Treatment of Amyloodiniasis is extremely difficult because of the complex life cycle. Certain stages are resistant to chemical treatment (trophont and tomont) and others (dinoflagellate) are very sensitive. Therefore it should be remembered when treating this parasite that you are only controlling one stage and multiple or continuous treatment will be required to eradicate it.

Formalin – 100-200 mg/l for 1-3 hours detaches the trophonts from the fish but they remain viable. This treatment may be of some benefit if large-scale water exchange is done following application and dislodging of the parasite. Dinospores seem to be somewhat resistant to formalin treatment.

Chelated Copper Sulfate – (Cutrine, Copper Safe®) is effective at levels between 0.15-0.2 mg/l free copper ion but these levels must be maintained almost continuously for one month to achieve eradication. Copper levels must be assessed daily with a copper test kit (e.g., LaMotte Chemical Co., Hach Chemical Co., Aquarium Systems).

**A-4**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

<u>Chloroquine Diphosphate</u> – Chloroquine diphosphate at 10 mg/l kills dinospores immediately but has no effect on tomont division. Chloroquine may also be added to the feed at 10mg/kg/day for systemic control of the parasite.

<u>Lowering the temperature</u> – is usually not feasible and only suspends the development of the parasite.

<u>Lowering the salinity</u> – *Amyloodinium* can tolerate low salinities and usually fresh water is required to eradicate it. Red drum can tolerate fresh water extended periods and this may actually be one of the better treatments if it can be done without stressing the fish. Fresh water baths dislodges most but not all of the trophonts (Lawler 1977).

<u>UV Irradiation</u> – Dinospores are killed with UV irradiation however the rate of water exchange in a closed recirculating system may determine if this is an effective treatment or not. If the rate of exchange is not high enough the life cycle can be successfully completed in the tank.

<u>Filtration</u> – Dinospores may be removed from the water in a closed recirculating system by filtration through diatomaceous earth or saran screen however the pore size must be 10 μm or less since the dinospores range in size from 8-13.5 μm in length to 10-12.5 μm in width. A combination of UV irradiation and filtration may keep the parasite infestation rate at a low level and prevent mortality in closed systems.

## Management

Management of amyloodiniasis is best accomplished by prevention of introduction of the parasite into the production cycle. Brood fish captured from the Gulf

**A-5**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

of Mexico, should be quarantined in a separate closed recirculating system where they can receive prophylactic treatments prior to stocking into the temperature photoperiod controlled spawning system. The suggested prophylactic treatments are as follows:

Formalin (static bath) – 100-200 ppm for 1 hour followed by flushing of the tank and replenishing with fresh synthetic seawater.

Chloroquine phosphate – 10 mg/kg/day in a gelatin capsule added to squid or other food item for one month.

Chelated copper sulfate – 0.15-0.2 mg/l free copper ion maintained continuously by checking with a copper test kit and adding additional copper as necessary for one month. At the conclusion of this one-month quarantine the brood fish can be added to the spawning system. Fry and fingerlings produced from these parasite-free brood stock should remain parasite-free as long as they are cultured in closed synthetic seawater systems or in ponds that are filled with saline ground water. Under no circumstances should natural unsterilized brackish water from bays, marshes or the Gulf of Mexico be used to culture the fry or fingerlings. This should maintain their parasite-free state until they are moved offshore where water exchange rates should be high enough to prevent the parasite from becoming a problem. Should fry or fingerlings become infected in the hatchery tanks or nursery ponds one of the above-mentioned treatments could be used to treat the infestation.

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

## *Cryptocaryon irritans*

### Epizootiology

This ciliated protozoan parasite is considered the marine counterpart to "Ich" and shows very little host specificity infecting 27 different species of fish in the New York Aquarium (Nigrelli and Ruggieri, 1966). Typical signs of infestation are white spots approximately 0.5 mm on the skin and gills. Although it is more obvious on the skin the majority of the pathology takes place on the gills. This parasite is difficult to treat having a complex life cycle almost identical to "Ich" in freshwater and similar to *Amyloodinium*. *Cryptocaryon* is an obligate parasite requiring a fish host to survive and therefore must be introduced into a new system by an infected fish or water from a source containing infected fish. Like other protozoan parasites with a complex life cycle, they are more prevalent in closed systems and prolonged treatment is required for eradication.

### Life Cycle

The cycle begins with attachment of a small (20-50 µm) free-swimming stage (theront) to the skin or gill epithelium. This stage penetrates the epithelium and encysts within a nodule and forms the feeding stage (trophozooite or trophont). After feeding and enlarging (50-450 µm) the troph breaks through the epithelium, falls off the host and forms an encapsulated dividing stage (tomont). After several divisions, tomites break through the nodule wall to produce infective free-swimming theronts. The life cycle progresses fairly quickly and treatment must be administered as soon as the infection is diagnosed. Thus far, infections with this parasite have only been seen in red drum cultured in tanks and closed systems and it has not been reported from cage culture operations in Louisiana. It has, however, been reported as a problem in young grouper cultured in sea cages in Southeast Asia (Leong, T.S., 1990), in cultured sea bass and grouper in Thailand (Tookwinas, 1990), and in Japanese flounder (Kaige and Miyazaki, 1985). It is primarily a disease of ornamental marine aquarium fish and is a serious

**A-7**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

problem in large public aquaria (Joe Choromanski, Audubon Institute, personal communication).

## Environmental Requirements

*Cryptocaryon* is pathogenic at 20° to 30°C (68° to 86°F) with optimum reproduction at the high end of the range. The life cycle can be completed in as few as 6 days however 11 to 15 days is most typical. Up to 200 theronts may be produced from one tomont. Lowering the temperature below 19°C stops reproduction. The salinity tolerance is not as great as *Amyloodinium* and the parasite can be treated by lowering the salinity to 10 ppt. At 25°C theronts remain infective for only 24 hours however tomonts have been observed to survive and release theronts as long as 72 days after leaving the fish.

## Treatment

Treatment of this parasite should be done promptly following diagnosis because it reproduces quickly.

Formalin – 100-200 mg/l for 1-3 hours. Not known to be completely effective since encysted forms are not susceptible.

Chelated Copper Sulfate - Same as for *Amyloodinium*

Lowered salinity - lowering the salinity to 10 ppt or less is effective on euryhaline species such a red drum.

Chloroquine diphosphate – same as for *Amyloodinium*

**A-8**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.**

## Management

Since *Cryptocaryon* is an obligate parasite, avoidance or prevention of introduction via new fish by quarantine is the only logical approach in closed recirculating systems. Basically all the points made concerning *Amyloodinium* are true for this parasite. Caution: Fish that have survived outbreaks may have acquired immunity and can be carriers of low levels of the parasite. They can then infect new immunologically naive additions to the system which can later become diseased. Some of the reports in the literature indicate this parasite can attack fingerlings after transfer to sea cages and I find this troubling. Whether or not this will become a problem for red drum is yet to be determined.

## Other protozoan ectoparasites: *Chilodonella, Brooklynella, Uronema, Cryptobia, Paramoeba* and *Epistylis*

### Epizootiology

Organisms in this class are true parasites which reside on the surface of the host (skin and or gills) and cause localized damage at the site of attachment. They may or may not be obligate parasites and host specificity varies with the individual parasite. They are differentiated from the first two parasites discussed in that they reproduce by binary fission and do not have a complex life cycle and replicate without leaving the host. Therefore, treatment of this class of parasite is much easier than *Amyloodinium* or *Cryptocaryon* with only a single application of a chemical being required. The trichodinid ciliates usually cause mild disease with the harmful effects resulting from blockage of the respiratory epithelium when the ciliates reach high numbers. The others in this group cause more localized gill and skin pathology and there is evidence that the protozoa feed directly on the gill epithelium. Secondary bacterial infection is common with most of these parasites. The flagellate *Cryptobia branchialis* is a weak pathogen and like its freshwater counterpart *Ichthyobodo* is an indicator of poor water conditions or stress. These parasites can occur at a wide range of temperatures and salinities. *Epistylis* is the

**A-9**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

cause of "red sore disease" and typically causes shallow ulcerations at the base of the stalk which are invariably infected by secondary bacterial organisms. Gill amoeba have not been reported from any of the candidate species but have been seen as pathogens of trout after transfer from fresh water to sea cages.

## Treatment

Formalin – 15 ppm indefinitely or 100-200 ppm for 1-3 hours. Should eradicate the parasites with a single treatment. Fish should be examined periodically for recurrence.

Chelated Copper Sulfate – add to achieve an initial dosage of 0.2 ppm copper ion. A single treatment should suffice to eradicate all of the above parasites.

Lowered salinity – certain parasites such as *Brooklynella, Uronema* and *Paramoeba* are strictly marine and lowering the salinity to 10 ppt or less should effect control.

## Management

Fry and fingerlings should be monitored and treated with chemical treatments as needed in the hatchery and nursery ponds. Is imperative that fish be free of all parasites of this type prior to moving offshore. If fish densities are kept at a reasonable level, stress is kept at a minimum and good nutrition is supplied, the chances of having to treat these types of parasites in grow out cages should be low.

**A-10**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

## Ectocommensal protozoa: *Apiosoma* (formerly *Glossatella*), *Ambiphrya* (formerly *Scyphidia*), *Riboscyphidia.*, *Trichodina*, *Trichodinella,* and *Dipartiella*

### Epizootiology

These organisms are not true parasites but are believed to be ectocommensal, using the gill or skin as a place for attachment and to gain access to food and deriving little if any nutrition directly from the fish. Attachment takes place by a holdfast present on the base of the organism and results in little or no damage to the epithelium of the host. Increasing loads of these organisms on the gills are indicators of stress or poor nutrition in the host. Heavy loads of ectocommensals impede water flow and gas exchange at the surface of the gill lamellae resulting in fish behaving as if they were suffering from an oxygen depletion when levels of oxygen are still adequate in the water. These organisms have a simple life cycle reproducing by binary fission and show little host specificity. They seem to increase in number in the cooler months of the year and decline in the mid summer.

### Treatment

Treatment of these organisms should always be accompanied by improving the environment.

Formalin – 100-200 mg/l for 1-3 hours. The parasites in this class are usually easily controlled and a single application is adequate. Some species of ectocommensals develop resistance to formalin and should be treated with copper sulfate.

Chelated Copper Sulfate – A single dose of 0.15-0.2 ppm is usually effective in eradicating ectocommensals.

**A-11**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

<u>Lowered salinity</u> – Lowering the salinity rapidly should control most marine ectocommensals. Those that are encountered in brackish water environments may be able to tolerate more of a salinity change.

## Management

Management of this group is the same as the protozoan ectoparasites #3.

## Microsporidian protozoa: *Glugea, Pleistophora* and *Nosema*

### Epizootiology

A number of debilitating parasitic diseases of marine fish are the result of microsporidian invasion and proliferation. These are often diseases seen in wild caught fish and tend to affect survival of the young more than the older fish. They are also responsible for a number of serious disease in cultured fish (Noga, 1996). Microsporidians, unlike the myxosporidia, are intracellular parasites which cause hypertrophy of host cells to form grossly visible cysts or tumor-like areas "xenomas." The host tissues and organs most seriously affected are the skin, muscles, digestive tract, and nerves. In some cases the infections can be debilitating to the host without causing mortality. The intestine may become occluded, and the ovaries or testes degenerate in advanced infections. Tumor-like masses in the muscle tissue of fish can affect marketability of fillets.

### Life Cycle

Microsporidians are not seen as commonly as myxosporidians and are usually very host-specific, however, some such as *Pleistophora hyphessobryconis* and *Glugea stephani* can infect a broad range of fish species. All microsporidians are intracellular parasites with a direct life cycle. A thick-walled spore is formed which contains the sporoplasm. When a host ingests the spore, the sporoplasm is discharged through the

**A-12**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

channel of a tubular polar filament that is stored coiled within the spore. The sporoplasm then migrates to the target organ and starts a proliferative phase (merogony), producing a large number of cells (meronts) by binary or multiple fission. In the final stages, meronts give rise to sporonts which undergo sporogony producing mature spores. Mature spores may be released from the host by the rupture of a cyst near the body surface or after death of the host. How infection spreads within a host is unknown.

### Treatment

Aside from disinfection and quarantine there are no proven treatments for microsporidian infections.

### Myxosporidian protozoans: *Kudoa, Henneguya* and *Myxobolus*

### Epizootiology

Diseases caused by members of the phylum *Myxozoa* are common in marine fish (Lom, 1984). They are usually very host specific infecting only one species or a closely related group. Many wild caught fish harbor myxosporidians but epizootics in tank or aquarium reared fish have not been reported. This is probably the result of an intermediate host being absent in the tank environment.

The myxozoa localizing in the somatic muscles of marine fish are considered some of the most destructive parasites and can be of great economic impact. These histozoic forms are associated with a condition in which the muscle tissue contains necrotic foci associated with cysts containing numerous spores characterized by rapid postmortem deterioration. I have diagnosed *Kudoa* sp. causing this condition in cage-reared hybrid striped bass in Louisiana but it occurred in one year only and mortality was light (Hawke, LAADL Case records, 1991). Infection with histozoic myxosporidians possibly would lower the value of the fillet even if mortality was light. Myxosporidians may infect other tissues as well including the pyloric caecae, intestine, heart, liver, gall bladder, urinary bladder, brain, spinal cord and gills.

**A-13**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

## Life Cycle

The parasites in this group are obligate parasites of tissues i.e. histozoic forms that reside in intercellular spaces of certain target organs. The characteristics of the Myxozoa include the development of a multicellular spore, presence of polar capsules in their spores and endogenous cell cleavage in both the trophozoite and sporogony stages. There is evidence that at least some of the myxosporidians have an indirect life cycle that involves a vertebrate (fish) and an invertebrate (annelid) with each life cycle having its own sexual and asexual stages. The early stages of the life cycle in fish usually incite little host reaction but plasmodia accompanied by mature spores cause considerable inflammation. In many cases, tissue damage is greatest after death of the host when enzymes released by the parasites cause muscle liquefaction.

The occurrence of myxosporidians in pelagic hosts also suggests a method of transmission from fish to fish by spore release or the existence of a planktonic intermediate host.

## Treatment

There have historically been no treatments for myxosporidians other than controlling intermediate hosts such as snails. New drugs for the treatment of these infections such as fumagillin may be cleared in the near future.

## Monogenetic trematodes - *Gyrodactylus, Neobenedenia, Benedenia, Ancyrocephalus, Axine, Heteraxine, Microcotyle, Bicotylophora*

### Epizootiology

Monogeneans are ectoparasitic worms that are blood, tissue, and mucus feeders. The trematodes are divided into two major groups and four subgroups: the gyrodactylids, the dactylogyrids and the capsalids which are in the Monopisthocotylea and possess an

**A-14**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

attachment organ (haptor) consisting of hooks, clamps, and suckers that may cause extensive damage to the gills and skin of hosts and the Polyopithocotylea which possess a haptor made up of a battery of small muscular adhesive suckers. Additionally, monogeneans have a direct life cycle which allows for rapid proliferation directly on the host or when fish are closely confined in tanks and aquaria. Most show host specificity however this may break down in aquaculture situations. Environmental stress, as a result of poor sanitation, poor nutrition, and deteriorating water quality may cause fish to become more heavily infested with these parasites. Adult fish can usually tolerate low levels of infestation with no ill effects. Reproduction rate is under temperature control with the fish being at greatest risk in the spring. Monogeneans that have hooks and anchors that pierce the skin can also transmit pathogenic bacteria and other agents (Cusack and Cone, 1986).

## Reproduction

Two major modes of reproduction exist within the monogenetic trematodes which affects management strategy. Oviparous monogeneans lay eggs that usually settle to the bottom to develop. After hatching, the free swimming infective stage (oncomiracidium) seeks out and attaches to a new host and crawls to its final attachment site. Viviporous monogeneans give birth to living young at the site of attachment to the host.

## Treatment

Formalin – 100-200 mg/l for 1- 3 hours will control but may not eradicate all the trematodes that are embedded in and protected by mucus. Repeated treatments may be required.

Organophosphate bath – For marine capsalid monogeneans add 2-5 mg trichlorfon per liter for 1 hour or .25 mg/l indefinitely.

**A-15**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

Freshwater bath – only practical on euryhaline species.

Praziquantel – for marine monogeneans 20 mg/l for 1.5 hours, 10 mg/l for 3 hours or as a prolonged immersion at 2 mg/l.

## Digenetic trematodes (grubs)

Adult digenetic trematodes are common in the digestive tracts of marine fish with over 1300 species being described and marine fish also harbor the larvae (metacercareae) of trematodes the definitive hosts of which are shore inhabiting birds or mammals. These parasites have little impact on the survival of fish in mariculture so they will not be discussed further.

## Cestodes (tapeworms)

As in the case of the trematodes cestodes commonly infest the digestive tract and have little impact on the cultured fish. On the other hand, some larval forms encyst in the muscle tissue of fish as part of the intermediate stage of the life cycle and may cause the fillet to be unsightly. The parasite of this type known from the Gulf of Mexico is the spaghetti worm *Poicilancistrium caryophyllum* which is commonly seen in spotted seatrout.

## Nematodes

Nematodes are also seen in wild fish from the Gulf of Mexico, but do not pose a serious threat to cultured fish. The best known worm of this type is *Anisakis* which can cause gastric problems in humans if fish infested with this parasite are eaten raw.

**A-16**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
    BY JOHN P. HAWKE, PH.D.

## Copepods: sealice *Caligus*, fish lice *Argulus*, *Ergasilus*

Of the known parasitic copepods 90% are marine and can cause severe damage to the host. These parasites are becoming increasingly important in cultured fish populations.

### Life Cycle

The life cycle of parasitic copepods typically comprises 1-5 free-living nauplius stages , 1-5 free-living or parasitic copepodid stages, 1 pre-adult and adult. Three major types are found on cultured fish: ergasiliform, caligiform, and lernaeiform. The sea lice are in the caligiform type and are most important in marine aquaculture. Once established in a cultured population, parasite numbers slowly increase over time, eventually causing an epidemic. Cultured fish are infected by wild fish which carry low numbers of the parasites.

### Treatments

Organophosphate bath – see above

Formalin bath – see above

Freshwater bath – see above

## Isopods

Parasitic isopods are common crustacean parasites of wild tropical marine fish. They are rare in cultured fish although some problems occur in sea-caged salmonids in Australia. The large parasites are visible on the skin or in the gill chamber of the host and because of their large size can cause considerable damage by biting and sucking fluids from the host. There are no published treatments for the control of isopods.

**A-17**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

## Turbellarians

Turbellarians are a phylum of free living worms related to the trematodes. Only a couple of parasitic turbellarians are known and these are the tang turbellarian *Paravortex* and one from cultured carangids tentatively identified as *Ichthyophaga* sp. The latter produces a proliferative epithelial response and could be considered a potential problem in mariculture. Treatments include freshwater baths, formalin baths, organophosphates and praziquantel.

## Bacterial Diseases

### Photobacteriosis (Synonymous with, Pasteurellosis, Pseudotuberculosis) – *Photobacterium damsela* subsp. *piscicida* – previous name *Pasteurella piscicida*

### Epizootiology

*Photobacterium damsela* subsp. *piscicida* is a gram negative, marine bacterium that causes a generalized septicemia in a variety of fish hosts. It is recognized as one of the most serious diseases of cultured marine fish in Japan causing heavy economic losses yearly since the 1970s. Since 1990 it has been recognized as one of the most significant diseases of cultured marine fish in the Mediterranean. It is a slow growing somewhat fastidious organism that is best isolated on media such as blood agar or BHI with 2% salt. The disease progresses rapidly and clinical signs are not always obvious. The name "pseudotuberculosis" is given in reference to granulomatous white lesions seen in the spleen of diseased Japanese yellowtail. Hybrid striped bass and striped bass are highly susceptible to infection by this bacterium and fail to show any clinical signs except for splenomegaly. The bacterium is thought of as an obligate pathogen, surviving for only a few days in water but remaining viable for a number of months in bottom muds.

**A-18**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

Transmission of photobacteriosis is believed to be primarily via the water route since experimental challenges with as few as 1000 cells per ml cause 50% mortality in hybrid striped bass (Hawke, 1996).

## Environmental Requirements

Photobacteriosis has a narrow temperature window in which disease can occur. Most outbreaks occur between 20 and 26°C, although in the laboratory growth occurs between 15 and 30°C. The bacterium is halophilic, having a salt requirement of 0.5% in growth media. The salinity range in which mortalities have been recorded is 5-30 ppt. The organism appears to be endemic to the Northern Gulf of Mexico region with mortalites occurring yearly since 1990 in hybrid striped bass cultured in Louisiana (Hawke, 1997 LAADL).

## Treatments

Treatment of photobacteriosis is difficult due to the rapid onset of infection and disease. Diseased fish lose their appetite making therapy with oral antibiotics fruitless. Antibiotic therapy via medicated feeds has been successful when administered early in the infection prior to fish going off feed. Treatment is complicated by the development of resistant strains of the bacterium following exposure to the antibiotics Romet and Terramycin. This is a common problem in Japan and has been documented in Louisiana outbreaks when antibiotic feeds were used. The resistance was shown to be the result of a plasmid carrying genes for resistance to Romet and Terramycin (Hawke, 1996). Amoxicillin and Ampicillin have also shown promise but recurrent infections have been a problem with all antibiotics tried. Currently there are no antibiotics cleared by the USFDA for the treatment of bacterial disease in the candidate species listed and treatment must be applied under the requirements of an Investigational New Animal Drug (INAD) protocol obtained through the USFDA. For the aforementioned reasons, vaccination is believed to be the best management tool for photobacteriosis in the future. Current research at the LSU School of Veterinary Medicine has resulted in development of both

**A-19**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
        BY JOHN P. HAWKE, PH.D.

killed and live attenuated vaccines for this disease. These vaccines are in the early developmental phases and are not ready for commercial use.

> Amoxicillin – 80 mg/kg/day for 10 days in feed by INAD

> Oxytetracycline – 80 mg/kg/day for 10 days in the feed by INAD or Catfish feed

> Romet – 50 mg/kg/day for 5 days in feed by INAD or Catfish feed

## Vibriosis (synonymous with Bacterial Hemorrhagic Septicemia) – *Vibrio anguillarum, V. damsela, V. vulnificus, V. harveyi* and various other species

### Epizootiology

Vibriosis is caused by one of several members of gram negative bacteria in the genus Vibrio and is one of the most important diseases affecting marine fish. The range of host susceptibility is very large with probably all marine species being susceptible to one or more species. The vibrios are facultative pathogens that live and multiply in the environment and different environmental strains and fish pathogenic strains may exist. The highest prevalence of environmental strains is in the highly enriched near-shore seawater and brackish waters of bays and marshes. Except for a few cold water salmonid pathogens, vibriosis is a disease caused by opportunistic pathogens when fish are under environmental stress.

*Vibrio anguillarum* is the most common of the fish pathogenic vibrios causing disease in salmonids and other cold water species when they become stressed due to high water temperatures in the summer and it can be a pathogen of warm water fish in the winter. *V. anguillarum* has been isolated from diseased hybrid striped bass cultured in cages in the winter months in South Louisiana (Hawke, 1991 LAADL case records). This

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

bacterium causes a septicemia much like *Photobacterium* which is accompanied by acute mortality if the fish are under stress and chronic mortality if conditions are good.

Other vibrios such as *V. vulnificus* and *V. damsela* have only recently been recognized as fish pathogens and cause a variety of clinical signs in infected fish. These organisms primarily cause external infections such as skin ulceration and fin rot and generally do not cause heavy mortality. *Vibrio damsela* is now synonymous with *Photobacterium damsela*. *V. harveyi* has been isolated from snook following transport and from wild jack crevalle.

## Environmental Requirements

The vibrios as a group are halophilic organisms, requiring salt in the medium for growth. Only *V. cholerae* and *V. mimicus* do not have a salt requirement even though they have a high salt tolerance and are often isolated from coastal waters. Vibriosis occurs over a wide temperature range but as stated earlier *V. anguillarum* occurs most frequently in the winter on the Gulf Coast and *V. vulnificus* and *V. damsela* occur more frequently in the summer when temperatures are highest.

## Treatment

Vibriosis is a classical example of a stress related disease. Treatments are much more effective and losses much lower if stress is kept at a minimum. Medicated feeds containing Romet or Terramycin are effective in reducing mortalities. For rates see previous section. Amoxicillin is not effective.

## Enteric bacterial disease – *Edwardsiella tarda, Citrobacter freundii*

## Epizootiology

Enteric disease caused by the gram negative bacteria *E. tarda* and *C. freundii* are rare diseases in cultured marine fish. *E. tarda* is primarily a disease of eels and sea bream in Japan causing heavy losses in the summer months and *C. freundii* has occasionally

**A-21**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

caused disease in marine fish in public display aquariums. Edwardsiellosis in marine fish is characterized by hemorrhagic ulcers on the body surface. Dying fish display erratic swimming behavior and may exhibit malodorous abscesses with hemorrhagic ulcers on the body surface and head and exophtalmia.

## Treatment

Treatment is the same as for other gram negatives with oxytetracycline and Romet being most effective. Vaccination is not thought to be feasible since as many as 148 different serotypes have been identified.

## Streptococcosis/Enterococcosis – *Enterococcus seriolicida*, *Enterococcus faecalis*, *Streptococcus iniae*, *Streptococcus difficile* and Group B Streptococcus sp.

## Epizootiology

Since 1974, streptococcosis has been recognized as one of the most serious diseases in marine aquaculture in Japan causing millions of dollars in losses yearly. The disease once known as streptococcosis is now recognized as a complex of diseases caused by an assortment of gram positive *Enterococci* and *Streptococci* that are only now being placed in the proper taxonomic categories. *E. seriolicida* is the most important organism economically, causing heavy losses in cultured yellowtail. *E. seriolicida* causes a form of hemorrhagic septicemia that begins with bacterial proliferation in the intestinal tract. The development of the disease is related to toxins produced by the bacterium including hemolysins, leukocidins and proteases. A common clinical sign of this disease is erratic swimming behavior and exophthalmia resulting from infection of the brain, optic nerve and eye. These signs are common to all streptococcal infections in all species.

Disease in mariculture of hybrid striped bass in Louisiana waters caused by a Group B type Ib *Streptococcus* sp. occurred yearly between 1989 and 1993. This bacterium has also been implicated in fish kills in brackish water areas in Alabama, Florida, Maryland and Louisiana (Plumb et al. 1974, Baya et al. 1990, and Hawke 1997 LAADL

**A-22**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

case records), causing mortality in a variety of marine species. This organism causes disease in *Fundulus grandis* (cocahoe minnows) which are cultured in brackish water ponds and recirculating systems. A question exists as to whether this bacterium is the same as *S. difficile* which has been described as a pathogen of tilapia reared in brackish water ponds in Israel or if it is a biotype of *S. agalactiae*. In any case this organism presents a threat to a number of species that may be cultured in gulf waters.

*Streptococcus iniae* is best known as a disease of tilapia reared in freshwater recirculating systems but has been shown to be an important pathogen in Japanese mariculture causing disease in yellowtail.

## Environmental Requirements

Streptococci grow and cause disease in a wide range of salinities and a wide range of temperatures however disease is most pronounced in the warmer months. Most streptococci grow well at 37°C and some such as the enterococci grow at 45°C.

## Treatments

Best results in treatment of this disease have been obtained with erythromycin, amoxicillin, ampicillin, oxytetracycline and spiromycin in medicated feed. Thus far an effective vaccine has not been developed.

## Mycobacteriosis/Nocardiosis – *Mycobacterium marinum , Nocardia asteroides, N. kampachii*

### Epizootiology

Both mycobacteriosis and nocardiosis are chronic, slowly progressing diseases which cause low level mortality and are caused by gram positive, acid-fast, rod-shaped bacteria. Mycobacteriosis "fish tuberculosis" is primarily a disease of captive marine fish raised in tanks or aquaria. Hybrid striped bass are particularly susceptible to

**A-23**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

mycobacteriosis but few cases have been reported from pond cultured or cage cultured fish in Louisiana. Mycobacteriosis is characterized by granulomas in the liver, kidney and greatly enlarged spleen of susceptible hosts. Affected fish lose their appetite and begin a process of wasting and weight loss until they die.

Nocardiosis, on the other hand, is an important disease in Japanese mariculture causing disease in cultured yellowtail.  Most cases of this disease occur in the late summer and early fall with the bacterium having an optimum temperature range of 25-28°C. The disease is characterized by abcess-like lesions in the skin and tubercles in the spleen.

## Treatment

Little information is available on the treatment of acid-fast bacterial infections in fish. In most cases the length of time required for effective treatment is so long that the cost is prohibitive.

## Anaerobic bacterial infection – *Eubacterium tarantellus*

### Epizootiology

Anaerobic bacteria are not generally known as pathogens of marine fish but recent literature contains accounts of epizootics and mortalities in cultured fish due to the bacterium *Eubacterium tarantellus*. The disease, which usually presents as a meningitis, causes disoriented behavior in infected fish followed by emaciation and mortalities. Natural fish kills have been reported from the Texas Gulf Coast (Henley and Lewis 1976) as well as Biscayne Bay, Florida (Udey et al. 1977) and also occasional disease has been documented in cultured red drum fingerlings (Hawke LAADL case records).

## Treatment

Treatment of *Eubacterium* infections is accomplished with oxytetracycline medicated feed.

**A-24**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

## Myxobacteria – *Flexibacter maritimus* and related organisms

### Epizootiology

*Flexibacter columnaris* is one of the most important pathogens of fish cultured in fresh water. *F. maritimus* causes a disease which is the marine counterpart to columnaris disease. Saltwater myxobacteriosis occurs typically in fry or fingerlings and infections appear to be secondary to mechanical damage to the skin or fins. Environmental stress also seems to exacerbate disease problems due to this pathogen. The disease is best known from salmonids reared in sea cages but can occur in many other species being cultured under stressful conditions.

### Treatment

Treatment of saltwater myxobacteriosis is best accomplished by the removal of stress. Chemical treatment with potassium permanganate at 2 ppm over the demand or hydrogen peroxide at 150 ppm may be effective. Feeds medicated with Romet or Terramycin may also be effective.

## Rickettsial Diseases

A new disease of salmonids reared in marine sea cages off the coast of Chile is *Piscirickettsia salmonis*. Thus far there is no reason to suspect this disease will affect any of our candidate species so it will not be discussed further.

**A-25**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

## Viral Diseases

Viral diseases have received increased attention in recent years due to the emergence of new viral diseases in freshwater aquaculture, mariculture and crustacean aquaculture. Viruses are best known in marine fish as agents of neoplastic, hyperplastic and hypertrophic diseases however some are known to cause mortality particularly in fry or fingerlings. Most of the viruses of marine/euryhaline species that have been isolated or visualized have a restricted geographic range. A few are widespread in their occurrence and will be discussed individually. These include lymphocystis, viral erythrocytic necrosis (VEN), infectious pancreatic necrosis (IPN), infectious hematopoietic necrosis (IHN), viral hemorrhagic septicemia (VHS) and viral nevous necrosis (VNN). It should be pointed out that to isolate and propagate a virus, so that River's postulates may be satisfied, one is required to have a suitable cell line capable of supporting viral replication. For many marine species, particular some of the candidate species listed in the feasibility study, these cell lines do not exist. Treatment of viral diseases of fish is not feasible and avoidance is the only method of control. Since young fish are most susceptible to mortality from viral disease, sanitation in the hatchery and avoidance is most important.

### Lymphocystis

Lymphocystis is probably the best known viral disease of marine fish. It has a broad host range infecting 33 families of fish and over 83 species. Lymphocystis manifests as grey to white nodules on the body and fins of fish caused by the hypertrophy of fibroblasts and osteoblasts. The connective tissue cells grow to a large size and become surrounded by a capsule. Lymphocystis may occur occasionally at epizootic levels in wild populations of fish and has also been documented from intensively cultured fish. The principal transmission of lymphocyctis is by waterborne virus. This virus has a broad host range being described from 30 families of fish. The disease is rarely fatal but greatly disfigures affected individuals. On the basis of several characteristics the causative agent has been described as an iridovirus.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

## Viral Erythrocytic Necrosis (VEN)

Viral erythrocytic necrosis is known principally from marine teleosts and the primary pathological condition is infection of the red blood cells by an iridovirus. Intensity of infection is variable with from 1 to > 90% of red blood cells affected. The result of severe infection is anemia and susceptibility to stress and secondary infection. Massive mortalities have not been reported for this disease however. The virus has a fairly broad range with 17 families of fish known to be susceptible.

## Infectious Pancreatic Necrosis (IPN)

Infectious pancreatic necrosis was the first virus disease described from fish and has been isolated over the years from a variety of marine and euryhaline species. The virus, described as a birnavirus, has been proposed as the cause of "spinning disease" in Atlantic menhaden and has caused mortalities in southern flounder and three other species from the east coast of the U.S. The relationship of IPN virus with disease in fish is not always clear as the virus is sometimes isolated from asymptomatic and atypical hosts such as the striped bass.

## Infectious Hematopoietic Necrosis (IHN) and Viral Hemorrhagic Septicemia (VHS)

IHN and VHS are primarily viral diseases of salmonids and will not be discussed further.

## Viral Nervous Necrosis (VNN)

VNN is a newly described viral disease in Japanese mariculture, also known as viral encephalopathy and retinopathy, which affects larval and juvenile sea bass, turbot, parrotfish, redspotted grouper, and striped jack. This viral infection usually results in massive mortality in affected stocks of fish. The agent of VNN in striped jack has been

**A-27**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

identified as a nodavirus. The clinical signs of infection include: whirling or corkscrew swimming, swimbladder hyperinflation . The earliest mortalities occur 9 days post hatch and vertical transmission has been confirmed in striped jack.

Control of VNN is difficult because of the vertical transmission. Screening broodfish by PCR techniques should insure specific pathogen free (SPF) brood stock. Reduced stress on spawning populations may also alleviate the occurrence of disease.

## Susceptibility of Candidate Species

In the following section in table form, I will list the candidate species and those diseases which I feel are a threat to their survival. The codes for the tables are as follows:

"blank"        organism not expected to occur

+              organism has the potential to occur at low levels but little or no adverse affect is expected

+ +            organism has the potential to occur at moderate levels but is unlikely to cause adverse affects or mortality

+ + +          organism has the potential to occur at moderate levels and cause some adverse affects and mortality

+ + + +        organism has the potential to occur at heavy levels or high incidence and cause significant mortality

**A-28**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

## Table 1. Red Drum

### Parasitic Agents

| Disease or Parasitic Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Amyloodinium* | + | + + + + | + |
| *Cryptocaryon* | + | + + + + | + + |
| Trichodinids | + | + + + + | + + + |
| *Ambiphrya* | + | + + + + | + + + |
| *Henneguya ocellata* | | + | + + |
| *Parvicapsula renalis* | | + | + + |
| *Epieimeria ocellata* | | + | + + |
| *Goussia floridana* | | + | + + |
| *Cryptosporidium* | | + | + + |
| *Gyrodactylus* | | + + + | + + + + |
| *Caligus* | | + + | + + + |
| *Argulus* | | + + | + + + |
| Isopods | | | + + |

## Table 1. Red Drum

### Bacterial Agents

| Disease or Bacterial Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Vibrio vulnificus* | + + | + + + + | + + + |
| *Vibrio anguillarum* | + + | + + + + | + + + |
| *Vibrio damsela* | + + | + + + + | + + + |
| *Aeromonas* spp. | + + | + + + + | + + + |
| *Streptococcus* sp. | + + | + + + + | + + + |
| *Eubacterium* | + | + + + + | + + + |
| *Flexibacter* sp. | + | + + | + + |

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

## Table 1. Red Drum

### Viral Agents

| Disease or Viral Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Lymphocystis* | | + + | + + + |

The red drum is an excellent species to begin evaluation of offshore aquaculture. Much is known about its reproduction, larval culture, nutrition and growth rates. From a disease standpoint it is one of the most hardiest fish. Of course new problems may surface with this new form of aquaculture but that is true for any of the species being tried.

Diseases which will be most troublesome will occur in the fingerling production phase and these include *Amyloodinium ocellatum, Cryptocaryon irritans, Vibrio vulnificus and Vibrio* sp.

I will reiterate that disease control begins with good conditions in the hatchery and fingerling culture in ponds receiving saline ground water free of infectious diseases and parasites. If fish can be brought through this early fry/fingerling stage of culture in good condition chances of disease occurrence in grow-out will be greatly reduced. Disease is a fact of life in all forms of aquaculture and the goal is to minimize problems.

**A-30**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

### Table 2. Hybrid Striped Bass

#### Parasitic Agents

| Disease or Parasitic Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Amyloodinium* | + | + + + + | + |
| *Cryptocaryon* | + | + + + + | + + |
| Trichodinids | + | + + + + | + + + |
| *Ambiphrya* | + | + + + + | + + + |
| *Epistylis* | + | + + + + | + + |
| *Apiosoma* | + | + + + + | + + + |
| *Riboscyphidia* | + | + + + + | + + + |
| *Kudoa* spp. | | + + | + + + |
| *Gyrodactylus* | | + + + | + + + + |
| *Dactylogyrus* | | + + | + + + |
| Isopods | | | + + |

### Table 2. Hybrid Striped Bass

#### Bacterial Agents

| Disease or Bacterial Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Photobacterium* | + | + + + + | + + + + |
| *Vibrio anguillarum* | + | + + + + | + + + + |
| *Vibrio vulnificus* | + | + + + + | + + + |
| *Streptococcus* sp. | + | + + + + | + + + + |
| *Aeromonas* spp. | + + + | + + + | + + + |
| *Mycobacterium* sp. | | + + | + + + + |
| *Flexibacter* sp. | + + + | + + + | + + + |

### Table 2. Hybrid Striped Bass

#### Viral Agents

| Disease or Viral Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| Infectious Pancreatic Necrosis | + + + | + + + | + + + |
| *Lymphocystis* | | + + | + + + |

**A-31**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

## Table 3. Pompano

### Parasitic Agents

| Disease or Parasitic Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Amyloodinium* | + | + + + + | + |
| *Cryptocaryon* | + | + + + + | + + |
| Trichodinids | + | + + + + | + + + |
| *Ambiphrya* | + | + + + + | + + + |
| *Gyrodactylus* | | + + + | + + + + |
| *Neobenedenia* | | + + + | + + + + |
| *Bicotylophora* | | + + + | + + + |
| *Cryptobia* | + | + + + | + + + |

## Table 3. Pompano

### Bacterial Agents

| Disease or Bacterial Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Aeromonas* spp. | + + + | + + + + | + |
| *Vibrio anguillarum* | + + + | + + + + | + + + + |
| *Vibrio vulnificus* | + + | + + + | + + + + |

## Table 4. Grouper

### Parasites

| Disease or Parasitic Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Cryptocaryon* | + | + + + + | + + + |
| *Amyloodinium* | + | + + + + | + + |
| *Sphaerospora* | | + | + + + |
| *Pseudorhabdosynochus* | | + | + + + |
| *Prosorhynochus* | | + | + + + |
| *Benedenia* | | + | + + + |

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MANAGEMENT OF DISEASE IN MARICULTURE
BY JOHN P. HAWKE, PH.D.

### Table 4. Grouper
#### Bacteria

| Disease or Bacterial Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Vibrio alginolyticus* | + + + + | + + + + | + + + |
| *V. harveyi* | + + + + | + + + + | + + + |
| *V. parahaemolyticus* | + + + + | + + + + | + + + |
| *V. vulnificus* | + + + + | + + + + | + + + |

### Table 4. Grouper
#### Viruses

| Disease or Viral Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| Nodavirus (VNN) | + + + + | + + + | |
| Picorna-like virus | + + + + | + + + | |
| Reovirus | + + + + | + + + | |

### Table 5. Snapper

Diseases are reported from snapper in general since very few references could be found for *Lutjanus campechanus*.

#### Parasites

| Disease or Parasitic Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Amyloodinium* | + | + + + + | + |
| *Cryptocaryon* | + | + + + + | + |
| *Haliotrema* | | + + | + + + + |

A-33

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

## Table 5. Snapper

### Bacteria

| Disease or Bacterial Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Vibrio* spp. | + + + + | + + + + | + + + |
| *Streptococcus* sp. Group B | + | + + + | + + + + |
| *Flexibacter* sp. | + + + | + + + + | + + |

## Table 6. Amberjack (Yellowtail)

Diseases of yellowtail *Seriola quinqueradiata* are used as examples of problems that might be encountered in amberjack since they are in the same genus.

### Parasites

| Disease or Parasitic Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Amyloodinium* | + | + + + + | + + |
| *Cryptocaryon* | + | + + + + | + + |
| *Kudoa* sp. | | + + | + + + + |
| *Benedenia* | | + + | + + + + |
| *Heteraxine* | | + + | + + + + |
| *Caligus* | | + + | + + + + |

## Table 5. Snapper

### Bacteria

| Disease or Bacterial Agent | Hatchery Phase | Fingerling Pond Phase | Grow-out Phase |
|---|---|---|---|
| *Enterococcus* | + + | + + + + | + + + + |
| *Photobacterium* | + + | + + + + | + + + + |
| *Vibrio anguillarum* | + + | + + + + | + + + + |
| *Nocardia kampachii* | + | + + + | + + + + |
| *Edwardsiella tarda* | + + | + + + + | + + + + |
| *Streptococcus iniae* | + + | + + + + | + + + + |
| *Mycobacterium* sp. | | + + | + + + + |
| *Flexibacter* sp. | + + + | + + + + | + + + |

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MANAGEMENT OF DISEASE IN MARICULTURE**
**BY JOHN P. HAWKE, PH.D.**

Extensive work has been done on the treatment of diseases in cultured yellowtail that can be applied to cultured amberjack.

Cobia and Dolphin – At this time references to diseases of mahimahi or cobia are being searched for. As additional information on parasites and diseases of these hosts is obtained it will be forwarded as a supplement to this report.

**A-35**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**



# Market Analysis

ID 21 Market Value/Demand

### by KENNETH J. ROBERTS
### MARINE RESOURCE ECONOMICS

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKET ANALYSIS
     BY DR. KENNETH J. ROBERTS



Appendix B

# Table of Contents

## Market Analysis

**Supply of Fishery Products to U.S. Markets** ........................ **B-1**

**Summary** ................................................ **B-3**

**Candidate Species** ...................................... **B-5**

**Ancillary Supply: Recreational Harvest** ................. **B-7**

**Seafood Prices** ......................................... **B-9**

**Processing Perspective** ................................ **B-12**

**Consumption** ........................................... **B-15**

**Consumption Projection Scenarios** ...................... **B-19**

**Conclusion** ............................................ **B-21**

## References

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
        BY DR. KENNETH J. ROBERTS



Appendix

# B

# Market Analysis

## Supply of Fishery Products to U.S. Markets

Consumers of seafood in the United States have needs met by domestic capture fisheries, domestic aquaculture, imports from capture fisheries and imports of aquaculture origin. Therefore, estimating total supply in a timely manner is difficult. There are also many sources of data and a diversity of species. Consumption estimates, kept on an edible weight basis, are not readily compared to supply, reported on a live weight basis. In addition, the significant contribution of imported products to supply complicates comparisons. The imported data are reported by U.S. Customs on a product weight basis. Live weight, product weight and edible weight data appearing in government documents related to supply and utilization must be acknowledged in usage. Otherwise comparisons will be misleading. Conversion data to live weight or other choice was pursued when information facilitated accuracy.

The focus of the net pen mariculture project for the northern Gulf of Mexico is finfish. Supply data are identified for edible finfish species by source (Table 1). The live weight edible finfish supply from domestic and import sources increased from approximately 7 billion pounds to 10.7 billion pounds between 1985 and 1996. (The product weights of edible finfish imports are shown in Table 2). Imported finfish exhibited a no-growth to minor decrease trend during the period. The frequently reported poor performance of domestic fisheries is not evident from the approximate tripling of domestic finfish production. This annualized growth of 10.1 percent had its origin in the pollock and salmon fisheries of the north Pacific. A negative trend in finfish imports pulled the net growth rate in total supply (10.1%) down to 4 percent annually.

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MARKEKT ANALYSIS**
   **BY DR. KENNETH J. ROBERTS**

Characteristics of the U.S. market that attract imports so dominate typically supply descriptions that exports are overlooked. Exports are reported in product weights. Several assumptions are necessary to estimate the live weight equivalent. In 1996, fresh and frozen finfish exports were estimated by the author to be 3,927 million pounds. Various species of salmon, sole, pollock, cod and mackerel comprise the majority of finfish exports. With the exception of mackerel and some tuna, essentially all finfish exports have origins other than the Gulf of Mexico. The availability of finfish to meet 1996 consumer demand excluded the 3,927 million pounds of domestic supply that was exported. Allowing for effects of all forms of finfish exports, the U.S. finfish utilization was 6,800 million pounds in 1996.

An additional source of finfish supply comes from the nation's aquaculture producers. From 1985 to 1995 the nation's finfish growers increased production of edible finfish from approximately 250 million pounds to 542 million pounds. Catfish comprise 84 percent of production. Rainbow trout and salmon accounted for most of the remainder. Only small quantities of warm water species were produced. Tilapia, hybrid striped bass and red drum production combined for approximately 30 million pounds. The red drum component would be about 3 million pounds. Red drum are grown in Texas and Louisiana.

There is interest in the use of offshore Gulf waters as a location for oyster culture. U.S. domestic oyster supply decreased from 1985 to 1995 (Table 3). Domestic sources were the East Coast, Gulf of Mexico and Pacific Northwest states. Domestic production fell from early in the time period to a low in 1990 to be followed by a stable recovery. During the period, East Coast states declined as points of supply and the Pacific Northwest producers gained market share following significant aquaculture successes. Pacific Northwest states produce an oyster species different from the eastern oyster best known to East Coast and Gulf of Mexico states. Though dissimilar, these two oyster species do substitute one for the other in certain markets for limited periods. Import supplies fell in dramatic fashion to the point where they have a 25 percent market share from a 50 percent share in 1985. Most of the decrease was in the supply of canned oysters from Asia. Domestic supply will remain the origin of half-shell and shucked oyster products in the U.S. Offshore culture will have to use cost effective technology to be

**B-2**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
    BY DR. KENNETH J. ROBERTS

competitive in competition with existing oyster culturists in Connecticut, Louisiana and the Chesapeake Bay states.

## Summary

This study has characterized domestic edible finfish supply by origin with conversions to live weight. Supplies increased in the 1985-95 period. As Table 1 illustrates the increase came from domestic supplies. Increases, however, were from northern Pacific Ocean fisheries. The only significant supply increases of warm water species were of aquaculture origin. Catfish production accounted for 94 percent of warm water supply with tilapia comprising most of the rest. Red drum at approximately three million pounds was confined to Texas and Louisiana sources.

### Table 1.  U.S. Supply of Edible Commercial Capture Finfish, 1985-1996

|      | Domestic | Import | Total |
|------|----------|--------|-------|
|      | million pounds meat weight | | |
| 1985 | 2273 | 4718 | 6991 |
| 1986 | 2240 | 4847 | 7087 |
| 1987 | 2769 | 5150 | 7919 |
| 1988 | 3306 | 4480 | 7786 |
| 1989 | 4897 | 4838 | 9735 |
| 1990 | 5747 | 4373 | 10120 |
| 1991 | 5564 | 4622 | 10186 |
| 1992 | 6182 | 4115 | 10297 |
| 1993 | 6770 | 4026 | 10796 |
| 1994 | 6612 | 4107 | 10719 |
| 1995 | 6414 | 4278 | 10809 |
| 1996 | 6205 | 4494 | 10699 |

Source:  Fisheries of the United States, U.S. Department of Commerce

B-3

J:\97066\Feasibility Study Report\ApB_KJR_MarketAnalysis.doc

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
   BY DR. KENNETH J. ROBERTS

## Table 2.  Edible Finfish Imports, Fresh and Frozen, in Product Weight and Value, 1985-1996

|      | Product Weight (million lbs) | Value (million $) |
|------|------------------------------|-------------------|
| 1985 | 1655 | 1512 |
| 1986 | 1806 | 1847 |
| 1987 | 1970 | 2372 |
| 1988 | 1743 | 2104 |
| 1989 | 1914 | 2235 |
| 1990 | 1628 | 2109 |
| 1991 | 1675 | 2234 |
| 1992 | 1523 | 2048 |
| 1993 | 1582 | 2086 |
| 1994 | 1609 | 2169 |
| 1995 | 1711 | 2370 |
| 1996 | 1809 | 2459 |

Source:  Fisheries of the United States, U.S. Department of Commerce

## Table 3.  U.S. Oyster Supply, 1985-1996

|      | Domestic | Import | Total |
|------|----------|--------|-------|
|      | million pounds meat weight | | |
| 1985 | 44.2 | 45.9 | 90.1 |
| 1986 | 48.8 | 50.0 | 98.8 |
| 1987 | 39.8 | 52.1 | 91.9 |
| 1988 | 31.9 | 46.4 | 78.3 |
| 1989 | 29.3 | 37.7 | 67.0 |
| 1990 | 29.2 | 27.6 | 56.8 |
| 1991 | 31.9 | 30.5 | 62.4 |
| 1992 | 36.2 | 26.5 | 62.7 |
| 1993 | 33.6 | 28.2 | 61.8 |
| 1994 | 38.1 | 24.7 | 62.8 |
| 1995 | 40.4 | 24.2 | 64.6 |
| 1996 | 38.0 | 21.7 | 59.7 |

Source:  Fisheries of the United States, U.S. Department of Commerce

**B-4**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
     BY DR. KENNETH J. ROBERTS

## Candidate Species

### Commercial Landings

Candidate species were selected to provide some specifics to the general opportunity for mariculture at offshore structures in the Gulf of Mexico. Red drum is the candidate fish. The red drum are well known to Gulf Coast consumers. In the peak period of seafood consumption, red drum were marketed in quantities far larger than the other candidate species. In addition, red drum are known as highly desirable recreationally caught fish – this for both angling and consumption purposes. Only Mississippi, among Gulf States, allows a commercial harvest. Red drum have been under a total harvest ban in federal waters of the Gulf for all harvesters. Red drum landings peaked at 14.5 million pounds in 1986 (Table 4). Atlantic and Gulf regions will continue to produce less than 200,000 pounds annually.

The other candidate species – Florida pompano, dolphin and cobia – are well known to consumers. People in the Gulf States have been exposed to these species as anglers and in restaurant offerings. However, the quantity reaching consumers from commercial sources has been highly constrained. Dolphin landings increased in response to buyer interest to a level of 1.6 million pounds in 1996 (Table 4). It is the only of the four species over the landings level of one million pounds since 1990. It has been a no-growth fishery during the period. Cobia landing exhibited slight growth for the period but never exceeded half a million pounds. Collectively, the four species represent 2.5 million or less pounds of commercial landings annually.

### Of the Candidate Species

Red drum is the only species being grown in the Gulf States. One Louisiana and two Texas producers use varied systems. The Louisiana grower uses net pens in an inshore brackish water bay. The Texas growers use either recirculating tank or pond grow-out approaches. An infrastructure inclusive of hatcheries, feeds and marketing

**B-5**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
        BY DR. KENNETH J. ROBERTS

system makes red drum the most appropriate species with which to begin. There is no aquaculture production of pompano, dolphin and cobia.

## Prices

Prices received by harvesters are referred to as ex-vessel prices. Ex-vessels prices for the candidate species are quite different. Pompano at well over $3.00 per pound are the most valuable. Cobia and dolphin prices are in the $1.60 to $.80 per pound range. Dolphin landings are four times larger than cobia landings. Red drum landings at the peak (1896) resulted in ex-vessel prices of $.65 per pound. The small quantities produced in recent years bring about $1.00 per pound. Farm grown red drum bring substantially higher prices. The farm-harvested prices have been in the $2.25 to $2.75 per pound range. Aquaculture producers receive higher prices due to production of red drum linked more closely to market needs in terms of fish size and timing. Initially, offshore culture of red drum will depend on securing these two advantages, while maintaining consistent flavor and appearance. Offshore mariculture managers must develop a strategy to achieve these advantages. It can not be assumed that fish prices will increase to cover any level of red drum production costs. The lack of significant growth in shore based red drum culture businesses supports this conclusion.

**B-6**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MARKEKT ANALYSIS**
**BY DR. KENNETH J. ROBERTS**

### Table 4.  Commercial Landings of Candidate Species for Gulf of Mexico Offshore Mariculture, 1985-1996

|      | Red Drum | | Florida Pompano | | Dolphin | | Cobia | |
|------|----------|--------|----------|--------|----------|--------|----------|--------|
|      | mils/lbs | $ mils | mils/lbs | $ mils | mils/lbs | $ mils | mils/lbs | $ mils |
| 1985 | 6.6  | 4.1 | 0.7 | 2.3 | 0.4 | 0.4 | 0.1 | 0.1 |
| 1986 | 14.5 | 9.5 | 0.7 | 2.2 | 0.6 | 1   | 0.2 | 0.2 |
| 1987 | 5.2  | 5.7 | 0.8 | 2.5 | 0.6 | 1   | 0.2 | 0.3 |
| 1988 | 0.5  | 0.5 | 0.8 | 2.2 | 1   | 1   | 0.2 | 0.3 |
| 1989 | 0.4  | 0.4 | 0.8 | 3   | 2   | 2   | 0.3 | 0.4 |
| 1990 | 0.1  | 0.1 | 1   | 3   | 2   | 2   | 0.2 | 0.3 |
| 1991 | 0.1  | 0.1 | 0.7 | 2   | 2.4 | 3   | 0.3 | 0.4 |
| 1992 | 0.2  | 0.2 | 0.6 | 2   | 1.1 | 1.3 | 0.3 | 1   |
| 1993 | 0.3  | 0.3 | 0.6 | 2   | 1.2 | 2   | 0.4 | 1   |
| 1994 | 0.2  | 0.1 | 0.7 | 2   | 1.4 | 2.4 | 0.4 | 1   |
| 1995 | 0.2  | 0.2 | 0.5 | 2.3 | 3   | 4   | 0.4 | 1   |
| 1996 | 0.1  | 0.2 | 0.3 | 1.7 | 2   | 3   | 0.4 | 1   |

Source:  Calculated from National Marine Fisheries Service data

## Ancillary Supply: Recreational Harvest

The harvest of recreational fishermen is significant. Anglers nationwide in 1995 kept 158 million marine fish. The live weight equivalent was approximately 230 million ponds. Gulf of Mexico anglers accounted for 73 million pounds of the total. This live weight can be converted to edible weight on a one-third basis. The equivalent 24 million pounds, though not sold in commercial channels, is relevant to a complete description of candidate species availability.

The catch of the candidate species entering the food supply is this manner is shown in Tables 4 and 5. Red drum (Table 5) nearly doubled for the 10-year period. This is in spite of a zero harvest constraint from federal waters in the Gulf of Mexico. Dolphin poundage in the Gulf was at peak levels in 1995 (Table 5). The estimates indicate an

**B-7**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MARKEKT ANALYSIS**
**BY DR. KENNETH J. ROBERTS**

upward trend in supply of dolphin to please the palates of anglers. Comparable weights for two other candidate species, Florida pompano and cobia, were not available from the marine recreational fisheries statistics survey. Nonetheless, the 73 million pounds (live weight) of angler caught fish in the Gulf of Mexico indicates the prominent role for red drum and dolphin in actual consumption.

     The catch of these species indicate angler preferences for at least two factors. First, the fish have fighting abilities enjoyed by anglers. Second, these species are also sought for edibility reasons. Each factor suggests that millions of Gulf anglers have knowledge of the candidate species. This knowledge is favorable and therefore an additional basis on which to build markets.

### Table 5.  Recreation Landings of Red Drum and Dolphin, Gulf of Mexico, 1985-1996

|  | Red Drum | Dolphin |
|---|---|---|
|  | weight (million lbs) | |
| 1985 | 6.5 | 1.3 |
| 1986 | 5.2 | 3 |
| 1987 | 4.6 | 2.7 |
| 1988 | 2.9 | 1.2 |
| 1989 | 5.7 | 2.9 |
| 1990 | 4.1 | 4.9 |
| 1991 | 5.4 | 5.4 |
| 1992 | 7.8 | 3.9 |
| 1993 | 8.7 | 3.5 |
| 1994 | 7.5 | 2.7 |
| 1995 | 11.9 | 6.8 |
| 1996 | 11.7 | 4.6 |

Source:  Marine Recreational Fisheries Statistics Survey, U.S. Department of Commerce

**B-8**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
      BY DR. KENNETH J. ROBERTS

## Seafood Prices

Prices received by seafood producers are referred to as ex-vessel prices. Ex-vessel prices of wild-caught red drum, dolphin, cobia and pompano are reported as annual averages. The average size of fish associated with the government's reported price is not known. Therefore, first seller prices are of limited use to culturists since the size of fish and time of quote are important price determinants. As previously noted the small remaining wild red drum sell for a price over $1.00 per pound. Farm-raised red drum in 1997 were bringing approximately $2.50 per pound. The difference is due to demand for a fish size most useful to retail and restaurant markets. A more reliable, consistent supply from a given seller also results in the premium price. These factors must not be lost when culture system managers anticipate sales.

Ex-vessel prices for the candidate species are shown in Table 6. There are no published data on farm raised red drum. Previous comments on the wide divergence between wild and farmed red drum may indicate the wild ex-vessel prices are of limited use in projecting producer prices for cultured species. For example, farmed catfish in 1997 were selling for $.70 per pound when wild catfish brought fishermen $.45. Tilapia producers in Louisiana were receiving $1.80 per pound for live fish at the production site. Wild tilapia from Florida bring $.33 per pound to fishermen. This wide divergence in wild and cultured prices may indicate essentially different products.

Trends in finfish prices at ex-vessel are kept by the National Marine Fisheries Service. The indexes are based on 1982 as the base year. Selected indexes are shown in Table 7. All edible finfish is the composite index most representative of the diverse candidate species. Between 1987 and 1996, the index showed wide fluctuation. The range was 96(1996) to 161(1988). There was no clear change that represented a trend for finfish. There was an upward trend, for edible shellfish. Applying an annual inflation rate of four percent in the economy since 1982, the various indexes would have to be 173 in 1996. Thus, oyster prices thereby exceeded the inflation rate. Edible finfish and shellfish prices were below inflation neutral rates.

**B-9**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
   BY DR. KENNETH J. ROBERTS

## Table 6.  Ex-vessel Prices for Candidate
## Gulf of Mexico Offshore Mariculture Species, 1985-1996

|       | Red Drum | | Florida Pompano | | Dolphin | | Cobia | |
|-------|----------|-------|---------|-------|---------|-------|---------|-------|
|       | $/lb | Index | $/lb | Index | $/lb | Index | $/lb | Index |
| 1985 | 0.63 | 100 | 3.19 | 132 | 1.06 | 134 | 0.81 | 156 |
| 1986 | 0.66 | 105 | 2.93 | 121 | 1.01 | 128 | 0.86 | 165 |
| 1987 | 1.9 | 173 | 2.98 | 123 | 1.2 | 152 | 0.98 | 189 |
| 1988 | 0.99 | 157 | 2.83 | 117 | 1.22 | 154 | 1.1 | 212 |
| 1989 | 0.9 | 143 | 3.04 | 126 | 1.09 | 138 | 1.17 | 225 |
| 1990 | 0.61 | 97 | 2.8 | 116 | 1.05 | 133 | 1.29 | 248 |
| 1991 | 0.67 | 106 | 2.75 | 114 | 1.15 | 146 | 1.36 | 262 |
| 1992 | 0.91 | 144 | 3.0 | 124 | 1.24 | 157 | 1.5 | 289 |
| 1993 | 0.95 | 151 | 3.11 | 129 | 1.42 | 180 | 1.56 | 300 |
| 1994 | 0.83 | 132 | 3.1 | 128 | 1.71 | 216 | 1.61 | 310 |
| 1995 | 0.93 | 148 | 3.26 | 135 | 1.57 | 199 | 1.73 | 333 |
| 1996 | 1.05 | 167 | 3.07 | 127 | 1.62 | 205 | 1.81 | 348 |

Source:  Calculated from National Marine Fisheries Service data

## Table 7.  Indexes of U.S. Ex-vessel Prices, 1987-1996

|       | Total Edible Finfish | Oysters | Total Edible Shellfish |
|-------|---------------------|---------|------------------------|
|       | (1982 = 100) | | |
| 1987 | 125 | 165 | 109 |
| 1988 | 161 | 175 | 113 |
| 1989 | 110 | 198 | 108 |
| 1990 | 120 | 228 | 111 |
| 1991 | 106 | 219 | 110 |
| 1992 | 106 | 225 | 115 |
| 1993 | 97 | 183 | 110 |
| 1994 | 122 | 175 | 138 |
| 1995 | 130 | 179 | 135 |
| 1996 | 96 | 214 | 124 |

Source:  Fisheries of the United States, U.S. Department of Commerce
NA: not available

## Table 8.  Producer Price (PPI) and Consumer Price (CPI) Indexes for Finfish, 1987-1996

|  | PPI | | | CPI |
|---|---|---|---|---|
|  | Unprocessed Finfish | Fresh Pkg. Finfish | Frozen Pkg. Finfish | Fresh & Frozen Finfish |
|  | (1982 = 100) | | | (1982-84 = 100) |
| 1987 | 145.2 | 173.5 | 122.2 | 143.6 |
| 1988 | 172.7 | 173.6 | 128.3 | 149.2 |
| 1989 | 135.3 | 175.1 | 127.9 | 155.2 |
| 1990 | 142.2 | 182.7 | 135.9 | 161.4 |
| 1991 | 136.2 | 178.5 | 148.8 | 163.8 |
| 1992 | 155.8 | 180.8 | 148.0 | 168.7 |
| 1993 | 169.8 | 184.7 | 143.6 | 174.5 |
| 1994 | 175.4 | 198.1 | 144.1 | 183.6 |
| 1995 | 172.8 | 210.5 | 146.5 | 194.1 |
| 1996 | 186.5 | 206.6 | 145.9 | 196 |

Source:  U.S. Bureau of Labor Statistics

The U.S. Bureau of Labor Statistics provides the only indication of price trends past the primary production point. The Producer Price Index (PPI) reflects the prices wholesalers receive. Consumer prices paid are reported in the Consumer Price Index (CPI). Each are highly aggregated as to species and product form. The PPI is available for unprocessed finfish, fresh fish and frozen fish. The CPI combines fish and shellfish in fresh or frozen form in a single index. The change over time in these aggregated, yet relevant, indexes is presented in Table 8. Wholesale prices indexed to 1982 showed year to year variation for all three market forms. This is the norm for products with fluctuating domestic and import supplies for the many species comprising the indexes. The indexes do not distinguish domestic from imported product. However, with the exception of tropical species imported through Miami, air freighted salmon from many countries and Canadian trucking of finfish to the northeast, most imports would be in frozen form. The unprocessed fish index increased approximately 29 percent for the period. At 187 in 1996 this index out-performed an assumed inflation rate of four percent over the period 1982-96. Anything over an index of 174 represents an outpacing of the

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
    BY DR. KENNETH J. ROBERTS

inflation rate in the general economy. Fresh packaged fish similarly outpaced the assumed inflation rate. These products began in 1987 at 174 and increased to 207 (1982 = 100). By 1996 the index increased to 207 or approximately 19 percent above the inflation rate. Frozen packaged fish exhibited the lowest increase of the PPI indexes. At 146 in 1996 the frozen packaged fish index was the lowest of the three wholesale indexes. Frozen packaged fish evidently is at a competitive disadvantage with respect to unprocessed and fish package fish. The frozen packaged fish index failed to increase at the pace of general inflation.

An available index of retail price trends was found, fresh and frozen fish. With 1982-84 as the base, the CPI increased to 144 and 196 in 1987 and 1996, respectively. The increase was uninterrupted. Fresh and frozen fish at retail exceeded the general inflation increase in the economy. This retail index had increases higher than unprocessed finfish and lower than fresh packaged fish.

## Processing Perspective

Other than pricing and demand information, post harvest information is needed to evaluate mariculture investments. Wholesale and retail price indexes for edible finfish were reviewed as the best available information to add perspective past the harvest level. The finfish indexes are an aggregation of numerous species. However, this is the primary historical guide as to what candidate species may command over time. There also are competitive challenges from processors if mariculture investors choose to maintain fish ownership beyond harvest. Becoming a processor puts management in the position of perhaps achieving profits at that level either in addition to production profit or to offset production losses. This is the reason for venturing into establishing a processing facility.

Sufficient capacity among Gulf of Mexico processors is available to handle a mariculture venture s finfish production within the range contemplated. A 1994 report on the finfish processing industry is the basis of this conclusion (Roberts, Keithly and Kearney 1994). Annual reports of wholesaling and processing activities submitted by

**B-12**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MARKEKT ANALYSIS**
**BY DR. KENNETH J. ROBERTS**

firms to NMFS served as the database. The study period was 1973 to 1990. The number of finfish processors increased from 41 to 96 in this period. Most of the growth in number of firms (31) occurred after 1985. A large increase in the number of firms was associated with a decrease in processed product weight. Excess capacity was clearly present in the finfish processing industry as late as 1990. New firm entry brought more than enough capacity to the industry to offset the effect of higher Gulf finfish landings. In general, finfish processor plant size was largest in the Alabama/Mississippi region and smallest in Louisiana. The substantial increase in Gulf firms led not only to a smaller average sized firm, but also to a more specialized firm. For example, 70 of the 96 firms processing at the end of the data period had 95 percent of their sales from finfish products. Finfish product weights per firm in the Gulf averaged 141,301 pounds worth $439,358. Louisiana firms averaged 103,376 pounds worth $267,720. The combination of excess capacity and highly specialized firms is conducive for agreements being struck between mariculturists and existing processors.

The growth in numbers of processors may indicate there are minimal barriers to entry. The average finfish processing plant in 1990 employed eight people. Employees averaged 13,000 pounds of product weight (43,000 lbs. live weight) annually. Gulf finfish processors use minimal technology and low capital outlay to produce the products. The procedures are as basic as washing, grading icing and boxing and at the top end of the line, filleting. Breading, ready to eat tray pack entrees and other high value added products are seldom produced in Louisiana. A mariculture business able to produce quantities above the industry average from a reliable harvest that can be optimally scheduled will have no barrier to entry to processing its own harvest

A more recent study of Gulf processors was confined to reeffish primarily (snappers and groupers). Twenty-nine of the 46 processors were interviewed. There was a wide range of firms comprising the industry. The industry was operating at 64 percent capacity. This reaffirms a conclusion from the previous study of the entire finfish industry. Plants operated 294 days annually but 71 percent of these involved eight or fewer hours per day. Again, the conclusion from the previous study regarding mariculturists finding sufficient processing opportunities with existing processors holds. Reeffish processors had an average raw product cost of $4.32 per pound and another

**B-13**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
     BY DR. KENNETH J. ROBERTS

$1.04 per pound of other costs. Thus, 80 percent of total processing costs are related to the purchase of fish.

The Gulf finfish processors sold 38 percent of their total reeffish volume in unprocessed form. The remainder was processed basically as one product, fillets. Snapper had an unprocessed rate of 31 percent with groupers at 25 percent. The implication is that other reeffish are more highly processed. Insight to profitability in the industry was provided by Keithly (1997) given this mix of processed and unprocessed product Snapper products averaged $.46 profit per pound with a wide range among firm sizes. Small firms, medium and large processors of snappers averaged profits of $.09, 41.06 and $.41 per pound, respectively. The variability in the industry is also evident when reviewing the situation with another species, groupers. Estimated profits averaged $.84 per pound. Small, medium and large firms averaged $.86, 4.70 and $1.19 per pound, respectively.

Reeffish processors achieved profits by utilizing only a small share of the total harvest. A mariculturist through negotiation should be able to access excess capacity of existing finfish processors. If not, profitability prospects from vertical integration into processing is possible even at the small scale of processing.

The conclusions regarding finfish processing in the Gulf of Mexico states from these two studies completed in the 1990's are:

- The number of firms has increased over-time but appears to have stabilized. The increased indicated no barrier to entry.

- Firms were widely ranging as to size.

- Specifically for reeffish; only 15 percent of the snapper and approximately 33 percent of the grouper were utilized in processing.

- Excess capacity was evident from the high proportion of days operating less than eight hours.

**B-14**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
     BY DR. KENNETH J. ROBERTS

- Excess capacity was evident because 38 percent of reeffish received was re-marketed as unprocessed.

- Seventy percent of firms were almost exclusively committed to finfish (95 + percent of sales from finfish).

- Technology and capital outlay are at low levels because the finfish products receive minimal processing prior to marketing.

- Eighty percent of total processed reeffish product cost was due to fish purchases.

- Average reeffish product profitability ranged from $4.46 to $.84 per pound.

## Consumption

Seafood consumption estimates are made annually by the National Marine Fisheries Service. The estimates are made on the basis of edible weight consumed. Scores of species comprise consumer purchases. Heavy shelled molluscs, varied types of shellfish and finfish of distinctly different shapes make generalization a necessity. There are only limited species specific consumption estimates available. Shrimp, salmon, sardines and tuna consumption are reported separately. The candidate species are insignificant compared to these groups and overall seafood supply. Thus, there are no government consumption estimates for the candidate species. For this reason focus must be on aggregated consumption data. Historical estimates and forecasts estimates are available by which to guide in the most general of ways those interested in seafood related investments.

**B-15**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MARKEKT ANALYSIS**
**BY DR. KENNETH J. ROBERTS**

Total consumption trends varied in the past twenty years Table 9. When seafood consumption reached the record level of 16.2 pounds in 1987, optimism for future gains was evident. A print and video media wave of reports touted the health attributes of seafood. Rooted in positive views about healthy seafood and less than favorable reviews of red meats, optimism was logical. Those making forecasts formed a consensus that predicted and promoted a 20 pound per capita consumption level by the year 2000. Shortages from the domestic wild harvest were to be filled by imports and farmed products. If correct, the climate was favorable for aquaculture investment and rising prices. However, using present consumption of 14.7 pounds per capital annually, the 20-pound per capita level will not be reached by 2000 unless a 33 percent increase occurs between now and 2000.

The growth opportunity for seafood products more logically will be related to U.S. and world population and income growth as opposed to health conscious consumers. The National Fish and Seafood Promotional Council reported on a series of food focus groups. The 1991 report was prepared when consumption had fall to approximately 15 pounds after the 1987 peak. Extensive publication of the health benefits of seafood helped position seafood more prominently. Consumption by infrequent seafood consumers was found to be more closely tied to taste and enjoyment of eating seafood. For heavy users of seafood, health also was secondary to taste. Each group related that foods must first be enjoyed based on their culinary merits.

Population growth in the U.S. is approximately one percent annually. When compared to the annualized edible finfish supply growth rate of approximately .8 percent, there is little opportunity for per capita growth. There remains a substantial market for additional seafood via population growth alone. Also the aging of the population into the post 40-year old baby boomers is significant. For the next 15 to 20 years this group will be in what the National Fisheries Institute terms the fish stage of life. By 2000, approximately 30 percent of the population will be 50+. This group will be near peak earning potential. Seafood is a good source of protein and omega fatty acids. However, when compared to terrestrial meats, the relatively high prices make seafood more sensitive to personal income growth. ID Magazine forecasts that 80 percent of U.S. seafood consumption will occur away from home (AFH). In addition, at home (AH)

**B-16**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MARKEKT ANALYSIS**
**BY DR. KENNETH J. ROBERTS**

consumption will show rapid growth via purchases of ready to eat products at supermarkets. Seafood purchased in convenient forms can only be supported by growth in real disposable income.

In 1995, the National Restaurant Association surveyed 350 restaurants in a Catch of the Day study. Restaurant managers indicated it was necessary to change seafood offerings almost daily due to availability and price fluctuations. When farmed fish were available consistently, half of the respondent s stated a preference for these products. Their views indicated wild fish held an advantage in taste. Generally it appears that the quality of each must be acceptable but availability is more important. Aquaculturists should strive to provide consistent supply of an essentially standardized product (fish size).

Per capita consumption estimates for the candidate species are not available from government sources. The above information was presented to provide perspective on the national trends with which the candidate species may be associated. Actually, generalization is possible because of the lack of exports for the species. It is more risky to generalize about imports. As stated previously, the national import/export publication of the National Marine Fisheries Service does not disaggregate candidate species as to supply. It is probable that only insignificant quantities of Florida pompano, red drum and cobia are imported. Detailed data from U.S. Customs Service or National Marine Service may be costly to obtain. Imports of dolphin may be larger and more significant in relation to domestic supply. Dolphin is marketed as mahi mahi. Several Latin American countries provide fresh, gutted dolphin to the U.S. via Miami. A special request to identify the quantity of this import may be useful in the future.

For the near-term the pertinent consumption estimate is that of red drum. Limited imports from Mexico and Ecuador will continue to not be relevant. Farm-raised supply from only three growers and significant capital constraints to interested aquaculture startups suggests rapid, large supply increases have a low probability. Reopening of the capture commercial fishery in the Gulf may be more likely. This is the only prospect of large supply increases in red drum. However, the prospect is low that a commercial fishery would be established prior to 2000. It may be so tightly controlled at that time as to include a quota that suppresses prices temporarily until the quota is met.

**B-17**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MARKEKT ANALYSIS**
**  BY DR. KENNETH J. ROBERTS**

This phenomena occurs in the federally controlled red snapper harvest. Harvest of red drum in the federal waters of the Gulf would involve red drum much larger than the fish size produced from culture. Smaller fish have attracted higher prices.

The catch quota of red drum from federal waters, when allowed, will reflect a cautious approach. Commercial interests will get only a share of this highly sought recreational species.

### Table 9.  U.S. Annual Per Capital Consumption of Commercial Fish and Shellfish, 1976-1996

| | Per Capita Consumption (lbs edible weight) | | | |
|---|---|---|---|---|
| | Fresh & Frozen (2) | Canned (3) | Cured (4) | Total |
| 1976 | 8.2 | 4.2 | 0.5 | 12.9 |
| 1977 | 7.7 | 4.6 | 0.4 | 12.7 |
| 1978 | 8.1 | 5 | 0.3 | 13.4 |
| 1979 | 7.8 | 4.8 | 0.4 | 13 |
| 1980 | 7.9 | 4.3 | 0.3 | 12.5 |
| 1981 | 7.8 | 4.6 | 0.3 | 12.7 |
| 1982 | 7.9 | 4.3 | 0.3 | 12.5 |
| 1983 | 8.4 | 4.7 | 0.3 | 13.4 |
| 1984 | 9.0 | 4.9 | 0.3 | 14.2 |
| 1985 | 9.8 | 5 | 0.3 | 15.1 |
| 1986 | 9.8 | 5.4 | 0.3 | 15.5 |
| 1987 | 10.7 | 5.2 | 0.3 | 16.2 |
| 1988 | 10.0 | 4.9 | 0.3 | 15.2 |
| 1989 | 10.2 | 5.1 | 0.3 | 15.6 |
| 1990 | 9.6 | 5.1 | 0.3 | 15.0 |
| 1991 | 9.7 | 4.9 | 0.3 | 14.9 |
| 1992 | 9.9 | 4.6 | 0.3 | 14.8 |
| 1993 | 10.2 | 4.5 | 0.3 | 15.0 |
| 1994 | 10.4 | 4.5 | 0.3 | 15.2 |
| 1995 | 10.0 | 4.7 | 0.3 | 15.0 |
| 1996 | 10.0 | 4.5 | 0.3 | 14.8 |

Source:  Fisheries of the United States, U.S. Department of Commerce

**B-18**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**MARKEKT ANALYSIS**
        **BY DR. KENNETH J. ROBERTS**

## Consumption Projection Scenarios

The diversity of species comprising seafood available to consumers is problematical in any estimation attempt. This includes the foundation of all projections, i.e., annual per capita consumption. All the species, various sources and yield differences result in tenuous estimates. Overtime, the National Marine Fisheries Service has essentially developed a procedure that reflects disappearances from the market. That is, there is no polling or surveying of consumers to annually yield consumption estimates. Essentially the following projections of edible weigh of seafood to be consumed are based on previous trends alone. There has been no attempt to forecast real disposable income, a key component of demand for seafood. No allowance could be made for known charges in population age, ethnicity and aggregate supply. Over the next 10 years, it is known that the proportion of the population over 50 will increase. Hispanic and Asian segments of the population will be higher proportionally than historically. Aggregate supply to the U.S. will remain dominated by imports. The role of China as a consumer will be different over the projection period than the base period used for the projection. For example, China has been viewed as a major seafood supplier. Their role as an importer has been overlooked. An indication of the potential is the import trade with the U.S. In 1990, China imported $1 million of seafood products from the U.S. In 1996, the estimate is approximately $100 million.

The aging of the population may be beneficial but there are several influences of unknown impact. The newly fifty+ people may be more health conscious. However, an ability to act on the health image of seafood depends on disposable income growth. A concern on the negative side is the potential impact on income earners of social programs needed to support an aging population. This aging arises from both a higher proportion of 50+ years old and longer life expectancies. A review of scientific literature yielded no projections of U.S. seafood consumption in the 21st century. Articles on preferences for seafood (Edwards 1992) and Kinnucan 1993) deal with the past without reference to the future. Location of the consumer and ethnicity were demonstrated to determine

**B-19**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
        BY DR. KENNETH J. ROBERTS

preference for seafood. Preference was found to be influenced by availability. A species frequently available results in exposure to the consumer and a higher likelihood of purchase. Wholesalers and distributors of seafood hold the availability and reliability aspect of supply as critical to success.

Consumption predictions with this background were organized on a best case, worst case basis. The worst case basis was based on the lowest level of per capita consumption experienced over the most recent 5-year period, 1992-1996. A best case scenario was based on identifying the longest period of historical sustained increases in per capita consumption.

> **Worst case:**  The 1992-96 period low per capita consumption was 14.8 pounds. This occurred in 1992 and 1996. The three other years consumption included two at 15.0 and one at 15.2. Thus, this 5-year period had minimal change and represents a stable base from which to project. The 14.8 will also serve as the worst because a level below that was not experienced after 1984. After 1984 per capita consumption ranged from a low 14.9 to the record high of 16.2.

> **Best case:**  The best case scenario was chosen on a different basis, growth rate of per capita consumption. From 1982 to 1987, consumption growth was uninterrupted increasing from 12.5 to 16.2 pounds per capita. The annualized growth rate for the period is 4.42 percent. This growth rate was extended on the base of 14.8 pounds per capita, the 1996 level.

The worst case results in an increase of 341 million pounds, edible weight, in total consumption (Table 11). This is the population growth rate influence on a recent year low level of consumption. On a live weight basis this would equate to approximately 1 billion pounds. In 1996, imported fish and shellfish comprised 57 percent of U.S. consumption. If this were to remain the share, then domestic supply would have to increase 430 million pounds for the period.

**B-20**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
        BY DR. KENNETH J. ROBERTS

The best case scenario results in an increase of 2,774 million pounds, edible weight, in total consumption. Population increase at the low per capita level of 14.8 pounds would account for 341 million pounds. The remainder, 2,433 million pounds, reflects the per capital growth rate of 4.42 percent. If the domestic supply proportion does not change, capture fisheries and aquaculture must produce an increase of approximately one billion pounds in live weight. This would be unlikely. Growth in foreign consumption via population increases and rising disposable income will occur. This will lessen the prospect that imports can completely erode this opportunity facing U.S. aquaculturists.

The long-term potential yield (LTPY) predictions of the National Marine Fisheries Service provide insight to the worst and best case results. In the NMFS report Our Living Oceans (1996) the LTPY of fishery resources utilized by the U.S. was compared to the recent average yield (RAY). Of the 275 fish and shellfish stock groups addressed 30 percent were estimated to be below LTPY. The other levels were 27 percent near LTPY, 9 percent above and 34 percent unknown. Of the 275, there are 158 stock groups with known status under the control of NMFS. A high percentage of this group, 46 percent, is harvested at levels below LTPY. If it is assumed that stocks below LTPY are stocks in poor condition, then 46 percent of known stock status groups are at unhealthy abundance levels. There will have to be landmark management successes for these stocks to contribute significantly in meeting future consumer demand for seafood.

## Conclusion

If the domestic share (43%) of the total U.S. fish and shellfish supply remains constant in the near future, the worst and best case forecasts portend opportunity. From 430 million to 1.2 billion pounds of additional supply would have to arise from domestic sources. The imported product may supply some of the shortfall.

B-21

FEASIBILITY STUDY – OFFSHORE MARICULTURE

MARKEKT ANALYSIS
   BY DR. KENNETH J. ROBERTS

### Table 10.  Elements of U.S. Seafood Consumption, 1987-1996

|  | U.S. Population (mils) | Per Capita Consumption (lbs) | Total Consumption (mil lbs) |
|---|---|---|---|
| 1987 | 241 | 16.2 | 3904 |
| 1988 | 243 | 15.2 | 3694 |
| 1989 | 245 | 15.6 | 3822 |
| 1990 | 248 | 15 | 3720 |
| 1991 | 251 | 14.9 | 3740 |
| 1992 | 254 | 14.8 | 3759 |
| 1993 | 256 | 15 | 3840 |
| 1994 | 259 | 15.2 | 3937 |
| 1995 | 261 | 15 | 3915 |
| 1996 | 265 | 14.8 | 3922 |

Source:  Fisheries of the United States, U.S. Department of Commerce

### Table 11. Projections of U.S. Seafood Consumption, 1997-2007

|  | U.S. Population (mils) | Consumption | |
|---|---|---|---|
|  |  | Worst Case (mil lbs) | Best Case (mil lbs) |
| 1997 | 268 | 3966 | 4140 |
| 1998 | 270 | 3996 | 4355 |
| 1999 | 272 | 4026 | 4580 |
| 2000 | 275 | 4070 | 4834 |
| 2001 | 277 | 4100 | 5360 |
| 2002 | 279 | 4129 | 5345 |
| 2003 | 281 | 4159 | 5620 |
| 2004 | 284 | 4203 | 5930 |
| 2005 | 286 | 4233 | 6235 |
| 2006 | 288 | 4262 | 6555 |
| 2007 | 291 | 4307 | 6914 |

Source:  Calculated for this study

# References

Edwards, S. F.  Evidence of Structural Change in Preferences for Seafood, 1992.  Marine Resources Economics, Vol. 7, pp. 141-151.

Kearney, A. T., Inc.  Economic Activity Associated with Fishery Products in the United States, 1989. National Fisheries Education and Research Foundation, Inc.

Keithly, W. R., Jr. and Martin, A.   Southeast Finfish Processing Activities of Federally Managed Species, Particularly Reeffish and Potential Impacts of Regulations, 1997. National Marine Fisheries Service, NA47FD0290.

Kinnucan, H. W.; Nelson, R. G. and Hiariey, J. U.S. Preferences for Fish and Seafood: An Evoked Set Analysis, 1993. Marine Resources Economics, Vol. 8, pp. 273l-291.

National Marine Fisheries Service.   Our Living Oceans, Report on the Status of U.S. Living Marine Resources, 1996. NOAA Tech. Memo. NMFS-F/SPO-19.

Roberts, K. J.; Keithly, W. R. and Kearney, H.E.   Finfish Processing Sector Changes in Gulf of Mexico Fisheries Under Management/Regulation, 1994. National Marine Fisheries Service: MARFIN Project NA17FF0388-01.



*APPENDIX C*

*CAGE CANDIDATES, HYDRODYNAMIC MODELING, SENSORS,*

*AND CONTROL SYSTEMS*

*to support*

*OFFSHORE MARI-CULTURE FROM OIL PLATFORMS*

*IN THE NORTHERN GULF OF MEXICO*

by
Walter Paul
Mark Grosenbaugh
Jim Irish

**FEASIBILITY REPORT**

*for*

**WALDEMAR NELSON INTERNATIONAL INC.**
**New Orleans, Louisiana**

*in support of*

**NOAA/NMFS Cooperative Agreement**
**Northern Gulf of Mexico Mariculture Project**
**WNI Project 97066**

November 27, 1998

# CAGE CANDIDATES, HYDRODYNAMIC MODELING, SENSORS, AND CONTROL SYSTEMS TO SUPPORT OFFSHORE MARI-CULTURE FROM OIL PLATFORMS IN THE NORTHERN GULF OF MEXICO

## APPENDIX C
## TABLE OF CONTENTS

1.0    INTRODUCTION .................................................................................... C-3

2.0    MULTI-DISCIPLINE APPROACH: WHOI'S PROJECT SUPPORT .................... C-4

3.0    PRIOR REGIONAL EXPERIMENTS ........................................................ C-6

4.0    WHICH CAGE SYSTEMS SHOULD BE PROPOSED FOR THE NORTHERN GULF?... C-9

    4.1    CLASSIFICATION OF CAGE SYSTEMS ................................................ C-9
    4.2    CLASS 1: GRAVITY CAGES ........................................................... C-14
    4.2.1    INTRODUCTION ..................................................................... C-14
    4.2.2    RESPONSE OF CAGES TO SEA STATE AND CURRENT FORCING ......... C-14
    4.2.3    EXAMPLES OF AT SEA BEHAVIOR ............................................ C-15
    4.3    CLASS 2:  ANCHOR TENSIONED CAGES ......................................... C-16
    4.4    CLASS 3:  SEMI-RIGID CAGES ..................................................... C-17
    4.5    CLASS 4: RIGID CAGES ............................................................. C-18
    4.6    THE RECOMMENDED CAGE SYSTEM SELECTION AND FUTURE CONSIDERATIONS... C-19
    5.0    MOORING AND ANCHORING OF OFFSHORE CAGE SYSTEMS ................. C-20
    5.1    MOORING COMPONENT SELECTION .............................................. C-20
    5.2    ANCHORS .............................................................................. C-22

6.0    NUMERICAL MODELING OF AQUACULTURE SYSTEMS ......................... C-23

    6.1    IMPORTANT FEATURES OF MATHEMATICAL FORMULATION ................ C-23
    6.3    SIMULATIONS OF AQUACULTURE STRUCTURES ............................... C-26

7.0    INTELLIGENT SENSING AND CONTROL SYSTEMS ............................ C-28

    7.2    CONTROL OF FISH CAGES ......................................................... C-29
    7.3    TWO-WAY TELEMETRY ............................................................ C-30
    7.4    VIDEO IMAGING ..................................................................... C-30
    7.5    ACOUSTIC IMAGING ................................................................ C-31
    7.6    CAGE MONITORS .................................................................... C-31
    7.7    METEOROLOGY SENSORS .......................................................... C-31
    7.8    PRESSURE/WAVE SENSOR .......................................................... C-32
    7.9    PROFILING SENSOR PACKAGE ..................................................... C-32
    7.10   PHYSICAL SENSORS ................................................................. C-33
    7.11   BIO-OPTICAL SENSORS............................................................. C-33
    7.12   SUMMARY: INTELLIGENT SENSING AND CONTROL SYSTEM ............... C-34

8.0    REFERENCES.......................................................................... C-35

### APPENDIX C
### CAGE, HYDRODYNAMIC, SENSOR, AND CONTROL SYSTEMS
### CONCEPTS TO SUPPORT
### OFFSHORE MARI-CULTURE FROM OIL PLATFORMS
### IN THE NORTHERN GULF OF MEXICO

## 1.0    Introduction

The plan to convert inactive oil platforms in the Northern Gulf of Mexico to mari-culture centers is an appealing one.  An offshore oil rig establishes a fixed base of operations for environmental sensors, system control, and communication.  It can be used to anchor a number of fish cages, store food, and serve as a feed distribution center. Beyond that, the platform can be used as a winch base, which can move each cage in the water column under direction of an intelligent control system.  To help select an appropriate platform, historical records of the environment and ocean currents are available from the oil rig operator's files, as well as physical property measurements of the site's ocean floor, which were required for the platform foundation design.  This information will assist in the cage mooring design and deployment. Most likely, the modification cost of an existing platform would be significantly lower than outlays for new platform construction.

The drawbacks to converting the oil platforms include the significant modification cost of an installation not initially designed for aquaculture support, a potentially high annual maintenance budget, and significant decommissioning expenses.  There is also the possibility for serious site contamination from the drilling platform usage, which could be toxic to fish.  Additionally, the site location may not be optimal for aquaculture either due to distance from a port, water depth, sea floor properties, or physical properties such as insufficient natural water circulation or improper temperature.  However, the large number of inactive platforms should allow selection of the most suitable structures and

sites as aquaculture centers.  By far the largest challenge to using the platforms for mari-culture, with suitable fish species, is the shortage of fully engineered and fully proven net cage systems for unprotected offshore deployment. The system requires cages that can endure the waves and currents present at the site without failure and without endangering the contained fish.  Significant progress has been made in new cage designs and improvements, and in understanding the complex mechanics of cage systems and their response to waves and currents.  But most cage systems require some shore protection which acts as a shield from the open ocean storm waves associated with hurricanes, typhoons, or similar extreme high wind and wave weather events.  This report summarizes: (1) some appropriate fish farm experiences; (2) fish cages; (3) mooring/anchoring considerations; (4) modeling cage/moorings; (5) an on-board control approach with (6) integrated sensors for system monitoring.

## 2.0    Multi-Discipline Approach: WHOI's Project Support

The advancement of aquaculture into offshore locations requires the application of supporting biological, related science, engineering, and operational know-how in order to understand and overcome significant scientific and engineering difficulties and challenges. Biological efforts will aid in the selection of suitable species which can survive and which can be successfully raised in captivity.  Expertise in the biology of suitable fish species for the Northern Gulf of Mexico is best available from local fishermen, the National Marine Fisheries Service, and universities[1].  The ecosystem analysis of the waters of interest, (including the ecological impact of offshore petroleum-producing platforms, investigations of water bio-productivity, sediment and nutrition transport and accumulation, water temperature, weather and current monitoring), are well studied and understood (for example: Twilley et al., 1996; Rabelais, et al., 1994).

---

[1] The specialized biologist for a particular shellfish or finfish species is most likely to be found at a local university. Biology expertise is also required to supply the veterinary support for the cultivated fish, as well as aid in the analysis of the biological productivity and contamination of the seawater at an aquaculture site.

The Woods Hole Oceanographic Institution (WHOI) contributes to this feasibility study with its specialized knowledge on intelligent oceanographic sensor and control systems, advanced numerical hydrostatic and hydrodynamic modeling of buoy, long-line and aquaculture cage moorings, expertise in rope technology, and offshore mooring and anchoring experience. Together with the structural offshore engineering capability of Waldemar Nelson International, sufficient engineering depth and expertise is available to tackle the challenging opportunity to develop viable and durable technical solutions required to raise fish in captivity in the unprotected waters surrounding oil platforms.

To assist in the design and system evaluation, we considered utilizing the oil platform as a base of operations. We also considered what it would do in automated system control to reduce manpower cost on the platforms and take advantage of "intelligent" control systems and two-way telemetry for information control from a single shore station. Also, we considered a winch system that would pull cages under water to reduce wave forces on the cage and to allow movement of the cage (and fish) within the water column (Figure C-1). At the current state of cage development, submersible cages do not have the best record of success, but have potential as will be discussed.



Figure C-1: A Future Scheme: Automated Offshore Submersible Net Pen System Operated from an Oil Platform

## 3.0    Prior Regional Experiments

A significant earlier attempt (1990-1994) to convert oil platforms in the Gulf of Mexico to aquaculture sites was, at best, a mixed success (Miget, 1995). In Phase I of this program, two 15-ft diameter, 20-ft high cylindrical net pens were suspended from two bays of an eight-pile oil platform, located in 97-ft water depth. After the experience at 10 and 20-ft depth proved to have too strong a wave interaction with the cage, the pens were lowered into a position where the net cage top was 47 ft below the sea surface. The cages' horizontal movement was restricted by "anchoring" each cage with a large diameter polyester rope and clump weight. One half of the 10,000 red drum fish deployed died in the first weeks of a grow-out experiment due to hypoxic stress during transfer. The remaining 5,000 fish, having grown two to three times their deployment weight, were harvested a year later. The food conversion and growth rate was considered poor due to clogging of the food supply hose and to excessive feeding in the wintertime. Both problems can easily be corrected.

In Phase II, a small Ocean Spar net pen system[2] was anchored at a new site in 270 ft of water and stocked with 10,000 red drum fingerlings in April 1992. A severe storm damaged the pen a month later, allowing most of the fish to escape. The project was canceled after this mishap. The net pen system was re-deployed adjacent to a different platform closer to shore, and again stocked with 10,000 red drum fingerlings. One of the four 10,000 pound anchors shifted many times in winter storms. After each shift, the anchor had to be repositioned to maintain the net pen shape. A total collapse of the system in March 1993, apparently caused by the failure of a small hardware piece[3], killed all enclosed fish, forcing the termination of the experiment. An alternative net pen system with an octagonal flotation collar was constructed which was lowered through ballast changes in the supporting HDPE[4] pipe structure. Frequent dragging of the outside positioning anchors de-coupled the flexible feed delivery hose between platform and

---

[2] Manufactured by Ocean Spar Technologies, Bainbridge Island, WA. The net cage measured 30 ft x 30 ft x 20 ft deep.
[3] G. Loverich, Ocean Spar Technologies, personal information July 22, 1998.
[4] HDPE = High Density Polyethylene.

cage. The feed pipe system failed in service. The system was removed, and a new octagonal cage of the same size was built with aluminum tubing and deployed.  A severe storm ripped the containment net from the tubing a month later and moved the two outer anchors.  Again, the test was terminated. None of the systems survived as well as the Phase I system.

In Phase III of this project a change to a rigid containment system was made.  The cages were attached to the outside of the platform legs 20 ft below the surface.  Coated wire mesh replaced the nylon netting to discourage predators. In December 1993, the new pen configuration was installed and filled with 6,000 hybrid striped bass.  Three months later, the wire mesh became detached from the framing in a number of positions, allowing the fish to escape.  The test was repeated with 4,000 hybrid striped bass after replacing the wire mesh with one-inch square nylon netting.  The nylon net tore away from several frame attachment points a month later, again leading to a loss of all stocked fish.  The project was severely reduced in scope in the summer of 1994.  The last reported installation was that of a small pen (6 ft. x 10 ft.), in which fiberglass containment panels replaced the containment netting.  This program has now ceased to exist after the sponsoring oil company stopped its support.[5]

Project Assessment:  The only cage systems which stood up to the tests were those in Phase I. The cages were upright "cylinders" with octagonal, perforated, top and bottom steel plates, operating 47 ft below the sea surface in order to escape severe surface wave interaction.  The Phase I containment netting consisting of nylon, reinforced with heavy polyester fabric strips sewn onto the rims, provided both compliance and extra strength for the attachment hardware. This configuration was able to endure the one-year grow-out experiment.  Rigid net panels from wire mesh, used in Phase III, proved to have insufficient compliance to adapt to the deformation of the tubular support piping structure.  Its replacement, nylon netting without extra reinforcing polyester fabric at its rims, failed in service.  It was determined that support piping had to be metallic, as plastic piping proved to be too flexible and fractured (Phase II).  The Ocean Spar platform, while

---

[5] Tel. information of Russ Miget, Texas A&M University, November 23, 1998.

showing significant endurance in a semi-shielded location at Whiskey Creek (Loverich and Swanson, 1993), did not survive in the totally unprotected offshore locations in the Gulf of Mexico.  Some of the failures were caused by anchor movements, which can be avoided by proper anchor selection and anchoring methods. However, the entire system may need further research and understanding of the role of the spar buoys at each end, including details of the lee-side net configuration in heavy currents and the effects of heavy sea state interaction with the system[6].

Ocean Spar Technology deserves credit for a large number of instrumented tests, video recordings and observations, as well as careful documentation and publication of the results.  These results indicate that a system that can control the position of a net cage in relationship to the wave and current forcing through the anchor lines' loading would greatly benefit from hydrodynamic modeling and instrumentation.  Ocean Spar is currently in the process of developing a finite element modeling program for its net cage systems.  Modeling would result in theoretical material and design optimization which, when implemented and instrumented, would provide feedback from the remote system to shore and check of modeled versus actual behavior.  This would strongly improve the viability of the mari-culture project. However, the complex interactions of a compliant net system, moored with spar buoys, restrained by anchoring and mooring lines, has not been fully explored and could use further investigation to understand the system dynamics.

---

[6] Spar buoys are driven by the wave pressure acting on the bottom of the spar. With the natural attenuation of waves with depth, the spar buoy motion is generally much less than that of a wave-following surface buoy. However, spar buoys can be strongly affected by wave motions whose frequency approaches the spar's resonance frequency.  The resonance frequency decreases with increasing spar length, i.e. increased mass and damping.  The goal is to develop a spar buoy that will resonate at a slower frequency than that of the lowest ocean swell at the site, which is about 1/20th Hertz range.  The Ocean Net Spar buoy has a resonance period of 6.2 seconds. In order to reach 20 seconds, the spar would have to be 30 to 60 ft long. If the spar buoy would go into resonance, than a very damaging interaction with the connected net cage could occur, resulting in jerking, tearing, and dynamic loading of the containment net. However, G. Loverich from Ocean Spar observed that their spar buoy's main resonating mode is a rolling motion around the spar's base, not a heave resonance.  This may be attributed to the installed damper plates below the spar buoys, which tend to convert the spar buoy behavior to a wave follower.

## 4.0     Which Cage Systems Should Be Proposed for the Northern Gulf?

### 4.1     Classification of Cage Systems

Loverich and Gace (1997) of Ocean Spar Technology divide cage systems into four main groups, called Class 1 through 4, which are illustrated in Figures C-2 through C-5. Most available cage systems can be categorized as the systems below, but nearly all of them are of a hybrid nature, forming compromises between the different classes.

- Class 1:  Gravity Cages (Figure C-1) hold their shape and internal cage volume only through distributed buoyancy and weight.  A weighted net bag suspended entirely from a moored floating support structure is defined as the Gravity Cage.  See Figure C-2 and C-3 as examples.

- Class 2:  Anchor Tensioned Cages maintain their shape due to anchor-line tension. The *Ocean Spar Sea Cage* (Figure C-4), is the main candidate in this category.  The anchor line tensions are transferred to four corner spar buoys.  The corner spar buoys transfer the anchor line loads to the four vertical edges of the net pen through mooring lines.

- Class 3:  Semi-Rigid Cages:  Ocean Spar's *Sea Station*, (Figure C-5), is the prime candidate in this group.  Metallic internal framing and a central support column provide the shape for the net system.  The framing, connected to the central column with tensioned ropes, responds with sufficient compliance to allow some deflection of the cage under external forcing.

- Class 4:  Rigid Structure Cages:  A rigid metallic structure provides support for the net cage (Figure C-6).  Netting connected between adjacent legs of an oil rig, as used in Phase I of the Gulf of Mexico experiments (Miget, 1995), would fall under this category.  A different rigid structure cage is the *Trident* cage, (Figure C-7).  It is constructed as a buoyant geodesic sphere, with containment and predator netting filling the spaces between its frame elements.

An attempt is currently being made to extract pertinent information from the available literature, from questioning designers and operators, and from the engineering assessment at WHOI, to determine which cage systems are the best option and which would be most likely to survive in fully exposed, open-ocean locations.



Figure C-2: "Gravity Cage," Example 1: *Tempest Fish Cage*, Great Britain/Ireland



Figure C-3: Gravity Cage, Example 2: *FARMOCEAN Offshore System*, Sweden



Figure C-4:  Anchor Tensioned Cage: *Ocean Spar Sea Cage*, USA



Figure C-5: *Sea Station*, Ocean Spar Technology, USA



Figure C-6: Rigid Net Cage Used in the Gulf of Mexico



Figure C-7:  Example of a Rigid Cage:  *Trident Cage,* Canada

## 4.2     Class 1: Gravity Cages

### 4.2.1     Introduction

Class 1 *Gravity Cages* (Gunnarsson, 1996; Brittain. 1996; Lisac, 1996) were declared unfit for fish farming by Loverich and Gace (1997) since, in their assessment, these cages collapse under high currents due to flattening of the surface floatation and the net cage[7]. However, collapse would only occur if mooring attachment points are limited to the surface flotation of the net cage. Yet practice is to split each anchor line into at least two rope ends. The rope ends attach to the surface flotation and at points vertically below on the net cage. In addition, industry practice is to use an evenly spread mooring system with multiple attachment points. At least four anchor lines are used, spaced evenly around the net cage and surface float's circumference. The mooring legs pulling perpendicular to the ocean current direction greatly reduces the flattening response of the cage to ocean currents. Flattening is additionally reduced by the multiple attachment points on both the net wall and surface floatation. One could classify these structures as <u>Anchor and Gravity Tensioned Cages.</u>

### 4.2.2     Response of Cages to Sea State and Current Forcing

A number of input parameters influence the Gravity Cage response at sea. These include:

- Net buoyancy of surface flotation and weight of suspended net cage and attachment points.
- Length and attachment points of mooring lines relative to water depth.
- Number and distribution of mooring lines.
- Types and sizes of mooring line elements used.
- Direction and magnitude of ocean current and sea state (frequency and amplitude).
- Geometry and composition of net walls, total exposed area.
- Degree of biofouling of net wall.

---

[7] Aarsnes, J.V.; H. Rudi, G. Loland: *Current Forces on Cage, Net Deflection;* (1990). Engineering for offshore fish farming. Thomas Telford, London 1990, pp. 137-152. The report shows that in some cage designs with freely hanging nets and bottom weights, more than 80 percent of the volume contained by the net cage gets lost when exposed to two-knot currents.

The total net cage system area exposed to a current determines the drag force. The net cage configuration's buoyancy and weight distribution as well as the mooring lines' geometry and properties affect the dynamic response to wave forcing. The behavior of the moored net cage system depends on the frequency and amplitude of the sea state. In a sea state with low wave height and low frequency swells, the flotation collar of a cage responds as a wave follower. At higher sea state with highly energized rapid ocean waves, the surface flotation is unable to continuously follow the sea surface contour, and it will be washed over by some of the waves. Hydrodynamic modeling and wave tank model testing has to be performed to provide the needed cage behavior information detail. Practical at sea experience adds to the understanding of the complex response of the cage system to its ocean environment. Site inspections will identify wear components and help in establishing good maintenance practices. Similar modeling and test procedures can be developed for all cage types.

### 4.2.3   Examples of At Sea Behavior

Two anchor and gravity tensioned cage systems, selling under the trade names "Tempest" and "Bridgestone High Seas" have been used with good results. Gunnaran (1996) reports 2 ½ years of operation with hardly any repairs in completely exposed locations off the West Coast of Ireland and the Faroe Islands. The cages consist of two concentric hexagonal, octagonal, or circular assemblies of extremely rugged reinforced rubber hose, which form the surface flotation collar from which the net cage is suspended (Figure C-2). The hoses are of the same, almost non-destroyable construction as developed for offshore oil docking hose. They are employed to load super-tankers from open ocean single point buoy moorings, which are connected to oil wellheads on the sea floor. Individual offshore loading hoses have a service life of eight years or more. The net side walls are typically 40 to 50 ft high and are connected to the bottom net enclosure with vertical support ropes. The bottom of the net wall is ballasted with chain weights. For open ocean service, the net walls are built with a heavy nylon shock netting placed between the net wall and surface float. The shock net cushions any impact from loading

experienced in heavy sea state due to the out-of-sinc vertical motion of the bottom weights relative to the surface flotation. Knotless nylon nets, with additional reinforcement panels between the side walls and net floor, are used to construct the entire cage. A larger mesh predator net made from polyolefin material surrounds the net enclosure [8]. However, stretchy nylon netting is able to absorb significant mechanical energy differences and shock loading between different portions of the net enclosure. The nets, made from large nylon twines, are heavy compared to the Spectra nets used by Ocean Spar systems. Spectra[9], due to its much lower elongation under tension, responds to sea-state loading like a stiffer spring, leading to shock loading conditions.

Another example of anchor and gravity cages are Tension Leg Cages produced in Italy, originally developed by MARINTEC in Norway. These cages have only a small flotation collar at the sea surface and are anchored with vertical mooring lines. The cage system is designed to pull under in high currents, preserving most of the net volume due to a lower reinforcing ring and distributed flotation buoys. This design works well in low currents off Sicily. The deployment depth is less than 50 meters to limit current effects. The cages have survived up to eight meter surface waves and produce sea bass and sea bream (Lisac, 1996). Other examples of gravity cages are the Farmocean offshore cages from Sweden (Henriksson, 1996) and the SADCO cages from Russia (Bugrov, 1996). These cages operate in waters with some shore protection.

## 4.3     Class 2:  Anchor Tensioned Cages

These cages are represented by the Ocean Spar Net Pen shown in Figure C-4. This is a well thought out concept. The cage is held in position at the sea surface by attachments to four spar-type corner buoys, which are moored and tensioned by large gravity anchors. The spar buoys are equipped with bottom damping plates and respond to

---

[8] Net detail information provided by Seamus Gillespie, Manager, Coastal Cages, Ltd., Ballymoon, Kilkar, Ireland.
[9] Spectra is the trade name of the Allied Signal corporation for its high-performance fiber from Ultra-High-Molecular-Weight Polyethylene (UHMWPE). The same chemical composition fiber is also available from DSM High Performance Fibers in Holland under the trade name Dynema. The strength of these low

sea-state forcing with little roll and heave motions, until they come into their resonant frequency condition. The net pens stay positioned near the sea surface, experiencing very little rocking from most sea states. The net cage stays taut due to the anchor rope tension and thereby survives with little response to the sea-state forcing at the ocean's surface due to lack of cage-attached flotation. However, the failures experienced during the prior Gulf of Mexico experiment (Miget, 1995) indicate that the system behavior in high sea states is not yet completely understood. Therefore, the use of the Ocean Spar system is not recommended at this time.

## 4.4    Class 3: Semi-Rigid Cages

A distinct design of cage systems has been developed which can be classified as semi-rigid. Such a type is the Sea Station from Ocean Spar Technology (Figure C-5).

A semi-rigid cage system is designed with a basic frame around which the containment nets are placed. The framing provides the structural backbone of the net system. The *Sea Station*'s frame (Ocean Spar Technology) has a large tubular ring at the equator of the structure which is suspended from a center column and held in position by rope stays.

Our assessment of the semi-rigid cage system is that it provides good, workable stations for semi-protected and protected waters, but it is not designed to withstand the full onslaught of open-ocean storm waves at the sea surface unless submerged. A semi-rigid structure with modifications to allow easy winching to submerged locations would be a strong candidate for the planned Gulf of Mexico project. This requires development of controlled winching of the cages. A significant drawback of the semi-rigid cage design is its difficult access for maintenance, exercised now by large zippers, through which divers leave to enter the containment net structure.

---

stretching lightweight fibers is 2.5 times higher than nylon. Nylon fiber stretches 15 to 20 percent at break, UHMWPE fibers only 3 to 4 percent.

## 4.5    Class 4: Rigid Cages

These cages consist of rigid self-supporting structures "assembled from jointed beams, columns, and trusses capable of withstanding compression, tension and bending loads" (Loverich and Gage, 1998). Cages used in the earlier GOM experiment, see Figure C-6, are one example of rigid cages. This cage was successfully deployed submerged 47 ft below the sea surface and lowered into position from an oil platform along a heavy polyester rope. The cage was built with perforated steel top and bottom plates. Its design has to be reviewed in detail, since only one type of reinforced netting survived the deployment without tearing out. The cage failed when deployed 20 ft below the sea surface. Other rigid cage candidates are steel-framed net pens used to grow salmon in protected locations. An alternative design is the *Trident Cage*, see Figure C-7, which is built like a geodesic sphere (Willinsky, 1994, 1996). It is constructed from foam filled aluminum tubing sections forming triangular segments of the spherical cage structure. The resulting cage is positively buoyant and has to be pulled under water by its mooring. Nets are sewn together to fit as taut netting inside the structure, using bolt ropes. The structure can operate both submerged and at the surface. However, long-term, open-ocean operation at the surface in storms is not recommended by the manufacturer.

The rigid net cages are good candidates for a fish farm from an oil rig, if they can be kept out of the major surface wave energy zone. However, only a few rigid cages can be installed under an oil platform due to the limited number of available bays in most structures. For economic reasons, additional cage systems are required which must be accommodated in waters outside the space occupied by the platform. The spacing density depends on water quality requirements, which may hinder close proximity between adjacent cages. In order to utilize the advantage of cage control by oil rig mounted winch systems, reliability and survivability issues of the sea floor mounted and anchored cage rope sheaves have to be solved. Such development will require some time, and the use of other platform connected fixed cages is not practical for the first demonstration project.

## 4.6  The Recommended Cage System Selection and Future Considerations

At the present stage of fish cage development and experience, the choice of suitable cage systems for open ocean mariculture is rather limited.  Primarily because of proven records of survivability in unprotected ocean locations, the Anchor and Gravity Tensioned Cage candidates are considered the best configurations for the planned project. Either the *Bridgestone High Seas* or Dunlop's *Tempest* cages (Figure C-2) should be procured.  These cages are supported by surface flotation from reinforced rubber hose segments arranged as octagons at the sea surface.  They are to be equipped with proven net configurations, including an upper shock net and a net covering the cage opening to prevent predation by birds.  Details such as the safe anchoring, mooring configuration, and mooring line optimization will need to be worked and modeled for each site.

In addition, a small number of Rigid Cages could be arranged in the bays between the oil platform legs.  They must be deployed at sufficient depth below the sea surface (57 ft worked in 1990 with a 20 to 30-ft net).  Net details would duplicate the surviving construction of the 1990 experiment (Phase 1) in the Gulf of Mexico.  Only a few rigid cages can be installed under an oil platform due to space constraints and water quality requirements.

Both the sufficiently submerged Rigid Cage System and the selected Anchor and Gravity Tensioned Cage System candidates have the best survival guarantee for open ocean deployment based on past experience.  For the future, the development of the winching technology to allow submergence of cages on command, reducing severe sea state impact, would greatly improve the longevity of surface deployed cage systems and their payload in bad weather (see Figure C-1).  Many detail tasks have to be solved to develop such systems and to later automate them to eliminate the need for personnel stationed on a platform.

## 5.0  Mooring and Anchoring of Offshore Cage Systems

## 5.1  Mooring Component Selection

Mooring line candidates have significant influence on the elastic and configuration characteristics of a mooring system. A wide choice of candidates is available with greatly different mechanical properties. These include (1) chain, (2) wire ropes, and (3) fiber ropes as discussed below.

Chain is the heaviest of all mooring elements and, in most applications, combines a poor utilization of the metallic strength with the best endurance against abrasion. With almost zero elastic elongation, chain is a poor shock absorber. However, a chain mooring can provide compliance when operating in a catenary configuration, or when chain links are raised from the sea floor by a surface buoy's heave motion in waves or current. Chain is most useful as the bottom section of a mooring, forming the linkage to the anchor, where its ability to take abrasion is required. Chain terminations are the easiest of all, with one or more shackles through any chain link forming the connecting link.

Wire ropes are heavy, resistant against cuts and most abrasions, but elongate up to ½ percent under working load. Wire rope constructions differ in flexibility, elongation, torsional, and rotational response to applied tensions. All wire rope constructions are threatened by kinking and hockling in service, particularly when the load on a tensioned rope is suddenly released. Nearly all wire ropes develop significant torque when loaded, or rotation when allowed to spin. Sudden unloading releases the stored torsional energy suddenly, which can lead to kinks that make a wire rope useless. Due to their small elongation under load, the ropes are poor shock absorbers. Wire ropes are inherently stiff, and guiding ropes over undersized sheaves can permanently bend the rope due to yielding of the rope wires. Commonly used galvanized wires reduce corrosion in seawater substantially. Wire ropes would be the most suitable choice for winched cage systems. Adding exterior plastic jacketing and electrical conductors are available design options. Wire rope termination technology, either through eye splices or swage fittings, is well established. Swivels may have to be used to remove rope rotation under load

changes. Special attention has to be given to prevent kink formation in service, for instance by preventing anchor spinning while deploying a mooring. Only wire rope constructions with high levels of torque balance are useful for moorings at sea.

<u>Fiber Ropes</u> are lightweight and are mostly threatened by cuts, fish bite, and external abrasion. They can be made from low-stretch, high-performance fibers or from weaker polyester, nylon, or polypropylene fibers. The rope construction technique used has a noticeable effect on a rope's behavior. The rope construction amplifies the fiber elongation through the twisting and braiding processes. The increase in elongation is coupled with a reduction in fiber strength efficiency and rope stiffness. Braided ropes inherently do not kink or hockle under changing load levels. Typical elastic elongation of well used ropes loaded to 30 percent of their new breaking strength is anywhere between one and 10 percent. Nylon is in the eight to 10 percent stretch range, polyester and polypropylene stretch under four percent, and high performance ropes around one percent. The higher elongating ropes provide a significant shock absorbing capability which is important in the control of the sea-state motions of cages. Fiber rope terminations are usually made through construction-specific eye splice techniques.

The cage moorings must be designed utilizing the best possible combination of mooring components. Numerical modeling of the cage moorings will allow optimization of the mooring component selection for best survival and operational performance in a given configuration and conditions at a particular site. Attention to detail will be applied to the connecting hardware to ensure longevity of the mooring. The WHOI mooring experience will assist in the screening and selection process to optimize a mooring link's performance and longevity. WHOI mooring engineers and technicians will screen a mooring link and system candidate to assess its ability to be deployable, serviceable, and retrievable. They will also make sure that proper detail and selection of the mooring hardware is taken into account.

## 5.2 Anchors

The proper selection of the most suitable anchoring method for sea cages is of prime importance to the survival of the cage system since the tensions due to currents on a large cage system in typical currents can be many tons.  The sea floor geophysical conditions and the interaction of surface waves with the sea floor will dictate the anchor selection at a particular site.  Special anchors and anchoring techniques have been developed to cope with the loads of the oil industry in the sea floor mud in the Northern Gulf of Mexico.  These are suction pile anchors and vertically loaded drag anchors. Vertically loaded drag anchors (VLAs), specifically designed for offshore oil platform moorings, are produced by Vryhof in Holland, and Bruce VLA Ltd. in Great Britain.  The Stevpris Mk5 anchor from Vryhof allows adjustment of the angle between anchor fluke and shaft for sand/hard clay, medium hard sand, and very soft clay and mud.  In soft mud, the ultimate holding capacity of 30 times the anchor weight is being achieved. Embedment tensions are up to 40% of the ultimate anchor holding capacity, requiring support vessels with high pull capacity.  Both Vryhof and Bruce VLA Ltd. have conducted extensive test programs to support the most demanding anchoring requirements of the oil industry with detailed holding power data for their different anchor models. Suction or special embedment technology is used in muddy sea floors to get the anchors below the mudline and into harder soils. Helical screw-in anchors, made by Straight Moorings in Canada, which have superior holding power in hard soils, are not suitable for soft mud. Deadweight anchors can be either steel or concrete.  Concrete anchors are rather bulky, losing about 40% of their weight when immersed.  The advanced anchor options will be addressed once sea floor conditions of a planned oil platform site is known.  For more information on these anchors, see Huang and Lee, 1998.

## 6.0   Numerical Modeling of Aquaculture Systems

A key component of future work will involve simulations with *WHOI Cable* [10]. This is a numerical cable dynamics program that was developed for simulating the motions of two and three-dimensional cable systems. The program is built around a mathematical model that includes the effects of geometric nonlinearities, material nonlinearities, material bending stiffness, and material torsion. By including geometric nonlinearities and bending stiffness, WHOI Cable can accurately model systems in which cable segments go slack.

### 6.1 Important Features of Mathematical Formulation

The effect of bending stiffness (EI) can be illustrated by considering the static governing equations for an extensible cable in two dimensions. Neglecting drag terms, a force balance in the tangential and normal directions on an infinitesimal element yields:

$$\frac{\partial T(\varepsilon)}{\partial s} - w_o \cos(\phi) = 0$$

$$T(\varepsilon)\frac{\partial \phi}{\partial s} + w_o \sin(\phi) = 0$$

$T(\varepsilon)$ is the tension in the cable as a function of strain $\varepsilon$, $\phi$ is the angle of inclination from the vertical, and $w_O$ is the weight per length of the cable. With this formulation, the equations are singular if the tension in the cable becomes zero. Incorporating the effects of bending stiffness, specifically a shear force, allows us to avoid this singularity. The second equation above for the forces in the normal direction becomes:

$$\frac{\partial S_n}{\partial s} + T(\varepsilon)\frac{\partial \phi}{\partial s} + w_o \sin(\phi) = 0$$

---

[10] For complete details and additional references, see article by Gobat & Grosenbaugh (1998), "WHOI Cable: Time Domain Numerical Modeling of Moored and Towed Oceanographic Systems," in the Proceedings of Oceans '98, Nice, France.

$S_n$, the shear force, is governed by the additional equation:

$$EI \frac{\partial^2 \phi}{\partial s^2} + S_n (1 + \varepsilon)^3 = 0$$

where $E$ is the Young's Modules of a cable, and $I$ its moment of inertia. The way in which material nonlinearities are incorporated into *WHOI Cable* can be illustrated by the following analysis. For tension as a function of strain, we can write:

$$\frac{\partial T(\varepsilon)}{\partial s} = \frac{dT}{d\varepsilon} \frac{\partial \varepsilon}{\partial s}$$

Substituting into the equation for the tangential forces we get:

$$T'(\varepsilon) \frac{\partial \varepsilon}{\partial s} - w_o \cos(\phi) = 0$$

Thus, if we know the constitutive relationship for a material, $T(\varepsilon)$, its first derivative, $T'(\varepsilon)$, and the material never deforms plastically ($T'(\varepsilon) > 0$ for all $\varepsilon$), the nonlinear stress-strain behavior of a material can be fully modeled.

Previous derivations of the three-dimensional cable equations have used coordinate transformations based on Euler angles. When using this transformation for cable equations, there is a singularity in the angular spatial derivatives associated with a specific rotation angle. The traditional method of avoiding this singularity was to choose the rotation sequence such that the singular rotation was unlikely to be encountered. For long time simulations of moorings with large motions and cables that can go slack, however, such a choice may be impossible. WHOI Cable uses a coordinate transformation based on Euler parameters to avoid this singularity. Rather than a sequence of three successive rotations using Euler angles, transformations based on Euler parameters make use of Leonard Euler's principal rotation theorem to represent an arbitrary change in orientation by a single rotation about a single vector. This is a four degree of freedom transformation (three vector components and an angle) compared to the three degree of freedom Euler angles transformation.

The model for the interaction of cable segments with the sea floor is based on a linear elastic foundation. For nodes with vertical coordinates below the bottom, an additional normal force linearly proportional to the distance below the bottom is applied. For static problems, this force is not allowed to exceed the weight of the cable. This restriction is not imposed in the dynamic problem where impact forces can occur. A velocity proportional damping force is also applied in dynamic problems. Tangential static friction forces are based on the net normal force and a simple friction coefficient.

## 6.2 Numerical Algorithm

The mathematical problem in each case is posed as a system of coupled, nonlinear partial differential equations. The program solves this system numerically by discretizing the continuous (exact) forms of the governing equations using finite differences centered on the half-grid points (which makes the approximation second order accurate). This discrete system of nonlinear equations is solved by an iterative, implicit relaxation technique. For the static solution, the initial guess for the iteration procedure is based on a catenary solution for a uniform cable with equivalent weight, stiffness, and length properties. For the dynamic solution, the initial guess at each time step is the solution from the previous time step. At each iteration the equations are solved using a sparse Gaussian elimination algorithm for which the computational effort scales linearly with the number of nodes.

Because the numerical scheme is implicit, the stability of WHOI Cable is quite good, though not guaranteed. There are limits to the maximum allowable time step that can be used to propagate the dynamic solution in time without giving rise to numerical instabilities, much like a Courant condition applies for an explicit solution of the wave equation. WHOI Cable has an adaptive time-stepping algorithm whereby the time step is automatically reduced whenever instability arises.

### 6.3   Simulations of Aquaculture Structures

As part of a Sea Grant demonstration project, WHOI and industry partners are developing a mussel long-line installation for deployment offshore Massachusetts. Because WHOI's experience with such structures is limited, *WHOI Cable* modeling is an integral part of the design phase of this installation. The top panel of Figure C-8 shows the two-dimensional response of one of the proposed configurations in 0.5 knots of left-to-right current. In this configuration, several different sock lengths would be deployed along the line to better understand the effects of sock length and mussel depth on growth rates. WHOI Cable static modeling was used to calculate the required distribution of buoyancy along the line to balance the varying weights of these lines in a variety of two- and three-dimensional current conditions. The second and third panels present results from dynamic modeling of this same configuration in a simulated sea state of 5 meters (3.5 m significant wave height and 24 ft winds). The sock acceleration shown in the second panel can be an important factor in the retention of the mussels on the sock. The third panel shows the total tension at the left anchor; anchor tension results are critical in the selection of an anchor for a given bottom condition.



Figure C-8:  Results of Numerical Simulation of a Long-line Mussel System

Given the current state of development of WHOI Cable, additional types of aquaculture structures could be modeled. Large floating rings, moored via a series of anchoring lines, of the type used to support some net cages can presently be described within WHOI Cable's mathematical framework. With this kind of model, net forces are treated as point loads acting at the point of attachment to the primary structure. With ongoing improvements, work could include a more complete generalization of structure geometry to allow for the modeling of the net system and cages themselves.

For designed planning of a mariculture system, WHOI cable can make significant contributions to the system requirements in its current state, and will improve its predictive power in the future. Modeling should be a central part of any moored fish cage program.

## 7.0    Intelligent Sensing and Control Systems

### 7.1    Computer System

With modern, low-powered controllers, an intelligent computer system would be an important part of the sensing and control system of the mari-culture project. This automated control system has the potential to reduce the   manpower required for a platform operation. A goal would be to have no one on the platforms, with a shore-based management and response team to support the operation. The response team could respond to problems on a particular platform identified by the sensing system and relayed by the telemetry to the management team. It is this control of the fish cages within the water column which might prove an advantage over fixed systems, allow the avoidance of fish loss and justify the added complexity of winches and moveable cages. A block diagram of a data system with inputs and controls is shown in Figure C-9. This diagram relates to the conceptual sketch in Figure C-1. The basic computer and sensing system could be powered from solar charged batteries most of the time, as the power requirement is minimal. These power systems have proven reliable in land and buoy based systems and should provide reliable power on the platforms. When an action is required which needs more power, the system then has the ability to turn on a generator to supply the



Figure C-9:  Block Diagram of Intelligent Fish Cage Control System

higher power required for winches, feeding systems, etc. The control system would collect data from a number of environmental sensors at standard times, and make intelligent decisions based on these observations. As an example, the system would profile the water column for water temperature, and then, based on these observations, move the fish cages up or down in the water column to the optimum temperature for fish growth.

A computer-based control station with two-way telemetry with sensor interface and control capability would cost in the $15 to $10K range. This includes onboard data backup should the telemetry link prove inadequate. A solar power system with panels, batteries and regulators would be $2 to $3K.

## 7.2    Control of Fish Cages

The oil platform has the advantage of being a fixed installation in the ocean, from which a number of surrounding fish cages can be raised and lowered in the water column (Figure C-1).

The location of positively buoyant cages in the water column can be controlled through winch lines arranged from the central platform. Special winch line sheaves have to be developed which prevent the jumping of a slack rope from the sheave. One sheave will be attached above the sea floor entry of a platform support piling, one sheave on a designated anchor block. The fish cage will be mounted inside a frame which transfers the line tension to the cage's flotation body. For each line a winch is located on the oil platform deck. With a suitable control system the movement of cages to proper positions can be administered from shore. By monitoring light, temperature, and currents the system could make a decision and position the cages at a depth with environmental conditions for optimal fish growth. To reduce the effects of storm waves, the system would move the cages to the bottom to minimize cage damage and fish injury. Based on environmental conditions, the intelligent control system could also alter the time and amount of external food to supplement the natural occurring and adjust for seasonal and environment caused changes in food requirements.

## 7.3     Two-Way Telemetry

The data system would also rely on two-way cellular phone or satellite telemetry to return data from the platform to shore and to allow the shore-based management team to monitor, control and alter several subsystems from the shore.  Data (see discussions below) would be routinely collected on the platform along with water, fish and cage status and relayed to shore on a regular basis (e.g. first thing in the morning and later in the afternoon).  The management could also request additional data between normal transmissions and alter the sampling or control it in real-time from shore to have a "hands on" system while still on shore.  Besides sending the normally sampled data on a regular basis, the system would also have the ability to send alerts as soon as it detects some abnormal condition.  High waves (significant wave height exceeding some pre-selected limit resulting from modeling of the system) or oxygen levels which fall below the normal statistics for the region and season would trigger immediate calls to shore.  Those on shore would be alerted and receive data from the sensing systems to assist in making management decisions.

## 7.4     Video Imaging

The data system relies on inputs from a variety of sensors on the platform, in the water and on the fish cages themselves.  Remote video imaging from the platform would allow the system to be an observer, without a man in residence.  Both above and underwater video cameras and acoustic imaging will be used.  The images could be compressed, stored on the platform and telemetered to shore for analysis.  Depending on the visibility of the water, underwater cameras could image critical components of the fish cages, the fish behavior and mortality.  They will also monitor the degree of biofouling of the cages.  Above water cameras will monitor the condition of the tower, keep an eye out for poachers and provide an endangered species alert; that is if a whale were to become entangled in the system.  Simple pattern recognition algorithms could detect differences between images and alert the management team on shore.

### 7.5    Acoustic Imaging

Acoustic imaging has better potential for underwater imaging when optical visibility is not optimum.  Multifrequency acoustic can penetrate opaque waters with fine sediment or biological growth.  It also allows fish size and number to be determined to help observe growth rates and health by observing the signal strength as a function of frequency since swim bladders change with fish size and respond at distinct acoustic system frequencies.  Acoustic imaging could also locate fish within the cage and indicate potential problems and mortality.

### 7.6    Cage Monitors

To monitor the cages in addition to the optical cameras, tension would be monitored in the cage-mooring members.  This would alert of significant biofouling, which can significantly increase mooring tensions beyond the modeled tension for the cages in the observed current field.  This would also give an indication of outside influence on the cages, e.g. poachers or entangled whales.  Certain critical structural members in the cage would also be monitored with strain gauges to assure that applied forces did not exceed predicted levels based on system modeling and design.  Finally, cameras would monitor the cage location in the water column to assure that the cages are where and at what depth they are supposed to be.

### 7.7    Meteorology Sensors

A suite of sensors would be fixed to the tower to give nearly continuous readings of environmental variables in support of operations.  This includes the meteorology forcing at the tower.  Wind speed and direction would be measured and used to predict waves and direct force predictions.  Air temperature and relative humidity would be used with sea surface conditions to predict local heating of the water.  Photosynthetically Active Radiation (PAR) would provide information on the radiation-driving primary productivity (photosynthesis) and an estimate of the radiation causing local heating of the

water.  If more complete information on the radiation fluxes is desired, short-wave and long-wave radiation sensors can easily be provided but are probably not required.

### 7.8     Pressure/Wave Sensor

A pressure sensor on one leg of the tower will monitor sea-surface elevation, and when averaged to low-frequency, will provide information on tides and weather-forced sea surface changes.  The density of the water column will be measured by a profiling package, and this can be used with the vertical equation of motion to estimate sea surface elevation from pressure.  When burst sampled rapidly, the pressure sensor will provide information on the local wave spectra and the significant wave height.  This can be used with shallow water wave theory to predict the wave forcing on the cages as a function of depth and to alert the management team if the waves are approaching some predetermined critical condition.  With the predictions of increasing winds, the model of local wave growth and conditions can be fine-tuned to give greater warning to the potential of large wave damage.

### 7.9     Profiling Sensor Package

The water column quality will be measured at desirable points in time by a profiling system.  Oceanographers use shipboard observations made by profiling systems. This approach has the advantage of requiring only one sensor suite to obtain information at all depths.  This approach risks missing high frequency internal wave activity which may be important at some sites because of the large vertical excursions and horizontal current shear associated with such activity.  However, for normal monitoring of water conditions due to local heating and cooling, advective changes in water properties, this profiling approach should be entirely adequate and cost effective.   A sensor suite would be stored in a protective "house" out of the water to reduce biofouling, especially on the optical sensors, and to remove it from wave forces except when profiling.  The system would be pulled up and down one leg of the tower by a winch assembly under control by the data system. The observations would be recorded and processed by the data system

for storage and relay to shore.  The controller would decide when to profile and would have a regular schedule such as six profiles a day to monitor the slow local and advective changes in water quality.  If conditions deviate from expected or standard and approach some critical value, the profiler would run more often to obtain data and to provide necessary information to enable corrective action to be taken, preventing damage to the cages and/or loss of fish.

## 7.10    Physical Sensors

Sensors on the profiler would include the standard physical and bio-optical varieties.  Temperature, conductivity (for estimation of salinity) and pressure (depth in the water column) would be standard observations along with water velocities.  The temperature would show the profile of heat and indicate the optimum depth for the fish cages, indicating any excessive temperatures or temperature changes to be avoided.  A temperature sensor with the pressure sensor on the tower could fill the time history of temperature fluctuations at one depth between profiles.  Salinity profiles would alert to any fresh water runoff or advective changes which may be detrimental to the fish.  The current profiles could be made with a point-acoustic current sensor on the profiling fish or by a more expensive Acoustic Doppler Current Profiler (ADCP) attached to the bottom of one leg of the tower and profiling the water column. Both configurations have advantages and disadvantages and both would work.  The currents would allow an estimate of the forces on the cages, and be compared with the measured tension/forces to an estimated degree of fouling and alert for potential problems  resulting in cage damage and fish loss.

## 7.11   Bio-Optical Sensors

The bio-optical sensors would include a PAR, the 4 $\pi$ sensor measuring light from all angles driving primary productivity.  The profile of PAR would allow estimation of the attenuation coefficient and the amount of suspended particles in the water.  A transmissometer, or optical back-scattering sensor, would also be used to estimate the particles and visibility in the water.  The optical attenuation is largely due to the finer

particulates in the water column, and would give a warning of low light penetration. Since monitoring primary productivity is important to indirectly determine the nutrient levels and chlorophyll in the water column, a chlorophyll-a fluorometer could be added. An oxygen sensor would monitor the profiles of dissolved oxygen and alert for anoxic conditions.   However, dissolved oxygen sensors are among the least robust sensors available today, and may not have the reliability required for the desired task. Other measurements of nutrients (nitrate, nitrite, ammonia and phosphate or pH) are normally made in the laboratory with an autoanalizer or laboratory instrumentation.  Some in-situ systems are now being constructed, but they again are not routine measurements that can be made remotely.  To get around these sensor limitations, the profiler could collect water samples for later laboratory analysis on shore.  The system is flexible and could easily be expanded to utilize any new sensing system as it becomes available.  The Sea Bird Electronic Model 911 system is an example of a shipboard system which has been successfully adapted to unattended profiling in coastal environments (ref. LEO-15).  A system such as prepared here would cost in the $75K range, and directly interface to the control computer with little difficulties.

## 7.12   Summary: Intelligent Sensing and Control System

The intelligent data system with two-way telemetry, shown in a block diagram as Figure C-9, can relay information from the video and acoustic imagery, environmental and cage sensors to the shore-based management team to connect them with several platforms and their operation at one time.  The management team can communicate with the platform and command more information and images, or command the platform to perform one of its standard set of operations under control of the data system.  Also the data system can monitor environmental, fish, and cage conditions and take responsive actions without a manned presence at the platform, or without a command having to be made from shore.  Having the remote system able to react to environmental conditions will improve fish growth and reduce the possibility of cage damage.  Combined with the

alert of problems on the platform or in the fish cages, these factors will improve the probability of an economically viable operation.

## 8.0   References

Brittain, D. (1996): *Dunlop "Tempest" Fish Cages*; Open Ocean Aquaculture, Proceedings of an International Conference, May 8-10, 1996, Portland, Maine. Marie Polk, Editor. New Hampshire/Maine Sea Grant College Program Rpt. #UNHMP-CP-SG-96-9. Pp 389-397

Ben-Efraim, U.: *The "Sub-Marine" Offshore Cage System*; Open Ocean Aquaculture, Proceedings of an International Conference, May 8-10, 1996, Portland, Maine. Marie Polk, Editor. New Hampshire/Maine Sea Grant College Program Rpt. #UNHMP-CP-SG-96-9. Pp. 327-336

Bugrov, L.Y.: *Underwater Fish-Farming Technology for Open Sea Areas: Review of a 10-Year Experience;* Open Ocean Aquaculture, Proceedings of an International Conference, May 8-10, 1996, Portland, Maine. Marie Polk, Editor. New Hampshire/Maine Sea Grant College Program Rpt. #UNHMP-CP-SG-96-9. Pp 269-296.

Gunnarsson, J. (1996): Open Ocean Aquaculture: *BRIDGESTONE HI-SEAS Fish Cage;* Open Ocean Aquaculture, Proceedings of an International Conference, May 8-10, 1996, Portland, Maine. Marie Polk, Editor. New Hampshire/Maine Sea Grant College Program Rpt. #UNHMP-CP-SG-96-9. Pp. 389-397

Henriksson, L.: *Farmocean Offshore System – The Future is Here*; Open Ocean Aquaculture, Proceedings of an International Conference, May 8-10, 1996, Portland, Maine. Marie Polk, Editor. New Hampshire/Maine Sea Grant College Program Rpt. #UNHMP-CP-SG-96-9. Pp 113-126.

Huang, K., Lee, M-Y., *Experiences in Classification of Deep Water Mooring Systems for Floating Installations;* OTC 1998 Paper #8770, 1998 Proceedings, Offshore Technology Conference, Houston, Texas, Pp. 227-236.

Lisac, D. (1996) *Recent Development in Open Sea Cages: Practical Experience with the Tension Leg Cage;* Open Ocean Aquaculture, Proceedings of an International Conference, May 8-10, 1996, Portland, Maine. Marie Polk, Editor. New Hampshire/Maine Sea Grant College Program Rpt. #UNHMP-CP-SG-96-9. Pp 513-522.

Loverich, G.F. and L. Gace (1997): *The Affects of Currents and Waves on Several Classes of Offshore Sea Cages*; Open Ocean Aquaculture 97 Conference Record; Maui, Hawaii, April 1997, Pp. 131-144. Charles E. Helsley, editor. University of Hawaii Sea Grant College Program #CP-98-08.

Loverich, G.F. and K.T. Swanson (1993) *Offshore Sea Farms: 25 Months of Experience*, 13 pages, Fish Farming Technology Conference, 9-12 August 1993, Trondheim, Norway. Published by the Norwegian Research Council (no further details provided)

Miget, R. (1995): *Assessment of an Offshore Net Pen Finfish Production System in the Gulf of Mexico*, Sustainable Aquaculture 95, Pacon International, Honolulu, Hawaii, pp. 261-269. Charles E. Helsey, editor. University of Hawaii Sea Grant College Program #CP-98-08.

Rabalais, N.N.; D.E. Harper Jr., and J. Dubravko OCS Study 94-0054; U.S. Dept. of the Interior,: *Effects of Bottom Water Hypoxia on the Benthic Communities of the Southeastern Louisiana Continental Shelf*, OCS Study 94-0054; U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, LA, 105 pp.

Twilley, R.R., and B.A. McKee. 1996. *Ecosystem Analysis of the Louisiana Bight and Adjacent Shelf Environments, Vol. I: The Fate of Organic Matter and Nutrients in the Sediments of the Louisiana Bight*; OCS Study MMS 96-0055. U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, LA. 129 pp.;

Willinsky, M.D.: (1992) *Evaluation of the Trident Submersible Sea Cage System*; Proceedings Aquaculture Canada, June 1-3, Vancouver, Canada, 3 pp.

Willinsky, M.D and J.E. Huguenin, (1996): *Conceptual, Engineering and Operational Frameworks for Submersible Cage Systems;* Open Ocean Aquaculture, Proceedings of an International Conference, May 8-10, 1996, Portland, Maine. Marie Polk, Editor. New Hampshire/Maine Sea Grant College Program Rpt. #UNHMP-CP-SG-96-9. Pp 41-92

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**



Appendix

# D

# Oceanographic/Water Quality Data

### by NANCY N. RABALAIS

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**



Appendix
**D**

# Table of Contents

## Oceanographic/Water Quality Data

**Executive Summary** ........................................................... D-1

**Introduction** ..................................................................... D-3

**General Oceanography** .................................................... D-4

## Bibliography

## List of Tables and Figures

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**



# Oceanographic/Water Quality Data

## Executive Summary

This report summarizes the physical, chemical and biological parameters that are important in selection of appropriate locations for moored mariculture facilities in the north-central and northwestern Gulf of Mexico. The conditions summarized are applicable to conditions that might affect the integrity of the structure and the health of the penned fish. Also, the potential influence of the penned fish on the ambient environment is outlined.

Winds, waves and currents are the physical parameters most important in determining the structural integrity of the moored structures. Winds are typically < 20 m/s. Winter storms create moderately high winds 28 to 37 km/h, with extremes up to 89 km/h. Tropical storms and hurricanes represent the worst case scenario with winds of 18 to over 44 m/s. Tropical storms generate waves up to 2-3 m. The record wave height up to the period of Hurricane Andrew in 1992 was 7.3 m in summer. Hurricane Andrew generated a wave peak of 9.1 m in close proximity to the eye of the storm off Terrebonne Bay.

The currents of the study area are not typically affected by oceanic currents, but anticyclonic gyres which spin off the Loop Current can travel westward along the outer shelf and impinge on the study area. Strong currents of 50 cm/s are associated with eddies near the Flower Garden Banks. Shelf currents are less strong (20-30 cm/s). Currents are usually to the west, but a clockwise eddy is a fairly permanent feature of the Mississippi River delta bight region. During the passage of Hurricane Andrew in 1992, one mooring (LATEX-A) near the eye of the storm recorded three peak currents at 134 cm/s, 92 cm/s,

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

and 50 cm/s. Another mooring (NECOP) on the other eye of the hurricane recorded a 175 cm/s north component and a 115 cm/s east component in the bottom waters during passage of the storm.

Surface water temperatures are more variable on the inner shelf (12-15 to 29°C), while the outer shelf temperatures are more moderate (18-19 to 21-25°C). Bottom waters are more homeothermal with values of 20 to 24°C in 50 to 100 m water depth. A strong thermal stratification occurs in summer. Salinities approach 15 to 18 ppt near shore and closer to the river discharge. Bottom water salinities approach the 35 ppt range most of the time.

The suspended sediment load of the Mississippi and Atchafalaya Rivers is seen in turbidity plumes near the deltas. There is also reduced light transmittance near the bottom when nepheloid layers are present. Turbidity in the surface waters is often due to biological particles, particularly algal blooms that respond to riverine nutrient flux.

The plume of the Mississippi River is an extremely productive environment with high primary productivity values of 290-320 gC/m²/y. Flux of particulate organic carbon (POC) is high in waters less than 100 m, and averages 50% in a 20-m water column. POC flux values averages 500-600 gC/m²/d in 15 m depth at Station C6B off of Terrebonne Bay. According to the models of flux versus primary production, there will be less flux of particulate organic carbon with distance offshore and in deeper water; however, there is still a large proportion of the primary production that is fluxed in a water column < 100 m (usually about 50%). Export of surface water carbon is highest in the spring, lowest in the summer, and intermediate in the fall. The flux of materials added by mariculture operations could contribute to the carbon flux that fuels oxygen depletion in the spring and summer. The physical structure (stratification intensity) of a 50-m water column, however, would not likely support sustained low oxygen levels in the lower water column. The flux of organic matter could alter the benthic community structure, but surface deposit feeding polychaetes and smaller opportunistic polychaetes are already part of the community in this area.

Hypoxia (bottom water oxygen levels less than 2 mg/l) typically occur in 5 to 30 m water depth across much of the inner Louisiana shelf from May through September.

**D-2**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

Hypoxia does not occur commonly in 50 m water depths. Oxygen minimum zones in the upper water column do occur but are not frequent for stations within the 30 to 60-m water depth. The mid-water oxygen minimum zones are usually confined to a 5-m extent of the vertical structure, but may be as much as 10-m thick. Most are associated with organic particle fallout from the river plume and a stratified water column.

Harmful algal blooms are a matter for concern in offshore mariculture operations, both those that might affect the health of the caged fish and those causing indirect effects similar to mariculture operations contributing to harmful algal blooms as seen elsewhere in the world. Several blooms of toxin-producing harmful algae that can cause fish kills occur in the northwestern Gulf of Mexico. Some of the harmful algal blooms produce toxins that affect human health; these are of concern if shellfish are cultured.

## Introduction

In preparation of deployment of moored mariculture facilities in the north-central and northwestern Gulf of Mexico, fundamental information is required on general oceanographic conditions that might affect the integrity of the pen structures and the health of the fish. Additionally, the influence of the mariculture activities need to be assessed with regard to impacts on the surrounding environment.

This report outlines the general oceanographic conditions of the north-central and northwestern Gulf of Mexico, with an emphasis on the Louisiana continental shelf from the birdfoot delta of the Mississippi River to the upper Texas coast. Information was obtained from the primary literature, agency reports, and data sets archived under the supervision of Dr. Nancy N. Rabalais, Louisiana Universities Marine Consortium (LUMCON). Data sets maintained by Dr. Rabalais include results from several programs which focused on the distribution of hypoxia and related hydrographic parameters, and general physical oceanographic and biological features of the Louisiana-Texas shelf.

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

Data from cruises which sampled the continental shelf from the Mississippi River delta to the upper Texas coast (some to the middle Texas coast) exist for the period 1985-1997, primarily in the summer, but also a few from the spring and fall. Similar data for a more limited geographic area but with greater temporal coverage exist for a transect off Terrebonne Bay (Transect C) on a bimonthly or monthly basis for 1985-1986, 1990-1997. The data set for the hypoxia studies of Dr. Nancy Rabalais (LUMCON) and Drs. R. Eugene Turner and William J. Wiseman, Jr. (Louisiana State University, LSU) contains approximately 41,000 records representing 60-80 stations with multiple sample dates (= 2,200 station/date combinations). Additional stations (approximately 100/cruise) were obtained in a Louisiana-Texas (LATEX-B) Physical Oceanography program sponsored by the Minerals Management Service (MMS). These data are maintained in a master data file at LUMCON in dBase and Access software and can be statistically analyzed and queried with the help of standard software packages. All data sets are available through NOAA's National Oceanographic Data Center (NODC). Figures and Tables (unless referenced to a publication, report, or individual) come from the master database (hypoxia studies and LATEX-B).

## General Oceanography

Large scale water circulation in the Gulf of Mexico is influenced by the Loop Current and associated eddies, the semipermanent gyre in the western Gulf, winds, freshwater input and the density structure of the water column. Water enters the Gulf of Mexico through the Yucatan Strait and forms the Loop Current. Part of the current bends to the right, flows through the Straits of Florida and joins the Florida current. Some of the water flows farther north into the Gulf and then veers to the right to form a clockwise gyre which is bounded by two or more smaller counterclockwise gyres off West Florida. The remaining water turns left after traversing most of the width of the Gulf and contributes to a complex series of anticyclonic warm eddies that travel west

**D-4**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

across the Gulf in a process of decay that typically lasts 4 to 10 months. The Loop Current has an annual cycle of growth and decay, but the variability in patterns from year to year is significant.

The 80-km protrusion of the Mississippi delta into the Gulf alters and affects the currents, tides and wave fields in the local coastal waters. The shallow sound and shelf east of the delta, the severe bathymetric curvature of the delta itself, and the long-regular coast and shelf extending to the west create large-scale topographic controls in the flow field. The Mississippi River is also the major source of river discharge. The discharge (averaging 13,528 m³/s) flows mostly to the shelf edge of the prodelta and westward. The long-term average peak discharge in April is 30,000 m³/s, and the long-term low discharge in September to October is 10,000 m³/s. The area between the Mississippi River and Cape San Blas also receives substantial river runoff (3837 m³/s) with most contributed from Mobile Bay (2068 m³/s) and Mississippi sound (943 m³/s). The Atchafalaya River carries one-third of the flow of the Mississippi River along with that of the Red River. The influence of the combined flows of the Mississippi and Atchafalaya rivers is especially prominent in the reduced salinity of inner shelf waters as far west as Galveston. Occasionally, during the late spring this influence may extend farther offshore and down the Texas coast.

## Tides

Gulf of Mexico tides are of reduced amplitude compared to those of the eastern U.S. and range from 0.3 to 1.5 m, with the magnitude being the lowest on the south Texas coast. The Gulf tides are predominantly diurnal but major variations create mixed or semidiurnal tides along certain shores. Tidal currents are typically much slower in the Gulf of Mexico (generally $\leq$ 14 cm/s) than the open continental shelf of the Atlantic Ocean, especially the more northerly areas where tidal ranges are generally < 8 cm/s. Around inlets, keys, or barrier islands, however, they may frequently reach a velocity of 150 cm/s.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

OCEANOGRAPHIC/WATER QUALITY DATA
BY NANCY N. RABALAIS

## Winds/Waves

The Azores-Bermuda atmospheric high pressure cell dominates wind circulation over the Gulf, particularly during the spring and summer months. During the relatively constant summer conditions, winds are predominantly southeasterly but are more southerly in the northern Gulf. In October there is a generally easterly flow throughout the Gulf. Winter winds usually blow from easterly directions with fewer southerlies but more northerlies. Winds in the summer season fall mostly between 2 to 5 km/h, but the winter winds dominate over a wider range of 2 to 12 km/h.

For the LATEX-B cruises, wind velocities were recorded in transit during cruises in April 1992, October 1992, April 1993, July 1993, July 1994 for shelfwide cruises and April 1994 for the Mississippi River delta bight. These typical spring, summer and fall wind velocities are presented in Figures N1-N7. Both April cruises show the passage of a cold front mid-cruise, with strong winds from the east and southeast prior to frontal passage and strong winds from the north during frontal passage (Figures N1 and N2). Both July cruises show a persistent southerly wind (Figures N3 and N4). The October cruise was affected by strong easterly and southeasterly winds with a short northerly/northeasterly period in mid-cruise (Figure N5). The April 1994 cruise in the bight region shows southeasterly winds in Phase 1, and northeasterly and easterly winds in Phase 3 following the passage of a front (Figures N6 and N7).

Wave heights during both summer and winter are predominantly in the 0 to 3 m range but there is a shift in dominance towards larger wave heights during the winter season. Most waves are in the 0.5 to 1.8 m range. Summer conditions are 0-0.6 m with lower wave climates off the North Central area and off the south Texas shelf in the Northwestern area. Winter storm systems frequently cause moderately high winds (28 to 37 km/h) and waves that mask local tides. These conditions are occasionally harsh (> 89 km/h), yet the most extreme conditions are associated with tropical storms. Winter waves are mostly 1.2 to 1.8 m.

The Wave Information Study (WIS) was authorized in 1976 by the U.S. Army Corps of Engineers. Computer simulations models were used to generate and propagate ocean surface waves given a time history of wind velocities on a numerical grid (Hubertz,

**D-6**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
      **BY NANCY N. RABALAIS**

1988). Wave model results compared satisfactorily with available measurements, thus showing that the approach was feasible. Waves were hindcast for the period 1956-1975. Beginning in 1976 wind data were saved for stations in the Gulf of Mexico identified in Figure N8 (from the WIS web site, http://www.bigfoot.wes.army.mil/a0078.html). In the data base are summaries for each location that provide mean wave height by month and maximum wave height by month along (example of Station A2055 off the Mississippi River delta in Table TN1) along with 20-year summary statistics (Table TN2 for Stations A2055 through A2064) (Mississippi River to Atchafalaya River).

   The largest and most destructive storms affecting the Gulf of Mexico and adjacent coastal zones are tropical cyclones which have their origin (during mid-season of June through October) over the warm, tropical waters of the central Atlantic Ocean, Caribbean Sea or southeastern Gulf of Mexico. The frequency of storms per unit area per 100 years for those with wind speeds of 18 m/s are illustrated in Figure N9. More severe class storms generate winds of 33 m/s and 52 m/s, and the frequency distributions are similar. The historical maximum for waves in the northwestern Gulf was 7.3 m in summer, until Hurricane Andrew.

   When Hurricane Andrew, a relatively small but intense Category 4 hurricane, moved across the southeastern Louisiana shelf in August 1992, there were 4 bottom-mounted wave gauges deployed in the northwestern Gulf of Mexico (Jochens and Nowlin, 1995) (Figure N10). The easternmost gauge at LATEX mooring 16 was located within 30 km of the eye of the storm. As Hurricane Andrew entered the eastern Gulf of Mexico, long period waves, i.e., waves of period 10 sec or greater were propagated. Such waves periods are rare in the Gulf of Mexico for all but the most extreme weather events. Long period waves are of particular interest because larger orbital velocity added to mean flow can resuspend sediments at much greater depths than under normal conditions. Arriving several hours before the storm's eye, the long period waves first reached mooring 16. Although considerable distances from the storm center, the wave gauges at the more western locations also recorded longer period waves. The significant wave heights at each LATEX mooring during the 48-hr period centered on the time of highest waves at mooring 16 are shown in Figure N11. The most striking feature is the peak height of 9.09 m at mooring at approximately the time the eye was closest to this

**D-7**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

location. The maximum waves heights observed at moorings 20, 23, and 1 occurred when long period waves represented a large percentage of spectral energy. The waves traversed broad shelf regions before arriving at moorings 23 and 20. Wave heights were lower at these locations than at mooring 1 even though the distances traveled were shorter.

## Currents

The area from the Mississippi River delta east to Cape San Blas (North Central area) is seldom under the direct influence of the Loop Current, but warm eddies often break off from it and move northward particularly in May or June. The northwestern shelf is not influenced directly by major ocean currents, except for the passage of anticyclonic gyres which spin off the Loop Current and travel westward along the outer shelf. Circulation on the Louisiana-Texas shelf is more affected by wind forcing, tides and river discharges. A net westward (Louisiana) and southwesterly (Texas) flow along the shelf characterizes the predominant conditions from fall to early spring. In summer, the flow is to the west and southwest from Louisiana to about 95°W where it converges with an opposing flow to the north and northeast. A clockwise eddy is frequently found just west of the Mississippi River delta. This eddy advects part of the river's plume back toward shore where it may be entrained in the coastal current. An easterly flowing countercurrent and energetic cross-shelf currents characterize the shelf break. A counterclockwise gyre has been observed off South Texas during the winter that migrates along the shelf edge to the north during spring and summer. The gyre may cause transient summer upwelling of cooler water on the Texas shelf during summer.

## Current Speeds

Large (> 200 km diameter), strong (swirl speeds greater than 50 cm/s) eddies, both anticyclonic and cyclonic, are frequently observed near the outer continental shelf or deep part of the continental slope in the northwestern Gulf of Mexico (Kelly and Brooks, 1988). An example in Figure N12 shows a period of persistently eastward flow at

**D-8**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

the Flower Gardens during May 1980, when wind forcing was weak and variable. Inner shelf circulation is less strong, except during passage of hurricanes.

The Dept. of Energy, Strategic Petroleum Reserve studies off Freeport, Texas and Cameron, Louisiana provided documentation of average conditions at 20-m and 10-m water depth, respectively (Figure N13). Figure N14 shows the alongshore component of wind stress, the alongshore component of near-surface waters, the cross-shelf component of near-surface currents, and the cross-shelf component of near-bottom currents for Bryan Mound off Freeport in 20-m depth. Alongshore surface currents are mostly in the range of 25-50 cm/s, but reach 75 cm/s on occasion. Cross-shelf surface currents are mostly in the less than 25 cm/s range. Bottom currents are generally less than 15 cm/s. The long-term annual progression of alongshore components of wind stress and currents for Bryan Mound and West Hackberry are shown in Figure N15. Both the stress and current means are less off Cameron than off Freeport, in large part because of the change in the orientation of the coastline in relation to the mean direction of the winds and because of both the weaker response of current to alongshore wind in shallower waters and an increase in bottom friction.

For the LATEX-B cruises, ADCP underway current velocities were recorded in transit during cruises in April 1992, October 1992, April 1993, July 1993, April 1994 and July 1994. These typical spring, summer and fall wind velocities are presented in Figures N16-N28. Figures N16-N18 depict downcoast flows in April 1992 during a low spring Mississippi River discharge. Figures N19-N21 show downcoast flows in April 1993 during typical high Mississippi River discharge. Figure N22 depicts downcoast flows during seasonally low flow of the Mississippi River in October 1992. Figure N23 shows an upcoast regime during low flow in July 1994. A similar upcoast regime is seen in Figures N24 during record flooding of the Mississippi River in July 1993. The same pattern of upcoast flow was seen in July 1992 during a NECOP shelfwide cruise (Figures N25-N26, Rabalais, Turner and Wiseman). Figures N27-N28 depict current reversals in the Mississippi River delta bight before and following the passage of a front in April 1994.

The LATEX-A program had several current meter moorings placed across the Louisiana-Texas shelf during a 1992-1994 (Figure N29). Table TN3 lists the maximum

**D-9**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

current speed and direction during deployments in year 2 of the study. Moorings 14-25 are those most relevant to the northwestern Gulf area at 10, 20 and 50 m depth. Moorings 1 and 2 are off the south Texas coast. Maximum speeds were in the upper part of the water column, near-surface and approx. 10 m. Speeds reached 36 to 83 cm/s. There appears to be no temporal pattern to the frequency of the highest current speeds.

## Hurricane Conditions

Two instrument moorings were in place on the southeastern Louisiana coast during the passage of Hurricane Andrew in August 1992. Both recorded current speeds and direction as the eye of the hurricane passed close by. The LATEX mooring 14 (50-m contour) recorded currents at 11 m below the surface as the eye of the storm passed to the northeast. Water speeds began increasing shortly after 1200z on the 25th with water flowing to the southwest pushed in the general direction of the hurricane winds. Current speeds of 134 cm/s were reached shortly after the eye of the storm passed. After the eye passed, the currents moved to the north, then the east, then the west. The rotary cycle with a period of about 24 hours was also seen in the magnitude of the current, which exhibited a series of damped peaks separated by about 1 d. The second peak in velocity of about 92 cm/s occurred about 24 hours after the passage of the eye, and a third peak in velocity close to 50 cm/s occurred about 48 hours after the passage of the storm (Figure N30, Fortnightly, LA-TEX Newsletter, Vol. 1, Iss. 16, Dec. 7, 1992). The NECOP mooring at South Timbalier Block 53 was located to the northeast of LATEX mooring 14 in 21-m depth (Rabalais, Turner and Wiseman, unpublished data). The near-surface current meter in 8-m depth was destroyed, but the meter in 19-m water depth continued to record during passage of the storm. Figures N31-N32 show the north and east component of the bottom currents. The north component exceeded 175 cm/s and the east component exceeded 115 cm/s during passage of the eye of the hurricane. In both instances there was instantaneous mixing of the water column with reduced water temperatures (Figure N33) and increased salinities (Figure N34) and dissolved oxygen. Given the magnitude and strength of Hurricane Andrew, it can be presumed that these

**D-10**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

current speed values represent some of the worst case conditions to be expected in the study area.

## Salinity/Temperature

Reduced surface water salinities are evident to many kilometers from riverine sources, with the greatest influence being exerted by the Mississippi and Atchafalaya River plumes. Examples of surface water salinities within the Louisiana and upper Texas coasts are shown in Figures N35-N36. The lowest salinities, of course, are present during peak flows of the Mississippi and Atchafalaya Rivers. For the period May 1964, lower salinities (e.g., 15-25 ppt) covered large areas of the inner to mid shelf but otherwise the salinities were mainly in the 28 to 32 ppt range. The period of the M/V Gus III cruises, however, was during a period of lower Mississippi River discharge.

Thermal plumes from riverine sources do not extend as far as the salinity influence. Surface water temperatures for late fall and early winter are shown in Figures N37-N39. These values are basically 24°C for late November, and 16°C for mid- to late-December in the nearshore waters off Louisiana and warmer off south Texas.

Bottom water temperatures for winter to summer conditions for the areas under consideration are:

Table TN4.  Average water temperatures for portions of the Gulf of Mexico.

|  | Inner Shelf | Outer Shelf | Shelf Break |
|---|---|---|---|
| North-Central | ~12-15°C to 29°C | ~18-19°C to 21-25°C | ~19 to 22°C |
| Northwestern | 15-16°C to 17-28°C | 18-19°C to 21-25°C | 19-20°C to 22°C |
| South Texas | 14-15°C to 28°C with latitudinal differences | 15-17°C to 25°C with latitudinal differences | 19-22°C |

**D-11**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

Although surface waters undergo seasonal temperature fluctuations (typically 20 to 28°C) and may have reduced salinity as a result of river discharges, bottom waters over the outer half of the shelf exceed 34 ppt and are very homeothermal – 20 to 24°C from 50 to 100 m and 15 to 17°C at the shelf break.

## Cross-shelf Features

Representative cross-shelf contours of temperature, salinity, sigma-t and dissolved oxygen are presented in Figures N40-N43 for typical areas off Freeport, Texas and Cameron, Louisiana. The first set is for winter conditions off Freeport, which shows reduced surface water temperatures (14°C) in the nearshore but more moderate surface to bottom water temperatures (16-17°C) at 25 km offshore in 20-m depth. Salinities are reduced in the nearshore coastal current (29 ppt), but are more uniform offshore (35-37 ppt). Dissolved oxygen is high (approx. 8 mg/l) throughout the water column. Summer conditions show warm surface layers (29-30°C) with thermal stratification below 15 m. Surface salinities are reduced somewhat nearshore (11, 15 or 18 ppt), with strong haloclines near 5 m. There is also a gradient in dissolved oxygen from well-oxygenated surface waters (8-10 mg/l) to depleted oxygen at depth (3 mg/l down to below 1 mg/l). The reduction in oxygen with depth is more likely to occur closer to the effluents of the Mississippi and Atchafalaya Rivers than to the west of Galveston. Low oxygen is non-existent south of Matagorda along with south Texas coast.

Surface water salinities are normally negatively correlated with river discharge; however, LATEX information shows a reduced salinity in mid summer and higher salinities in winter. Surface water temperatures peak in June-September at values near 30°C. Surface water nitrogen is composed primarily of nitrate which peaks with peak river discharge in the spring. Ammonia follows the same pattern and contributes significantly to the dissolved inorganic nitrogen pool in the spring. Silicate and phosphate are variable through the year. Surface chlorophyll *a* biomass peaks in April and May following peak Mississippi River discharge and delivery of nutrients to the continental shelf. Surface waters are well-oxygenated, often supersaturated in February through June.

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

Bottom waters (at 20 m) are more uniform with salinities between 30 and 35 ppt. Bottom waters gradually warm through the year and reach their warmest (average of 27°C) in September. The lowest temperature are in January at approximately 16°C. Bottom water nitrate peaks in late spring, but are fairly high through the year. Bottom water ammonia is also fairly high through the year. Bottom water nitrite peaks in July and August. All the dissolved inorganic nitrogen species are fluxed from the sediments during alternating nitrification/denitrification processes which are variably affected by dissolved oxygen concentrations. Similarly, the higher levels of bottom water silicate and phosphate are during the summer in low oxygen conditions. Bottom water chlorophyll *a* biomass peaks in the spring, similar to the surface levels. Phaeopigments (the degradation products of chlorophyll *a*) peak in summer during periods of low dissolved oxygen. Dissolved oxygen in bottom water follows a seasonal cycle of highs in winter with a gradual decline in spring to the lowest values in June through August. Bottom waters are well below saturation levels for most of the year.

Because conditions are not necessarily indicative of conditions expected within the upper water column at a station in 50-m water depth near within the Mississippi River delta bight (anticipated location of moored mariculture grow-out facilities), we determined the descriptive statistics for stations in our data base that were located in water depths greater than 30 m and less than 60 m. The results of those analyses are presented in Table TN5 and represent data from 220 station/date combinations for the NECOP studies and 72 station/date combinations for the LATEX studies. The mean, minimum, maximum and standard error for the variables of surface and bottom water (combined) temperature, salinity, % transmission, chlorophyll *a*, total pigments, and bottom water dissolved oxygen for July 1993 and 1994 are shown in Table N5.

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

Table TN5.  Summary mean values for average hydrographic conditions for stations in water depths of > 30 m but < 60 m.

|  | NECOP, $n$ = 220 | | | LATEX, $n$ = 72 | | |
|---|---|---|---|---|---|---|
|  | min | max | mean | min | max | mean |
| Oxygen (mg/l) | 0.0 | 16.5 | 4.8 | 0.5 | 12.8 | 6.2 |
| Salinity (ppt) | 13.2 | 37.1 | 33.3 | 8.3 | 36.5 | 33.0 |
| Temperature (°C) | 17.9 | 32.3 | 25.2 | 18.1 | 30.1 | 22.5 |
| % transmission | 3.0 | 97.2 | 81.1 | 9.1 | 97.3 | 88.2 |
| Chlorophyll $a$ (µg/l) | 0.0 | 153.7 | 3.6 | 0.1 | 39.5 | 3.0 |
| Total pigments (µg/l) | 0.0 | 209.7 | 5.0 | 0.2 | 42.0 | 3.7 |

## Geology/Sediments

The sediment regime of the North Central Gulf is characterized by a pronounced east-west and depth-related transition. The Mississippi River delta system forms a continental margin province that dominates the north central portion of the Gulf of Mexico. Most of the sediment of the Mississippi River is delivered directly to the shelf edge or is transported to the west due to the distribution of the major distributaries and the Coriolis force acting on the plume. Sediments on the eastern margin of the delta change from mud to a sand sheet of predominantly quartz off Alabama and northwest Florida. The sediments to the west are finer with a low carbonate content (< 25%) and have Mississippi-type heavy mineral and clay mineral suites. Sediments with higher carbonate content (> 75%) and finer particles are found at the shelf edge along the margins of De Soto Canyon. Bathymetric relief features from the Mississippi delta to Cape San Blas are relict spur-like ridges and pinnacles that are common on the outer shelf, at the shelf break and around the margins of De Soto Canyon. Structures resulting from salt dome intrusion are located in the area immediately south of Mobile Bay. Farther offshore from the Florida panhandle in 21 to 27 m are large (10 m high) sand waves. Bathymetric contours also suggest the presence of several incompletely filled

channels and associated deltas mostly at a depth of 6m between Cape San Blas and Mobile Bay.

The stage of sedimentary evolution for the Northwestern area grades from allochthonous at the Mississippi River delta to a climax grade on the south Texas continental shelf. The result is a complex of sediment regimes with a decrease in the silt/clay content in the nearshore regions to the west and south where the percentage sand increases. In general, the sediment sand content decreases across the shelf. There are exceptions to this, associated mostly with topographic features and the allochthonous sedimentary regime near the Mississippi River delta. A high percentage of silt and clay is found in the area nearshore south-southwest of Timbalier and Barataria Bays. There is an area of increased sand content off Terrebonne Bay on Ship Shoal, which emerges 4 to 6 m above the surrounding silty floor, and nearshore off Vermilion and Atchafalaya Bays. The sediments of the southeastern Louisiana shelf are poorly to very poorly sorted. Off southwestern Louisiana, the sediment regime of the inner shelf (10 m) is soft mud, with the sand content never exceeding 48% and frequently less than 20%. With few exceptions, the substrate is silty clay or sandy mud.

Off Texas, the drowned Pleistocene deltaic plain of the Brazos-Colorado River and the Pleistocene Beaumont formation contribute compacted silts and clays to an area otherwise characterized by sands and muddy sands. Within the 11-m contour, the sediments are primarily firmly packed silts and clays that may be covered by a thin veneer of very fine silt, depending on preceding weather conditions. At 17 to 20 m, the sediments are mostly very fine sand with occasional patches of clay or silt. A coarser shell hash forms a subordinate fraction. The sediments of the south Texas shelf include a wide range of textures from muddy sands to silty clays with a decrease in abundance of sand-sized sediments seaward. Silt is the predominant mud constituent of sediments in this area with clay restricted mostly to areas off Port Aransas and Matagorda Island.

The continental shelf from the Mississippi River delta to the Rio Grande is gently sloping and wide, over 200 km off of the Texas-Louisiana border. There are many more physiographic irregularities in the central part of the shelf than to the east and southwest. Topographic features include many channels, most of which are associated with longitudinal ridges, and largely filled extensions of large rivers across the shelf. The

topography of the northwestern Gulf north of Matagorda Bay is marked along the 17-, 60- and 85-m isobath by numerous protuberances caused by salt or shale diapirs. The shelf-edge carbonate banks and reefs of the northwestern Gulf are located in complex diapiric structures. Where conditions are appropriate, these structures favor the growth of tropical reef communities dominated by corals and coralline algae.

## Turbidity/Light Conditions/Nepheloid Layer

General water column turbidity results from both riverine-delivered suspended sediments, sediments suspended from the seabed, and from biological particles (i.e., zooplankton fecal pellets, phytoplankton detritus, aggregates). Water clarity can be measured with a Secchi disk depth. The average value for LATEX cruises for spring, summer and fall are listed in Table TN6 (corresponding to stations in Figure N44). Lower values indicate more turbid waters shelfwide in April 1992 and 1994 (high river flow) and October 1992 (resuspension of sediments following frontal passage). The highest values (clearest water) were in mid-summer of 1993 and 1994 (even with 1993 being a record flood year) and in April 1993 (also high flow of the Mississippi River).

Suspended sediments and phytoplankton pigments are the main contributors to the extinction coefficient (k) in coastal systems, although dissolved materials, such as humics, may be significant inhibitors to light transmittance at some wavelengths. Two figures (Figures N45 and N46, Turner and Rabalais, in press) illustrate the spatial and temporal scales of variability in the light regime on the Louisiana shelf. Figure N45 shows changes in extinction coefficient (k) and primary production rates along a transect south of Grand Isle in April 1992. The Louisiana Coastal current is on the right side, moving westward. The extinction coefficient (k) ranges from less than 0.2 to greater than 1.5 on this transect. There was a mid-shelf area of slightly higher turbidity, likely related to a nepheloid layer (see below). Phytoplankton production rates (relative scale) are highest at the shoreward end of the transect and at the surface. Figure N46 illustrates the percent surface irradiance with depth along the 20-m isobath from south of Terrebonne Bay to the south Texas coastline in October 1992. At no place is light impinging on the

**D-16**

bottom. In fact, light did not penetrate below 10 m anywhere along the transect on this cruise.

As a result of the broad, shallow shelf and abundance of fine sediments, nepheloid layers of resuspended sediments are common in the water column of the northwestern Gulf shelf. Typically these are located in a bottom mixed layer above the bottom, but mid-depth nepheloid layers may also exist in association with density discontinuities. These probably represent turbid, near-bottom water masses which have been transported offshore and have overridden clearer, denser water.

## Biological Processes

### Nutrient Levels

Average conditions for nutrients are shown in the Station C6* monthly figures in the Appendix. Average conditions for the shelfwide LATEX cruises are listed in Table TN6. The longitudinal distribution of dissolved inorganic nitrogen, nitrate, ammonia, silicate and phosphate are show in Figures N47 and N48. The influence of freshwater inputs at the Mississippi River and the Atchafalaya River are obvious for the nitrate and the silicate.

### Productivity

Nutrients delivered by the rivers support high primary production (Sklar and Turner, 1981; Lohrenz et al., 1990, 1994), of which approximately 50% fluxes to bottom waters and the sea bed (Lohrenz et al., 1994; Qureshi, 1995). The high particulate organic carbon flux fuels hypoxia in the bottom waters below the seasonal pycnocline (Qureshi, 1995; Justic et al., 1996). The distribution of phytoplankton biomass as chlorophyll *a* follows a similar pattern as the distribution of nutrients along a longitudinal gradient away from the deltas of the Mississippi and Atchafalaya Rivers (Figure N49).

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

High biological productivity in the immediate (320 g C/m$^2$/yr) and extended plume (290 g C/m$^2$/yr) of the Mississippi River (Lohrenz et al., 1990, 1994 1997; Sklar and Turner, 1981; respectively) is mediated by high nutrient inputs and regeneration, temperature and favorable light conditions. Small-scale and short-term variability in productivity are the consequence of various factors, such as nutrient concentrations, temperature and salinity (Lohrenz et al., 1990, 1994) (Figure N50, Lohrenz et al., 1997). Maximum values of biomass (Turner and Rabalais, unpubl. data) and primary production (Lohrenz et al., 1990) are typically observed at intermediate salinities and coincide with non-conservative decreases in nutrients along the salinity gradient (i.e., biological uptake). Patterns of nutrient depletion provide evidence that riverine inputs of dissolved inorganic nitrogen and its pattern of regeneration ultimately limit the extent of river-enhanced areal productivity and biomass. The nutrient most relevant to the amount of phytoplankton production in the broad region fueling hypoxia is nitrogen. Primary production in shelf waters influenced by the Mississippi River plume was significantly correlated with the nitrate plus nitrite concentrations and fluxes of the river discharge (Figure N51, Lohrenz et al., 1997).

Particulate organic carbon flux to the lower water column is high in the plume over the inner shelf (approximately 500 to 600 mg C/m$^2$/d in 15 m water depth; Qureshi 1995; see also Redalje et al., 1994). The fraction of production exported from the surface waters is highly variable, ranging from 10 to 200% of the integrated primary productivity, but averaging about 50%, with statistically higher percentages in spring. A large proportion of the particulate organic carbon flux reaches the bottom incorporated in zooplankton fecal pellets (55%; Qureshi, 1995), but also as individual cells or in cell aggregates. In a particle trap study at station C6B, the fluxes of fecal pellet carbon, organic carbon and nitrogen, and phytoplankton carbon varied similarly between seasons, with the highest sedimentation in spring and the lowest in summer (Qureshi, 1995). The fluxes of all components were greater in 1991 than in 1992. Seasonal variations in fecal pellet number and carbon fluxes were positively correlated with indicators of high surface water productivity in 1991, but not in 1992. A higher spring freshet of the Mississippi River in 1991 compared to 1992 corresponded to higher fluxes of total particulates, total

**D-18**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

OCEANOGRAPHIC/WATER QUALITY DATA
    BY NANCY N. RABALAIS

carbon and fecal pellet carbon in 1991. The carbon fluxed via fecal pellets in spring 1991 was sufficient to deplete the bottom water oxygen reserve in spring, thus creating hypoxic conditions that then prevailed through the stratified summer period. Fecal pellet carbon flux into the bottom trap was low in spring of 1992, and the oxygen depletion rate for this flux was close to the calculated oxygen depletion rate.

## Hypoxia

Oxygen-depleted bottom waters are seasonally dominant features of the Louisiana-Texas continental shelf adjacent to the deltas of the Mississippi and Atchafalaya Rivers (Rabalais et al. 1991, 1996, 1997). The areal extent of bottom-water hypoxia ($\leq 2$ mg/l) in mid-summer may cover up to 18,000 km$^2$. Prior to the 1993 Mississippi River summer flood, the average areal extent of bottom water hypoxia in mid-summer averaged 8,000 to 9,000 km$^2$. Data from biweekly to monthly sampling off Terrebonne Bay on the southeastern Louisiana shelf and continuous time series data from a station in 20-m water depth within the core of the hypoxic area document hypoxic bottom waters as early as February and as late as October, with widespread, persistent and severe hypoxia/anoxia from mid-May through mid-September. Spatial and temporal variability in the distribution of hypoxia exists and is, at least partially, related to the amplitude and phasing of the Mississippi and Atchafalaya River discharges and, consequently, to nutrient fluxes to coastal waters and subsequent flux of carbon from surface waters to the lower water column and seabed. Physical features of the system, e.g., large-scale circulation patterns, strong and persistent density stratification, and destratification caused by wind-mixing events from local winds, tropical storm activity and cold fronts, also control the dynamics of hypoxia.

The influence of the riverine discharge and flux of nutrients is obvious in the diagram of frequency of occurrence of bottom water hypoxia in mid-summer from 1985-1997 (Figure N52). This figure is a composite of the individual annual shelfwide surveys to determine the extent and severity of hypoxia (Figures N53-N61).

The occurrence of back-to-back cruises in July 1993 and July 1994 during the maximal extent of hypoxia verified that hypoxic water masses persist over half a month

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

to a month (mid- to late July) (Rabalais 1997). Thus, hypoxia, at least in mid-summer, is not an ephemeral event but severely reduced oxygen occurs over large areas of the Louisiana-Texas coast for extended periods. During maximal extent of mid-summer hypoxia, the severity, areal extent and distance up into the water column differs on the southeastern Louisiana coast versus the southwestern coast. Much of the lower half of the water column is hypoxic on the southeastern coast compared to a few meters above the seabed on the southwestern coast. Reasons for the differences include: less freshwater flux and subsequent differences in physical structure and biological processes (e.g., less freshwater content on the southwestern coast and less stratification); less nutrient flux, surface net production, and carbon flux on the southwestern coast; and better light conditions which allow for photosynthetic generation of oxygen in the lower water column.

The shelfwide hypoxia monitoring cruises in mid-summer provide information over a large area, but for a limited time scale. Data from monthly cruises along a transect off Terrebonne Bay (Transect C) illustrate the variability from nearshore to 30 m water depth through the months of the year (Figures N62 and N63). The distribution through time of the $<2\ O_2$ mg/l and $<1\ O_2$ mg/l along a transect on Transect C off is shown in the figure. Hypoxia is variably present and smaller in size in the spring. Beginning in May, it becomes persistent, widespread, voluminous, and severe.

Hypoxia is mostly a bottom-water or lower water column phenomenon. However, it does extend well up into the water column and can affect up to 80% of the total volume of the water column (Figures N64). Upper-water column or mid-water column oxygen minimum layers also occur, primarily where subsurface chlorophyll maxima peak. These conditions are most likely to occur within the plume of the Mississippi River where flux of organic material is high and stratification exists. We searched our hypoxia monitoring cruise data set for stations in which low dissolved oxygen occurred well up in the water column at stations in greater than 25 m water depth (likely conditions of the proposed mariculture moorings). Of the 41,000 records, there were 9,145 values (1,002 stations) $\leq$ 4 mg/l, 7,164 values (380 stations) $\leq$ 3 mg/l, and 5,249 values (173 stations) $\leq$ 2 mg/l (frequency distributions in Figures N65-N67). Of these, a limited number of stations were in water depths greater than 25 m (all but 25

**D-20**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

stations for 4 mg/l, 14 for 3 mg/l, and 6 for 2 mg/l). Inclusion of the LATEX data set would potentially increase the number of stations exhibiting a subsurface oxygen minimum zone, but the likelihood is low, because the LATEX stations are in a shallower part of the continental shelf and mostly removed from the influence of the Mississippi River. Examples of the oxygen minimum zone in the upper water column of stations in > 30 m water depth are given in Figures N68 and N69. Note that the zone occurs in the 10-20 m water depth range and usually extends for a few meters depth, but can extend for as much as 10 m. On occasion low dissolved oxygen values are variably located through the water column.

## Harmful Algal Blooms

A review of toxic and noxious phytoplankton was completed by Q. Dortch (LUMCON) for the Status and Trends of Eutrophication, Pathogen Contamination, and Toxic Substances in the Barataria-Terrebonne Estuarine System (Rabalais et al. 1995) and updated for the Proceedings of a meeting (Dortch et al., submitted). Parts of those reports are excerpted here. Blooms of toxic and noxious phytoplankton, or "red tides" as they were once called, are natural phenomenon that may be exacerbated by human activities including nutrient pollution, aquaculture and shipping. Such blooms can have various impacts, including human illness and death, mortality of other organisms at higher trophic levels, including commercially important species, and loss of recreational and aesthetic value because of water discoloration and unpleasant odors. There are published accounts of "red tides" within the study area. Further, increasing coastal eutrophication, which is the situation for the coastal plumes of the Mississippi and Atchafalaya Rivers, may lead to increases in toxic and noxious algal blooms. The potential impacts of toxic and noxious algal species that have been observed in recent studies of Q. Dortch or in historical samples from within NECOP and LATEX study areas are listed in Table TBN7 (data of Q. Dortch, LUMCON). These may be divided into those with known impacts to human health and those with impacts on higher tropic levels including shellfish and fish. The impacts to human health are usually through the consumption of primarily shellfish contaminated with toxins produced by certain algae. If the mariculture

FEASIBILITY STUDY – OFFSHORE MARICULTURE

OCEANOGRAPHIC/WATER QUALITY DATA
BY NANCY N. RABALAIS

facility limits its operations to fish, the likelihood of human health impacts are minimal. If shellfish are cultured, then several phytoplankton have the potential for affecting humans.

Three toxins generated by phytoplankton found in offshore waters that can affect human health have been documented in the study area: domoic acid (causes Amnesiac Shellfish Poisoning, *Pseudo-nitzschia* spp.), okadaic acid (causes diarrhetic shellfish poisoning, *Prorocentrum* and *Dinophysis* spp.), and brevetoxins (cause neurotoxic shellfish poisoning, *Gymnodinium breve*) (Dortch, pers. comm., see Table TBN8). There have been no known human health impacts, but *Gymnodinium breve* is the organism responsible for oyster bed closures east of the Mississippi River delta during winter 1996-97. This was the first closure of oyster beds in Louisiana due to *Gymnodinium breve*. *Gymnodinium breve* is known to kill fish, and blooms are often first noticed due to massive fish kills. It is usually more of a problem in high salinity, although after the closures in 1996-97, low salinity areas may be susceptible as well. Many species of *Prorocentrum* and *Dinophysis* produce okadaic acid which causes diarrhetic shellfish poisoning, DSP), but no species abundant in Louisiana waters does. However, okadaic acid, venerupin poisoning, and human health impacts (including death) are problems elsewhere (Chesapeake Bay and Japan) that sufficient caution should be taken with these organisms (i.e., knowing their presence and potential toxicity) (Dortch et al., submitted).

*Gymnodinium sanguineum* occurs at low levels in the offshore zone at all times, but blooms periodically (Q. Dortch, pers. comm.). Fish kills are often associated with the blooms. Since *Gymnodinium sanguineum* may be associated with low oxygen and also produce ichthyotoxins, the cause of the fish kill is often difficult to determine.

*Alexandrium monilatus* is a species unique to the Gulf of Mexico. It is related to the PSP causing dinoflagellates and produces a toxin which kills fish and shellfish. It forms massive blooms all along the coast, particularly in the fall and tolerates a wide range of salinity. During the fall of 1996, the blooms were particularly widespread (Q. Dortch, pers. comm.). Not much is known about the species and the relationship of nutrient stimulation, nor the nature of the toxins and how it may affect mariculture (Q. Dortch, pers. comm.). *Alexandrium ostenfeldii* has been tentatively identified and sent for confirmation, because of the possibility that it is toxic (Dortch et al., submitted).

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

*Heterosigma akashiwo* is a toxic species well known in Asia (Japan and China) and in the Pacific Northwest for causing problems in mariculture. Major blooms have occurred in Louisiana coastal waters since 1990 (when systematic sampling was begun by Q. Dortch of LUMCON) and is currently present in samples collected east of the Mississippi River (Q. Dortch, pers. comm.). This species forms a benthic resting stage, so that it can persist for long periods between blooms. The mechanism by which it kills fish is unknown, although several have been proposed including evidence of nutrient stimulation. Two related genera that cause similar problems (*Fibrocapsa* and *Chatonella*) have not been verified in Louisiana coastal waters but are likely inhabitants given the availability of suitable habitats (Q. Dortch, pers. comm.).

Water discoloration events have been documented for the region. The causative agents include *Alexandrium monilatum*, *Lingulodinium polyedra*, *Heterosigma* cf. *akashiwo*, *Noctiluca* sp., *Mesodinium rubrum* and *Scrippsiella* cf. *trochoidea*. Other events have occurred in nearby habitats, involving *Gymnodinium sangineum*, *Prorocentrum minimum* and *Oscillatoria erythraea*. Some of these blooms have extended for long distances along and across the shelf and have been associated with fish kills. In most instances the highest numbers were recorded usually in nearshore areas of the shelf. Very often fish kills may be associated with either the toxins produced by the algae or the resultant low dissolved oxygen from ungrazed toxic algae sinking to the bottom.

One of the reasons (among increased nutrients, growing global shipping, and growing awareness) given for the increase in both numbers of incidents of harmful algal blooms and the type of organisms which cause the problems (Shumway, 1990; Hallegraeff, 1993) is the increase in aquaculture and mariculture, which provides microenvironments, magnifies transport opportunities, and increased surveillance. In many areas of shellfish and aquaculture, harmful species have become problems where none were observed previously. Thus, there are some species that are currently present on the Louisiana shelf that are currently at very low levels, but that might be influenced by mariculture activities. For example, a species of *Chaetoceros* diatom with spines that blooms in some mariculture areas and kills fish by slicing up their gills is present in low numbers currently, but could increase if stimulated by additional nutrients (Q. Dortch,

**D-23**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

pers. comm.). Some level of algal monitoring will be prudent, since blooms can occur so readily in the area of interest under natural circumstances.

## Benthic Communities

With the exception of localized hard-substrate habitats (limestone, carbonate reefs, oil platforms), the benthic communities of the northwestern Gulf of Mexico are typical soft-bottom communities composed of macroinfauna, primarily polychaetes, pericaridean crustaceans, bivalve molluscs, and sipunculans (reviewed by Rabalais et al., in press). The benthic community structure is variably influenced by bottom topography, the nature of bottom deposits (e.g., sediment grain size and organic content), sedimentation rates, sediment resuspension, temperature and salinity, depth related gradients of temperature, salinity, pressure and quantity of food, and in parts of the northern Gulf of Mexico extensive and persistent areas of low dissolved oxygen.

Where hypoxia is seasonally severe, there is a fairly linear decrease in benthic macroinfauna diversity, abundance and biomass as oxygen decreases from 0.5 mg/l towards anoxia (Rabalais et al. 1995). Macroinfauna from areas with persistent and severe hypoxia are characterized by limited taxa (none with direct development, e.g., amphipods), characteristic resistant fauna (e.g., a few polychaetes and sipunculans), a reduced species richness, severely reduced abundance (but never azoic), low biomass, and limited recovery following abatement of oxygen stress. Oxygen stress overwhelms sedimentary characteristics in structuring of benthic communities. By comparison, the benthic macroinfauna (e.g., WD32 block in 20 m water depth) is not as abundant or diverse (because of greater silt content in the sediment) but maintains a diverse and abundant fauna throughout the fauna since hypoxia is intermittent and not as severely low. While polychaetes were a large component of the benthic community at WD32, composition by other major taxonomic groups was greater than polychaetes in some spring and summer samples. The benthic community at WD32 was diverse, with a complement of pericaridean crustaceans, bivalves, gastropods and other taxa, not usually representative of the fine silty sediments.

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

The benthic community in a 50-m water column is not likely at risk from low oxygen events. Hypoxia extends on the NECOP Transect A rarely to 60-m water depth, but is most often limited to within the 30-m depth contour. Additional rain of organic material will affect the benthic community, with a shift in community composition, and potentially an increase in smaller, opportunistic organisms such as surface deposit feeding polychaetes. Such polychaetes, e.g., *Paraprionospio pinnata*, *Prionospio cristata*, *Magelona* spp., *Ampharete* sp. A, and *Owenia fusiformis*, are currently present in high abundance at the 20-m depth for WD32 block. The subsurface deposit feeding polychaete that is also considered an opportunist (high numbers in spring recruitment, *Mediomastus ambiseta*) may increase with increased organic content of the sediments, but is already a member of the benthic community.

## Platform Communities

One effect of oil and gas development activities on the otherwise soft-bottom environment of the northwestern Gulf of Mexico is the addition of a hard substrate extending from the bottom sediments to above the water's surface (Galloway, 1981). These substrates serve as focal points for rich and diverse biofouling communities and a complex assemblage of platform-associated macrobiota. The diversity and biomass levels of the biofouling community that develops are controlled by the type of perennial shelled animal that dominates (e.g., barnacles, bivalves). The shelled organisms provide habitat diversity, space and food for other organisms. Fish which would normally be found scattered throughout a larger area are concentrated in the immediate vicinity of platforms, attracted to the food and/or shelter they provide. With the exception of a few plankton-particulate feeding pelagic species which apparently are platform residents, the pelagic predators (e.g, king mackerel, blue runner) and their prey (e.g., scaled sardine) essentially "drift" through the system. The attraction of large predatory gamefish to structures is well-known. The benthic reef fish community (usually dominated by red snapper) aggregate at the platforms, apparently only for purposes of cover since the majority of their diet is composed of organisms from the soft-bottom demersal fish and

**D-25**

macrocrustacean community. In deeper, oligotrophic waters, coral communities develop on the platforms.

## Water and Sediment Contaminants

A review of environmental contaminants in the northwestern Gulf of Mexico will necessarily focus on riverine-derived contaminants and those generated in the production of oil and gas. The large and relatively intense chemical signature of the Mississippi and Atchafalaya Rivers can be detected in the adjacent water column and bedded sediments (Means, 1994). These include dissolved, colloidal and particulate phases of such chemicals as low- and high-molecular-weight polynuclear aromatic hydrocarbons, herbicides, pesticides and PCBs. The gradient away from the river discharge is obvious (as is the gradient away from such estuaries as Calcasieu, Sabine and Galveston), and is much greater than the estuarine concentrations.

The intense development for oil and gas off Louisiana has resulted in remarkably few major oil spills, has not resulted in severe pollution of the Gulf, and has not had significant effects on endangered species – all concerns elsewhere (Rabalais, 1996). Rather, the environmental effects have been felt primarily in the onshore coastal zone with extensive channelization, onshore development, and until recently discharge of significant amounts of produced water. The major operational discharges in the offshore region are associated with oil and gas exploration, development and production in the form of drilling fluids, drill cuttings, and produced water. Because the acute toxicity of water-based drilling fluids is low and concentration of drilling muds and cuttings in the water column decline rapidly after discharge to dilution and sedimentation to the bottom, adverse impacts on water column organisms are expected to be very slight and of short duration. Longer-term impacts of such discharges are restricted to the benthos near the discharge point, where significant amounts of mud and cuttings solids settle and persist on the bottom in low-energy environments. The effects on the benthos have been limited to within a few hundred meters of the discharge. In the few cases where recovery has been monitored, residual effects are seen mainly in a different fauna attracted to an altered seabed.

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

Substantial volumes of produced water are discharged into the waters of the continental shelf of Louisiana and Texas. The environmental effects of produced water discharges are mediated by the constituents of hydrocarbons and metals and their concentration in the effluent, the volume of the discharge, the history of the discharge, and the characteristics of the receiving environment. Dilution of water-soluble contaminants is influenced primarily by the volume of the receiving waters, the current velocity, and the potential for resuspension of sediments. Dispersion of sediment-adsorbed contaminants is influenced by the bed shear stress, sedimentation rates, and the grain size distribution of surface sediments. Substantial contamination of fine-grained sediments with petroleum hydrocarbons (alkylated and nonalkylated polynuclear aromatic hydrocarbons) of produced water origin is usually evident near the discharge and up to 1 km away in interior waterways with minimal currents or likelihood of resuspension from winds and waves. Where tidal currents scour the bottom and/or winds and waves regular resuspend and transport sediments from an area, or as water depth increases, the sediment contamination is low and localized to the point of discharge (within a few hundred of meters). Impacts to the benthic community are localized to the point of sediment contamination, but these relationships may be confounded by changes in bottom sediment structure. Filter-feeding bivalves (e.g., oysters) are known to accumulate produced-water origin contaminants in their tissues (Rabalais et al., 1992). The fauna of an offshore production platform was examined for accumulation of radionuclides but the effects were minimal (Mulino and Rayle, 1992). Similar studies for accumulation of produced-water origin hydrocarbons in platform-resident and temporary fauna have been completed but not yet published (J. P. Ray, pers. comm.).

FEASIBILITY STUDY – OFFSHORE MARICULTURE

OCEANOGRAPHIC/WATER QUALITY DATA
BY NANCY N. RABALAIS

# Bibliography

Dortch, Q., M. L. Parsons, N. N. Rabalais, R. E. Turner. Submitted. What is the threat of harmful algal blooms in Louisiana coastal waters? In Proceedings, Recent Research in Coastal Louisiana, Lafayette, Louisiana, February 1998.

Galloway, B. J. 1981. An ecosystem analysis of oil and gas development on the Texas-Louisiana continental shelf. Publ. No. FWS/OBS-81/27, U.S. Fish and Wildlife Service, Office of Biological Services, Washington, D.C., 89 pp.

Hallegraeff, G. M. 1993. A review of harmful algal blooms and their apparent global increase. Phycologia 32:79-99.

Hubertz, J. M. 1988. Wave Information Study. Pages 118-120 in Mitchell, T. (ed.), Physical Oceanography of the Louisiana-Texas Continental Shelf. Proceedings of a Symposium Held in Galveston, Texas, May 24-26, 1988. OCS Study MMS 88-0065, U.S. Dept. of Interior, Minerals Management Service, New Orleans, Louisiana.

Jochens, A. E. and W. D. Nowlin, Jr. (eds.). 1995. Texas-Louisiana Shelf Circulation and Transport Processes Study: Year 2, Annual Report. OCS Study MMS 95-0028, U.S. Dept. of Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, Louisiana, 172 pp.

Justic, D., N. N. Rabalais and R. E. Turner. 1996. Effects of climate change on hypoxia in coastal waters: A doubled $CO_2$ scenario for the northern Gulf of Mexico. Limnol. Oceanogr. 41(5): 992-1003.

**D-28**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA**
**BY NANCY N. RABALAIS**

Kelly, F. J.  1988.  Inner shelf circulation: northern shelf.  Pages 51-62 in Mitchell, T. (ed.), Physical Oceanography of the Louisiana-Texas Continental Shelf. Proceedings of a Symposium Held in Galveston, Texas, May 24-26, 1988.  OCS Study MMS 88-0065, U.S. Dept. of Interior, Minerals Management Service, New Orleans, Louisiana.

Kelly, F. J. and D. A. Brooks.  1988.  Interactions between eddies and the Texas-Louisiana outer continental shelf and slope.  Pages 43-49 in Mitchell, T. (ed.), Physical Oceanography of the Louisiana-Texas Continental Shelf.  Proceedings of a Symposium Held in Galveston, Texas, May 24-26, 1988.  OCS Study MMS 88-0065, U.S. Dept. of Interior, Minerals Management Service, New Orleans, Louisiana.

LaBelle, R. P.  1988.  Use of applied oceanography in stochastic modeling of oil spills on the outer continental shelf.   Pages 17-21 in Mitchell, T. (ed.), Physical Oceanography of the Louisiana-Texas Continental Shelf.   Proceedings of a Symposium Held in Galveston, Texas, May 24-26, 1988.  OCS Study MMS 88-0065, U.S. Dept. of Interior, Minerals Management Service, New Orleans, Louisiana.

Lewis, J. K.  1988.  Shelf processes related to oceanic eddies impinging on a continental slope.  Pages 34-42 in Mitchell, T. (ed.), Physical Oceanography of the Louisiana-Texas Continental Shelf.  Proceedings of a Symposium Held in Galveston, Texas, May 24-26, 1988.  OCS Study MMS 88-0065, U.S. Dept. of Interior, Minerals Management Service, New Orleans, Louisiana.

Lohrenz, S. E., M. J. Dagg and T. E. Whitledge.  1990.  Enhanced primary production at the plume/oceanic interface of the Mississippi River.  Continental Shelf Res. 10: 639-664.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

OCEANOGRAPHIC/WATER QUALITY DATA
BY NANCY N. RABALAIS

Lohrenz, S. E., G. L. Fahnenstiel and D. G. Redalje. 1994. Spatial and temporal variations in photosynthesis parameters in relation to environmental conditions in coastal waters of the northern Gulf of Mexico. Estuaries 17(4): 779-795.

Lohrenz, S. E., G. L. Fahnenstiel, D. G. Redalje, G. A. Lang, X. Chen, and M. J. Dagg. 1997. Variations in primary production of northern Gulf of Mexico continental shelf waters linked to nutrient inputs from the Mississippi River. Mar. Ecol. Prog. Ser. 155: 435-454.

Means, J. C. and D. J. McMillin. 1994. VI. Pollutant chemistry transport and three-phase partitioning in the shallow coastal shelf of the Gulf of Mexico. Pages 175-189 in S. P. Murray and J. Donley (eds.), Mississippi River Plume Hydrography: Annual Report. OCS Study/MMS04-0028. U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, Louisiana, 229 pp.

Mitchell, T. (ed.). 1988. Physical Oceanography of the Louisiana-Texas Continental Shelf. Proceedings of a Symposium Held in Galveston, Texas, May 24-26, 1988. OCS Study MMS 88-0065, U.S. Dept. of Interior, Minerals Management Service, New Orleans, Louisiana, 198 pp. (and references therein)

Mulino, M. M. and M. F. Rayle. 1992. Produced water radionuclides fate and effects. Pages 281- 292 in J. P. Ray and F. R. Engelhardt (eds.), Produced Water. Technological/Environmental Issues and Solutions, Plenum Press, New York, 604 pp.

Murray, S. P. and J. Donley (eds.). 1994. Mississippi River Plume Hydrography: Annual Report. OCS Study MMS 94-0028, U.S. Dept. of Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, Louisiana, 229 pp.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

OCEANOGRAPHIC/WATER QUALITY DATA
BY NANCY N. RABALAIS

Murray, S. P. and J. Donley (eds.). 1996. Mississippi River Plume Hydrography: Second Annual Report. OCS Study MMS 96-0022, U. S. Dept. of Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, Louisiana, 160 pp.

Murray, S. P. (ed.), submitted. Draft Final Report: An Observational Study of the Mississippi-Atchafalaya Coastal Plume. OCS Study MMS 97-xxx. U.S. Dept. of Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, Louisiana, xx pp.

Qureshi, N. A. 1995. The role of fecal pellets in the flux of carbon to the sea floor on a river-influenced continental shelf subject to hypoxia. Ph.D. Dissertation, Department of Oceanography & Coastal Sciences, Louisiana State University, Baton Rouge, 255 pp.

Rabalais, N. N. 1996. Environmental impacts of oil production. Pages 143-150 in Improving Interactions Between Coastal Science and Policy: Proceedings of the Gulf of Mexico Symposium, New Orleans, Louisiana, January 25-27, 1995. Committee on Science and Policy for the Coastal Ocean, Ocean Studies Board, Commission on Geosciences, Environment, and Resources. National Academy Press, Washington, D.C., 346 pp.

Rabalais, N. N. 1997. Hypoxia distribution. Pages 341-370 in S. P. Murray (ed.), Final Report: An Observational Study of the Mississippi-Atchafalaya Coastal Plume. OCS Study MMS97-xxx, U.S. Dept. of Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, Louisiana, xxx pp.

Rabalais, N. N. and D. F. Boesch. 1987. Dominant features and processes of continental shelf environments of the United States. Chapter 3, pages 71-147 in D. F. Boesch and N. N. Rabalais (eds.), Long-Term Environmental Effects of Offshore Oil and Gas Development. Elsevier Applied Science, New York. (and references therein)

FEASIBILITY STUDY – OFFSHORE MARICULTURE

OCEANOGRAPHIC/WATER QUALITY DATA
BY NANCY N. RABALAIS

Rabalais, N. N. and R. E. Turner.  In press.  Pigment and Nutrient Distributions.  In Murray, S. (ed.), An Observational Study of the Mississippi-Atchafalaya Coastal Plume.  OCS Study MMS 97-xxx.  U.S. Dept. of the Interior, Minerals Mgmt. Service, Gulf of Mexico OCS Region, New Orleans, La.  xx pp.

Rabalais, N. N., R. S. Carney and E. G. Escobar-Briones.  In press.  Overview of continental shelf benthic communities of the Gulf of Mexico.  Sherman, K. (ed.), The Gulf of Mexico, A Large Marine Ecosystem, Blackwell Science.

Rabalais, N. N., Q. Dortch, D. Justic, M. B.  , P. L. Klerks, P. H. Templet, R. E. Turner, B. Cole, D. Duet, M. Beacham, S. Lentz, M. Parsons, S. Rabalais and R. Robichaux.  1995.  Status and Trends of Eutrophication, Pathogen Contamination, and Toxic Substances in the Barataria and Terrebonne Estuarine System.  BTNEP Publ. No. 22, Barataria-Terrebonne National Estuary Program, Thibodaux, Louisiana, 265 pp. plus Appendices.

Rabalais, N. N., B. A. McKee, D. J. Reed and J. C. Means.  1992.  Fate and effects of produced water discharges in coastal Louisiana, Gulf of Mexico, USA.  Pages 355-369 in J. P. Ray and F. R. Engelhardt (eds.), Produced Water. Technological/Environmental Issues and Solutions, Plenum Press, New York, 604 pp.

Rabalais, N. N., L. E. Smith, D. E. Harper, Jr. And D. Justic.  1995.  Effects of Bottom Water Hypoxia on Benthic Communities of the Southeastern Louisiana Continental Shelf.  OCS Study MMS 94-0054.  U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, Louisiana, 105 pp.

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**OCEANOGRAPHIC/WATER QUALITY DATA
BY NANCY N. RABALAIS**

Rabalais, N. N., R. E. Turner, W. J. Wiseman, Jr. and D. F. Boesch  1991.  A brief summary of hypoxia on the northern Gulf of Mexico continental shelf: 1985–1988.  Pages 35-45 in R. V. Tyson and T. H. Pearson (eds.), Modern and Ancient Continental Shelf Anoxia.  Geological Society Special Publ. No. 58, The Geological Society, London.

Rabalais, N. N., R. E. Turner, D. Justic, Q. Dortch, W. J. Wiseman, Jr. and B. K. Sen Gupta.  1996.  Nutrient changes in the Mississippi River and system responses on the adjacent continental shelf.  Estuaries 19(2B):386407.

Rabalais, N. N., R. E. Turner, W. J. Wiseman, Jr. and Q. Dortch.  1997.  Consequences of the 1993 Mississippi River flood in the Gulf of Mexico.  Regulated Rivers.

Redalje, D. G., S. E. Lohrenz and G. L. Fahnenstiel.  1994.  The relationship between primary production and the vertical export of particulate organic matter in a river-impacted coastal ecosystem.  Estuaries 17(4): 829-838.

Shumway, S. E.  1990.  A review of the effects of algal blooms on shellfish and aquaculture.  J. World Aquaculture Soc. 21(2):65-104.

Sklar, F. H. and R. E. Turner.  1981.  Characteristics of phytoplankton production off Barataria Bay in an area influenced by the Mississippi River.  Cont. Mar. Sci. 24: 93-106.

Turner, R. E. and N. N. Rabalais.  In press.  Light conditions within and near the Louisiana Coastal Current.  In Murray, S. (ed.), An Observational Study of the Mississippi-Atchafalaya Coastal Plume.  OCS Study MMS 97-xxx.  U.S. Dept. of the Interior, Minerals Mgmt. Service, Gulf of Mexico OCS Region, New Orleans, La.  xx pp.



**Waldemar Nelson International Inc.**

## LIST OF TABLES AND FIGURES

### *LIST OF TABLES*

Table TN1.................................................................................Wave Height Data

Table TN2................................................................... Wave Statistics (1976 – 1995)

Table TN3................................................................... Maximum Speeds and Corresponding Directions From Each Latex A Mooring

Table TN4.................,...............................................Average Water Temperature for GOM

Table TN5......................... Summary Mean Values for Average Hydrographic Conditions

Table TN6.....................................Average Surface Water Values for Various Parameters

Table TN7.....................................................................Toxic Plankton In GOM

Table TN8.........................................................................Toxic Algae in GOM

### *LIST OF FIGURES*

Figure N1.........................................................Latex B, P92-1, MIDAS, Winds (April 92)

Figure N2.........................................................Latex B, P93-1, MIDAS, Winds (April 93)

Figure N3........................................................ Latex B, P93-2, MIDAS, Winds (July 93)

Figure N4........................................................ Latex B, P94-2, MIDAS, Winds (July 94)

Figure N5.....................................................Latex B, P92-2, MIDAS, Winds (October 92)

Figure N6.......................................... Latex B, P94-1, MIDAS, Winds - Phase 1 (April 94)

Figure N7.......................................... Latex B, P94-1, Midas, Winds – Phase 3 (April 94)

Figure N8...........................................:Locations of Stations Where GOM Data are Saved

Figure N9.......................................................................Frequency of Tropical Cyclones



Waldemar Nelson International Inc.

Figure N10 ........................................... Map of GOM Showing Hurricane Andrew Storm Track, LATEX Wave Gauge, and NDBC Buoy Locations

Figure N11 ..................................... $H_S$ Measured at LATEX Moorings 1, 16, 20, and 23 During Hurricane Andrew

Figure N12 ................................................................. Comparative Time-Series Plots

Figure N13 .......................... Locations of the Bryan Mound, Big Hill and West Hacksberry

Figure N14 ................................................................ Current Response to Wind Stress

Figure N15 ................................................................ Current Monthly Mean Wind Stress

Figure N16 ..... Near Surface ADCP Velocities in Atchafalaya Source Region (April 1992)

Figure N17 ... Velocity Vectors From ADCP in the Western Louisiana Region (April 1992)

Figure N18 ........................... ADCP Velocity Vectors in South-Central Texas (April 1992)

Figure N19 ............ ADCP Velocity Vectors in the Source Region East of the Atchafalaya

Figure N20 ............................. ADCP Velocity Vectors in Western Louisiana (April 1993)

Figure N21 ........................... ADCP Velocity Vectors in South-Central Texas (April 1993)

Figure N22 ............................................................... ADCP Velocity Field at the 5m Level

Figure N23 ..................................... Velocity Field at the 4.5 m Level (July 1993)

Figure N24 ........................................................ P94-2, ADCP, 4.5 m (July 1994)

Figure N25 ................................................. July 24 – 27, 1992, 3m Level

Figure N26 .................................................. July 24 – 27, 1992, 11m Level

Figure N27 ..................................... P94-1, Phase 1, ADCP, 4.5m (April 1994)

Figure N28 ..................................... P93-2, Phase 3, ADCP, 4.5m (April 1994)

Figure N29 ................................................................ Moored Array Locations

Figure N30 ... Latex Mooring Records Currents During the Passage of Hurricane Andrew



**Waldemar Nelson International Inc.**

Figure N31 ............... Mooring, Bottom Current Meter, N Component (5/16/92 – 10/2/92)

Figure N32 ................................................................. Current Speed E Component

Figure N33 .................. Mooring, Bottom Current Meter, Temperature (5/16/92 – 10/2/92)

Figure N33 ........................... Mooring, Bottom Current Meter, Salinity (5/16/92 – 10/2/92)

Figure N35 ........................ Sea-surface Salinity for M/V Gus III Cruises (1/64, 3/63, 7/64)

Figure N36 ............................... Sea-surface Salinity for M/V Gus III Cruises (9/64, 11/94)

Figure N37 ............................................... Sea-surface Temperature, Loop Current Eddy

Figure N38 ............................................. Sea-surface Temperature (December 17, 1985)

Figure N39 ............................................. Sea-surface Temperature (December 28, 1985)

Figure N40 .......................... Hydrography Cross-shelf Transect Offshore Freeport, Texas

Figure N41 ................. Hydrography Cross-shelf Transect Through the Byran Mound Site

Figure N42 ........................... Hydrography Cross-shelf Transect Through the Big Hill Site

Figure N43 ............. Hydrography Cross-shelf Transect Through the West Hackberry Site

Figure N44 .............. LATEX Stations Sampled for Nutrients and Phytoplankton Pigments

Figure N45 ..................... Extinction Coefficient (k) Transect A, Phytoplankton Production

Figure N46 .................................................... Latex Cruise 10/92, 18-20 m Isobath

Figure N47 .................................................. Concentration of Dissolved Nitrogen

Figure N48 ......................................... Concentration of Dissolved Phosphate and Silicate

Figure N49 .......................... Relationship Between the Concentration of Phytoplankton Pigments and Longitude

Figure N50 .................................................................................... Carbon Flux

Figure N51 ............................................................... Mean Primary Production

Figure N52 ..................... Mid-Summer Hypoxia Frequency of Occurrence (1985 – 1997)

**FIGURE N1 - April 92**



Latex B, P92-1, MIDAS, Winds (4km-avg)

Case 2:10-md-02179-CJB-DPC   Document 24342-10   Filed 04/11/18   Page 138 of 238

FIGURE N2 - April 93



Shipboard "absolute winds, corrected for ship speed and heading, over the cruise survey. These data were collected by the Multiple Interface Data Acquisition System (MIDAS) aboard the R/V *Pelican*.

(from Murray and Donley, 1996)

**FIGURE N3.- July 93**



Latex B, P93-2, MIDAS, Winds (4km-avg)

FIGURE N4 - July 94



Latex B, P94-2, MIDAS, Winds (4km-avg)

July 1994

Latitude

(from Murray et al., unpubl. data)



FIGURE N5 - October 92

Latex B, P92-2, MIDAS, Winds (4km-avg)

**FIGURE N6 - April 94**



Latex B, P94-1, MIDAS, Winds (4km-avg)

April 1994, phase 1

Latitude

Longitude

Scale = 20 m/s

(from Rouse et al., unpubl. data)



FIGURE N7 - April 94

Latex B, P94-1, MIDAS, Winds (4km-avg)

April 1994, phase 3

Latitude

Longitude

Scale   = 20 m/s

(from Rouse et al., unpubl. data)

FIGURE N8



Location of stations where GOM data are saved

**TABLE TN1**

MEAN WAVE HEIGHT (IN METERS) BY MONTH AND YEAR

STATION: A2055 ( 28.75N/ 89.00W / 574.0M)

| YEAR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | MEAN |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| 1976 | 1.1 | .8  | 1.2 | .7  | .9  | .6  | .3  | .5  | .5  | 1.1 | 1.0 | 1.2 | .8  |
| 1977 | 1.3 | 1.3 | 1.6 | 1.1 | .7  | .4  | .4  | .9  | .8  | .8  | 1.1 | 1.2 | 1.0 |
| 1978 | 1.3 | 1.2 | 1.0 | .9  | .9  | .7  | .5  | .6  | .6  | .8  | .8  | 1.3 | .9  |
| 1979 | 1.5 | 1.1 | 1.3 | 1.3 | .8  | .6  | .9  | .4  | 1.3 | .9  | 1.1 | 1.0 | 1.0 |
| 1980 | 1.0 | 1.0 | 1.5 | 1.0 | .8  | .6  | .5  | .8  | .6  | .8  | 1.2 | .9  | .9  |
| 1981 | .8  | 1.3 | 1.2 | .9  | .8  | .7  | .5  | .5  | .5  | .8  | .9  | 1.1 | .8  |
| 1982 | 1.3 | 1.0 | 1.1 | 1.3 | .7  | .7  | .3  | .5  | .8  | 1.0 | 1.1 | 1.7 | 1.0 |
| 1983 | 1.0 | 1.8 | 1.4 | 1.4 | 1.0 | .7  | .5  | .6  | .9  | .8  | 1.3 | 1.5 | 1.1 |
| 1984 | 1.1 | 1.1 | 1.0 | 1.4 | 1.1 | .6  | .5  | .5  | 1.0 | .9  | 1.1 | 1.0 | .9  |
| 1985 | 1.0 | 1.3 | 1.1 | 1.2 | .6  | .6  | .4  | .9  | 1.2 | 1.7 | 1.3 | .9  | 1.0 |
| 1986 | 1.0 | 1.1 | 1.2 | .7  | .8  | .5  | .5  | .5  | .7  | .9  | 1.1 | 1.2 | .8  |
| 1987 | 1.1 | 1.1 | 1.4 | .7  | .6  | .7  | .5  | .5  | .5  | .9  | 1.3 | 1.2 | .9  |
| 1988 | 1.3 | 1.0 | 1.1 | 1.2 | .8  | .7  | .6  | .6  | 1.3 | .8  | 1.4 | .9  | 1.0 |
| 1989 | 1.0 | 1.1 | 1.1 | .8  | .8  | .9  | .7  | .5  | .8  | .9  | 1.0 | 1.2 | .9  |
| 1990 | .9  | 1.4 | 1.1 | .9  | .9  | .5  | .5  | .4  | .5  | .8  | 1.0 | 1.1 | .8  |
| 1991 | 1.1 | 1.2 | 1.5 | 1.3 | 1.1 | .6  | .5  | .4  | .7  | 1.0 | 1.0 | 1.0 | 1.0 |
| 1992 | 1.0 | 1.0 | .9  | .9  | .6  | .6  | .5  | .9  | .7  | .9  | 1.3 | .9  | .8  |
| 1993 | 1.0 | 1.2 | 1.1 | 1.3 | .9  | .7  | .4  | .5  | .6  | .9  | .9  | 1.1 | .9  |
| 1994 | 1.6 | 1.2 | 1.2 | 1.0 | .6  | .8  | .8  | .7  | .8  | 1.1 | 1.3 | 1.1 | 1.0 |
| 1995 | 1.4 | 1.2 | 1.5 | 1.3 | 1.0 | .9  | .8  | .7  | 1.0 | 1.8 | 1.3 | 1.3 | 1.2 |
| MEAN | 1.1 | 1.2 | 1.2 | 1.1 | .8  | .7  | .5  | .6  | .8  | 1.0 | 1.1 | 1.1 |      |

LARGEST WAVE HEIGHT (IN METERS) BY MONTH AND YEAR

STATION: A2055 ( 28.75N/ 89.00W / 574.0M)

| YEAR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 1976 | 2.2 | 2.4 | 2.2 | 2.5 | 2.1 | 1.6 | .7  | 2.6 | 1.8 | 3.1 | 2.7 | 2.6 |
| 1977 | 4.1 | 3.5 | 4.6 | 3.5 | 2.3 | 1.5 | 1.0 | 3.9 | 3.1 | 2.2 | 2.1 | 3.5 |
| 1978 | 4.3 | 3.2 | 2.9 | 1.7 | 2.7 | 1.6 | 1.1 | 2.7 | 1.1 | 2.3 | 1.8 | 3.0 |
| 1979 | 5.7 | 3.3 | 3.6 | 3.3 | 1.4 | 1.5 | 3.9 | 1.1 | 10.1| 2.4 | 2.3 | 2.9 |
| 1980 | 2.2 | 2.2 | 3.2 | 3.5 | 2.3 | 1.4 | 1.1 | 4.5 | 1.5 | 2.3 | 3.1 | 2.2 |
| 1981 | 3.6 | 3.9 | 4.4 | 2.4 | 1.7 | 1.7 | 1.1 | 1.1 | 1.6 | 2.0 | 2.5 | 2.5 |
| 1982 | 3.6 | 1.9 | 3.3 | 2.8 | 1.9 | 1.7 | .7  | 1.5 | 2.7 | 1.9 | 2.0 | 3.7 |
| 1983 | 4.5 | 5.7 | 4.8 | 4.2 | 2.3 | 1.2 | 1.5 | 1.7 | 2.3 | 1.5 | 3.2 | 3.2 |
| 1984 | 2.5 | 4.6 | 4.8 | 3.0 | 3.0 | 1.3 | 1.3 | 2.3 | 2.5 | 1.8 | 2.9 | 2.2 |
| 1985 | 2.6 | 3.6 | 4.1 | 3.0 | 1.4 | 2.0 | 1.2 | 6.7 | 3.5 | 9.4 | 9.6 | 2.0 |
| 1986 | 3.3 | 2.4 | 3.2 | 2.2 | 1.4 | 1.9 | 1.2 | 1.2 | 1.2 | 2.4 | 2.5 | 3.9 |
| 1987 | 2.9 | 2.9 | 4.0 | 2.1 | 1.4 | 1.6 | 1.3 | 1.2 | 1.4 | 2.2 | 3.1 | 2.9 |
| 1988 | 3.4 | 4.0 | 2.4 | 4.2 | 2.7 | 1.6 | 2.2 | 2.3 | 10.6| 2.5 | 4.0 | 2.1 |
| 1989 | 3.7 | 2.3 | 2.6 | 2.0 | 1.4 | 2.4 | 3.8 | 3.6 | 2.4 | 2.6 | 4.8 | 4.5 |
| 1990 | 2.0 | 2.6 | 2.6 | 1.9 | 1.7 | 1.1 | 1.1 | 1.1 | 1.6 | 2.0 | 3.6 | 2.4 |
| 1991 | 2.2 | 2.8 | 3.1 | 3.3 | 3.5 | 2.0 | .9  | 1.1 | 1.6 | 2.5 | 2.2 | 3.6 |
| 1992 | 3.9 | 2.6 | 2.1 | 2.1 | 1.3 | 1.6 | 1.9 | 12.9| 2.1 | 3.4 | 2.6 | 2.7 |
| 1993 | 2.7 | 2.8 | 3.4 | 3.5 | 2.1 | 2.0 | .7  | 1.0 | 1.8 | 3.2 | 2.0 | 3.5 |
| 1994 | 4.3 | 3.1 | 3.6 | 2.2 | 1.7 | 2.2 | 3.1 | 1.3 | 2.6 | 3.2 | 3.0 | 2.5 |
| 1995 | 3.5 | 3.2 | 3.3 | 3.9 | 2.2 | 3.4 | 2.9 | 2.2 | 3.3 | 8.5 | 4.5 | 3.7 |

**TABLE TN2**

1976 - 1995 STATISTICS

**STATION: A2055 ( 28.75N/ 89.00W / 574.0M)**

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . . (METERS)      .9
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . . (SECONDS)    4.9
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)  135.0
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . . (METERS)      .7
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . . (SECONDS)    1.5
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . . (METERS)    12.9
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . . (SECONDS)   14.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)  133.0
DATE LARGEST Hmo OCCURRED  1992082522
```

**STATION: A2056 ( 28.75N/ 89.25W / 205.0M)**

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . . (METERS)      .9
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . . (SECONDS)    4.9
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)  135.0
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . . (METERS)      .6
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . . (SECONDS)    1.5
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . . (METERS)    13.0
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . . (SECONDS)   14.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)  133.0
DATE LARGEST Hmo OCCURRED  1992082522
```

**STATION: A2057 ( 28.75N/ 89.50W / 101.0M)**

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . . (METERS)      .9
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . . (SECONDS)    4.9
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)  135.0
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . . (METERS)      .6
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . . (SECONDS)    1.5
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . . (METERS)    13.2
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . . (SECONDS)   14.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)  130.0
DATE LARGEST Hmo OCCURRED  1992082522
```

**STATION: A2058 ( 29.00N/ 89.75W /  37.0M)**

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . . (METERS)      .8
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . . (SECONDS)    4.6
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)  135.0
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . . (METERS)      .5
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . . (SECONDS)    1.5
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . . (METERS)    10.1
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . . (SECONDS)   14.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)  173.0
DATE LARGEST Hmo OCCURRED  1992082604
```

**STATION: A2059 ( 29.00N/ 90.00W /  25.0M)**

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . . (METERS)      .8
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . . (SECONDS)    4.7
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)  135.0
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . . (METERS)      .5
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . . (SECONDS)    1.5
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . . (METERS)    10.6
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . . (SECONDS)   14.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)  151.0
DATE LARGEST Hmo OCCURRED  1992082602
```

**TABLE TN2 (cont.)**

STATION: A2060 ( 29.00N/ 90.25W /  13.0M)

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . (METERS)          .8
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . (SECONDS)        4.7
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)    135.0
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . (METERS)          .5
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . (SECONDS)        1.6
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . (METERS)         8.2
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . (SECONDS)       13.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)    144.0
DATE LARGEST Hmo OCCURRED  1992082603
```

STATION: A2061 ( 29.00N/ 90.50W /  10.0M)

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . (METERS)          .8
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . (SECONDS)        4.7
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)    135.0
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . (METERS)          .5
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . (SECONDS)        1.7
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . (METERS)         6.3
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . (SECONDS)       13.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)    169.0
DATE LARGEST Hmo OCCURRED  1992082609
```

STATION: A2062 ( 29.00N/ 90.75W /   7.0M)

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . (METERS)          .8
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . (SECONDS)        4.8
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)    135.0
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . (METERS)          .5
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . (SECONDS)        1.8
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . (METERS)         4.4
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . (SECONDS)       14.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)    148.0
DATE LARGEST Hmo OCCURRED  1995100422
```

STATION: A2063 ( 29.00N/ 91.00W /   6.0M)

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . (METERS)          .8
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . (SECONDS)        4.9
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)    135.0
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . (METERS)          .5
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . (SECONDS)        1.8
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . (METERS)         3.8
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . (SECONDS)       14.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)    148.0
DATE LARGEST Hmo OCCURRED  1995100500
```

STATION: A2064 ( 29.00N/ 91.25W /   4.0M)

```
MEAN SPECTRAL WAVE HEIGHT . . . . . . . . . . . . . (METERS)          .7
MEAN PEAK WAVE PERIOD . . . . . . . . . . . . . . . (SECONDS)        4.9
MOST FREQUENT 22.5 DEGREE (CENTER) DIRECTION BAND . . (DEGREES)    157.5
STANDARD DEVIATION OF WAVE Hmo. . . . . . . . . . . (METERS)          .4
STANDARD DEVIATION OF WAVE TP . . . . . . . . . . . (SECONDS)        1.9
LARGEST WAVE Hmo. . . . . . . . . . . . . . . . . . (METERS)         2.5
WAVE TP ASSOCIATED WITH LARGEST WAVE Hmo. . . . . . (SECONDS)        9.0
PEAK DIRECTION ASSOCIATED WITH LARGEST WAVE HS. . . . (DEGREES)    220.0
DATE LARGEST Hmo OCCURRED  1995111112
```

**FIGURE N9**



Frequency of tropical cyclones per 100 years with minimum wind speeds of 34 knots (18 m/s).

**FIGURE N10**



Map of the northwestern Gulf showing 50-, 100-, and 200-m isobaths, Hurricane
Andrew storm track, and LATEX wave gauge and NDBC buoy locations.
(from Jochens and Nowlin, 1995)

**FIGURE N11**



$H_s$ measured at LATEX moorings 1, 16, 20, and 23 during Hurricane Andrew.

(from Jochens and Nowlin, 1995)

**FIGURE N12**



Comparative time-series plots of 40-hour low-passed stick vectors for wind from NDBC buoy 42008 (28° 47.07'N, 95° 18.71'W) and currents from Flower Garden sites 1, 2, and 3 (instrument depths, about 50 m; water depths about 100 m [Rezak et al. 1983]) for May 1980. Vertically up is toward the East for the current stick vectors and towards the North for the wind stick vectors.

(from Kelly and Brooks, 1988)

**FIGURE N13**



Locations of the Bryan Mound, Big Hill and West Hackberry offshore
sites and coastal cities referenced in the text.

(from Kelly, 1988)

FIGURE N14



An example of the response of currents to the alongshore compo
of wind stress from data collected during July 1980 at the B
Mound site (Figure 20) where the water depth is approximately 2
a) alongshore (positive toward 55° true) component of wind str
b) alongshore component of near-surface current (3.7 m below
surface), c) cross-shelf (positive toward 325° true) componen
near-surface current, d) cross-shelf component of near-bottom cu
(1.8 m above the bottom).  Light and heavy lines are 3-hour an
hour low-passed, respectively.

(from Kelly, 1988)

FIGURE N15



Monthly mean alongshore component of wind stress together
monthly mean alongshore component of surface current (3.7 m b
sea surface):  a) at the Bryan Mound site off Freeport, Texas,
positive alongshore direction is 55° true; b) at the West Hackb
site off Cameron, Louisiana, the positive alongshore directio:
86° true (from Cochrane and Kelly 1986).

(from Kelly, 1988)

**TABLE TN3**

Maximum speeds and corresponding directions observed in 40-hr low-passed current record from each LATEX A mooring during the second field year.

| Mooring | Latitude N | Longitude W | Depth (m) | $S_{max}$ (cm.s$^{-1}$) | $Dir_{max}$ (°T) | Date |
|---|---|---|---|---|---|---|
| 1 | 27° 15.39' | 97° 14.81' | 19 | 86 | 196 | 20 June 1993 |
| 2 | 27° 17.09' | 96° 58.81' | 10 | 81 | 204 | 10 Nov. 1993 |
| 3 | 27° 17.35' | 96° 44.18' | 13 | 69 | 222 | 13 Mar. 1993 |
| 4 | 27° 07.76' | 96° 21.63' | 12 | 77 | 358 | 13 Feb. 1993 |
| 5 | 27° 27.82' | 96° 04.12' | 14 | 64 | 63 | 12 Aug. 1993 |
| 6 | 27° 42.59' | 95° 39.85' | 13 | 83 | 94 | 15 Feb. 1993 |
| 7 | 27° 50.12' | 95° 04.19' | 14 | 83 | 99 | 4 Aug. 1993 |
| 8 | 27° 49.47' | 94° 10.77' | 15 | 61 | 144 | 10 Mar. 1993 |
| 9 | 27° 48.92' | 93° 31.91' | 14 | 51 | 94 | 6 Jan. 1994 |
| 10 | 27° 56.07' | 92° 44.70' | 14 | 39 | 88 | 8 Mar. 1994 |
| 11 | 27° 50.64' | 92° 00.45' | 14 | 32 | 29 | 17 Jan. 1994 |
| 12 | 27° 55.76' | 90° 29.64' | 14 | 68 | 103 | 27 Oct. 1993 |
| 13 | 28° 03.48' | 90° 29.18' | 15 | 54 | 87 | 17 Aug. 1993 |
| 14 | 28° 23.74' | 90° 29.65' | 19 | 42 | 262 | 8 Jan. 1994 |
| 15 | 28° 36.49' | 90° 29.53' | 10 | 59 | 80 | 7 Aug. 1993 |
| 16 | 28° 51.96' | 90° 29.50' | 11 | 52 | 268 | 8 Oct. 1993 |
| 17 | 29° 11.82' | 91° 57.89' | 3 | 62 | 304 | 20 June 1993 |
| 18 | 28° 57.74' | 91° 59.01' | 10 | 69 | 271 | 8 Apr. 1993 |
| 19 | 28° 27.92' | 92° 02.06' | 3 | 52 | 309 | 11 Aug. 1993 |
| 20 | 29° 15.67' | 94° 03.82' | 3 | 73 | 12 | 13 Sept. 1993 |
| 21 | 28° 50.28' | 94° 04.79' | 14 | 46 | 264 | 19 June 1993 |
| 22 | 28° 21.39' | 93° 57.34' | 3 | 59 | 22 | 20 July 1993 |
| 23 | 28° 42.77' | 95° 32.13' | 10 | 72 | 246 | 19 June 1993 |
| 24 | 28° 32.21' | 95° 23.61' | 10 | 83 | 240 | 9 Nov. 1993 |
| 25 | 28° 19.33' | 95° 21.57' | 11 | 36 | 87 | 2 Apr. 1993 |
| 44 | Removed | | | | | |
| 45 | Removed | | | | | |
| 46 | Removed | | | | | |
| 47 | Removed | | | | | |
| 48 | 27° 58.98' | 91° 16.99' | 14 | 42 | 85 | 7 Jan. 1994 |
| 49 | 27° 23.13' | 95° 53.96' | 14 | 29 | 240 | 2 Mar. 1994 |

(from Jochens and Nowlin, 1995)

FIGURE N16



Figure 18. Near surface ADCP velocities at the 3 m level in the Atchafalaya source region.

FIGURE N17



Velocity vectors from the ADCP at the 5 m level in the western Louisiana region.
Open circles at ensemble points indicate velocities are less than the standard error of 4
cm/sec.   (from Murray, submitted)



ADCP velocity vectors at the 5 m level in south-central Texas region of the coastal plume illustrating the episodic upcoast jet embedded in the downcoast coastal plume characteristic of this season.   (from Murray, submitted)



ADCP velocity vectors at the 3.5 m level in the source region east of the Atchafalaya outflow plume during the April 1993 observations.

(from Murray, submitted)



ADCP velocity vectors at the 3.5 m level in the region off western Louisiana during the April 1993 observations.



ADCP velocity vectors at the 3.5 m level in the region off south central Texas during the April 1993 observations.



ADCP velocity field at the 5 m level over the entire cruise observation domain during the October 1992 observations. ADCP data points are 4 km averages.



Velocity field at the 4.5 m level over the entire sampling domain during the July 1993 cruise observations. (from Murray, submitted)



FIGURE N23 - July 94

P94-2, ADCP, 4.5 meters, 4 km, (W = 00.2858   Amp= 1.022 )

July 1994

Latitude

Longitude

Scale = 20 cm/s

(from Murray et al., unpubl. data)

FIGURE N25 - July 92



July 24 - 27, 1992

Level = 3 m

1 m s⁻¹

(from Rabalais, Turner & Wiseman, unpubl. data)

**FIGURE N26 - July 94**



July 24 - 27, 1992
Level = 11 m
1 m s⁻¹

(from Rabalais, Turner & Wiseman, unpublished data)



FIGURE N27





FIGURE N28 - April 94

(from Rouse et al., unpubl. data)

FIGURE N29



Moored array locations.

(from Jochens and Nowlin, 1995)

**FIGURE N30**

## LATEX MOORING RECORDS CURRENTS DURING
## THE PASSAGE OF HURRICANE ANDREW

Last August Hurricane Andrew passed over Florida causing widespread damage. This powerful storm then entered the Gulf of Mexico and curved to the north, passing through the LATEX study area. On August 25 between 2200Z and 2300Z the eye of the hurricane came within 10km of our mooring 14. The water at this mooring, located about 75 km south of Timbalier Island, is about 47 meters deep.

A Endeco SSM current meter attached to mooring 14 at 11 meters below the surface recorded the passage of Hurricane Andrew. Water speeds began increasing shortly after 1200z on the 25th with water flowing to the south west pushed in the general direction of the hurricane winds. Current speeds of 134 cm/sec were reached shortly after the eye of the storm passed.

After the eye had passed the currents moved toward the north at 0500Z on the 26th, toward the east at 1100Z on the 26th and moved to the west at 0230Z on the 27th.

This rotary cycle with a period of about 24 hrs. was also seen in the magnitude of the current, which exhibited a series of damped

**Track of Hurricane Andrew**



peaks separated by about 1 day. The second peak in velocity of about 92 cm/sec occurred about 24 hours after the passage of the eye and a third peak in velocity occurred about 48 hours of the passage of the storm.

As the eye approached the mooring the temperature decreased and the salinity increased most likely because of vertical mixing. The story is told in graphical form in the panels.



Mooring 14 - Speed, Direction, Temperature, and Salinity



FORTNIGHTLY
LA-TEX Newsletter
Vol. 1, Iss. 16
Dec. 7, 1992



FIGURE N31

**FIGURE N32 - Current Speed E Component**



(from Rabalais, Turner & Wiseman, unpubl. data).



FIGURE N33

Mooring, Bottom Current Meter

5/16/92 - 10/2/92

Temperature (°C)

Days

(from Rabalais, Turner & Wiseman, unpubl. data)

FIGURE N34



Mooring, Bottom Current Meter

5/16/92 - 10/2/92

Salinity (psu)

(from Rabalais, Turner & Wiseman, unpubl. data)

FIGURE N35



Sea-surface salinity (°/oo) for M/V Gus III cruises in January, March, May and July 1964 (from Kelly et al. 1980).

(from Kelly, 1988)

FIGURE N36



Sea-surface salinity for M/V Gus III cruises in September and November 1964.

(from Kelly, 1988)

FIGURE N37



Trajectory for drifter 3378 in a Loop Current eddy.  Depth cor
are in meters.



Sea surface temperature (°C) for the week of 26 November
Corresponding trajectories of drifters are shown by arrows.
(from Lewis, 1988)

**FIGURE N38**



Sea surface temperature (°C) for the week of 17 December 1985.
Corresponding trajectories of drifters are shown by arrows.



Sea surface temperature (°C) for the week of 28 December 1985.
Corresponding trajectories of drifters are shown by arrows.
(from Lewis, 1988)

**FIGURE N39**

**FIGURE N40**



Hydrography for the cross-shelf transect offshore Freeport, Texas on January 4, 1983:  a) temperature (°C), b) salinity (°/∞), c) sigma-t, dissolved oxygen (mg l⁻¹).  (Note:  the salinity values greater than about 36 °/∞ near the bottom in the vicinity of station 34 were caused by the DOE/SFR brine disposal operations)(from Kelly et al. 1984b).

(from Kelly, 1988)

FIGURE N41



Hydrography for cross-shelf transect through the Bryan Mound site on July 22, 1983: a) temperature (°C), b) salinity (°/∞), c) sigma-t, dissolved oxygen (mg l⁻¹). (Note: the slightly higher salinity values near the bottom at station 34 were caused by the DOE/SPR brine disposal operations)(from Kelly et al. 1984b).

(from Kelly, 1988)

FIGURE N42



Hydrography for cross-shelf transect through the Big Hill site on
July 21, 1983:  a) temperature (°C), b) salinity (°/∞), c) sigma-t,
dissolved oxygen (mg 1⁻¹)(from Kelly et al. 1984a).
(from Kelly, 1988)

FIGURE N43



Hydrography for cross-shelf transect through the West Hackberry si
on July 22, 1983: a) temperature (°C), b) salinity (°/∞), c) sigm
t, dissolved oxygen (mg l⁻¹). (Note: the slightly higher salini
values near the bottom at station A were caused by the DOE/SPR bri
disposal operations)(from Kelly et al. 1984c).

(from Kelly, 1988)



**FIGURE N44**

LATEX stations sampled for nutrients and phytoplankton pigments.  The arrows indicate the source and relative contribution of freshwater inputs.

**TABLE TN6**

Average surface water values for chlorophyll $a$, salinity, Secchi depth, and selected nutrient parameters for six LATEX cruises ($X \pm se$, $n$).

| Cruise | Date | Chl $a$ ($\mu$g/L) | Salinity (psu) | Secchi (m) | Nitrate ($\mu$g at/L) | DIN ($\mu$g at/L) | Silicate ($\mu$g at/L) | Si:N ratio | Phosphate ($\mu$g at/L) |
|--------|------|------|------|------|------|------|------|------|------|
| P921 | Apr 92* | 9.09 ±1.62 33 | 27.67 ±0.79 28 | 1.69 ±0.44 11 | 6.18 ±1.14 33 | 8.68 ±1.28 33 | 3.08 ±0.40 33 | 0.33 ±0.06 33 | 0.33 ±0.07 33 |
| P922 | Oct 92 | 4.32 ±0.55 42 | 29.30 ±0.48 42 | 2.28 ±0.30 24 | 1.08 ±0.23 42 | 2.91 ±0.42 42 | 6.89 ±0.52 42 | 3.98 ±0.43 42 | 0.40 ±0.04 42 |
| P931 | Apr 93 | 5.65 ±0.85 50 | 27.27 ±0.70 49 | 5.12 ±0.92 20 | 2.54 ±1.09 48 | 3.88 ±1.22 48 | 10.04 ±2.15 48 | 3.69 ±0.50 48 | 0.20 ±0.02 48 |
| P932 | Jul 93 | 4.21 ±0.58 66 | 25.68 ±0.75 66 | 4.96 ±0.69 17 | 3.17 ±1.57 66 | 5.68 ±1.62 66 | 14.14 ±2.33 66 | 3.63 ±0.47 66 | 0.32 ±0.04 66 |
| P941 | Apr 94 | 7.98 ±1.29 78 | 18.13 ±1.21 78 | 2.92 ±0.78 26 | 32.08 ±2.83 78 | 36.38 ±2.97 78 | 30.38 ±2.36 78 | 1.05 ±0.13 78 | 0.71 ±0.06 78 |
| P942 | Jul 94 | 3.12 ±0.59 61 | 27.67 ±0.72 61 | 4.16 ±0.90 20 | 1.29 ±0.52 39 | 4.88 ±0.85 38 | 12.58 ±1.71 54 | 2.61 ±0.30 37 | 0.62 ±0.11 52 |

* station with high value of 209 $\mu$g/L Chl $a$ omitted.

**FIGURE N45**



Extinction Coefficient (k) Transect A  4/92



K Par

Phytoplankton production



Unscaled Primary Production Rates

**FIGURE N46**



Latex Cruise 10/1992, 18-20 m isobath



% Surface Light

**FIGURE N47**



Concentration of dissolved nitrogen (DIN = NO$_3$ + NO$_2$ + NH$_4$; $\mu$g at l$^{-1}$) in surface waters at the LATEX sampling locations shown in Figure 1. Total depth at these stations is between 10 and 100 m. The arrows indicate the source and relative contribution of freshwater inputs.



FIGURE N48

.. Concentration of dissolved phosphate and silicate ($\mu$g at l$^{-1}$) in surface waters at the LATEX sampling stations shown in Figure 1. Total depth at these stations is between 10 and 100 m. The arrows indicate the source and relative contribution of freshwater inputs.

**FIGURE N49**



Relationship between the concentration of phytoplankton pigments (total, chlorophyll *a* and phaeopigments; $\mu$g l$^{-1}$) and longitude in surface waters at the LATEX sampling locations shown in Figure 1.  Total depth at these stations is between 10 and 100 m.

FIGURE N50



FIGURE N51





FIGURE N52

Mid-Summer Hypoxia
Frequency of Occurrence
1985 - 1997

(Rabalais, Turner & Wiseman)

>75%
>50%
>25%
<25%

Case 2:10-md-02179-CJB-DPC   Document 24342-10   Filed 04/11/18   Page 189 of 238



FIGURE N53

7/15-20/85

from Rabalais et al. 1991

Case 2:10-md-02179-CJB-DPC   Document 24342-10   Filed 04/11/18   Page 190 of 238



FIGURE N54



FIGURE N55



FIGURE N56

Rabalais, Turner and Wiseman (unpubl. data)

**FIGURE N57**

8/4-10/89



Rabalais, Turner and Wiseman (unpubl. data)

FIGURE N58

# Hypoxia on the Louisiana Continental Shelf

## 1990 and 1991



Modified from Rabalais, N. N., R. E. Turner, and W. J. Wiseman, Jr. 1992. Distribution and characteristics of hypoxia on the Louisiana shelf in 1990 and 1991. In Proceedings of the NOAA Nutrient Enhanced Coastal Ocean Productivity Program Synthesis Workshop, Publ. No. TAMU-SG-92-109, Texas Sea Grant College Program, Texas A&M Univ., College Station.



FIGURE N59

Data Source: Louisiana Universities Marine Consortium/Louisiana State University



FIGURE N61



1997 Shelfwide Cruise
Hypoxic Area

(from Hypoxia Studies of Rabalais, Turner & Wiseman, Unpubl. data)

**FIGURE N62**

# TRANSECT C

(from Hypoxia Studies of Rabalais, Turner & Wiseman, unpubl. data)



**FIGURE N63**



TRANSECT C - 1994

(from Hypoxia Studies of Rabalais, Turner & Wiseman, unpubl. data)



# Hypoxia Encompasses a Large % of Water Column

FIGURE N64

July 24-26, 1993

## Dissolved Oxygen (mg/L)

FIGURE N65



Dots on map represent stations where CTD oxygen values <=4 mg/L were found in the upper 15 m of the water column.

Scale is the percentage of the total water column with dissolved oxygen <=4 mg/L.



FIGURE N66



Dots on map represent stations where CTD oxygen values <=3 mg/L were found in the upper 15 m of the water column.
Scale is the percentage of total water column with dissolved oxygen <=3 mg/L.



FIGURE N67

Dots on map represent stations where CTD oxygen values <=2 mg/L were found in the upper 15 m of the water column.

Scale is the percentage of the total water column with dissolved oxygen <=2 mg/L.



FIGURE N68



FIGURE N69

The possible impacts, temporal and spatial occurrence and bloom characteristics of HAB species in the Northern Gulf of Mexico. ? explained in text. PSP: Paralytic Shellfish Poisoning; DSP: Diarrhetic Shellfish Poisoning; ASP: Amnesic Shellfish Poisoning; Dino: dinoflagellate; Cyano: cyanobacteria; Raph: raphidophyte; Auto cil: autotrophic ciliate; Diat: diatom; F: freshwater; E: estuarine; c: Coastal; O: open ocean; F: fall; W: winter; Sp: spring; Su: summer; Y: Yes; N: No.

TABLE TN7

| Species | Animal Mortality | Potential Human Illness/Mortality | Location | Season | Bloom Color | Bioluminescence |
|---|---|---|---|---|---|---|
| Alexandrium monilatum | X | | E, C | F | Brown to Red | Y |
| Alexandrium ostenfeldii? | | PSP? | E | W | Brown | Y |
| Anabena spp. | X | hepatotoxins neurotoxins? | F, E | Su | Green to Blue-Green | N |
| Ceratium tripos | | | C | Su | Brown | N? |
| Dinophysis caudata | | DSP? | C | All | None | N |
| Gymnodinium breve | X | NSP | E?, C, O | Su,F | Red | N |
| Gymnodinium sanguineum | X | | E, C | Su | Red to Brown | N |
| Heterocapsa spp. | | | E, C? | Sp | Brown | N |
| Heterosigma akashiwo | X | | E, C | Sp? | Red | N |
| Lingulodinium polyedrum | | PSP? | C | Su? | Brown | N |
| Mesodinium rubrum | X | | E, C | All | Red | N |
| Microcystis sp. | | hepatotoxins neurotoxins? | F, E | Su | Green to Blue-Green | N |
| Noctiluca sp. | X? | | E, C | Sp | Red/Orange, Pink | Y |
| Prorocentrum micans | | DSP? | E, C | All? | None | N |
| Prorocentrum compressum | | DSP? | E, C | All? | None | N |
| Prorocentrum gracile | | DSP? | E, C | All? | ? | N |
| Prorocentrum mexicanum | | DSP | ? | ? | Red | N |
| Prorocentrum minimum | | Venerupin poisoning? DSP? | E, C | All? | | N |
| Pseudo-nitzschia delicatissima | | ASP | E, C? | All | Brown | N |
| Pseudo-nitzschia multiseries | X? | ASP | E? | All | Brown | N |
| Pseudo-nitzschia pseudodelicatissima | | ASP | E, C? | All | Brown | N |
| Pseudo-nitzschia pungens | | ASP? | C, O? | All | Brown | N |
| Scrippsiella spp. | | | E, C | Sp? | Brown | N |
| Trichodesmium spp. | X | | C, O | Su? | Tufts & Puffs | N |

**TABLE TN8** Dortch et al. 20

Summary of outbreaks of toxic algae with human health impacts in the low salinity waters of the northern Gulf of Mexico.

- **Brevetoxins in Oysters (Neurotoxic Shellfish Poisoning, NSP)**
  - \* *Gymnodinium breve* (Dortch et al. in press)
    - — Fall, 1996 in Louisiana, Mississippi, Alabama coastal waters
    - — Oyster beds closed for harvest for 1 to 5 months
    - — First confirmed bloom in low salinity waters
  - \* Common HAB species in Gulf of Mexico (Tester and Steidinger 1997)
    - — Normally occurs at high salinities
    - — Causes fish kills and human respiratory problems as well as NSP
  - \* Link to nutrient inputs unclear, but being re-evaluated

- **Cyanobacterial Hepatotoxins in Phytoplankton**
  - \* *Anabena* spp. and *Microcystis* sp. (Dortch and Achee' in press)
    - — Summer, 1997, Lake Pontchartrain
    - — Probably resulted from increased nutrients due to diversion of Mississippi River water
    - — Advisory issued against recreational use
  - \* Present in other fresh and very low salinity water bodies in Louisiana
    - — Lake Pontchartrain bloom July 1995
    - — Lake Salvadore bloom January 1995
    - — Lake Borgne July/August 1997
  - \* Blooms of cyanobacteria and impacts increasing worldwide due to eutrophication (Pearl 1996)

- **Domoic Acid in Phytoplankton (Amnesic Shellfish Poisoning, ASP)**
  - \* *Pseudo-nitzschia* spp.
    - — At least 4 toxin-producing species (Parsons et al. in press)
    - — High cellular domoic acid concentrations measured (Doucette et al. 1997)
  - \* All coastal and shelf waters (Dortch et al. 1997; Parsons et al. in press)
    - — Most abundant in winter in estuary and in spring/fall on shelf
    - — On shelf peak in abundance corresponds to peak in river flow
  - \* Link with nutrient inputs in Louisiana and elsewhere (Dortch et al. 1997)

- **Okadaic Acid in Oysters(Diarrhetic Shellfish Poisoning, DSP)**
  - \* Measured at 2 locations in Northern Gulf of Mexico
    - — Mobile Bay, Fall, 1990 (Dickey et al. 1992)
    - — Terrebonne Bay, Jan.-Mar. 1995 (Dickey, pers. comm.)
  - \* No species clearly linked to either occurrence
    - — *Dinophysis caudata* and *Prorocentrum* spp. frequently present but none shown definitively to produce okadaic acid
    - — *Prorocentrum mexicanum* known okadaic acid producer, rarely present
    - — Not possible to evaluate link to nutrients at present

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**



Appendix

E

# Water Quality Analysis

### by STEVE KOLIAN

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY ANALYSIS**



Appendix
E

# Table of Contents

## Water Quality Analysis

Introduction ......................................................... E-1

Source Description ............................................... E-2

Dissolved Oxygen and Metabolic Waste .......... E-3

Nitrogen ............................................................... E-3

Nitrogen Biochemical Oxygen Demand .......... E-5

Soluble Waste ..................................................... E-5

Sedimentation .................................................... E-6

Daily Mariculture Discharges – Base Case Scenario .......... E-7

Environmental Impact ...................................... E-17

Conclusion ......................................................... E-18

Bibliography

E-i



Appendix E

# Water Quality Analysis

## Introduction

Research efforts from major mariculture producing nations have noted in several studies the potential of intensive aquaculture to cause detrimental effects to regional coastal areas, enclosed bays, and estuaries (Hirata et al. 1994; Gowen and Bradbury 1987; Gillibrand and Turrel 1997; EPA 1991; Aure and Stigebrandt 1990). Environmental concerns have initiated projects around the globe to move aquaculture activities offshore of the sensitive coastal zones to open ocean areas in search of improved water quality conditions and to reduce the harmful impacts of fish farming (Grove et al. 1994, Burgrove et al. 1994, Thompson 1996). The presence of currents and sufficient depths to distribute and dilute mariculture wastes are significant factors as to whether mariculture discharges will prove harmful to the surrounding environment (Panchang and Newell 1997, Gowen et al. 1989). Current velocities of 20 to 30 cm/sec are common near the surface (Jochens and Nowlin 1995, Phillips and James 1988) along the Texas-Louisiana shelf although there can be episodic periods of calm and extreme sea states. The currents passing through an offshore net-pen can replace the water within the cage 200 to 1500 times a day. Miget (1994) reported that relative to inshore aquaculture, offshore culture on oil and gas platforms "virtually eliminates the potential for pollution via effluent." The rapid water flow should disperse wastes from the mariculture site and provide good water quality conditions for the cultured fish.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

WATER QUALITY IMPACT ANALYSIS

## Source Description

This water quality impact analysis is based on the nine net-pen base case scenario described earlier and is limited to the two major sources of aquaculture discharges: food which is not eaten by the fish and metabolic wastes. In well operated systems only about 5% of the feed distributed to the fish falls through the nets and goes uneaten. At a 5% feed loss factor and 95% consumption, fecal materials will contribute the majority of carbon and nitrogen containing effluent with bio-deposits representing 74% by wt. of the particulate carbon discharges and 92% by wt. of the soluble nitrogen discharges (see table 4). The two primary wastes of concern from mariculture activities are organics and nutrients. Phosphorus is present in uneaten food and particulate fecal materials, however, phosphorus discharges are more of a concern for fresh water aquaculture (EPA 1991). The principal nutrient of concern for mariculture discharges are nitrogenous compounds since nitrogen is a limiting factor to life in the marine waters of the Gulf and has been reported to cause nuisance plankton blooms (Rabalais et al. 1996).

Food and fecal waste discharges create conventional and unconventional pollutants. Based on federal NPDES regulations (40 CFR 401. 16), the unconventional pollutants include turbidity, disease control medications (see appendix A), nutrients (nitrogen compounds), and settleable solids. Conventional pollutants include biochemical oxygen demand (BOD), total suspended solids (TSS), and pH. Metabolic activity also results in oxygen consumption and consequent production of carbon dioxide. Fecal wastes include dissolved $NH_3$ and $NH_4$ and particulate carbon and organic nitrogen (proteins). Marine fish excrete 60%-90% of their waste nitrogen as soluble ammonia through the gills (Lovell 1989). An indigestible organic residue of 12%-20% usually remains to be excreted as feces (Penczack et al. 1982). Sources of carbon and nitrogen discharges are also released from the proteins, fats, and carbohydrates in the fish food not eaten by the culture organisms.

**E-2**

## Dissolved Oxygen and Metabolic Waste

All food consumed by fish is eventually utilized for metabolic processes, synthesized into new tissue growth, or excreted as waste. Digested nutrients are absorbed into the blood by a combination of passive diffusion, active transport, and pinocytosis, and carried into the liver through the portal vein (Wedemeyer 1996). An indigestible residue of 12%-20% (see table 2) usually remains to be excreted as feces. Oxygen consumption increases by 50% or more and intestinal blood flow may double immediately after digestion begins (Wedemeyer 1996). The increased oxygen consumption and $CO_2$ release is associated both with digestion and the metabolism of amino acids and other nutrients. Salmonids, for example, expire about 1.4 g of $CO_2$ for every gram of $O_2$ consumed (Wedemeyer 1996) Respiration rates increase with water temperature and can have an influence on dissolved oxygen (DO) levels. Fish respiration, microbial decomposition of fish waste, and excess food have the potential of reducing dissolved oxygen levels near a mariculture site. The degree of dissolved oxygen reduction will depend on the water exchange rate at the site location, fish density, and feeding rate.

## Nitrogen

The primary nutrient releases of concern from mariculture operations are nitrogenous compounds, since nitrogen can encourage nuisance phytoplankton growth in marine waters. The majority of nitrogen in fish waste is in the dissolved ammonium form, however, a small percent of nitrogen is complexed with organic carbon in waste food and feces and settles out of the nets. Nitrogen chemistry is complicated by the multiple oxidation states the element assumes in its compounds. Those of greatest importance to aquaculture activities, however, are the -3, +3, and +5 oxidation states: ammonia ($NH_3$), nitrite ion ($NO_2^-$), and nitrate ion ($NO_3^-$). Most of the nitrogenous compounds in fish waste are in the form of soluble inorganic $NH_3$ nitrogen (see Table 3).

**E-3**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

Marine fish excrete 60%-90% of their waste nitrogen as soluble ammonia and the majority of $NH_3$ waste is eliminated through the gills (Lovell 1989).

In aquatic systems excessive concentrations of nitrogen compounds can cause problems. The primary adverse effects are as follows: (1) Organic nitrogen compounds and ammonia are both oxidized in aquatic systems, with an accompanying loss of dissolved oxygen in the system; (2) In instances where nitrogen is limiting to growth in a particular aquatic ecosystem, discharge of nitrogen compounds can promote the growth of nuisance plankton; and (3) The un-ionized ammonia ($NH_3$) species can be directly toxic to marine life. Lethal concentration (50%) value for 96h exposure to un-ionized ammonia to salmonids ranges from 0.83 to 4.60 mg/l (EPA 1991). When ammonia enters the water, the hydrogen ions present immediately react and convert the species into an equilibrium mixture of two forms: the relatively nontoxic ammonium ion ($NH_4^+$) and the unionized $NH_3$, which can be toxic. Reaction kinetics and the pH of natural marine waters (8.2 - 8.4) favors formation of the ammonium ion. At a temperature of 20ºC, only 4.88 % of the un-ionized (toxic) form of ammonia will be present in seawater of a pH of 8.2 (Benefield et al. 1982).

Fish wastes contain small amounts of nitrogen incorporated into organic compounds, primarily unassimilated proteins. Bacterial action on such organic matter results in its degradation and the release of ammonia. The ammonia so produced may then be further oxidized to nitrite by bacteria such as *Nitrosomonas*, and the nitrite produced from this reaction can be oxidized to nitrate by other bacteria such as *Nitrobacter*. These biologically mediated reactions collectively referred to as *nitrification* and may be represented as follows:

$$2NH_3 + 3O_2 \rightarrow 2NO_2^- + 2H^+ + 2H_2O$$
$$2NO_2^- + O_2 \rightarrow 2NO_3^-$$

In areas subject to reasonably fast currents, the dilution of nitrogen occurs down current (Kiefer and Atkinson 1989) and oxidation of ammonia to nitrate prevents accumulation of soluble nitrogenous wastes in the water column.

**E-4**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

## Nitrogen Biochemical Oxygen Demand

Nitrogen is important in water quality assessments for reasons other than its role as a nutrient. For example, the oxidation of ammonia to nitrate during the nitrification process consumes oxygen and may represent a significant portion of the total BOD. Stoichiometrically 3.43 g of oxygen are consumed for each gram of ammonium-nitrogen oxidized to nitrite-nitrogen. During the second stage of nitrification, the nitrobacter bacteria oxidize nitrite to nitrate and 1.14 g of oxygen are consumed per gram of nitrite-nitrogen oxidized. If the two reactions are combined, the complete oxidation of ammonia can be represented by:

$$NH_4^+ + 2\,O_2 \rightarrow NO_3^- + H_2O + 2H^+$$
$$(14\ g)\ (64\ g)$$

As seen, 64/14 or 4.57 g of oxygen are required for the complete oxidation of one gram of ammonia. In the reactions above, the organic-nitrogen form does not appear, since organic-nitrogen is hydrolyzed to ammonia, and does not consume oxygen in the process.

## Soluble Waste

Soluble organic wastes have relatively high concentrations of oxygen demanding materials. Bacterial oxidation of the soluble organic matter discharged to receiving waters from aquaculture facilities results in the consumption of dissolved oxygen. Relatively low dissolved oxygen concentrations and obviously the complete absence of dissolved oxygen is lethal to a number of marine organisms, with the exception of obligate and facultative anaerobic bacteria. Within this region, mobile fish will avoid the discharge plume if

conditions become stressful, however, immobile zooplankton and fish larvae near the discharge may experience altered respiratory or feeding ability due to stress, or clogging of gills and feeding apparatus (EPA 1991). In general, the Gulf offshore waters beyond the 30m contour are well oxygenated, which can provide a considerable buffer for the assimilation of soluble organic wastes.

## Sedimentation

Settleable wastes from net-pens have the potential to adversely affect the benthos in the areas of aquaculture activities. The decay of these wastes may also result in alterations in the benthic community due to burial and chemical changes effected within the sediments. Sedimentation with anaerobic decomposition of waste discharges involves the release of potentially toxic decay byproducts like methane, and hydrogen sulfide (Aure 1990). Decomposition of these wastes can result in the consumption of dissolved oxygen contributing to hypoxic conditions sometimes found along the seafloor of the Texas-Louisiana shelf. Nutrients are also released during the decay of these materials which may enhance phytoplankton productivity and alter the phytoplankton community species composition.

The primary factors that determine the area over which uneaten food particles and fecal materials may be distributed are (1) the sinking rate of the waste, (2) the speed of the current, and (3) the settling distance, i.e. the distance of clearance between the bottom of the net and the seafloor (EPA 1991). Predominant currents determine the fate of much of these materials. Increased depths below the bottom of the pen allows for increased dispersion of waste materials. The size and configuration of the net/cage can also play a role in the diffusion of waste. The size, density, and sinking rate of feed and fecal material will affect the dispersion of uneaten food. Orientation of the multiple pens to the predominant current will also influence distribution rates of feed and fecal materials. The magnitude, areal extent, and rate of organic loading are the important factors which

**E-6**

**FEASIBLITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

determine whether benthic communities in the vicinity of the mariculture operation will be impacted by these facilities.

## Daily Mariculture Discharges – Base Case Scenario

### Methods

This section presents a "snap shot" of waste discharges for a base case mariculture operation. Quantities and composition of uneaten food and fecal matter discharges are dependent upon a number of factors including: (1) amount of feed distributed per loading time; (2) percent of feed consumed; (3) percent of un-eaten food or fallout; (4) percent of proteins, fats, and carbohydrates in the feed; (5) percent of nitrogen and carbon composition of proteins, fats, and carbohydrates; and (6) percent of consumed nitrogen and carbon that is retained or excreted after food consumption. This exercise is performed to: (1) estimate quantities of carbon and nitrogen in waste streams, (2) assess the area of impact, (3) predict the dilution ratio or concentration of carbon and nitrogen discharges to the receiving water column, and (4) determine the rate of carbon sedimentation. The methods used to obtain these figures are discussed below accompanied with tables of multiple sources serving as references with data presented for averages. Calculations are presented using the supporting data and the formula are presented in tables and subjected to a range of environmental variables that might be encountered along the Texas-Louisiana continental shelf.

### Assumptions

It is assumed that the base case operation produces 4500 MT of whole fish a year. There are nine circular nets 50m across by 20m deep. Each net produces 500 MT a year. The mariculture site is in 50m of water somewhere along the Texas-Louisiana shelf providing a clearance of 30m below the net-pen to the ocean floor. All the fish in a net, it

**E-7**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

must be assumed, are the same weight. Though the nine nets have fish all the same size in the pen, the weight of fish varies from pen to pen (age ranging from freshly stocked fish to adults ready to harvest). Fish will be fed 2% of their body weight a day. It is assumed that 5% of the feed will go uneaten and 95% will be consumed. Feed will be distributed evenly over a 24 hr. period and fecal materials are assumed to be generated and deposited evenly.

## Current Velocity and Receiving Water Column Conditions

Culture organisms offshore can expect to be routinely subjected to near surface currents with maximum speeds ranging from 34 cm/sec to 84 cm/sec (Jochens and Nowlin 1995). Mid-depth currents below the net pens tend to be less, ranging between 10 cm/sec to 30 cm/sec (Phillips and James 1988) and bottom currents are generally under 15 cm/sec. Due to the nature of the currents, i.e. cyclonic, anti-cyclonic, loops, eddies, wind driven, and tidal, the net pens can expect water flow from all directions. Summer months can experience extremes, ranging from calm days to hurricanes and during the winter months there are often several extended periods of extreme sea states.

## Weight of Uneaten Food Discharges

Daily amounts of feed distributed are usually determined by feeding the fish a percent of the total bio-mass within the net-pen. For instance, if there were 500,000 kg of fish in a net and the aquaculture program is feeding at 2% of the body weight of the fish, 10,000 kg of feed would be distributed into that net over the course of the day. The amount of feed not eaten by fish varies in each situation. Fallout of uneaten food has been reported as high as 15% (EPA 1991) and as low as 1.4% (Thorpe et al. 1990). Panchang and Newell (1997) reported that rates of food loss of 2.5% are commonly experienced in the mariculture industry in Maine. Large scale commercial operations will probably utilize a remote sensing device (video/sonar) to detect the presence of uneaten food and shut down food dispensing operations. These methods should reduce food loss to 1.5%, however, a 5% ratio of uneaten food to 95% consumption ratio is used for the

**E-8**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

assumptions for discharge estimates. These figures are used in the equations and tables below.

Equation (1)

Example of net-pen with full grown fish ready to harvest:

(wt. of fish in pen)(% of body wt. fed)(% fallout) = (wt. uneaten food)
(500,000 kg)(2%)(5%) = 500 kg

## Composition of Feed

Feed compositions are usually reported as protein, fats or lipids, and carbohydrates by feed manufactures although further descriptions of various feeds can be found in publications through the ASFA network. An information search was performed to gather knowledge on the typical levels of protein, fats, and carbohydrates in fish food. The mean value from 15 sources was used to estimate percent levels of protein, fats, and carbohydrates (see Table 1). Averages were found to be: 45.5% protein, 13.11% fats, and 15.98% carbohydrates.  The carbon and nitrogen fraction of fish food can be calculated by estimating the organic and nitrogen content of proteins, fats, and carbohydrates as shown in (Table 2). Fats contain 77.64% carbon, carbohydrates contain 40% carbon, and proteins contain 46% carbon and 16% nitrogen. Once these and the above estimates have been determined, the figures can be used to make predictions as to the weight of carbon and nitrogen discharges of un-eaten food to the water column (fallout).

**E-9**

**FEASIBILITY STUDY - OFFSHORE MARICULTURE**

**WATER QUALITY  IMPACT ANALYSIS**

**BY STEVE KOLIAN**

### Table 3
### CHARACTERIZATION OF FISH FEED PRODUCTS COMMONLY UTILIZED IN AQUACULTURE

| Feed Co./Publication | Species of fish | Feed Brand | Feed type | Feed size diameter (mm) | % protein | % fats/lipids | % Carbo-hydrates | % carbon | % nitrogen |
|---|---|---|---|---|---|---|---|---|---|
| BioProducts, Inc. EPA 1991 | Salmon | Biodry 3000 | Dry | 4.0-12.0 | 44.50 | 15.00 | 14.70 | 38.00 | 7.12 |
| Moore-Clark Co. EPA 1991 | Salmon | Select Ext. | Dry | 3.5-11.0 | 45.00 | 22.00 | 14.00 | 43.38 | 7.20 |
| BioProducts, Inc. EPA 1991 | Salmon | Biomoist F-3 | Moist | 4.0-18.0 | 39.00 | 13.50 | 11.80 | 33.14 | 6.24 |
| Moore-Clark Co. EPA 1991 | Salmon | Oregon Moist | Moist | 2.4-9.5 | 35.00 | 11.00 | 13.00 | 29.84 | 5.60 |
| Ziegler Bros. Ellis 1996 | Grouper | Trout Grower | Dry | 2.24 | 43.50 | 5.91 | 34.80 | 38.52 | 6.96 |
| Rangen, Inc. Ellis 1996 | Grouper | Salmon Grower | Dry | 2.24 | 52.70 | 15.20 | 13.80 | 41.56 | 8.43 |
| Dainichi Corp. Ellis 1996 | Grouper | Carn. Fish Diet | Dry | 2.24 | 55.60 | 7.79 | 20.70 | 39.90 | 8.90 |
| Oceanic Institute Ellis 1996 | Grouper | Mahi ex.diet | Dry | 2.24 | 61.80 | 14.20 | 12.90 | 44.61 | 9.89 |
| Corey Feed Mills www.1997 | Salmon | Fundy choice | Dry | 6.5-12 | 43.00 | 30.00 | 11.00 | 47.47 | 6.88 |
| Recommend levels: Aquaculture 151(1997) | Grouper | | Dry | | 43.00 | 14.00 | 8.00 | 33.85 | 6.88 |
| Oceanic Institute 1993 | Mahi-mahi | Of prepared diet | Dry | 3.2-13.0 | 60.00 | 12.00 | 10.00 | 40.92 | 9.60 |
| Williams 1985 Prog.Fi.Cult.1995 | Pompano | Menhaden oil diet | Dry | 1.6 | 42.00 | 12.00 | 7.00 | 31.44 | 6.72 |
| Burris Mill & Feed | Hybrid Bass | Grower | Dry | 2.3-11.0 | 42.00 | 7.00 | 19.00 | 32.35 | 6.72 |
| Burris Mill & Feed | Reddrum | Grower | Dry | 2.3-11.0 | 42.00 | 7.00 | 19.00 | 32.35 | 6.72 |
| Burris Mill & Feed | Reddrum | Growers | Dry | 2.3-11.0 | 40.00 | 10.00 | 30.00 | 38.16 | 6.40 |
| AVERAGES | | | | | 45.94 | 13.11 | 15.98 | 37.70 | 7.35 |

Note:   Reported levels of protein, carbohydrates, and fats in fish food and the percent content of carbon and nitrogen

L197~~~SA tables2.xls

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

| Table 2 PERCENT OF CARBON AND NITROGEN IN PROTEINS, FATS, AND CARBOHYDRATES IN FISH FOOD | | |
|---|---|---|
| Feed Components | % Carbon by Wt. | % Nitrogen by Wt. |
| Fats | 77.64(a) | 0 |
| Carbohydrates | 40(b) | 0 |
| Proteins | 46(c) | 16 |

a Assumes average fat molecules is $C_{57}H_{10}O_6$.
b Assumes carbohydrates are $CH_2O$.
c Assumes that protein consists of an equal molar contribution of 20 amino acids.

Equation (2)

Carbon

$$\text{(wt. of fallout)(\% of C in feed)} = \text{(wt. of C fallout)}$$
$$(500kg)(37.70\%) = 188.5kg$$

Nitrogen

$$\text{(wt. of fallout)(\% of N in feed)} = \text{(wt. of N fallout)}$$
$$(500kg)(7.35\%) = 36.8kg$$

## Weight of Fecal Discharges

The majority of wastes released from net-pens are fecal materials. The amount and characteristics of fecal matter released from a net-pen depends on several factors, including the digestibility of the feed: how much of the feed is utilized for metabolic processes, and how much of the feed is synthesized into new tissue growth or excreted as waste. A literature search on the amounts of nitrogen and carbon retained and released from fish consumption of feed yielded the various percentages presented in Table 3. From these numbers an average value can be used in a formula to ascertain the amounts of

**E-10**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

nitrogen and carbon discharged in the form of dissolved nitrogen waste and organic fecal deposits. The earlier estimates are combined in the formula (Equation 3) to determine the amount of fecal carbon and waste nitrogen potentially discharged resulting from the consumption of food.

**Table 3**
**PERCENT OF AMMONIA AND CARBON DISCHARGED FROM CONSUMPTION OF FEED**

| Source | % of Nitrogen in feed voided as soluble waste | % Carbon voided in fecal material |
|---|---|---|
| Lovell (1989) | 50.0 | |
| Andrade (1996) | 65.0 | |
| EPA (1991) | 68.0 | 15.0 |
| Gowen and Bradbury (1987) | 86.0 | 30.0 |
| Rosenthal (1996) | 75.0 | |
| Wedemeyer (1996) | 55.0 | 10.0-20.0 |
| Penzack et al. (1982) | | 20.0 |
| Staples and Normura (1976) | | 21.0 |
| Hendricks (1997) | | 12.0 |
| Parsons and Seki (1971) | | 15.0 |
| Average | 66.5 | 18.86 |

Note:   Estimation of the percent of nitrogen and carbon voided after consumption of feed.

Equation (3) For base case mariculture operation (per net)

**Carbon**

(wt. feed consumed)(% C in feed)(% C voided) = (wt. C discharged)

(9500kg)(37.7%)(18.83%) = 674.39 kg

**E-11**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

WATER QUALITY IMPACT ANALYSIS

Nitrogen

$$\text{(wt. feed consumed)}\text{(\% N in feed)}\text{(\% N voided)} = \text{(wt N discharged)}$$
$$\text{(9500kg)}\text{(7.34\%)}\text{(66.5\%)} = 463.70 \text{ kg}$$

The calculations above are applied to the organic and nitrogen loadings from the base case mariculture projections (Table 4). The information represents the mariculture activities in full production and covers all nine pens with fish of various ages, receiving 2% of their body weight in food. The table includes both the soluble nitrogen and particulate carbon discharges from fallout of un-eaten food and fecal deposits. Total daily discharges for all nine nets presented in the base case scenario at the aquaculture site is 4,318 kg of particulate carbon and 2,391 kg of soluble nitrogen.

**Diffusion of Waste**

A literature search was performed to review the background concentrations of nitrogen and carbon normally present in natural waters (see Table 5) and compare the findings to projected discharges from aquaculture activities. Levels of nutrients and carbon have a wide range in the oceans (1 $\mu$g/l to 600 $\mu$g/l). Concentrations of nitrogen and carbon are lowest in the deep waters of the sea where the production of plankton is minimal. The areas with the highest concentrations are found near major tributaries. The mid-shelf region along the Texas-Louisiana continental shelf experiences relatively high inputs of nitrogen and organics year round.

Given the assumptions for daily nitrogen and carbon loadings estimated in Table 4, calculations can be performed to arrive at the ratio of waste to water by defining the water flow through the cages. The size of the net-pens in the base case will have a 50 m diameter and a 20 m depth. The plane through the center of the net will be 1,000 m² and the net-pens will be assumed to have a volume of 39,270 m³. By comparing the volume of water passing through the net-pens to the weight of the waste, a measurement of loading

**E-12**

**FEASIBILITY STUDY - OFFSHORE MARICULTURE**

**WATER QUALITY  IMPACT ANALYSIS**

**BY STEVE KOLIAN**

**NITROGEN AND CARBON LOADINGS FOR NINE PENS**

| Pen | Number of fish in net pen | Ave. wt. of fish in pen (kg) | Wt. of fish in pen (kg) | % of body wt. fed | Wt. of feed dist. (kg/day) | Wt. of food consumed @ 95% (kg/day) | Wt. of food uneaten @ 5% (kg/day) | Wt. of C from uneaten food (kg/day) | Wt. of N from uneaten food (kg/day) | Wt. of C from fecal (kg/day) | Wt. of N from fish wastes (kg/day) | Total carbon loading (kg/day) | Total nitrogen loading (kg/day) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500,000 | 0.06 | 30,000 | 2% | 600 | 570.00 | 30.00 | 11.31 | 2.21 | 42.98 | 27.86 | 54.29 | 30.07 |
| 2 | 500,000 | 0.18 | 89,000 | 2% | 1,780 | 1,691.00 | 89.00 | 33.55 | 6.54 | 127.50 | 82.65 | 161.05 | 89.19 |
| 3 | 500,000 | 0.30 | 147,500 | 2% | 2,950 | 2,802.50 | 147.50 | 55.61 | 10.84 | 211.31 | 136.98 | 266.92 | 147.82 |
| 4 | 500,000 | 0.41 | 206,500 | 2% | 4,130 | 3,923.50 | 206.50 | 77.85 | 15.18 | 295.83 | 191.77 | 373.68 | 206.95 |
| 5 | 500,000 | 0.53 | 265,000 | 2% | 5,300 | 5,035.00 | 265.00 | 99.91 | 19.48 | 379.64 | 246.10 | 479.54 | 265.58 |
| 6 | 500,000 | 0.65 | 324,000 | 2% | 6,480 | 6,156.00 | 324.00 | 122.15 | 23.81 | 464.16 | 300.89 | 586.31 | 324.70 |
| 7 | 500,000 | 0.77 | 382,500 | 2% | 7,650 | 7,267.50 | 382.50 | 144.20 | 28.11 | 547.97 | 355.22 | 692.17 | 383.33 |
| 8 | 500,000 | 0.88 | 441,500 | 2% | 8,830 | 8,388.50 | 441.50 | 166.45 | 32.45 | 632.49 | 410.01 | 798.94 | 442.46 |
| 9 | 500,000 | 1.00 | 500,000 | 2% | 10,000 | 9,500.00 | 500.00 | 188.50 | 36.75 | 716.30 | 464.34 | 904.80 | 501.09 |
| Total | | | 2,386,000 | | 47,720 | 45,334 | 2,386 | 900 | 175 | 3,418 | 2,216 | 4,318 | 2,391 |

Note:   Estimated daily loadings of nutrients and organics of un-eaten feed and fecal waste at an aquaculture facility operating at full capacity

L:\97066\EA tables2.xls

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

rates to volume of water can be determined. Distributions of discharges are assumed to be dispersed evenly over a 24-hour period. Fish will be fed multiple times daily and fecal deposits are assumed to be random both day and night.

Table 7 demonstrates the waste to water ratios or the concentration of discharges for the nine net-pens using the assumptions discussed above. For the pen with the greatest daily discharges, diffusion rates range from 58 $\mu$g/l $NH_3^-$ and 104 $\mu$g/l C for a 10 cm/sec current to 7.2 $\mu$g/l $NH_3$ and 13.09 $\mu$g/l C for an 80 cm/sec current. Dortch and Rabalais recorded levels of nitrogen between 1$\mu$g/l and 150 $\mu$g/l and carbon levels between 24 and 232 $\mu$g/l along the Louisiana continental shelf. A full description of the organics and nutrients frequently encountered in the subject area are discussed in detail in Appendix D. As seen by comparing background levels to projected discharges, the concentration of carbon and nitrogen from the net-pens at the aquaculture site are lower oe within the range of the levels commonly found along the mid-shelf regions influenced by the Mississippi and Atchafalaya Rivers.

## Transport of Wastes

Several models are available to anticipate the area of impact of settleable materials from net-pens (Panchang and Newell  1997). The more complex models require data on site specific hydraulic and topographical information (Panchang and Newell  1997). Gowen et al. 1989 used a simple model that involves the tracking of the horizontal and vertical movements of the waste to determine where the waste settles (see Equation 4). The information requires three assumptions: (1) the sinking rates of the particles, (2) the speed of the current, and (3) the distance of fall i.e. the clearance between the bottom of net and the seafloor.

**E-13**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

### Equation (4)  Dispersion/Sedimentation Model

$$D = \frac{d \times V}{v}$$

Where:

D = horizontal distance traveled by the particle
d = distance between bottom of net to the seafloor
V = current velocity
v = settling velocity of waste

In this analysis a settling distance of 30m from the bottom of the net to the ocean floor is assumed since the nets are 20m deep and the water column is 50m in depth. To gain some perspective of sinking rates for fecal matter and fish food, a literature search was conducted on the subject (see Table 6 below). The majority of the particulate carbon discharges, given a 95% food consumption ratio, consist of fecal materials. The settling calculations in Table 7 use a sinking rate of 5cm/sec to demonstrate the transport of waste. Numerous variables can be used in the model to give a general idea of the distribution of settleable solids. The area considered in this analysis is along the 30-60m isobath and frequently experiences maximum currents of 34 cm/sec to 84 cm/sec (Jochens and Nowlin 1995). Mid-depth and lower currents below the net pens tend to be less ranging between 10 cm/sec to 30 cm/sec (Phillips and James 1988). There can be episodic periods of calm and extreme sea states along the Texas Louisiana shelf. Current velocities applied to the model range from 10 cm/sec to 80 cm/sec.

**E-14**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

WATER QUALITY IMPACT ANALYSIS

| Table 6 Sinking rate of food and fecal particles | | |
|---|---|---|
| Source | Description of particle | Estimated sinking rate of material m/sec |
| EPA 1991 | 2.5 mm feed | 0.02 |
| Gowen et al. 1987 | fecal material | 0.04 |
| Weston 1990 | fecal material | 0.04 |
| Panchang and Newell 1997 | fecal material | 0.03 |
| Panchang and Newell 1997 | salmon feed | 0.10 |
| Stevens and Haaga 1994 | Fish offal particles 5-25 cm | 0.03 |
| Stevens and Haaga 1994 | Fish offal particles 5-25 cm | 0.08 |

## Area of Impact

Currents along the Texas-Louisiana mid-shelf region come from all directions and the settleable solids will be assumed not to favor any direction over time: i.e. particles will fall out in a uniform circle around the net-pen. More specifically, since the particles will be transported in all directions, the area of impact is assumed to equal to $\pi r^2$ where r is the horizontal distance traveled by the particle for a given current condition. To estimate the area of impact for the net pens in the base case scenario, the above formula is applied to the model using variables of common oceanographic conditions found in the northern Gulf. The average area of impact for an average net-pen under normal conditions is estimated to be 288,252 m² or 0.11 mi². The average rate of organic sedimentation for one net pen is estimated to be 8.10g/m²/day.

Although the concentrations of particulate carbon discharges are well within the background levels found along the Texas-Louisiana continental shelf, the results from the model indicate that the projected fallout discharges would be greater than the sedimentation

**E-15**

**FEASIBILITY STUDY - OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**
**BY STEVE KOLIAN**

**TABLE**
**DIFFUSION OF WASTES TO WATER AND RATE OF SEDIMENTATION**

| Pen | Total carbon loading (kg/day) | Total nitrogen loading (kg/day) | Speed of current (m/sec) | Vol. of flow-through nets (m³/day) | Total C loading to water (μg/l) (conc.) | Total N loading to water (μg/l) (conc.) | Estimated sinking rate of material (m/sec) | Time to settle to ocean floor in (sec.) | Horizontal travel of feed/fecal particle (m) | Area of impact (m²) | Area of impact (miles²) | Amount of settling carbon (g/m²/day) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 54.3 | 30.1 | 0.1 | 8,640,000 | 6.28 | 3.48 | 0.05 | 600 | 60.0 | 11,304 | 0.004 | 4.80 |
| 2 | 161.1 | 89.2 | 0.1 | 8,640,000 | 18.64 | 10.32 | 0.05 | 600 | 60.0 | 11,304 | 0.004 | 14.25 |
| 3 | 266.9 | 147.8 | 0.1 | 8,640,000 | 30.89 | 17.11 | 0.05 | 600 | 60.0 | 11,304 | 0.004 | 23.61 |
| 4 | 373.7 | 206.9 | 0.1 | 8,640,000 | 43.25 | 23.95 | 0.05 | 600 | 60.0 | 11,304 | 0.004 | 33.06 |
| 5 | 479.5 | 265.6 | 0.1 | 8,640,000 | 55.50 | 30.74 | 0.05 | 600 | 60.0 | 11,304 | 0.004 | 42.42 |
| 6 | 586.3 | 324.7 | 0.1 | 8,640,000 | 67.86 | 37.58 | 0.05 | 600 | 60.0 | 11,304 | 0.004 | 51.87 |
| 7 | 692.2 | 383.3 | 0.1 | 8,640,000 | 80.11 | 44.37 | 0.05 | 600 | 60.0 | 11,304 | 0.004 | 61.23 |
| 8 | 798.9 | 442.5 | 0.1 | 8,640,000 | 92.47 | 51.21 | 0.05 | 600 | 60.0 | 11,304 | 0.004 | 70.68 |
| 9 | 904.8 | 501.1 | 0.1 | 8,640,000 | 104.72 | 58.00 | 0.05 | 600 | 60.0 | 11,304 | 0.004 | 80.04 |
| 1 | 54.3 | 30.1 | 0.2 | 17,280,000 | 3.14 | 1.74 | 0.05 | 600 | 120.0 | 45,216 | 0.017 | 1.20 |
| 2 | 161.1 | 89.2 | 0.2 | 17,280,000 | 9.32 | 5.16 | 0.05 | 600 | 120.0 | 45,216 | 0.017 | 3.56 |
| 3 | 266.9 | 147.8 | 0.2 | 17,280,000 | 15.45 | 8.55 | 0.05 | 600 | 120.0 | 45,216 | 0.017 | 5.90 |
| 4 | 373.7 | 206.9 | 0.2 | 17,280,000 | 21.63 | 11.98 | 0.05 | 600 | 120.0 | 45,216 | 0.017 | 8.26 |
| 5 | 479.5 | 265.6 | 0.2 | 17,280,000 | 27.75 | 15.37 | 0.05 | 600 | 120.0 | 45,216 | 0.017 | 10.61 |
| 6 | 586.3 | 324.7 | 0.2 | 17,280,000 | 33.93 | 18.79 | 0.05 | 600 | 120.0 | 45,216 | 0.017 | 12.97 |
| 7 | 692.2 | 383.3 | 0.2 | 17,280,000 | 40.06 | 22.18 | 0.05 | 600 | 120.0 | 45,216 | 0.017 | 15.31 |
| 8 | 798.9 | 442.5 | 0.2 | 17,280,000 | 46.23 | 25.61 | 0.05 | 600 | 120.0 | 45,216 | 0.017 | 17.67 |
| 9 | 904.8 | 501.1 | 0.2 | 17,280,000 | 52.36 | 29.00 | 0.05 | 600 | 120.0 | 45,216 | 0.017 | 20.01 |
| 1 | 54.3 | 30.1 | 0.3 | 25,920,000 | 2.09 | 1.16 | 0.05 | 600 | 180.0 | 101,736 | 0.039 | 0.53 |
| 2 | 161.1 | 89.2 | 0.3 | 25,920,000 | 6.21 | 3.44 | 0.05 | 600 | 180.0 | 101,736 | 0.039 | 1.58 |
| 3 | 266.9 | 147.8 | 0.3 | 25,920,000 | 10.30 | 5.70 | 0.05 | 600 | 180.0 | 101,736 | 0.039 | 2.62 |

Table 7 - Page 1 of 4

FEASIBILITY STUDY - OFFSHORE MARICULTURE

WATER QUALITY IMPACT ANALYSIS
BY STEVE KOLIAN

Table 7 - DIFFUSION OF WASTES TO WATER AND RATE OF SEDIMENTATION

| Pen | Total carbon loading (kg/day) | Total nitrogen loading (kg/day) | Speed of current (m/sec.) | Vol. of flow-through nets (m³/day) | Total C loading to water (μg/l) (conc.) | Total N loading to water (μg/l) (conc.) | Estimated sinking rate of material (m/sec) | Time to settle to ocean floor in (sec.) | Horizontal travel of feed/fecal particle (m) | Area of impact (m²) | Area of impact (miles²) | Amount of settling carbon (g/m²/day) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 373.7 | 206.9 | 0.3 | 25,920,000 | 14.42 | 7.98 | 0.05 | 600 | 180.0 | 101,736 | 0.039 | 3.67 |
| 5 | 479.5 | 265.6 | 0.3 | 25,920,000 | 18.50 | 10.25 | 0.05 | 600 | 180.0 | 101,736 | 0.039 | 4.71 |
| 6 | 586.3 | 324.7 | 0.3 | 25,920,000 | 22.62 | 12.53 | 0.05 | 600 | 180.0 | 101,736 | 0.039 | 5.76 |
| 7 | 692.2 | 383.3 | 0.3 | 25,920,000 | 26.70 | 14.79 | 0.05 | 600 | 180.0 | 101,736 | 0.039 | 6.80 |
| 8 | 798.9 | 442.5 | 0.3 | 25,920,000 | 30.82 | 17.07 | 0.05 | 600 | 180.0 | 101,736 | 0.039 | 7.85 |
| 9 | 904.8 | 501.1 | 0.3 | 25,920,000 | 34.91 | 19.33 | 0.05 | 600 | 180.0 | 101,736 | 0.039 | 8.89 |
| 1 | 54.3 | 30.1 | 0.4 | 34,560,000 | 1.57 | 0.87 | 0.05 | 600 | 240.0 | 180,864 | 0.070 | 0.30 |
| 2 | 161.1 | 89.2 | 0.4 | 34,560,000 | 4.66 | 2.58 | 0.05 | 600 | 240.0 | 180,864 | 0.070 | 0.89 |
| 3 | 266.9 | 147.8 | 0.4 | 34,560,000 | 7.72 | 4.28 | 0.05 | 600 | 240.0 | 180,864 | 0.070 | 1.48 |
| 4 | 373.7 | 206.9 | 0.4 | 34,560,000 | 10.81 | 5.99 | 0.05 | 600 | 240.0 | 180,864 | 0.070 | 2.07 |
| 5 | 479.5 | 265.6 | 0.4 | 34,560,000 | 13.88 | 7.68 | 0.05 | 600 | 240.0 | 180,864 | 0.070 | 2.65 |
| 6 | 586.3 | 324.7 | 0.4 | 34,560,000 | 16.97 | 9.40 | 0.05 | 600 | 240.0 | 180,864 | 0.070 | 3.24 |
| 7 | 692.2 | 383.3 | 0.4 | 34,560,000 | 20.03 | 11.09 | 0.05 | 600 | 240.0 | 180,864 | 0.070 | 3.83 |
| 8 | 798.9 | 442.5 | 0.4 | 34,560,000 | 23.12 | 12.80 | 0.05 | 600 | 240.0 | 180,864 | 0.070 | 4.42 |
| 9 | 904.8 | 501.1 | 0.4 | 34,560,000 | 26.18 | 14.50 | 0.05 | 600 | 240.0 | 180,864 | 0.070 | 5.00 |
| 1 | 54.3 | 30.1 | 0.5 | 43,200,000 | 1.26 | 0.70 | 0.05 | 600 | 300.0 | 282,600 | 0.109 | 0.19 |
| 2 | 161.1 | 89.2 | 0.5 | 43,200,000 | 3.73 | 2.06 | 0.05 | 600 | 300.0 | 282,600 | 0.109 | 0.57 |
| 3 | 266.9 | 147.8 | 0.5 | 43,200,000 | 6.18 | 3.42 | 0.05 | 600 | 300.0 | 282,600 | 0.109 | 0.94 |
| 4 | 373.7 | 206.9 | 0.5 | 43,200,000 | 8.65 | 4.79 | 0.05 | 600 | 300.0 | 282,600 | 0.109 | 1.32 |
| 5 | 479.5 | 265.6 | 0.5 | 43,200,000 | 11.10 | 6.15 | 0.05 | 600 | 300.0 | 282,600 | 0.109 | 1.70 |
| 6 | 586.3 | 324.7 | 0.5 | 43,200,000 | 13.57 | 7.52 | 0.05 | 600 | 300.0 | 282,600 | 0.109 | 2.07 |

Table 7 - Page 2 of 4

**FEASIBILITY STUDY - OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**
**BY STEVE KOLIAN**

**Table 7**
**DIFFUSION OF WASTES TO WATER AND RATE OF SEDIMENTATION**

| Pen | Total carbon loading (kg/day) | Total nitrogen loading (kg/day) | Speed of current (m/sec.) | Vol. of flow-through nets (m³/day) | Total C loading to water (µg/l) (conc) | Total N loading to water (µg/l) (conc.) | Estimated sinking rate of material (m/sec) | Time to settle to ocean floor in (sec.) | Horizontal travel of feed/fecal particle (m) | Area of impact (m²) | Area of impact (miles²) | Amount of settling carbon (g/m²/day) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 692.2 | 383.3 | 0.5 | 43,200,000 | 16.02 | 8.87 | 0.05 | 600 | 300.0 | 282,600 | 0.109 | 2.45 |
| 8 | 798.9 | 442.5 | 0.5 | 43,200,000 | 18.49 | 10.24 | 0.05 | 600 | 300.0 | 282,600 | 0.109 | 2.83 |
| 9 | 904.8 | 501.1 | 0.5 | 43,200,000 | 20.94 | 11.60 | 0.05 | 600 | 300.0 | 282,600 | 0.109 | 3.20 |
| 1 | 54.3 | 30.1 | 0.6 | 51,840,000 | 1.05 | 0.58 | 0.05 | 600 | 360.0 | 406,944 | 0.157 | 0.13 |
| 2 | 161.1 | 89.2 | 0.6 | 51,840,000 | 3.11 | 1.72 | 0.05 | 600 | 360.0 | 406,944 | 0.157 | 0.40 |
| 3 | 266.9 | 147.8 | 0.6 | 51,840,000 | 5.15 | 2.85 | 0.05 | 600 | 360.0 | 406,944 | 0.157 | 0.66 |
| 4 | 373.7 | 206.9 | 0.6 | 51,840,000 | 7.21 | 3.99 | 0.05 | 600 | 360.0 | 406,944 | 0.157 | 0.92 |
| 5 | 479.5 | 265.6 | 0.6 | 51,840,000 | 9.25 | 5.12 | 0.05 | 600 | 360.0 | 406,944 | 0.157 | 1.18 |
| 6 | 586.3 | 324.7 | 0.6 | 51,840,000 | 11.31 | 6.26 | 0.05 | 600 | 360.0 | 406,944 | 0.157 | 1.44 |
| 7 | 692.2 | 383.3 | 0.6 | 51,840,000 | 13.35 | 7.39 | 0.05 | 600 | 360.0 | 406,944 | 0.157 | 1.70 |
| 8 | 798.9 | 442.5 | 0.6 | 51,840,000 | 15.41 | 8.54 | 0.05 | 600 | 360.0 | 406,944 | 0.157 | 1.96 |
| 9 | 904.8 | 501.1 | 0.6 | 51,840,000 | 17.45 | 9.67 | 0.05 | 600 | 360.0 | 406,944 | 0.157 | 2.22 |
| 1 | 54.3 | 30.1 | 0.7 | 60,480,000 | 0.90 | 0.50 | 0.05 | 600 | 420.0 | 553,896 | 0.214 | 0.10 |
| 2 | 161.1 | 89.2 | 0.7 | 60,480,000 | 2.66 | 1.47 | 0.05 | 600 | 420.0 | 553,896 | 0.214 | 0.29 |
| 3 | 266.9 | 147.8 | 0.7 | 60,480,000 | 4.41 | 2.44 | 0.05 | 600 | 420.0 | 553,896 | 0.214 | 0.48 |
| 4 | 373.7 | 206.9 | 0.7 | 60,480,000 | 6.18 | 3.42 | 0.05 | 600 | 420.0 | 553,896 | 0.214 | 0.67 |
| 5 | 479.5 | 265.6 | 0.7 | 60,480,000 | 7.93 | 4.39 | 0.05 | 600 | 420.0 | 553,896 | 0.214 | 0.87 |
| 6 | 586.3 | 324.7 | 0.7 | 60,480,000 | 9.69 | 5.37 | 0.05 | 600 | 420.0 | 553,896 | 0.214 | 1.06 |
| 7 | 692.2 | 383.3 | 0.7 | 60,480,000 | 11.44 | 6.34 | 0.05 | 600 | 420.0 | 553,896 | 0.214 | 1.25 |
| 8 | 798.9 | 442.5 | 0.7 | 60,480,000 | 13.21 | 7.32 | 0.05 | 600 | 420.0 | 553,896 | 0.214 | 1.44 |
| 9 | 904.8 | 501.1 | 0.7 | 60,480,000 | 14.96 | 8.29 | 0.05 | 600 | 420.0 | 553,896 | 0.214 | 1.63 |

Table 7 - Page 3 of 4

**FEASIBILITY STUDY - OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

**BY STEVE KOLIAN**

Table 7
DIFFUSION OF WASTES TO WATER AND RATE OF SEDIMENTATION

| Pen | Total carbon loading (kg/day) | Total nitrogen loading (kg/day) | Speed of current (m/sec.) | Vol. of flow-through nets (m³/day) | Total C loading to water (µg/l) (conc.) | Total N loading to water (µg/l) (conc.) | Estimated sinking rate of material (m/sec) | Time to settle to ocean floor in (sec.) | Horizontal travel of feed/fecal particle (m) | Area of impact (m²) | Area of impact (miles²) | Amount of settling carbon (g/m²/day) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 54.3 | 30.1 | 0.8 | 69,120,000 | 0.79 | 0.43 | 0.05 | 600 | 480.0 | 723,456 | 0.279 | 0.08 |
| 2 | 161.1 | 89.2 | 0.8 | 69,120,000 | 2.33 | 1.29 | 0.05 | 600 | 480.0 | 723,456 | 0.279 | 0.22 |
| 3 | 266.9 | 147.8 | 0.8 | 69,120,000 | 3.86 | 2.14 | 0.05 | 600 | 480.0 | 723,456 | 0.279 | 0.37 |
| 4 | 373.7 | 206.9 | 0.8 | 69,120,000 | 5.41 | 2.99 | 0.05 | 600 | 480.0 | 723,456 | 0.279 | 0.52 |
| 5 | 479.5 | 265.6 | 0.8 | 69,120,000 | 6.94 | 3.84 | 0.05 | 600 | 480.0 | 723,456 | 0.279 | 0.66 |
| 6 | 586.3 | 324.7 | 0.8 | 69,120,000 | 8.48 | 4.70 | 0.05 | 600 | 480.0 | 723,456 | 0.279 | 0.81 |
| 7 | 692.2 | 383.3 | 0.8 | 69,120,000 | 10.01 | 5.55 | 0.05 | 600 | 480.0 | 723,456 | 0.279 | 0.96 |
| 8 | 798.9 | 442.5 | 0.8 | 69,120,000 | 11.56 | 6.40 | 0.05 | 600 | 480.0 | 723,456 | 0.279 | 1.10 |
| 9 | 904.8 | 501.1 | 0.8 | 69,120,000 | 13.09 | 7.25 | 0.05 | 600 | 480.0 | 723,456 | 0.279 | 1.25 |
| AVERAGE | | | | 38,880,000 | 18.86 | 10.45 | 0 | 600 | 270 | 288,252 | 0.11 | 8.10 |

Table 7 - Page 4 of 4

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

rates commonly found in the area. Redalje (1994) reported sedimentation rates of 8.17g/m²/day for areas subjected to the Mississippi River plume and rates of 1.89-3.02g/m²/day for areas along the Louisiana continental shelf. An explanation for the greater sedimentation rates and lower concentrations of particulate carbon around net-pens is that the fish feed and fecal materials fallout of the system as a result of their greater density while the background particulate carbon remains suspended. The model predicts relatively high rates of particulate carbon sedimentation compared to background levels, however, the actual fate of waste materials are difficult to predict. Fish fecal pellets are easily broken apart in turbulent conditions (Gowen and Bradbury 1987) and the smaller particles would lose some density and not settle out as quickly as in controlled conditions. Also, most of the fish food that goes uneaten will probably be eaten by resident wild fish and crustaceans. At a fish farm operation at an offshore oil and gas platform in the Caspian Sea, Burgov (1996) noted the capacity of the local wild fish population to scavenge uneaten food and help keep the bethos around net-pens clean.

## Yearly Discharge Loadings of Carbon

The yearly discharge estimates are based on the assumption that food will be distributed two out of three days over the year allowing for down time, cold weather, etc. By multiplying 240 days by the total daily carbon loadings for all 9 net-pens (4,318 kg), an estimate of total carbon discharges of 1,036 MT of particulate carbon will be released annually by the base case mariculture facility. Following the assumption above for food distribution and applying an average daily rate of sedimentation (8.10 g/m²/day), the yearly rate of sedimentation for an average net-pen under normal conditions, is estimated to be 1.94 kg/m²/yr. As mentioned earlier, these levels are greater than background sedimentation rates, however, compared to reported or modeled sedimentation rates of other fish farming operations, 8.10 g/m²/day or 1.94 kg/m²/yr is considerably lower than results found and projected elsewhere. The table below presents some estimates found in literature for sedimentation rates beneath net-pens.

**E-16**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

WATER QUALITY IMPACT ANALYSIS

**Table 8**
**Reported Sedimentation Rates Below Fish Farming Facilities**

| Source | Daily Sedimentation Rates (g/m²/day) | Yearly Sedimentation Rates (kg/m²/yr) | Model or Sediment Trap |
|---|---|---|---|
| EPA 1991 (Clam Bay facility) | 36.44 | | Sediment trap |
| EPA 1991 (Clam Bay facility) | 9.90 | | Sediment trap |
| EPA 1991 | 36.44 | | Sediment trap |
| Weston 1990 | 32.00 | | Model |
| Tetra Tech 1991 | 31.87 | | Model |
| Andrade 1996 | | 7.80 | Model |
| Gowen and Bradbury 1987 | | 10.00 | Model |

## Environmental Impact

### Potential Impacts to the Environment

The decomposition of feed and organic waste, fish respiration, and nitrification of metabolic waste can lower dissolved oxygen levels in the water column in and down current of the net-pens. Dissolved oxygen and organic enrichment are interrelated in that organic enrichment fuels bacterial decomposition and that can result in oxygen depletion (EPA 1991). This depletion occurs primarily by microbes in the water and sediment consuming oxygen as they decompose organic matter. The presence of excessive nutrients from mariculture discharges could have the potential to encourage nuisance plankton blooms by providing micro-environments and transport opportunities (Dortch et al. 1998). The decay of solid wastes may also result in alterations in the benthic community due to burial and chemical changes effected within the sediments.

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

Plankton blooms can result in fish kills in the northern Gulf of Mexico by creating anoxic conditions or releasing toxins. Approximately five species of plankton are found along the Louisiana coast that toxic to fish: *Alexandruium monilatum, Gymnodinium breve, Gymnodinium sanguineum, Heterosigma akashiwo, and Prorocentrum minimum* (Dortch et al. 1998). Decomposition of settled solid waste may result in the consumption of dissolved oxygen contributing to hypoxic conditions commonly found along the seafloor of the Texas-Louisiana shelf. Nutrients are also released during the decay of solid waste, which may contribute to phytoplankton productivity. Sedimentation and decomposition of solid waste discharges may contribute to anaerobic conditions in the sediment and involve the release of potentially toxic decay byproducts like methane and hydrogen sulfide (Aure and Stigebrandt 1990).

## Conclusion

The fallout of feed and fecal materials could result in sedimentation rates greater than background levels commonly found along the Texas-Louisiana continental shelf. The presence of extreme sea states should periodically re-suspend and disperse these accumulated sediments. Local wild fish and crustaceans will probably scavenge the feed that falls through the net-pens and reduce the potential impact to the benthos around the culture area. The sedimentation rates calculated in the model presented herein are lower than those found at other intensive fish farming operations. The presence of 20 to 30 cm/sec currents along the Texas-Louisiana 100-200ft isobath should minimize the potential harmful conditions that may be caused by mariculture nutrient and organic effluents. In these areas subjected to rapid currents, the expeditious dilution of ammonium plumes should prevent the accumulation of soluble nitrogenous waste in the water column and minimize the risk of nuisance plankton blooms. The open ocean environment should maintain safe levels of dissolved oxygen in and around the mariculture site. The dispersal rate of wastes and aerial extent of sedimentation will determine whether benthic communities in the vicinity will be impacted by net-pens.

**E-18**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

While the analyses presented herein leads to the conclusion that a well operated mariculture project in the open Gulf should not cause any serious water quality impacts, the real proof of this will come over time with the implementation and reporting of pre-project baseline and ongoing water/sediment quality data acquisition. Regulatory agencies should require such continuing monitoring of operations until such time as there is sufficient data to prove the conclusions presented in this analysis.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

WATER QUALITY IMPACT ANALYSIS

## BIBLIOGRAPHY

Andrade, C. 1996. A fish farm pilot-project in Madeira Archipelago, North Eastern Atlantic-II. Environment Impact Assessment. Open Ocean Aquaculture. Proceedings of an International Conference. Portland, Maine. May 8-10, 1996.

Aure, J. and A. Stigebrandt, 1990. Quantitative estimates of eutrophication effects of fish farming on fiords. Aquaculture, 90 (1990) 135-156.

Benefield L. D., J. Judkins, and B. Weand, 1982. Process Chemistry for Water and Wastewater Treatment.  TD353.B43  628.'66 81-8690 ISBN 0-13-722975-5 AACR2

Bierman, V.J., N.N. Rabalais, S. C. Hinz, R. E. Turner, and W.J. Wiseman, 1994 A Preliminary mass balance model of primary productivity and dissolved oxygen in the Mississippi rive plume/inner shelf region. Estuaries Vol. 17 No. 4 p.886-899 December 1994.

Bode, A. and Q. Dortch,  1996. Uptake and regeneration of inorganic nitrogen in coastal waters influenced by the Mississippi river: spatial and seasonal variation. Journal of Plankton Research Vol. 18 no. 12 pp. 2251-2268, 1996

Burgov, L.Y. 1996. Underwater fish-farming technology for opensea areas: review of 10-year experience. Open Ocean Aquaculture, Proceedings of an International Conference. Portland, Maine May 8-10 1996

Burgov, L.Y., W.B. Murav'ev, and O.M. Lapshin 1994. Alternative use of petroleum-gas structures in the Caspian and Black Seas for fish-farming and fishing. Bulletin of Marine Science 55(2-3): 1331, 1994

Dortch Q., M.L. Parsons, R.E. Turner and N.N. Rabalais, 1998. What is the threat of harmful algal blooms in Louisiana coastal waters? Proceedings of Recent Research in Coastal Louisiana: Natural System Function and Response to Human Influence, 3-5 Feb 1998, Lafayette, LA.

EPA 1991. Discharges from salmon net-pens to Puget Sound. Volume 1-Technical Report. Tetra tech, Inc. Report No. EPA 910/9-91-013a, Contract No. 68-C9-0013.

Gillibrand, P. and W. Turrel, 1997. The use of simple models in the regulation of the impact

of fish farms on water quality in the Scottish sea lochs. Aquaculture 159 (1997) 33-46.

Gowen , R. J. and N.B. Bradbury 1987. The ecological impact of salmonid farming in coastal waters. Oceanographic Marine Biology Annual Review. 25:563-75

Gowen , R. J., N.B. Bradbury, and J.R. Brown 1989. The use of simple models in assessing two of the interactions between fish-farming and the marine environment. Aquaculture—A Biotechnology in Progress. European Aquaculture Society, Belgium. pp. 1071-1080.

Grove, R. M., Nakamuro, H. Kakimoto, and C. Sonu. 1994. Aquatic Habitat Technology in Japan. Bulletin of Marine Science 55(2-3): 276-294, 1994.

Jochens, A. and W. Nowlin. 1995. Texas-Louisiana Shelf Circulation and Transport Processes Study: Year 2, Annual Report. OCS Study MMS 95-0028, U.S. Dept. of Interiors, MMS, Gulf of Mexico Region, New Orleans, Louisiana, p.172.

Hirata, H., S. Kadowaki, and S. Ishida. 1994.  Evaluation of water quality by observation of dissolved oxygen content in mariculture farms. Bulletin of National Res. Institute of Aquaculture, 1:61-65 (1994).

Kiefer, D.A. and C.A. Atkinson. 1989. The calculated response of phytoplankton in South Puget Sound to nutrient loading by salmon farm. Prepared for Swecker Sea Salmon Farms, Inc., Tumwater WA. p.39.

Lovell, T. 1989 Nutrition and feeding fish. ISBN0-412-12291-X. Chapman and Hall 115 5th Ave, New York NY 10003.

Miget R. 1994. The development of marine fish cage culture in association with ffshore oil rigs. Culture of High Value Marine Fishes in Asia and United States. Edited by Kevan L. Main and Cheryl Rosenfeld. Pub. Oceanic Institute 1994.

(MMS) Minerals Management Service. 1988. Offshore Texas and Louisiana Marine Ecosystem Data Synthesis Volume II: Synthesis Report. OCS Study MMS 88-0067 U.S. Dept. of Interior, Minerals Management Service, Gulf of Mexico OCS Regional Office, New Orleans, LA.

NRC National Research Council. 1992. Marine Aquaculture: opportunities for growth: report of the committee on assessment of technology and opportunities for marine

aquaculture in the U.S. ISBN 0-309-04675-0 National Academy Press WA. D.C. 1992.

Oey, L.Y., 1995. Eddy and wind forced shelf circulation. Journal of Geophisical Research, Vol. 100, NO. C5, p.8621-8637, May 15 1995.

Parsons, T. and H. Seki, 1970. Importance and general implications of organic matter in aquatic environments. Symposium on Organic Matter in Natural Waters-Alaska.

Panchang, V., and C. Newell. 1997. Modeling hydrodynamics and aquaculture waste transport in coastal Maine. Estuaries Vol. 20, No.1, p. 14-41 March 1997.

Penczak, T, Galika, W. Molinski, M. Kusto, E. Zalenski, 1982. The enrichment of a mesotrophic lake by carbon, phosphorus, and nitrogen from the cage culture of rainbow trout.  Journal of Applied Ecology. 19: pp. 371-393.

Phillips, N. and B. James, 1988.  Offshore Texas and Louisiana marine ecosystems data synthesis. Volume 11: synthesis report. , U.S. Dept. of Interiors, MMS, Gulf of Mexico Region, New Orleans, Louisiana, MMS 88-0066.

Rabalias, N.N., R.E. Turner, D. Justice, Q. Dortch, W.J. Wiseman, Jr. and B.K. Sen Gupta. 1996. Nutrient changes in the Mississippi River and system responses on the adjacent continental shelf. Estuaries 19(2B):386407

Redalje, D.R., S.E. Lohrenz, G.L. Fahnenstiel. 1994. The relationship between primary production and the vertical export of particulate organic matter in a river impacted coastal ecosystem. Estuaries, Vol. 17, No. 4. P. 829-838.

Riley, J.P. and Chester, R. 1971, Introduction to marine chemistry. ISBN 0-12-588750-7 Academic Press.

Rosenthal, H. 1996. Aquaculture in the environment: distribution of nitrogen in salmonid cage culture. World Aquaculture 25 (2) June 1994.

Stevens, B.G. and J.A. Haaga. 1994. (Draft Manuscript). Ocean dumping of seafood waste: Comparisons of epibenthic megafauna sampled by submersible in impacted and non-impacted Alaskan Bays, and estimation of decomposition rate. NMFS Kodiac Laboratory, Kodiac, AK.

Tetra Tech, 1991 . Draft data report for net-pen facilities in Puget Sound, WA. Prepared for

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**WATER QUALITY IMPACT ANALYSIS**

U.S. Environmental Protection Agency, Region X Tetra Tech, Inc. Bellevue, Wa.

Thorpe, J.E., C. Talbot, M.S. Miles, C. Rawlings, and D.S. Kaey. 1990. Food consumption in 24 hours by Atlantic Salmon (Salmo salar L.) in a sea cage. Aquaculture. 90:41-47.

Thompson, N. 1996. Trends in Australian open water aquaculture. Open Ocean Aquaculture. Proceedings of an International Conference. Portland, Maine. May 8-10, 1996.

Wada, E. and A. Hattori. 1991 Nitrogen in the sea: forms, abundance, and rate processes. ISBN 0-8493-6273-3. CRC Press.

Wedemeyer, G. 1996. Physiology of fish in intensive culture system. ISBN 0-412-07801-5. Chapman and Hall 115 5th Ave, New York NY 10003

Weston, D.P. 1990. Pollutant bioaccumulation and community response in the macrobenthos: 1987-1988 studies. Prepared for EPA Region 10, Seattle, WA. Cooperative Agreement No. CX-81375-01. Puget Sound Institute, University of Washington, Seattle WA.