**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**BIBLIOGRAPHY**

# Bibliography

Adkins, G. 1993. A comprehensive assessment of bycatch in the Louisiana shrimp fishery. Louisiana Department of Wildlife and Fisheries Tech. Bull. No. 42. Bourg, LA. 71pp.

Adkins, G., S. Hein and P. Meier. 1996. A biological and fisheries profile for southern flounder in Louisiana. Fishery Management Plan Series No. 6, Part 1. La. Dept. Wild. Fish., Bourg, Louisiana, draft document.

Allen, K. O. and J. W. Avault Jr. 1970. Effects of salinity and water quality on survival and growth of juvenile pompano, *Trachinotus carolinus*. p. 147-155. In Louisiana State University Coastal Studies Bulletin no. 5.

Al-Ogaily, Al-Asgah, Ali,A. 1996 Effect of feeding different grain sources on the growth performance and body composition of tilapia, *Oreochromais niloticus*(L.). Aquaculture Res. 1996 vol. 27, no7, pp.523-529.

Alvarez-Lajonchere, L., Perez, L., Hernandez, O.G. 1992. First positive results from induced spawning experiments with yellowtail snapper in Cuba. Rev. Cub. Invest. Pesq., vol. 16, no. 3-4, pp. 49-58.

Anderson, R.O. 1993. Apparent problems and potential solutions for production of fingerling striped bass, *Morone saxatilis*. J. Appl. Aquacult. vol. 2, no. 3-4, pp. 101-118.

Anderson, R.O. 1993. New approaches for management of fertilized hatchery ponds. J. Appl. Aquacult. vol. 2, no. 3-4, pp. 1-8.

Anderson, R.O. 1993. Effects of organic and chemical fertilizers and biological control of problem organisms on production of fingerling striped bass, *Morone saxatilis*. J. Appl. Aquacult. vol. 2, no. 3-4, pp. 119-149.

Anon. a. 1996. Towing tuna! - Penned fish make sashimi grade. Fish. News Int., vol. 35, no. 9, vp.

Anon. b. 1996. Tuna culture in New England. WATER FARM. J., vol. 11, no. 7, p. 3.



**WALDEMAR NELSON INTERNATIONAL INC.**

**1**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**BIBLIOGRAPHY**

Anonymous 1990. Amendment number 5 to the fishery management plan for the coastal migratory pelagic resources (mackerels). Gulf of Mexico Fishery Management Council, Tampa, FL. 33pp.

Aoki 1995.  Current condition and subject of marine fish culture in Japan.  In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 219-230.

Arnold, C. R. 1988. Controlled year-round spawning of red drum, *Sciaenops ocellatus*, in captivity.  In: Red drum aquaculture: Proceedings of a symposium on the culture of red drum and other warm water fishes.  C. R. Arnold, G. J. Holt, P. Thomas, Eds.  Contributions in Marine Science, Supplement to vol. 30, p. 65-70.

Arnold, C. R., J. M. Wakeman, T. D. Williams and G. D. Treece  1978.  Spawning of red snapper (*Lutjanus campechanus*) in captivity.  Aquaculture, 15:301-302.

Arnold, C. R., W. H. Bailey, T. D. Williams, A. Johnson, and J. L Lasswell 1977.  Laboratory spawning and larval rearing of red drum and southern flounder.  Proceedings of the annual conference of the Southeastern Association of Fish and Wildlife Agencies.  31:437-440.

Arnold, C. R., W.H. Bailey, T. D. Williams, A. Johnson, and J. L. Lasswell 1977.  Laboratory spawning and larval rearing of red drum and southern flounder.  Proceedings of the annual conference of the Southeastern Association of Fish and Wildlife Agencies.  31:437-440.

Arnold, P.I., Serafy, J.E., Clarke, M.E., Schultz, D.R. 1996.  An immunological study of predation on hatchery-reared, juvenile red drum (*Sciaenops ocellatus*, Linnaeus): Description of an ELISA and predator-prey studies in nature. J. Exp. Mar. Biol. Ecol., vol. 199, no. 1, pp. 29-44.

Aure, J. and A. Stigebrandt, 1990. Quantitative estimates of eutrophication effects of fish farming on fiords. Aquaculture, 90 (1990) 135-156.

Avault, J. W. 1996.  Fundamental of aquaculture.  AVA Publishing Co., Baton Rouge, LA, USA.  889pp.

Avault, J. W. Jr.  1996.  Fundamentals of aquaculture.  AVA Publishing Co., Baton Rouge, Louisiana.

Bai, S.C., Nematipour, G.R., Perfra, R.P., Jaramillo, F. Jr, Murphy, B.R., Gatlin, D.M., III, 1994.  Total body electric conductivity for nondestructive measurement of body composition of red drum.  Prog. Fish. Cult., vol. 56, no. 4, pp. 232-236.



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Bailey, H.C., Doroshov, S.I. 1995.  The duration of the interval associated with successful inflation of the swimbladder in larval striped bass (*Morone saxatilis*). Aquaculture vol. 131, no. 1-2, pp. 135-143.

Baragi, V., Lovell, R.T 1986.  Digestive enzyme activities in striped bass from first feeding through larva development. Trans. Am. Fish. Soc. vol. 115, no. 3, pp. 478-484.

Barros, N.B. and D.K. Odell. 1990.  Ingestion of plastic debris by stranded marine mammals from Florida.  In: Shomura, R-S. and M.L. Godfrey, eds.  Proceedings of the Second Internationol Conference on Marine Debris, 2-7 April 1989, Honolulu, Hawaii.  U.S. Dept. of Commerce, NOAA Tech.  Memo.  NMFS NOAA-TM-NMFS-SWFSC-154. p .746.

Bartley, D.M. 1995.  Food security and conservation of biological diversity.  Executive summaries of the technical papers prepared for the conference: International Conference on Sustainable Contribution of Fisheries to Food Security, Kyoto, Japan, 4-9 December 1995., pp. 13-14.

Bartley, DM, Kent, D.B., Drawbridge, M.A. 1995. . Conservation of genetic diversity in a white seabass hatchery enhancement program in southern California. Uses and Effects of Cultured Fishes in Aquatic Ecosystems., American Fisheries Society, Bethesda, MD (USA), pp. 249-258. Am. Fish. Soc. Symp., vol. 15.

Baudin Laurencin, F., Messager, J.L., Stephan, G. 1990.  Two examples of nutritional pathology related to vitamins E and C deficiencies. Advances in Tropical Aquaculture: Workshop held in Tahiti Polynesia, February 20-March 4 1989., pp.171-181, Actes Colloq. IFREMER., no. 9.

Baya, A.M., Lupiani, B., Bandin, I., Hetrick, F.M., Figueras, A., Carnahan, A., May, E.M., Toranzo, A.E. 1992.  Phenotypic and pathobiological properties of *Corynebacterium aquaticum* isolated from diseased striped bass.  Dis. Aquat. Org. vol. 14, no. 2, pp. 115-126.

Baya, A.M., Navarro, R.B., Kotopoulis, E. 1996.  Streptococcal infections of hybrid striped bass and tilapia.  AQUACULTURAL-ENGINEERING-SOCIETY-PROCEEDINGS-II, SUCCESSES-AND-FAILURES-IN-COMMERCIAL-RECIRCULATING-AQUACULTURE. vol. 1, pp. 32-40.

Bayless, J. D. 1972.  Artificial propagation and hybridization of striped bass, *Morone saxatilis* (Walbaum). S.C. Wild. Mar. Res. Dep. 135pp.



**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**BIBLIOGRAPHY**

Belle, S. 1994. Bluefin tuna: Bluewater beef cattle of the future. 14th Annual Milford Aquaculture Seminar, Milford, CT (USA).. J. Shellfish Res., vol. 13, no. 1, p. 312, (Abstract only).

Bellinger, J. W., and J. W. Avault, Jr. 1970. Seasonal occurrence, growth and length-weight relationship of juvenile pompano, *Trachinotus carolinus*, in Louisiana. Trans. Amer. Fish. Soc. 99(2):353-358.

Benetti, D. D., A. Venizelos and C. Acosta 1994. Finfish aquaculture development in Ecuador. World Aquacult. 25(2):18-25.

Benetti, D. D., C. A. Acosta and J. C. Ayala 1995. Cage and pond aquaculture of marine finfish in Ecuador. World Aquacult. 26(4):7-13.

Benetti, D. D., E. S. Iversen and A. C. Ostrowski 1995. Growth rates of captive dolphin, *Coryphaena hippurus*, in Hawaii. Fish. Bull. 93:152-157.

Benetti, D. Iversen, E. Ostrowski, A. 1995. Growth rates of captive dolphin, *Coryphaena hippurus*, in Hawaii. Fishery Bulletin 93:152-157 1995.

Bengston, D. A., Bisbal, G., Iken, H. and Athanas, R. P. 1994. Culture of summer flounder, *Paralichthys dentatus*: research on hatchery and growout phases. J. Shellfish Res. 13: 312.

Benzie, J.A.H., Williams, S.T. 1996. Limitations in the genetic variation of hatchery produced batches of the giant clam, *Tridacna gigas*. Aquaculture, vol. 139, no. 3-4, pp. 225-241.

Bergerhouse, D.L. 1993. Lethal effects of elevated pH and ammonia on early life stages of hybrid striped bass. J. Appl. Aquacult. vol. 2, no. 3-4, pp. 81-100.

Berlinski, D. King, W. Smith, T. Hamilton R. Holloway, J. and Sullivan, C. 1996. Induced ovulation of Southern flounder using gonadotropin releasing hormone analogue implants. Journal of World Aquaculture Society, vol. 27, no. 2 June 1996.

Berlinsky, D. L., W. King V, T. I. J. Smith, R. D. Hamilton II, J. Holloway, Jr. and C. V. Sullivan 1996. Induced ovulation of southern flounder using gonadotropin releasing hormone analogue implants. J. World Aqua. Soc. 27: 143-152.

Biesiot, P. M., R. E. Caylor and J. S. Franks 1994. Biochemical and histological changes during ovarian development of cobia, *Rachycentron canadum*, from the northern Gulf of Mexico. Fish. Bull. 92:686-696.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Bills, T.D., Marking, L.L., Howe, G.E. 1993.   Sensitivity of juvenile striped bass to
chemicals used in aquaculture RESOUR.-PUBL.-U.S.-FISH-WILDL.-SERV. vol.
192, 11 pp

Bisbal, G. A. and D. A. Bengston 1995.  Effects of delayed feeding on survival and growth
of summer flounder *Paralichthys dentatus* larvae.  Mar. Ecol. Prog. Ser. 121:301-
306.

Blankenship, H.L., Leber, K.M. 1995.  A responsible approach to marine stock
enhancement.  USES AND EFFECTS OF CULTURED FISHES IN AQUATIC
ECOSYSTEMS., American Fisheries Society, Bethesda, MD (USA), vol. 15, pp.
167-179.

Blythe, B., Helfrich, L.A., Beal, W.E., Bosworth, B., Libey, G.S. 1994.  Determination of
sex and maturational status of striped bass (*Morone saxatilis*) using ultrasonic
imaging Aquaculture  vol. 125, no. 1-2, pp. 175-184.

Blythe, W.G., Helfrich, L.A., Libey, G. 1994.  Induced maturation of striped bass *Morone
saxatilis* exposed to 6, 9, and 12 month photothermal regimes.  J. World Aquacult.
Soc. vol. 25, no. 2, pp. 183-192.

Blythe, W.G., Helfrich, L.A., Sullivan, C.V. 1994.  Sex steroid hormone and vitellogenin
levels in striped bass (*Morone saxatilis*) maturing under 6-, 9-, and 12-month
photothermal cycles.  GEN.-COMP.-ENDOCRINOL. vol. 94, no. 1, pp. 122-
134.

Boggs, C.T., Summerfelt, R.C. 1996.   A method for sampling and estimating the
thickness of oil surface microlayers in larviculture tanks.  AQUACULTURAL-
ENGINEERING-SOCIETY-PROCEEDINGS-II,-SUCCESSES-AND-
FAILURES-IN-COMMERCIAL-RECIRCULATING-Aquaculture. vol. 2, pp.
616-622.

Bonn, E.W., Bailey, W.M., Bayless, J.D., Erickson, K., Stevens, R.E. 1976. Guidelines for
striped bass culture.  Proc., Annu. Conf. Southeast. Assoc. Game Fish Comm., 30,
257-258.

Boonyaratpalin, M. 1997.  Nutrient requirements of marine food fish cultured in
Southeast Asia.  Aquaculture, 151:283-313.

Boren, R. S. and D. M. Gatlin, III, 1995.  Dietary threonine requirement of juvenile red
drum *Sciaenops ocellatus*.  J. World Aquacult. Soc. 26(3):279-283.



WALDEMAR NELSON INTERNATIONAL INC.

J:\97066\Feasibility Study Report\Bibliog_Alpha.doc

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Bortone, S. A. and C. L. Hollingsworth 1980. Aging red snapper, *Lutjanus campechanus*, with otoliths, scales, and vertebrae. Northeast Gulf Sci. 4(1):60-63.

Bowden, RA, Oestmann, DJ, Lewis, D.H., Frey, M.S. 1995. Lymphocystis in red drum. J. Aquat. Anim. Health, vol. 7, no. 3, pp. 231-235.

Brightman, R. I., J. J. Torres, J. Donnelly and M. E. Clarke 1997. Energetics of larval red drum, *Sciaenops ocellatus*. Part II: Growth and biochemical indicators. Fish. Bull. 95:431-444.

Brinkmeyer, RL, Holt, GJ 1995. Response of red drum larvae to graded levels of menhaden oil in semipurified microparticulate diets. Prog. Fish. Cult., vol. 57, no. 1, pp. 30-36.

Brown, C. 1997. Gaining public acceptance of aquaculture as a tool for shellfish stock restoration. Journal of Shellfish Research, vol. 16, no. 1, p. 259.

Brown, P.B. 1995. Using whole-body amino acid patterns and quantitative requirements to rapidly develop diets for new species such as striped bass (*Morone saxatilis*). J.-APPL.-ICHTHYOL.-Z.-ANGEW.-ICHTHYOL. vol. 11, no. 3-4, pp. 342-346.

Brown, P.B., Griffin, M.E., White, M.R. 1993. Experimental and practical diet evaluations with juvenile hybrid striped bass. J. World Aquacult. Soc. vol. 24, no. 1, pp. 80-89.

Brule', T., D. A. Aranda, M. S. Crespo and T. C. Marrufo 1996. A preliminary study on the growth performance of juvenile red grouper reared in a recirculating-water system. Prog. Fish-Cult. 58:192-202.

Brule', T., Aladana, A., and Sanchez, C. 1996. A preliminary study on the growth of Juvenile Red Grouper Reared in a recirculating water system. The Progressive Fish Culturist 58:192-202, 1996.

Bumguardner, B.W., King, T.L. 1996. Toxicity of oxytetracycline and calcein to juvenile striped bass. Trans. Am. Fish. Soc. vol. 125, no. 1, pp. 143-145.

Burgove, L., Murav'ev, W. and Lapshin A. 1994. Alternative Using of Petroleum-Gas Structures in the Caspian Seas for Fish-Farming and Fishing. Bulletin of Marine Science 55(2-3): 1331, 1994

Burke, J. S., J. M. Miller and D. E. Hoss. 1991. Immigration and settlement pattern of *Paralichthys dentatus* and *P. lethostigma* in estuarine nursery ground, North Carolina, U. S. A. Netherlands J. Sea Res. 27: 393-405.

Burnham-Curtis, M.K., Krueger, C.C., Schreiner, D.R., Johnson, J.E., Stewart, T.J., Horrall, R.M., MacCallum, W.R., Kenyon, R., Lange, R.E. Genetic strategies for



**WALDEMAR NELSON INTERNATIONAL INC.**

lake trout rehabilitation: A synthesis. 1995.  Proceedings of the International Conference on Restoration of Lake Trout in the Laurentian Great Lakes., pp. 477-486, J. Great Lakes Res., vol. 21, no. Suppl. 1.

Busack, C.A., Currens, K.P. 1995.  Genetic risks and hazards in hatchery operations: Fundamental concepts and issues.  Uses and Effects of Cultured Fishes in Aquatic Ecosystems., Americian Fisheries Society, Bethesda, MD (USA), pp. 71-80. Am. Fish. Soc. Symp., vol. 15.

Bytes, R.A. 1989.  Satellite telemetry of Kemp's ridley sea turtle, *Lepidochelys kempi*, in the Gulf of Mexico. In: Eckert, S.A., K.L. Eckert, and T.H. Richardson, comp. Proceedings of the Ninth Annual Workshop on Sea Turtle Conservation and Biology, February 7-11, 1989, Jekol Island, GA.  NOAA Technical Memorandum NMFS-SEFC-232.  Miami, FL. P. 306

Caddy, J. F. 1993.  Towards a comparative evaluation of human impacts on fishery ecosystems of enclosed and semi-enclosed seas.  Reviews in Fisheries Science, 1(1):57-95.

Cairoli, A.B., Conroy, D.A. 1987.  An outbreak of vibriosis and its control in *Trachinotus spp.* cultured in floating cages in Venezuela.  Riv. Ital. Piscic. Ittiopatol., vol. 22, no. 1, pp. 19-20.

Camus, A.C., Lopez, M.K. 1996.  Gastric cryptosporidiosis in juvenile red drum.  J. Aquat. Anim. Health, vol. 8, no. 2, pp. 167-172.

Cao, C., Li, Y. Xu, and Xueliang 1993. A study on the requirement of protein, fat and carbohydrate in diets for juvenile black porgy. Shandong-Fish. Qilu-Yuye 1993 no. 6, pp 35-37.

Carlson, R.E., Baker, E.P., Fuller, R.E. 1995.  Immunological assessment of hybrid striped bass at three culture temperatures.  FISH-SHELLFISH-IMMUNOL. vol. 5, no. 5, pp. 359-373.

Cataudella, S., Crosetti, D. 1993.  Aquaculture and conservation of genetic diversity. Environment and Aquaculture in Developing Countries, ICLARM,  Manila (Philippines), pp. 60-73, ICLARM Conf. Proc., no. 31.

Cavalier, A. Crisafi, E., Faranda, F., Greco, S. Collection of fingerlings and rearing of Seriola dumerili in tanks. Aquaculture- A Biotechnicalogy in Progress, 1989. European Aquaculture Society, Bredene, Belgium.

Caylor, R. Biesiot, P., Franks, J. 1994. Culture of cobia (*Rachycentron canadum*): cryopreervation of sperm and induced spawning. Aquaculture 125 (1994) 81-92.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Caylor, R. E., P. M. Biesot and J. S. Franks 1994.  Culture of cobia (*Rachycentron canadum*): cryopreservation of sperm and induced spawning.  Aquaculture, 125: 81-92.

Chaitanawisuti, N. Piyatiratitivorakul, S. 1994. Studies on cage culture of red snapper, *Lutjanus argentimaculatus*, with special emphasis on growth and economics. Journal of Aquaculture-Tropical 1994 vol. 9 no. 4, pp 269-278.

Chen, H. and I. Liao 1991.  Marine finfish nutrition studies in Taiwan. In: Handbook of Mariculture: Vol II, Finfish Aquaculture. J. P. McVey, Ed. CRC Press, FL, pp.133-145.

Chen, H. and J. Tsai 1994.  Optimal dietary protein level for the growth of juvenile grouper, *Epinephelus malabaricus*, fed semipurified diets.  Aquaculture, 119:265-271.

Chen, h. Tsai, J-C.  1994. Optimal dietary level for the growth of juvenile grouper, *Epinephelus malabaricus*, fed semipurified diets. Aquaculture, 119 1994 265-271

Chesney, E. J. and R. San Filippo 1994.  Size-dependent spawning and egg quality of red snapper.  Final Report to MARFIN (Marine Fisheries Initiative).  Contract no. NA37FF0048-01, 27pp.

Chesney, E.J. 1989. Estimating the food requirements of striped bass larvae, *Morone saxatilis*: Importance of food concentration, light, turbulence and turbidity.  Mar. Ecol. Prog. Ser. 53: 191-200.

Chou, R., H. B. Lee and H. S. Lim 1995. Fish farming in Singapore: A review of seabass (*Lates calcarifer*), mangrove snapper (*Lutjanus argentimaculatus*) and snub-nose pompano (*Trachinotus blochii*).  In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 57-65.

Chung, K. S., Holt, G.J., Arnold, C. R. 1991.  Influence of food deprivation and refeeding on growth and RNA-DNA ratio in juvenile red drum *Sciaenops ocellatus*.  ACTA CIENT. VENEZ., vol. 42, no. 6, pp. 335-344.

Clarke, M. E., C. Calvi, M. Domeier, M. Edmonds and P. J. Walsh. 1992.  Effects of nutrition and temperature on metabolic enzyme activities in larval and juvenile red drum, *Sciaenops ocellatus*, and lane snapper, *Lutjanus synagris*.  Mar. Biol., 112: 31-36.

Clawson, J.A., Lovell, R.T. 1992.  Improvement of nutritional value of *Artemia* for hybrid striped bass/white bass (*Morone saxatilis*  x *M. chrysops* ) larvae by n-3

 **WALDEMAR NELSON INTERNATIONAL INC.**

HUFA enrichment of nauplii with menhaden oil. Aquaculture. vol. 108, no. 1-2, pp. 125-134.

Cole, W.M., Rakocy, J.E., Shultz, K.A., Hargreaves, J.A. 1997.  Effects of feeding four formulated diets on growth of juvenile palometa, *Trachinotus goodei*.   J. Appl. Aquacult., vol. 7, no. 2, pp. 51-60.

Collard, S.B. and L.H. Ogren. 1989.  Dispersal scenarios for pelagic post-hatchling sea turtles.  Bulletin of Marine Science. Vol 47: p.233-243.

Colura, R. L., A. Henderson-Arzapalo and A. F. Maciorowski 1991.  Culture of red drum. In: Handbook of Mariculture: Vol. II, Finfish Aquaculture. J. P. McVey, Ed. CRC Press, FL, pp. 149-166.

Comyns, B. H., J. Lyczkowski-Shultz, C. F. Rakocinski and J. P. Steen, Jr. 1989.  Age and growth of red drum larvae in the north-central Gulf of Mexico.  Trans. Am. Fish. Soc. 118:159-167.

Comyns, B. H., J. Lyczkowski-Shultz, D. L. Nieland and C. A. Wilson 1991.  Reproduction of red drum, *Sciaenops ocellatus*, in the northcentral Gulf of Mexico: Seasonality and spawner biomass.  In: Larval Fish Recruitment and Research in the Americas, NOAA Tech. Rep. NMFS 95.

Conte, F.S. 1996.  Aquaculture in 2005, Opportunities for growth. Aquacult. Mag. vol. 22, no. 5, pp. 40-45.

Craig, S.R., Arnold, C.R., Holt, G.J. 1994.  The effects of enriching live foods with highly unsaturated fatty acids on the growth and fatty acid composition of larval red drum *Sciaenops ocellatus*.   J. World Aquacult. Soc., vol. 25, no. 3, pp. 424-431.

Craig, S.R., Gatlin, D.M. III, Neill, W.H. 1992.  Effects of kinds and levels of dietary lipid on growth and cold  tolerance of juvenile red drum (*Sciaenops ocellatus* ). Aquaculture '92: GROWING TOWARD THE 21st CENTURY., pp.71-72

Craig, S.R., Gatlin, D.M., III 1997.  Growth and body composition of juvenile red drum (*Sciaenops ocellatus*) fed diets containing lecithin and supplemental choline. Aquaculture, vol. 151, no. 1-4, pp. 259-267.

Craig, S.R., Neill, W.H., Gatlin, D.M. III 1995.  Effects of dietary lipid and environmental salinity on growth, body composition, and cold tolerance of juvenile red drum (*Sciaenops ocellatus*).  Fish Physiol. Biochem., vol. 14, no. 1, pp. 49-61.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Crapo, C. Lee, J. and Brown, E. 1991 Halibut Quality: The Effects of Ice and Chilled Seawater Storage. Alaska Seagrant Pub. No. MAB-42

Crespo, S., A. Grau and F. Padros 1990.  Epitheliocystis disease in the cultured amberjack, *Seriola dumerili* Risso (Carangidae).  Aquaculture, 90:197-207.

Crocker, P. A., C. R. Arnold, J. A. DeBoer and J. D. Holt 1981.  Preliminary evaluation of survival and growth of juvenile red drum (*Sciaenops ocellata*) in fresh and salt water.  J. World Maricult. Soc. 12(1):122-134.

Curry-Woods, L., Ely, B., Leclerc, G., Harrell, R.M. 1995.  Evidence for genetic purity of captive and domestic striped bass broodstocks.  Aquaculture  vol. 137, no. 1-4, pp. 41-44.

Curry-Woods, L.,III, Bennett, R.O., Sullivan, C.V. 1992. Reproduction of a domestic striped bass brood stock. Prog. Fish. Cult. vol. 54, no. 3, pp. 184-188.

Daniels, H. V., D. L. Berlinsky, R. G. Hodson and C. V. Sullivan.  1996.  Effects of stocking density, salinity, and light intensity on growth and survival of southern flounder larvae. J. World Aqua. Soc. 27: 153-159.

Darracott, A. 1977. Availability, morphometrics, feeding and breeding activity in a multi-species,  demersal fish stock of  the western Indian Ocean. J. Fish. Biol. 10(1):1-16.

Davis, D. A., D. Jirsa and C. R. Arnold 1995.  Evaluation of soybean proteins as replacements for menhaden fish meal in practical diets for the red drum, *Sciaenops ocellatus*.  J. World Aquacult. Soc. 26(1):48-58.

Davis, K.B., Parker, N.C. 1990.  Physiological stress in striped bass, Effect of acclimation temperature. Aquaculture. vol. 91, no. 3-4, pp. 349-358.

Dawson, C. E. 1971.  Occurrence and description of pre-juvenile and early juvenile Gulf of Mexico cobia, *Rachycentron canadum*.  Copeia (1):65-71.

Denson, M. R., And T. I. J. Smith 1997.  Diet and light intensity effects on survival, growth and pigmentation of summer flounder, *Paralichthys lethostigma*.  J. World Aqua. Soc. 28: 366-373.

Di Bella, G., L. Genovese and F. Salvo 1991.  Effects of different diets on muscle and liver fatty acid composition in *Seriola dumerili* intensively reared.  EAS special publication no. 14, p. 90-91.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Dicks, M. and D. Harvey.  1989.  Aquaculture situation and outlook.  USDA ERS, Washington, DC.

Ditty, J. G. and R. F. Shaw 1992.  Larval development, distribution, and ecology of cobia *Rachycentron canadum* (Family: Rachycentridae) in the northern Gulf of Mexico. Fish. Bull. 90:668-677.

Ditty, J. G., G. G. Zieske and R. F. Shaw 1988.  Seasonality and depth distribution of larval fishes in the northern Gulf of Mexico above latitude 26°00′N.  Fish. Bull. 86(4):811-823.

Ditty, J. G., R. F. Shaw, C. B. Grimes and J. S. Cope 1994.  Larval development, distribution, and abundance of common dolphin, *Coryphaena hippurus*, and pompano dolphin, *C. equiselis* (family: Coryphaenidae), in the northern Gulf of Mexico.  Fish. Bull. 92:275-291.

Divakaran, S. and A. C. Ostrowski 1989.  Fatty acid analysis of fish eggs without solvent extraction.  Aquaculture, 80:371-375.

Dochoda, M.R., Billington, N. 1991.  Meeting the challenge of exotics in the Great Lakes: The role of an international commission.  International Symposium on "The Ecological and Genetic Implications of Fish Introductions (FIN)"., pp. 171-176, Can. J. Fish. Aquat. Sci., vol. 48, no. suppl. 1.

Doi, M. and T. Singhagraiwan 1993.  Biology and culture of the red snapper, *Lutjanus argentimaculatus*.  Research Project of Fishery Resource Development, Thailand. 49pp.

Domier, M. L. and M. E. Clark 1992.  A laboratory produced hybrid between *Lutjanus synagris* and *Ocyurus chrysurus* and a probable hybrid between *L. griseus* and *O. chrysurus* (Perciformes: Lutjanidae).  Bull. Mar. Sci. 50:501-507.

Dortch Q., Parsons, M. L., Rabalais, N.N., 1998. What is the threat of harmful algal blooms in Louisiana coastal waters? Proceedings of Recent Research in Coastal Louisiana: Natural System Function and Response to Human Influence, 3-5 Feb 1998, Lafayette, LA.

Dougall, D.S., Woods, L.C.,III, Douglass, L.W., Soares, J.H. 1996.  Dietary phosphorus requirement of juvenile striped bass *Morone saxatilis*.  J. World Aquacult. Soc. vol. 27, no. 1, pp. 82-91.

Douillet, PA, Holt, GJ  1994.  Surface disinfection of red drum (*Sciaenops ocellatus* Linnaeus) eggs leading to bacteria-free larvae.  J. Exp. Mar. Biol. Ecol., vol. 179, no. 2, pp. 253-266.



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Doyle, R.W., Shackell, N.L., Basiao, Z., Uraiwan, S., Matricia, T., Talbot, A.J. 1991. Selective diversification of aquaculture stocks: A proposal for economically sustainable genetic conservation. International Symposium on "The Ecological and Genetic Implications of Fish Introductions (FIN)"., pp. 148-154, Can J. Fish Aquat. Sci.. SCI., vol. 48, no. Suppl. 1.

Duronslet M.J., CW. Caillouet, S. Manzella, KW. Indelicato, C.T. Fontaine, D.B. Revera, T. Williams, and D. Boss. 1986. The effects of an underwater explosion on the sea turtles *Lepidochelys kempi* and *Caretta caretta* with observations of effects on other marine organisms (trip report). Galveston, TX: U.S. Dept. of Commerce, National Marine Fisheries Service, Southeast Fisheries Center.

Easter, C.C., Novak, J.T., Libey, G.S., Boardman, G.D. 1996. Waste characterization and disposal from a recirculating aquaculture system producing hybrid striped bass. AQUACULTURAL-ENGINEERING-SOCIETY-PROCEEDINGS-II,-SUCCESSES-AND-FAILURES-IN-COMMERCIAL-RECIRCULATING-Aquaculture. vol. 2, pp. 441-446.

EFP 1997 Environmental Assessment for the Exempted Fishing Permit by National Marine Fisheries Management Service for A Feasibility Study of Net Cage Culture of Finfish Associated with Offshore Oil and Gas Platforms in the Northern Gulf of Mexico

Ellis, E., Viala, G., and Watanabe, W. 1996. Growth and feed utilization of hatchery reared juvenile Nassau Grouper fed four practical diets. The Progressive Fish Culturist 58:167-172, 1996.

Ellis, S. C., W. O. Watanabe and E. P. Ellis 1997. Temperature effects on feed utilization and growth of post-settlement stage Nassau grouper. Trans. Am. Fish. Soc. 126:309-315.

Ellis, S., G. Viala and W. O. Watanabe 1996. Growth and feed utilization of hatchery-reared juvenile Nassau grouper fed four practical diets. Prog. Fish-Cult. 58:167-172.

Ellis, S.C., Reigh, R.C. 1991. Effects of dietary lipid and carbohydrate levels on growth and body composition of juvenile red drum, *Sciaenops ocellatus*. Aquaculture., vol. 97, no. 4, pp. 383-394.

Emata, A. C., B. Eullaran and T. U. Bagarinao 1994. Induced spawning and early life description of the mangrove red snapper, *Lutjanus argentimaculatus*. Aquaculture, 121:381-387.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

EPA 1991 Discharges from Salmon Net-Pens to Puget Sound. Volume 1-Technical Report. Tetra tech, Inc. Report No. EPA 910/9-91-013a, Contract No. 68-C9-0013.

Eshel, A., Lindner, P., Smirnoff, P., Newton, S., Harpaz, S. 1993.  Comparative study of proteolytic enzymes in the digestive tracts of the European sea bass and hybrid striped bass reared in freshwater. Comp.-Biochem.-Physiol., A  vol. 106A, no. 4, pp. 627-634

Evans, D.O., Willox, C.C. 1991.  Loss of exploited, indigenous populations of lake trout, *Salvelinus namaycush* , by stocking of non-native stocks. International Symposium on "The Ecological and Genetic Implications of Fish Introductions (FIN)"., pp. 134-147, Can J. Fish Aquat. Sci.. SCI., vol. 48, no. suppl. 1.

Fair, F.H., Williams, W.P., Smith, T.I.J. 1993.  Effect of dietary menhaden oil on growth and muscle fatty acid composition of hybrid striped bass, *Morone chrysops* x *M. saxatilis*.  Aquaculture  vol. 116, no. 2-3, pp. 171-189.

FAO (Food and Agriculture Organization of the United Nations)  1995.  Aquaculture production statistics, 1984-1993.  Rome.

FAO (Food and Agriculture Organization of the United Nations)  1998.  Aquaculture production statistics, 1984-1996.  Rome.

Finucane, J. 1972  Progress in Pompano mariculture in the United States. World Mariculture Society Workshop. Bureau of Commercial Fisheries Biological Laboratory 75-33rd Ave. St Petersburg Beach, Florida 33706.

Finucane, J. H.  1969.  Ecology of the pompano (*Trachinotus carolinus*) and the permit (*T. falcatus*) in Florida.  Trans. Amer. Fish. Soc. 3:478-486.

Finucane, J. H. 1972.  Progress in pompano mariculture in the United States.  World Mar. Soc. P. 69-72.

Finucane, J. H., L. A. Collins and L. E. Barger 1978.  Ichthyoplankton/mackerel eggs and larvae. Environmental studies of the south Texas outer continental shelf, 1977. Final rep. to Bur. Land Manage. by Natl. Mar. Fish. Serv., NOAA, Galveston, Tx.

Flanagan, W. G. 1995.  New Industry: Mariculture.  Forbes,  October 95. p.328-329.

Flood, L.P., Carvan, M.J., III, Jaeger, L., Busbee, D.L..1996.  Reduction in hepatic microsomal P-450 and related catalytic activity in farm-raised red drum.  J. Aquat. Anim. Health, vol. 8, no. 1, pp. 13-21.



WALDEMAR NELSON INTERNATIONAL INC.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Forsberg, J. A., P. W. Dorsett and W. H. Neill 1996.  Survival and growth of red drum *Sciaenops ocellatus* in saline groundwaters of west Texas, USA.  J. World Aquacult. Soc. 27(4):462-474.

Fowler, K.P., Karahadian, C., Greenberg, N.J., Harrell, R.M. 1994.  Composition and quality of aquacultured hybrid striped bass fillets as affected by dietary fatty acids. J.-Food-Sci. vol. 59, no. 1, pp. 70-75.

Franks, J. S., N. M. Garber and J. R. Warren 1996.  Stomach contents of juvenile cobia, *Rachycentron canadum*, from the northern Gulf of Mexico. Fish. Bull. 94:374-380.

Fritts, T.H. and M.A. McGehee. 1982.  Effects of petroleum on the development and survival of marine turtle embryos.  Prepared for the Minerals Management Service, Gulf of Mexico OCS Region under contract No. 14-164X)09-80-946.

Fritts, T.H., A.B. Irvine, R.D. Jennings, LA. Collum, W. Hofftnan, and M.A- McGehee. 1983.  Turtles, birds, and mammals in the northern Gulf of Mexico and nearby Atlantic waters.  U.S. Fish and Wildlife Service, Division of Biological Services, Washington, DC: FWS/OBS-82/65. 455 pp.

Furuya, K. 1995.  Current condition and subject of marine fish culture in Japan.  In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 219-230.

Futch, R. B. and G. E. Bruger 1976.  Age, growth and reproduction of red snapper in Florida waters. In: Proc. Coll. on Snapper-Grouper Fish. Resources of the Western Central Atlantic Ocean. (H. R. Bullis, Jr. and A. C. Jones, Eds.).  Florida Sea Grant College Report No. 17. pp.165-184.

Gallagher, M.L. 1994  The use of soybean meal as a replacement for fish meal in diets for hybrid striped bass (*Morone saxatilis* x *M. chrysops*). Aquaculture  vol. 126, no. 1-2, pp. 119-127

Gallagher, M.L. 1995.  Interactions of carbohydrate and lipid in diets for hybrid striped bass (*Morone chrysops* x *M. saxatilis*). J. Appl. Aquacult. vol. 5, no. 1, pp. 53-60.

Garces H. A. B., 1992.  Proximate composition of muscle of cage-raised red drum, *Sciaenops ocellatus* (Pisces: Sciaenidae), in Panama. Rev. Biol. Trop., vol. 40, no. 1, pp. 147-148.

Garces, H.A.B. 1993.  Application of bioenergetics modeling to fish growth in ponds. Rev. Biol. Trop., vol. 41, no. suppl. 1, pp. 27-30.



WALDEMAR NELSON INTERNATIONAL INC.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Gartner, J. V., Jr. 1986.  Observations on anomalous conditions in some flatfishes (Pisces: Pleuronectiformes), with a new record of partial albinism.  Env. Biol. Fish. 17(2):141-152.

Gatlin, D.M. III, Gaylord, T.G., Keembiyehetty, C.N. 1996.  Nutrition and feeding of red drum and hybrid striped bass in intensive recirculating systems. PROCEEDINGS OF THE PACON CONFERENCE ON SUSTAINABLE AQUACULTURE. '95, p. 173.

Gatlin, D.M.,III, Brown, M.L., Keembiyehetty, C.N., Jaramillo, F., Jr., Nematipour, G.R. 1994.  Nutritional requirements of hybrid striped bass (*Morone chrysops* x *M. saxatilis*). Aquaculture  vol. 124, no. 1-4, p. 127.

Gatlin, DM III, MacKenzie, DS, Craig, SR, Neill, WH 1992.  Effects of dietary sodium chloride on red drum juveniles in waters of various salinities. Prog. Fish. Cult., vol. 54, no. 4, pp. 220-227.

Gaylord, TG, Gatlin III, DM 1996.  Determination of digestibility coefficients of various feedstuffs for red drum (*Sciaenops ocellatus*).  Aquaculture, vol. 139, no. 3-4, pp. 303-314,

Geiger, J. G. 1983.  A review of pond zooplankton production and fertilization for the culture of larval and fingerling striped bass.  Aquaculture, 35:353-369.

Geiger, J. G., C. J. Turner, K. Fitzmayer and W. C. Nichols 1985.  Feeding habits of larval and fingerling striped bass and zooplankton dynamics in fertilized rearing ponds.  Prog. Fish-Cult. 47(4):213-223.

Geiger, J.G., Parker, N.C. 1985.   Survey of striped bass hatchery management in the southeastern United States. Prog. Fish. Cult. vol. 47, no. 1, pp. 1-13

Gempesaw, C.M.,II, Bacon, J.R., Wirth, F.F. 1992. Economies of pond size for hybrid striped bass grow-out. J. World Aquacult. Soc. vol. 23, no. 1, pp. 38-48.

Gempesaw, C.M.,II, Wirth, F.F.,III, Richard-Bacon, J. 1992.  A financial analysis of integration in aquaculture production, The case of hybrid striped bass. Aquaculture. vol. 104, no. 3-4, pp. 193-215

Gilbert, C. 1986.  Species profile: Life histories and environmental requirements of coastal fishes and invertebrates (South Florida): Florida pompano.  U.S. Fish Wild. Serv. Rep. 82(11.42): 14pp.



WALDEMAR NELSON INTERNATIONAL INC.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Gilderhus, P.A., Lemm, C.A., Woods, L.C.,III 1991. Benzocaine as an anesthetic for striped bass. Prog. Fish. Cult. vol. 53, no. 2, pp. 105-107.

Gillibrand, P. and W. Turrel, 1997. The use of simple models in the regulation of the impact of fish farms on water quality in the Scottish sea lochs. Aquaculture 159 (1997) 33-46.

Goertner, J.F. 1981.  Fish-kill ranges for oil well severance explosions.  Naval Surface/Weapons Center Report NSWC TR 81-149.  Silver Springs, MD.

Gomez G,A., 1993. First experiences regarding growth of young Mediterranean yellowtails (*Seriolla dumerilii*, Risso 1810) fed with moist pellets. Bol Inst. Esp Oceanography 9(2) 1993:347-360

Gomez-Gaspar, A.  1987.  (Some diseases of experimentally-cultured pompano in Venezuela.).  Rev. Latinoam. Acuicult., no. 33, pp. 26-34.

Gomez-Gaspar, A. and Carvigon, F.  1987.  (Perspectives of culture of marine fishes from South Caribbean Sea and northeastern South America.).  Rev. Latinoam. Acuicult., no. 34, pp. 40-50.

Goodyear, C. P.  and P. Phares 1990.  Status of red snapper stocks of the Gulf of Mexico report for 1990.  Contribution: CRD 89/90-05, S.E. Fisheries Center, Miami lab.

Gowen , R. J., N.B. Bradbury, and J.R. Brown 1989. The use of simple models in assessing two of the interactions between fish-farming and the marine environment. P. 1071-1080. Aquaculture— A Biotechnology in Progress. European Aquaculture Society, Belgium.

Greco, S., Caridi, D., Cammaroto, D and Genovese, L. 1993. Preliminary studies on artificial feeding of amberjack fingerlings. Production, Environment and Quality. Bourdeaux Aquaculture 92. European Aquaculture society. Special Publications No. 18, ghent, Belgium. 1993

Griffin, M.E., White, M.R., Brown, P.B. 1994.  Total sulfur amino acid requirement and cysteine replacement value for juvenile hybrid striped bass (*Morone saxatilis* x *M. chrysops*).  Comp. Biochem. Physiol., A  vol. 108A, no. 2-3, pp. 423-429.

Grizzle, J.M., Mauldin, A.C.,II 1994.  Age-related changes in survival of larval and juvenile striped bass in different concentrations of calcium and sodium.  Trans. Am. Fish. Soc. vol. 123, no. 6, pp. 1002-1005.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Grizzle, J.M., Mauldin, A.C.,II 1995.  Effect of calcium on acute toxicity of sodium
    chloride to larval and newly transformed juvenile striped bass.   J. Aquat. Anim.
    Health vol. 7, no. 4, pp. 298-303.

Grizzle, J.M., Mauldin, A.C.,II, Ashfield, C.J. 1992.  Effects of sodium chloride and
    calcium chloride on survival of larval striped bass. J. Aquat. Anim. Health. vol. 4,
    no. 4, pp. 281-285.

Grizzle, J.M., Mauldin, A.C.,II, Young, D., Henderson, E. 1985. Survival of juvenile
    striped bass (*Morone saxatilis* ) and Morone  hybrid bass (*Morone chrysops*  x *Morone
    saxatilis* ) increased by addition of calcium to soft water. Aquaculture. vol. 46, no.
    2, pp. 167-171

Groff, J.M., Hinton, D.E., McDowell, T.S., Hedrick, R.P. 1992. Progression and
    resolution of megalocytic hepatopathy with exocrine pancreatic metaplasia in a
    population of cultured juvenile striped bass *Morone saxatilis*. Dis. Aquat. Org. vol.
    13, no. 3, pp. 189-202.

Grove, R. Nakamuro, M. Kakimoto, H. and  Sonu, C. 1994 Aquatic Habitat Technology
    in Japan. Bulletin of Marine Science 55(2-3): 276-294, 1994.

Hadley, N.H. 1992.  Effects of hard clam hatchery management practices on productivity
    and on broodstock quality. J. Shellfish Res., vol. 11, no. 1, p. 196.

Hagood, R. W., G. N. Rothwell, M. Stafford and M. Tosaki 1981.  Preliminary report on
    the aquacultural development of dolphin fish, *Coryphaena hippurus* (Linneaus).
    Proc. World mar. Soc. 12(11):135-139.

Hagood, R., G.N. Rothwell, M, Swaford and M. Tosaki 1981 Preliminary report on the
    aquaculture developement of the dolphin fish, *Coryphaena hippurus* (Linnaeus),
    Journal of the World Mariculture Society 12(1):135-139

Hagood, R.W., Rothwell, G. N. 1979.  Sea Grant interim project report, 1979.
    Aquaculture in tropical ocean, Coryphaena sp.  Oceanic Institute, Makapuu
    Point, Waimanalo, HI, 96795.

Halbrendt, C.K., Aull-Hyde, R., Dunkers, D.A. 1993.  Expert opinions on critical
    production factors for sustained growth of the hybrid striped bass industry. Trans.
    Am. Fish. Soc. vol. 123, no. 1, pp. 94-100.

Hargraves, J. Rakocy, J., and Bailey, D. 1991 Effects of diffussed aeration and stocking
    density on growth, feed conversion, and production of Florida Red Tilapia in
    cages. Journal of World Aquaculture Vol. 22, No. 1 March 1991.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Harmon, P., Peterson, R. 1994.  The effect of temperature and salinity on the growth of striped bass (*Morone saxatilis*).  Bull. Aquacult. Assoc. Cananda  no. 94-2, pp. 45-47.

Harms, C.A., Sullivan, C.V., Hodson, R.G., Stoskopf, M.K. 1996.  Clinical pathology and histopathology characteristics of net-stressed striped bass with "red tail".  J. Aquat. Anim. Health  vol. 8, no. 1, pp. 82-86.

Harrell, R.M. 1985.  Survival and production of one- and seven-day-old striped bass larvae in hatchery ponds.   J. World Maricult. Soc. 1986. vol. 16, pp. 82-86

Harrell, R.M. 1992.   Stress mitigation by use of salt and anesthetic for wild striped bass captured for brood stock.  Prog. Fish. Cult. vol. 54, no. 4, pp. 228-233

Harrell, R.M., Moline, M.A. 1992. Comparative stress dynamics of brood stock striped bass *Morone saxatilis*  associated with two capture techniques. J. World Aquacult. Soc. vol. 23, no. 1, pp. 58-63

Harrell, R.M., Woods, L.C.,III 1995.  Comparative fatty acid composition of eggs from domesticated and wild striped bass (*Morone saxatilis*). Aquaculture  vol. 133, no. 3-4, pp. 225-233.

Hassler, W. W. and Rainville 1975.  Techniques for hatching and rearing dolphin, *Coryphaena hippurus*, through larval and juvenile stages.  Univ. NC Sea Grant Prog. UNC-SG-75-31, 17pp.

Hassler, W. W. and W.T. Hogarth 1977.  The growth and culture of dolphin fish, *Coryphaena hippurus*, in North Carolina.  Aquaculture 12:115-122.

Hassler,W. W. and R. P. Rainville 1975.  Techniques for hatching and rearing cobia, *Rachycentron canadum*, through larval and juvenile stages, Univ. of N.C. Sea Grant pub. UNC-SG-75-30.

Head, W. D., W. O. Watanabe, S. C. Ellis and E. P. Ellis 1996.  Hormone-induced multiple spawning of captive Nassau grouper broodstock.  Prog. Fish-Cult. 58:65-69.

Hedgecock, D. 1995.   Genetics and broodstock management. Triennial Meeting of Fish Culture Section of the Am. Fish. Soc., World Aquac. Soc. and Nat. Shellfisheries Soc., P. 268, J. Shellfish Res., vol. 14, no. 1.

Heemstra, P. C. and J. E. Randall 1993.  FAO species catalogue, Vol. 16. Groupers of the World.  FAO Fisheries Synopsis no. 125, Vol. 16.

 **WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Henderson-Arzapalo, A. 1992.  Red drum aquaculture. REV. AQUAT. SCI., vol. 6, no. 5-6, pp. 479-491.

Henderson-Arzapalo, A. 1995.  Review of nursery and grow-out culture techniques for red drum (*Sciaenops ocellatus*). In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 67-79.

Henderson-Arzapalo, A., Colura, R.L., Maciorowski, A. F. 1994.  A comparison of black drum, red drum, and their hybrid in saltwater pond culture. J. World Aquacult. Soc., vol. 25, no. 2, pp. 289-296.

Henderson-Arzapalo, A., Lemm, C., Hawkinson, J., Keyes, P. 1992.  Tricaine used to separate phase-I striped bass with uninflated gas bladders from normal fish.  Prog. Fish. Cult. vol. 54, no. 2, pp. 133-135.

Henderson-Arzapolo, A., R. L. Colura and A. F. Maciorowski 1988.  Temperature and photoperiod induced maturation of summer flounder.  Management data series no. 154, Texas Parks and Wildlife Dept., Austin, Texas, USA.

Hildebrand, H.H. 1982.  A historical review of the status of sea turtle populations in the western Gulf of Mexico.  In: Bjorndal, KA-, ed.  Biology and conservation of sea turtles.  Proc.  World Conf.  Sea Turtle Conserv.  November 26-30, 1979.  Smithsonian Institution Press.  Washington, DC. 583 pp.

Hilsdorf, A.W. 1995.  Conservation of fish genetic diversity in Brazil.  Aquacult. News, pp. 37-39.

Hirata, H., S. Kadowaki, and S. Ishida. 1994.  Evaluation of water quality by observation of dissolved oxygen content in mariculture farms. Bulletin of National Res. Institute of Aquaculture, 1:61-65 (1994)

Hislop, J. R. G.  1988.  The influence of maternal length and age on the size and weight of eggs and the relative fecundity of the haddock, *Melanogrammus aeglefinus*, in British waters.  J. Fish Biol.  32: 923-930.

Hodson, R. G. 1991.  Hybrid striped bass culture in ponds.  In: Handbook of Mariculture: Vol II, Finfish Aquaculture. J.P. McVey, Ed. CRC Press, FL, pp.167-191.

Hodson, R.G., Jarvis, J. 1990.  Raising hybrid striped bass in ponds. SEA-GRANT-PUBL.-N.C.-UNIV.-SEA-GRANT-PROGRAM  47 pp.



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Hodson, R.G., Sullivan, C.V. 1993.  Induced maturation and spawning of domestic and wild striped bass, *Morone saxatilis* (Walbaum), broodstock with implanted GnRH analogue and injected hCG.  Aquacult. Fish. Manage. vol. 24, no. 3, pp. 389-398.

Hoff, F. H., C. Rowell and T. Pulver  1972.  Artificially induced spawning of Florida pompano under controlled conditions.  Proc. World Mar. Soc. 3:53-64.

Hoff, F. H., J. Mountain, T. Frakes and K. Halscott  1978a.  Spawning, oocyte development and larvae rearing of Florida pompano (*Trachinotus carolinus*).  Proc. World Mar. Soc. 279-297.

Hoff, F. H., T. Pulver and J. Mountain 1978b.  Conditioning Florida pompano (*Trachinotus carolinus*) for continuous spawning.  Proc. World Mar. Soc. 299-309.

Hogans, W.E. 1994.  Cage culture of striped bass in marine waters of the lower Bay of Fundy.  Prog. Fish. Cult. vol. 56, no. 4, pp. 255-257.

Holland, M.C., Mylonas, C.C., Zohar, Y. 1996.  Sperm characteristics of precocious 1-year-old male striped bass *Morone saxatilis*.  J. World Aquacult. Soc. vol. 27, no. 2, pp. 208-212.

Holland, M.C.H., Hassin, S., Mananos, E.L., Mylonas, C.C., Zohar, Y. 1995.  The effects of sustained administration of testosterone and GnRHa on GTH-2 levels and gametogenesis in immature striped bass, *Morone saxatilis*.  PROCEEDINGS-OF-THE-FIFTH-INTERNATIONAL-SYMPOSIUM-ON-THE-REPRODUCTIVE-PHYSIOLOGY-OF-FISH, THE-UNIVERSITY-OF-TEXAS-AT-AUSTIN, 2-8-JULY-1995. Goetz, F.W.,Thomas, P.-eds. AUSTIN, TX-USA FISH-SYMPOSIUM-95  p. 120.

Holm, J. C. and J. Thoreson 1986.  Flounder (*Platichthys flesus*) in salmonid tank and cage culture.  J. Applied Ichthyol. 2(2):49-58.

Holt, G. J. 1993.  Feeding larval red drum on microparticulate diets in a closed recirculating water system. J. World Aquacult. Soc. 24(2):225-230.

Holt, G. J. and C. R. Arnold 1983.  Effects of ammonia and nitrite on growth and survival of red drum eggs and larvae.  Trans. Am. Fish. Soc. 112:314-318.

Holt, G. J., C. R. Arnold and C. M. Reiley 1987. Intensive culture of larval and post larval red drum In: Manual on red drum aquaculture. G. W. Chamberlain, R. J. Miget and M. G. Haby (eds.)  TAMU Sea Grant college program, Conference draft.



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Holt, GJ., Sun, F., Lavens, P., Sorgeloos, P., Jaspers, E., Ollevier, F. 1991. Lipase activity and total lipid content during early development of red drum Sciaenops ocellatus. LARVI '91., pp. 30-33, SPEC. PUBL. EUR. AQUACULT. SOC., no. 15.

Holt, S. and C. R. Arnold 1982. Growth of juvenile red snapper *Lutjanus campechanus,* in the northern Gulf of Mexico. Fish. Bull. 80(3): 644-649.

Hongke, X., Xumin, Y., Aiguang, X., Xueliang, C., Yuezhou, S., Xiangming, Y., Zhifeng, G., 1994. Comparative experiments on net cage culture of marine fishes. J. Zhenjiang Coll. Fish./Zhenjiang Shuichan Xueyuan Xuebao, vol. 13, no. 3, pp. 168-178. (In Chinese).

Houde, E. D., J. Leak, L. Dowd, S. Berkley and W. Richards 1979. Ichthyoplankton abundance and diversity in the Eastern Gulf of Mexico. Bureau of Land Management Contract No. AA 550-CT7-28, Final Report.

Houde,-E.D., Lubbers, L.,III 1986. Survival and growth of striped bass, *Morone saxatilis,* and Morone hybrid larvae: Laboratory and pond enclosure experiments. FISH.-BULL. vol. 84, no. 4, pp. 905-914.

Hrubec, T.C., Robertson, J.L., Smith, S.A., Tinker, M.K. 1996. The effect of temperature and water quality on antibody response to *Aeromonas salmonicida* in sunshine bass (*Morone chrysops x Morone saxatilis*). VET.-IMMUNOL.-IMMUNOPATHOL. vol. 50, no. 1-2, pp. 157-166.

Hrubec, T.C., Smith, S.A., Robertson, J.L., Feldman, B., Veit, H.P., Libey, G., Tinker, M.K. 1996. Blood biochemical reference intervals for sunshine bass (*Morone chrysops* x *Morone saxatilis*) in three culture systems. AM.-J.-VET.-RES. vol. 57, no. 5, pp. 624-627.

Hrubec, T.C., Smith, S.A., Robertson, J.L., Veit, H.P., Libey, G. 1994. A comparison of the hematologic reference intervals for cultured hybrid striped bass. INTERNATIONAL-SYMPOSIUM-ON-AQUATIC-ANIMAL-HEALTH,-PROGRAM-AND-ABSTRACTS. DAVIS, CA-USA UNIV.-OF-CALIFORNIA, SCHOOL-OF-VETERINARY-MEDICINE. pp. p. P-85.

Huguenin,J.E., Rothwell,G.N., Avault,J.W.,Jr. (ed.). 1979. The problems, economic potentials and system design of large future tropical marine fish cage systems. In: Proceedings of the tenth annual meeting. World Mariculture Society, Honolulu, Hawaii, January 22-26, 1979., p. 162-181.



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Hung, S.S.O., Conte, F.S., Hallen, E.F. 1993.  Effects of feeding rates on growth, body composition and nutrient metabolism in striped bass (*Morone saxatilis*) fingerlings. Aquaculture  vol. 112, no. 4, pp. 349-361.

Hunn, J.B., Greer, I.E., Grady, A.W. 1992.  Some methods for assessing the quality of striped bass for use in laboratory studies. Prog. Fish. Cult. vol. 54, no. 1, pp. 41-45.

Ikenoue, H  1993. Biology and culture of the Red Snapper *Lutjanus argentimacultus*. Pub. Research Project of Fishery Resource Development in the Kingdom of Thialand. Dept of Fisheries. 1993.

Iwata, N. and K. Kikuchi 1998. Effects of rearing conditions on the ambicoloration of cultured Japanese Flounder.  Aquaculture 98', Las Vegas Nevada (Abstract).

Jeffriess, B. 1993.  Developments in farming southern bluefin tuna.  In: de Saram, H and Krishnasamy, N (eds), TUNA '93 BANGKOK. PAPERS OF THE 3RD INFOFISH TUNA TRADE CONFERENCE, BANGKOK, THAILAND., INFOFISH, KUALA LUMPUR (MALAYSIA), 1993, pp. 124-127.

Jenkins, W. E., T. I. J. Smith, C. V. Sullivan and D. L. Berlinsky 1997.  Production of southern flounder *Paralichthys lethostigma* juveniles in an outdoor nursery pond. J. World Aquacult. Soc. 28(2):211-214.

Jenkins, W.E., Smith, T.I.J., Hopkins, J.S., Heffernan, J.A., Baird, M. 1993.  Intensive brackish water pond culture of striped bass hybrids with minimal water exchange. FROM-DISCOVERY-TO-COMMERCIALIZATION. Carrillo, M.,Dahle, L.,Morales, J.,Sorgeloos, P.,Svennevig, N.,Wyban, J.-eds. OOSTENDE-BELGIUM EUROPEAN-AQUACULTURE-SOC. no. 19 p. 392.

Jeon, I. G., K. S. Min, J. M. Lee, K. S. Kim and M. H. Son.  1993.  Optimal stocking density for olive flounder, *Paralichthys olivaceus*, rearing in tanks.  Bull. Natl. Fish. Dev. Agen. (Korea).  48: 57-70.

Jirsa, D. O., D. A. Davis and C. R. Arnold 1997.  Effects of dietary nutrient density on water quality and growth of red drum *Sciaenops ocellatus* in closed systems.  J. World Aquacult. Soc. 28(1):68-78.

Jochens, A. and W. Nowlin.  1995. Texas-Louisiana Shelf Circulation and Transport Processes Study: Year 2, Annual Report. OCS Study MMS 95-0028, U.S. Dept. of Interiors, MMS, Gulf of Mexico Region, New Orleans, Louisiana, p.172.

Johnson, S. K. 1987. Recognition and control of diseases common to grow-out aquaculture of red drum.  In: Manual on red drum aquaculture. G. W.



WALDEMAR NELSON INTERNATIONAL INC.

J:\97066\Feasibility Study Report\Bibliog_Alpha.doc

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Chamberlain, R. J. Miget and M. G. Haby (eds.)  TAMU Sea Grant college program, Conference draft.

Jory D. E., E. S. Iversen and R. H. Lewis 1985.  Culture of fishes of the genus *Trachinotus* (Carangidae) in the Western Atlantic: Prospects and problems. J. World Mar. Soc. 16:87-94.

Jory, D., Iverson' E., and Lewis, R. 1985. Culture of the genus *Trachinotus (Carangidae)* in the Western Atlantic: prospects and problems. Journal of World Mariculture Society 16:87-94 (1985).

Joseph, E. B., J. J. Norcross and W. H. Massmann 1964.  Spawning of cobia, *Rachycentron canadum*, in the Chesapeake Bay area, with observations of juvenile specimens. Ches. Sci. 5:67-71.

Kacergis, Michael C., 1996.  "High Seas Mariculture," in Reggio, V. C., Jr., comp. 1996. Mariculture associated with oil and gas structures: a compendium. In: Proceedings: Fourteenth Information Transfer Meeting, November 17, 1994, New Orleans, La. OCS Study MMS 96-0050. U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, La. 32 pp.

Kanazawa, A., S. Teshima, S. Koshio, M. Higashi and S. Itoh 1992.  Effect of L-ascorbyl-2-phosphate-Mg on the yellowtail *Seriola quinqueradiata* as a vitamin C source. Nippon Suisan Gakkaishi, 58(2):337-341.

Karahadian, C., Fowler, K.P., Cox, D.H. 1995.  Comparison of chemical composition of striped bass (*Morone saxatilis*) from three Chesapeake Bay tributaries with those of two aquaculture hybrid striped bass type. Food Chem. vol. 54, no. 4, pp. 409-418.

Kayano, Y., S. Yao, S. Yamamoto and H. Nakagawa 1993.  Effects of feeding frequency on the growth and body constituents of young red-spotted grouper, *Epinephelus akaara*. Aquaculture, 110:271-278.

Keembiyehetty, C.N., Gatlin, D.M.,III 1992.  Dietary lysine requirement of juvenile hybrid striped bass (*Morone chrysops* x *M. saxatilis*). Aquaculture. vol. 104, no. 3-4, pp. 271-277.

Keembiyehetty, C.N., Gatlin, D.M.,III 1993.   Total sulfur amino acid requirement of juvenile hybrid striped bass (*Morone chrysops* x *M. saxatilis*). Aquaculture. vol. 110, no. 3-4, pp. 331-339

Keenan, C., Salini, J. 1990.   The genetic implications of mixing barramundi stocks in Australia. Australian Society For Fish Biology Workshop. Introduced and Translocated Fishes and Their Ecological Effects, Australian Government



**WALDEMAR NELSON INTERNATIONAL INC.**

Publishing Service, Canberra, A.C.T. (Australia), pp. 145-150, Proc. Bur. Rural Resour., no. 8.

Kelly, A.M., Kohler, C.C. 1996. Sunshine bass performance in ponds, cages, and indoor tanks. Prog. Fish. Cult. vol. 58, no. 1, pp. 55-58.

Kerby, J. H., J. D. Bayless and R. M. Harrell 1985. Growth, survival, and harvest of striped bass produced with cryopreserved spermatozoa. Trans. Am. Fish. Soc. 114:761-765.

Kerby, J.H., Woods, L.C.,III, Huish, M.T. 1983. Pond culture of striped bass x white bass hybrids. J. World Maricult. Soc. vol. 14, pp. 613-623

Kim, H. B. and J. G. Myoung 1995. Yellowtail (*Seriola quinqueradiata*), red seabream (*Pagrus major*) and salmon (*Oncorhynchus* sp.) culture in Korea. In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 91-99.

King, W., Ghosh, V.S., Thomas, P., Sullivan, C.V. 1995. Ovarian receptors for 17 alpha -20 beta ,21-trihydroxy-4-pregnen-3-one (20 beta -S) in striped bass. PROCEEDINGS-OF-THE-FIFTH-INTERNATIONAL-SYMPOSIUM-ON-THE-REPRODUCTIVE-PHYSIOLOGY-OF-FISH, THE-UNIVERSITY-OF-TEXAS-AT-AUSTIN, 2-8-JULY-1995. Goetz, F.W.,Thomas, P.-eds. AUSTIN, TX-USA FISH-SYMPOSIUM-95 p. 314.

Kinman, B. 1995. Use of cultured fish for put-grow-and-take fisheries in Kentucky impoundments. USES-AND-EFFECTS-OF-CULTURED-FISHES-IN-AQUATIC-ECOSYSTEMS. Schramm, H.L., Jr.,Piper, R.G.-eds. BETHESDA, MD-USA AMERICAN-FISHERIES-SOCIETY vol. 15 pp. 518-526.

Kishida, M., Anderson, T.R., Specker, J.L. 1992. Induction by beta -estradiol of vitellogenin in striped bass (*Morone saxatilis*), Characterization and quantification in plasma and mucus. GEN.-COMP.-ENDOCRINOL. vol. 88, no. 1, pp. 29-39

Kloth, T. C. 1980. Observations on the spawning behavior of captive Florida pompano, *Trachinotus carolinus*. Copeia, 4:884-886.

Kohbara, J., I. Hidaka, T. Morishita and T. Miyajima 1993. The feeding-stimulatory effectiveness of L-lactic acid on the young yellowtail *Seriola quinqueradiata*. Nippon Suisan Gakkaishi, 59(1):p183.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Kraul, S. 1989.  Review and current status of the aquaculture potential for the mahimahi, *Coryphaena hippurus*. In: Advances in tropical aquaculture, Tahiti. AQUACOP IFREMER. Actes de Colloque, 9:445-459.

Kraul, S. 1991.  Hatchery Methods for the Mahimahi, *Coryphaena hippurus*, at the Waikiki Aquarium. In: Handbook of Mariculture: Vol II, Finfish Aquaculture. J. P. McVey, Ed. CRC Press, FL, pp.149-166.

Kraul, S. 1993.  Larviculture of the Mahimahi *Coryphaena hippurus* in Hawaii, USA.  J. World Aquacult. Soc. 24(3):410-421.

Kraul, S., A. Nelson, K. Brittain, H. Ako and A. Ogasawara 1992.  Evaluation of live feeds for larval and postlarval mahimahi *Coryphaena hippurus*.  J. World Aquacult. Soc. 23(4):299-306.

Kraul, S., Ako, H. 1993. Successful methods for MahiMahi aquaculture. From discovery to commercialization Oostend-Belgium European-Aquaculture-Society 1993 no. 19 p.403.

Kraul, S., K. Brittain, R. Cantrell and T. Nagao 1993.  Nutritional factors affecting stress resistance in the larval mahimahi *Coryphaena hippurus*.  J. World Aquacult. Soc. 24(2):186-193.

Kreiberg, H., Powell, J.  Metomidate sedation reduces handling stress in chinook salmon. J. WORLD-AQUACULT. 1991 vol. 22, no. 4, pp. 58-59.

Landsberg, J.H. 1993.  Kidney myxosporean parasites in red drum *Sciaenops ocellatus* (Sciaenidae) from Florida, USA, with a description of *Parvicapsula renalis* n. sp. DIS. AQUAT. ORG., vol. 17, no. 1, pp. 9-16.

Lasswell, J. L., B. W. Lyons and W. H. Bailey  1978.  Hormone induced spawning of southern flounder.  Prog. Fish Cult. 40:154.

Lasswell, J. L., G. Garza and W. H. Bailey.  1977.  Status of marine fish introductions into freshwater of Texas.  Texas Parks and Wildlife Dept. PWD Report No. 3000-35.

Lazzari, A. 1991.  Some notes to the aquaculture development of the new Mediterranean species: the yellowtail (*Seriola dumerilii*), case and strategy to come. EAS special publication no. 14,  P. 183-184.

LeaMaster, B. R. and A. C. Ostrowski 1988.  Vibriosis in captive dolphins.  Prog. Fish-Cult.  50:251-254.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Leclerc, G.M., Ely, B., Xu, Xiao-Lan, Harrell, R.M. 1996.  Gynogen production in hybrid striped bass.  J. World Aquacult. Soc. vol. 27, no. 1, pp. 119-125.

Lee, W. Y., G. J. Holt and C. R. Arnold 1984.  Growth of red drum larvae in the laboratory.  Trans. Am. Fish. Soc. 113:243-246.

Lemm, C.A., Herman, R.L., Lemarie, D.P., Arzapalo, A. 1993.  Effects of diet and environmental salinity on the growth, mortality, and tissue structure of juvenile striped bass.  J. Aquat. Anim. Health  vol. 5, no. 4, pp. 294-305.

Li, J. 1995.  A review of nursery and growout culture techniques for marine finfish in China.  In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 113-119.

Liao, D.S. 1985.  The economic and market potential for hybrid bass aquaculture in estuarine waters, A preliminary evaluation.  J. World Maricult. Soc. 1986. vol. 16, pp. 151-157

Liao, I. C., M. Su and S. Chang 1995.  A review of the nursery and growout techniques of high-value marine finfishes in Taiwan.  In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 121-137.

Lim, L. C., L. Cheong, H. B. Lee and H. H. Heng 1985.  Induced breeding studies of the John's snapper *Lutjanus johni* (Bloch), in Singapore. Singapore J. Pri. Ind. 13(2):70-83.

Litvak, M. K.  1994.  Winter flounder culture.  Bull. Aquacult. Assoc. Can.  94: 4-8.

Lochmann, R.T., Gatlin, D.M., III 1993.  Evaluation of different types and levels of triglycerides, singly and in combination with different levels of n-3 highly unsaturated fatty acid ethyl esters in diets of juvenile red drum, *Sciaenops ocellatus*. Aquaculture, vol. 114, no. 1-2, pp. 113-130.

Lochmann, R.T., Gatlin, D.M., III 1993.Essential fatty acid requirement of juvenile red drum (*Sciaenops ocellatus*). Fish Physiol. Biochem., vol. 12, no. 3, pp. 221-235.

Loftus, W. F. 1992.  *Lutjanus ambiguus*, (Poey) a natural intergeneric hybrid of *Ocyurus chrysurus* (Bloch) and *Lutjanus synagris* (Linneus).  Bull. Mar. Sci. 50:348-355.

Lohoefener, R., W. Hoggard, Y- Mullin, C. Roden, and C. Rogers. 1990.  Association of sea turtles with petroleum platforms in the north-central Gulf of Mexico.  U.S.

 WALDEMAR NELSON INTERNATIONAL INC.

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, LA.  OCS Study/MMS 90-0025.90 pp.

Lotz, J. M., R. M. Overstreet and J. S. Franks 1996.  Gonadal maturation in the cobia, *Rachycentron canadum*, from the northcentral Gulf of Mexico.  Gulf Res. Rep. 9(3):147-159.

Lovell, T. 1989 Nutrition and feeding fish. ISBN0-412-12291-X. Chapman and Hall 115 5th Ave, New York NY 10003

Lovell, T. 1989. Nutrition and feeding of fish. Chapman and Hall Pub. ISBN 0412-12291-X. Pub. 115 Fifth Ave New York NY.

Lowery, G.H. 1974.  The mammals of Louisiana and its adjacent waters.  Baton Rouge, LA: Louisiana State University Press. 565 pp.

Ludwig, G.M. 1993. Effects of trichlorfon, fenthion, and diflubenzuron on the zooplankton community and on production of reciprocal-cross hybrid striped bass fry in culture ponds. Aquaculture. vol. 110, no. 3-4, pp. 301-319.

Ludwig, G.M. 1994.  Tank culture of sunshine bass *Morone chrysops* x *M. saxatilis* fry with freshwater rotifers *Brachionus calyciflorus* and salmon starter meal as first food sources.  J. World Aquacult. Soc. vol. 25, no. 2, pp. 337-341.

Ludwig, G.M., Tackett, D.L. 1991. Relation between bar grader size and size of striped bass. Prog. Fish. Cult. vol. 53, no. 2, pp. 128-129.

Lund, E.D., Place, A.R., Sullivan, C.V. 1995.  Lipid contents of female striped bass plasma and ovaries exhibit seasonal changes associated with oocyte maturation. PROCEEDINGS-OF-THE-FIFTH-INTERNATIONAL-SYMPOSIUM-ON-THE-REPRODUCTIVE-PHYSIOLOGY-OF-FISH, THE-UNIVERSITY-OF-TEXAS-AT-AUSTIN, 2-8-JULY-1995. Goetz, F.W.,Thomas, P.-eds. AUSTIN, TX-USA FISH-SYMPOSIUM-95  p. 371.

Lutnesky, M. M. F., and J. P. Szyper 1990.  Respiratory and behavioral responses of juvenile dolphin fish to dissolved oxygen concentration.  Prog. Fish-Cult. 52:178-185.

Lutz, C. G., W. R. Walters and W. J. Landry 1997.  Red drum *Sciaenops ocellatus* field trials: economic implications.  J. World Aquac. Soc.  28(4): 412-419.

Mace, T.F., Harvey, B.J. 1994.  Establishing a gene bank for aquaculture in Colombia. World Aquacult., vol. 25, no. 2, pp. 26-28.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

MacKenzie, DS, Moon, HY, Gatlin, DM III, Perez, LR 1993.  Dietary effects on thyroid hormones in the red drum, *Sciaenops ocellatus*.  PROCEEDINGS OF THE SECOND INTERNATIONAL SYMPOSIUM OF FISH ENDOCRINOLOGY., pp. 329-335, FISH PHYSIOL. BIOCHEM., vol. 11, no. 1-6.

Magnuson, J.J., B.A. Block, R.B. Deriso, J.R. Gold, W.S. Grant, T.J. Quinn, S.B. Saila, L. Shapiro, E.D. Stevens. 1994.  An assessment of Atlantic bluefin tuna. National Research Council.  National Academy Press, Wash. D.C. 148 pp.

Malloy, K. D. and T. E. Targett 1991.  Feeding, growth and survival of juvenile summer flounder *Paralichthys dentatus*: Experimental analysis of the effects of temperature and salinity.  Mar. Ecol. Prog. Ser. 72:213-223.

Malloy, K. D. and T. E. Targett 1994.  Effects of ration limitation and low temperature on growth, biochemical condition, and survival of juvenile summer flounder from two Atlantic coast  nurseries.  Trans. Am. Fish. Soc. 123:182-193.

Manooch, C. S. III 1984. Fishes of the southeastern United States.  North Carolina State Museum of Natural History, Raleigh, NC, 362pp.

Manooch, C. S., III and J. C. Potts 1997.  Age, growth and mortality of greater amberjack from the southeastern United States.  Fish. Res. 30:229-240.

Manooch, C.S., III and Drennon, C.L. 1987.  Age and growth of yellowtail snapper and queen triggerfish collected from the U.S. Virgin Islands and Puerto Rico. Fish. Res., vol. 6, no. 1, pp. 53-68.

Mason, D.L., and Manooch, C. S., III 1985.  Age and growth of mutton snapper along the east coast of Florida. Fish. Res., vol. 3, no. 2, pp. 93-104.

Massee, K.C., Rust, M.B., Hardy, R.W., Stickney, R.R. 1995.  The effectiveness of tricaine, quinaldine sulfate and metomidate as anesthetics for larval fish. Aquaculture, vol. 134, no. 3-4, pp. 351-359.

Matlock, G. C. 1987. The life history of red drum.  In: Manual on red drum aquaculture. G. W. Chamberlain, R. J. Miget and M. G. Haby (eds.)  TAMU Sea Grant college program, Conference draft.

Matsuoka 1995. A review of the nursery and grow-out culture techniques for flounder (*Paralichthys olivaceus*) in Japan.  In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 139-145.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Mazik, P.M., Simco, B.A. 1994.  The effects of size, water hardness, salt levels and MS-222 on the survival and stress response in striped bass (*Morone saxatilis*).  HIGH-PERFORMANCE-FISH,-PROCEEDINGS-OF-AN-INTERNATIONAL-FISH-PHYSIOLOGY-SYMPOSIUM-AT-THE-UNIVERSITY-OF-BRITISH-COLUMBIA-IN-VANCOUVER, CANADA, JULY-16-21-1994. MacKinlay, D.D.-ed. VANCOUVER, BC-CANADA FISH-PHYSIOLOGY-ASSOCIATION  pp. 425-430.

Mazik, P.M., Simco, B.A., Parker, N.C. 1991. Influence of water hardness and salts on survival and physiological characteristics of striped bass during and after transport. Trans. Am. Fish. Soc. vol. 120, no. 1, pp. 121-126.

McBryde, G. 1994.  Financial characteristics of a red drum aquaculture firm with winter nursery production.  Aquaculture, vol. 122, no. 2-3, pp. 107-118.

McCraren, J. P. (Ed.). 1984.  The aquaculture of striped bass: A proceedings.  University of Maryland Sea Grant, UM-SG-MAP-84-01, 262pp.

McEachron, L.W., McCarty, C.E., Vega, R. R. 1994.  Texas red drum enhancement works.  MARINE FISH CULTURE AND ENHANCEMENT  Washington Univ., Seattle (USA). Sea Grant Program, 59 pp

McEachron, L.W., McCarty, C.E., Vega, R.R. 1995.  Beneficial uses of marine fish hatcheries: Enhancement of red drum  in Texas coastal waters. USES AND EFFECTS OF CULTURED FISHES IN AQUATIC ECOSYSTEMS.  AMERICAN FISHERIES SOCIETY, BETHESDA, MD (USA), pp. 161-166.

McEachron, L.W., McCarty, C.E., Vega, R.R. 1995.  Successful enhancement of the Texas red drum (*Sciaenops ocellatus*) population.   INTERACTIONS BETWEEN CULTURED SPECIES AND NATURALLY OCCURRING SPECIES IN THE ENVIRONMENT., pp. 53-56, US-JAPAN COOP.  PROGRAM NAT. RESOUR. TECH. REP., no. 22.

McGoogan, BB, Reigh, RC 1996.  Apparent digestibility of selected ingredients in red drum (*Sciaenops ocellatus*) diets.  Aquaculture, vol. 141, no. 3-4, pp. 233-244.

McMaster, M. F. 1988.  Pompano culture: past success and present opportunities.  Aquaculture Magazine.  May/June 88' p. 28-34.

Meilahn, CW, Davis, DA, Arnold, CR  1996.  Effects of commercial fish meal analogue and menhaden fish meal on growth of red drum fed isonitrogenous diets.  Prog. Fish. Cult., vol. 58, no. 2, pp. 111-116,

 **WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Meyer, G. H. and J. S. Franks 1996.  Food of cobia, *Rachycentron canadum*, from the northcentral Gulf of Mexico.  Gulf Res. Rep. 9(3):161-167.

Miget 1997 Phone conversation after reading: The development of Marine Fish Cage Culture in Association with Offshore Oil Rigs. Culture of High Value Marine Fishes in the Asia and United States. Edited by Kevan L. Main and Cheryl Rosenfeld. Pub. Oceanic Institute 1994

Miget, R. 1995.  Development of marine fish cage culture in association with offshore oil rigs. In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 241-248.

Miget, R. 1996.  Assessment of an offshore net pen finfish production system in the Gulf of Mexico. Private report.

Miget, R. 1996. Assessment of an offshore net pen finfish production system in the Gulf of Mexico. Sustainable Aquaculture 96 Pacon International. P.O. Box 11568 Honolulu, Hawaii 96828 USA.

Minkkinen, S.P., Stence, C.P., Richardson, B.M. 1995.  The use of hatchery-produced striped bass for stock restoration and validation of stock parameters. USES-AND-EFFECTS-OF-CULTURED-FISHES-IN-AQUATIC-ECOSYSTEMS. Schramm, H.L., Jr.,Piper, R.G.-eds. BETHESDA, MD-USA AMERICAN-FISHERIES-SOCIETY  vol. 15 pp. 555-556.

Minton, R. V., J. P. Hawke and W. M. Tatum  1983.  Hormone induced spawning of red snapper, *Lutjanus campechanus*.  Aquaculture, 30(4):363-368.

Mitchell, A. J.  1984.   In: McCraren, J. P. (Ed.). Parasites and diseases of striped bass. The aquaculture of striped bass: A proceedings.  University of Maryland Sea Grant, UM-SG-MAP-84-01, pp177-204pp.

Mitchell, S.J., Cech, J.J.,Jr. 1994.  Comparison of metabolic rates of striped bass, white bass, and their hybrid at selected temperatures and dissolved oxygen levels. HIGH-PERFORMANCE-FISH,-PROCEEDINGS-OF-AN-INTERNATIONAL-FISH-PHYSIOLOGY-SYMPOSIUM-AT-THE-UNIVERSITY-OF-BRITISH-COLUMBIA-IN-VANCOUVER, CANADA, JULY-16-21-1994. MacKinlay, D.D.-ed. VANCOUVER, BC-CANADA FISH-PHYSIOLOGY-ASSOCIATION pp. 275-279.

Mitrofanov, Y.A., Lesnikova, L.N. 1996.  Fish-culture of Pacific salmons increases the number of heredity defects.     Proceedings of the Workshop on the Okhotsk Sea and Adjacent Areas., pp. 363-366, Pices Sci. Rep., no. 6.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

MMS EIS 1993 Draft Environmental Impact Statement Gulf of Mexico Sales 147 and 150: Central and Western Planning Areas Volume II: Section IV.D. through IX. Minerals Management Service Gulf of Mexico OCS Region. MMS 93-0012

Modde, T. and S. T. Ross 1981. Seasonality of fishes occupying a surf zone habitat in the northern Gulf of Mexico. Fish. Bull. 78(4):911-922.

Modde, T. and S. T. Ross 1983. Trophic relationships of fishes occurring within a surf zone habitat in the northern Gulf of Mexico. Northeast Gulf Sci. 6(2):109-120.

Moon, Hae-Young Lee, Gatlin, DM III 1994. Effects of dietary animal proteins on growth and body composition of the red drum (*Sciaenops ocellatus*). Aquaculture, vol. 120, no. 3-4, pp. 327-340.

Moon, HY, Gatlin, DM III 1990. Amino acid nutrition of the red drum (*Sciaenops ocellatus*): Determination of limiting amino acids and development of a suitable amino acid test diet. THE CURRENT STATUS OF FISH NUTRITION IN AQUACULTURE. THE PROCEEDINGS OF THE THIRD INTERNATIONAL SYMPOSIUM ON FEEDING AND NUTRITION IN FISH. AUGUST 28-SEPTEMBER 1, 1989, TOBA, JAPAN., pp. 201-208.

Moran, D. 1988. Species profiles: Life histories and environmental requirements of coastal fishes and invertebrates (Gulf of Mexico)–Red Snapper. Biological Report 82, U.S. Fish and Wildlife Service.

Morgan, J. D., S. K. Balfry, M. M. Vijayan and G. K. Iwama 1996. Physiological responses to hyposaline exposure and handling and confinement stress in juvenile dolphin (mahimahi: *Coryphaena hippurus*). Can. J. Fish. Aquat. Sci. 53:1736-1740.

Morse, W. W. 1981. Reproduction of the summer flounder, *Paralichthys dentatus* (L.). J. Fish. Biol. 19:189-203.

Mylonas, C.C., Zohar, Y. 1995. Preparation and evaluation of GnRHa-loaded, polymeric delivery systems for the induction of ovulation and spermiation in cultured fish. PROCEEDINGS-OF-THE-FIFTH-INTERNATIONAL-SYMPOSIUM-ON-THE-REPRODUCTIVE-PHYSIOLOGY-OF-FISH, THE-UNIVERSITY-OF-TEXAS-AT-AUSTIN, 2-8-JULY-1995. Goetz, F.W.,Thomas, P.-eds. AUSTIN, TX-USA FISH-SYMPOSIUM-95 p. 130.

Mylonas, Costadinos-C., Magnus, Yoav, Gissis, Ahikam, Klebanov, Yonathan, Zohar, Yonathan 1996. Application of controlled-release, GnRHa-delivery systems in commercial production of white bass x striped bass hybrids (sunshine bass), using captive broodstocks. Aquaculture vol. 140, no. 3, pp. 265-280.



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Nakada, M. and T. Murai 1991. Yellowtail aquaculture in Japan. In: Handbook of Mariculture: Vol II, Finfish Aquaculture. J. P. McVey, Ed. CRC Press, FL, pp.55-72.

National Research Council (NRC). 1990. The decline of sea turtles: causes and preven@on. Committee on Sea Turtle Conservation. Washington, DC: National Academy Press. 183 pp.

National Research Council, 1978. Aquaculture in the United States: Constraints and Opportunities.

National Research Council, 1992. Marine Aquaculture: Opportunities for Growth. National Academy Press, Washington, D.C.

Nedoluha, P.C., Westhoff, D. 1993. Microbiological flora of aquacultured hybrid striped bass. J. Food Prot. vol. 56, no. 12, pp. 1054-1060.

Nedoluha, P.C., Westhoff, D. 1995. Microbiological analysis of striped bass (*Morone saxatilis*) grown in flow-through tanks. J. Food Prot. vol. 58, no. 12, pp. 1363-1368.

Neidig, C., Dufault, P., DeBruler, R., Skapura, D., Koulish, S. 1996. Gonadal sex reversal with methyl testosterone implants in Red Grouper, *Epinephelus morio*. In: Aquaculture America. Feb 14-17, 1996. Arlington, TX. (Abstract only).

Neill, W. H. 1987. Environmental requirements of red drum. In: Manual on red drum aquaculture. G. W. Chamberlain, R. J. Miget and M. G. Haby (eds.) TAMU Sea Grant college program, Conference draft.

Neill, W.H. 1994. Oxygen dynamics and fish growth in aquaculture. HIGH PERFORMANCE FISH: PROCEEDINGS OF AN INTERNATIONAL FISH PHYSIOLOGY SYMPOSIUM AT THE UNIVERSITY OF BRITISH COLUMBIA IN VANCOUVER, CANADA, JULY 16-21, 1994., FISH PHYSIOLOGY ASSOCIATION, VANCOUVER, BC (CANADA), p. 336.

Nelson, D.A. 1988. Life history and environmental requirements of loggerhead turtles. U.S. Fish and Wildlife Service Biological Report 88(23) TREL-86-2 (rev.).

Nelson, R. S. and C. S. Manooch 1982. Growth and Mortality of red snappers in the West Central Atlantic ocean and Northern Gulf of Mexico. Trans. Am. Fish. Soc. Rev. 30(10):57-62.

Nematipour, G.R., Brown, M.L., Gatlin, D.M., III 1992. Effects of dietary energy, protein ratio on growth characteristics and body composition of hybrid striped



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

bass, *Morone chrysops* (female) x *M. saxatilis* (male). Aquaculture. vol. 107, no. 4, pp. 359-368.

New, M. B. 1997.  Aquaculture and capture fisheries-balancing the scales.  World Aquacult. 28(2): 11-32.

Nichols, S. 1989. Patterns of variation for Spanish mackerel, king mackerel, bluefish, and cobia catch rates in the Gulf of Mexico fall groundfish survey. Nat. Marine Fish. Service.

Nicoll, R.  1992.  Fish farms feeding Japan's yen for tuna. Aust. Fish., vol. 51, no. 9, p. 12.

NMFS 1997.  Report to Congress: Status of the Fisheries of the United States.  See: Http://kingfish.ssp.nmfs.gov/sfa/Fstatus.html.

NMFS 1998.  NMFS Fisheries Economics and Fishery Statistics Homepage.  See: Http://kingfish.ssp.nmfs.gov/.

Noga, E.J., Smith, S.A., Landsberg, J.H. 1991. Amyloodiniosis in cultured hybrid striped bass (*Morone saxatilis* x M. chrysops ) in North Carolina. J. Aquat. Anim. Health. vol. 3, no. 4, pp. 294-297.

NRC National Research Council 1992, Marine Aquaculture: opportunities for growth: report of the committee on assessment of technology and opportunities for marine aquaculture in the U.S. ISBN 0-309-04675-0 National Academy Press WA. D.C. 1992

NRC National Research Council. 1992. Marine Aquaculture: opportunities for growth: report of the committee on assessment of technology and opportunities for marine aquaculture in the U.S. ISBN 0-309-04675-0 National Academy Press WA. D.C. 1992

O'Sullivan, D.  1993.  Farming the southern bluefin tuna.  Infofish Int., no. 6, pp. 39-44.

Oceanic Institute. 1993. Technical manual for culture of Mahimahi at the Oceanic Institute The Oceanic Institute P.O. Box 25280 Honolulu, HI, 96825.

Oestmann, DJ, Lewis, DH 1996.  Effects of 3,N-methylglucamine lasalocid on *Amyloodinium ocellatum*.  DIS. AQUAT. ORG., vol. 24, no. 3, pp. 179-184.

Ogren, L., F. Berry, K. Biorndal, H. Kumpf, R. Most, G. Medina, H. Reichart, and R. Witham. (compilers). 1989.  Proceedings of the second Western Atlantic turtle symposium, October 12-16,1987, Mayaguez, Puerto Rico.  Panama City, FL: U.S.



**WALDEMAR NELSON INTERNATIONAL INC.**

Dept. of Commerce, National Oceanic and Atmosphe6c Administration. NOAA Technical Memorandum NMFS SEFC-226.

Ogren, L.H. 1989. Dist6bution of juvenile and subadult Kemp's ddley turtles: Preliminary result from the 1984-1987 surveys. In: Proceedings of the First International Symposium on Kemp's Ridley Sea Turtle Biology, Conservation and Management, October 1-4,1985, Galveston, TX. TAMU-SG-89-105. Sea Grant College Program, Texas A&M University. pp. I 1 6-123.

Ogutu-Ohwayo, R., Hecky, R.E. 1991. Fish introductions in Africa and some of their implications. International Symposium on "The Ecological and Genetic Implications of Fish Introductions (FIN)"., pp. 8-12, Can J. Fish Aquat. Sci.. SCI., vol. 48, no. suppl. 1.

Olsen, E.J., Rulifson, R.A. 1992. Maturation and fecundity of Roanoke River-Albemarle Sound striped bass. Trans. Am. Fish. Soc. vol. 121, no. 4, pp. 524-537.

Olst, J.C.-van, Carlberg, J.M. 1990. Commercial culture of hybrid striped bass, Status and potential. Aquacult. Mag. vol. 16, no. 1, pp. 49-59.

Oppenborn, J.B., Goudie, C.A. 1993. Acute and sublethal effects of ammonia on striped bass and hybrid striped bass. J. World Aquacult. Soc. vol. 24, no. 1, pp. 90-101.

Ostrowski, A. C. 1989. Effect of rearing tank background color on early survival of dolphin larvae. Prog. Fish-Cult. 51:161-163.

Ostrowski, A. C. 1989. The amino acid and fatty acid compositions of selected tissues of the dolphin fish (*Coryphaena hippurus*) and their nutritional implications. Aquaculture, 80:285-299.

Ostrowski, A. C. 1995. Nursery and grow-out production techniques for the mahimahi (*Coryphaena hippurus*) and Pacific threadfin (*Polydactylus sexfilis*). In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 153-166.

Ostrowski, A. C. and E. O. Duerr 1994. Development of nutritional requirements and practical diets for the mahimahi (*Coryphaena hippurus*) a warm water marine carnivore. In: Proceedings of FOID '94. The third international conference on Fisheries and Ocean Industrial Development for Productivity Enhancement of Coastal Waters. National Fisheries University of Pusan, Korea. 3-4, June 1994. Pp. 191-205.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Ostrowski, A. C. and S. Divakaran 1990.  Survival and bioconversion of *n*-3 fatty acids during early development of dolphin (*Coryphaena hippurus*) larvae fed oil-enriched rotifers.  Aquaculture, 89:273-285.

Ostrowski, A. C. and S. Divakaran 1991.  Energy substrates for eggs and prefeeding larvae of the dolphin *Coryphaena hippurus*.  Marine Biol. 109:149-155.

Ostrowski, A., Kin, B.., Duerr, E., 1992. Preliminary studies on the dietary protein needs of juvenile MahiMahi (*Coryphaena hippurus*). Aquaculture 92 Growing toward the 21st century. 1992 p.176.

Ostrowski, A., Schaleger, E., and Duerr, E., 1992. Utilization of practical feeds for intensive growout of the MahiMahi (*Coryphaena hippurus*). Aquaculture 92 Growing toward the 21st century. 1992 p.177.

Ostrowski, A.C., Kim, B. Duerr, E.O. 1992. Aquaculture growing to the next century. 1992. pp.176-177.

Otha, F. and Hirahara, T. 1977. Rate of Nucleotides in Cold-Stored Carp Muscle. Kagoshima University Faculty of Fisheries Memoirs 26:97-102

Overstreet, R. M. and R. H. Edwards 1976.  Mesenchymal tumors of some estuarine fishes of the northern Gulf of Mexico. II. Subcutaneous fibromas in the southern flounder, *Paralichthys lethostigma*, and the sea catfish, *Arius felis*.  Bull. Mar. Sci. 26(1):41-48.

Palko, B. J., G. L. Beardsley and W. J. Richards 1982.  Synopsis of the biological data on dolphin-fishes, *Coryphaena hippurus* (Linnaeus) and *Coryphaena equiselis* (Linnaeus). NOAA Technical Report NMFS Circular 443.  FAO Fish. Synopsis No. 130.

Panchang, V., and Newell, C. Modeling Hydrodynamics and Aquaculture Waste Transport in Coastal Maine. Estuaries Vol. 20, No.1, p. 14-41 March 1997

Penczak, T, Galika, W. Molinski, M. Kusto, E. Zalenski, 1982. The enrichment of a mesotrophic lake by carbon, phosphorus, and nitrogen from the cage culture of rainbow trout.  Journal of Applied Ecology. 19: pp. 371-393.

Peppard, E.M., Wolters, W.R., Avault, J.W. Jr, Perry, W.G. Jr 1991.  Toxicity of chelated copper to juvenile red drum *Sciaenops ocellatus*. J. World Aquacult. Soc., vol. 22, no. 2, pp. 101-108.

Petersen, R.H., Martin-Robichaud, D.J., Berge, A. 1995.  Yolk utilization phase of teleost development, interrelationships of weight, water content, and specific gravity,



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Relationships with reproductive strategy, and usefulness in culture situations. MASS-REARING-OF-JUVENILE-FISH.-SELECTED-PAPERS-FROM-A-SYMPOSIUM-HELD-IN-BERGEN, 21-23-JUNE-1993. Pittman, K.,Batty, R.S.,Verreth, J.-eds. vol. 201 p. 203.

Peterson, R.H.-(ed.)  1991. Proceedings of a Workshop on Biology and Culture of Striped Bass (*Morone saxatilis*). Workshop on Biology and Culture of Striped Bass (*Morone saxatilis*), St. Andrews, N.B. (Canada), Sep 1990   Can. Tech. Rep. Fish. Aquat. Sci.. no. 1832, 72 pp.

Peterson, R.H., Martin-Robichaud, D.J., Berge, Aa. 1996.  Influence of temperature and salinity on length and yolk utilization of striped bass larvae. Aquacult.-Int. vol. 4, no. 2, pp. 89-103.

Phillips, N. and B. James, 1988.  Offshore Texas and Louisiana marine ecosystems data synthesis. Volume 11: synthesis report. , U.S. Dept. of Interiors, MMS, Gulf of Mexico Region, New Orleans, Louisiana, MMS 88-0066.

Pierce, R. H., and J. M. Weeks 1993.  Nitrate toxicity to five species of marine fish.  J. World Aquacult. Soc. 24(1):105-107.

Piironen, J 1993.  Report on cryopreservation of fish eggs and sperm.  Nord. Sem. Arbejdsrapp., no. 589, 28 pp.

Plante, J.M. 1996.  First sea cage anchored successfully in federal waters.  Fish Farm. News, vol. 4, vp.

Prentice, J. A.  1989.  Low-temperature tolerance of southern flounder in Texas.  Trans. Amer. Fish. Soc. 188: 30-35.

Procarione, LS, King, TL 1993.  Upper and lower temperature tolerance limits for juvenile red drums from Texas and South Carolina.  J. Aquat. Anim. Health., vol. 5, no. 3, pp. 208-212.

Pursley, M. G. 1986.  (Abstract) Effect of total water hardness and chlorides on growth survival and feed conversion of juvenile red drum (*Sciaenops ocellatus*).  MS Thesis, University of Arkansas.

Pursley, M.G., Wolters, W. R. 1994.  Effect of total water hardness and chloride on survival, growth, and feed conversion of juvenile red drum *Sciaenops ocellatus*.  J. World Aquacult. Soc., vol. 25, no. 3, pp. 448-453.

Rabalais, N. N., S. C. Rabalais and C. R. Arnold 1980.  Description of laboratory reared red snapper (*Lutjanus campechanus*).  Copeia, 4:704-708.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Rabalais, N. Turner, R., Wiseman, Jr., Dortch, Q, Justic, D., Sen Gupta. 1996 Nutrient changes in the Mississippi River and system responses on the adjacent continental shelf. Estuaries 19(2B):386407

Rana, K.  1995.  Cryopreservation of aquatic gametes and embryos: Recent advances and applications.   Proceedings of the Fifth International Symposium on the Reproductive Physiology of fish, The University of Texas at Austin,  2-8 July 1995., FISH SYMPOSIUM 95, Austin, TX (USA), 1995, pp. 85-89.

Ray, M.C. 1984. Construction and operation of a solar-heated hatchery for brine shrimp. Prog. Fish. Cult. vol. 46, no. 4, pp. 283-285.

Reagan, R. E. 1985.  Species profiles: Life histories and environmental requirements of coastal fishes and invertebrates (Gulf of Mexico): Red drum.  U.S. Fish Wild. Serv. Rep. 82(11.36):16pp.

Reagan, R. E., Jr. and W. M. Wingo 1985.  Species profile: Life histories and environmental requirements of coastal fishes and invertebrates (Gulf of Mexico): Southern Flounder.  U.S. Fish Wild. Serv. Rep. 82(11.30): 9pp.

Reardon, I. S., Harrell, R.M. 1994.  Effects of varying salinities on the toxicity of potassium permanganate to larval and juvenile striped bass, *Morone saxatilis* (Walbaum).  Aquacult. Fish. Manage. vol. 25, no. 6, pp. 571-578.

Rees, R. A. and R. M. Harrell 1990.  Artificial spawning and fry production of striped bass and its hybrids.  P. 43-72 in R. M. Harrell, J. H. Kerby and V. Minton, Editors.  Culture and propagation of striped bass and its hybrids.  American Fisheries Society, Bethesda, Maryland USA.

Reggio, V. C., Jr., comp. 1996.  Mariculture associated with oil and gas structures: a compendium.  In: Proceedings: Fourteenth Information Transfer Meeting, 1994, New Orleans.  OCS Study MMS 96-0050.  U.S. Dept. of the Interior, Minerals Mgmt. Serv. 32pp.

Reggio, V.C., Jr., 1987. Rigs-to-Reefs: The Use of Obsolete Petroleum Structures as Artificial Reefs. OCS Report MMS 87-0015. U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, LA. 17 pp.

Reigh, R. Ellis, E. 1992. Effects of dietary soybean and fish-protein ratios on growth and body composition of red drum (*Sciaenops ocellatus*) fed isonitrogenous diets. Aquaculture 104 (1992) 279-292.

Rhodes, R.J. 1993.  Marketing and financial feasibility analysis considerations for culturing hybrid striped bass in a dredged material containment area.



PROCEEDINGS-OF-THE-NATIONAL-WORKSHOP-ON-CONTAINMENT-AQUACULTURE. no. 93-26 pp. 65-70.

Richards, C. E. 1965. Availability patterns of marine fishes caught by charter boats operating off Virginia's eastern shore, 1955-1962, Ches. Sci. 6(2):96-108.

Richards, C. E. 1967. Age, growth and fecundity of cobia, *Rachycentron canadum*, from Chesapeake Bay and adjacent mid-Atlantic waters. Trans. Am. Fish. Soc. 96(3): 343-350.

Richards, C. E. 1977. Cobia *(Rachycentron canadum)* tagging within Chesapeake Bay and updating of growth equations. Ches. Sci. 18(3):310-311.

Richards, W. J., and V. P. Saksena 1980. Description of larvae and early juveniles of laboratory reared gray snapper, *Lutjanus griseus* (Linnaeus) (Pisces, Lutjanidae). Bull. Mar. Sci.30: 515-521.

Richardson, L. R. and J. R. Gold 1993. Mitochondrial DNA variation in red grouper (*Epinephelus morio*) and greater amberjack (*Seriola dumerili*) from the Gulf of Mexico. ICES, 50:53-62.

Richardson, L. R. and J. R. Gold 1993. Mitochondrial DNA variation in red grouper (*Epinephelus morio*) and greater amberjack (*Seriola dumerili*) from the Gulf of Mexico. ICES, 50:53-62.

Richardson, L. R. and J. R. Gold 1997. Mitochondrial DNA diversity in and population structure of red grouper, *Epinephelus morio*, from the Gulf of Mexico Fish. Bull., vol. 95, no. 1, pp. 174-179.

Richardson, W.J., C.R. Green, C., Malme C., Thompson D., 1991. Affects of Noise on Marine Mammals. U.S. Dept. of Interiors, MMS, Atlantic OCS Region, Herndon, VA. OCS Study MMS 90-0093

Rieser, Alison, 1996. "Defining the Federal Role in Offshore Aquaculture: Should It Feature   Delegation to the States?" in Open Ocean Aquaculture. Proceedings of an International Conference, May 8-10, 1996, Portland, Maine. Marie Polk, editor. New Hampshire/Maine Sea   Grant College Program Rpt. # UNHMP-CP-SG-96-9. 640 pp.

Riley, C. M., G. J. Holt and C. R. Arnold 1995. Growth and morphology of larval and juvenile captive bred yellowtail snapper, *Ocyurus chrysurus*. Fish. Bull. 93:179-185.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Riley, C. M., S. A. Holt, G. J. Holt, E. J. Buskey and C. R. Arnold 1989.  Mortality of larval red drum (*Sciaenops ocellatus*) associated with a *Ptychodiscus brevis* red tide.  Contrib. Mar. Sci. 31:137-146.

Riley, C., Holt, J., and Arnold, C.  1995. Growth and morphology of larval and juvenile captive bred yellowtail snapper, *Ocyurus chrysurus*. Fishery Bulletin 93: 179-185 (1995).

Roberts, D. E., Jr., Falls, W., Grier, H., Halstead, W., Landsberg, J., Willis, S., 1994.  Coastal marine fish stock enhancement in Florida: A systematic approach. World Aquaculture 94', New Orleans, LA, p.128, Abstract.

Robinson, E. H. 1988.  Nutritional requirements of red drum: A review.  In: RED DRUM AQUACULTURE.   PROCEEDINGS OF A SYMPOSIUM ON THE CULTURE OF RED DRUM AND OTHER WARM WATER FISHES., pp. 11-20, CONTRIB. MAR. SCI., vol. 30.

Robinson, E. H. 1991.  Red Drum.  In: Handbook of nutrient requirements of finfish.  CRC Press, Boca Roton, FL., pp145-152.

Robinson, E.H. 1990.  Nutrition and feeding of red drum.  RED DRUM AQUACULTURE., pp. 109-112, REP. TEX. A&M UNIV. SEA GRANT PROGRAM.

Rogers, S. G., T. E. Targett and S. B. Van Sant 1984.  Fish-nursery use in Georgia salt-marsh estuaries: The influence of springtime freshwater conditions.  Trans. Am. Fish. Soc. 113:595-606.

Rogers, W.A., Xu, Dehai 1992.  Protective immunity induced by a commercial *Vibrio* vaccine in hybrid striped bass.  J. Aquat. Anim. Health. vol. 4, no. 4, pp. 303-305.

Rossberg, K. S and R. K. Strawn 1980b. Induced feeding and growth enhancement of black drum when cultured with Florida pompano and striped mullet.  Proc. World Mar. soc. 11:226-234.

Rossberg, K. S. and R. K. Strawn 1980a.  Comparative growth and survival of brown shrimp cultured with Florida pompano, black drum and striped mullet.  Proc. World Maricult. Soc. 11:219-225.

Rozas, L.P. and C.T. Hackney 1984.  Use of oligohaline marshes by fishes and macrofaunal crustaceans in North Carolina.  Estuaries, 7(3):213-224.

Ruangpanit, N. and R. Yashiro 1995.  A review of grouper (*Epinephelus* spp.) and seabass (*Lates calcarifer*) culture in Thailand.  In: Culture of High-Value Marine Fishes in



**WALDEMAR NELSON INTERNATIONAL INC.**

Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 167-183.

Rust, M.B., Hardy, R.W., Stickney, R.R. 1993.  A new method for force-feeding larval fish.  Aquaculture vol. 116, no. 4, pp. 341-352.

Sadove, S.S. and S.J. Morreale. 1990.  Marine mammal and sea turtle encounters with marine debris in the New York Bight and the northeast Atlantic.  In: Shomura, R.S. and M.L. Godfrey, eds.  Proceedings of the Second Intemafional Conference on Madne Debds, 2-7 ApHl 1989, Honolulu, Hawaii.  U.S. Dept. of Commerce, NOAA Tech.  Memo.  NMFS, NOAA-TM-NMFS-SWFSC-1 54. pp. 562-570.

Sakakura, Y. and K. Tsukamoto 1996.  Onset of development of cannibalistic behaviour in early life stages of yellowtail.  J. Fish Biol. 48:16-29.

Sandifer, P. A., J. S. Hopkins, A. D. Stokes and R. D. Smiley 1993.  Experimental pond grow-out of red drum, *Sciaenops ocellatus*, in South Carolina.  Aquaculture, 118:217-228.

Sandifer, P., Hopkins, S., Alvin D. Stokes, A., and Smiley, R., 1993. Experimental pond grow-out of red drum, *Sciaenops ocellatus*, in South Carolina. Aquaculture, 118 (1993) 217-228.

Schmidly, D.J. 1981.  Marine mammals of the southeastern United States coast and the Gulf of Mexico. FWS/OBS-80/41.  Washington, DC: U.S. Fish and Wildlife Service, Office of Biological Services. 163 PP.

Schmidly, D.J. and D.L. Scarborough. 1990.  Marine mammals of the Gulf of Mexico: past, present, and future.  In: Tucker & Associates, Inc. 1990.  Sea turtles and marine mammals of the Gulf of Mexico, proceedings of a workshop held in New Orleans, August 1-3, 1989.  OCS Study/MMS 90-0009.  U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, LA. pp. 63-64.

Schutz, M., May, E.B., Kraeuter, J.N., Hetrick, F.M. 1984.  Isolation of infectious pancreatic necrosis virus from an epizootic occurring in cultured striped bass, *Morone saxatilis* (Walbaum).  J. Fish Dis. vol. 7, no. 6, pp. 505-507.

Seals, C., Kempton, C.J., Tomasso, J.R.,Jr., Smith, T.I.J. 1994.  Environmental calcium does not affect production or selected blood characteristics of sunshine bass reared under normal culture conditions  Prog. Fish. Cult. vol. 56, no. 4, pp. 269-272.



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Secor, D.H., Dean, J.M., Curtis, T.A., Sessions, F.W. 1992.  Effect of female size and propagation methods on larval production at a South Carolina striped bass (*Morone saxatilis*) hatchery. Can. J. Fish Aquat. Sci. vol. 49, no. 9, pp. 1778-1787.

Secor, D.H., Dean, J.M., Hansbarger, J. 1992.  Modification of the quatrefoil light trap for use in hatchery ponds.  Prog. Fish. Cult. vol. 54, no. 3, pp. 202-205.

Sekiya, T., H. Murata, T. Sakai, K. Yamauchi, K. Yamashita, M. Ugawa, M. Kanai and M. Shimada 1991.  An attempt to control lipid peroxidation in the tissues of yellowtails and to enhance their biological protective ability by feeding high α-tocopherol brown meals.  Nippon Suisan Gakkaishi, 57(2):287-292.

Seo, C.W., Chiu, C.H., Hodson, R. 1994.  Dietary effect on  omega 3 fatty acid contents in hybrid striped bass.  J. Am. Oil. Chem. Soc. vol. 71, no. 6, pp. 661-664.

Seo-Min, B. 1995. A review of the nursery and grow-out culture techniques for flounder (*Paralichthys olivaceus*) in Korea.  In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp. 145-152.

Setzler, E. M, W. R. Boyton, K. V. Wood, H. H. Zion, L. Lubbers, N. K. Mountsford, P. Frere, L. Tucker and J. A. Mihursky 1980.  Synopsis of biological data on striped bass, *Morone saxatilis* (Walbaum). NOAA Technical Report NMFS circular 433, 69pp.

Shiau, S. and C. Lan 1996.  Optimum dietary protein level and protein to energy ratio for growth of grouper (*Epinephelus malabaricus*).  Aquaculture, 145:259-266.

Shiau, S. and Ching-wan, L. 1996. Optimum dietary protein level and protein to energy ratio for growth of grouper (*Epinephelus malabaricus*) Aquaculture 145 (1996) 259-266.

Shimeno, S., H. Hosokawa, M. Kumon, T. Masumoto and M. Ukawa 1992.  Inclusion of defatted soybean meal in diet for fingerling yellowtail.  Nippon Suisan Gakkaishi, 58(7):1319-1325.

Shimeno, S., M. Kumon, H. Ando and M. Ukawa 1993b.  The growth performance and body composition of young yellowtail fed with diets containing defatted soybean meal for a long period.  Nippon Suisan Gakkaishi, 59(5):821-825.

Shimeno, S., T. Masumoto, T. Hujita, T. Mima and S. Ueno 1993.  Alternative protein sources for fish meal in diets of young yellowtail.  Nippon Suisan Gakkaishi, 59(1):137-143.



**WALDEMAR NELSON INTERNATIONAL INC.**

**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**BIBLIOGRAPHY**

Shimeno, S., T. Mima, O. Yamamoto and Y. Ando 1993a. Effects of fermented defatted soybean meal in diet on the growth, feed conversion and body composition of juvenile yellowtail. Nippon Suisan Gakkaishi, 59(11):1883-1888.

Siharath, K., Nishioka, R.S., Bern, H.A. 1995. In vitro production of IGF-binding proteins (IGFBP) by various organs of the striped bass, *Morone saxatilis*. Aquaculture vol. 135, no. 1-3, pp. 195-203.

Smith, S.A., Levy, M.G., Noga, E.J. 1994. Detection of anti-*Amyloodinium ocellatum* antibody from cultured hybrid striped bass (*Morone saxatilis* x *M. chrysops*) during an epizootic of amyloodiniosis. J. Aquat. Anim. Health vol. 6, no. 1, pp. 79-81.

Smith, T. I. J. and W. E. Jenkins 1984. Controlled spawning of $F_1$ hybrid striped bass, (*Morone saxatilis* x *M. chrysops*) and rearing of $F_2$ progeny. J. World Maricult. Soc. 15:147-161.

Smith, T.I.J., Jenkins, W.E., Heyward, L.D. 1996. Production and extended spawning of cultured white bass broodstock. Prog. Fish. Cult. vol. 58, no. 2, pp. 85-91.

Smith, T.I.J., Jenkins, W.E., Snevel, J.F. 1986. Production characteristics of striped bass (*Morone saxatilis* ) and F1, F2 hybrids (*M. saxatilis* and *M. chrysops* ) reared in intensive tank systems. J. World Maricult. Soc. vol. 16, pp. 57-70

Soares, J.H., Small, B.C. 1996. Nutrition of intensively raised foodfish. AQUACULTURAL-ENGINEERING-SOCIETY-PROCEEDINGS-II,-SUCCESSES-AND-FAILURES-IN-COMMERCIAL-RECIRCULATING-AQUACULTURE. vol. 1, pp. 49-56.

Soletchnik, P., M. Suquet, E. Thouard and J. P. Mesdouze 1989. Spawning of yellowtail snapper (*Ocyurus chrysurus* Bloch 1791) in captivity. Aquaculture, 77:287-289.

Soletchnik, P., Thouard, E., Suquet, M. 1987. Summary of data on the rearing of two tropical fishes in Martinique: The yellowtail snapper (*Ocyurus chrysurus*) and the palometa (*Trachinotus goodei* ). DOC. SCI. POLE RECH. OCEANOL. HALIEUT. CARAIBE., no. 9, Dole de Recherche Oceanologique et Halieutique Caraibe, Fort de France (France) , 69 pp.

Specker, J.L., Woods, L.C.,III, Huang, L., Kishida, M 1995. Application of a non-invasive sex test in the aquaculture of striped bass. PROCEEDINGS-OF-THE-FIFTH-INTERNATIONAL-SYMPOSIUM-ON-THE-REPRODUCTIVE-PHYSIOLOGY-OF-FISH, THE-UNIVERSITY-OF-TEXAS-AT-AUSTIN, 2-8-JULY-1995. Goetz, F.W.,Thomas, P.-eds. AUSTIN, TX-USA FISH-SYMPOSIUM-95 pp. 96-98.



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Springer and Pirson 1958.  Fluctuations in the relative abundance of sport fishes as indicated by catch at Port Aransas, Texas 1952-1956. Pub. Inst. Mar. Sci. Univ. Texas. 5:169-185.

Stahl, C.J., Barnes, S.S. 1995.  Optimization of dissolved solids for the intensive culture of juvenile red drum, *Sciaenops ocellatus*.  J. World Aquacult.. Soc., vol. 26, no. 3, pp. 323-326.

Stevens, R. E. 1966.  Hormone induced spawning of striped bass for reservoir stocking.  Prog. Fish. Cult. 28(1): 19-28.

Stickney, R. R.  1996.  Aquaculture in the United States: a historical perspective.  John Wiley and Sons, Inc., New York.

Stickney, R. R.  1997.  Annotated bibliography of flatfish culture.  Texas Sea Grant College Program.  TAMU-SG-97-603, 66pp.

Stickney, R.R.  1993.  Catfish, tilapia, redfish, hybrid striped bass, and baitfish as candidate species for the containment area aquaculture program. PROCEEDINGS-OF-THE-NATIONAL-WORKSHOP-ON-CONTAINMENT AQUACULTURE. no. 93-26 pp. 147-155.

Stickney, R.R.-(ed.) 1986. Culture of nonsalmonid freshwater fishes.   BOCA-RATON, FL-USA-CRC-PRESS 216 pp.

Strange, R.J., Cech, J.J.,Jr. 1992.  Reduced swimming performance of striped bass after confinement stress. Trans. Am. Fish. Soc. vol. 121, no. 2, pp. 206-210.

Strebkova, T.P. 1986. Biotechnique of cage culture of striped bass *Morone saxatilis* Mitchill (Serranidae). Vopr.-Ikhtiol. vol. 26, no. 4, pp. 674-682.

Sullivan, A.J., Reigh, R.C. 1995.  Apparent digestibility of selected feedstuffs in diets for hybrid striped bass (*Morone saxatilis* female x *Morone chrysops* male). Aquaculture vol. 138, no. 1-4, pp. 313-322.

Sullivan, C.V., Hodson, R.G., Woods, L.C.,III 1991.  Maturational responses of striped bass, *Morone saxatilis*, to gonadotropin releasing-hormone analogue. Am. Zool. vol. 31, no. 5, p. 12A

Sun, L.-Z., Farmanfarmaian, 1992. Biphasic action of growth hormone on intestinal amino acid absorption in striped bass hybrids.  Comp.-Biochem..Physiol., A. vol. 103A, no. 2, pp. 381-390.



Sun, L.-Z., Farmanfarmaian, A. 1992. Age-dependent effects of growth hormone on striped bass hybrids. Comp. Biochem. Physiol., A. vol. 101A, no. 2, pp. 237-248.

Swann, D.L., Riepe, J.R., Stanley, J.D., Griffin, M.E., Brown, P.B. 1994.  Cage culture of hybrid striped bass in Indiana and evaluation of diets containing three levels of dietary protein.  J. World Aquacult. Soc. vol. 25, no. 2, pp. 281-288.

Swanson, P., Sullivan, C.V. 1991.  Isolation of striped bass (*Morone saxatilis*) pituitary hormones.  Am. Zool. vol. 31, no. 5, p. 3A.

Sweetman, J. W. 1993.  Perspectives and critical success factors in the present farming of fish. FROM DISCOVERY TO COMMERCIALIZATION., EUROPEAN AQUACULTURE SOC.,  OOSTENDE (BELGIUM), p. 288, SPEC. PUBL. EUR. AQUACULT. SOC., no. 19.

Sweetman, J.W. 1993.  Perspectives and critical success factors in the present farming of fish. FROM-DISCOVERY-TO-COMMERCIALIZATION. Carrillo, M.,Dahle, L.,Morales, J.,Sorgeloos, P.,Svennevig, N.,Wyban, J.-eds. OOSTENDE-BELGIUM EUROPEAN-AQUACULTURE-SOC. no. 19 p. 288.

Swingle, W. 1971 Alabama's marine cage culture studies. World Mariculture Society Workshop. Alabama Department of Conservation and Natural Resources.

Swingle, W. E. 1972.  Alabama's marine cage culture studies.  Proc. World Mar. Soc. 75-81.

Szedlmayer, S. T., K. W. Able and R. A. Rountree 1992.  Growth and temperature-induced mortality of young-of-the-year summer flounder (*Paralichthys dentatus*) in southern New Jersey.  Copeia, 1:120-128.

Szyper, J. P. 1990.  Feed formulas producing improved palatability and growth with juvenile mahimahi, *Coryphaena hippurus*.  World Aquacult. 21(3):104-105.

Szyper, J. P. 1991.  Culture of mahimahi: Review of  life stages. In: Handbook of Mariculture: Vol. II, Finfish Aquaculture. J. P. McVey, Ed. CRC Press, FL, pp.228-240.

Szyper, J. P., R. Bourke and L. D. Conquest 1984.  Growth of juvenile dolphin fish, *Coryphaena hippurus*, on test diets differing in fresh and prepared components. J. World Maricult. Soc. 15:219-221.

Szyper, J.P., Ako, H. 1990 Feed formulas producing improved palatabilty and growth with juvenile Mahimahi *Coryphaena hippurus*.  World Aquaculture 21 (3) Sept 1990. pp. 104.



**WALDEMAR NELSON INTERNATIONAL INC.**

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Tachihara, K., R. Ebisu and Y. Tukashima 1993c.  Spawning, eggs, larvae and juveniles of the purplish amberjack *Seriola dumerili*.  Nippon Suisan Gakkaishi, 59(9):1479-1488.

Takeuchi, T., T. Arakawa, S. Satoh and T. Watanabe 1992.  Supplemental effect of phospholipids and requirement of eicosapentaenoic acid and docosahexaenoic acid of juvenile striped jack.  Nippon Suisan Gakkaishi, 58(4):707-713.

Tamaru, C. S., C. Carlstrom-Trick, W. J. Fitzgerald, Jr. and H. Ako 1996.  Induced final maturation and spawning of the marbled grouper *Epinephelus microdon* captured from spawning aggregations in the Republic of Palau, Micronesia.  J. World Aquacult. Soc. 27(4):363-372.

Tanaka, K., K. Konishi, J. P. McVey and M. R. Collie (Eds.) 1994.  Environmental Management in Aquaculture. Proc. Twenty-first U.S.-Japan Meeting on Aquaculture, 1992. NRIA Bull.

Tanasomwang, V. and K. Muroga 1989.  Intestinal microflora of rockfish *Sebastes schlegeli*, tiger puffer *Takifugu rubripes* and red grouper *Epinephelus akaara* at their larval and juvenile stages.  Nippon Suisan Gakkaishi, 55(8):1371-1377.

Tate, A.E., Helfrich, L.A. 1995.  Phase-shifted photothermal cycles advance sexual maturation of Morone hybrids.  PROCEEDINGS-OF-THE-FIFTH-INTERNATIONAL-SYMPOSIUM-ON-THE-REPRODUCTIVE-PHYSIOLOGY-OF-FISH, THE-UNIVERSITY-OF-TEXAS-AT-AUSTIN, 2-8-JULY-1995. Goetz, F.W.,Thomas, P.-eds. AUSTIN, TX-USA FISH-SYMPOSIUM-95  p. 201.

Tatum, W. 1972 Comparative growth, mortality and efficiency of *pompano (Trachinotus carolinus*) receiving a diet of ground industrial fish with those receiving a diet of trout chow. World Mariculture Workshop. Alabama Department of Conservation and Natural Resources.

Teng, S.K., T.E. Chua and P.E. Lim 1978.  Preliminary observation on the dietary protein requirement of estuary grouper, *Epinephelus salmoides*, Maxwell, cultured in floating net cages.  Aquaculture, 15:257-271.

Thacker, S. G. and W. L. Griffin 1994.  Indoor intensive red drum aquaculture: A stochastic sensitivity analysis.  J. World Aquacult. Soc. 25(1):86-99.

Thacker, S. Griffin. W. 1994 Indoor Intensive Red Drum Aquaculture: A Stochastic Sensitivity Analysis. Journal of the World Aquaculture Society, Vol. 25, No. 1 March, 1994.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Thomas, P, Arnold, CR 1993. Environmental and hormonal control of reproduction in sciaenid fish. Recent Advances in Aquaculture. VOL. 4., BLACKWELL SCIENTIFIC PUBS., OXFORD (UK),., pp. 31-42.

Thomas, P. and N. Boyd 1988. Induced spawning of spotted seatrout, red drum and orangemouth corvina, (family sciaenidae) with leutinizing hormone-releasing hormone analog injection. In: Red drum aquaculture: Proceedings of a symposium on the culture of red drum and other warm water fishes. C. R. Arnold, G. J. Holt, P. Thomas, Eds. Contributions in Marine Science, Supplement to vol. 30, .

Thomas, R.G., and Wolters, W. R. 1992. Factors affecting the survival of fingerling red drum in freshwater ponds. Prog. Fish. Cult., vol. 54, no. 4, pp. 215-219.

Thomas, S.L., Piedrahita, R.H. 1996. Measurements of metabolic rates of sturgeon and striped bass under commercial culture conditions. AQUACULTURAL-ENGINEERING-SOCIETY-PROCEEDINGS-II,-SUCCESSES-AND-FAILURES-IN-COMMERCIAL-RECIRCULATING-Aquaculture. vol. 2, pp. 481-493.

Thompson, N.B. 1988. The status of loggerhead, *Caretto careffa;* Kemp's Ridley, *Lepidoclelys kempi; and green, Chelonia mydas* sea turtles in U.S. waters. Mar. Fish. Rev. 50:16-23.

Thompson, N.P., P.W. Rankin, and D.W. Johnston. 1974. Polychlorinated bi-phenyls and ppm DDT in green turtle eggs from Ascension Island, South Atlantic Ocean. Bull. Environ. Contom. Toxicol. 1 1:399406.

Toledo, J. D., A. Nagai and D. Javellana 1993. Successive spawning of grouper, *Epinephelus suillus* (Valenciennes), in a tank and a floating net cage. Aquaculture, 115:361-367.

Trebaol, L. 1991. (Biology and aquaculture potential of the Carangidae *Trachinotus teraia* (Cuvier and Valenciennes, 1832) in Ivory Coast lagoons.). Etud. Theses Inst. Fr. Rech. Sci. Dev. Coop., Orstom, Paris (France) , 314 pp. (In French).

Trimble W.C. 1979 Yield trials for red drum in brackish water ponds, 1976-1979. Proceedings of the annual conference Southeastern Association of Fish and Wildlife Agencies 33:432-441

Tsai, C. 1991. Prey density requirements of the striped bass, *Morone saxatilis* (Walbaum), larvae. Estuaries, 14(2):207-217.

Tseng, W. Y. and C. T. Poon 1983. Hybridization of *Epinephelus* species. Aquaculture, 34:177-182.



**WALDEMAR NELSON INTERNATIONAL INC.**

J:\97066\Feasibility Study Report\Bibliog_Alpha.doc

FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Tucker & Associates, Inc. 1990.  Sea turtles and marine mammals of the Gulf of Mexico, proceedings of a workshopheldinNewOrleans,Augustl-3,1989. OCSStudy/MMS90-0009.  U.S.Dept.of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, LA-

Tucker, J. W. 1994. Spawning by captive serranid fishes: A review.  J. World Aquacult. Soc. 25(3):345-359.

Tucker, J. W., Jr., P. N. Woodward and D. G. Sennett 1996.  Voluntary spawning of captive Nassau groupers *Epinephelus striatus* in a concrete raceway.  J. World Aquacult. Soc. 27(4):373-383.

Tucker, J.W. Jr, Jory, D. E. 1991.  Marine fish culture in the Caribbean region. J. World Aquacult.. Soc., vol. 22, no. 1, pp. 10-27.

Tucker, J.W.,Jr, Lellis, W.A, Vermeer, G.K., Roberts, D.E. Jr, Woodward, P.N. 1997. The effects of experimental starter diets with different levels of soybean or menhaden oil on red drum (*Sciaenops ocellatus*). Aquaculture, vol. 149, no. 3-4, pp. 323-339,

Tucker, J.W.,Jr., Baptiste, R.M., Prahl, F.A., Clark, M.S. 1993.  Growth of sunshine bass on dry feeds.  Prog. Fish. Cult. vol. 55, no. 3, pp. 199-203.

Tuncer, H., Harrell, R.M. 1992. Essential fatty acid nutrition of larval striped bass (*Morone saxatilis*) and palmetto bass (*M. saxatilis* x *M. chrysops*). Aquaculture. vol. 101, no. 1-2, pp. 105-121.

Tuncer, H., Harrell, R.M., Chai, Tuu-jyi 1993.  Beneficial effects of n-3HUFA enriched Artemia  as food for larval palmetto bass (*Morone saxatilis* x *M. chrysops*). Aquaculture. vol. 110, no. 3-4, pp. 341-359

U.S. Dept. of Commerce.  National Marine Fisheries Service. 1988.  Aerial surveys of the U.S. Gulf of Mexico waters, 1983-1986.

U.S. Dept. of Commerce.  National Marine Fisheries Service. 1989.  Fisheries of the United States, 1988. Current fisheries statistics no. 8800.  Washington, DC.

Van-den-Avyle, M.J., Wallin, J.E., Hall, C. 1995.  Restoration of the Savannah River striped bass population. USES AND EFFECTS OF CULTURED FISHES IN AQUATIC ECOSYSTEMS. Schramm, H.L., Jr.,Piper, R.G.-eds. BETHESDA, MD USA, AMERICAN FISHERIES SOCIETY,  vol. 15 p. 572.

VanMeter 1997 Florida's Seaturtles: Florida Power and Light Copmpany #83809-807

VanPutte, C.L.M., MacKenzie, D.S. 1995.  Effects of estrogen treatment on red drum (*Sciaenops ocellatus*) thyroid function.  PROCEEDINGS OF THE FIFTH



WALDEMAR NELSON INTERNATIONAL INC.

J:\97066\Feasibility Study Report\Bibliog_Alpha.doc

INTERNATIONAL SYMPOSIUM ON THE REPRODUCTIVE PHYSIOLOGY OF FISH, THE UNIVERSITY OF TEXAS AT AUSTIN, 2-8 JULY 1995., FISH SYMPOSIUM 95, AUSTIN, TX (USA), p. 379.

Vaught-Shaffer, R. and E. L. Nakamura 1989. Synopsis of biological data on the Cobia, *Rachycentron canadum* (Pisces: Rachycentridae), NOAA Tech. Rep. NMFS 82, U.S. Dept. of Commerce, 21pp.

Venchard, V. 1988. (Research on the rearing of *Ocyurus chrysurus* (Lutjanidae). Adaptation to cage culture and protein requirements. Histological study of fish livers.). Institut National Polytechnique, Toulouse (France), 109 pp. (In French).

Venizelos, A. and D. D. Benetti 1996. Epitheliocystis disease in cultured yellowtail *Seriola mazatlana* in Ecuador. J. World Aquacult. Soc. 27(2):223-227.

Villarreal, B. W., P. M. Rosenblum and L. T. Fries 1994. Fatty acid profiles in red drum muscle: Comparison between wild and cultured fish. Trans. Am. Fish. Soc. 123:194-203.

Viyakarn, V., T. Watanabe, H. Aoki, H. Tsuda, H. Sakamoto, N. Okamoto, N. Iso, S. Satoh and T. Takeuchi 1992. Use of soybean meal as a substitute for fish meal in a newly developed soft-dry pellet for yellowtail. Nippon Suisan Gakkaishi, 58(10):1991-2000.

Volkman, J. K., S. W. Jeffrey, P. D. Nichols, G. I. Rogers and C. D. Garland 1989. Fatty acid and lipid composition of 10 species of microalgae used in mariculture. 128:219-240.

Wallin, J.E., Van-den-Avyle, M.J. 1995. Interactive effects of stocking-site salinity and handling stress on short-term survival of striped bass stocked in the Savannah River, Georgia-South Carolina. USES-AND-EFFECTS-OF-CULTURED-FISHES-IN-AQUATIC-ECOSYSTEMS. Schramm, H.L., Jr.,Piper, R.G.-eds. BETHESDA, MD-USA AMERICAN-FISHERIES-SOCIETY vol. 15 p. 571.

Wallin, J.E., Van-Den-Avyle, M.J. 1995. Interactive effects of stocking site salinity and handling stress on survival of striped bass fingerlings. Trans. Am. Fish. Soc. vol. 124, no. 5, pp. 736-745.

Wang, Bo, Ji, Rubao 1996. On techniques for rearing fries of *Sciaenops ocellatus*. SHANDONG FISH./QILU YUYE, vol. 13, no. 5, pp. 21-23.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Ward, R., Blandon, I. R., King, T. L., Beltinger, T. L. 1993.  Comparison of critical thermal maxima and minima of juvenile red drum, *(Sciaenops ocellatus)* from Texas and North Carolina.  NE Gulf Sci. 13:23-28.

Watanabe, T. 1993.  Importance of docosahexaenoic acid in marine larval fish.  J. World Aquacult. Soc. 24:152-161.

Watanabe, T., C. Kitjama and S. Fujita 1983.  Nutritional value of live organisms used in Japan for the mass propagation of fish: a review.  Aquaculture, 34: 115-143.

Watanabe, T., V. Viyakarn, H. Kimura, K. Ogawa, N. Okamoto and N. Iso 1992.  Utilization of soybean meal as a protein source in a newly developed soft-dry pellet for yellowtail.  Nippon Suisan Gakkaishi, 58(9):1761-1773.

Watanabe, W. O. 1995.  Aquaculture of the Florida Pompano and other Jacks (Family Carangidae) in the Western Atlantic, Gulf of Mexico and Caribbean Basin: Status and Potential.  In: Culture of High-Value Marine Fishes in Asia and the United States. K. L. Main and C. Rosenfeld (Eds.), The Oceanic Inst., pp.187-205.

Watanabe, W. O., C. Lee, S. C. Ellis and E. P. Ellis 1995.  Hatchery study of the effects of temperature on eggs and yolksac larvae of the Nassau grouper *Epinephelus striatus*.  Aquaculture, 136:141-147.

Watanabe, W. O., E. P. Ellis, S. C. Ellis, J. Chaves, C. Manfredi, R. H. Hagood, M. Sparsis and S. Arneson 1998.  Preliminary studies on artificial propagation of mutton snapper, *Lutjanus analis*, a new candidate marine fish species for aquaculture.  Aquaculture 98', Las Vegas, Nevada, Abstract.

Watanabe, W. O., S. C. Ellis, E. P. Ellis, V. G. Lopez, P. Bass, J. Ginoza and A. Moriwake 1996b.  Evaluation of first-feeding regimens for larval Nassau grouper *Epinephelus striatus* and preliminary, pilot-scale culture through metamorphosis.  J. World Aquacult. Soc. 27(3):323-331.

Watanabe, W. O., S. C. Ellis, E. P. Ellis, W. D. 1996a.  Hormone induced multiple spawning of captive Nassau grouper broodstock.  Prog. Fish Cult., 58:65-69.

Watanabe, W. O., S. C. Ellis, E. P. Ellis, W. D. Head, C. D. Kelley, A. Moriwake, C. Lee and P. K. Bienfang 1995.  Progress in controlled breeding of Nassau grouper *(Epinephelus striatus)* broodstock by hormone induction.  Aquaculture, 138:205-219.

Watkins, W.A. 1977.  Sperm whale feeding.  J. Mammal. 57(l):58-66.



**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**BIBLIOGRAPHY**

Watson, L.C. 1992.  Temperature-modified prediction of ovulation for striped bass. Prog. Fish. Cult. vol. 54, no. 3, pp. 189-195.

Wawronowicz,L.J., W.M. Lewis, 1979. Evaluation of the striped bass as a pond-reared food fish. Prog.-Fish-Cult., 41(3), 138-140.

Weaver, D 1996.  Fish heads, feeding ecology, and life histories: A comparison of Gulf groupers. 24th Annual Benthic Ecology Meeting, Columbia, SC (USA), 7-10 Mar 1996.  Abstract only.

Webster, C.D., Lovell, R.T. 1990.  Response of striped bass larvae fed brine shrimp from different sources containing different fatty acid compositions. Aquaculture  vol. 90, no. 1, pp. 49-61.

Webster, C.D., Lovell, R.T., Clawson, J.A. 1994.Ratio of 20,3(n-9) to 20,5(n-3) in phospholipids as an indicator of dietary essential fatty acid sufficiency in striped bass, *Morone saxatilis*, and palmetto bass, *M. chrysops*.   J. Appl. Aquacult. vol. 4, no. 4, pp. 75-90.

Wechsler, S.J., Schultz, C.L., McAllister, P.E., May, E.B., Hetrick, F.M. 1986. Infectious pancreatic necrosis virus in striped bass *Morone saxatilis* , Experimental infection of fry and fingerlings. Dis. Aquat. Org. vol. 1, no. 3, pp. 203-208

Wedemeyer, G. A. 1996  Physiology of fish in intensive culture systems. Chapman and Hall Pub. ISBN 0412-12291-X. Pub. 115 Fifth Ave New York NY.

Weirich, C.R., Tomasso, J.R. 1991.  Confinement- and transport-induced stress on red drum juveniles: Effect of salinity. Prog. Fish. Cult., vol. 53, no. 3, pp. 146-149.

Weirich, C.R., Tomasso, J.R., Smith, T.I.J. 1992. Confinement and transport-induced stress in white bass *Morone chrysops*  x striped bass *M. saxatilis* hybrids, Effect of calcium and salinity. J. World Aquacult. Soc. vol. 23, no. 1, pp. 49-57.

West, G. 1989.  Methods of assessing ovarian development in fishes: a Review. Australian. J Mar. Freshwater Res., 41(2), 199-222.

Whitehurst, A, Robinette, H. R. 1994.  Tolerance of juvenile red drum *Sciaenops ocellatus* to rapidly decreasing water temperatures. J. World Aquacult. Soc., vol. 25, no. 2, pp. 225-229.

Williams, E. H., Jr. 1979.  Leeches of some fishes of the Mobile Bay region.  Northeast Gulf Sci. 3(1):47-49.



**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**BIBLIOGRAPHY**

Williams, S., Lovell, R. 1985. Value of Menhaden oil in diets of Florida Pompano. Progressive Fish Culturist 47(3), July 1985.

Williams, S., R. T. Lovell and J. P. Hawke 1985. Value of menhaden oil in the diets of Florida pompano.  Prog, fish. Cult. 47(3):159-165.

Willis, SA, Falls, WW, Dennis, CW, Roberts, DE, Whitchurch, PG 1995.   Assessment of season of release and size at release on recapture rates of hatchery-reared red drum. USES AND EFFECTS OF CULTURED FISHES IN AQUATIC ECOSYSTEMS., AMERICAN FISHERIES SOCIETY, BETHESDA, MD (USA), pp. 354-365, vol. 15

Wilson, C. A., and D. L. Nieland 1994.  Reproductive biology of red drum, *Sciaenops ocellatus*, from the neritic waters of the northern Gulf of Mexico.  Fish. Bull. 92:841-850.

Winger, P.V., Lasier, P.J. 1994.  Effects of salinity on striped bass eggs and larvae from the Savannah River, Georgia. Trans. Am. Fish. Soc. vol. 123, no. 6, pp. 904-912

Wise, D. J. and J. R. Tomasso 1989.  Acute toxicity of nitrite to red drum *Sciaenops ocellatus*: Effect of salinity.  J. World Aquacult. Soc. 20(4):193-198.

Wise, D. J., C. R. Weirich and J. R. Tomasso 1989.  Toxicity of ammonia to red drum *Sciaenops ocellatus* fingerlings with information on uptake and depuration.  J. World Aquacult. Soc. 20(4):188-192.

Woiwode, J.G., Adelman, I.R. 1991.  Effects of temperature, photoperiod, and ration size on growth of hybrid striped bass x white bass. Trans. Am. Fish. Soc. vol. 120, no. 2, pp. 217-229

Wolfus, G.M., Garcia, D.K., Alcivar-Warren, A. 1997.  Application of the microsatellite technique for analyzing genetic diversity in shrimp breeding programs. Aquaculture, vol. 152, no. 1-4, pp. 35-47.

Wolters, W.R., DeMay, R. 1996.  Production characteristics of striped bass x white bass and striped bass x yellow bass hybrids.  J. World Aquacult. Soc. vol. 27, no. 2, pp. 202-207.

Woods, L.C.,III, Kerby, J.H., Huish, M.T., Huiah, M.T. 1983. Estuarine cage culture of hybrid striped bass.  J. World Maricult. Soc. vol. 14, pp. 595-612

Woods, L.C.,III, Kohler, C.C., Sheehan, R.J., Sullivan, C.V. 1995.  Volitional tank spawning of female striped bass with male white bass produces hybrid offspring. Trans. Am. Fish. Soc. vol. 124, no. 4, pp. 628-632.



FEASIBILITY STUDY – OFFSHORE MARICULTURE

BIBLIOGRAPHY

Woods, L.C.,III, Lockwood, J.C., Kerby, J.H., Huish, M.T.  1985. Feeding ecology of hybrid striped bass (*Morone saxatilis*  x *M. chrysops*) in culture ponds.  J. World Maricult. Soc. 1986. vol. 16, pp. 71-81

Woods, L.C.,III, Sullivan, C.V. 1993.  Reproduction of striped bass, *Morone saxatilis* (Walbaum), broodstock, Monitoring maturation and hormonal induction of spawning.  BROODSTOCK-MANAGEMENT-AND-EGG-AND-LARVAL-QUALITY. vol. 24, no. 2 pp. 211-222.

Woods, L.C.,III, Woiwode, J.G., McCarthy, M.A., Theisen, D.D., Bennett, R.O. 1990.  Noninduced spawning of captive striped bass in tanks. Prog. Fish. Cult. vol. 52, no. 3, pp. 201-202.

Woods, L.C.,III, Yust, D., McLeod, C., Subramanyam, M. 1995.  Effects of dietary protein, energy ratio on weight gain, body composition, serum glucose and triglyceride levels, and liver function of striped .  NUTRITIONAL-STRATEGIES-AND-MANAGEMENT-OF-AQUACULTURE-WASTE, Cowey, C.B.-ed. vol. 31, no. 10 pp. 195-203.

Wurts, W. A., Stickney, R. R. 1993.  Growth rates of juvenile red drum *Sciaenops ocellatus* reared on commercial salmon feed in fresh and salt water.  J. World Aquacult. Soc., vol. 24, no. 3, pp. 422-424.

Xiong, Y.L., Decker, E.A., Blanchard, S.P., Crum, A.D., Shantha, N.C., Webster, C.D., Tiu, L.G., Tidwell, J.H. 1996.   Dietary protein level has minimal effect on flesh quality of frozen stored sunshine bass, *Morone chrysops* x *M. saxatilis*. J. Appl. Aquacult. vol. 6, no. 1, pp. 47-64.

Yeager, D. M. 1994.  A system for increasing water hardness in culture water at a soft-water striped bass production facility.  Prog. Fish Cult. 56:56-57.

Yeager, D.M.   A system for increasing water hardness in culture water at a soft-water striped bass production facility.  Prog. Fish. Cult. 1994 vol. 56, no. 1, pp. 56-57.

Young, P.S., Cech, J.J.,Jr. 1994.  Exercise conditioning effects on the energy reserves and swimming stress responses in young-of-the-year striped bass.  HIGH-PERFORMANCE-FISH,-PROCEEDINGS-OF-AN-INTERNATIONAL-FISH-PHYSIOLOGY-SYMPOSIUM-AT-THE-UNIVERSITY-OF-BRITISH-COLUMBIA-IN-VANCOUVER, CANADA, JULY-16-21-1994. MacKinlay, D.D.-ed. VANCOUVER, BC-CANADA FISH-PHYSIOLOGY-ASSOCIATION  pp. 294-299.



**FEASIBILITY STUDY – OFFSHORE MARICULTURE**

**BIBLIOGRAPHY**

Zastrow, C. E., E. D. Houde and E. H. Saunders  1989.  Quality of striped bass (*Morone saxatilis*) eggs in relation to river source and female weight.  Rapp. P. -v. Reun. Cons. int. Explor. Mer.  191: 34-42.

Zeigler, T. R., Woods, L.C., III and J. Gabaudan 1984.  Striped bass feeds and feeding. In: McCraren, J. P. (Ed.). THE AQUACULTURE OF STRIPED BASS: A PROCEEDINGS.  University of Maryland Sea Grant, UM-SG-MAP-84-01, 262pp.

Zhang, Q., Reigh, R.C., Wolters, W.R. 1994.  Growth and body composition of pond-raised hybrid striped basses, *Morone saxatilis* x *M. chrysops* and *M. saxatilis* x *M. mississippiensis*, fed low and moderate levels of dietary lipid. Aquaculture  vol. 125, no. 1-2, pp. 119-129.

Zhao, B., J. C. McGovern and P. J. Harris 1997.  Age, growth and temporal change in size at age of the vermilion snapper from the South Atlantic Bight.  Trans. Am. Fish. Soc. 126(2):181-193.

Zheng, C., Liu, J. Song, L.1988. The food conversion ratio (FRC) of tilapia and the effect of food on its growth, crude protein and amino acid content in muscle. Marine Science Haiyang-Kexue, 1988. no. 6, pp 41-43.



**WALDEMAR NELSON INTERNATIONAL INC.**