Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN:  75-2309471 & 31-1475321

# Media Coverage of Oil Spill

PEJ News Coverage Index: May 24-30, 2010

# Oil Spill Coverage Engulfs the Media



Six weeks after the explosion of the Deepwater Horizon oil rig, the Gulf disaster generated its highest level of coverage since the story broke, completely dominating the news agenda.

As the drama of devastation, containment and finger-pointing continued to unfold, the mainstream media devoted 38% of its newshole to the spill during the week of May 24-30, according to the Pew Research Center's Project for Excellence in Journalism. This marks the sixth week in a row the disaster has made the roster of top stories. And last week's coverage easily exceeded the previous high water mark (20%) during the week of May 3-9.

Moreover, it represents the most attention to any subject since the week of March 22-28, when Congress passed the health care bill and that story filled 45% of the newshole.

Last week the term "top kill" entered the lexicon, as BP tried again—unsuccessfully—to stop the flow of oil from the undersea well. It was also the week when the Obama administration took formal responsibility for mistakes along the way. But even with the president's press conference as a significant newsmaker, the biggest chunk of the coverage still focused on the growing dimensions of the spill and the sputtering effort to stop the flow of crude into the Gulf of Mexico.

No other story came close to matching the spill coverage. The No. 2 story was the 2010 mid-term elections (10%) with much of the attention focused on revelations about White House efforts to get Pennsylvania Democratic Senate candidate Joe Sestak to back off of a challenge to incumbent Arlen Specter. (Sestak defeated Specter in the May 18 Democratic primary.)

The No. 3 story was the economy, as global jitters revolving around fragile European markets impacted stock values at home. It generated 6% of the week's coverage.

> **Line of the Week**
>
> "It's day thirty five, and there is no solution and there's no end in sight. The BP oil spill—the way it goes politically... could be President Obama's Waterloo."
> —Liberal MSNBC cable host Ed Schultz.

That was followed closely by the No. 4 story, the ongoing debate about immigration reform. That subject, at 5% of the week's coverage, was driven by President Obama's decision to send an additional 1,200 troops to the U.S. border with Mexico.

Finally, at No. 5 for the week (3%) was the continuing fallout from South Korea's announcement that North Korea had sunk one of its warships, which triggered new tension in the volatile region.

### Coverage of the Spill Spikes

The biggest oil spill in U.S. history was again the top story in the news last week. At 38% of all coverage, the spill generated about twice the amount of media attention as the previous week (18%).

The spill saga is also notable for its continuing hold on the media's sometimes short attention span. The amount of new information, the ups and downs of the unfolding narrative, may partially explain the story's staying power.

Last week, BP announced it would attempt to mount a "top kill" operation, one of several highly technical procedures designed to stanch the flow. That procedure, by the end of the week, had failed to produce any lasting effect. Meanwhile, the Obama administration, facing criticism for its handling of the situation, took steps to show it was in charge. The president issued a frank apology for missteps during a May 27 press conference. The next day, he visited the Gulf.



*Oil Spill Coverage Week by Week*

Overall last week, the media continued to focus mostly on unfolding events such as the impact on the environment and the economy, as well as the containment and cleanup of the oil. About half the coverage went to these matters, while about one-third dwelt on the government's role in managing the crisis and about one-sixth focused on BP's culpability.

Last week not all media sectors conveyed the same level of interest as the spill proved to be, first and foremost, a TV story.

Broadcast news, which often devotes major coverage to disasters with a strong visual component, focused more attention to the spill than print, online or radio sectors. The broadcast networks devoted fully half—50%—of the airtime studied to the spill last week as viewers were again confronted with the sobering ecological impact of the millions of gallons of spilled crude.

The May 24 CBS Evening News broadcast showed anchor Katie Couric in Grand Isle, Louisiana, discussing the scope of the damage over images of coated wildlife and polluted coastline. Though Couric rattled off a series of statistics, some uncertainty remained about the true scope of the devastation to date.

"No one knows how much oil has leaked into the Gulf over the past thirty-five days," she said. "The most conservative estimate is six million gallons. But some scientists believe the spill has already surpassed the eleven million gallons that leaked from the Exxon Valdez in Alaska."

And on ABC's Good Morning America, Democratic pundit and Louisiana resident James Carville called for stronger White House involvement, declaring that "…these people are crying, they're begging for something down here. And, it just looks like he's not involved in this."

The cable channels devoted even more of their coverage (57% of the airtime studied) to the story, often homing in on the question of who is to blame.

On the May 24 edition of MSNBC's Countdown with Keith Olbermann, the liberal host delivered a scathing report, assigning guilt to the Obama administration and especially to BP for the catastrophe.

"BP is not yet capping its oil spill nor its release of toxic oil dispersants, even after the government ordered it to. And the government is not capping, as it promised, flow of new permits for new drilling … No one seems capable of doing one damned thing."

Right-leaning cable hosts talked about the spill too—though not as much as their liberal counterparts. On May 26, Fox News Channel's Sean Hannity portrayed the president as a detached leader in a time of crisis, narrating over video of Obama getting some exercise.

"The president wasn't about to let the biggest environmental disaster in American history keep him off the golf course," Hannity said. "Now, he hit the links at least twice in the last two weeks alone. And in between golf outings White House pool reports indicate that the president has been working on his basketball game."

But no cable outlet spent more time on the story than CNN. It devoted the vast majority of its news coverage studied last week to the subject. MSNBC was next, devoting roughly two-thirds of its air time to the subject. Fox News gave the spill considerably less attention—only about a quarter of its air time.

While other sectors of the media did not devote as much coverage to the spill as television, the story was still No. 1 in newspapers (26%), online (26%), and on the radio (32%).

The Rest of the Week's News

The 2010 midterm congressional elections followed the Gulf story in a distant No. 2 position, accounting for 10% of the newshole last week. Much of that coverage focused on claims made by

Democrat Joe Sestak, winner in the recent Pennsylvania primary against incumbent Arlen Specter, that the White House had offered him a job in exchange for bowing out of the race.

A story published on USAToday.com on May 28 summarized new information about the deal, based on a disclosure by White House Counsel Robert Bauer that Sestak had been offered an unpaid position on an advisory board if he would bow out of the race: "The key question: Was the offer legal? Was it ethical? Was it in keeping with the open, transparent government Obama has pledged to run? Bauer's answers: yes, yes and yes." Across the aisle, some Republicans called for an investigation into the episode.

Once again, foreign economic concerns became domestic worries, as the slumping stock market was the biggest theme in the week's economic news coverage. Media attention to the lingering economic tremors made it the No. 3 story, at 6% of the week's news.

The national debate about immigration policy was among the top stories last week. The media devoted 5% of the week's newshole to that topic, much of it focused on the Obama administration's decision on May 25 to send 1,200 troops to the Mexican border.

The No. 5 story involved the new fissure in relations between North and South Korea. Though the story had international diplomatic and security ramifications and involved the U.S.—which has nearly 30,000 troops stationed in South Korea—coverage faded quickly as other concerns crowded the media's agenda. It occupied 3% of the newshole.

**Newsmakers of the Week**

Political figures dominated the news during the week of May 24-30, along with one erstwhile member of the British royalty.

Leading the ranks of the week's newsmakers was President Obama, who was a lead newsmaker in 11% of all stories. (To be a lead newsmaker, a figure must appear in at least half of a story.) That marks a significant increase over the previous week's total (5%) as the media closely analyzed the administration's response to the crisis in the Gulf.



*Lead Newsmakers*

*Includes Barack Obama and Obama Administration as a Newsmaker

The No. 2 newsmaker (4%) of the week was Joe Sestak, a central figure in the saga of the White House's role in trying to pre-empt his challenge to Specter.

Secretary of State Hillary Clinton found herself at the center of a challenging diplomatic situation—and among the top newsmakers—when relations between North and South Korea took a precarious turn. The chief diplomat's visit to China was eclipsed by coverage of her statements about North Korea. Clinton was a lead newsmaker in 1% of all stories last week, making her the No. 3 newsmaker.

Tied as lead newsmakers in the same number of stories last week, at 1%, were Gary Coleman, Sarah Ferguson and Billy Nungesser.

Coleman was the one-time child actor who died of a brain hemorrhage on May 28. He was famous for his role as Arnold in the 1980s sitcom "Diff'rent Strokes."

Duchess of York Sarah Ferguson made some unwelcome and embarrassing news when she was caught by News of the World in an undercover sting. The former member of British royalty, once married to Prince Andrew, was caught trying to sell access to the prince for £500,000.

Finally, Nungesser, president of Plaquemines Parish in Louisiana, made the news for his vocal advocacy on behalf of the Gulf region, now threatened by oil residue.

**About the NCI**

PEJ's weekly News Coverage Index examines the news agenda of 52 different outlets from five sectors of the media: print, online, network TV, cable and radio. (See List of Outlets.) The weekly study, which includes some 1,100 stories, is designed to provide news consumers, journalists and researchers with hard data about what stories and topics the media are covering, the trajectories of that media narrative and differences among news platforms. The percentages are based on "newshole," or the space devoted to each subject in print and online and time on radio and TV. (See Our Methodology.) In addition, these reports also include a rundown of the week's leading newsmakers, a designation given to people or institutions who account for at least 50% of a given story.

*Jesse Holcomb of PEJ*

# PewResearchCenter Publications

# How the Media Covered the Gulf Oil Spill Disaster

August 25, 2010

The massive oil spill in the Gulf of Mexico, which began with the Deepwater Horizon rig explosion on April 20 and continued to gush for another three months, posed a daunting set of challenges for the news media.

Unlike most catastrophes, which tend to break quickly and subside almost as fast, the spill was a slow-motion disaster that demanded constant vigilance and sustained reporting.

The story was also complex, dominated by three continuing and sometimes competing story lines from three different locales — the role of the London-based oil company, the efforts of the Obama administration and the events in the Gulf region — that taxed reportorial resources and journalistic attention spans.

Coverage of the disaster also required a significant amount of technical and scientific expertise. News consumers were introduced to a series of new terms and concepts as the media tried to explain the efforts to contain the spill and formulate reliable estimates of the extent of the environmental and economic damage.

The news media, in short, found themselves with a complicated, technical and long-running disaster saga that did not break down along predictable political and ideological lines. And they were reporting to an American public that displayed a ravenous appetite for the spill story.

How did the press handle the challenge?

A new study of media coverage of the oil spill disaster by the Pew Research Center's Project for Excellence in Journalism finds that, given the tough task they faced, the media as a whole seemed to rise to the occasion.

News organizations displayed real staying power as events continued to unfold. They spent considerable time reporting from the Gulf and humanizing the crisis. They largely avoided the temptation to turn the disaster into a full-blown political-finger-pointing story. And in many cases they used their websites' interactive features to illuminate aspects of the story that would have been harder to digest in print or broadcast formats.

In short, a news industry coping with depleted staffing, decreasing revenues and shrinking ambition was tested by the oil spill and seemed to pass.

To evaluate that coverage, PEJ studied approximately 2,866 stories about the oil spill produced from April 20 to July 28 — from the day that the Deepwater Horizon oil rig exploded to the day after BP CEO Tony Hayward's departure was announced.



**The Media Quiz**

Test your knowledge of how the media covered the disaster in the Gulf



**Oil Spill Dominates Coverage**
April 20 – July 28
*Percent of newshole*

PEW RESEARCH CENTER'S PROJECT FOR EXCELLENCE IN JOURNALISM

The study finds eight essential points about how the media covered the disaster:

» The oil spill was by far the dominant story in the mainstream news media in the 100-day period after the explosion, accounting for 22% of the newshole — almost double the next biggest story. In the 14 full weeks included in this study, the disaster finished among the top three weekly stories 14 times. And it registered as the No. 1 story in nine of those weeks.

» The activities in the Gulf — the cleanup and containment efforts as well as the impact of the disaster — represented the leading storyline of the disaster, accounting for 47% of the overall coverage. Next came attention to the role of BP (27% of the coverage). The third-biggest storyline was Washington based — the response and actions of the Obama administration (17%).

» The Obama White House generated decidedly mixed media coverage for its role in the spill saga, but questions about its role diminished over time — in part thanks to a Republican missfire. And the administration faced considerably better than BP and its CEO Tony Hayward, who on balance were portrayed as the villains of the story.

» BP emerged as the antagonist in the media narrative about the oil spill, particularly its CEO Tony Hayward. But outside of two Louisiana politicians playing smaller roles, none of the top newsmakers were portrayed as protagonists in the saga.

» The Gulf saga was first and foremost a television story. It generated the most coverage in cable news (31% of the airtime studied), with CNN devoting considerably more attention (42% of its airtime) than cable rivals MSNBC and Fox News. The spill also accounted for 29% of the coverage on network news as the three big commercial broadcast networks — ABC, CBS and NBC — spent virtually the same amount of time on the story.

» The spill story generated considerably less attention in social media, on blogs, Twitter and YouTube. Among blogs, for example, it made the roster of top stories five times in 14 weeks. But during those weeks one theme resounded — skepticism toward almost all the principals in the story.

» While some did better than others, many traditional media outlets made effective use of interactive features on their websites to track key aspects of the disaster. The PBS NewsHour's Oil Leak Widget, for example, monitored the amount of oil spilling into the Gulf. The New York Times website offered a video animation that helped explain how a last-ditch effort to prevent the spill failed.

» If anything, public interest in the Gulf saga may have even exceeded the level of mainstream media coverage. According to surveys by the Pew Research Center for the People & the Press, often between 50% and 60% of Americans said they were following the story "very closely" during these 100 days. That surpassed the level of public interest during the most critical moments of the health care reform debate.

Continue reading the full report — and test your knowledge of how the media covered the disaster in the Gulf — at journalism.org.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

From Greenwire

# 1. GULF SPILL: Ingredients of controversial dispersants are secrets no more (06/09/2010)

Elana Schor, E&E reporter

U.S. EPA has quietly released a full list of ingredients in the two controversial dispersants BP PLC is using to combat the Gulf of Mexico oil spill, following weeks of complaints from members of Congress and public health advocates that the dispersant manufacturer had kept its complete formula a secret from the public.

The mysterious appearance on EPA's website of the specific chemical components in Corexit 9500 and 9527 -- more than 1.1 million gallons of which have been sprayed in Gulf since the disaster began -- came as a surprise to environmental groups as well as to Nalco Holding Co., the producer of the dispersants. Nalco spokesman Charlie Pajor said the company was first informed about the full release of Corexit ingredients by *Greenwire*, not EPA.

Nalco's reaction to the lack of notification from the agency is "beside the point," Pajor added. "We did share the complete information with EPA and relevant government agencies. Clearly we didn't want to share this information with our competitors, but we certainly understand the need for information sharing."

Three ingredients of the two Corexit formulas were already available on material safety data sheets that outline the human health risks of using the dispersants in the workplace. Corexit 9527, used in lesser quantities during the earlier days of the spill response, is designated a chronic and acute health hazard by EPA. The 9527 formula contains 2-butoxyethanol, pinpointed as the cause of lingering health problems experienced by cleanup workers after the 1989 *Exxon Valdez* oil spill, and propylene glycol, a commonly used solvent.

Corexit 9500, described by Pajor as the "sole product" Nalco has manufactured for the Gulf since late April, contains propylene glycol and light petroleum distillates, a type of chemical refined from crude oil. Nalco had previously declined to identify the third hazardous substance in the 9500 formula, but EPA's website reveals it to be dioctyl sodium sulfosuccinate, a detergent and common ingredient in laxatives.

Several members of Congress had pressed for EPA to require the disclosure of all Corexit ingredients since Nalco first staked a proprietary claim to the information. One of those lawmakers, Sen. Kirsten Gillibrand (D-N.Y.), released a statement to "commend the EPA" for its under-the-radar move.

"This is a step in the right direction, but we still have more work to do," Gillibrand said. "Independent researchers will now examine the short-term and long-term danger that these chemicals could pose to citizens, marine life, and the workers that are on the ground right now dealing with this catastrophe. In order to hold BP accountable and to protect our citizens, we must provide all the information to the public and independent researchers so that they can verify the unfolding situation and long-term impact."

David Andrews, a senior scientist at the nonprofit Environmental Working Group, said via e-mail that the release of Corexit ingredients "is important, but the effects of this disclosure on our response to this spill may be minimal due to the time necessary" to conduct new testing.

"Some information as to how it got [on EPA's website] would be interesting," he added in an interview.

EPA did not return several requests for comment on its decision to release the Corexit ingredients.

In a Friday letter to EPA Administrator Lisa Jackson, Gillibrand noted that the agency can use existing authority under the Toxic Substances Control Act to force the disclosure of product formulas for which companies have previously asserted confidentiality. EPA had previously advised BP to find less toxic dispersant alternatives to Corexit after reports that the Nalco formulas were ranked by the agency as more hazardous and less effective on southern Louisiana crude (*Greenwire*, May 13).

"EPA had the authority to act all along; its decision to now disclose the ingredients demonstrates this," Brian Turnbaugh, a policy analyst at the government watchdog group OMB Watch, said in a blog post on the release. "Yet it took a public outcry and weeks of complaints for the agency to act and place the public's interest ahead of corporate interests."

Wilma Subra, a trained Louisiana chemist who has provided technical assistance to environmental groups since the spill, said the lack of public knowledge of Corexit ingredients has stymied Gulf cleanup workers who seek later medical treatment for symptoms that could be attributable to dispersant exposure.

"They're taken to the doctor, and the doctor doesn't know what they've been exposed to," Subra said. "That's a huge issue for medical people, having to be responsive and not knowing what it is they're having to deal with."

Subra described a recent visit to an EPA monitoring van testing air samples near the spill site, during which the officials tested for specific chemicals but "couldn't tell us" the names of the substances.

In fact, one potentially significant detail for advocates seeking to perform independent dispersant tests was left out of the EPA's online disclosure: the proportions in which the chemical ingredients are mixed to produce Corexit. "Having the full ingredients out there is only part of the information that someone wanting to copy the product would need," said Pajor, of Nalco.

The other chemical ingredients in the Corexit formulas, according to the EPA release, are Sorbitan, tri-(9Z)-9-octadecenoate, poly(oxy-1,2-ethanediyl) derivs; Sorbitan, mono-(9Z)-9-octadecenoate; and Sorbitan, tri-(9Z)-9-octadecenoate, poly(oxy-1,2-ethanediyl) derivs.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology          Claimant EIN: 75-2309471 & 31-1475321

The Coast Is Not Clear - BusinessWeek                                                    Page 1 of 3



**FEATURES** August 12, 2010, 5:00PM EST

# The Coast Is Not Clear

Though the BP oil spill's impact is much less severe than feared, long-term threats remain: wetlands destruction, dead zones, and climate change. They make the spill look almost minor

By Peter Coy

Visit the Gulf of Mexico today and you'd hardly recognize it as the scene of what President Barack Obama called "the worst environmental disaster America has ever faced." It's as if scientists had conducted an insane experiment—dumping some 4.9 million barrels of oil into the ocean water—and discovered that its effect was in some ways negligible. Some 21 years after the Exxon Valdez disaster, you can still find globs of oil in Alaska's Prince William Sound. Yet the Gulf appears to be scrubbing itself: Sunshine is evaporating—and bacteria are rapidly digesting—the spilled oil. Less crude has infiltrated vulnerable wetlands than was widely feared. Documented fish and bird kills have been small, and most Gulf beaches remain pristine.

Although serious concerns remain about the spill's long-term impact on coastal wetlands and deepwater creatures, the short-term trend is unmistakably positive: On Aug. 10 the National Oceanic & Atmospheric Administration (NOAA) announced it was opening an additional 5,000 square miles of the Gulf to fishing, leaving 22 percent of federal waters still closed. Harlon Pearce, who runs a wholesale seafood business in Kenner, La., says that with more fish and shellfish passing rigorous smell tests and chemical assays, "I really feel good that we're going to be getting into large production this September, October, and November." Morgan Stanley (MS) said on Aug. 3 that while the spill is a "significant shock to the regional economy," there will be "essentially no impact" on U.S. economic input this year or next.

That the Gulf is recovering does not mean all is well. It turns out that the disaster that transfixed the nation isn't the biggest threat to the Gulf's health. Environmental scientists point to more serious and persistent (albeit less telegenic) threats, including the continued loss of wetlands, the impact of global climate change, and the supercharging of the Gulf with fertilizer that flows down the Mississippi River from Midwestern farms. According to Larry McKinney, director of the Harte Research Institute at the Gulf-front Corpus Christi campus of Texas A&M University: "The spill is minor compared to those threats." It's as if a gunshot victim recovered from his wound, then had to battle metastatic cancer.

The patient has a fighting chance. Thanks to favorable winds and human intervention, little oil from the BP spill reached the estuaries where it can do serious damage. The light, sweet crude that stayed at sea is being disposed of rapidly by bacteria that have evolved to feed off the oil and methane that naturally seep from the seafloor. Roger Sassen, an adjunct professor of geology and geophysics at Texas A&M, goes so far as to say that "in a year or two we can forget this ever happened." Argues Sassen: "The fact that the Mississippi is the drainage ditch for the fertilizers and nasty agricultural chemicals of the entire central U.S. is much worse than this transient spill."

Even experts who are less sanguine see the oil spill as an added burden rather than a knockout blow. Jane Lubchenco, the marine ecologist who heads NOAA, says that the Gulf's waters and coasts "have been

undergoing a series of changes over the years that have progressively compromised the health of more and more of the system." Speaking to reporters by phone on Aug. 10 while traveling in the region, she added: "Each of these changes doesn't happen in isolation. This spill interacts with and is on top of the other changes in the Gulf."

The Gulf's long-term nemeses can't be capped like a runaway oil well. Although slower-acting, they will have profound economic as well as environmental impacts, and responsibility for them can't be easily assigned. The Iowa corn farmer whose excessive use of fertilizer contributes to choking off oxygen in the gulf is harder to blame than, say, Tony Hayward, BP's (BP) outgoing chief executive.

The spill could do its worst damage by exacerbating existing threats. Harm to the bluefin tuna, prized both as a gamefish and as a culinary delicacy retailing for $100 a pound, is the premier example. It ranges the Atlantic but spawns just once a year, precisely where and when the BP spill occurred. The floating beds of brown seaweed that shelter bluefin larvae and fingerlings soak up oil like a sponge. Ocean biologists worry that the spill might have wiped out most of the 2010 generation of Gulf bluefins.

Ordinarily, the loss of a year's worth of fish might be tolerable. The problem: Severe overfishing in international waters of the Atlantic Ocean has already endangered the Gulf-spawning population of bluefins, down by 80 percent since 1970. (American fishermen landed a little less than 800 tons of bluefins in the West Atlantic in 2008, while other nations' fleets landed about 1,200 tons, according to the International Commission for the Conservation of Atlantic Tunas.) The spill could possibly push the bluefin population into outright collapse, says Robert L. Shipp, chairman of the Gulf of Mexico Fishery Management Council as well as the marine sciences department at the University of South Alabama. The only other population of the species, which spawns in the Mediterranean Sea, is also threatened.

The single biggest challenge to the Gulf's ecosystem may be the ongoing loss of wetlands, estimated at 25 to 30 square miles' worth per year. Estuaries and marshes provide shelter for commercially important crabs and shrimp. They also buffer humans from the impact of hurricanes and soak up the nitrogenous compounds from fertilizer and manure runoff that are borne down the Mississippi. Nitrogen that the wetlands don't capture feeds algal blooms. Bacteria that feed on the algae use up oxygen in the depths of the Gulf, creating a seasonal "dead zone" that's hospitable only to jellyfish, bacteria, and some worms. This month the Louisiana Universities Marine Consortium announced that the low-oxygen zone extended for 7,722 square miles, the fifth biggest on record.

What's unknown is whether oil from the spill will significantly accelerate the destruction of the wetlands. The wetlands are sinking because levees along the Mississippi's ship channel prevent silt from replenishing them. Pipeline channels have diced up the wetlands, further weakening them. When an area of wetlands finally sinks beneath the waves, it exposes an adjoining area to the waves' action, speeding up losses. Says McKinney: "If the rate of loss accelerates to 35 or 40 square miles a year, it will give us less time to come up with a restoration plan."

Global warming subtly worsens many of the Gulf's problems. Warmer Gulf waters are conducive to the spread of the voracious lionfish, a tropical Pacific fish with poisonous spokes that displaces native species, and the equally aggressive Chinese tallow tree, which has infested Gulf marshes. Plus, the shores of the Gulf lie so low that a sea level rise of just inches can inundate huge swaths of fertile coastline. (Seas have risen 8 inches in the past century, NOAA says.) The BP spill could potentially give more of a toehold to invasive species by weakening native ones, McKinney says.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology          Claimant EIN: 75-2309471 & 31-1475321

The Coast Is Not Clear - BusinessWeek                                                    Page 3 of 3

Scientists studying the Gulf's health emphasize that all damage assessments are strictly preliminary, so the bad news might not be over. A female crab lays about 3 million eggs, of which a handful grow up to be crabs. Many of the rest are eaten by fish and other crabs. So when oil droplets and chemical dispersant showed up in the larvae of blue crabs, it was a danger sign for the whole food chain. Judy Haner, marine program director for the Nature Conservancy in Mobile, Ala., says damage to fish populations could take three to four years to manifest itself.

Another stubborn unknown is the impact of the spill on small fish, such as menhaden, sardines, small jacks, and anchovies, that are food for creatures higher up the chain. Anchovies and menhaden are filter feeders that swim with their mouths agape, catching tiny food particles in their gill filaments. The tiny oil droplets suspended in subsea clouds could kill the fishes' food source, the near-microscopic crustaceans called copepods. The droplets could also clog the fishes' gills. At the same time, oil-eating bacteria could exhaust oxygen supplies in deep waters. Next unknown: If fish in the plumes do die, will others occupy their niche as the pollution clears and oxygen increases? Shipp, of the University of South Alabama, says he thinks the spill should continue to be regarded as Public Enemy No. 1 for the Gulf until those kinds of questions are answered.

BP has agreed to set aside $500 million for environmental study in the Gulf, many times the normal level of spending. That ought to be enough to get to the bottom of things. "If BP has put the money aside like they say and they don't renege on their promises and the government doesn't strip the money for other purposes—and those are big ifs—there should be money for studies of this spill," says Edward Overton, an environmental chemist and professor emeritus at Louisiana State University. After that, the far greater challenge will be to apply the newfound knowledge to helping the resilient Gulf survive all of its many man-made wounds.

*Coy is Bloomberg Businessweek's Economics editor.*

## Tar balls found in commercial shrimper's net

Posted on November 29, 2010

"Out of an abundance of caution," the National Oceanic and Atmospheric Administration last week closed 4,213 square miles of Gulf of Mexico federal waters off Louisiana, Mississippi and Alabama to royal red shrimping.

**The precautionary measure was taken after a commercial shrimper, having hauled in his catch of the deepwater shrimp, discovered tar balls in his net, NOAA said. Fishing for royal red shrimp is conducted by pulling fishing nets across the bottom of the ocean floor. The tar balls found in the catch may have been entrained in the net as it was dragged along the sea floor.**

After the report of tar balls, NOAA was in contact with shrimpers involved in royal red shrimping in the area. Only a handful of about 250 permitted royal red shrimp fishermen are active in the fishery.

The Coast Guard is analyzing the tar balls to determine whether they are from the Deepwater Horizon/BP spill.

"We are taking this situation seriously. This fishery is the only trawl fishery that operates at the deep depths where the tar balls were found and we have not received reports of any other gear or fishery interactions with tar balls," said Roy Crabtree, assistant NOAA administrator for NOAA's Fisheries Service Southeast region, in a statement. "Our primary concerns are public safety and ensuring the integrity of the Gulf's seafood supply."

An area covering 1,041 square miles surrounding the Deepwater Horizon wellhead remains closed to commercial and recreational fishing.

1

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN:  75-2309471 & 31-1475321

# Future Damages

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

Spill's Effects Linger for Gulf Coast Entrepreneurs – printable                    Page 1 of 4



Entrepreneur™                                                    Click to Print This Page

---

# Spill's Effects Linger for Gulf Coast Entrepreneurs

BP may have stopped the oil flow, but the region's small businesses say it will be a long time before things return to normal.

Craig Guillot   |   August 11, 2010

URL: http://www.entrepreneur.com/article/217203

When BP successfully placed a temporary cap on the Deepwater Horizon well on July 15, some saw it as a sign that the disaster was over. After more than 85 days and 200 million gallons of oil spilled into the Gulf of Mexico, the company had finally stopped the flow. While it was a critical turning point, Gulf Coast entrepreneurs and small businesses say it could still be a long time before things return to normal.



Commercial fisherman Nicky Alfonso is concerned about how long it will take before the public goes back to eating Gulf Coast seafood.
Photo courtesy of Craig GuillePhldz.com



Untold amounts of oil are still in the gulf, the offshore drilling moratorium is still in place and scientists have yet to completely understand or predict the long-term effects. The flow of black oil has put many businesses in the red and, for many, the end of the story has yet to be written.

## Long-Lasting Economic Impacts

By the time the well was temporarily capped, many entrepreneurs had already suffered irreparable damage to their businesses. The closure of fishing waters, pollution of beaches and damage to the coast's reputation have impacted industries across the board.

Estimates vary considerably. But according to an analysis of 25 natural and manmade disasters by Oxford Economics, the effects of the oil spill on travel alone to the coast could cost the region more than $22 billion and last more than three years.

The disaster couldn't have come at a worse time for Stephen Quinn in Fairhope, Ala.

A self-taught fabricator and welder, Quinn started Blackfyn Customs in 2007 to fabricate tops, towers and platforms for boats. His business has shown steady growth and, in the first quarter of 2010, revenue was up 300 percent compared with the first quarter of 2009. In April, just days before the Deepwater Horizon exploded and sunk, Blackfyn had turned a corner and made its first profit.

All that crashed to a halt less than four weeks later when the oil caused the closure of many fishing waters in the area. Blackfyn has not received a new order since May 7; and as Quinn worked though his backlog of work, things continued to deteriorate. In July, Blackfyn did not earn a single dollar.

"Our plan right now is that we'll likely be shut down and out of business by the end of August. I just don't want to ruin my and my wife's personal credit," Quinn says.

Quinn started the BP claims process on May 3, but he has little faith it will keep him afloat. Long delays coupled with being bounced from adjuster to adjuster mean that his payments from BP typically are 60 days behind. For example, he received his June payment in August. Quinn and his wife had to abandon the lease on the home they rented and, once he closes the business, he's certain he'll have no more claim against BP.

"I'm just trying to figure out how I am going to close all of this down, how I'm going to get rid of stuff and what I'm going to do with it," Quinn says.

The ripple effects of the spill can even be felt 270 miles north in Birmingham, Ala., where the disaster has been a huge blow to Southern Skin Divers Supply. The company built its reputation and business by offering scuba trips almost every weekend to the Gulf Coast. The ease of access to diving destinations at Gulf Shores means divers can dive cheaply and frequently with minimal travel. But with diving prospects hindered on the coast--either due to oil or to the *perception* of oil--students have been reluctant to sign up for classes. And that hampers the entire business, says Southern Skin Divers Supply President Forrest Phillips.

"Why would someone want to take classes and buy $2,000 worth of dive gear and spend a month getting certified if they don't think they're going to be able to dive that often?" he says.

Most of the company's profit comes from the retail end. The training and classes get them in the water and the trips keep them diving, but the large retail selection of diving supplies and gear is where the company earns the bulk of its profit. With dwindling interest from new students and the threat of being stuck with unsold products, Phillips has cut back significantly on inventory. That risks alienating the company's existing clientele, which comes to Southern Skin Divers Supply precisely because of its wide selection.

In early May, when Phillips realized the spill would likely impact diving on the Gulf Coast, he booked a number of international trips to keep some of the clientele coming through the door.

"It gives people a reason to come in and maybe buy a little something here and there. But it doesn't get any students, and that's what we need. It will keep our wheels turning, but it's not profitable," Phillips says.

Whether tourists and visitors are diving, dining or simply sprawling out on the beaches, many Gulf Coast businesses and entrepreneurs are dependent upon them. Michael Hecht, president of New Orleans regional economic alliance GNO Inc., is most concerned about the impact on the area's brand and reputation. Hecht has heard stories of double-digit cancellations in flights to New Orleans and some talk of conventions canceling because of concerns over air quality. All that affects everything from restaurants and hotels to tour operators, caterers and the entrepreneurs who provide the backbone of the tourism industry.

"We're a region that is so dependent upon tourism and our image. One of our biggest concerns is brand damage. What's going to happen once the cameras stop rolling and BP leaves?" Hecht wonders.

Nicky Alfonso, a commercial fisherman from Delacroix, La., is a case in point. He saw his entire business wiped away when federal authorities shut down his fishing grounds in May. Alfonso was able to weather the storm because he has cash reserves in case of bad times and, unlike many fisherman, he isn't dedicated to a single species. Alfonso fishes for crabs, shrimp and oysters, which means he can fish essentially year-round.

With the white shrimp season slated to start on Aug. 16, he's feeling more confident about his future. While he's not worried about the current harvest of shrimp that were already in the marshes before the oil spill, he's concerned about future shrimp seasons and what's going on with oil beneath the surface. The biggest problem fishermen like Alfonso face is whether or not the public will quickly go back to eating seafood.

"The future of selling seafood is now up in the air. We have to show the public that our seafood is not bad," Alfonso says. "It's just Mad Cow disease. When that happened, people avoided meat for a while. I don't know how long it's going to take for us to build up the confidence in the public."

## Manmade Disaster to 'Manmade Catastrophe'

While the spill has sent a wave of economic impacts throughout the Gulf Coast, many Louisiana businesses say the federally imposed drilling moratorium is a double whammy. The six-month suspension on deepwater drilling is scheduled to expire Nov. 30, but it has already hampered hundreds of Louisiana entrepreneurs and small businesses that serve the oil industry.

Joseph Mason, a professor of finance at Louisiana State University, testified before the Senate Small Business Committee on July 27 that the Gulf Coast stands to lose $2.1 billion in economic activity. That translates to a loss of more than 8,000 jobs and almost $500 million in wages. But Mason said small businesses are the ones that will feel the brunt of the storm.

Virtually every small business in Port Fourchon, La., is being hit by the moratorium. Ronnie Landry is vice president of operations for Hydro Carbon Flow Specialist, a minority-owned company that provides discharge systems, cutting boxes, tanks and vacuum systems to offshore rigs. The company's business has slowed to a trickle as deepwater rig operators have shut down or relocated. And even in the shallow-water operations, Landry said the federal regulators have been slow to issue permits. And when companies aren't drilling, they don't need Landry's services.

"When you go from $150,000 to $200,000 a week down to $30,000 a week, it's not about anything other than survival. We had two rigs that for nine years were [bringing in] $2,000 per day and, in the blink of an eye, it was gone. The losses add up," Landry says.

Hydro Carbon Flow Specialist has had to lay off 12 of its 44 employees. Landry said the company is trying to avoid laying off salespeople because it may never be able to get them back.

"We're just hoping that by keeping our sales force out there interacting with customers, we can go back out there and not miss a beat [if and when the moratorium is lifted]," Landry says.



Tattoo artist and business owner Bobby Pitre created this roadside mural on the outside of his studio in Larose, La. At one point, Pitre said sales and tattoo appointments were down by as much as 50 percent as local residents were uncertain of their futures.
Photo courtesy of Craig Guillot/flickr.com

The effects of the moratorium also extend to ancillary services and businesses that support the industry and its workers. Everything from restaurants and hotels to trucking companies have been hit, and some impacts are occurring in the most unlikely places. Bobby Pitre, owner of Southern Sting Tattoo Parlor in Larose, La., saw his business decline by 50 percent once the moratorium went into effect. With a majority of the local population employed in the oil industry and people uncertain about their future, tattoos just haven't been a big priority for many people. Pitre, who garnered national attention from the spill-related murals he hung on his building, said that business picked up a little in early August but is still down by 30 percent.

"Tattoo money is extra spending money for most people. They didn't know what they were going to have to do. People just didn't want to spend money," Pitre says.

Further north in New Orleans, Hecht, the head of the regional economic alliance, says that while the ecological impacts of the oil spill are bound to affect tourism for years, he's far more concerned about the effects of the ban on drilling. Hecht puts estimates as high as 24,000 lost jobs and a loss of more than $700 million in state tax revenue.

"[The moratorium] has the potential to take an ecological catastrophe and turn it into an economic calamity," Hecht says.

## Surviving and Finding Opportunity in Disaster

While there's a hard road ahead, business leaders say that Gulf Coast businesses will adapt and survive. This is, after all, a region that has done a tremendous job of rebuilding and reinventing itself in the five years since Hurricane Katrina. Much of that was due not to the federal government but to the creativity, perseverance and determination of entrepreneurial locals.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology   Claimant EIN: 75-2309471 & 31-1475321
Spill's Effects Linger for Gulf Coast Entrepreneurs - printable
Page 4 of 4

New Orleans-based Snee Chemical is a wholesale chemical supply company that serves distributors along the Gulf Coast. With the majority of its clients in the marine industry, the company took a 50 percent hit in May compared to its May 2009 numbers, says President and co-owner Mitchell Mark. While it hasn't come close to replacing the lost business, Mark said the company was able to make up some revenue by obtaining new products and shifting some attention to the oil response.

"We started selling more supplies for the spill response, but it took a while to [get into those markets]," Mark says. "The week after the well exploded, I quickly realized we were going to have to figure out how to replace lost business."

Just as Snee Chemical started to move product for the oil response, BP capped the well. Now, Mark said, Snee is simply focusing on getting back to its core business and preparing for when normalcy returns. Having faced uncertainty and disaster during Hurricane Katrina, many small businesses and entrepreneurs on the coast know how to deal with calamity, Mark says. He runs his business with little debt and has disaster business plans and models not only to deal with but to expect disaster.

"It becomes a mind-set of dealing with whatever is thrown at you. You have to be willing to reshape your business model and go after whatever is out there. It really tests your business model, but I think we'll be just fine," Mark says.

Elsewhere, some entrepreneurs have even capitalized on the spill. DeeAnn Sparhawk is co-founder and co-owner of Cool Pouch, a company that sells a trademarked product that helps keep you cool by packing ice in a towel. Although based in Knoxville, Tenn., Sparhawk saw an opportunity when she heard about cleanup workers battling heat-related illnesses on the Gulf Coast. After making little progress going through BP, she took matters into her own hands in the middle of May and drove down to the coast to hand out 500 Cool Pouches over a three-day period.

The venture cost Cool Pouch little more than $2,500 in giveaway and travel expenses, but it netted big results. The company was featured in Knoxville media and the publicity that ensued from having its product around the Gulf Coast produced a surge in sales.

"Our business has increased dramatically since this. I would say that our sales are up about 100 percent from last year. It was a win-win situation because we were able to help people and demonstrate how our product worked," Sparhawk says.

Copyright © 2011 Entrepreneur Media, Inc. All rights reserved. Privacy Policy

# Scientist finds Gulf bottom still oily, dead

(AP) – Feb 19, 2011

WASHINGTON (AP) — Oil from the BP spill remains stuck on the bottom of the Gulf of Mexico, according to a scientist's video and slides that demonstrate the oil isn't degrading as hoped and has decimated life on parts of the sea floor.

At a science conference in Washington, marine scientist Samantha Joye of the University of Georgia aired early results of her December submarine dives around the BP spill site. She went to places she had visited in the summer and expected the oil and residue from oil-munching microbes would be gone by then. It wasn't.

"There's some sort of a bottleneck we have yet to identify for why this stuff doesn't seem to be degrading," Joye told the American Association for the Advancement of Science annual conference in Washington. Her research and those of her colleagues contrasts with other studies that show a more optimistic outlook about the health of the gulf, saying microbes did great work munching the oil.

"Magic microbes consumed maybe 10 percent of the total discharge, the rest of it we don't know," Joye said, later adding: "there's a lot of it out there."

The head of the agency in charge of the health of the Gulf said Saturday that she thought that "most of the oil is gone." And a Department of Energy scientist, doing research with a grant from BP from before the spill, said his examination of oil plumes in the water column show that microbes have done a "fairly fast" job of eating the oil. Lawrence Berkeley National Lab scientist Terry Hazen said his research differs from Joye's because they looked at different places at different times.

Joye's research was more widespread, but has been slower in being published in scientific literature.

In five different expeditions, the last one in December, Joye and colleagues took 250 cores of the sea floor and travelled across 2,600 square miles. Some of the locations she had been studying before the oil spill on April 20 and said there was a noticeable change. Much of the oil she found on the sea floor — and in the water column — was chemically fingerprinted, proving it comes from the BP spill. Joye is still waiting for results to show other oil samples she tested are from BP's Macondo well.

She also showed pictures of oil-choked bottom-dwelling creatures. They included dead crabs and brittle stars — starfish like critters that are normally bright orange and tightly wrapped around coral. These brittle stars were pale, loose and dead. She also saw tube worms so full of oil they suffocated.

"This is Macondo oil on the bottom," Joye said as she showed slides. "This is dead organisms because of oil being deposited on their heads."

Joye said her research shows that the burning of oil left soot on the sea floor, which still had petroleum products. And even more troublesome was the tremendous amount of methane from the BP well that mixed into the Gulf and was mostly ignored by other researchers.

Joye and three colleagues last week published a study in Nature Geoscience that said the amount of gas injected into the Gulf was the equivalent of between 1.5 and 3 million barrels of oil.

"The gas is an important part of understanding what happened," said Ian MacDonald of Florida State University.

National Oceanic and Atmospheric Administration chief Jane Lubchenco told reporters Saturday that "it's not a contradiction to say that although most of the oil is gone, there still remains oil out there."

Earlier this month, Kenneth Feinberg, the government's oil compensation fund czar, said based on research he commissioned he figured the Gulf of Mexico would almost fully recover by 2012 — something Joye and Lubchenco said isn't right.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

The Associated Press: Scientist finds Gulf bottom still oily, dead          Page 3 of 4



"I've been to the bottom. I've seen what it looks like with my own eyes. It's not going to be fine by 2012," Joye told The Associated Press. "You see what the bottom looks like, you have a different opinion."



**Photo**

NOAA chief Lubchenco said "even though the oil degraded relatively rapidly and is now mostly but not all gone, damage done to a variety of species may not become obvious for years to come."

Lubchenco Saturday also announced the start of a Gulf restoration planning process to get the Gulf back to the condition it was on Apr. 19, the day before the spill. That program would eventually be paid for BP and other parties deemed responsible for the spill. This would be separate from an already begun restoration program that would improve all aspects of the Gulf, not just the oil spill, but has not been funded by the government yet, she said.



The new program, which is part of the Natural Resources Damage Assessment program, is part of the oil spill litigation — or out-of-court settlement — in which the polluters pay for overall damage to the ecosystem and efforts to return it to normal. This is different than paying compensation to people and businesses directly damaged by the spill.

The process will begin with public meetings all over the region.

On the Net:

- Joye's website: http://www.marsci.uga.edu/directory/mjoye.htm

- NOAA's restoration site: http://www.gulfspillrestoration.noaa.gov/

Copyright © 2011 The Associated Press. All rights reserved.

**Related articles**

Gulf's Recovery From BP Oil Spill Could Take Years
International Business Times - Feb 22, 2011

Methane From Oil Spill Migrating Undigested?
Science AAAS - Feb 19, 2011

Oil remains on bottom of US Gulf
The Press Association - Feb 20, 2011

More coverage (1) »

Kennet
of the G
jokes wi
Mississi
Sympos
Friday, I
Photo/R







**MC**

( Google ) Add News to your Google Homepage

**Map**

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology     Claimant EIN: 75-2309471 & 31-1475321

Blue crabs provide evidence of oil tainting Gulf food web                                                    Page 1 of 4



Everything New Orleans

## Blue crabs provide evidence of oil tainting Gulf food web

Published: Tuesday, August 10, 2010, 9:00 AM     Updated: Tuesday, August 10, 2010, 9:43 AM

 **The Associated Press**

To assess how heavy a blow **the BP oil spill** has dealt the Gulf of Mexico, researchers are closely watching a staple of the seafood industry and primary indicator of the ecosystem's health: the blue crab.



View full size

USM Gulf Coast Research Laboratory, via The Associated Press

Small oil droplets are visible trapped inside the shell of an immature blue crab collected near Grand Isle by researchers from the University of Southern Mississippi and Tulane University.

Weeks ago, before engineers pumped in mud and cement to plug the gusher, scientists began finding specks of oil in crab larvae plucked from waters across the Gulf coast.

The government said last week that three-quarters of the spilled oil has been removed or naturally dissipated from the water. But the crab larvae discovery was an ominous sign that crude had already infiltrated the Gulf's vast food web -- and could affect it for years to come:

"It would suggest the oil has reached a position where it can start moving up the food chain instead of just hanging in the water," said Bob Thomas, a biologist at Loyola University in New Orleans. "Something likely will eat those oiled larvae ... and then that animal will be eaten by something bigger and so on."

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

Blue crabs provide evidence of oil tainting Gulf food web    Page 2 of 4

Tiny creatures might take in such low amounts of oil that they could survive, Thomas said. But those at the top of the chain, such as dolphins and tuna, could get fatal "megadoses."

Marine biologists routinely gather shellfish for study. Since the spill began, many of the crab larvae collected have had the distinctive orange oil droplets, said Harriet Perry, a biologist with the University of Southern Mississippi's Gulf Coast Research Laboratory.

"In my 42 years of studying crabs I've never seen this," Perry said.

She wouldn't estimate how much of the crab larvae are contaminated overall, but said about 40 percent of the area they are known to inhabit has been affected by oil from the spill.



View full size

Dave Martin, The Associated Press archive

These blue crabs were photographed in Hopedale on July 15.

While fish can metabolize dispersant and oil, crabs may accumulate the hydrocarbons, which could harm their ability to reproduce, Perry said in an earlier interview with Science magazine.

She told the magazine there are two encouraging signs for the wild larvae -- they are alive when collected and may lose oil droplets when they molt.

Tulane University researchers are investigating whether the splotches also contain toxic chemical dispersants that were spread to break up the oil but have reached no conclusions, biologist Caz Taylor said.

If large numbers of blue crab larvae are tainted, their population is virtually certain to take a hit over the next year and perhaps longer, scientists say. The spawning season occurs between April and October, but the peak months are in July and August.

How large the die-off would be is unclear, Perry said. An estimated 207 million gallons of oil have spewed into the Gulf since an April 20 drilling rig explosion triggered the spill, and thousands of gallons of dispersant chemicals have been dumped.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

Blue crabs provide evidence of oil tainting Gulf food web    Page 3 of 4

Scientists will be focusing on crabs because they're a "keystone species" that play a crucial role in the food web as both predator and prey, Perry said.

Richard Condrey, a Louisiana State University oceanographer, said the crabs are "a living repository of information on the health of the environment."

Named for the light-blue tint of their claws, the crabs have thick shells and 10 legs, allowing them to swim and scuttle across bottomlands. As adults, they live in the Gulf's bays and estuaries amid marshes that offer protection and abundant food, including snails, tiny shellfish, plants and even smaller crabs. In turn, they provide sustenance for a variety of wildlife, from redfish to raccoons and whooping cranes.

Adults could be harmed by direct contact with oil and from eating polluted food. But scientists are particularly worried about the vulnerable larvae.

That's because females don't lay their eggs in sheltered places, but in areas where estuaries meet the open sea. Condrey discovered several years ago that some even deposit offspring on shoals miles offshore in the Gulf.



View full size

John Fiesher, The Associated Press archive

Crab fisher Glen Despaux was photographed with one of his crab traps on June 24 outside his home in Barataria.

The larvae grow as they drift with the currents back toward the estuaries for a month or longer. Many are eaten by predators, and only a handful of the 3 million or so eggs from a single female live to adulthood.

But their survival could drop even lower if the larvae run into oil and dispersants.

"Crabs are very abundant. I don't think we're looking at extinction or anything close to it," said Taylor, one of the researchers who discovered the orange spots.

Still, crabs and other estuary-dependent species such as shrimp and red snapper could feel the effects of remnants of the spill for years, Perry said.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technlogy      Claimant EIN: 75-2309471 & 31-1475321

Blue crabs provide evidence of oil tainting Gulf food web                                    Page 4 of 4

"There could be some mortality, but how much is impossible to say at this point," said Vince Guillory, biologist manager with the Louisiana Department of Wildlife and Fisheries.

Perry, Taylor and Condrey will be among scientists monitoring crabs for negative effects such as population drop-offs and damage to reproductive capabilities and growth rates.

Crabs are big business in the region. In Louisiana alone, some 33 million pounds are harvested annually, generating nearly $300 million in economic activity, Guillory said.

Blue crabs are harvested year-round, but summer and early fall are peak months for harvesting, Guillory said.

Prices for live blue crab generally have gone up, partly because of the Louisiana catch scaling back due to fishing closures, said Steve Hedlund, editor of SeafoodSource.com, a website that covers the global seafood industry.

Fishers who can make a six-figure income off crabs in a good year now are now idled — and worried about the future.

"If they'd let us go out and fish today, we'd probably catch crabs," said Glen Despaux, 37, who sets his traps in Louisiana's Barataria Bay. "But what's going to happen next year, if this water is polluted and it's killing the eggs and the larvae? I think it's going to be a long-term problem."

*John Flesher of The Associated Press wrote this report.*

© 2010 NOLA.com. All rights reserved.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321

## GEORGIA SEA GRANT OIL SPILL UPDATE



### Outcome/Guidance from Georgia Sea Grant Program: Current Status of BP Oil Spill

By Chuck Hopkinson, Director, Georgia Sea Grant
August 17, 2010

On August 2, 2010, the National Incident Command (NIC) released a report on the status of oil from the BP oil spill. The findings of the report are being widely reported in the news media as suggesting that 75% of the oil is "gone" and only 25% remains. However, many independent scientists are interpreting the findings differently, with some suggesting that less than 10% is "gone" and up to 90% remains a threat to the ecosystem. Considering the vulnerability of the southeast Atlantic coast to oil being carried our way by the Gulf Stream, it is critical that we determine which of these interpretations of the report is more accurate.

To address this issue, Georgia Sea Grant organized an ad hoc group of university-based oceanographic experts from within the state to independently evaluate and interpret the conclusions of the NIC report.

This group determined that the media interpretation of the report's findings has been largely inaccurate and misleading. Oil that the NIC report categorizes as Evaporated or Dissolved, Naturally Dispersed and Chemically Dispersed has been widely interpreted by the media to mean "gone" and no longer a threat to the ecosystem. However, this group believes that most of the dissolved and dispersed forms of oil are still present and not necessarily harmless.

In order to better illustrate to the media, the public, community leaders and political decision-makers the current status of oil in the ecosystem, this group focused exclusively on oil that actually entered Gulf of Mexico waters, omitting from its consideration oil that was directly captured from the wellhead. Our analysis classified oil into categories relevant to discussions of recovery and environmental impact: Burned, Skimmed, Evaporated, Degraded and Remaining.

Thus, starting with the NIC's figure for how much oil entered the water, we estimated how much oil could have conceivably degraded and evaporated as of the date of the NOAA science report. The balance remains in the Gulf in varying forms and toxicity.

The group also considered how the vulnerability of our Atlantic coast waters has changed since BP capped the well. A listing of participating experts can be found below.

### HOW MUCH OIL WAS RELEASED INTO THE GULF OF MEXICO?

There was consensus within the group that, as stated in the NIC report, approximately 4.9 million barrels emerged from the wellhead between the rig explosion on April 20, 2010 and the final capping of the well on July 15 2010.

In accounting for total oil output from the well, the NIC report includes oil piped directly from the wellhead to surface ships and prevented from ever entering the Gulf of Mexico, approximately .8 million barrels (17%) of the total oil output. While we commend BP for capturing this oil at great depth under difficult conditions, our analysis focused exclusively on oil

1

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2309471 & 31-1475321

that actually entered the water and from which the Gulf must now recover. Therefore, we omitted from our discussion and our charts the .8 million barrels captured directly from the wellhead and examined the status of the 4.1 million barrels that actually entered the water. Because of this difference, percentages do not track directly from our charts to those of the NIC, but they are easily reconciled. For example, the 392,000 barrels that the NIC reports as skimmed or burned at the surface constitutes 8% of the 4.9 million barrels accounted for by the NIC, but that same volume is 10% of the 4.1 barrels that actually entered the water.



Figure 1: The NIC Report's Oil Budget accounted for all released oil, including oil that was pumped directly from the wellhead to surface ships. The Georgia Sea Grant Oil Budget does not include this 17% since it never entered Gulf of Mexico waters.

## HOW MUCH OIL CAN BE COUNTED CONFIDENTLY AS RECOVERED FROM GULF WATERS?

The NIC report estimates that 392,000 barrels of oil have been either burned or skimmed from surface waters, which seemed to our group to be a reasonable approximation. However, to the best of our knowledge, these estimates are based on data that are not available to the general public or the scientific community and, therefore, are not independently verifiable. However, using this figure from the federal report, we calculated that 10% of the oil that actually spilled into Gulf of Mexico waters was removed at the surface through skimming and burning. Thus, 90% of the oil that entered the Gulf of Mexico has not been recovered.

## WHAT HAS HAPPENED TO THE UNRECOVERED 90%?

The NIC report states that oil released into the water, that has not been contained by skimming or burning, is currently in one of four states:

1) dispersed as micro-droplets,
2) dispersed as micro-droplets with dispersant coating,
3) dissolved (some of which has evaporated) and
4) residual.

Together, these forms make up the unrecovered 90%. The news media's tendency to interpret "dispersed" and "dissolved" as "gone"is wrong.  Dispersed and dissolved forms can be highly toxic. Furthermore, sorting the oil into the four above states falls far short of assessing how much of it remains a potential threat to the system.

Fortunately, natural weathering processes ARE degrading and evaporating the various compounds that make up what we collectively call crude oil, and certainly a significant fraction of the unrecovered oil has been removed from the Gulf through evaporation or degraded into harmless forms. The following is this groups attempt to estimate how much.

## HOW MUCH OIL HAS BEEN COMPLETELY DEGRADED BY MARINE ORGANISMS?

There are no data available from the scientific literature or the National Incident Command on rates of decomposition or weathering of oil released from the BP spill. Because so much oil exists as micro-droplets in deep, very cold ocean waters, it is difficult to infer decomposition rates from studies of previous spills occurring closer to the surface. However, several scientific studies are currently underway to directly address this critical need.

We asked our scientific experts to estimate, as best they could, the percentage of subsurface oil that has degraded. They suggested a range of between 5% (see Figure 3) and 10% (see Figure 2). Given that estimate, we calculated that between 168,000 and 319,000 barrels have been removed from the Gulf through degradation. This is equivalent to 4–8% of the total oil released into the water.

However, it is important to realize that the degradation of crude oil by marine organisms mostly entails short-chain hydrocarbons—not the more toxic, polycyclic aromatic hydrocarbons (PAHs). Mass balance calculations, such as we are doing here, do not reflect this preferential decomposition. The most toxic components of crude oil are the least likely to be naturally degraded.



Figure 2: The High Loss Rate Oil Budget accounts for total oil input into the Gulf of Mexico and is based on high rates of evaporation on the sea surface and high rates of oil degradation. Based on these high loss estimates, 70% of the oil remains in the ecosystem.

Figure 3: The Low Loss Rate Oil Budget accounts for total oil input into the Gulf of Mexico and is based on low rates of evaporation on the sea surface and low rates of oil degradation. Based on these low loss estimates, 79% of the oil remains in the ecosystem.

## HOW MUCH OIL MAY HAVE EVAPORATED?

The NIC report estimates that 1.2 million barrels (30%) of oil released at the wellhead dissolved in the water and are, therefore, in a form that could evaporate. However, for oil to evaporate, it must come in contact with the atmosphere. Without knowing how much of the oil is at various depths, it is difficult to estimate how much oil could have reached the surface in order to evaporate. Our experts set the range of evaporation at 25% (see Figure 3) to 40% (see Figure 2). Based on this estimate, we calculated that between 306,000 and 490,000 barrels of oil have evaporated into the atmosphere and are no longer in the Gulf of Mexico. This amounts to 8-12% of the total oil spilled into the Gulf.

However, oil evaporated into the atmosphere can also have environmental and health-related effects. Questions have been raised by the state's scientific community about the vulnerability of communities living downwind of the Gulf of Mexico, including the Atlanta metropolitan area. An atmospheric sampling program designed to measure concentrations of oil components in the air would help determine how much has evaporated as well as track its dispersion and movement throughout the region and. This study is critically needed.

## HOW MUCH OIL REMAINS?

There have been no oceanographic surveys measuring the entire breadth of the subsurface oil plume, only cruises targeting specific regions of interest to the scientific community. Thus, we can only estimate how much remains below the surface. However, after accounting for oil that has been skimmed and burned (10% collectively), evaporated (8-12%) and degraded (4-8%), we estimate that the oil remaining at or below the surface is between 70 and 79% or between 2.9 and 3.2 million barrels.

We note that this does not account for oil that we know has washed into coastal wetlands. This is a particularly difficult form to quantify, since much of it has settled in tidal creek and bay bottoms or has been buried in salt marsh and creek bottom sediments.

## WHAT IS THE VULNERABILITY OF THE EAST COAST WATER?

The good news is that our vulnerability decreases day-by-day. Now that the BP leak has been capped, oil is no longer being added to the Gulf of Mexico, and the weathering of all forms of oil continues. As long as Eddy Franklin continues to block the Loop Current from sweeping oil-contaminated water from the spill region into the Gulf Stream, little oil should be transported to the East coast. With time, the oil will continue to weather and decrease in concentration and toxicity. However, without knowledge of the dispersion and mixing rates in the surface and bottom waters surrounding the spill region, the evaporation rates at the surface and the oil decomposition and weathering rates, it is impossible to estimate how long it will take for oil to disappear from the Gulf.

As we plan, seek funding for and implement sampling programs to track the form and concentration of oil in Georgia coastal waters, we need continual updates on the degradation and dilution of oil in the Gulf of Mexico, as well as real measurements of oil transport in the Loop Current and the Florida Current.

## ABOUT THE GEORGIA SEA GRANT COLLEGE PROGRAM

The Georgia Sea Grant College Program, housed at the University of Georgia, has taken a leading role in working with state legislators toward the development of a monitoring system to

check for the presence of oil in Georgia's waters and coastal ecosystem. Georgia Sea Grant, in collaboration with other South Atlantic Sea Grant programs, has convened several summits to gather input from the region's top physical oceanographic, petrochemical and chemical oceanographic experts on how and in what form oil could be transported from the Gulf of Mexico to South Atlantic waters.

Georgia Sea Grant supports research, education and outreach activities that promote environmental and economic health and vitality in coastal Georgia by helping to improve public resource policy, encouraging far-sighted economic and fisheries decisions, anticipating vulnerabilities to change and educating citizens to be wise stewards of the coastal environment. For more information about the Georgia Sea Grant, contact Jill Gambill, Communications Director, at (706) 542-3463 or jgambill@uga.edu or visit www.marsci.uga.edu/gaseagrant.

## LIST OF PARTICIPANTS:

Jay Brandes, Skidaway Institute of Oceanography

Chuck Hopkinson, Department of Marine Sciences, University of Georgia

Samantha Joye, Department of Marine Sciences, University of Georgia

Richard Lee, Skidaway Institute of Oceanography

Ming-yi Sun, Department of Marine Sciences, University of Georgia

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

Scientists Find Thick Layer Of Oil On Seafloor : NPR                                        Page 1 of 5

# Scientists Find Thick Layer Of Oil On Seafloor

by RICHARD HARRIS



Courtesy of Samantha Joye

A core sample from the seafloor of the Gulf of Mexico shows a 2-inch layer of oily material. Researchers are finding oil on the seafloor miles away from the blown-out BP well. Though researchers have yet to chemically link the oil deposits to the BP well, "the sheer coverage here is leading us all to come to the conclusion that it has to be sedimented oil from the oil spill because it's all over the place," says one scientist.



Courtesy of Samantha Joye

This control core, by comparison, shows no oil sediment.

*September 10, 2010*          text size A A A

Scientists on a research vessel in the Gulf of Mexico are finding a substantial layer of oily sediment stretching for dozens of miles in all directions. Their discovery suggests that a lot of oil from the Deepwater Horizon didn't simply evaporate or dissipate into the water — it has settled to the seafloor.

The Research Vessel Oceanus sailed on Aug. 21 on a mission to figure out what happened to the more than 4 million barrels of oil that gushed into the water. Onboard, Samantha Joye, a professor in the Department of Marine Sciences at the University of Georgia, says she suddenly has a pretty good idea about where a lot of it ended up. It's showing up in samples of the seafloor, between the well site and the coast.

"I've collected literally hundreds of sediment cores from the Gulf of Mexico, including around this area. And I've never seen anything like this," she said in an interview via satellite phone from the boat.

Joye describes seeing layers of oily material — in some places more than 2 inches thick — covering the bottom of the seafloor.

"It's very fluffy and porous. And there are little tar balls in there you can see that look like microscopic cauliflower heads," she says.

It's very clearly a fresh layer. Right below it she finds much more typical seafloor mud. And in that layer, she finds recently dead shrimp, worms and other invertebrates.

### 'A Slime Highway'

How did the oily sediment get there? Joye says it's possible that chemical dispersants might have sunk some oil, but it's also likely that natural systems are playing an important role.

"The organisms that break down oil excrete mucus — copious amounts of mucus," Joye says. "So it's kind of like a slime highway from the surface to the bottom. Because eventually the slime gets heavy and it sinks."

That sticky material can pick up oil particles as it sinks. Joye can't yet say with certainty that the oily layer is from BP's blown-out well.

"We have to [chemically] fingerprint it and link it to the Deepwater Horizon," she says. "But the sheer coverage here is leading us all to come to the conclusion that it has to be sedimented oil from the oil spill, because it's all over the place."

So far, the research vessel has traveled in a large "X" across the Gulf within a few dozen miles of the well. Scientists have taken eight sets of samples, and Joye says they all contain this layer. It's thin in some places, inches thick in others. Eventually, scientists hope to collect enough samples to figure out how much oil is now settling to the seafloor.

"It's starting to sound like a tremendous amount of oil. And we haven't even sampled close to the wellhead yet," she says.

> The organisms that break down oil excrete mucus — copious amounts of mucus. So it's kind of like a slime highway from the surface to the bottom. Because eventually the slime gets heavy and it sinks.
>
> - *Samantha Joye, professor of marine sciences, University of Georgia*

**A Blizzard Of Oil**

Last month, another research group also reported finding oil on the seafloor. Researchers at the University of South Florida say they saw oil particles sprinkled on top of the mud. These new findings strongly suggest that it didn't just drizzle oil — in some places it was a blizzard.

**Related NPR Stories**

Marine Scientists Seek Standards For Spill Research
Sep. 7, 2010

Thad Allen And Lessons Learned From The Gulf Oil Spill
Sep. 9, 2010

BP Report Blames Multiple Companies For Gulf Spill
Sep. 8, 2010

David Hollander, from the University of South Florida, says the government's original attempt to figure out what happened to the oil toted up how much washed ashore, how much evaporated and how much might have stayed under the waves. But it didn't consider that oil could also end up on the seafloor.

"And so now the bottom really is turning out to be an important sink for the oil," Hollander says.

But the ecological impacts of oil on the seafloor depend on the depth of the ocean where it lies. Joye's findings so far have found oil in depths ranging from 300 to 4,000 feet. Shallower waters, in particular, are potentially important not just for life on the bottom but for the entire marine ecosystem.

"A lot of fish go down to the bottom and eat and then come back up," Hollander says. "And if all their food sources are derived from the bottom, then indeed you could have this impact."

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technology   -   Claimant EIN:  75-2309471 & 31-1475321
Oil found in Gulf crabs raises new food chain fears | McClatchy                                    Page 1 of 2

# McClatchy Washington Bureau

⌨ Print This Article

Posted on Thu, Jul. 01, 2010

## Oil found in Gulf crabs raises new food chain fears

**Geoff Pender | Biloxi Sun Herald**

*last updated: November 24, 2010 01:49:11 PM*

BILOXI, Miss. — University scientists have spotted the first indications oil is entering the Gulf seafood chain — in crab larvae — and one expert warns the effect on fisheries could last "years, probably not a matter of months" and affect many species.

Scientists with the University of Southern Mississippi and Tulane University in New Orleans have found droplets of oil in the larvae of blue crabs and fiddler crabs sampled from Louisiana to Pensacola, Fla. The news comes as blobs of oil and tar continue to wash ashore in Mississippi in patches, with crews in chartreuse vests out cleaning beaches all along the coast on Thursday, and as state and federal fisheries from Louisiana to Florida are closed by the BP oil disaster.

"I think we will see this enter the food chain in a lot of ways — for plankton feeders, like menhaden, they are going to just actively take it in," said Harriet Perry, director of the Center for Fisheries Research and Development at the Gulf Coast Research Laboratory. "Fish are going to feed on (crab larvae). We have also just started seeing it on the fins of small, larval fish — their fins were encased in oil. That limits their mobility, so that makes them easy prey for other species. The oil's going to get into the food chain in a lot of ways."

Perry said researchers have not yet linked the hydrocarbons found in the crab larvae to the BP disaster, but she has little doubt it's the source. She said she has never seen such contamination in her 42 years of studying blue crab.

Richard Gollott is Mississippi's Department of Marine Resources commissioner for the commercial seafood industry and a seafood processing -plant owner from a family that's been in the business for generations. He said closure of Gulf fisheries "appears to have been the right thing to do."

"We are taking a beating with this," Gollott said. "But we would rather have our industry have a season closed down for a year or even two years rather than get a bad name. We have to take the long-term view. The worst thing in the world would be to take a short-term look at this and not be worried about the public, the consumers."

Gollott said he is still hopeful Gulf seafood can make a quick recovery, in "months instead of years," and be safe and plentiful. He said right now the only Gulf seafood he's supplying is coming from Texas, where fisheries are still clear and open.

"You've got to be optimistic to be a fisherman," Gollott said. "As quick as we can get our scientific facts and ducks in order, get FDA to check everything from Florida to Texas and make sure it's OK, I think we will get our market share back. But that will take some marketing and some work."

DMR Director Bill Walker said Thursday he was unaware of the USM–Tulane findings. He said DMR biologists continue to test the meat of shrimp and other edible species and have "not gotten any positive hits" for oil.

"But we are just testing the edible tissue, for public health," Walker said. "The more-academic research is looking at other parts of these critters. Sometimes materials will concentrate in the more oily tissue, but not make its way to the edible tissue."

Perry said the oil found in the crab larvae appears to be trapped between the hard outer shell and the inner skin. Perry said, "Shrimp, crab and oysters have a tough time with hydrocarbon metabolism." She said fish that eat these smaller species can metabolize the oil, but their bodies also accumulate it with continued exposure and they can suffer reproductive problems "added to a long list of other problems."

BP-contracted crews cleaned tar balls and patches from mainland beaches on Thursday. Walker said there are reports of oil or tar on or near all the barrier islands, although still in relatively small, isolated patches — "small in the sense of up to several hundred yards at a stretch," Walker said.

Harrison County Emergency Manager Rupert Lacy said storms the last few days "shook (tar pieces) up, shifted them around," but cleanup workers "are doing what they need to do," and getting beaches cleaned.

"Until they can get that well capped off and they get those big skimmers out there and really get into the skimming operations, we're going to see the remnants of this," Lacy said. "This is not a sprint; it's a marathon."

Perry said scientists are having to learn as they go along with the BP oil disaster.

"We can go to literature and get information on other spills," Perry said. "But this is not the same oil, this is not the same spill, this is not the same area and these are not the same species. Plus, the use of dispersant in the amounts they've used is totally unprecedented. So this is taking scientists a while to get up to speed and realize the enormity of it."

As not only a marine scientist but a longtime Coast resident, Perry said the enormity of the disaster gets to her personally sometimes.

"I had a sort of breakdown last week," Perry said. "I've driven down the same road on East Beach in Ocean Springs for 42 years. As I was going to work, I saw the shrimp fleet going out, all going to try to work on the oil, and I realized the utter futility of that, and I just lost it for a minute and had to gather myself.

"When you think about it all, how this has changed everybody's life and how life here revolves around the water and the beach and the seafood — just even going to get a shrimp po-boy — it's just overwhelming. I think a hurricane is easy compared to this."

Oil found in Gulf crabs raises new food chain fears | McClatchy

"Let's just hope and pray first that they get the well capped, then secondly that they keep it from getting inshore into our marshes."

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2309471 & 31-1475321



## Report

# Deep-Sea Oil Plume Enriches Indigenous Oil-Degrading Bacteria

Terry C. Hazen,[1]* Eric A. Dubinsky,[1] Todd Z. DeSantis,[1] Gary L. Andersen,[1] Yvette M. Piceno,[1] Navjeet Singh,[1] Janet K. Jansson,[1] Alexander Probst,[1] Sharon E. Borglin,[1] Julian L. Fortney,[1] William T. Stringfellow,[1,3] Markus Bill,[1] Mark S. Conrad,[1] Lauren M. Tom,[1] Krystle L. Chavarria,[1] Thana R. Alusi,[1] Regina Lamendella,[1] Dominique C. Joyner,[1] Chelsea Spier,[3] Jacob Baelum,[1] Manfred Auer,[1] Marcin L. Zemla,[1] Romy Chakraborty,[1] Eric L. Sonnenthal,[1] Patrik D'haeseleer,[4] Hoi-Ying N. Holman,[1] Shariff Osman,[1] Zhenmei Lu,[1] Joy D. Van Nostrand,[2] Ye Deng,[2] Jizhong Zhou,[1,2] Olivia U. Mason[1]

[1]MS 70A-3317, One Cyclotron Rd., Lawrence Berkeley National Laboratory, Berkeley, CA 94720, USA. [2]University of Oklahoma, 101 David L. Boren Blvd., Norman, OK 73072, USA. [3]University of the Pacific, Ecological Engineering Research Program, 3601 Pacific Avenue, Stockton, CA 95211, USA. [4]Biosciences and Biotechnology Division, Lawrence Livermore National Laboratory, Livermore, CA 94550, USA.

*To whom correspondence should be addressed. E-mail: tchazen@lbl.gov

The biological effects and expected fate of the vast amount of oil in the Gulf of Mexico from the Deepwater Horizon blowout are unknown due to the depth and magnitude of this event. Here, we report that the dispersed hydrocarbon plume stimulated deep-sea indigenous γ-proteobacteria that are closely related to known petroleum-degraders. Hydrocarbon-degrading genes coincided with the concentration of various oil contaminants. Changes in hydrocarbon composition with distance from the source and incubation experiments with environmental isolates demonstrate faster than expected hydrocarbon biodegradation rates at 5°C. Based on these results, the potential exists for intrinsic bioremediation of the oil plume in the deep-water column without substantial oxygen drawdown.

Assessing the environmental and public health impacts of the Deepwater Horizon blowout is difficult due to the extreme depth of the blowout and the large volumes of oil released. Moreover, the effectiveness of the primary initial mitigation strategy (e.g. injecting the oil dispersant COREXIT 9500 directly at the well head in a water depth of 1,544 meters) is difficult to assess despite initial analysis of its potential toxicity (*1*). An optional strategy for remediation of the deep underwater plume is to utilize the intrinsic bioremediation potential of deep sea microorganisms to degrade the oil. This strategy depends on a number of environmental factors including a favorable response of indigenous microorganisms to an increased concentration of hydrocarbons and/or dispersant.

To determine the impact of the deep hydrocarbon plume on the marine microbes residing in the plume and the rates of hydrocarbon biodegradation, we collected deepwater samples from two ships between 25 May 2010 and 2 June 2010. In total, we analyzed the physical, chemical and microbiological properties (fig. S1) of 17 deepwater samples from across the Gulf of Mexico (*2*).

We detected a deep-sea oil plume from 1099-1219 m at distances of up to 10 km from the wellhead (fig. S2). Due to its composition (fig. S3), the plume was likely dispersed MC252 oil, a conclusion also reached by Camilli et al (*3*). At most locations where the plume was detected there was a slight decrease in oxygen concentration indicative of microbial respiration and oxygen consumption as would be expected if the hydrocarbons were being catabolized (Fig. 1). Oxygen saturation within the plume averaged 59% while outside the plume it was 67%. Extractable hydrocarbons (e.g. octadecane) ranged from non-detectable in the non-plume samples to 9.21 µg/L in plume samples (table S1). Volatile aromatic hydrocarbons were significantly higher in the plume interval (mean 139 µg/L) than in the non-plume samples from similar depths. The average temperature within the plume interval was 4.7°C and pressure was 1136 dB. Soluble orthophosphate, total ammonia-N, and nitrate-N were detected at similar concentrations within and outside the plume interval (table S1)

The dispersed oil plume affected both microbial cell densities and composition (Fig. 1, table S1). Cell densities in the plume ($5.51\pm0.33\times10^4$ cells/ml) were higher than outside the plume ($2.73\pm0.05\times10^4$ cells/ml). Phospholipid fatty acid analysis also confirmed an increase in microbial biomass in the plume (0.57 pm lipids/ml) vs. outside the plume (0.23 pm lipids/ml) (table S1). In addition to the observed increase in cell densities, PhyloChip 16S rRNA microarray analysis (fig. S4) suggests the plume significantly altered the microbial community composition and structure. Ordination of bacterial

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

and archaeal 16S rRNA gene composition revealed two distinct clusters of samples: one composed entirely of plume samples with detected oil and the other of non-plume samples (Fig. 2). No other physical or chemical factors other than hydrocarbons were significantly different between these groups (table S1), indicating that microorganisms were responding directly to the presence of dispersed oil.

In plume samples, PhyloChip analysis revealed that 951 distinct bacterial taxa in 62 phyla were present (fig. S4), but only sixteen distinct taxa that were all classified as $\gamma$-Proteobacteria were significantly enriched in the plume relative to non-plume samples (table S2, fig. S5). Nearly all of these enriched taxa have representatives that are known to degrade hydrocarbons or are stimulated by the presence of oil in cold environments (table S2). Plume-enriched bacteria include many psychrophilic and psychrotolerant species that have been observed in low temperature marine environments (table S2) (4–6). Although cell densities are higher in the plume, taxonomic richness was lower and the diversity of enriched bacteria was restricted to a few γ-Proteobacteria.

Cloning and sequencing revealed that deep sea plume samples from stations BM58 (~10.6 km from the MC252 well head) and station OV011 (~1.5 km from the well head) were dominated by the order *Oceanospirillales* in the γ-proteobacteria. Over 90% of all sequences in both plume samples (10 km between sampling stations) belonged to a single operational taxonomic unit (OTU) that is most closely related to *Oceanospirillales* (Fig. 3). In a control sample (site OV003) collected 39.1 km southwest of the wellhead this same OTU represented only 5% of all sequences analyzed (Fig. 3). In addition, this dominant taxon was detected in all 9 oil plume samples analyzed by the PhyloChip, and was significantly enriched relative to background deep seawater with no oil (table S1). The most closely related cultured representatives to the dominant OTU in plume samples were *Spongiispira norvegica* (95% similar) and *Oceaniserpentilla haliotidis* (94% similar). The observed sequences in the plume samples form a clade with two distinct *Oceanospirillales* groups. One of these groups is largely composed of known psychrophilic hydrocarbon degraders and microorganisms from hydrocarbon dominated environments (5, 7, 8), including *Oleispira antarctica*, *Thalassolituus oleivorans*, and *Oleiphilus messinensis*, (fig. S5).

The three dominant phospholipid fatty acids detected in the plume samples were the C16:0, C16:1w7c, and C18:1w9c (table S3), which have been reported as the dominant lipids in the *Oleispirea antarctica*, in some strains of the *Oceaniserpentilla haliotis* (9), and in a consortium of marine hydrocarbon-degrading bacteria (9). 18:1w9t/c ratios that have been reported to increase in oil contaminated environments (10, 11) were slightly elevated in plume

samples (average 0.21) compared to non-plume samples (average 0.14) but were not strongly correlated with oil concentrations (table S1). Multivariate analysis of PLFA profiles from each sample revealed distinct clustering of plume and non-plume samples similar to community analysis of microarray data (Fig. 2).

Microscopic examination of cells collected within the plume also revealed that the dominant cell type exhibits a distinctive morphology typical of the *Oceanospirillales* (Fig. 4). Total bacterial densities were also significantly correlated with MC252 alkane concentration in the plume (fig. S5). Synchrotron radiation–based Fourier-transform infrared (SR-FTIR) spectromicroscopy revealed absorptions at ~1730, ~1610 and ~1150 cm$^{-1}$ that are associated with biomolecule–rich regions of a cellular floc (Fig. 3). These absorption features are well described for the carbonyl (C=O), nitrogen oxides, and sulfur oxides vibration modes (12), and they are characteristic of oil degradation products (13). These SR-FTIR spectra are not consistent with those typically found in marine macroaggregates (14), nor are they consistent with non-plume samples at the same depth.

To understand the distribution of oil-degrading genes within the plume, five samples (BM053, BM054, BM057, BM058, BM064) from the MC252 dispersed oil plume as well as five control samples (OV003, OV004, OV009, OV013 and OV014) from the non-contaminated zone were analyzed with GeoChip-based functional array (table S4) (15, 16). Altogether, 4,000-5,000 functional genes were detected per sample, among which 1652 genes are involved in hydrocarbon degradation. Detrended correspondence analysis (DCA) showed that microbial community functional composition and structure were considerably different between oil-plume and non-plume control samples (fig. S7), which is consistent with PhyloChip analysis. A large number of genes involved in hydrocarbon degradation were significantly (p <0.05 or 0.01) increased in oil plume samples (figs. S8, S9). Statistical analysis by Mantel test showed that the overall microbial functional composition and structure were significantly correlated with many key oil contaminants, including isopropylbenzene, n-propylbenzene, tert-butylbenzene, 1,2,4-trimethylbenzene, p-isopropyltoluene, n-butylbenzene, and naphthalene (table S5). Analysis based on individual genes showed that the changes of many hydrocarbon degradation genes are significantly correlated with the concentrations of oil contaminants (table S6). For instance, the *phdCI* gene encoding carboxylate isomerase for naphthalene degradation correlates with several hydrocarbons (table S6). These results indicated that a variety of hydrocarbon-degrading populations exist in the deep-sea plume and that the microbial communities appear to be undergoing rapid dynamic adaptation in response to oil contamination. These results also imply that there exists a

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology          Claimant EIN: 75-2309471 & 31-1475321

potential for intrinsic bioremediation of oil contaminants in the deep-sea, and that oil-degrading communities could play a significant role in controlling the ultimate fates of hydrocarbons in the Gulf.

The bioremediation potential largely depends on the rates of biodegradation in the plume. We calculated maximum biodegradation rates using two data sets from the field and two from laboratory microcosms representing concentrations of C13-C26 n-alkanes (table S7). The degradation rate coefficients and half-life values (table S7, figs. S10 and S11), calculated from the alkane data from these four sources using the first order rate equation (10, 17), are similar to those reported in the literature for similar temperature and field conditions (10, 17–19). Despite the varying field and microcosm conditions, the oil half-lives are 1.2 – 6.1 days (table S7). The field half-lives should in part reflect the effect of mixing and dilution, but the similarity of the rate of disappearance of alkanes in the plume to the rates observed in the laboratory suggest it is possible that the actual degradation of alkanes lies within this range. The possibility that biodegradation largely controls the disappearance of alkanes is also supported by the preferential degradation of short-chain alkanes, as represented in the increase in the ratio of C26/C15 alkanes over 10 km, from less than 1 to more than 3 (fig. S18). For each data set, decay constants were similar for all alkanes measured in all samples, with the exception of the plume samples from the non-lipid fraction collected on 0.2 µm filters. Because these results represent extraction from free phase oil or oil absorbed to the membrane filter, it is likely the higher rates seen for the shorter chain alkanes are due to additional losses in collected sample due to dissolution into sea water; however, there is a correlation of longer chain alkane concentration with cell densities in the plume (fig. S6). The oil biodegradation rates reported here at 5°C are explained in part by the relatively light nature of this crude (which contains a large volatile component that is more readily degraded), the dispersed nature of the deep plume (small oil particle size), the low overall concentrations of oil in the deep plume, and the frequent episodic oil leaks from natural seeps in this area that the deep-sea microbial community may have adapted to over long periods of time.

### References and Notes

1. R. S. Judson et al., Analysis of Eight Oil Spill Dispersants Using Rapid, In Vitro Tests for Endocrine and Other Biological Activity. Environ. Sci. Technol. 44, 5979 (Aug, 2010).
2. Materials and methods are available on Science Online.
3. R. Camilli et al., Tracking Hydrocarbon Plume Transport and Biodegradation at Deepwater Horizon. Science 10.1126/science.1195223, (2010).
4. A. Schlosser, A. Lipski, J. Schmalfuss, F. Kugler, G. Beckmann, Oceaniserpentilla haliotis gen. nov., sp nov., a marine bacterium isolated from haemolymph serum of blacklip abalone. Int. J. Syst. Evol. Microbiol. 58, 2122 (Sep, 2008).
5. M. M. Yakimov et al., Oleispira antarctica gen. nov., sp nov., a novel hydrocarbonoclastic marine bacterium isolated from Antarctic coastal sea water. Int. J. Syst. Evol. Microbiol. 53, 779 (May, 2003).
6. M. M. Yakimov, K. N. Timmis, P. N. Golyshin, Obligate oil-degrading marine bacteria. Curr. Opin. Biotechnol. 18, 257 (Jun, 2007).
7. G. Gentile et al., Study of bacterial communities in Antarctic coastal waters by a combination of 16S rRNA and 16S rDNA sequencing. Environ. Microbiol. 8, 2150 (Dec, 2006).
8. M. M. Yakimov et al., Crude oil-induced structural shift of coastal bacterial communities of rod bay (Terra Nova Bay, Ross Sea, Antarctica) and characterization of cultured cold-adapted hydrocarbonoclastic bacteria. FEMS Microbiol. Ecol. 49, 419 (2004).
9. E. Aries, P. Doumenq, J. Artaud, M. Acquaviva, J. C. Bertrand, Effects of petroleum hydrocarbons on the phospholipid fatty acid composition of a consortium composed of marine hydrocarbon-degrading bacteria. Org. Geochem. 32, 891 (2001).
10. S. J. MacNaughton et al., Microbial Population Changes during Bioremediation of an Experimental Oil Spill. Appl. Environ. Microbiol. 65, 3566 (August 1, 1999, 1999).
11. S. M. Pfiffner et al., Deep Subsurface Microbial Biomass and Community Structure in Witwatersrand Basin Mines. Geomicrobiology Journal 23, 431 (2006).
12. G. Socrates, Infrared and Raman Characteristics Group Frequencies - Tables and Charts. (John Wiley & Sons, Ltd, Chichester, ed. 3rd, 2001), pp. 347.
13. N. Robinson, Monitoring Oil Degradation with Infrared Spectroscopy. Wearcheck Technical Bulletin, (2000).
14. N. Kovac, O. Bajt, J. Faganeli, B. Sket, B. Orel, Study of macroaggregate composition using FT-IR and H-1-NMR spectroscopy. Mar. Chem. 78, 205 (Jun, 2002).
15. Z. He et al., GeoChip 3.0 as a high throughput tool for analyzing microbial community structure, composition, and functional activity. Isme J. doi:10.1038/ismej.2010.46, 1 (2010).
16. Z. L. He et al., GeoChip: a comprehensive microarray for investigating biogeochemical, ecological and environmental processes. Isme J. 1, 67 (May, 2007).
17. A. D. Venosa, E. L. Holder, Biodegradability of dispersed crude oil at two different temperatures. Mar. Pollut. Bull. 54, 545 (May, 2007).

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2309471 & 31-1476321

18. R. Atlas, J. Bragg, Bioremediation of marine oil spills"
when and when not -- the Exxon Valdez experience.
*Microbial Biotechnology* 2, 213 (2009).

19. O. G. Brakstad, K. Bonaunet, Biodegradation of
petroleum hydrocarbons in seawater at low temperatures
(0-5 degrees C) and bacterial communities associated with
degradation. *Biodegradation* 17, 71 (Feb, 2006).

20. D. Naumann, "*Infrared Spectroscopy in Microbiology*" in
*Encyclopedia of Analytical Chemistry*, R. Meyers, Ed.,
(John Wiley & Sons, Ltd, Chichester, 2000).

21. This work was supported by a subcontract from the
University of California at Berkeley, Energy Biosciences
Institute to Lawrence Berkeley National Laboratory under
its U.S. Department of Energy contract DE-AC02-
05CH11231, and by the University of Oklahoma Research
Foundation. The SR-FTIR work was conducted at the
infrared beamline at the Advanced Light Source which is
supported by the Director, Office of Science, Office of
Basic Energy Sciences, of the U.S. Department of Energy.
We thank T. Pollard, K. Keller, M. Carrera, P. Willems, P.
Carragher, P. Collinson, S. Lisiecki, P. Vaishampayan, R.
Graham, J. Wong, N. Duncan, D. Long, and N. Tam for
logistical and technical support. We also thank the
Captain, crew, and science teams aboard the R/V Ocean
Veritas and the R/V Brooks McCall. The NCBI accession
numbers of the 16S rRNA genes retrieved from clone
library analyses are HM587888, HM587889, and
HM587890. Sequences for 16s rRNA are also available
online through Greengenes at greengenes.lbl.gov.

**Supplementary Online Material**
www.sciencemag.org/cgi/content/full/science.1195979/DC1
Methods
Figs. S1 to S18
Tables S1 to S8
References

2 August 2010; accepted 20 August 2010
Published online 24 August 2010; 10.1126/science.1195979
Include this information when citing this paper.

Fig. 1. Characteristic depth profiles of cell density,
fluorescence, and dissolved oxygen for distances from the
source BM53, BM57, BM58 and one non-plume site BM61.
(diamonds = cell density)

Fig. 2. Microbial community analysis of deepwater plume
and non-plume samples. Differences in composition of (A)
16S rRNA gene sequences measured by PhyloChip and (B)
phospholipid fatty acids were analyzed using nonmetric
multidimensional scaling ordination of Bray-Curtis distances
(stress = 3.98 and 4.55, respectively). Plume and non-plume
communities were significantly different as determined by
permutational analysis of variance ($p = 0.005$ for both) and
delineated with lines for clarity.

Fig. 3. SR-FTIR images (~60 μm by 60 μm) showing the
distribution of microorganisms, oil, and oil degradation
products in a "floc". Distribution heat map of the protein
amide II vibration modes at ~1542 cm$^{-1}$, and the
carbohydrates vibration modes at ~1000 cm$^{-1}$ (20).
Distribution heat map of alkane C-H vibration modes in oil
from MC252. Distribution heat map of carbonyl (C=O)
vibration modes at ~1730 cm$^{-1}$ in oil oxidation products, of
nitrogen oxides vibration modes at ~1610 cm$^{-1}$ in nitration
products, and of sulfur oxides vibration modes at ~1150 cm$^{-1}$
in sulphation products. Scale bars = 10 micrometers.

Fig. 4. A. Dominant bacteria at 1099-1219 m, SEM and
acridine orange stain inset with distance from source. B.
Neighbor joining tree showing the phylogenetic relationships
of the dominant bacterium in deep-sea plume samples.
Relative abundance of the dominant bacterium was 90-95%
of plume samples and 5% of the non-plume sample (shown in
parenthesis). Psychrophilic, hydrocarbon degrading Bacteria,
as well as uncultured organisms from low temperature,
hydrocarbon dominated environments are shown in blue,
Organisms shown in red are either known hydrocarbon
degraders or are from hydrocarbon-dominated ecosystems,
but are not from low temperature environments. Bootstrap
values based on 1000 replicates of ≥ 50% are shown at
branch points. *Aquifex pyrophilus* (GenBank accession
M83548) was used as the outgroup.

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy      Claimant EIN: 75-2309471 & 31-1475321



Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN:  75-2309471 & 31-1475321



Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321



Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1476321



Family   Food   Health   Home   Money   Style   More

Search eHow Health

**Health Topics A-Z      Healthy Living      Fitness and Nutrition**

*This Season: Tax Time*

Home > Diseases & Conditions > Other Diseases & Conditions J-R > Miscellaneous Other Diseases & Conditions J-R > The Effect of Oil Spills on Marine Life

Top 5 To Try

The Effects of Oil
Spills on Marine Life

Effects of Oil Spills on
Fish

Oil Spills Biological
Effects

Science Projects on
How Oil Spills Affect
Marine Life

The Effects of Oil
Spills



BONANZA

dealfire

Ads by Google

Related Topics

Cleaning Oil Spills

How Oil Spills Are
Affecting The
Environment

# The Effect of Oil Spills on Marine Life

By Sarah Kellerman, eHow Contributor updated: April 14, 2010

Print   Email   Share



Oil spills devastate marine ecosystems.

Heartbreaking images of birds and sea mammals, coated with tar-like substances and struggling to stay afloat in oil-slicked surf, graphically portray the immediate effects of an oil spill. The long-term effects, however, take place far below the surface and remain for years. Well after the slicks fade, toxins in oil can affect entire populations of marine life, limit commerce the seas provide, pollute the foods we eat and forever alter the ecosystem.

## Petroleum-Based Oil

According to the U.S. Environmental Protection Agency, the effects of an oil spill depend upon the chemical components of the oil, how quickly it spreads and the speed of cleanup. Lighter refined products, like gasoline and kerosene, spread rapidly over the water's surface, making them harder to contain and remove; however, they evaporate quickly and leave little residue behind. Heavier refined oils spread more slowly, making some aspects of cleanup easier. Unfortunately, these oils are "more persistent" and can remain in the water or on beaches for long periods, giving their toxins more time to pollute the environment.

## Marine Habitats

Numerous varieties of crustaceans, fish, mammals and birds rely on kelp beds, coral reefs and tidal pools as habitats that offer food, shelter and nurseries. Toxins from oil spills close to shore can kill kelp and other sea grasses. Oil penetrating mud in tidal flats may affect colonies of nesting birds by destroying their food supply. The EPA notes that coral reefs already suffering the initial pollution of an oil spill might receive a second blow from negative effects of "certain cleanup operations."

## Fish, Turtles and Sea Mammals

Sea life thrives through complex interactions between fish, birds, mammals and their habitats. According to the EPA, oil spills pose less immediate danger to whales and fish in open water, since they can go deeper or swim away from the spill. Turtles, dolphins, and other marine animals living closer to shore risk death from contact with the oil itself. Breathing fumes from oil may cause damage to the liver, intestines and lungs. They also experience starvation when their food supply dwindles or die after ingesting contaminated plants, fish or crustaceans.

## Sea Birds

Related Ads

Effect

Marine Oil Spill 

Foto Effect Filters

Oil Cleanup

Oil Pollution

Retro Photo Effect

Related Articles & Videos

 The Effects of Oil Spills on Marine Life

 Effects of Oil Spills on Fish

 Oil Spills Biological Effects

 Science Projects on How Oil Spills Affect Marine Life

 The Effects of Oil Spills

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321

# The Effect of Oil Spills on Marine Life | eHow.com



Oil Spill Cleanup

More

Feathers coated with oil stick together and prevent birds from flying. This process also impairs their ability to float. As birds drown and sink, they may become prey for fish that pass ingested toxins up along the food chain when they become prey to larger fish or mammals. The EPA notes that exposure to oil toxins can also negatively affect the reproductive abilities of marine life, including sea birds.





How to Draw Marine Life

## Humans and the Marine Ecosystem

Besides the obvious aesthetic ramifications and ill effects of ingesting contaminated fish or other marine life, oil spills impact humans through the fishing industry by depleting populations of fish species and their food sources. Oil spills can also influence water sports like surfing and recreational diving and reduce tourism in coastal communities.

More ⌄



FOLLOW US

Dallas Coupons www.Groupon.com/Dallas
1 ridiculously huge coupon a day. It's like doing Dallas at 90% off!

Wet Tech Energy www.weltechenergy.com
Boom buoys, boom lights & all types of buoys and anchors

Terry Bryant - Attorney www.TerryBryant.com
(713) 973-8888 1-800-444-5000

Oil Absorbing Fabric www.SpillContainment.com
Use Ultra-X-Tex material to capture oil and keep it off the beach!
Ads by Google

## References

U.S. Environmental Protection Agency: Threats from Oil Spills

U.S. Environmental Protection Agency: Petroleum Oils

U.S. Environmental Protection Agency: Sensitivity of Marine Habitats

U.S. Environmental Protection Agency: Sensitivity of Birds and Mammals

Ocean breeze image by oldtallenfree from Fotolia.com

Print   Email   Share                              Read Next Article

### Today's Top How To



How to Prevent a Fire in a Home

Featured How Tos        eHow of the Day        Others Also Viewed

Information on Plants That Live in Marine Estuaries

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy   Claimant EIN: 75-2309471 & 31-1475321

Business & Financial News, Breaking US & International News | Reuters.com                Page 1 of 1



ə Print

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# Gulf to recover from BP oil spill by 2012: Feinberg

Wed, Feb 2 2011

By Matthew Bigg

ATLANTA (Reuters) - The Gulf of Mexico should recover from the massive BP oil spill by the end of 2012, the administrator of the $20 billion victims compensation fund said Wednesday.

By that time, most of the harmful effect of the worst offshore oil spill in U.S. history will have dissipated and the economy should have picked up, said Kenneth Feinberg, independent administrator of the Gulf Coast Claims Facility (GCCF).

On the basis of the estimate, the fund plans to make final payments of twice the documented 2010 damages minus payments already made through the fund, Feinberg said.

"For every claimant who is eligible other than oyster harvesters, we believe at the GCCF that it is reasonable to conclude full recovery by the end of 2012. There will be gradual recovery over the next two years," Feinberg said.

"Document any claims and we will double it minus the offset," he told a news conference.

But for oyster fishermen the figure would be four times the amount of documented damages sustained in 2010 because of uncertainty over the rate of recovery of that industry.

Millions of gallons (liters) of oil poured into the Gulf between last April and July, damaging the fragile wetlands of Louisiana, washing ashore in Mississippi, Alabama and Florida and hitting coastal industries including fishing and tourism.

Many angry Gulf coast residents say the compensation fund has short-changed them and favored BP's interests over their own. They also argue BP is attempting to wriggle out of its commitment to "make this right" for spill victims.

OYSTER FISHERMEN

The fund was set up in an agreement between the White House and BP to pay the thousands of businesses and individuals who suffered economic damage. It has so far disbursed around $3.5 billion, Feinberg said.

One difficulty it faces is to assess future economic losses given uncertainty about the pace of economic and environmental recovery on the coast.

To make the judgment involves wading into a series of scientific disputes and Feinberg said he "canvassed the universe" in terms of experts and used considerably a report by a marine biologist at Texas A&M University.

But he acknowledged a degree of uncertainty and encouraged dissatisfied potential claimants not to apply.

"If people feel that I have misread the available data or have underestimated the long term data don't take the final payment," he said.

One New Orleans attorney who has filed lawsuits stemming from the spill on behalf of condo owners and fishermen said Feinberg's assessment appeared flawed.

"Feinberg is lumping together every possible industry affected along the Gulf Coast, with the oystermen exception, to arrive at an arbitrary figure backed by rushed scientific estimates," said Jeffrey Berniard.

The GCCF was opening its draft proposal for a two-week period of consultation, in part to ensure transparency, but by February 16 it would start making final payments, Feinberg said.

Under the rules governing the fund, anyone who receives a final payment can no longer sue BP.

(Additional reporting by Tom Hals in New York)

(Editing by Tom Brown and Cynthia Osterman)

© Thomson Reuters 2011. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

BP Called Reluctant to Fix Gulf Oil Spill Damage                                                    Page 1 of 2





View this article online: http://www.claimsjournal.com/news/national/2011/03/03/180872.htm

More from Claims Journal

Today's Insurance Headlines | Most Popular | National News

## BP Called Reluctant to Fix Gulf Oil Spill Damage

March 3, 2011

| Article | 1 Comments |
|---|---|

The vice chairman of a task force set up by President Barack Obama to restore the Gulf Coast criticized BP PLC this week for what he described as the oil company's increasing reluctance to repair the damage inflicted by last year's enormous oil spill.

Garret Graves, the vice chairman of the Gulf Coast Ecosystem Restoration Task Force, said that BP has become harder to work with on a restoration plan to be completed by October.

"BP appears to be pulling the drawbridges up a bit and it's not a phase we really support," Graves said. He did not elaborate on his comments made during a break in a task force meeting in New Orleans.

The panel, made up of Gulf Coast and federal officials, is developing a plan to repair the damage to the Gulf Coast following last year's oil spill in the Gulf of Mexico.

BP faces huge fines for the damage caused by the spill that began with the April 20, 2010, explosion of the Deepwater Horizon drilling rig in the Gulf. The explosion killed 11 workers and federal authorities estimate more than 200 million barrels of oil spewed from the busted rig before it was capped July 15.

Louisiana officials have been critical of BP for allegedly reneging on promises the company made in November to help the state set up quick restoration projects. The state had hoped BP would pay to restore oyster grounds and wetlands damaged by the spill and build a fish hatchery to help replenish fish stocks.

"It's amazing to me to see the active, ongoing loss that's occurring and no remedial actions taking place to try to stop the bleeding under emergency restoration," Graves said.

Graves also serves as the head of Louisiana's Coastal Protection and Restoration Authority, an agency under Gov. Bobby Jindal working to restore coastal Louisiana.

Louisiana officials say they will try to fund the projects with state funds and bill BP later.

BP did not immediately comment.

Since last summer, the company has been running an advertising campaign claiming that it would "make it right" and help the Gulf Coast recover.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

BP Called Reluctant to Fix Gulf Oil Spill Damage                                                        Page 2 of 2

The spill is the latest hit to a fragile coastline already suffering from decades of severe ecological damage. Louisiana has lost about 2,300 square miles of coast since the 1930s due to levee building, oil and gas drilling, timber harvests, shipping and development.

The White House restoration panel — which is overseen by Lisa Jackson, the head of the Environmental Protection Agency — will recommend how to use the heavy fines BP will likely have to pay for the worst offshore oil spill in U.S. history.

The plan is to use the fines — which could potentially run to the billions of dollars — on projects to restore beaches, marshes, water quality and wildlife in Florida, Alabama, Mississippi, Louisiana and Texas.

Under the Clean Water Act, BP faces fines of up to $1,100 for each barrel of oil spilled. If BP were found to have committed gross negligence or willful misconduct, the fine could be up to $4,300 per barrel. That means that based on the government's estimate of 206 million gallons released by the well, BP could face civil fines of between $5.4 billion and $21.1 billion. BP disputes the government's spill estimate and says the government overstated the amount of oil spilled by 20 to 50 percent. BP also faces potential criminal fines.

When the fines will be assessed is still up in the air amid ongoing legal wrangling.

Louisiana lawmakers want to make sure 80 percent of all potential fines will be used on restoration efforts.

The restoration could include diverting freshwater from the Mississippi River into sediment-starved marshes, pumping mud to build new land, rebuilding barrier islands and planting new marsh.

The commission Obama set up to investigate the spill has backed that idea and urged Congress to set aside the money for restoration.

Copyright 2011 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**The New York Times** Reprints

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.



March 21, 2011

# Revisiting the Deepwater Horizon Oil Spill

## By CLAUDIA DREIFUS

Until a year ago, the marine scientist Samantha Joye studied a fairly obscure natural phenomenon: the seepage of oil from undersea deposits into deepwater environments. Then, in the wake of the BP Deepwater Horizon accident, she felt compelled to turn her attention to an unnatural phenomenon: oil spills.

It was her research group that went into the Gulf of Mexico immediately after the spill, in April 2010, and found those famous plumes of oil and natural gas. Now Dr. Joye, 45, of the University of Georgia, directs a team seeking to understand the long-term effects on the chemistry and creatures of the gulf.

We spoke for two hours last month in Washington, where she lectured at the annual meeting of the American Association for the Advancement of Science, and then again on the telephone last week. An edited version of the two conversations follows:

**Q. How did you first learn of the Deepwater Horizon spill?**

**A.** I was at home in Georgia, nursing a back injury. Several of my colleagues, however, were actually near to the explosion. I'm a member of the Gulf of Mexico Hydrates Research Consortium, which studies deepwater environments. As it happened, our group — which includes oceanographers from several regional universities — has a study site only 10 miles north of BP's Macondo rig.

On the evening of the explosion, April 20, we had people there. When the sun came up the next morning, they saw this huge plume of smoke 10 miles away and also many boats screaming toward the BP rig. Soon, the Coast Guard instructed them to leave the area because it had set up an "off-limits" zone. My colleagues sent out e-mails describing everything they'd witnessed.

**Q. How did you feel as you read these messages?**

A. Sick to my stomach. From what they reported, and after seeing photographs of the fire in newspapers, I got worried about a blowout. This rig was tapping into a gassy undersea reservoir — it was, in fact, 40 percent gas, which made a blowout a real possibility.

But the Coast Guard was saying everything was fine. At first they claimed there was no leak at all. Then it was a mere 1,000 barrels a day, which was soon revised to 5,000. Scientists I knew who do remote satellite sensing were telling me the spill was at least five to 10 times higher than the reported rates.

As it happened, our group had a long-planned mapping cruise in the gulf scheduled for May 5. I called our project manager and suggested we use the opportunity to retask and gather baseline data on the spill — a time zero.

BP had a lot of ships out there taking measurements. But as far as I could tell, there were no independent academic scientists doing it. Our group would end up going to the gulf five times between May and December, collecting data. The National Science Foundation came through with emergency funding.

**Q. And what did you find?**

A. Well, I didn't find. My back was still messed up. I was home for the first cruise, staying close to the ship via the Internet. It was my colleagues Vernon Asper of the University of Southern Mississippi and Arne Diercks from University of Mississippi who discovered these oil and gas plumes, which contained about 90 percent methane gas. The rest of it was other gases and a small amount of oil. These underwater plumes were big: 3 to 5 kilometers wide and 10 to 20 kilometers long. Plus, they moved! They traveled at a speed of about three kilometers a day.

**Q. What was the significance of finding them?**

A. It added a new and unexpected aspect to the blowout. Till then, the official story was that the oil was coming up from the well to the surface where, presumably, it was evaporating and dispersing — either naturally or through chemicals. The possibility of gas wasn't much discussed. The discovery of the plumes meant a significant aspect of the spill was unrecognized and, to that point, unevaluated.

**Q. When did you get to sea?**

A. For the second cruise. Late May. The very first thing we did was to locate those plumes. That took two days. They were moving fast. We were chasing an invisible phenomenon that

was 1,000 meters below our belts. Not easy to do. Unless you put your instruments down on the right spot, you're not going to find anything.

However, we did find them. And once we did, we analyzed their chemistry. By tracking them back toward the BP well and testing along the way, we showed they had originated there. The closer you got to the leaking well, the stronger the gas concentrations.

**Q. How did the government react to your discovery?**

A. They said we were — essentially — nuts. The plumes were denied for a long time. We were essentially accused of exaggerating and being bad scientists because we had talked to the press before publishing a paper.

**Q. Aside from the plumes, what did your group find?**

A. We were able to document the impact of the leak on the seafloor. In the places we sampled, it was devastating. Often you saw this oily mucus, blanketing everything. There are these bacteria in the sea that eat oil. When their oil-laden waste gets heavy, it falls to the floor. And it must have been falling like a blizzard for months, because it covered the sediment.

Typically, the seafloor is teeming with invertebrates sticking out — little animals with tubes, with shells, anything that filter-feeds. Well, the tubes were still there, but the animals were dead. I suspect they were suffocated when the oily waste rained down on them. The things that could run away, the fish, did. Yet even some of the mobile fauna — when we'd find them — were discolored and slow. Usually you poke a crab and it takes off running. These guys would just sort of sit there and look at you like they were dazed and confused.

**Q. How would you characterize the seafloor?**

A. A graveyard.

**Q. In recent weeks, a large number of dead baby porpoises have been washing up along the gulf shoreline. Do you think these deaths are linked to the oil spill?**

A. I am not a marine biologist. But if pregnant dolphins were exposed to oil, their embryos may have been harmed. Alternatively, the pregnant females may have eaten fish that contained oil-derived toxins. Or their food stocks may have been diminished by the spill and there may have been malnutrition causing miscarriages. Given the timing of the blowout and these deaths, it seems reasonable to suspect a link.

**Q. Have you been to your old study site?**

**A.** We were there in December. It looked very different. We saw a lot of dead animals, not just invertebrates but sea fans and corals. And there were a lot of exposed mounds of ice crystals of gas on the bottom, and there was a lot of carbonate on the bottom as well. And everything was covered with this layer of brownish slime. Everything. It looked like spider webs in an old house — it didn't look normal.

The animals weren't acting normal. Behaviorally, they weren't doing what they should. There was this one rock that had all these crabs on it. The crabs were just reaching into the air, and they had their claws out. I'd never seen that before. These crabs just didn't look healthy. They were black instead of orange; they had barnacles all over their body. You'd poke them and they didn't run away.

**Q. Did the Exxon Valdez accident of 1989 give us any information that was helpful?**

**A.** I think we learned a lot. But our memories were short.

There were a lot of things said then — that we were going to develop better technologies for removing oil from the surface. Essentially, when this happened, we were dealing with the same technologies. Nothing changed. It was all the same. So we were really woefully unprepared because we didn't take that lesson seriously. And I hope we take this lesson seriously.

**Q. When you read the news reports last past week from Japan, what were your feelings?**

**A.** It's odd that you would ask me this — I've been thinking about it. No one can prevent earthquakes. That's up to Mother Nature.

However, building nuclear power plants on an island adjacent to an active tectonic zone is inherently dangerous. Likewise, deepwater drilling into gas-overcharged sediments is dangerous. For me, both of these disasters are a very loud plea for green energy.

- . News ⋅ Web

- BIG NEWS:
- Birds
- |
- Animals
- |
- Dinosaurs
- |
- Environment
- |

Smarter Ideas  |  More...


3 Top-15 MBA Programs
One is right for you.
Information Session: 9:30 a.m. Saturday, April 30

› Register Now
SMU COX

## HUFFPOST GREEN

Search News and Topics

Like
265K

This is the print preview: Back to normal view »



## Rocky Kistner

Media associate, NRDC

Like

# Sea Turtle Deaths Mount in the Gulf

Posted: 04/ 3/11 12:30 PM ET

Follow
> 
_ Animals ,  _ Gulf Oil Spill ,  BP Oil Spill 2010 ,  Oceans ,  Sea Turtles ,  Green News

Sea turtles continue to wash ashore along the Gulf, forcing the National Marine Fisheries Service (NMFS) to scramble and figure out what is causing the spike. Last week, the Natural Resources Defense Council and The Huffington Post were first to publish blogs about the sea turtle deaths in Mississippi.

Since then, the national media picked up the story. Last Friday, NMFS released a statement with some details about its investigation:

> In the past few weeks, we've seen an increase in turtle strandings in the northern Gulf, primarily in Mississippi. The spring time is the typical time when turtle strandings in this region begin to increase, but the sharp increases in recent days are of concern to us....NOAA Fisheries is in contact with the states of MS and LA regarding current trawl and other fishery activity that can result in turtle by catch and mortality. In addition, tests will be done for biotoxins, such as those from harmful algae blooms, which are common in the Gulf. ...All causes of death, including petroleum, will be investigated when possible based on decomposition. During a necropsy, the full GI tract is examined for product or evidence of oil ingestion. Additionally, samples are taken for PAH analysis. In addition, all turtles are being carefully examined for signs of external oiling.

Like the dolphin strandings this year, it's likely that many more turtles have died and will never be found. A recent study of dolphin deaths showed the true number of mortalities is probably 50 times what is recovered. As of Friday, NOAA says recent deaths of sea turtles, all of which are included on the Endangered Species list, include 6 in Alabama, 10 in Louisiana, and 47 in Mississippi.



Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

Rocky Kistner: Sea Turtle Deaths Mount in the Gulf                                                                           Page 3 of 8





*Dead sea turtles found recently in Waveland, MS        Photos by Shirley Tillman*

Make that at least 50 confirmed sea turtle deaths in Mississippi. This weekend, Pass Christian resident Shirley Tillman found three more dead turtles. Altogether, she has found nine this year. Over her more than 30 years in the community, she has never seen a dead turtle before.

On Saturday, she took another walk on the beach, this time with a PBS television producer. Within an hour they found one turtle badly decomposed and hidden in marsh grass near Waveland. Shirley says she only discovered it because of the smell. On Sunday she went back to check on the turtle, which had been spray-painted orange for pick-up by authorities. That's when she was told there was yet another dead turtle on the beach nearby.

"It's crazy that I go out there nearly every day and find them. It makes me mad that NOAA is now trying to blame the shrimp fishermen for killing them in their nets when the shrimp season isn't even open yet and hardly any boats are out there."

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321
Rocky Kistner: Sea Turtle Deaths Mount in the Gulf                                                                     Page 4 of 8

Shrimp fishermen feel the same way. They are required to use turtle excluders, devices that allow turtles to escape drowning in shrimp nets. Every year some turtles are killed by fishing boats inadvertently, but shrimpers say to blame them for the recent jump in turtle deaths is hard to believe.

"It's about as ridiculous as anything else I heard during this whole oil spill," said Louisiana Shrimp Association President Clint Guidry. "This time of year shrimp fishermen are fixing their boats and getting ready for the main season that begins in May. I guess they've run out of excuses after saying everything is being killed by dead zones and algae, so now they need to blame us."



Sea turtle found near Long Beach, MS          Photo by Laurel Lockamy

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321

Rocky Kistner: Sea Turtle Deaths Mount in the Gulf                                          Page 5 of 8





Dead sea turtle found near Waveland, MS            Photo by Shirley Tillman

Nearly two weeks ago a new oil spill from a shallow well off the Louisiana coast leaked oil into the water that resulted in a huge slick that stretched for miles and polluted parts of Grand Isle and other nearby marshes. The Coast Guard says it was due to oil leaking from a well being capped by Anglo-Suisse, an oil drilling firm based in Texas. Initially the company said it had leaked only 5 gallons of oil.

But the oil slick was clearly much bigger. According to a Skytruth, an analysis of the slick using satellite imagery shows the well may have gushed as much as 640,000 gallons of Louisiana crude into the sea. It's not clear what impact this oil spill has had on marine life.

In Mississippi, Shirley Tillman believes BP oil has something to do with the dead sea life she constantly encounters by the shore. And she wonders how this may affect vacationers now flocking to the region. "It's bad enough for turtles and dolphins to be dying, but should people and their children be swimming in this water too?"

That is not the kind of message BP or local politicians want to hear. Major PR campaigns are underway to convince people the Gulf is normal and the seafood is safe. That's the message they want to people to hear.

But that message is at odds with the views of Gulf residents like Shirley Tillman. She sees a different reality every day she walks the beach.

Follow Rocky Kistner on Twitter: www.twitter.com/rockvatnrdc

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy   Claimant EIN: 75-2309471 & 31-1475321

News Release : First Study of Dispersants in Gulf Spill Suggests a Prolonged Deepwater ...   Page 1 of 2



Media | Jobs | Support WHOI

Home   About WHOI   Research   People   Ships & Technology   Education   News & Multimedia

Around WHOI    Media Resources    Online Expeditions    Images    Video, Audio & Animation    Interactives    Join the WHOI Community

**Media Resources**

**News Releases**

2010
2009
2008
2007
2006
2005
1995 - 2004

**Media Events**

**WHOI in the News**

**Journalists Fellowship**

**Obituaries**

**Copyright**

### News Release : First Study of Dispersants in Gulf Spill Suggests a Prolonged Deepwater Fate

ShareThis  Email  Print

FOR IMMEDIATE RELEASE
(508) 289-3340
media@whoi.edu

January 26, 2011
Media Relations Office
83 Water Street MS #16
Woods Hole Oceanographic Institution

Jan. 26, 2011
Source: Media Relations

To combat last year's Deepwater Horizon oil spill, nearly 800,000 gallons of chemical dispersant were injected directly into the oil and gas flow coming out of the wellhead nearly one mile deep in the Gulf of Mexico. Now, as scientists begin to assess how well the strategy worked at breaking up oil droplets, Woods Hole Oceanographic Institution (WHOI) chemist Elizabeth B. Kujawinski and her colleagues report that a major component of the dispersant itself was contained within an oil-gas-laden plume in the deep ocean and had still not degraded some three months after it was applied.

While the results suggest the dispersant did mingle with the oil and gas flowing from the mile-deep wellhead, they also raise questions about what impact the deep-water residue of oil and dispersant—which some say has its own toxic effects—might have had on environment and marine life in the Gulf.

"This study gives our colleagues the first environmental data on the fate of dispersants in the spill," said Kujawinski, who led a team that also included scientists from UC Santa Barbara. "These data will form the basis of toxicity studies and modeling studies that can assess their efficacy and impact of the dispersants.

"We don't know if the dispersant broke up the oil," she added. "We found that it didn't go away, and that was somewhat surprising."

The study, which appears online Jan. 26 in the American Chemical Society (ACS) journal Environmental Science &Technology, is the first peer-reviewed research to be published on the dispersant applied to the Gulf spill and the first data in general on deep application of a dispersant, according to ACS and Kujawinski. Some previous studies had indicated that dispersants applied to surface oil spills can help prevent surface slicks from endangering marshes and coastlines.

Kujawinski and her colleagues found one of the dispersant's key components, called DOSS (dioctyl sodium sulfosuccinate), in present in May and June—in parts-per-billion concentrations—in the plume from the spill more than 3,000 feet deep. The plume carried the mixture of oil, natural gas and dispersant in a southwest direction, and DOSS was detected there at lower (parts-per-trillion) concentrations in September.

Using a new, highly sensitive chromatographic technique that she and WHOI colleague Melissa C. Kido Soule developed, Kujawinski reports those concentrations of DOSS indicate that little or no biodegradation of the dispersant substance had occurred. The deep-water levels suggested any decrease in the compound could be attributed to normal, predictable dilution. They found further evidence that the substance did not mix with the 1.4 million gallons of dispersant applied at the ocean surface and appeared to have become trapped in deepwater plumes of oil and natural gas reported previously by other WHOI scientists and members of this research team. The team also found a striking relationship between DOSS levels and levels of methane, which further supports their assertion that DOSS became trapped in the subsurface.

Though the study was not aimed at assessing the possible toxicity of the lingering mixture—Kujawinski said she would "be hard pressed to say it was toxic"—it nevertheless warrants toxicity studies into possible effects on corals and deep-water fish such as tuna, she said. The EPA and others have already begun or are planning such research, she added.

David Valentine of UC Santa Barbara and a co-investigator in the study, said, "This work provides a first glimpse at the fate and reactivity of chemical dispersants applied in the deep ocean. By knowing how the dispersant was distributed in the deep ocean,



Enlarge Image

**Breaking up is hard to do**

When oil and gas mixtures are ejected from a deep wellhead, liquid oil droplets of many different sizes form and are toward the ocean surface. Because the smaller droplets become as dense as the surrounding water deep below the surface—in this case at about 1,100 meters—they are swept away laterally by prevailing ocean currents (left panel). When a dispersant is added at the depth of the wellhead, a component called a surfactant breaks up the oil into small droplets (middle panel). If the dispersant works perfectly, virtually all the liquid oil is in these "neutrally buoyant" droplets and is carried away before ever reaching the surface and the droplets become small enough to be consumed, or "biodegraded," by bacteria. In the Deepwater Horizon spill (right panel), scientists found evidence that the dispersant mixed with the small droplets in the deep-water hydrocarbon plume but also discovered that the oil/dispersant mix had not yet biodegraded several months after the spill. The study could not distinguish between oil droplets coated with surfactant (which would suggest the dispersant worked as planned) and surfactant floating freely on its own (suggesting the substance did not attach to the oil, as intended).

(Illustration by Jack Cook, Woods Hole Oceanographic Institution)



Enlarge Image

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

News Release : First Study of Dispersants in Gulf Spill Suggests a Prolonged Deepwater ...   Page 2 of 2

we can begin to assess the subsurface biological exposure, and ultimately what effects the dispersant might have had."

"The results indicate that an important component of the chemical dispersant injected into the oil in the deep ocean remained there, and resisted rapid biodegradation," said Valentine, whose team collected the samples for Kujawinski's laboratory analysis. "This knowledge will ultimately help us to understand the efficacy of the dispersant application, as well as the biological effects."

Kujawinski and Valentine were joined in the study by Soule and Krista Longnecker of WHOI, Angela K. Boysen a summer student at WHOI, and Molly C. Redmond of UC Santa Barbara. The work was funded by WHOI and the National Science Foundation. The instrumentation was funded by the National Science Foundation and the Gordon and Betty Moore Foundation.

In Kujawinski's technique, the target molecule was extracted from Gulf water samples with a cartridge that isolates the DOSS molecule. She and her colleagues then observed the molecule through a mass spectrometer, ultimately calculating its concentration levels in the oil and gas plume. This method is 1,000 times more sensitive than that used by the EPA and could be used to monitor this molecule for longer periods over longer distances from the wellhead, she said.

"With this method, we were able to tell how much [dispersant] was there and where it went," Kujawinski said. She and her colleagues detected DOSS up to around 200 miles from the wellhead two to three months after the deep-water injection took place, indicating this mixture was not biodegrading rapidly.

"Over 290,000 kg, or 640,000 pounds, of DOSS was injected into the deep ocean from April to July," she said. "That's a staggering amount, especially when you consider that this compound comprises only 10% of the total dispersant that was added."

Kujawinski cautioned that "we can't be alarmist" about the possible implications of the lingering dispersant. Concentrations considered "toxic" are at least 1,000 times greater than those observed by Kujawinski and her colleagues, she said. But because relatively little is known about the potential effects of this type of dispersant/hydrocarbon combination in the deep ocean, she added, "We need toxicity studies."

"The decision to use chemical dispersants at the sea floor was a classic choice between bad and worse," Valentine said. "And while we have provided needed insight into the fate and transport of the dispersant we still don't know just how serious the threat is; the deep ocean is a sensitive ecosystem unaccustomed to chemical impacts like this, and there is a lot we don't understand about this cold, dark world."

"The good news is that the dispersant stayed in the deep ocean after it was first applied," Kujawinski says. "The bad news is that it stayed in the deep ocean and did not degrade."

*The Woods Hole Oceanographic Institution is a private, independent organization in Falmouth, Mass., dedicated to marine research, engineering, and higher education. Established in 1930 on a recommendation from the National Academy of Sciences, its primary mission is to understand the ocean and its interaction with the Earth as a whole, and to communicate a basic understanding of the ocean's role in the changing global environment.*

*Last updated: March 22, 2011*

Liz Kujawinski, standing, and colleague Melissa Kido Soule work on oil dispersant study in WHOI's Fourier-Transform Mass Spectrometry Facility. (Photo by Tom Kleindinst, Woods Hole Oceanographic Institution)



Enlarge Image
A fresh oil slick from the Deepwater Horizon spill, during June 2010. Note that one drop of detergent was added to the oil slick, forming the cleared circle. (Photo by David L. Valentine, University of California Santa Barbara)

**Related Links**
* Liz Kujawinski
* Melissa Kido Soule
* WHOI Scientists Map and Confirm Hydrocarbon Plume in Gulf
* Oceanus article

Copyright ©2007 Woods Hole Oceanographic Institution, All Rights Reserved.
Mail: Woods Hole Oceanographic Institution, 266 Woods Hole Road, Woods Hole, MA 02543, USA
E-Contact: information@whoi.edu; media relations: media@whoi.edu, tel. (508) 548-1400
Problems or questions about the site, please contact webdev@whoi.edu

Contact | Privacy Policy | Site Map | Support WHOI Research | Intranet

Join our Community

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology     Claimant EIN: 75-2309471 & 31-1475321

# Canadians for Action on Climate Change

"Of the people, by the people, for the people." | We stand united behind 'The Peoples Agreement' agreed upon in Cochabamba, Bolivia, April 2010.



## Beyond the Spin | The Tragic State of the Gulf of Mexico: Sampling Reveals Oil and Dispersants on Mississippi Coast

**The Tragic State of the Gulf of Mexico: Sampling Reveals Oil and Dispersants on Mississippi Coast**

Wednesday 12 January 2011

by: Dahr Jamail and Erika Blumenfeld, t r u t h o u t | Report



Dead fish and oiled marsh grass, Blood Beach, Ocean Springs, Mississippi. (Photo: Erika Blumenfeld)

In October 2010, Truthout tested several water and soil samples from the Gulf of Mexico for chemicals in BP's crude oil and toxic dispersants. One sample of dead marine life was also tested.

Truthout also obtained and had analyzed a sample of pure Corexit 9500, one of the toxic dispersants used to sink the crude oil. The dispersants BP has used in the Gulf of Mexico are banned in at least 19 other countries. BP has used at least 1.9 million gallons of the dispersants in the Gulf of Mexico to sink their 4.9 million barrels of crude oil.

The samples were tested in a private lab via gas chromatography by an analyst who requested anonymity.



*Pass Christian Harbor at dusk. (Photo: Erika Blumenfeld)*

Lab tests have confirmed oil and chemicals from the dispersants in the samples tested, which contradicts ongoing statements from both BP and the Obama administration that the Gulf of Mexico is safe from the effects of the BP oil disaster.

**Corexit 9500**



*Lab tests with Corexit 9500, oil, and saltwater. (Photo: Scientist who performed lab analysis)*

These two vials were filled with saltwater and a small amount of motor oil. Two drops of Corexit 9500 were added to the vial on the left and both vials were gently shaken for 30 seconds. Both samples then sat for one hour before this picture was taken.

The milky color of the water in the vial on the left displays the manner in which the dispersant causes a portion of the oil to dissolve into the water. When crude oil in the Gulf is treated with dispersant, a large portion of the oil is also dissolved into the seawater, allowing harmful volatile contaminants to also dissolve into the water, which would have otherwise evaporated had the oil been sitting on the surface.

This theory is nothing new, but this picture displays this phenomenon visually. After nine days, there was still no sign of any separation between the dissolved oil and water at all. In fact, it currently appears that the effect has only increased over time.

The foam atop the vial containing the dispersed oil resembles foam that this writer, other journalists, BP cleanup workers and fishermen along the Gulf Coast have witnessed present in the wake of areas of oil having been sprayed with dispersants.

Many of the chemicals present in the oil and dispersants are known to cause headaches; nausea; vomiting; kidney damage; altered renal functions; irritation of the digestive tract; lung damage; burning pain in the nose and throat; coughing; pulmonary edema; cancer; lack of muscle coordination; dizziness; confusion; irritation of the skin, eyes, nose, and throat; difficulty breathing; delayed reaction time; memory difficulties; stomach discomfort; liver and kidney damage; unconsciousness; tiredness/lethargy; irritation of the upper respiratory tract; and hematological disorders.

**Solid Samples**

Mississippi Gov. Hailey Barbour has claimed that Mississippi coastal waters are clear, the beaches clean and that the seafood caught in the Gulf is safe to eat.

Yet, soil samples taken along the beach at Long Beach, Mississippi, on October 21, 2010, confirmed the presence of crude oil. One sand sample, from location 3012.45N, 8930.41W, contained 9.35 parts per million (ppm) of Oil Range Organic Petroleum Hydrocarbons (ORO), confirming the presence of crude oil. This sample also contained ethanol, which is a chemical in BP's dispersants.

Another sand sample taken from the same area contained 160 ppm ORO.

Samples with no oil or chemicals should test at 0 ppm.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy      Claimant EIN: 75-2309471 & 31-1475321

Beyond the Spin | The Tragic State of the Gulf of Mexico: Sampling Reveals Oil and Dis...  Page 4 of 12



*Foamy substance at Long Beach, Mississippi that contains oil and ethylene glycol. (Photo: Erika Blumenfeld)*

A third sample from the area, containing both sand and a brownish foam on the water that local residents and fishermen believe is the result of dispersed oil, contained 14.68 ppm ORO, confirming the presence of crude oil. This sample also contained ethylene glycol, a chemical in the dispersants.

The US Coast Guard, federal government and BP claim that no dispersants have been used since mid-July.



*Black granular material at Long Beach, Mississippi that tested positive for crude oil. (Photo: Erika Blumenfeld)*

Another sample from the area taken from sand covered in what local residents described as "coffee grounds" contained 8.65 ppm ORO, confirming the presence of crude oil.

*Don't miss a beat – get Truthout Daily Email Updates. Click here to sign up for free.*

A small inlet on the beach was filled with brown foam and oil sheen. A sample of sand covered with the foamy sheen contained 175 ppm ORO.



*Foamy substance along shoreline at Long Beach, Mississippi that tested positive for crude oil. (Photo: Erika Blumenfeld)*

On January 7, federal and Louisiana officials took a boat tour of an area in southern Louisiana that remains fouled with oil from the BP disaster. They found areas in Barataria Bay where oil continued to eat away at the fragile marshland, where no protective boom nor cleanup workers could be found. Affected areas were up to 100 feet wide in some sections.

"This is the biggest cover-up in the history of America," Plaquemines Parish President Billy Nungesser told reporters.

Nungesser was angered by claims by the Coast Guard and National Oceanic and Atmospheric Administration (NOAA) officials he was with, who said a plan was being developed to clean the area.

"It's like you're in bed with BP," Nungesser told the officials. "Don't tell me I got a voice in the way you put together that crappy document," Nungesser said as WDSU TV filmed the altercation. "It ain't worth the paper it's printed on. That is bullshit." Nungesser then told one of the federal officials, "You cover up for BP."

**Marine Life**

A dead jellyfish found on Long Beach, Mississippi, nearby a large amount of the aforementioned thick, brown foam, was tested and found to contain 15 ppm of ethanol, one of the chemicals in the dispersants, along with low levels of n -Butanol, another chemical present in the dispersants that are manufactured by Nalco Holding Company.

Nalco Holding Company has corporate ties to BP.

Based on comparative analysis of Corexit 9500 and the sample collected, the sample appears to contain approximately 500 ppm of dispersant.

**Water**

A water sample in the same area, taken in an area covered in thick, brown foam, contained propylene glycol, one of the confirmed ingredients of Corexit 9500.

Samples were also taken from a beach in Ocean Springs, Mississippi.



*Blood Beach in Ocean Springs, Mississippi. (Photo: Erika Blumenfeld)*

A water sample at this area also contained ethelene glycol, as did a water sample taken from a fish pond in the front yard of a resident's home in Ocean Springs.

Another water sample from the beach contained diethylene glycol BE.



*Dead sea turtle, Blood Beach, Ocean Springs, Mississippi. (Photo: Erika Blumenfeld)*

### Additional Sampling and Conclusions

Earlier this month, Louisiana Environmental Action Network, Lower Mississippi Riverkeeper, in conjunction with the Subra Company, released results of sampling in the coastal regions of Louisiana.

Their press release states:

"The wetlands and ecosystem soil/sediment from Atchafalaya Bay eastward to the Louisiana/Mississippi state line contained 6 to 89 individual Alkylated Polynuclear Aromatic Hydrocarbons (PAHs) and Oil Range Organic Petroleum Hydrocarbons (ORO) up to 11,600 mg/kg [ppm] (1.16%) which corresponded to the fingerprint of the BP Louisiana Sweet Crude."

Sixty percent of the soil/sediment samples the groups tested contained up to 18 PAHs in excess of the marine sediment screening levels.

The groups tested seafood and found, "Alkylated PAHs were and continue to be detected in aquatic seafood species from the wetlands and estuaries along the Louisiana coast from Atchafalaya Bay eastward to the Louisiana/Mississippi border."

For example, they found oyster samples with up to 8,815 to 12,500 mg/kg (ppm) ORO, and blue crab samples containing up to 2,230 to 3,583 mg/kg (ppm) ORO.

Shrimp, mussels, fish and snail samples also contained exceedingly high levels of ORO and PAHs.

The press release concluded:

"Wetlands and ecosystem soil/sediment samples and aquatic tissue samples from all areas sampled contained Alkylated PAHs and Oil Range Petroleum Hydrocarbons."

Mississippi's Governor Barbour has said that Gulf seafood has been "tested more than any other food in the history of the universe."

State health departments in Louisiana, Mississippi and Alabama had issued swimming advisories while BP's well continued to gush oil into the Gulf of Mexico last summer. Since then, however, all three states have declared their beaches, waters and seafood safe from oil disaster related toxins.

Florida never issued any advisories, despite many residents reporting illnesses they attribute to the oil disaster.

US federal government agencies like the Environmental Protection Agency, Food and Drug Administration and the NOAA ,along with President Barack Obama himself, have declared the Gulf of Mexico, its waters, beaches and seafood, safe and open to the public.

The testing conducted on the samples taken by this writer only represent a tiny part of the Gulf compared to the massive area that has been affected by BP's oil catastrophe. A comprehensive sampling regime across the Gulf, taken regularly over the years ahead by independent scientists, is clearly required in order to implement appropriate cleanup responses and take public safety precautions.

http://www.truth-out.org/the-tragic-state-gulf-mexico-sampling-reveals-oil-and-dispersants-mississippi-coast66726

**Share this:**            0

~ by corymorningstar on January 13, 2011.

Posted in Uncategorized

| Like | Be the first to like this post.

## Leave a Reply

You must be logged in to post a comment.

## Pages

- Home

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology    Claimant EIN: 75-2309471 & 31-1475321

Print :- Deepwater may have killed 50 times estimated death toll of dolphins and whales        Page 1 of 2



[Print this Page]          [Close Window]

## Deepwater may have killed 50 times estimated death toll of dolphins and whales

Posted on : 2011-03-30 | Author : Colin Ricketts
News Category :

The environmental toll of the Deepwater Horizon oil spill in the Gulf of Mexico could be higher than current estimates says a new study that says as many as 50 times more whales and dolphins were killed than carcasses were recovered after the 2010 disaster.

A team from the University of British Columbia publish their survey in the latest edition of Conservation letters and argue that the number of carcasses found is not an accurate measure of the effect on wildlife.

The team looked at 14 species of cetacean, the order of mammals which includes whales and dolphins in their research.

"The Deepwater oil spill was the largest in US history, however, the recorded impact on wildlife was relatively low, leading to suggestions that the environmental damage of the disaster was actually modest," said lead author Dr Rob Williams. "This is because reports have implied that the number of carcasses recovered, 101, equals the number of animals killed by the spill."

However, the team argue that many creatures will have died of the effects of the disaster far from the disaster scene and will not be accounted for in a simple body count. To try to find a better count the team multiplied recent species abundance estimates by the species mortality rate. By dividing the average number of annual strandings by the estimate of annual deaths they came to the conclusion that only 2% of the cetaceans which died were usually recovered as carcasses.

"This figure illustrates that carcass counts are hugely misleading, if used to measure the disaster's death toll," said co-author Scott Kraus of the New England Aquarium "No study on carcass recovery from strandings has ever recovered anything close to 100% of the deaths occurring in any cetacean population. The highest rate we found was only 6.2%, which implied 16 deaths for every carcass recovered."

Because the aptly named Deepwater was so far out to sea at 40 miles

offshore and in water that is 1,500m deep all responses to the disaster had to deal with incredible technical challenges and the same is true for estimating the damage the researchers say.

"The same factors that made it difficult to work on the spill also confound attempts to evaluate environmental damages caused by the spill," said Williams. "Consequently, we need to embrace a similar level of humility when quantifying the death tolls."

The team also believes that similar underestimates are being made of marine deaths caused by other human activities, such as whales killed by fishing gear.

"While we did not conduct a study to estimate the actual number of deaths from the oil spill, our research reveals that the accepted figures are a grave underestimation," concluded Dr. Williams. "We now urge methodological development to develop appropriate multipliers so that we discover the true cost of this tragedy."

Print this Page                    Close Window

**Print Source :**
http://www.earthtimes.org/conservation/deepwater-horizon-killed-50-times-estimated-death-toll-dolphins-whales/634/
© 2011 earthtimes.org. All Rights Reserved.
This material may not be published, broadcast, rewritten, or redistributed.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy      Claimant EIN: 75-2309471 & 31-1475321

Gulf of Mexico oil spill 2010: Much oil never made it to the surface, scientists say | al.com   Page 1 of 3



**Everything Alabama**

## Gulf of Mexico oil spill 2010: Much oil never made it to the surface, scientists say

Published: Sunday, March 20, 2011, 6:44 AM   Updated: Monday, March 21, 2011, 6:52 AM


**By  Ben Raines, Press-Register**



**View full size**
This image from video provided by BP PLC early Thursday morning, June 10, 2010 shows oil pouring out at the site of the Deepwater Horizon oil well in the Gulf of Mexico. Scientists studying the spill say much of the oil that was released never made it to the surface. (AP Photo/BP PLC)

MOBILE, Alabama -- Much of the oil from the Deepwater Horizon oil spill never made it to the surface of the Gulf, instead becoming suspended in the water column, suggests research presented at a scientific conference held in Mobile.

Strange orange blobs, possibly oil or dispersant, continued to be found beneath the shells of larval blue crabs 4 months after the oil quit flowing. And Louisiana has lost large swaths of marsh to oil exposure, according to presentations at the conference.

The 40th annual Benthic Ecology Meeting was held at the Renaissance Riverview Plaza this week, drawing about 600 scientists from around the nation who study the creatures that live along the seafloor. The meeting was sponsored by the Dauphin Island Sea Lab and the University of South Alabama.

One of the emerging themes among scientists presenting their spill research was that many sea creatures appeared to be doing better than expected.

"We did not see a mass mortality event for crabs. Recruitment was a little lower than normal, but not a great deal lower," said Erin Gray, a Tulane scientist who presented research on crab spawning during the spill.

Gray said female crabs, their eggs, and the newly hatched larvae were all clearly exposed to oil in Louisiana, Mississippi and Alabama. But years' worth of data suggests an average crop of babies made it into marshes and estuaries, from Dauphin Island to south Louisiana.

Gray said the spill coincided with the peak spawning season. She and other scientists remain troubled by the large numbers of crabs that were found to contain the strange orange deposits beneath their shells. Crabs with the drops were found as far from the wellhead as Galveston, Texas.

Scientists have yet to figure out what the material is, with tests to identify dispersants or BP's crude still pending.

"Over time, the droplets move into their eyes," Gray said, discussing the crab larvae. "We're seeing really high proportions of larvae with the orange drops ... this is highly unusual."

## What happened to the oil? Large plumes sank, panels say

Two different groups presented research that examined the fate of oil in the Gulf, with both concluding that large plumes of oil sank to the depths of the sea.

"We can see it. There was a really large plume that stayed mostly in the deepest areas," said Paul Montagna, a Texas A&M scientist who has studied contamination around oil platforms for decades. His presentation focused on research cruises conducted last fall after the well was capped. The goal was to map pollution along the seafloor.

He said that a typical platform has a contaminated zone around it a few hundred feet wide. The BP spill instead has a contaminated area that reaches 50 miles from the wellhead.

Montagna said it was likely that any oil on the seafloor would dissipate, leaving behind more persistent pollutants, such as heavy metals including mercury. He said the contamination was almost exclusively in the deepest areas beyond the continental shelf. The group did not find significant pollution in the Desoto Canyon, a deep area due south of Pensacola.

## Young of many Gulf fish not dramatically affected

Research conducted out of the Dauphin Island Sea Lab suggests that the young of many fish species — some snapper, speckled trout and others — were not dramatically affected by the spill.

"If anything, 2010 showed up as a really good year for (mangrove) snapper. We thought they might be a poster child for fish affected by the spill," because their larvae were drifting at the surface during the spill, said Ken Heck, a Sea Lab scientist. "The cessation of fishing during the spill, we essentially had a marine protected area out there."

Heck said that some species that lay their eggs on the seafloor, such as triggerfish, might be affected more than animals whose eggs drift on currents. And he said there remained the potential for chronic problems that will only become visible with time.

"A large portion of the oil is still in suspension in the deep waters of the Gulf," said Erica Staaterman of the University of Miami. "We had a sort of accidental experiment on our hands."

Staaterman's research — which included computer models of how the oil behaved underwater — suggests that nearly a million gallons of dispersants applied at the wellhead may not have played much of a role in causing the oil to sink.

"The temperature and pressure naturally created small particles of oil," Staaterman said. Those drops became neutrally buoyant in the deep water and "never made it up over the edge of the continental shelf. Instead, it is just swaying in the current at depth."

© 2011 al.com. All rights reserved.



**Breaking News on Food Safety & Quality Control**

# NOAA, FDA to make data public from continuing Gulf seafood tests

By Caroline Scott-Thomas, 29-Mar-2011

Related topics: Public Concerns

**The National Oceanic and Atmospheric Association (NOAA) has said it will continue to test seafood from the Gulf of Mexico into the summer, in an effort to convince consumers that seafood from the region is safe to eat.**

In conjunction with the Food and Drug Administration (FDA), the NOAA has been testing and retesting seafood from the Gulf, and it says that thousands of test results show that the seafood is not contaminated with oil or dispersant.

Assistant NOAA administrator in charge of NOAA's Fisheries Service Eric Schwaab said: *"Gulf seafood is consistently passing FDA's safety tests by a wide margin. We are continuing to test, and we are making the data available to the public, so they can make fully informed purchasing decisions."*

Information on seafood testing in the Gulf, including all test results, is available online here .

In June 2010 the NOAA, FDA and Gulf states agreed on a sampling and testing procedure in the region, and so far the agencies claim that several rounds of tests have found the samples to be safe for consumption. An area covering 1,041 square miles immediately surrounding the wellhead is still closed to all fishing, NOAA said.

Acting deputy director for FDA's Center for Food Safety and Applied Nutrition Don Kraemer said: *"The system set up to keep tainted seafood out of circulation has worked. Consumers should know that Gulf seafood is extensively tested and is safe to eat."*

In a memo addressed to Fisheries Service officials, Dr. John Stein, deputy director of Northwest Fisheries Science Center, explained that fish such as tuna, snapper and grouper have a high capacity for metabolizing polycyclic aromatic hydrocarbons (PAHs), a major toxic component of oil, meaning that it is not readily stored in their edible muscle tissue. Meanwhile, bivalves such as oysters and clams have a low capacity to metabolize PAHs and shrimp have an intermediate capacity.

Stein concluded that if tested samples indicate seafood safety, *"it is very unlikely that there will be an incorrect finding of low risk of human exposure when, in fact, there is an actual risk from PAH exposure."*

On May 2 last year, the NOAA closed about 20 percent of the commercial fishing waters of the Gulf of Mexico following the massive oil spill in the region. The fishing area affected included Louisiana, Mississippi and Alabama, an area where more than 1bn pounds of fish and shellfish were harvested in 2008, according to government figures.

Copyright - Unless otherwise stated all contents of this web site are © 2000/2011 - Decision News Media SAS - All Rights Reserved - For permission to reproduce any contents of this web site, please email our Syndication department Administration & Finance - Full details for the use of materials on this site can be found in the Terms & Conditions

© 2000/2011 - Decision News Media SAS - All right reserved **Decisionnews**media

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy      Claimant EIN: 75-2309471 & 31-1476321

 The Online Magazine of Research from
Woods Hole Oceanographic Institution

# After the Oil Spill, Finding a Drop in the Ocean

🖨 Print this Article

### New, highly sensitive method can track dispersant in Gulf of Mexico

In the aftermath of the Deepwater Horizon disaster in April, marine chemist Elizabeth Kujawinski recognized that a technique she had developed for entirely different reasons could readily be adapted to track the chemical components of oil from the spill, as well as the dispersant used to try to clean it up.

Kujawinski brought into play a device with a powerful 7-tesla magnet (seven times stronger than the average MRI) and an intimidating name: a Fourier transform ion cyclotron resonance mass spectrometer, or FT-ICR-MS. It can detect and measure vanishingly tiny amounts of an individual compound in a mixture containing tens of thousands of compounds.

Kujawinski spearheaded the grant proposal to install the FT-ICR-MS at Woods Hole Oceanographic Institution (WHOI) in 2007. Since then she and WHOI colleagues Melissa Kido Soule and Krista Longnecker have been using it to develop highly sensitive analytical methods to reveal the mishmash of organic matter, dissolved in seawater, that supplies food for marine microbes.

In research published online Jan. 26 in the American Chemical Society journal *Environmental Science & Technology (ES&T)*, Kujawinski and colleagues showed that the highly powerful mass spec and their method were also well suited to detect, measure, and definitively identify minute quantities of chemical compounds from the Deepwater Horizon spill, including a compound in the dispersant Corexit. The dispersant has been used often in small amounts on the ocean surface to break down oil clumps and make the oil easier to clean up. But never has so much been used before, and never before has the dispersant been released in the deep ocean.

Kujawinski and colleagues' method is 1,000 times more sensitive than that used by the U.S. Environmental Protection Agency to track Corexit and could be used to monitor the dispersant over longer time and distances, she said. As such, it provides a means to answer some key questions: What happened to the approximately 800,000 gallons of the dispersant released in the deep sea? Was it effective? Might it have impacts on the environment, deep-sea coral communities, and deepwater fish such as tuna?

Kujawinski received samples of seawater from in and around the oil spill region collected in May, June, and September by David Valentine, a scientist at the University of California, Santa Barbara, and co-author of the *ES&T* paper. Using their new technique, Kujawinski and colleagues provided a first glimpse of what happened to the dispersant. They detected one of the dispersant's key components, called DOSS (dioctyl sodium sulfosuccinate)—in concentrations of parts per million. It was present months after it was injected into the depths, indicating that the dispersant had not been rapidly biodegraded by microbes.

The researchers also detected DOSS in even lower concentrations (parts per billion) in a plume of oil and natural gas that flowed 3,000 feet deep in a southwest direction away from the broken wellhead. That indicated that the dispersant did not itself become randomly dispersed, but rather became

trapped in the deepwater plume of oil and natural gas.

"The decision to use chemical dispersants at the seafloor was a classic choice between bad and worse," Valentine said, "And while we have provided needed insight into the fate and transport of the dispersant, we still don't know just how serious the threat is; the deep ocean is a sensitive ecosystem unaccustomed to chemical eruptions like this, and there is a lot we don't understand about this cold, dark world."

Oil can contain more than 100,000 compounds with different physical structures, chemical properties, and molecular weights. As soon as oil from the damaged Deepwater Horizon rig began gushing into the ocean, it no longer acted as a unified liquid; rather, individual constituents of the oil acted in their own ways. Some compounds evaporated quickly. Others were consumed by bacteria. Some persisted, and of those, some (the proverbial "oil-and-water-don't-mix" variety) remained in droplets or clumps. But other components of oil have electrical charges, and these so-called polar compounds bond with similarly polar water molecules. The FT-ICR-MS can identify and measure these hard-to-detect dissolved chemicals.

"Our goal is to identify compounds in the water that could serve as tracers of the oil in the coming months and years," Kujawinski said. That ability will help researchers elucidate what happens when oil and water *do* mix, as they have in the Gulf of Mexico.

The FT-ICR-MS accomplishes this by measuring the mass of atoms and molecules in compounds down to the fourth number past the decimal point. So while most mass specs can distinguish between compounds weighing between 407 and 408 atomic mass units (amu) and between 408 and 409 amu, for example, the FT-ICR-MS can detect a substance with a mass of 407.0259 amu. That's precise enough to identify the singular collection of atoms—the one possible compound—that together could have that mass. It's like being able to find—in a crowd of people weighing between 145 and 150 pounds—the one guy who weighs 146.3531 pounds.

—*Kate Madin, with additional reporting by Joel Greenberg*

*Kujawinski, Valentine, Kido Soule, and Longnecker were joined in the study by Angela K. Boysen, a summer student at WHOI, and Molly C. Redmond of UC Santa Barbara. The work was funded by WHOI and the National Science Foundation. The instrumentation was funded by the National Science Foundation and the Gordon and Betty Moore Foundation.*

Posted: January 26, 2011

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

BP oil cleanup COO says company will meet 'obligations and commitments' after spill | al...   Page 1 of 3



## BP oil cleanup COO says company will meet 'obligations and commitments' after spill

Published: Friday, March 25, 2011, 7:00 AM

 By **David Ferrara, Press-Register**

GULF SHORES — Approaching a year since the record-breaking **Gulf oil spill**, BP has spent $16 billion on response efforts, according to an official with the oil giant.

**Mike Utsler**, the chief operating officer of BP's Gulf Coast Restoration Organization, told a group of reporters Thursday about the company's continued efforts to make sure that beaches remain clean.

But he would not say how much he expected that work to cost.

"We are here and we will continue to meet those commitments and expectations that have been established from the response all the way through to the long-term recovery and restoration," Utsler said. "We are continuing, in a response phase, to meet the obligations and commitments that are involved in the completion of the cleanup phase."

Separately, Utsler met with Gulf Shores Mayor Robert Craft and Orange Beach Mayor Tony Kennon to talk about how so-called "strike teams" would be designated to monitor the beachfront should tarballs wash ashore.



Mike Utsler, chief operating officer of BP's Gulf Coast Restoration. (Press-Register/Harlan Kirgan)

BP was expected to complete its beach deep-cleaning efforts by the end of this month on the western end of Baldwin County shores.

Craft said he encouraged Utsler not to take the beach-cleaning equipment out of the area.

After the meeting, both mayors gave positive reviews of their talks with Utsler.

"They basically listened and acknowledged that our goals were the same," Craft said.

Kennon agreed.

"We want BP out of here, and we want things back to normal," he said.

Kennon called it "one of the best meetings we've ever had."

Often a critic of BP who regularly pushed for the deep clean in his city to be finished by the start of this year, Kennon expressed satisfaction with the cleanup efforts thus far.

"We feel like they've done a good job cleaning the beach," he said. "We can make that statement objectively because we've verified it."

Still, Kennon said he wanted to ensure that all aspects of the cleanup were successful, down to the "microscopic makeup of a grain of sand," and how the sand was affected by the cleanup efforts.

"The facts are we've delivered at or ahead of expectations," Utsler said. "And the beaches have never been better."

Speaking to the media in an office space along Ala. 59, Utsler said the company was exploring new technologies to identify offshore tar mats and safely remove them.

The focus on locating oil, he said, is on four levels: near-shore areas, inner-tidal zones, on the beaches, and super tidal zones.

In December, the company signed a three-year lease on the office, which houses between 120 and 150 people, from BP workers to state and federal officials with the Alabama Department of Environmental Management, U.S. Fish and Wildlife and the U.S. Coast Guard.

Utsler pointed to that as a sign that the company plans to stick around.

"As we complete that response phase, the job doesn't end — part of ongoing efforts to rebuild the trust, confidence and reputation of the Gulf Coast," he said.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy      Claimant EIN: 75-2309471 & 31-1475321

BP oil cleanup COO says company will meet 'obligations and commitments' after spill | al...   Page 3 of 3

© 2011 al.com. All rights reserved.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321

BP Genetically Modifying the Gulf of Mexico | Food Freedom                                              Page 1 of 13

## Food Freedom
Decentralize, Grow Your Own, Buy Local.

---

# BP Genetically Modifying the Gulf of Mexico

Posted on January 21, 2011 | 16 Comments



By Michael Edward
Blue Plague.org

Evidence that BP used synthetic microorganisms to clean up the oil in the Gulf of Mexico indicates that
the genetically modified bacteria are altering the DNA of species throughout the food chain impacting all
biota, including humans, writes Michael Edward.

### THE PERFECT GENETIC STORM: SYNTHETIC DNA AND THE GULF BLUE PLAGUE

There's a new proprietary recipe being force-fed to all of us here on the Gulf of Mexico that is now
becoming available worldwide. Although this recipe has been closely guarded for 8 months, we were able
to break it down after examining the plentiful supply us "Gulf Coasters" have available here. The
ingredients are abundantly available while both the recipe and the brewing process are not as secret as
everyone had thought.

### THE GULF BLUE PLATE (BP) SPECIAL

Fill a large bowl with saline ocean water, add a generous proportion of thick crude oil, then pour in a cup of liquid Correct-it (available from Nalco under the brand name Corexit) and don't spill any on yourself, stir gently, and then let it sit for a day or two. As the newly thinned oil mixture begins to sink to the bottom of the bowl, make sure the resulting gasses are allowed to ever-so-slightly bubble in orange foam on the surface. This will let you know you're ready for the next and most important step.

Quickly add Syn-Bio (available from JCVI, SGI, and other private companies) along with a colloidal mixture containing iron, copper, and other natural elements to begin the interactive brewing process. Let it sit for no less than 6-9 months making sure nothing is allowed to disturb it. When there is no more gas coming to the surface and the mixture on the bottom turns into a gelatinous black goo, the first stage of the recipe is finished.

The amazing thing about this new state-of-the-art recipe is what it becomes after the initial first stage brewing process is finished. No-one knows! It's no wonder some have begun to refer to it as *The Blue Plate (BP) Special*. You can be assured that once the second stage of this concoction begins to release its mutated biological ingredients, as it appears to have done so already, the rest of the world will abruptly notice.

## OIL SPILL OR OIL FLOW?

There was never a BP Gulf of Mexico oil *spill* in 2010. When you fill a glass with water, bump into something while holding it in your hand, and then some of the water splashes out, that's a spill. When you turn on a water faucet and allow a continual flow to fill the glass so that it's constantly overflowing, that's *not* a spill. Because the multiple BP drilling operations that began at Mississippi Canyon 252 in 2009 fractured the floor of the Gulf of Mexico sometime before April 22, 2010, there is a continuous flow of crude oil and, especially, oil derived gasses such as methane. That's called an oil and gas *flow*.

Since the Gulf has a steady flow of toxic crude oil and gasses, then how do you stop it? You can't. The only solution to the problem is to find a way to eliminate it before it has a chance to surface *en mass*. This is exactly what has, is, and will continue to occur in the Gulf of Mexico.

## SYNTHETIC GENOME BIOREMEDIATION

Toxic crude oil and gas can be changed, altered, or eliminated by microbes. Natural microorganisms in all the oceans, such as bacteria, have been known to do this over time, usually lasting decades and beyond. It's a slow natural process. Yes, natural biology can do the job, but under continual flow conditions there is no possible way all the hydrocarbon-hungry microbes in the entire world can eliminate that much oil and gas fast enough. Time is the critical factor.

For the past decade, synthetic biology has been the new science realm. We now have engineered genetic biology that synthetically creates RNA and DNA sequences for both viruses and bacteria.

In the 1980's, the fad was designer jeans. Now, we have **designer genes**.

Soon after the Deepwater Horizon inferno, U.S. government scientists – with grant funds supplied by British Petroleum – started giving us solid clues as to what they were doing with all that crude oil and gas. In May 2010, National Geographic quoted Dr. Terry Hazen from the U.S. government's Lawrence Berkeley National Laboratory who said:

> "...we could introduce a genetic material into indigenous bugs via a bacteriophage – a virus that infects bacteria – to give local microbes DNA that would allow them to break down oil. Either that, he said, or a lab could create a completely new organism that thrives in the ocean, eats oil, and needs a certain stimulant to live..."

There were two possible solutions according to Dr. Hazen, who is considered to be the foremost crude oil bioremediation expert in the world. Either use synthetically engineered viruses called bacteriophages, or 'phages', to infect and alter the genetics of indigenous Gulf bacteria; or, synthetically *create* an entirely new organism, *i.e.* a new species of bacteria, to eat up the oil and/or gas and introduce it into the Gulf of Mexico.

In September 2010, Duke University gave us another confirmation as to what was going on in the Gulf:

> "In a paper published in the journal *Science*, Terry Hazen and his colleagues at Lawrence Berkeley National Laboratory discovered in late May through early June 2010 that a previously unknown species of cold-water hydrocarbon-eating bacteria have been feasting on the underwater oil plumes degrading them at accelerated rates."

Natural microorganisms are well known to biologists and their genetic sequences are catalogued in a worldwide library. The public can even access the entire genetic library on the internet. But here we have a new and never before identified species of bacteria that suddenly "appears" in the Gulf of Mexico, and it's eating up the oil at a much faster speed than any natural bacteria possibly could or *ever* has.

In August 2010, Science Magazine reported about bacteria that were gobbling up the Gulf oil and how it was being done by microorganisms that were not typical:

> "Hazen's team found that microbes inside the plume samples were packed more than twice as densely as microbes outside it. Even more encouraging, the genes specifically geared to degrade hydrocarbons were more common in the plume as well, implying that it's not just general bacteria that are taking on the plume."

Terry Hazen had described how the genes of a certain microbe that were "geared" (created) to eat-up crude oil were not just thriving within the oil plume, but were rapidly duplicating more than twice as fast as those same microbes outside the oil plume. He reveals that indigenous "general" or natural bacteria in the Gulf are not responsible for this amazing outcome. Obviously, he knows exactly what's doing the job at such an accelerated rate: Synthetic genome bacteria created specifically to consume hydrocarbons, crude oil.

Dr. Terry Hazen is just one source, so I don't expect you to believe synthetically engineered organisms are being used in the Gulf based solely on what he has said, even though he's an absolute expert scientist in his field. What if I were to tell you that British Petroleum has admitted to using synthetic designer gene organisms in the Gulf? Would that help convince you?

In September 2010, reporter Stephen Fry of the UK's BBC was granted a video interview with Mike Utsler, the Chief Operating Officer of BP's Gulf Coast Restoration. Here's what Mr. Utsler publicly admitted on camera:

> "There is a new form of microbiology that is attacking this (oil) plume and using it as a food source"."

You can view him saying this on our YouTube Channel or on our Gulf Blue Plague internet blog at BP Admits Using Synthetic Microbes in Gulf of Mexico. This 17 second video snippet is taken from a November 7, 2010 broadcast entitled *Has the Oil Really Gone?* which is available for viewing at BBC TWO.* Note how Utsler is cut off by his own people at BP immediately after stating this and the interview was abruptly ended.

*It appears that the BBC has now restricted this video so that it can no longer be viewed from within the US.*

## A NEW FORM OF MICROBIOLOGY

A "new form of microbiology" is not a natural biological organism. Genome scientist J. Craig Venter, PhD, the founder of Synthetic Genomics Inc. and JCVI, clearly defined this new biological structure on May 27, 2010 in his prepared testimony before the U.S. House of Representatives Committee on Energy and Commerce:

> "One of the major advantages of synthetic genomics is that there is no need to have access to a physical supply of a particular DNA sequence. Sequence fragments are simply created *de novo* by chemical synthesis and assembled into entire chromosomes and organisms. This ability to synthesize (write) DNA and use it in the construction of new cells can catalyze a major change in what organisms can be engineered to do.

> "...these [synthetic genome] technologies could be used to produce bioremediation techniques.

> "In 2003, JCVI successfully synthesized a small virus, approximately six thousand base pairs long, that infects bacteria. By 2008, the JCVI team was able to synthesize a small bacterial genome."

Now it's easy to understand exactly what Terry Hazen, PhD, and BP's Mike Utsler were revealing with regards to the creation of new genetically engineered microorganisms – either viruses that attack bacteria or bacteria themselves – within the Gulf of Mexico.

## AN OBSCURE FAMILY OF SUPERHUMAN MICROBES

The latest development in the Gulf is how an incomprehensible bacterium is remarkably eating up the methane gas. It appears that engineered designer genes have also been used to remove the gas just as they have been used to consume the oil. The common denominator is that neither of these microbes are *natural* microorganisms. This should come as no surprise.

Microbiologist David Valentine at the University of California at Santa Barbara stated, "Within a matter of months, the bacteria completely removed that methane. The bacteria kicked on more effectively than we expected."

It sounds to me that this created synthetic genome microbe far exceeded the engineering and programming expectations.

According to a Fox Business report, "This discovery offered a rare glimpse into the remarkable abilities of an obscure family of microbes in the depths of the Gulf."

I agree. It is scientifically incomprehensible that any natural microorganism could do this and synthetically engineered microbes are definitely obscure by comparison.

University of Georgia microbiologist Samantha Joye, who has been independently analyzing methane from the Gulf of Mexico, also agrees with me. She said, "It would take a superhuman microbe to do what they are claiming."

So it has, Samantha. It was specifically engineered and its "superhuman" genetics were created synthetically.

In a January 7, 2011 article, the UK Register wrote how the scientists were particularly "surprised at the speed with which the bacteria consumed their enormous meal".

They also brought up the fact that earlier studies elsewhere in the world suggested methane levels around Deepwater Horizon would be well above normal for years ahead. It's remarkable what highly engineered designer genes can do.

On January 6, 2011, the Christian Science Monitor reported how the study's leaders boldly stated that rates of methane decomposition after the Gulf oil spill "were faster than had ever been recorded in any other place on the planet."

That's because these are not natural microbes. You can't compare apples to grapefruit.

**TRACE ELEMENTS ADDED TO THE GULF**

In the same CS Monitor report, University of Georgia microbiologist Samantha Joye stated how:

"[The Gulf] is not well stocked with trace elements the bacteria need to survive – among them, copper, which bacteria specifically use to deal with the methane. Shortages of copper, as well as other trace elements, likely would have slammed the brakes on the exponential growth in bacterial populations needed to get rid of the methane in fewer than four months."

The same applies to hydrocarbon-eating bacteria that consume oil, except that iron is needed more than the other trace elements. Since copper and iron are not prevalent mineral elements normally found in the Gulf of Mexico, the synthetic bacterium eating both the oil and the methane would not be able to do so at the remarkable speed they have without such essential earth elements. The only possible way these synthetic bacterium could have done this is by adding the required elements to the Gulf. Spraying a highly dissolved or colloidal mixture of trace elements onto and into the Gulf of Mexico would be absolutely required to accomplish this.

In our October 21, 2010 research article The Gulf BLUE PLAGUE (BP): It's Not Wise To Fool Mother Nature, we had revealed the abnormally high amounts of elements found in the Gulf and that it was being sprayed along with or separately from the oil dispersants. In August 2010, rain water samples were tested by the Coastal Heritage Society of Louisiana where rain coming directly from the Gulf had unusually high concentrations of iron, copper, nickel, aluminum, manganese, and arsenic.

Without a doubt, the synthetically created bacterium introduced into the Gulf of Mexico to consume the oil and gasses were – and continue to be – fed these essential trace elements. Otherwise, they could not have thrived or reproduced at the accelerated rate they have. The continued spraying in the Gulf by aircraft and by boat is not Corexit or other oil dispersal chemicals. Consider the current spraying to have the same effect of adding liquid fertilizer to your crops.

## SYNTHETIC MICROBES MUTATING NATURAL MICROORGANISMS

In early December, 2010 the research vessel *WeatherBird II*, owned by the University of Southern Florida (USF), went back to the Gulf of Mexico for follow-up water and core samples. As reported by Naomi Klein on January 13, 2011 in Hunting the Ocean for BP's Missing Millions of Barrels of Oil:

"...these veteran scientists have seen things that they describe as unprecedented ... evidence of bizarre sickness in the phytoplankton and bacterial communities..."

This "bizarre sickness" in the indigenous Gulf microorganisms is the direct result of the synthetic microbes that are still creating *genetic* sicknesses by mutating the DNA of the natural microbes. We had alerted our readers to this in DNA Mutations Confirmed in Gulf of Mexico on September 28, 2010 when we stated:

"DNA mutations are occurring within the Gulf of Mexico at a microscopic cellular level. The obvious effect this has on marine life as well as humans is a Pandora Box of unknowns."

Tampa Bay Online gave further insight to this in an interview with Dr. John Paul, an oceanography biology professor at USF, regarding the oil plume they had discovered 40 miles off the Florida Panhandle:

"It was found to be toxic to microscopic sea organisms, causing mutations to their DNA. If this plankton at the base of the marine food chain is contaminated, it could affect the whole ecosystem of the Gulf.

"'The problem with mutant DNA is that it can be passed on and we don't how this will affect fish or other marine life,' he says, adding that the effects could last for decades.'"

In Naomi Klein's article, she describes how Paul introduced healthy bacteria and phytoplankton to Gulf water samples and what happened shocked him. The responses of the organisms "were genotoxic or mutagenic". According to Paul, what was so "scary" about these results is that such genetic damage was "heritable," meaning the mutations can be passed on.

Genotoxins pass on genetic changes to successors who have never been exposed to the original gene. Healthy microorganisms are then genetically changed and will pass on their DNA mutations to their descendants. This is a genetic chain-reaction as each mutated microbe interacts with and affects other microorganisms, especially with regards to the food chain:

"...the phytoplankton, the bacteria, and the [microorganisms] that graze on them – the zooplankton – seem to be the most potentially impacted." – Dr. David Hollander, USF Marine Geochemist; December 6, 2010: Video interview on *WeatherBird II*.

**THE PERFECT GENETIC STORM**

In a Bridging The Gap radio interview with Dr. John Waterman on September 9, 2010, he stated:

"Microbes can morph, they can change. Viruses can turn into bacteria and bacteria can turn into fungi. In the Gulf we have bacteria that can morph. It can morph [mutate] because it's attacked by a virus. The virus can change the genetics of the bacteria so that it morphs [mutates] into something very deadly.

"Some of these changed bacteria can become deadly, Ebola deadly. When you have a morphed bacterium that gets airborne, now you're going to see it go from person to person.

"We're on the verge of something that can become a deadly pandemic. They had to know that was the case. All it has to do is enter the human host... and once it gets started, it's going to be impossible to stop."

In October, 2010, I was contacted by Riki Ott, PhD who had written a book on the effects of the Exxon Valdez tanker spill in Alaska. Her Master's Science degree is in marine biology with emphasis on the effects oil has on zooplankton. She had just read my It's Not Wise To Fool Mother Nature article and wanted to talk. So far, she is the only U.S. based scientist who has agreed with me that there were genetically bio-engineered bacteria eating the oil in the Gulf.

In an article she published while in Ocean Springs, Mississippi, entitled Bio-Remediation or Bio-Hazard? Dispersants, Bacteria & Illness in the Gulf, she recounts how comments made by a local grandmother made her re-evaluate her thoughts on crude oil bio-remediation. That grandmother said she felt the oil-eating bacteria were "running amok and causing skin rashes." Here's part of what Dr. Ott wrote:

> "To make things a little scarier, some of the oil-eating bacteria have been genetically modified, or otherwise bio-engineered, to better eat the oil – including Alcanivorax borkumensis and some of the Pseudomonas."

*Pseudomonas alcaligenes* is a Gram-negative aerobic bacterium used for bio-remediation purposes because it can degrade aromatic hydrocarbons such as benzene or methane. *Alcanivorax borkumensis* is also a Gram-negative bacterium used for bio-remediation purposes because it can degrade oil hydrocarbons. There we have it. Confirmation once again that synthetic designer genes are the reason the oil and gas are being eaten up at alarming rates within the Gulf.

But why are these Gram-negative bacteria so important? Because, as Riki Ott said,

> "Oil-eating bacteria produce bio-films. Studies have found that bio-films are rapidly colonized by other Gram-negative bacteria – including those known to infect humans."

A nurse Riki Ott was working with in the Gulf, Nurse Schmidt, put it this way:

> "This is like a major bacterial storm. It could be the reason we are seeing a variance of symptoms in different individuals. In some people, we see respiratory complications, while in others we see skin or GI symptoms. I think it is due to a multitude of colonized bacteria."

But this is not just a typical bacterial storm. In this instance, there are synthetically created bio-remediation bacteria that have mutated untold species of natural organisms in the Gulf water and in the air. As different colonies begin to grow and colonize, you are witnessing the perfect genetic storm.

### SYNTHETIC DNA CREATED THE GULF BLUE PLAGUE

I've written numerous articles in various forums since July, 2010 trying my best to warn not only my own family and friends, but the entire world with what has been evolving in the Gulf of Mexico. I've described in detail precisely how it was and is still evolving. For the record, I've researched and published these findings in the World Vision Portal forum, WVP's YouTube channel, in the Blue Plague blog, and in weekly radio broadcasts on the Living Light Network. In August, I appropriately named the ensuing pandemic *The Gulf Blue Plague*.

To my frustration, few have cared to listen. I've been ignored and shunned on most internet sites owned and controlled by those who purportedly claim to be representing those of us living along the Gulf coast. Many of them simply don't represent us at all. They exist for their own agendas, such as to find clients for their attorney practices. Some have exploited Gulf victims to only make a name for themselves. Some simply disappeared when BP and government agencies said the Gulf oil disaster was finished. The truth

of the matter is that it's not finished in the least. The worst part is yet to come this spring and summer as the warmer water and air accelerates the growth of the synthetically mutated viruses and bacteria.

What's taking place in the Gulf of Mexico is not a regional problem just for those of us who live here. It's a worldwide problem. Subtle viral and bacterial signs are beginning to show up everywhere. Mysterious unexplained diseases affecting fish, sea mammals, animals, fowl, trees, plants and mankind are occurring because of the synthetic genomes that are changing and mutating the natural organisms in the oceans and in the air.

I've been constantly interviewing both family members and friends who are physicians, scientists, Registered Nurses, ship captains, shrimpers, and fishermen. All of them agree that the scientifically confirmed mutated organisms -- directly caused by synthetically engineered genomes interjected into the Gulf – can and most assuredly will become a pandemic or even multiple pandemics. As my RN friend with over 30 years of trauma and clinical experience in Louisiana put it:

> "This is like an opera where the main characters are Frankenstein and King Neptune. When the fat lady of the Gulf finally sings in the last act, there may not be much of an audience left to hear her."

In summary, all I can say is what I've been saying for months now....
*"Wherever the Gulf wind blows and the Gulf water flows..."*

## NOTES & ADDENDUM

From The Gulf Blue Plague is Evolving – Part II

### VIRUSES

Bacteriophages are viruses that change the DNA of bacteria. Many types of bacteriophages exist. Some simply infect the host bacteria while others insert into and alter the bacterial chromosome.

Some of the viruses donate their DNA materials to the host cell and cause alteration in the genetic code. Some bacteriophages can enter the host cell, but instead of immediately making new viral material the bacteriophages DNA will integrate into the chromosome of the bacteria.

### BACTERIA

Bacteria are a large group of single cell microorganisms that grow to a fixed size and then reproduce through a form of asexual reproduction. Under optimal conditions, bacteria can grow and divide rapidly and some bacterial populations can double as quickly as every 9.8 minutes. Most bacteria have a single circular chromosome and inherit identical copies of their parent's genes (they clone themselves).

However, all bacteria can evolve through changes made to their genetic material DNA caused by mutations. Mutations come from errors made during the replication of DNA or from exposure to mutagens (mutating agents), such as certain chemicals or bacteriophages (viruses). Mutations are

changes in the DNA or RNA sequence of a virus. It can occur at both a Gene level – called a Gene Mutation – and at a Chromosome level – called a Chromosome Mutation. This process of change is called Mutagenesis. The result is a mutated virus that quickly duplicates itself, develops into maturity, and then discharges itself into the environment. A water environment discharge will become airborne due to high temperatures or as a result of storms.

Despite their apparent simplicity, bacteria can also form complex associations with other organisms. If bacteria form a parasitic association, they are classed as pathogens. Pathogenic bacteria are a major cause of human death and disease. MRSA and other flesh eating bacterium are pathogenic.

## REFERENCES

http://news.nationalgeographic.com/news/2010/05/100511-science-environment-gulf-oil-spill-cleanup-future/

Lawrence Berkeley National Lab http://www.lbl.gov

http://www.nicholas.duke.edu/thegreengrok/microbes-0910

http://news.sciencemag.org/sciencenow/2010/08/bacteria-are-gobbling-gulf-oil.html?ref=hp

The Gulf Blue Plague http://blueplague.org http://blueplague.net

http://www.youtube.com/watch?v=XuDOol8KqoI

http://www.bbc.co.uk/programmes/boovy7f9#broadcasts

http://worldvisionportal.org/wvpforum/viewtopic.php?f=55&t=1115

http://www.foxbusiness.com/markets/2011/01/06/wsj-microbes-devoured-methane-bp-spill-study-says/

http://www.theregister.co.uk/2011/01/07/deepwater_horizon_metane_bacteria/

http://www.csmonitor.com/Environment/2011/0106/Gulf-oil-spill-study-s-surprising-find-Bacteria-ate-methane-in-three-months

http://chsl.webs.com/testresults.htm

http://www.alternet.org/environment/149524/naomi_klein%3A_hunting_the_ocean_for_bp%27s_missing_millions_of_barrels_of_oil/?page=entire

http://www2.tbo.com/content/2010/sep/27/271417/usf-research-included-in-gulf-oil-spill-tv-special/news-metro/

http://www.youtube.com/watch?v=tRePgbppy4Q

http://www.huffingtonpost.com/riki-ott/bio-remediation-or-bio-ha..b..720461.html

**Previous Topic:** Canaries in the Coal Mine: Gulf Blue Plague Warnings

*Also see* The Gulf of Mexico is Dying: A Special Report on the BP Gulf Oil Spill, by Dr. Tom Termotto, Global Research, 26 Dec. 2010. *--Ed.*

4 Votes

This entry was posted in Aquaculture, Biotechnology, Environment, pollution, Scientific Studies and tagged Bacteria, Bacteriophages, Bioweaponry, bp oil catastrophe, Gulf of Mexico, Microbiology, Synthetic Genome, Viruses. Bookmark the permalink.

## 16 RESPONSES TO BP GENETICALLY MODIFYING THE GULF OF MEXICO

Pingback: Tweets that mention BP Genetically Modifying the Gulf of Mexico | Food Freedom -- Topsy.com

**hybridrogue1** | January 21, 2011 at 7:19 pm | Reply



Yo Rady,
I posted this article on C1 as well...horrific repercussions about to cascade.
I think of ANDROMEDA STRAIN...and nobody in MSM is saying a word.
ww

> **Rady** | January 22, 2011 at 12:45 am | Reply
>
> 
>
> this will go viral, ww. what MSM ignores, alt media trumpets
>
> thx for the link (I get notices when c1 posts anything new... so got the notice from YOU!)

> **Rady** | January 22, 2011 at 12:46 am | Reply
>
> 
>
> he just needed a better title

**jimmieanna** | January 22, 2011 at 11:52 am | Reply



Sadly the writer is correct when saying "To my frustration, few have cared to listen. I've been ignored and shunned" I notice that too, I have a friend on facebook who lives near the gulf, and gets the same unresponsiveness from her friends when she post new finding regarding the

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

Printable                                                                    http://www.gjfreepress.com/apps/pbcs.dll/article?AID=/201102...

# The effects of The Big Spill

JEFF EVANS
ALL THINGS SUSTAINABILITY,

In April 2010 the BP Deepwater Horizon oil well off the coast of Louisiana exploded, spewing crude oil into the waters of the Gulf of Mexico. Estimates of oil spilled into the gulf waters range from 170 to 180 million gallons. Eleven men died in the disaster along with extensive loss of wild species and damage to the ecological health of the region and its vital resources.

This past week the National Oil Spill Commission released its report on the disaster. It concludes that the problems found at the BP Horizon offshore rig are pervasive in the oil industry, citing failures as "systemic" and "likely to recur."

Since 1942 drilling for oil in the Gulf has been accelerating. Today, there are more than 4,000 offshore wells in operation, 819 of them manned. Some 27,000 rigs have been abandoned. The Gulf production is the source of 25% of domestic oil supply, 15% of natural gas, and 33% of U.S. refining capacity.

Since our entire society runs on oil, we have an insatiable appetite for fossil fuels. That along with corporate mandates to maximize profits leads inevitably to environmental disasters. The consequences are not always easy to see.

Dr. Sylvia Earle, the National Geographic Explorer in Residence, has been studying the damage from the effects of oil, methane, and two million gallons of toxic dispersant dumped into the Gulf region: "...bad news for the diverse, complex microbial systems that are killed by these toxic elements..." More than 15,000 creatures have been impacted.

The BP spill was the largest in a long list of spills around the world over the last 50 years, larger than the Exxon Valdez spill of 30 to 35 million gallons in Prince William Sound off the coast of Alaska. Spills off the coast of California and South America and elsewhere around the world are not uncommon. This one was the largest in U.S. history and in fact the largest accidental spill in world history. Only the Kuwait oil fires and spill of the early '90s by Saddam Hussein were larger, but that spill was intentional, dumping 336 million gallons of crude into the Persian Gulf.

Today, organizations such as Mobile Baykeeper, The Gulf Restoration Network, Tri-State Bird and Rescue, The Audubon Society and many others along with a wide array of government agencies are on the ground studying the effects of the spill. What is known is sobering. Hundreds of miles of shoreline are spoiled. Tens of thousands of square miles of Gulf waters are still closed to fishing. Thousands of birds, fish, turtles and marine mammals are dead. Oil has contaminated the region affecting pelicans, eagles, migrating ducks, geese and birds and destroying their natural habitats. Oil in sediment has damaged marshes and feeding grounds, inlets, and coastline. Oil and chemical contamination from dispersants has impacted everything from air quality to commercial fishing resulting in serious loss of tourism, motel and hospitality revenues, and jobs.

While many rush to assure the public that the food supply is safe, independent field research paints a different

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy   Claimant EIN: 75-2309471 & 31-1475321

Printable                                                    http://www.gjfreepress.com/apps/pbcs.dll/article?AID=/201102...

picture. Studies reveal that oysters, shrimp, crab and redfish are all contaminated with high levels of petroleum hydrocarbons, even when there is no visible contamination. Marine researchers worry about what they cannot see. The seafood looks and smells pristine.

And it is not always just the creatures of the sea that are harmed by drilling. Migrating woodland birds are also suffering. Yellowbellied Sapsuckers, a woodpecker that migrates each year across the Gulf of Mexico from the U.S. along with the Scarlet Tanager, hummingbirds, warblers, herons, cuckoos, doves, egrets, falcons, orioles and ospreys are suffering from a disorientation syndrome called "nocturnal circulation." Lights on offshore rigs confuse the birds as they cross, thinking that land is near. Encountering the lights, they circle the platforms endlessly until exhaustion sets in and they fall into the ocean. Scientists have observed as many as 100,000 birds circling just one platform where they fly around for hours until collapse. They die just 20 miles off the coast on their journey.

The Oil Commission report concludes: "Without fundamental reforms that hold the industry to higher safety standards and strengthens the government's authority to enforce more rigorous protections, a disaster could well recur." They conclude that oversight of a high risk activity is an essential function of government.

The oil is still in the Gulf even when the clean-up workers are not. No longer on the surface, it is now buried deep in the sand and mud at the bottom of the gulf, along the shoreline, and in the marsh grasses that line the coast. It will be there for generations. We need to consider safety and the threats to fragile ecosystems before deciding to drill in them.

Jeff Evans is a sales consultant for Simplicity Solar in Grand Junction. He writes on renewable energy and sustainable living issues and can be reached at jeff.ecolife@gmail.com.

http://www.gjfreepress.com/apps/pbcs.dll/article?AID=/20110204/COLUMNISTS/110209973/1001&parentprofile=1059504&template=printart

# Compass

## A Deadly Trade-Off: Toxic Dispersants or Ecological Damage



Earlier this month, the National Oil Spill Commission released its findings related to systematic problems within the oil industry and the response to the BP Oil Disaster by agencies and industry. One focus of the Commission was to look into BP and EPA's decision to utilize dispersants as a method to "clean up" the oil in the Gulf of Mexico waters.

In May 2010, EPA administrator Lisa Jackson gave the okay for the use of dispersants to help clean the BP oil spill in the Gulf of Mexico. BP used the dispersant Corexit, developed by Exxon in 1994, and banned in European countries like England. Corexit works by breaking apart oil in water, similar to dishwashing soap, transforming the oil into smaller droplets that could be consumed by hydrocarbon-eating bacteria. However, Corexit and other similar dispersants can be toxic to ocean organisms.

Administrator Jackson's controversial decision came under a lot of criticism because of the unprecedented volume of dispersants. The use of dispersants in a subsea application has never been tested before, nor was it legal under the Clean Water Act. Essentially using a toxin to fight a toxin, creating what Rep. Edward Markey described as a "toxic stew", turned the Gulf of Mexico into a giant chemistry experiment. Jackson acknowledges none of the testing done prior to the incident was extensive, and didn't review the long-term effects. The EPA has plans to test the effects of dispersants; however, by the time test results are in, it may be too late. In response to criticism, the EPA issued a directive ordering BP to scale back the use of dispersants. Throughout the process, BP ignored orders from the EPA claiming "if you're going to tie our hands, then we don't own this spill." (BP Vice President David Rainy)

Though dispersant use has stopped since the capping of the well in mid-July, huge plumes of dispersed oil deep in the Gulf of Mexico were found in August 2010. This finding raised questions as to what potential threats exist to marine life for the long-term.— will these dispersed oil plumes last for months or years? And how will this impact marine life in the Gulf of Mexico. Theories as to why oil plumes continue to appear in Gulf waters center around oil-eating microbes and the near freezing temperatures of deep water. Microbes operate slowly in colder environments, not permitting them to consume the abundant dispersed oil throughout the ocean's water column — one of the pluses oil industries claimed for dispersing oil.

Issues regarding dispersants have continued into 2011, with large focus on the implications to public health and the communities that have been exposed to these chemicals. The Oil Spill Commission's final report criticizes the EPA's disregard of public health in the use of dispersants and urges the agency to complete health and environmental studies before approving future uses.

The Commission noted that that BP's use of dispersants was a "trade-off" between possible exposure to chemical toxins and the need to prevent oil from coming ashore and doing greater ecological damage. However, they recommended greater research on the toxicity of dispersants before utilizing these measures in the future. Many coastal residents who served as first responders during the oil spill are now suffering ill side-effects and health issues because of their exposure to dispersants and crude oil. Residents disagree with the Commission's results of dispersants being an acceptable "trade-off," because they have directly suffered the consequences. As Mississippi fisherman James Miller argued to two of the seven Commission members at the final public hearing, "You people need to understand: My life is not a trade-off."

Many scientists are in agreement that the oil is still here and it is not going away anytime soon.

(Photo by Julie Dermansky.)

*--Lauren Bertolino, Sierra Club Louisiana Intern*

Posted on January 27, 2011 at 11:21 AM in Consequences, Energy Solutions, Politics | Permalink

Reblog (0) | Tweet This! | Like 10

## TrackBack

TrackBack URL for this entry:
http://www.typepad.com/services/trackback/6a00d8345ib96069e20147e208eb05970b
Listed below are links to weblogs that reference A Deadly Trade-Off: Toxic Dispersants or Ecological Damage:

## Comments

You can follow this conversation by subscribing to the comment feed for this post.



The BP oil spill has caused severe damages. In future, the oil drillers should be very careful before drilling the oil wells. They should follow strict precautionary measure before drilling. I request the readers to visit website http://gasandoilnews.com. since contains plenty of info regarding the oil and gas news and regarding the oil spills.

Posted by: kaleighainsley | January 27, 2011 at 11:43 PM

## Verify your Comment

### Previewing your Comment

Posted by: |

This is only a preview. Your comment has not yet been posted.

| Post | Edit |

Your comment could not be posted. Error type:.

Your comment has been posted. Post another comment

The letters and numbers you entered did not match the image. Please try again.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2309471 & 31-1475321

Compass: A Deadly Trade-Off: Toxic Dispersants or Ecological Damage                         Page 3 of 3

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? Underline View an alternate.



Continue

Email daily.scoop[at]sierraclub.org with story ideas and general questions about the blog.

User comments or postings reflect the opinions of the responsible contributor only, and do not reflect the viewpoint of the Sierra Club. The Sierra Club does not endorse or guarantee the accuracy of any posting. The Sierra Club accepts no obligation to review every posting, but reserves the right (but not the obligation) to delete postings that may be considered offensive, illegal or inappropriate.

Sierra Club® and "Explore, enjoy and protect the planet"® are registered trademarks of the Sierra Club. © 2011 Sierra Club. The Sierra Club Seal is a registered copyright, service mark, and trademark of the Sierra Club. Content © Copyright Sierra Club

PRIVACY POLICY | Terms and Conditions of Use | Contact Us

# Aquaculture Finance, Tax, and Insurance Issue
## Aquaculture Information Center National Agricultural Library Agricultural Research Service United States Department of Agriculture Beltsville, MD 20705-2351

### AQUATOPIC June 1995
### Compiled by Eileen M. McVey

Information on obtaining financing and business planning for aquaculture operations is frequently requested from the Center. This AquaTopic was compiled to more comprehensively address those requests. This bibliography brings together articles on finance, tax, and insurance issues as they apply to start-up and operation of aquaculture businesses. The articles were compiled from broad searches of a substantial number of databases as well as the National Agricultural Library collection. National Agricultural Library call numbers are provided where identified. A number of the articles may be difficult to obtain, but have been included for awareness. Please download and distribute as needed.

## GENERAL FINANCIAL ISSUES:

A Generalized Budget Simulation Model for Aquaculture_. Wade L. Griffin, Charles M. Adams and Linda A Jensen. College Station, Tex.: Sea Grant College Program, Texas A & M University. [1983]. 131 pp. NAL Call No.: SH135 G74 1983

"Aquaculture loans." FHA Program aid. United States Department of Agriculture, Aug 1979, 7 pp. Washington, D.C. NAL Call No.: 1 AG84PRO

"Aquaculture producers find limited financial help." R.A. Robinson. _Feedstuffs_, v. 66(22), May 1994, pp. 12-13. NAL Call No.: 286.81 F322

"Aquaculture regulatory, environmental & economic issues: Farm waste and financial issues affecting aquaculture development." In: _Opportunities In Aquaculture_. Sandra McGowan. Norwalk, CT: Business Communication Company. Jul 1990. 200 pp. NAL Call No.: HD9455 O6

"Economics and financing of aquaculture." T.V.R. Pillay. pp. 253-272. In: _Aquaculture Principles and Practice_. Oxford, UK: Fishing News Books Limited, 1990. 575 pp. NAL Call No.: SH135 P48

_Economics of Aquaculture_. Curtis M. Jolly and Howard A. Clonts. Binghamton, NY: Food Products Press. 1993. 240 pp. NAL Call No.: HD9450.5 J65 1993

"Financing aquaculture in Texas." D. Klinefelter, S. Hanson and W. Wilcox. _The Texas A & M University Leaflet L_. Apr 1991. 12 pp. NAL Call No.: 275.29 T313

"Financing aquaculture projects." R. Leeds. _Aquacultural Engineering_, v. 5(2-4), 1986, pp. 109-113. NAL Call No.: SH1 A66

"Investment in aquaculture." pp. 215-219 In: "Proceedings of the Fourth Alaska Aquaculture Conference." S. Keller, Ed. _Alaska Sea Grant Report_ No. 88-4. 1987. NAL Call No.: SH35 A62A68 1987

"Keeping your aquaculture operation afloat." L. Solomon. _Aquaculture Magazine_, v. 19(4), 1993, pp. 54-58. NAL Call No.: SH1.C65

"Learning to live with (or without) your banker: Six questions you should ask yourself before deciding what kind of banking strategy your company needs." Alessandra Bianchi. _INC._, v. 17(3), Mar 1995, pp. 32-37

"Local financing for an aquaculture venture." B. Hall. In: "Proceedings of the Fourth Alaska Aquaculture

Conference." S. Keller, Ed. _Alaska Sea Grant Report_ No. 88-4. 1987. pp. 211-214. NAL Call No.: SH35 A62A68 1987

"Low-interest loans and the markets for limited entry permits in the Alaska salmon fisheries. (Economic policies, supply and demand, prices.)" J. Karpoff. _Land Economics_, v. 60(1), Feb 1984, pp. 69-80. NAL Call No.: 282.8 J82

"Marketing aquaculture products." pp. 237-270. In: _AgriMarketing Technology: Selling and Distribution in the Agricultural Industry_. Jasper S. Lee, James G. Leising and David E. Lawver. Danville, IL.: Interstate Publishers, Inc. 1994. 518 pp. NAL Call No.: HD9000.5.L429 1994

"Preparing a business proposal for aquaculture loans." C.R. Engle and N.M. Stone. University of Arkansas. _MP_ (University of Arkansas, Cooperative Extension Service), (334), Nov 1991. 10 pp. Little Rock, AR: The Service. NAL Call No.: 275.29 AR4MI

"Preparing an aquaculture plan for the lender." C. Collins. _Aquaculture Magazine_, v. 17(2), 1991, pp. 68-72. NAL Call No.: SH1.C65

"Preparing an aquaculture statement of lender's financial position." M.P. Watters. _Aquaculture Magazine_, v. 17 (5), (1991), pp. 53-56. NAL Call No.: SH1.C65

"Primer on aquaculture finances: Capital for startup ventures. Part II." R.J. Rhodes. _Aquaculture Magazine_, v. 11(2), Jan/Feb 1984, pp. 21-25. NAL Call No.: SH1.C65

"Primer on aquaculture finances: Planning for success. Part I." R.J. Rhodes. _Aquaculture Magazine_, v. 10(1), Nov/Dec 1983, pp. 16-20. NAL Call No.: SH1.C65

"Primer on aquaculture finances: Taxes, time and investors. Part III." R.J. Rhodes. _Aquaculture Magazine_, v. 10 (3), Mar/Apr 1984, pp. 22, 24-25. NAL Call No.: SH1.C65

"Research on aquaculture economics - A review." Y.C. Shang. _Aquacultural Engineering_, v. 5(2-4), 1986, pp. 103-108. NAL Call No.: SH1.A66

"Setting up a small aquaculture business." P.M. Anderson. In: "Proceedings of the Fourth Alaska Aquaculture Conference". S. Keller, Ed. _Alaska Sea Grant Report_ No. 88-4, 1987, pp. 177-183. NAL Call No.: SH35 A62A68 1987

"Survey shows funding available for new farmers." _Feedstuffs_, v. 66(5), 1994, p. 13(1). NAL Call No.: 286.81 F322

**Federal Research Grant or Loan Programs Offices:**

Headquarters Office Chief Financial Services Division National Marine Fisheries Service Department of Commerce 1335 East-West Highway, Silver Spring, MD 20910

National Sea Grant College Program National Oceanic and Atmospheric Administration U.S. Department of Commerce 1315 East West Highway Room 11829 Silver Spring, MD 20910

National Science Foundation SBIR Program 4201 Wilson Blvd, Rm. 590 Arlington, VA 22230

Headquarters Office Staff Officer Federal-State Marketing Improvement Programs Agricultural Marketing Service U.S. Department of Agriculture Washington, DC 20090-6456

Headquarters Office Grant Programs Manager Office of Higher Education Programs Cooperative State Research Service U.S. Department of Agriculture Ag Box 2251 Washington, DC 20250-2251

SBIR Coordinator Office of Grants and Program Systems Cooperative State Research Service Department of Agriculture Ag Box 2243 14th and Independence Ave., SW. Washington, DC 20250-2243

Headquarters Office Budget and Accounting Division Animal and Plant Health Inspection Service U.S. Department of Agriculture Hyattsville, MD 20782

Headquarters Office Administrator Farmers Home Administration 14th & Independence Ave., SW Department of Agriculture Washington, DC 20250 [Regional contacts: Consult your local telephone directory under United States Government, Department of Agriculture for Farmer's Home Administration county office number.]

## INSURANCE ISSUES:

"A feasibility study on insurance (or mutual aid) program of sea culture: The case of the hanging oyster culture." _Journal of Rural Development_, v. 10(2), Dec 1987, pp. 145-159. NAL Call No.: HD2095.5.J8.

"Aquaculture firms can now apply for federal disaster aid." Robert H. Brown. _Feedstuffs_, v. 64(48), Nov 1992, p. 31. NAL Call No.: 286.81 F322

"Cover during transport: Insurance for fish farmers." P.A.D. Secretan. _Fish Farming International_, v. 7(3), Sep 1980, p. 21. NAL Call No.: SH151.F5

"Insurance for fish farmers." P.A.D. Secretan. _Fish Farming International_, v. 7(4), Dec 1980, p. 11. NAL Call No.: SH151.F5

"Investment insurance. (Project finance in Latin America)." Gerald T. West. _LatinFinance_, (58), Jun 1994, pp. S34(4). "Risk insurance in aquaculture." P.A.D. Secretan. In: _Realism in Aquaculture: Achievements, Constraints, Perspectives_. M. Bilio, H. Rosenthan and C.J. Sinderman, 1986, pp. 535-544. NAL Call No.: SH135 W6 1981

"'Watch your nets' urges insurer. (Quality fish cage nets)." _Fish Farming International_, v. 18(7), Jul 1991, p. 71. NAL Call No.: SH151 F5

"Worldwide service. (Aquaculture Insurance Service)." _Fish Farming International_, v. 19(2), Feb 1992, p. 26. NAL Call No.: SH151 F5

Selected insurance companies with United States addresses that are involved with global foreign investment insurance and facilitating capital flow into developing countries. Some of the following may also provide other underwriting and advisory services:

American International Underwriters 70 Pine Street New York, NY 10270 (212) 770-7000

Citicorp 445 E. Illinois Ste 550 Chicago, IL 60611-4393

Jardine Insurance Brokers, Inc. 333 Bush Street Suite 5000 San Francisco, CA 94104 (415) 391-2600

Multilateral Investment Guarantee Agency (MIGA) (Affiliated with the World Bank) 5513 Magazine Street New Orleans, LA 70115-3151

U.S. Overseas Private Investment Corporation (OPIC) (Government office) 1100 New York Ave., NW Washington, DC 20510 (202) 336-8580

## TAX ISSUES:

"Accounting & tax database: Tax accounting methods of aquacultural producers." Michael P. Watters and Zoel W. Daughtrey. _Agribusiness Worldwide_, v. 7(1), Jan 1991, pp. 39-55. NAL Call No.: HD9001.1 A47

"Accounting & tax database: What asset classification for aquacultural ponds is proper?" Zoel W. Daughtrey and Michael P. Watters. _Journal of Taxation_, v. 73(2), Aug 1990, pp. 16-122.

"Accounting standards for aquacultural producers: What CPAs think." Michael P. Watters and Clyde E. Herring. _Arkansas Business and Economic Review_, v. 23(2), Summer 1990, pp. 11-18. NAL Call No.: HC107 A8A7

"Allowable tax incentives for export." Robert Feinschreiber. _Aquaculture Magazine_, v. 9(1), Nov/Dec 1982, pp. 22-24. NAL Call No.: SH1.C65

_Aquacultural Taxation Handbook_. Michael P. Watters, Z. W. Daughtrey, and D.V. Burckel. Austin, Tex.: L.A.W. Pub. Company. 1991 106 pp. NAL Call No.: HD1442 A68 1991

"Effects of capital rationing and tax incentives on the internal growth of an aquacultural firm." John B. Flynn, Neil R. Martin and Gregory D. Hanson. _Aquaculture_, v. 38(3), (1984), pp. 261-273. NAL Call No.: SH1.A6

"Evaluation of tax options." M.P. Watters and Z.W. Daughtrey. _Aquaculture Magazine_, v. 17(1), Jan/Feb 1991, pp. 50-52. NAL Call No.: SH1.C65

"Impact of price changes on the cost of producing catfish." J. Waldrop. Mississippi State Univ., Mississippi State (USA). Cooperative Extension Service. _For Fish Farmers_, (1981), pp. 7-10. NAL Call No.: SH222 M7F47

"New federal tax law allows benefits for aquaculture research." R. Feinschreiber. _Aquaculture Magazine_, v. 8 (2), Jan/Feb 1982, pp. 22-24. NAL Call No.: SH1.C65

"Primer on aquaculture finances: Taxes, time and investors. Part III." R.J. Rhodes. _Aquaculture Magazine_, v. 10 (3), Mar/Apr 1984, pp. 22, 24-25. NAL Call No.: SH1.C65

"Proper tax classification of aquacultural products needs clarification." Michael P. Watters, [et al.]. _Journal of Agricultural Taxation & Law_, v. 14(2), Summer 1992, pp. 14-15. "Tax accounting methods of aquacultural producers." M.P. Watters and Z.W. Daughtrey. _Agribusiness: An International Journal_, v. 7(1), Jan 1991, pp. 39-55. NAL Call No.: HD1401.A56

"Tax review for aquaculture operations (USA)." R. Weatherington. _Aquaculture Magazine_, v. 9(3), Mar/Apr 1983, pp. 18-19. NAL Call No.: SH1.C65

"Workers' compensation laws: Significant changes in 1993." Charles A. Berreth. _Monthly Labor Review_, v. 117 (1), Jan 1994, pp. 53(12). NAL Call No.: 158.6 B87M

---

This Aqua-Topic lists selected aquaculture publications and does not constitute endorsement by the U.S. Department of Agriculture.

DOCUMENT DELIVERY: Requests for articles and books should be made through local public, academic, or special libraries. For information on NAL services, contact Document Delivery Services Branch, USDA, Agricultural Research Service, National Agricultural Library, 10301 Baltimore Blvd., Beltsville, MD 20705-2351. Phone: (301) 504-5755.

The United States Department of Agriculture (USDA) prohibits discrimination in its programs on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, and marital or familial status. (Not all prohibited bases apply to all programs). Persons with disabilities who require alternative means for communication of program information (braille, large print, audiotape, etc.) should contact the USDA Office of Communications at (202) 720-5881 (voice) or (202) 720-7808 (TDD).

To file a complaint, write the Secretary of Agriculture, U.S. Department of Agriculture, Washington, DC 20250, or call (202) 720-7327 (voice) or (202) 720-1127 (TDD). USDA is an equal employment opportunity employer.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321

Aquaculture Finance, Tax, and Insurance Issue                                                                  Page 5 of 5



Back to Aquaculture Information Center Homepage  *Updated 06/01/01*

Disclaimer | Privacy Notice | Back to NOAA Library Home Page |
webmaster@www.lib.noaa.gov

- FP Marine Risks - http://www.fp-marine.com -

## Insurance a necessary part of aquaculture risk management

Posted By nicola On February 18, 2011 @ 11:18 am In Articles | No Comments

Whilst there continue to be significant developments in health management for farmed fish, specialist aquaculture insurance plays an important role in a company's risk management portfolio if it is to be sufficiently protected against losses, says Jason Scott, aquaculture insurance consultant for FP Marine Risks.

At the end of 2010 there was a new outbreak of Infectious Salmon Anaemia (ISA) in Chile, which serves as a reminder that aquaculture stocks are continuously at risk of disease outbreaks even when fish farmers are on high alert.

Chile had only just started recovering from the devastating outbreak of ISA that hit between 2007 and 2009, which decimated the country's farmed salmon industry, when this new outbreak occurred.

In the last few years, we have also seen parasitic infections on both sides of the Atlantic, with the copepod Lepeophtheirus salmonis continuing to cause losses in the salmon industry plus the protozoan Ichthyophthirius multifiliis or "Ich" accounting for an estimated loss of USD1.2m for the US catfish industry.

And more recently, ongoing viral outbreaks are causing substantial losses of farmed shrimp in Indonesia, with at least one major producer having lost in excess of USD 15 million worth of stock.

The commercial aquaculture industry is expanding rapidly with an increasing interest in species diversification and novel grow-out technology.

However, this rapid expansion can, and frequently does, surpass the rate of education, research and adaptation of expertise in health management.

Those involved in aquaculture health management are working hard to keep up with this expansion through advances in chemotherapy, vaccines and prophylactic strategies.

Meanwhile, farming best practices such as monitoring water characteristics, regular sterilisation of equipment and the quarantine of new stock all play their part in minimising disease outbreaks.

However, aquaculture insurance should feature in any aquaculture business's risk management portfolio.

Without the necessary cover, a disease outbreak can lead to financial ruin for many businesses.

Those who work closely with experienced aquaculture insurance specialists benefit from insurance policies that have been developed to meet the very specific interests of individual fish farms.

Cover can be arranged for onshore and offshore farms and aquatic ornamental industries worldwide against losses caused not only by disease, but also from pollution, storm damage, predators, freezing/supercooling/ice damage, changes in the chemical constituents of water, floods, mechanical or electrical breakdown, subsidence, drought and other disasters, theft and malicious acts.

For more information about what is available to protect the financial interests of aquaculture businesses, please visit www.fp-marine.com/aquaculture

FP Marine Risks » Insurance a necessary part of aquaculture risk management » Print          Page 2 of 2

Article printed from FP Marine Risks: **http://www.fp-marine.com**

URL to article: **http://www.fp-marine.com/news/articles/insurance-a-necessary-part-of-aquaculture-risk-management**

Copyright © 2009 FP Marine Risks. All rights reserved.



| HOME | CONTACT US | | Search |
|------|-----------|---|--------|

## InspectAPedia
Free Encyclopedia of Building & Environmental Inspection, Testing, Diagnosis, Repair

| AIR CONDITIONING | ELECTRICAL | EXTERIORS | HEATING | HOME INSPECTION | INTERIORS | PLUMBING | ROOFING | SEPTIC SYSTEMS |
| STRUCTURE | WATER SUPPLY |

| ENERGY SAVINGS | ENVIRONMENT | INDOOR AIR IAQ | INSULATION | MOLD INSPECT TEST REMOVE | NOISE | ODORS | SOLAR ENERGY |
| VENTILATION | EXPERT DIRECTORY |

Ads by Google
- Oil Cleanup
- Crude Oil
- Oil Sell
- Oil Tanks
- Heating Oil
Ads by Google
- Oil Spill
- Fish Oil
- Oil Gas Jobs
- Oil Remediation
- Oil Storage

OIL TANKS INSPECT LEAK
TEST ABANDON REGS
ABOVE GROUND OIL TANK
INSPECTIONS
BURIED OIL TANK ADVICE
BURIED OIL TANKS,
FINDING
FLOATING UP OIL
STORAGE or SEPTIC
TANKS
FUEL OIL TYPES &
CHARACTERISTICS
HEATING OIL EXPOSURE
HAZARDS, LIMITS
  Heating Oil Exposure
  Health Effects
  MSDS Sheet for HOME
  HEATING OIL
  Exposure Limits for Home
  Heating Oil
  MSDS Sheet for CRUDE
  OIL
  MSDS Sheets for OIL
DISPERSANTS
OIL TANK ABANDONING
PROCEDURE
OIL TANK FAILURE
CAUSES
  OIL TANK LEAK or
  FAILURE MECHANISMS
  OIL TANK RUST
  PERFORATION
  HOW WATER GETS IN
  IMPROPER OIL TANK
  INSTALLATION
  MECHANICAL DAMAGE to
  OIL TANKS
  IMPROPER OIL TANK
  PIPING
  SOIL CONDITIONS
  IMPACT ON OIL TANKS
OIL TANK FAILURE RATES
OIL TANK GAUGES
OIL TANK INSPECTION
REPORTS
OIL TANK LEGAL ISSUES
OIL TANK LEAK ADVICE
OIL TANK LIFE
OIL TANK PIPING & PIPING
DEFECTS
OIL TANK PRESSURE
OIL TANK REGULATIONS
OIL TANK REMOVAL COs
OIL TANK REMOVAL
FINANCIAL AID
OIL TANK SAFETY
OIL TANK SLUDGE
OIL TANK STANDARDS



# Summary of Health Risks from Eating Oil-Spill Contaminated Fish or other Seafood

InspectAPedia®      ShareThis

- Health risks from contaminated seafood in areas of oil spills
- Summary of oil spill-related contaminants found in seafood
- Key documents on oil spill related seafood test procedures
- Oil Spills in the Gulf of Mexico, Alaska, and in the Nigerian Delta
- Heating oil exposure limits for liquid or airborne contact
- Oil tank smells & odors, sources of heating oil odors in or at buildings

Our site offers impartial, unbiased advice without conflicts of interest. We will block advertisements which we discover or readers inform us are associated with bad business practices, false advertising, or junk science. Our contact info is at InspectAPedia.com/Contact.htm

North Texas Air Quality Learn More About The Air Quality In The Barnett Shale. www.AskChesapeake.com

BP's Work in the Gulf BP continues their work in the Gulf. Visit BP.com to learn how. www.BP.com/GulfOfMexicoResponse

Air Sampling Equipment Air Samping Pumps & Cassettes IAQ Investigative Equipment www.EMSL.com

Ads by Google

Environmental Remediation Full Service Remediation, Hazardous Waste Disposal & More. Visit Us! www.RaconServ...

Oil Containment Professionally Engineered and Exceeds EPA Standards. www.SecondaryContainment.com

Oil And Gas Safety Industrial Hygiene Services & Environmental Investigations. www.apexenvironmental.com

Ads by Google

This document explains the common reasons for oil tank leaks in or from home heating oil storage tanks. Both underground tank leaks and above ground storage tank leak causes are discussed. Oil tank leaks are caused by corrosion, mechanical damage, soil conditions, other factors which are explained here.

© Copyright 2010 InspectAPedia.com. All Rights Reserved. Information Accuracy & Bias Pledge is at below-left. Use page top links to major topics or use links at the left of each page to navigate *within* topics and documents at this website. Green links show where you are in a document series or at this website.

## Health Risks from Eating Oil-Spill Contaminated Fish or other Seafood



The actual level of oil or oil product contamination in various foods including types of fish is likely to vary widely as a function of the individual fish or food product, its location, its own exposure to spilled or leaked oil. Contamination of seafood may also involve not just crude oil (MSDS Sheet for CRUDE OIL) spilled in an area, but chemicals used as dispersants (MSDS Sheets for OIL DISPERSANTS) as well. Below we list excerpts from various news reports and documents that provide some insight into this concern.

Fish photo (left, not contaminated) courtesy of Simply Seafoods - www.simplyseafoods.co.uk

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

Gulf of Mexico Oil Spill Seafood contamination due to oil spill: Summary of Health Risk...   Page 2 of 8

OIL TANK TESTING
OIL TANK TESTING CO₂
OIL TANK WATER
CONTAMINATION

More Information



Home & Site Map
InspectAPedia Blog - News
Updates
AIR CONDITIONING &
HEAT PUMPS
BOOKSTORE
ELECTRICAL
ENERGY SAVINGS
ENVIRONMENT
EXTERIORS
HEATING
HOME INSPECTION
INSULATION
INTERIORS
MOLD INSPECT/TEST
PLUMBING
ROOFING
SEPTIC SYSTEMS
SOLAR ENERGY
STRUCTURE
VENTILATION
WATER SUPPLY
ACCURACY & PRIVACY
POLICIES
CONTACT

ShareThis



yodle*

Have a
website
no one
visits?

Avoid this and
other marketing
mistakes with
our free guide.

TOP 5
MARKETING
MISTAKES

Download
Our Free Guide

Because fishermen are "not allowed" to fish in oil-spill contaminated waters, oil-contaminated seafood is not normally expected to reach consumers. A scan of the thundered of articles discussing the effect of a long history of oil spills in the Nigerian Delta supports this view for a second reason - severely oil-contaminated seafood is virtually inedible. A result is that popular media articles have not reported in depth on the actual contaminants in seafood from or near areas of oil spills.

As of mid June 2010, we had not found U.S. media reports confirming contamination in seafood near the Gulf of Mexico oil spill - but our OPINION is that conditions in that area remain evolving and that to date testing and studies in the U.S. Gulf of Mexico oil spill area incomplete. By late June 2010, at least one third of the Gulf of Mexico fishing areas had been closed to commercial fishing, and the impact on U.S. fish markets, restaurants, and consumers had begun in the form of decreased fish supply and economic losses to workers and businesses throughout the seafood industry. - Reuters

In the United States, the U.S. Department of Health & Human Services reported (29 May 2010, HHS.gov) that "Part of the federal government response to the oil spill in the Gulf of Mexico is the monitoring of environmental conditions that might affect public health and the safety of seafood."

*The Food and Drug Administration is closely monitoring the developing situation in the Gulf Coast region to help ensure that seafood potentially impacted by the oil spill is not making its way into commerce. FDA scientists are working with experts at NOAA's National Seafood Inspection Laboratory in Pascagoula, Miss., on methods to test fish, crabs, shrimp, and oysters, for harmful oil residues. One of FDA's mobile labs is deployed to the Gulf Coast and will be used to conduct prescreening analysis of seafood samples being evaluated to determine if waters closed to fishing and shellfish harvesting can be re-opened. - original source: http://www.hhs.gov/news/press/2010pres/05/deepwater_factsheet.html*

The U.S. Food and Drug Administration and other U.S. agencies provided this 30 April 2010 update on the health risks associated with seafood from the Gulf of Mexico following the crude oil spill there:

*Although crude oil has the potential to taint seafood with flavors and odors caused by exposure to hydrocarbon chemicals, the public should not be concerned about the safety of seafood in the stores at this time.*

*Earlier this week, the state of Louisiana opened some commercial zones to shrimping ahead of the regular season, to allow fishermen to harvest before the oil reached those zones; however, the State has since closed some of those zones to shrimping based on the location and movement of the oil spill.*

*At sunset on April 30, 2010, the state of Louisiana closed the molluscan shellfish beds in growing areas 2, 3, 4, 5, 6 and 7 to harvest. The closure is a precautionary measure taken because of the possible adverse environmental effects of the oil spill in the area. FDA and the NOAA Fisheries Service will continue to monitor the situation and notify the public if any problem is detected with seafood from this area of the country. - websearch 6/17/2010, original source: http://www.fda.gov/Food/ucm210436.htm*

**Summary of Oil Contaminants in Seafood - what contaminants occur, where are they found?**

- Wild finfish are unlikely to become contaminated or tainted because they typically are either not exposed or are exposed only briefly to the spilled oil and because they rapidly eliminate petroleum compounds taken up. If nearshore sediments are contaminated, species that spawn in nearshore and shallow waters are more likely to be exposed to spilled oil than pelagic and benthic species.
- Shellfish are more likely than finfish to become contaminated from spilled oil because they are more vulnerable to exposure and less efficient at metabolizing petroleum compounds once exposed. Shellfish are generally less mobile and have more contact with sediments, which can become contaminated and serve as a long-term source of exposure.
- Among crustaceans, species that burrow are at the highest risk of exposure at spills where bottom sediments are contaminated, followed by species that utilize nearshore and estuarine benthic habitats.
- Bivalves are at high risk of contamination because they are sessile, filter- and deposit feed, and occur in substrates in shallow tidal and intertidal areas that are more likely to become contaminated.
- It is generally accepted that uptake and elimination rates both increase with temperature, though study results are somewhat contradictory.
- PAHs (polyaromatic hydrocarbons) tend to accumulate to higher concentrations in lipid-rich tissues and organisms. Seasonal differences in tissue lipid content associated with spawning may influence uptake and elimination rates of PAHs in some marine species.
- Chronic exposure to hydrocarbons in water and sediments may reduce elimination capacity.

- Websearch 6/17/2010, original source: "Is Delaware Bay Seafood Safe to Eat?", University of Delaware, College of Earth, Ocean, and Environment, http://www.ceoe.udel.edu/oilspill/seafood.html

**Key Recommendations for Protecting from Unsafe Seafood in Areas of Oil Spill Incidents**

Managing Seafood Safety after an Oil Spill [PDF], Ruth Yender, Jacqueline Michel & Christine Lord, published by NOAA - quoting from that document's introduction:

> *Seafood safety is a concern raised at nearly every oil spill incident of any significance. Both actual and potential contamination of seafood can substantially affect commercial and recreational fishing and subsistence seafood use. Loss of confidence in seafood safety and quality can impact seafood markets long after any actual risk to seafood from a spill has subsided, resulting in serious economic consequences. Protecting consumers from unpalatable and unsafe seafood is a primary objective of federal and state public health agencies after a spill occurs. Seafood managers may be faced with making many urgent decisions after an oil spill, often based on limited data:*
>
> - *Should seafood harvest in the spill area be closed or restricted?*
> - *If closed, what criteria should be applied to re-open a fishery?*
> - *How should seafood safety and palatability be evaluated?*
> - *How can health risks best be communicated to the public?*
>
> *Public health officials and other seafood managers do not routinely deal with oil spills as part of their day-to-day responsibilities. Consequently, they typically have little experience with risks to seafood from oil spills when they suddenly are faced with determining appropriate seafood management actions in response to a spill.*
>
> *The objective of this guide is to provide seafood managers and other spill responders with information to help them evaluate the likelihood that an oil spill will contaminate seafood, determine whether seafood actually has been contaminated, and assess and communicate human health risk from eating contaminated seafood.*

Guidance on Sensory Testing and Monitoring of Seafood for Presence of Petroleum Taint Following an Oil Spill [PDF], NOAA Technical Memorandum NOS OR&R 9 - quoting from that document's introduction:

> *When an oil spill occurs, local seafood resources may be exposed to petrochemicals that affect their sensory qualities (taste, smell, and appearance). Even when seafood samples from the spill area pass the standard chemical-analytical tests (the levels of polycyclic aromatic hydrocarbons are below the limits permitted as determined by human health risk assessment), flavor or odor still may be affected. Taint in seafood renders it adulterated and unfit for human consumption according to U.S. law (Federal Food, Drug, and Cosmetics Act, US Code 21, Chapter IV, Sec. 402 [342], a.3).*
>
> *The specific compounds in oil responsible for causing off-flavors and off-odors in seafood have not been determined with certainty. Experience at recent oil spills indicates that, when well-trained sensory panelists conduct sensory testing, there is generally a high degree of correlation between the results of chemical analysis and sensory testing. Because this correlation is not absolute, there is a role for both sensory and chemical analysis in assessing adulteration and safety of seafood. Analytical instrumentation, particularly hand-held electronic noses, continue to advance and may eventually play a significant role at oil spills as tools for rapid assessment. However, at their present state of sophistication, these instruments are chemical detectors only, incapable of making any sensory judgment on odor or flavor. The final judgment about the presence and absence*

Readers concerned about possible health effects of eating oil-spill-contaminated seafood, fish, or other food products should also review the crude oil and heating oil material safety data sheets (MSDS) listed at the top of HEATING OIL EXPOSURE HAZARDS, LIMITS for basic health information.

## Nigeria: Oil Spills in the Nigerian Delta - Consumers Shun Fresh Fish

Because of a long history of more than fifty years of oil spills in the area, Nigeria appears most prominently in response to a search for oil spill-related environmental and food damage.

> *Restaurateurs and sea-food dealers in coastal communities in [Ibeno, Southern] Akwa Ibom State say the recent oil spillage in the area has affected the consumption of fresh fish by the people. They attributed the development to fear among the people over the possibility of buying fish poisoned by spilled crude. ... We no longer make sales because people are avoiding fish. In fact, fishermen no longer go to sea to fish. The fish we sell now are from trawlers which operate outside Nigerian waters. "Oil operations in this area are really affecting our business negatively and that was why women joined the youths to protest the frequent oil spills."*

The article refers to... "the May 1 oil spillage from the Qua Iboe Oil Fields, which polluted water in the communities. Mobil Producing Nigeria (MPN), a subsidiary of U.S. Oil firm, ExxonMobil, had, in a statement signed by its Executive Director, Mrs Gloria Essien-Danner, confirmed that oil was leaking from the company's pipeline." - Original source - http://allafrica.com/stories/201006150295.html 14 June 2010

In an earlier article from the same source quotes the oil producer:

> Although, the oil major admitted there was a reported spill in the high sea which later flew to the shoreline, it said that "there is no hydrocarbon release from MPN operations" as subsequent tests of the sample collected showed that it was not consistent with MPN crude.

- Original source - http://allafrica.com/stories/201004050784.html

> We witnessed the slow poisoning of the waters of this country and the destruction of vegetation and agricultural land by oil spills which occur during petroleum operations. But since the inception of the oil industry in Nigeria, more than twenty-five years ago, there has been no concerned and effective effort on the part of the government, let alone the oil operators, to control environmental problems associated with the industry.

- Websearch 6/15/2010, Original source, quoted in Greenpeace International's Shell Shocked, 11

The environmental and economic effects of oil production activities in Nigeria have been summarized by Christopher O. Orubo et als as follows:

> The ultimate economic effect of environmental impacts of oil production activities is to catalyse a reduction in the standard of living of people in the area of primary activities. The economic effects are extensive, and include dislocation of traditional economic activities and associated livelihood pursuits as well as danger to human health. Expectedly, all of the economic effects translate to pecuniary effects, which can be measured in terms of reduced real incomes and the loss of alternative uses of resources consumed by oil companies (Ekuerhare and Orubu, 1996).

> We can refer to the effects described above as first round effects. There are also the second round effects, with longer-term welfare implications. Each round of environment-degrading activity tends not only to increase the incidence of poverty among vulnerable groups such as farmers and fishermen and their dependants, but also involves intensified exploitation of existing natural resources, such as timber and non-timber forest resources. For example, pollution of major fishing waters leads to massive exploitation of marginal fishing waters. The pressure on land as a result of pollutive oil industry activities also leads to the exploitation of marginal farmlands, over-farming and deforestation, all of which result in a new wave of environmental degradation. In this way, a kind of vicious circle relationship between environmental degradation and poverty incidence is created, particularly in the face of inappropriate compensation programmes of oil companies, which do not provide for alternative sources of livelihood for deprived land owners.

Share this Article    ShareThis  [Email]  [Print]

**Technical Reviewers & References**

| Ads by Google | Sex Negative Effects | Effects for Pictures | Fun Facts Effects | Oil Storage | Oil Change |
|---|---|---|---|---|---|
| | | | | [Search] | Google |

- InspectAPedia.com® - Daniel Friedman - Publisher & Editor.
- InspectAPedia Bookstore lists recommended books, organized by topic & available for purchase. Most of our articles also include a list of recommended books for the specific article topic as well as other references, and information sources.
- Critique, contributions wanted: Contact Us to suggest corrections or additions to articles at this website, and if you wish, to receive online listing and credit as a contributor. Particular thanks are due to the many experts and also consumers who read and critique technical articles at InspectAPedia.com.
- Additional technical contributors & reference sources for this article are listed below.

Use links just below or at the left of each page to navigate this document or to view other topics at this website. Green links show where you are in our document or website.

Information on this topic is organized into the sections listed just below. Also see OIL TANK SAFETY and FUEL OIL TYPES & CHARACTERISTICS.

- HEATING OIL EXPOSURE HAZARDS, LIMITS - Heating Oil Exposure Effects, Exposure Limits, Health Hazards
- Exposure to Crude Oil or Heating Oil Combustion Gas, Soot, Flue Gases
- Exposure to Crude Oil or Heating Oil Fumes
- Exposure to Crude Oil or Heating Oil Liquid

- Exposure to Crude Oil or Heating Oil - contaminated fish - eating oil-contaminated seafood
- Material Safety Data Sheets for Crude Oil and Refined Heating Oil Products
  - Heating Oil Exposure Health Effects - introduction and general health effects
  - MSDS Sheet for HOME HEATING OIL - Material Safety Data Sheets for No. 2 Heating Oil
  - Exposure Limits for Home Heating Oil - Exposure Limits for Oil Exposure
  - MSDS Sheet for CRUDE OIL - exposure hazards, personal protection advice, accidental release guidance
  - MSDS Sheets for Gulf Oil Spill Dispersant Corexit - toxicity and MSDS sheets for Corexit®, Dispersit®, and other oil spill dispersants

OIL TANKS INSPECT LEAK TEST ABANDON REGS
ABOVE GROUND OIL TANK INSPECTIONS
BURIED OIL TANK ADVICE
BURIED OIL TANKS, FINDING
FLOATING UP OIL STORAGE or SEPTIC TANKS
FUEL OIL TYPES & CHARACTERISTICS
HEATING OIL EXPOSURE HAZARDS, LIMITS
 Heating Oil Exposure Health Effects
 Exposure Limits for Home Heating Oil
 MSDS Sheet for HOME HEATING OIL
 MSDS Sheet for CRUDE OIL
 MSDS Sheets for OIL DISPERSANTS
OIL TANK ABANDONING PROCEDURE
OIL TANK FAILURE CAUSES
 OIL TANK LEAK or FAILURE MECHANISMS
 OIL TANK RUST PERFORATION
 HOW WATER GETS IN
 IMPROPER OIL TANK INSTALLATION
 MECHANICAL DAMAGE to OIL TANKS
 IMPROPER OIL TANK PIPING
 SOIL CONDITIONS IMPACT ON OIL TANKS
OIL TANK FAILURE RATES
OIL TANK GAUGES
OIL TANK INSPECTION REPORTS
OIL TANK LEGAL ISSUES
OIL TANK LEAK ADVICE
OIL TANK LIFE
OIL TANK PIPING & PIPING DEFECTS
OIL TANK PRESSURE
OIL TANK REGULATIONS
OIL TANK REMOVAL CO₂
OIL TANK REMOVAL FINANCIAL AID
OIL TANK SAFETY
OIL TANK SLUDGE
OIL TANK STANDARDS
OIL TANK TESTING
OIL TANK TESTING CO₂
OIL TANK WATER CONTAMINATION

- "Impact of Crude Oil on Seafood" - PDF - web search 6/17/2010 - cites this link that was not functional:
  http://response.restoration.noaa.gov/book_shelf/1888_Seafood_safety_FACT_SHEET.pdf
- Managing Seafood Safety after an Oil Spill, Ruth Yender, Office of Response and Restoration, National Oceanic and Atmospheric Administration, Seattle, Washington, Jacqueline Michel and Christina Lord, Research Planning, Inc., Columbia, South Carolina, NOAA, - websearch 6/17/2010, original source:
  http://response.restoration.noaa.gov/book_shelf/963_seafood2.pdf
- Guidance on Sensory Testing and Monitoring of Seafood for Presence of Petroleum Taint Following an Oil Spill, NOAA Technical Memorandum NOS OR&R 9, Terriann I. Reilly, National Oceanic and Atmospheric Administration/National Marine Fisheries Service, Seafood Inspection Program Roberta K. York, Canadian Food Inspection Agency, Laboratories DirectorateSeattle WA, 2001, published by: Office of Response and Restoration National Ocean Service, National Oceanic and Atmospheric Administration, U.S. Department of Commerce, Silver Spring, Maryland- original source:
  http://response.restoration.noaa.gov/book_shelf/964_seafood.pdf
- Christopher O. Orubu, Ayodele Odusola, William Ehwarieme, "The Nigerian Oil Industry: Environmental Diseconomies, Management Strategies, and the Need for Community Involvement", J. Hum. Ecol., 16(3): 203-214 (2004) [PDF] - original source: http://www.krepublishers.com/02-Journals/JHE/JHE-16-0-000-000-2004-Web
  /JHE-16-3-151-226-2004-Abst-PDF/JHE-16-3-203-214-2004-1168-Orubu-C-O/JHE-16-3-203-214-2004-
  Orubu-C-O.pdf
- "Toxicological profile for fuel oils", U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR) Atlanta, GA 1995. -
  http://www.atsdr.cdc.gov/toxprofiles/tp75.html
- Public Health Statement for Fuel Oils, ATSDR, (the full document original source can be found at http://www.atsdr.cdc.gov/toxprofiles/phs75.html). An excerpt from this document is just below. ATSDR,
  Division of Toxicology, 1600 Clifton Road NE, Mailstop F-32, Atlanta, GA 30333 888-422-8737.
- Heating Oil Exposure Health Effects - The ATSDR section on health effects of exposure to heating oil see ATSDR

- No. 2 Home Heating Oil Chemical Properties - ATSDR data on the chemistry and composition of No. 2 home heating oil and of kerosene
- Potential for Human Exposure to Heating Oil - ATSDR
- Regulations and Advisories Pertaining to Fuel Oil - ATSDR data on how exposure limits for heating oil were derived, a table of international and national (U.S.) regulations governing fuel oil,
- Simply Seafood's Simplyseafoods - http://www.simplyseafoods.co.uk generously gave permission for us to use their fish photo June 2010 Retail, Wholesale Fishmongers, Tel: 0208 893 7402/07944068469 Fax: 0208 769 7395, simplyseafoods@yahoo.co.uk, *Fresh or Frozen fish delivered to your door, Our friendly team can deliver to you in temperature controlled vans, LIVE CRABS, LOBSTERS, ATLANTIC COD, MACKEREL ETC., We promise to get you almost any seafood of top quality that you desire.*
- Home Heating Oil Spills, Fact Sheet, Connecticut Department of Public Health
- "Home Heating Oil Spills", Wisconsin Department of Health, at http://dhs.wisconsin.com/eh/Air/fs/Oilspill.htm
- Occupational Exposures in Petroleum Refining; Crude Oil and Major Petroleum Fuels, IARC - World Health Organization, 1/21/1998. This monograph is available at http://monographs.iarc.fr/ENG/Monographs/vol45/volume45.pdf and it includes a chapter FUEL OILS (HEATING OILS) Residual (heavy) fuel oils (Group 2B) and Distillate (light) fuel oils (Group 3) that describes heating oil exposure data, concluding "Residual (heavy) fuel oils are possibly carcinogenic to humans (Group 2B)." To search the IARC monographs on various environmental concerns and carcinogens, use http://monographs.iarc.fr/ENG/Monographs/PDFs/index.php
- "MSDS for No. 2 Fuel Oil - home heating oil", Hess Corporation, 1 Hess Plaza, Woodbridge, NJ 07095-0961 Original Source: www.hess.com/ehs/msds/0088No2FuelOil.pdf 07/01/2007
- "MSDS for No. 4 Fuel Oil - home heating oil", Hess Corporation, 1 Hess Plaza, Woodbridge, NJ 07095-0961 Original Source: www.hess.com/ehs/msds/0088No2FuelOil.pdf 07/01/2007
- Crude Oil MSDS from Martin Marietta Materials Corp., November 2007, Martin Marietta Materials, 2710 Wycliff Road, Raleigh, North Carolina 27607-3033 Effective Date: 8-07 (919) 781-4550, original source: http://www.martinmarietta.com/products/MSDS-CrudeOil.pdf
- MSDS for Crude Oil, El Paso Corporation, and its subsidiaries Information: (713) 420-2600 1001 Louisiana Street CHEMTREC: (800) 424-9300 Houston, Texas 77002, original source 4/230/10 http://www.elpaso.com/msds/A0017-Crude%20Oil.pdf
- MRL - Minimum risk level: this is an estimate of the level of daily human exposure to a substance such that the exposure is probably not an appreciable risk for adverse effects (noncancer) over a specified exposure time period.
- "Agency Orders Use of a Less Toxic Chemical in Gulf", Campbell Robertson, Elisabeth Rosenthal, *The New York Times*, May 20, 2010, http://www.nytimes.com/2010/05/21/science/earth/21disperse.html?scp=1&sq=coraxil&st=cse
- Nalco Energy Services, L.P. P.O. Box 87, Sugar Land, Texas 77487-0087, 281)263-7000, www.nalco.com
- "Is Delaware Bay Seafood Safe to Eat?", University of Delaware, College of Earth, Ocean, and Environmen, http://www.ceoe.udel.edu/oilspill/seafood.html
- "Clean-up workers risk health problems from oil spill", Emma Ashburn, Reuters News Service, 23 June 2010 - web search 6/23/2010
- "Gulf spill hits NY fish market", Jenna Haines, Reuters NY, Reuters News Service, 23 June 2010 - web search 6/23/2010 [video report]
- U.S. Centers for Disease Control and Prevention - US CDC, "What to Expect from the Oil Spill and How to Protect Your Health", web search 17 June 2010 - original source http://emergency.cdc.gov/gulfoilspill2010/what_to_expect.asp
- U.S. EPA - Environmental Protection Agency, List of Approved Oil Dispersants - Web Search 06/13/2010 - original source http://www.epa.gov/oem/content/ncp/tox_tables.htm
- U.S. Polychemical of Spring Valley, N.Y., makes dispersant Dispersit SPC 1000 - Web Search 06/13/2010: Dispersant SPC 1000 specifications sheet - see http://www.uspoly.com/disspec.html

## Books & Articles on Building & Environmental Inspection, Testing, Diagnosis, & Repair

- Our recommended books about building & mechanical systems design, inspection, problem diagnosis, and repair, and about indoor environment and IAQ testing, diagnosis, and cleanup are at the InspectAPedia Bookstore. Also see our Book Reviews - InspectAPedia.
- Environmental Health & Investigation Bibliography - our own technical library on indoor air quality inspection, testing, laboratory procedures, forensic microscopy, etc.
- Air Pollution Toxicology: APTI Course SI:300, Introduction to Air Pollution Toxicology, US EPA Air Pollution Training Institute, Environmental Research Center, Research Triangle Park, NC 27711, Sept. 1993, web search 08/28/2010, original source: http://yosemite.epa.gov

## Gases: Toxic gases, indoor exposure levels, testing, identification

- A Toxic Gas Testing Plan: A Gas Sampling Plan for Residential and Commercial Buildings lists some of the toxic indoor gases for which we test, depending on the building complaint and building conditions
- CCSP, 2008: Analyses of the effects of global change on human health and welfare and human

Case 2:10-md-02179-CJB-DPC Document 24342-12 Filed 04/11/18 Page 105 of 105

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2308471 & 31-1475321
Gulf of Mexico Oil Spill Seafood contamination due to oil spill: Summary of Health Risk...  Page 7 of 8

- systems. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. [Gamble, J.L. (ed.), K.L. Ebi, F.G. Sussman, T.J. Wilbanks, (Authors)]. U.S. Environmental Protection Agency, Washington, DC, USA. Web search 08/28/2010, original source: http://nepis.epa.gov/
- Gas Exposure Hazard Levels: for Toxic Gas Exposure to Ammonia, Arsine, Arsenic, Bromine, Carbon Dioxide, Carbon Monoxide, Hydride, Ozone - allowable exposure levels and hazard levels
- Carbon Dioxide Gas Toxicity hazard level, poisoning symptoms, & testing
- Health Effects of Carbon Dioxide - see "National Advisory Committee for Acute Exposure Guideline Levels (AEGLs) for Hazardous Substances; Proposed AEGL Values, Federal Register Document", http://www.epa.gov/EPA-TOX/2002/February/Day-15/t3774.htm note that these are proposed guidelines
- Carbon Dioxide CO2: Geologic Sequestration Health Effects: "Vulnerability Evaluation Framework for Geologic Sequestration of Carbon Dioxide", US EPA, EPA430-R-08-009, July 2008, web search August 2010,original source: http://www.epa.gov/climatechange/emissions/downloads/VEF-Technical_Document_072408.pdf
- Carbon Dioxide CO₂: Geologic Sequestration, U.S EPA, web search 08/28/2010, original source: http://www.epa.gov/climatechange/emissions/co2_gas_tech.html
    - GTSP, 2006: Carbon Dioxide Capture and Geologic Storage: A Core Element of a Global Energy Technology Strategy to Address Climate Change (PDF, 37 pp., 6.05 MB, About PDF). April 2006, JJ Dooley et al. Global Energy Technology Strategy Program (GSTP)
    - IPCC, 2005: Special Report on Carbon Dioxide Capture and Storage, Special Report of the Intergovernmental Panel on Climate Change [Metz, Bert, Davidson, Ogunlade, de Coninck, Heleen, Loos, Manuela, and Meyer, Leo (Eds.)]. Cambridge University Press, The Edinburgh Building Shaftesbury Road, Cambridge CB2 2RU England
- Carbon Monoxide Gas Toxicity hazard levels, poisoning symptoms, & testing
- Fluorine, Its Compounds, and Air Pollution; a Bibliography with Abstracts, US Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, North Carolina 27711, December 1976. Web search 08/28/2010, original source: http://nepis.epa.gov. NOTE: because the EPA's original source of this document in PDF format is damaged we have created a text image file, converted to a new PDF for readability.
- Formaldehyde: US EPA. UFFI (Urea Formaldehyde Foam Insulation) was previously considered a hazard (formaldehyde outgassing). Subsequent research virtually closed concern regarding this material; however formaldehyde appears to remain a health concern for sensitive individuals.
- Greenhouse Gas Overview: Carbon Dioxide: U.S. EPA, web search 08/28/2010, original source: http://www.epa.gov/climatechange/emissions/co2.html
- Nitrogen Oxides: Air Quality Criteria for Oxides of Nitrogen, Vol III of III, US EPA, EPA600/8-91/049cF, August 1993, web search 08/28/2010, original source: http://nepis.epa.gov [Large PDF 25MB]
  *Key chapters in this document evaluate the latest scientific data on (a) health effects of NOx measured in laboratory animals and exposed human populations and (b) effects of NOx on agricultural crops, forests, and ecosystems, as well as (c) NOx effects on visibility and nonbiological materials. Other chapters describe the nature, sources, distribution, measurement, and concentrations of NOx in the environment These chapters were prepared and peer reviewed by experts from various state and Federal government offices, academia, and private industry for use by EPA to support decision making regarding potential risks to public health and the environment Although this document IS not intended to be an exhaustive literature review, it IS intended to cover all the pertinent literature through early 1993*
- Ozone Warnings - Use of Ozone as a "mold" remedy is ineffective and may be dangerous.
- Sampling for gases in air such as VOC's, MVOC's, toxic chemicals, and combustion products. Unfortunately no single test or tool can detect all possible building contaminants. We use methods and equipment which can test for common contaminants. If the identity of a specific contaminant is known in advance we can also test for a very large number of specific contaminant gases in buildings.
  We use gas sampling equipment provided by the two most reliable companies in the world, Draeger-Safety's detector-tubes and Drager accuro® bellows pump, the Gastec® cylinder pump and detector-tube system produced by Gastec or Sensidyne, and we also use Sensidyne's Gilian air pump. For broad screening for combustibles and a number of other toxic gases and for leak tracing we also use Amprobe's TifX850. All of these instruments, their applications, and sensitivities (minimum detectable limits) for specific gases are described in our Gas Sampling Plan online document.
- Sulfur dioxide & other Oxides: Air Quality Criteria for Particulate Matter and Sulfur Oxides, Vol III, US EPA, Environmental Criteria and Assessment Office, Research Triangle Park NC 27711, Dec. 1982, EPA-600/8/2-029c. Web search 08/26/2010, original source: http://nepis.epa.gov [large PDF]
- Radon Gas U.S. EPA Radon level maps, web search 2005, original source: http://www.epa.gov/faq/radon/zonemap/zmapp33.htm
- "Table Z-1 Limits for Air Contaminants, 1910.1000 Table Z-1" OSHA standard for air contaminant limits (http://www.osha.gov/pls/oshaweb/owadisp.show_document? p_table=STANDARDS&p_id=9992) - includes for CO2, Carbon dioxide.........| CAS No. 124-38-9 | 5000 ppm | 9000 mg/m3 limits for carbon dioxide as an air contaminant.
- Toxic Gas Exposure Hazards and Test Protocols including links to our toxic gas exposure screening and gas testing protocols.
- ...

---

**ELECTRICAL**            **INSULATE**            **PLUMBING**