# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| BIOMARINE TECHNOLOGIES, INC. | 2017 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2209474 | 1989/10/03 | |

**PRINCIPAL PLACE OF BUSINESS**
100 NORTHCLIFFE DRIVE UNIT 6211
GULF BREEZE, FL 32563

**PHONE NUMBER**
8505253515

**REGISTERED AGENT**
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HWY
LEWES DE  19958

**AGENT NUMBER**
9020245

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 1989/10/03 | | COMMON | 25,000,000 | $0.010000 |
| | | PREFERRED | 5,000,000 | $0.010000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JOHN ERICSSON | | 100 NORTHCLIFFE DRIVE UNIT 6211<br>GULF BREEZE, FL 32562 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|---|
| JOHN ERICSSON | | 100 NORTHCLIFFE DRIVE UNIT 6211<br>GULF BREEZE, FL 32563 | |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| JOHN ERICSSON<br>100 NORTHCLIFFE DRIVE UNIT 6211<br>GULF BREEZE, FL 32562<br>US | 2018/03/01 | PRESIDENT |

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| BIOMARINE TECHNOLOGIES, INC. | | 2017 |

| FILE NUMBER | FEDERAL EMPLOYER ID NO. | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|
| 2209474 | 752309471 | JAN. 1st.          DEC. 31st. |

**Date(s) of Inactivity**
From          To

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 8,000,000 | $50,000.00 | 2017/12/31 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $350.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $0.00 | $400.00 | |

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| BIOMARINE TECHNOLOGIES, INC. | | 2016 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2209474 | 1989/10/03 | |

**PRINCIPAL PLACE OF BUSINESS**
100 NORTHCLIFF DRIVE
GULF BREEZE, FL 32562

**PHONE NUMBER**
(850)932-9038

**REGISTERED AGENT**
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HWY
LEWES DE  19958

**AGENT NUMBER**
9020245

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 1989/10/03 | | COMMON | 25,000,000 | .0100000000 |
| | | PREFERRED | 5,000,000 | .0100000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| JOHN D ERICSSON | 100 NORTHCLIFFE DRIVE #6211<br>GULF BREEZE, FL 32562 | PRESIDENT |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| JUSTIN   D ERICSSON | 100 NORTHCLIFFE DRIVE #6211<br>GULF BREEZE, FL 32562 |
| JOHN D ERICSSON | 100 NORTHCLIFFE DRIVE #6211<br>GULF BREEZE, FL 32562 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)**
JOHN D ERICSSON
100 NORTHCLIFFE DRIVE #6211
GULF BREEZE, FL 32562 US

**DATE** 2017/02/27    **TITLE** PRESIDENT

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME: BIOMARINE TECHNOLOGIES, INC. | TAX YR. 2016 |
|---|---|
| FILE NUMBER: 2209474  FEDERAL EMPLOYER ID NO.: 762309471 | |

ASSETS FOR REGULATED INVESTMENT CORPS
JAN. 1st.       DEC. 31st.

Date(s) of Inactivity
From        To

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 6,000,000 | $100,000.00 | 2016/12/31 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $350.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $400.00 | $400.00 | |

# State of Delaware
## Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| BIOMARINE TECHNOLOGIES, INC. | 2016 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2209474 | 1989/10/03 | |

**PRINCIPAL PLACE OF BUSINESS**
100 NORTHCLIFF DRIVE
GULF BREEZE, FL 32562

**PHONE NUMBER**
(850)932-9038

**REGISTERED AGENT**
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HWY
LEWES DE  19958

**AGENT NUMBER**
9020245

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 1989/10/03 | | COMMON | 25,000,000 | .0100000000 |
| | | PREFERRED | 5,000,000 | .0100000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| JOHN D ERICSSON | 100 NORTHCLIFFE DRIVE #6211<br>GULF BREEZE, FL 32562 | PRESIDENT |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| JUSTIN   D ERICSSON | 100 NORTHCLIFFE DRIVE #6211<br>GULF BREEZE, FL 32562 |
| JOHN D ERICSSON | 100 NORTHCLIFFE DRIVE #6211<br>GULF BREEZE, FL 32562 |

*NOTICE: Pursuant to 8 Del. C. 502(b),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| JOHN D ERICSSON<br>100 NORTHCLIFFE DRIVE #6211<br>GULF BREEZE, FL 32562 US | 2017/02/27 | PRESIDENT |

# State of Delaware

## Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| BIOMARINE TECHNOLOGIES, INC. | 2016 |

| FILE NUMBER | FEDERAL EMPLOYER ID NO. |
|---|---|
| 2209474 | 762309471 |

ASSETS FOR REGULATED INVESTMENT CORPS
JAN. 1st.    DEC. 31st.

Date(s) of Inactivity
From    To

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 6,000,000 | $100,000.00 | 2016/12/31 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $350.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $400.00 | $400.00 | |