Claimant.Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN:  75-2309471 & 31-1475321

# Audited Financials
# Inception to September 2007

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

BIOMARINE TECHNOLOGIES, INC.
(A Development Stage Enterprise)

FINANCIAL STATEMENTS

YEARS ENDED DECEMBER 31, 2005 and 2006
and
NINE MONTHS ENDED SEPTMEBER 30, 2007

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN:  75-2309471 & 31-1475321

## BIOMARINE TECHNOLOGIES, INC.
### (A Development Stage Enterprise)

### TABLE OF CONTENTS

|  | Page |
|---|---|
| Independent Auditor's Report | 1 |
| Balance Sheets | 2 |
| Statements of Operations | 3 |
| Statements of Stockholders" Deficit | 4 |
| Statements of Cash Flows | 11 |
| Notes to Financial Statements | 13 |

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy       Claimant EIN: 75-2309471 & 31-1475321



# DRDA
a professional corporation
certified public accountants and business consultants

WILLIAM C. ANSELL, CPA
ANN MASEL, CPA
DOUGLAS A. DICKEY, CPA
J. CLARK RUSH, CPA

### INDEPENDENT AUDITORS' REPORT

To the Board of Directors and Stockholders
BioMarine Technologies, Inc.

We have audited the balance sheets of BioMarine Technologies, Inc. (formerly SeaPride Industries, Inc.) (a development stage enterprise), as of December 31, 2005 and 2006, and September 30, 2007, and the related statements of operations, stockholders' deficit and cash flows for the periods then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit. The years ending December 31, 2001 through December 31, 2004, which are included in the October 3, 1989 (inception) to September 30, 2007 financial statements, have not been audited, and, accordingly we express no opinion on them.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall consolidated financial statements presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of BioMarine Technologies, Inc. as of December 31, 2005 and 2006, and September 30, 2007 and the results of their operations and their cash flow for the periods then ended in conformity with accounting principles generally accepted in the United States of America.

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. As shown in the financial statements, the Company has incurred net losses since its inception and has experienced severe liquidity problems. Those conditions raise substantial doubt about the Company's ability to continue as a going concern. Management's plans in regard to those matters are also described in Note 1. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

*DRDA, P.c.*

DRDA, P.C.
Galveston, Texas
December 1, 2007

1

1011 Tremont Street • Galveston, Texas 77550 • (409) 765-9311 • Fax (409) 765 9393
2525 Bay Area Blvd., Ste. 460 • Houston, Texas 77058 • (281) 488-2022 • Fax (281) 488-5764
www.drdacpa.com

Claimant Name: BioMarine Technololgies, Inc. & Gulf Marine Institute of Technology          Claimant EIN: 75-2309471 & 31-1475321

Biomarine Technologies, Inc.
(A Development Stage Enterprise)
Balance Sheet
December 31, 2005, 2006 and nine months ended
September 30, 2007

### Assets

| | September 30, 2007 | December 31, 2006 | December 31, 2005 |
|---|---|---|---|
| **Current Assets** | | | |
| Cash | $           194 | $           905 | $         1,331 |
| Shareholder receivable | 86,325 | 86,325 | 86,325 |
| Interest receivable | 36,100 | 29,200 | 20,700 |
| Total Current Assets | 122,619 | 116,430 | 108,356 |
| Property and equipment, net of accumulated depreciation | 41,690 | 49,190 | 59,190 |
| Other Assets | 150 | 150 | 150 |
| Total Assets | $     164,459 | $     165,770 | $     167,696 |

### Liabilities and Stockholders' Deficit

| | September 30, 2007 | December 31, 2006 | December 31, 2005 |
|---|---|---|---|
| **Current Liabilities** | | | |
| Accounts payable | $      10,000 | $      10,000 | $      10,000 |
| Accrued expenses and other current liabilities | 18,079 | 879 | 879 |
| Accrued interest | 233,500 | 197,900 | 204,100 |
| Accrued salary | 785,754 | 713,754 | 617,754 |
| Current portion of notes | 348,697 | 333,699 | 333,792 |
| Total Current Liabilities | 1,396,030 | 1,256,232 | 1,166,525 |
| **Long-Term Liabilities** | | | |
| Notes payable | | | |
| **Stockholders' Deficit** | | | |
| Preferred stock - $.01 par value - 5,000,000 shares authorized; -0- shares issued and outstanding in 2007, 2006 and 2005 | | | |
| Common stock - $.01 par value - 25,000,000 shares authorized; | | | |
| 5,497,201 shares issued and outstanding in 2007 | 54,973 | | |
| 5,287,201 shares issued and outstanding in 2006 | | 52,872 | |
| 4,917,201 shares issued and outstanding in 2005 | | | 49,172 |
| Additional paid in capital | 4,114,732 | 4,114,732 | 4,065,232 |
| Deficit accumulated during development stage | (5,332,260) | (5,188,850) | (5,044,217) |
| Advances to related parties | (33,016) | (33,016) | (33,016) |
| Treasury stock | (36,000) | (36,000) | (36,000) |
| Total Stockholders' Deficit | (1,231,571) | (1,090,462) | (998,829) |
| Total Liabilities and Stockholders' Deficit | $     164,459 | $     165,770 | $     167,696 |

See notes to financial statements.

2

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

Biomarine Technologies, Inc.
(A Development Stage Enterprise)
Statement of Operations
For the years ended December 31, 2005, 2006 and nine months ended
September 30, 2007 and for the period from
October 3, 1989 (inception) to September 30, 2007

| | Nine Months Ended September 30, 2007 | Twelve Months Ended December 31, | | (Unaudited) Cumulative from October 3, 1989 (inception) to September 30, 2007 |
|---|---|---|---|---|
| | | 2006 | 2005 | |
| Revenue | | | | |
| Other | $         - | $         - | $    566 | $    471,598 |
| | | | | |
| Costs and expenses | | | | |
| Salaries, wages and benefits | 72,000 | 96,000 | 108,469 | 2,117,701 |
| Directors' fees | 2,300 | 3,000 | 3,320 | 13,506 |
| General and administrative expenses | 10,110 | 333 | 28,293 | 1,712,506 |
| Repairs and maintenance | - | - | 3,849 | 92,250 |
| Insurance | - | - | 12,347 | 71,700 |
| Taxes | - | - | 4,392 | 23,500 |
| Legal and professional fees | 22,800 | 43,800 | 11,942 | 629,924 |
| Interest | 35,600 | | 46,692 | 542,913 |
| Depreciation | 7,500 | 10,000 | 31,365 | 265,380 |
| Prior offering expenses | | | | 60,000 |
| Total costs and expenses | 150,310 | 153,133 | 250,669 | 5,529,380 |
| | | | | |
| Net loss before other income (expenses) | (150,310) | (153,133) | (250,103) | (5,057,782) |
| | | | | |
| Other income (expenses) | | | | |
| Gain or sale of equipment | - | - | | 111,667 |
| (Loss) on impairment | - | - | (439,703) | (439,703) |
| Gain on forgiveness of debt | | | | 17,458 |
| Interest income | 6,900 | 8,500 | 7,000 | 36,100 |
| | | | | |
| Net loss before income tax provision | (143,410) | (144,633) | (682,806) | (5,332,260) |
| | | | | |
| Income tax provision | | | | |
| | | | | |
| Net Loss | $   (143,410) | $   (144,633) | $   (682,806) | $   (5,332,260) |
| | | | | |
| Net loss per common shares outstanding | $   (0.02) | $   (0.02) | $   (0.14) | |
| | | | | |
| Weighted average number of shares outstanding | 5,450,218 | 4,946,368 | 4,585,201 | |

See notes to financial statements.

3

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

**Biomarine Technologies, Inc.**
**(A Development Stage Enterprise)**
**Consolidated Statements of Stockholders' Deficit**
**For the Period from October 3, 1988 (Inception) to September 30, 2007**

| | Preferred | | Common | | Additional Paid-in Capital | Deficit Accumulated During Development Stage | Advances to Related Parties | Treasury Stock | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | | |
| Contribution of assets by founding shareholder | | $ - | 2,000,000 | $ 20,000 | $ - | $ - | $ - | $ - | $ 20,000 |
| Balance at December 31, 1989 | | | 2,000,000 | 20,000 | | | | | 20,000 |
| Common stock issued for services | | | 100,000 | 1,000 | | | | | 1,000 |
| Balance at December 31, 1990 | | | 2,100,000 | 21,000 | | | | | 21,000 |
| Common stock issued for services | | | 50,000 | 500 | | | | | 500 |
| Sale of common stock | | | 60,000 | 600 | 9,900 | | | | 10,500 |
| Balance at December 31, 1991 | | | 2,210,000 | 22,100 | 9,900 | | | | 32,000 |
| Sale of common stock | | | 69,800 | 698 | 85,302 | | | | 86,000 |
| Balance at December 31, 1992 | | | 2,279,800 | 22,798 | 95,202 | | | | 118,000 |
| Sale of common stock | | | 87,200 | 872 | 143,128 | | | | 144,000 |
| Shares reacquired from board of directors | | | (1,075,000) | (10,750) | | | | | (10,750) |
| Common stock issued for services | | | 143,900 | 1,439 | 34,830 | | | | 36,269 |
| Repurchase 20,000 shares of common stock at $1.25 per share | | | | | | | | (25,000) | (25,000) |

See notes to financial statements.

4

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN:  75-2309471 & 31-1475321

## Biomarine Technologies, Inc.
### (A Development Stage Enterprise)
### Consolidated Statements of Stockholders' Deficit
### For the Period from October 3, 1989 (Inception) to September 30, 2007

| | Preferred Shares | Preferred Amount | Common Shares | Common Amount | Additional Paid-In Capital | Deficit Accumulated During Development Stage | Advances to Related Parties | Treasury Stock | Total |
|---|---|---|---|---|---|---|---|---|---|
| Balance at December 31, 1993 | | | 1,435,500 | $ 14,359 | $ 273,160 | $ | $ | $ (25,000) | $ 262,519 |
| Sale of common stock | | | 180,000 | 1,800 | 448,200 | | | | 450,000 |
| Cost of private placement offering | | | | | (24,836) | | | | (24,836) |
| Common stock issued for services | | | -2,000 | 20 | -4,980 | | | | 5,000 |
| Repurchase 3,000 shares of common stock at $1.25 per share | | | | | | | | (3,750) | (3,750) |
| Balance at December 31, 1994 | | | 1,817,900 | 18,179 | 701,504 | | | (28,750) | 688,533 |
| Sale of common stock | | | 157,000 | 1,570 | 390,930 | | | | 392,500 |
| Stock issued to acquire 75% Interest in SeaPride Capital Corp | | | 126,192 | 1,262 | | | | | 1,282 |
| Common stock issued for services | | | 17,793 | 178 | 44,305 | | | | 44,483 |
| Repurchase 3,000 shares of common stock at $1.25 per share | | | | | | | | (5,000) | (5,000) |
| Balance at December 31, 1995 | | | 1,918,885 | 19,189 | 1,136,739 | | | (33,750) | 1,122,178 |
| Sale of common stock | | | 76,000 | 760 | 189,240 | | | | 190,000 |
| Common stock issued for services | | | -4,200 | 42 | 10,458 | | | | 10,500 |

See notes to financial statements.

5

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

Biomarine Technologies, Inc.
(A Development Stage Enterprise)
Consolidated Statements of Stockholders' Deficit
For the Period from October 3, 1989 (Inception) to September 30, 2007

| | Preferred | | Common | | Additional Paid-in Capital | Deficit Accumulated During Development Stage | Advances to Related Parties | Treasury Stock | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | | |
| Balance at December 31, 1996 | | $ | 1,999,085 | $ 19,991 | $ 1,336,437 | $ | $ | $ (33,750) | $ 1,322,678 |
| Common stock issued for services | | | 5,678 | 57 | 14,133 | | | | 14,190 |
| Cumulative net loss | | | | | | (1,647,574) | | | (1,647,574) |
| Balance at December 31, 1997 | | | 2,004,761 | 20,048 | 1,350,570 | (1,647,574) | | (33,750) | (310,706) |
| Stock issued to acquire minority interest | 228,000 | 2,280 | | | 89,880 | | | | 92,160 |
| Debt converted to stock | 148,140 | 1,461 | | | 383,884 | | | | 385,345 |
| Stock issued for services | | | 25,000 | 250 | 62,260 | | | | 62,500 |
| Net loss | | | | | | (482,378) | | | (482,378) |
| Balance at December 31, 1998 | 374,140 | 3,741 | 2,029,761 | 20,298 | 1,886,584 | (2,129,952) | | (33,750) | (273,079) |
| Stock issued for services | | | 8,000 | 60 | 14,940 | | | | 15,000 |
| Debt converted to stock | | | 8,520 | 85 | 21,215 | | | | 21,300 |
| Proceeds from sale of subsidiary | | | | | 50,000 | | | | 50,000 |
| Advances to related parties | | | | | | | (14,234) | | (14,234) |
| Net loss | | | | | | (242,097) | | | (242,097) |

See notes to financial statements.

6

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology     Claimant EIN: 75-2309471 & 31-1475321

**BioMarine Technologies, Inc.**
**(A Development Stage Enterprise)**
**Consolidated Statements of Stockholders' Deficit**
**For the Period from October 3, 1989 (Inception) to September 30, 2007**

| | Preferred | | Common | | Additional Paid-In Capital | Deficit Accumulated During Development Stage | Advances to Related Parties | Treasury Stock | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | | |
| Balance at December 31, 1999 | 374,140 | $ 3,741 | 2,044,295 | $ 20,443 | $ 1,952,739 | $ (2,372,049) | $ (14,234) | $ (33,750) | $ (443,110) |
| Stock issued for cash | | | 107,050 | 1,070 | 266,555 | | | | 267,625 |
| Preferred stock converted to common stock | (374,140) | (3,741) | 314,140 | 3,141 | 600 | | | | |
| Common stock issued to satisfy debt and related interest | | | 32,286 | 323 | 85,184 | | | | 85,507 |
| Stock issued for services | | | 145,000 | 1,450 | 361,050 | | | | 362,500 |
| Treasury stock retired | | | (25,000) | (250) | (33,500) | | | 33,750 | |
| Advances to related parties | | | | | | | (18,782) | | (18,782) |
| Net loss | | | | | | (664,245) | | | (664,245) |
| Balance at December 31, 2000 | | | 2,617,737 | 26,177 | 2,632,628 | (3,036,294) | (33,016) | | (410,505) |
| Common stock issued for services | | | 28,177 | 282 | 130,524 | | | | 130,806 |
| Stock issued for cash | | | 400,000 | 4,000 | 36,000 | | | | 40,000 |
| Net loss | | | | | | (492,418) | | | (492,418) |

See notes to financial statements.

7

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN:  75-2309471 & 31-1475321

Biomarine Technologies, Inc.
(A-Development Stage Enterprise)
Consolidated Statements of Stockholders' Deficit
For the Period from October 3, 1989 (inception) to September 30, 2007

| | Preferred | | Common | | Additional Paid-In Capital | Deficit Accumulated During Development Stage | Advances to Related Parties | Treasury Stock | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | Shares | Amount | | | | | |
| Balance at December 31, 2001 | | $ | 3,043,914 | 30,439 | $ 2,739,262 | $ (3,638,712) | $ 33,016 | $ | $ (732,037) |
| Stock issued for services | | | 35,214 | 352 | 96,723 | | | | 97,075 |
| Stock issued for cash | | | 26,000 | 260 | 82,740 | | | | 83,000 |
| Stock issued for repayment of debt | | | 16,200 | 162 | 43,838 | | | | 44,000 |
| Stock issued for director's fees | | | 50,000 | 500 | | | | | 500 |
| 2002 loss | | | | | | (380,473) | | | (380,473) |
| Balance at December 31, 2002 | | | 3,171,328 | 31,713 | 3,022,553 | (3,909,185) | 33,016 | | (887,935) |
| Stock issued for cash | | | 41,000 | 410 | 139,590 | | | | 140,000 |
| Stock issued for services | | | 13,950 | 140 | 13,646 | | | | 13,786 |
| Stock exchange for building | | | 130,000 | 1,300 | 453,700 | | | | 455,000 |
| Stock issued for director's fees | | | 438,600 | 4,386 | | | | | 4,386 |
| Stock issued for payment of debt to GMIT | | | 20,000 | 200 | 39,800 | | | | 40,000 |
| 2003 loss | | | | | | (308,025) | | | (308,025) |

See notes to financial statements.

8

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technology          Claimant EIN:  75-2309471 & 31-1475321

**Biomarine Technologies, Inc.**
**(A Development Stage Enterprise)**
**Consolidated Statements of Stockholders' Deficit**
**For the Period from October 3, 1989 (Inception) to September 30, 2007**

| | Preferred Shares | Preferred Amount | Common Shares | Common Amount | Additional Paid-In Capital | Deficit Accumulated During Development Stage | Advances to Related Parties | Treasury Stock | Total |
|---|---|---|---|---|---|---|---|---|---|
| Balance at December 31, 2003 | | $ | 3,814,876 | $ 38,149 | $ 3,669,289 | $ (4,217,210) | $ (33,016) | $ | $ (542,788) |
| Stock issued for services | | | 2,000 | 20 | 6,980 | | | | 7,000 |
| Stock issued for receivable | | | 600,000 | 6,000 | 54,000 | | | | 60,000 |
| Stock issued for equipment GMIT | | | 50,000 | 500 | 99,500 | | | | 100,000 |
| Stock issued for repayment of debt | | | 118,323 | 1,183 | 235,463 | | | | 236,646 |
| Repurchase 18,000 shares of common stock at 2.00 per share | | | | | | | | (36,000) | (36,000) |
| Net loss | | | | | | (251,754) | | | (251,753) |
| Prior period adjustment | | | | | | 107,653 | | | 107,653 |
| Balance at December 31, 2004 | | | 4,585,201 | 45,852 | 4,065,232 | (4,361,411) | (33,016) | (36,000) | (319,344) |
| Stock issued for director's fee | | | 332,000 | 3,320 | | | | | 3,320 |
| Net loss | | | | | | (682,807) | | | (682,807) |

See notes to financial statements.

9

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technology          Claimant EIN:  75-2309471 & 31-1475321

**Biomarine Technologies, Inc.**
**(A Development Stage Enterprise)**
**Consolidated Statements of Stockholders' Deficit**
**For the Period from October 3, 1989 (inception) to September 30, 2007**

| | Preferred | | Common | | Additional Paid-In Capital | Deficit Accumulated During Development Stage | Advances to Related Parties | Treasury Stock | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | | |
| Balance at December 31, 2005 | | $ | 4,917,201 | $ 49,172 | $ 4,065,232 | $ (5,044,216) | $ (33,016) | $ (36,000) | $ (998,631) |
| Stock issued for director's fee | | | 300,000 | 3,000 | | | | | 3,000 |
| Stock issued pursuant to agreement | | | 50,000 | 500 | 49,500 | | | | 50,000 |
| 2006 income | | | | | | (144,633) | | | (144,633) |
| Balance at December 31, 2006 | | | 5,267,201 | 52,672 | 4,114,732 | (5,188,851) | (33,016) | (36,000) | (1,090,464) |
| Stock issued for director's fee | | | 230,000 | 2,300 | | | | | 2,300 |
| 2007 loss through September 30, 2007 | | | | | | (143,410) | | | (143,410) |
| Balance at September 30, 2007 | | $ | 5,497,201 | $ 54,972 | $ 4,114,732 | $ (5,332,261) | $ (33,016) | $ (36,000) | $ (1,231,574) |

See notes to financial statements.

10

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology     Claimant EIN: 75-2309471 & 31-1475321

**Biomarine Technologies, Inc.**
**(A Development Stage Enterprise)**
**Statement of Cash Flows**
**For the years ended December 31, 2005, 2006 and nine months ended**
**September 30, 2007 and for the period from**
**October 3, 1989 (Inception) to September 30, 2007**

| | Nine Months Ended September 30, 2007 | Twelve Months Ended December 31, 2006 | 2005 | (Unaudited) Cumulative from October 3, 1989 (Inception) to September 30, 2007 |
|---|---|---|---|---|
| Cash Flows from Operating Activities: | | | | |
| Net Loss | $ (143,410) | $ (144,533) | $ (682,806) | $ (5,332,360) |
| Adjustment to reconcile net loss to net cash used in operating activities | | | | |
| Depreciation | 7,500 | 10,000 | 31,355 | 303,040 |
| Gain on sale of equipment | - | - | - | (111,667) |
| Salary converted to paid-in capital | - | - | - | 36,000 |
| Loss on investment | - | - | - | 93,422 |
| Loss on impairment | - | - | 439,703 | 439,703 |
| Gain on forgiveness of debt | - | - | - | (17,458) |
| Stock issued for services rendered | 2,300 | 3,000 | 3,320 | 793,195 |
| Stock issued to pay interest | - | - | - | 148,702 |
| (Increase) decrease in: | | | | |
| Accounts receivable | (6,901) | (8,500) | (8,000) | (122,426) |
| Prepaid costs | - | - | - | 39,650 |
| Increase (decrease) in: | | | | |
| Accounts payable | - | - | 9,867 | 10,000 |
| Accrued expenses and other current liabilities | 17,200 | - | (967) | 15,153 |
| Accrued interest | 35,600 | (6,200) | 44,100 | 233,500 |
| Accrued salary | 72,000 | 96,000 | 93,168 | 785,754 |
| Net Cash used i n Operating Activities | (15,711) | (50,233) | (70,240) | (2,685,592) |
| | | | | |
| Cash Flows from Investing Activities | | | | |
| Purchases of equipment | - | - | (4,625) | (927,765) |
| Proceeds from disposal of equipment | - | - | - | 265,000 |
| Advances from related parties | - | - | - | (182,552) |
| Repayment of related advances | - | - | - | 163,536 |
| Net Cash provided by (used in) Investing Activities | - | - | (4,625) | (681,781) |
| | | | | |
| Cash Flows from Financing Activities | | | | |
| Principal repayment of debt | - | (93) | - | (534,332) |
| Proceeds from borrowings | 15,000 | - | - | 1,449,049 |
| Issuance of stock | - | 50,000 | 73,565 | 2,562,436 |
| Purchase of treasury stock | - | - | - | (69,750) |
| Registration and syndication costs paid | - | - | - | (39,836) |
| Net Cash provided by Financing Activities | 15,000 | 49,907 | 73,565 | 3,367,567 |
| | | | | |
| Net Increase (decrease) in cash | (711) | (426) | (1,300) | 194 |
| | | | | |
| Cash, beginning | 905 | 1,331 | 2,631 | - |
| | | | | |
| Cash, ending | $ 194 | $ 905 | $ 1,331 | $ 194 |

See notes to financial statements.

11

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

**Biomarine Technologies, Inc.**
**(A Development Stage Enterprise)**
**Statement of Cash Flows**
**For the years ended December 31, 2005, 2006 and nine months ended**
**September 30, 2007 and for the period from**
**October 3, 1989 (Inception) to September 30, 2007**

| | Nine Months Ended September 30, 2007 | Twelve Months Ended December 31, 2006 | Twelve Months Ended December 31, 2005 | (Unaudited) Cumulative from October 3, 1989 (Inception) to September 30, 2007 |
|---|---|---|---|---|
| Supplemental disclosure of cash flow Information: Cash paid during the year for interest | $ - | $ - | $ - | $ 78,246 |
| Supplemental disclosures for non-cash activities Issuance of common stock for services rendered | $ - | $ - | $ - | $ 777,939 |
| Issuance of common stock for director's fees | $ 2,300 | $ 3,000 | $ 3,320 | $ 4,886 |
| Issuance of common stock to retire debt | $ - | $ 50,000 | $ - | $ 465,231 |
| Issuance of preferred stock for minority interest in subsidiary | $ - | $ - | $ - | $ 92,160 |
| Issuance of common stock acquisition subsidiary | $ - | $ - | $ - | $ 1,262 |
| Due from related party for sale of subsidiary stock | $ - | $ - | $ - | $ 14,000 |
| Issuance of preferred stock to retire debt | $ - | $ - | $ - | $ 305,000 |
| Founder's assets | $ - | $ - | $ - | $ 10,000 |
| Paid-in capital from sale of subsidiary | $ - | $ - | $ - | $ 50,000 |
| Preferred stock converted to common stock | $ - | $ - | $ - | $ 3,741 |
| Registration expenses included in payables and accrued liabilities | $ - | $ - | $ - | $ 35,000 |

See notes to financial statements.

12

BioMarine Technologies, Inc.
(A Development Stage Enterprise)
Notes to Financial Statements
December 31, 2005 and 2006, and September 30, 2007

## NOTE 1 – NATURE OF BUSINESS

BioMarine Technologies, Inc (the "Company") was incorporated in the State of Delaware on October 3, 1989. Prior to December 30, 1998, the Company operated under the name Sea Pride Industries, Inc.

The financial statements as of and for the years ended December 31, 2005 and 2006, and for the nine month period ended September 30, 2007 include only the accounts of BioMarine Technologies, Inc. The consolidated financial statements incorporated in the Statement of Stockholders' Deficit as of and for the year ended December 31, 2000 include the accounts of the Company and its wholly owned subsidiaries: Sea Star Industries, Inc. (Sea Star), and Sea Trek Industries Inc. (Sea Trek). The consolidated financial statements incorporated in the Statement of Stockholders' Deficit as of and for the year ended December 31, 1999 include the accounts of the Company, Sea Star, Sea Trek and Sea Pride Capital Corporation (SPCC), a 75% owned subsidiary, which was sold on December 31, 1999. Sea Star and Sea Trek were incorporated in December, 1994 and SPCC was purchased in 1993 and subsequently sold. Sea Trek and SPCC have been inactive since inception. No financial statements include the accounts of the Gulf Marine Institute of Technology (GMIT), a non-profit entity under common control.

The Company and its President, John D. Ericsson, are in the process of developing a commercial seafood business using established aquaculture techniques, or the use and manipulation of the world's oceans to produce USDA "organic" fish and other aquatic animals for human consumption, such as offshore fish hatcheries and large open –ocean sea cages. Business objectives are:

- Produce "organically" grown seafood which are free from contaminants, growth hormones and antibiotics, in a natural marine salt water environment, within a highly controlled, man-made offshore facility located in the Gulf of Mexico. The final intent is to commercially produce and sell USDA certified "Grown with Organic Ingredients" seafood within US domestic and foreign markets;

- Obtaining finfish from foreign marine "organic" fish farming companies and processing them in U.S. based plant(s) for commercial sale in domestic and foreign markets;

- Developing a fully integrated commercial seafood business involving the production, processing, distribution, marketing and sale of various fish products; and

- Producing fish feed, fingerlings and equipment for use in the Gulf of Mexico aquaculture industry.

The Company has an arrangement with Gulf Marine Institute of Technology (GMIT) to jointly develop a four platform offshore complex located in the Gulf of Mexico off the Texas coast and, under requisite government permits, to refurbish and use such platform complex for commercial aquaculture production. The Company also has rights in permits for similar operations off of the coast of the Florida/Alabama state line, located 9.9 miles offshore in federal waters.

To date, activities have focused on permitting and pursuing strategic and collaborative relationships. Commencement of commercial operations has not yet occurred. Operations are expected to commence once adequate capital has been raised to permit construction of cages, equipment, and operating facilities necessary to conduct such operations.

Since inception, the Company has generated limited operating revenues and therefore is considered promotional and in its formative and development stage. Its only activity has been to raise capital, develop its proprietary systems and obtain requisite permits to conduct its proposed offshore oyster and aquaculture fish farming. All costs were expensed as incurred during the development stage.

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

BioMarine Technologies, Inc.
(A Development Stage Enterprise)
Notes to Financial Statements
December 31, 2005 and 2006, and September 30, 2007.

NOTE 2 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Depreciation

Depreciation is computed using both straight-line and accelerated methods over the estimated useful lives of the assets, which range from five years to ten years.

Income Taxes

The Company accounts for income taxes in accordance with Statement of Financial Accounting Standards (SFAS) No. 109, "Accounting for Income Taxes". This standard required the use of the "liability method" of accounting for income taxes. Accordingly, deferred tax liabilities and assets are determined based on the difference between the financial statement and tax basis of assets and liabilities, using enacted tax rates in effect for the year in which the differences are expected to reverse. The principal item resulting in the differences are the Company's net operating loss carryforward.

Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reporting period. Accordingly, actual results could differ from those estimates.

Per Share Data

Net loss per common share for the years ended December 31, 2005 and 2006 and nine months ended September 30, 2007 has been computed based upon the weighted average number of common shares outstanding. Although the Company has issued warrants and notes payable which are convertible into common stock, fully dilutive per share data is not included because the assumed exercise of these common stock equivalents is anti-dilutive.

Revenue Recognition

During 1999 the Company generated lease revenue by renting its barge under short-term operating leases with terms less than one year. Rental revenue was recognized when it became due under the lease agreement. The barge was sold in 1999.

Basis of Presentation; Going Concern

As a result of the start-up nature of its business, the Company has and can be expected in the future to sustain substantial operating expenses without generating sufficient revenues to cover such operating costs. That matter, among others, raises substantial doubt as to the Company's ability to continue as a going concern. Management believes that sufficient revenues can be achieved through the implementation of a plan which includes, among other things, the manufacture, installation and operation of finfish farming. Management believes that once fully funded and operational, continuous harvesting will allow BioMarine to develop a marketing and distribution network, including the sale of forward contracts with major fish distributors.

14

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321

BioMarine Technologies, Inc.
(A Development Stage Enterprise)
Notes to Financial Statements
December 31, 2005 and 2006, and September 30, 2007

NOTE 2 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

Basis of Presentation; Going Concern (continued)

The implementation of this plan is, according to management, dependent on among other things, a successful private or public offering of the Company's common stock. If the Company does not succeed in raising funds through an offering, it will not have sufficient capital to implement its plan as discussed above and will need to modify its plan and seek other financing. The accompanying financial statements have been prepared assuming that the Company will continue as a going concern.

Reclassification

Certain reclassifications have been made to the 2004 and prior financial statements to conform 2005, 2006, and 2007 presentation.

NOTE 3 – PROPERTY AND EQUIPMENT

Property and equipment is carried at cost and consists of the following at:

|  | December 31, 2005 | December 31, 2006 | September 30, 2007 |
|---|---|---|---|
| Real Estate | $ – | $ – | $ – |
| Machinery and equipment | 203,405 | 203,405 | 203,405 |
| Office furniture | 51,812 | 51,812 | 51,812 |
|  | 255,217 | 255,217 | 255,217 |
| Less: accumulated depreciation | (196,027) | (206,027) | (213,527) |
|  | $ 59,190 | $ 49,180 | $ 41,690 |

NOTE 4 – SHAREHOLDER RECEIVABLE

Effective November 15, 2002, the President of the Company, John D. Ericsson, entered into an agreement whereby the Company could advance to Mr. Ericsson amounts not to exceed a balance of $100,000, with interest accruing at 8% on the unpaid balance. The note is collateralized by 100,000 shares of BioMarine Technologies, Inc., common stock. Balances are as follows:

|  | December 31, 2005 | December 31, 2006 | September 30, 2007 |
|---|---|---|---|
| Shareholder receivable | $ 86,325 | $ 86,325 | $ 86,325 |
| Interest receivable | $ 20,700 | $ 29,200 | $ 36,100 |

15

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy      Claimant EIN: 75-2309471 & 31-1475321

BioMarine Technologies, Inc.
(A Development Stage Enterprise)
Notes to Financial Statements
December 31, 2005 and 2006, and September 30, 2007

## NOTE 5 – ACCRUED SALARY

In December 2001, Mr. Ericsson, President of BioMarine Technologies, Inc., entered in to an employment agreement for a period of three years from the later of (1.) December 8, 2001 or (2.) the effective date of and funding from the Reg D-506 stock offering memorandum. Although the original 2000 registration for a proposed initial public offering was withdrawn on October 25, 2001, the Company agreed in 2003 to again pursue a private offering. Mr. Ericsson has continued to operate under this employment agreement.

Per Board resolution, salary is accrued at $8,000 per month. Salary expense for Mr. Ericsson has been $96,000 for the years ending December 31, 2005 and 2006 and $72,000 for the nine month period ending September 30, 2007. Accrued salary is as follows:

| December 31, 2005 | $ 617,754 |
| December 31, 2006 | $ 713,754 |
| September 30, 2007 | $ 785,754 |

Per resolution dated December 7, 2004, Mr. Ericsson receives a 2% bonus of all funds raised by the debt financing; funds are to be paid from the proceeds.

## NOTE 6 – NOTES PAYABLE

On May 21, 2001, an individual loaned the Company $10,000. The note was due and payable from the proceeds of the Company's public offerings and accrued interest at 18%. This note was paid in full, with accrued interest of $2,250 in 2002, with the issuance of 3,500 shares of BioMarine Technologies, Inc.

In 2001, a member of the Company's board of directors loaned the Company $25,000 at 18%. The same board member loaned an additional $7,500 in 2003; $46,000 in 2004; and $15,000 in 2005. These additional loans were at 10% interest. Activity has been as follows:

|  | Principal | Accrued Interest |
|---|---|---|
| Loan payable December 31, 2000 | $ - | $ - |
| Loaned to Company 2001 (18%) | 25,000 | 4,500 |
| 2002 Interest | | 2,250 |
| Issued 12,700 shares of stock in 2002 in repayment of all debt, at 2.50 per share | (26,000) | (6,750) |
| Additional loaned in 2003 (10%) | 7,500 | 750 |
| Additional loaned in 2004 (10%) | 46,000 | 5,300 |
| Stock issued in repayment of debt 10,000 shares at 2.00 per share | (13,950) | (6,050) |
| Additional loaned in 2005 (10%) | 15,000 | 5,400 |
| 2006 accrued interest | | 5,900 |
| 2007 activity (new loan to fund offering activity) | 10,000 | 5,600 |
| Balance at September 30, 2007 | $ 63,550 | $ 16,900 |

16

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

BioMarine Technologies, Inc.
(A Development Stage Enterprise)
Notes to Financial Statements
December 31, 2005 and 2006, and September 30, 2007

NOTE 6 – NOTES PAYABLE (continued)

A member of the Company's board of directors advanced funds to the company as follows:

| | Interest Rate | Principal | Accrued Interest |
|---|---|---|---|
| Balance December 31, 2000 | | $ 14,710 | $ - |
| 2001 activity | 18% | 133,500 | 15,000 |
| 2002 activity | 18% | 59,260 | 40,000 |
| 2003 activity | 18% | - | 47,000 |
| 2004 activity | 9% | 14,208 | 58,000 |
| 2005 activity | 9% | 19,354 | 36,000 |
| 2006 activity | | - | 35,000 |
| 2006 payment of accrued interest | | - | (50,000) |
| 2007 activity | | - | 28,000 |
| Balance September 30, 2007 | | $ 241,032 | $ 209,000 |

In 2006, the option to purchase 50,000 shares at a purchase price of $1.00 per share was exercised. Because there was no payment of cash, the amount of $50,000 was applied against the accrued interest payable from the Company.  The notes are due and payable from the proceeds of BioMarine's Private Placement memorandum.

In 1999, the Company executed a note payable to GMIT in the original amount of $400,810.  The note is convertible at the option of GMIT into shares of BioMarine common share at the rate of $2.00 per share. During 2000 and 1999 GMIT acquired 3,476 and 8,620 shares respectively pursuant to this conversion feature.  The note bears interest at 12 percent and was due on demand.

The note was renegotiated on November 15, 2002, based on the then current note balance of $198,948. The note bore an interest rate of 8%, with principal and interest payable semi-annually.  Borrowing activity with GMIT has been as follows:

| | Interest Rate | Principal | Accrued Interest |
|---|---|---|---|
| Balance December 31, 2000 | 12% | $ 306,079 | $ - |
| 2001 repayment | | (89,534) | |
| 2001 interest | 12% | | 31,598 |
| 2002 repayment | | (29,430) | |
| 2002 interest | 12% | | 17,000 |
| 2003 repayment | | (4,000) | |
| 2003 additional | | 12,390 | |
| 2003 interest | 8% | | 17,000 |
| 2004 interest | 8% | | 7,000 |
| Balance paid in full by the issuance of 108,323 shares shares of BioMarine stock, at $2.00 per share | | (161,505) | (72,598) |
| Balance December 31, 2004 | | - | - |
| 2005 activity | 8% | 33,900 | 2,700 |
| Balance December 31, 2005 | | 33,900 | 2,700 |
| 2006 activity | 8% | - | 2,900 |
| Balance December 31, 2006 | | 33,900 | 5,600 |
| 2007 activity | 8% | 5,000 | 2,000 |
| Balance September 30, 2007 | | $ 38,900 | $ 7,600 |

17

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

BioMarine Technologies, Inc.
(A Development Stage Enterprise)
Notes to Financial Statements
December 31, 2005 and 2006, and September 30, 2007

## NOTE 7 – IMPAIRMENT OF ASSETS

In September 2005 Hurricane Ivan destroyed the building and leasehold held by the Company. This resulted in an impairment loss of $439,000 in 2003; accumulated depreciation at the date of loss was $16,115.

## NOTE 8 – PROPOSED OFFERINGS

In February 2000, the Company filed an SB-2 Registration Statement with the Securities and Exchange Commission, for a proposed Initial public offering of the Company's common stock aggregating up to $10,000,000. In October 2001 this application was withdrawn.

In July 2007, the Company offered a private placement intended to qualify for an exemption from registration provided in Section 4(2) of the Securities Act and Rule 506 of Regulations promulgated by the SEC. The offering was intended to raise $2,000,000, issued in $25,000 units, with proceeds to be used for capital expenditures, marketing, working capital and debt repayment. The September 30, 2007 expiration date has been extended indefinitely.

The Company has negotiated a foreign market private placement with firms in the Netherlands and in Belgium. This offering is made exclusively to investors outside the United States, and is expected to raise $15,000,000 in additional capital. The offering is in three stages, with expected proceeds as follows:

| | |
|---|---|
| Stage 1 | $1 mil to 2.5 mil by December 23, 2007 |
| Stage 2 | $4 mil to $6 mil by April 30, 2008 |
| Stage 3 | $5.5 mil to 10 mil by September 30, 2008 |

If successful, the offering proceeds will be used for repayment of debt and offshore project development capital.

A placement agency agreement has been negotiated with a United States venture capital firm for the purpose of obtaining additional capital for the Company.

## NOTE 9 – INCOME TAXES

Form its inception through February 8, 1993, the Company operated as an S Corporation. Under this election, income or loss is passed through directly to the stockholders.

Beginning in 1993, when the Company became a C corporation rather than an S corporation, the Company established a provision for deferred income taxes to provide for temporary differences in the basis of assets and liabilities for income tax and financial reporting purposes. These differences relate principally to net operating losses, which are being carried forward for tax purposes. Because of uncertainty concerning the realization of the net operating losses, the entire benefit of losses has been offset by a valuation allowance. Income tax expense is composed of taxes currently payable and the change in deferred tax attributed to current year transactions.

| | Year end December 31, 2005 | Year end December 31, 2006 | Nine Months End September 30, 2007 |
|---|---|---|---|
| Income tax expense (benefit) is comprised of the following components: | | | |
| Current | $         - | $         - | $         - |
| Deferred (benefit) | (180,516) | (6,631) | (33,096) |
| Change in valuation allowance | 180,516 | 6,631 | 33,096 |
| | $         - | $         - | $         - |

18

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2309471 & 31-1475321

BioMarine Technologies, Inc.
(A Development Stage Enterprise)
Notes to Financial Statements
December 31, 2005 and 2006, and September 30, 2007

## NOTE 9 – INCOME TAXES (continued)

A reconciliation of income taxes in the accompanying statement of operations to the statutory rate is summarized as follows:

|  | Year end December 31, 2005 | Year end December 31, 2006 |
|---|---|---|
| Expected tax expenses (benefit) at statutory rate | $ (234,228) | $ (28,943) |
| Other | 53,712 | 20,312 |
| Valuation allowance | 180,516 | 6,631 |
| Deferred (benefit) | $ - | $ - |

Net operating losses expire through 2026. The entire benefit has been offset by a valuation allowance and no net benefit has been recorded. Actual benefits are dependent upon the income tax rate in effect at the time the benefit is used. Net operating loss carry forwards are summarized as follows:

| Year of Loss | Year of Expiration | Net Operating Loss |
|---|---|---|
| 2001 | 2021 | $ 154,901 |
| 2002 | 2022 | 106,551 |
| 2003 | 2023 | 136,418 |
| 2004 | 2024 | 68,043 |
| 2005 | 2025 | 530,928 |
| 2006 | 2026 | 44,206 |
|  |  | $ 1,041,047 |

## NOTE 10 – RELATED PARTY TRANSACTIONS

Officer Salaries

The President's salary of $8,000 per month was expensed in 2005, 2006 and for the nine month period ended September 30, 2007. Accrued salary due Mr. Ericsson is $785,754 at September 30, 2007, $713,754 at December 31, 2006 and $617,754 at December 31, 2005. Mr. Ericsson receives a 2% bonus of all funds raised by the debt financing. (See Note 5)

Shareholder receivable

At September 30, 2007, Mr. Ericsson owes the Company $86,325 plus accrued interest of $36,100. At December 31, 2006 his debt to BioMarine Technologies, Inc. was $86,325 plus accrued interest of $29,200; balance due at December 31, 2005 on his debt was $86,325 plus accrued interest of $20,700. The note is collateralized by 100,000 shares of BioMarine Technology, Inc., common stock. (See Note 4)

Note Payable

As of September 30, 2007, all of the Company's financing is provided by related parties. (See Note 6)

19

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

**BioMarine Technologies, Inc.**
**(A Development Stage Enterprise)**
**Notes to Financial Statements**
**December 31, 2005 and 2006, and September 30, 2007**

### NOTE 11 – COMMON STOCK

Preferred Stock

During 2000 the Company issued 374,140 shares of common stock in redemption of all its outstanding shares of preferred stock. No dividends have been paid or accrued related to the preferred stock and each preferred shareholder received one share of common stock for each share of preferred stock owned.

Warrants

Warrants outstanding are as follows:

|  | Class A | Class B |
|---|---|---|
| September 30, 2007 | 484,650 | 2,904,723 |
| December 31, 2006 | 484,650 | 2,674,723 |
| December 31, 2005 | 364,650 | 2,374,723 |

Each warrant entitles the holder to purchase one additional share of common stock at $2.50 per share. The warrants are exercisable immediately and for a period of 48 months following the effective date of a proposed initial public offering of the Company's unissued common stock. The warrants are redeemable at $.10 per warrant upon 30 days written notice to the holders thereof, beginning 12 months from the effective date of a proposed initial public offering until their expiration. No warrants were exercised during the period from January 1, 2005 through September 30, 2007.

### NOTE 12 – CONTINGENCIES

As discussed in Note 2, the Company has sustained substantial operating losses. If the Company is unable to raise the additional capital necessary to retire debt and begin operations, it will cease to be a going concern.

In September 1998, GMIT received from the then Commissioner of the General Land Office ("GLO"), the grant of its application to receive, as assignee, the surface and subsurface lease held by another company of a four-platform complex located in Matagorda County, Texas. On August 28, 2000 the Company entered into a Commercial Development Agreement with GMIT to develop and operate the complex leased by GMIT. Pursuant to the agreement, the Company has the right to develop and conduct a commercial mariculture at the site. The agreement requires the Company to establish an escrow account into which it will deposit $260,000 per year for 10 years at such time that operations commence using the platform to cover the cost of decommissioning and deconstructing the platform. In addition, the Company agrees to provide commercial property insurance of $6.6 million and comprehensive general liability insurance of $5.0 million and to assume the annual cost of the platform abandonment bond. The Company has agreed to pay GMIT a royalty of 2.5% of gross sales from operations of the property.

A suit has been filed by Gulf Marine Institute Technology against the State of Texas by and through various officers of the State of Texas. The suit relates to the leasing of the offshore platform. A fifty year lease was assigned to Gulf Marine Institute of Technology by the Texas General Land Office in the fall of 1998. However, the General Land Office attempted to cancel this contract and lease in May of 1999 and demand that the platform be removed as a result of the termination. BioMarine Technologies, Inc. intervened in these proceedings seeking damages and claims. The General Land Office by and through the Texas Attorney General's Office, filed a contingent counter-claim against Gulf Marine Institute of Technology and BioMarine Technologies, Inc., for attorney's fees. The claim was contingent upon the trial court ruling that it did have jurisdiction to hear the underlining claim. The court denied all claims to the General Land Office in three trials. The court awarded attorney's fees of $279,212 to BioMarine Technologies, Inc., and Gulf Marine Institute of Technology and enforced the lease for the remainder of the fifty-year term. That case is now on appeal.

20

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy       Claimant EIN: 75-2309471 & 31-1475321

BioMarine Technologies, Inc.
(A Development Stage Enterprise)
Notes to Financial Statements
December 31, 2005 and 2006, and September 30, 2007

NOTE 11 – SUBSEQUENT EVENTS

Subsequent to September 30, 2007, the officials, directors and related parties have agreed to the following:

- To convert all principal ad interest due from BioMarine into common stock at $2.00 per share.

- To convert all past salaries due John Ericsson minus any obligations owed to BioMarine into common stock at $2.00 per share.

- To convert all class "A" and "B" warrants into common stock of BioMarine on a one warrant for one common share basis.

21

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technology          Claimant EIN:  75-2309471 & 31-1475321

# Unaudited Financials
## 2007 to 2010

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy      Claimant EIN: 75-2309471 & 31-1475321

10:58 AM
12/22/11
Accrual Basis

## BIOMARINE TECHNOLOGIES INC
### Profit & Loss
December 2007 through December 2010

|  | Dec '07 - Dec 10 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Other Income | 2,164.00 |
| Refunds | 231.79 |
| **Total Income** | 2,395.79 |
| **Expense** |  |
| Bank Service Charges | 241.00 |
| Depreciation Expense | 152,999.00 |
| Miscellaneous | 1,293.01 |
| Office Expense | 38.30 |
| Payroll Expense | 490,000.00 |
| Postage and Delivery | 256.00 |
| Printing and Reproduction | 161.25 |
| **Professional Fees** |  |
| Legal Fees | 18,855.04 |
| Consulting Fees | 2,850.00 |
| Accounting Fees | 9,400.00 |
| **Total Professional Fees** | 29,105.04 |
| Supplies | 41.89 |
| Telephone Expense | 68.29 |
| **T & E Expenses** |  |
| Meals and Entertainment | 118.82 |
| Less 50% non deduct meals | -59.41 |
| Travel Expense | 36.00 |
| **Total T & E Expenses** | 95.41 |
| **Total Expense** | 674,299.19 |
| **Net Ordinary Income** | -671,903.40 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Non Deduct 50% Meals | 59.41 |
| **Total Other Expense** | 59.41 |
| **Net Other Income** | -59.41 |
| **Net Income** | -671,962.81 |

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321

4:37 PM
12/21/11
Accrual Basis

# BIOMARINE TECHNOLOGIES INC
## Balance Sheet
### As of December 31, 2010

|  | Dec 31, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Compass Checking | 372.71 |
| **Total Checking/Savings** | 372.71 |
| **Other Current Assets** | |
| Interest Receivable | 36,100.00 |
| Investments | 173,311.21 |
| Shareholder Receivable | 85,692.40 |
| Deposits | 150.00 |
| **Total Other Current Assets** | 295,253.61 |
| **Total Current Assets** | 295,626.32 |
| **Fixed Assets** | |
| Equipment | 384,079.00 |
| Accumulated Depreciation | -316,736.00 |
| **Total Fixed Assets** | 67,343.00 |
| **TOTAL ASSETS** | 362,969.32 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Accrued Salary** | |
| Bunt | 90,000.00 |
| Ericsson | 245,000.00 |
| Accrued Salary - Other | 155,000.00 |
| **Total Accrued Salary** | 490,000.00 |
| **Current portion of notes** | |
| Loan payable - Hobgood | 20,000.00 |
| Loan payable - GMIT | 6,500.00 |
| **Total Current portion of notes** | 26,500.00 |
| **Loans from Shareholders** | 166,673.92 |
| **Total Other Current Liabilities** | 683,173.92 |
| **Total Current Liabilities** | 683,173.92 |
| **Total Liabilities** | 683,173.92 |
| **Equity** | |
| Additional Paid In Capital | 7,338,476.00 |
| Common Stock | 65,243.00 |
| Retained Earnings | -7,533,456.60 |
| Treasury Stock | -69,750.00 |
| Net Income | -110,717.00 |
| **Total Equity** | -320,204.60 |
| **TOTAL LIABILITIES & EQUITY** | 362,969.32 |