Gulf Marine Institute of Technologies
Profit Loss
Jan - Dec 2008

| | Jan 2008 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | 34,029 | 38,309 | 18,512 | 58,430 | 26,534 | 28,209 | 70,514 | 4,414 | 72,381 | 39,462 | 46,660 | 53,234 |
| **Expense** | | | | | | | | | | | | |
| Accounting | | 881 | 400 | 100 | 150 | 575 | | 1,340 | 700 | 360 | 360 | 450 |
| Advertising | | | | | | | | | | | | |
| Animal expenses | 1,357 | | 160 | 323 | 677 | 372 | 1,271 | 168 | | 308 | | 150 |
| Aquatic Supplies | 116 | | | | 35 | 419 | 192 | | | | 133 | 70 |
| Auto Expense | 858 | 500 | 75 | 359 | 2,182 | 815 | 1,315 | 1,857 | 2,175 | 1900 | 598 | 1115 |
| Bank Service Charges | 62 | 689 | 84 | 40 | 378 | 67 | 21 | 13 | 134 | 543 | 7 | 159 |
| Bio-Reactor | | | | 25 | | | | | | 6,275 | 3,391 | 1,250 |
| Contract labor | | 120 | | | 325 | 120 | 160 | 190 | 161 | 130 | | 300 |
| Equipment | | | | | | | | | | 1,823 | | |
| Equipment Rental and Maintenanc | 213 | 50 | | 320 | 624 | 213 | 254 | 107 | | 213 | 112 | 608 |
| Fringe | 4,305 | 1,025 | | 1,904 | | 952 | 1,428 | 2,880 | | 952 | 3,356 | |
| General Admin | 5,800 | 600 | 4,060 | 8,975 | 4,450 | 4,525 | 4,550 | 4,550 | 4,550 | 4,585 | 4,575 | 4,500 |
| Insurance | | | | 198 | | 199 | | 2,366 | | 3,266 | 269 | 304 |
| Interest expense | 3,324 | 1,817 | 443 | 3,285 | 1,937 | 1,631 | 668 | 1,710 | 523 | 477 | 807 | -37 |
| Legal Fees | | | | 128 | | 25 | | 2,561 | | 1,349 | 22 | 2,500 |
| Licenses | | | | | | | | 299 | 69 | 224 | | |
| Marine Hatchery | 1,220 | 6,412 | 1,132 | 81 | 742 | 844 | 236 | 405 | 377 | 142 | | 1,508 |
| Miscellaneous | | 3,250 | | | 35 | | | | | | | |
| Office Expense | 258 | 336 | 176 | 605 | -87 | 245 | 32 | 280 | 384 | 49 | | 1,824 |
| Payroll Taxes | 7,869 | | 7,104 | 3,141 | 2,860 | 3,009 | -3,374 | 3,004 | 12,722 | | 5,382 | 4,816 |
| Postage and Delivery | 290 | 147 | | 314 | 521 | 492 | 446 | 1,160 | 169 | 415 | 1,401 | 538 |
| Professional Services fees | | 1,000 | 100 | | | | | | 597 | 310 | 150 | 2,000 |
| Rent | 1,071 | 1,076 | 1,200 | 1,275 | 2,400 | | 2,600 | | 1,300 | | | 2,850 |
| Storage | 337 | 1,950 | 1,300 | 959 | 1,020 | 396 | 838 | 1,168 | 1,210 | 1,170 | 1,170 | 1,020 |
| Salaries and Related Expenses | 15,506 | 14,791 | 12,675 | 11,492 | 10,724 | 10,901 | 10,403 | 10,755 | 14,101 | 12,082 | 3,661 | 15,919 |
| Supplies and Materials | 32 | 743 | 315 | 151 | 136 | 105 | 160 | 1,595 | 1,755 | 237 | 846 | 801 |
| Telephone, Fax & Internet | 514 | 915 | 719 | 1,519 | 464 | 2,289 | 882 | 322 | 621 | 1,473 | 765 | 842 |
| Travel | 2,338 | 3,340 | 1,049 | 1,514 | 1,701 | 1,517 | 3,304 | 3,977 | 4,010 | 2,614 | 6,505 | 2,609 |
| Utilities | | 188 | 283 | 384 | | | 817 | | 303 | | 356 | 2,013 |
| Vessel Expense | 1,456 | 1,265 | 688 | 836 | 874 | 1,312 | 560 | 1,545 | 384 | 256 | 320 | 640 |
| **Total Expense** | 46,926 | 41,095 | 31,963 | 37,928 | 32,148 | 31,023 | 27,062 | 42,619 | 46,113 | 40,769 | 34,036 | 48,749 |
| **Net Income** | -12,897 | -2,786 | -13,451 | 20,502 | -5,614 | -2,814 | 43,452 | -38,205 | 26,268 | -1,307 | 12,624 | 4,485 |

Gulf Marine Institute of Technologies
Jan - Dec 2009
Profit and Loss

| | Jan 2009 | Feb 2009 | Mar 2009 | Apr 2009 | May 2009 | Jun 2009 | Jul 2009 | Aug 2009 | Sep 2009 | Oct 2009 | Nov 2009 | Dec 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | 28,914 | 35,092 | 32,296 | 39,980 | 26,670 | 7,140 | 12,800 | 47,600 | 78,300 | 44,850 | 48,900 | 46,866 |
| **Expense** | | | | | | | | | | | | |
|   Accounting | | | | 700 | | 900 | 1,050 | 105 | 800 | 300 | | 400 |
|   Advertising | | 92 | | | | | | | | | | |
|   Animal expenses | 4,295 | 902 | 3,001 | 1,631 | 108 | | | | | | | |
|   Aquatic Supplies | 235 | 423 | 454 | | 93 | 233 | | | | | | |
|   Auto Expense | 744 | 1,062 | 1,834 | 1,955 | 1,692 | 1,074 | 906 | 1,023 | 2,144 | 1067 | 1452 | 888 |
|   Bank Service Charges | 31 | 536 | 240 | 130 | 133 | 91 | 125 | 39 | 68 | 41 | 27 | 29 |
|   Contract labor | 888 | 48 | 56 | | 170 | 220 | 46 | 250 | 475 | | 150 | 99 |
|   Equipment | 1,948 | 465 | 2,362 | | | | | | | | | |
|   Equipment Rental and Maintenanc | 394 | -161 | | | | | | | | | | |
|   Fringe | | 1,549 | | 1,196 | | | | | 4,920 | 2,460 | 512 | |
|   General Admin | 4,575 | 4,520 | 4,525 | 4,575 | 2,000 | 6,500 | 2,000 | 2,000 | 8,800 | 5,367 | 4,850 | 2,000 |
|   Insurance | | | 275 | | 109 | 355 | | 963 | 912 | 2,870 | | |
|   Interest expense | 495 | 428 | 2,086 | 421 | 417 | 611 | 1,660 | 1,200 | 1,200 | 1,200 | 1,966 | 795 |
|   Legal Fees | | | 387 | 1,410 | 1,100 | 300 | | | 2,850 | 600 | 600 | 490 |
|   Licenses | | | | | 34 | | | | | | | |
|   Marine Lab expenses | | | | | | | | | | | | |
|     Construction | | | | | | | | | | | | |
|     Equipment | 3,302 | 6,702 | 3,490 | 6,484 | 1,551 | 3,803 | 2,429 | 3,377 | 2,162 | 7,417 | 3,058 | 939 |
|     Supplies | | | | | | | | | | | | |
|   Miscellaneous | 1,000 | 7,228 | 210 | 1,398 | 45 | 9,501 | 7,381 | 1,404 | 1,369 | 631 | 1,363 | 6,566 |
|   Office Expense | 178 | 65 | 436 | 132 | 114 | 159 | 285 | 105 | 174 | 68 | 103 | 355 |
|   Payroll Taxes | 2,896 | | | 4,029 | 1,575 | | | 2,300 | 11,747 | 3,343 | 3,615 | 3,542 |
|   Postage and Delivery | 1,550 | 2,344 | 110 | 2,888 | 301 | 140 | 125 | 3,791 | 740 | 225 | 24 | 334 |
|   Professional Services fees | | | | | | | 120 | 250 | 250 | 500 | 370 | 620 |
|   Rent | 383 | | 2,300 | 1,300 | 96 | 129 | 300 | 609 | 2,401 | 1,401 | 401 | 401 |
|   Storage | 1,099 | 300 | 1,525 | 1,053 | 325 | 1,024 | | 330 | 1,161 | 987 | 387 | 1,159 |
|   Salaries and Related Expenses | 4,230 | 16,346 | 14,628 | 4,322 | 11,037 | 8,384 | 13,264 | 10,525 | 18,788 | 13,582 | 8,834 | 15,340 |
|   Supplies and Materials | 1,224 | 171 | 783 | 1,308 | 805 | 309 | 71 | 43 | 659 | 612 | 39 | 173 |
|   Telephone, Fax & Internet | 843 | 967 | 201 | 880 | 1,272 | 370 | 506 | 654 | 711 | 195 | 1,924 | 204 |
|   Travel | 1,777 | 7,052 | 506 | 748 | 1,482 | 1,068 | 502 | 710 | 346 | 777 | 33 | 4,251 |
|   Utilities | | 390 | 336 | 358 | 993 | 641 | 265 | 252 | 528 | 374 | 250 | 424 |
|   Vessel Expense | | | 3,832 | 7,730 | | | | | | | | |
| **Total Expense** | 32,087 | 51,429 | 44,277 | 43,948 | 26,352 | 36,082 | 30,220 | 30,625 | 62,955 | 43,587 | 30,208 | 38,389 |
| **Net Income** | -3,173 | -16,337 | -11,981 | -3,968 | 318 | -28,942 | -17,420 | 16,975 | 15,345 | 1,263 | 18,692 | 8,477 |

Gulf Marine Institute of Technologies
Profit Loss
Jan - Dec 2010

| | Jan 2010 | Feb 2010 | Mar 2010 | Apr 2010 | May 2010 | Jun 2010 | Jul 2010 | Aug 2010 | Sep 2010 | Oct 2010 | Nov 2010 | Dec 2010 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Income** | 18,613 | 39,868 | 63,201 | 34,613 | 3,000 | 3,000 | 7,565 | 6,000 | 100 | 121 | 60 | 28,247 |
| **Expense** | | | | | | | | | | | | |
|   Accounting | 120 | | | 800 | | | | 1,000 | | 500 | 500 | 300 |
|   Advertising | | | | | | | | | | | | |
|   Animal expenses | | | | | | | | | | | | |
|   Aquatic Supplies | | | | | | | | | | | | |
|   Auto Expense | 987 | 355 | 221 | 15 | 35 | 68 | 115 | 116 | 63 | | 74 | 100 |
|   Bank Service Charges | 75 | 57 | 5 | 15 | | 2 | | | | 35 | 2,030 | 281 |
|   Contract labor | 99 | | | 74 | | | | | | | | |
|   Equipment | | | | 1,450 | | | | | | | | |
|   Equipment Rental and Maintenanc | | | | | | | | | | | | |
|   Fringe | | | | | | | | | | | | |
|   General Admin | 4,375 | 4,000 | | | | | | | | | | |
|   Insurance | | 197 | | | | | | | | 469 | 382 | 189 |
|   Interest expense | 2,497 | 1,297 | 1,338 | 123 | 134 | 127 | | | | | | |
|   Legal Fees | 1,325 | | 3,061 | 597 | | 228 | 7 | | 364 | | 383 | |
|   Licenses | | | | | | | | | | | | |
|   Marine Lab expenses | | | | | | | | | | | | |
|     Construction | 3,289 | 2,390 | 1,131 | 582 | 967 | 392 | 205 | 156 | 556 | 658 | 1,322 | 640 |
|     Equipment | 1,201 | 2,860 | 9,332 | 1,138 | -5,733 | 3,747 | -134 | 2,464 | 215 | 5,153 | 5,754 | 1,967 |
|     Supplies | | 138 | 37 | 113 | | 296 | 359 | | | 675 | 308 | 364 |
|   Miscellaneous | 593 | 9 | 28,074 | | 500 | | | 38 | | | | |
|   Office Expense | 71 | 184 | 953 | 454 | 130 | 75 | | | 67 | 94 | 240 | |
|   Payroll Taxes | 3,546 | 3,235 | 30 | | | | | | | | | |
|   Postage and Delivery | 251 | 781 | 93 | 233 | 58 | 6 | 80 | 154 | 35 | 114 | 62 | 149 |
|   Professional Services fees | 2,650 | | 431 | 485 | 600 | | | | 1,000 | 200 | | |
|   Rent | | | | | | | | | | | | |
|   Storage | 729 | | 202 | | | 303 | 96 | 96 | 96 | 96 | 96 | 96 |
|   Salaries and Related Expenses | 21,475 | | 1,883 | 189 | | | | | | | | |
|   Supplies and Materials | 613 | 169 | | | | | | | | | | |
|   Telephone, Fax & Internet | 705 | 418 | 355 | 178 | | | 261 | 311 | 223 | 234 | 370 | 178 |
|   Travel | 5,310 | 6,158 | 894 | 25 | 1,067 | 5,760 | 581 | 1,657 | 1,033 | 16 | 2,675 | 1,913 |
|   Utilities | 686 | 1,431 | 736 | 234 | -496 | | 180 | | | | 212 | 221 |
|   Vessel Expense | | | | | | | | | | | | |
| **Total Expense** | 50,597 | 23,679 | 50,226 | 5,255 | -2,738 | 11,004 | 1,788 | 7,021 | 3,823 | 7,936 | 13,842 | 6,034 |
| **Net Income** | -31,984 | 16,189 | 12,975 | 29,358 | 5,738 | -8,004 | 5,777 | -1,021 | -3,723 | -7,815 | -13,782 | 22,213 |

## Gulf Marine Institute of Technology Inc

| | Jan 2011 | Feb 2011 | Mar 2011 | Apr 2011 | May 2011 | Jun 2011 | Jul 2011 | Aug 2011 | Sep 2011 | Oct 2011 | Nov 2011 | Dec 2011 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Income** | 7,225 | 115 | 2,307 | 4,889 | 1,172 | 72 | 241 | 820 | 60 | 1715 | 1905 | 113 |
| **Expense** | | | | | | | | | | | | |
|   Accounting | | | | | | | 760 | | 300 | | | |
|   Advertising | | | | | | | | | | | | |
|   Animal expenses | | | | | | | | | | | | |
|   Aquatic Supplies | | | | | | | | | | | | |
|   Auto Expense | 875 | 163 | 1,384 | 446 | 327 | 45 | 1582 | 112 | 620 | 177 | 522 | 1320 |
|   Bank Service Charges | 23 | 12 | 22 | 6 | 13 | 6 | 20 | 23 | 17 | 47 | 150 | 104 |
|   Contract labor | | | | | | | | | | | | |
|   Equipment | 7,706 | | | | | | | | | | | |
|   Equipment Rental and Maintenanc | | | | | | | | | | | | |
|   Fringe | | | | | | | | | | | | |
|   General Admin | | | | | | | | | | | | |
|   Insurance | 809 | | 349 | | | | | 716 | | | | |
|   Interest expense | | | | | | | | | | | | |
|   Legal Fees | 387 | 375 | | 633 | | 1116 | 861 | 450 | | 1107 | | 1760 |
|   Licenses | | | | | | | | | | | | |
|   Marine Lab expenses | | | | | | | | | | | | |
|     Construction | 1,931 | 950 | 245 | 1,249 | 986 | 643 | 170 | 408 | 495 | 120 | 1013 | 632 |
|     Equipment | 3,331 | 1,298 | 987 | 1,211 | 790 | 5375 | 2420 | 2023 | 3308 | 1751 | 4555 | 165 |
|     Labor | | | | | | | 2038 | 1888 | 926 | 1353 | 1108 | 956 |
|     Security | | | | | | | 244 | 260 | | 300 | | |
|     Supplies | 356 | | 173 | 177 | | 578 | 305 | 255 | 432 | 487 | 2086 | 1797 |
|   Miscellaneous | | 35 | | | | | | | 573 | 392 | | 206 |
|   Office Expense | 228 | | | | | | 151 | | 11 | | 4 | 10 |
|   Payroll Taxes | | | | | | | | | | | | |
|   Postage and Delivery | 476 | 101 | | 179 | 8 | 6 | 254 | 134 | 310 | 25 | 26 | 283 |
|   Professional Services fees | | | | 100 | | | | 3000 | | | 450 | |
|   Rent | | | | | | | | | | | | |
|   Storage | 102 | 96 | 96 | 96 | 96 | 96 | 96 | 108 | 102 | 95 | 96 | 96 |
|   Salaries and Related Expenses | | | | | | | | | | | | |
|   Supplies and Materials | | | 18 | | | | 100 | | | | | |
|   Telephone, Fax & Internet | 214 | 185 | 334 | 22 | | 191 | 662 | 379 | 90 | 94 | 34 | 600 |
|   Travel | 3,992 | 3,351 | 2,824 | 2,176 | 524 | 3393 | 1460 | 1514 | 36 | 1850 | 2218 | 1250 |
|   Utilities | 448 | 250 | | 185 | | 295 | 353 | | 237 | | 585 | 295 |
|   Vessel Expense | | | 155 | | | | | | 2000 | 1362 | 7009 | 2068 |
| **Total Expense** | 20,878 | 6,816 | 6,587 | 6,480 | 2,744 | 12,504 | 11,432 | 10,554 | 9,457 | 9,160 | 19,856 | 11,542 |
| **Net Income** | -13,653 | -6,701 | -4,280 | -1,591 | -1,572 | -12,432 | -11,191 | -9,734 | -9,397 | -7,445 | -17,951 | -11,429 |