| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | | **2008** |
| Department of the Treasury Internal Revenue Service | | ► The organization may have to use a copy of this return to satisfy state reporting requirements. | | **Open to Public Inspection** |

**A** For the 2008 calendar year, or tax year beginning _____ , 2008, and ending _____ , 20____

| **B** Check if applicable | Please use IRS label or print or type. See Specific Instruc- tions. | **C** Name of organization GULF MARINE INSTITUTE OF TECHNO | | **D** Employer Identification number 31-1475321 |
|---|---|---|---|---|
| Address change | | Doing Business As | | |
| Name change | | Number and street (or P.O. box if mail is not delivered to street address) PO BOX 776 | Room/ Suite | **E** Telephone number (850) 934-2782 |
| Initial return | | City or town, state or country, and ZIP + 4 Gulf Breeze FL 32562 | | **G** Gross receipts $        502,934 |
| Terminated | | | | |
| Amended return | | | | |
| Application pending | **F** Name and address of principal officer: See attachment #1 | | **H(a)** Is this a group return for affiliates?  Yes X No |
| | | | | **H(b)** Are all affiliates included?  Yes  No |

**I** Tax-exempt status:  X 501(c) ( 3 ) ◄ (insert no.)  4947(a)(1) or  527     If "No," attach a list. (see instructions)

**J** Website: ► www.gmitinfo.com     **H(c)** Group exemption number ►

**K** Type of organization:  X Corporation  Trust  Association  Other ►    **L** Year of formation: 1998   **M** State of legal domicile: TX

## Part I   Summary

1 Briefly describe the organization's mission or most significant activities:
The primary exempt purpose is the development of environmentally responsible marine technology to be utilized in the production of quality marine food products.

| A C T I V I T I E S & | | | | | |
|---|---|---|---|---|---|
| 2 | Check this box ► if the organization discontinued its operations or disposed of more than 25% of its assets | | | | |
| 3 | Number of voting members of the governing body (Part VI, line 1a) | | | 3 | 4 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | | | 4 | 2 |
| 5 | Total number of employees (Part V, line 2a) | | | 5 | 13 |
| 6 | Total number of volunteers (estimate if necessary) | | | 6 | 0 |
| 7a | Total gross unrelated business revenue from Part VIII, line 12, column (C) | | | 7a | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 34 | | | 7b | 0 |

| R E V E N U E | | | Prior Year | Current Year |
|---|---|---|---|---|
| | 8 | Contributions and grants (Part VIII, line 1h) | 326,068 | 489,108 |
| | 9 | Program service revenue (Part VIII, line 2g) | | |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | 251 |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 19,836 | 13,575 |
| | 12 | Total revenue -- add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 345,904 | 502,934 |

| E X P E N S E S | | | | |
|---|---|---|---|---|
| | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 176,120 | 257,434 |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ► | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24f) | 136,391 | 198,819 |
| | 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 312,511 | 456,253 |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | 33,393 | 46,681 |

| Net Assets or Fund Balances | | | Beginning of Year | End of Year |
|---|---|---|---|---|
| | 20 | Total assets (Part X, line 16) | 6,232,022 | 6,284,231 |
| | 21 | Total liabilities (Part X, line 26) | 463,280 | 673,480 |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | 5,768,742 | 5,610,751 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ► Signature of officer | | | | Date |
|---|---|---|---|---|---|
| | John D Ericsson | | Managing Director | | |
| | Type or print name and title | | | | |

| Paid Preparer's Use Only | Preparer's signature | ► | Date 6-11-09 | Check if self-employed ► | Preparer's identifying number (see instr.) |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 | H and R Block 913 Gulf Breeze Pkwy ste 34 Gulf Breeze, FL 32561- | | EIN ► | |
| | | | | Phone no. ► (850) 932-9685 | |

May the IRS discuss this return with the preparer shown above? (see instructions)                X Yes  No

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.                Form **990** (2008)

08  99012     Copyright Forms (Software Only) 2008 TW

ic57016

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | | **2009** |
| Department of the Treasury Internal Revenue Service | | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements. | | Open to Public Inspection |

**A** For the 2009 calendar year, or tax year beginning _____ , 2009, and ending _____ , 20_____

| **B** Check if applicable | | **Please use IRS label or print or type. See Specific Instructions.** | **C** Name of organization GULF MARINE INSTITUTE OF TECHNO... | | **D** Employer Identification number |
|---|---|---|---|---|---|
| | Address change | | Doing Business As | | 31-1475321 |
| | Name change | | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | **E** Telephone number |
| | Initial return | | PO BOX 776 | | (850) 934-2782 |
| | Terminated | | City or town, state or country, and ZIP + 4 | | **G** Gross receipts $ 403,146 |
| | Amended return | | Gulf Breeze FL 32562 | | |
| | Application pending | **F** Name and address of principal officer: See attachment #1 | | **H(a)** Is this a group return for affiliates? Yes ☒ No | |
| | | | | **H(b)** Are all affiliates included? Yes ☐ No | |

**I** Tax-exempt status: ☒ 501(c)( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527     If "No," attach a list. (see instructions)
**J** Website: ▶ www.gmitinfo.com     **H(c)** Group exemption number ▶
**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶     **L** Year of formation: 1998   **M** State of legal domicile: TX

## Part I   Summary

| | | |
|---|---|---|
| **A C T I V I T I E S & G O V E R N A N C E** | **1** Briefly describe the organization's mission or most significant activities: The primary exempt purpose is the development of environmentally responsible marine technology to be utilized in the production of quality marine food products. | |
| | **2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | |
| | **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 4 |
| | **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 2 |
| | **5** Total number of employees (Part V, line 2a) | **5** | 11 |
| | **6** Total number of volunteers (estimate if necessary) | **6** | 0 |
| | **7a** Total gross unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0 |
| | **b** Net unrelated business taxable income from Form 990-T, line 34 | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **R E V E N U E** | **8** Contributions and grants (Part VIII, line 1h) | 489,108 | 387,181 |
| | **9** Program service revenue (Part VIII, line 2g) | | |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 251 | 61 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 13,575 | 15,904 |
| | **12** Total revenue -- add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 502,934 | 403,146 |
| **E X P E N S E S** | **13** Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) | | |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 257,434 | 240,512 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) | | |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶ | | |
| | **17** Other expenses (Part IX, column (A), lines 11a-11d, 11f-24f) | 198,819 | 1,730,553 |
| | **18** Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 456,253 | 1,971,065 |
| | **19** Revenue less expenses. Subtract line 18 from line 12 | 46,681 | -1,567,919 |
| **NET ASSETS OR FUND BALANCES** | | Beginning of Current Year | End of Year |
| | **20** Total assets (Part X, line 16) | 6,284,231 | 4,723,000 |
| | **21** Total liabilities (Part X, line 26) | 673,480 | 690,319 |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 | 5,610,751 | 4,032,681 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ▶ Signature of officer | | Date |
|---|---|---|---|
| | John D Ericsson | Managing Director | |
| | ▶ Type or print name and title | | |

| Paid Preparer's Use Only | Preparer's signature | | Date 8-14-10 | Check if self-employed ▶ | Preparer's identifying number (see instr.) |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 | H & R Block 913 Gulf Breeze Pkwy Ste 34 Gulf Breeze, FL 32561 | | EIN ▶ | |
| | | | | Phone no. ▶ (850) 932-9685 | |

May the IRS discuss this return with the preparer shown above? (see instructions) ... ☒ Yes ☐ No

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.     Form **990** (2009)

JVA   09  99012   TWF 33393   Copyright Forms (Software Only) – 2009 TW