# Statement of comprehensive income

**MARINE HARVEST GROUP**

| (NOK MILLION) | NOTE | 2010 | 2009 | 2008 |
|---|---|---|---|---|
| Revenue | 4 | 15 191.4 | 14 651.2 | 13 124.6 |
| Cost of materials | 4 | -7 690.7 | -8 828.3 | -8 504.5 |
| Salary and personnel expenses | 10 | -2 202.5 | -2 167.4 | -2 139.8 |
| Other operating expenses |  | -1 453.8 | -1 448.2 | -1 393.8 |
| Depreciation and amortisation | 7/8 | - 653.1 | - 687.7 | - 685.3 |
| **Operational EBIT** |  | **3 191.3** | **1 519.6** | **401.2** |
| Fair value adjustment on biological assets | 5 | 1 091.7 | 301.2 | - 278.8 |
| Change in provision for onerous contracts |  | - 14.3 | 0.0 | 0.0 |
| Restructuring costs |  | - 4.4 | - 169.5 | - 241.0 |
| Income/loss from associated companies | 17 | 202.0 | 69.5 | 5.8 |
| Impairment losses | 7/8 | - 5.0 | - 373.1 | -1 579.4 |
| **Earnings before interest and taxes (EBIT)** |  | **4 461.3** | **1 347.7** | **-1 692.2** |
| Net interest expenses | 9 | - 367.8 | - 392.9 | - 485.4 |
| Net currency effects | 9 | 366.8 | 682.0 | - 632.2 |
| Other financial items | 9 | - 207.9 | 23.7 | - 451.5 |
| **Earnings before taxes** |  | **4 252.4** | **1 660.5** | **-3 261.3** |
| Taxes | 11 | -1 143.9 | - 358.3 | 409.3 |
| **Profit or loss for the year** |  | **3 108.5** | **1 302.2** | **-2 852.0** |
| Other comprehensive income |  |  |  |  |
| Change in fair value of cash flow hedges | 9 | 216.6 | 1 326.6 | -1 279.4 |
| Deferred tax related to fair value of cash flow hedges |  | - 61.8 | - 379.8 | 338.7 |
| Currency translation differences |  | - 3.4 | - 762.3 | 858.7 |
| Currency translation differences related to non-controlling interests |  | - 3.2 | - 6.3 | 10.1 |
| Other gains and losses in comprehensive income |  | 0.0 | 58.7 | 69.2 |
| **Total other comprehensive income** |  | **148.2** | **236.9** | **- 2.7** |
| **Comprehensive income for the year** |  | **3 256.7** | **1 539.1** | **-2 854.7** |
| Profit or loss for the year attributable to |  |  |  |  |
| Non-controlling interests |  | 30.5 | 5.9 | 0.6 |
| Owners of Marine Harvest ASA |  | 3 078.0 | 1 296.3 | -2 852.6 |
| Comprehensive income for the year attributable to |  |  |  |  |
| Non-controlling interests |  | 27.3 | - 0.4 | 10.7 |
| Owners of Marine Harvest ASA |  | 3 229.4 | 1 539.5 | -2 865.4 |
| Earnings per share - basic and diluted | 21 | 0.87 | 0.37 | - 0.82 |

# Statement of financial position

**MARINE HARVEST GROUP**

| (NOK MILLION) | NOTE | 2010 | 2009 |
|---|---|---|---|
| **ASSETS** | | | |
| Non-current assets | | | |
| Licenses | 7 | 5 442.5 | 5 409.5 |
| Goodwill | 7 | 2 111.6 | 2 142.6 |
| Deferred tax asset | 11 | 118.6 | 54.5 |
| Other intangible assets | 7 | 132.9 | 136.0 |
| **Total intangible assets** | | **7 805.6** | **7 742.6** |
| Property, plant and equipment | 8 | 3 885.1 | 3 518.1 |
| Investments in associated companies | 17 | 678.9 | 520.1 |
| Other shares | 18 | 124.2 | 118.8 |
| **Total non-current assets** | | **12 493.8** | **11 899.6** |
| Current assets | | | |
| Inventory | 5 | 775.8 | 742.7 |
| Biological assets | 5 | 7 278.1 | 5 351.1 |
| Trade receivables | 13 | 1 844.9 | 1 672.1 |
| Other receivables | 13 | 817.2 | 551.6 |
| Cash and cash equivalents | 12 | 319.0 | 172.2 |
| **Total current assets** | | **11 035.0** | **8 489.7** |
| **Total assets** | | **23 528.8** | **20 389.3** |

| (NOK MILLION) | NOTE | 2010 | 2009 |
|---|---|---|---|
| **EQUITY AND LIABILITIES** | | | |
| Equity | | | |
| Paid-in capital | 20 | 9 915.4 | 11 621.4 |
| Other equity | | 2 584.8 | -205.9 |
| Total equity attributable to owners of Marine Harvest ASA | | 12 500.2 | 11 415.5 |
| Non-controlling interests | | 70.5 | 45.0 |
| Total equity | | 12 570.7 | 11 460.5 |
| Non-current liabilities | | | |
| Deferred tax liabilities | 11 | 2 237.9 | 1 142.6 |
| Non-current interest-bearing debt | 9 | 5 107.3 | 5 116.9 |
| Other non-current liabilities | 16 | 571.1 | 99.8 |
| Total non-current liabilities | | 7 916.3 | 6 359.3 |
| Current liabilities | | | |
| Current tax liabilities | 11 | 49.7 | 50.8 |
| Current interest-bearing debt | 14 | 429.7 | 130.3 |
| Trade payables | 14 | 1 450.2 | 1 339.8 |
| Other current liabilities | 14 | 1 112.2 | 1 048.6 |
| Total current liabilities | | 3 041.8 | 2 569.5 |
| Total equity and liabilities | | 23 528.8 | 20 389.3 |

**OSLO, 30 MARCH 2011**

Ole-Eirik Lerøy
CHAIRMAN OF THE BOARD

Thorleif Enger

Cecilie Fredriksen

Kolbjørn Jektvik

Celina Midelfart

Geir Elling Nygård

Leif Frode Onarheim
VICE CHAIRMAN OF THE BOARD

Hege Sjo

Turid Lande Solheim

Solveig Strand

Alf-Helge Aarskog
CHIEF EXECUTIVE OFFICER

# STATEMENT OF COMPREHENSIVE INCOME

**MARINE HARVEST GROUP**

| (NOK MILLION) | NOTE | 2011 | 2010 | 2009 |
|---|---|---|---|---|
| Revenue | 4 | 16 132,8 | 15 281,2 | 14 619,5 |
| | | | | |
| Cost of materials | 1 | -8 398,6 | -7 780,7 | -8 796,6 |
| Salary and personnel expenses | 11 | -2 177,8 | -2 202,5 | -2 167,4 |
| Other operating expenses | 1 | -2 063,2 | -1 453,8 | -1 448,2 |
| Depreciation and amortisation | 7/8 | - 666,7 | - 653,0 | - 687,7 |
| Fair value adjustment on biological assets | 5 | -1 514,0 | 1 091,7 | 301,2 |
| Change in provision for onerous contracts | 4 | - 5,8 | - 14,3 | 0,0 |
| Restructuring costs | 28 | - 21,8 | - 4,4 | - 169,5 |
| Income/loss from associated companies | 18 | - 8,5 | 202,0 | 69,5 |
| Impairment losses | 7/8 | - 67,0 | - 5,0 | - 373,1 |
| **Earnings before interest and taxes (EBIT)** | | **1 209,5** | **4 461,3** | **1 347,7** |
| | | | | |
| Interest expenses | 10 | - 405,8 | - 380,3 | - 404,3 |
| Net currency effects | 10 | 236,4 | 366,7 | 682,0 |
| Other financial items | 10 | 342,9 | - 195,3 | 35,1 |
| **Earnings before taxes** | | **1 382,9** | **4 252,3** | **1 660,5** |
| | | | | |
| Taxes | 12 | - 261,7 | -1 143,9 | - 358,3 |
| **Profit or loss for the year** | | **1 121,2** | **3 108,4** | **1 302,2** |
| | | | | |
| **Other comprehensive income** | | | | |
| Change in fair value of cash flow hedges | 10 | - 141,1 | 216,6 | 1 326,6 |
| Deferred tax related to fair value of cash flow hedges | 12 | 38,5 | - 61,8 | - 379,8 |
| Currency translation cash flow hedges | | - 1,2 | 5,4 | - 2,3 |
| Currency translation differences | | -32,7 | - 8,8 | - 760,0 |
| Currency translation differences related to non-controlling interests | | -0,3 | - 3,2 | - 6,3 |
| Other gains and losses in comprehensive income | | 112,6 | 0,0 | 58,7 |
| | | | | |
| **Total other comprehensive income** | | **- 24,2** | **148,2** | **236,9** |
| | | | | |
| **Comprehensive income for the year** | | **1 096,9** | **3 256,6** | **1 539,1** |
| | | | | |
| **Profit or loss for the year attributable to** | | | | |
| Non-controlling interests | | 5,5 | 30,5 | 5,9 |
| Owners of Marine Harvest ASA | | 1 115,7 | 3 077,9 | 1 296,3 |
| | | | | |
| **Comprehensive income for the year attributable to** | | | | |
| Non-controlling interests | | 5,2 | 27,3 | - 0,4 |
| Owners of Marine Harvest ASA | | 1 091,7 | 3 229,3 | 1 539,5 |
| | | | | |
| Earnings per share - basic and diluted | 22 | 0,31 | 0,87 | 0,37 |

# STATEMENT OF FINANCIAL POSITION

**MARINE HARVEST GROUP**

| (NOK MILLION) | NOTE | 2011 | 2010 |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Licenses | 7 | 5 577,5 | 5 442,5 |
| Goodwill | 7 | 2 146,1 | 2 111,6 |
| Deferred tax assets | 12 | 160,1 | 118,6 |
| Other intangible assets | 7 | 123,1 | 132,9 |
| **Total intangible assets** | | **8 006,8** | **7 805,6** |
| Property, plant and equipment | 8 | 4 167,5 | 3 885,1 |
| Investments in associated companies | 18 | 624,4 | 678,9 |
| Other shares | 19 | 92,1 | 124,2 |
| Other non-current assets | | 25,8 | 2,6 |
| **Total non-current assets** | | **12 916,6** | **12 496,4** |
| **Current assets** | | | |
| Inventory | 5 | 783,0 | 775,8 |
| Biological assets | 5 | 6 285,2 | 7 278,1 |
| Trade receivables | 14 | 1 914,9 | 1 844,9 |
| Other receivables | 14 | 609,8 | 814,7 |
| Cash and cash equivalents | 13 | 279,1 | 318,9 |
| **Total current assets** | | **9 872,0** | **11 032,4** |
| **Total assets** | | **22 788,6** | **23 528,8** |

| (NOK MILLION) | NOTE | 2011 | 2010 |
|---|---|---|---|
| **Equity and liabilities** | | | |
| Share captial and reserves attributable to: | | | |
| Owners of Marine Harvest ASA | 21 | 10 766,3 | 12 500,2 |
| Non-controlling interests | | 75,8 | 70,5 |
| **Total equity** | | **10 842,2** | **12 570,7** |
| **Non-current liabilities** | | | |
| Deferred tax liabilities | 12 | 2 351,9 | 2 237,9 |
| Non-current interest-bearing debt | 9 | 6 589,4 | 5 107,3 |
| Other non-current liabilities | 17 | 99,3 | 571,1 |
| **Total non-current liabilities** | | **9 040,7** | **7 916,3** |
| **Current liabilities** | | | |
| Current tax liabilities | 12 | 86,6 | 49,7 |
| Current interest-bearing debt | 15 | 157,0 | 429,7 |
| Trade payables | 15 | 1 481,8 | 1 450,2 |
| Other current liabilities | 15 | 1 180,3 | 1 112,2 |
| **Total current liabilities** | | **2 905,7** | **3 041,8** |
| **Total equity and liabilities** | | **22 788,6** | **23 528,8** |

OSLO, 20 MARCH 2012

Ole-Eirik Lerøy
CHAIRMAN OF THE BOARD

Leif Frode Onarheim
VICE CHAIRMAN OF THE BOARD

Cecilie Fredriksen

Kolbjørn Jektvik

Celina Midelfart

Geir Elling Nygård

Michael Parker

Hege Sjo

Turid Lande Solheim

Solveig Strand

Alf-Helge Aarskog
CHIEF EXECUTIVE OFFICER

## STATEMENT OF COMPREHENSIVE INCOME

| MARINE HARVEST GROUP (NOK MILLION) | NOTE | 2014 | 2013 | 2012 |
|---|---|---|---|---|
| Revenue | | 25 300.4 | 19 177.3 | 15 420.4 |
| Other income | | 230.9 | 22.1 | 43.2 |
| **Revenue and other income** | 4 | **25 531.3** | **19 199.4** | **15 463.5** |
| Cost of materials | 7 | -13 677.4 | -9 998.5 | -9 666.5 |
| Fair value uplift on harvested fish | 6 | -5 518.5 | -4 323.7 | -1 575.8 |
| Fair value adjustment on biological assets | 6 | 5 007.7 | 6 118.3 | 1 926.0 |
| Salary and personnel expenses | 14 | -3 320.9 | -2 674.3 | -2 418.7 |
| Other operating expenses | 28 | -3 350.0 | -2 581.9 | -2 163.5 |
| Depreciation and amortization | 9/10 | -966.8 | -762.5 | -677.2 |
| Provision for onerous contracts | 4 | 23.7 | -124.7 | -6.1 |
| Restructuring costs | 30 | -52.9 | -272.8 | -0.8 |
| Other non-operational items | 27 | -168.2 | -74.4 | — |
| Income/loss from associated companies | 21 | 149.5 | 221.8 | 88.3 |
| Impairment losses | 9/10 | -24.1 | -65.0 | -0.5 |
| **Earnings before financial items (EBIT)** | | **3 633.4** | **4 661.8** | **968.7** |
| Interest expenses | 12 | -544.6 | -640.2 | -382.8 |
| Net currency effects | 12 | -388.4 | -311.7 | 523.3 |
| Other financial items | 12 | -1 213.7 | -252.4 | -320.0 |
| **Earnings before taxes** | | **1 486.7** | **3 457.4** | **789.2** |
| Income taxes | 15 | -752.0 | -1 026.8 | -376.5 |
| **Net earnings from continuing operations** | | **734.8** | **2 430.6** | **412.6** |
| Profit after tax from discontinued operations | 5 | 204.8 | 91.9 | — |
| **Profit or loss for the year** | | **939.5** | **2 522.5** | **412.6** |
| *Other comprehensive income* | | | | |
| Change in fair value of cash flow hedges | 12 | -46.6 | -44.3 | -113.5 |
| Income tax effect fair value of cash flow hedges | 15 | 12.1 | 13.7 | 31.1 |
| Currency translation differences | | 842.5 | 630.4 | -325.8 |
| Currency translation differences non-controlling interests | | -3.9 | 4.9 | -4.0 |
| **Total items to be reclassified to profit and loss in subsequent periods** | | **804.1** | **604.7** | **-412.2** |
| Actuarial gains (losses) on defined benefit plans | | 29.1 | -28.6 | — |
| Income tax effect actuarial gains (losses) | 15 | -5.5 | 5.1 | — |
| Other gains and losses in comprehensive income | | — | — | 3.5 |
| **Total items not to be reclassified to profit and loss** | | **23.6** | **-23.5** | **3.5** |
| **Total other comprehensive income** | | **827.7** | **581.2** | **-408.7** |
| **Comprehensive income for the year** | | **1 767.2** | **3 103.7** | **3.9** |
| *Profit or loss for the year attributable to* | | | | |
| Non-controlling interests | | 3.9 | 7.4 | 4.0 |
| Owners of Marine Harvest ASA | | 935.6 | 2 515.1 | 408.6 |
| *Comprehensive income for the year attributable to* | | | | |
| Non-controlling interests | | — | 12.3 | — |
| Owners of Marine Harvest ASA | | 1 767.2 | 3 091.4 | 3.9 |
| **Earnings per share - basic and diluted (NOK)** | 25 | **2.28** | **6.66** | **1.14** |
| **Earnings per share for continuing operations - basic and diluted (NOK)** | 25 | **1.78** | **6.42** | **1.14** |

## STATEMENT OF FINANCIAL POSITION

| MARINE HARVEST GROUP (NOK MILLION) | NOTE | 2014 | 2013 | 2012 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| *Non-current assets* | | | | |
| Licenses | 8/9 | 6 514.9 | 6 036.1 | 5 435.4 |
| Goodwill | 8/9 | 2 416.9 | 2 374.9 | 2 115.5 |
| Deferred tax assets | 15 | 147.3 | 178.8 | 73.9 |
| Other intangible assets | 9 | 166.5 | 188.4 | 114.2 |
| **Total intangible assets** | | **9 245.6** | **8 778.3** | **7 738.9** |
| Property, plant and equipment | 10 | 8 257.2 | 6 677.2 | 4 111.9 |
| Investments in associated companies | 21 | 978.2 | 900.4 | 647.3 |
| Other shares | 22 | 166.1 | 132.1 | 1 008.6 |
| Other non-current assets | | 14.5 | 8.8 | 73.2 |
| **Total non-current assets** | | **18 661.6** | **16 496.9** | **13 579.9** |
| *Current assets* | | | | |
| Inventory | 7 | 2 400.8 | 1 751.1 | 819.7 |
| Biological assets | 6 | 10 014.0 | 9 536.6 | 6 207.9 |
| Trade receivables | 17 | 3 360.2 | 3 191.4 | 1 782.0 |
| Other receivables | 17 | 1 110.5 | 1 086.5 | 592.7 |
| Restricted cash | 16 | 213.1 | 167.1 | 89.3 |
| Cash in bank | 16 | 1 195.2 | 439.1 | 246.0 |
| **Total current assets** | | **18 293.7** | **16 171.8** | **9 737.5** |
| Assets held for sale | 5 | 19.0 | 1 059.1 | — |
| **Total assets** | | **36 974.3** | **33 727.7** | **23 317.4** |

| MARINE HARVEST GROUP (NOK MILLION) | NOTE | 2014 | 2013 | 2012 |
|---|---|---|---|---|
| **EQUITY AND LIABILITIES** | | | | |
| *Equity* | | | | |
| Share capital and reserves attributable to owners of Marine Harvest ASA | 24 | 14 702.2 | 16 318.5 | 11 619.7 |
| Non-controlling interests | 23 | 16.0 | 27.8 | 69.0 |
| **Total equity** | | **14 718.2** | **16 346.3** | **11 688.7** |
| *Non-current liabilities* | | | | |
| Deferred tax liabilities | 15 | 3 568.9 | 3 365.0 | 2 543.7 |
| Non-current interest-bearing debt | 11 | 10 669.1 | 7 710.2 | 5 338.5 |
| Other non-current liabilities | 20 | 2 334.4 | 976.2 | 414.7 |
| **Total non-current liabilities** | | **16 572.5** | **12 051.3** | **8 296.9** |
| *Current liabilities* | | | | |
| Current tax liabilities | 15 | 525.2 | 252.6 | 26.2 |
| Current interest-bearing debt | 11 | 7.0 | 686.7 | 377.8 |
| Trade payables | 18 | 2 039.2 | 2 232.6 | 1 452.5 |
| Other current liabilities | 18 | 3 112.3 | 1 967.7 | 1 475.4 |
| **Total current liabilities** | | **5 683.7** | **5 139.6** | **3 331.9** |
| Liabilities held for sale | 5 | — | 190.5 | — |
| **Total equity and liabilities** | | **36 974.3** | **33 727.7** | **23 317.4** |

OSLO, APRIL 28, 2015

Ole-Eirik Lerøy
*Chaiman of the Board*

Leif Frode Onarheim
*Vice Chairman of the Board*

Cecilie Fredriksen

Solveig Strand

Ørjan Svanevik

Heléne Vibbleus

Stein Mathiesen
*Employee representative*

Lars Eirik Hestnes
*Employee representative*

Kjellaug Samland
*Employee representative*

Alf-helge Aarskog
*Chief Executive Officer*

# Marine Harvest Group
## Financial statements and notes

| | | |
|---|---|---|
| 146 | Statement of comprehensive income | |
| 147 | Statement of financial position | |
| 149 | Statement of changes in equity | |
| 151 | Statement of cash flow | |

| | | | | | |
|---|---|---|---|---|---|
| 152 | Note 1 / General information | | 192 | Note 18 / Trade payable and other current liabilities |
| 152 | Note 2 / Significant accounting policies | | 193 | Note 19 / Secured liabilities and guarantees |
| 157 | Note 3 / Estimates and judgments | | 193 | Note 20 / Other non-current liabilities |
| 159 | Note 4 / Business segments | | 194 | Note 21 / Investments in associated companies |
| 162 | Note 5 / Business combinations, assets held for sale and discontinued operation | | 195 | Note 22 / Interest in joint ventures |
| | | | 196 | Note 23 / Consolidated entities |
| 163 | Note 6 / Biological assets | | 198 | Note 24 / Share capital |
| 167 | Note 7 / Inventory | | 200 | Note 25 / Earnings per share |
| 167 | Note 8 / Impairment testing of intangible assets | | 200 | Note 26 / Related party transactions |
| 169 | Note 9 / Intangible assets | | 201 | Note 27 / Contingent liabilities and provisions |
| 172 | Note 10 / Property, plant and equipment | | 201 | Note 28 / Other operating expenses |
| 175 | Note 11 / Interest-bearing debt | | 202 | Note 29 / Operating leases |
| 179 | Note 12 / Financial instruments | | 203 | Note 30 / Provisions |
| 183 | Note 13 / Capital management and risk management | | 204 | Note 31 / Research and development |
| 186 | Note 14 / Remuneration | | 204 | Note 32 / Auditors fee |
| 188 | Note 15 / Taxes | | 205 | Note 33 / Exceptional items |
| 191 | Note 16 / Cash | | 205 | Note 34 / New IFRS standards |
| 191 | Note 17 / Trade receivable and other receivables | | 206 | Note 35 / Subsequent events |

## STATEMENT OF COMPREHENSIVE INCOME

| MARINE HARVEST GROUP<br>(EUR MILLION) | NOTE | 2017 | 2016 | 2015 |
|---|---|---|---|---|
| Revenue | | 3 626.1 | 3 502.8 | 3 093.4 |
| Other income | | 23.3 | 7.4 | 19.0 |
| **Revenue and other income** | 4 | **3 649.4** | **3 510.2** | **3 112.4** |
| Cost of materials | 7/33 | -1 688.5 | -1 782.2 | -1 770.3 |
| Net fair value adjustment biomass | 6 | -340.3 | 386.2 | 10.1 |
| Salary and personnel expenses | 14 | -477.9 | -440.0 | -427.1 |
| Other operating expenses | 28 | -555.0 | -472.5 | -443.2 |
| Depreciation and amortization | 9/10 | -150.4 | -142.5 | -139.8 |
| Onerous contracts provision | 2/30 | 119.8 | -108.7 | -0.7 |
| Restructuring costs | 30 | -2.5 | -5.4 | -15.2 |
| Other non-operational items | 27 | 0.3 | 1.3 | 2.4 |
| Income/loss from associated companies and joint ventures | 21/22 | 33.7 | 62.6 | 23.4 |
| Impairment losses | 9/10 | -103.8 | -17.7 | -6.8 |
| **Earnings before financial items (EBIT)** | | **484.9** | **991.2** | **345.3** |
| Interest expenses | 12 | -46.7 | -48.4 | -46.5 |
| Net currency effects | 12 | -8.8 | 26.9 | 4.2 |
| Other financial items | 12 | 93.2 | -210.5 | -52.9 |
| **Earnings before taxes** | | **522.6** | **759.2** | **250.1** |
| **Income taxes** | 15 | **-59.9** | **-219.9** | **-91.6** |
| **Net earnings from continuing operations** | | **462.7** | **539.3** | **158.5** |
| **Profit after tax from discontinued operations** | | **—** | **—** | **-0.2** |
| **Profit or loss for the year** | | **462.7** | **539.3** | **158.3** |
| *Other comprehensive income* | | | | |
| Change in fair value of cash flow hedges including tax | 12/15 | — | — | -2.7 |
| Currency translation differences | | -192.6 | 49.0 | 44.7 |
| Currency translation associated companies and joint ventures | | -12.1 | 6.9 | — |
| **Total items to be reclassified to profit or loss in subsequent periods** | | **-204.7** | **55.9** | **42.1** |
| Actuarial gains (losses) on defined benefit plans net of tax | | 5.3 | -3.4 | -0.9 |
| Other gains and losses in comprehensive income | | -0.8 | 0.9 | 2.1 |
| **Total items not to be reclassified to profit or loss** | | **4.5** | **-2.5** | **1.2** |
| **Total other comprehensive income** | | **-200.3** | **53.4** | **43.3** |
| **Comprehensive income for the year** | | **262.5** | **592.7** | **201.6** |
| *Profit or loss for the year attributable to* | | | | |
| Non-controlling interests | | 0.3 | -0.3 | 0.1 |
| Owners of Marine Harvest ASA | | 462.5 | 539.6 | 158.2 |
| *Comprehensive income for the year attributable to* | | | | |
| Non-controlling interests | | 0.3 | -0.3 | — |
| Owners of Marine Harvest ASA | | 262.2 | 593.0 | 201.6 |
| **Earnings per share - basic (EUR)** | 25 | **0.97** | **1.20** | **0.36** |
| **Earnings per share - diluted (EUR)** | 25 | **0.86** | **1.20** | **0.36** |
| **Earnings per share for continuing operations - basic (EUR)** | 25 | **0.97** | **1.20** | **0.36** |
| **Earnings per share for continuing operations - diluted (EUR)** | 25 | **0.86** | **1.20** | **0.36** |

Case 2:10-md-02179-CJB-DPC   Document 24342-19   Filed 04/11/18   Page 11 of 11

147        Integrated Annual Report 2017        Financial statement and notes / Group                    Integrated Annual Report 2017        Financial statement and notes / Group        148

## STATEMENT OF FINANCIAL POSITION

| MARINE HARVEST GROUP (EUR MILLION) | NOTE | 2017 | 2016 | 2015 |
|---|---|---|---|---|
| ASSETS | | | | |
| *Non-current assets* | | | | |
| Licenses | 8/9 | 615.2 | 764.3 | 746.6 |
| Goodwill | 8/9 | 255.7 | 268.0 | 259.0 |
| Deferred tax assets | 15 | 13.1 | 2.6 | 11.5 |
| Other intangible assets | 9 | 26.1 | 32.4 | 27.6 |
| **Total intangible assets** | | **910.1** | **1 067.4** | **1 044.7** |
| Property, plant and equipment | 10 | 1 082.7 | 1 008.1 | 963.7 |
| Investments in associated companies and joint ventures | 21/22 | 170.7 | 175.0 | 123.9 |
| Other non-current financial assets | 12 | 0.4 | 0.4 | 0.4 |
| Other non-current assets | | 2.9 | 5.0 | 2.1 |
| **Total non-current assets** | | **2 166.7** | **2 255.8** | **2 134.9** |
| *Current assets* | | | | |
| Inventory | 7 | 306.9 | 248.2 | 277.7 |
| Biological assets | 6 | 1 200.5 | 1 573.8 | 1 140.2 |
| Trade receivables | 17 | 477.6 | 498.0 | 409.2 |
| Other receivables | 17 | 99.1 | 112.8 | 131.4 |
| Other current financial assets | 12 | 7.2 | 14.2 | 29.2 |
| Restricted cash | 16 | 12.6 | 15.9 | 11.6 |
| Cash in bank | 16 | 59.1 | 88.0 | 60.1 |
| **Total current assets** | | **2 163.0** | **2 551.0** | **2 059.4** |
| Assets held for sale | 5 | 0.5 | 3.5 | 1.8 |
| **Total assets** | | **4 330.3** | **4 810.4** | **4 196.1** |

| MARINE HARVEST GROUP (EUR MILLION) | NOTE | 2017 | 2016 | 2015 |
|---|---|---|---|---|
| EQUITY AND LIABILITIES | | | | |
| *Equity* | | | | |
| Share capital and reserves attributable to owners of Marine Harvest ASA | 24 | 2 314.2 | 2 068.4 | 1 894.6 |
| Non-controlling interests | 23 | 1.2 | 0.9 | 0.9 |
| **Total equity** | | **2 315.4** | **2 069.3** | **1 895.6** |
| *Non-current liabilities* | | | | |
| Deferred tax liabilities | 15 | 353.9 | 453.5 | 391.8 |
| Non-current interest-bearing debt | 11 | 773.3 | 993.4 | 1 071.4 |
| Other non-current financial liabilities | 12 | 75.9 | 439.6 | 209.5 |
| Other non-current liabilities | 20 | 12.0 | 11.5 | 12.0 |
| **Total non-current liabilities** | | **1 215.2** | **1 898.0** | **1 684.7** |
| *Current liabilities* | | | | |
| Current tax liabilities | 15 | 90.8 | 142.6 | 72.6 |
| Current interest-bearing debt | 11/18 | 130.3 | 0.1 | 0.2 |
| Trade payables | 18 | 280.9 | 275.5 | 248.0 |
| Other current financial liabilities | 12 | 91.8 | 91.4 | 98.0 |
| Provisions | 30 | 9.4 | 153.7 | 45.9 |
| Other current liabilities | 18 | 196.5 | 179.8 | 151.2 |
| **Total current liabilities** | | **799.7** | **843.1** | **615.9** |
| **Total equity and liabilities** | | **4 330.3** | **4 810.4** | **4 196.1** |

BERGEN, MARCH 19, 2018

| Ole-Eirik Lerøy | Lisbet K. Nærø | Cecilie Fredriksen | Paul Mulligan |
|---|---|---|---|
| *Chair of the Board* | *Vice Chair of the Board* | | |

| Jean-Pierre Bienfait | Birgitte Ringstad Vartdal | Kristian Melhuus | Lars Eirik Hestnes |
|---|---|---|---|
| | | | *Employee representative* |

| Unni Sværen | Yngve Magnussen | Alf-Helge Aarskog |
|---|---|---|
| *Employee representative* | *Employee representative* | *Chief Executive Officer* |