# Profit & loss account

All figures in NOK 1 000 (period 1.1 – 31.12)

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 2010 | 2009 |
|---|---|---|---|
| **OPERATING REVENUES AND COSTS** | | | |
| Operating revenues | 13 | **8 887 671** | 7 473 807 |
| Cost of sales | | **5 479 869** | 5 177 492 |
| Change in inventory | | **132 291** | -135 068 |
| Wages and other personnel costs | 11/14 | **777 845** | 690 477 |
| Other operating costs | | **691 791** | 586 743 |
| **EBITDA** | | **1 805 874** | 1 154 163 |
| Ordinary depreciation | 2/3 | **219 624** | 204 007 |
| **Operating result before value adjustment of biological assets** | | **1 586 249** | 950 156 |
| Value adjustment biological assets | 7 | **298 538** | 60 483 |
| **Operating result** | | **1 884 787** | 1 010 639 |
| **ASSOCIATED COMPANIES AND NET FINANCIAL ITEMS** | | | |
| Share of result in associated companies | 4 | **122 006** | 62 744 |
| Net financial items | 15 | **-66 272** | -86 105 |
| **Pre-tax result** | | **1 940 521** | 987 278 |
| Total tax cost | 12 | **-510 952** | -257 137 |
| **ANNUAL RESULT** | | **1 429 569** | 730 141 |
| Of which share for controlling interests | | **1 419 507** | 729 488 |
| Of which share for non-controlling interests | | **10 062** | 653 |
| **Earnings per share** | 16 | **26.25** | 13.62 |
| Diluted earnings per share | 16 | **26.25** | 13.62 |

Note regarding accounting principles and note 1-21 form an integral part of the consolidated accounts

# Balance sheet
All figures in NOK 1 000

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 31.12.10 | 31.12.09 |
|---|---|---|---|
| **FIXED ASSETS** | | | |
| Deferred tax asset | 12 | 3 697 | 4 461 |
| Licences, rights, goodwill | 2 | 3 847 760 | 2 959 611 |
| Buildings, real estate, operating equipment | 3 | 1 586 334 | 1 225 399 |
| Investments in associated companies | 4 | 338 864 | 272 970 |
| Shares available for sale | 4 | 22 989 | 23 115 |
| Long-term receivables | | 8 129 | 11 928 |
| **TOTAL FIXED ASSETS** | | **5 807 773** | **4 497 484** |
| **CURRENT ASSETS** | | | |
| Biological assets | 7 | 2 706 733 | 1 858 562 |
| Other goods | 8 | 290 379 | 236 311 |
| Accounts receivable | 9 | 1 013 932 | 876 127 |
| Other receivables | 5/9 | 176 282 | 130 734 |
| Cash and cash equivalents | 6 | 1 357 096 | 707 989 |
| **TOTAL CURRENT ASSETS** | | **5 544 422** | **3 809 723** |
| **TOTAL ASSETS** | | **11 352 195** | **8 307 207** |

Note regarding accounting principles and note 1-21 form an integral part of the consolidated accounts

# Balance sheet
All figures in NOK 1 000

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 31.12.10 | 31.12.09 |
|---|---|---|---|
| **EQUITY** | | | |
| Share capital | 20 | 54 577 | 53 577 |
| Own shares | | -12 355 | -12 355 |
| Share premium reserve | | 2 731 690 | 2 601 390 |
| Total paid-in capital | | 2 773 912 | 2 642 612 |
| | | | |
| Other equity | | 2 671 798 | 1 639 076 |
| Total retained earnings | | 2 671 798 | 1 639 076 |
| | | | |
| Non-controlling interests | | 548 564 | 18 568 |
| **TOTAL EQUITY** | | 5 994 274 | 4 300 256 |
| | | | |
| **LONG-TERM LIABILITIES** | | | |
| Long-term interest-bearing liabilities | 6/18 | 2 221 701 | 1 504 707 |
| Total long-term liabilities | | 1 312 | 826 |
| Deferred tax | 12 | 1 260 028 | 834 877 |
| Pension liabilities | 11 | 9 025 | 14 990 |
| **Total long-term liabilities** | | 3 492 066 | 2 355 400 |
| | | | |
| **SHORT-TERM LIABILITIES** | | | |
| Accounts payable | | 638 213 | 615 996 |
| Short-term loans | 6 | 434 121 | 646 105 |
| Public taxes due etc. | | 74 312 | 55 671 |
| Tax payable | 12 | 395 233 | 93 551 |
| Other short-term liabilities | 10 | 323 976 | 240 228 |
| **Total short-term liabilities** | | 1 865 855 | 1 651 551 |
| | | | |
| **TOTAL EQUITY AND LIABILITIES** | | 11 352 195 | 8 307 207 |

Note regarding accounting principles and note 1-21 form an integral part of the consolidated accounts

Bergen, 30 March 2011
**Board of Directors in Lerøy Seafood Group ASA**

Helge Singelstad
Chairman of the Board

Fons Brusselmans

Arne Møgster

Britt Kathrine Drivenes

Hege Charlotte Bakken

Hans Petter Vestre
Employee representative

Henning Beltestad
CEO



**SEAFOOD**

IN ADDITION TO ATLANTIC SALMON AND TROUT, LERØY SEAFOOD GROUP ALSO DELIVERS NORWEGIAN SKREI = WINTER COD TO THE MARKETS IN NORWAY AND EUROPE

## INCOME STATEMENT
All figures in NOK 1 000 (period 1.1 - 31.12)

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 2012 | 2011 |
|---|---|---|---|
| **OPERATING REVENUES AND COSTS** | | | |
| Operating revenues | 13 | **9 102 941** | 9 176 873 |
| Cost of materials | | **6 499 768** | 6 184 793 |
| Change in inventories | | **-57 449** | -318 613 |
| Salaries and other personnel costs | 11/14 | **1 031 872** | 967 789 |
| Other operating costs | | **853 884** | 858 107 |
| **EBITDA** | | **774 866** | 1 484 797 |
| Depreciation | 2/3 | **291 768** | 271 899 |
| Impairment loss | 3 | **33 000** | |
| **Operating profit before biomass adjustment** | | **450 098** | 1 212 898 |
| Adjustment of biomass to fair value | 7 | **294 735** | -615 767 |
| **Operating profit** | | **744 832** | 597 131 |
| **ASSOCIATED UNITS AND NET FINANCIAL COSTS** | | | |
| Income from associated companies | 4 | **24 831** | 19 741 |
| Net financial items | 15 | **-95 153** | -81 884 |
| **Profit before tax** | | **674 509** | 534 988 |
| Taxation | 12 | **-182 749** | -156 311 |
| **Annual profit** | | **491 760** | 378 677 |
| Of which controlling interests | | **480 797** | 382 705 |
| Of which non-controlling interests | | **10 963** | -4 028 |
| **Earnings per share** | 16 | **8.81** | 7.01 |
| Diluted earnings per share | 16 | **8.81** | 7.01 |

## COMPREHENSIVE INCOME
All figures in NOK 1 000 (period 1.1 - 31.12)

| LERØY SEAFOOD GROUP CONSOLIDATED | 2012 | 2011 |
|---|---|---|
| **The year's result to equity** | **491 760** | 378 677 |
| Conversion differences, etc. | **-13 826** | 1 492 |
| Change in fair value of financial instruments (cash flow hedges) | **-27 086** | -5 161 |
| Change in fair value of shares available for sale | **-7 200** | 0 |
| Change in value from associated companies | **-1 847** | 126 |
| **Comprehensive income** | **441 801** | 375 134 |
| Of which controlling interests | **431 474** | 379 166 |
| Of which non-controlling interests | **10 327** | -4 032 |

Comprehensive income is after tax, and all items are to be recycled to profit and loss
Note regarding accounting principles and notes 1-23 are an integral part of the consolidated accounts

# BALANCE SHEET
All figures in NOK 1 000

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 31.12.12 | 31.12.11 |
|---|---|---|---|
| **FIXED ASSETS** | | | |
| Deferred tax asset | 12 | **21 545** | 6 546 |
| Licences, rights and goodwill | 2 | **3 972 053** | 3 878 873 |
| Buildings, real estate, operating accessories | 3 | **2 094 539** | 1 836 384 |
| Shares in associated companies | 4 | **331 056** | 329 168 |
| Shares available for sale | 4 | **18 281** | 23 173 |
| Long-term receivables | | **8 607** | 8 453 |
| **TOTAL FIXED ASSETS** | | **6 446 081** | 6 082 597 |
| | | | |
| **CURRENT ASSETS** | | | |
| Biological assets | 7 | **2 724 941** | 2 370 938 |
| Other inventories | 8 | **326 225** | 328 045 |
| Accounts receivable | 9 | **995 289** | 934 443 |
| Other receivables | 5/9 | **199 083** | 148 395 |
| Cash and cash equivalents | 6 | **1 082 797** | 1 597 429 |
| **Total current assets** | | **5 328 337** | 5 379 250 |
| | | | |
| **Total assets** | | **11 774 419** | 11 461 847 |

Note regarding accounting principles and notes 1-23 are an integral part of the consolidated accounts

# BALANCE SHEET
All figures in NOK 1 000

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 31.12.12 | 31.12.11 |
|---|---|---|---|
| **EQUITY** | | | |
| Share capital | 20 | **54 577** | 54 577 |
| Own shares | 20 | **-330** | -330 |
| Share premium reserve | | **2 731 690** | 2 731 690 |
| Total paid-in capital | | **2 785 937** | 2 785 937 |
| | | | |
| Other equity | | **2 528 638** | 2 476 898 |
| Total retained earnings | | **2 528 638** | 2 476 898 |
| | | | |
| Non-controlling interests | | **649 381** | 534 931 |
| | | | |
| **Total equity** | | **5 963 956** | 5 797 766 |
| | | | |
| **LONG-TERM LIABILITIES** | | | |
| Long-term interest-bearing debt | 6/18 | **2 402 770** | 2 429 365 |
| Other long-term debt | | **0** | 0 |
| Deferred tax | 12 | **1 230 458** | 1 083 693 |
| Pension liabilities | 11 | **7 646** | 7 812 |
| Other long-term liabilities | 5 | **44 788** | 7 168 |
| **Total long-term liabilities** | | **3 685 662** | 3 528 038 |
| | | | |
| **SHORT-TERM LIABILITIES** | | | |
| Accounts payable | | **826 677** | 705 165 |
| Short-term loans | 6 | **911 887** | 760 977 |
| Public duties payable | | **66 915** | 62 386 |
| Taxes payable | 12 | **88 925** | 322 105 |
| Other short-term liabilities | 10 | **230 400** | 285 410 |
| **Total short-term liabilities** | | **2 124 802** | 2 136 043 |
| | | | |
| **Total liabilities** | | **5 810 464** | 5 664 081 |
| | | | |
| **Sum equity and liabilities** | | **11 774 419** | 11 461 847 |

Note regarding accounting principles and notes 1-23 are an integral part of the consolidated accounts

**Bergen 21 March 2013**
**Board of Directors in Lerøy Seafood Group ASA**

Helge Singelstad
Chairman

Marianne Møgster

Arne Møgster

Didrik Oskar Munch

Britt Kathrine Drivenes

Hege Charlotte Bakken

Hans Petter Vestre
Employees' representative

Henning Beltestad
CEO Lerøy Seafood Group ASA

# INCOME STATEMENT

All figures in NOK 1 000 (period 1.1 - 31.12)

| **LERØY SEAFOOD GROUP CONSOLIDATED** | Notes | **2014** | 2013 |
|---|---|---|---|
| **OPERATING REVENUES AND COSTS** | | | |
| Operating revenues | 13 | **12 579 465** | 10 764 714 |
| Other gains | 13 | **117 409** | 53 805 |
| Cost of materials | | **8 450 392** | 7 039 813 |
| Change in inventories | | **-447 053** | -258 380 |
| Salaries and other personnel costs | 11/14 | **1 270 880** | 1 094 464 |
| Other operating costs | | **1 262 518** | 1 004 148 |
| **EBITDA** | | **2 160 138** | 1 938 474 |
| Depreciation | 2/3 | **369 480** | 307 175 |
| Impairment loss | 3 | **1 982** | 5 500 |
| **Operating profit before biomass adjustment** | | **1 788 676** | 1 625 799 |
| Adjustment of biomass to fair value | 7 | **-327 414** | 764 229 |
| **Operating profit** | | **1 461 262** | 2 390 028 |
| **ASSOCIATED UNITS AND NET FINANCIAL COSTS** | | | |
| Income from associates | 4 | **91 939** | 192 188 |
| Net financial items | 15 | **-119 790** | -101 840 |
| **Profit before tax** | | **1 433 411** | 2 480 376 |
| Taxation | 12 | **-328 939** | -593 981 |
| **Annual profit** | | **1 104 473** | 1 886 395 |
| Of which controlling interests | | **1 055 916** | 1 733 352 |
| Of which non-controlling interests | | **48 557** | 153 043 |
| **Earnings per share** | 16 | **19,35** | 31,76 |
| Diluted earnings per share | 16 | **19,35** | 31,76 |

# COMPREHENSIVE INCOME

All figures in NOK 1 000 (period 1.1 - 31.12)

| **LERØY SEAFOOD GROUP CONSOLIDATED** | | **2014** | 2013 |
|---|---|---|---|
| **The year's result to equity** | | **1 104 473** | 1 886 395 |
| Conversion differences, etc. | 22 | **94 502** | 85 118 |
| Change in fair value of financial instruments (cash flow hedges) | 5 | **-72 200** | 8 785 |
| Change in fair value of shares available for sale | | **0** | -487 |
| Change in value from associates | | **-16** | -75 |
| Estimate differences pension plans | 11 | **-3 231** | 2 477 |
| Gain on shares for sale reclassified to income statement | | **-12 871** | 0 |
| **COMPREHENSIVE INCOME** | | **1 110 657** | 1 982 213 |
| Of which controlling interests | | **1 049 590** | 1 813 827 |
| Of which non-controlling interests | | **61 067** | 168 386 |

Comprehensive income is after tax, and all items (with exception of gain on pension plan and gain on shares available for sales) are to be recycled to profit and loss.
Note regarding accounting principles and notes 1-23 are an integral part of the consolidated accounts

# BALANCE SHEET
All figures in NOK 1 000

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 31.12.14 | 31.12.13 |
|---|---|---|---|
| **PLANT, PROPERTY AND EQUIPMENT** | | | |
| Deferred tax asset | 12 | **42 263** | 11 807 |
| Licences, rights and goodwill | 2 | **4 234 391** | 3 987 141 |
| Buildings, real estate, operating accessories | 3 | **2 676 716** | 2 377 012 |
| Shares in associates | 4 | **566 965** | 735 071 |
| Shares available for sale | 4 | **8 066** | 5 553 |
| Non-current receivables | | **32 263** | 26 171 |
| **TOTAL PLANT, PROPERTY AND EQUIPMENT** | | **7 560 664** | 7 142 755 |
| **CURRENT ASSETS** | | | |
| Biological assets | 7 | **3 681 993** | 3 727 361 |
| Other inventories | 8 | **524 947** | 358 482 |
| Trade receivables | 9 | **1 427 796** | 1 486 428 |
| Other receivables | 5/9 | **302 692** | 316 192 |
| Cash and cash equivalents | 6 | **1 360 272** | 872 513 |
| **TOTAL CURRENT ASSETS** | | **7 297 700** | 6 760 976 |
| **TOTAL ASSETS** | | **14 858 364** | 13 903 731 |

Note regarding accounting principles and notes 1-23 are an integral part of the consolidated accounts

# BALANCE SHEET

All figures in NOK 1 000

| **LERØY SEAFOOD GROUP CONSOLIDATED** | Note | **31.12.14** | 31.12.13 |
|---|---|---|---|
| **EQUITY** | | | |
| Share capital | 20 | **54 577** | 54 577 |
| Own shares | 20 | **-330** | -330 |
| Share premium reserve | | **2 731 690** | 2 731 690 |
| Total paid-in capital | | **2 785 937** | 2 785 937 |
| | | | |
| Other equity | | **4 476 377** | 3 969 263 |
| Total retained earnings | | **4 476 377** | 3 969 263 |
| | | | |
| Non-controlling interests | | **817 282** | 793 747 |
| **TOTAL EQUITY** | | **8 079 596** | 7 548 947 |
| | | | |
| **NON-CURRENT LIABILITIES** | | | |
| Long-term interest-bearing debt | 6/18 | **2 767 118** | 2 356 803 |
| Deferred tax | 12 | **1 531 262** | 1 486 972 |
| Pension liabilities | 11 | **6 878** | 3 227 |
| Other non-current liabilities | 5 | **131 980** | 36 700 |
| **Total non-current liabilities** | | **4 437 238** | 3 883 702 |
| | | | |
| **CURRENT LIABILITIES** | | | |
| Trade payables | | **1 053 524** | 1 059 434 |
| Short-term loans | 6 | **469 276** | 682 574 |
| Public duties payable | | **70 073** | 103 656 |
| Taxes payable | 12 | **335 062** | 320 344 |
| Other current liabilities | 10 | **413 595** | 305 074 |
| **TOTAL CURRENT LIABILITIES** | | **2 341 530** | 2 471 082 |
| | | | |
| **TOTAL LIABILITIES** | | **6 778 768** | 6 354 784 |
| | | | |
| **SUM EQUITY AND LIABILITIES** | | **14 858 364** | 13 903 731 |

Note regarding accounting principles and notes 1-23 are an integral part of the consolidated accounts

Bergen, 27. March 2015
**Board of Directors in Lerøy Seafood Group ASA**

Helge Singelstad
Chairman

Marianne Møgster

Arne Møgster

Didrik Oskar Munch

Britt Kathrine Drivenes

Hege Charlotte Bakken

Hans Petter Vestre
Employees' representative

Henning Beltestad
CEO Lerøy Seafood Group ASA











**RESPONSIBILITY STATEMENT FROM THE BOARD OF DIRECTORS AND CEO**

We declare, to the best of our knowledge, that the financial statements for the period 1 January to 31 December 2016 are prepared in conformance with current, applicable accounting standards, and give a good and fair view of the company's and the Group's assets, liabilities, financial position and profit or loss as a whole. We also declare that the annual report gives a fair view of the company's and the Group's development and position, together with a description of the principal risks and uncertainties facing the entity and the Group.

**Bergen, 21 April 2017**

Hege Singelstad
Chairman

Henning Beltestad
Group CEO

Marianne Møgster
Board Member

Hege Charlotte Bakken
Board Member

Britt Kathrine Drivenes
Board Member

Arne Møgster
Board Member

Didrik Munch
Board Member

Hans Petter Vestre
Employee's representative

86   LERØY SEAFOOD GROUP ANNUAL REPORT **2016**

# INCOME STATEMENT
All figures in NOK 1 000 (period 1.1 - 31.12)

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 2016 | 2015 |
|---|---|---|---|
| **OPERATING REVENUE AND EXPENSES** | | | |
| Operating revenue | 4/24 | 17 269 278 | 13 450 725 |
| Other gains and losses | 4 | 457 | 34 206 |
| Cost of materials | 22/24 | 10 561 407 | 9 278 374 |
| Change in inventories | | -296 387 | -465 960 |
| Salaries and other personnel costs | 15/21 | 1 785 537 | 1 411 024 |
| Other operating expenses | 21 | 1 864 088 | 1 447 625 |
| | | | |
| **EBITDA before fair value adjustments related to biological assets** | | 3 355 089 | 1 813 869 |
| Depreciation | 6/7 | 511 621 | 433 916 |
| | | | |
| **Operating profit before fair value adjustments related to biological assets** | | 2 843 468 | 1 379 953 |
| Fair value adjustments related to biological assets | 9 | 1 470 561 | 188 508 |
| | | | |
| **Operating profit (EBIT)** | | 4 314 030 | 1 568 461 |
| | | | |
| **ASSOCIATES AND NET FINANCIAL ITEMS** | | | |
| Income from associates | 4/8 | 262 783 | 61 376 |
| Net financial items | 12/22/23 | -131 491 | -128 728 |
| | | | |
| **Profit before tax** | | 4 445 321 | 1 501 110 |
| Taxation | 16 | -926 691 | -268 226 |
| | | | |
| **Annual profit** | | 3 518 630 | 1 232 883 |
| Of which controlling interests | | 3 224 143 | 1 179 718 |
| Of which non-controlling interests | | 294 488 | 53 165 |
| | | | |
| **Earnings per share** | 18 | 56.49 | 21.62 |
| Diluted earnings per share | 18 | 56.49 | 21.62 |

LERØY SEAFOOD GROUP ANNUAL REPORT **2016**   87

## COMPREHENSIVE INCOME
All figures in NOK 1 000 (period 1.1 - 31.12)

| LERØY SEAFOOD GROUP CONSOLIDATED | | 2016 | 2015 |
|---|---|---|---|
| **The year's result to equity** | | **3 518 630** | 1 232 883 |
| *Items that will not be reclassified subsequently to profit or loss* | | | |
| Estimate differences pension plans (including associates) | 8/15 | **4 346** | 1 502 |
| Conversion differences that are reclassified to profit and loss in the period | 23 | **0** | 3 929 |
| | | | |
| *Items that will be reclassified subsequently to profit or loss when specific conditions are met* | | | |
| Translation differences related to subsidiaries | 23 | **-59 095** | 38 162 |
| Translation differences from associates | 23 | **-97 957** | 58 749 |
| Change in value of financial instruments (cash flow hedges) | 12 | **40 934** | 4 829 |
| Change in value from associates | 8 | **-2 842** | -2 |
| | | | |
| **COMPREHENSIVE INCOME** | | **3 404 016** | 1 340 052 |
| Of which controlling interests | | **3 115 688** | 1 274 774 |
| Of which non-controlling interests | | **288 328** | 65 278 |

The items included in comprehensive income are after tax.
Note regarding accounting policies and notes 1-26 are an integral part of the consolidated financial statements.

## BALANCE SHEET
All figures in NOK 1 000

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 31.12.16 | 31.12.15 |
|---|---|---|---|
| **NON-CURRENT ASSETS** | | | |
| Deferred tax asset | 16 | **31 059** | 41 536 |
| Licences, rights and goodwill | 6/13 | **8 018 448** | 4 349 916 |
| Buildings, real estate, operating accessories | 7/13/14 | **4 209 108** | 2 899 633 |
| Shares in associates | 4/8/13 | **730 875** | 670 952 |
| Shares held for sale | 8/12 | **8 019** | 7 293 |
| Long-term receivables | 11 | **76 679** | 17 246 |
| **TOTAL NON-CURRENT ASSETS** | | **13 074 188** | 7 986 576 |
| | | | |
| **CURRENT ASSETS** | | | |
| Biological assets | 9/13 | **6 418 313** | 4 320 830 |
| Other inventories | 10/13 | **721 803** | 552 065 |
| Trade receivables | 11/12/13 | **2 209 281** | 1 568 820 |
| Other receivables | 11/12/13 | **421 302** | 307 798 |
| Cash and cash equivalents | 12/13 | **2 233 700** | 1 247 614 |
| **TOTAL CURRENT ASSETS** | | **12 004 399** | 7 997 127 |
| | | | |
| **TOTAL ASSETS** | | **25 078 587** | 15 983 703 |

Note regarding accounting policies and notes 1-26 are an integral part of the consolidated financial statements

## BALANCE SHEET

All figures in NOK 1 000

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 31.12.16 | 31.12.15 |
|---|---|---|---|
| **EQUITY** | | | |
| Share capital | 20 | 59 577 | 54 577 |
| Treasury shares | 20 | -30 | -330 |
| Share premium reserve | | 4 778 346 | 2 731 690 |
| **Total paid-in capital** | | **4 837 893** | **2 785 937** |
| | | | |
| Retained earnings | | 7 702 055 | 5 099 758 |
| | | | |
| Non-controlling interests | | 935 478 | 878 357 |
| | | | |
| **TOTAL EQUITY** | | **13 475 426** | **8 764 052** |
| | | | |
| **LONG-TERM LIABILITIES** | | | |
| Long-term interest-bearing debt | 12/13/14 | 4 541 276 | 2 377 123 |
| Deferred tax | 16 | 2 802 271 | 1 567 973 |
| Pension liabilities | 15 | 5 219 | 3 765 |
| Other long-term liabilities | 12 | 121 958 | 126 674 |
| **Total long-term liabilities** | | **7 470 724** | **4 075 535** |
| | | | |
| **SHORT-TERM LIABILITIES** | | | |
| Trade payables | 12 | 1 366 634 | 915 981 |
| Short-term loans | 12/13 | 1 094 089 | 1 465 144 |
| Public duties payable | | 263 991 | 123 457 |
| Tax payable | 16 | 477 842 | 200 151 |
| Other short-term liabilities | 12/13/17 | 929 880 | 439 383 |
| **Total short-term liabilities** | | **4 132 437** | **3 144 116** |
| | | | |
| **TOTAL LIABILITIES** | | **11 603 161** | **7 219 651** |
| | | | |
| **SUM EQUITY AND LIABILITIES** | | **25 078 587** | **15 983 703** |

Note regarding accounting policies and notes 1-26 are an integral part of the consolidated financial statements

Bergen, 21 April 2017
**Board of Directors of Lerøy Seafood Group ASA**

Helge Singelstad
Styrets leder

Marianne Møgster

Arne Møgster

Didrik Oskar Munch

Britt Kathrine Drivenes

Hege Charlotte Bakken

Hans Petter Vestre
Ansattes representant

Henning Beltestad
Konsernleder

## STATEMENT OF CASH FLOWS

All figures in NOK 1 000 (period 1.1 - 31.12)

| LERØY SEAFOOD GROUP CONSOLIDATED | Notes | 2016 | 2015 |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Profit before tax | | 4 445 321 | 1 501 110 |
| Taxes paid during the period | | -224 573 | -376 423 |
| Other gains and losses | | 0 | -34 206 |
| Depreciation | 6/7 | 511 621 | 433 916 |
| Profit impact associates | 8 | -262 783 | -61 376 |
| Change in fair value adjustments related to biological assets | 9 | -1 470 561 | -186 524 |
| Change in inventories/biological assets | 9/10 | -283 775 | -465 960 |
| Change in trade receivables | 11 | -390 159 | -114 825 |
| Change in trade payables | | 346 337 | -150 131 |
| Change in net pension liabilities | 15 | 1 454 | -3 113 |
| Net financial items classified as financing activities | 22 | 131 490 | 128 728 |
| Change in other accruals | | -37 280 | 95 357 |
| **Net cash flow from operating activities** | | **2 767 093** | **766 552** |
| | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Proceeds from sale of fixed assets | 7 | 27 746 | 85 336 |
| Payments for acquisitions of fixed assets | 7 | -769 841 | -651 548 |
| Payments for acquisitions of intangible assets | 6 | -534 | -10 053 |
| Proceeds from sale of shares in associates and other businesses | 8 | 22 081 | 899 |
| Payments for acquisitions of shares in associates and other businesses | 8 | -15 000 | -61 690 |
| Dividend payments received from associates | 4/24 | 103 800 | 49 000 |
| Payments for acquisition of Group companies and redemption of minorities | 5 | -3 376 208 | -87 950 |
| Cash and cash equivalents from business combinations | 3/5 | 288 311 | 8 254 |
| Proceeds/payments on other loans (short and long-term) | | -9 121 | 11 021 |
| **Net cash flow from investing activities** | | **-3 728 766** | **-656 731** |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Movement in short-term interest-bearing debt | | -328 151 | 637 765 |
| Proceeds from establishing new long-term debt | | 1 634 884 | 356 098 |
| Downpayments of long-term debt | | -727 300 | -408 261 |
| Interest payments received | | 18 539 | 12 169 |
| Interest paid and other financial expenses | | -159 675 | -139 925 |
| Equity contributions | | 2 174 289 | 973 |
| Dividends paid | 19 | -664 828 | -680 325 |
| **Net cash flow from financing activities** | | **1 947 758** | **-221 506** |
| | | | |
| **Net cash flow in the accounting period** | | **986 085** | **-111 685** |
| | | | |
| Cash and cash equivalents at start of period | | 1 247 614 | 1 360 272 |
| Currency translation differences | | 0 | -972 |
| **Cash and cash equivalents at end of period** | | **2 233 700** | **1 247 614** |
| | | | |
| This consists of: | | | |
| Bank deposits, etc. | | 2 233 700 | 1 247 614 |
| Of which restricted funds | | 95 135 | 57 257 |
| Unutilised overdraft facilities | | 1 684 982 | 1 170 952 |

Due to the business combination, not all cash flows will be directly comparable with the change in the balance sheet statement. The effect from the acquisition balance is excluded from the cash flow/change. For information about which balance sheet items this involves, see the note on business combinations.