**Salvage and restoration of the SV "St. Christopher"**

*Bryan Leveritt*

President St. Christopher Services

   This is the twentieth year that I have been focused and working to restore the historic 149 ft. 86 year old riveted steel sailing ship, The St. Christopher.  We have been able to retain the services of a very qualified Naval Architect and Engineer, He was Valedictorian of his National Maritime Academy Like Naval Academy but civilian. We were under way with full enthusiasm and force with our volunteer organizations, donors and supporters to completely restore to full service and passenger carrying certification (Jones Act Compliant) this historic sailing vessel.  This was prior to the devastating events of the BP Deep Water Horizon explosion and Oil spill.  The St. Christopher is a well-documented historic vessel. We are in process of documentation to join the Historic Naval Vessels Association which the USS Alabama is a member for example.  Our work over the years and the well organized properly equipped program at the time of the Deep Water Horizon disaster can be well documented in local Media, both TV and Newspapers.  She is one of the last existing sailing vessels used by a navy at war.  Being taken from her German owners in 1938 she survived WWII in the German navy.  How few German ships survived the war?  Nevertheless the BP disaster stopped and blocked us from completing restoration of the St. Christopher.  We were under way moving her to the Steiner shipyard in Bayou La Batre Alabama when the BP Deep Water Disaster pulled in all the marine equipment, closed the waters forced our volunteers to defend their companies and way of life.  Our Project Manager, Naval Architect, Engineer, David Hicks had previously called and arranged from Canal Barge for the barge required to move the St. Christopher to the Steiner shipyard.  No contracts were required because at the time there was hardly any marine work going on, the equipment was idle and in our vicinity.  They said just call when you are ready and we will get it right to you.  Since we are a nonprofit the barge company gave us a discount of 25.00 per day. David had already called for the second load of jacking equipment.

    The Deep Water Horizon blew up as our Project Manager David Hicks called for the barge required to move the St. Christopher.  All barges were held for BP, its contractors, federal agencies and Coast Guard, they became gold.  We had a tug standing by ready to move us.  The waters were also closed by the Coast Guard thus further blocking us from any transport of the St. Christopher.  We waited two or three weeks before moving any of our heavy equipment out.  We tried to find some way to continue, but had to pull our heavy equipment out when it was vandalized.  Later we had components for example shoring for the jacks stolen or burned.  We were unable find any alternate source of a barge which was the one irreplaceable component on the move to the shipyard.  We expected from the news reports that we might have crude oil up in Sioux Bayou within a few weeks if not days.  David and I made personal visits and telephone calls to anyone in the northern gulf coast who might have a suitable barge over the next many months.  Later on David would have even bought an older barge if we could have located one. It was beyond two years and beyond before they loosened their hold on barges.  Our volunteers felt like they had to defend the coast, protect their livelihood and to make some of the oil spill cleanup money out of necessity to survive.  Our volunteers were concerned that the disaster had ended for the foreseeable future if not permanently their former businesses, employment even way of life.

   The psychological impact on all of us was very heavy, many of our people were afraid of losing everything because of the disaster.  Others sought to profit from the cleanup for their businesses to survive and others to make a large wind fall from the cleanup.  This disrupted and dissipated our coalition and we have been unable to complete the removal.  Financial issues had hurt our supporters

by then and every one was dealing with the after effects of the oil spill. This extended delay caused severe damage to the ship by thieves, vandals and rust. This will further increase greatly our cost of saving the St. Christopher

   When the U.S. Coastguard shut down all the waters off the gulf coast and our volunteer companies, volunteers, and supporters dropped everything with us this caused us to be in violation of our U.S. Corps of engineers and Mississippi state environmental permits for the canal we dug to remove the ship from grounding in the salt marsh. We were in process of fulfilling our Permits. When the moratorium was declared that really pushed down even harder on us. Our volunteers were nearly all marine industry related. One of our board members, Joe Hans (Hans Construction) was in process of doing a permitted dredging project. He was having to barge the spoil past our canal to unload the spoil up river. Since it was a permitted project the character of the spoil material was known by the Mississippi Department of Marine Resources. A verbal OK was given to David Hicks our project manager to use this material to fill our canal. This would have been followed by a written document. We were prepared as the St. Christopher was loaded on the barge and headed toward Bayou La Batre to fill the canal. Everything was in place. The barge also would have carried in fill material and track hoe to unload it into the canal. This would have even saved Hans construction the expense of carrying this material further up river.   In the first few weeks after they first opened I found the Pascagoula BP Deep Water horizon office and went there in person. I begged for help, if they could loan us one of the barges they had that was idle. I was told by companies with barges they were all leased or held for the BP disaster and that there were quite a few just waiting. All we needed was 3 to 5 days but no one would help. Bp would not help even when I explained that Mississippi was going to take legal action against us if we did not get our ship out and Mississippi Marine Resources was very hostile towards us. As I talked to the Bp representative I explained what I was facing and he retorted " I know good and well what you are facing" Well why did not Bp help. It would have cost them almost nothing  Every one was focused on the cleanup.

   We needed a barge for three to five days. I told BP we had to finish moving our ship and that we were legally required to fill our canal to satisfy our Mississippi state and U.S. Corps of Engineers environmental permit obligations.
   The disaster had stopped us from completing our permit requirements much less blocked the renovation of our Historic sailing ship. I told BP of the seriousness's of the already continuing and upcoming action of the Mississippi Marine Resources Commission against us because we were not able to fulfill our environmental permits. Also of the potential destruction of our historic ship. The action against us started that August. Again I begged for help from Bp, I was told to check back in every day some times 2 days but again and again. I told them we were unable to fulfill our environmental permits and action was in process.  BP told me to wait on Feingold taking over the process. Again the same thing again and again the same thing, tomorrow the next day.

   They said they knew good and well what my situation was even as I explained what the Mississippi Marine resources was going to do. The Mississippi Marine Resources Commission put us through a number of public hearings, this is all in the public media, TV and newspapers. The hearings were very hostile and demeaning demanding we cut up the ship and fill the canal. Why were they so keen to force us to destroy our historic sailing ship? The Mississippi Marine resources Commission's reason was they were tired of messing with us. We had to get several renewals of our state and U.S. corps of Engineers permits due to the large expensive effort being done with volunteers to move our vessel. All we were trying to do is save one of the last sailing ships from the age of sail. It was noted that we had only been stopped by the worst two disasters to hit Mississippi since the civil war, Katrina and the BP Deep Water Horizon disaster.  Both times we were in process of moving the St. Christopher to the

Steiner shipyard.  The commission turned us over to the Mississippi Attorney General and they sued St. Christopher Services Inc. and me personally as President of St. Christopher services.  I was unable to afford any legal representation and could not find any pro bono help. I went through a number of Court hearing personally.  The amount was as of June 2013 at $121,000.00. The Corps of Engineers was just happy we had not given up. I received the notice that they are acting on this June 2013. I could not find any legal help for us again which has had the effect over the years of paralyzing our charitable organization and any new efforts to recover our vessel.  Personally this has hung over me like the sword of Damnacleaves, paralyzing what I can do in business or anything else. Looters, vandals, Metal thieves and rust have done severe damage to St. Christopher.  Even when we caught them red handed with cutting torches cutting up our ship and even with a receipt for scrap sales, we were unable to get the city of Gautier to follow through to prosecute or defend us from them.

   It hurts so much to see the damage and vandalism, I have had to watch our historic vessel being destroyed bit by bit.  Then vandals burned out the interior and this warped deck plates and more because of the amount of fuel they used. All the years trying to protect her to see the graffiti, port holes stolen or damaged, sea doors stolen, metal cut off, as much as 100 tons of ballast stolen and of course rust.

   I received in June 2014a letter from the Attorney Generals .prosecutor with an intent to follow through with the fine for not filling the canal etc. as our permits required.  The amount of the fine was nearing $500.000  This action was aimed to destroy our historic vessel and destroy me financially. I did communicate with the attorney general's prosecutor that I was still pursuing a BP settlement and begged for mercy.  He said that he had to do as ordered.  They demanded during the hearings again and again that we cut up our historic vessel for scrap.  The tone of these hearings was extremely hostile and arrogant toward us.  They followed through with having the Mississippi Attorney General prosecute me personally and our nonprofit.  This even though we were fully engaged in the process of fulfilling the terms of our permits and the Deep Water Horizon disaster intervened, stopped and blocked us. The action by the state of Mississippi has had a drastic chilling effect on our nonprofit and me personally business wise etc..  We were unable to add anyone to our board, fund raise etc.. If we get her out we have this tremendous fine to deal with from the state of Mississippi.  The documentary of the salvage and restoration of the St. Christopher was underway and we had a crew and resources coming together with intent of a special on PBS, History Channel etc..  The videoing of the cleaning and preparation of the vessel was already underway. We had intent of a follow through program about how to refurbish your own boat interspersing the ultimate restoration of a eighty one year old sailing ship and it's technology.  For the individual boat owner how to select a boat design for your waters (where you will be boating) to fiberglass repair, work safety, and boating safety.

    Now to just sit down and have to go back through all this again has been very distressing.  All our effort over twenty years and efforts ofso many volunteers all but lost.  So much time, effort and I had to put off many other things even vacations working on the St. Christopher instead.  I worked at make do jobs that were such that time and attention needed for the St. Christopher did not take from my employer, basically commission sales. Even the fuel to make the approximately 140 mile round trip from home to St. Christopher added up greatly over the years.  It has taken a lot of time to be able to be able to go back through this again and again as I have gone through all the phases of the various settlements and lawyers.  All that we endured years of biting yellow flies, biting gnats, steamy heat, cold, snakes, alligators, looters, vandals and the Mississippi Marine Resources Commission.
David Hicks our Naval architect and project manager, Capt. Ted Craven, Joe Hans Hans Construction were with me as we had the series of court hearings.  Having to go through this without legal representation was indeed coming to the gun fight with a knife.  I was totally helpless and was forced to sign a consent agreement for which fines would mount up quickly killing any ability to save our ship fulfilling their goal of destroying our ship because we were unable to move her in time, delayed by Bp.

The St. Christopher and her mission has been my main focus of the last 20 years of my life.  Not only has all this work been virtually destroyed, but it is poised to hatefully bankrupt me by the action Mississippi marine resources Commission.  All I was trying to do was keep the skills, traditions and science of the sailing ship in living memory.   An officer or seaman initially trained on a sailing ship does much better throughout their career.  The US Coastguard, Russia, France, Portugal, Denmark, Brazil, Indonesia and others all use sail training.  We have been a member of Tall Ships America in the past and as our project comes back together rejoin again.  We are in process of documentation to join the Historic Naval ships Association.  The Battleship Alabama is also a member.  We are eligible because of our vessel's participation in the WWII German Kriegsmarine.  Our most important purpose though is our charitable focus once the St. Christopher is complete is to help people in the middle of disasters at least ease their distress.  Whether youth at risk, addiction, natural disasters (hurricane, earth quake) or medically underserved area these are our directions of action.

   This refusal to remedy the damage that the BP-Deep Water Horizon has done has greatly increased the damage to our nonprofit, our historic ship and me personally. This has kept us from developing the humanitarian medical aspect of our programs, suppressed our youth at risk program kept me from being able to do any business ventures and many other opportunities. Just the distress of seeing our ship torn apart by thieves, vandals, rust and the interior incinerated by arsonist has been extreme, then on top of that the state of Mississippi trying to destroy the ship and me personally.

   I have been a catastrophe insurance adjuster periodically since 2005 for both home and marine after both hurricanes and tornadoes.  Also I have been involved in the construction side of disaster recovery and am a licensed home builder.  Skills and experience that I had hoped to put to use for our missions. What do I say seeing everything that our volunteers and I worked for many years destroyed?  A vessel non Jones act Compliant of this size and vintage in proper operational condition and certification (non Jones act compliant would be very much a disadvantage for us) would have a value in the range of three million up.  Then here is its historic value as one of the last sailing vessels used by a navy at war and a rare survivor of the WWII German Kriegsmarine. The ability to get in the news when you come into port is a definite help with recruiting and fund raising.  The value in the case of a commercial application of the St. Christopher as a luxury cruise vessel would even be greater.  The rebuilt essentially new Jones act compliant passenger certified vessel which our volunteers were in process of producing would have a value in the range of  20 million dollars.  This valuation properly in more detail will come from our Naval Architect and Project manager David Hicks. David besides our Project Manager, Naval Architect, engineer, graduate of the national maritime academy, former American Bureau of shipping inspector and much more.  His Marine machine shop, heavy equipment and shipbuilding facilities were part of his help.  He is also a consultant national and internationally.  Ship yard owner Russell Steiner opened his facilities to us the Steiner Shipyard in Bayou La Batre Alabama. He is providing the lift out and a place to rebuild her, as well as benefiting from his considerable knowledge and experience as a ship builder.  Another supporter was the owner of a trucking company and former CEO of a heavy lift company that moved stuff like oil tanks, monuments and light houses, etc.. We had access to all this equipment and were underway with it moving the St. Christopher to get on the barge. The support was snowballing as our supporters were getting their friends to become part of the group of volunteers also.  There is also the issue of the charter value of the vessel for the time lost.  We have lost the use of the rebuilt vessel and her charter value should also be considered. For our nonprofit lost momentum, program development and fund raising etc..  For the people we would have helped they have lost our help and encouragement.  We had started a documentary of the saving and rebuilding of the St. Christopher to be for PBS or one of the cable channels.  We were looking toward a program with interspersing the rebuilding of the ultimate rebuilder the sailing ship the St. Christopher with how to repair your own boat along the lines of this old house.  The ultimate with what every boat owner or want to be boat owner would like to do, how to get your boat cheap or improve the one you have. The show on completion the St. Christopher of could have tracked her missions and helped fund

her charitable work.
   We faced what had come in the range of $500.000 fine from the signed consent agreement increasing daily.  I also ask for compensation for our nonprofit and myself personally, this action by the Mississippi Marine resources Commission has crushed our nonprofit and me personally.  This has shut down any thing we could do with St. Christopher services and has shut me down from being able to do anything personally in business or any retirement.  This has been 20 years of my and our volunteer's investment in time and money enduring yellow flies, gnats, snakes, looters, vandals and heat.  I feel like I wasted all their and my time and investment.   At 70 I have had this action by Mississippi hang over me for more than four years and 20 years of working and spending on the ST. Christopher all being destroyed without doing the good we intended.   I faced bankruptcy only because I wanted to save one of the last sailing ships and put her to charitable use.  To the best of my knowledge more legal action has been done against me personally than any one responsible for the Deep Water Horizon disaster and I am only a victim of this.

Two years ago as the judgment would have expired  Mississippi took action against me personally( a judgment mounting daily) and our non profit again and would not negotiate any thing other than an extreme demand to pay $35,000 to refill the canal and still they would not allow us to remove the boat. They forced me to use the modest retirement savings I had on legal fees. David Hicks presented a thorough engineering plan, he said if he had done this for a client he would have charged $10,000.  The marine resources personnel in the meeting ridiculed the plan and would not believe that he could pick up and move the ship on to the barge.  David built the Beal street floating wharf in Memphis Tn. for the US  Corps of engineers. It was 3-400 ft. long and David used the same technology to assemble its 60 tonn segments.  Any emergency assistance to save what's left of our ship and get the State of Mississippi off our back would have been greatly appreciated but Bp would not take any action to save us from the situation they had put us in. We had asked the Mississippi Marine Resources Commission to ask Bp to help us because the Closure of waters and  moratorium had blocked us from moving the St. Christopher in a timely fashion. Our This put us in jeopardy because of the expiration of state and federal permits.  This request was all but made fun of by the Commission.  All of this has taken place before local media and will be evident to any one examining the evidence.  It is all documented in print, radio, and TV coverage.  Without the Bp Deep Water Horizon disaster our sailing ship St. Christopher would have been totally rebuilt to passenger caring standards and certification as well as Jones act compliant. She would have been thoroughly outfitted for her purpose of medically based humanitarian help and built up a base of supporters to keep her funded properly maintained and active. The Youth at risk program would have been underway on board and on other vessels.  Again to the best of my knowledge more was done against me personally by Mississippi, fines and court proceedings than any one with Bp etc.  They could not do any thing much to Bp so we were the little guy they could crush and still feel like they had power.   The settlement should consist of the value of the vessel thoroughly rebuilt to passenger caring standard and Jones act compliant and equipment for her missions.  Loss of use, rental value of our vessel. Value of the medical and other humanitarian help that would have been delivered. Continuing support to replace the support that would have been built up over time to cover expenses and overhead. Compensation for the President, thousands of hours on the phone, internet and in person dealing with the effects caused by the spill, waters closure, and moratorium. Loss of income what I would have earned elsewhere.  Facing the abusive, demeaning and vindictive treatment by the Mississippi Marine Resources Commission. Public televised hearings like going before congress. There was a constant hammering about cutting our ship up for scrap that was demanded again and again.  Had to give them an estimated cost to do that. If we had not been high enough out of their range they would have destroyed it themselves. If we filled in the canal the ship was done. At the round with them they demanded that we pay $35,000 for them to refill the canal and reapply to dig it back out to save our ship. I was treated like some kind of Mafia figure not some one with volunteers who was in process of saving one of the last of the tall ships. We had no funding, it was

coming all out of our own pockets. Our intent was historic preservation and humanitarian disaster aid program. Their whole goal was to destroy our ship because it took us longer than expected to get things in place. The US Corp of engineers had no problem with us they were glad we had not given up despite hurricane Katrina and The Bp Deep Water Horizon disaster, the two worst things to hit Mississippi since the Civil War.  Then turned over to the Mississippi for prosecution I had no funds for defense and had no legal help and the prosecutor took advantage threatening me with criminal sanction and forcing a daily fine of $500 per day and no way to get the ship.  This prosecution meant that all our volunteers ran for cover.  In the final legal round I had to spend all my modest retirement funds fir legal representation and that was done to punish me some more.  This is not all the story and this is mostly public media rechord.  Pease no more games.  Let's give future generations experience the sailing ship and the gift of service she brings. It would have been great media and public relations for Bp to help and even sponsor us.  That would have done a lot of good and been something that would have made Bp look good for many years.

My Best Regards,
Bryan Leveritt
President St. Christopher Services
251-401-1460
9275 old hwy. 43 so.
Creola, Al. 36525
Bryan.leveritt@yahoo.com