No. 17-30936

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

In Re: Deepwater Horizon

Action Restoration, Incorporated,

Plaintiff-Appellant,

v.

BP America, Incorporated; BP, P.L.C.; BP Products North America, Incorporated; BP Exploration & Production, Incorporated; Transocean, Limited; Transocean Deepwater, Incorporated; Transocean Offshore Deepwater Drilling, L.L.C.; Halliburton Energy Services, Incorporated,

Defendants-Appellees

On Appeal from the U.S. District Court for the Eastern District of Louisiana, Nos. 2:10-md-2179, 2:12-cv-1422, 2:13-cv-5367, 2:13-cv-6009, 2:13-cv-6010, 2:16-cv-6303, 2:16-cv-9458, 2:16-cv-11716, 2:16-cv-11744, 2:17-cv-5490, 2:17-cv-5491, 2:17-cv-5493, 2:16-cv-6330, 2:16-cv-5166, 2:16-cv-4517, 2:16-cv-4906, 2:16-cv-5826, 2:17-cv-5364, 2:17-cv-6131, 2:17-cv-6133, 2:17-cv-6134, 2:17-cv-6135

James Glick; Russell Lengacher; Luke Martin; Nelson Mast,

Plaintiffs-Appellants,

v.

BP Exploration & Production, Incorporated; BP America Production Company; BP Corporation North America, Incorporated; BP, P.L.C.; Transocean Offshore Deepwater Drilling, Incorporated; Transocean Holdings, L.L.C.; Transocean Deepwater, Incorporated; Transocean Limited; Triton Asset Leasing GMBH; Halliburton Energy Services, Incorporated; Sperry Drilling Services,

Defendants-Appellees

**********

SGI Land Company, L.L.C.; Gary Pesce, doing business as Ocean Flex OMTS; Kyrt M. Wentzell; Kyrt M. Wentzell Innovations, doing business as Chum Churn,

Plaintiffs-Appellants,

v.

BP Exploration & Production, Incorporated; BP America Production Company; BP Corporation North America, Incorporated; BP, P.L.C.; Transocean Offshore Deepwater Drilling, Incorporated; Transocean Holdings, L.L.C.; Transocean Deepwater, Incorporated; Transocean Limited; Triton Asset Leasing GMBH; Halliburton Energy Services, Incorporated; Sperry Drilling Services,

Defendants-Appellees

**********

James Glick; Russell Lengacher; Luke Martin; Nelson Mast,

Plaintiffs-Appellants,

v.

Transocean Holdings, L.L.C.; Transocean Deepwater, Incorporated; Transocean Offshore Deepwater Drilling, Incorporated; Halliburton Energy Services, Incorporated; BP Exploration & Production, Incorporated; Sperry Drilling Services; BP America Production Company,

Defendants-Appellees

**********

Kyrt M. Wentzell, Kyrt M. Wentzell Innovations, doing business as Chum Churn,

Plaintiffs-Appellants,

v.

BP Exploration & Production, Incorporated; BP America Production Company; BP Corporation North America, Incorporated; Transocean Offshore Deepwater Drilling, Incorporated; Transocean Holdings, L.L.C.; Transocean Deepwater, Incorporated; Halliburton Energy Services, Incorporated; Sperry Drilling Services,

Defendants-Appellees

**********

Gary Pesce, doing business as Ocean Flex OMTS,

Plaintiff-Appellant,

v.

BP Exploration & Production, Incorporated; BP America Production Company; Transocean Offshore Deepwater Drilling, Incorporated; Transocean Holdings, L.L.C.; Transocean Deepwater, Incorporated; Halliburton Energy Services, Incorporated; Sperry Drilling Services,

Defendants-Appellees

**********

SGI Land Company, L.L.C.,

Plaintiff-Appellant,

v.

BP Exploration & Production, Incorporated; BP America Production Company;

3

Transocean Offshore Deepwater Drilling, Incorporated; Transocean Holdings, L.L.C.; Transocean Deepwater, Incorporated; Halliburton Energy Services, Incorporated; Sperry Drilling Services,

Defendants-Appellees

\*\*\*\*\*\*\*\*\*\*

Romy F. Berel, III,

Plaintiff-Appellant,

v.

BP, P.L.C.; BP Exploration & Production, Incorporated; BP America Production Company,

Defendants-Appellees

\*\*\*\*\*\*\*\*\*\*

Mark R. Rodgers,

Plaintiff-Appellant,

v.

BP, P.L.C.; BP Exploration & Production, Incorporated; BP America Production Company,

Defendants-Appellees

\*\*\*\*\*\*\*\*\*\*

Ultra Wireline Services, L.L.C.,

Plaintiff-Appellant,

v.

BP, P.L.C.; BP Exploration & Production, Incorporated; BP America Production Company,

Defendants-Appellees

\*\*\*\*\*\*\*\*\*\*

Kern Martin Services, Incorporated,

Plaintiff-Appellant,

v.

BP Exploration & Production, Incorporated; BP America Production Company,

Defendants-Appellees

\*\*\*\*\*\*\*\*\*\*

Daniel Cepeda; Fernando Canul Mijangos; Jose Catana; Juan Cepeda Rodriguez; Prescadores Del Golfo De Mexico, S.C. De R.L.,

Plaintiffs-Appellants,

v.

BP Exploration & Production, Incorporated; BP America Production Company, BP P.L.C.; Halliburton Energy Services, Incorporated,

Defendants-Appellees

5

\*\*\*\*\*\*\*\*\*\*

Raoul v. Galan, Jr.,

Plaintiff-Appellant,

v.

BP, P.L.C.; BP Exploration & Production, Incorporated; BP America Production Company,

Defendants-Appellees.

---

**KERN MARTIN SERVICES, INC.'S**
**UNOPPOSED MOTION TO SUPPLEMENT RECORD ON APPEAL**

---

COMES NOW the Plaintiff/Appellant Kern Martin Services, Inc. ("Kern Martin") and moves the Court to supplement the Record on Appeal (ROA) as follows:

1. The ROA does not include the order from which Kern Martin appeals entered by the District Court in MDL 10-2179 on July 19, 2017.

2. Although the ROA includes the docket sheet in Case No. 2:17-CV-05364, it does not include Kern Martin's complaint filed on May 30, 2017, in Case No. 2:17-cv-05364. The ROA also does not include pretrial orders 1 and 25 entered by the District Court on May 31, 2017 as Document 4 in Case No. 2:17-cv-05364.

3. Upon discovering that the ROA does not include these three pleadings, counsel for Kern Martin promptly sought the consent of the BP Appellees to the supplementation of the ROA to include these three pleadings. See attached correspondence dated February 20, 2018.

4. BP consented to the supplementation of the ROA to include these three pleadings. See attached email dated February 23, 2018.

5. For ease of reference given the volume of the record in MDL 2179, the three pleadings to be added to the ROA are attached to this motion.

Based upon the foregoing, Plaintiff/Appellant Kern Martin Services, Inc. respectfully requests that the ROA be supplemented to include these three pleadings and that the Clerk of the District Court be directed to prepare a supplement to the ROA adding these three pleadings.

Filed this 27th day of February, 2018.

Respectfully submitted,

/s/ Steven L. Nicholas
Steven L. Nicholas
sln@cunninghambounds.com
David G. Wirtes, Jr.
dgw@cunninghambounds.com
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama    36604

(251) 471-6191   Telephone
(251) 479-1031   Facsimile
Attorneys for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that, on February 27, 2018, an electronic copy of the foregoing Unopposed Motion to Supplement Record on Appeal was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

*/s/ Steven L. Nicholas*
Attorney for Plaintiff-Appellant Kern Martin Services, Inc.

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

The undersigned certifies that the foregoing motion complies with Fed. R. App. P. 27(d)(2) because it contains 261 words. The motion also complies with the typeface and style requirements of Fed. R. App. P. 27(d)(1) because it has been prepared in a proportionally spaced typeface using Microsoft WordPerfect in Times

New Roman of 14 points or more.

/s/ *Steven L. Nicholas*
Attorney for Plaintiff-Appellant Kern Matin Services, Inc.



# CUNNINGHAM BOUNDS LLC

ROBERT T. CUNNINGHAM
JOSEPH M. BROWN, JR.*
GREGORY B. BREEDLOVE*
DAVID G. WIRTES, JR.**
TOBY D. BROWN*
GEORGE W. FINKBOHNER, III*
STEPHEN C. OLEN
STEVEN L. NICHOLAS
DAVID S. CAIN, JR.*
WILLIAM E. BONNER
ROBERT L. MITCHELL*
J. BRIAN DUNCAN, JR.
LUCY E. TUFTS

ALLISON W. SMALLEY
ASHLEY H. ROBINSON
MELISSA W. WETZEL

OF COUNSEL
RICHARD BOUNDS
JOHN T. CROWDER, JR.
JOSEPH R. SULLIVAN
JOSEPH D. STEADMAN

ROBERT T. CUNNINGHAM, SR.
(1918-2001)

February 20, 2018

**EMAIL**

Devin C. Reid
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139

    Re:    Kern Martin Services, Inc. v. BP America, Inc., *et al.*
            Fifth Circuit Case No. 17-30936

Dear Devin:

I write regarding supplementing the record on appeal.

Upon reviewing the record, we have determined that Judge Barbier's July 19, 2017, order "As to the Remaining Cases in the B1 Pleading Bundle, etc.," is not in the record.

Also, although the record contains the complete docket sheet in Case No. 2:17-cv-05364, it does not contain Kern Martin Services Inc.'s Complaint and its exhibits or Document No. 4 pursuant to which Pretrial Orders No. 1 and 25 were entered in Case No. 2:17-cv-05364. For ease of reference, I have attached the pleadings which are the subject of this letter.

Please let us know immediately if we can advise the Court that Defendants/Appellees consent to supplementation of the record to include these pleadings.

Very truly yours,

Steven L. Nicholas
For the Firm

SLN.slt
Attachments

1601 DAUPHIN STREET | MOBILE, ALABAMA 36604 | T (251) 471 6191 | TF (800) 472 6191 | F (251) 479 1031
MAILING ADDRESS POST OFFICE BOX 66705 | MOBILE, ALABAMA 36660 | CUNNINGHAMBOUNDS.COM

*CERTIFIED AS A CIVIL TRIAL SPECIALIST BY THE NATIONAL BOARD OF TRIAL ADVOCACY **CERTIFIED AS AN APPELLATE SPECIALIST BY THE AMERICAN INSTITUTE OF APPELLATE PRACTICE

## Joe Steadman

**From:** Steve Nicholas
**Sent:** Friday, February 23, 2018 3:16 PM
**To:** Joe Steadman
**Subject:** FW: Kern Martin Services, Inc. v. BP America, Inc.; et al.

**Steve Nicholas**

**Cunningham Bounds, LLC**
Phone: (251) 471-6191
Fax: (251) 479-1031
Toll Free: (800) 472-6191
SLN@cunninghambounds.com
www.cunninghambounds.com
Post Office Box 66705
Mobile, AL 36660



This email contains privileged and confidential information protected by the attorney work product doctrine and attorney-client privilege. If you receive this email in error, please notify the sender immediately.

**From:** Devin Reid [mailto:dcreid@Liskow.com]
**Sent:** Friday, February 23, 2018 3:04 PM
**To:** Sara L. Trachsler <slh@cunninghambounds.com>
**Cc:** Steve Nicholas <sln@cunninghambounds.com>; Dave Wirtes <dgw@cunninghambounds.com>; Joe Steadman <jds@cunninghambounds.com>; bposem@cunninghambounds.com; Jeffrey Bossert Clark (Jeffrey.Clark@kirkland.com) <Jeffrey.Clark@kirkland.com>
**Subject:** RE: Kern Martin Services, Inc. v. BP America, Inc.; et al.

Steve,

BP consents.

It also appears that the Clerk has not submitted the pleadings associated with 17-cv-6131, 17-cv-6133, 17-cv-6134, and 17-cv-6135 despite being listed in the joint designations of record on appeal. It may be helpful if your request notifies the Clerk that these pleadings were omitted as well.

Best regards,

Devin C. Reid
Liskow & Lewis
701 Poydras Street, Ste. 5000
New Orleans, Louisiana 70139
Direct: (504) 556-4151
Fax: (504) 556-4108
**dcreid@liskow.com**

**From:** Sara L. Trachsler [mailto:slh@cunninghambounds.com]
**Sent:** Tuesday, February 20, 2018 11:25 AM
**To:** Devin Reid <dcreid@Liskow.com>
**Cc:** Steve Nicholas <sln@cunninghambounds.com>; Dave Wirtes <dgw@cunninghambounds.com>; Joe Steadman <jds@cunninghambounds.com>; bposem@cunninghambounds.com
**Subject:** Kern Martin Services, Inc. v. BP America, Inc.; et al.

Please see letter attached.

We have attempted to email the attachments to you, but they are too large for your email server. Therefore, we are forwarding the pertinent documents today by FedEx.

**Sara Trachsler**
Legal Secretary to Steve C. Olen and
Steven L. Nicholas

**Cunningham Bounds, LLC**
Phone: (251) 471-6191 x121
Fax: (251) 479-1031
Toll Free: (800) 472-6191
SLH@cunninghambounds.com
www.cunninghambounds.com
Post Office Box 66705
Mobile, AL 36660



This email contains privileged and confidential information protected by the attorney work product doctrine and attorney-client privilege. If you receive this email in error, please notify the sender immediately.