

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | C.A. NO. 2:10-mdl-02179<br><br>SECTION: J |
| This Document Relates to Case No.: *Certain Cases in the "B1" Pleading Bundle and Docket Number:* **2:13-cv-01494** | * * * * | JUDGE BARBIER |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW, ADAMS HOMES OF NORTHWEST FLORIDA INC., by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs and taxed as paid.

Case Name(s) and docket number(s) to be dismissed are:

**Adams Homes of Northwest Florida, Inc.   2:13-cv-01494**

DATED:  April 10, 2018

/s/Gregory P. Fayard
Robert A. Emmanuel
Florida Bar No. 283797
Gregory P. Fayard
Florida Bar No. 609811
Emmanuel Sheppard & Condon
30 S. Spring Street
Pensacola, FL 32502
T: (850) 433-6581

        F: (850) 434-5856
        Attorneys for Adams Homes
        Of Northwest Florida, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of April, 2018.

        /s/Gregory P. Fayard
        Robert A. Emmanuel
        Florida Bar No. 283797
        Gregory P. Fayard
        Florida Bar No. 609811