# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 11, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-30413   In re: Deepwater Horizon
                       USDC No. 2:10-MD-2179
                       USDC No. 2:12-CV-970
                       USDC No. 2:15-CV-4143
                       USDC No. 2:15-CV-4146
                       USDC No. 2:15-CV-4654

Enclosed is an order entered in this case.

In addition to filing the record designation(s) in the district court, the parties must also file a letter with this court notifying us that the designation(s) have been filed and attaching copies of the parties' designation(s).

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Allison G. Lopez, Deputy Clerk
                                  504-310-7702

Mr. William W. Blevins
Mr. Brad Dennis Brian
Mr. Michael Chase
Mr. Michael Duane Greer Sr.
Mr. Daniel Benjamin Levin
Mr. Kerry J. Miller
Mr. Steven Lynn Roberts
Mr. John Gwin Wheeler
Mr. Robert Alan York