**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** |
| | | **SECTION: J** |
| | | **JUDGE BARBIER** |
| **This Document Relates to:** *No. 16-6347* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Considering the Motions to Withdraw and Substitute Counsel (Rec. Doc. 24334);

IT IS ORDERED that Robert A. McAllister, Jr. is WITHDRAWN as counsel of record and Brent W. Coon of the law firm, Brent Coon & Associates (215 Orleans, Beaumont, Texas 77701, Phone: (409)835-2666; Fax: (409)835-1912) is ENROLLED as counsel of record for Plaintiff Hung Manh Nguyen.

New Orleans, Louisiana, this 17th day of April, 2018

_____
United States District Judge