## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL 2179<br>Section J<br><br>Judge Barbier<br><br>Magistrate Wilkinson |
| This document relates to:<br><br>Blair C. Mielke,<br><br>    Plaintiff(s),<br> vs.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd., Triton Asset Leasing GmbH, Anadarko Petroleum Corporation Co., Anadarko E&P Company LP, and Halliburton Energy Services, Inc.,<br><br>    Defendant(s). | Case No. 2:17-cv-03205-CJB-JCW |

### Plaintiff's Counsel's Consent Motion to Withdraw

 Plaintiff's counsel moves this Court for an order allowing him to withdraw as counsel of record. All conditions precedent under E.D. La. Loc. R. 83.2.11 to withdraw have been satisfied. Plaintiff consents to counsel's withdrawal as Plaintiff notified Plaintiff's Counsel in writing that we have been terminated and must direct all future filings to Plaintiff. Plaintiff's present address is 221 Scenic Gulf Drive, Unit #440, Miramar Beach, FL 32550 and can be reached by telephone at (850) 226-1300. Plaintiff's counsel has contacted counsel for the Defendants who does not oppose this

motion to withdrawal in this matter. Plaintiff's counsel requests he be allowed to withdraw from further representation in this matter.

Submitted on April 19, 2018.

/s/J. Alistair McKenzie
J. Alistair McKenzie, Esq.
Florida Bar Number: 91849
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, FL  32503-3931
Telephone:  (850) 432-2856
Facsimile:  (850) 202-2012
Email: amckenzie@mckenzielawfirm.com
Attorneys for Plaintiff

## Certificate of Service

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & Serve Xpress in accordance with the Court's Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April 2018. Plaintiff has been notified via email and U.S. Mail.

/s/ J. Alistair McKenzie
J. Alistair McKenzie, Esq. Florida Bar Number: 91849
**McKenzie Law Firm, P.A.**
905 East Hatton Street Pensacola, FL  32503-3931 Telephone:  (850) 432-2856 Facsimile:  (850) 202-2012 Email: amckenzie@mckenzielawfirm.com
Attorneys for Plaintiff