**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL No. 2179** |
| | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *No. 16-5558* | * | **MAG. JUDGE WILKINSON** |

### ORDER

Before the Court is a motion by Plaintiff Spanish Bluff Apartments Ltd. ("Plaintiff") requesting a 45-day day extension to provide an amended response to Question 1 of Pretrial Order No. 65.  (Rec. Doc. 24335).  BP reports that, considering Plaintiff's circumstances, it does not object to a 21-day extension.  Considering BP's response, and further considering that Plaintiff timely responded to PTO 65, its response included a 2-page answer to Question 1, and Plaintiff filed its motion prior to the expiration of the deadline for responding to PTO 65;

IT IS ORDERED that Plaintiff's Motion for an Extension of Time to Respond to Question 1 of PTO 65 is GRANTED IN PART and Plaintiff shall have until May 11, 2018 to file its amended answer to Question 1.

New Orleans, Louisiana, this 20th day of April, 2018

_____
United States District Court