IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Related To: *All Cases*<br>(Including Civil Action No. 12-970) | MDL No. 2179<br>Section: J<br>JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON |

## ORDER FOR APPOINTMENT AS COURT-APPROVED STRUCTURED SETTLEMENT ANNUITY ISSUER AND ASSIGNMENT COMPANY

Considering (Rec. Doc. 24215) the Unopposed Motion for Appointment as Court-Approved Structured Settlement Annuity Issuer and Assignment Company filed by Metropolitan Tower Life Insurance Company ("MTL") and MetLife Assignment Company, Inc. ("MACI"), respectively,

IT IS HEREBY ORDERED THAT movants, MTL and MACI, are hereby approved and appointed to serve as Court-approved structured settlement annuity issuer and assignment company, respectively, pursuant to the terms and conditions of this Court's ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020], and the Court's Order of September 17, 2013 [Doc. 11404].

New Orleans, Louisiana, this 23rd day of April, 2018.

_____
United States District Judge