UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010<br><br>This document relates to:<br><br>Blair C. Mielke,<br><br>    Plaintiff(s),<br> vs.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd., Triton Asset Leasing GmbH, Anadarko Petroleum Corporation Co., Anadarko E&P Company LP, and Halliburton Energy Services, Inc.,<br><br>    Defendant(s). | MDL 2179<br>Section J<br><br>Judge Barbier<br><br>Magistrate Wilkinson<br><br>Case No. 2:17-cv-03205-CJB-JCW |

## Order

This cause having come before the Court for consideration of J. Alistair McKenzie's Consent Motion to Withdraw, and the Court having read and considered the Motion, and being otherwise fully advised, it is thereupon

Ordered and adjudged that:

1. The representation of Plaintiff, Blair C. Mielke by J. Alistair McKenzie and McKenzie Law Firm, P.A., is terminated.

Plaintiff's present address is 221 Scenic Gulf Drive, Unit #440, Miramar Beach, FL 32550 (Ph: 850-226-1300).

New Orleans, Louisiana, this 23rd day of April, 2018.

_____
United States District Judge