IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30936
_____

In re: Deepwater Horizon

-------------------------------------------

ACTION RESTORATION, INCORPORATED,

    Plaintiff - Appellant

v.

BP AMERICA, INCORPORATED; BP, P.L.C.; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

    Defendants - Appellees

--------------------------------------

JAMES GLICK; RUSSELL LENGACHER; LUKE MARTIN; NELSON MAST,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN,

LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

----------------------------------------

SGI LAND COMPANY, L.L.C.; GARY PESCE, doing business as Ocean Flex OMTS; KYRT M. WENTZELL; KYRT M. WENTZELL INNOVATIONS, doing business as Chum Churn,

   Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANOSCEAN DEEPWATER, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

----------------------------------------

SGI LAND COMPANY, L.L.C.; GARY PESCE, doing business as Ocean Flex OMTS; KYRT M. WENTZELL; KYRT M. WENTZELL INNOVATIONS, doing business as Chum Churn,

   Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY

SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

       Defendants - Appellees

---------------------------------------

JAMES GLICK; RUSSELL LENGACHER; LUKE MARTIN; NELSON MAST,

       Plaintiffs - Appellants

v.

TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; SPERRY DRILLING SERVICES; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

---------------------------------------

KYRT M. WENTZELL; KYRT M. WENTZELL INNOVATIONS, doing business as Chum Churn,

       Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

       Defendants - Appellees

---------------------------------------

GARY PESCE, doing business as Ocean Flex OMTS,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

---------------------------------------

SGI LAND COMPANY, L.L.C.,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

---------------------------------------

ROMY F. BEREL, III,

    Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

---------------------------------------

MARK R. RODGERS,

       Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

---------------------------------------

ULTRA WIRELINE SERVICES, L.L.C.,

       Plaintiff - Appellant

v.

BP, P.L.C; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

-----------------------------------------

KERN MARTIN SERVICES, INCORPORATED,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

-----------------------------------------

DANIEL CEPEDA; FERNANDO CANUL MIJANGOS; JOSE CATANA;

JUAN CEPEDA RODRIGUEZ; PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L.,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

    Defendants - Appellees

-----------------------------------------------
RAOUL A. GALAN, JR.

    Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R :

    IT IS ORDERED that the Appellants' motion to file Brief and Record Excerpts under seal is GRANTED in part. The entire brief and record excerpts are not to be sealed. Instead, those portions that are properly subject to being kept from public view should be redacted and the remainder of the brief publicly filed.

IT IS FURTHER ORDERED that the Appellants are directed to file redacted Brief and Record Excerpts within 14 days from this date. The un-redacted Brief and Record Excerpts will remain on file for the court's use.

IT IS FURTHER ORDERED that the Appellants are directed to electronically file a copy of the Brief and Record Excerpts, with all sealed material removed. The Appellants will then provide the clerk of court two sets of paper copies of the Brief and Record excerpts, one with all required documents and one with all sealed material removed. The complete sets of Brief and Record excerpts will be for court use only. The sets without sealed material will be made available on the public docket

/s/ Leslie H. Southwick
LESLIE H. SOUTHWICK
UNITED STATES CIRCUIT JUDGE

**A True Copy**
**Certified order issued Apr 16, 2018**



**Clerk, U.S. Court of Appeals, Fifth Circuit**