# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 16, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 17-30936   In re: Deepwater Horizon
               USDC No. 2:10-MD-2179
               USDC No. 2:12-CV-1422
               USDC No. 2:13-CV-5367
               USDC No. 2:13-CV-6009
               USDC No. 2:13-cv-6010
               USDC No. 2:16-cv-6303
               USDC No. 2:16-cv-9458
               USDC No. 2:16-CV-11716
               USDC No. 2:16-CV-11744
               USDC No. 2:17-CV-5490
               USDC No. 2:17-CV-5491
               USDC No. 2:17-CV-5493
               USDC No. 2:16-CV-6330
               USDC No. 2:16-CV-5166
               USDC No. 2:16-CV-4517
               USDC No. 2:16-CV-4906
               USDC No. 2:16-CV-5826
               USDC No. 2:17-CV-5364
               USDC No. 2:17-CV-6131
               USDC No. 2:17-CV-6133
               USDC No. 2:17-CV-6134
               USDC No. 2:17-CV-6135
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. William W. Blevins
Mr. Anthony G. Buzbee
Mr. Lawrence Joseph Centola III
Mr. Jeffrey Bossert Clark Sr.
Ms. Rachel Giesber Clingman
Mr. Brent Wayne Coon
Mr. James Riley Davis

Mr. Raoul A. Galan Jr.
Mr. Daniel O. Goforth
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. Allen Mark Katz
Mr. James Andrew Langan
Mr. Marcus Grant Matthews
Mr. Kerry J. Miller
Mr. Steven L. Nicholas
Mr. Aaron Lloyd Nielson
Mr. Frank Anthony Piccolo I
Mr. Matthew Regan
Mr. Joseph D. Steadman Sr.
Mr. Thomas Wilson Taylor
Mr. David George Wirtes Jr.
Mr. Robert Alan York