Case No. 17-30936

In re: Deepwater Horizon

------------------------------------------

KERN MARTIN SERVICES, INCORPORATED,

     Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

     Defendants - Appellees

------------------------------------------

DANIEL CEPEDA; FERNANDO CANUL MIJANGOS; JOSE CATANA; JUAN CEPEDA RODRIGUEZ; PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L.,

     Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

     Defendants - Appellees

------------------------------------------

RAOUL A. GALAN, JR.

     Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

     Defendants - Appellees

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30936

_____

In re: Deepwater Horizon

-------------------------------------------

ACTION RESTORATION, INCORPORATED,

    Plaintiff - Appellant

v.

BP AMERICA, INCORPORATED; BP, P.L.C.; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

    Defendants - Appellees

---------------------------------------

JAMES GLICK; RUSSELL LENGACHER; LUKE MARTIN; NELSON MAST,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN,

**A True Copy**
**Certified order issued Apr 18, 2018**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

----------------------------------------

SGI LAND COMPANY, L.L.C.; GARY PESCE, doing business as Ocean Flex OMTS; KYRT M. WENTZELL; KYRT M. WENTZELL INNOVATIONS, doing business as Chum Churn,

   Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANOSCEAN DEEPWATER, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

----------------------------------------

SGI LAND COMPANY, L.L.C.; GARY PESCE, doing business as Ocean Flex OMTS; KYRT M. WENTZELL; KYRT M. WENTZELL INNOVATIONS, doing business as Chum Churn,

   Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY

2

SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

  Defendants - Appellees

-----------------------------------------

JAMES GLICK; RUSSELL LENGACHER; LUKE MARTIN; NELSON MAST,

  Plaintiffs - Appellants

v.

TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; SPERRY DRILLING SERVICES; BP AMERICA PRODUCTION COMPANY,

  Defendants - Appellees

-----------------------------------------

KYRT M. WENTZELL; KYRT M. WENTZELL INNOVATIONS, doing business as Chum Churn,

  Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

  Defendants - Appellees

-----------------------------------------

3

GARY PESCE, doing business as Ocean Flex OMTS,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

---------------------------------------

SGI LAND COMPANY, L.L.C.,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

---------------------------------------

ROMY F. BEREL, III,

    Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

---------------------------------------

MARK R. RODGERS,

  Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

  Defendants - Appellees

---------------------------------------

ULTRA WIRELINE SERVICES, L.L.C.,

  Plaintiff - Appellant

v.

BP, P.L.C; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

  Defendants - Appellees

------------------------------------------

KERN MARTIN SERVICES, INCORPORATED,

  Plaintiff - Appellant
v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

  Defendants - Appellees

------------------------------------------

DANIEL CEPEDA; FERNANDO CANUL MIJANGOS; JOSE CATANA;

5

JUAN CEPEDA RODRIGUEZ; PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L.,

 Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

 Defendants - Appellees

----------------------------------------------
RAOUL A. GALAN, JR.

 Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

 Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
2:10-MD-2179

_____

Before DENNIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:

 IT IS ORDERED that the motion of appellees, BP America Production Company; BP America, Incorporated; BP Corporation North America, Incorporated; BP Exploration & Production, Incorporated; BP Products North America, Incorporated; BP, P.L.C.; Halliburton Energy Services, Incorporated;

Sperry Drilling Services; and Transocean Deepwater, Incorporated, to the extent it seeks to dismiss the appeals of Action Restoration, Incorporated, James Glick, Kyrt M. Wentzell Innovations, Russell Lengacher, Luke Martin, Nelson Mast, Gary Pesce, SGI Land Company, L.L.C., and Kyrt M. Wentzell is GRANTED because those appeals were not timely filed in compliance with PTO 60. To the extent the motion seeks to dismiss the appeals of Romy F. Berel, III, Mark R. Rodgers, and Ultra Wireline Services, L.L.C., it is DENIED because these appeals were timely filed. The district court did not dismiss the claims of Berel, Rodgers, and Ultra Wireline Services until it issued the PTO 64 Compliance Order, which indicated that the claims of all parties listed in Exhibit 4 (which included Berel, Rodgers, and Ultra Wireline Services) would be dismissed as of July 19, 2017. This dismissal was not final until November 8, making the appeal filed on November 30 timely.

IT IS FURTHER ORDERED that the opposed alternative motion of those same appellees for summary affirmance is DISMISSED as moot as to those appeals we have dismissed as untimely. We GRANT summary affirmance of the appeals of Romy F. Berel, III, Mark R. Rodgers, and Ultra Wireline Services because those parties neither opted out nor complied with PTO 60. The alleged difficulties of compliance with the opt-out order are not an excuse. *See In re Deepwater Horizon,* 814 F.3d 748, 751 (5th Cir. 2016).

IT IS FURTHER ORDERED that the unopposed motion of appellants, Action Restoration, Incorporated, James Glick, Kyrt M. Wentzell Innovations, Russell Lengacher, Luke Martin, Nelson Mast, Gary Pesce, SGI Land Company, L.L.C., and Kyrt M. Wentzell to place under seal its

7

response/opposition both to the motion to dismiss the appeals and the alternative motion for summary affirmance, is GRANTED.