# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 18, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 17-30936    In re:  Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:12-CV-1422
                USDC No. 2:13-CV-5367
                USDC No. 2:13-CV-6009
                USDC No. 2:13-cv-6010
                USDC No. 2:16-cv-6303
                USDC No. 2:16-cv-9458
                USDC No. 2:16-CV-11716
                USDC No. 2:16-CV-11744
                USDC No. 2:17-CV-5490
                USDC No. 2:17-CV-5491
                USDC No. 2:17-CV-5493
                USDC No. 2:16-CV-6330
                USDC No. 2:16-CV-5166
                USDC No. 2:16-CV-4517
                USDC No. 2:16-CV-4906
                USDC No. 2:16-CV-5826
                USDC No. 2:17-CV-5364
                USDC No. 2:17-CV-6131
                USDC No. 2:17-CV-6133
                USDC No. 2:17-CV-6134
                USDC No. 2:17-CV-6135
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. William W. Blevins
Mr. Anthony G. Buzbee
Mr. Lawrence Joseph Centola III
Mr. Jeffrey Bossert Clark Sr.
Ms. Rachel Giesber Clingman
Mr. Brent Wayne Coon
Mr. James Riley Davis

```
Mr. Raoul A. Galan Jr.
Mr. Daniel O. Goforth
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. Allen Mark Katz
Mr. James Andrew Langan
Mr. Marcus Grant Matthews
Mr. Kerry J. Miller
Mr. Steven L. Nicholas
Mr. Aaron Lloyd Nielson
Mr. Frank Anthony Piccolo I
Mr. Matthew Regan
Mr. Joseph D. Steadman Sr.
Mr. Thomas Wilson Taylor
Mr. David George Wirtes Jr.
Mr. Robert Alan York
```

**P.S. to Counsel:** A revised copy of the caption is enclosed for future filings.