UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG                   MDL NO. 2179
"DEEPWATER HORIZON" IN THE                        2:10-md-02179
GULF OF MEXICO ON APRIL 20, 2010                   SECTION "J"

THIS DOCUMENT RELATES TO:                         JUDGE CARL J. BARBIER
Civil Action Nos. 12-970, 15-4143,                MAG. JUDGE WILKINSON
15-4146 and 15-4654

**JOINT DESIGNATIONS OF RECORD
ON APPEAL IN FIFTH CIRCUIT CASE NO. 18-30413**

Counsel Listed on the Final Page

**Index of Relevant MDL 2179 Docket Entries**

| Date Filed | Doc # | Docket Text |
|---|---|---|
| 12/15/2010 | 879 | MASTER COMPLAINT against All Defendants (Filing fee $ 350 receipt number 053L-2739296) filed by Plaintiffs. (Reference: All Cases in B1 Bundle)(Herman, Stephen) Modified text on 1/26/2011 (sek). (Entered: 12/15/2010) |
| 2/9/2011 | 1128 | First Amended Master Answer to Complaint & Petition of Triton Asset Leasing GmbH, et al for Exoneration From or Limitation of Liability (Rule 9(h)); First Amended Master Claim in Limitation (10-2771)(Rule 9(h)) & First Amended Master Complaint, Cross-Claim, & 3rd-Party Complaint for Private Economic Losses in Accordance with PTO #11 (CMO #1), Section III(B1) (B1 Bundle) re 879 Complaint *for Non-Governmental Economic Losses ("B1 Bundle")* filed by plaintiffs (Reference: B1 Bundle Cases; No.10-2771)(Herman, |

| | | |
|---|---|---|
| | | Stephen) Modified text on 2/9/2011 (sek, ). (Entered: 02/09/2011) |
| 5/3/2012 | 6430, 6430-1 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # 1 DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # 2 Amended Economic and Property Damages Exhibit List Index, # 3 Exhibit 1A, # 4 Exhibit 1B, # 5 Exhibit 1C, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4A, # 9 Exhibit 4B, # 10 Exhibit 4C, # 11 Exhibit 4D, # 12 Exhibit 4E, # 13 Exhibit 5, # 14 Exhibit 6, # 15 Exhibit 7, # 16 Exhibit 8A, # 17 Exhibit 8B, # 18 Exhibit 8C, # 19 Exhibit 8D, # 20 Exhibit 8E, # 21 Exhibit 9, # 22 Exhibit 10, # 23 Exhibit 11A, # 24 Exhibit 11B, # 25 Exhibit 11C, # 26 Exhibit 12A, # 27 Exhibit 12B, # 28 Exhibit 12C, # 29 Exhibit 12D, # 30 Exhibit 13A, # 31 Exhibit 13B, # 32 Exhibit 14, # 33 Exhibit 15, # 34 Exhibit 16, # 35 Exhibit 17, # 36 Exhibit 18, # 37 Exhibit 19, # 38 Exhibit 20, # 39 Exhibit 21, # 40 Exhibit 22, # 41 Exhibit 23, # 42 Exhibit 24A, # 43 Exhibit 24B, # 44 Exhibit 25, # 45 Exhibit 26, # 46 Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg). (Entered: 05/03/2012) |
| 9/2/2014 | 13346, 13346-1, 13346-2, 13346-3, 13346-4, 13346-5, 13346-6, 13346-7 | NOTICE of Filing of HESI Punitive Damages and Assigned Claims SETTLEMENT AGREEMENT by Economic and Property Damages Settlement Class, (Attachments: # 1 HESI Settlement Agreement, # 2 Exhibit A - New Class Release, # 3 Exhibit A1 - Individual Release, # 4 Exhibit B - Release of Assigned Claims, # 5 Exhibit C - HESI Release of BP, # 6 Exhibit D - Gulf Coast Area, # 7 Exhibit D - Specified/Identified Waters)(Reference: All Actions (including "B1" Bundle Case No.12-970 and No.10-2771))(Herman, Stephen) Modified on 9/3/2014 (gec). (Entered: 09/02/2014) |

| | | |
|---|---|---|
| 9/4/2014 | 13355 | FINDINGS OF FACT AND CONCLUSIONS OF LAW - PHASE ONE TRIAL - as set forth in document. Signed by Judge Carl Barbier on 9/4/14.(Reference: 10-2771, 10-4536)(sek) (Entered: 09/04/2014) |
| 9/9/2014 | 13381, 13381-1 | ORDER Revising Phase One Findings of Fact and Conclusions of Law: The Court has made three minor revisions to its September 4, 2014 Findings of Fact and Conclusions of Law (Rec. Doc. 13355 ), which are listed below. These revisions do not alter the substance of the document. A revised copy of the Findings of Fact and Conclusions of Law is attached to this order. Page 21, paragraph 74: "which will depart" changed to "which will depart" Page 59, paragraph 233: "12:30 a.m. on April 19, 2010" changed to "12:30 a.m. on April 20, 2010"; Page 82, paragraph 323: "Transocean's flow out sensor was not bypassed, and therefore the Transocean drill crew could still monitor flow out changed to "Transocean's flow out sensor was not bypassed; therefore, the Transocean drill crew could still monitor flow out". Signed by Judge Carl Barbier on 9/9/14. (Attachments: # 1 Revised Findings of Fact and Conclusions of Law)(Reference: 10-2771 and 10-4536)(sek) (Entered: 09/09/2014) |
| 5/29/2015 | 14644, 14644-1, 14644-2, 14644-3, 14644-4, 14644-5 | NOTICE *of Filing of Transocean Punitive Damages and Assigned Claims Settlement Agreement* by Defendants Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC and Plaintiffs Deepwater Horizon Economic and Property Damages Settlement Class. (Attachments: # 1 Transocean Punitive Damages & Assigned Claims Settlement Agreement, # 2 Exhibit A. New Class Release & New Member Individual Release, # 3 Exhibit B. Release of Assigned Claims, # 4 Exhibit C. TO Release of BP, # 5 Exhibit D. Gulf Coast Area)(Reference: ALL CASES)(Miller, Kerry) Modified on 6/1/2015 (gec). (Entered: 05/29/2015) |
| 9/4/2015 | 15322, 15322-1, 15322-2, 15322-3, | EXPARTE/CONSENT MOTION for Approval of Amendments to *HESI Punitive Damages and Assigned Claims Settlement Agreement* by Plaintiffs, the Proposed New HESI Punitive Class. (Attachments: # 1 Exhibit Second Amended HESI Settlement Agreement, # 2 |

3

|            |                                            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|--------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | 15322-4, 15322-5, 15322-6, 15322-7         | Exhibit A - New Class Release, # 3 Exhibit B - Assigned Claims Release, # 4 Exhibit C - HESI Release of BP, # 5 Exhibit D - Gulf Coast Area and Specified Waters, # 6 Exhibit E - Administrative Costs Agreement, # 7 Proposed Order)(Reference: All Cases)(Herman, Stephen) Modified on 9/8/2015 (gec). (Entered: 09/04/2015)                                                                                                                                                                                                |
| 10/5/2015  | 15444                                      | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff re 15411 Order (Reference: 12-970, 15-4143, 15-4146, 15-4654)(Herman, Stephen) Modified on 10/6/2015 (gec). (Entered: 10/05/2015)                                                                                                                                                                                                                                                                                                                                                |
| 10/23/2015 | 15481                                      | ORDER: Pursuant to the recommendation of the Plaintiffs' Steering Committee and consent by both Halliburton Energy Services, Inc. and Halliburton Co. and Transocean in accord with those parties' respective Settlement Agreements, the Court formally appoints Michael J. Juneau as Claims Administrator in this proceeding. This appointment is made pursuant to the terms of the Settlement Agreements, Rule 23(d), and the inherent case management authority of the Court. Signed by Judge Carl Barbier on 10/23/15.(Reference: 15-4143 & 15-4146)(sek) (Entered: 10/23/2015) |
| 11/13/2015 | 15569, 15569-1, 15569-2                    | RESPONSE TO ORDER TO SHOW CAUSE by Co-Liaison Counsel and the Plaintiffs' Steering Committee, in the capacity of appointed Class Counsel for the Deepwater Horizon Economic & Property Damages Settlement Class and Proposed Class Counsel for the New Punitive Damages Settlement Class, re 15459 Status Conference. (Attachments: # 1 Exhibit A - E-Mail to Plaintiffs Counsel (Oct. 9, 2015), # 2 Exhibit B - E-Mail to Young, Bickford, Kreller (Oct. 9, 2015))(Reference: Nos. 12-970, 15-4143, 15-4146, 15-4654)(Herman, Stephen) Modified on 11/16/2015 (gec). (Entered: 11/13/2015) |
| 12/11/2015 | 15653                                      | ORDER: The Neutral Allocation and Reasons (Halliburton and Transocean Settlements) issued in this matter on December 10, 2015, Record Doc. 15652, contained an error in the percentages of the two allocation payments. I am separately filing a corrected document reflecting that the respective percentages are 72.8 % to |

4

| | | |
|---|---|---|
| | | the New Class and 27.2 % to the Old Class. The lump sum dollar amounts remain the same. The Clerk is directed to remove Neutral Allocation and Reasons (Halliburton and Transocean Settlements), Record Doc. 15652, from the record and substitute the corrected document in its place. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 12/11/2015.(Reference: 12-970, 15-4143, 15-4146, 15-4654)(my) (Entered: 12/11/2015) |
| 1/15/2016 | 15722 | **DEFICIENT** SUBMISSION by by Co-Liaison Counsel and Proposed Co-Lead Counsel re 15657 Claims Administrator's Notice. (Reference: Nos. 15-4143 and 15-4146)(Herman, Stephen) Modified text on 1/15/2016 (sek). (Entered: 01/15/2016) |
| 3/29/2016 | 16050 | PRETRIAL ORDER NO.60 (PTO #60): As to All Remaining Claims in Pleading Bundle B1; Requiring B1 Plaintiffs to File a Complaint and/or Sworn Statement on or before May 2, 2016 as set forth in document. (Service instructions are also included in this order.) By May 20, 2016, the PSC and BP shall provide to the Court a list of all Plaintiffs who did not comply with this Order and whose claims are therefore subject to dismissal. For all other Plaintiffs, the Court will discuss procedures for addressing their claims at a hearing to be set by further Order of the Court. The Court hereby DISMISSES the Amended B1 Master Complaint and orders the designated plaintiffs to act in compliance with this Order or face dismissal of their claims with prejudice without further notice. Signed by Judge Carl Barbier on 3/29/16. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: All Cases in Pleading Bundle B1)(sek) (Main Document 16050 replaced on 3/29/2016) (gec). (Entered: 03/29/2016) |
| 4/7/2016 | 16161, 16161-1, 16161-2, 16161-3 | EXPARTE/CONSENT MOTION by plaintiffs' steering committee, for preliminary approval to the proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements, preliminary certification of the proposed New Punitive Damages Settlement Class, approval of class notice and class notice plan; and scheduling of final fairness hearing. (Attachments: # 1 Memorandum in Support, # 2 Affidavit |

5

| | | |
|---|---|---|
| | | of Shannon Wheatman (and Notice Plan), # 3 Proposed Order)(Reference: Nos. 12-970, 15-4143, 15-4146 and 15-4654)(Herman, Stephen) Modified text on 4/8/2016 (sek). (Entered: 04/07/2016) |
| 4/12/2016 | 16183 | PRELIMINARY APPROVAL ORDER: As to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements as set forth in document; Pertinent deadlines: a) Notice to be sent out in accordance with the Notice Plan, b) Submission and posting of the Distribution Model by the Claims Administrator Wednesday, June 15, 2016, c) Motion papers in support of final settlement approval to be filed by Friday, August 5, 2016, d) Objections to be filed by Friday, September 23, 2016, e) Opt-Out period to be closed by Friday, September 23, 2016, f) Reply submissions to be filed by Friday, October 16, 2016, g) Fairness Hearing on Thursday, October 20, 2016 at 9:30 a.m. Signed by Judge Carl Barbier on 4/12/16.(Reference: 12-970, 15-4143, 15-4146 and 15-4654)(sek) (Entered: 04/12/2016) |
| 6/3/2016 | 18682, 18682-1, 18682-2, 18682-3 | EXPARTE/CONSENT MOTION for Approval of Payment from Escrow Accounts and to Amend Notice Plan by Plaintiffs' Co-Lead Class Counsel on behalf of the members of a conditionally certified Halliburton-Transocean Punitive Damages Settlement Class, and the previously certified and approved DHEPDS Class. (Attachments: # 1 Exhibit A - Kinsella Invoice, # 2 Exhibit B - Supp. Wheatman Declaration, # 3 Proposed Order)(Reference: Nos. 12-970, 15-4143, 15-4146, 15-4654)(Herman, Stephen) Modified on 6/6/2016 (gec). (Entered: 06/03/2016) |
| 6/7/2016 | 18724, 18724-1, 18724-2, 18724-3, 18724-4 | ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60; [Regarding All Remaining Claims in Pleading Bundle B1]: ORDERED that Certain plaintiffs as set forth in document must show cause in writing on or before June 28, 2016, why this Court should not dismiss their B1 claim(s) with prejudice for failing to comply with the requirements of PTO 60. All short-form joinders filed in this MDL are hereby DISMISSED AS UNNECESSARY to the extent they asserted a B1 claim. |

| | | |
|---|---|---|
| | | Counsel for BP shall mail this Order to each unrepresented individual and business to which it previously mailed PTO 60 at the Courts direction (See PTO 60, paragraph 11), except for those individuals and businesses whose mailing was returned to counsel for BP as undeliverable. For purposes of this mailing, BP is only required to attach EXHIBIT 1A, EXHIBIT 2, and EXHIBIT 3 to the mailing. BP does not need to include EXHIBIT 1B with the mailing. Finally, to the extent practicable, the PSC shall email a copy of this Order to known counsel of record for Plaintiffs who joined the Amended B1 Master Complaint, and/or opted out of the Economic and Property Damages Settlement and may therefore be subject to this Order. This procedure is deemed sufficient to satisfy notice requirements for all Claimants with "B1" claims. Signed by Judge Carl Barbier on 6/7/16. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 2, # 4 Exhibit 3)(Reference: All Cases in Pleading Bundle "B1")(sek) (Entered: 06/07/2016) |
| 6/13/2016 | 18797 | STATUS REPORT *New Class Claims Administrator's Proposed Distribution Model for the Combined Halliburton Energy Services, Inc. and Transocean Ltd. Settlements Fund* by Michael J. Juneau (Reference: 12-970, 15-4143, 15-4146 & 15-4654)(La Count, Michelle) (Entered: 06/13/2016) |
| 8/5/2016 | 21423, 21423-1, 21423-2, 21423-3, 21423-4, 21423-5, 21423-6, 21423-7 | FINAL APPROVAL BRIEF *Halliburton - Transocean Settlements* by All Plaintiffs . (Attachments: # 1 Affidavit of Robert Klonoff (Aug. 5, 2016), # 2 Affidavit of Stephen J. Herman and James Parkerson Roy (July 14, 2016), # 3 Affidavit of Stephen Cirami (July 29, 2016), # 4 Affidavit of Shannon Wheatman PhD (July 29, 2016), # 5 Affidavit of New Class Representatives (in globo), # 6 Affidavit of Brian T. Fitzpatrick (July 14, 2016), # 7 Exhibit 7 - Overview of Class Benefits)(Reference: Nos. 12-970, 15-4143, 15-4146 and 15-4654)(Herman, Stephen) Modified on 8/8/2016 (gec). (Entered: 08/05/2016) |

7

| | | |
|---|---|---|
| 8/5/2016 | 21428, 21428-1 | Joint MOTION for Settlement *Final Approval of Punitive Damages and Assigned Claims Settlements* by Defendants Halliburton Company, Halliburton Energy Services, Inc., Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC. (Attachments: # 1 Memorandum in Support)(Reference: 12-970, 15-4143, 15-4146, 15-4654)(Miller, Kerry) Modified on 8/8/2016 (gec). (Entered: 08/05/2016) |
| 9/23/2016 | 21723, 21723-1, 21723-2, 21723-3, 21723-4, 21723-5 | OBJECTIONS re 16183 Order *Objections to Final Confirmation and/or Approval of Proposed HESI and Transocean Settlement Agreements* by members of the New Punitive Damages Settlement Class listed in Exhibit "1". (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit)(Reference: 12-970; 15-4143; 15-4146; 15-4654)(Salas, Camilo) Modified on 9/26/2016 (gec). (Entered: 09/23/2016) |
| 10/11/2016 | 21778 | New Class Claims Administrator's Clarification of New Class Distribution Model by Michael J. Juneau re 21716, 21723. (Reference: 15-4143, 15-4146 & 15-4654)(La Count, Michelle) Modified on 10/11/2016 (sek). (Entered: 10/11/2016) |
| 10/14/2016 | 21784 | RESPONSE/MEMORANDUM in Opposition filed by New Class Plaintiffs re 21717 MOTION to Intervene *with Leave in New Class*. (Reference: Nos.12-970, 15-4143, 15-4146 and 15-4654)(Herman, Stephen) Modified on 10/17/2016 (gec). (Entered: 10/14/2016) |
| 10/14/2016 | 21785, 21785-1 | REPLY to Response to Motion filed by Economic & Property Damages Settlement Class; and New Class re 21428 Joint MOTION for Settlement *Final Approval of Punitive Damages and Assigned Claims Settlements*. (Attachments: # 1 Exhibit 1 - Service of PTO 60)(Reference: 12-970, 15-4143, 15-4146 and 15-4654)(Herman, Stephen) Modified on 10/17/2016 (gec). (Entered: 10/14/2016) |
| 10/14/2016 | 21786 | Response/Reply by Defendant Halliburton Energy Services, Inc. to 21428 Joint MOTION for Settlement *Final Approval of Punitive Damages and Assigned Claims Settlements* (Reference: All Cases)(York, Robert) Modified on 10/17/2016 (gec). (Entered: 10/14/2016) |

| | | |
|---|---|---|
| 10/14/2016 | 21789 | REPLY to Response to Motion filed by Defendants Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC re 21428 Joint MOTION for Settlement *Final Approval of Punitive Damages and Assigned Claims Settlements* . (Reference: 12-970, 15-4143, 15-4146, 15-4654)(Miller, Kerry) Modified on 10/17/2016 (gec). (Entered: 10/14/2016) |
| 11/1/2016 | 21858, 21858-1 | NOTICE by Plaintiffs Economic & Property Damages Settlement Class and New Class re 21428 Joint MOTION for Settlement *Final Approval of Punitive Damages and Assigned Claims Settlements re Filing of Supplemental Declaration of Stephen J. Cirami*. (Attachments: # 1 Affidavit of Stephen J. Cirami (Nov. 1, 2016))(Reference: 12-970, 15-4143, 15-4146 and 15-4654)(Herman, Stephen) Modified on 11/2/2016 (gec). (Entered: 11/01/2016) |
| 11/8/2016 | 21888, 21888-1 | NOTICE by Economic & Property Damages Settlement Class, the New Class re 21428 Joint MOTION for Settlement *Final Approval of Punitive Damages and Assigned Claims Settlements of Filing Supplemental Cirami Declaration re Final Opt-Out Requests*. (Attachments: # 1 Affidavit of Stephen Cirami (Nov. 8, 2016))(Reference: Nos. 12-970, 15-4143, 15-4146 and 15-4654)(Herman, Stephen) Modified on 11/9/2016 (gec). (Entered: 11/08/2016) |
| 11/10/2016 | 21899, 21899-1 | Minute Entry for proceedings held before Judge Carl Barbier: A Fairness Hearing was held on 11/10/2016 re two proposed class action settlements: the HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015) (Rec. Doc. 15322-1 to 15322-6) and the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1 to 14644-5). ORDERED that this matter is TAKEN UNDER ADVISEMENT. (Court Reporter Toni Tusa.) (Attachments: # 1 Attendance Record) (Reference: All Cases, including 15-4143, 15-4146, 15-4654, 12-970)(sek) (Entered: 11/10/2016) |

9

| | | |
|---|---|---|
| 11/12/2016 | 21900, 21900-1, 21900-2, 21900-3 | NOTICE by All Plaintiffs re 21428 Joint MOTION for Settlement *Final Approval of Punitive Damages and Assigned Claims Settlements [re Fairness Hearing]*. (Attachments: # 1 Exhibit Class Counsel Fairness Hearing Presentation, # 2 Exhibit New Class Claims Administrator Fairness Hearing Presentation, # 3 Exhibit Garden City Fairness Hearing Presentation)(Reference: Nos.12-970, 15-4143, 15-4146 and 15-4654)(Herman, Stephen) (Entered: 11/12/2016) |
| 12/16/2016 | 22003 | ORDER & REASONS: PTO 60 Reconciliation Order regarding all remaining claims in Pleading Bundle B1; further orders set forth herein. Signed by Judge Carl Barbier.(Reference: All Cases in Pleading Bundle "B1")(bbc) Modified on 1/11/2017 (gec). (cc: Batiste, Ladner, Haney, Sanderson Enterprises, Shepherd, Ashley) (Entered: 12/16/2016) |
| 2/3/2017 | 22178 | Memorandum by Settlement Class, Halliburton Energy Services, Inc., Halliburton Company, Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC (re 21428 Joint MOTION for Settlement *Final Approval of Punitive Damages and Assigned Claims Settlements (Joint Clarification by the Parties)*. (Reference: 12-970, 15-4143, 15-4146, 15-4654)(Herman, Stephen) Modified on 2/6/2017 (gec). (Entered: 02/03/2017) |
| 2/15/2017 | 22252, 22252-1 | ORDER & REASONS: Granting Final Approval of the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements as set forth in document. Signed by Judge Carl Barbier on 2/15/17. (Attachments: # 1 Exhibit A)(Reference: 12-970, 15-4143, 15-4146, and 15-4654)(sek) (Entered: 02/15/2017) |
| 2/15/2017 | 22253, 22253-1 | FINAL ORDER AND JUDGMENT granting approval of HESI and Transocean punitive damages and assigned claims settlement agreements as set forth in document. Signed by Judge Carl Barbier on 2/15/17. (Attachments: # 1 Exhibit A)(Reference: 12-970, 15-4143, 15-4146, and 15-4654)(sek) (Entered: 02/15/2017) |

| | | |
|---|---|---|
| 11/2/2017 | 23602 | ORDERED that all appeals of claim determinations by the HESI/Transocean settlements claims administrator are hereby REFERRED to United States Magistrate Judge Joseph C. Wilkinson, Jr., for final and binding resolution as provided in the court-approved HESI and Transocean settlement agreements. Signed by Judge Carl Barbier.(Reference: 12-970, 15-4143, 15-4146, 15-4654) (NEF: JCW)(gec) (Entered: 11/02/2017) |
| 1/4/2018 | 23804 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claims Appeal Determination and Reasons (Halliburton and Transocean Settlement). This Appeal Determination addresses the denial of 80 claims for payment from the Halliburton/Transocean Settlement fund. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED, essentially for the reasons provided by the Claims Administrator. For all of the foregoing reasons, the Claims Administrators determination of these claims was consistent with the Settlement Agreements, the Neutral Allocation of the settlement funds, the courts orders approving the Settlement Agreements and its Distribution Model, and the courts subsequent orders and the law supporting them. They are therefore AFFIRMED. The Claims Administrator is directed to provide notice of this Appeal Determination to the claimants referenced above and their counsel, if any. (Reference: 12-970, 15-4143, 15-4146, 15-4654) (NEF: CJB, Claims Administrator)(gec) (Entered: 01/05/2018) |
| 1/26/2018 | 23852, 23852-1 | MOTION for APPEAL/REVIEW OF MAGISTRATE JUDGE DECISION to District Court re 23804 Status Conference by Julius Barbour, et al. (Reference: 12-970, 15-4143, 15-4146, 15-4654)(Greer, Michael) (Additional attachment(s) added on 1/29/2018: # 1 Memorandum in Support) (cg). Modified text and attachment on 1/29/2018 (cg). (Entered: 01/26/2018) |
| 1/31/2018 | 23873 | ORDERED that the Objection to Magistrate Judge's Claims Appeal Determination and Reasons (Rec. Doc. 23852 ) is OVERRULED. Signed by Judge Carl Barbier. |

11

| | | |
|---|---|---|
| | | (Reference: 12-970, 15-4143, 15-4146, 15-4654)(gec) (Entered: 01/31/2018) |
| 2/1/2018 | 23876 | STATUS REPORT *of the Old and New Class Claims Administrators for the Halliburton and Transocean Settlements* by Michael J. Juneau (Reference: 15-4143, 15-4146, & 15-4654)(La Count, Michelle) (Entered: 02/01/2018) |
| 2/14/2018 | 23967 | MOTION for Relief from Court's Order Approving Distribution Model for HESI/Transocean Settlements by Claimants Julius Barbour, et al. (Reference: 12-970, 15-4143, 15-4146, 15-4654)(Greer, Michael) (Additional attachment(s) added on 2/15/2018: # 1 Memorandum in Support) (cg). Modified on 2/26/2018 (gec). (Entered: 02/14/2018) |
| 2/26/2018 | 24103 | ORDERED that 23967 Motion for Relief from Court's Order Approving Distribution Model for HESI/Transocean Settlements is DENIED. Signed by Judge Carl Barbier. (Reference: 12-970, 15-4143, 15-4146, 15-4654)(gec) (Entered: 02/26/2018) |
| 3/23/18 | 24237 | NOTICE OF APPEAL by Julius Barbour et al as to 24103 Order on Motion for Miscellaneous Relief. (Filing fee $ 505, receipt number 053L-6749804.) (Reference: 12-970, 15-4143, 15-4146, 15-4654)(Greer, Michael) Modified on 3/26/2018 (cg). (Entered: 03/23/2018) |
| | | **Index of Relevant Lead Case MDL 2179 Docket Entries, Member Case, 2:15-cv-04143** |
| 9/4/2015 | 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-5010523) filed by John M Petitjean et al. (Attachments: # 1 Civil Cover Sheet)Attorney Stephen J. Herman added to party John M Petitjean (pty:pla).(Herman, Stephen) (Main Document 1 replaced on 9/11/2015) (gec). (Attachment 1 replaced on 9/11/2015) (gec). Modified on 9/11/2015 (gec). (Entered: 09/04/2015) |

|  |  | **Index of Relevant Lead Case MDL 2179 Docket Entries, Member Case, 2:15-cv-0416** |
|---|---|---|
| 9/4/15 | 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-5010571) filed by John M Petitjean et al. (Attachments: # 1 Civil Cover Sheet)Attorney Stephen J. Herman added to party John M Petitjean (pty:pla).(Herman, Stephen) (Main Document 1 replaced on 9/11/2015) (gec). (Attachment 1 replaced on 9/11/2015) (gec). Modified on 9/11/2015 (gec). (Entered: 09/04/2015) |

This, the 25th day of April, 2018.

                                                   Respectfully Submitted,

                                                   JULIUS BARBOUR, ET AL,
                                                   APPELLANTS

                                                 *Michael D. Geer*
                                                 MICHAEL D. GREER
                                                 MB# 5002
                                                 GREER, RUSSELL, DENT,
                                                 & LEATHERS, P.A.
                                                 P.O. BOX 907
                                                 TUPELO, MS 38802
                                                 662-842-5345
                                                 mgreer@greerlawfirm.com
                                                 JOHN G. WHEELER
                                                 MB# 8622
                                                 MICHAEL CHASE
                                                 MB# 5969
                                                 Mitchell, McNutt & Sams, P.A.
                                                 P.O. BOX 7120
                                                 TUPELO, MS  38802
                                                 662-842-3871
                                                 jwheeler@mitchellmcnutt.com
                                                 mchase@mitchellmcnutt.com

**REED SMITH LLP**

*R. Alan York*
Robert Alan York
State Bar No. 22167500
AYork@ReedSmith.com
811 Main Street, Suite 1700
Houston, Texas 77002
Telephone: 713.469-3824
Facsimile: 713.469-3899

**ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

This, the 25th day of April, 2018.

s/ Michael D. Greer
MICHAEL D. GREER