IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-30475
Summary Calendar

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:16-CV-4122
D.C. Docket No. 2:16-CV-4123
D.C. Docket No. 2:16-CV-4124
D.C. Docket No. 2:16-CV-4151

United States Court of Appeals
Fifth Circuit
**FILED**
February 27, 2018
Lyle W. Cayce
Clerk

**Certified as a true copy and issued as the mandate on** Apr 20, 2018
Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

In Re: Deepwater Horizon

-------------------------------------------------------

EDUARDO PINEIRO PEREZ, Individually, doing business as La Sociedad Cooperativa de Produccion Pesquera La Rivera De Tampico de Alto S. C. de R.L,

      Plaintiff - Appellant

v.

BP, P.L.C.; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES; BP AMERICA PRODUCTION COMPANY,

      Defendants - Appellees

-------------------------------------------------------

CLAUDIO GONZALEZ DEL ANGEL, Individually, doing business as

Permisionario Claudio Gonzalez Del Angel,

  Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN HOLDINGS, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

  Defendants - Appellees

---------------------------------------------------------------

FELIPE BARRIOS ANZURES, Individually, doing business as Compro Venta de Felipe Barrios,

  Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN HOLDINGS, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

  Defendants - Appellees

---------------------------------------------------------------

ARTEMIO ARAN BLANCO, doing business as Grupo Pescadores Libres Artemio Aran,

      Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN HOLDINGS, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

      Defendants - Appellees

Appeal from the United States District Court for the Eastern District of Louisiana

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.