# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

April 20, 2018

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 17-30475    In Re: Deepwater Horizon  
                            USDC No. 2:10-MD-2179  
                            USDC No. 2:16-CV-4122  
                            USDC No. 2:16-CV-4123  
                            USDC No. 2:16-CV-4124  
                            USDC No. 2:16-CV-4151

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Sabrina B. Short*  
                          By: _____  
                          Sabrina B. Short, Deputy Clerk  
                          504-310-7817

cc:  
     Mr. William H. Burgess  
     Mr. Jeffrey Bossert Clark Sr.  
     Mr. Don Keller Haycraft  
     Mr. Vincent Lee Marable III  
     Mr. Martin R. Martos II  
     Mr. Kerry J. Miller  
     Mr. Aaron Lloyd Nielson  
     Mr. Matthew Regan  
     Mr. Devin Chase Reid  
     Mr. Kristopher Scott Ritter  
     Mr. Mitchell A. Toups  
     Mr. Robert Alan York