MINUTE ENTRY
WILKINSON, M. J.
MAY 1, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG      MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010      SECTION "J"

THIS DOCUMENT RELATES TO:      JUDGE BARBIER
     MAG. JUDGE WILKINSON

Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

## **CLAIM APPEAL DETERMINATION AND REASONS**
### [Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Form; Appeal

Determination Notice; Court Review Request; Claim Form asserting an "Ecosystem"

claim and including claimant's affidavit attesting to his status as an "indigenous Moorish

American National of the Continental United States . . . seeking payment of [$] 20

Billion"; and Settlement Program Appeal Determination Letter concerning the appeal of

Marcus O. Tate-El-Bey-Tey-Washitaw, Claim No. 359*******;  denying his claim for

payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator

is AFFIRMED essentially for the reasons provided by the Claims Administrator. The

necessity and requirement of receiving prior payments from the separate Deepwater

**MJSTAR:  0 : 50**

Horizon Economic and Property Damages Settlement ['DHEPDS'] program or a neutrals settlement and compliance with Pretrial Order No. 60 are set out in detail in <u>In re Oil Spill by the Oil Rig "Deepwater Horizon"</u>, No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018).  The United States Court of Appeals for the Fifth Circuit has recently affirmed the validity, enforceability and requirement of compliance with Pretrial Order No. 60 in <u>In Re: Deepwater Horizon</u>, ("Eduardo Pineiro Perez v. BP, P.L.C. et al." and consolidated cases), 713 F. App'x 360, 363 (5th Cir. 2018).

In addition, Washitaw's DHEPDS claim was denied on grounds of fraud, waste or abuse.  By its terms, the Halliburton/Transocean Settlement Agreements Distribution Model approved by the court expressly excluded from recovery any claimant who was subject to a valid and final fraud, waste or abuse denial in the DHEPDS program.  Record Doc. No. 18797 at p. 27.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**