## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 01, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30042    In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:13-CV-97
                          USDC No. 2:16-CV-13365
                          USDC No. 2:16-CV-13367
                          USDC No. 2:16-CV-6259
                          USDC No. 2:16-CV-13366
                          USDC No. 2:16-CV-13364
                          USDC No. 2:13-CV-6009
                          USDC No. 2:16-CV-7048
                          USDC No. 2:16-CV-6329
                          USDC No. 2:13-CV-5367
                          USDC No. 2:16-CV-6216
                          USDC No. 2:16-CV-6333
                          USDC No. 2:16-CV-6298
                          USDC No. 2:16-CV-6330
                          USDC No. 2:16-CV-7285

The court has granted in part the unopposed motion of appellants to supplement the record on appeal with the Appellants' Response to Order to Show Cause dated June 28, 2016 (Doc. No. 20561) in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

The appellants' request to supplement the record on appeal with the Notice of Appeal filed on January 13, 2017 is moot, since the document is already part of the electronic record at document No. 22085.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. William W. Blevins
Mr. William H. Burgess
Mr. Jeffrey Bossert Clark Sr.
Mr. Dominic E. Draye
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. James Andrew Langan
Ms. Marsha L. Lyons
Mr. Kerry J. Miller
Mr. Matthew Regan
Mr. Thomas Wilson Taylor
Mr. Robert Alan York