No. 17-30042

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

In Re: Deepwater Horizon

AJ'S SPECIALTY INCORPORATED; MICHELLE AYOTTE; GULF FRAMERS, INCORPORATED; H&H ENTERPRISES OF PC BCH L.L.C.; JEROME HALL; RONALD HELMER; ALEX HOLLINGSWORTH; JOHN HYLAN; PAUL JENSEN; RICHARD LEBLANC; ROBERT LEE; MINDWAVES HYPNOSIS, L.L.C.; PERFORMANCE MUFFLER AND BRAKE; MAXIMA ROYSTER; STEPHEN L. SHIVERS, JR.; KYLE SPELL; SUNSHINE STATE PARTNERS, L.L.C.; JAVIER VILLAREAL; LEIGH WRIGHT INTERIOR,

    Plaintiffs - Appellants

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,

    Defendants - Appellees

On Appeal from the United States District Court
for the Eastern District of Louisiana
MDL No. 2179, Civ. A. No. 12-970;

**APPELLANTS' UNOPPOSED MOTION TO
SUPPLEMENT THE RECORD ON APPEAL**

1

Although counsel was not aware of it at the time, the Appellants' Appeal was erroneously dismissed when some other named class representatives' appeals were voluntarily dismissed. As a result we were not involved in preparation of the Record on Appeal so a number of items do not appear in the electronic record.

Pursuant to Federal Rule of Appellate Procedure 10(e) (2), the Appellants, respectfully file this Motion to Supplement the Record in Appeal No. 17-30042 (Consolidated with 17- 30505). The Appellants would like to supplement the record on appeal by adding the following:

1. Notice of Appeal filed on Jan 13, 2017 and

2. Appellants Response to Order to Show Cause dated 6/28/2016 (Doc. No. 20561).

Appellants have conferred with the Appellees, and the Appellees have indicated that they do not oppose this motion.

April 25, 2018                                                  Respectfully submitted,

/s/ Marsha L. Lyons
Marsha L. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308
Direct (850) 264-6806
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128281
marsha.lyons@lyonsandfarrar.com

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on the 25th day of April, 2018, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

/s/ Marsha L. Lyons

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing motion complies with Fed. R. App. P. 27(d)(2) because it does contains 134 words. The motion also complies with the typeface and style requirements of Fed. R. App. P. 27(d)(1) because it has been prepared in a proportionally spaced, roman style typeface of 14 points or more.

/S/ Marsha L. Lyons