UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*No. 15-1781* | * * * | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Jonathan Andry and Andry Law Group, LLC (collectively, "Plaintiffs") have moved to dismiss all claims against BP Exploration and Production Inc.; BP America Production Company; Michael Kunzelman; and Mark Holstein with prejudice (collectively, "Defendants"). Defendants have consented to dismissal with prejudice. The Court has considered the motion and concludes that Plaintiffs' claims should be dismissed with prejudice, with each party to bear its own costs, fees, and expenses.

**IT IS THEREFORE ORDERED** that case No. 15-1781 and all claims brought by Plaintiffs against Defendants are hereby DISMISSED with prejudice to the re-filing of same. All costs, fees, and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring such costs. This is a final judgment.

Entered this _____ day of May, 2018

_____
Honorable Carl Barbier
United States District Judge