UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| This Documents Relates to: *Pleading Bundle B1* | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE: SHUSHAN |

-----------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| SPECTRUM ORGANIZATION, INC., D/B/A THE VICTORIAN RENTAL POOL, | * * * * | CIVIL ACTION NO.: 2:14-cv-00331 |
| Plaintiffs, v. | * * * | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC., ET AL., | * * * | JUDGE BARBIER |
| Defendants. | * | MAGISTRATE JUDGE: SHUSAN |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AGAINST DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, SPECTRUM ORGNAIZATION, INC. d/b/a The Victorian Rental Pool, through undersigned counsel, voluntarily dismisses with prejudice its action (Cause No. 2:14-cv-00331 - in this consolidated matter) against all Defendants named in the complaint that was filed on, or about, February 14, 2014.  None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all Defendants is not required.  Fed.R.Civ.P. 41(a)(1)(A)(i).

        **Respectfully submitted,**

        **WILLIAMSON & RUSNAK**

        */S/ Cyndi M. Rusnak*
        **Cyndi M. Rusnak**
        **Federal ID No. 24724**
        **Texas State Bar No. 24007964**
        **Email: cyndi@williamsonrusnak.com**
        **4310 Yoakum Boulevard**
        **Houston, Texas  77006**
        **713.223.3330 – Telephone**
        **713.223.0001 – Office**

## CERTIFICATE OF SERVICE

  I hereby certify that on May 8, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

        */s/ Cyndi M. Rusnak*
        **Cyndi M. Rusnak**