UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*No. 14-1647* | * * | JUDGE BARBIER |
| | * * | MAG. JUDGE WILKINSON |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Gilbert V. Andry, IV and The Andry Law Firm, LLC ("Plaintiffs") move to dismiss with prejudice all claims in the above-captioned matter.  In support of their motion, Plaintiffs state as follows:

1.      Plaintiffs filed a complaint against Defendants BP Exploration and Production Inc.; BP America Production Company; Michael Kunzelman; and Mark Holstein ("Defendants") in the above-captioned matter (case No. 14-1647).

2.      On January 4, 2018, this Court ordered mediation before Daniel J. Balhoff of Perry, Balhoff, Mengis & Burns, L.L.C., which took place on March 6, 2018.

3.      As a result of the mediation, the parties mutually agreed to settle these claims.

4.      Defendants agree to this motion and the relief requested herein.

Therefore, Plaintiffs move that this court enter an order dismissing all claims in the above-captioned matter with prejudice and ordering that each party shall bear its own costs, fees, and expenses.

Dated:  May 8ᵗʰ, 2018

Respectfully submitted,

By: _____
Gilbert V. Andry, IV (LSBA # 20056)
828 Baronne Street
New Orleans, LA 70113
Telephone: (504) 522-1000
Facsimile:  (504) 522-8000
Email: gandry@gibbyandrylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Agreed Motion to Dismiss with Prejudice has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of May, 2018.

By: _____