## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: *No. 14-1647* | * * * | JUDGE BARBIER |
| | * * | MAG. JUDGE WILKINSON |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Gilbert V. Andry, IV and The Andry Law Firm, LLC (collectively, "Plaintiffs") have moved to dismiss all claims against BP Exploration and Production Inc.; BP America Production Company; Michael Kunzelman; and Mark Holstein with prejudice (collectively, "Defendants"). Defendants have consented to dismissal with prejudice. The Court has considered the motion and concludes that Plaintiffs' claims should be dismissed with prejudice, with each party to bear its own costs, fees, and expenses.

**IT IS THEREFORE ORDERED** that case No. 14-1647 and all claims brought by Plaintiffs against Defendants are hereby DISMISSED with prejudice to the re-filing of same. All costs, fees, and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring such costs. This is a final judgment.

New Orleans, Louisiana this 10th day of May, 2018.

_____
United States District Judge