# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 07, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 18-30533    In re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970
                        USDC No. 2:15-CV-4143
                        USDC No. 2:15-CV-4146
                        USDC No. 2:15-CV-4654

The joint designation of the record must be filed in the District
Court within **14 days** from the date of this letter and counsel must
also provide this court with a copy of the designation at the time
of filing.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

Mr. William W. Blevins
Mr. Bruce Wayne Bowman Jr.
Mr. Brad Dennis Brian
Mr. Michael Duane Greer Sr.
Ms. Misty Annette Hataway-Cone'
Mr. Kerry J. Miller
Mr. Steven Lynn Roberts
Mr. John Gwin Wheeler
Mr. Robert Alan York