UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

The Court is advised that Boh Bros. Construction, L.L.C. has settled its claim. Accordingly,

IT IS ORDERED that Boh Bros. Construction, L.L.C.'s motions appearing at Rec. Docs. 21880, 22000, 22698, 22757, 23827 are DENIED AS MOOT.

The Court is advised that Claimant 100115532 has settled its claim. Accordingly,

IT IS ORDERED that Claimant 100115532's motion appearing at Rec. Doc. 23597 is DENIED AS MOOT.

New Orleans, Louisiana, this 11th day of May, 2018.

_____
United States District Judge