IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | Section J |
| This document relates to: **Pleading Bundle B1** | Judge Barbier |
| | Magistrate Judge Wilkinson |
| Blair C. Mielke, | Case No. |
| Plaintiff(s) vs. | Section J |
| BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean, Ltd., Triton Asset Leasing GmbH, Anadarko Petroleum Corporation Co., Anadarko E&P Company LP, and Halliburton Energy Services, Inc. | Judge Barbier |
| | Magistrate Judge Wilkinson |
| Defendant(s). | |

## MOTION AND ORDER TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel come Blair C. Mielke, who move this Court to allow Richard H. Turner, III to be enrolled as counsel of record for Blair C. Mielke, in this matter, as his previous counsel of record, J. Alistair McKenzie has withdrawn.

BY ATTORNEY:

/S/Richard H. Turner III
Richard H. Turner, III
Florida Bar # 0070936
Whibbs Stone Barnett, P.A.
801 West Romana St, Unit C
Pensacola, FL 32502
Phone: (850) 434-5395

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on the 15th day of May, 2018.

/S/ Richard H. Turner, III
Richard H. Turner, III

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>**Pleading Bundle B1** | MDL 2179<br><br>Section J<br><br>Judge Barbier<br><br>Magistrate Judge Wilkinson |
| Blair C. Mielke,<br><br>        Plaintiff(s)<br>    vs.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean, Ltd., Triton Asset Leasing GmbH, Anadarko Petroleum Corporation Co., Anadarko E&P Company LP, and Halliburton Energy Services, Inc.<br><br>        Defendant(s). | Case No.<br><br>Section J<br><br>Judge Barbier<br><br>Magistrate Judge Wilkinson |

## ORDER

Considering the foregoing Motion to Enroll as Counsel;

**IT IS ORDERED** that the name of Richard H. Turner, III be entered into the record of this Court as counsel for Blair C. Mielke in the above entitled and numbered cause.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
United States District Judge