# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>**Pleading Bundle B1** | MDL 2179<br><br>Section J<br><br>Judge Barbier<br><br>Magistrate Judge Wilkinson |
| Blair C. Mielke,<br><br>          Plaintiff(s)<br>     vs.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean, Ltd., Triton Asset Leasing GmbH, Anadarko Petroleum Corporation Co., Anadarko E&P Company LP, and Halliburton Energy Services, Inc.<br><br>          Defendant(s). | Case No.<br><br>Section J<br><br>Judge Barbier<br><br>Magistrate Judge Wilkinson |

## **ORDER**

Considering the foregoing Motion to Enroll as Counsel;

**IT IS ORDERED** that the name of Richard H. Turner, III be entered into the record of this Court as counsel for Blair C. Mielke in the above entitled and numbered cause.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
United States District Judge