IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179<br>*<br>*<br>*  SECTION J<br>* |
| This document relates to: | * |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | *<br>*  Honorable CARL J. BARBIER<br>*<br>*  Magistrate Judge WILKINSON<br>*<br>*<br>* |

**CONSENT MOTION FOR EXTENSION OF TIME OF 14 DAYS
TO FILE A REQUEST FOR DISCRETIONARY REVIEW**

BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP"), appearing through undersigned counsel, move the Court, pursuant to this Court's continuing and exclusive jurisdiction under Section 18.1 of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, for an extension of time of 14 days to file a Request for Discretionary Review of the Appeal Panel determination for Claim 122113 under section 6.6 of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement.

The grounds for this motion, asserting good cause, are as follows:

1.    This request involves an appeal to the Appeals Panel determination of a claim determination in the *Deepwater Horizon* Settlement Program.

2.    BP appealed the claim determination of the Settlement Program, but the Appeal Panel ruled against BP pursuant to a Notice of Appeal Panel Decision dated May 2, 2018.

1

Absent an extension of time, BP must file a request for discretionary review by May 16, 2018. *See* Rule 18, Rules Governing Discretionary Court Review of Appeal Panel Determinations, approved by order of this Court in MDL 2179 on December 8, 2015, Doc. No. 15643 (providing that requests for discretionary review must be submitted within 14 days of being served with a Notice of Appeal Decision).

3. Good cause supports a 14-day extension of the deadline for BP to file a request for discretionary review. BP and Claimant have negotiated a settlement in principle and need time to perfect the settlement. If perfected, the settlement will obviate the need for BP to request discretionary review.

4. If settlement is not perfected, however, BP wishes to preserve its right to file a request for discretionary review. Seeking an extension to file a request for discretionary review is more efficient for the parties and this Court than filing a request for discretionary review but subsequently dismissing it.

5. With the requested 14-day extension, BP's request for discretionary review will be due on June 15, 2018.

6. BP's counsel conferred with counsel for Claimant ID 100296190 in advance of filing this motion. Claimant does not oppose the requested extension.

Respectfully submitted,

/s/ *Devin C. Reid*

| | |
|---|---|
| J. Andrew Langan | Don K. Haycraft |
| Wendy L. Bloom | Devin C. Reid |
| Martin R. Martos II | LISKOW & LEWIS |
| KIRKLAND & ELLIS LLP | 701 Poydras Street, Suite 5000 |
| 300 North LaSalle | New Orleans, LA 70139 |
| Chicago, IL 60654 | Telephone: (504) 556-4128 |
| Telephone: (312) 862-2000 | Facsimile: (504) 556-4108 |
| Facsimile: (312) 862-2200 | dkhaycraft@liskow.com |
| andrew.langan@kirkland.com, | dcreid@liskow.com |
| wendy.bloom@kirkland.com | |
| martin.martos@kirkland.com | |

Jeffrey Bossert Clark
George W. Hicks, Jr.
Aaron L. Neilson
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
george.hicks@kirkland.com
aaron.nielson@kirkland.com

*Counsel v. BP America Production Co.,
BP Exploration & Production Inc., and BP plc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Consent Motion for Extension of Time of 14 Days to File a Request for Discretionary Review has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of May, 2018.

                                                          /s/ *Devin C. Reid*