# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge WILKINSON |

## ORDER

BP Exploration and Production Inc., BP America Production Co., and BP p.l.c's motion to extend the period of time by 14 days within which to file a request for discretionary review of the Appeal Panel determination for claim 122113 is GRANTED. The request for discretionary review will be due on June 15, 2018.

**SO ORDERED.**

Date: _____         _____
                                                                 Judge Carl J. Barbier
                                                                 United States District Court