UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION: J |
| | * | |
| This Document Applies To: | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| No. 17-3205 | * | |

## ORDER

Considering the Motion to Enroll as Counsel of Record (Rec. Doc. 24442);

IT IS ORDERED that Richard H. Turner, III is enrolled as counsel of record for Plaintiff Blair C. Mielke in member case 17-3205.

New Orleans, Louisiana, this 16th day of May, 2018.

_____
United States District Judge