IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * | Honorable CARL J. BARBIER |
| | * * * * | Magistrate Judge WILKINSON |

## ORDER

BP Exploration and Production Inc., BP America Production Co., and BP p.l.c's motion to extend the period of time by 14 days within which to file a request for discretionary review of the Appeal Panel determination for claim 122113 is GRANTED. The request for discretionary review will be due on May 30, 2018.

New Orleans, Louisiana this 16th day of May, 2018.

_____
United States District Judge