UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** <br> **SECTION: J** |
| **This Document Applies To:** <br> **No. 14-1647** | * * * * | **JUDGE BARBIER** <br> **MAG. JUDGE WILKINSON** |

## ORDER

Considering that member case No. 14-1647 has been dismissed with prejudice following the parties' settlement (Rec. Doc. 24435);

IT IS ORDERED that Plaintiffs' Motion to Remand (Rec. Doc. 13259) and Motion to Set Hearing (Rec. Doc. 14909) are DENIED AS MOOT.

New Orleans, Louisiana, this 16th day of May, 2018.

_____
United States District Judge