UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|   "Deepwater Horizon" in the Gulf | * | |
|   of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 15-4143, 15-4146 & 15-4654 | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR
DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS**

NOW COME the Claims Administrator for the New Class, Michael J. Juneau, and the Claims Administrator for the Old Class, Patrick A. Juneau, who submit the following invoices and request that the court authorize payment as Administrative Costs pursuant to Section 8(c) of the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014) and Section 8(c) of the Transocean Punitive Damages and Assigned Claims Settlement Agreement:

New Class Expenses:

| | |
|---|---|
| Garden City Group invoice dated May 11, 2018 | $ 849,193.44 |
| Juneau David, APLC invoice dated May 3, 2018 | $ 27,950.62 |

Old Class Expenses:

| | |
|---|---|
| Garden City Group invoice dated May 11, 2018 | $ 10,310.00 |
| Deepwater Horizon Economic & Property Damage Settlement invoice | $ 9,332.63 |

WHEREFORE, Michael J. Juneau and Patrick A. Juneau respectfully pray that the Court authorize and direct the Settlement Fund Escrow Agent to issue payment on the above invoices as Administrative Costs pursuant to the Halliburton and the Transocean Punitive Damages and

-2-

Assigned Claims Settlement Agreements and that such payments be made from the Transocean Settlement Fund (17.08%) and the Halliburton Settlement Fund (82.92%) pro rata based on the respective contributions to the overall settlement amount.

          Respectfully Submitted,

          /s/Michael J. Juneau
          MICHAEL J. JUNEAU, Bar No. 18277
          CLAIMS ADMINISTRATOR
          P.O. Box 51268
          Lafayette, LA 70505-1268
          Telephone No. (337) 269-0052

          /s/Patrick A. Juneau
          PATRICK A. JUNEAU, Bar No. 07594
          CLAIMS ADMINISTRATOR
          P.O. Box 51268
          Lafayette, LA 70505-1268
          Telephone No. (337) 269-0052