

**gcg**

A CRAWFORD COMPANY

May 11, 2018

Patrick Juneau, Old Class Claims Administrator
Michael Juneau, New Class Claims
Administrator c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Gentlemen:

Attached please find the quarterly invoice for Old and New Class administration work completed by GCG, inclusive of pass-through invoices for Brown Greer and GCR for the period November 1, 2017 – January 31, 2018.

The breakdown of fees and expenses between the Old and New Classes is as follows:

| | |
|---|---|
| HESI and Transocean Old Classes | $ 10,310.00 |
| HESI and Transocean New Classes | $ 849,193.44 |
| Total Due | $ 869,503.44 |

**Please Remit To :**

| Garden City Group, LLC<br>1985 Marcus Avenue, Suite 200<br>Lake Success, NY 11042 | -Or- | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>900 Stewart Ave., 3rd Floor<br>Garden City, NY 11530<br><br>ABA # -<br>A/C # -<br>Tax ID # -<br>Swift Code - |
|---|---|---|

As always, it has been a pleasure serving your needs. Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count

Enclosure



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/11/2018 | 23965 |
| PERIOD START | THROUGH DATE |
| 2/1/2018 | 4/30/2018 |

Michael J. Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Fulfill Case Document Requests | 6 Hrs. | | $492.50 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 73.6 Hrs. | | $4,179.50 |
| Document Storage - Electronic (per img./record per month) | 1,431,031 | $0.002 | $2,862.06 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 4,807.6 Hrs. | | $553,995.50 |
| Deficiency / Rejection Processing | 4.4 Hrs. | | $408.00 |
| **Contact Services** | | | |
| IVR (per minute) | 7,442 | $0.32 | $2,381.44 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 132.8 Hrs. | | $6,640.00 |
| Handling of class member communications | 23.8 Hrs. | | $2,449.00 |
| **Website Services** | | | |
| Design and Maintain Website | 0.6 Hrs. | | $75.00 |
| Website updates | 0.3 Hrs. | | $37.50 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 64.8 Hrs. | | $10,310.00 |
| **Reporting** | 133.3 Hrs. | | $16,650.00 |
| The Reporting/Data Analysis Team provides data support to GCG's production and management teams for internal monitoring, external reporting, and case-related tasks. This team also assisted with queries and data review associated with the status reports that were filed with the Court. Weekly reporting continued during the past quarter as well. | | | |



# INVOICE

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Project Management** | 1,381.3 Hrs. | | $182,262.00 |
| A core group of staff manage all aspects of the settlement administration in accordance with the New Class Claims Administrators direction and with his oversight. This group handles high-level communications with the New Class Claims Administrator and his staff, consultants, vendors, the Plaintiffs Steering Committee, Parties, and claimants/individual counsel, as applicable. The Project Management team also oversees reporting and drafting internal protocols or other necessary documents for the New Class Claims Administrators approval. In the past quarter activity centered on additional Stage 2 documentation review and processing of the underlying claims associated with each claimant record, issuing deficiency and determination letters, reviewing internal appeals, and preparing court review requests for Judge Wilkinson. | | | |
| **Systems Support** | 139 Hrs. | | $20,965.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | |
| **Quality Assurance** | 82.1 Hrs. | | $14,219.50 |
| **Total Fees** | | | $817,927.00 |
| **Total Project Expenses (See Exhibit A)** | | | $51,576.44 |
| **Grand Total** | | | $869,503.44 |



# EXHIBIT A

| Project Name: HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|
| **Description** | **Amount** |
| **Project Expenses** | |
| For the period: Feb 01, 2018 through Apr 30, 2018 | |
| GCR, Inc. Invoices | $37,107.50 |
| Stanley Reuter Invoices | $11,591.23 |
| Postage | $777.24 |
| Stationery & Supplies | $72.19 |
| FedEx, Messenger & Shipping | $18.80 |
| PACER Charges | $36.30 |
| Working Meals and Transportation | $1,973.18 |
| **Total** | **$51,576.44** |

**Please Remit To :**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Garden City Group, LLC
Operating A/C
Signature Bank
900 Stewart Ave., 3rd Floor
Garden City, NY 11530

ABA # - ▮
A/C # - ▮
Tax ID # - ▮
Swift Code - ▮