# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

May 3, 2018

Invoice #: 31082
Billed Through: April 30, 2018
Account #: 001300 01580

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | April 30, 2018 | $27,450.00 |
| CURRENT EXPENSES THROUGH: | April 30, 2018 | $500.62 |
| TOTAL CHARGES FOR THIS BILL | | $27,950.62 |
| TOTAL NOW DUE | | $27,950.62 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

**JUNEAU DAVID**
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

May 3, 2018

| | |
|---|---|
| Invoice #: | 31082 |
| Billed through: | April 30, 2018 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
      OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $19,887.50 |
| Less payments received since previous invoice | $19,887.51 |
| Adjustments made to this account | $0.01 |

## PROFESSIONAL SERVICES                                                                                               Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/18 | MJJ | REVIEW PLEADINGS RE: APPEAL OF DETERMINATIONS TO DISTRICT JUDGE | 0.70 |
| 02/02/18 | MJJ | REVIEW MOTION TO RECONSIDER FRAUD DETERMINATION WITH VOLUMINOUS ATTACHMENTS; COMMUNICATIONS WITH GCG RE: PROPERTY CLAIMS; REVIEW STATUS REPORT FILED WITH COURT; REVIEW COURT ORDERS RE: MISCELLANEOUS REQUESTS FOR RELIEF | 1.30 |
| 02/02/18 | MJJ | REVIEW WEEKLY CLAIMS PROCESSING REPORT; COMMUNICATIONS WITH GCG RE: CLAIMANT INQUIRIES | 0.50 |
| 02/05/18 | MJJ | REVIEW COURT ORDER RE: REMAND OF CLAIM; COMMUNICATIONS WITH GCG RE: EQUITY CONSIDERATIONS | 0.40 |
| 02/07/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: COORDINATION OF CLASS DATA AND MISCELLANEOUS ISSUES RE: RESOLUTION OF DHEPDS; CORRESPONDENCE WITH DHEPDS RE: QUARTERLY COSTS; PHONE CONFERENCE WITH CLAIMANT ATTORNEY RE: SPECFIC CLAIM PROCESSING ISSUES | 1.40 |
| 02/08/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: CLAIMS PROCESSING AND TECHNICAL ISSUES; REVIEW CLAIMANT SUBMISSION RE: DEMAND FOR ALTERNATIVE RELIEF; COMMUNICATIONS WITH DHEPDS AND GCG RE: 6% PAYMENTS | 1.10 |
| 02/12/18 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; REVIEW / ANALYSIS OF MAJOR ADMINISTRATIVE EXPENSES; COMMUNICATIONS WITH DHEPDS AND GCG RE: NEUTRALS SETTLEMENTS | 0.90 |
| 02/14/18 | MJJ | PHONE CONFERENCE WITH GCG RE: AGENDA FOR MATTERS STILL TO BE ADDRESSED | 0.10 |
| 02/16/18 | MJJ | REVIEW CLAIMANT SUBMISSIONS RE: REQUEST FOR COURT RELIEF FROM APPROVAL OF DISTRIBUTION MODEL; ANALYSIS OF STANDING V. EVALUATION ISSUES; ANALYSIS OF CLAIM TYPES AND DISTRIBUTION REQUIREMENTS | 2.30 |
| 02/17/18 | MJJ | DRAFT MOTION RE: ADMINISTRATIVE EXPENSES; DRAFT PROPOSED COURT ORDER RE: COSTS; ANALYSIS OF BUDGET ISSUES | 0.70 |
| 02/19/18 | MJJ | REVIEW UBS FINANCIAL STATEMENTS; COMMUNICATIONS WITH PARTIES RE: QUARTERLY COSTS; COMMUNICATIONS WITH GCG RE: PROCESSING ISSUES TO BE ADDRESSED; COMMUNICATIONS WITH | 3.50 |

| 001300 | 01580 | | Invoice # 31082 Page 2 | |
|---|---|---|---|---|
| | | DHEPDS RE: ISSUES COMMON TO BOTH CLASSES; CORRESPONDENCE FROM CLASS COUNSEL RE: FIFTH CIRCUIT FILINGS; REVIEW WEEKLY CLAIM PROCESSING REPORT; FILE MOTION RE: QUARTERLY ADMINISTRATIVE EXPENSES | |
| 02/20/18 | MJJ | TRAVEL TO NEW ORLEANS, LA; MEETING WITH DHEPDS PERSONNEL; MEETING WITH GARDEN CITY GROUP | 7.50 |
| 02/21/18 | MJJ | RETURN TRAVEL TO LAFAYETTE, LA; COMMUNICATIONS WITH GCG AND PARTIES RE: APPEAL FILINGS; REVIEW COURT APPEAL DETERMINATIONS AND REASONS; COMMUNICATIONS WITH DHEPDS AND COURT NEUTRALS RE: RENEWED SETTLEMENT EFFORTS | 4.80 |
| 02/23/18 | MJJ | COMMUNICATIONS WITH GCG RE: ADDITIONAL APPEAL SUBMISSIONS; CORRESPONDENCE WITH PARTIES RE: ANTICIPATED DISTRIBUTIONS | 0.40 |
| 02/26/18 | MJJ | COMMUNICATIONS WITH PARTIES AND OTHERS RE: PROJECTED TIME FRAMES, APPEAL ISSUES, ETC.; REVIEW COURT ORDER RE: CLAIMANT REQUEST FOR RELIEF; ANALYSIS OF CLAIM EVALUATION METHODOLOGY AND CLAIMANT ARGUMENTS IN OPPOSITION | 1.20 |
| 02/27/18 | MJJ | REVIEW WEEKLY CLAIMS PROCESSING REPORT; COMMUNICATIONS WITH GCG AND DHEPDS RE: FRAUD ISSUES; COMMUNICATIONS WITH MISC. PARTIES RE: NEUTRALS SETTLEMENTS | 0.70 |
| 02/28/18 | MJJ | REVIEW FIFTH CIRCUIT DECISION RE: PTO 60; COMMUNICATIONS WITH GCG AND OUTSIDE COUNSEL RE: MENHADEN APPEAL; REVIEW DISTRICT COURT DECISION RE: CLAIMANT APPEAL OF CLAIM DETERMINATION; COMMUNICATIONS WITH GCG AND DHEPDS RE: EQUITABLE CONCERNS RE: CLAIM DENIED FOR FRAUD; COMMUNICATIONS RE: SETTLEMENT FUND TAX EXPENSES; REVIEW SUBMISSION ON BEHALF OF COUNSEL FOR WETLANDS CLAIMANTS | 2.30 |
| 03/01/18 | MJJ | COMMUNICATIONS WITH GCG RE: WETLANDS CLAIMS; REVIEW DRAFT FIFTH CIRCUIT PLEADINGS | 0.60 |
| 03/02/18 | MJJ | REVIEW UBS FINANCIAL DATA; CORRESPONDENCE FROM PARTIES RE: FIFTH CIRCUIT APPEAL; CORRESPONDENCE WITH GCG AND FINANCIAL PROFESSIONALS RE: TIMING OF DISTRIBUTION FUNDS | 0.70 |
| 03/05/18 | MJJ | COMMUNICATIONS WITH PARTIES RE: FIFTH CIRCUIT INTERVENTION; REVIEW GCG CORRESPONDENCE RE: FUNDS AVAILABILITY | 0.30 |
| 03/06/18 | MJJ | REVIEW APPELLATE COURT MOTIONS FILED BY CLASS COUNSEL AND NEW CLASS CLAIMS ADMINISTRATOR; REVIEW DISTRICT COURT ORDER RE: RECENTLY FILED FIFTH CIRCUIT APPEAL; REVIEW WEEKLY CLAIM ACTIVITY REPORT | 0.70 |
| 03/07/18 | MJJ | COMMUNICATIONS WITH UBS, GCG, DHEPDS AND PARTIES RE: PLANNING AND FUNDS MANAGEMENT | 0.40 |
| 03/12/18 | MJJ | CONFERENCE CALL RE: PROJECTED FINANCIAL NEEDS; REVIEW WEEKLY CLAIM PROCESSING REPORT; ANALYSIS OF REVISED NOTICE AND DISTRIBUTION SCHEDULE BASED ON INPUT FROM DISTRICT COURT | 0.90 |
| 03/14/18 | MJJ | COMMUNICATIONS WITH GCG, DHEPDS, UBS AND PARTIES RE: PROJECTED LIQUIDITY REQUIREMENTS, REVIEW NEW CLASS ADMINISTRATIVE/LEGAL COSTS; REVIEW RESPECTIVE PARTIES' RECORD DESIGNATIONS FOR APPEAL | 1.40 |
| 03/19/18 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; COMMUNICATIONS WITH GCG RE: 1099 REPORTING; REVIEW COURT ORDER RE: PTO 60 | 0.70 |

| 001300 | 01580 | | | Invoice # 31082 | Page | 3 |
|---|---|---|---|---|---|---|
| | | CLAIMANTS | | | | |
| 03/23/18 | MJJ | COMMUNICATIONS WITH CLAIMANT RE: NEW CLASS CLAIM; COMMUNICATIONS WITH ATTORNEY, GCG, ETC. RE: ADMINISTRATION OF PROGRAM AND COLLATERAL ATTACK | | | | 0.60 |
| 03/26/18 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; REVIEW COURT RULING RE: CLAIM DETERMINATIONS AND APPEALS | | | | 0.50 |
| 04/02/18 | MJJ | REVIEW WEEKLY CLAIMS PROCESSING REPORT; REVIEW UBS CASH MANAGEMENT REPORTS | | | | 0.50 |
| 04/03/18 | MJJ | CORRESPONDENCE WITH GCG RE: CLAIMANT CONTACT / UNRESOLVED ISSUES | | | | 0.10 |
| 04/04/18 | MJJ | COMMUNICATIONS WITH GARDEN CITY RE: DOCUMENTATION REQUIREMENTS | | | | 0.20 |
| 04/05/18 | MJJ | COMMUNICATIONS WITH GCG RE: CLAIMANT INQUIRIES | | | | 0.20 |
| 04/09/18 | MJJ | REVIEW WEEKLY CLAIM ACTIVITY REPORT; COMMUNICATIONS WITH CLAIMANT ATTORNEY AND GCG RE: WETLANDS CLAIMS | | | | 0.40 |
| 04/11/18 | MJJ | COMMUNICATIONS WITH UBS AND GCG RE: FUNDS MANAGEMENT AND TAX PAYMENTS | | | | 0.20 |
| 04/12/18 | MJJ | REVIEW SUBSISTENCE RECONSIDERATION ISSUES AND COMMUNICATIONS WITH GCG RE: SAME | | | | 0.50 |
| 04/13/18 | MJJ | REVIEW CLAIMANT APPEALS RE: PROGRAM DETERMINATIONS; COMMUNICATIONS WITH GCG RE: APPEAL PROCEDURES; REVIEW COURT RULING RE: CLAIMANT APPEAL | | | | 1.80 |
| 04/16/18 | MJJ | ANALYSIS OF WEEKLY CLAIM STATUS REPORT | | | | 0.20 |
| 04/19/18 | MJJ | COMMUNICATIONS WITH PRO SE CLAIMANT RE: CLASS DISTRIBUTION; COMMUNICATIONS WITH COURT AND GCG RE: ATTORNEY FEE OPTIONS | | | | 0.80 |
| 04/20/18 | MJJ | COMMUNICATIONS WITH GCG RE: QUARTERLY REPORTING; CONSIDERATION OF CLAIMANT APPEALS | | | | 3.20 |
| 04/21/18 | MJJ | REVIEW CLAIMANT APPEALS OF PROGRAM DETERMINATIONS | | | | 2.30 |
| 04/23/18 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; PHONE CONFERENCE WITH GCG RE: SUBSISTENCE STANDARDS; CONSIDERATION OF CLAIMANT APPEALS | | | | 3.50 |
| 04/24/18 | MJJ | COMMUNICATIONS WITH PARTIES, GCG & LEGAL COUNSEL RE: APPELLATE COURT ISSUES | | | | 0.70 |
| 04/27/18 | MJJ | CONSIDERATION OF ATTORNEY FEE ISSUES; PREPARATION OF QUARTERLY STATUS REPORT; COMMUNICATIONS WITH GCG AND DHEPDS RE: CLAIMS PROCESSING; PHONE CONFERENCE WITH GCG RE: SEAFOOD CLAIM | | | | 2.60 |
| 04/30/18 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; REVIEW MISC. APPEAL ISSUES; ANALYSIS OF DATA AND PROJECTIONS TO BE INCLUDED IN COURT STATUS REPORT | | | | 1.10 |
| | | | | 54.90 | | $27,450.00 |
| MJJ | | JUNEAU, MICHAEL J. | 54.90 hrs @ | $500.00 /hr | $27,450.00 | |
| | Fee Recap Totals | | 54.90 | | $27,450.00 | |

## EXPENSES                                                                                          **Amount**

02/20/18   MICHAEL J. JUNEAU; HOTEL - NEW ORLEANS, LA                                                 235.97

| | | | | |
|---|---|---|---|---|
| 001300 | 01580 | | Invoice # 31082 | Page 4 |
| 02/20/18 | MICHAEL J. JUNEAU; MILEAGE - NEW ORLEANS, LA - 300 MILES @ $.545 PER MILE | | | 163.50 |
| 02/20/18 | MICHAEL J. JUNEAU; MEALS - NEW ORLEANS, LA | | | 12.42 |
| 02/20/18 | MICHAEL J. JUNEAU; MEALS - NEW ORLEANS, LA | | | 59.03 |
| 03/07/18 | FILE & SERVEXPRESS; REPOSITORY FEE | | | 5.00 |
| 04/10/18 | FILE & SERVEXPRESS; REPOSITORY FEE | | | 5.00 |
| 04/30/18 | COPYING | | | 19.70 |
| | | | | $500.62 |

## BILLING SUMMARY:

| | |
|---|---|
| TOTAL FEES | $27,450.00 |
| TOTAL EXPENSES | $500.62 |
| TOTAL FEES & EXPENSES | $27,950.62 |
| **TOTAL NOW DUE** | **$27,950.62** |