**Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO**

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 02/07/18 | Patrick Hron | Review email and draft corresp. re: HESI/TO programs and issues with handling, processing previously settled claims. | 0.6 | $ 125.00 | $ 75.00 | |
| 02/07/18 | Patrick Hron | Review email and draft corresp. re: HESI/TO programs and issues with 6% payments. | 0.3 | $ 125.00 | $ 37.50 | |
| 02/08/18 | Patrick Hron | Review follow up email and draft corresp. Re: HESI/TO programs and issues with 6% payments. | 0.1 | $ 125.00 | $ 12.50 | |
| 02/15/18 | Patrick Hron | Review filings and corresp. re: Motion for Relief from Distribution Model. | 0.5 | $ 125.00 | $ 62.50 | |
| 02/19/18 | Patrick Hron | Confer ML, KA, JM re: liens as to HESI/TO claims. | 1 | $ 125.00 | $ 125.00 | |
| 02/20/18 | Patrick Hron | Draft corresp: re: New Class HESI/TO claims as to claims settled outside of the DHEPDS. | 0.3 | $ 125.00 | $ 37.50 | |
| 02/21/18 | Patrick Hron | Review corresp re: reconciliation of claim categories for HESI/TO settlement programs and draft response re: same. | 0.2 | $ 125.00 | $ 25.00 | |
| 02/26/18 | Patrick Hron | Review various corresp. re: Motion for Relief from Distribution Model. | 0.2 | $ 125.00 | $ 25.00 | |
| 02/27/18 | Patrick Hron | programs. | 0.4 | $ 125.00 | $ 50.00 | |
| 02/20/18 | Patrick Hron | Review further corresp. re: appeal of Distribution Model to the Fifth Circuit Court of Appeals, named appellees, etc. | 0.2 | $ 125.00 | $ 25.00 | |
| 03/05/18 | Patrick Hron | Review various filings re: appeal of Distribution Model to the Fifth Circuit Court of Appeals. | 0.6 | $ 125.00 | $ 75.00 | |
| 03/12/18 | Patrick Hron | Confer re: fund management plans over the coming months re: HESI/TO settlement programs funds. | 0.5 | $ 125.00 | $ 62.50 | |
| 03/14/18 | Patrick Hron | Review corresp. and respond re: takeaways from fund management conference call. | 0.2 | $ 125.00 | $ 25.00 | |
| 03/21/18 | Patrick Hron | Review specific claims re: potential settlements outside of the DHEPDS and effect on HESI/TO settlement programs and draft response re: same. | 0.7 | $ 125.00 | $ 87.50 | |
| 03/29/18 | Patrick Hron | Review specific claims re: potential settlements outside of the DHEPDS and effect on HESI/TO settlement programs and draft responses re: same. | 0.3 | $ 125.00 | $ 37.50 | |
| 04/20/18 | Patrick Hron | Review corresp. re: HESI/TO claim appeals and various issues and draft response re: same. | 0.2 | $ 125.00 | $ 25.00 | |
| 04/23/18 | Patrick Hron | Review corresp. re: settlements outside of DHEPDS and corresp. ML re: same. | 0.3 | $ 125.00 | $ 37.50 | |
| 04/24/18 | Patrick Hron | Review draft Quarterly Court Report for HESI/TO settlement programs; edit and redline same and draft response re: same. | 0.4 | $ 125.00 | $ 50.00 | |
| 04/24/18 | Patrick Hron | Review corresp. Re: inquiry as to prior Court Orders re: DHEPDS, HESI/TO settlement programs and draft response re: same. | 0.5 | $ 125.00 | $ 62.50 | |
| 04/27/18 | Patrick Hron | Further comments, edits re: Quarterly Court Report for HESI/TO settlement programs and draft corresp. re: same. | 0.1 | $ 125.00 | $ 12.50 | |
| 04/30/18 | Patrick Hron | Review corresp. From counsel with inquiries re: HESI/TO settlement programs and draft lengthy response re: same. | 0.5 | $ 125.00 | $ 62.50 | |
| | | | | | $ 1,012.50 | $ 1,012.50 |
| 2/1/2018 | Patrick Juneau | HESI Quarterly Report | 0.1 | $ 700.00 | $ 70.00 | |
| 2/7/2018 | Patrick Juneau | HESI Old Class 6% e-mails | 0.1 | $ 700.00 | $ 70.00 | |
| 2/19/2018 | Patrick Juneau | HESI Old Class Meeting prep | 0.3 | $ 700.00 | $ 210.00 | |
| 2/20/2018 | Patrick Juneau | HESI Meeting w/ Michelle Lacount | 3.8 | $ 700.00 | $ 2,660.00 | |
| 2/21/2018 | Patrick Juneau | Signed Order Hesi Expenses | 0.1 | $ 700.00 | $ 70.00 | |
| 2/22/2018 | Patrick Juneau | re Signed Order Hesi Expenses | 0.1 | $ 700.00 | $ 70.00 | |
| 2/26/2018 | Patrick Juneau | Menhaden Appeal e-mails | 0.2 | $ 700.00 | $ 140.00 | |
| 2/27/2018 | Patrick Juneau | Meet with Judge Barbier Hesi Matters | 0.7 | $ 700.00 | $ 490.00 | |
| 2/27/2018 | Patrick Juneau | Mike Juneau re Judge Barbier Meeting | 0.2 | $ 700.00 | $ 140.00 | |
| 2/28/2018 | Patrick Juneau | 5th Circuit Ruling on PTO | 0.3 | $ 700.00 | $ 210.00 | |
| 2/28/2018 | Patrick Juneau | Adams Jenkins Invoice Review | 0.1 | $ 700.00 | $ 70.00 | |
| 2/28/2018 | Patrick Juneau | Menhaden Appeal e-mails | 0.2 | $ 700.00 | $ 140.00 | |
| 3/2/2018 | Patrick Juneau | Transocean Investment Maturity | 0.1 | $ 700.00 | $ 70.00 | |
| 3/2/2018 | Patrick Juneau | Mike Juneau UBS Corporate Cash e-mails | 0.2 | $ 700.00 | $ 140.00 | |
| 3/5/2018 | Patrick Juneau | Investment Maturity and Distribution e-mails | 0.2 | $ 700.00 | $ 140.00 | |
| 3/6/2018 | Patrick Juneau | UBS Corporate Cash e-mails | 0.3 | $ 700.00 | $ 210.00 | |
| 3/7/2018 | Patrick Juneau | UBS Corporate Cash e-mails | 0.1 | $ 700.00 | $ 70.00 | |
| 3/14/2018 | Patrick Juneau | UBS Corporate Cash e-mails | 0.1 | $ 700.00 | $ 70.00 | |
| 3/19/2018 | Patrick Juneau | HESI to Assigned Claims Hold e-mails | 0.1 | $ 700.00 | $ 70.00 | |
| 4/20/2018 | Patrick Juneau | Quarterly Report Draft Invoice | 0.1 | $ 700.00 | $ 70.00 | |
| 4/23/2018 | Patrick Juneau | Quarterly Report Draft | 0.2 | $ 700.00 | $ 140.00 | |
| 4/24/2018 | Patrick Juneau | Quarterly Report Final | 0.1 | $ 700.00 | $ 70.00 | |
| | | | | | $ 5,390.00 | $ 5,390.00 |

| Date | Name | Description | Hours | Rate | Amount | Subtotal | Total |
|---|---|---|---|---|---|---|---|
| 02/07/18 | Robert Levine | Accumulate Time charges from staff | 0.25 | $ 175.00 | $ 43.75 | | |
| 02/16/18 | Robert Levine | Accumulate Time charges from staff | 0.75 | $ 175.00 | $ 131.25 | | |
| | | | | | | $ 175.00 | $ 175.00 |
| 02/07/18 | Katy Askew Martinez | Reporting for HESI | 0.17 | $ 65.00 | $ 11.05 | | |
| 02/07/18 | Katy Askew Martinez | Call with ML re: Old Class Distribution | 0.42 | $ 65.00 | $ 27.30 | | |
| 02/08/18 | Katy Askew Martinez | Reporting for HESI Old Class - Neutral Withdrawals | 0.75 | $ 65.00 | $ 48.75 | | |
| 02/08/18 | Katy Askew Martinez | Reporting for HESI Old Class- Neutral Withdrawals | 0.58 | $ 65.00 | $ 37.70 | | |
| 02/12/18 | Katy Askew Martinez | Reporting for HESI Old Class- Neutral Withdrawals | 0.43 | $ 65.00 | $ 27.95 | | |
| 02/12/18 | Katy Askew Martinez | Reconciliation reporting | 1.60 | $ 65.00 | $ 104.00 | | |
| 02/19/18 | Katy Askew Martinez | Confer ML, KA, JM re: liens as to HESI/TO claims. | 1.00 | $ 65.00 | $ 65.00 | | |
| | | | | | | $ 321.75 | $ 321.75 |
| 02/14/18 | Kyle Adolph | Aligning the PwC and BG Neutral Settlement Lists | 1.00 | $ 51.50 | $ 51.50 | | |
| 02/14/18 | Kyle Adolph | Analyzing the Neutral Settlement populations | 1.50 | $ 51.50 | $ 77.25 | | |
| 02/19/18 | Kyle Adolph | Meeting with ML about HESI reconciliation | 1.25 | $ 51.50 | $ 64.38 | | |
| 02/20/18 | Kyle Adolph | Reconciling BG and PwC populations | 6.00 | $ 51.50 | $ 309.00 | | |
| 02/21/18 | Kyle Adolph | Reconciling BG and PwC populations | 2.50 | $ 51.50 | $ 128.75 | | |
| 02/22/18 | Kyle Adolph | Researching Neutral Withdrawal Logic | 0.50 | $ 51.50 | $ 25.75 | | |
| 02/22/18 | Kyle Adolph | Neutral Withdrawal meeting with ML. | 1.00 | $ 51.50 | $ 51.50 | | |
| 02/23/18 | Kyle Adolph | Testing Neutral Withdrawal Logic | 5.00 | $ 51.50 | $ 257.50 | | |
| 02/24/18 | Kyle Adolph | Testing Neutral Withdrawal Logic | 4.00 | $ 51.50 | $ 206.00 | | |
| 02/26/18 | Kyle Adolph | Testing Neutral Withdrawal Logic | 4.50 | $ 51.50 | $ 231.75 | | |
| 02/26/18 | Kyle Adolph | Testing Neutral Withdrawal Logic | 1.50 | $ 51.50 | $ 77.25 | | |
| 02/27/18 | Kyle Adolph | Testing Neutral Withdrawal Logic | 4.00 | $ 51.50 | $ 206.00 | | |
| 02/27/18 | Kyle Adolph | Testing Neutral Withdrawal Logic | 3.00 | $ 51.50 | $ 154.50 | | |
| 02/28/18 | Kyle Adolph | Testing Neutral Withdrawal Logic | 1.00 | $ 51.50 | $ 51.50 | | |
| 02/28/18 | Kyle Adolph | Testing Neutral Withdrawal Logic | 3.50 | $ 51.50 | $ 180.25 | | |
| 03/07/18 | Kyle Adolph | Reconciling ML's Neutral List with my HESI Categorization. | 0.50 | $ 51.50 | $ 25.75 | | |
| 03/07/18 | Kyle Adolph | Reconciling ML's Neutral List with my HESI Categorization. | 2.75 | $ 51.50 | $ 141.63 | | |
| 03/07/18 | Kyle Adolph | Reconciling ML's Neutral List with my HESI Categorization. | 0.50 | $ 51.50 | $ 25.75 | | |
| 03/08/18 | Kyle Adolph | Reconciling ML's Neutral List with my HESI Categorization. | 1.00 | $ 51.50 | $ 51.50 | | |
| 03/08/18 | Kyle Adolph | Reconciling ML's Neutral List with my HESI Categorization. | 1.50 | $ 51.50 | $ 77.25 | | |
| 03/12/18 | Kyle Adolph | HESI data consolidation. | 0.50 | $ 51.50 | $ 25.75 | | |
| 03/29/18 | Kyle Adolph | HESI New Class claim research from email from ML. | 0.25 | $ 51.50 | $ 12.88 | | |
| | | | | | | $ 2,433.38 | $ 2,433.38 |
| | | | | | | | $ 9,332.63 |