# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 17-30912

_____

In Re: Deepwater Horizon:

_____

DACH VAN HOANG,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

    Defendants - Appellees

_____

TUOI PHAM, Shrimp Packer,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

    Defendants - Appellees

———————————

DAVID EDWARDS,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY, HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

    Defendants - Appellees

———————————

JELP BARBER,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

    Defendants - Appellees

———————————

JOHNNY'S CLAMS, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES;

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

      Defendants - Appellees

———————————

Appeals from the United States District Court
for the Eastern District of Louisiana

———————————

Before HIGGINBOTHAM, JONES, and COSTA, Circuit Judges.

PER CURIAM:

      IT IS ORDERED that the unopposed motion of Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP Corporation North America, Incorporated, BP, P.L.C. to sever is GRANTED.

      IT IS FURTHER ORDERED that the unopposed motion of Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP Corporation North America, Incorporated, BP, P.L.C. to amend the caption is GRANTED.

      IT IS FURTHER ORDERED that the unopposed motion of Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP Corporation North America, Incorporated, BP, P.L.C. to expedite the ruling on the motion is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP Corporation North America, Incorporated, BP, P.L.C. to extend time to file its brief is GRANTED and Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP Corporation North America, Incorporated, BP, P.L.C. are given two weeks from the entry of this order to file its brief.

IT IS FURTHER ORDERED that the unopposed motion of Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP Corporation North America, Incorporated, BP, P.L.C. to file separate briefs 30 days from the time the court agrees to order the two appeals severed is GRANTED.

IT IS FURTHER ORDERED that the alternative unopposed motion of Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP Corporation North America, Incorporated, BP, P.L.C. to file brief in excess of the word count limitation, if the request to sever is denied, by an additional 4,000 words is DENIED as moot.

Case No. 17-30912

In Re: Deepwater Horizon:
_____

DACH VAN HOANG,

                  Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.,

                  Defendants - Appellees
_____

TUOI PHAM, Shrimp Packer,

                  Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.,

                  Defendants - Appellees
_____

DAVID EDWARDS,

                  Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

                  Defendants - Appellees