# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 11, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 17-30912   In Re: Deepwater Horizon
               USDC No. 2:10-MD-2179
               USDC No. 2:16-CV-6071
               USDC No. 2:16-CV-6200
               USDC No. 2:16-CV-6696
               USDC No. 2:16-CV-5533
               USDC No. 2:16-CV-5541
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. James Andrew Langan
Mr. Douglas S. Lyons
Ms. Marsha L. Lyons
Mr. Kerry J. Miller
Mr. Aaron Lloyd Nielson
Mr. Matthew Regan
Mr. Robert Alan York

P.S. To Counsel:  The appeal number for the severed case is 17-30921.

P.S.S. To Counsel:  The appellees' brief in 17-30912 are due 14 days from the date of this order.  The appellees' briefs in the severed case 17-30921 are due 30 days from the date of this order.

P.S.S. To Counsel:  Attached is a revised caption for 17-30912 to be used for all future filings.

Case: 17-30912      Document: 00514470028      Page: 2      Date Filed: 05/11/2018
Case 2:10-md-02179-CJB-DPC   Document 24450-1   Filed 05/14/18   Page 2 of 2

7 of 7