# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| This Document Relates to: | MAG. JUDGE WILKINSON |
| *Pleading Bundle B1* | |

| | |
|---|---|
| ANNA DEROCHE | CIVIL ACTION NO. 2:17-cv-06038 |
| Plaintiff, | SECTION: J |
| vs. | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA, INC., BP, P.L.C., BP PRODUCTS NORTH AMERICA, INC., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., and SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., | MAG. JUDGE WILKINSON |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Anna Deroche, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the Parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of actions, and short-form

joinders against all Defendants, including but not limited to the actions, and short form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket(s) to be dismissed are:

*Deroche vs. BP Exploration & Production, Inc., et al.,* Case No. 2:17-cv-06038

Short Form Joinder number(s) and identifying information:

Anna Deroche          2:10-cv-08888 -CJB          Document 68702

Dated: May 17, 2018                    Respectfully submitted,

                                       */s/ David B. Franco*
                                       David B. Franco
                                       **FrancoLaw, PLLC**
                                       500 W. 2nd Street
                                       Floor 19, Suite 138
                                       Austin, Texas 78701
                                       Telephone: (512) 714-2223
                                       Facsimile: (504) 229-6730
                                       Email: dfranco@dfrancolaw.com

                                       And

                                       Damon J. Baldone
                                       **Damon J. Baldone & Associates, APLC**
                                       162 New Orleans Blvd.
                                       Houma, Louisiana 70364
                                       Telephone: (985) 868-3427
                                       Facsimile: (985) 872-2319
                                       Email: dbaldone@hotmail.com

                                       *Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 17, 2018, I caused the foregoing document to be filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system, which will provide electronic notice to all parties and counsel of record. I further certify that the foregoing document has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with the Pretrial Order No. 12 and the procedures established in MDL No. 2179.

*/s/ David B. Franco*
David B. Franco