UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: J |
| of Mexico, on April 20, 2010 | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

_____

| | | |
|---|---|---|
| Michel Jr., Warren, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO.   2:17-cv-6085 |
| BP Exploration & Production Inc., | § | |
| BP America Production Company, | § | |
| and BP p.l.c., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW Plaintiff, Warren Michel, Jr., and provides Notice of his voluntary dismissal of the above matter, with prejudice, each party to bear its own costs.

Respectfully submitted,

**SPAGNOLETTI & CO.**

*/s/ Marcus R. Spagnoletti*
Texas Bar No. 24076708 / SDTX 1139660
(PHV in MDL related action)
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:    713 653 5600
Facsimile:    713 653 5656
Email:    mspagnoletti@spaglaw.com

**OF COUNSEL**:

SPAGNOLETTI & CO.
Francis I. Spagnoletti
Texas SBN 18869600 / SDTX ID 5369
David S. Toy
Texas SBN 24048029 / SDTX ID 588699
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:	713 653 5600
Facsimile:	713 653 5656
Email:		fspagnoletti@spaglaw.com
Email:		dtoy@spaglaw.com