IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |

*This applies to:*
*JDF Landings, LLC v. BP Exploration & Production, Inc., etc.*
Case No.: 2:13-cv-02974

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, the plaintiff, JDF LANDING, LLC, and their counsel, hereby give notice that the action, Case 2:13-cv-02974, is voluntarily dismissed, with prejudice, of any and all litigation concerning any Released Claims filed by or on behalf of Claimant against the BP Entities or any other of the Released Parties or defendants.

Date: May 18, 2018

                                      Respectfully Submitted,

                                      _/s/ Frank M. Petosa_
                                      Frank M. Petosa, Esquire
                                      Morgan & Morgan Complex
                                      Litigation Group 600 North
                                      Pine Island Road   Suite 400
                                      Plantation, FL 33324
                                      Phone:  (954) 318-0268
                                      Facsimile: (954) 327-3018
                                      Email: fpetosa@forthepeople.com
                                      Website:   www.forthepeople.com
                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system on May 8, 2018.

By: <i>/s/ Frank M. Petosa</i>_____<br>
(Fla. Bar 972754)