UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | | |
| **Of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE WILKINSON** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID DOMINGUE** | **CIVIL ACTION No. 17-05730** |
| **VERSUS** | **SECTION J** |
| **BP EXPLORATION & PRODUCTION, INC.** | **JUDGE BARBIER** |
| | **MAG. JUDGE WILKINSON** |
| | **RULE 9(h)** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff David Domingue, through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, and causes of actions against Defendant, including but not limited to the actions listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and dockets to be dismissed are:

*David Domingue v. BP Exploration & Production, Inc.*, Case No. 17-05730

Dated: May 18, 2018

                                                      Respectfully submitted,

                                            /s/ Jessica Ibert
                                            PAUL M. STERBCOW, T.A. (#17817)
                                            JESSICA IBERT (#33196)
                                            IAN F. TAYLOR (#33408)
                                            Lewis, Kullman, Sterbcow & Abramson
                                            601 Poydras Street, Suite 2615
                                            New Orleans, Louisiana 70130
                                            Telephone: (504) 588-1500
                                            Facsimile: (504) 588-1514
                                            sterbcow@lksalaw.com
                                            jibert@lksalaw.com
                                            itaylor@lksalaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 18, 2018, I caused the foregoing document to be filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system, which will provide electronic notice to all parties and counsel of record. I further certify that the foregoing document has been served on all counsel by electronically uploading same to File and Serve Xpress in accordance with Pretrial Order No. 12 and the procedures established in MDL No. 2179.

                                            /s/ Jessica L. Ibert
                                            Jessica L. Ibert