UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *12-970, 15-4143, 15-4146, 15-4654* | * * | MAG. JUDGE WILKINSON |

# ORDER
### [Capping Individual Attorneys' Fees in the HESI and Transocean Punitive Damages and Assigned Claims Settlement Agreements]

On February 15, 2017, the Court granted Final Approval to the HESI and Transocean Punitive Damages and Assigned Claims Settlement Agreements (collectively, the "HESI/TO Settlements"). (Order & Reasons, Rec. Doc. 22252). During the Fairness Hearing on these settlements, the Court announced its intent to cap contingent fee agreements for attorneys representing claimants that settle claims in HESI/TO Settlements at 25% plus reasonable costs (Minute Entry, Rec. Doc. 21899; Transcript at 68-69, Rec. Doc. 21928), similar to what it had previously done with the Economic and Property Damages Settlement and the Medical Benefits Settlement (*see* Rec. Doc. 6684, hereinafter "Individual Attorneys' Fees Order"). The Claims Administrators for the HESI/TO Settlements report they are nearing the point at which eligibility determinations will be made. (Rec. Doc. 24425). As such, the Court addresses the outstanding issue of placing a cap on individual attorneys' fees in relation to the HESI/TO Settlements.

For the same reasons provided in the Individual Attorneys' Fees Order,[1]

**IT IS ORDERED that contingent fee arrangements for all attorneys representing claimants/plaintiffs that receive a payment through the HESI/TO Settlements (whether as part of the Old Class, New Class, or both) will be capped at 25% plus reasonable costs.**

The court emphasizes that 25% is only a ceiling for contingent fees. Attorneys and their clients are free to agree to amounts lower than 25%. Attorneys have an ethical responsibility to charge only reasonable fees. Particularly in the circumstances of the HESI/TO settlements, in instances where a claimant receives a payment without having to file a new claim and based entirely on information already provided to the Economic and Property Damages Settlement, it likely will be the case that a reasonable fee is less than 25%. This Order is not intended to allow or encourage attorneys to charge more than a reasonable fee.

Furthermore, because certain rare or exceptional cases might exist which could warrant a departure from the imposed cap on contingent fees,

**IT IS FURTHER ORDERED that an individual attorney who believes an upward departure from the 25% cap is warranted will be permitted to object and submit evidence to the Court for consideration.** Attorneys must serve the objection on the involved client, who will be permitted to submit opposing argument and evidence. The Court may choose to appoint a special master to take evidence and make a recommendation to the Court. If, after considering the evidence and arguments submitted, the Court determines that a departure is warranted in a particular case, the Court will determine a reasonable fee, either upward or downward, based on

---

[1] *See also In re World Trade Ctr. Disaster Site Litig.*, 754 F.3d 114, 126 (2d Cir. 2014) ("In mass tort cases, district courts have routinely capped attorneys' fees *sua sponte*."); *In Re: Nat'l Football League Players' Concussion Injury Litig.*, MDL No. 2323, 2018 WL 1658808, at *2 (E.D. Penn. April 5, 2018).

the unique circumstances presented after deducting from the attorneys' fee the costs associated with this process.

A copy of this Order will be posted on the Court's public website, www.laed.uscourts.gov/oilspill.  The Claims Administrators for the HESI/TO Settlements are instructed to post this Order on the HESI/TO Settlements website, www.gulfspillpunitivedamagessettlement.com, and to provide attorneys with actual notice of this Order when sending eligible claim notices.

New Orleans, Louisiana, this 18th day of May, 2018

_____
United States District Court