UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 <br> SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 15-4143, 15-4146 & 15-4654 | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER AUTHORIZING
## DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

Considering the Motion for Disbursement of Administrative Costs filed jointly by the Claims Administrator for the New Class, Michael J. Juneau, and the Claims Administrator for the Old Class, Patrick A. Juneau;

IT IS HEREBY ORDERED that:

The Settlement Fund Escrow Agent is hereby authorized and directed to issue payment on the following invoices as Administrative Costs pursuant to Section 8(c) of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements:

New Class Expenses:

Garden City Group invoice dated May 11, 2018 in the amount of $849,193.44

Juneau David, APLC invoice dated May 3, 2018 in the amount of $27,950.62

Old Class Expenses:

Garden City Group invoice dated May 11, 2018 in the amount of $10,310.00

Deepwater Horizon Economic & Property Damage Settlement invoice in the amount of $9,332.63

-2-

Such payments are to be made from the Transocean Settlement Fund (17.08%) and the Halliburton Settlement Fund (82.92%) pro rata based on the respective contributions to the overall settlement amount.

New Orleans, Louisiana this 17th day of May, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE