## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | ) | |
| **of Mexico, on April 20, 2010** | ) | **SECTION J** |
| | ) | |
| **This document Relates to:** | ) | **JUDGE BARBIER** |
| *Pleading Bundle B1* | ) | |
| | ) | **MAG. JUDGE WILKINSON** |
| | ) | |
| **HONKERS, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO.:  2:16-cv-05375** |
| | ) | |
| vs. | ) | |
| | ) | |
| **BP EXPLORATION & PRODUCTION,** | ) | |
| **INC.,  BP AMERICA PRODUCTION** | ) | |
| **BP COMPANY, and BP, P.L.C.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Honkers, Inc., by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, and withdrawal from many class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against

Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Dated:      May 21, 2018.

Respectfully submitted,

BY:/s/William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
bill@thepricelawfirm.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on all Counsel by electronically uploading the Same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of May, 2018.

/s/ William B. Price
William B. Price
FL Bar No.: 028277