## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| This document Relates to: *Pleading Bundle B1* | ) ) ) | JUDGE BARBIER |
| | ) | MAG. JUDGE WILKINSON |
| JASON COX | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.:  2:16-cv-04851 |
| vs. | ) ) ) ) ) | |
| BP EXPLORATION & PRODUCTION, INC.,  BP AMERICA PRODUCTION BP COMPANY, and BP, P.L.C., | ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Jason Cox, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, and withdrawal from many class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against

Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.


Dated:        May 21, 2018.

<div style="margin-left: 40%;">

Respectfully submitted,


BY:*/s/William B. Price*
WILLIAM B. PRICE
Florida Bar No: 28277
bill@thepricelawfirm.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

</div>

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal
With Prejudice has been served on all Counsel by electronically uploading the
Same to Lexis Nexis File & Serve, and that the foregoing was electronically filed
with the Clerk of Court of the United States District Court for the Eastern District
of Louisiana by using the CM/ECF System, which will send a notice of electronic
filing in accordance with the procedures established in MDL 2179, on this 21st day
of May, 2018.

<div style="margin-left: 40%;">

*/s/ William B. Price*
William B. Price
FL Bar No.: 028277

</div>