UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELTON DUHON** | **CIVIL ACTION No. 17-05733** |
| **VERSUS** | **SECTION J** |
| **BP EXPLORATION & PRODUCTION, INC.** | **JUDGE BARBIER** |
| | **MAG. JUDGE WILKINSON** |
| | **RULE 9(h)** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Shelton Duhon, through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against Defendant, including but not limited to the actions listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and dockets to be dismissed are:

*Shelton Duhon v. BP Exploration & Production, Inc.*, Case No. 17-05733

Dated: May 21, 2018

                                                  Respectfully submitted,

                                                  /s/ Jessica Ibert
                                                  PAUL M. STERBCOW, T.A. (#17817)
                                                  JESSICA IBERT (#33196)
                                                  IAN F. TAYLOR (#33408)
                                                  Lewis, Kullman, Sterbcow & Abramson
                                                  601 Poydras Street, Suite 2615
                                                  New Orleans, Louisiana 70130
                                                  Telephone: (504) 588-1500
                                                  Facsimile: (504) 588-1514
                                                  sterbcow@lksalaw.com
                                                  jibert@lksalaw.com
                                                  itaylor@lksalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, I caused the foregoing document to be filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system, which will provide electronic notice to all parties and counsel of record. I further certify that the foregoing document has been served on all counsel by electronically uploading same to File and Serve Xpress in accordance with Pretrial Order No. 12 and the procedures established in MDL No. 2179.

                                                  /s/ Jessica L. Ibert
                                                  Jessica L. Ibert