UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MASTER DOCKET NO. 10-MD-2179 SECTION: "J" JUDGE BARBIER MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: All cases in Pleading Bundle 3, specifically civil action No.  11-cv-02766;11-cv-02908; 11-cv-02501;11-cv-2549;11-02909;11-cv-02319; 12-cv-01295;12-cv-2279; 11-cv-02766; 17-cv-03370;17-cv-03382;17-cv-03388; AND 11-cv-02515; | * * * * * * | |

**EX PARTE MOTION AND INCORPORATED MEMORANUM IN SUPPORT OF MOTION TO SET STATUS CONFERENCE TO SEEK CLARIFICATION ON COMPLIANCE WITH PRETRIAL ORDER NO. 66**

**NOW INTO COURT**, through undersigned counsel, come Defendants/Cross-Claimants/Third-Party Plaintiffs and Plaintiffs, United States Environmental Services, LLC; United States Maritime Services, Inc.; and United States Maritime Services, Inc. doing business as United States Maritime Services, LLC (collectively "USES"), who respectfully ask this Honorable Court to set this matter for a status conference so that USES may seek clarification on compliance with Pretrial Order No. 66.

As an initial matter, USES acknowledges that it is a bit player in this multi-district litigation.  The BP entities utilized USES' services in its response to the Deepwater Horizon incident and clean-up efforts.  During BP's response, BP directed the USES entities to manage what has become commonly known as the Vessels of Opportunity ("VoO") Program in St. Bernard Parish.  As a result of these efforts, USES was named as a defendant in various lawsuits

in this multi-district litigation.  USES in turn sought defense and indemnity for these claims from the BP entities.  USES has dutifully complied with the various pretrial orders that the Court has utilized to control its docket and whittle down the universe of potential cases.

To that end, on April 9, 2018, this Court issued Pretrial Order No. 66 that requires USES' compliance by July 9, 2018.  Upon review of the "PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs," USES is not sure how it should fill it out.  USES does not want to risk noncompliance and potential dismissal because its claims for defense and indemnity do not neatly fall within the categories of this form.

Accordingly, USES respectfully requests that this court set a telephone status conference to discuss compliance with Pretrial Order No. 66.

Respectfully submitted:

*/s/ Allen J. Krouse, III*
Allen J. Krouse, III (#14426)
Andrew S. de Klerk (#1045)
Brandon K. Thibodeaux (#32725)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8145
akrouse@frilot.com
adeklerk@frilot.com
bthibodeaux@frilot.com

ATTORNEYS FOR UNITED STATES ENVIRONMENTAL SERVICES, LLC; UNITED STATES MARITIME SERVICES, INC.; AND UNITED STATES MARITIME SERVICES, INC. D/B/AUNITED STATES MARITIME SERVICES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cross-Claim has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of May, 2018.

*s/ Allen J. Krouse, III*