UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MASTER DOCKET NO. 10-MD-2179 |
| | * | SECTION: "J" |
| | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: All cases in Pleading Bundle 3, specifically civil action No.  11-cv-02766;11-cv-02908; 11-cv-02501;11-cv-2549;11-02909;11-cv-02319; 12-cv-01295;12-cv-2279; 11-cv-02766; 17-cv-03370;17-cv-03382;17-cv-03388; AND 11-cv-02515; | * * * * * * * | |

## O R D E R

The Court having considered United States Environmental Services, LLC's; United States Maritime Services, Inc.'s; and United States Maritime Services, Inc. doing business as United States Maritime Services, LLC's (collectively "USES") *Ex Parte Motion and Incorporated Memorandum in Support of Motion to Set Status Conference to Seek Clarification on Compliance with Pretrial Order No. 66:*

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that a status conference be and hereby is set for _____ o'clock on the ____ day of _____ to be held via telephone, to discuss the following:

1. Compliance with Pretrial Order No. 66; and

2. Any other issues the Court wishes to discuss.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE