UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § § | MDL 2179  SECTION J  JUDGE BARBIER |
| Dehyco, Inc. v. BP Exploration & Production, Inc., et al. | § § § § § | C.A. No. 16-cv-07260-CJB-JCW  SECTION J.  JUDGE BARBIER  MAGISTRATE WILKINSON |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Dehyco, Inc., through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, and causes of actions against Defendant, including but not limited to the actions listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Respectfully Submitted,

/s/ Jason J. Joy
*** Electronically Signed**

_____
Jason J. Joy
Jason@JasonJoyLaw.com
Colin Gerald Wood
Colin@jasonjoylaw.com

>Michael Scott Barcus
>Michael@jasonjoylaw.com
>**JASON J. JOY & ASSOCIATES, PLLC**
>909 Texas St., Suite 1801
>Houston, TX 77002
> (713) 221-6500
>
>**ATTORNEY FOR PLAINTIFF,**
>**DEHYCO, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on May 21, 2018, the foregoing document was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system, which will provide electronic notice to all parties and counsel of record. I further certify that the foregoing document has been served on all counsel by electronically uploading the Notice to File and Serve Xpress in accordance with Pretrial Order No. 12 and the procedures established in MDL No. 2179.

>/s/ Jason J. Joy
>**JASON J. JOY & ASSOCIATES, PLLC**