# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § § | MDL 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| Amanda Blanchard<br><br>v.<br><br>BP Exploration & Production, Inc., et al. | § § § § § | C.A. No. 13-cv-00960-CJB-JCW<br><br>SECTION J.<br>JUDGE BARBIER<br>MAGISTRATE WILKINSON |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Amanda Blanchard, through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, and causes of actions against Defendant, including but not limited to the actions listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Respectfully Submitted,

/s/ Jason J. Joy
*Electronically Signed*

_____
Jason J. Joy
Jason@JasonJoyLaw.com
Colin Gerald Wood
Colin@jasonjoylaw.com

Michael Scott Barcus
Michael@jasonjoylaw.com
**JASON J. JOY & ASSOCIATES, PLLC**
909 Texas St., Suite 1801
Houston, TX 77002
 (713) 221-6500

Henry W. Kinney, III
Michael L. DeShazo
**KINNEY, ELLINGHAUSEN, RICHARD
  & DESHAZO**
1250 Poydras Street, Suite 2450
New Orleans, LA 70113-1864
(504) 662-9906

**ATTORNEYS FOR PLAINTIFF,
AMANDA BLANCHARD**

## CERTIFICATE OF SERVICE

    This is to certify that on May 23, 2018, the foregoing document was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system, which will provide electronic notice to all parties and counsel of record. I further certify that the foregoing document has been served on all counsel by electronically uploading the Notice to File and Serve Xpress in accordance with Pretrial Order No. 12 and the procedures established in MDL No. 2179.

            /s/ Jason J. Joy
            **JASON J. JOY & ASSOCIATES, PLLC**