IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * | |

## JOINT MOTION TO AMEND ORDER APPROVING SETTLEMENT OF ECONOMIC AND PROPERTY DAMAGES SETTLEMENT CLAIM

The authorized representative of Claimant, Phillip Dedeaux, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this court to amend it's October 10, 2017 Order [Rec. Doc. 23480] to reflect the Representative Claimant's name as Daysia Dedeaux.

A proposed Order accompanies this Motion.

Respectfully submitted,

**SHANTRELL H. NICKS**

By: _____
Shantrell H. Nicks
Attorney for Claimant's Representative
Nicks Law Firm
1800 25th Avenue
Gulfport, Mississippi 39501
(228) 864-8846

Date: 5-16-18

DEEPWATER HORIZON ECONOMIC
AND PROPERTY DAMAGES
SETTLEMENT PROGRAM

By: _____
Lynn C. Greer
VSB No.: 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: 5/18/18

1


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br>Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

## AMENDED ORDER

**[Approving Settlement of Economic and Property Damages Settlement Claim]**

On October 10, 2017, this Court issued an Order Approving Settlement of Economic and Property Damages Settlement Claim ("Settlement Approval Order") for Phillip Dedeaux, a Deceased Claimant ("Claimant") and the Court made findings including: (1) Ausker Dedeaux was the proper Representative Claimant and (2) the Claims Administrator shall pay the Claim Award Amount to the Claimant Representative. Subsequent to the entry of that Order, the Claims Administrator and Claimant Representative moved this Court for an Amended Order reflecting the Claimant's Representative as Daysia Dedeaux.

Accordingly, IT IS HEREBY ORDERED AND DECLARED THAT the Settlement Approval Order issued on October 10, 2017 [Rec. Doc. 23480], is amended to reflect:

1. The Claimant submitted the claim to the Claims Administrator before he died. Daysia Dedeaux ("Claimant's Representative") now seeks to resolve the claim on the Claimant's behalf and has certified that she is fully authorized to bring the claim and to resolve it and execute a Release on behalf of the Claimant and all other persons who may claim any damage by or through any relationship with the Claimant ("Derivative Claimants").

2. Except as provided in this Order, the provisions of the Settlement Approval Order issued on October 10, 2017, remain in full force and effect unless and until modified by this Court.

New Orleans, Louisiana, this ___ day of _____, _____.

                                                          CARL J. BARBIER
                                                          U.S. DISTRICT JUDGE