IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30936
_____

In re: Deepwater Horizon

**A True Copy**
**Certified order issued May 23, 2018**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

------------------------------------------

DANIEL CEPEDA; FERNANDO CANUL MIJANGOS; JOSE CATANA; JUAN CEPEDA RODRIGUEZ; PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L.,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

    Defendants - Appellees

----------------------------------------------

RAOUL A. GALAN, JR.

    Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as to Kern Martin Services, Incorporated as of May 23, 2018, pursuant to the appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT