IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of Landon Buxton, a Class Member who is a minor, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf Landon Buxton as fair, reasonable, adequate, and in the best interests of the minor, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, adequate, and in the best interests of the minor.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **CLASS MEMBER'S AUTHORIZED REPRESENTATIVE** Pro Se | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| By: /s/ *Lee A. Buxton* Lee A. Buxton Class Member's Authorized Representative 3311 Gulf Breeze Pkway, PMB 176 Gulf Breeze, FL 32563 | By: /s/ *Joseph L. Bruemmer* Matthew L. Garretson Joseph L. Bruemmer Garretson Resolution Group 6281 Tri-Ridge Blvd., Suite 300 Loveland, OH 45140 |