UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** *Remaining Cases in Pleading Bundle B1* | * * | MAG. JUDGE WILKINSON |

### ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 65

Pretrial Order No. 65 ("PTO 65") required the Remaining B1 Plaintiffs to provide sworn answers to four questions concerning damages and causation by April 11, 2018.  (Rec. Doc. 23825)  At the Court's request, BP has provided the Court and Plaintiffs' Liaison Counsel with its good faith lists regarding compliance with PTO 65.[1]

**IT IS ORDERED** as follows:

1. EXHIBIT 1 to this Order is a list of 233 Remaining B1 Plaintiffs that BP in good faith believes made PTO 65 submissions that materially complied with the requirements of PTO 65.  The Plaintiffs appearing on EXHIBIT 1 are not required to respond to this Order.  The Plaintiffs appearing on EXHIBIT 1 are subject to further proceedings of this Court.

2. EXHIBIT 2 to this Order is a list of 20 Remaining B1 Plaintiffs that BP in good faith believes made PTO 65 submissions that were materially deficient.  **Any Plaintiff appearing on EXHIBIT 2 must show cause in writing on or before <u>June 15, 2018</u> why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65.**

---

[1] BP reports that its lists omit plaintiffs who recently settled their B1 claims as of May 18, 2018.

3.     EXHIBIT 3 to this Order is a list of 301 Remaining B1 Plaintiffs who made no PTO 65 submission at all.  **Any Plaintiff appearing on EXHIBIT 3 must show cause in writing on or before <u>June 15, 2018</u> why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65.**

4.     EXHIBIT 4 is a list of 25 individuals who made PTO 65 submissions but are not Remaining B1 Plaintiffs.  As indicated on the Exhibit, many of these plaintiffs' B1 claims were previously dismissed.  Some of the plaintiffs on Exhibit 4 do not assert B1 claims and so were not required to comply with PTO 65.

New Orleans, Louisiana, this 25th day of May, 2018

                                        *[signature]*
                                    United States District Judge

**Note to Clerk: Mail copies of this Order and the attached Exhibits to the following plaintiffs who appear to be unrepresented:**

| | |
|---|---|
| Allegue, Jacinto Manuel | No. 13-02574 |
| Evans, Robert | No. 16-03966 |
| Ladner, Shelli J. | No. 16-03928 |
| Murphy, Patrick | No. 16-11769 |
| Stanton, Reginald Sr. | No. 16-03988 |
| Batiste, Leoutha | No. 16-04154 |
| Holt, John F. | No. 13-01183 |
| Lucky Lady Fishing Ent., Inc. | No. 16-04149 |
| Leveritt, Bryan David | No. 17-06102 |