IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE § | |
| GULF OF MEXICO § | SECTION J |
| ON APRIL 20, 2010 § | |
| § | |
| § | |
| This Document Relates to: § | JUDGE BARBIER |
| 2:16-cv-04388-CJB-JCW § | MAG. JUDGE WILKINSON |

**Claimant S.C.P.P. El Chamizal, S.C. de R.L's Motion for Leave to Amend
PTO 65 Verified Statement Regarding Causation and
Damages (B1 Claims) Sworn Statement**

Claimant S.C.P.P. El Chamizal, S.C. de R.L., files this Motion for Leave to Amend its PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement in its individual case relating to *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*. Claimant files this Motion for Leave to Amend its PTO 65 Sworn Statement pursuant to Rec. Doc. 23825 and states the following as the basis for this motion:

1. Claimant timely completed, signed, and filed it PTO 65 verified statement regarding damages on April 9, 2018 (Rec.Doc.7) in good faith and in compliance with PTO 65. The statement incorporated additional pages which were inadvertently omitted.

2. Claimant moved pursuant to Federal Rule of Civil Procedure, and the Court's discretion, to amend its timely filed PTO 65 verified statement.

3. No prejudice will result from the acceptance of the amended statement, because no action has been taken in the proceeding that might prejudice any other party to the proceeding and the Court has not entered a final judgment in this case.

WHEREFORE, Claimant respectfully moves this Court for an Order granting the Motion for Leave to Amend its PTO 65 Verified Statement and accepting Exhibit A, as properly and timely filed.

                                            Respectfully submitted,

                                            **THE BUZBEE LAW FIRM**

By:    */S/ Caroline Adams*
        Anthony G. Buzbee (TA)
        State Bar No. 24001820
        S.D. Tex. I.D. No. 22679
        Caroline E. Adams
        State Bar No. 24011198
        S.D. Tex. I.D. No. 27655
        J.P. Morgan Chase Tower
        600 Travis, Suite 7300
        Houston, Texas 77002
        Telephone: (713) 223-5393
        Facsimile: (713) 223-5909
        www.txattorneys.com

**ATTORNEY FOR CLAIMANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion and attached memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of May, 2018.

*/S/ Caroline Adams*
Caroline E. Adams