IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE | § | |
| GULF OF MEXICO | § | SECTION J |
| ON APRIL 20, 2010 | § | |
| | § | |
| | § | |
| This Document Relates to: 2:16-cv-04388 | § | JUDGE BARBIER |
| -CJB-JCW | § | MAG. JUDGE WILKINSON |

## Order

Considering Claimant S.C.P.P. El Chamizal, S.C. de R.L.'s Motion for Leave to Amend PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement related to *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, it is ORDERED that Claimant's Motion for Leave to Amend, as identified in Exhibit A, shall be **Granted**.

Claimant's PTO 65 Verified Statement shall be deemed properly and timely filed in accordance with Pretrial Order 65 (Rec.Doc.23825).

Signed this _____ day of _____ 2018.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge