# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: "J" (1) |
| This Document Relates to: *Pleading Bundle B1* | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |
| JUNEAU MARINE REFRIGERATION AND AIR CONDITIONING, INC. | CIVIL ACTION NO. 17-cv-06051 |
| Plaintiff, | SECTION J |
| vs. | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA, INC., BP, P.L.C., BP PRODUCTS NORTH AMERICA, INC., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., and SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., | MAG. JUDGE SHUSHAN |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, JUNEAU MARINE REFRIGERATION AND AIR CONDITIONING, INC., by and through undersigned counsel, pursuant to Rule 4l (a)( 1 )(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the Parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims,

1

causes of actions, and short-form joinders against all Defendants, including but not limited to the actions, and short form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket(s) to be dismissed are:

*Juneau Marine and Refrigeration, Inc. vs. BP Exploration & Production, Inc., et al.,*
Case No. 17-cv-06051

Dated: May 30, 2018                                          Respectfully submitted,

**DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS**

BY:  **/s/ Stanwood R. Duval**
     **STANWOOD R. DUVAL** (27732)
     101 Wilson Avenue (70364)
     P. O. Box 3017
     Houma, Louisiana 70361
     Telephone: (985) 876-6410
     *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                                      **/s/ Stanwood R. Duval**
                                                      **STANWOOD R. DUVAL**