UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Pensacola Beach Marina, LLC v. BP, p.l.c., et al.** | CHIEF MAGISTRATE JUDGE WILKINSON |
| Docket Number(s): | |
| **2:13-cv-02379** | |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff, Pensacola Beach Marina, LLC, by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-2-

Case name(s) and docket number(s):

**Plaintiff:  Pensacola Beach Marina, LLC**

**Case Caption:  Pensacola Beach Marina, LLC v. BP, p.l.c. et al.**

**MDL Member Case Number:  2:13-cv-02379**

    Respectfully submitted this 30th day of May, 2018.

      /s/  Matthew W. McDade  
    Matthew W. McDade (LSB # 32899)  
    Balch & Bingham LLP  
    1310 25th Avenue  
    Gulfport, MS 39501  
    (228) 214-0414  
    ATTORNEY FOR PLAINTIFF