UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**Architectural Specialties Trading Company v. BP, p.l.c., et al.**<br><br>Docket Number(s):<br><br>**2:13-cv-02382** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>CHIEF MAGISTRATE JUDGE WILKINSON |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff, Architectural Spealties Trading Company, by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling

-2-

Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**Plaintiff:  Architectural Specialties Trading Company**

**Case Caption:  Architectural Specialties Trading Company v. BP, p.l.c. et al.**

**MDL Member Case Number:  2:13-cv-02382**

Respectfully submitted this 12th day of July, 2016.

 /s/  Matthew W. McDade
Matthew W. McDade (LSB # 32899)
Balch & Bingham LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 214-0414
ATTORNEY FOR PLAINTIFF
