UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACINTO M. ALLEGUE,**<br>      **Plaintiff,**<br><br>versus<br><br>**BP EXPLORATION & PRODUCTION INC. et al,**<br>      **Defendants.**<br><br>**Related to: 12-968 BELO**<br>         **in MDL No. 2179** | **CIVIL ACTION**<br><br>**CASE NO. 13-CV-02574** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JACINTO M. ALLEGUE, by and through undersigned counsel, hereby gives notice of voluntarily dismissing the above-captioned case, *with* prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of the electronic filing to all counsel of record.

Respectfully Submitted by,

**THE DOWNS LAW GROUP, P.A.**

*/s/ Craig T. Downs*
**CRAIG T. DOWNS, FL BAR # 801089**
**VANESSA E. DIAZ, FL BAR #120087**
**NATHAN L. NELSON FL BAR #1002523**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Email: cdowns@downslawgroup.com
vdiaz@downslawgroup.com
nnelson@downslawgroup.com
*Attorneys for Plaintiff*