UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Prevlaka, Inc. v. BP p.l.c., et al** | CHIEF MAGISTRATE JUDGE WILKINSON |
| Docket Number(s): | |
| **2:16-cv-04842** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**Prevlaka, Inc. v. BP p.l.c., et al**

**2:16-cv-04842**

Respectfully submitted this 22nd day of May, 2018.

/s/   Michael G. Stag
Michael G. Stag, Esquire
Louisiana Bar Number: 23314
mstag@stagliuzza.com
Merritt E. Cunningham, Esquire
Louisiana Bar Number: 32843
mcunningham@stagliuzza.com
Ashley M. Liuzza, Esquire
Louisiana Bar Number: 34645
aliuzza@stagliuzza.com
Matthew D. Rogenes, Esquire
Louisiana Bar Number: 36652
mrogenes@stagliuzza.com
STAG LIUZZA, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

And

Kelley B. Stewart, Esquire
Florida Bar Number: 492132
kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
Florida Bar Number: 975990
mryan@krupnicklaw.com
Joseph J. Slama, Esquire
Florida Bar Number: 476171
jslama@krupnicklaw.com

Jesse S. Fulton, Esquire
Florida Bar Number: 112495
jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
Florida Bar Number: 224499
kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
Florida Bar Number: 0097771
cacevedo@krupnicklaw.com
KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile

ATTORNEY FOR PLAINTIFF(S)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of May, 2018.

/s/   Michael G. Stag
Michael G. Stag