



# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | |
| Gulf of Mexico, April 20, 2010 ) | MDL 2179 |
| In regard to: ) | JUDGE BARBIER |
| Shane Maddox Bruce ) | |
| V ) | 2:18-cv-02626-CJB-JCW |
| Great Britain, BP plc, Sir John Sawers ) | |
| CDC, NIH, AMA, Secretary of Defense ) | |
| AA Centers of Poison Control, et al. ) | |

## Motion for Telephonic Hearing

This plaintiff Pro Per makes a motion for a telephonic hearing to make myself available to support my motions Motion to Join [Doc 24201], Motion for Change of Venue [Doc 24202], Amended Complaint [Doc 24203], (including Motion to Amend and Memorandum of Law) which needs a jury. If the particulars to difficult to be telephonic, I can fly into NOLA in person.

I am concerned that all the currently existing bundles, however the effort to make the all-inclusive are not completely appropriate in scope and that I should not claim them, unless a new one is created. This is on many points the primary being purposeful subterfuge and intentional tort by the defendant BP plc or individuals within it's administrative controls. A discussion to support understandable at length as my complaint is large and overlapping and may seem to be complex initially with several jurisdiction supports and statutes and new act of congress which fall fully upon any and all defendants even when they are severed each fully liable in joint and several liabilities.

*Shane Maddox Bruce*

Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

*Certificate of Sending:* I certify that on or by the 20th of April 2017, a true and exact copy of the Above Document has been sent by First Class Mail to 2 parties indicated:

| The Honorable Carl J. Barbier | Langan, Regan & Ritter |
|---|---|
| Ben Allums, Law Clerk | Kirkland & Ellis LLP |
| 500 Poydras Street, Room C-256 | 300 North LaSalle St |
| New Orleans, LA 70130 | Chicago, IL 60654 |

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | |
| Gulf of Mexico, April 20, 2010 ) | MDL 2179 |
| In regard to: ) | JUDGE BARBIER |
| Shane Maddox Bruce ) | |
| V ) | 2:18-cv-02626-CJB-JCW |
| Great Britain, BP plc, Sir John Sawers ) | |
| CDC, NIH, AMA, Secretary of Defense ) | |
| Centers of Poison Control, ) | |
| UT MEDICAL CENTER, et al. ) | |
| (3:17-cv-285 Eastern Tennessee) ) | |

## Motion for Discovery

This plaintiff Pro Per makes Motion for Discovery to include a complete copy of any written scientific reports in the possession of defendants or co-plaintiff, investigations into cause of explosion, environmental impact studies including those of unexplained heavy metals presence in peoples, ocean or water, flora and fauna. Statements of witnesses, complainant's, communications and memorandum internal or between companies and agencies, environmental, commercial, governmental (U.S. and U.K) and medical agencies to include the AMA, NIH and any mitigation efforts and contracts as litigated or between any medical agency, company or associations including statements as to causes or concerns to the public as well as discovery, affidavits and claims as filed against BP plc plus a transcript and summary of the basis of any expert opinion.

*[signature: Shane Maddox Bruce]*

Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

*Certificate of Sending:* I certify that on or by the 20th of April 2017, a true and exact copy of the Above Document has been sent by First Class Mail to 2 parties indicated:

| The Honorable Carl J. Barbier | Langan, Regan & Ritter |
|---|---|
| Ben Allums, Law Clerk | Kirkland & Ellis LLP |
| 500 Poydras Street, Room C-256 | 300 North LaSalle St |
| New Orleans, LA 70130 | Chicago, IL 60654 |

KNOXVILLE
TN 377
20 APR '18
PM 1 L

Honorable Carl J. Barbier
Ben Allums Jnr, Clerk
500 Poydras St. Room C-256
New Orleans, LA 70130

70130-336136

Shane Maddox Bruce
313 W. Prospect St.
LaFollette, TN 37766

**IN RE: OIL SPILL by "Deepwater Horizon"**

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |

## PLAINTIFF PROFILE FORM ["PPF"]

| Last Name: Bruce | First Name: Shane | Middle/Maiden: Maddox | Suffix: |
| Phone Number: 321-328-8680 | E-Mail Address: GoldenSage@Live.com |
| Address: 313 W. Prospect St | City/State/Zip: LaFollette TN 37766 |

**INDIVIDUAL CLAIM** [X]      **BUSINESS CLAIM** [ ]

- Employer Name: Currently medical patient
- Job Title / Description: Heavy metal Detox
- Address: formerly DoD Nuclear Security
- City / State / Zip: Officer and Physicist
- Social Security Number: 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
- Attorney Name: Pro Per

- Business Name:
- Type of Business:
- Address:
- City / State / Zip:
- Tax ID Number:
- Firm Name:
- Address:
- City / State / Zip:
- Phone Number:
- E-Mail Address:

Claim filed with BP?  YES [ ]  NO [ ]
If yes, BP Claim No.:

Claim Filed with GCCF?:  YES [ ]  NO [ ]
If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**
- [ ] Damage or destruction to real or personal property;
- [ ] Earnings/Profit Loss;
- [X] Personal Injury/Death;
- [X] Fear of Future Injury and/or Medical Monitoring;
- [ ] Loss of Subsistence use of Natural Resources;
- [ ] Removal and/or clean-up costs;
- [X] Other: See Amended Complaint Doc# 24203

| Original Case Caption: Bruce v Great Britain, et al | Original Civil Action Number: 3:17-CV-000285 |
| Originating Court: Eastern Dist. of Tennessee | EDLA Civil Action Number: |

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- [ ] Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] Person who utilizes natural resources for subsistence.
- [X] Other: victim of medical assaults See Doc# 24203 rep U.S. as FCA

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- [ ] Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] Resident who lives or works in close proximity to coastal waters.
- [X] Other: See doc # 24203

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Poisoned by Heavy metals and elemental chemical overdose due to the intentional actions of BP Plc and subsequent damages due to long Misdiagnosis resulting from a BP Plc/HMH conspiracy to obfuscate the toxins released from the ocean floor by the large enterprise of introducing the binary components of a Chemical weapon of mass destruction

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Shane Bruce_  
Claimant or Attorney Signature

_20th April, 2018_  
Date