U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 27 2018
WILLIAM W. BLEVINS
CLERK

RECEIVED APR 27 2018
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig )
"Deepwater Horizon" in the )
Gulf of Mexico, April 20, 2010 ) MDL 2179
In regard to: ) JUDGE BARBIER
Shane Maddox Bruce )
V ) 2:18-cv-02626-CJB-JCW
Great Britain, BP plc, Sir John Sawers )
CDC, NIH, AMA, Secretary of Defense )
AA Centers of Poison Control, et al. )

## Motion to Sever from MDL

In addition to the varied reasons already stated in Motion for Change of Venue such as need and demand for trail by Jury on questions which require a jury, I have to indicate the "Conflict of Interest" between the "clean-up workers" [those who made the decisions for the use of Corexit] to precipitate the bacteria infected oil to the bottom of the ocean either voluntarily or by employment, or employing others to do so, or the use of the genetically modified "petroleum bacteria" as being the binary component and causes in the release of heavy metal toxins which contaminated and is the cause of the personal injury to myself and countless others, as well as the transgenic mutator those bacteria are.

A widely used definition is: "A conflict of interest is a set of circumstances that creates a risk that professional judgement or actions regarding a primary interest will be unduly influenced by a secondary interest." [Thompson 2009, Lo and Field 2009]. As substantial part of the MLD plaintiffs are workers were employed commit acts of the conspiracies complained about in Bruce v Britain et al. Complaint and Amended Complaint to avoid corruption or adverse interests and segregate.

Shane M Bruce

Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

*Certificate of Sending:* I certify that on or by the 24th of April 2017, a true and exact copy of the Above Document has been sent by First Class Mail to 2 parties indicated:

| The Honorable Carl J. Barbier | Langan, Regan & Ritter |
| Ben Allums, Law Clerk | Kirkland & Ellis LLP |
| 500 Poydras Street, Room C-256 | 300 North LaSalle St |
| New Orleans, LA 70130 | Chicago, IL 60654 |


___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Shane Maddox Bruce
313 W. Prospect St.
LaFollette, TN 37766

KNOXVILLE TN 37??
24 APR 2018 PM 3 L

70130-336136

Hon Carl J. Barbier
Ben Allumn, Clerk
500 Poydras St, Room C-256
New Orleans, LA 70130

