UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil spill by the Oil rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL. No. 2179 |
| | SECTION J |
| This Document Relates to | |
| | JUDGE BARBIER |
| **Barney Roberts** | |
| | MAGISTRATE JUDGE SHUSHAN |
| Docket Number 16-cv-05841 | |

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Barney Roberts, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all action, claims, causes of action, against all Defendants, including but not limited to the action and withdrawal from any class (whether punitive or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc., (if any). Costs taxed as paid.

Case name:

Barney Roberts 16-cv-05841

                                Respectfully submitted this 31st day of May, 2018

                                /s/ Nicholas R. Rockforte
                                Nicholas R. Rockforte
                                Pendley, Baudin & Coffin LLP
                                24110 Eden St.
                                Plaquemine, Louisiana 70765-0071
                                Tele: 225/687/6396
                                Fax: 225/687/6398
                                Email: nrockforte@pbclawfirm.com
                                Attorney for Plaintiff