UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J(2) |
| *No. 11-cv-01383, Boateng v. BP, plc, et al.* AND *No. 13-cv-06153, Wallace v. British Petroleum, et al.* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

**ORDER**

As part of its continuing effort to organize, manage, and administer this multidistrict litigation, the Court has identified two cases that were improperly consolidated with MDL 2179. Plaintiffs in the referenced member cases allege in their complaints that BP misappropriated or converted their plans, methods, ideas, etc. for halting the discharge of oil in the summer of 2010. The Court has severed similar cases from MDL 2179. (*See* Rec. Doc. 15475 and decisions cited therein). Accordingly,

IT IS ORDERED that *Boateng v. BP, plc, et al.* (No. 11-cv-01383) and *Wallace v. British Petroleum, et al.* (No. 13-cv-6153) are hereby SEVERED and DECONSOLIDATED from MDL 2179. All future filings respecting these cases shall be filed in docket no. 11-cv-01383 or no. 13-cv-06153, as applicable, and not in the MDL 2179 master docket (No. 10-md-2179).

IT IS FURTHER ORDERED that the Clerk of Court shall randomly allot each of these cases to a section and division of this Court.

IT IS FURTHER ORDERED that any stay imposed in *Boateng v. BP, plc, et al.* (No. 11-cv-01383) and *Wallace v. British Petroleum, et al.* (No. 13-cv-6153) by an order or pretrial order

in MDL 2179 is hereby LIFTED.  If the plaintiffs have not already served the defendants with a summons and a copy of the complaint as contemplated in Federal Rule of Civil Procedure 4, the plaintiffs shall do so within 90 days of the date of this Order.  *See* Fed. R. Civ. P. 4(m).  If service under Rule 4 has already occurred, then the time for defendants to respond to the complaint shall commence to run anew from the date of this Order.  *See* Fed. R. Civ. P. 12, 4(d)(3).

IT IS FURTHER ORDERED that the Clerk of Court shall re-file the document entitled, "Plaintiff request Motion Submission and Argument, Date 3/23/16" (Rec. Doc. 15985 in No. 10-md-2179) in the docket for No. 13-cv-6153.  The Clerk of Court shall terminate Rec. Doc. 15985 as a pending motion in the MDL 2179 master docket.

New Orleans, Louisiana, this 30th day of May, 2018.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179, 11-1383, and 13-6153.  Mail a copy of this order to Aaron Wallace (No. 13-6153), who is pro se.**

5/31/18
REALLOTTED TO
**SECT. SMAG 4**

2