## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRYSTAL RIVER SEAFOOD & OYSTER BAR, INC., and CRYSTAL RIVER SEAFOOD #4, INC., | * * **CIVIL ACTION NO. 2:13 cv 04676** |
| Plaintiffs, | **SECTION: J** |
| vs. | **JUDGE BARBIER** |
| BP EXPLORATION & PRODUCTION INC., BP p.l.c., BP AMERICA PRODUCTION COMPANY, and HALLIBURTON ENERGY SERVICES, INC., | **MAG. JUDGE SHUSHAN** |
| Defendants. / | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiffs, CRYSTAL RIVER SEAFOOD & OYSTER BAR, INC., and CRYSTAL RIVER SEAFOOD #4, INC., and dismisses this action *with prejudice*, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

Respectfully submitted, this 1st day of September 2018.

FIXEL & WILLIS

J. Stanley Chapman
Fla. Bar No: 0699004
211 South Gadsden Street
Tallahassee, FL 32301
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY to electronic service of the foregoing notice via File&ServeXpress to all interested parties and by electronic mail to documents@liaisoncounsel.com, this 1st day of September 2018.

J. Stanley Chapman