UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil spill by the Oil rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL. No. 2179 |
| | SECTION J |
| This Document Relates to | JUDGE BARBIER |
| **Charles Waldren** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number 2:16-cv-06023 | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Charles A. waldren, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all action, claims, causes of action, against all Defendants, including but not limited to the action and withdrawal from any class (whether punitive or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc., (if any).  Costs taxed as paid.

Case name:

Charles A. Waldren Docket # 2:16-cv-06023

                                      Respectfully submitted this 4th day or 3une, 2018

/s/ Nicholas R. Rockforte
Nicholas R. Rockforte
Pendley, Baudin & Coffin LLP
24110 Eden St.
Plaquemine, Louisiana 70765-0071
Tele:  225/687/6396
Fax:  225/687/6398
Email:  nrockforte@pbclawfirm.com
Attorney for Plaintiff