UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL NO. 2179** |
| | * | **SECTION: J** |
| | * | |
| **This Documents Relates to:** *Pleading Bundle B1* | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |

---

| | | |
|---|---|---|
| **Malin International Ship Repair & Dry Dock, Inc.** | * | **CIVIL ACTION NO. 2:13-cv-02787** |
| | * | |
| **VERSUS** | * | **SECTION: J** |
| | * | |
| | * | |
| **BP Exploration & Production, Inc.; BP America Production Company; and BP p.l.c.** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE: SHUSHAN** |
| | * | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AGAINST DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, MALIN INTERNATIONAL SHIP REPAIR & DRY DOCK, INC., through the undersigned counsel, voluntarily dismisses with prejudice its action (Cause No. 2:13-cv-02787 - in this consolidated matter) against all Defendants named in the complaint that was filed on, or about, April 19, 2013. None of the Defendants have filed answers or motions for summary

judgment in response to Plaintiff's complaint, and therefore, stipulation by all Defendants is not required.  Fed.R.Civ.P. 41(a)(1)(A)(i).

          Respectfully submitted,

          WILLIAMSON & RUSNAK

          */S/ Cyndi M. Rusnak*
          Cyndi M. Rusnak
          Federal ID No. 24724
          Texas State Bar No. 24007964
          Email:  cyndi@williamsonrusnak.com
          4310 Yoakum Boulevard
          Houston, Texas  77006
          713.223.3330 – Telephone
          713.223.0001 – Office

## CERTIFICATE OF SERVICE

     I hereby certify that on June 5, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

          */s/ Cyndi M. Rusnak*
          Cyndi M. Rusnak