UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil spill by the Oil rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL. No. 2179 |
| | SECTION J |
| This Document Relates to | |
| | JUDGE BARBIER |
| **The Sprinkler Guy, LLC** | |
| | MAGISTRATE JUDGE SHUSHAN |
| Docket Number 16-cv-05854 | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, The Sprinkler Guy, LLC, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all action, claims, causes of action, against all Defendants, including but not limited to the action and withdrawal from any class (whether punitive or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc., (if any). Costs taxed as paid.

Case name:

The Sprinkler Guy, LLC 16-cv-05854

                                                   Respectfully submitted this 5th day of June, 2018


                                                   /s/ Nicholas R. Rockforte  
                                                   Nicholas R. Rockforte  
                                                   Pendley, Baudin & Coffin LLP  
                                                   24110 Eden St.  
                                                 Plaquemine, Louisiana 70765-0071  
                                                 Tele:  225/687/6396  
                                                 Fax:  225/687/6398  
                                                 Email:  nrockforte@pbclawfirm.com  
                                                 Attorney for Plaintiff