UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J(2) |
| No. 14-cv-600, *Andry Law Group, LLC, et al. v. CNA Financial Corp., et al.* | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

# ORDER

Regarding member case no. 14-cv-600, *Andry Law Group, LLC, et al. v. CNA Financial Corp., et al.*, Defendants CNA Financial Corporation and Continental Casualty Company and Plaintiffs The Andry Law Goup, LLC and Jonathan Andry have filed cross motions for summary judgment (Rec. Docs. 13080, 13083), which have been stayed pursuant to Pretrial Order No. 15.

**IT IS ORDERED** that any response to Defendants' Motion for Summary Judgment (Rec. Doc. 13080) or Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. 13083) shall be filed by **June 19, 2018**, after which the Court will take the matter under advisement. Responses shall be filed into the MDL master docket (10-md-2179), *not* 14-cv-600. Any request for oral argument on these motions is denied.

New Orleans, Louisiana, this 5th day of June, 2018.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 14-cv-600.**