UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| John Tucci | JUDGE BARBIER |
| 2:17 cv 02597 | MAG. JUDGE WILKINSON |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the Plaintiff John Tucci, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

RESPECTFULLY SUBMITTED

THE BUZBEE LAW FIRM

By:   /S/ Anthony G. Buzbee
      Anthony G. Buzbee
      Attorney in Charge

-2-

                                              State Bar No. 24001820
                                              S.D. Tex. I.D. No. 22679
                                              Caroline E. Adams
                                              State Bar No. 24011198
                                              S.D. Tex. I.D. No. 27655
                                              J.P. Morgan Chase Tower
                                              600 Travis, Suite 7300
                                              Houston, Texas 77002
                                              Telephone: (713) 223-5393
                                              Facsimile: (713) 223-5909
                                              www.txattorneys.com

## ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on June 7, 2018.


                                              /s/ Caroline Adams
                                              **CAROLINE E. ADAMS**