UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                MDL NO.2179

"Deepwater Horizon" in the Gulf

Of Mexico, on April 20, 2010                SECTION J

Applies to:                        JUDGE BARBIER

ALL CASES                MAGISTRATE JUDGE WILKINSON

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN - 1 2018
WILLIAM W. BLEVINS
CLERK            CR
```

*10 - md - 2179*
*2 (2)*

---

Richard McBride                        PLAINTIFF

VERSUS            CIVIL ACTION NO. 2:16-cv-06635-CJB-JCW

IN RE: OIL SPILL BY THE OIL RIG                SECTION J

"Deepwater Horizon" in the Gulf            JUDGE BARBIER

Of Mexico, on April 20, 2010        MAGISTRATE JUDGE WILKINSON

## Motion

## Motion Requesting Reconsideration of the compliance order. P.T.O. 60 and 64 Moratoria hold opt-out order. Base of the interests of justice. F.R.C.P. 60 Rule (B)(5). Motion

COME NOW the Power House Church of God Holy Ghost Power/ Pastor Richard McBride In the name of Jesus Christ Submitted it motion in good faith shown. Previously Claim No. 2:16-cv-15253 *Very*

*Correct Number   2-16-CV-06635-CJB*
*etc*

I.

The Power House Church of Holy Ghost Power/ Pastor Richard McBride were part owner of The Queen Esther Commercial Fishing. I was a Deckhand, crewman, second captain; transport the boat from 6619 Gregory St. Moss Point, MS and to the waters Pascagoula Point.

TENDERED FOR FILING

JUN 0 1 2018

U.S. DISTRICT COURT
Eastern District of Louisiana

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

II.

The Power House Church of Holy Ghost Power/ Pastor Richard McBride are a Church Organization and adult citizen of Jackson County, Moss Point, Mississippi.

III.

The Queen Esther Commercial Fishing is a Mississippi Corporation that derives its income from the harvesting, catching, and sale of fish, shrimps, and crabs of natural source of seafood's and other seafood's in or near the Pascagoula River, The Point of Pascagoula, Cat Island, Round Island, Petit Bois Island, Horn Island, Ship Island, And The Gulf of Mexico Mississippi, Alabama, and Louisiana.

IV

As you may know, BP has agreed to enter into a $7.8 Billion dollar court- supervised settlement to compensate individuals, business and property owners who have incurred Financial Losses from the Oil Spill. The settlement will also cover those whose health was affected by the oil spill. Most importantly, we believe that this new system will result in faster and fairer payments for all those who were affected. If you filed with the GCCF and have not been paid, you will now have to file in Federal Court as the GCCF has been closed down. If you never filed before, filing now will provide you with an opportunity to get paid for your damages

V.

Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride opted out claimant ID. No. 100240510 and claimant no. 100014590 all Bp claims or withdraw it. April 2, 2016 and on or about May 2, 2016 filed a individual law in the United States District Court of Eastern District Court of Louisiana sue to the Deepwater Horizon claims center. Date April 2, 2016 opt out letter see notice of withdraw claim date of notice August 24, 2016 Deepwater horizon claims center.

VI.

The Compliance order date July 18, 2017 as to compliance with pretrial order No. 63 PTO 60 and 64 the court use. Case number is incorrectly identified as of 16-15258 Power House Church of God Holy Ghost Power. The Plaintiff is deemed non- complain when it should have be right civil action number 2-16-cv-322JBC. All the information provided in case Power House Church of God Holy Ghost Power 16-15258 is default insufficient evidence. For the non- complaint nevertheless out of an extreme abundance of caution. The notice provisions would all motion file in that case. Power House Church of God Holy Ghost Power 16-15258 would be in effective will be deemed non- compliance or dismissed deny the correct case number is 2-16-cv-04322CBJ. See page 5 of 6 filed 7-18-2017 exhibit 2 PTO 63. Plaintiff Power House Church of God Holy Ghost Power did voluntarily dismissed some of it claim. Did not settlement HESI/Transocean. Punitive damage claims. Plaintiff amended motion for leave to file the amended complaint the correct case number is 2-16-cv-04322-CBJ should be granted. For completeness and to avoid any doubt.

1. See, Zat's Restaurants Inc. (No.  13-1711) motion for relief from order regarding compliance with PTO 60 Rec. Doc. 21476.
2. See Shelli-J-Ladner (No. 16-3928) Motion for leave to file amended complaint Rec. Doc. 21670).

VII.

Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride were damaged by the Oil Spill April 20, 2010 due to the Oil Pollution Act of 1990 (OPA) 33 U.S.C. 2701 et seq., and/ or general maritime law, which has not been otherwise should not be dismissed in the interest of justice, that claim is not dismissed by this order and is subject to further proceedings of this court.

VIII

Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride did opted out of all BP claim or withdraw it April 2, 2016 May 2, 2016 filed an individual law sue in The United States District Court of Eastern District of Louisiana to the Deepwater Horizon. See claim center Date April 2, 2016 opted out see notice of withdrawn claim date August 24, 2016 from Deepwater Horizon Claims center. Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride opted out too all The McBride opted out. The Compliance order date July 18, 2017 as to compliance with pretrial order No. 63. Plaintiff Name Richard McBride Case No. 16-CV-06635 was by the court deemed complaint.

VX.

The Claimant Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride did file B1 Pleading following PTO 60 and complaint individual a three page sworn statement regarding the status of his/her it claims PTO 60 Richard McBride ET. AL. did comply with PTO 60 on June 7, 2016 the court issued an order to show cause regarding compliance with PTO 60 ( Show cause order Rec. Doc. 18724) the show cause order identified Richard McBride. I believed made PTO 60 submissions that complied with the requirements of PTO 60 (Rec. Docs. 20992-1-20992-2) Good Faith. PTO 60 see Leoutha Batiste 16-4154 court document. Leoutha Batiste (No. 16-4154) (response to show cause order, Rec, Doc. 20768) Leoutha Batiste was listed on Exhibit 2 to the compliance order. (Rec. Doc. 20996). BP concedes that Leoutha Batiste should be added to the PTO 60 Compliant list. (BP OBJ. at 2, App. 2, Rec. Doc. 21131). In Light of this and after reviewing Batiste's filings, The Court deems Leoutha Batiste as Compliant with PTO 60. Leoutha Batiste will be added to the list of PTO 60 complaint Plaintiffs. Leoutha Batiste's Claims in No. 16-4154 are not dismissed. Leoutha Batiste was a crewman of The Queen Esther Commercial Fishing. Ceo Pastor Richard McBride, Power house church of God Holy Ghost Power, Blondine McBride, And Rico McBride was Part owner of The Queen Esther Commercial Fishing. Richard McBride should have complied with the order PTO 60 and PTO 64. BP and The Administration made a mistake in compliance of PTO 60 and PTO 64 and the United States District Court of Eastern District Louisiana made an error also that Richard McBride was F.R.C.P. Rule 60(b)(5) motion is determine whether this court may reopen it permitted. Final Judgment moves for relief from judgment under federal rule 60(B)(5) permitted relief from a judgment when the judgment has been satisfied released

or discharged it is based on an earlier judgment that has been reversed. Rather than the future shows-v-shoney Inc. 738 so. 2d 724, 729, LA app 1st Cir. 1999) Citation omitted.

Loss the Ability to invest a part is not money over compensated given the time value of money. That is it take into account that because of inflation and ability to invest the value of money obtained at a specific date is generally more valuable than that same nominal amount of money obtained at future date Altec Capital service LLC –V-weir bros-cv-3409-D-2013) at 4 tex March 8, 2013 (Citation Omitted) The Whole Purpose of discount a future award is allowing for the difference in value of money recede in the present. To establish injury in fact a plaintiff must show that he or she suffered an invasion of legally protected interest that is concrete and particularized and actual or imminent. Not conjectural or hypothetical 1548 quotation and citation omitted. Inflation cost cannot use money right award physical damages and restoration cost against BP under the Oil Pollution Act and general maritime law BP liability under these law.

1. Business Economics loss 70 percent complete with 94.301 of 134.527 claims.
2. Start-up-Business Economic loss a Separate category.
3. Failed business economic loss
4. Subsistence- Defined in the settlement catching of fish or wildlife for personal or family dietary economic, security, shelter, tool or clothing need. The subsistence claims are not part of the capped seafood claim program.

VXI.

Rule 60(B)(5) or vacated or applying it prospectively is no longer equitable the (use) of the disjunctive or rule 60(B)(5) makes it clear that each of the provision Three ground for relief is independently sufficient and therefore that relief may be warranted. Horne-v-Flores 557 U.S. 433(2009) primarily relevant here is the little used first clause of rule 60(B)(5) that clause allows of rule 60 reopening a judgment when the judgment has been satisfied released or discharged unsurprising then Rule 60(B)(5) motions can be used by a judgment debtor to relieve itself of an already final judgment that has been satisfied released or discharge see, Bryan-V-Eric Caty office of children and youth 752 F 3D. Interests of Justice warrant reopened the is case all applicable case law see owner officer compensation claimant then requested that this court exercise its discretion under the settlement to review their claimant the court deny those requests claim than claimant appealed to fifth circuit court of appeal which that this court abused it discretion when it denied the requested applies to No 12-970 order and reasons.

VXII.

As to requested for discretionary review by claimant Kevin S. Smith Solomon J. Fleischman and John C. Kelly on remand from the court of appeal. Case 2:10Md-02179-CJB filed 04/25/16 document No 16432 multidistrict litigation collectively claimant see in documents water horizon, 632 F appx199 (5th Cir. 2015) B.E.L. IEL framework. Section 6 of 6 of the settlement provide the court with discretion right to review any appeal determination settlement appeal coordinator.  The plaintiffs has been injured in it business and property through it lose revenue at an amount or be proceed at trial as a direct and

proximate result of the BP oil spill 4-20-2010 inability to collect the hundred thousand dollar. Donation and gift and seafood. The defendant made the above described representation either willfully with the intent to receive while knowing that said representation were false or made them recklessly. The defendants consciously or deliberately engaged in oppression fraud, wantonness or malice with regard to plaintiff and other member.

Prayer for Relief

Wherefore Plaintiffs Pastor Richard McBride and Power house church of God Holy Ghost Power demands Judgment against the defendants, jointly and severally, as follows:

1. The court to Grant the Motion of reconsideration Motion Requesting Reconsideration of the compliance orders. P.T.O. 60 and 64 Moratoria hold opt-out order. Base of the interests of justice. F.R.C.P. 60 Rules (B) (5). Motion.
2. The court should incorporate all these documents into plaintiffs' claims whatsoever.

*2-16-CV-06635-CJB-JW*

Jury Demand

Respectfully Submitted

In The Name of Jesus Christ

Dated August 9, 2017

*Richard McBride*

Ceo. Richard McBride

4318 Donovan St.

Moss Point, MS 39563

1-228-623-7014

# Certificate of Service

I, Richard McBride and The Power House Church of God Holy Ghost Power hereby, certify that I have hand delivered or mailed a true and correct copy to the Defendant of Order **Motion Requesting Reconsideration of the compliance order. P.T.O. 60 and 64 Moratoria hold opt-out order. Base of the interests of justice. F.R.C.P. 60 Rule (B)(5). Motion**

This the 8 Day of _AUG_ , 2017. _Richard McBride_

To The Defendants:

IN RE: OIL SPILL BY THE OIL RIG                                    SECTION J

"Deepwater Horizon" in the Gulf                          JUDGE BARBIER

Of Mexico, on April 20, 2010                          MAGISTRATE JUDGE
WILKINSON

Applies To:

ALL CASES

Counsel for BP                                     MDL 2179 Plaintiff's Steering
Committee

Attn: J. Andrew Langan                             Attn: Steve J. Herman

Kirkland & Ellis LLP                                 Herman, Herman, Katz&Cotlar, LLP

300 North LaSalle St,                                820 O'Keefe Avenue

Suite 2400                                         New Orleans, LA 70113

Chicago, IL 60654

Hesi Transocean Punitive damage

Assigned Claim Settlement

C.O.Garden City Group, LLC

P.O.Box 10260

Dublin, Oh 43017

Richard McBride

8/8/2017

Date

928-623 {23-7814

*EX- 7*

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]
### Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| MCBRIDE | RICHARD | Nmt | |

Phone Number: 228 423-7014

Address: 4318 Donovan St

E-Mail Address: RichardMcBride1963A1GMail.Con

City / State / Zip: Moss Point MS 39563

**INDIVIDUAL CLAIM** ☑          **BUSINESS CLAIM** ☑

Employer Name: Richard McBride

Queen Esther Commercial Fishing

Job Title / Description: CAPTAIN / BOAT CREWMAN

Address: 4318 Donovan St

City / State / Zip: Moss Point, MS. 39563

Last 4 digits of your Social Security Number: 5141

Business Name: Power House Church of God

Type of Business: None Private

Address: 4318 Donovan St. OR P10 Box 5101

City / State / Zip: Moss Point MS 39563

Last 4 digits of your Tax ID Number: 0963

Attorney Name: PRO Sed

Address:

Phone Number:

Firm Name:

City / State / Zip:

E-Mail Address: Richard McBride 1963A1Gmail.com

Claim filed with BP? YES ☑   NO ☐

If yes, BP Claim No.:

Claim Filed with GCCF?: YES ☑   NO ☐

If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**

☑ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☑ Personal Injury/Death

☑ Fear of Future Injury and/or Medical Monitoring
☑ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

2-16-CV-06635-CJB-JCW — pending

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I Richar McBrid Owners/part Queen Esther commercial by Power House church of god And Rico o McBrid part owner 27 Foot Boat And 32 Foot boat. Vessel owners was a Boat captains. Boat crewman, Boat Deck Hands. Pulling 16 Foot Net. Ect. Were Homeported In port of pascagoul Dock And 6619 Gregory St Mosspoint ms 39563. Ect. GUIF coast Areas commercial fishy form 1982 to 2017; Started 2007-2008-2009 2010 Queen Esther commer fishy April 202010 B.P oil spill Damage occurred. Fauled Business Economic Loss Close down March 10, 2011, profit Loss Property Damage Ect. I belive loss $ 1,307,250.00 Dollar

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I Richer McBrid Was personal Injury claim form B.p. oil spill My Eye's skin Rash short Breath. Vision Loss need the Doctor I need Eye's operation. GUIF COAST Eyes Center. DR, Bowie HOIX-3111 Shortcut RD pascagou 228.762 0772. Sing River Hospital pascagoul Injury Date May 2010 June 2010 July 2010 At pount of pascagoul Clean-up. Transferred Boat to Job site. B.p. Pay med 13,00.00 I Appeal Need Help to Appeal you

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

I Work For BP Rico. o. McBride. Is part owner OF Queen Esther commeral Fishing boat, 27'foot And 32 Foot working For Vessel opt. Removal cleanup washing Boat, puting Boat In the water And pulling Boat out of water Apart of pascagoul Ducky moss poit At 6619 Gregory st Moss poit In contact wen Oil And Chemical Dispersants Exposed to Harmful wet Land or Flood Zone Land² Oders Chemical Ect

EX-9

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [x] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [x] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: I Belive Amount OF Loss And ECONMIC LOSS AND PROPERTY DAMAGE PUNTIVINE DAMGE $ 1,307,250.00 DOllAR

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [x] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [x] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [x] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Richad McBue
_____
Claimant or Attorney Signature

RICHArd McBRibe
_____
Print Name

7/28/2017
_____
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*



# IN RE: OIL SPILL by "Deepwater Horizon"

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

## PLAINTIFF PROFILE FORM ["PPF"]

Last Name **McBride**   First Name **Richard**   Middle/Maiden **Nut**   Suffix

Phone Number **228-623-7014**   E-Mail Address **Richard McBrid 1963@Gmail.com**

Address **4318 Donovan St**   City / State / Zip **Moss point MS 39563**

---

**INDIVIDUAL CLAIM** ☑          **BUSINESS CLAIM** ☑

Employer Name **Queen Esther commend**   Business Name **power House church of God 7651**

Job Title / Description **Owned & Capat Inc**   Type of Business **None profit**

Address **4318 Donovan St**   Address **4318 Donovan St P.O Box 5701**

City / State / Zip **Moss point MS 39563**   City / State / Zip **Moss point ms 39563**

Social Security Number **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**   Tax ID Number **33-1020963**

Attorney Name **None**   Firm Name **Richard McBride**

Address   City / State / Zip **4318 Donovan St Mosspo MS 39563**

Phone Number   E-Mail Address **Richard McBride 1963@Gmail.com**

---

Claim filed with BP?   YES ☑   NO ☐          Claim Filed with GCCF?   YES ☑   NO ☐

If yes, BP Claim No.:   If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):** ☑ Damage or destruction to real or personal property; ☑ Earnings/Profit Loss;
☑ Personal Injury/Death;  ☑ Fear of Future Injury and/or Medical Monitoring;  ☑ Loss of Subsistence use of Natural Resources;
☐ Removal and/or clean-up costs;  ☑ Other **Commeria Fishermen**

---

Original Case Caption   Original Civil Action Number **2-16 cv-06685-cjb-dpc**

Originating Court   EDLA Civil Action Number **pending**

---

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☑ Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☑ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ Bank, financial institution, or retail business that suffered losses as a result of the spill.

☑ Person who utilizes natural resources for subsistence.

☐ Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ Other:_____

---

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☑ Boat captain or crew involved in the Vessels of Opportunity program.

☐ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☑ Resident who lives or works in close proximity to coastal waters.

☑ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ Other **sea land + floodzone**

**46119 Greseed Mosspo**

**819, Helker Land**

**Brief Description:**

EX. 11

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I Richard McBride Vessel owner pastel Queen Esther commercial Fishing power House chull Of God, Holy 644 poun, part owner And Rico: o.mcbride owner have 27 Foot And 32 Foot Vessel. Owner was CAPTAIN Boat crew man Deck Hand pulling 16 Foot Net. Ect. In. were Home port. point of pascagoula mc 6619 Gregory St Moss point GULF COAST AREAS. Commercial Fishing from 1982 to 2017. Started Year 2007, 2008, 2009, 2010. Queen Esther commercial Fishing April 20, 2010 B.p. oil spill occured. Failed Business Loss. Closed Down march 10, 2011 - Profit Loss Property Damage Ect. I Belive Amount $1.307.250.00 Dollar.

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I Richard McBride was personal Injury claim. B.p. oil spill other contact with oil or chemical dispensants Exposed to Harmful chemicals. odors And Emissions During post-Explosion clean-up activites Vessel of Opt. MY Eyes. Skin Rash short Breath Vision Loss. Need class. now the DR- I need Eye operation. DR Bowie Holly GULF COAST Eyes center. 3111 Short cut Rd pascagoula Ms. 228-762-0772 Sims River Hospital pascagoula Injury Date MAY 2010 June 2010 July 2010 pascagua TRANFearred Boat to Job site. B.p. payment 1,300.00 I need Help to sleep

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

I work For Rico. o McBride Is part owner Queen Esther commercial Fishing Boat. 27 Foot And 32 Foot To Job site pulling Boat In water And out water Docking At. point of pascagua And At 6619 Gregory St M-P clean-up wash Boat oil And chemical Harmful chemical ECT. odors. I Believe All Damage Loss Amount Of $ 1-307-250.000 Dollar punitive Damage

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Richard McBride                    7/28/2017

Claimant or Attorney Signature              Date



**Must be
Postmarked
No Later Than
December 15, 2016**

HESI/Transocean Punitive Damages &
Assigned Claims Settlements
PO Box 10260
Dublin, OH 43017-5760
1-877-940-7792
<u>GulfSpillPunitiveDamagesSettlement.com</u>



HSI00044770060



RICHARD MCBUDE
4318 DONOVAN ST
MOSS POINT MS 39563 5602

Claim Number: AFB10BA8BB

Control Number: 2158030136

---

## PART I - GENERAL INSTRUCTIONS

1. **IN MOST CASES YOU DO NOT NEED TO FILE A CLAIM FORM; IF YOU WERE A DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT (DHEPDS) CLAIMANT YOUR DHEPDS CLAIM WILL BE TRANSFERRED AUTOMATICALLY FOR REVIEW.** You are urged to carefully read the Distribution Model available for review or download from <u>GulfSpillPunitiveDamagesSettlement.com</u>.

   Old Class Assigned Claims also settled under the HESI and Transocean Settlements will not be allocated by the New Class Claims Administrator.  **DO NOT FILE A NEW CLASS CLAIM** if your only potential eligibility is as an Old Class Assigned Claims class member.

   All capitalized terms used in the Claim Form shall have the same meaning as defined in the Distribution Model or Settlement Agreements; all are available for download at <u>GulfSpillPunitiveDamagesSettlement.com</u> or you may request mailed copies by calling 1-877-940-7792.

2. If you are **NOT** a member of the New Class OR the questions in Part II - "Should I File a Claim?" indicate you do not need to file a New Class claim, **DO NOT** submit a Claim Form.

   The value of the Settlement Fund will be reduced by the amount of administrative costs and expenses used to determine claims and notify claimants; filing unnecessary claims will reduce the amount of funds available for distribution to the New Class.

3. If after completing Part II - "Should I File a Claim?" you are not sure if you need to file a New Class claim, please contact the Claims Administrator at <u>1-877-940-7792</u> or email <u>Questions@GulfSpillPunitiveDamagesSettlement.com</u>.

4. **All Claim Forms must be postmarked no later than December 15, 2016.** Do not email Claim Forms. Mail your completed and signed Claim Form addressed to the Claims Administrator at:

   HESI/Transocean Punitive Damages &
   Assigned Claims Settlements
   c/o Garden City Group, LLC
   PO Box 10260
   Dublin, OH 43017-5760

5. All claims must be made by the individual(s) or entity that incurred the loss at the time of the Spill unless documentation can be provided demonstrating a transfer of that interest; this documentation may include, but is not limited to the following:

   <u>For Individuals</u> - In the event of death or incapacity, executors/administrators, guardians/conservators, and trustees may complete and sign the Claim Form, but they must provide proof of their authority (e.g., court appointment, power of attorney, letters testamentary/domiciliary/administration, copy of trust instrument, proof of succession, etc.).

   <u>For Entities</u> – Proof of transfer would include purchase agreement signed by all parties, dissolution documentation showing who received final disposition of assets.

   **Important** - *This form should be completed IN CAPITAL LETTERS using BLACK or DARK BLUE ballpoint/fountain pen. Characters and marks used should be similar in the style to the following:*

   A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 1 2 3 4 5 6 7 0

To view Garden City Group, LLC's Privacy Notice, please visit http://www.gardencitygroup.com/privacy



## PART I - GENERAL INSTRUCTIONS (CONTINUED)

6. Claims will be delineated by taxpayer identification number for the claiming individual or entity in similar fashion to the handling by the Deepwater Horizon Economic & Property Damages Settlement (DHEPDS).

   The prior exception for Real Property held jointly by a married couple will continue; for this claim type only one claim by one spouse will encompass 100% of the interest in the real property owned by the married couple.

   **Please remember to consult Part II - "Should I File a Claim?" to determine if a Claim Form is actually required in order to evaluate your claim for a HESI/Transocean punitive damages award.**

7. If you are *eligible to file* a Claim Form this is not a guarantee that your claim will yield a punitive damages award value.

8. If Part II - "Should I File a Claim?" instructs you to file a Claim Form, you must fully complete the Claim Form and provide the required documentation. Additional documentation may be required. Failure to timely provide documentation as requested may result in rejection of your New Class claim.

## PART II - SHOULD I FILE A CLAIM?

1. Are you a DHEPDS Class member that filed a "relevant claim type" in the DHEPDS Program (also known as the Deepwater Horizon Economic Claims Center or "DHECC" or Court Supervised Settlement Program ("CSSP") from June 4, 2012 – June 8, 2015?

   ☑ Yes - Go to Question 1a                    ☐ No - Go to Question 2

   1a. Did you receive a payment from the DHEPDS Program?

   ☐ Yes - STOP; DO NOT FILE A NEW CLASS CLAIM.    ☑ No - Go to Question 1b
   Your DHEPDS claim will transfer for consideration
   automatically.

   1b. Are you still waiting for a determination on your DHEPDS claim?

   ☑ Yes - Go to Question 4                    ☐ No - Go to Question 1c

   1c. Was your DHEPDS Program claim denied because you had a valid DHEPDS Opt Out?

   ☑ Yes - Go to Question 8                    ☐ No - Go to Question 1d

   1d. Was your DHEPDS *Program* claim denied for another reason or withdrawn after issuance of an FWA Investigation Notice?

   ☐ Yes - STOP; DO NOT FILE A NEW CLASS CLAIM.    ☑ No - STOP; REQUEST ADDITIONAL ASSISTANCE.

   New Class claim determinations/eligibility will be based solely on the submissions already made to the DHEPDS and upon the determination(s) by the DHEPDS.

   Filing an additional claim cannot change your DHEPDS determination or award amount and will unnecessarily delay processing and payment of all claims in addition to increasing administrative costs, which must be paid from the Settlement Funds[2] before the pro rata distribution to New Class eligible claimants will occur.

   Call the HESI/Transocean Helpline at 1-877-940-7792 or email Questions@ GulfSpillPunitiveDamagesSettlement.com to request assistance in determining if you need to file a Claim Form. Please contact the Claims Administrator at least two weeks in advance of the Claims Filing Deadline, December 15, 2016, if you require assistance.

---

[1] A "relevant claim type" as used herein means claims for Coastal Real Property (CRP), Real Property Sales (RPS), Wetlands Real Property (WRP), Vessel Physical Damage, Seafood Compensation, Business Economic Loss (BEL) for Charterboat Operators (as identified by assigned NAICS code), Individual Economic Loss (IEL) for Charterboat crew members (as identified by assigned NAICS code), and/or Loss of Subsistence.

Claims for other categories such as Vessels of Opportunity Charter Payment, BEL claims for any business other than a Charterboat Operation (including Start-Up, Failed, Individual Periodic Vendor, and Festival Vendor), IEL for any profession except a Charterboat Crew member are not eligible for punitive damages under general maritime law and will not be considered for New Class inclusion; all eligible, payable DHEPDS claims will remain part of the Old Class Assigned Claims portion of the Settlements. The Old Class Assigned Claims allocation will be administered by the DHEPDS Claims Administrator, which is unrelated to the New Class claims process.



3

EX. 13

## PART II - SHOULD I FILE A CLAIM? (CONTINUED)

. Are you a person or entity that could have filed a claim with the DHEPDS (you were a DHEPDS Class member), but elected not to file a "relevant claim type" in the DHEPDS?

☐ Yes - Go to Question 4          ☑ No - Go to Question 3

. Are you a person or entity who received payment from BP pursuant to a voluntary settlement with BP, other than a settlement through the Gulf Coast Claims Facility ("GCCF"), and which settlement did not include a release of claims for punitive damages against Halliburton and Transocean?

☑ Yes - COMPLETE THE CLAIM FORM BELOW.          ☐ No - Go to Question 4

All New Class claims will be subject to eligibility and documentation requirements for each specific claim type indicated by the claimant (CRP, WRP, RPS, Oyster Leaseholder, Vessel Physical Damage, Personal Property Damage >$500, Seafood Compensation, Charterboat Operator, Charterboat Crew, or Loss of Subsistence).

4. Are you a person or entity that filed a valid opt-out for the DHEPDS?

☑ Yes - Go to Question 8          ☐ No - Go to Question 5

5. Are you a person or entity that executed a GCCF Release and Covenant Not to Sue (other than those for bodily injury only) or BP Claims Process Full and Final Release, Settlement, and Covenant Not to Sue that gave up your rights to pursue claims for punitive damages from HESI and Transocean pursuant to your signed release?

☐ Yes - STOP; DO NOT FILE A CLAIM FORM.          ☑ No - Go to Question 6

If you gave up your right to pursue punitive damages from HESI and Transocean, you cannot be compensated from these settlements and your claim will be rejected.

6. Are you a person or entity that was "excluded" from participating in the DHEPDS (local governments, oil & gas industry, etc.)?

☐ Yes - Go to Question 8          ☑ No - Go to Question 7

7. Are you a person or entity that sustained personal property physical damage in excess of $500 as a result of the Deepwater Horizon Incident, but whose claim circumstance was not recognized under the DHEPDS Claim Types?

☑ Yes - Go to Question 8          ☐ No - STOP; DO NOT FILE A CLAIM FORM.

Such persons and entities have received no compensatory damages and are barred from asserting claims for compensatory damages in the future as a result of the DHEPDS class-wide release. Consequently, no punitive damages may be awarded under the Distribution Model.

---

[2] The "Settlement Funds" refer to the combined values of the Settlement Agreements available for the benefit of the New Class.



## PART II - SHOULD I FILE A CLAIM? (CONTINUED)

8.  Based on your prior answers, you are either (a) an individual or entity who was not a DHEPDS Class member by virtue of the type of claim; (b) an individual or entity that was a DHEPDS "excluded" party;[3] or (c) validly Opted Out of the DHEPDS Class.

Have you preserved your rights in compliance with PTO 60?[4]

☑ **Yes** - COMPLETE THE CLAIM FORM BELOW.

Required documentation for such claimants shall include proof of claimant's timely preservation of its rights to a claim for damages by compliance with MDL-2179 Pretrial Order 60, or, if you settled your claim with Court-appointed Neutrals, provide a copy of your settlement agreement.

All New Class claims will be subject to eligibility and documentation requirements for each specific claim type indicated by the claimant (CRP, WRP, RPS, Oyster Leaseholder, Vessel Physical Damage, Personal Property Damage >$500, Seafood Compensation, Charterboat Operator, Charterboat Crew, or Loss of Subsistence).

☐ **No** - STOP; IF FILED, YOUR NEW CLASS CLAIM WILL BE VALUED AT $0.

Claims from claimants who were not included within the DHEPDS and are otherwise allowed to file a New Class claim will be assigned no value unless they adequately preserved their right to pursue damages by complying with PTO 60.

---

[3] Certain industries noted as "excluded" in the DHEPDS Agreement were allowed to file CRP and WRP claims; if you were among those exceptions, you will be barred from filing a New Class claim for any "relevant claim type" for which you had the right to file in the DHEPDS.

[4] MDL-2179 issued Pretrial Order 60 ("PTO 60") on March 29, 2016, requiring individuals and entities to preserve their rights to pursue a claim for damages by filing an individual law suit no later than May 2, 2016, unless an extension was granted by the Court for that party. PTO 60 is available on the "Court Documents" tab of the website, GulfSpillPunitiveDamagesSettlement.com.

## PART III - CLAIMANT INFORMATION

**Claimant Information:**

**Claimant Name** (if filing on behalf of a business, enter the Business Name here):

RICHARD McBRIDE

**Claimant Taxpayer Identification Number** (Social Security/Individual Taxpayer Identification Number for individuals or employer identification number for entities):

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

**Address Line 1:**

4318 DONOVAN

**Address Line 2:**


**City:**

MOSS POINT

**State:** MS   **Zip Code:** 39563

**Country:**

JACKSON

**Phone Number:** 228-285-0051

**Email Address:**

RICHARDMcBRIDE1963@GMAIL.COM

EX.14

5

## PART III - CLAIMANT INFORMATION (CONTINUED)

### Claimant/Business Representative Information (not attorney, not claims preparer):

**Representative Name (if applicable):**
RiCHARD McBRIDe

**Representative Title:**
OWNer

**Address Line 1:**
4312 DONOVAN St

**Address Line 2:**

**City:** MOSS POiNT  **State:** MS  **Zip Code:** 39563

**Country:** JACKSON  **Phone Number:** 228-285-0051

**Email Address:**
RiCHArd McBRide1963@GMaiN.CONM

### Attorney Information:

**Attorney Firm Name (if applicable):**
NONe

**Attorney Name:**

**Firm Contact:**

**Address Line 1:**

**Address Line 2:**

**City:**  **State:**  **Zip Code:**

**Country:**  **Phone Number:**

**Email Address:**



6

## PART III - CLAIMANT INFORMATION (CONTINUED)

**Claims Preparer Information:**

**Claims Preparer Firm Name (if applicable):**

RICHARD McBRIDE

**Claims Preparer Contact Party:**

4318 DONOVAN STREET

**Address Line 1:**

**Address Line 2:**

MOSS POINT

**City:**                                                                                       **State:**   **Zip Code:**

MS  39563

**Country:**                                                                    **Phone Number:**

JACKSON COUNTY                                         228-285-0851

**Email Address:**

RICHARDMSBRIDC1963@GMAIL.COM

## PART IV – CLAIM FORM

lect the applicable claim types within each of the five Claim Categories by checking the appropriate boxes and completing the quired information fields. At the end of each section is a Required Documentation Matrix; provide all required documentation with ur completed, signed Claim Form. All of the Sworn Written Statements (SWS) listed in the matrix at the end of each Claim Category ction are available for download on the Claim Form page of the settlement website, GulfSpillPunitiveDamagesSettlement.com.

iling to fully complete the applicable sections of the Claim Form or provide documentation as requested will delay processing d may result in rejection of your claim; if you have questions, please contact the Claims Administrator for assistance at 1-877-0-7792 or email Questions@GulfSpillPunitiveDamagesSettlement.com for assistance.

### ATTENTION: ALL NEW CLASS CLAIMANTS – REQUIRED DOCUMENTATION

**quired Documentation**

addition to selecting any/all Claim Types by checking the appropriate boxes in the Claim Category sections below, all claimants ist provide the required documentation listed in the matrix at the end of each Claim Category section. All of the Sworn Written atements (SWS) listed in the matrix at the end of each Claim Category section are available for download on the Claim Form ge of the settlement website, GulfSpillPunitiveDamagesSettlement.com. If you have questions about what documentation is juired, please call 1-877-940-7792 or email Questions@GulfSpillPunitiveDamagesSettlement.com. Claims received without the juired documentation may be rejected.

**etrial Order 60 Compliance**

w Class claims must be accompanied by documentation demonstrating compliance with PTO 60, which typically will be a oy of a timely-filed individual lawsuit bearing a Docket Number assigned by the MDL-2179 Court UNLESS you entered into a tlement directly with BP facilitated by the Court-appointed Neutrals; then you may wish to provide a copy of your settlement eement to avoid any processing delays.

w Class claims received from claimants who have not complied with the requirements of PTO 60 will receive a value of $0.

rties who settled with the GCCF or BP Claims Center have released their rights to punitive damages against HESI and nsocean and will not be eligible to participate.  Do not file a claim if you have signed a GCCF Release and Covenant Not to a (other than those for bodily injury only) or BP Claims Process Full and Final Release, Settlement, and Covenant Not to Sue.



EX-15

7

## PART IV - CLAIM FORM (CONTINUED)

### CLAIM CATEGORY I: REAL PROPERTY

**COASTAL REAL PROPERTY** (inclusive of Personal Property loss/damage to structures on the premises due to the Spill)

Property Street Address:
06196 gregory st moss point

City: MOss point

State: MS   Zip Code: 39563

Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):

Name: RICHARD McBRIDE   Percentage: 50

Name: powerHoosCHboseChurCh of God   Percentage: 50

Describe any Personal Property/structure damages on this property associated with the Deepwater Horizon incident
(attach additional sheet if additional space is needed) NEW constructions started 2009
HALFWAY complete - Apri. 20.2010 oi. spill spit shop. my money
Item/Description: CBMM: EFbig boa-t
two story House 8.9 Acer   Purchase Price: $ 89000.00

Damage Description: TOTAL LOSS   Repair/Replacement Cost: $400,000.00

---

**WETLANDS REAL PROPERTY** (inclusive of Personal Property loss/damage to structures on the premises due to the Spill)

Parcel Identification Number:
20129320000

County/Parish:
JACKSON COUNTY

Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):

Name: RICHARD McBRIDE   Percentage: 50

Name: powerHooseChurChof GodHoly6host   Percentage: 50

Describe any Personal Property/structure damages on this property associated with the Deepwater Horizon incident
(attach additional sheet if additional space is needed):

Item/Description: two story House 8.9Acer   Purchase Price: $ 89000.00

Damage Description: 8.9Acer LANd wetLand flood   Repair/Replacement Cost: $200,000.00

COAStol Reol PRoPerty, Flood zone LANd,
Demand $25,000 - per Acer. oil or other subtance AS
Furter Describe IN The settlement Agreement
"ResidenT, ANd Commercial, lANd

## ❏ REAL PROPERTY SALES

Property Street Address:

City:                                                                    State:        Zip Code:

2010 Property Tax Parcel Identification Number:          County/Parish:

Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):
Name:                                                                                    Percentage:

Name:                                                                                    Percentage:

Date of Purchase Contract:           Date of Purchase Contract Amendment (if applicable, add additional sheet if needed)

____ / ____ / 2 0 1 0          ____ / ____ / 2 0 1 0

Date of Closing:           Closing Price:

____ / ____ / 2 0 1 0          $ _____

## ❏ OYSTER LEASEHOLDER

Oyster Lease Numbers (attach an additional sheet if needed):

Lease Details/Geographic Boundaries:

Lease Issued By:

Sublease:   ❏ Yes   ❏ No          Co-Lessor:   ❏ Yes   ❏ No

Real Property Required Documentation Matrix:

| Documentation Required | Coastal Real Property | Wetlands Real Property | Real Property Sales | Oyster Leaseholder |
|---|---|---|---|---|
| 2010 Property Tax Bill | X | X | | |
| Deed showing ownership on 4/20/2010 | X[4] | X | X | |
| Lease w/ Proof of Payment | X[5] | | | |
| Purchase contract and any amendments | | | X | |
| Proof of transaction closing: HUD statement, closing statement, deed of transfer | | | X | |
| 2010 Oyster Lease(s) | | | | X |
| Oyster Leaseholder Claimant Sworn Written Statement (SWS-4) | | | | X |
| For claims including damage to Personal Property at the real property location, include: Personal Property Damage Claimant Sworn Written Statement (SWS-1) and supporting documentation | X | X | | |

Required if you owned the Parcel or Deeded Boat Slip.

Required if you owned the Parcel or Deeded Boat Slip and leased it to someone else for 60 days or longer or if you leased the Parcel from someone else for __ days or longer at any time between April 20, 2010 and December 31, 2010.

EX. 16

9

## PART IV - CLAIM FORM (CONTINUED)

### CLAIM CATEGORY II: PERSONAL PROPERTY DAMAGE

☑ VESSEL PHYSICAL DAMAGE

☑ PERSONAL PROPERTY DAMAGE IN EXCESS OF $500

Personal Property Required Documentation Matrix:

| Documentation Required | Personal Property Damages >$500 unrelated to Real Property | Vessel Physical Damage |
|---|---|---|
| Personal Property Damage Claimant Sworn Written Statement (SWS-1) and supporting documentation | X | |
| Vessel Physical Damage Claimant Sworn Written Statement (SWS-9) and supporting documentation | | X |
| 2010 Vessel Registration | | X |
| Vessel Title | | X |

### CLAIM CATEGORY III: COMMERCIAL FISHERMEN

| Compensable Seafood Claim Types fished in 2010: | Operator Type(s) claimed: | | |
|---|---|---|---|
| | Non-Menhaden: | Menhaden: | |
| ☐ Menhaden | ☑ Vessel Owner | ☐ Vessel Owner/Lessee | ☑ Chief Engineer |
| ☑ Shrimp | ☑ Vessel Lessee | ☑ Boat Captain | ☐ 2nd Engineer |
| ☐ Oyster | ☑ Boat Captain | ☑ Boat Pilot | ☐ Aerial Spotter |
| ☐ Finfish | ☑ Seafood Crew (Non-Menhaden) | ☑ Mate | ☐ Cook |
| ☐ Finfish Individual Fishing Quota | ☑ Leaseholder Lost Interest (Includes Harvester if Applicable) | ☑ Fisherman | |
| ☑ Blue Crab | | | |
| ☑ Other Seafood | | | |

#### All Seafood Claim/Operator Types:

2010 Vessel Name(s):

QUeeNESther commercial fisher

2010 Vessel Owner Name(s):

RICHARD McBRIDE

2010 Boat Captain(s) Name(s):

Richard McBRIDE-Rico McBride

2010 Home Port:

PASt PoiNt pAscuLA 66/96 regory st mossp

Vessel Registration Number (State & Federal, if known):

## PART IV - CLAIM FORM (CONTINUED)

**Shrimp Seafood Claim Type ONLY:**

Vessel Length:

27 Foot    32 Foot

Cooling Mechanism: ☑ Ice ☑ Freezer

**Seafood Compensation Required Documentation Matrices:**

| Documentation Required | Menhaden Vessel Owner/ Lessee | Menhaden - All Other Operator Types |
|---|---|---|
| Proof of vessel ownership/lease 4/20/2010 - 12/31/2010 | X | |
| Vessel Commercial Fishing Licenses 2009/2010 (one per vessel claimed) | X | |
| Vessel Name/Registration Number (state & federal, all vessels claimed) | X | |
| Gulf Coast Area Home Port Proof 4/20/2010-12/31/2010 | X | |
| Vessel Boat Captain Status Claimant Sworn Written Statement (SWS-6) and supporting documentation | X | |
| 2010 Boat Captain's license, if applicable | | X |
| 2010 W-2 related to Menhaden Fishing | | X |
| 2010 Tax Returns | X | X |
| Employment Contract/Catch Share Contract for 2010 (if available) | | X |
| Vessel Log, Captain's Log, Share Sheets, Sales/Production reports, as available | X | |

| Documentation Required | Shrimp Vessel Owner | Shrimp Vessel Lessee | Shrimp Boat Captain |
|---|---|---|---|
| Proof of vessel ownership 4/20/2010 - 12/31/2010[6] | X | | |
| Vessel Commercial Fishing License 2009/2010 | X | X | |
| Vessel Name/Registration Number (state & fed) | X | X | |
| Gulf Coast Area Home Port or Landings Proof 4/20/2010-4/16/2012 | X | X | |
| Vessel Ownership-Lease Status Claimant Sworn Written Statement (SWS-7) and supporting documentation | X | X | |
| Vessel Boat Captain Status Claimant Sworn Written Statement (SWS-6) and supporting documentation | X | X | |
| Boat Captain's license 2009/2010 | | | X |
| Proof of Boat Captain employment 4/20/2010-4/16/2012 on vessel(s) home ported or with landings in the Gulf Coast Areas | | | X |
| 2010 Tax Returns | X | X | X |
| Proof of vessel size & cooling mechanism (ice or freezer) | X | X | X |
| Vessel Log, Captain's Log, Share Sheets, Sales/Production reports, if available | X | X | X |

[6] Options include: vessel registration, trip tickets with vessel registration information, federal registration information on federal fisheries permits, state/federal registration database information, saltwater products license showing vessel registration numbers, vessel registration receipts or vessel title.  In all instances the documentation must be for the proper time period.



*EX. 17*

## PART IV - CLAIM FORM (CONTINUED)

| Documentation Required | Seafood Crew | Individual Fishing Quotas (IFQ) |
|---|---|---|
| Seafood Crew Compensation Plan Claimant Sworn Written Statement (SWS-2) and supporting documentation | X | |
| Individual Fishing Quota Claimant Sworn Written Statement (SWS-5) and supporting documentation | | X |

| Documentation Required | Oyster | | | | Finfish, Blue Crab, and Other Seafood | | |
|---|---|---|---|---|---|---|---|
| | Leaseholder Lost Interest[7] | Vessel Owner | Vessel Lessee | Boat Captain | Vessel Owner | Vessel Lessee | Boat Captain |
| Proof of vessel ownership 4/20/2010 - 12/31/2010 | | X | | | X | | |
| Proof of oyster bed leasehold 4/20/2010 – 12/31/2010 | X | | | | | | |
| Vessel Commercial Fishing License 2009/2010 | | X | X | | X | X | |
| Vessel Name/Registration Number (state & federal) | | | X | | X | X | |
| Gulf Coast Area Home Port Proof 4/20/2010-12/31/2010 | | | | | X | X | |
| Oyster Leaseholder Claimant Sworn Written Statement (SWS-4) and supporting documentation | | X | X | | X | X | |
| Vessel Boat Captain Status Claimant Sworn Written Statement (SWS-6) and supporting documentation | | X | X | | X | X | |
| Boat Captain's license 2009/2010 (issued before 4/20/2010 for Oyster claims) | | | | X | | | X |
| Proof of Boat Captain employment 4/20/2010-4/16/2012 on vessel(s) home ported or with landings in the Gulf Coast Areas | | | | X | | | X |
| 2010 Tax Returns | X | X | X | X | X | X | X |
| Vessel Log, Captain's Log, Share Sheets, Sales/Production reports, if available | | X | X | X | X | X | X |
| Proof of Gulf Coast Area landings 2010 | | X | X | X | | | |
| Contract/agreement for harvesting for Zone A, B, or C leases | X | | | | | | |
| Oyster Leaseholder Claimant Sworn Written Statement (SWS-4) and supporting documentation | X | | | | | | |

### CLAIM CATEGORY IV: CHARTERBOAT

☐ **CHARTERBOAT OPERATOR**

☐ **CHARTERBOAT CREW**

---

[7] Oyster Leaseholder Lost Interest and Vessel Lessee/Operator claims will be combined and will use the Oyster Combined Harvester and Leaseholder median; documentation for both of the appropriate categories should be provided by the claimant.




12

## PART IV - CLAIM FORM (CONTINUED)

rboat Required Documentation Matrix:

| Documentation Required | Charterboat Operator | Charterboat Crew |
|---|:---:|:---:|
| Charterboat License | X | |
| of vessel ownership/lease 4/20/2010 - 12/31/2010 | X | |
| Name/Registration Number (state & federal, all vessels claimed) | X | |
| oast Area Home Port Proof 4/20/2010 - 12/31/2010 | X | |
| rboat Operator/Crew Claimant Sworn Written Statement (SWS-3) ns A and B only) and supporting documentation | X | |
| rboat Operator/Crew Claimant Sworn Written Statement (SWS-3) ns A and C only) and supporting documentation | | X |

## CLAIM CATEGORY V: LOSS OF SUBSISTENCE

OSS OF SUBSISTENCE

Subsistence Required Documentation Matrix:

| Documentation Required | Loss of Subsistence |
|---|:---:|
| Subsistence Claimant Sworn Written Statement (SWS-8) | X |

## PART V - CERTIFICATION RELEASE & SIGNATURE

ation

and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form nd accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand e statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local rcement agencies for possible investigation and prosecution. By submitting this Claim Form, I consent to the use and re by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe ry and/or helpful to process my claim for compensation and any payment resulting from that claim.

e: _Richard McBride_    Title (if applicable): _____

Jame: _RICHARD McBRIDe_    Date: _7/28/2017_

EX. 18

## SWS-8

### Loss of Subsistence Claimant Sworn Written Statement

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

**Name:** Last: McBride  First: Richard  Middle Initial:

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** 21 bCU0166 35

**Address:**
Street: 4318 DONOVAN
City: Moss Point  State: Mississippi  Zip Code: 39563

**Telephone Number:** 228 623-7814

**Social Security Number:** 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
or
**Individual Taxpayer Identification Number:**
or
**Employer Identification Number:** EIN 33-1020963

### B. LOSS INFORMATION

**Identify The Locations Normally Fished That Were Subject To Closure:**  CAT ISLAND  PASCAGOLA River  Moss Point River

**A.**
Location Name: GULF COAST ARE, MISSISSIPPI SOUND, HORN ISLAND
Street: 4318 DONOVAN ST
City: MOSS POINT  State: MISSISSIPPI  Zip Code: 39563

**Identify The Species Fished:** Red SNaper, Red Fish, CAT Fish, Shrimper, Crabber

**Identify The Amount Caught:** I Beleve 1000.00 of pound of Fishing. I do not have weight Scal

**Identify The Equipment Used:** 27 Foot Boat DRAG Reel Rod 32 Foot Boot Net, 16 Foot Net. CAST Net. ECT

**B.**
Location Name: GULF COAST ARE, HORN ISLAND Mississippi Sound
Street: 6619 Gregory St moss point
City: moss point  State: MISSISSIPPI  Zip Code: 39563

**Identify The Species Fished:** Red SNAP, Red Fish, Cat Fish  Hunt TRAP. COON

**Identify The Amount Caught:** I Beleve 1000.00 Of pound. Fishy. CRabb. Ect

**Identify The Equipment Used:** Boot 27 Foot, 16 Foot Net, DRAG, 32 Foot Boot

GREGORY



## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 7, 28, 2017 | |
| --- | --- | --- |
| | (Month/Day/Year) | Signature |
| | | Richard McBride |
| | | Name (Printed or Typed) |

| SWS-7 | Vessel Ownership-Lease Status Claimant Sworn Written Statement |
|-------|---------------------------------------------------------------|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

**Individual Claimant's Name or Business Name:** Richard MCBRIDE

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** 2/10CV06635

**Address:**
Street: 4318 DONOVAN ST
City: MOSS POINT   State: MISSISSIPPI   Zip Code: 39563

**Telephone Number:** (228) 285-0051

**Social Security Number:**
or
**Individual Taxpayer Identification Number:**
or
**Employer Identification Number:**

SSN or ITIN: 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
EIN: 33-1020963

### B. VESSEL INFORMATION

For each vessel claimed, please submit the following: (1) proof of vessel ownership/lease 4/20/2010 - 12/31/2010; (2) a completed SWS-6; (3) vessel commercial fishing licenses 2009/2010; (4) Gulf Coast Area home port or landings proof 4/20/2010 - 12/31/2010; (5) 2010 tax returns; (6) proof of vessel size & cooling mechanism (ice or freezer); and (7) vessel log, captain's log, share sheets, sales/production reports (if available). 27ft vessel And 32ft Vessel

**Vessel Name:** Queen Esther commercial fish   **Home Port County:** JACKSON COUNTY
City: MOSS POINT   State: Mississippi   Zip Code: 39563

**State Registration Number:** MI-2196-BS   **Federal Registration Number:**

Indicate whether you owned or leased the vessel you identified in Section B during the period April 20, 2010, and December 31, 2010. Check only one box.

[✔] I owned the vessel during the period of April 20, 2010, and December 31, 2010.

[ ] I leased the vessel during the period of April 20, 2010, and December 31, 2010.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 7 28 2017 | | _Richard M⁼Bride_ |
| --- | --- | --- | --- |
| | (Month/Day/Year) | | Signature |
| | | | RICHARD MⁿBRIDE |
| | | | Name (Printed or Typed) |

| SWS-9 | Vessel Physical Damage Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

## A. CLAIMANT INFORMATION

| Individual Claimant's Name or Business Name: | Richard MCBRIDE |
|---|---|

| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 2/6cV06635 |
|---|---|

**Address:**

Street: 4318 DONOVAN ST
City: MOSS POINT
State: MISSISSIPPI
Zip Code: 39563

**Telephone Number:** (228) 623-7014

**Social Security Number:**
or
**Individual Taxpayer Identification Number:**
or
**Employer Identification Number:**

SSN or ITIN: 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

EIN: 33-10209063

## B. VESSEL INFORMATION

| Vessel Name: | QUEEN ESther COMMERCIAL FisherMAN |
|---|---|

| Hull Identification Number for the claimed vessel: | FGRV03780787 |
|---|---|

| What is the Federal Registration Number for the physically damaged vessel? | | What is the State Registration Number for the physically damaged vessel? | MI-2196-BS |
|---|---|---|---|

| Vessel Home Port: | JACKSON COUNTY, MISSISSIPPI PORT OF PASCAGOULA, MS. 6619 Gregory St Moss Po |
|---|---|

**Vessel Owner:**
Last Name or Full Name of Business: McBride
First: Richard
Middle Initial: NMI

**Vessel Owner Address:**
Street: 4318 DONOVAN ST
City: MOSS POINT
State: MISSISSIPPI
Zip Code: 39563

**Vessel Owner Telephone Number:** (228) 623-7014

SWS - 9
v.1

1



## C. CERTIFICATIONS

Please provide detailed responses to the questions below in order for the Settlement Program to complete your claim. You must provide enough information for us to determine the eligibility of the claimant and vessel to receive compensation for the claimed physical damage under the Settlement Agreement. Only enter information for the items you wish to certify. If an item you wish to certify is not listed below, you may write your statement in the box labeled Additional Comments. You must make an entry into at least one of the eight certification boxes and provide documentation to support your answers where indicated.

| | |
|---|---|
| 1. Describe in detail how the physical damage to your vessel occurred. You must show that the physical damage resulted from the Spill or Spill response cleanup operations that were consistent with the National Contingency Plan or specifically ordered by the Federal On-Scene Coordinator or delegates thereof: | The Vessel is 27 Foot and 32 Foot Vessel WAS PHYSICAL DAMAGE BY. Cleanup Operation April 10, 2010 B. port Spill Response |
| 2. State whether the physical damage to your vessel was caused by any of the following: (1) you, (2) the vessel's captain or crew; (3) an act of God, or (4) normal wear and tear: | The PHYSICAL DAMAGE TO Queen Esthy COMMECIAL FISHERMAN, BOAT VESSEL WAS CAUSED BY. B.P. Oil Spill. April 20, 2010, 27 Foot Vessel and 32 Foot Vessel |
| 3. Provide the date(s) or a date range when the physical damage occurred. The physical damage must have occurred between April 20, 2010, and December 31, 2010: | The DATE RANGE When the physical DAMAGE OCCURRED MAY 2010. June 2010 JULY 2010. August 2010 September 2010 October 2010 November December 31, 2010 |
| 4. Describe the condition of the vessel prior to the physical damage: WAS Excellent 32 Foot Vessel was Excellent | The BOAT Vessel condition. 27 Foot Prior To the Oil Spill DAMAGE April 20, 2010 condition. Rebuilt motor new |
| 5. State whether you owned the vessel at the time the physical damage occurred and provide proof of ownership: | I Richard McBribe RICO, O, McBribe Power House Church of God, Holy Chrep part Owned At Time of DAMAGE |
| 6. Describe in detail the physical damage to your vessel as a result of the Spill or Spill response cleanup operations that were consistent with the National Contingency Plan or specifically ordered by the Federal On-Scene Coordinator or delegates thereof; provide contemporaneous evidence such as photos, videos, or damage reports filed: | the Queen Esthy. Commeri. Fishman BOAT OR Vessel. WAS Clean-up operation Vessel opat. Docking In Moss point And Driving the Boat To the pascagoul To Job Site Longing In the River under HWY 63 Brige Moss port. Drive To PASCAGOU BY River Road TO |
| 7. If you have incurred costs to repair or replace the vessel, describe the expenses incurred, provide the amounts, and state whether they were reasonable and necessary; attach documentation to support your claim, such as receipts/estimates: | Job Site. Both motor DAMAGE 27 Foot Boat. Use 32, Foot Vessel same thing motor DAmage. On the Job Site point of PASCAGOU MS. I Did some work on the Boat. Cant Fixed them not. Enough money. I need Help it is REASONABLE And necessary To Replace Both Boat or Vessel Fish. |

| 8. If you are seeking compensation for costs not yet incurred to repair or replace the vessel, describe the expenses not yet incurred, provide the amounts, and state whether they are reasonable and necessary; attach documentation to support your claim, such as receipts/estimates: | The Both Vessel Motor should be 3 motor should Be Replace w. Reasonable And nessary OK A new Boat is Reasonable And necessi |

9. Additional Comments: The April 20, 2010 oil spill v DAmage occurred Failed Both Bosiness Econmic DoAtioN Earnyln Queen Esthr Commecq Fishy power House Chock of God **D. SIGNATURE** Closedown March 10-2011 Donation losss

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 7 28 2017 (Month/Day/Year) | Richard McBride Signature  RICHARD McBRIDE Name (Printed or Typed) |

| SWS-1 | Personal Property Damage Claimant Sworn Written Statement |

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

## A. CLAIMANT INFORMATION

| Individual Claimant's Name or Business Name: | Richard McBride |
| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 2/16 CV 066365 |

| Address: | Street 4318 Donovan St | | |
| | City Moss Point | State Mississippi | Zip Code 39083 |
| Telephone Number: | (228) 285-1051 | | |
| Social Security Number: or | SSN or ITIN 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 | | |
| Individual Taxpayer Identification Number: or | EIN 33-1102963 | | |
| Employer Identification Number: | | | |

## B. CERTIFICATIONS

Please provide detailed responses to the questions below in order for the Settlement Program to complete your claim. You must provide enough information for us to determine the eligibility of the claimant and property to receive compensation for the claimed physical damage under the Settlement Agreement. Only enter information for the items you wish to certify. If an item you wish to certify is not listed below, you may write your statement in the box labeled Additional Comments. You must make an entry into at least one of the eight certification boxes and provide documentation to support your answers where indicated.

| 1. Describe in detail how the physical damage to your personal property occurred. You must show that the physical damage resulted from the Spill or Spill response cleanup operations that were consistent with the National Contingency Plan or specifically ordered by the Federal On-Scene Coordinator or delegates thereof: | To 2007 Cadillac Escalade EXT. Pulling the Queen Estha commi Fishing boat To. # Jod site for Vessel OPP. 27 Footer Vessel FOR. B.P. Jod. cleanup OperAtion. And pull 32 Footer to B.P. Job Site. Hade both boat DAMAGe TWO STORY Houch of church New const. 6619 church dregon Hand in 2009 HoifwAy complte B.P. oil Spil April 20/2 St mp Stop. my money |
| 2. State whether the physical damage to your personal property was caused by any of the following: (1) you, (2) someone other than yourself, (3) an act of God, or (4) normal wear and tear. | All PersonAl PROPerty DAMAGe WAS CAUSed. BY RESUlted From April 20. 2010 B.P. oil Spill . By the oil or other Substances As FurthAr Described In the settlement AGree |
| 3. Provide the date(s) or a date range when the physical damage occurred. The physical damage must have occurred between April 20, 2010, and December 31, 2010: | the DATE RANGE June 2010. MAY 2010 July 2010 TRANPOrting Queen Esthar commi-fisherbot to Jod site From moss point to pascl . 2007 CadillAc EscHade EXT. 2006 Dodge Ram Truck. DAMAGe |

I Richard McBride Belive Personal propety DAMAGE Loss And BUSINESS Economic Loss (BEL) (EL) AmAnt of $1,307,250.00

| | |
|---|---|
| 4. Describe the condition of the personal property prior to the physical damage: | the condition of 2007 CADILLAC ESCALADE EXT. NEW. Excellent condition Before oil Spill work. & 2006 DODGE RAM was very Good condition 3 The 6619 Gregory St Two Story Houses chum — cont. was HALF WAY Complete. New 2009 |
| 5. State whether you owned the personal property at the time the physical damage occurred and provide proof of purchase including cost: | I Richard McBride OWNed And poverHouse church Owned Blondine M McBred. OWNed 1, 2007 CADILLA ESCALAE EXT. purchm price $56,000.00 2. 2006 DODGE RAM $42,000.00 3. 6619 Gregory House B 29,000.00 |
| 6. Describe in detail the physical damage to your personal property as a result of the Spill or Spill response cleanup operations that were consistent with the National Contingency Plan or specifically ordered by the Federal On-Scene Coordinator or delegates thereof; provide contemporaneous evidence such as photos, videos, or damage reports filed: | photos. to B.p. INVESTIGATION Agencies. QP. Agencies told me to use Any proper oto Help B.p. oil if damage B.o. will replace it. I Richard McBride photos To The united State District court B.p. oil Eastern District of Louisiana. All Defay |
| 7. If you have incurred costs to repair or replace the personal property, describe the expenses incurred, provide the amounts, and state whether they were reasonable and necessary; attach documentation to support your claim, such as receipts/estimates: | INCurred costs 2007 CADILLACE EXT work Done motors—replace moont Front in work TRANSMISSION Need work The In side Need Replace FROM B.p oil form Jod work Site Rubber Boot. & 2006 DODGE RAM motor |
| 8. If you are seeking compensation for costs not yet incurred to repair or replace the personal property, describe the expenses not yet incurred, provide the amounts, and state whether they are reasonable and necessary; attach documentation to support your claim, such as receipts/estimates: | I DAMAN B.p. oil SPril Replace my 2007 CADILLAC. ESCALED, 94,484.00 that IS REAsonable And necessary. 2006. DODGE RAM need more work Done 20,000. 6619 Gregory St Two Story House Replace I Believe RepAne or Replace 460,000.00 |
| 9. Additional Comments: | Home And church IS Reasonable And Necessary DEMAND should Be REplace |
| I pay. DOWN. $25,000.00 on 2007-EXT. | |

**C. SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 1. 28 2017 (Month/Day/Year) | Richa McBri Signature |
| | | RICHARD McBRide Name (Printed or Typed) |

| SWS-6 | Vessel Boat Captain Status Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant.  If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document.  Include your Claimant Number or Social Security number/employer identification number on all additional pages.

## A. CLAIMANT INFORMATION

**Individual Claimant's Name or Business Name:** *Richard McBride*

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** *2,1,6,CV,0,6,6,3,5*

**Address:** Street *4318 Donovan St*
City
State *Mississippi* Zip Code *39563*

**Telephone Number:** *228-623-7014*

**Social Security Number:** SSN or ITIN *5,8,7 - 2,3 - 5,1,4,1*
or
**Individual Taxpayer Identification Number:**
or
**Employer Identification Number:** EIN *3,3 - 1,1,0,2,0,9,6,8*

## B. VESSEL INFORMATION

For each vessel claimed, please submit the following: (1) proof of vessel ownership/lease 4/20/2010 - 12/31/2010; (2) if leased vessel, a completed SWS-7; (3) vessel commercial fishing licenses 2009/2010; (4) Gulf Coast Area home port proof 4/20/2010 - 12/31/2010; (5) 2010 tax returns; (6) Shrimp Boat Captains must provide proof of vessel size & cooling mechanism (ice or freezer); (7) vessel log, captain's log, share sheets, sales/production reports (if available); and (8) proof of Gulf Coast Area landings 2010.

**Vessel Name** *Queen Esther Commercial Fish*   **Home Port County** *Jackson County*

City *Moss Point*   State *Mississippi*   Zip Code *39563*

**State Registration Number** *MI-2196-BS*   **Federal Registration Number**

## C. BOAT CAPTAIN INFORMATION

Indicate whether you were the sole Boat Captain for the vessel you identified in Section B during the period April 20, 2010, and December 31, 2010. Check only one box.

❑ I was the sole Boat Captain for the vessel during the period of April 20, 2010, and December 31, 2010.

☒ I was not the sole Boat Captain for the vessel during the period of April 20, 2010, and December 31, 2010.

If you were not the sole Boat Captain, identify all other Boat Captains employed on the vessel and provide their dates they served as Boat Captain to the best of your ability. Photocopy this section if you need additional space and submit the copy with this Form.

| Other Boat Captain(s): | Dates of Employment as Boat Captain: |
|---|---|
| Name: *Richard McBride* | From: *May 15 2009* To: *August December 31 201* |
| Name: *Rico. O. McBride* | From: *May 15 2009* To: *December 31 20* |
| Name: | From: To: |

## D. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 7 28 2017 | _Richard McBride_ |
|---|---|---|
| | (Month/Day/Year) | Signature |
| | | RICHARD McBRIDE |
| | | Name (Printed or Typed) |

| SWS-2 | Seafood Crew Compensation Plan Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

| Name: | Last Power HOUSE CHURCH First OF GOD HUV CHURCH Middle Initial |
|---|---|

| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 2/16 CV 019 321 |
|---|---|

| Address: | Street 4318 DONOLAN City MOSS POINT | State MISSISSIPPI | Zip Code 39563 |
|---|---|---|---|

| Telephone Number: | (228) 285-0051 |
|---|---|

| Social Security Number: or Individual Taxpayer Identification Number: or Employer Identification Number: | SSN or ITIN ___-__-____  EIN 33-1020963 |
|---|---|

### B. EMPLOYMENT INFORMATION

Please include all Seafood Crew employment from 2010 in this section. For each employer, you must submit the following documentation of 2010 seafood crew employment: (1) W-2; (2) 1099; and/or (3) at least one pay check stub. Attach additional pages if you had more than two 2010 Seafood Crew employers.

| Employer Name: | Last Name or Full Name of Business Queen Esther commercial First Fishng Middle Initial |
|---|---|

| Employer Address: | Street 4419 Gregory. PO BOX 5101 City MOSS point | State MISSISSIPPI | Zip Code 39563 |
|---|---|---|---|

| Employer Telephone Number: | (228) 285-0051 |
|---|---|

| Job Title/Description of Work: | PART OWNER / CONTRACT OF SOURCE BH small es |
|---|---|

| 2010 Dates of Work: | 1/15/07 (Month/Day/Year) to 4/30/2017 (Month/Day/Year) |
|---|---|

| Was your employment steady, seasonal, year-round, or intermittent? | ☐ Steady ☐ Seasonal ☑ Year-Round ☐ Intermittent |
|---|---|

| Vessel Name: | Queen Esther commercial Fi |
|---|---|

| Vessel Home Port: | 4419 Gregory st Moss point ms the port OF pascagoul MS |
|---|---|

| Species Fished: | Red fish catfish, crabs shrimp flounder Redsnapper |
|---|---|

EX- 30

| Employer Name: | Last Name or Full Name of Business | | First | Middle Initial |
|---|---|---|---|---|

| Employer Address: | Street | | | |
|---|---|---|---|---|
| | City | | State | Zip Code |

| Employer Telephone Number: | ( ___ ) ____ - _____ |
|---|---|

| Job Title/Description of Work: | |
|---|---|

| 2010 Dates of Work: | ___/___/___  to  ___/___/___ |
|---|---|
| | (Month/Day/Year)   (Month/Day/Year) |

| Was your employment steady, seasonal, year-round, or intermittent? | ☐ Steady   ☐ Seasonal   ☐ Year-Round   ☐ Intermittent |
|---|---|

| Vessel Name: | |
|---|---|

| Vessel Home Port: | |
|---|---|

| Species Fished: | |
|---|---|

**C. SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 6.5.2017 | power House Church of God HoN Ghost Power c/o Richard |
|---|---|---|
| | (Month/Day/Year) | Signature |
| | | power House Church of God HolY Ghost power c/o Richard MSBRid |
| | | Name (Printed or Typed) |

EX-31

| PED-1 | Parcel Eligibility Determination Form |

If you disagree with the Coastal or Wetlands Real Property Claim Zone Map and think your Parcel or Boat Slip should be included as an eligible parcel on the Map, submit this Parcel Eligibility Determination form. Only submit this form if you are a New Class member that was excluded from filing this claim type in the DHEPDS; if you submitted a request to include your parcel to the DHEPDS Administrator and the request was denied, that determination will not change.

## **ONLY COMPLETE THIS FORM IF YOU CAN SUPPORT YOUR REQUEST WITH A SCAT OR NRD REPORT.**

### A. REASON FOR REQUESTING RECONSIDERATION OF YOUR PARCEL'S OR DEEDED BOAT SLIP'S ELIGIBILITY DESIGNATION

Check the box next to the reason you are requesting reconsideration of the designation of your Parcel or Deeded Boat Slip as ineligible.

☑ My Parcel or Deeded Boat Slip is not properly identified as a Parcel or Deeded Boat Slip on the Coastal or Wetlands Real Property Claim Zone Maps, but should be;

☑ My Parcel or Deeded Boat Slip is not designated as an Eligible Land Use Designation, but should be;

☑ My Parcel or Deeded Boat Slip is not within the Coastal or Wetlands Real Property Claim Zone, but my Parcel or Deeded Boat Slip was oiled and should be included.

☑ My Parcel or Deeded Boat Slip was identified on the Coastal or Wetlands Real Property Claim Zone Maps as non-oiled, but my Parcel or Deeded Boat Slip was oiled.

### B. CLAIMANT INFORMATION

| Name: | Last Name or Full Name of Business _McBride_ | First Name _Richard_ | Middle Initial |

Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number (If you do not yet have a Claimant Number, leave this question blank):

Social Security Number:
or
Individual Taxpayer Identification Number:
or
Employer Identification Number:

SSN or ITIN: 5 8 7 - 2 3 - 5 1 4 1

EIN: | | | - | | | | | |

### C. PARCEL OR DEEDED BOAT SLIP INFORMATION

1. Identify the type of Property that is the subject of your Coastal or Wetlands Real Property Claim:

☑ Residential/Commercial
☑ Deeded Boat Slip
☑ Wetlands   *Flood Zone*

2. Provide the address of the Parcel or Deeded Boat Slip (if any):

Street: _6619 Gregory St_
City: _Moss Point_   State: _Mississippi_   Zip Code: _39563_
Parish/County: _Jackson County_

Other Description: _8.9 Acer Land_

3. Provide the tax assessment identification number for the Parcel or Deeded Boat Slip:

4. Provide the Parcel identification number: _201293200000_

1 v.1

**EX. 32**

## D. DOCUMENTATION REQUIRED FOR PARCEL OR DEEDED BOAT SLIP DESIGNATION RECONSIDERATION

Consistent with the eligibility requirements of the DHEPDS, a parcel not located within the Coastal or Wetlands Real Property Claim Zone may be added to such zone if the parcel is documented as oiled pursuant to SCAT or by an official assessment conducted by the National Resources Trustees in connection with the Deepwater Horizon Incident. To be considered for zone inclusion, you must submit this form with supporting documentation from SCAT or NRD indicating the property was oiled.

**If you do not provide the required documentation, the parcel will remain ineligible as being outside the Coastal or Wetlands Real Property Claim Zone and any claim submitted will be denied on this basis.**

### E. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this form, I consent to the use and disclosure by the New Class Claims Administrator and those assisting the New Class Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.

| Signature: | _Richard McBride_ | Date: | _8/7/2017_ (Month/Day/Year) |
|---|---|---|---|
| Name: | Last Name _McBride_ | First Name _Richard_ | Middle Initial |
| Title (if a Business): | | | |

The Claimant must sign this form personally. No one can sign on behalf of the claimant unless the claimant is a business or is deceased, a minor, or incompetent. If the claimant is a business, an authorized representative may sign. If the claimant is deceased, a minor, or incompetent, an authorized Representative that has provided documentation of such authority to the New Class Claims Administrator may sign.

**If the Parcel or Deeded Boat Slip you wish to file a claim for is already included in the Coastal or Wetlands Real Property Claim Zone, PLEASE DO NOT complete this form.**

Filing this form does not constitute a New Class claim; it is merely an addendum that allows you to petition for inclusion of a Parcel or Deeded Boat Slip that was not previously recognized as having been oiled or affected by oil.

If you are submitting a New Class Claim Form, make sure to complete and sign the Signature section on page 12 of the Claim Form and provide all required documentation.

ED - 1 v.1

2





## DEEPWATER HORIZON CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

### NOTICE OF WITHDRAWN CLAIM
### DATE OF NOTICE: August 24, 2016

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business<br>POWER HOUSE CHURCH OF GOD HOLY GHOST POWER | First | Middle |
|---|---|---|---|
| Claimant ID | 100240510 | Claim ID | 226892 |
| Claim Type | Business Economic Loss | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I but have decided to withdraw it. This Notice confirms your withdrawal of this claim. We have closed the claim as you requested and will not process it. Your claim is now closed, and you cannot resubmit it with the Settlement Program because the deadline to submit Claim Forms expired on June 8, 2015. We cannot accept any new Claim Forms after that deadline.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

COPY OF Opted OUt.

EX. 54



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0469851705

POWER HOUSE CHURCH OF GOD HOLY GHOST POWER
C/O: RICHARD  MCBRIDE
P.O. BOX 5101
MOSS POINT, MS 39562

EX-35

I Richard McBride And powe Hous. Church of God. Holy Ghost powel... Blondine M. McBride Rico o McBride We All Opted Out or withdraw our case. 100240510 And 100014590 File individual LAW suc.

To the Deepwater HORIZON CLAIMS Center.

Date
April 2. 2016

Richard McBrel
4318 DONOVAN St
MOSS point MS. 3856

*** REC 2017206  144601 H746A781 6!U$  CIPQYAE    PQAE    (F-V$B )   ***

TPQY   DTE:07/25/17  SSN: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          DOC:653 UNIT:TLH     PG: 001
INPUT SOCIAL SECURITY NUMBER 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     NAME  R MCBRI     USER CODE TLH
MODIFIED THIRD PARTY QUERY CONFIDENTIAL SOCIAL SECURITY DATA -
CLAIM NUMBER 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A

RICHARD MCBRIDE BORN:11/24/63  DISABILITY:  YES
BENEFIT:  DATE:  07/2017   GROSS BENEFIT: $1146.00 STATUS:  PAY
MEDICARE DATA:                        THIRD PARTY PAYER
HOSPITAL INSURANCE                                    NO
SUPPLEMENTAL INSURANCE                                YES

MODIFIED THIRD PARTY QUERY CONFIDENTIAL SUPPLEMENTAL SECURITY INCOME DATA
ON 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
***INFORMATION***
NO MATCH AS OF 09/26/14

                          Social Security Administration
                              8000 Highway 63
                            Moss Point, MS  39563

EX-37





Fishing Boat License

007   24   11   $100           1021598        04/30/2011
Agent Co. Type  Price    License Number  Expiration Date
                Date of Purchase   Length         Doc-Reg. No
                06/02/2010          27             MI2196BS
                               Alt. Capt.

**11**
        Capt.
        RICO McBRIDE
        Name
        McBRIDE, RICO
        Street Address
        4318 DONOVAN ST
Gear Type                          MS:

        City
        MOSS POINT    MS39563
        Agent Signature              Out of State Lic.
        *Russell Dumas*

Name of Business
or Boat        QUEEN ESTHER



Shrimp/Captain under 30'

007   24   51   $60            1021394        04/30/2011
Agent Co. Type  Price    License Number  Expiration Date
                Date of Purchase   Length         Doc-Reg. No
                06/02/2010          27             MI2196BS
                               Alt. Capt.

**51**
        Capt.
        RICO McBRIDE
        Name
        McBRIDE, RICO
        Street Address
        4318 DONOVAN ST
Gear Type                          MS:

        City
        MOSS POINT    MS39563
        Agent Signature              Out of State Lic.
        *Russell Dumas*

Name of Business
or Boat        QUEEN ESTHER

Crab License for Shrimpers

007   24   79   $75            1021599        04/30/2011
Agent Co. Type  Price    License Number  Expiration Date
                Date of Purchase   Length         Doc-Reg. No
                06/02/2010          27             MI2196BS
                               Alt. Capt.

**79**
        Capt.
        RICO McBRIDE
        Name
        McBRIDE, RICO
        Street Address
        4318 DONOVAN ST
Gear Type                          MS:

        City
        MOSS POINT    MS39563
        Agent Signature              Out of State Lic.
        *Russell Dumas*

Name of Business
or Boat        QUEEN ESTHER

2010 Fishing Boat License

EX. 38



**Mississippi Department of Wildlife, Fisheries, and Parks**
**BOAT REGISTRATION CERTIFICATE**

MI7493 BS   DOB:   REG #: 00002641
POWER HOUSE CHURCH OF GOD   TITLED: N
4318 DONOVAN ST   CO-OWNER: X
MOSS POINT MS 39563

| HIN OR BOAT SERIAL NO. | | HULL | | LENGTH | | MAKE |
HAZARD BUOY   FIBERGLASS   32.00
MAKE & MODEL NEW MARINE CODE
COMMERCIAL SHRIMP   IN / OUT   04/30/2017
| TYPE USE | | YR. BUILT | | PROPULSION | | EXPIRATION DATE |

---

Shrimp/Captain 30' to 45'
**007** **24** **52** **$85**   License Number 1038513   Expiration Date 04/30/2017
Agent Co. Type Price
Date of Purchase 10/28/2016   Length 32   Doc-Reg. No MI7493BS

**52**

Capt. RICHARD MCBRIDE   Alt. Capt.

Gear Type

Name MCBRIDE, RICHARD
Street Address 4318 DONOVAN ST   MS:
City MOSS POINT   MS39563   Out of State Lic.
Agent Signature *Debbie Lowe*

Name of Business or Boat   **POWER HOUSE CHURCH O**

---

Crab
**007** **24** **10** **$75**   License Number 1038512   Expiration Date 04/30/2017
Agent Co. Type Price
Date of Purchase 10/28/2016   Length 32   Doc-Reg. No MI7493BS

**10**

Capt.   Alt. Capt.

Gear Type

Name MCBRIDE, RICHARD
Street Address 4318 DONOVAN ST   MS:
City MOSS POINT   MS39563   Out of State Lic.
Agent Signature *Debbie Lowe*

Name of Business or Boat   **POWER HOUSE CHURCH O**

---

Resident Comm Hook & Line/Vessel/Gig
**007** **24** **25** **$100**   License Number 1038514   Expiration Date 04/30/2017
Agent Co. Type Price
Date of Purchase 10/28/2016   Length 32   Doc-Reg. No MI7493BS

**25**

Capt. RICHARD MCBRIDE   Alt. Capt.

Gear Type

Name MCBRIDE, RICHARD
Street Address 4318 DONOVAN ST   MS:
City MOSS POINT   MS39563   Out of State Lic.
Agent Signature *Debbie Lowe*

Name of Business or Boat   **POWER HOUSE CHURCH O**

---

Resident Comm Hook & Line/Fisherman/Gig
**007** **24** **49** **$100**   License Number 1038515   Expiration Date 04/30/2017
Agent Co. Type Price
Date of Purchase 10/28/2016   Length   Doc-Reg. No

**49**

Capt.   Alt. Capt.

Gear Type

Name MCBRIDE, RICHARD
Street Address 4318 DONOVAN ST   MS:
City MOSS POINT   MS39563   Out of State Lic.
Agent Signature *Debbie Lowe*

Name of Business or Boat   **POWER HOUSE CHURCH O**

EX. 39

BP EXPLORATION & PRODUCTION CO.
150 WEST WARRENVILLE ROAD
#3504D
NAPERVILLE, IL 60563



D98790 T30 B1 P2 1 OF 1 **AUTO**ALL FOR AADC 365
POWERHOUSE CHURCH OF GOD HOLY GHOST
4318 DONOVAN ST
MOSS POINT, MS 39563-5602

☐ **CORRECTED** (if checked)

OMB No. 1545-0115

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | 2 Royalties $ | **2016** |
|---|---|---|---|
| BP EXPLORATION & PRODUCTION CO.<br>150 WEST WARRENVILLE ROAD<br>#3504D<br>NAPERVILLE, IL 60563<br>(800) 284-2244 | 3 Other income<br>$ 27,000.00 | 4 Federal income tax withheld $ | Form 1099-MISC |
| | 5 Fishing boat proceeds $ | 6 Medical & health care payments $ | **Miscellaneous Income** |
| PAYER'S federal identification number<br>34-1835527 | RECIPIENT'S identification number<br>33-1020963 | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | **Copy B - For Recipient**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD HOLY GHOST<br>4318 DONOVAN ST<br>MOSS POINT, MS 39563-5602 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| | 15a Section 409A deferrals $ | 15b Section 409A income $ | Net Settlement |
| Account number (see instructions)<br>80546704 | FATCA filing requirement ☐ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC          (keep for your records)          www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

## Instructions for Recipient - 1099-MISC (2016)

**Recipient's identification number** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Amounts shown** may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is a trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dealer amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C.

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any amount included in box 15b that is currently taxable is also included in box 18a, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15b that is currently taxable is also included in box 7. See the Instructions for Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

☐ **CORRECTED** (if checked)

OMB No. 1545-0115

| , street address, city or town, province or state, country, ZIP | 1 Rents | 2 Royalties | 2016 |

*EX. 40*

**IRS** Department of the Treasury
Internal Revenue Service
P.O. Box 2508
Cincinnati OH 45201

In reply refer to: 0752255928
May 10, 2016 LTR 4168C 0
33-1020963 000000 00
00022425
BODC: TE

*EXHIBIT IRS*
*CLAIM NO. 100240510*

POWER HOUSE CHURCH OF GOD HOLY
GHOST POWER
% RICHARD MCBRIDE
PO BOX 5101
MOSS POINT MS 39563-1101

*1-223-623-9634-7014*
*MAY-10-2016*

9086

Employer ID Number: 33-1020963
Form 990 required: NO

Dear Taxpayer:

This is in response to your request dated Apr. 29, 2016, regarding
your tax-exempt status.

We issued you a determination letter in MARCH 2003, recognizing
you as tax-exempt under Internal Revenue Code (IRC) Section 501(c)
(3).

Our records also indicate you're not a private foundation as defined
under IRC Section 509(a) because you're described in IRC Sections
509(a)(1) and 170(b)(1)(A)(i).

Donors can deduct contributions they make to you as provided in IRC
Section 170. You're also qualified to receive tax deductible bequests,
legacies, devises, transfers, or gifts under IRC Sections 2055, 2106,
and 2522.

This organization is exempt from filing the 990 series information
returns.

In the heading of this letter, we indicated whether you must file an
annual information return. If a return is required, you must file Form
990, 990-EZ, 990-N, or 990-PF by the 15th day of the fifth month after
the end of your annual accounting period. IRC Section 6033(j) provides
that, if you don't file a required annual information return or notice
for three consecutive years, your exempt status will be automatically
revoked on the filing due date of the third required return or notice.

For tax forms, instructions, and publications, visit www.irs.gov or
call 1-800-TAX-FORM (1-800-829-3676).

If you have questions, call 1-877-829-5500 between 8 a.m. and 5 p.m.,
local time, Monday through Friday (Alaska and Hawaii follow Pacific
Time).

*NAICS, code 813000*

EX.41

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| POWERHOUSE CHURCH OF GOD, HOLY GHOSTPOWER, C?O RICHARD MCBRIDE 6619GREGORY MOSS POINT MS.39563 p,o,BOX5101, 1-228-285-0051 | $<br>2 Royalties<br>$<br>3 Other Income<br>$DONATION | **2007**<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | **Copy B For Recipient** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|---|
| 33-1020963 | | $229,750.00 | $ | |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O. RICHARD MCBRIDE | | 7 Nonemployee compensation<br><br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Street address (including apt. no.)<br>4318 DONOVAN ST, MOSS POINT.MS | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| City, state, and ZIP code<br>39563  P.O. box 5101<br>Account number (see instructions)<br>1-228-285-0051 | | 11 | 12 | |
| | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |
| $ % 501-c-3 | $ | $ | | $ |

Form **1099-MISC**          (keep for your records)          Department of the Treasury - Internal Revenue Service

n   N.A.I.C.S._CODE_*813000
a

EX42

**9595**  ☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| P POWERHOUSE CHURCH OF GOD,HOLY GHOSTPOWER.C.O.RICHARDMCBRIDE 6619 GREGORY ST.MOSS POINT.39563 P.O. BOX.5101 1-228-285-0051 501-C -3-CODE | $ | **2008** | |
| | 2 Royalties | Form 1099-MISC | |
| | $ | | |
| | 3 Other Income | 4 Federal income tax withheld | Copy A |
| | $DONATION | $ | For Internal Revenue Service Center |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | File with Form 1096. |
| #33-1020963 | | $217,500.00 | $ | |
| RECIPIENT'S name | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER C.O. RICHARD MCBRIDE | | $ | $ | |
| Street address (including apt. no.) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| $4318 DONOVAN ST.MOSS POINT.MS. | | | $ | |
| City, state, and ZIP code | | 11 | 12 | |
| 39563 P.O BOX 5101 | 2nd TIN not. | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 3Account number (see instructions) | ☐ | | | |
| 501-C -3 code | | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| 15a Section 409A deferrals | 15b Section 409A income | $ | | $ |
| $ | $ | $ | | $ |

Form 1099-MISC  Cat. No. 14425J  Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S.__CODE-813000

EX43

| ꓮꓱꓱꓭ | ☐ VOID   ☐ CORRECTED | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|

**PAYER'S name, street address, city, state, and ZIP code**

POWERHOUSE CHURCH OF GOD.HOLY
GHOSTPOWER.C.O.RICHARD MCBRIDE
6619 GREGORY ST.MOSS POINT.39563
P.O.BOX5101
1-228-285-0051
501.C_3-CODE

1 Gross distribution
$ 208.000.00

2a Taxable amount
$DONATION

OMB No. 1545-0119
2009
Form 1099-R

2b Taxable amount not determined ☐   Total distribution ☐

**Copy A**
**For**
**Internal Revenue**
**Service Center**

File with Form 1096.

**PAYER'S federal identification number**
33-1020963

**RECIPIENT'S identification number**

3 Capital gain (included in box 2a)
$

4 Federal income tax withheld
$

For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G.

**RECIPIENT'S name**

POWERHOUSE CHURCH OF GOD.HOLY
GHOSTPOWER.C.O.RICHARD MCBRIDE

5 Employee contributions /Designated Roth contributions or insurance premiums
$

6 Net unrealized appreciation in employer's securities
$

**Street address (including apt. no.)**
4318 DONOVAN ST. MOSS POINT.MS.

7 Distribution code(s)   IRA/ SEP/ SIMPLE ☐

8 Other
$                        %

**City, state, and ZIP code**
39563.P.O.BOX5101

1st year of desig. Roth contrib.

9a Your percentage of total distribution          %

9b Total employee contributions

10 State tax withheld
$
$

11 State/Payer's state no.

12 State distribution
$
$

**Account number (see instructions)**

13 Local tax withheld
$
$

14 Name of locality

15 Local distribution
$
$

501-C_3 CODE
Form 1099-R                                    Cat. No. 14436Q

Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE_813000

EX. 44

9595   ☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE 6619GREGORY ST.MOSS POINT.39563 P.O.BOX.5101 1.228.285.0051 501-C_3-CODE | $<br>2 Royalties<br>$ | **2010**<br>Form **1099-MISC** | |

| | 3 Other Income | 4 Federal income tax withheld | Copy A |
|---|---|---|---|
| | $ DONATION | $ | For Internal Revenue Service Center |

| PAYER'S federal identification number | RECIPIENT'S Identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | File with Form 1096. |
|---|---|---|---|---|
| 33-1020963 | | $ 52,000.00 | $ | |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
|---|---|---|---|
| POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE | $ | $ | |

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
|---|---|---|---|
| 4318DONOVAN ST.MOSS POINT.MS. | | $ | |

| City, state, and ZIP code | 11 | 12 | |
|---|---|---|---|
| 39563p.o.5101 | | | |

| Account number (see instructions) | 2nd TIN not. | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
|---|---|---|---|---|
| 501-c.3 code | ☐ | $ | $ | |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**   Cat. No. 14425J   Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE813000

*EX- 45*

Dear all employees of The Queen Esther Commercial
Fishing we are currently going out of business due to the
BP oil spill from lack of sales of cash payments from
seafood. We are going out of business on March 10,2011.
We tried to make money during the months of January and
Feburuay. Customers isn't buying so we isn't seeing any
productions of the company growth.

_____
Owner

03 - 1 - 2011
_____
Date



**EX 46**

# DEEPWATER HORIZON
# CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF WITHDRAWN CLAIM
## DATE OF NOTICE: August 24, 2016

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business<br>POWER HOUSE CHURCH OF GOD HOLY GHOST POWER | First | Middle |
|---|---|---|---|
| Claimant ID | 100240510 | Claim ID | 226892 |
| Claim Type | Business Economic Loss | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I but have decided to withdraw it. This Notice confirms your withdrawal of this claim. We have closed the claim as you requested and will not process it. Your claim is now closed, and you cannot resubmit it with the Settlement Program because the deadline to submit Claim Forms expired on June 8, 2015. We cannot accept any new Claim Forms after that deadline.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

*Copy of Opted out*

EX, 47

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0469851705

POWER HOUSE CHURCH OF GOD HOLY GHOST POWER
C/O: RICHARD  MCBRIDE
P.O. BOX 5101
MOSS POINT, MS 39562

*EX. 48*



## Ocean Marine Group

buyers order

(228) 818-0200
### Buyers Order

**Richard Mcbride**
4318 Donovan St
Moss Point, MS 39563

**July 28, 2017**

Buyers Order No   4498
Salesman  Nick Bolanos

(228) 623-7014                richardmcbride1963@gmail.com

I hereby agree to purchase from you under the terms and conditions specified, the following: Delivery is to be made as soon as possible. It is agreed, however, that neither you nor the manufacturer will be liable for failure to effect delivery.

### Unit Information

| New/U | Year | Make | Model | Serial No | Stock No | Price |
|-------|------|------|-------|-----------|----------|-------|
| NEW | 2017 | Chaparral | 330 Signature | | | $309,066.00 |

| | |
|---|---|
| Unit Price (Your Purchase Price) | 309,066.00 |
| Factory Options | 0.00 |
| Customer Added Accessories | 0.00 |
| Freight | 0.00 |
| Dealer Prep / Rigging Fee | 0.00 |
| Service Contract | 0.00 |
| Other Options | 0.00 |
| Cash Price | 309,066.00 |
| Trade Allowance | 0.00 |
| Payoff | 0.00 |
| Net Trade | 0.00 |
| Net Sale (Cash Price - Net Trade) | 309,066.00 |
| Sales Tax    (Includes Battery Fees/Taxes) | 21,662.55 |
| Tire Disposal Fee / Tire Tax | 0.00 |
| Trailer Tax | 0.00 |
| Property or Advalorem Tax | 0.00 |
| Filing Fees/UCC Filing | 0.00 |
| Title/Registration Fees | 0.00 |
| Document and/or Administration Fees | 399.00 |
| Credit Life Insurance | 0.00 |
| Accident & Disability | 0.00 |
| Other Insurance | 0.00 |
| Total Other Charges | 22,061.55 |
| Sub Total (Net Sale + Other Charges) | 309,066.00 |
| Cash Down Payment | 0.00 |
| Amount to Pay/Finance | 331,127.55 |

**Trade Information**

**Deposits**

Unpaid deposit amount due on or before pick-up/delivery $426.93

Any warranties on the products sold hereby are those made by the manufacturer. The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability of fitness for all particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with sale of said products.

NOTICE TO BUYER: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

TRADE-IN NOTICE: Customer represents that all trade-in units described above, are free of all liens and encumbrances except as noted.

*With Approved Credit. Interest rates and monthly payment are approximate and may vary from those determined by the Lender.

Customer Signature _Richard McB_____   Dealer Signature _____

Thank You For Shopping At
Ocean Marine Group



# Ocean Marine Group

**buyers order**

(228) 818-0200
## Buyers Order

**Richard Mcbride**
4318 Donovan St
Moss Point, MS 39563

(228) 623-7014       richardmcbride1963@gmail.com
I hereby agree to purchase from you under the terms and conditions specified, the following: Delivery is to be made as soon as possible. It is agreed, however, that neither you nor the manufacturer will be liable for failure to effect delivery.

**July 28, 2017**

Buyers Order No   4498
Salesman   Nick Bolanos

## Unit Information

| New/U | Year | Make | Model | Serial No | Stock No | Price |
|---|---|---|---|---|---|---|
| NEW | 2017 | Chaparral | 277 SSX | | | $135,570 |

| | |
|---|---|
| Unit Price (Your Purchase Price) | 135,570.00 |
| Factory Options | 0.00 |
| Customer Added Accessories | 0.00 |
| Freight | 0.00 |
| Dealer Prep / Rigging Fee | 0.00 |
| Service Contract | 0.00 |
| Other Options | 0.00 |

| | |
|---|---|
| **Cash Price** | 135,570.00 |
| Trade Allowance | 0.00 |
| Payoff | 0.00 |
| Net Trade | 0.00 |
| **Net Sale** (Cash Price - Net Trade) | 135,570.00 |
| Sales Tax (Includes Battery Fees/Taxes) | 9,517.83 |
| Tire Disposal Fee / Tire Tax | 0.00 |
| Trailer Tax | 0.00 |
| Property or Advalorem Tax | 0.00 |
| Filing Fee/UCC Filing | 0.00 |
| Title/Registration Fees | 0.00 |
| Document and/or Administration Fees | 399.00 |
| Credit Life Insurance | 0.00 |
| Accident & Disability | 0.00 |
| Other Insurance | 0.00 |
| Total Other Charges | 9,916.83 |
| **Sub Total** (Net Sale + Other Charges) | 135,570.00 |
| **Cash Down Payment** | 0.00 |
| **Amount to Pay/Finance** | 145,486.83 |

**Trade Information**

**Deposits**

Unpaid deposit amount due on or before pick-up/delivery $426.93

Any warranties on the products sold hereby are those made by the manufacturer. The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability of fitness for all particular purpose and neither assumes nor authorizes nor the manufacturer or this person to assume for it any liability in connection with sale of said products.

NOTICE TO BUYER: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

TRADE-IN NOTICE: Customer represents that all trade-in units described above, are free of all liens and encumbrances except as noted.

*With Approved Credit. Interest rates and monthly payment are approximate and may vary from those determined by the Lender.

Customer Signature _Richard McBee_     Dealer Signature _____

Thank You For Shopping At
Ocean Marine Group

EX. 50

## Butch
## Oustalet AUTOPLEX

STOCK # 17H553

| DATE | 7/13/2017 | SALESMAN | Randolph, Kevin |
|------|-----------|----------|-----------------|

| BUYER Richard McBribe | POWER HOUSE CHURCH | SS# | DR LIC # | STATE | DOB |
|---|---|---|---|---|---|
| CO-BUYER OF GOD HOLY GHOST POWER | | SS# | DR LIC # | STATE | DOB |

ADDRESS
4318 Donovan Street

| CITY East Moss Point | STATE MS | ZIP 39563 | BUS PHONE |
|---|---|---|---|

HOME PHONE

THEFT GUARD #          E-MAIL          CELL PHONE

| | YEAR | MAKE | MODEL | BODY | ENG. | COLOR | MILEAGE | SERIAL # |
|---|------|------|-------|------|------|-------|---------|----------|
| VEHICLE SOLD | 2017 | Cadillac | Escalade | Platinum | 6.22 | Red obession | 63 | MM21 1940 |
| VEHICLE TRADED | | | | | | | | |

OPTIONS INSTALLED

**OLD VEHICLE:** _____
**AUCTION VALUE**

N/T

**NEW VEHICLE:** 93,990
**MARKET VALUE**

89,682.34
++F

Representation That Trade-In Vehicle Is Not Subject To Liens
Buyer represents that Buyer has good title to the trade-in motor vehicle and that such vehicle is free from all liens, security interests, mortgages or other encumbrances except for the sum of $ _____ due to
Address: _____ Acct. No.: _____ Verified By: _____ Thru _____

Buyer understands that if the payoff exceeds the amount stated herein, Buyer will be responsible for paying the difference to Dealer. If the payoff is less than the amount stated herein, Buyer understands that the Dealer will be responsible for refunding the difference to Buyer.

94,484.11
O.T.D

**Preferred Bank Financing**
1/3 Cash Investment

**Short Term Save $$$$$$$$$$$$$**
Monthly Investment

I authorize an investigation of my credit and employment history and the release of information about my credit and employment history and the release of information about my credit experience.

BUYER'S SIGNATURE X _Richard McBride_      DATE  7/13/2017

CO-BUYER'S SIGNATURE X _Blondine M. McBride_      7-13-2017



**CHEVY** **BUTCH OUSTALET** *Cadillac*

**CHEVROLET CADILLAC**

4012 14th Street
Pascagoula, MS 39567
Phone: (228) 762-2711
Fax: (228) 258-0019
www.butchoustalet.com

CUSTOMER #: 45801

307978

INVOICE

PAGE 1

SERVICE ADVISOR: 381 PATRICK BUSBY

RICHARD MCBRIDE
4318 DONOVAN ST
MOSS POINT, MS 39563
HOME:228-475-4205 CONT:228-990-5137
BUS:                CELL:

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
|  | 07 | CADILLAC ESCALADE EX | 3GYFK62827G232285 |  | 42232/42232 | T781 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 10APR08 DD |  |  | 17:30 29OCT10 |  | 0.00 | PP | 29OCT10 |

| R.O. OPENED | READY | OPTIONS: STK:7T1113 ENG:6.2 LITER |
|-------------|-------|-----------------------------------|
| 13:13 07OCT10 | 16:29 29OCT10 | |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|------|--------|------|------|-------|------|-----|-------|

A SES LIGHT ON ADVISE
CAUSE: F

    J0850 CAMSHAFT REPLACEMENT                                    (N/C)
         36   WG                                                  (N/C)
      1 12580681 INJECTOR                                         (N/C)
      1 12621258 SPARK PLU                                        (N/C)
     16 12576400 LIFTER                                           (N/C)
      2 12610046 GASKET                                           (N/C)
     20 11571134 BOLT                                             (N/C)
     10 12558840 BOLT                                             (N/C)
      1 89060434 GASKET KI                                        (N/C)
      1 12612350 GASKET                                           (N/C)
      1 12633904 GASKET                                           (N/C)
      1 89017524 FILTER                                           (N/C)
      6 OIL 10W30 OIL                                             (N/C)
      1 12346290 COOLANT                                          (N/C)
      2 12617944 GASKET                                           (N/C)
      1 12612289 PUMP                                             (N/C)
      1 88861417 SEALANT                                          (N/C)
      1 88862586 LUBRICANT                                        (N/C)
      2 12612045 GASKET                                           (N/C)
      1 12588151 VALVE                                            (N/C)
      1 12608814 SENSOR                                           (N/C)
      2 12630223 GASKET                                           (N/C)
      1 15035747 SEAL                                             (N/C)
      1 12585994 ACTUATOR                                         (N/C)
      8 12627970 VALVE                                            (N/C)
      1 12482063 SEAL KIT                                         (N/C)
      1 12612273 CAMSHAFT                                         (N/C)
      ************************************************
B CHECK STABILITY LIGHT ON ADVISE
CAUSE: F
     55 ELECTRIC INSTRUMENTS                                      (N/C)
         36   WG

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X _____
        CUSTOMER'S SIGNATURE

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES/SHOP SUPPLIES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

*Thank You!*

CUSTOMER COPY

CUSTOMER #: 45801

**319827**

**BUTCH OUSTALET CHEVROLET CADILLAC**

INVOICE

RICHARD MCBRIDE
PO BOX 9137
MOSS POINT, MS 39562-0001
HOME:228-475-4205 CONT:228-712-0036
BUS:                CELL:

**PAGE 1**

4012 14th Street
Pascagoula, MS 39567
Phone: (228) 762-2711
Fax: (228) 258-0019
www.butchoustalet.com

SERVICE ADVISOR: 381 PATRICK BUSBY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| | 07 | CADILLAC ESCALADE EX | 3GYFK62827G232285 | | 63332/63332 | T2331 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10APR08 DD | | | 17:30 13APR12 | | 0.00 | CASH | 20APR12 |

| R.O. OPENED | READY | OPTIONS: STK:7T1113 ENG:6.2_LITER |
|---|---|---|
| 08:00 13APR12 | 11:13 20APR12 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A CHECK ENGINE JERKS WHEN ACCEL CHECK AND ADVISE
    J1507 MOUNT, ENGINE - FRONT - BOTH - REPLACE       (N/C)
      520   WG                                      (N/C)
    2 15854939 MOUNT
 63332 FOUND ENGINE JERKS, BOTH FRONT MOTORS BROKEN, RUBBER TORN
REPLACED BOTH FRONT ENGINE MOUNTS
                     ************************************************

B CHECK NOISE IN FRONT END WHILE DRIVING
    E2321 BEARING AND HUB ASSEMBLY, FRONT WHEEL -
      LEFT - REPLACE                         (N/C)
      520   WG                                      (N/C)
    1 22841381 W-HUB
 63332 FOUND LEFT FRONT HUB BEARING NOISY REPLACED LEFT FRONT HUB
ASSEMBLY
                     ************************************************

C M27 PERFORM 27 MULTI POINT INSPECTION
CAUSE: M27 PERFORM 27 MULTI POINT INSPECTION
    M27 M27 PERFORM 27 MULTI POINT INSPECTION    0.00    0.00
      520   C2
                     ************************************************

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X _____
    CUSTOMER'S SIGNATURE

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES/SHOP SUPPLIES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

*Thank You!*

**CUSTOMER COPY**

EX, 59

Year: 2017
Card:   1 of  1

Jackson County, Mississippi
** Master Summary Display **

14-JUL-17: 2:18 PM

Reco:703032    Dist: 2220
Pidn: 20129320.000

* Legal Description *
--------------------
Town: 7  Rang: 5  Sect: 29  CSec:
1-COM E/M MILL ST & N/M GREGORY ST
2-W 510.87' TO POB W 447.13' N
3-543' E 447' M/L S 543' M/L
4-TO POB DB 1437-633
5-DB 1467-684 DB 1470-503
6-DB 1550-643 DB 1629-820
7-(131 MAP759.29-01)
8-
9-

* Owner/Address *
-----------------
POWER HOUSE CHURCH OF GOD HOLY
GHOST POWER TRUSTEES
P O BOX ~~9124~~ 5161
MOSS POINT MS
            39566-0000

* Exemptions *
HS Number:
Xmpt Code:    0

HstP:    .00%    Gisp: 759.29-01-0131.00
               Acrt:    5.67    Ascd:

* Prev Values *
PLvl:    11250
PBvl:     2010
Ptot:    13260

* Curr Values *
Lavl:    11250
Blvl:     2010
Totv:    13260

* Undiv Intrst *
Undi:
Undp:    .00%

Enter Command,Data:

EX. 54

3



**OFFICIAL RECORDS JACKSON COUNTY**
Terry Miller
CHANCERY CLERK
RECORDING FEE:           $12.00
#200702811 BK:1470 PG:503-505
01/19/2007 03:24 PM 3 PGS
KDELANEY,DC Rcpt#001362

STATE OF MISSISSIPPI
COUNTY OF JACKSON

200702811 3 PGS

## SPECIAL WARRANTY DEED

For and in consideration of the price and sum of ten and no/ 100 ( $ 10.00 Dollars, cash in hand paid and other good and valuable consideration, the receipt of all of which is hereby acknowledge we, Ricky L. McBride, Do Hereby Sell, Convey, and Warranty unto Richard McBride, Blondine M. McBride, Ricky L. McBride, that certain tract, piece of parcel of land situated in Jackson County, Mississippi being more particularly described as follows, to wit:

Correction to special warranty deed. Record official record JACKSON COUNTY 200700904 book 1467 page 684-686

Correction Legal Description
Town: 7 page: 5 sec: 29 C.Sec. 1- Com E/M Mill St. & N/M Gregory St. 2 W 510.87 to POB W 447. 13 N 3.  543 E 638 ( 5 393 ) W 190.60 4- 150 to POB DB 1437-570 5-C131 Map 759.29-01

That certain, tract, piece or parcel of land being situated in section 29, township 7 south, rang 5 west, Jackson County, Mississippi, more particularly described as follows , to - wit:

Commencing at the southeast corner of said section 29 and run thence north 00 degrees 29 minutes west, along section line, a distance of 2694, 50 feet: thence run south 89 degrees 51 minutes west a distance of 24.8 feet to an old established fence corner at the NW corner of the intersection of Turner Street and mill road; thence continue south 89 degrees 51 minutes west, along an old established fence and the North margin of Turner Street, a distance of 320 feet to the point of beginning, which point of beginning is the SW corner of a tract of land this day conveyed to John Henry Turner III. From said point of beginning continue thence South 89 degrees 51 minutes west along said old established fence and the North margin of Turner Street , a distance of 638 feet to the SE corner of a tract of land this day conveyed to Dorothy Turner Hollis; thence run North 0 degrees 39 minutes West, along the East Line of the said Hollis tract of land , a distance of 543 feet, more or less, to an old established fence and the NE corner of the said Hollis tract of land: thence run North 89 degrees 59 minutes East, along said old fence, a distance of 638 feet, more or less, to a point that is North 0 degrees 14 minutes west from the point of beginning and the NW corner of the tract of land this day conveyed to John Henry Turner; thence run south 0 degrees 14 minutes East, along the west line of the John Henry Turner, III Tract of land, and parallel to the West margin of Mill Road, a distance of 543 feet, more or less, to the point of beginning. And the being a part of the land conveyed to John H. Turner, Jr. By deed recorded in Book 39, page 639, Land Deed Records of Jackson County, Mississippi.

This being the same as that conveyed by instrument dated March 26, 1966, recorded in Book 289,

*EX = 55*

**STATE OF MISSISSIPPI**

**COUNTY OF JACKSON**

        **Personally appeared before me, the undersigned authority in and for the aforesaid County and State, Ricky L. McBride, who hereby acknowledge that he signed, executed and delivered the above and foregoing instrument on the date thereof and for the use and purposes therein mentioned as his voluntary act and deed.**

    **GIVEN under my hand and official seal, this the** ___ **Day of January, 2007**

(Seal)



**NOTARY PUBLIC**
**Printed name** _Jennifer Thornton_

**My Commission Expires:**
_6|12|2009_

**GRANTORS ADDRESS AND PHONE:**
_6619 Gregory St. Moss Point, Ms 39563_
_Phone 228 990 5137_

**GRANTEES ADDRESS AND PHONE:**
_4318 Donovan St. Moss Point, Ms 39563_
_Phone 228 474 2217_

EX. 56

WITNESS MY SIGNATURE, this the 19 Day of January, 2007

Ricky L. McBride



Destination: 70130
0 Lb 14.70 Oz
May 29, 18
2759420262*10

**PRIORITY MAIL 2-Day ®**   1006

C026

Expected Delivery Day: 05/31/2018

**USPS TRACKING NUMBER**

9505 5152 1201 8149 0971 07

RICHARD NISBERG
2318 DONDU AVE 37
MOSS POINT MS 39563

To Clerk of Office
UNITED STATES
DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA
560 POYDOR Street NEW ORLEAN
LOUISIANA 70130