# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Water Street Seafood, Inc. et al v. BP plc et al, 2:10-cv-02671 | |
| Barbers Seafood, Inc. v. BP plc et al, 2:10-cv-03098 | |
| Raffield Fisheries, Inc. et al v. BP plc et al, 2:10-cv-03102 | |
| Woods Fisheries, Inc v. BP plc et al, 2:10-cv-03104 | |

## NOTICE OF FILING ORDER SUSPENDING JEREMY W. ALTERS

Jeremy W. Alters, Esq. hereby gives notice to the Court, Clerk of Court, and all counsel and parties of record of the attached Order of Suspension of the Supreme Court of Florida, to take effect thirty days from the Order. ("Exhibit A")

Dated: June 8, 2018.

Respectfully Submitted,

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
matthew@alterslaw.com
Florida Bar No.: 70034
*Of Counsel*

Jeremy W. Alters, Esq.
jeremy@alterslaw.com
Florida Bar No.: 111790

Alters Law Firm, P.A.
n/k/a The Justin Grosz Firm, P.A.
1855 Griffin Road, Ste C-470
Dania Beach, Florida 33004
Telephone:   (305) 571-8550
Facsimile:   (305) 571-8558

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of June, 2018 the above and foregoing pleadings has been served upon all counsel of record and all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

      By: */s Matthew T. Moore*
      Matthew T. Moore, Esq.
      matthew@alterslaw.com
      Florida Bar No.: 70034
      *Of Counsel*