**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Richard J. Pinell DBA Billy Sue, Inc.

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 5164 Bayouside Drive
   Address Line 2: _____
   City: Chauvin   State: LA   Zip: 70344

2. Telephone number: 985-856-5405

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A

4. Date and Place of Birth: December 9 1937 - Chauvin, LA

5. Male ✓   Female _____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| N/A | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No ✓ If "Yes," when were you out of work and why? _____

**B.  THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes ✓   No ____

   *If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

   *If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1. Cleanup Workers**

   (The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore ____   Offshore ✓   Both ____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes ____   No ✓

12. Did you handle hazardous materials as part of your cleanup work?

    Yes ____   No ✓

13. Please set forth the following information about your cleanup work:

    A. Your employer(s): Billy Sue, INC

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A): Richard J. Pinell

    C. A description of the work performed for employer(s) identified in Question No. 13(A): Clean-up offshore Oil Spill

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): Started 4/30/2010 and ended 11/24/2010 and worked out of Venice, Louisiana

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): **Halie Renee**

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): **No**

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____ No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____ No _____

16. List all address(es) at which you resided in 2010: _____

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    _____ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    **X** A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.  EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil ____    Dispersants ____    Both ____

19. How were you exposed? (*Check all that apply*)

    A.  Inhalation                  Yes ____    No ____
    B.  Dermal (skin) contact       Yes ____    No ____
    C.  Ingestion                   Yes ____    No ____
    D.  Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: ____    Month: ____    Year: ____

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    _____
    _____
    _____

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    _____
    _____
    _____

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    _____
    _____
    _____

**F. INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_____

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill: _____

_____

_____

_____

31. On what date did you first report or seek treatment for your injury or illness: _____

32. On what date was your injury first diagnosed: _____

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address | |
|------|---------|---|
|      |         |   |
|      |         |   |

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____
_____
_____

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?

   Yes_____   No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: _____
_____
_____

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

   A. The nature of your injury: _____

   B. The date(s) of your injury: _____

   C. The location(s) of your injury: _____

   D. The work that you were performing when you sustained your injury: _____
   _____

   E. Identify any individual(s) who witnessed your injury: _____
   _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
_____
_____

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No _____ . If "Yes,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No _____ . If "Yes,"

   A. What date did you first experience such injury or condition? _____

   B. What injury (or condition) was made worse? _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

 Yes \_\_\_\_\_ No \_\_\_\_\_

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____

_____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

 Yes \_\_\_\_\_ No \_\_\_\_\_

 If "Yes":

 A. From whom did you receive this compensation or reimbursement? _____

_____

B. When did you receive this compensation or reimbursement? _____

C. What was the amount of the compensation or reimbursement? _____

## G. CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes __X__   No _____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes __X__   No _____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):
    MVC# - HOU0044, HALIE Reneé
    Richard J. Pinell, President - Billy Sue, Inc.

44. Describe how the contract was breached: BP did not Pay for the
    Last 30 days of the Contract while on Standby
    with crew, boat and captain

45. If you were part of the VoO Program: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:
    Yes - started work 2 or 3 day after signing
    contract on 4/30/2010

46. If you allege that you were placed on-hire: Provide the date(s) you were placed off-hire:
    November 26, 2010 (Attach Exhibit "A")

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:
    See Attach Exhibit "B")

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

BP did not Pay For Invoices Listed in Question 47 from October 18, 2010 until terminated on 11/26/10 and crew and captain were on payroll waiting for dispatch.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 5/30, 2018

Location (City and State): Donaldsonville, LA

_Richard J. Pinell_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Richard J. Pinell
Print Name

President - BillySue, Inc
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |