U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 11 2018
         wp

WILLIAM W. BLEVINS
       CLERK

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
No. 10-MD-2179

## PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| HAnks | John | U | Jr |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| Lucky Lady Fishing Enterprises inc | |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| No. 16-04149 | unRepresented |

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

1

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

Lucky Lady Fishing Enterprise inc. own Fishing Vessel 'STRAight FlusH.

Vessel was Locked out of Fishing Gulf of Mexico Water from April 10 2010 Till opened July 26 2010. Vessel was Damaged By Oil and TarBall's when Working in Gulf of Mexico Wateres Causing Fires and secondary Fires and Damage to Hull and Machinery Vessel Was Completly out of Service from August 26 2010 until June 2012 for Repars. not including Labour $150,000.00 in service fees and materis. Loss of income was estimated By GCCF at $180,000.00 per year, which iT Taking 3 more years To Recover or get Back on Track

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Vessal Damage                              $150,000.00
Loss of income    180,000.00 x 4  $720,000.00

The Estimat of income derived By GCCF. and Court Supervised Program estimate of 5,6 years.

4 Years Being the Middle To begin.

Were not Properly compensated as Captain and Master of vessel

To Note - We did Recieve some compensation When the Neutrals were finished and closed and were told The Nuetral were out of Monies - But if The Judge ordered That The nuetral's continue This matter Could and should Be readdressed Properly

3

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

Tan Balls and old oil, not Rounded up By British Petroleum efforts To Skim The surface of These Items as per Law

Tar was injested into Cooling Systems causing all Engines to over heat and catch fires

To Note These Claims were never specificaly addressed and Due To Not Being Represented and not Having access To The Electronic filing Systems.

> **Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)
>
> Yes

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: 06-07-2018

Location (City and State): Titusville FL 32780

_____
Signature of Plaintiff*

*****Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.**

John U Hanks Jr
Print Name

Owner operator,
Title/Position (if signed on behalf of a business or other entity)

**The verified statement, must be filed into the record of the plaintiff's <u>individual lawsuit</u> (as opposed to the master docket for MDL 2179) no later than <u>April 11, 2018</u>.**

5

Contact - 386-2831138

Lucky Lady Fishing Ent., Inc.
4211 Grovewood Lane
Titusville, FL 32780
US

---

Case: 2:16-cv-04149

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *Remaining Cases in Pleading Bundle B1* | * * | MAG. JUDGE WILKINSON |

*RECEIVED JUN 11 2018 CHAMBERS OF U.S. DISTRICT JUDGE CARL J. BARBIER*

### ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 65

Pretrial Order No. 65 ("PTO 65") required the Remaining B1 Plaintiffs to provide sworn answers to four questions concerning damages and causation by April 11, 2018. (Rec. Doc. 23825) At the Court's request, BP has provided the Court and Plaintiffs' Liaison Counsel with its good faith lists regarding compliance with PTO 65.[1]

**IT IS ORDERED** as follows:

1. EXHIBIT 1 to this Order is a list of 233 Remaining B1 Plaintiffs that BP in good faith believes made PTO 65 submissions that materially complied with the requirements of PTO 65. The Plaintiffs appearing on EXHIBIT 1 are not required to respond to this Order. The Plaintiffs appearing on EXHIBIT 1 are subject to further proceedings of this Court.

2. EXHIBIT 2 to this Order is a list of 20 Remaining B1 Plaintiffs that BP in good faith believes made PTO 65 submissions that were materially deficient. **Any Plaintiff appearing on EXHIBIT 2 must show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65.**

---

[1] BP reports that its lists omit plaintiffs who recently settled their B1 claims as of May 18, 2018.

3. EXHIBIT 3 to this Order is a list of 301 Remaining B1 Plaintiffs who made no PTO 65 submission at all. **Any Plaintiff appearing on EXHIBIT 3 must show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65.**

4. EXHIBIT 4 is a list of 25 individuals who made PTO 65 submissions but are not Remaining B1 Plaintiffs. As indicated on the Exhibit, many of these plaintiffs' B1 claims were previously dismissed. Some of the plaintiffs on Exhibit 4 do not assert B1 claims and so were not required to comply with PTO 65.

New Orleans, Louisiana, this 25th day of May, 2018

United States District Judge

**Note to Clerk: Mail copies of this Order and the attached Exhibits to the following plaintiffs who appear to be unrepresented:**

| | |
|---|---|
| Allegue, Jacinto Manuel | No. 13-02574 |
| Evans, Robert | No. 16-03966 |
| Ladner, Shelli J. | No. 16-03928 |
| Murphy, Patrick | No. 16-11769 |
| Stanton, Reginald Sr. | No. 16-03988 |
| Batiste, Leoutha | No. 16-04154 |
| Holt, John F. | No. 13-01183 |
| Lucky Lady Fishing Ent., Inc. | No. 16-04149 |
| Leveritt, Bryan David | No. 17-06102 |

2



John Hanks
4211 Grove Wood Lane
Titusville FL 32780

United States District Court
Eastern District of Louisiana
MDL NO. 2179
Section J
Judge Barbier - C 256
560 Poydras Street
New Orleans LA. 70130

U.S. MARSHALS

RETURN RECEIPT REQUESTED