UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate Judge Division "2" |
| This Document Relates to:<br><br>2:12-cv-01484 | Magistrate Judge Joseph C. Wilkinson, Jr. |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO EXECUTE DHCC RELEASE**

COME NOW, the Plaintiff, LAKE GARDEN APARTMENTS LTD, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(a) and move that this Court grant Plaintiff's Motion for Extension of Time to Execute DHCC Release. In support of this Motion, Plaintiff states:

1. On Monday, June 18th, 2018, the deadline to submit the executed DHCC Release on behalf of the Plaintiff will expire.

2. Due to personal issues the Plaintiff is presently dealing with, she has not had the ability to adequately review and consider whether execution of the Release is in the claimant's best interest.

3. Plaintiff has been forced into accepting the current Post Appeal Eligibility offer, despite her disagreement as to how the damage offer was calculated.

4. As such, the Plaintiff continues to seek out another mechanism by which to challenge the Post Appeal Eligibility and the Court's denial of the Plaintiff's Request for Discretionary Court Review.

5. Neither party to this matter will be prejudiced if the subject motion were to be granted by the Court.

6. Plaintiff does not seek this extension out of bad faith or for the purposes of delaying this case.

7. Plaintiff notes the relatively small nature of the delay, and does not believe judicial proceedings will be negatively impacted.

8. A proposed order is attached hereto.

WHEREFORE, the Plaintiff respectfully requests that the Court approve the Plaintiff's above-proposed Motion for Extension of Time to Execute DHCC Release.

Respectfully submitted,

Krupnick Campbell Malone
Buser Slama Hancock Liberman, P.A.

By: _____

Kelley B. Stewart, Esquire
   Florida Bar Number: 492132
   kstewart@krupnicklaw.com
Jesse S. Fulton, Esquire
   Florida Bar No.: 112495
   jfulton@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile
Attorney for Plaintiff