UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier |
| This Document Relates to:<br><br>2:12-cv-01484 | Magistrate Judge Division "2"<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO EXECUTE DHCC RELEASE**

Upon motion of Plaintiff, LAKE GARDEN APARTMENTS LTD. and for good cause shown, the Court grants Plaintiff's Motion for Extension of Time to Execute DHCC Release, thereby providing the Plaintiff with additional time to make the appropriate decision regarding the claim.

Date:_____

SO ORDERED:

_____
Hon. Carl J. Barbier
United States District Judge