IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179 | |
| DEEPWATER HORIZON, IN THE § | | |
| GULF OF MEXICO § | SECTION J | |
| ON APRIL 20, 2010 § | | |
| § | | |
| § | | |
| This Document Relates to: § | JUDGE BARBIER | |
| 2:16 CV 04548; 2:16 CV 04573 § | MAG. JUDGE WILKINSON | |

### Order

Considering Plaintiffs' Motion for Leave to Amend PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement related to *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, it is ORDERED that Claimant's Motion for Leave to Amend, as identified in Exhibit A-B, and listed below shall be **Granted**:

1. 2:16 CV 04548 - Martin Perez; and

2. 2:16 CV 04573 - Roman, Francisco (listed on Exhibit 2 to the Order);

Claimant's PTO 65 Verified Statement shall be deemed properly and timely filed in accordance with Pretrial Order 65 (Rec.Doc.23825).

Signed this _____ day of _____ 2018.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge

1