# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Certified as a true copy and issued
as the mandate on Jun 12, 2018

Attest:

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 17-30544
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 21, 2018

Lyle W. Cayce
Clerk

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:12-CV-970

In Re: Deepwater Horizon

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY;
BP, P.L.C.,

    Defendants - Appellees

v.

CLAIMANT 100325530; CLAIMANT 100294052; CLAIMANT 100326752; CLAIMANT 100298348; CLAIMANT 100326757; CLAIMANT 100296630; CLAIMANT 100327287; CLAIMANT 100326742; CLAIMANT 100327802,

    Movants - Appellants

Appeals from the United States District Court for the
Eastern District of Louisiana

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that movants-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.