# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 12, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30544   In re: Deepwater Horizon
    USDC No. 2:10-MD-2179
    USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: /s/ Shea Pertuit
    Shea Pertuit, Deputy Clerk
    504-310-7666

cc:  Mr. Jeffrey Bossert Clark Sr.
    Mr. Leo D. Congeni
    Mr. J. David Forsyth
    Mr. Don Keller Haycraft
    Mr. James Andrew Langan
    Mr. John Nathan Cooper Ledbetter
    Mr. Martin R. Martos II
    Mrs. Kathryn Weatherly Munson
    Mr. Aaron Lloyd Nielson
    Mr. Devin Chase Reid
    Mr. Richard C. Stanley