UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL NO 2179<br><br>SECTION:  J |
| *This Document Relates to:*<br>2:16-cv-04611; 2:16-cv-05316; 2:16-cv-05320;<br>2:16-cv-04613; 2:16-cv-04614; 2:16-cv-04400;<br>2:16-cv-05324; 2:16-cv-04533; 2:16-cv-06313;<br>2:16-cv-04401; 2:16-cv-04388; 2:16-cv-04615;<br>2:16-cv-05280; 2:16-cv-04548; 2:16-cv-04432;<br>2:16-cv-04573; 2:16-cv-04585;<br>2:16-cv-05200; and listed all in Exhibit A | ) ) ) ) ) ) ) ) | <br><br><br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 65**

NOW COMES, Plaintiffs[1] represented by the Buzbee Law Firm respectfully submit

---

[1] See Exhibit A, identifying 228 plaintiffs listed in Exhibit 3 who did not make timely return a PTO 65 verification, and the Plaintiffs below that are listed in Exhibit 2 to the Court's Order:

| | |
|---|---|
| S.C.P.P. Decembocadura del Rio Soto la Marina, S.C. de R.L. | **2:16-cv-04400** |
| Chicharrones  de Pescado Pa' La Raza S.C de R.L. de C.V. | **2:16-cv-04401** |
| Decuir, Raul | **2:16-cv-04533** |
| Baena, Juan | **2:16-cv-04611** |
| Casanova, Rosa | **2:16-cv-04613** |
| Casteneda, Luis | **2:16-cv-04614** |
| Leandro, David | **2:16-cv-04615** |
| Joaquin Jose Velveta Diaz | **2:16-cv-05200** |
| Homero Oyarvide Stevens | **2:16-cv-05280** |
| Guillermo Carbonell | **2:16-cv-05316** |
| Isidro Carbonell | **2:16-cv-05320** |
| Otilio Chano Ramirez | **2:16-cv-05324** |
| Luis Alberto Eligio Lopez | **2:16-cv-06313** |
| Vargas, Marco | **2:16-cv-04585** |
| Perez, Martin | **2:16-cv-04548** |
| Roman, Francisco | **2:16-cv-04573** |
| Cokteles Y Mariscos Las Culturas, S.C. de R.L. | **2:16-cv-04432** |
| S.C.P.P. El Chamizal, S.C. de R.L. | **2:16-cv-04388** |

1

this response to the Court's Order To Show Cause RE: Compliance with PTO 65 [Doc. 24558] ("Show Cause Order").

On January 11, 2018, Pretrial Order No. 65 was entered to require all plaintiffs to file verified statements regarding causation and damages by April 11, 2018. [Rec.23825]. Plaintiffs' claims are in Pleading Bundle B1, and also include a majority of commercial fishermen claims.

This response addresses a total of 246 plaintiffs. The Court found 18 plaintiffs made good faith submissions that were materially deficient. The Court found that 228 plaintiffs that made no submission at all. This response addresses the deficiencies separately. However, except for S.C.P.P. El Chamizal, S.C. de R. L., all the plaintiffs were travelling, worked offshore for extended periods of time and did not have access to telephone, computers, or fax and failed to adequately respond. Additionally, many of the phone numbers were disconnected and updated contact information was required.

This response addresses three separate categories of plaintiffs, and respectfully requests that this Court permit the cases to proceed with lawsuits against the defendants:

**Exhibit 2 to the Show Cause Order - Plaintiffs with a Deficient Submission**

On May 25, 2018, this Court issued the Show Cause Order in which Plaintiffs' names are listed on Exhibit 2 as prepared by BP that were deficient. This response addresses in turn (1) the Plaintiffs listed in Exhibit 2 and 3 that should have been Exhibit 1; (2) amended statements that request relation back to the original filing; and (3) plaintiffs that request additional time to amend and submit the signed PTO 65 Statement.

1. **<u>S.C.P.P. El Chamizal, S.C. de R.L. (2:16-cv-04388) -  Question 1: No Damages Amount Provided – Page was Inadvertently Omitted and Plaintiff requests that Amended Statement Revert Back to  the Original date of Filing</u>**

Plaintiff  S.C.P.P El Chamizal, S.C. de R.L. timely signed and submitted the sworn statement as requested by the Court.  However, **<u>inadvertently,</u>** the attachment stating the amount of damages which was **<u>timely prepared and sworn was omitted from the filing</u>**. Plaintiff amended the filing, and filed a motion for leave to amned PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement. (Doc.24560) to include the omitted pages. S.C.P.P El Chamizal, S.C. de R.L. respecfully requests that the amendment be granted, and that Rec. Doc. 8, the amended filing, relate back to the date of original filing.

**2. Plainitffs that Submitted Amended and Fully Signed Sworn Statements**

The following two Plaintiffs amended the sworn statement shortly have the deadline to include the signature page of the sworn statement. These plaintiffs also filed Motion for Leave to Amend PTO 65 Sworn Statement which is currently pending (Rec. Doc. 24612). Both plaintiffs respectfully request that their statements be deemed timely filed.  Plaintiffs respectfully request that the amendment relate back to its original date of filing.  The plaintiffs are as follows:

   a. 2:16 CV 04573: Roman, Francisco (listed on Exhibit 2 to the Order)
   b. 2:16 CV 04548: Martin Perez

While this is not a traditional motion to amend a pleading or complaint, Plaintiffs respectfully seek formal permission to amend its statement prior to any judgment or trial on the issues so that the case can be fully determined on the merits.  *U.S. v. Humana Health Plan of Tex. Inc., 336 F.3d 375,387 (5th Cir. 2003); Leisure Caviar, LLC v. U.S. Fish &*

*Wildlife, Serv.*, 616 F.3d 612,615-16 (6th Cir. 2010). Claimants returned an unsigned declaration, and respectfully requests that he be permitted additional time to return the declaration.

    3. **Plaintiffs Listed on Exhibit 2 and 3 to the Court's Show Cause Order to**

Plaintiff respectfully requests additional time in which to comply. Plaintiffs listed in Exhibit C have been unable to comply with the Court's order, and request additional time due to contact information that is no longer current, lack of receipt by the Plaintiff or their counsel. Exhibit C lists the plaintiffs that seek additional time to respond.

## CONCLUSION

Plaintiffs S.C.P.P. El Chamizal, S.C. de R.L. (2:16-cv-04388) (omission), Roman, Francisco (2:16 CV 04573), and Martin Perez (2:16 CV 04548) filed amended statements and have fully complied with PTO 65, and respectfully request that the Court deem such clients in compliance and add them to Exhibit 1. For the remaining plaintiffs, additional time to comply is requested.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
tbuzbee@txattorneys.com
State Bar No. 24001820
Caroline E. Adams
cadams@txattorneys.com
State Bar No. 24011198
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: 713-223-5393
Fax: 713-223-5909

4

                 **ATTORNEYS FOR PLAINTIFFS**

<b><u>CERTIFICATE OF SERVICE</u></b>

   I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on June 15, 2018.

                /s/ Caroline Adams
                **CAROLINE E. ADAMS**