Exhibit B

| No. | Show Cause Number | Cause Number | Client Name |
|---|---|---|---|
| 3 | 2 | 2:16-cv-04548 | Perez, Martin |
| 4 | 2 | 2:16-cv-04573 | Roman, Francisco |