Exhibit C

| No. | Show Cause Number | Cause Number | Client Name |
|---|---|---|---|
| 1 | 2 | 2:16-cv-04400 | S.C.P.P. Decembocadura del Rio Soto la Marina, S.C. de R.L. |
| 2 | 2 | 2:16-cv-04401 | Chicharrones de Pescado Pa' La Raza S.C de R.L. de C.V. |
| 3 | 2 | 2:16-cv-04533 | Decuir, Raul |
| 4 | 2 | 2:16-cv-04611 | Baena, Juan |
| 5 | 2 | 2:16-cv-04613 | Casanova, Rosa |
| 6 | 2 | 2:16-cv-04614 | Casteneda, Luis |
| 7 | 2 | 2:16-cv-04615 | Leandro, David |
| 8 | 2 | 2:16-cv-05200 | Joaquin Jose Velveta Diaz |
| 9 | 2 | 2:16-cv-05280 | Homero Oyarvide Stevens |
| 10 | 2 | 2:16-cv-05316 | Guillermo Carbonell |
| 11 | 2 | 2:16-cv-05320 | Isidro Carbonell |
| 12 | 2 | 2:16-cv-05324 | Otilio Chano Ramirez |
| 13 | 2 | 2:16-cv-06313 | Luis Alberto Eligio Lopez |
| 14 | 2 | 2:16-cv-04432 | Cokteles Y Mariscos Las Culturas, S.C. de R.L. |
| 15 | 2 | 2:16-cv-04585 | Vargas, Marco |
| 16 | 3 | 2:16-cv-04351 | 16 de Septiembre, S.C. de R.L. de C.V. |
| 17 | 3 | 2:16-cv-04353 | S.C.P.P. Isla del Chayote del Playon de Sanchez Magallanes , S.C. de R.L. de C.V. |
| 18 | 3 | 2:16-cv-04355 | S.C. P.P. Islas del Paquillo, S.C. de R.L. de C.V. |
| 19 | 3 | 2:16-cv-04356 | S.C.P.P. Pescadores De Aquiles Serdan, S.C.L. de C.V. |
| 20 | 3 | 2:16-cv-04357 | S.C.P.P. La Bellota, S.C. de R.L. de C.V. |
| 21 | 3 | 2:16-cv-04358 | S.C.P.P Punta del Toro, S.C. de R. L. |
| 22 | 3 | 2:16-cv-04359 | Marinero de San Pedro, S.C. de R.L. de C.V |
| 23 | 3 | 2:16-cv-04360 | S.C.P.P. El Emporio de Santana, S.C. de R.L. |
| 24 | 3 | 2:16-cv-04361 | S.C.P.P. Pescaderia Rosita, S.C.L. de C.V. |
| 25 | 3 | 2:16-cv-04363 | S.C. Vanesita Marinera, S.C. de R.L. de C.V. |
| 26 | 3 | 2:16-cv-04365 | S.C. El Coral de Magallanes S.C. de R.L. de C.V. |
| 27 | 3 | 2:16-cv-04367 | S.C.P.P. Barra de Chiltepec, S.C.L. de C.V. |
| 28 | 3 | 2:16-cv-04368 | S.C.P.P. Los Rayados de Magallanes S.C. de R.L. de C.V. |
| 29 | 3 | 2:16-cv-04369 | S.C.P.P. El Botadero Del Ejido Sinaloa, S.C. de R.L. de C.V. |
| 30 | 3 | 2:16-cv-04370 | S.C.P.P. La Tabasquenita, S.C. de R.L. |
| 31 | 3 | 2:16-cv-04371 | S.C. Barra de Corazones, S.C. de R.L. |
| 32 | 3 | 2:16-cv-04372 | S.C.P. P. La Gaviota de Frontera, S.C. de R.L. |
| 33 | 3 | 2:16-cv-04374 | S.C.P.P. El Deslave, C.L. de C.V. |
| 34 | 3 | 2:16-cv-04375 | Equipos Marinos de Frontera, S.C.L. |
| 35 | 3 | 2:16-cv-04377 | S.C.P. Ejido Reventadero, S.C. de R.L. |
| 36 | 3 | 2:16-cv-04378 | S.C.P.P. Pescadores del Tamcci, S.C. de R.L. |
| 37 | 3 | 2:16-cv-04380 | S.C.P.P. Pescadores de Reventadero, S.C. de R.L. |

| | | | |
|---|---|---|---|
| 38 | 3 | 2:16-cv-04381 | S.C.P.P. Pescadores de Tampacas, S.C. de R.L. |
| 39 | 3 | 2:16-cv-04383 | Pescadores de Gonzales Ortega, S.C. de R.L. |
| 40 | 3 | 2:16-cv-04384 | S.C.P.P. Pescadores de Tampalache, S.C. de R.L. |
| 41 | 3 | 2:16-cv-04386 | S.C.P.P. Pescadores Unidos de Panuco, S.C.L |
| 42 | 3 | 2:16-cv-04387 | S.C.P.P. Vega Cercada y Alto del Hobo, S.C. de R.L. |
| 43 | 3 | 2:16-cv-04389 | S.C.P.P. Mayarazago Alto, S.C. de R.L. |
| 44 | 3 | 2:16-cv-04395 | S.C.P.P. Costeros del Puerto de Magallanes S.C. de R.L. |
| 45 | 3 | 2:16-cv-04396 | S.C.P.P. y Acuicola La Mojarrita de Magallanes S.C. de R.L. de C.V. |
| 46 | 3 | 2:16-cv-04397 | S.P. Espuma Blanca, S.C. de R.L. |
| 47 | 3 | 2:16-cv-04398 | S.C.P. Escameros de Sanchez Magallanes |
| 48 | 3 | 2:16-cv-04399 | S.C. Pescadores El Nuevo Milenio |
| 49 | 3 | 2:16-cv-04402 | S.C.P.P. Los Navegantes de Magallanes S.C. de R.L. de C.V. |
| 50 | 3 | 2:16-cv-04403 | S.C.P.P. Penjamo R.L. de C.V |
| 51 | 3 | 2:16-cv-04404 | Laguna de Morelas, S.C. de R.L. |
| 52 | 3 | 2:16-cv-04405 | S.C.P.P. Laguna Cuchupeta S.C. de R.L. de C.V. |
| 53 | 3 | 2:16-cv-04406 | S.C.P.P. Pescadores Unidos del Cascajal S.R.L de C.V. |
| 54 | 3 | 2:16-cv-04407 | S.C.P.P. Puerto de Sanchez Magallanes S.C.L |
| 55 | 3 | 2:16-cv-04409 | S.C.P.P. Huachinangueros de Magallanes S.C. de R.L. de C.V. |
| 56 | 3 | 2:16-cv-04410 | S.C.P.P. La Serena del Golfo S.C. de R.L. de C.V. |
| 57 | 3 | 2:16-cv-04412 | S.C. La Pitaya de Sinaloa S.C. de R.L. de C.V |
| 58 | 3 | 2:16-cv-04416 | S.C.P.P. El Chejere S.C. de R.L. |
| 59 | 3 | 2:16-cv-04417 | S.C.P.P Liberacion 2003 S.C. de R.L. de C.V, |
| 60 | 3 | 2:16-cv-04419 | Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L. |
| 61 | 3 | 2:16-cv-04420 | S.C.P.P. Pescadores de Tampico, S.C. de R.L. De C.V. |
| 62 | 3 | 2:16-cv-04421 | S.C.R.P. de San Fernando, S.C. de R.L. |
| 63 | 3 | 2:16-cv-04422 | S.C.P.P Voluntad y Trabajo, S.C. de R.L. |
| 64 | 3 | 2:16-cv-04423 | Maria Hatowecto, S.C. de R.L. |
| 65 | 3 | 2:16-cv-04425 | S.C.P.P Pescadores de Potrero Mota de Chavez, S.C. de R.L. |
| 66 | 3 | 2:16-cv-04426 | S.C.P.P. Colonia Moreno, S.C. de R.L. |
| 67 | 3 | 2:16-cv-04428 | S.S.S., Ribera Alto Del Tigre |
| 68 | 3 | 2:16-cv-04430 | S.C.P.R. La Marina, S.C. de R.L. |
| 69 | 3 | 2:16-cv-04482 | Grupo Medpa, S.C. de R.L. de M.I. |
| 70 | 3 | 2:16-cv-04517 | Cepeda Rodriguez, Juan |
| 71 | 3 | 2:16-cv-04539 | Carrillo, Eduardo |
| 72 | 3 | 2:16-cv-04544 | Criollo, Alberto |
| 73 | 3 | 2:16-cv-04553 | Lorenzo, Antioco |
| 74 | 3 | 2:16-cv-04558 | Fidalgo, Juan Carlos |
| 75 | 3 | 2:16-cv-04602 | Lopez, Jose |
| 76 | 3 | 2:16-cv-04616 | Santiago, Leoncio |
| 77 | 3 | 2:16-cv-04618 | Meza, Aracely |
| 78 | 3 | 2:16-cv-04619 | Gomez, Dionicio |

| 79 | 3 | 2:16-cv-04620 | Gomez, Jose |
|---|---|---|---|
| 80 | 3 | 2:16-cv-04621 | Torruco, Lorente |
| 81 | 3 | 2:16-cv-04622 | Cano, Jose |
| 82 | 3 | 2:16-cv-04623 | Gomez, Ringo |
| 83 | 3 | 2:16-cv-04624 | Hernandez, Juan Luis |
| 84 | 3 | 2:16-cv-04625 | Perez , Carmen |
| 85 | 3 | 2:16-cv-04626 | Cordova, Mabial |
| 86 | 3 | 2:16-cv-04627 | De Dios, Elias |
| 87 | 3 | 2:16-cv-04628 | De Los Santos, Ortencia |
| 88 | 3 | 2:16-cv-04629 | Gutierrez, Noe |
| 89 | 3 | 2:16-cv-04630 | Villareal, Mercedes |
| 90 | 3 | 2:16-cv-04631 | Hernandez, Edith |
| 91 | 3 | 2:16-cv-04632 | Torrez, Alicia |
| 92 | 3 |  | Ventura, Asuncion |
| 93 | 3 | 2:16-cv-04634 | Vicente, Damaso |
| 94 | 3 |  | Camara, Heberto |
| 95 | 3 | 2:16-cv-04636 | De La Cruz, Agustin |
| 96 | 3 | 2:16-cv-04637 | Casados, David |
| 97 | 3 | 2:16-cv-04703 | Vallejo, Jose |
| 98 | 3 | 2:16-cv-04707 | Sanchez Ulin, Adelita |
| 99 | 3 | 2:16-cv-04711 | Estate of Julio Barahona, |
| 100 | 3 | 2:16-cv-04715 | Ramirez, Francisco |
| 101 | 3 | 2:16-cv-04718 | Delgado, Rosa |
| 102 | 3 | 2:16-cv-04721 | Origuela, Maria |
| 103 | 3 |  | Hernandez, Roman |
| 104 | 3 | 2:16-cv-04727 | Rocha, Jose |
| 105 | 3 | 2:16-cv-04729 | Sanchez, Joel |
| 106 | 3 | 2:16-cv-04732 | Gonzalez Zamudio, Silvia |
| 107 | 3 | 2:16-cv-04735 | Zuniga, Angel |
| 108 | 3 | 2:16-cv-04742 | Balderas, Leonel |
| 109 | 3 | 2:16-cv-04746 | Mendoza, Juan |
| 110 | 3 | 2:16-cv-04748 | Mendez, Eber |
| 111 | 3 | 2:16-cv-04750 | Sequera, Valentin |
| 112 | 3 | 2:16-cv-04753 | De La Cruz, Candelario |
| 113 | 3 | 2:16-cv-04755 | Decuir, Alfredo |
| 114 | 3 | 2:16-cv-04758 | Hernandez, Alejandro |
| 115 | 3 | 2:16-cv-04886 | Morales, Ysidro |
| 116 | 3 | 2:16-cv-04888 | Dimas, Pablo |
| 117 | 3 |  | Ipina, Alejandro |
| 118 | 3 | 2:16-cv-04893 | Olan, Genofanes |
| 119 | 3 | 2:16-cv-04896 | Parra, Irbin |

| | | | |
|---|---|---|---|
| 120 | 3 | 2:16-cv-04897 | Rogelio Prieto Mora |
| 121 | 3 | 2:16-cv-04899 | Magana , Maria |
| 122 | 3 | 2:16-cv-04901 | Vicente Wilson, Alejandro |
| 123 | 3 | 2:16-cv-04903 | Wilson, Teodoro |
| 124 | 3 | 2:16-cv-04904 | Vicente Olan, Nelson |
| 125 | 3 | 2:16-cv-04906 | Ahumada, Everardo |
| 126 | 3 | 2:16-cv-04907 | Ventura Jimenez, Luciano |
| 127 | 3 | 2:16-cv-04908 | Morgado, Alicia |
| 128 | 3 | 2:16-cv-04910 | Ulloa Garcia, Carmen |
| 129 | 3 | 2:16-cv-04911 | Vicente, George |
| 130 | 3 | 2:16-cv-04913 | Torres Gomez, Concepcion |
| 131 | 3 | 2:16-cv-04916 | Segura Segura, Exequiel |
| 132 | 3 | 2:16-cv-04919 | Segura, Romula |
| 133 | 3 | 2:16-cv-04921 | Perez Madrigal, Doris |
| 134 | 3 | 2:16-cv-04922 | Perez Flores, Leobardo |
| 135 | 3 | 2:16-cv-04925 | Perez, Victor Javier |
| 136 | 3 | 2:16-cv-04928 | Pena Crisanto, Maria de la Luz |
| 137 | 3 | 2:16-cv-04929 | Ortiz Dominguez, Josefa |
| 138 | 3 | 2:16-cv-04932 | Jimenez Perez, Elias |
| 139 | 3 | 2:16-cv-04934 | Hernandez Madrigal, Waldo |
| 140 | 3 | 2:16-cv-04935 | Hernandez Hernandea, Maria del Carmen |
| 141 | 3 | 2:16-cv-04938 | Gonzalez Juarez, Edilia |
| 142 | 3 | 2:16-cv-04941 | Gonzalez Hermida, Ricardo Luis |
| 143 | 3 | 2:16-cv-04942 | Gonzalez Dominguez, Carmen |
| 144 | 3 | 2:16-cv-04944 | Genesta rodriguez, Miguel |
| 145 | 3 | 2:16-cv-04945 | Garcia Segura, Alexis |
| 146 | 3 | 2:16-cv-04946 | De la Cruz Ventura, Jorge |
| 147 | 3 | 2:16-cv-04947 | De La Cruz Morales, George |
| 148 | 3 | 2:16-cv-04950 | Cosmopulos Lopez, Luis |
| 149 | 3 | 2:16-cv-04952 | Carillo Lopez, Jesus |
| 150 | 3 | 2:16-cv-04955 | Carillo Lopez, Fernando |
| 151 | 3 | 2:16-cv-04956 | Cancino Hernandez, Cesar |
| 152 | 3 | 2:16-cv-05004 | Reyes, Carlos |
| 153 | 3 | 2:16-cv-05007 | Sanchez Torres, Jose |
| 154 | 3 | 2:16-cv-05013 | Hernandez, Maribel |
| 155 | 3 | 2:16-cv-05015 | Uscanga, Santiago |
| 156 | 3 | 2:16-cv-05017 | Zopot, Eugenio |
| 157 | 3 | 2:16-cv-05020 | Cancino Diaz, Juan |
| 158 | 3 | 2:16-cv-05025 | Perez Wilson, Rober |
| 159 | 3 | | Islas, Sara |
| 160 | 3 | 2:16-cv-05154 | Guzman, Lilia |

| | | | |
|---|---|---|---|
| 161 | 3 | 2:16-cv-05158 | Cruz, Lucio |
| 162 | 3 | 2:16-cv-05160 | Puch, Santiago |
| 163 | 3 | 2:16-cv-05163 | Zamudio, Emeterio |
| 164 | 3 | 2:16-cv-05164 | S.C.P.P. Las Mujeres del Marisco, S.C. de R.L. |
| 165 | 3 | 2:16-cv-05166 | Catana, Jose |
| 166 | 3 | 2:16-cv-05170 | Nueva Esperanza de Rodriguez, S.C. de R.S. |
| 167 | 3 | 2:16-cv-05173 | S.C.P.P. Atlizintla, S.C. de R.L. |
| 168 | 3 | 2:16-cv-05175 | Herrera, Maria |
| 169 | 3 | 2:16-cv-05176 | S.C.P.P. Acuicola y Pesquera La Campanita, S.C. de R.L. |
| 170 | 3 | 2:16-cv-05178 | S.C.P.P. Grupo Pesquero de Salinas, S.C. de R.L. |
| 171 | 3 | 2:16-cv-05180 | Jaime, Julianna |
| 172 | 3 | 2:16-cv-05182 | Pescadores del Puente, S.C. de R.L. de C.V. |
| 173 | 3 | 2:16-cv-05186 | Romeo Candelera Colorado |
| 174 | 3 | 2:16-cv-05188 | S.C. P.P. Acuicola Turistica y Forestal y Ganadera La Esperanza S.C. de R.L. de C.V. |
| 175 | 3 | 2:16-cv-05192 | La Virtud de Pescar S.C. de R.L. de C.V. |
| 176 | 3 | 2:16-cv-05195 | S.C.P.P. Acuicola La Palma Real, S.C. de R.L. |
| 177 | 3 | 2:16-cv-05196 | Rene Zavala Salinas |
| 178 | 3 | 2:16-cv-05199 | S.C.P.P. Los Cavesos del Bajio, S.C. de R.L. |
| 179 | 3 | 2:16-cv-05202 | Club Playero, S.C. de R.L. |
| 180 | 3 | 2:16-cv-05205 | S.C.P.P. Tatanan, S.C. de R.L. de C.V. |
| 181 | 3 | 2:16-cv-05209 | Jose Agusto Diaz Gonzalez |
| 182 | 3 | 2:16-cv-05210 | S.C. P.P. Cocal Dorado, S.C. de R.L. |
| 183 | 3 | 2:16-cv-05212 | S.C.P.P. Canal de la Puntilla, S.C. de R.L. |
| 184 | 3 | 2:16-cv-05216 | Tecomate S.C. de R.L. |
| 185 | 3 | 2:16-cv-05218 | S.C.P.P. Riberena Malecon de la Puntilla, S.C. de R.L. |
| 186 | 3 | 2:16-cv-05219 | S.C.P.P. Bella Palizada, S.C. de R.L. |
| 187 | 3 | 2:16-cv-05220 | S.C. P.P. La Mujer Costena, S.C. de R.L. |
| 188 | 3 | 2:16-cv-05222 | S.C.P.P. Laguna de Tacosta, S.C. de R.L. |
| 189 | 3 | 2:16-cv-05223 | S.C.P.P. Aculteca, S.C.L |
| 190 | 3 | 2:16-cv-05224 | S.C.P.P. Boca del Estero, S.C. de R.L. |
| 191 | 3 | 2:16-cv-05227 | S.C.P.P. El Jurel, S.C. de R.L. |
| 192 | 3 | 2:16-cv-05228 | S.C.P.P. Punta de Diamante, S.C.L. |
| 193 | 3 | 2:16-cv-05231 | Mujeres del Cabezo de la Palangana, S.C. de R.L. |
| 194 | 3 | 2:16-cv-05233 | Laguna Y Puerto de Alvarado, S.C. de R.L. |
| 195 | 3 | 2:16-cv-05237 | S.P.P.P. Acuicola Arroyo Grande S.C. de R.L. de C.V. |
| 196 | 3 | 2:16-cv-05274 | Nayeli Rosita Lopez Diaz |
| 197 | 3 | 2:16-cv-05279 | Jesus Loyda Balcazas |
| 198 | 3 | 2:16-cv-05284 | Jose del Carmen Perez Gomez |
| 199 | 3 | 2:16-cv-05333 | S.C.P.P. La Victoria del Pescador, S.C. de R.L. de C.V |
| 200 | 3 | 2:16-cv-05340 | S.C.P.P. La Petrita S.C. de R.L. |
| 201 | 3 | 2:16-cv-05342 | Laguna de Pinolapa, S.C. de R.L. |

| | | | |
|---|---|---|---|
| 202 | 3 | 2:16-cv-05357 | S.C.P.P. Almejeros de Alvarado, S.C. de R.L. |
| 203 | 3 | 2:16-cv-05360 | S.C.P.P. Cangrejeros del Manglar, S.C. de R.L. |
| 204 | 3 | 2:16-cv-05363 | SCPB Y S, Riberenos de La Manigua 2 |
| 205 | 3 | 2:16-cv-05364 | S.C.P. Riberena de Bienes y Servicios Rio Caribe S.C. de R.L. de C.V. |
| 206 | 3 | 2:16-cv-05366 | S.C.P.P. La Picuda, S.C. de R.L. |
| 207 | 3 | 2:16-cv-05369 | S. La Flota, S.C. de R.L. |
| 208 | 3 | 2:16-cv-05370 | Leopoldo Rejon Diaz |
| 209 | 3 | 2:16-cv-05371 | S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R.L. |
| 210 | 3 | 2:16-cv-05372 | S.C.P.P. Acuicola y Bienes y Servicios La Atlantida S.C.L |
| 211 | 3 | 2:16-cv-05373 | S.C.P.P. La Nueva Fe, S.C. de. R.L. |
| 212 | 3 | 2:16-cv-05374 | Mujeres Esperimentando, S.C. de R.L. |
| 213 | 3 | 2:16-cv-05382 | S.C.P.P. Laguna de Popuyeca |
| 214 | 3 | 2:16-cv-05385 | S.C.P.P. Villa del Mar, S.C. de R.L. |
| 215 | 3 | 2:16-cv-05388 | Las Ampolas, S.C.L. |
| 216 | 3 | 2:16-cv-05392 | S.C.P.P.R. Encenada de Alvarado, S.C. de R.L. |
| 217 | 3 | 2:16-cv-05395 | S.C.P.P. Ejidatarios, S.C. de R.L. |
| 218 | 3 | 2:16-cv-05399 | Stheicy, S.C. de R.L. |
| 219 | 3 | 2:16-cv-05400 | S.C.P.P. Rey Jasur S.C. de R.L. |
| 220 | 3 | 2:16-cv-05405 | S.C.P.P. La Virgen, S.C. de R.L. |
| 221 | 3 | 2:16-cv-05447 | S. La Jaivita, S.C. de R.L. |
| 222 | 3 | 2:16-cv-05455 | S.C.P.P. Libres de las Escolleras, S.C. de R.L. |
| 223 | 3 | 2:16-cv-05459 | Paso Nacional, S.C. de R.L. |
| 224 | 3 | 2:16-cv-05463 | S.C.P.P. Playa Salinas, S.C. de R.L. |
| 225 | 3 | 2:16-cv-05467 | S.C.P.P. El Obispo, S.C. de R.L. |
| 226 | 3 | 2:16-cv-05468 | S.C.P.P. Campesino del Mar S.C. de R.L. |
| 227 | 3 | 2:16-cv-05479 | S.C.P.P. Pescadores Artesanos S.C. de R.L. |
| 228 | 3 | 2:16-cv-05484 | Producion Pesquera Acuicola y Turistica y Bienes y Servicios La Pesca Milagrosa S.C. de R.L. de C.V. |
| 229 | 3 | 2:16-cv-05489 | S.C.P.P. Riberena Acuicola de Bienes y Servicios Vista Alegre S.C. de R.L. |
| 230 | 3 | 2:16-cv-05499 | Coperativa de Producion de Bienes y Servicios Tritones del Golfo S.C. de R.L. de C.V. |
| 231 | 3 | 2:16-cv-05518 | S.C.P.P. Nueva Creacion de Bienes y Servicios R.L. de C.V. |
| 232 | 3 | 2:16-cv-05532 | S.C.P.P. El Boqueron de Sabancuy S.C. de R.L. |
| 233 | 3 | 2:16-cv-05545 | S.C. Producion de Bienes y Servicios Puerto de Abrigo S.C. de R.L. |
| 234 | 3 | 2:16-cv-05573 | S.C.P.P. 20 de Noviembre S.C de R.L. |
| 235 | 3 | 2:16-cv-05815 | S.C.P.P Laguna de Chila, S.C de R.L |
| 236 | 3 | 2:16-cv-05820 | S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L. |
| 237 | 3 | 2:16-cv-05826 | S.C.P.P. Punto San Julian S.C. de R.L. |
| 238 | 3 | 2:16-cv-06091 | Cummings, Brenda |

| 239 | 3 | 2:16-cv-06295 | Gonzalez, Jose |
| --- | --- | --- | --- |
| 240 | 3 | 2:16-cv-06296 | Islas, Silvia |
| 241 | 3 | 2:16-cv-06301 | Quiroga, Luis |
| 242 | 3 | 2:16-cv-06318 | S.C.P.P 21 de Marzo, S.C. de R.L. |
| 243 | 3 | 2:16-cv-06319 | Herrera Novelo, Miguel Angel |