UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| 2:16-cv-06585; 2:16-cv-06611; ) | |
| 2:16-cv-05904; 2:16-cv-06303; ) | |
| 2:16-cv-06200; 2:16-cv-06071; ) | |
| 2:16-cv-06696; 2:16-cv-09458; ) | |
| 2:16-cv-11716; 2:16-cv-11744 ) | |
| 2:13-cv-5367 ) | |
| ) | |
| ) | MAG JUDGE WILKINSON |

## BCA LAW FIRM PLAINTIFFS RESPONSE TO SHOW CAUSE RE: COMPLIANCE WITH PTO 65

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their Response to Show Cause Re: Compliance With PTO 65 and would show this Court as Follows:

**I.**

The number of Plaintiffs represented by Brent Coon and Associates ("BCA") with pending claims against BP related to the *Deepwater Horizon* Oil spill has dwindled from nearly 10,000 down to a baker's dozen. Sixteen cases settled in May 2018, leaving only 13 cases. Two of these cases have been deemed compliant with PTO 60 and PTO 65 and are properly before the Court. One case status is unclear based on the PTO 65 compliance order. One case listed on Exhibit 2 has settled. The remaining cases are currently before the 5th Circuit in two separate appeals. This response addresses all of the remaining BCA cases as well as any other cases included in the exhibits to the Courts show cause order.

1

**II.**

1. Global Disaster Recovery & Rebuilding Services LLC A-1 Towing & Hauling LLC and Island Way Charters, Inc. are both listed on "Exhibit 1" of the Order to Show Cause Re: Compliance With PTO65 and are not required to respond to the Order.

2. Mark Canfora, is listed as a parenthetical next to Fractional Real Estate Advisors, LLC on "Exhibit 1" of the Order to Show Cause Re: Compliance With PTO65. Fractional Real Estate Advisors, LLC have resolved their claims BP, but Mark Canfora individually has not. Mark Canfora individual case is separate and distinct from his ownership interest in Fractional Real Estate Advisors, LLC. His individual claim was deemed compliant with PTO 60 in the initial show cause order issued June 7, 2016. (Rec. Doc. 18724-1 at page 11). His response to PTO 65 was filed both individually (using his social security number) and on behalf of Fractional Real Estate Advisors, LLC. (2:16-cv-6280 Rec. Doc. No. 6). Because he is listed as a parenthetical on the show cause order, his individual status is unclear. He would ask that the Court clarify his status by now deeming his individual claim as compliant with PTO 65.

3. Kathy Nhan T. Nguyen is listed on "Exhibit 2" of the Order to Show Cause Re: Compliance With PTO65. This case was resolved in the past few weeks and dismissal has been filed, so BCA would anticipate that the Court will consider any issues with her compliance with PTO 65 to be moot.

4. PLAINTIFFS, James Glick, Russell Lengacher, Nelson Mast and Martin Luke are listed on "Exhibit 4" of the Order to Show Cause Re: Compliance With PTO65. These four cases filed PTO 65 forms because they had an appeal pending before the 5th Circuit Court of Appeals (Case No. 17-30936). Wentzell Innovations DBA Chum Churn, Ocean Flex OMTS, Gary Pesce and SGI Land Company LLC are also part of that same

appeal, and they all submitted PTO 65 submissions but are not listed on an Exhibit "Exhibit 4." Order to Show Cause Re: Compliance With PTO65.

5. Plaintiffs, Tuoi Pham, Dach Hoang, David Edwards are all currently on appeal to the 5th Ciricut (Case No. 17-30912). All three of them submitted PTO 65 submissions but are not listed on "Exhibit 4" to the Order to Show Cause Re: Compliance With PTO65.

## PRAYER

Wherefore Plaintiff respectfully prays that the Court consider all of the issues set out in this response and to deem Mark Canfora's case as PTO 65 compliant and for any other relief to which they may show themselves to be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

ATTORNEY FOR PLAINTIFF(S)