UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** *Remaining Cases in Pleading Bundle B1* | * * | MAG. JUDGE WILKINSON |

## ORDER

Responses to the Court's Order to Show Cause Re: Compliance with PTO 65 were due by June 15, 2018. (Rec. Doc. 24558) The Court has received responses from the following plaintiffs or attorneys:

- Anthony Buzbee (attorney) on behalf of multiple plaintiffs (Rec. Doc. 24617, *see also* 24560, 24612)

- John Hanks/Lucky Lady Fishing Enterprises, Inc. (Rec. Doc. 24606)

- Tucker Byrd (attorney) on behalf of three plaintiffs (Rec. Docs. 24613, 24614, 25615)

- Brent Coon and Associates (attorney) on behalf of multiple plaintiffs (Rec. Doc. 24618)

IT IS ORDERED that BP shall file a single, omnibus reply to the above responses by June 25, 2018. BP shall mail a copy of its reply to John Hanks/Lucky Lady Fishing Enterprises, Inc., who is unrepresented.

New Orleans, Louisiana, this 18th day of June, 2018.

_____
United States District Judge

**Note to Clerk: Mail a copy of this order to Lucky Lady Fishing Enterprises, Inc. at 4211 Grovewood Lane, Titusville, Florida 32780.**