UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *No. 12-1484* | * | **MAG. JUDGE WILKINSON** |
| | * | |

# ORDER

IT IS ORDERED that Lake Garden Apartments Ltd. Motion for Extension of Time to Execute DHCC Release (Rec. Doc. 24611) is DENIED.

New Orleans, Louisiana, this 18th day of June, 2018.

_____
United States District Judge