UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 16-6635* | * * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the "Motion Requesting Reconsideration of the compliance order P.T.O. 60 and 64 Moratoria hold opt-out order" filed by the Power House Church of God Holy Ghost Power/Pastor Richard McBride on June 1, 2018 (Rec. Doc. 24603) is DENIED.  The Court notes that it previously denied a similar motion by these plaintiffs on November 8, 2017.  (*See* Rec. Doc. 23649)

New Orleans, Louisiana, this 18th day of June, 2018.

_____
United States District Judge

**Note to Clerk: Mail a copy of this order to Power House Church of Holy Ghost Power/Pastor Richard McBride at 4318 Donovan St., Moss Point, MS 39563.**