IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,<br><br>                             Plaintiffs,<br><br>*This Document Relates To:*<br>The Andry Law Group, et al. v. CNA Financial, et al.,<br>Civil Action No. 2:14-cv-600 | MDL 2179<br>SECTION: "J" (1)<br>JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON |

## DECLARATION OF DAVID B. LEHMAN

David B. Lehman declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statement is true and correct:

1.     My name is David B. Lehman. I am over eighteen years of age and I am a resident of Illinois. I am employed by Continental Casualty Company ("Continental") and I am an Assistant Secretary of CNA Financial Corporation ("CNA Financial"). As an Assistant Secretary, I have familiarized myself with CNA Financial and its corporate activities. This declaration is based on personal knowledge and documents maintained by CNA Financial in the ordinary course of its business.

2.     CNA Financial is a publicly-traded holding company organized under the laws of the State of Delaware, and it maintains its principal place of business in Chicago, Illinois. CNA Financial was created for, among other reasons, the purpose of holding the common stock of a number of operating subsidiaries for the benefit of CNA Financial's shareholders.

3.     CNA Financial is the parent company of The Continental Corporation, which in turn is the parent company of Continental.

4. "CNA" is not a company. "CNA" is a service mark registered with the United States Patent and Trademark Office by CNA Financial. Certain of CNA Financial's direct and indirect subsidiaries, including Continental, are permitted to use this service mark and do so in their insurance underwriting and claims activities.

5. CNA Financial does not do business in the state of Louisiana. It does not own any property in Louisiana, nor does it have any offices or employees in Louisiana.

6. CNA Financial is not and never has been a licensed insurer. CNA Financial has never held a certificate of authority from the Commissioner of the Department of Insurance of the State of Louisiana.

7. CNA Financial does not and has never developed, underwritten, marketed, or issued insurance policies anywhere, including the state of Louisiana.

8. CNA Financial does not charge and never has charged insurance premiums in connection with the sale of any insurance policies anywhere, including the state of Louisiana.

9. CNA Financial does not hire and never has hired any underwriters or other employees responsible for setting premiums for any insurance policies issued by any of its subsidiaries, including Continental. CNA Financial does not make the decision as to which subsidiary insurance company issues a policy.

10. CNA Financial does not and never has adjusted, settled, or paid any insurance claims anywhere, including the state of Louisiana.

11. CNA Financial does not hire and never has hired claims adjusters, and CNA Financial does not manage and never has managed any claims offices in the state of Louisiana, or elsewhere.

12. No person or entity, including any direct or indirect subsidiary of CNA Financial, has ever had the express or implied authority to act as CNA Financial's agent in the issuance of insurance policies or handling claims for insurance benefits.

13. CNA Financial does not have the ability to cancel insurance policies issued by its subsidiaries.

14. CNA Financial did not develop, underwrite, or issue any insurance policies to The Andry Law Group, LLC ("The Andry Law Group").

15. CNA Financial did not charge or receive premiums in connection with the sale or issuance of insurance policies to The Andry Law Group.

16. CNA Financial did not participate in or make any decisions regarding the adjustment, settlement, or payment of The Andry Law Group's and Jonathan Andry's insurance claim.

17. CNA Financial has had no contact with The Andry Law Group or Jonathan Andry.

18. CNA Financial has no employees.

19. Meetings of CNA Financial's board of directors are conducted separately from those of its subsidiaries and affiliates, including Continental. CNA Financial maintains its own minutes of its board meetings, by-laws, articles of incorporation, and corporate records. Each of CNA Financial's subsidiaries has its own minutes, by-laws, articles of incorporation, and corporate records. CNA Financial's corporate records are separate and distinct from those of each of its subsidiaries.

20. CNA Financial maintains its own books and accounting records and its own separate banking financial accounts.

21.    CNA Financial and its direct and indirect subsidiaries, including Continental, have always been separate and distinct corporate entities.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statement is true and correct.

DATED: June 19, 2018

*[signature: David B. Lehman]*

David B. Lehman