```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4
    IN RE:  OIL SPILL BY THE OIL RIG    *   10-MD-2179
 5          DEEPWATER HORIZON IN THE    *
            GULF OF MEXICO ON           *   Section J
 6          APRIL 20, 2010              *
                                        *   November 7, 2014
 7                                      *
    Applies to: 12-970                  *   New Orleans, Louisiana
 8                                      *
    * * * * * * * * * * * * * * * * * *
 9
10
                   EVIDENTIARY HEARING BEFORE
11             THE HONORABLE CARL J. BARBIER
               UNITED STATES DISTRICT JUDGE
12
13  Appearances:
14
    For the Special Master:    Pepper Hamilton, LLP
15                             BY:  GREGORY A. PAW, ESQ.
                                    DEREK E. HINES, ESQ.
16                                  BRIAN M. NICHILO, ESQ.
                               3000 Two Logan Square
17                             Eighteenth and Arch Streets
                               Philadelphia, Pennsylvania 19103
18
19  For Lionel H. Sutton III:  Sutton Law Firm
                               BY:  LIONEL H. SUTTON III, ESQ.
20                             935 Gravier Street, Suite 1910
                               New Orleans, Louisiana 70112
21
22  For Christine Reitano:     MARY OLIVE PIERSON, ESQ.
                               8702 Jefferson Highway, Suite B
23                             Post Office Box 14647
                               Baton Rouge, Louisiana 70898
24
25
```

EXHIBIT 1

15-30265.7152

Case 2:10-md-02179-CJB-DPC   Document 24625-1   Filed 06/19/18   Page 2 of 2
Case 2:10-md-02179-CJB-SS   Document 13675   Filed 11/18/14   Page 241 of 265
241

```
03:25   1         Your Honor, if you view this evidence in its
03:25   2   entirety, you give the reasonable inferences that the evidence
03:25   3   is entitled to, none of which I contend have been rebutted here
03:25   4   today, and it's clear that the show cause parties have breached
03:25   5   their obligations and they have done it for their benefit and
03:25   6   for their advantage.  To maintain the integrity of the judicial
03:25   7   process, the confidence in the DHECC program that's been
03:25   8   entrusted with billions of dollars for the public advantage,
03:25   9   the application of the equitable relief of unclean hands is the
03:25  10   appropriate remedy under these facts.  Thank you.
03:25  11         THE COURT:  Thank you.
03:26  12              This has been a difficult process for the Court,
03:26  13   for all the parties, to get to where we are here today.  These
03:26  14   kinds of issues, dealing with lawyer conduct or alleged
03:26  15   misconduct, are never something that I take any pleasure in
03:26  16   having to deal with.  Let me make some preliminary remarks
03:26  17   before I get into -- well, let me just say this to start.
03:27  18              The one thing that's clear and undisputed -- and
03:27  19   this is something that I think was made clear in the earlier
03:27  20   hearing that we had here in court -- is despite all the
03:27  21   problems and issues and allegations surrounding the conduct of
03:27  22   the parties to this hearing, there was never any corruption of
03:27  23   the claims processing evaluations in this case.  There were
03:27  24   numerous inquiries, phone calls, e-mails, text messages, even
03:28  25   two lunches where the Andry Lerner firm in various ways made
```