Case 2:10-md-02179-CJB-DPC   Document 24625-2   Filed 06/19/18   Page 1 of 2
Case 2:10-md-02179-CJB-SS   Document 13675   Filed 11/18/14   Page 1 of 265

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL BY THE OIL RIG    *   10-MD-2179
        DEEPWATER HORIZON IN THE    *
        GULF OF MEXICO ON           *   Section J
        APRIL 20, 2010              *
                                    *   November 7, 2014
                                    *
Applies to: 12-970                  *   New Orleans, Louisiana
                                    *
* * * * * * * * * * * * * * * * * *


                 EVIDENTIARY HEARING BEFORE
             THE HONORABLE CARL J. BARBIER
               UNITED STATES DISTRICT JUDGE


Appearances:

For the Special Master:     Pepper Hamilton, LLP
                            BY: GREGORY A. PAW, ESQ.
                                DEREK E. HINES, ESQ.
                                BRIAN M. NICHILO, ESQ.
                            3000 Two Logan Square
                            Eighteenth and Arch Streets
                            Philadelphia, Pennsylvania 19103

For Lionel H. Sutton III:   Sutton Law Firm
                            BY: LIONEL H. SUTTON III, ESQ.
                            935 Gravier Street, Suite 1910
                            New Orleans, Louisiana 70112

For Christine Reitano:      MARY OLIVE PIERSON, ESQ.
                            8702 Jefferson Highway, Suite B
                            Post Office Box 14647
                            Baton Rouge, Louisiana 70898
```


EXHIBIT 2

15-30265.7152

Case 2:10-md-02179-CJB-DPC   Document 24625-2   Filed 06/19/18   Page 2 of 2
Case 2:10-md-02179-CJB-SS   Document 13675   Filed 11/18/14   Page 243 of 265

243

```
03:30   1   their claims paid.
03:31   2               As I said, there is no evidence that the claims,
03:31   3   and particularly the claims of the Andry Lerner firm or the
03:31   4   claim of The Andry Law Firm itself, were manipulated in any way
03:31   5   or corruptly manipulated or anything like that.  So I find no
03:31   6   evidence to support anything like that.
03:31   7               There is evidence, I believe, that Mr. Andry and
03:31   8   Mr. Lerner were able to use their relationship with Mr. Sutton.
03:31   9   These folks all went to Tulane Law School together so they have
03:31  10   been friends or acquaintances over many years.  That gave them
03:32  11   some ability to probably get more attention from Mr. Sutton
03:32  12   than they would otherwise.
03:32  13               The most troublesome part of this case obviously
03:32  14   revolves around the payments that were made, three separate
03:32  15   payments totaling about $40,000 that were made in a circuitous
03:32  16   way emanating originally from the -- this is in relation to the
03:32  17   Casey Thonn claims, multiple claims by Mr. Thonn, where
03:33  18   Andry Lerner sent 50 percent of the legal fees to Glen Lerner
03:33  19   or Glen Lerner & Associates in Las Vegas, and in turn
03:33  20   Glen Lerner & Associates or Mr. Lerner or his office in
03:33  21   Las Vegas sent those monies to an account called the "old Crown
03:33  22   account."  This was the otherwise dormant Crown, LLC account in
03:33  23   New Orleans which was controlled by Mr. Sutton.  Mr. Sutton
03:33  24   thereafter was able to access that money and use it for
03:34  25   whatever he used it for.
```