*[signature]*
Executive Underwriter, Gilsbar
I hereby certify that this is a true
and correct copy.



## LAWYERS PROFESSIONAL LIABILITY POLICY
## DECLARATIONS

Agency: 700324   Branch: 912   Policy Number: 425308379

Insurance is provided by Continental Casualty Company,
333 S. Wabash Ave. Chicago IL 60604.
A Stock Insurance Company.

1. **NAMED INSURED AND ADDRESS:**
   The Andry Law Group, LLC
   610 Baronne Street
   New Orleans, LA 70113

   NOTICE TO POLICYHOLDERS:
   This is a Claims Made and Reported policy. It applies only to those claims that are both first made against the insured and reported in writing to the Company during the policy period. Please review the policy carefully and discuss this coverage with your insurance agent or broker.

2. **POLICY PERIOD:**
   Inception: 01/01/2013
   at 12:01 A.M. Standard Time at the address shown above
   Expiration: 01/01/2014

3. **LIMITS OF LIABILITY:**
   *Exclusive of Claims Expenses*
   Each Claim: $3,000,000
   Aggregate: $3,000,000

   Death or Disability and Non-Practicing
   Extended Reporting Period Limit of Liability:
   Each Claim: $1,000,000
   Aggregate: $2,000,000

4. **DEDUCTIBLES:**
   *Inclusive of Claims Expenses*
   Aggregate: $10,000

5. **POLICY PREMIUM:**

   Annual Premium:                                                                 $17,856.00

   Total Amount:                                                                   $17,856.00

   Includes CNA Risk Control Credit if applicable
   Includes Net Protect Premium, see coverage endorsement if applicable

6. **FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION:**
   G-118011-A (Ed. 04/2008), G-118012-A17 (Ed. 12/2000), G-118014-A17 (Ed. 12/2000), G-118016-A (Ed. 04/2008), G-118024-A (Ed. 04/2008), G-118029-A (Ed. 04/2008), G-118033-A (Ed. 04/2008), G-118039-A17 (Ed. 05/2008), G-118045-AC (Ed. 04/2008), G-118063-A17 (Ed. 09/2011), G-118079-A17 (Ed. 05/2008), G-145184-A (Ed. 06/2003), GSL-11512-XX (Ed. 10/2008), GSL-12439-XX (Ed. 03/2009), GSL-14541-LA (Ed. 09/2011)

7. **WHO TO CONTACT:**
   To report a claim:
   CNA Specialty Claim
   P.O. Box 8317 Chicago, IL 60680-8317
   Email: LPLNewClaims@cna.com

   Fax: 866-419-6308 / Online: www.cna.com/claims
   Lawyers Claim Reporting Questions: 800-540-0762

*[signature]* John B. Brant
Authorized Representative     01/18/2013     Date

G-118012-A17 (Ed. 12/00)

EXHIBIT 3