UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * | MDL No: 2179 |
| | * | SECTION: J(2) |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| No: 2:14-cv-600, Andry Law Group, et al. v. CNA Financial, et al. | * | MAG. JUDGE WILKINSON |

_____

# RESPONSE TO DEFENDANTS CNA FINANCIAL CORPORATION'S AND CONTINENTAL CASUALTY COMPANY'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT

**NOW COMES** Plaintiffs The Andry Law Group, LLC and Jonathan Andry, who in response to Defendants' Statement of Undisputed Material Facts In Support Of Their Motion For Summary Judgement, do state as follows:

**Response To Undisputed Material Fact 1**

Admitted.

**Response To Undisputed Material Fact 2**

Admitted.

**Response To Undisputed Material Fact 3**

Admitted.

**Response To Undisputed Material Fact 4**

     Admitted.

**Response To Undisputed Material Fact 5**

     Admitted.

**Response To Undisputed Material Fact 6**

     Admitted.

**Response To Undisputed Material Fact 7**

     Admitted.

**Response To Undisputed Material Fact 8**

     Admitted.

**Response To Undisputed Material Fact 9**

     Admitted.

**Response To Undisputed Material Fact 10**

     Admitted.

**Response To Undisputed Material Fact 11**

     Admitted.

**Response To Undisputed Material Fact 12**

     Admitted.

**Response To Undisputed Material Fact 13**

Denied. Specifically, the Court found that "there was never any corruption of the claims processing evaluations in" the matter involving Andry. (*See* Ex. 1 of Plaintiffs' Opposition - Evid. Hrg. Tr., 241:18-23). Similarly, it was expressly noted that there was "no evidence that the claims ... of the Andry Lerner firm or the claim of The Andry Law Firm itself, were manipulated in any way or corruptly manipulated or anything like that." (*See* Ex. 2 of Plaintiffs' Opposition - Evid. Hrg. Tr., 243:2-6).

**Response To Undisputed Material Fact 14**

Denied. Payment to Mr. Sutton was issued directly from Mr. Lerner. Mr. Andry's position has remained that his position, that he was not going to pay Sutton, and that if Lerner wanted to pay Sutton he could pay him out of his half. The U.S. Fifth Circuit recognized the plausibility of this position:

> "Andry's counsel pressed this point at oral argument, arguing that Andry had always been opposed to the payment of any fees to Sutton and ultimately told Lerner to pay Sutton out of Lerner's share of the fee because he believed Lerner would not pay Sutton unless he could take the money out of Andry's share of the fee. Even though Andry's proposed interpretation of the e-mail is plausible, the district court's alternate interpretation of "Pay it out of that" as an instruction to Lerner is also plausible and does not reflect a clearly erroneous view of the evidence. In any event, the December 2012 and March 2013 e-mails at the very least demonstrate that Andry had knowledge of the improper payments to Sutton, such that his subsequent statements to the contrary were false."[1]

**Response To Undisputed Material Fact 15**

Admitted.

**Response To Undisputed Material Fact 16**

Admitted.

---

[1] *In re: Deep Water Horizon*, Case No. 15-30265, p. 15-16. (5th Cir. 6/02/16).

**Response To Undisputed Material Fact 17**

  Admitted.

**Response To Undisputed Material Fact 18**

  Admitted.

**Response To Undisputed Material Fact 19**

  Denied as written.  The Court's September 6, 2013 Order did not describe the mandate regarding the Special Master's findings as "sanctions."

**Response To Undisputed Material Fact 20**

  Admitted.

**Response To Undisputed Material Fact 21**

  Admitted.

**Response To Undisputed Material Fact 22**

  Denied.  The Court found that Mr. Thonn submitted false documentation in support of his claim, and thus return of the funds was proper.  Andy was obligated to return his attorneys' fee "merely to remedy an unjust result." (*See* Rec. Doc 12794, p. 23).  Thonn was represented pursuant to a contingency fee contract.  Because Thonn's claim failed, "fees are not owed to [attorneys] under their contingency fee arrangements. (*See* Rec. Doc 12794, p. 26).

**Response To Undisputed Material Fact 23**

  Objection.  The Andry Law Firm is not a party to the instant litigation.

**Response To Undisputed Material Fact 24**

Denied. The Court found that Mr. Thonn submitted false documentation in support of his claim, and thus return of the funds was proper. Andy was obligated to return his attorneys' fee "merely to remedy an unjust result." (*See* Rec. Doc 12794, p. 23). Thonn was represented pursuant to a contingency fee contract. Because Thonn's claim failed, "fees are not owed to [attorneys] under their contingency fee arrangements. (*See* Rec. Doc 12794, p. 26).

**Response To Undisputed Material Fact 25**

Admitted.

**Response To Undisputed Material Fact 26**

Admitted.

**Response To Undisputed Material Fact 27**

Admitted.

**Response To Undisputed Material Fact 28**

Admitted.

**Response To Undisputed Material Fact 29**

Admitted.

**Response To Undisputed Material Fact 30**

Admitted.

**Response To Undisputed Material Fact 31**

Admitted.

**Response To Undisputed Material Fact 32**

Admitted.

**Response To Undisputed Material Fact 33**

    Admitted.

**Response To Undisputed Material Fact 34**

    Admitted.

**Response To Undisputed Material Fact 35**

    Admitted.

**Response To Undisputed Material Fact 36**

    Admitted.

**Response To Undisputed Material Fact 37**

    Admitted.

**Response To Undisputed Material Fact 38**

    Admitted.

Respectfully Submitted:

**JOANEN LAW FIRM**

By:   */s/ L. Scott Joanen*
L. SCOTT JOANEN, (#21431)
610 Baronne Street, 3rd Floor
New Orleans, LA 70113
Telephone: (504) 833-3036
Fax:      (504) 833-7366
Email:    scott@joanenlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all parties to this litigation by hand-delivery, e-mail, facsimile, electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 19th day of June, 2018.

                                                       */s/ L. Scott Joanen*
                                                       L. Scott Joanen