**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | **MDL NO. 2179**<br><br>**SECTION: J** |
| *This document relates to:* | * * | |
| ALL CASES | * * | **HONORABLE CARL J. BARBIER** |
| (including No. 12-970) | * * * * | **MAGISTRATE JUDGE WILKINSON** |

---

**ORDER AUTHORIZING
PAYMENT OF ESCROW EXPENSES**

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to transmit Two Thousand Two Hundred Sixty-Five Dollars and Fifty Cents ($2,265.50) from the Common Benefit Cost and Fee Fund to Garrett & Co. LLC for administrative expenses and/or fees and Six Thousand Five Hundred Dollars and No Cents ($6,500.00) to JPMorgan Chase Bank, N.A. for administrative fees incurred for the Aggregate Common Benefit Fee and Cost Fund.

**SIGNED** in New Orleans, Louisiana this _____ day of _____, 2018.

_____
**CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**