UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 § § § § § *Applies to 12-970; Bon Secour Fisheries, et al.,* § *on behalf of themselves and all similarly* § *situated, vs. BP Exploration & Production, Inc.,* § *et al.* § *AND-* § *No. 18-3757; Claim ID #344482* § § | CIVIL ACTION NO. 18-cv-03757 MDL NO 2179 SECTION J JUDGE CARL J. BARBIER MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## MOTION FOR EXTENSION OF TIME TO APPEAL

**NOW COMES** Claimant, Eastex Materials, Inc. ("**Eastex**"), which respectfully moves the Court for an order granting it a thirty (30) day extension of time to file a Notice of Appeal, or until June 22, 2018, pursuant to Federal Rules of Appellate Procedure, Rule 4(a)(5), and which further shows:

1.

Eastex previously filed a claim with the BP Settlement Program (Claim ID 344482) requesting damages based on the decline of business attributed to the BP Oil Spill. Eastex's claim was denied by the Settlement Program.

2.

Eastex timely appealed the Settlement Program's denial and the Settlement Program denied the appeal.

3.

Eastex then timely filed its request for Discretionary Review by this Court on December 14, 2017.

4.

Eastex's request for Discretionary Review was denied by this Court on April 23, 2018.

5.

Eastex received the Denial of Request for Discretionary Court Review Notice on May 3, 2018.

6.

Pursuant to Federal Rules of Appellate Procedure, Rule 4(a)(1)(A), a Notice of Appeal was due on or before May 23, 2018 (thirty (30) days after entry of judgment).

7.

At all times prior to the enrollment of undersigned counsel, Eastex was an unrepresented, *pro se* plaintiff, and did not have the advice of counsel.

8.

As a *pro se* plaintiff, Eastex was unaware of the thirty (30) day deadline in which to appeal this Court's Order and Judgment pursuant to Federal Rules of Appellate Procedure, Rule 4(a)(1)(A).

9.

The thirty (30) day appeal deadline (which would have been May 23, 2018) ran before Eastex engaged undersigned legal counsel.

10.

On June 18, 2018, Eastex engaged undersigned counsel to represent it in the appeals process.

11.

Federal courts have found excusable neglect is present where a *pro se* litigant did not understand the federal rules. *Whitfield v. Howard*, 852 F.3d 656, 660-61 (7th Cir. 2017) ("The

district court found excusable neglect in Whitfield's failure to file a timely appeal of the original judgment, as required by Rule 4(a)(5)(A)(ii), and granted him an extension to file the amended notice of appeal. . . . The federal rules are complex, and the court may find excusable neglect in a *pro se* litigant's confusion about how they work.")

12.

Eastex's lack of legal counsel and attempt to navigate federal procedure as a *pro se* plaintiff is excusable neglect or good cause which justifies an extension of its time to file a notice of appeal.

13.

Also, an additional thirty (30) days is a reasonable amount of time for an extension and is specified in Federal Rules of Appellate Procedure, Rule 4(a)(5). It is respectfully submitted that this delay will not have any substantial impact on the judicial proceedings.

14.

Finally, BP will not be prejudiced by an additional thirty days. As the Settlement Program involves numerous claims and appeals, extending this judicial proceeding an additional thirty days will not prolong the amount of time BP is before this Court, as BP continues to litigate Settlement Program claims.

15.

Therefore, pursuant to Federal Rules of Appellate Procedure, Rule 4(a)(5), Eastex respectfully requests a thirty (30) day extension in which to file its notice of appeal—until June 22, 2018—or fourteen (14) days after this Court issues an order granting this motion.

16.

In support of this Motion, undersigned counsel represents and certifies to the Court that there have been no previous extensions of time requested by Eastex.

**WHEREFORE,** Claimant, Eastex Materials, Inc., respectfully requests that this Court grant this Motion, and allow a thirty (30) day extension in which to file its notice of appeal, or until June 22, 2018, or fourteen (14) days after this Court issues an order grating this motion.

RESPECTFULLY SUBMITTED:

*s/Danielle L. Borel*
Claude F. Reynaud, Jr. (#11197)
Carroll Devillier, Jr. (#30477)
Danielle L. Borel (#35669)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
Post Office Box 3197
One American Place, 23rd Floor
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile (225) 381-8029

*Counsel for Eastex Materials, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>*Applies to 12-970; Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al.*<br>AND-<br>*No. 18-3757; Claim ID #344482* | CIVIL ACTION NO. 18-cv-03757<br><br>MDL NO 2179<br><br>SECTION J<br><br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2018, a copy of the above and foregoing *Motion for Extension of Time to Appeal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/Danielle L. Borel
Danielle L. Borel
BREAZEALE, SACHSE & WILSON, L.L.P.
Post Office Box 3197
One American Place, 23rd Floor
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile (225) 381-8029
E-mail: Danielle@bswllp.com

1590698.1