UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 § § § § *Applies to 12-970; Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al.* § § § AND- § *No. 18-3757; Claim ID #344482* § § | CIVIL ACTION NO. 18-cv-03757 MDL NO 2179 SECTION J JUDGE CARL J. BARBIER MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Extension of Time to Appeal:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion filed on behalf of Claimant, Eastex Materials, Inc., is GRANTED, and Eastex Materials, Inc. is permitted an additional thirty (30) days, or until June 22, 2018, to file a Notice of Appeal in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2018.

---

JUDGE CARL J. BARBIER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1590698.1