# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § | **CIVIL ACTION NO. 18-cv-03757** |
| | § § | **MDL NO 2179** |
| *Applies to 12-970; Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al.* | § § § § § | **SECTION J** |
| | § | **JUDGE CARL J. BARBIER** |
| *AND-* | § | |
| *No. 18-3757; Claim ID #344482* | § § | **MAG. JUDGE JOSEPH C. WILKINSON, JR.** |

## ORDER

Considering the foregoing Motion for Extension of Time to Appeal:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion filed on behalf of Claimant, Eastex Materials, Inc., is GRANTED, and Eastex Materials, Inc. is permitted an additional fourteen (14) days from the date of this order to file a Notice of Appeal in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
JUDGE CARL J. BARBIER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA