UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § CIVIL ACTION NO. 18-cv-03757 § § MDL NO 2179 § |
| *Applies to 12-970; Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al.* AND- *No. 18-3757; Claim ID #344482* | § § SECTION J § § § JUDGE CARL J. BARBIER § § § MAG. JUDGE JOSEPH C. § WILKINSON, JR. |

## NOTICE OF APPEAL

Eastex Materials, Inc., Claimant, appeals to the United States Court of Appeals for the Fifth Circuit, from the Order and Judgment (Doc. 3) of the United States District Court for the Eastern District of Louisiana, entered in this case on April 23, 2018, denying Claimant's request for discretionary review.

RESPECTFULLY SUBMITTED:

*s/Danielle L. Borel*
Claude F. Reynaud, Jr. (#11197)
Carroll Devillier, Jr. (#30477)
Danielle L. Borel (#35669)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
Post Office Box 3197
One American Place, 23rd Floor
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile (225) 381-8029

*Counsel for Eastex Materials, Inc.*

1590698.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § CIVIL ACTION NO. 18-cv-03757 § § MDL NO 2179 § |
| *Applies to 12-970; Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al.* AND- *No. 18-3757; Claim ID #344482* | § SECTION J § § § JUDGE CARL J. BARBIER § § MAG. JUDGE JOSEPH C. § WILKINSON, JR. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2018, a copy of the above and foregoing *Notice of Appeal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/Danielle L. Borel
Danielle L. Borel
BREAZEALE, SACHSE & WILSON, L.L.P.
Post Office Box 3197
One American Place, 23rd Floor
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile (225) 381-8029
E-mail: E-mail: Danielle@bswllp.com