Exhibit A

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03443 | KHALED | ABDELFATTAH |
| 17-cv-03446 | YAHYA "JAY" | ABDELFATTAH |
| 17-cv-03000 | ROSIA | ADAMS |
| 17-cv-03017 | JAMES | ALEXANDER |
| 17-cv-03018 | OLIVIA | ALFORD |
| 17-cv-03447 | BASIL | ALLEN |
| 17-cv-03479 | BRENDA LEE | ALLEN |
| 17-cv-03019 | THE ESTATE OF CHAVIS | ALLEN |
| 17-cv-04127 | DENIS | AMAYA-RODRIGUEZ |
| 17-cv-03020 | BERNICE | ANDERSON |
| 17-cv-03023 | CHRISTOPHER | ANDERSON |
| 17-cv-03022 | LATONYA S. | ANDERSON |
| 17-cv-03024 | SHUANISE | ANDERSON |
| 17-cv-03885 | JINTRIN | ANTOINE |
| 17-cv-03021 | CYNTHIA | ARMSTRONG |
| 17-cv-03025 | RICO | ARRINGTON |
| 17-cv-03026 | MARCUS | ASH |
| 17-cv-03626 | BRUCE | ASKEW |
| 17-cv-03027 | MOHAMMED | ASSI |
| 17-cv-03628 | TEANDRA | AUBERT |
| 17-cv-04128 | THE ESTATE OF LEONA | AUSTIN |
| 17-cv-04129 | CHRISTIAN | BACHI |
| 17-cv-04129 | SABRINA | BACHI |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04129 | COLTON | BACHI (minor) |
| 17-cv-03029 | DAVID | BACKSTROM |
| 17-cv-03030 | VERNON | BAGGETT |
| 17-cv-03031 | GEORGE | BAILEY |
| 17-cv-03032 | MARILYN | BALTIMORE |
| 17-cv-03033 | CHRISTOPHER | BANKS |
| 17-cv-03034 | DONALD | BARKSDALE |
| 12-cv-02248 | TORREY | BARLOW |
| 17-cv-03035 | KATE | BARNES |
| 17-cv-03629 | KRYSTAL | BARNES |
| 17-cv-03036 | OLANDER | BARNES |
| 17-cv-03630 | SUSAN | BARNES |
| 17-cv-03632 | CHADWICK | BARRINGTON |
| 17-cv-03037 | SAMUEL | BASS |
| 17-cv-03038 | LATHADDEUS (Omar) | BEACHAM |
| 17-cv-03634 | JOHN | BEAN |
| 17-cv-03635 | LISA | BECNEL |
| 17-cv-03039 | AUSTIN | BEELER |
| 17-cv-03040 | FABIAN | BELL |
| 17-cv-03480 | RODERICK | BELTON |
| 17-cv-03041 | DONELL | BENDOLPH |
| 17-cv-03042 | GWENDOLYN | BENNETT |
| 17-cv-03043 | NATALIE | BENYARD |
| 17-cv-03044 | JUSTIN | BERRY |
| 17-cv-03482 | CLEOPHUS | BEVERLY |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03045 | JOY | BEVERLY |
| 17-cv-03636 | SAMMIE | BINDER |
| 17-cv-04130 | CLARANCE | BIVINS |
| 17-cv-03483 | JAMARCUS | BLACK |
| 17-cv-03047 | LESIA | BLACK |
| 17-cv-03637 | KERMIT | BLACKSTON |
| 17-cv-04131 | SAVANNAH | BLACKSTON |
| 17-cv-03048 | VICTOR | BLACKSTON |
| 17-cv-04131 | KADEN | BLACKSTON (minor) |
| 17-cv-03490 | CHERRAE | BLACKWELL |
| 17-cv-03492 | ASHLEY | BLAKLEY |
| 17-cv-03049 | DARAY | BLAND |
| 17-cv-03050 | ROMOND | BLANKS |
| 17-cv-03341 | THOMAS | BODIFORD |
| 17-cv-03499 | STERLING | BOLER |
| 17-cv-04132 | JONATHAN "JOE" | BOLTON |
| 17-cv-04133 | SARA | BONILLA |
| 17-cv-04134 | WAYDE | BONVILLAIN |
| 17-cv-03051 | DONDY | BOOKER |
| 17-cv-03052 | WILLIE | BOOKER |
| 17-cv-04135 | LAWYER | BOOSE, JR. |
| 17-cv-03053 | CHIANTI | BOOTH |
| 17-cv-03639 | DENNIS | BOSARGE |
| 17-cv-03639 | LORINDA (LORI) | BOSARGE |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03505 | TERESA | BOWDEN |
| 17-cv-03506 | WILLIAM | BOWDEN, JR |
| 17-cv-03054 | CHARLES | BOWENS |
| 17-cv-04136 | ERIC | BRADLEY |
| 17-cv-03055 | ERVIN | BRADLEY |
| 17-cv-03887 | MICHAEL | BRAGGS |
| 17-cv-03056 | McKINLEY | BRANCH |
| 17-cv-04137 | TA'TANISHA | BRANDON |
| 17-cv-03057 | WILLIAM | BRANDON |
| 17-cv-03078 | VELMA | BRAZZLE |
| 17-cv-04138 | CRYSTAL | BREWER |
| 17-cv-03079 | JOHN | BREWER |
| 17-cv-03508 | THIMUS | BREWER |
| 17-cv-03080 | CLARENCE | BRIDGES |
| 17-cv-03083 | JIMMY | BRIGGS |
| 17-cv-03640 | IESHA | BRIMAGE |
| 17-cv-03510 | DARRELL | BRISTER |
| 17-cv-04652 | THE ESTATE OF COURTNEY | BRISTER |
| 17-cv-03087 | FLOYD | BROADWAY, JR. |
| 17-cv-04139 | KRISTA MEJIA | BROCK-FOUNTAIN |
| 17-cv-04655 | JT | BROOKS |
| 17-cv-03088 | KAREN | BROOKS |
| 17-cv-03090 | DEWAYNE | BROUGHTON |
| 17-cv-03093 | ARTHUR | BROWN |
| 17-cv-03516 | CHER | BROWN |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04141 | DONNA | BROWN |
| 12-cv-02333 | JAMIE | BROWN |
| 12-cv-02333 | JOSEPH | BROWN |
| 17-cv-03097 | LENA | BROWN |
| 17-cv-03099 | RAY | BROWN |
| 17-cv-04142 | REGINA | BROWN |
| 17-cv-03101 | RENNELL | BROWN |
| 17-cv-03104 | REYNARD | BROWN |
| 17-cv-04143 | ROCHELLE | BROWN |
| 17-cv-03641 | SHAH | BROWN |
| 17-cv-03519 | SHONTE | BROWN |
| 17-cv-04140 | THE ESTATE OF  BRYAN | BROWN |
| 17-cv-04499 | CURTIS | BRUMFIELD |
| 17-cv-03107 | HERBERT | BRUMFIELD |
| 17-cv-04562 | DEJA' JANA | BRUMFIELD  (minor) |
| 17-cv-03110 | JOSEPH | BRUTON |
| 17-cv-03114 | ERIC | BRYANT |
| 17-cv-03115 | BARBARA | BUCKLEY |
| 17-cv-03523 | JOSE' | BUENO |
| 17-cv-04144 | JOHN | BUNCH |
| 17-cv-03117 | ALBERT | BURNS |
| 17-cv-03118 | DOUGLAS | BUSH |
| 17-cv-03077 | DEBRA | BUTLER |
| 17-cv-04145 | LAKESHA | BUTLER |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04153 | MICHAEL | BUTLER |
| 17-cv-03075 | MILTON | BUTLER, III |
| 17-cv-03073 | BRANDON | BYRD |
| 17-cv-03070 | GEORGE | BYRD |
| 17-cv-03642 | JENNIFER | BYRD |
| 17-cv-03643 | ANDOCHE | CAMBRE |
| 17-cv-03119 | SHARON | CAMPBELL |
| 17-cv-03524 | TREVOR | CAMPBELL |
| 17-cv-03120 | MICHAEL | CARAWAY |
| 17-cv-03121 | LORA ANN | CARD |
| 17-cv-03644 | MARKELIN | CARGILL |
| 17-cv-03645 | OTIS | CARPENTER |
| 17-cv-03123 | CHARLES | CARTER |
| 17-cv-03525 | WILLIE | CASEY, JR. |
| 17-cv-04154 | JACKIE | CASTLEBERRY |
| 17-cv-04154 | JEFFREY | CASTLEBERRY (minor) |
| 17-cv-04154 | JANCEY | CASTLEBERRY-FORT |
| 17-cv-03124 | DAWN | CATCHINGS |
| 17-cv-03888 | ROY | CAUSEY |
| 17-cv-04067 | BRIANNE | CHAMBERS |
| 17-cv-04155 | SHATA | CHAPMAN |
| 17-cv-04155 | TATYANA | CHAPMAN (minor) |
| 17-cv-04155 | TABOKKA | CHAPMAN, JR. (minor) |
| 17-cv-03125 | COREY | CHARLES |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03646 | VONSHEA | CHATMAN |
| 17-cv-04507 | THE ESTATE OF RODNEY | CHERAMIE |
| 17-cv-04502 | GABRIELLE | CHERAMIE (minor) |
| 17-cv-03889 | ELVIS | CINTRA |
| 17-cv-03526 | CHRISTOPHER | CLAY, SR |
| 17-cv-03647 | EDWARD | COLBERT |
| 17-cv-03648 | RITA | COLBURN |
| 17-cv-03649 | WILLIE | COLE |
| 17-cv-03127 | BARBARA | COLEMAN |
| 17-cv-04157 | CHARLES | COLEMAN |
| 17-cv-03128 | HERBERT | COLEMAN |
| 17-cv-03130 | LILLIE | COLEMAN |
| 17-cv-04158 | STEVE | COLEMAN |
| 17-cv-03415 | JAMES | COLLIER |
| 17-cv-03131 | PATRICK | COLLIER |
| 17-cv-03650 | FRED | CONLEY |
| 17-cv-03686 | GEORGE | COON |
| 17-cv-03132 | CILLO | COTTON |
| 17-cv-03133 | GARY | COTTON |
| 17-cv-03134 | ANTHONY | CRAIG |
| 17-cv-03688 | DANIELLE | CRANMER |
| 17-cv-03135 | OLIVIA | CRAWFORD |
| 17-cv-03136 | PATRICK | CRAWFORD |
| 17-cv-03689 | MELTON | CROSBY, III |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03527 | CAROLYN | CRUMPTON |
| 17-cv-03137 | DEAN | CUEVAS |
| 17-cv-04159 | RENELL | CULBERSON |
| 17-cv-03690 | IVAN | CURBELO |
| 17-cv-03528 | LUCY | DAILEY |
| 17-cv-04160 | DANA | DANIEL |
| 17-cv-04309 | EILEEN | DANIEL |
| 17-cv-04392 | ESTEE | DANIELS |
| 17-cv-04394 | THE ESTATE OF ROBERT | DANIELS, JR. |
| 17-cv-03138 | BENNY | DARDAR, SR. |
| 17-cv-03139 | LEQUAITA | DARRINGTON |
| 17-cv-03531 | LEIF | DASCO |
| 17-cv-03725 | KEVIN | DAVENPORT |
| 17-cv-03726 | LARRY | DAVENPORT |
| 17-cv-03140 | FREDERICK | DAVIS |
| 17-cv-03141 | MARY | DAVIS |
| 17-cv-04664 | MICHAEL | DAVIS |
| 17-cv-04312 | SEDIJA | DAVIS |
| 17-cv-04313 | TRAVIS | DAVIS |
| 17-cv-04310 | LUKE | DAVIS, III |
| 17-cv-03142 | SANDRA | DAVISON |
| 17-cv-04314 | MYESHA | DAVIS-SHERROD |
| 17-cv-03533 | FREDERICK | DAWKINS |
| 17-cv-03892 | SUSANA | DE PAZ |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03143 | YOLANDA | DEDEAUX |
| 17-cv-03144 | ERIC | DEESE |
| 17-cv-04648 | KARIS | DELMAR MCDANIEL |
| 17-cv-03149 | ROBERT | DELOACH |
| 17-cv-03150 | JACK | DIAL |
| 17-cv-04315 | JOHNNY | DILL |
| 17-cv-04319 | MICHAEL | DINKINS |
| 17-cv-04320 | HEATHER | DIXEY |
| 17-cv-04321 | JORDAN | DIXEY |
| 17-cv-03900 | MICHAEL | DIXON |
| 17-cv-03903 | YEN | DO |
| 17-cv-03152 | TERRESA | DOBBS |
| 17-cv-04395 | CHRISTIAN MICHAEL | DOOM |
| 17-cv-04395 | DANIELLE | DOOM |
| 17-cv-04395 | KATHRYN | DOOM |
| 17-cv-04395 | PAUL MATTHEW | DOOM |
| 17-cv-04395 | PAUL RAYMOND | DOOM |
| 17-cv-04395 | GAVIN | DOOM (minor) |
| 17-cv-03154 | WILBERT | DORSEY |
| 17-cv-03534 | ELIZABETH | DOUD |
| 17-cv-03157 | VANTAVIOUS | DUCKSWORTH |
| 17-cv-03159 | MARSHALL | DUKES |
| 17-cv-03160 | DAVID | DUMAS |
| 17-cv-04322 | HAKIM | DUMAS |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03536 | ANGELA LAVERNE | DURDEN |
| 17-cv-03537 | KEITH | DURHAM |
| 17-cv-03538 | MARIO | DURR |
| 17-cv-04323 | WENDELL | DYKES |
| 17-cv-03913 | TONNIE | EASTERLING |
| 17-cv-04324 | AL | EDWARDS |
| 17-cv-03928 | JUNIOR | EDWARDS |
| 17-cv-03957 | NATASHA | EDWARDS |
| 17-cv-03163 | ERIC | ELLZEY |
| 17-cv-03985 | THE ESTATE OF JOHNNY | ELZEY |
| 17-cv-03180 | THOMAS | ENGLAND |
| 17-cv-03182 | EUGENE | ENGLISH |
| 17-cv-04325 | MERVIN | ENGLISH |
| 17-cv-03182 | ELIZABETH ENGLISH, Owner | English Appraisal Services |
| 17-cv-04326 | KEYWASKI | EVANS |
| 17-cv-04302 | GABRIELLE | EVANS TRAYLOR |
| 17-cv-03986 | BERNARD | EXPOSE |
| 17-cv-03184 | ALFORD | FAIRLEY |
| 17-cv-03988 | FREDDIE | FAIRLEY |
| 17-cv-03188 | ROYCE | FAIRLEY |
| 17-cv-03989 | WILLIAM | FAST |
| 17-cv-03192 | CARL | FAVORITE |
| 17-cv-04327 | MINNIE | FERGUSON |
| 17-cv-03193 | CHERYL | FIELDER |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03195 | JAMES | FLEMING |
| 17-cv-03990 | TERRIE | FLEMING |
| 17-cv-04396 | NANCY | FLOURNOY |
| 17-cv-04396 | DAVID | FLOURNOY, JR |
| 17-cv-04396 | DAVID | FLOURNOY, SR |
| 17-cv-03198 | LESLIE | FORD |
| 17-cv-03200 | JOHN | FOUNTAIN |
| 17-cv-03202 | MARY | FOUNTAIN |
| 17-cv-03204 | REGINALD | FOUNTAIN |
| 17-cv-03208 | JULIAN | FOWLER |
| 17-cv-03991 | JACKULIN | FOXWORTH |
| 17-cv-04328 | TIFFANY | FOXWORTH |
| 17-cv-03212 | MARK | FRANCISCO |
| 17-cv-03992 | ANDREW | FRANICHEVICH |
| 17-cv-03215 | CHARLES M. | FRANKLIN, JR. |
| 17-cv-03216 | ROBERT | FRANKS |
| 17-cv-03219 | DEBRA | FRAZIER |
| 17-cv-04329 | SHAWNDAIUS | GAINES |
| 17-cv-03993 | CAROLYN | GAINEY |
| 17-cv-03993 | THE ESTATE OF RUSSELL | GAINEY, SR. |
| 17-cv-03994 | JAMES | GAMBLE |
| 17-cv-03223 | DENNIS | GARA, JR. |
| 17-cv-03541 | JOHN | GARCIA |
| 17-cv-03224 | SANDRA | GARDNER |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04330 | CLARENCE | GARLOW |
| 17-cv-03229 | RENEE | GATHERS |
| 17-cv-03995 | BRANDON | GENTRY |
| 17-cv-03234 | EARL | GILLIAM |
| 17-cv-03236 | ARTHUR | GILMORE |
| 17-cv-03996 | ERNEST | GIUSTI, JR |
| 17-cv-04331 | SCOTT | GODFREY |
| 17-cv-03256 | MARCINE | GOLDSMITH |
| 17-cv-04332 | TEVON | GOMES |
| 17-cv-04333 | JAMES | GONZALES |
| 17-cv-03257 | HECTOR | GONZALEZ |
| 17-cv-04334 | MARCUS | GRANT |
| 17-cv-04335 | CARL | GRAVES |
| 17-cv-04336 | MICHAEL | GRAY |
| 17-cv-04660 | Milsap, Sylvia - PRINCESS | GRAY  (minor) |
| 17-cv-04337 | BIRNELLA | GREEN |
| 17-cv-03997 | TIMOTHY | GREEN |
| 17-cv-03258 | KACEY | GRIFFIN |
| 17-cv-03259 | MARSELL | GRIFFIN |
| 17-cv-03260 | SERENA | GUESS |
| 17-cv-04338 | JAMERSON | HAKENJOS |
| 17-cv-03998 | LANYCHA | HALL |
| 17-cv-03261 | LORINZO | HALL |
| 17-cv-03262 | EDWIN | HALSELL |
| 17-cv-03263 | TERRENCE | HAMILTON |
| 17-cv-04339 | RONNIE | HARDY |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04340 | KIRK | HAREWOOD |
| 17-cv-04341 | JAMES | HARMON |
| 17-cv-04342 | AL'TERRYAL | HARRIS |
| 17-cv-03264 | CEDRIC | HARRIS |
| 17-cv-03265 | CHARLES | HARRIS |
| 17-cv-04343 | DERRY | HARRIS |
| 17-cv-03266 | ELVIS | HARRIS |
| 17-cv-03267 | RUSHION | HARRIS |
| 17-cv-04345 | TERRANCE | HARRIS |
| 17-cv-04650 | TISHIA | HARRIS |
| 17-cv-03268 | TYRON | HARRIS |
| 17-cv-04344 | EZZARD | HARRIS, JR |
| 17-cv-04346 | KENNARD | HARRISON |
| 17-cv-04347 | JEROME | HARRY |
| 17-cv-03269 | KHRISTI | HARVEY |
| 17-cv-04348 | DANA | HATCHER |
| 17-cv-03270 | AYANA | HAWTHORNE |
| 17-cv-04397 | ISAIAH | HAYES |
| 17-cv-04397 | MARY | HAYES |
| 17-cv-04349 | RODNEY | HAYES |
| 17-cv-04397 | ISAAC | HAYES  (minor) |
| 17-cv-03271 | ALEXANDER | HAYNES |
| 17-cv-04350 | ALMETIS | HAYNES |
| 17-cv-03272 | WILLIE | HAYNES |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04353 | THOMAS | HEATHINGTON |
| 17-cv-03273 | ALAN | HENDERSON |
| 17-cv-03275 | WAYNE | HENDERSON |
| 17-cv-04354 | MITCHELL | HENDRIX |
| 17-cv-03276 | JAMES | HENSON, JR |
| 17-cv-03277 | JAMES | HENSON, SR |
| 17-cv-04355 | SEBASTIAN | HERBERT |
| 17-cv-04356 | KEUNDRA | HICKS |
| 17-cv-03315 | DOROTHY CLAYTON | HIGGINBOTHAM |
| 17-cv-03278 | SHERRY | HILL |
| 17-cv-03279 | JULIUS | HILLIARD |
| 17-cv-03280 | THOMAS | HINES, JR |
| 17-cv-04357 | ARLENE | HINTON |
| 17-cv-03281 | EDISON | HOCKADAY |
| 17-cv-03282 | CHARLIE | HODGE |
| 17-cv-03999 | ALEC | HOHNADELL |
| 17-cv-03999 | GALE | HOHNADELL |
| 17-cv-03999 | KIMBERLY | HOHNADELL |
| 17-cv-03283 | DANE | HOLDER, II |
| 17-cv-04358 | ERIC | HOLIFIELD |
| 17-cv-04359 | GOLLIE | HOLIFIELD |
| 17-cv-03284 | THE ESTATE OF ALVIN | HOLIFIELD |
| 17-cv-04065 | JARVIS | HOOKER |
| 17-cv-03285 | KAREM | HORNE |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04568 | HALEY | HORNE (minor) |
| 17-cv-04360 | BRUCE | HOUSER |
| 17-cv-03286 | ALFRED | HOWARD |
| 17-cv-03543 | LARRY | HOWARD |
| 17-cv-03287 | PATRICIA | HOWELL |
| 17-cv-03288 | ALFONSO | HOWZE |
| 17-cv-03289 | CARSON | HUDDLESTON |
| 17-cv-04361 | MARK | HUDSON |
| 17-cv-04362 | TRAVIS | HUDSON |
| 17-cv-04363 | WILLIAM ROBERT | HUGHES |
| 17-cv-03290 | CLAMUS | HUNDLEY |
| 17-cv-04364 | SHIKIAH | HURD |
| 17-cv-04000 | STEVEN | HURD |
| 17-cv-03545 | THERESA | HURD |
| 17-cv-03291 | TRONG | HUYNH |
| 17-cv-03292 | ELLA | HYE |
| 17-cv-03293 | TERRY | HYE |
| 17-cv-04365 | CEDRIC | ISOM |
| 17-cv-03294 | ANTHONY | JACKSON |
| 17-cv-03295 | BRENDA | JACKSON |
| 17-cv-03296 | CHRISTOLA | JACKSON |
| 17-cv-03297 | GREGORY | JACKSON |
| 17-cv-03298 | MARCUS | JACKSON |
| 17-cv-03299 | SHARON | JACKSON |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04366 | TARUS | JACKSON |
| 17-cv-03300 | EUWEEKA | JACOBS |
| 17-cv-03301 | JOSE | JACQUEZ |
| 17-cv-03302 | HILAL | JAOUHARI |
| 17-cv-03303 | CHRIS | JENKINS |
| 17-cv-04367 | TERRI | JENKINS |
| 17-cv-03304 | JOAN | JOHNS |
| 17-cv-04368 | AARON | JOHNSON |
| 17-cv-03305 | BEAUX | JOHNSON |
| 17-cv-04369 | CARL | JOHNSON |
| 17-cv-03306 | CARMINE | JOHNSON |
| 17-cv-03307 | CHESTERE | JOHNSON |
| 17-cv-04370 | DEBORAH | JOHNSON |
| 17-cv-04371 | GENA | JOHNSON |
| 17-cv-03308 | GRADY | JOHNSON |
| 17-cv-04372 | LISA | JOHNSON |
| 17-cv-03309 | PATRICIA | JOHNSON |
| 17-cv-04647 | REGINALD | JOHNSON |
| 17-cv-04373 | RODERICK | JOHNSON |
| 17-cv-04374 | STEPHEN | JOHNSON |
| 17-cv-04399 | VICTORIA | JOHNSON  (minor) |
| 17-cv-04399 | TRAVIS | JOHNSON, JR.  (minor) |
| 17-cv-03310 | RICHARD | JOINER |
| 17-cv-04376 | ANDRE | JONES |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04378 | BRANDON | JONES |
| 17-cv-03312 | CHARLENE | JONES |
| 17-cv-04377 | CYNTHIA | JONES |
| 17-cv-04379 | EDWARD | JONES |
| 17-cv-04380 | HOWARD | JONES |
| 17-cv-04381 | LARRY | JONES |
| 17-cv-04382 | MARVIN | JONES |
| 17-cv-04383 | SAMMIE | JONES |
| 17-cv-04384 | TEKIRA | JONES |
| 17-cv-04385 | TRAVIS | JONES |
| 17-cv-04375 | AL'LISHA | JONES  (minor) |
| 17-cv-04386 | ELDRIDGE | JOSEPH |
| 17-cv-04569 | FOREST | JOURDEN |
| 17-cv-04387 | KEVIN | KALINOWSKI |
| 17-cv-03313 | THE ESTATE OF PETER | KAOUI |
| 17-cv-04388 | BILLY | KELLY, JR |
| 17-cv-03314 | TAIJAHRELL | KENNER |
| 17-cv-04389 | ERNESTINE | KEYS |
| 17-cv-04390 | LARRY | KIDD |
| 17-cv-04393 | CLIFTON | KING |
| 17-cv-04398 | DEWAYNE | KING |
| 17-cv-04398 | TAI-KEYSHA | KING |
| 17-cv-04391 | CHRISTOPHER | KIRKLAND |
| 17-cv-04401 | JEREMIAH | LABROSSE |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04402 | ALLEN (Bradley) | LaFORCE |
| 17-cv-03317 | CY | LANDRY |
| 17-cv-04403 | EUREAKA | LANEAUX |
| 17-cv-03319 | PATRICK | LASTER, JR |
| 17-cv-04654 | JAMIE | LAWRENCE |
| 17-cv-04404 | TELLY | LAWSON |
| 17-cv-03320 | DIANA | LAWTON |
| 17-cv-04001 | TRINH (Ching) | LE |
| 17-cv-04001 | TRINITY (Ching) | LE (minor) |
| 17-cv-03321 | CHERRY | LEARN |
| 17-cv-03322 | MICHAEL | LEARN |
| 17-cv-04405 | CHARLES | LEATHERWOOD |
| 17-cv-04407 | KATHY | LEE |
| 17-cv-04558 | TERRANCE | LEE |
| 17-cv-04558 | AVA | LEE  (minor) |
| 17-cv-04406 | ELBERT | LEE, JR |
| 17-cv-03546 | DALAN | LENARD |
| 17-cv-04408 | THE ESTATE OF MARY | LEPOMA |
| 17-cv-04409 | HIBBARD | LETT |
| 17-cv-03324 | CLYDE | LEVERETTE |
| 17-cv-03325 | GLENDA | LEWIS |
| 17-cv-04410 | LASHONA | LEWIS |
| 17-cv-03329 | SHERRIE | LEWIS |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03330 | ULYSES | LEWIS, JR. |
| 17-cv-03332 | KENDRICK | LIDDELL |
| 17-cv-04411 | QUIENT | LIDDELL |
| 17-cv-03333 | RAYMOND | LIRETTE |
| 17-cv-04413 | JOE | LOCKE |
| 17-cv-03339 | WESLEY | LOFTUS |
| 17-cv-04415 | IRENE | LOPEZ |
| 17-cv-03340 | ETHEL | LUCKY |
| 17-cv-04417 | LUKE | LUNDY |
| 17-cv-04419 | FREDRICK | LUTIN |
| 17-cv-04002 | DUKE | MACKLES |
| 17-cv-04003 | SHANE | MACKLES |
| 17-cv-03548 | WILLIE | MACON |
| 17-cv-04560 | JEFFERY | MADDOX |
| 17-cv-04560 | JOSEPHINE | MADDOX |
| 17-cv-04399 | ANDREA | MAGEE |
| 17-cv-03549 | RICHARD | MAGEE |
| 17-cv-04561 | WHITNEY BURROUGHS | MAGEE |
| 17-cv-04561 | VIRDEE | MAGEE  (minor) |
| 17-cv-04561 | XAVIER | MAGEE  (minor) |
| 17-cv-04421 | MAXIE | MANN |
| 17-cv-04422 | ANTHONY | MANNING |
| 17-cv-04564 | ANGIE | MARSHALL-REECH |
| 17-cv-04004 | CLIFTON | MARTIN |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03358 | FLINT | MARTIN |
| 17-cv-04424 | LIZZIE | MARTIN |
| 17-cv-04429 | TATASHA | MARTIN |
| 17-cv-03360 | TRUDY | MARTIN |
| 12-cv-02332 | JAMES | MASTERS |
| 17-cv-04005 | CLEVELAND | MATTHEWS |
| 17-cv-03550 | SHAWNA | MATTHIS |
| 17-cv-04068 | DERRICK | MAY |
| 17-cv-04550 | THE ESTATE OF JOE | MAY |
| 17-cv-03364 | ANTHONY | MAYFIELD |
| 17-cv-03371 | COREY | McARTHUR |
| 17-cv-03551 | VERDA | McCALL |
| 17-cv-03375 | LARRY | McCAMMON |
| 17-cv-04006 | MISSOURI | McCANN |
| 17-cv-03379 | DOROTHY | McCLENDON |
| 17-cv-03552 | ANTHONY | McCRAY |
| 17-cv-04069 | RONALD | McDANIEL |
| 17-cv-04432 | BOBBY | McDONALD |
| 17-cv-04434 | DAVID | McDONALD |
| 17-cv-03386 | DERRICK | McDOUGLE |
| 17-cv-04070 | ALEXIS | McELROY |
| 17-cv-03392 | ERIK | McGILL |
| 17-cv-03395 | JEREMY | McGILL |
| 17-cv-04071 | RAY | McGILL |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04436 | TRACI | McINNIS |
| 17-cv-03555 | JACQUES | McINNIS, JR |
| 17-cv-03556 | JACQUES | McINNIS, SR |
| 17-cv-04072 | MELINDA | McKAY |
| 17-cv-04562 | SHERRIE | McKINLEY |
| 17-cv-04562 | DAVID | McKINLEY  (minor) |
| 17-cv-03558 | CHARLES | McMEANS |
| 17-cv-03396 | JEFFARI | McMILLAN |
| 17-cv-03563 | HENRY | McQUEEN |
| 17-cv-03564 | JESSE | MEDEL |
| 17-cv-03565 | TRAI | MICHAEL |
| 17-cv-04563 | THE ESTATE OF FRANK | MICHAEL, III |
| 17-cv-04437 | BRITNEY | MICHELN |
| 17-cv-03566 | SHANTAE | MICKLES |
| 17-cv-04439 | RAYMOND | MILLENDER |
| 17-cv-04441 | CAROLYN | MILLER |
| 17-cv-04444 | JERRY | MILLER |
| 17-cv-03569 | TASCHET | MILLER |
| 17-cv-03398 | TIMOTHY | MILLER |
| 17-cv-04448 | KENNETH | MILLS |
| 17-cv-04449 | ANGELA | MILSAP |
| 17-cv-04451 | DENNIS | MILSAP |
| 17-cv-04073 | MICHAEL | MINOR |
| 17-cv-03400 | LEE | MINTON |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04453 | ANTHONY L. | MOORE |
| 17-cv-04454 | ANTHONY W. | MOORE |
| 17-cv-04456 | APRIL | MOORE |
| 17-cv-03573 | CHARLES | MOORE |
| 17-cv-04657 | CHERYL | MOORE |
| 17-cv-04074 | CYNTHIA | MOORE |
| 17-cv-03574 | DENNIS | MOORE |
| 17-cv-03576 | FELICIA | MOORE |
| 17-cv-03402 | KENDALL | MOORE |
| 17-cv-04457 | SANDRA | MOORE |
| 17-cv-03571 | ALBERT B. | MOORE, III |
| 17-cv-03572 | ALBERT R. | MOORE, IV |
| 17-cv-04461 | HOLLY | MOORERE |
| 17-cv-03579 | TACCARI | MORGAN |
| 17-cv-04459 | DEMETRIA | MORRIS |
| 17-cv-03582 | KELVIN | MURRAY |
| 17-cv-04462 | JIMMY | NANCE |
| 12-cv-02564 | JOHN | NAPLES |
| 17-cv-03584 | BRYANT | NAQUIN |
| 17-cv-03586 | VELMA | NAQUIN |
| 17-cv-04075 | ROBERT | NELSON, JR |
| 17-cv-04463 | STEPHEN | NESTLE |
| 17-cv-04559 | JONATHAN | NETHERLAND |
| 17-cv-04559 | GABRIELLA | NETHERLAND (minor) |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-03588 | BRANDON | NEWTON |
| 17-cv-04464 | PHIEU | NGO |
| 17-cv-04465 | HILLARY | NGUYEN |
| 17-cv-04467 | HUNG VAN | NGUYEN |
| 17-cv-04468 | KHA | NGUYEN |
| 17-cv-04565 | DAPHNE | NORRIS |
| 17-cv-04565 | DAPHNE | NORRIS DORRIS |
| 17-cv-03590 | CHESTER | NORSWEARTHY |
| 17-cv-03591 | JOE ANNIE | OLDS |
| 17-cv-04076 | THE ESTATE OF RICHARD | O'NEAL |
| 17-cv-03592 | TONY | ORANGE |
| 17-cv-04470 | CHRISTOPHER | OSBEY |
| 17-cv-04471 | LINDA | PACE |
| 17-cv-04077 | PATRICK | PACKER |
| 17-cv-03594 | CYNTHIA | PAIGE |
| 17-cv-04078 | EDWARD | PARKER |
| 17-cv-04079 | DANA | PATTERSON |
| 17-cv-04473 | CARLOS | PATTON |
| 17-cv-04474 | ALEXZANDER | PAYTON |
| 17-cv-04557 | CESAR | PAZ |
| 17-cv-04557 | ISRAEL | PAZ   (minor) |
| 17-cv-04557 | KEREN | PAZ   (minor) |
| 17-cv-04557 | CESAR ANDREW | PAZ, JR (minor) |
| 17-cv-03596 | MARCUS | PEAIRS |
| 17-cv-03597 | BARBARA | PEARSON |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04475 | NENAD | PEJIC |
| 17-cv-04080 | TAVARISH | PENN |
| 17-cv-04280 | KATHY | PENNINGTON |
| 17-cv-04476 | ISAAC | PERKINS |
| 17-cv-03598 | THE ESTATE OF MARK | PESCHLOW |
| 17-cv-04479 | RHETT | PETERS |
| 17-cv-03404 | DENISE | PETTAWAY |
| 17-cv-03599 | JOHN | PETTAWAY |
| 17-cv-04481 | DELRICK | PETTWAY |
| 17-cv-04146 | SANDRA | PETTWAY |
| 17-cv-04163 | ANGELA | PHILLIPS |
| 17-cv-04281 | BRYANT | PHILLIPS |
| 17-cv-04305 | SHUNNA | PHILLIPS |
| 17-cv-04482 | GEORGE | PICKETT |
| 17-cv-04483 | EDNA | PLUMMER |
| 17-cv-04282 | FELTON | POLK |
| 17-cv-03600 | TONTA | POLK |
| 17-cv-03344 | SCOTT | PORTER |
| 17-cv-04164 | ERVIN | POUGH |
| 17-cv-04484 | ANDRE | POWE |
| 17-cv-04489 | DONALD | POWELL |
| 17-cv-04283 | WHIRLEE | POWELL |
| 17-cv-04556 | THE ESTATE OF KIMLYN | PREATTO |
| 17-cv-04570 | ANTHONY | PRESTENBACH |
| 17-cv-04572 | JAMES | PRICE |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04571 | CALVIN | PRICE, SR. |
| 17-cv-04166 | ROBERT | QUIROZ |
| 17-cv-03405 | ROBERT | RAMEY |
| 17-cv-04168 | RON | RANSON |
| 17-cv-04509 | DERRICK | RAWLS |
| 17-cv-04649 | KATHY MCMILLAN | REDDIT now Buckingham |
| 17-cv-03602 | MICHAEL | REEB |
| 17-cv-04564 | RILEY | REECH (minor) |
| 17-cv-04174 | ANTONIO | REED |
| 17-cv-03603 | CHESTER | REED |
| 13-cv-02378 | LAURA | REGAN |
| 13-cv-02378 | ROBERT | REGAN |
| 17-cv-04175 | CARL | REVELS |
| 17-cv-04284 | TYRONE | RICHARD |
| 17-cv-03407 | A'DONNA | RICHARDSON |
| 17-cv-04285 | THE ESTATE OF LULA | RICHARDSON |
| 17-cv-04177 | TERESA | RIDDELL-HARE |
| 17-cv-04304 | DARREN | RILEY |
| 17-cv-04178 | KENNETH | ROAN |
| 17-cv-04286 | RAYNARD | ROBERSON |
| 17-cv-03605 | CYNTHIA | ROBERTS |
| 17-cv-04513 | FRANCES | ROBERTS |
| 17-cv-04573 | CARRIE | ROBERTSON |
| 17-cv-03606 | BRIAN | ROBINSON |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04574 | PATRICK | ROBINSON |
| 17-cv-04536 | RICCO | ROBINSON, JR |
| 17-cv-04567 | RAMON | RODRIGUEZ |
| 17-cv-04575 | BETTY | ROGERS |
| 17-cv-04400 | DARLA | ROOKS |
| 17-cv-04400 | TODD | ROOKS |
| 17-cv-04287 | ERICA | ROSS |
| 17-cv-04288 | VANESSA | ROSS |
| 17-cv-04576 | GREGORY | ROUNDS |
| 17-cv-04289 | CHRISTOPHER | SALTER |
| 17-cv-04290 | JAMES | SAMPLE, II |
| 17-cv-04555 | NICHOLE | SANTINY |
| 17-cv-04555 | LAILA | SANTINY (minor) |
| 17-cv-04555 | ZANA | SANTINY (minor) |
| 17-cv-04577 | LATONYA | SAXTON |
| 17-cv-04242 | VERONICA | SCAIEF |
| 17-cv-04243 | MICHAEL | SCARBOROUGH |
| 17-cv-04279 | MICHELLE | SCHMIDT |
| 17-cv-04179 | RACHEL | SCHMIDT |
| 17-cv-03608 | BARBARA | SCOTT |
| 17-cv-04578 | CODIE | SCOTT |
| 17-cv-04554 | COREY | SCOTT |
| 17-cv-04579 | KATRINA | SCOTT |
| 17-cv-03609 | NAKIA | SCOTT |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04554 | NICOLE | SCOTT |
| 17-cv-04554 | JOLIEGH | SCOTT   (minor) |
| 17-cv-04554 | MATTHEW | SCOTT   (minor) |
| 17-cv-04554 | DONALD | SCOTT, II |
| 17-cv-04244 | SHARITYE | SEAY |
| 17-cv-03610 | TERRANCE | SELLERS |
| 17-cv-04245 | CAROLYN | SEWELL |
| 17-cv-04581 | MISHA | SEWER |
| 17-cv-04246 | TWINELLA | SHADE |
| 17-cv-03611 | TORY | SHANNON |
| 17-cv-04534 | DAMIEN | SHELTON |
| 17-cv-04582 | LORI | SHEPARD |
| 17-cv-03410 | CHRISTOPHER | SHERROD |
| 17-cv-04247 | CANDICE | SIMMONS |
| 17-cv-04248 | GAYLA | SIMMONS |
| 17-cv-04553 | KEVIN | SIMMONS |
| 17-cv-04583 | TONY | SIMMONS |
| 17-cv-04553 | BLAKE | SIMMONS  (minor) |
| 17-cv-04553 | KEVIN | SIMMONS, II  (minor) |
| 17-cv-04181 | SAMUEL | SKETTENO, JR |
| 17-cv-04584 | BOBBY | SLAUGHTER |
| 17-cv-04249 | RAYMOND | SLEDGE |
| 17-cv-04180 | CINDY | SMITH |
| 17-cv-04250 | LAJOY | SMITH |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04586 | LEE | SMITH |
| 17-cv-04251 | LINDA TROTTER | SMITH |
| 17-cv-04551 | THE ESTATE OF TYRONE | SMITH |
| 17-cv-04252 | JASON | SONNIER |
| 17-cv-04253 | RITA | SPENCER |
| 17-cv-04254 | TRELLIS | SPENCER |
| 17-cv-04255 | NANCY | SPROAT |
| 17-cv-04256 | DEEDRA | SPURLOCK |
| 17-cv-04257 | JOHN | ST. ANN |
| 17-cv-03411 | GLORIA FAIRLEY | STALLWORTH |
| 17-cv-04514 | JOSIAH | STALLWORTH |
| 17-cv-04183 | MARLON | STALLWORTH |
| 17-cv-04566 | BESTE | STALLWORTH (minor) |
| 17-cv-03612 | BEN | STALLWORTH, III |
| 17-cv-04258 | PATRICK | STANTON |
| 17-cv-04588 | CHARLES | STAPLETON |
| 17-cv-04590 | ERNEST | STENNIS |
| 17-cv-04294 | RANDI | STEPHENS |
| 17-cv-04520 | THOMAS | STEPHENS, JR |
| 17-cv-04592 | THOMAS | STEPHENS, SR. |
| 17-cv-04184 | ALPENATON | STEWART |
| 17-cv-04299 | ELIZABETH | STEWART |
| 17-cv-03613 | LLOYD | STEWART, JR |
| 17-cv-04400 | DAMIEN | STOCKSTILL (minor) |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04400 | DANIEL | STOCKSTILL  (minor) |
| 17-cv-04593 | DANIEL | STOREY |
| 17-cv-04640 | LAMBERT | STOVALL |
| 17-cv-03615 | ROBERT | STRAUSS |
| 17-cv-04259 | CARRINGTON | STREET |
| 17-cv-03619 | COREY | STREET |
| 17-cv-04300 | DON | STREET |
| 17-cv-04260 | SHADRONICA | STREET |
| 17-cv-04552 | SAMHOUSTON | STRICKLIN (minor) Pamela Boyce |
| 17-cv-04261 | THE ESTATE OF JESSE | STUBBS |
| 17-cv-04643 | TARA | SUMMERALL |
| 17-cv-04262 | ANDRAE | SUMMERS |
| 17-cv-04263 | ANTHONY | SUNSERI |
| 17-cv-04186 | JULIE | SWANEY |
| 17-cv-04644 | MARQUEDA | SWANIER |
| 17-cv-04264 | CURTIS | TATE |
| 17-cv-04600 | ERIC | TAYLOR |
| 17-cv-04190 | JEREMY | TAYLOR |
| 17-cv-04603 | KIMBERLY | TAYLOR |
| 17-cv-04191 | SHANA | TAYLOR |
| 17-cv-04605 | MICHAEL | TEBBS |
| 17-cv-04606 | SHELIA | TEBBS |
| 17-cv-04549 | BETTY ANN | TERREBONNE |
| 17-cv-04192 | GARY | TERREBONNE, JR. |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04549 | GARY | TERREBONNE, SR. |
| 17-cv-04608 | CARLOS | THOMAS |
| 17-cv-04195 | KENDRICK | THOMAS |
| 17-cv-04301 | KENNEDY | THOMAS |
| 17-cv-04595 | RAYMOND | THOMAS |
| 17-cv-04547 | THE ESTATE OF JIMMIE | THOMAS |
| 17-cv-04556 | DAVID | THOMAS, JR. (minor) |
| 17-cv-04198 | ADONIS | THOMPSON |
| 17-cv-04265 | BRIAN | THOMPSON |
| 17-cv-04609 | CHRISTOPHER | THOMPSON |
| 17-cv-04611 | DEFORREST | THOMPSON |
| 17-cv-04202 | RANDY | THOMPSON |
| 17-cv-04266 | FRANCES | TIMMONS |
| 17-cv-04613 | WARREN | TOBIAS |
| 17-cv-04267 | JUANITA | TOLER |
| 17-cv-04268 | MICHAEL | TOLLIVER |
| 17-cv-04204 | ESMERALDA | TORRES |
| 17-cv-04519 | FRANK | TOWNSER, III |
| 17-cv-04205 | FRANK | TOWNSER, JR |
| 17-cv-04269 | JOSH | TREME |
| 17-cv-04270 | DANNY | TRIPLETT |
| 17-cv-03621 | MARVIN | TROTTER |
| 17-cv-04207 | CLIFFORD | TROXLER, JR |
| 17-cv-04614 | JUDY | TURNER |
| 17-cv-04210 | MICHAEL | TURNER |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04214 | TONIE | TURNER |
| 17-cv-04616 | VICKEY | TURNER |
| 17-cv-03413 | AMANDA JOHNSON | UPCHURCH |
| 17-cv-04617 | ERIC | VAZQUEZ, JR. |
| 17-cv-04215 | ERNEST | VEAL |
| 17-cv-04619 | JOHN | VEILLON |
| 17-cv-04517 | RACHEL | VICKNAIR (ROST) |
| 17-cv-04217 | JANE | VILLERE |
| 17-cv-04271 | TYRELL | WADDELL |
| 17-cv-04624 | JAMES | WADE |
| 17-cv-04272 | CYNTHIA | WALKER |
| 17-cv-04645 | GLYNN | WALKER |
| 17-cv-03622 | LISA | WALKER |
| 17-cv-04219 | RODNEY | WALKER, II |
| 17-cv-04273 | SHANAVIA | WALTER |
| 17-cv-04220 | JENNIFER | WARD |
| 17-cv-04221 | MIA | WARE |
| 17-cv-04626 | LARRY | WARREN |
| 17-cv-04296 | JANEL | WASHINGTON |
| 17-cv-04297 | VICTORIA | WASHINGTON |
| 17-cv-04274 | ARCHIE | WATKINS, JR. |
| 17-cv-04627 | DEREK | WATTS |
| 17-cv-04298 | JEREMY | WATTS |
| 17-cv-04222 | DAVID | WAXMAN |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04295 | SHERLYON | WEATHERSBY |
| 17-cv-04275 | TERRY | WEATHERSBY |
| 17-cv-04223 | DALISHA | WEBB |
| 17-cv-04276 | JOHN | WEBB |
| 17-cv-04542 | MELISSA | WELLINGTON |
| 17-cv-04542 | JADA | WELLINGTON (minor) |
| 17-cv-04542 | JANYA | WELLINGTON (minor) |
| 17-cv-04224 | RABELL JOHNSON | WELLS |
| 17-cv-04225 | APRIL | WENSEL |
| 17-cv-04629 | BETSY | WENSEL (LEE) |
| 17-cv-04226 | DON | WHEATON |
| 17-cv-04227 | ALEXIS | WHITE |
| 17-cv-04229 | RICARDO | WHITE |
| 17-cv-03623 | RASHAWN | WHITE |
| 17-cv-04230 | CHELSEA | WHITFIELD |
| 17-cv-04631 | RODERICK | WHITTED |
| 17-cv-04231 | TIMOTHY | WHITTIKER, JR. |
| 17-cv-04232 | DENNIS | WILCOX |
| 17-cv-04632 | ANGELINIA | WILLIAMS |
| 17-cv-03414 | ARMIS | WILLIAMS |
| 17-cv-04633 | AURON | WILLIAMS |
| 17-cv-04233 | CHARETTA | WILLIAMS |
| 17-cv-04277 | CHARLES | WILLIAMS |
| 17-cv-04234 | CLARENCE | WILLIAMS |

| Case Number | First Name | Last Name |
|---|---|---|
| 17-cv-04291 | DAWARREN | WILLIAMS |
| 17-cv-04306 | GREGORY | WILLIAMS |
| 17-cv-04307 | HOLLY | WILLIAMS |
| 17-cv-04634 | JAHNIA | WILLIAMS |
| 17-cv-04636 | KANEIKA | WILLIAMS |
| 17-cv-04236 | RANDY | WILLIAMS |
| 17-cv-04516 | ROY | WILLIAMS |
| 17-cv-04237 | VIOLA | WILLIAMS |
| 17-cv-04660 | PRICILLA | WILLIAMS (minor) |
| 17-cv-04235 | JAMES | WILLIAMS, JR. |
| 17-cv-04597 | AARON | WILLIS |
| 17-cv-04239 | BERNICE | WILSON |
| 17-cv-04659 | COSSIE | WILSON |
| 17-cv-04278 | MARK | WILSON |
| 17-cv-04240 | ANTONIO | WOODLAND |
| 17-cv-04241 | ANDRE | WRIGHT |
| 17-cv-04293 | DANIEL | YARBROUGH |
| 17-cv-04292 | REBECCA | YARBROUGH |
| 17-cv-04637 | FREDDIE | ZAYZAY |