# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br>SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of Clifford West, a Class Member who is deceased, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement, via counsel, respectfully move this Court to: (1) approve the settlement of the claim filed on behalf Clifford West as fair, reasonable, and adequate, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **NICKS LAW FIRM** | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| By: /s/ *Shantrell Nicks*<br>Shantrell Nicks<br>Nicks Law Firm<br>312-T Schillinger Road Box #306<br>Mobile, AL 36608 | By: /s/ *Joseph L. Bruemmer*<br>Matthew L. Garretson<br>Joseph L. Bruemmer<br>Garretson Resolution Group<br>6281 Tri-Ridge Blvd., Suite 300<br>Loveland, OH  45140 |