IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * MDL NO. 2179 <br> * <br> * SECTION: J <br> * |
| *This document relates to:* <br><br> ALL CASES <br><br> (including No. 12-970) | * <br> * <br> * **HONORABLE CARL J. BARBIER** <br> * <br> * **MAGISTRATE JUDGE WILKINSON** <br> * <br> * |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to transmit Two Thousand Two Hundred Sixty-Five Dollars and Fifty Cents ($2,265.50) from the Common Benefit Cost and Fee Fund to Garrett & Co. LLC for administrative expenses and/or fees and Six Thousand Five Hundred Dollars and No Cents ($6,500.00) to JPMorgan Chase Bank, N.A. for administrative fees incurred for the Aggregate Common Benefit Fee and Cost Fund.

**SIGNED** in New Orleans, Louisiana this 21st day of June, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE