UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| *Applies to 12-970;* *Bon Secour Fisheries, et al.,* *v. BP Exploration & Production, Inc., et al.* | * * | MAG. JUDGE WILKINSON |
| *AND* | * * | |
| *No. 18-cv-03757, Claim ID #344482* | | |

## ORDER

**IT IS ORDERED** that Claimant Eastex Materials, Inc.'s Motion for Extension of Time to Appeal (Rec. Doc. 24627) is DENIED.

New Orleans, Louisiana, this 22nd day of June, 2018.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 18-cv-3757**