UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GULF COAST ENTERTAINMENT, LLC, | * * |
| | * CIVIL ACTION NO. 2:13-cv-02121 |
| Plaintiff, | * |
| | * SECTION: J |
| v. | * |
| | * JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., *ET AL.*, | * |
| | * MAG. JUDGE WILKINSON |
| | * |
| Defendants. | * |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, GULF COAST ENTERTAINMENT, LLC, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and paragraph 11(b) of the Full and Final Release, Settlement, and Covenant Not To Sue entered into by the parties, hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed and paid.

Case name(s) and docket number (s):

    **GULF COAST ENTERTAINMENT, LLC**                    2:13-cv-02121

Short-Form Joinder Number(s) and identifying information:

    2:10-cv-8888-111699

Respectfully submitted, this 21st day of June, 2018.

/s/ Christopher D. Boutwell

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
Chris.Boutwell@BeasleyAllen.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing *Notice of Voluntary Dismissal With Prejudice* has been served on All Counsel by electronically uploading the same to Lexis Nexis FileAndServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of June, 2018.

/s/ Christopher D. Boutwell