UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *B3 Pleading Bundle* | * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the Motion for Extension of Time (Rec. Doc. 24633) filed by attorneys Nexsen Pruet, LLC and Douglas M. Schmidt APLC is DENIED.

New Orleans, Louisiana, this 22nd day of June, 2018.

_____
United States District Judge