UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *B3 Pleading Bundle* | * * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the Order of June 22, 2018 (Rec. Doc. 24670), which denied a Motion for Extension of Time (Rec. Doc. 24633) to comply with PTO 66, is VACATED.

IT IS FURTHER ORDERED that the Motion for Extension of Time (Rec. Doc. 24633) by attorneys Nexsen Pruet, LLC and Douglas M. Schmidt is GRANTED IN PART and the deadline for the plaintiffs listed in Exhibit A to the Motion (Rec. Doc. 24633-1) to comply with Pretrial Order No. 66 (Rec. Doc. 24282) is extended by 30 days, up to and including August 8, 2018.

**No further extensions to comply with PTO 66 will be granted.**

New Orleans, Louisiana, this 22nd day of June, 2018.

_____
United States District Judge