UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**************************************************************************

## MOTION TO SUBSTITUTE MEMBER OF PLAINTIFFS' STEERING COMMITTEE

Come now Steven L. Nicholas and Robert T. Cunningham, Jr. and move this Court to allow Robert T. Cunningham, Jr. to withdraw from the Plaintiffs' Steering Committee ("PSC") and to substitute in his place Steven L. Nicholas and respectfully submit that:

1. Robert T. Cunningham, Jr. is retiring from the active practice of law and is no longer in a position to perform his duties on the PSC.

2. Steven L. Nicholas has previously worked, and continues to work, in this litigation on behalf of Plaintiffs. He has participated in the activities of the PSC as a "second chair" member of the PSC.

3. The substitution of Steven L. Nicholas to the PSC will assist the PSC in performing its duties.

4. A copy of the *curriculum vitae* of Steven L. Nicholas is attached hereto.

WHEREFORE, Movants ask this Court for an Order appointing Steven L. Nicholas to the Plaintiffs' Steering Committee and authorizing the withdrawal of Robert T. Cunningham, Jr. from the Plaintiffs' Steering Committee.

Respectfully submitted,

*/s/ Robert T. Cunningham, Jr.*
ROBERT T. CUNNINGHAM, JR.

*/s/ Steven L. Nicholas*
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  36660
251-471-6191
251-479-1031 (fax)
rtc@cunninghambounds.com
sln@cunninghambounds.com

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

*/s/ Steven L. Nicholas*
STEVEN L. NICHOLAS