# STEVEN L. NICHOLAS

SLN@CUNNINGHAMBOUNDS.COM • 251 471 6191



Steve Nicholas is part of an elite group of Alabama litigators known for their skill in handling Bet-the-Company cases. A big picture thinker, his work revolves around complex litigation claims including class actions and mass torts. Among his many noteworthy cases is representing thousands of businesses who filed economic loss claims in connection with the BP oil spill, an event that is deemed to be the worst environmental disaster in the history of the United States. He has also recovered millions of dollars for consumers in class action cases against mortgage companies.

Steve's construction practice focuses on significant claims related to large projects. He successfully represented through trial the contractor who built the largest cable stayed bridge in Alabama. He represented the owner of the tallest building in the State of Alabama who was delayed on the construction because of design errors made by the soil engineers. Steve has represented clients locally and throughout the Southeast on construction disputes.

Born in Mobile, Alabama, Steve earned his J.D. in 1984 from the University of Alabama. During law school, he was a member of the Order of the Coif, recipient of the Dean Leigh Harrison Award, the Corpus Juris Secundum Award and the American Jurisprudence Award, and is a Hugo Black Scholar.

Married with two children, Steve is actively working to better the legal profession. He is currently president of the Paul Brock chapter of the American Inns of Court, and is 2nd Vice President of the Alabama Association of Justice. He serves on the Executive Committee of the South Alabama Trial Lawyers Association and formerly served on the Board of Governors of the American Association of Justice. Steve is also a Fellow of the American Bar Foundation and a Fellow of the Litigation Counsel of America.

Steve is the lawyer businesses turn to when the stakes are high and they cannot afford to lose.

## EDUCATION

- Admitted to the Bar in Alabama in 1984
- University of Alabama, J.D., 1984
- University of Georgia, B.B.A., 1981

## AFFILIATIONS

- 2nd Vice President of the Alabama Association for Justice
- Fellow of the American Bar Foundation
- Fellow of the Litigation Counsel of America
- Served as Chairman of the Business Torts and Antitrust Section of the Alabama State Bar
- Served on the Board of Governors of the American Association for Justice
- President, Paul W. Brock American Inns of Court

## RECOGNITION & AWARDS

- *Benchmark Plaintiff* named him a "Litigation Star" in its national rankings of personal injury attorneys and for Alabama (2013 – present)
- Listed in *Best Lawyers in America*® (1989 – present)
- Named "Lawyer of the Year – Bet the Company Litigation" in 2013 by *Best Lawyers in America*®
- Listed in *Super Lawyers* magazine as one of the top attorneys in Alabama (2008 – present)
- AV® Preeminent™ 5.0/5.0 Peer Rating
- Dean Leigh Harrison Award
- Corpus Juris Secundum Award
- American Jurisprudence Award
- Hugo Black Scholar

The following language is required by Alabama Rules of Professional Conduct: "No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."