UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**************************************************************************

### ORDER

This matter having come before this Court on Motion To Substitute Member of Plaintiffs' Steering Committee and the Court having considered the same, it is

ORDERED, ADJUDGED AND DECREED that Robert T. Cunningham, Jr. be withdrawn from the Plaintiffs' Steering Committee and that Steven L. Nicholas be substituted in Robert T. Cunningham, Jr.'s place on the Plaintiffs' Steering Committee.

_____
DISTRICT JUDGE