UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOISIANA

| | |
|---|---|
| BILOXI GAMING PARTNERS I, LLC | MDL 2179 |
| PLAINTIFF | |
| | SECTION J |
| VERSUS | |
| | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | MAGISTRATE: SHUSAN |
| DEFENDANTS | |

This document relates to Civil Action No.:
2:13-cv-01476

---

## MOTION FOR STATUS CONFERENCE AND SETTING TRIAL DATE

NOW INTO COURT, though undersigned counsel, comes the Plaintiff, Biloxi Gaming Partner I, LLC, and respectfully submits this motion requesting a status conference in the above-referenced matter for the purpose of selecting case-specific deadlines and a trial date, for the reasons stated in the accompanying memorandum in support.

**SUBMITTED BY COUNSEL:**

　/s/ Patrick W. Pendley
Patrick W. Pendley
Nicholas R. Rockforte
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street
Post Office Box 71
Plaquemine, Louisiana 70765-0071
Telephone:    (225) 687-6396
Facsimile:    (225) 687-6398
Email: pwpendley@pbclawfirm.com

*Attorney for Biloxi Gaming Partners, L.L.C.*