UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOISIANA

| | |
|---|---|
| BILOXI GAMING PARTNERS I, LLC<br>PLAINTIFF | MDL 2179 |
| | SECTION J |
| VERSUS | |
| | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC.,<br>ET AL. | MAGISTRATE: SHUSAN |
| DEFENDANTS | |

This document relates to Civil Action No.:
2:13-cv-21476

---

## MEMORANDUM IN SUPPORT OF MOTION
## FOR STATUS CONFERENCE AND SETTING TRIAL DATE

**NOW INTO COURT,** though undersigned counsel, comes the Plaintiff, Biloxi Gaming Partner I, L.L.C., and respectfully requests a status conference in the above-referenced matter for the purpose of selecting case-specific deadlines and a trial date, for the following reasons:

1. On April 20, 2010, BP's *Deepwater Horizon* experienced a well blowout while on the Macondo 252 well, resulting in an explosion, fire and eventually sinking into the Gulf of Mexico causing the worst oil spill in American history.

2. Plaintiff's case is included in the B1 Plaintiff bundle, and Plaintiff complied with PTO 65 and all other requirements of this Court

3. In July 2007, Plaintiff, Biloxi Gaming Partners, LLC ("Biloxi Gaming") purchased property in a prime water front location on the Gulf Coast in Biloxi, Mississippi in the amount of

$9,000,000. The intent of this purchase was to develop a waterfront casino, 300 room hotel, 80-slip marina and shopping concourse and restaurants ("the Bayview Project").

4. Biloxi Gaming Partners is a family-owned company that was organized, operated, owned and controlled by the Gedalia family and Gedalia Partnership.

5. Biloxi Gaming entered into a contract with Panther Gaming & Entertainment, L.L.C. whereby Panther would manage the project, operate the casino and assist in raising funds to commence operations. This contract was executed and the process commenced in March of 2008.

6. Later in 2008, Panther also agreed to purchase the controlling interests of the Bayview Project after future milestones were accomplished.

7. By 2010, the investment by the Gedalia family into Biloxi Gaming and the Bayview Project had increased to $13,194,617.

8. Although the project was still moving forward as planned, in December of 2010, the Bayview Project was cancelled due to the oil spill and its economic effects. Oil from the *Deepwater Horizon* was found in large amounts in the gulf, channels and bays near and on the property at issue crippling the economy of the area.

9. As a result of the cancellation of the Bayview Project, Plaintiff defaulted on the loan secured for the project, and judgments against Plaintiff and the Gedalias were obtained which have been incurring substantial interest for years, even continuing today.

10. Plaintiff recognizes that this Court has done a remarkable job in facilitating the fair and expedient resolution of tens and perhaps hundreds of thousands of claims through this MDL proceeding.

11. Following the completion of PTO 65 upon information and belief, it is Plaintiff's understanding that a small number of cases remain in the MDL. Consequently, Plaintiff seeks a scheduling order setting deadlines and a trial date in this matter.

12. Plaintiff is a family-owned company that is owned and operated primarily by Etzik Gedalia.

13. Unfortunately, Mr. Etzik Gedalia has endured many hardships since the effects of the oil spill eviscerated the Bayview Project, including severe financial strain, judgments with the continuing running of interests all caused by the failure of the project; the loss of his wife and son and his own deteriorating health.

14. Mr. Gedalia has patiently waited for his day in court and has complied with all of the Court's orders in this MDL. An immediate scheduling order and trial date is necessary to bring this case to a just resolution, now over eight (8) years after the date of BP's oil spill.

WHEREFORE, Plaintiff Biloxi Gaming Partners I, LLC prays for a status conference with this Court in order to select case-specific deadlines and a trial date in the above referenced matter.

**SUBMITTED BY COUNSEL:**

  /s/ Patrick W. Pendley
Patrick W. Pendley
Nicholas R. Rockforte
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street
Post Office Box 71
Plaquemine, Louisiana 70765-0071
Telephone:     (225) 687-6396
Facsimile:      (225) 687-6398
Email:  pwpendley@pbclawfirm.com

*Attorney for Biloxi Gaming Partners, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion will be served electronically upon all counsel of record through the Clerk's Notice of Docketing Activity, this 28th day of June, 2018.

                /s/ Patrick W. Pendley
                Patrick W. Pendley