UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOISIANA

| | |
|---|---|
| BILOXI GAMING PARTNERS LLC<br>PLAINTIFF | MDL 2179 |
| | SECTION J |
| VERSUS | |
| | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC<br>.ET AL. | |
| | MAGISTRATE JUDGE:<br>SUSHAN |
| DEFENDANT | |

This document relates to Civil Action No.:
2:13-cv-01476

---

## ORDER

**NOW INTO COURT,** though undersigned counsel, comes the Plaintiff, Biloxi Gaming Partner, LLC, and respectfully requests a status conference in the referenced matter for the purpose of selecting case specific deadlines and a trial date.

Considering the foregoing Motion,

**IT IS ORDERED** that the matter is scheduled for a Status Conference with the Court on the _____ day of _____ 2018 beginning at ____ M. at the

_____
JUDGE

BY COUNSEL:

  /s/ Patrick W. Pendley
**Patrick W. Pendley**
**Nicholas R. Rockforte**
Pendley, Baudin & Coffin, L.L.P.
24110 Eden Street

Post Office Box 71
Plaquemine, Louisiana 70765-0071
Telephone:      (225) 687-6396
Facsimile:       (225) 687-6398
Email: pwpendley@pbclawfirm.com
*Attorney for Biloxi Gaming Partners*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion will be served electronically upon all counsel of record through the Clerk's Notice of Docketing Activity June 28, 2018.

                                                  /s/ Patrick W. Pendley
                                                   Patrick W. Pendley