IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,<br><br>      Plaintiffs,<br><br>*This Document Relates To:*<br>The Andry Law Group, et al. v. CNA Financial, et al.,<br>Civil Action No. 2:14-cv-600 | MDL 2179<br>SECTION: "J" (1)<br>JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON |

### DEFENDANTS CNA FINANCIAL CORPORATION'S AND CONTINENTAL CASUALTY COMPANY'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

*Of Counsel:*
**RICHARD A. SIMPSON**
D.C. Bar No. 411893
(admitted *pro hac vice*)
**BENJAMIN C. EGGERT (T.A.)**
D.C. Bar No. 474218
(admitted *pro hac vice*)
**WILEY REIN LLP**
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email:
rsimpson@wileyrein.com
beggert@wileyrein.com

**DAVID S. DALY** (#20774)
**FRILOT LLC**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8329
Facsimile: (504) 599-8100
Email: ddaly@frilot.com

*Counsel for Defendants CNA Financial Corporation and Continental Casualty Company*

Defendants Continental Casualty Company and CNA Financial Corporation (together, "Defendants") respectfully request leave to file a reply brief in support of their pending motion for summary judgment.

Defendants moved for summary judgment on June 30, 2014 (D.E. 13080). Pursuant to this Court's order of June 5, 2018, Plaintiffs The Andry Law Group and Jonathan Andry ("Plaintiffs") filed an opposition to Defendants' motion on June 19, 2018 (D.E. 2465). That opposition raises assertions of fact and legal arguments that were not completely addressed by Defendants' opening brief, which was filed nearly four years ago.

Although the Local Rules do not permit parties to file reply briefs as of right, reply briefs are generally allowed with leave of the Court "if they are within the scope of a party's opposition and help develop a fuller record for the Court to consider." *Mays v. Bd. of Commissioners Port of New Orleans,* No. CV 14-1014, 2015 WL 13529948, at *3 (E.D. La. Oct. 22, 2015). Defendants' proposed reply brief – which is attached to this Motion and is under 10 pages as required by the Local Rules – is limited to addressing the new arguments and factual contentions raised in Plaintiffs' opposition brief and would be helpful for the Court in deciding the pending motion.

WHEREFORE, to allow Defendants the opportunity to rebut Plaintiffs' newly raised legal arguments and factual assertions, and to provide a fuller record for the Court's consideration, Defendants respectfully requests that the Court grant Defendants leave to file a reply brief and order the proposed reply brief attached to this Motion as having been deemed filed. A proposed Order is attached.

Dated: June 29, 2018

*Of Counsel:*
**RICHARD A. SIMPSON**
D.C. Bar No. 411893
(admitted *pro hac vice*)
**BENJAMIN C. EGGERT (T.A.)**
D.C. Bar No. 474218
(admitted *pro hac vice*)
**WILEY REIN LLP**
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email:
rsimpson@wileyrein.com
beggert@wileyrein.com

Respectfully submitted,

By: **/s/ David S. Daly**
**DAVID S. DALY** (#20774)
**FRILOT LLC**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8329
Facsimile: (504) 599-8100
Email: ddaly@frilot.com

*Counsel for Defendants CNA Financial Corporation and Continental Casualty Company*

## CERTIFICATE OF SERVICE

I certify that on June 29, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Richard A. Simpson
Richard A. Simpson