## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,**<br><br>            **Plaintiffs,**<br><br>*This Document Relates To:*<br>**The Andry Law Group, et al. v. CNA Financial, et al.,**<br>**Civil Action No. 2:14-cv-600** | **MDL 2179**<br>**SECTION: "J" (1)**<br>**JUDGE BARBIER**<br>**MAGISTRATE JUDGE WILKINSON** |

### [PROPOSED] ORDER

In view of the motion for leave to file a reply brief submitted by Defendants Continental Casualty Company and CNA Financial Corporation (together, "Defendants"), **IT IS HEREBY ORDERED** that Defendants be **GRANTED** leave to file their reply brief in support of Defendants' pending motion for summary judgment.

The Court **DIRECTS** the Clerk of Court to accept and file Defendants' reply brief in support of their pending motion for summary judgment.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE