IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge WILKINSON |
| | * * | |

## NOTICE OF WITHDRAWAL OF
## REQUESTS FOR DISCRETIONARY REVIEW

NOW INTO COURT, through undersigned counsel, come BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. who, pursuant to Rule 25 of the Rules Governing Discretionary Court Review of Appeal Determinations (Rec. Doc. 15643-1), file this notice withdrawing the Requests for Discretionary Review listed below.

| Civil Action Number | Claimant ID Number | Claim Number |
|---|---|---|
| 16-cv-017689 | 100128079 | 85072 |

-2-

| Civil Action Number | Claimant ID Number | Claim Number |
|---|---|---|
| 18-cv-01763 | 100254677 | 247983 |
| 18-cv-01765 | 100254677 | 247981 |
| 18-cv-01766 | 100254677 | 247985 |
| 18-cv-03543 | 100240848 | 227349 |
| 18-cv-03761 | 100292930 | 314235 |
| 18-cv-03769 | 100240848 | 227347 |
| 18-cv-03770 | 100317230 | 375568 |

-3-

| Civil Action Number | Claimant ID Number | Claim Number |
|---|---|---|
| 18-cv-03773 | 100144789 | 152479 |
| 18-cv-03823 | 100183767 | 156558 |
| 18-cv-02250 | 100275367 | 284950 |
| 18-cv-02688 | 100051434 | 254303 |

Respectfully submitted,

/s/ Devin C. Reid

| | |
|---|---|
| J. Andrew Langan<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>alangan@kirkland.com | Don K. Haycraft<br>Devin C. Reid<br>LISKOW & LEWIS LLP<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 556-4128<br>Facsimile: (504) 556-4108<br>dkhaycraft@liskow.com<br>dcreid@liskow.com |
| Jeffrey Bossert Clark<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>jeffrey.clark@kirkland.com | Daniel Cantor<br>Sarah E. Warlick<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>daniel.cantor@aporter.com<br>sarah.warlick@aporter.com |

*Attorneys-in-Charge for Appellee, BP Exploration & Production Incorporated, BP America Production Company, and BP p.l.c.*

-5-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Withdrawal of Requests for Discretionary Review** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of July, 2018.

/s/ Devin C. Reid