## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MASTER DOCKET NO. 10-MD-2179<br><br>SECTION: "J" |
| | * | JUDGE BARBIER |
| | * * | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | * * | |
| Pleading Bundle B3, specifically Civ. A. Nos.  11-cv-02766; 11-cv-02908; 11-cv-02501; 11-cv-2549; 11-02909; 11-cv-02319; 12-cv-01295; 12-cv-2279; 11-cv-02766; 17-cv-03370; 17-cv-03382; 17-cv-03388; AND 11-cv-02515 | * * * * * * | |

## JOINT STIPULATION AND ORDER REGARDING COMPLIANCE WITH PRETRIAL ORDER NO. 66

**NOW INTO COURT**, through undersigned counsel, come Defendants/Cross-Claimants/Third-Party Plaintiffs and Plaintiffs, United States Environmental Services, LLC; United States Maritime Services, Inc.; United States Maritime Services, Inc. doing business as United States Maritime Services, LLC (collectively "USES") and  BP America Production Company and BP Exploration and Production Inc. (collectively, "BP"), who respectfully submit this Joint Stipulation concerning USES's compliance with the Court's Pretrial Order No. 66 dated April 9, 2018.  (Rec. Doc. 24282.)

1.	USES's involvement in MDL 2179 arises from its participation in the response and cleanup efforts following the *Deepwater Horizon* incident During said response, the USES entities managed the Vessels of Opportunity ("VoO") Program in St. Bernard Parish.

2. As a result of its involvement in those response efforts, USES was named as a defendant in various VoO-related lawsuits in this multi-district litigation. Those actions remain stayed under this Court's pretrial orders.

3. In response to being named as a defendant in those MDL 2179 actions, USES sought defense and indemnity for these claims from BP by filing Complaints, Cross-claims, and Third Party Complaints. Other than those defense and indemnity claims, USES has not filed any claims in MDL 2179.

4. On April 9, 2018, this Court issued Pretrial Order No. 66 ("PTO 66"), which requires USES, as a remaining B3 Plaintiff, to submit a completed "*Particularized Statement of Claim for Remaining B3 Plaintiffs*" by July 9, 2018. PTO 66 inquires whether a B3 Plaintiff's claims arise from (1) bodily injury from exposure to oil and/or dispersants; (2) bodily injury other than from exposure to oil and/or dispersants; or (3) a breach of contract. Because USES's claims for defense and indemnity are not of these kinds, USES's position is that they do not fit within the claim form categories that must be filled out in PTO 66.

5. On June 5, 2018, counsel for USES and counsel for BP conferred and agreed that given the unique nature of USES' "claims," USES does not need to complete the "*Particularized Statement of Claim for Remaining B3 Plaintiffs*" to preserve its potential claims for defense and indemnity in this litigation.

6. Accordingly, the Parties respectfully request that this Honorable Court accept this Stipulation regarding USES' compliance with Pretrial Order 66 as set forth herein above and order that USES does not need to submit a completed "*Particularized Statement of Claim for*

2

*Remaining B3 Plaintiffs*" by July 9, 2018 to comply with Pretrial Order 66 and preserve its claims in MDL 2179.

        Respectfully submitted:

        */s/ Allen J. Krouse, III*
        Allen J. Krouse, III (#14426)
        Andrew S. de Klerk (#1045)
        Brandon K. Thibodeaux (#32725)
        **FRILOT, L.L.C.**
        1100 Poydras Street, Suite 3700
        New Orleans, LA 70163
        Telephone: (504) 599-8000
        Facsimile: (504) 599-8145
        akrouse@frilot.com
        adeklerk@frilot.com
        bthibodeaux@frilot.com
        ATTORNEYS FOR UNITED STATES
        ENVIRONMENTAL SERVICES, LLC;
        UNITED STATES MARITIME
        SERVICES, INC.; AND UNITED STATES
        MARITIME SERVICES, INC.
        D/B/A UNITED STATES MARITIME
        SERVICES, LLC

        and

        */s/Kristopher S. Ritter*
        Matthew T. Regan, P.C.
        Kristopher S. Ritter
        **KIRKLAND & ELLIS LLP**
        300 North LaSalle
        Chicago, IL 60654
        Telephone:  (312) 862-2000
        (matthew.regan@kirkland.com)
        (kristopher.ritter@kirkland.com)
        ATTORNEYS FOR BP AMERICA
        PRODUCTION COMPANY AND BP
        EXPLORATION & PRODUCTION INC.

SO APPROVED:

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Stipulation for Compliance with Pretrial Order No. 66 has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of July, 2018.

*s/ Allen J. Krouse, III*