UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAIMANT ID 100064164 | § |
| | § |
| VS. | § |
| | § C.A. No. 2:10-MD-2179 |
| BP EXPLORATION & PRODUCTION, INC.; | § |
| BP AMERICA PRODCTION COMPANY; | § |
| BP, P.L.C. | § |

## NOTICE OF APPEAL

Notice is hereby given that CLAIMANT ID 100064164, Teddy Trosclair, Plaintiff and Claimant in the above styled cause arising out the Deepwater Horizon oil spill, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Denial of Request for Discretionary Court Review that was signed by the Court on June 19, 2018.  See Ex. A (copy of Denial of Request for Discretionary Court Review Notice).  *See further* "Rules Governing Discretionary Court Review of Appeal Determinations," Rules 33, 34, and 35.

Respectfully submitted,

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti (PHV)
Texas Bar No. 24076708
mspagnoletti@spaglaw.com
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:    713 653 5600
Facsimile:    713 653 5656

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all interested counsel of record via the Court's CM/ECF Notice at the time of filing herein, and upon the Claims Administrator via the DWH Portal, on this 3rd day of July, 2018.

                                  */s/ Marcus R. Spagnoletti*
                                  Marcus R. Spagnoletti