IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,<br><br>      Plaintiffs,<br><br>*This Document Relates To:*<br>The Andry Law Group, et al. v. CNA Financial, et al.,<br>Civil Action No. 2:14-cv-600 | MDL 2179<br>SECTION: "J" (1)<br>JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON |

## ORDER

In view of the motion for leave to file a reply brief submitted by Defendants Continental Casualty Company and CNA Financial Corporation (together, "Defendants"), **IT IS HEREBY ORDERED** that Defendants be **GRANTED** leave to file their reply brief in support of Defendants' pending motion for summary judgment.

The Court **DIRECTS** the Clerk of Court to accept and file Defendants' reply brief in support of their pending motion for summary judgment.

New Orleans, Louisiana, this 2nd day of July, 2018.

                   _____
                   UNITED STATES DISTRICT JUDGE