UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**This Document Relates to:**<br><br>Civ. A. Nos. 11-cv-02766; 11-cv-02908; 11-cv-02501; 11-cv-2549; 11-02909; 11-cv-02319;  12-cv-01295;  12-cv-2279;  11-cv-02766;  17-cv-03370;  17-cv-03382; 17-cv-03388; AND  11-cv-02515 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering the Joint Stipulation and Order Regarding Compliance with Pretrial Order No. 66 submitted by United States Environmental Services, LLC; United States Maritime Services, Inc.; United States Maritime Services, Inc. doing business as United States Maritime Services, LLC (collectively "USES") and BP America Production Company and BP Exploration and Production Inc. (Rec. Doc. 24681);

IT IS ORDERED that USES does not need to submit a completed "*Particularized Statement of Claim for Remaining B3 Plaintiffs"* by July 9, 2018 to comply with Pretrial Order 66 and preserve its claims in MDL 2179.

IT IS FURTHER ORDERED that USES's Ex Parte Motion to Set Status Conference to Seek Clarification on Compliance with Pretrial Order No. 66 (Rec. Doc. 24480) is MOOT.

New Orleans, Louisiana, this 3rd day of July, 2018.

_____
United States District Judge