UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *Remaining Cases in Pleading Bundle B1* | * * | MAG. JUDGE WILKINSON |

## ORDER
### [PTO 65 Compliance Order]

Pretrial Order No. 65 ("PTO 65") required the Remaining B1 Plaintiffs[1] to provide written answers to four questions regarding the type and scope of the damages and causation alleged in their respective cases. (Rec. Doc. 23825). The plaintiff, not the plaintiff's attorney, was required to sign the response and attest under penalty of perjury that the answers to all four questions were true and correct. Responses were due by April 11, 2018, three months after PTO 65 issued.

On May 25, 2018, the Court issued an Order to Show Cause Re: Compliance with PTO 65 ("Show Cause Order"), attached to which were four exhibits. (Rec. Doc. 24558). Exhibit 1 listed the Remaining B1 Plaintiffs who appeared to be compliant with PTO 65. Exhibit 2 listed the Remaining B1 Plaintiffs who submitted PTO 65 responses that appeared to be materially deficient. Exhibit 3 listed the Remaining B1 Plaintiffs who appeared to submit no response to PTO 65. Exhibit 4 listed individuals who responded to PTO 65 but did not appear to be Remaining B1 Plaintiffs. The Show Cause Order required those listed on Exhibits 2 and 3 to **"show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s)**

---

[1] Remaining B1 Plaintiffs are those plaintiffs who assert a B1 claim, are compliant with PTO 60, and have not released their claims or had their claims dismissed by some other order (e.g., the "Presentment Order" of September 21, 2017 (Rec. Doc. 23433)). A "B1 claim" is a non-governmental claim for economic loss or property damage due to the oil spill. (*See* Rec. Doc. 569).

**with prejudice for failing to comply with the requirements of PTO 65."**  (Rec. Doc. 24558) (emphasis in original).

The deadline for responding to the Show Cause Order has now passed.  The following Remaining B1 Plaintiffs responded to the Show Cause Order:

> Lucky Lady Fishing Enterprises, Inc. (Rec. Doc. 24606)
> S.C.P.P. El Chamizal, S.C. de R.L. (Rec. Doc. 24560 & 24617)
> Martin Perez (Rec. Doc. 24612 & 24617)
> Francisco Roman (Rec. Doc. 24612 & 24617)
> 243 plaintiffs represented by the Buzbee Law Firm (Rec. Doc. 24617)[2]
> Roderic Wright (Rec. Doc. 24613)
> Barbara Wright (Rec. Doc. 24614)
> Destin Development, LLC (Rec. Doc. 24615)
> Mark Canfora (Rec. Doc. 24618)[3]

As to those Remaining B1 Plaintiffs who were required to respond to the Show Cause Order but did not, the Court dismisses their B1 claims with prejudice for failing to comply with PTO 65.

As to those Remaining B1 Plaintiffs that did respond to the Show Cause Order, the Court, having considered the show cause responses, BP's reply (Rec. Doc. 24674), the relevant record, and the applicable law, rules as follows:

As to Lucky Lady Fishing Enterprises, Inc., S.C.P.P. El Chamizal, S.C. de R.L., Martin Perez, and Francisco Roman, the Court deems these plaintiffs to be compliant with PTO 65 and does not dismiss their B1 claims.  These plaintiffs have been added to the list of Remaining B1

---

[2] These 243 plaintiffs are identified in Exhibit C to the Buzbee Law Firm's response.  (Rec. Doc. 24617-3).
[3] Brent Coon and Associates submitted a response on behalf of several of its clients.  However, only Mark Canfora is relevant here.

Plaintiffs who are compliant with PTO 65, a revised version of which is attached as **EXHIBIT 1** to this Order. Consistent with this ruling, the Court will grant the motions to amend the PTO 65 verified statements filed by S.C.P.P. El Chamizal, S.C. de R.L., Martin Perez, and Francisco Roman (Rec. Docs. 24560, 24612).

As to Roderic Wright, Barbara Wright, Destin Development, LLC, Mark Canfora, and the 243 plaintiffs represented by the Buzbee Law Firm, the Court finds for essentially the reasons stated in BP's brief that these plaintiffs are non-compliant with PTO 65. These plaintiffs' B1 claims are dismissed with prejudice.[4]

In accordance with the above,

1. IT IS ORDERED that the plaintiffs listed on **EXHIBIT 1** to this Order are **COMPLIANT** with PTO 65 and their B1 claims are **NOT** dismissed by this Order.

2. IT IS ORDERED that the plaintiffs listed on **EXHIBIT 2** and **EXHIBIT 3** to this Order are **NON-COMPLIANT** with PTO 65 and their B1 claims are **DISMISSED WITH PREJUDICE**.

Furthermore, because it appears that all of the cases listed on **EXHIBIT 2** assert only B1 claims, which are now dismissed,

3. IT IS ORDERED that the Clerk of Court shall **CLOSE** the cases listed on **EXHIBIT 2** to this Order.

---

[4] Mark Canfora was listed in a parenthetical behind Fractional Real Estate Advisors, LLC on Exhibit 1 to the Show Cause Order. (Rec. Doc. 24558-1 at 2). In accordance with this ruling, the Court has deleted Mark Canfora from EXHIBIT 1 attached to this Order. Furthermore, the Court has added Mark Canfora and Case No. 13-5367 to the updated version of EXHIBIT 3 attached to this Order, because Mark Canfora/13-5367 was listed as PTO 60-compliant in the November 8, 2017 list (Rec. Doc. 23649-2 at 1) but he did not submit a PTO 65 Verified Statement in No. 13-5367. Additionally, the Court does not construe the PTO 65 Verified Statements submitted in No. 16-6280 as being on behalf of Mark Canfora, individually.

Furthermore, because it appears that all but six of the cases listed on **EXHIBIT 3** to this Order assert only B1 claims, which are now dismissed,

4. IT IS ORDERED that the Clerk of Court shall **CLOSE** the cases listed on **EXHIBIT 3** to this Order, **EXCEPT** for the following cases, which appear to assert claims in the B3 bundle that have not been dismissed:

   | | |
   |---|---|
   | Nguyen, Nghia Ngoc | No. 16-03954 |
   | Nguyen, Loc Van | No. 16-03955 |
   | Waddle, Jan Michael | No. 16-04083 |
   | Duong, Thanh Chan | No. 16-03953 |
   | Phan, Hanh V. | No. 16-03956 |
   | Ly, Anh | No. 16-03957 |

Additionally,

5. IT IS ORDERED that S.C.P.P. El Chamizal, S.C. de R.L.'s Motion for Leave to Amend PTO 65 Verified Statement (Rec. Doc. 24560) is **GRANTED**. The Clerk of Court shall file Exhibit A to that Motion (Rec. Doc. 24560-1) into Civ. A. No. 16-cv-04388 as "Amended PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims)."

6. IT IS ORDERED that Martin Perez's Motion for Leave to Amend PTO 65 Verified Statement (Rec. Doc. 24612) is **GRANTED**. The Clerk of Court shall file Exhibit A to that Motion (Rec. Doc. 24612-1) into Civ. A. No. 16-cv-04548 as "Amended PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims)."

7. IT IS ORDERED that Francisco Roman's Motion for Leave to Amend PTO 65 Verified Statement (Rec. Doc. 24612) is **GRANTED**. The Clerk of Court shall file Exhibit B to that Motion (Rec. Doc. 24612-2) into Civ. A. No. 16-cv-04573 as "Amended PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims)."

8. IT IS ORDERED that the Clerk of Court shall file Lucky Lady Fishing Enterprise, Inc.'s Response to Show Cause (Rec. Doc. 24606) into Civ. A. No. 16-cv-4149 as a "PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims)."

4

Signed in New Orleans, Louisiana, this 10th day of July, 2018.

_____
United States District Judge

**Note to Clerk: Mail copies of this Order and the attached Exhibits to the following plaintiffs, who appear to be unrepresented:**

| | |
|---|---|
| Allegue, Jacinto Manuel | No. 13-02574 |
| Evans, Robert | No. 16-03966 |
| Ladner, Shelli J. | No. 16-03928 |
| Murphy, Patrick | No. 16-11769 |
| Stanton, Reginald Sr. | No. 16-03988 |
| Batiste, Leoutha | No. 16-04154 |
| Holt, John F. | No. 13-01183 |
| Lucky Lady Fishing Enterprises, Inc. | No. 16-04149 |
| Leveritt, Bryan David | No. 17-06102 |