| Plaintiff Name | Case No. |
| --- | --- |
| Alegion, Inc. | 16-05409 |
| Alimentos Marinos Bagdad, S.C. De R.L. M.I. | 16-04354 |
| Allegue, Jacinto Manuel | 13-02574 |
| Allstar Pipe Services, Inc. | 13-01658 |
| Alton Rockford Meadows, individually and d/b/a Southern Appraisal Services | 13-01746 |
| AMT, LLC | 13-00974 |
| Andy's Motel and Apartments | 16-04252 |
| Arc on Welding, Inc | 16-06056 |
| Architectural Specialties Trading Company | 13-02382 |
| Bait Sales & Commercial Fishing | 13-00929 |
| Bayou Caddy Fisheries, Inc | 12-02665 |
| Bayouside Drive Seafood, LLC | 13-00837 |
| Beachside & Beyond Building Contractor, LLC | 16-05391 |
| Billy Richardson d/b/a Billy Richards, P.A. | 16-05454 |
| Biloxi Gaming Partners I, LLC | 13-01476 |
| BioMarine Technologies, Inc | 13-01286 |
| Blanchard, Amanda | 13-00960 |
| Blanchard, Chad | 13-00963 |
| Blanchard, Della | 13-00837 |
| Blanchard, Eric | 13-00837 |
| Boatright, Michael | 16-04801 |
| Builders Choice Cabinets, Inc | 16-03768 |
| Bulldog Sand and Gravel, Inc. | 13-02283 |
| C.F. Gollott and Son Seafood, Inc | 16-05465 |
| Cajun Crab, LLC | 13-00837 |
| Calo Nursery and Landscape, Inc. | 16-05992 |
| Capital Bank | 13-06648 |
| Carson & Company, Inc. | 13-01246 |
| C-IV Ventures, Inc. | 16-06335 |
| Classy Cycles, Inc. | 16-05923 |
| Claude Perry Enterprises, LLC | 16-03661 |
| Coastal Community Investments, Inc. | 16-06262 |
| Coastal Land Development Group, LLC | 16-05941 |
| Compra Venta de la Sociedad Cooperativa Tamiahua | 16-04706 |
| Compra Venta del Mercado de Tuxpan | 16-04866 |
| Construction Solutions International, Inc. | 16-05437 |
| Cox, Jason | 16-04851 |
| Crystal River Seafood #4, Inc. | 13-04676 |
| Crystal River Seafood & Oyster Bar, Inc. | 13-04676 |
| Cuellar, Fabian | 16-04561 |
| Cuellar, Fernando | 16-04570 |
| Danos, Jorey | 16-05967 |
| Despicadoras de Jaiva Los Higueros Artemio Aran | 16-05710 |
| Despicadoras De La Isla De San Juan A Ramirez | 16-04797 |
| D'Iberville Cold Storage, Inc. | 16-05436 |
| D'Iberville Dock & Ice, LLC | 16-05443 |
| DTP Diecase Solutions, LLC | 16-05127 |
| Duhon, Shelton | 17-05733 |
| Dupre, Paige | 13-00837 |
| Evans, Robert | 16-03966 |
| Ferramad Max, S.C. De R.L. De M.I. | 16-04391 |
| Fetterman, Daniel J. | 13-02370 |
| Fetterman, Joseph | 13-02370 |

| Plaintiff Name | Case No. |
|---|---|
| Fileteras de Mamey De Artemio Aran | 16-04786 |
| Fin & Feather Adventures, LLC; Fin and Feather Adventures Lodge | 16-06126 |
| Fin & Feather Cabins, LLC; Fin and Feather Chalets, LLC | 16-06131 |
| Fin & Feather, LLC | 16-06118 |
| Forgotten Beach Coast Realty | 16-05093 |
| Fractional Real Estate Advisors, LLC | 16-06280 |
| Gallardo, Emilio | 16-04593 |
| Gallardo, Felipe | 16-04591 |
| Gallardo, Olga | 16-04609 |
| Garcia, Juan Manuel | 16-06305 |
| Gaspard, Jamie | 13-04437 |
| Global Disaster Recovery & Rebuilding Services, LLC | 16-06585 |
| Gonsalves, Andy G. | 16-06369 |
| Green, Sharon Fetterman | 13-02370 |
| Grupo Cacharas Juan Ortega Romero Artemio Aran | 16-04692 |
| Grupo La Esperanza Flor Idulia | 16-04521 |
| Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 16-04700 |
| Grupo La Trucha Guillermina Hernandez | 16-04567 |
| Grupo Libre la Chavelita Jose Luis Perez Cruz | 16-04717 |
| Gulf Coast Entertainment, LLC | 13-02121 |
| Gulf Marine Institute of Technology | 13-01286 |
| Gulf Shore Hospitality LLC | 16-06379 |
| Gulfport Green Housing L.L.C. | 13-02400 |
| Hinojosa, Hernina | 16-06311 |
| Honkers, Inc. | 16-05375 |
| Hung Manh Nguyen | 16-06347 |
| International Capital Properties, Inc. | 16-05948 |
| Intradel Corporation | 13-02416 |
| Island Way Charters, Inc. (Kristopher Sahr) | 16-06611 |
| J Peaceful LC | 16-06391 |
| Jane Araguel, PA | 16-05526 |
| Juneau Marine Refrigeration and Air Conditioning, Inc. | 17-06051 |
| Justice Design Group, LLC | 16-05041 |
| Justice Design Studio, PC | 16-05050 |
| Kimbreaux Trading, Inc. | 13-01240 |
| Kimbrough, Carson | 13-02242 |
| Klein, Iris Fetterman | 13-02370 |
| La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servisios Scl De CV | 16-04730 |
| La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas Sc De Rl De CV | 16-04349 |
| La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzan SC De RL De CV | 16-04574 |
| La Sociedad Cooperativa de Produccion Pesquera Pescadores de Tamiahua S.C. de R.L. de C.V. | 16-04724 |
| La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma Sc De Rl De CV | 16-04499 |
| La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 16-04712 |
| La Sociedad Cooperativa de Produccion Pesquera Riverena Ostioneros de Saladero SCL | 16-04345 |
| La Sociedad Cooperativa de Productores y Pescadores de Saladero Veracruz SC de RL | 16-04788 |

| Plaintiff Name | Case No. |
|---|---|
| La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo Sc De Rl De Cv, Et al | 16-04594 |
| La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar Sc De Rl De Cv, Et al | 16-04684 |
| La Sociedad Cooperative De Produccion Pesquera Denominada La Rivera De Tampico De Alto Sc De RL | 16-04586 |
| La Sociedad Cooperative De Production Pesquera Riverena La Aurora Barra De Cazones Scl De Cv, Et al | 16-04556 |
| La Sociedad Cooperative de Productores Acuicolas de Congregacion Anahuac SC de RL | 16-04512 |
| La Socieded Cooperativa de Produccion Pesquera Riverena Ostioneros Del Sur SC de RL | 16-04777 |
| Ladner, Shelli J. | 16-03928 |
| Lady Luck Bingo | 16-04231 |
| Lartigue, Roger | 13-01264 |
| Lawson Environmental Services | 12-00740 |
| Libres de Congregacion La Reforma Artemio Aran | 16-05315 |
| Libres de Cucharitas 2 Guillermina Castro | 16-04550 |
| Loggerhead Holdings, Inc. | 16-05952 |
| Lopez, Enrique | 16-04576 |
| Lopez, Miriam | 16-04999 |
| Louisiana Blue Crab, LLC | 13-04698 |
| Lucky Lady Fishing Ent., Inc. | 16-04149 |
| Mejia Duran, Jesus | 16-04506 |
| Millender, Michael | 16-06275 |
| Miramar Beach Property | 16-06363 |
| Morganstern, Stephen B. | 13-01189 |
| Mr. Peeper's Best, LLC; Crabco | 13-01076 |
| Murphy, Patrick | 16-11769 |
| Nabaa Gas Montgomery Village, LLC | 16-07488 |
| Neighborhood Development Collaborative (Cooperative) | 13-02400 |
| Odyssey Seafood, Inc.; Odyssey Seafood Traders Inc. | 16-04082 |
| Panama City Cycles | 16-04864 |
| Panther Ridge Estates, Inc. | 16-05112 |
| Paw Paw's Cajun Kitchen | 13-01052 |
| Pensacola Beach Marina, LLC | 13-02379 |
| Perez, Martin | 16-04548 |
| Permisionario Horacio Morales de la Isla De San Juan | 16-04802 |
| Permisionario Joaquin Delgado Ortiz | 16-04584 |
| Permisionario Maria Esther Castillo | 16-04873 |
| Permisionario Rosalino Cruz y Pescadores de Camaron | 16-04599 |
| Perry Family Properties, LLC | 16-03748 |
| Pescadores de Ilusion, S.C. de R.L. | 16-05235 |
| Pescadores Libres de Cabo Rojito Abad | 16-04571 |
| Pescadores Libres de Chiquila Quintana Roo | 16-04563 |
| Pescadores Libres De Isla Aguada Campeche | 16-04476 |
| Pescadores Libres de la Mata Norberto Hernandez | 16-04769 |
| Pescadores Libres de Morales de Cabo Rojo | 16-04697 |
| Pescadores Libres De Tonala Agua Dulce Veracruz, Et al | 16-04783 |
| Pescadores Libres Y Fileteras Claudio Cruz Flores | 16-04543 |
| Pescadores Y Cooperativas de Ciudad Del Carmen Campeche | 16-05310 |
| Pescados y Mariscos Alexa | 16-04415 |
| Prepaid Real Estate of Florida LLC | 16-06280 |
| Press, Debra Fetterman | 13-02370 |

| Plaintiff Name | Case No. |
|---|---|
| Prevlaka, Inc. | 16-04842 |
| Ramos Capitaine, Jose Luis | 16-05289 |
| Renascent Holdings LLC | 13-02416 |
| Restaurante Veracruzano Tamiahua | 16-04775 |
| Revelay Investments, LLC | 16-06158 |
| Roberts, Barney | 16-05841 |
| Rodriguez, Ramona | 16-04528 |
| Roman, Francisco | 16-04573 |
| Rosas, Damaso | 16-04583 |
| Rosas, Juan | 16-04597 |
| S&K Machineworks & Fabrication, Inc. | 16-05804 |
| S.C.C.P.P. Ejidal Teodoro Gonzalez Gaviro, S.C. de R.L | 16-04376 |
| S.C.C.P.P. Mano de Leon, S.C. de R.L. | 16-04366 |
| S.C.P. Riberena Acuicola de Bienes y Servicios La Jarocha S.C. de R.L. | 16-05376 |
| S.C.P.P Carvajal, S.C. de R.L. | 16-04691 |
| S.C.P.P. Acuicola y Bienes y Servicios el Senor de Las Maravillas S.C.L | 16-05585 |
| S.C.P.P. Barra de Boca Ciega, S.C. de R.L. | 16-04392 |
| S.C.P.P. Barra De Conchillal, S.C. de R.L. | 16-04379 |
| S.C.P.P. Barra de Santa Maria, S.C. de R.L. | 16-04487 |
| S.C.P.P. Coperativa Caudillos S.C. de R.L. | 16-04385 |
| S.C.P.P. El Chamizal, S.C. de R.L. | 16-04388 |
| S.C.P.P. Fco J. Mujica, S.C. de R.L. | 16-04362 |
| S.C.P.P. Grupo Yosigamar, S.C. de R.L. de M.I. | 16-04688 |
| S.C.P.P. Islas Unidas, S.C. de R.L. | 16-04682 |
| S.C.P.P. La Marina S.C. de R.L. de C.V. | 16-04413 |
| S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. | 16-04373 |
| S.C.P.P. Matamoros, S.C. de R.L. | 16-04382 |
| S.C.P.P. Pescadores Unidos de La Trocha, S.C. de R.L. | 16-05473 |
| S.C.P.P. Plan de Ayutla S.C. de R.L. | 16-04393 |
| S.C.P.P. Punta de Piedra, S.C. de R.L. | 16-04424 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios El Cangrejo Azul S.C. de R.L. | 16-05380 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios Reyna Del Golfo S.C. de R.L. | 16-05387 |
| S.C.P.P. Riberena Laguna Madre, S.C. de R.L. | 16-04427 |
| S.C.P.P. Rincon de las Flores, S.C. de R.L. | 16-04320 |
| S.C.P.P. Tamiahua, S.C. de R.L. de C.V. | 16-04429 |
| S.C.P.R.A. Unidos en Solidaridad, S.C. de R.L. | 16-04394 |
| S.P.P. Acuicola y Bienes y Servicios Las Golondrinas de Sabanuy S.C. de R.L | 16-05566 |
| S.S.S. Agua Rebuelta | 16-04408 |
| S.S.S. Isla del Carrizal | 16-04411 |
| S.S.S. Nuevo Dolores | 16-04414 |
| S.S.S. Revolucion Y Progreso | 16-04418 |
| Santisbon Herrera, Gilberto | 16-05294 |
| SAS Equity REIT Wyndham Orange Beach, LLC | 13-02551 |
| | 13-02924 |
| | 14-02919 |
| Seafood 27 | 13-01060 |
| SJMR Investments, LLC d/b/a Baymont Inn & Suites | 16-06385 |
| Soc. De Sol. Social Jesus Maria DeCarbajal CNC | 16-05829 |
| Soc. De Sol. Social Mobilisacion Social, CNC | 16-05835 |

| Plaintiff Name | Case No. |
| --- | --- |
| Soc. De Sol. Social Pescadores De La Libertad CNC | 16-05832 |
| Sociedad Cooperativa 9 Hermanos | 16-05993 |
| Sociedad Cooperativa Bajo de Corsario | 16-05983 |
| Sociedad Cooperativa Cabo Catoche | 16-05984 |
| Sociedad Cooperativa Cholenco Tours | 16-06025 |
| Sociedad Cooperativa Ensenada de Celestun | 16-06297 |
| Sociedad Cooperativa Ensueno del Caribe | 16-05979 |
| Sociedad Cooperativa Fraternidad Ambiental | 16-06002 |
| Sociedad Cooperativa Isla Morena | 16-05980 |
| Sociedad Cooperativa Isla Pasion | 16-05981 |
| Sociedad Cooperativa La Pobre de Dios | 16-06300 |
| Sociedad Cooperativa Laguna Rosada | 16-06304 |
| Sociedad Cooperativa Lancheros Turisticos Damero | 16-05995 |
| Sociedad Cooperativa Lancheros Turisticos Laguna de Yalahau | 16-06007 |
| Sociedad Cooperativa Nohuch Cuch | 16-06306 |
| Sociedad Cooperativa Pulperos del Caribe | 16-06011 |
| Sociedad Cooperativa Vanguardia del Mar | 16-05982 |
| Sociedad Cooperative El Meco Tours | 16-06294 |
| Sociedad Cooperative Isla Holbox | 16-06018 |
| Spanish Bluffs Apartments Limited Partnership;Steven Rupp d/b/a Spanish Bluffs Apartment Limited Partnership | 16-05558 |
| Specialty Fuels Bunkering, LLC | 13-01227 |
| Stevens Family Limited Partnership | 13-02374 |
| Stewart, Gregory S. | 16-04545 |
| Student Breaks, LLC | 16-04259 |
| Tannin Inc. | 13-01583 |
| Terrebonne, Carol | 13-02415 |
| The Bird of Paradise, LLC | 16-05277 |
| The Reefkeeper, LLC (Marine Gardens) | 16-05955 |
| The Sprinkler Guy, LLC | 16-05854 |
| Tiger Pass Seafood, LLC | 16-06043 |
| Tommys Gulf Seafood | 16-06610 |
| Topwater Charters, LLC | 16-04743 |
| Toral, Guillermina | 16-04601 |
| Trabajadores De Tampico | 16-04762 |
| Tucci, John D. | 17-02597 |
| Union de Fileteros de Cucharas Jose Luis Palacios Medina | 16-04806 |
| Vela Gomez, Mario | 16-05313 |
| Waldron, Brenda F. | 16-06028 |
| Waldron, Charles A. | 16-06023 |
| Waverly Crabs | 13-01077 |
| Whittinghill, Clay | 10-01984 |
| Williams, Kirk | 13-00948 |
| Winfield Resort Properties, Inc. | 13-01235 |
| Zehner and Associates, LLC | 16-05859 |