Exhibit 2 - 17 Remaining B1 Plaintiffs with Materially Deficient PTO 65 Submissions - Alphabetical by Name

B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. | PTO 65 Deficiency |
|---|---|---|
| Baena, Juan | 16-04611 | Not Signed by Plaintiff |
| Carbonell Cruz, Guillermo | 16-05316 | Not Signed by Plaintiff |
| Casanova, Rosa | 16-04613 | Not Signed by Plaintiff |
| Casteneda, Luis | 16-04614 | Not Signed by Plaintiff |
| Chano Ramirez, Otilio | 16-05324 | Not Signed by Plaintiff |
| Chicharrones De Pescado Pa' La Raza S.C De R.L. De C.V. | 16-04401 | Not Signed by Plaintiff |
| Cokteles Y Mariscos Las Culturas, S.C. de R.L. | 16-04432 | Not Signed by Plaintiff |
| Decuir, Raul | 16-04533 | Not Signed by Plaintiff |
| Eligio Lopez, Luis Alberto | 16-06313 | Not Signed by Plaintiff |
| Isidro Carbonell | 16-05320 | Not Signed by Plaintiff |
| Leandro, David | 16-04615 | Not Signed by Plaintiff |
| Nguyen, Kathy Nhan | 16-05904 | Question 1: No Damages Amount Provided |
| Oyarvide Stevens, Homero | 16-05280 | Not Signed by Plaintiff |
| S.C.P.P. Decembocadura del Rio Soto la Marina, S.C. de R.L. | 16-04400 | Not Signed by Plaintiff |
| Stanton, Reginald Sr. | 16-03988 | Question 1: No Damages Amount Provided |
| Vargas, Marco | 16-04585 | Not Signed by Plaintiff |
| Velveta Diaz, Joaquin Jose | 16-05200 | Not Signed by Plaintiff |