Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
|---|---|
| 16 de Septiembre, S.C. de R.L. de C.V. | 16-04351 |
| Abbott Arms Apartment Hotel | 13-02978 |
| Ahumada, Everardo | 16-04906 |
| Alejandro Vicente Wilson | 16-04901 |
| Alexis Garcia Segura | 16-04945 |
| Alfredo Decuir Garcia | 16-04755 |
| Alicia Morgado Morales | 16-04908 |
| American Cast Iron Pipe Company | 16-05411 |
| Armetta, Andrew | 16-06189 |
| Bailey, Patricia J. | 16-03822 |
| BALDERAS, LEONEL | 16-04742 |
| Batiste, Leoutha | 16-04154 |
| Beach Community Bank | 13-02695 |
| Bez Oysters & Seafood, Inc | 16-05703 |
| Camara, Heberto | 16-04635 |
| Cancino Diaz, Juan | 16-05020 |
| Cancino Hernandez, Cesar | 16-04956 |
| Candelario De La Cruz Hernandez | 16-04753 |
| Canfora, Mark | 13-05367 |
| Carlos David Reyes Delgado | 16-05004 |
| Carrillo, Eduardo | 16-04539 |
| CATANA, JOSE | 16-05166 |
| Cepeda Rodriguez, Juan | 16-04517 |
| Club Playero, S.C. de R.L. | 16-05202 |
| Conerly, Jeffery | 16-03848 |
| Coperativa de Producion de Bienes y Servicios Tritones del Golfo S.C. de R.L. de C.V. | 16-05499 |
| Cordova, Mabial | 16-04626 |
| Cosmopulos Lopez, Luis | 16-04950 |
| Criollo, Alberto | 16-04544 |
| Crowe Boats, L.L.C. | 13-02436 |
| Cummings, Brenda | 16-06091 |
| Damaso Vicente Cordova | 16-04634 |
| Damrich Coatings, Inc. | 16-05448 |
| David Casados Cruz | 16-04637 |
| De Dios, Elias | 16-04627 |
| de la Cruz Ventura, Jorge | 16-04946 |
| De Los Santos, Ortencia | 16-04628 |
| Deepwater Structures, Inc. | 16-06155 |
| Dehyco, Inc. | 16-07260 |
| DeLaCruz, Agustin | 16-04636 |
| Delgado, Rosa | 16-04718 |
| Destin Pointe Development, LLC; Destin Development, LLC | 13-00834 |
| Dimas, Pablo | 16-04888 |
| Dionisio Gomez Marquez | 16-04619 |
| Doris Perez Madrigal | 16-04921 |
| Dunlop, Darlene M. | 13-02591 |
| Duong, Thanh Chan        [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03953 |
| Eber Mendez Zapata | 16-04748 |
| Edith del Carmen Segura Hernandez | 16-04631 |
| Elias Jimenez Perez | 16-04932 |
| Equipos Marinos de Frontera, S.C.L. | 16-04375 |
| Estate of Julio Barahona | 16-04711 |
| Fernando Carillo Lopez | 16-04955 |

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
| --- | --- |
| Fidalgo, Juan Carlos | 16-04558 |
| Francisco Ramirez Santos | 16-04715 |
| Gallardo, Wilfred G. Jr. | 16-03834 |
| Genesta Rodriguez, Miguel | 16-04944 |
| Genofanes Olan De La Cruz | 16-04893 |
| George de La Cruz Morales | 16-04947 |
| George Vicente De Dios | 16-04911 |
| Gomez, Jose | 16-04620 |
| Gomez, Ringo | 16-04623 |
| Gonzalez Dominguez, Carmen | 16-04942 |
| Gonzalez Juarez, Edilia | 16-04938 |
| Gonzalez Zamudio, Silvia | 16-04732 |
| Grupo Medpa, S.C. de R.L. de M.I. | 16-04482 |
| Grupo Turistico Tamaulipas, S.A. de C.V | 11-01055 |
| Gulf States Marine | 13-01974 |
| Gutierrez, Noe | 16-04629 |
| Haire's Creole Fish & Shrimp | 13-00996 |
| Haire's Gulf Shrimp Restaurant | 13-00999 |
| Hall's Seafood and Catfish Restaurant | 16-05033 |
| Hernandez Hernandea, Maria del Carmen | 16-04935 |
| Hernandez Madrigal, Waldo | 16-04934 |
| Hernandez, Alejandro | 16-04758 |
| Hernandez, Juan Luis | 16-04624 |
| Hernandez, Maribel | 16-05013 |
| Herrera Novelo, Miguel Angel | 16-06319 |
| Herrera, Maria | 16-05175 |
| HI TECH Energy Systems | 16-04982 |
| Holt, John F. | 13-01183 |
| Hunt, George | 16-06105 |
| Integrated Electronic Technologies, Inc. | 16-05879 |
| Ipina, Alejandro | 16-04890 |
| Irbin Parra Andrade | 16-04896 |
| Jaime, Julianna | 16-05180 |
| Jesus Carillo Lopez | 16-04952 |
| Jesus Loyda Balcazas | 16-05279 |
| Johnson, Cornelius Jr. | 16-03828 |
| Johnson, Gilbert Sr. | 16-03831 |
| Jordan Pile Driving, Inc. | 16-06102 |
| Jose Agusto Diaz Gonzalez | 16-05209 |
| Jose Antonio Cano Barroso | 16-04622 |
| Jose del Carmen Perez Gomez | 16-05284 |
| Jose Sanchez Torres | 16-05007 |
| Kincade, Edward Eugene Jr. | 16-05377 |
| King, Barbara Patton | 13-02306 |
| Knight, Carla C. | 12-02897 |
| Knight, Carla C. | 12-02897 |
| La Palma Restaurant; Restaurante/Bar La Palma | 16-06301 |
| La Virtud de Pescar S.C. de R.L. de C.V. | 16-05192 |
| Laguna de Morelas, S.C. de R.L. | 16-04404 |
| Laguna de Pinolapa, S.C. de R.L. | 16-05342 |
| Laguna Y Puerto de Alvarado, S.C. de R.L. | 16-05233 |
| Las Ampolas, S.C.L. | 16-05388 |
| Lazaro Gonzalez Segura | 16-07522 |
| Leobardo Perez Flores | 16-04922 |

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
| --- | --- |
| Leoncio Santiago Marcelo | 16-04616 |
| Leopoldo Rejon Diaz | 16-05370 |
| Lilia Guzman Guzman | 16-05154 |
| Lim, Seng | 16-03950 |
| Lopez Diaz, Nayeli Rosita | 16-05274 |
| Lopez, Jose | 16-04602 |
| Lorente Torruco Dorantes | 16-04621 |
| Lorenzo, Antioco | 16-04553 |
| Luciano Ventura Jimenez | 16-04907 |
| Lucio Cruz Montejo | 16-05158 |
| Ly, Anh          [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03957 |
| Malin International Ship Repair & Drydock, Inc. | 13-02787 |
| March, James A. ; March, James | 16-03833 |
| Maria de la Luz Magana Peralta | 16-04899 |
| Maria Hatowecto, S.C. de R.L. | 16-04423 |
| Maria Margarita Origuela Gomez | 16-04721 |
| Marinero de San Pedro, S.C. de R.L. de C.V | 16-04359 |
| Master Boat Builders | 16-05874 |
| MB Industries, LLC | 16-07286 |
| MBI Global, LLC | 16-07292 |
| McDonald, Brenda Patton | 13-02306 |
| Mendoza Vargas, Carlos Mario | 16-04931 |
| Mendoza, Juan | 16-04746 |
| Meza, Aracely | 16-04618 |
| Mills, Lewis | 17-05949 |
| Morrissette, Alvin | 16-05116 |
| Mujeres del Cabezo de la Palangana | 16-05231 |
| Mujeres Esperimentando, S.C. de R.L. | 16-05374 |
| Nelson Vicente Olan | 16-04904 |
| Nguyen, Loc Van         [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03955 |
| Nguyen, Nghia Ngoc       [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03954 |
| Nueva Esperanza de Rodriguez, S.C. de R.S. | 16-05170 |
| Ortiz Dominguez, Josefa | 16-04929 |
| Page, James | 17-06083 |
| Parker, Doye Patton | 13-02306 |
| Paso Nacional, S.C. de R.L. | 16-05459 |
| Patton, Donald | 13-02306 |
| Patton, Lois | 13-02306 |
| Patton, Randall | 13-02306 |
| Patton, Richard | 13-02306 |
| Patton, Roy D. | 13-02306 |
| Pena Crisanto, Maria DeLaLuz | 16-04928 |
| Perez, Carmen | 16-04625 |
| Perez, Victor Javier | 16-04925 |
| Permisionario Jose Gonzalez | 16-06295 |
| Pescadores Autenticos de Las Chacas y Rivera,S.C. de R.L. | 16-04419 |
| Pescadores de Gonzales Ortega, S.C. de R.L | 16-04383 |
| Pescadores del Puente, S.C. de R.L. de C.V. | 16-05182 |
| Phan, Hanh V.            [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03956 |
| Phi Hai Shrimping | 16-06194 |
| Poc-Tal Trawlers, Inc. | 16-05117 |
| Porter, Scott Alan | 16-04067 |
| Producion Pesquera Acuicola y Turistica y Bienes y Servicios La Pesca Milagrosa S.C. de R.L. de C.V. | 16-05484 |

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
|---|---|
| Puch, Santiago | 16-05160 |
| Randy's Trucking, Inc. | 13-02435 |
| Rene Zavala Salinas | 16-05196 |
| Restaurante Bar La Cabanita | 16-06296 |
| Ricardo Luis Gonzalez Hermida | 16-04941 |
| Rober Perez Wilson | 16-05025 |
| Rocha, Jose | 16-04727 |
| Rogelio Prieto Mora | 16-04897 |
| Roman Sosa Hernandez | 16-04725 |
| Romeo Candelera Colorado | 16-05186 |
| S. La Flota, S.C. de R.L. | 16-05369 |
| S. La Jaivita, S.C. de R.L. | 16-05447 |
| S.C. Barra de Corazones, S.C. de R.L. | 16-04371 |
| S.C. El Coral de Magallanes S.C. de R.L. de C.V. | 16-04365 |
| S.C. La Pitaya de Sinaloa S.C. de R.L. de C.V. | 16-04412 |
| S.C. P.P. Islas del Paquillo S.C. de R.L. de C.V. | 16-04355 |
| S.C. P.P. La Mujer Costena, S.C. de R.L. | 16-05220 |
| S.C. Pescadores El Nuevo Milenio | 16-04399 |
| S.C. Producion de Bienes y Servicios Puerto de Abrigo S.C. de R.L. | 16-05545 |
| S.C. Vanesita Marinera, S.C. de R.L. de C.V. | 16-04363 |
| S.C.P. Ejido Reventadero, S.C. de R.L. | 16-04377 |
| S.C.P. Escameros de Sanchez Magallanes | 16-04398 |
| S.C.P. P. La Gaviota de Frontera, S.C. de R.L. | 16-04372 |
| S.C.P. Riberena de Bienes y Servicios Rio CaribeS.C. de R.L. de C.V. | 16-05364 |
| S.C.P.P 21 de Marzo, S.C. de R.L. | 16-06318 |
| S.C.P.P Laguna de Chila, S.C de R.L. | 16-05815 |
| S.C.P.P Liberacion 2003 S.C. de R.L. de C.V, | 16-04417 |
| S.C.P.P Pescadores de Potrero Mota de Chavez,S.C. de R.L. | 16-04425 |
| S.C.P.P Punta del Toro, S.C. de R. L. | 16-04358 |
| S.C.P.P Voluntad y Trabajo, S.C. de R.L | 16-04422 |
| S.C.P.P. 20 de Noviembre S.C de R.L. | 16-05573 |
| S.C.P.P. Acuicola La Palma Real, S.C. de R.L. | 16-05195 |
| S.C.P.P. Acuicola Turistica y Forestal y Ganadera La Esperanza S.C. de R.L. de C.V. | 16-05188 |
| S.C.P.P. Acuicola y Bienes y Servicios La Atlantida S.C.L | 16-05372 |
| S.C.P.P. Acuicola y Pesquera La Campanita, S.C. de R.L. | 16-05176 |
| S.C.P.P. Aculteca, S.C.L | 16-05223 |
| S.C.P.P. Almejeros de Alvarado, S.C. de R.L. | 16-05357 |
| S.C.P.P. Atlizintla S.C. de R.L. | 16-05173 |
| S.C.P.P. Barra de Chiltepec, S.C.L. de C.V. | 16-04367 |
| S.C.P.P. Bella Palizada, S.C. de R.L. | 16-05219 |
| S.C.P.P. Boca del Estero, S.C. de R.L. | 16-05224 |
| S.C.P.P. Campesino del Mar S.C. de R.L. | 16-05468 |
| S.C.P.P. Canal de la Puntilla, S.C. de R.L. | 16-05212 |
| S.C.P.P. Cangrejeros del Manglar, S.C. de R.L. | 16-05360 |
| S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R. | 16-05371 |
| S.C.P.P. Cocal Dorado, S.C. de R.L. | 16-05210 |
| S.C.P.P. Colonia Moreno, S.C. de R.L. | 16-04426 |
| S.C.P.P. Costeros del Puerto de Magallanes S.C. de R.L. | 16-04395 |
| S.C.P.P. Ejidatarios, S.C. de R.L. | 16-05395 |
| S.C.P.P. El Boqueron de Sabancuy S.C. de R.L. | 16-05532 |
| S.C.P.P. El Botadero Del Ejido Sinaloa, S.C. de R.L. de C.V. | 16-04369 |

Case 2:10-md-02179-CJB-DPC   Document 24686-3   Filed 07/10/18   Page 5 of 6

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
| --- | --- |
| S.C.P.P. El Chejere S.C. de R.L. | 16-04416 |
| S.C.P.P. El Deslave, C.L. de C.V. | 16-04374 |
| S.C.P.P. El Emporio de Santana, S.C. de R.L. | 16-04360 |
| S.C.P.P. El Jurel, S.C. de R.L. | 16-05227 |
| S.C.P.P. El Obispo, S.C. de R.L. | 16-05467 |
| S.C.P.P. Grupo Pesquero de Salinas, S.C. de R.L. | 16-05178 |
| S.C.P.P. Huachinangueros de Magallanes S.C. de R.L. de C.V. | 16-04409 |
| S.C.P.P. Isla del Chayote del Playon de Sanchez Magallanes, S.C. de R | 16-04353 |
| S.C.P.P. La Bellota S.C. de R.L. de C.V. | 16-04357 |
| S.C.P.P. La Marina, S.C. de R.L. | 16-04430 |
| S.C.P.P. La Nueva Fe, S.C. de. R.L. | 16-05373 |
| S.C.P.P. La Petrita S.C. de R.L. | 16-05340 |
| S.C.P.P. La Picuda, S.C. de R.L. | 16-05366 |
| S.C.P.P. La Serena del Golfo S.C. de R.L. de C.V. | 16-04410 |
| S.C.P.P. La Tabasquenita, S.C. de R.L. | 16-04370 |
| S.C.P.P. La Victoria del Pescador S.C. de R.L. de C.V | 16-05333 |
| S.C.P.P. La Virgen, S.C. de R.L. | 16-05405 |
| S.C.P.P. Laguna Cuchupeta S.C. de R.L. de C.V. | 16-04405 |
| S.C.P.P. Laguna de Popuyeca | 16-05382 |
| S.C.P.P. Laguna de Tacosta, S.C. de R.L. | 16-05222 |
| S.C.P.P. Las Aneas, S.C.L. | 16-05046 |
| | 16-05347 |
| S.C.P.P. Las Mujeres del Marisco S.C. de R.L. | 16-05164 |
| S.C.P.P. Libres de las Escolleras, S.C. de R.L. | 16-05455 |
| S.C.P.P. Los Cavesos del Bajio, S.C. de R.L. | 16-05199 |
| S.C.P.P. Los Navegantes de Magallanes S.C. de R.L. de C.V. | 16-04402 |
| S.C.P.P. Los Rayados de Magallanes S.C. de R.L. de C.V. | 16-04368 |
| S.C.P.P. Mayarazago Alto, S.C. de R.L. | 16-04389 |
| S.C.P.P. Nueva Creacion de Bienes y Servicios R,L. de C.V. | 16-05518 |
| S.C.P.P. Penjamo R.L. de C.V. | 16-04403 |
| S.C.P.P. Pescaderia Rosita, S.C.L. de C.V. | 16-04361 |
| S.C.P.P. Pescadores Artesanos S.C. de R.L. | 16-05479 |
| S.C.P.P. Pescadores De Aquiles Serdan S.C.L. de C.V. | 16-04356 |
| S.C.P.P. Pescadores de Reventadero, S.C. de R.L. | 16-04380 |
| S.C.P.P. Pescadores de Tampacas, S.C. de R.L. | 16-04381 |
| S.C.P.P. Pescadores de Tampalache, S.C. de R.L. | 16-04384 |
| S.C.P.P. Pescadores de Tampico, S.C. de R.L. De C.V. | 16-04420 |
| S.C.P.P. Pescadores del Tamcci, S.C. de R.L. | 16-04378 |
| S.C.P.P. Pescadores Unidos de Panuco, S.C.L | 16-04386 |
| S.C.P.P. Pescadores Unidos del Cascajal S.R.L de C.V. | 16-04406 |
| S.C.P.P. Playa Salinas, S.C. de R.L. | 16-05463 |
| S.C.P.P. Puerto de Sanchez Magallanes S.C.L | 16-04407 |
| S.C.P.P. Punta de Diamante, S.C.L. | 16-05228 |
| S.C.P.P. Punto San Julian S.C. de R.L. | 16-05826 |
| S.C.P.P. Rey Jasur S.C. de R.L. | 16-05400 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios Vista AlegreS.C. de R.L. | 16-05489 |
| S.C.P.P. Riberena Malecon de la Puntilla, S.C. de R.L. | 16-05218 |
| S.C.P.P. Tatanan, S.C. de R.L. C.V. | 16-05205 |
| S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L. | 16-05820 |
| S.C.P.P. Vega Cercada y Alto del Hobo, S.C. de R.L. | 16-04387 |
| S.C.P.P. Villa del Mar, S.C. de R.L. | 16-05385 |

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
|---|---|
| S.C.P.P. y Acuicola La Mojarrita de Magallanes S.C. de R.L. de C.V. | 16-04396 |
| S.C.P.P.R. Encenada de Alvarado, S.C. de R.L. | 16-05392 |
| S.C.R.P. de San Fernando, S.C. de R.L. | 16-04421 |
| S.P. Espuma Blanca, S.C. de R.L. | 16-04397 |
| S.P.P.P. Acuicola Arroyo Grande S.C. de R.L. de C.V. | 16-05237 |
| S.S.S., Ribera Alto Del Tigre | 16-04428 |
| Sanchez, Adelita | 16-04707 |
| Sanchez, Joel | 16-04729 |
| Santiago Perez Uscanga | 16-05015 |
| Sara Islas Garcia | 16-05146 |
| SCPB Y S, Riberenos de La Manigua 2 | 16-05363 |
| Segura Segura, Exequiel | 16-04916 |
| Segura, Romula | 16-04919 |
| Sequera, Valentin | 16-04750 |
| Servicios Nelly | 16-05890 |
| Shiyou, Carol Patton | 13-02306 |
| Southern Pines Apartments, LLC | 13-02967 |
| Spaven, Michelle | 16-03869 |
| Stheicy, S.C. de R.L. | 16-05399 |
| Sublett, James | 17-06044 |
| Sushi VIP Room, Inc. | 16-05327 |
| Sutter, Luther | 13-02547 |
| Tecomate S.C. de R.L. | 16-05216 |
| Teodoro Wilson Gallegos | 16-04903 |
| Torres Gomez, Concepcion | 16-04913 |
| Torrez, Alicia | 16-04632 |
| Ulloa, Carmen | 16-04910 |
| Vallejo, Jose | 16-04703 |
| Ventura, Asuncion | 16-04633 |
| Villareal, Mercedes | 16-04630 |
| Villas of Whispering Pines, LLC | 13-02970 |
| Vision Park Properties, LLC; Park National Corporation | 13-02862 |
| Vu-Nguyen, Inc. | 16-06137 |
| Waddle, Jan Michael        [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-04083 |
| Wright, Barbara | 13-02420 |
| Wright, Roderic M. | 13-01091 |
| Ysidro Morales Cordoba | 16-04886 |
| Zamudio, Emeterio | 16-05163 |
| Zopot, Eugenio | 16-05017 |
| Zuniga, Angel | 16-04735 |