UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *12-970 and Cases Listed Below* | * | MAG. JUDGE WILKINSON |

**ORDER**

Considering BP's Notice of Withdrawal of Requests for Discretionary Review (Rec. Doc. 24680), the Clerk is instructed to CLOSE the following cases[1]:

| Case No. | Claimant ID | Claim ID |
|---|---|---|
| 18-cv-01763 | 100254677 | 247983 |
| 18-cv-01765 | 100254677 | 247981 |
| 18-cv-01766 | 100254677 | 247985 |
| 18-cv-03543 | 100240848 | 227349 |
| 18-cv-03761 | 100292930 | 314235 |
| 18-cv-03769 | 100240848 | 227347 |
| 18-cv-03770 | 100317230 | 375568 |
| 18-cv-03773 | 100144789 | 152479 |
| 18-cv-03823 | 100183767 | 156558 |
| 18-cv-02250 | 100275367 | 284950 |
| 18-cv-02688 | 100051434 | 254303 |

New Orleans, Louisiana, this 10th day of July, 2018.

United States District Judge

---

[1] BP's Notice also withdrew its request for discretionary review in case no. 16-17689, but that request was already denied and the case had been closed.