UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on April 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | § § | MAG. JUDGE SHUSHAN |

Case No.: 2:13-cv-02924-CJB-JCW *(SAS Equity REIT-Wyndham Orange Beach, LLC v. BP Exploration & Production, Inc., et al.)*

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) and the Full and Final Release, Settlement, and Covenant Not to Sue entered in this case, the plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed. Such dismissal shall be with prejudice, against the Defendants, with each party to bear its own attorneys' fees and costs.

Dated: July 11, 2018.

        Respectfully submitted,

        /s/ *Patrick S. Montoya*
        Patrick S. Montoya, Esquire
        Colson Hicks Eidson
        255 Alhambra Circle, Penthouse
        Coral Gables, FL 333134
        Phone: (305) 476-7400; Fax: (305)476-7444
        patrick@colson.com
        eservice@colson.com
        *Counsel for SAS Equity REIT-Wyndham Orange Beach, LLC*