# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:16-cv-06220-CJB-JCW

Kinser v. BP Exploration and Production, Inc. et al  
Assigned to: Judge Carl Barbier  
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr  
Lead case: 2:10-md-02179-CJB-JCW  
Member case: (View Member Case)  
Cause: 33:2701 - Oil Pollution Act  

Date Filed: 05/16/2016  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**William Patrick Kinser**  
*Estate of*

represented by **Phillip Timothy Howard**  
Howard & Associates, PA  
8511 Bulll Headley Rd.  
Suite 405  
Tallahassee, FL 32312  
850-298-4455  
Fax: 850-216-2537  
Email: ptim@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Douglas S Lyons**  
Lyons & Farrar, PA  
325 North Calhoun Street  
Tampa, FL 32301  
850-222-8811  
Fax: 850-222-5583  
Email: doug.lyons@lyonsandfarrar.com  
*ATTORNEY TO BE NOTICED*

**Samuel T. Adams**  
Law Office of Samuel T. Adams, PLLC  
P.O. Box 8420  
Panama City, FL 32409  
850-785-3469  
Fax: 850-640-1562  
Email: tom@samueltadams.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP Exploration & Production, Inc.**

**Defendant**

**BP America Production Company**

**Defendant**

Transocean Offshore Deepwater Drilling, Inc.

**Defendant**

Transocean Holdings, LLC

**Defendant**

Transocean Deepwater, Inc.

**Defendant**

Halliburton Energy Services, Inc.

**Defendant**

Sperry Drilling Services, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2016 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5412372) filed by William Patrick Kinser. (Attachments: # 1 Exhibit A)Attorney Douglas S Lyons added to party ESTATE OF WILLIAM PATRICK KINSER(pty:pla). (Lyons, Douglas) Modified on 6/28/2016 (blg). Modified on 9/29/2016 (caa). (Entered: 05/16/2016) |
| 05/18/2016 | 2 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (mmv) (Entered: 05/18/2016) |
| 06/30/2016 | 3 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 06/30/2016) |
| 06/30/2016 | 4 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/30/2016) |
| 08/04/2016 | 5 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |
| 04/10/2018 | 6 | Statement by William Patrick Kinser *Regarding Causation and Damages* (Lyons, Douglas) (Entered: 04/10/2018) |