UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| **This Document Relates to:**<br>*No. 10-03261, Shivers, et al. v. BP, plc, et al.*<br>*No. 12-1713, Andry, et al. v. BP Products North America, Inc., et al.* | * * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are two cases which were automatically stayed upon their consolidation with MDL 2179: *Shivers v. BP, p.l.c.* (No. 10-03261) and *Andry v. BP Products North America, Inc.* (No. 12-01713).

IT IS ORDERED that the stay imposed on these cases is hereby LIFTED.

If the plaintiffs have not already served the defendants as contemplated in Federal Rule of Civil Procedure 4, the plaintiffs shall do so within 90 days of the date of this Order. *See* Fed. R. Civ. P. 4(m). If service under Rule 4 has already occurred, then the time for defendants to respond to the complaint shall commence to run anew from the date of this Order. *See* Fed. R. Civ. P. 12, 4(d)(3).

The parties shall continue to file any documents respecting these cases in the master docket, No. 10-md-2179, not the individual dockets for these member cases.

New Orleans, Louisiana, this 13th day of July, 2018.

United States District Judge

**Note to Clerk: File in 10-md-2179, 10-03261, and 12-01713.**