IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30727

_____

IN RE: DEEPWATER HORIZON

A True Copy
Certified order issued Jul 11, 2018

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

    Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees Appellants

v.

CLAIMANT ID 100133439; CLAIMANT ID 100203889; CLAIMANT ID 100187006; CLAIMANT ID 100188547; CLAIMANT ID 100192784; CLAIMANT ID 100318040; CLAIMANT ID 100355921; CLAIMANT ID 100230771; CLAIMANT ID 100227279; CLAIMANT ID 100294503,

    Claimants - Appellants

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

Before HIGGINBOTHAM, GRAVES, and COSTA, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the joint unopposed motion of BP Exploration & Production, Incorporated, BP America Production Company, BP, P.L.C., Claimant ID 100133439, Claimant ID 100203889, Claimant ID 100187006, Claimant ID 100188547, Claimant ID 100192784, Claimant ID 100318040, Claimant ID 100355921, Claimant ID 100230771, Claimant ID 100227279 and Claimant ID 100294503 to remand the Claimants – Appellants appeals to the United States District Court for the Eastern District of Louisiana is GRANTED.