# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

| | |
|---|---|
| LYLE W. CAYCE | TEL. 504-310-7700 |
| CLERK | 600 S. MAESTRI PLACE |
| | NEW ORLEANS, LA 70130 |

July 11, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30727   In re: Deepwater Horizon
                       USDC No. 2:10-MD-2179
                       USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate as to the Claimants – Appellants appeals ONLY (Notices of Appeal with District Court document numbers 23342, 23363, 23364, and 23384 are closed and remanded per the attached order).

However, this case remains open as to the notice of appeal filed by the BP parties (District Court document number 23376). The case will continue to proceed under appellate case number 17-30727.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Dantrell L. Johnson, Deputy Clerk
                                        504-310-7689

cc w/encl:
    Mr. Melvin David Albritton
    Mr. Michael R. Allweiss
    Mr. Frederick Curtis Baker
    Mr. Matthew D. Camm
    Mr. Jeffrey Bossert Clark, Sr.
    Mr. Adrian Anthony Colon, Jr.
    Mr. Tyler Douglas
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. Jeffrey Mitchell Hoffman
    Mr. James Andrew Langan
    Mr. Martin R. Martos, II
    Mr. Aaron Lloyd Nielson
    Mr. Joseph F. Rice
    Ms. Lisa Marie Saltzburg

**P.S. to All Counsel:** In accordance with the attached order, all Claimants – Appellants will be terminated from this case. The Court will issue an updated case caption and briefing notice under separate cover to counsel of all remaining parties.