Click to Print
Jurisdiction: Louisiana
Court: LA US District Court Eastern District E-Service-Oil Spill
Case Class: Civil-Oil Spill Litigation
Day: 05/25/2018

Printed on: 7/17/2018 17:17:38 GMT-0400 (Eastern Daylight Time)

**Daily Docket Search**
Search Created: 7/17/2018 17:17:38 GMT-0400 (Eastern Daylight Time)

1-19 of 19 transactions  <<Prev  Page 1 of 1  Next>>

| Transaction | Date/Time | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|
| 62069731 | 5/25/2018 1:39 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24527] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Wayne Hudson. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24549] | 0.1MB |
| 62069713 | 5/25/2018 1:38 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24526] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Ashlynn Herron. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24548] | 0.1MB |
| 62069710 | 5/25/2018 1:37 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24525] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Taleado Harper. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24547] | 0.1MB |
| 62069700 | 5/25/2018 1:36 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24524] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Charles Hand. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24546] | 0.1MB |
| 62069688 | 5/25/2018 1:34 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24523] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Octavius Green. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24544] | 0.1MB |

| Transaction ID | Date/Time | Case | Sent To | Type | Title | Size |
|---|---|---|---|---|---|---|
| 62069672 | 5/25/2018 1:33 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24522] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Robert Fleming. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24543] | 0.1MB |
| 62069658 | 5/25/2018 1:31 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24521] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Corey Dixon. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24542] | 0.1MB |
| 62069639 | 5/25/2018 1:30 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24520] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Adrienna Cruz. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24541] | 0.1MB |
| 62069644 | 5/25/2018 1:30 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24528] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Fletcher Kemp. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24550) | 0.1MB |
| 62069625 | 5/25/2018 1:29 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24529] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Darrell Lacox Sr. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24551) | 0.1MB |
| 62069633 | 5/25/2018 1:28 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24519] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Travis Clements. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24540] | 0.1MB |
| 62069615 | 5/25/2018 1:26 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24518] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Matthew Carr. | 0.1MB |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24539] | |
| 62069604 | 5/25/2018 1:26 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24530] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Wesley Perez I. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24552) | 0.1MB |
| 62069597 | 5/25/2018 1:25 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24517] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Landon Buxton. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24538] | 0.1MB |
| 62069588 | 5/25/2018 1:23 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24535] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Martha Wray. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) (24557) | 0.1MB |
| 62069556 | 5/25/2018 1:19 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24534] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re John Wood, Jr. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) (24556) | 0.1MB |
| 62069521 | 5/25/2018 1:13 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24531] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Roderick Pharr. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24553) | 0.1MB |
| 62069508 | 5/25/2018 1:10 PM CDT | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24532] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Jose Romo. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) (24554) | 0.1MB |
| 62069482 | 5/25/2018 1:07 PM CDT | Multi-Case | File & ServeXpress | Order | ORDER granting [24533] Motion for Approval of | 0.1MB |

| | | | Service, File & ServeXpress Service | | Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Leroy Whitley. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) (24555) | |

1-19 of 19 transactions    <<Prev   Page 1 of 1   Next>>

**About File & ServeXpress** | **Resource Center** | **FAQs** | **Terms & Conditions** | **Privacy**

© 2018 File & ServeXpress, LLC. All rights reserved

**Client Support**

☎ 1-888-529-7587
✉ support@fileandserve.com
💬 Chat Online

Click to Print                           Printed on: 7/17/2018 17:18:36 GMT-0400 (Eastern Daylight Time)
Jurisdiction: Louisiana
Court: LA US District Court Eastern District E-Service-Oil Spill         **Daily Docket Search**
Case Class: Civil-Oil Spill Litigation            Search Created:
Day: 05/26/2018                          7/17/2018 17:18:36 GMT-0400
                                          (Eastern Daylight Time)

0 transactions

| Transaction | ▼Date/Time | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|
| There are no transactions matching the criteria you have selected. | | | | | | |

0 transactions

**About File & ServeXpress** | **Resource Center** | **FAQs** | **Terms & Conditions** | **Privacy**

© 2018 File & ServeXpress, LLC. All rights reserved

**Client Support**

☎ 1-888-529-7587

✉ support@fileandserve.com

💬 Chat Online

Click to Print

Printed on: 7/17/2018 17:19:24 GMT-0400 (Eastern Daylight Time)

Jurisdiction: Louisiana

**Daily Docket Search**

Court: LA US District Court Eastern District E-Service-Oil Spill

Search Created: 7/17/2018 17:19:24 GMT-0400 (Eastern Daylight Time)

Case Class: Civil-Oil Spill Litigation

Day: 05/27/2018

0 transactions

| Transaction | ▼Date/Time | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|
| There are no transactions matching the criteria you have selected. | | | | | | |

0 transactions

**About File & ServeXpress** | **Resource Center** | **FAQs** | **Terms & Conditions** | **Privacy**

© 2018 File & ServeXpress, LLC. All rights reserved

**Client Support**

☎ 1-888-529-7587

✉ support@fileandserve.com

💬 Chat Online

Click to Print　　　　　　　　　　　　Printed on: 7/17/2018 17:20:01 GMT-0400 (Eastern Daylight Time)

Jurisdiction: Louisiana

**Daily Docket Search**

Court: LA US District Court Eastern District E-Service-Oil Spill

Search Created: 7/17/2018 17:20:01 GMT-0400 (Eastern Daylight Time)

Case Class: Civil-Oil Spill Litigation

Day: 05/28/2018

0 transactions

| Transaction | ▼Date/Time | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|
| There are no transactions matching the criteria you have selected. | | | | | | |

0 transactions

**About File & ServeXpress** | **Resource Center** | **FAQs** | **Terms & Conditions** | **Privacy**

© 2018 File & ServeXpress, LLC. All rights reserved

**Client Support**

☎ 1-888-529-7587

✉ support@fileandserve.com

💬 Chat Online

Click to Print

Printed on: 7/17/2018 17:20:32 GMT-0400 (Eastern Daylight Time)

Jurisdiction: Louisiana

**Daily Docket Search**

Court: LA US District Court Eastern District E-Service-Oil Spill

Search Created: 7/17/2018 17:20:32 GMT-0400 (Eastern Daylight Time)

Case Class: Civil-Oil Spill Litigation

Day: 05/29/2018

0 transactions

| Transaction | ▼Date/Time | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|
| There are no transactions matching the criteria you have selected. | | | | | | |

0 transactions

**About File & ServeXpress** | **Resource Center** | **FAQs** | **Terms & Conditions** | **Privacy**

© 2018 File & ServeXpress, LLC. All rights reserved

**Client Support**

☎ 1-888-529-7587

✉ support@fileandserve.com

💬 Chat Online

Click to Print

Printed on: 7/17/2018 17:21:11 GMT-0400 (Eastern Daylight Time)

Jurisdiction: Louisiana

Court: LA US District Court Eastern District E-Service-Oil Spill

Case Class: Civil-Oil Spill Litigation

Day: 05/30/2018

**Daily Docket Search**

Search Created:
7/17/2018 17:21:11 GMT-0400 (Eastern Daylight Time)

1 transaction  <<Prev  Page 1 of 1  Next>>

| Transaction | Date/Time | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|
| 62076329 | 5/30/2018 9:00 AM CDT | MC MDL-2179 In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) | James P Roy, Domengeaux Wright Roy & Edwards | Motion | Motion for Approval of Payment of Escrow Expenses | 0.1MB |

1 transaction  <<Prev  Page 1 of 1  Next>>

About File & ServeXpress  |  Resource Center  |  FAQs  |  Terms & Conditions  |  Privacy

© 2018 File & ServeXpress, LLC. All rights reserved

**Client Support**

☎ 1-888-529-7587

✉ support@fileandserve.com

💬 Chat Online