UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate Judge Division "2" |
| This Document Relates to: | Magistrate Judge Joseph C. Wilkinson, Jr. |
| 2:17-cv-06044<br>2 :16-cv-03869 | |

## ORDER GRANTING PLAINTIFFS' MOTION TO VACATE JUDGMENT UNDER FRCP 60(b)(1)

Upon motion of Plaintiffs, MICHELLE SPAVEN-DAFFIN and JAMES SUBLETT, and for good cause shown, the Court grants Plaintiffs' Motion to Vacate a Judgment Under Rule 60(b)(1), thereby providing the Plaintiffs with additional time to submit a written response showing cause as to why this Court should not dismiss their claims.

Date:_____

SO ORDERED:

_____

Hon. Carl J. Barbier
United States District Judge