**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This document relates to: | JUDGE BARBIER |
| *Beach Community Bank. v.* *BP Exploration & Production, Inc., et al.*   Case No. 2:13-cv-02695 | MAGISTRATE JUDGE WILKINSON |

_____

### ORDER GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

Upon motion of the Plaintiff, BEACH COMMUNITY BANK, being advised of the premises and for good cause shown, the Court grants Plaintiffs' Motion to Alter or Amend Judgment and alters its prior July 10, 2018 Order dismissing Plaintiff's claim with prejudice to reinstate Plaintiffs claim and orders the Clerk of Court to reopen Plaintiff's claim.

IT IS SO ORDERED this _____ day of July, 2018, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE