# EXHIBIT 2

# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* No. 10-MD-2179 |||| 
|---|---|---|---|
| PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS) ||||
| Last Name<br><br>Hughes, President | First Name<br><br>Anthony | Middle Name/Maiden<br><br>A. | Suffix |
| Business Name<br><br>Beach Community Bank || Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff)<br><br>2784 ||
| MDL 2179 Member Case Number<br><br>2:13-cv-02695 || Attorney Name and Firm<br>Wesley A. Bowden, Esq.<br>Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.<br>316 S. Baylen St., Suite 600<br>Pensacola, FL 32502 ||

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

1

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

The Plaintiff is making claims for compensatory damages for lost profits, revenues, impairment of earning capacity and damage to real property pursuant to 33 U.S.C. § 2702. The Plaintiff also has general maritime law claims as it owned waterfront property that was impacted by the oil spill.

Damages are comprised of increases in allowance for loan losses, loan charge-offs, Other Real Estate Owned write-downs, Other Real Estate Owned expenses, loss of interest income, decrease in fee income, and decrease in long-term value, all of which are explained in more detail in the attached Exhibit 1. The total compensatory damages in the amount of $20,845,997 were incurred from May 2010 through December 31, 2012. The damages calculation is included in Exhibit 1. To the best of the Bank's knowledge, the information disclosed is accurate. The Bank through its ordinary business activities continues to attempt to recover on the bad debts and properties comprising its damage calculation. As its recoveries are realized, the Bank will continue to book the recoveries and revise its calculation accordingly.

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Plaintiff's records kept in the ordinary course of business including, but not limited to: financial statements, loan charge-offs, OREO write-downs, OREO expense records, client account records

Damage calculations and exhibits provided during Presentment and attached as Exhibit 1

Amended Settlement Agreement and all exhibits

Federal Reserve Guidelines

Documents filed with and issued by the FDIC, Federal Reserve and any other federal financial regulatory agencies and state supervisors

Plaintiff's Presentment submission

Findings of the Court in Phase 1 and Phase 2 proceedings

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

Plaintiff sustained damages or economic losses due to the impact of oil, dispersants and/or their by products from the Deepwater Horizon to its other real estate owned ("OREO") properties and real property in which the Plaintiff holds a financial interest along the Gulf Coast. Plaintiff lost profits and/or its earning capacity were reduced because of the injury, destruction or loss of real property or natural resources causing a diminution of value of its OREO properties and real estate in which the Plaintiff holds a financial interest. In addition, Plaintiff sustained damages or economic losses due to the oil spill's detrimental impact on tourism and the local economy, which altered the Bank's borrowers' ability to service their debt obligations. Plaintiff's losses and damages include, but are not limited to: losses on fee income, losses on interest income, expenses related to owned real estate, loans, load losses associated with coastal properties and commercial loans and diminution in the value of bank-owned waterfront properties.

4

> **Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)
>
> Yes.

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: _July 17_, 2018

Location (City and State): _Fort Walton Beach, Florida_

_____
Signature of Plaintiff*

*__Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.__*

Anthony A. Hughes
Print Name

President
Title/Position (if signed on behalf of a business or other entity)

**The verified statement, must be filed into the record of the plaintiff's <u>individual lawsuit</u> (as opposed to the master docket for MDL 2179) no later than <u>April 11, 2018</u>.**