UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This document relates to: | JUDGE BARBIER |
| *Beach Community Bank. v.*<br>*BP Exploration & Production, Inc., et al.*<br>     *Case No. 2:13-cv-02695* | MAGISTRATE JUDGE WILKINSON |

### MOTION FOR LEAVE TO FILE UNREDACTED VERSION OF EXHIBIT 3 (PLAINTIFF'S PRESENTMENT) TO MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT UNDER SEAL

COMES NOW Plaintiff, Beach Community Bank, by and through its undersigned counsel, and hereby moves for leave to file under seal Exhibit 3 (Plaintiff's Presentment) to the Memorandum In Support Of Plaintiff's Motion To Alter Or Amend Judgment under seal.  The information contained within in Exhibit 3 constitutes, reflects, discloses or contains confidential information which Plaintiff reasonably believes is subject to protection under Federal Rule of Civil Procedure 26(c).

Wherefore mover prays that this motion be GRANTED and that the **UNREDACTED** version of Exhibit 3 (Plaintiff's Presentment) to the Memorandum In Support Of Plaintiff's Motion To Alter Or Amend Judgment be filed under seal.

Dated July 18, 2018.                                 Respectfully submitted,

/s/ *Wesley A. Bowden*
Wesley A. Bowden, Esq.
Florida Bar Number:  64217
wbowden@levinlaw.com
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7186
Fax: (850) 436-6185

## Certificate of Service

I HEREBY CERTIFY that the above and foregoing Motion to Alter or Amend Judgment has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2179, on this 18th day of July 2018.

/s/ *Wesley A. Bowden*
Wesley A. Bowden, Esq.
Florida Bar Number: 64217
wbowden@levinlaw.com
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7186
Fax: (850) 436-6185