UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This document relates to: | JUDGE BARBIER |
| *Beach Community Bank v. BP Exploration & Production, Inc., et al.* Case No. 2:13-cv-02695 | MAGISTRATE JUDGE WILKINSON |

_____

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
UNREDACTED VERSION OF EXHIBIT 3 (PLAINTIFF'S PRESENTMENT)
TO MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION TO ALTER OR AMEND JUDGMENT UNDER SEAL**

Upon motion of the Plaintiff Beach Community Bank, being advised of the premises and for good cause shown, the Court GRANTS Plaintiffs' Motion For Leave To File Unredacted Version Of Exhibit 3 (Plaintiff's Presentment) to the Memorandum In Support Of Plaintiff's Motion To Alter Or Amend Judgment under seal.

IT IS SO ORDERED this _____ day of July, 2018, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE