IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | District Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

## MOTION TO INITIATE AND ENFORCE THE SETTLEMENT'S THIRD PARTY CLAIM DISPUTE RESOLUTION PROCESS

Movant Dodson, Hooks & Frederick APLC moves the Court for an Order requiring Claimant ROBO Equipment of Louisiana, Inc. to execute and submit the Administrator required Release, Payment Documents, or other information for the Facially Payable Claim 181250; requiring the Deepwater Horizon Economic and Property Damages Settlement Agreement Claims Administrator to initiate the Settlement's Third Party Claim Dispute Resolution Process; and enjoining the Deepwater Horizon Economic and Property Damages Settlement Agreement Claims Administrator from rescinding the outstanding payment offer and/or closing claim 181250 prior to the completion of the Third Party Claim Dispute Resolution Process:

1.

On April 11, 2013, a business economic loss claim requesting compensation and payment per the terms of the Deepwater Horizon Economic and Property Damages Settlement Agreement was filed on behalf of ROBO Equipment of Louisiana, Inc. (hereinafter "ROBO") via the Dodson, Hooks & Frederick APLC (hereinafter "DHF") settlement claim portal. On that date, ROBO was assigned Claimant ID 100204615, Claim ID 181250.

2.

On May 4, 2017, an Eligibility Notice was issued outlining the Settlement Administrator's compensation and payment determination for Claim ID 181250.

3.

On June 15, 2018, ROBO terminated DHF's representation of Claim ID 181250 via email and phone conference. DHF submitted an AR-6 form, via both the claim portal and by email to its assigned DWH representative, thereby terminating its representation of the claim on that same day.

4.

During the pendency of Claim 181250, three Third Party Claims were filed with the Claims Administrator and posted in the Claim 181250 claim portal. Those Third Party Claims were filed by: the Internal Revenue Service, State Bank & Trust Company, and DHF.

5.

To date, ROBO has steadfastly refused to execute and submit the required release and payment documentation.

6.

As a result of ROBO's refusal to submit the required release and payment documentation, DHF, as a Third Party Claimant that submitted a valid Third Party Claim, has been denied due process and any opportunity to resolve its claim.

**WHEREFORE**, for the reasons outlined in its supporting memorandum, Third Party Claimant Dodson, Hooks & Frederick APLC moves the Court to:

1. Issue an Order requiring Claimant ROBO Equipment of Louisiana, Inc. to execute and submit the Administrator required Release, Payment Documents, or other information for the Facially Payable Claim 181250;

2. Issue an Order requiring Claimant ROBO Equipment of Louisiana, Inc. and the Deepwater Horizon Economic and Property Damages Settlement Agreement Claims Administrator to initiate the Settlement's Third Party Claim Dispute Resolution Process;

3. Issue an Order enjoining the Deepwater Horizon Economic and Property Damages Settlement Agreement Claims Administrator from rescinding the outstanding payment offer and/or closing claim 181250 prior to the completion of the Third Party Claim Dispute Resolution Process.

Respectfully submitted:

DODSON, HOOKS

/s/ Richard J. Dodson
Richard J. Dodson (La. Bar No. 4982)
DODSON & HOOKS, APLC
112 Founders Drive
Baton Rouge, LA 70810
Telephone: 225-756-0222
Facsimile:   225-756-0025
e-mail:      jerry@dodsonhooks.com