IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | District Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

## ORDER

Considering the foregoing motion, and all the pleadings, papers, records, and files in this action:

**IT IS ORDERED THAT** Movant Dodson, Hooks & Frederick's motion to initiate and enforce the settlement's third party claim dispute resolution process is granted, and, it is ordered that:

1. Claimant ROBO Equipment of Louisiana, Inc. shall execute and submit the Administrator required Release, Payment Documents, or other information for the Facially Payable Claim 181250;

2. The Deepwater Horizon Economic and Property Damages Settlement Agreement Claims Administrator shall initiate the Settlement's Third Party Claim Dispute Resolution Process for Claim ID 181250;

3. The Deepwater Horizon Economic and Property Damages Settlement Agreement Claims Administrator shall not rescind the outstanding payment offer and/or close claim 181250 prior to completion of the Third Party Claim Dispute Resolution Process.

Signed this ____ day of _____, 2018.

_____
JUDGE CARL BARBIER