**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:   Oil Spill by the Oil Rig "Deepwater          MDL No. 2179
         Horizon" in the Gulf of Mexico, on
         April 20, 2010                               SECTION J

This document relates to:                            JUDGE BARBIER

*Park National Corporation, et al. v.*                     MAGISTRATE JUDGE WILKINSON
*BP Exploration & Production, Inc., et al.*
        *Case No. 2:13-cv-02862*

_____

## MOTION TO ALTER OR AMEND JUDGMENT

COMES NOW Plaintiff, Park National Corporation, its wholly owned entities and subsidiaries including Vision Park Properties, LLC, SE Property Holdings, LLC, individually and as successor in interest to Vision Bank, by and through its undersigned counsel, and hereby respectfully submits this Motion to Alter or Amend Judgment. Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves that the Court Alter or Amend its July 10, 2018 PTO 65 Compliance Order dismissing Plaintiff's case with prejudice in order to prevent manifest injustice.  The Plaintiff submits simultaneously herewith a Memorandum in Support of Plaintiff's Motion to Alter or Amend Judgment.

Dated this 18th day of July 2018.

                                    /s/ *Wesley A. Bowden*
                                    Wesley A. Bowden, Esq.
                                    Florida Bar Number:  64217
                                    wbowden@levinlaw.com
                                    Levin, Papantonio, Thomas, Mitchell, Rafferty
                                    & Proctor, P.A.
                                    316 S. Baylen, Suite 600
                                    Pensacola, FL 32502
                                    Phone: (850) 435-7186
                                    Fax: (850) 436-6185

## <u>Certificate of Service</u>

I HEREBY CERTIFY that the above and foregoing Motion to Alter or Amend Judgment has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2179, on this 18th day of July 2018.

<u>/s/ *Wesley A. Bowden*</u>
Wesley A. Bowden, Esq.
Florida Bar Number:  64217
wbowden@levinlaw.com
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7186
Fax: (850) 436-6185