**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This document relates to: | JUDGE BARBIER |
| *Park National Corporation, et al. v. BP Exploration & Production, Inc., et al.*<br>    *Case No. 2:13-cv-02862* | MAGISTRATE JUDGE WILKINSON |

_____

**ORDER GRANTING PLAINTIFF'S MOTION TO**
**ALTER OR AMEND JUDGMENT**

Upon motion of the Plaintiff, Park National Corporation, its wholly owned entities and subsidiaries including Vision Park Properties, LLC, SE Property Holdings, LLC, individually and as successor in interest to Vision Bank, being advised of the premises and for good cause shown, the Court grants Plaintiffs' Motion to Alter or Amend Judgment and alters its prior July 10, 2018 Order dismissing Plaintiff's claim with prejudice to reinstate Plaintiffs claim and orders the Clerk of Court to reopen Plaintiff's claim.

IT IS SO ORDERED this _____ day of July, 2018, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE