# EXHIBIT 2

# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>No. 10-MD-2179<br><br>PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS) ||||
|---|---|---|---|
| Last Name<br><br>Trautman | First Name<br><br>David | Middle Name/Maiden | Suffix |
| Business Name<br><br>Park National Corporation || Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff)<br><br>9518 ||
| MDL 2179 Member Case Number<br><br>2:13-cv-02862 || Attorney Name and Firm<br>Wesley A. Bowden, Esq.<br>Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.<br>316 S. Baylen St., Suite 600<br>Pensacola, FL 32502 ||

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

The Plaintiff is making claims for compensatory damages for lost profits, revenues, impairment of earning capacity and/or damage to real property pursuant to 33 U.S.C. § 2702. Damages are comprised of loan charge-offs, Other Real Estate Owned write-downs, Other Real Estate Owned and loan collection expenses, loss of interest income and loss associated with the sale of Vision Bank branches, all of which are explained in more detail in the attached Exhibit 1. The damages occurred from May 2010 through December 31, 2012. The total amount of compensatory damages claimed is $134,265,000, which is supported by the calculation included in Exhibit 1. To the best of the Bank's knowledge, the information disclosed in the initial Presentment filed on January 17, 2013 was accurate at the time of production. Since that time, through its ordinary business activities Plaintiff has continued to attempt to mitigate its losses by recovering on the bad debts and properties comprising its damage calculation. As its recoveries are realized, the Bank will continue to book those recoveries, periodically revising its damage calculation accordingly. Finally, in assessing damages, it should be noted that Plaintiff purchased Vision Bank and its 15 branch offices on March 9, 2007 for $87.8 million in cash and 792,937 shares of Park National Corporation common stock valued at $83.3 million. On November 16, 2011, Park National Corporation sold Vision Bank and all 15 branch offices to Centennial Bank for $27.9 million, save and except for defaulted, non-performing loans, which were required to be retained.

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Plaintiff's records kept in the ordinary course of business including, but not limited to: financial statements, loan charge-offs, Other Real Estate Owned write-downs, Other Real Estate Owned expense records, client account records

Damage calculations and exhibits provided during presentment and attached as Exhibit 1

Amended Settlement Agreement and all exhibits

Federal Banking Guidelines

Documents filed with and issued by the FDIC, Federal Reserve and any other federal financial regulatory agencies and state supervisors

Plaintiff's Presentment submission

Findings of the Court during Phase 1 and Phase 2 proceedings

Evidence disclosed to or uncovered by Plaintiff's representatives throughout the process of attempting to collect on defaulted loans

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

Park National Corporation, the financial institution and holding company for Vision Bank, is claiming lost revenues, value and impairment of earning capacity, including damages yet to be fully calculated and realized. Vision Bank serviced customers who were impacted by the oil spill and who are predominantly located along the Gulf Coast and economic loss Zones A-D as defined by the Deepwater Horizon Economic & Property Damages Settlement Agreement. These customers were significantly impacted by the oil spill, making it difficult for them to service their debt obligations. As a result, the financial institution has suffered an economic loss. Furthermore, the financial institution owns real property, which value was impacted by the oil spill and a loss was realized. As a result, the financial institution has suffered economic loss. Moreover, the Plaintiff owns or owned real estate, both Other Real Estate Owned and non-Other Real Estate Owned, the value of which was impacted by the oil spill with resulting economic losses. Much of this real estate served as collateral for loans which went into default after the BP oil spill as borrowers and guarantors impacted by the spill were unable to service their debts.

> **Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)
>
> Yes.

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: __July 18__, 2018

Location (City and State): __Newark, Ohio__

__Park National Corporation, by David Trautman, CEO/President__
Signature of Plaintiff*

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.**

David Trautman
Print Name

CEO and President
Title/Position (if signed on behalf of a business or other entity)

**The verified statement, must be filed into the record of the plaintiff's <u>individual lawsuit</u> (as opposed to the master docket for MDL 2179) no later than <u>April 11, 2018</u>.**

5