## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| **This Document Relates to:** *Nos. 13-2695 & 13-2862* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that Beach Community Bank's Motion to Seal (Rec. Doc. 24702) and Park National Corporation's Motion to Seal (Rec. Doc. 24705) are GRANTED. The unredacted version of Exhibit 3 to Beach Community Bank's Motion to Alter or Amend Judgment (Rec. Doc. 24701) and the unredacted version of Exhibit 3 to Park National Corporation's Motion to Alter or Amend Judgment (Rec. Doc. 24704) shall be filed UNDER SEAL.

New Orleans, Louisiana, this 19th day of July, 2018.

_____
United States District Judge