**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig "Deepwater                 MDL No. 2179
Horizon" in the Gulf of Mexico, on
April 20, 2010                                             SECTION J

                                                           JUDGE BARBIER
This document relates to:
                                                           MAGISTRATE WILKINSON
*Gilbert Johnson v. BP Exploration & Prod., Inc., et al*
*Case No. 2:16-cv-03831*

*Cornelius Johnson v. BP Exploration & Prod., Inc., et al*
*Case No. 2:16-cv-03828*

*Patricia Bailey v. BP Exploration & Prod., Inc., et al*
*Case No. 2:16-cv-03822*

*Wilfredo Gallardo, Jr. v. BP Exploration & Prod., Inc., et al*
*Case No. 2:16-cv-03834*

_____

## MOTION TO ALTER OR AMEND JUDGMENT

COME NOW plaintiffs, Gilbert Johnson, Cornelius Johnson, Patricia Bailey, and Wilfredo Gallardo, Jr. by and through undersigned counsel,  who hereby respectfully submit this Motion to Alter or Amend Judgment. Pursuant to Rule 59(e) of  the Federal Rules of Civil Procedure, plaintiffs respectfully move that the Court Alter or Amend its   July  10, 2018 PTO 65 Compliance Order dismissing plaintiffs' cases with  prejudice  in  order  to prevent  manifest  injustice. Plaintiffs  submit  simultaneously herewith a Memorandum in Support of Plaintiffs' Motion to Alter or Amend Judgment.

Respectfully submitted,


  */s/ Darleen M. Jacobs*
DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*

823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-
3287
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 23rd day of July, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all participants using the ECF system and will send a notice of electronic filing in accordance with the procedures established in the MDL 2179.

 _/s/Darleen M. Jacobs_____
DARLEEN M. JACOBS