Click to Print        Printed on: 7/23/2018 13:44:54 GMT-0500 (Central Daylight Time)

## Case History Search
Search Created:
7/23/2018 13:44:54 GMT-0500 (Central Daylight Time)

| | | | | | |
|---|---|---|---|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Oil Spill | | | **File & ServeXpress Live Date:** | 10/25/2010 |
| **Division:** | N/A | **Case Number:** | MC MDL-2179 | **Document(s) Filed:** | 29218 |
| **Case Type:** | Oil Spill-All Cases | **Case Name:** | In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) | **Date Range:** | All |

☑ Include Rejected Items

51-100 of 15821 transactions    <<Prev    Page 2 of 317    Next>>

| Transaction | ▼Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|
| 62163967 | 6/21/2018 4:16 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE CONSENT MOTION for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Clifford West (Reference: 12-968) (cg) [24637] | N/A | 0.1MB |
| 62163887 | 6/21/2018 3:58 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE CONSENT MOTION for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Sherman Walker (Reference: 12-968) (cg) [24636] | N/A | 0.1MB |
| 62163878 | 6/21/2018 3:56 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE CONSENT MOTION for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Jerry McMickle (Reference: 12-968) (cg) [24635] | N/A | 0.2MB |
| 62163868 | 6/21/2018 3:55 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE CONSENT MOTION for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Clarence Alexander (Reference: 12-968) (cg) [24634] | N/A | 0.1MB |
| 62163830 | 6/21/2018 3:53 PM CDT | Serve Only - Public | MC MDL-2179 In re: MDL-2179 Oil Spill by the Oil Rig | File & ServeXpress Service, File & | Order | MOTION for Extension of Deadlines of PTO 66 by Plaintiff. (Attachments: # (1) | N/A | 0.1MB |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (Deepwater Horizon) | ServeXpress Service | | Exhibit A to Motion for Extension of Time, # (2) Memorandum in Support, # (3) Exhibit B - Affidavit of Paul Dominick)(Reference: 2:17-CV-04392, 2:17-CV-03049, 2:17-CV-04142, 2:17-CV-03200, 2:17-CV-04355, 2:17-CV-03289, 2:12-CV-02248, 2:12-CV-02333, 2:12-CV-02332, 2:12-CV-02564, and others as shown on Exhibit A)(Dominick, Paul) [24633] | | |
| | | | | Order | MOTION for Extension of Deadlines of PTO 66 by Plaintiff. (Attachments: # (1) Exhibit A to Motion for Extension of Time, # (2) Memorandum in Support, # (3) Exhibit B - Affidavit of Paul Dominick)(Reference: 2:17-CV-04392, 2:17-CV-03049, 2:17-CV-04142, 2:17-CV-03200, 2:17-CV-04355, 2:17-CV-03289, 2:12-CV-02248, 2:12-CV-02333, 2:12-CV-02332, 2:12-CV-02564, and others as shown on Exhibit A)(Dominick, Paul) [24633_1] | N/A | 0.2MB |
| | | | | Order | MOTION for Extension of Deadlines of PTO 66 by Plaintiff. (Attachments: # (1) Exhibit A to Motion for Extension of Time, # (2) Memorandum in Support, # (3) Exhibit B - Affidavit of Paul Dominick)(Reference: 2:17-CV-04392, 2:17-CV-03049, 2:17-CV-04142, 2:17-CV-03200, 2:17-CV-04355, 2:17-CV-03289, 2:12-CV-02248, 2:12-CV-02333, 2:12-CV-02332, 2:12-CV-02564, and others as shown on Exhibit A)(Dominick, Paul) [24633_2] | N/A | 0.1MB |
| | | | | Order | MOTION for Extension of Deadlines of PTO 66 by Plaintiff. (Attachments: # (1) | N/A | 0.1MB |

| | | | | | | Exhibit A to Motion for Extension of Time, # (2) Memorandum in Support, # (3) Exhibit B - Affidavit of Paul Dominick)(Reference: 2:17-CV-04392, 2:17-CV-03049, 2:17-CV-04142, 2:17-CV-03200, 2:17-CV-04355, 2:17-CV-03289, 2:12-CV-02248, 2:12-CV-02333, 2:12-CV-02332, 2:12-CV-02564, and others as shown on Exhibit A) (Dominick, Paul) [24633_3] | | |
|---|---|---|---|---|---|---|---|---|
| 62163736 | 6/21/2018 3:43 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE CONSENT MOTION for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Valerie Zdaniewicz (Reference: 12-968) (cg) [24632] | N/A | 0.1MB |
| 62163719 | 6/21/2018 3:37 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE CONSENT MOTION for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Cassandra Dixon (Reference: 12-968) (cg) [24631] | N/A | 0.1MB |
| 62163710 | 6/21/2018 3:36 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE CONSENT MOTION for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement (Reference: 12-968) (cg) [24630] | N/A | 0.1MB |
| 62163665 | 6/21/2018 3:34 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24628] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement. Signed by Judge Carl Barbier on 6-19-2018. (Reference: 12-968)(cg) [24629] | N/A | 0.1MB |
| 62163637 | 6/21/2018 3:33 PM CDT | Serve Only - Public | MC MDL-2179 In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) | James P Roy, Domengeaux Wright Roy & Edwards | Motion | Motion for Approval of Payment of Escrow Expenses | N/A | 0.1MB |
| 62163634 | 6/21/2018 | Serve | Multi-Case | File & | Motion | EXPARTE CONSENT | N/A | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3:26 PM CDT | Only - Public | | ServeXpress Service, File & ServeXpress Service | | MOTION for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement (Reference: 12-968) (cg) [24628] | | |
| 62163492 | 6/21/2018 3:19 PM CDT | Serve Only - Public | MC MDL-2179 In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) | Paul Dominick, Nexsen Pruet LLC-Columbia | Motion | Motion for Extension of Time | N/A | 0.5MB |
| 62152769 | 6/19/2018 10:50 AM CDT | Serve Only - Public | MC MDL-2179 In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) | File & ServeXpress Service, File & ServeXpress Service | Order | ORDERED that [24603] Motion Requesting Reconsideration of the compliance order P.T.O. 60 and 64 Moratoria hold opt-out order filed by the Power House Church of God Holy Ghost Power Pastor Richard McBride is DENIED. Signed by Judge Carl Barbier. (Reference: 16-6635) (copy mailed to Power House Church of Holy Ghost Power Pastor Richard McBride) (gec) [24623] | N/A | 0.2MB |
| 62152757 | 6/19/2018 10:49 AM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDERED that Lake Garden Apartments Ltd.'s [24611] Motion for Extension of of Time to Execute DHCC Release is DENIED. Signed by Judge Carl Barbier. (Reference: 12-1484)(gec) [24622] | N/A | 0.1MB |
| 62152719 | 6/19/2018 10:44 AM CDT | Serve Only - Public | MC MDL-2179 In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER re responses to Order to Show Cause (Rec. Doc. [24558]) from Anthony Buzbee (attorney) on behalf of multiple plaintiffs (Rec. Doc. [24617], see also [24560], [24612]); John Hanks Lucky Lady Fishing Enterprises, Inc. (Rec. Doc. [24606]); Tucker Byrd (attorney) on behalf of three plaintiffs (Rec. Docs. [24613], [24614], [25615]); Brent Coon and Associates (attorney) on behalf of multiple plaintiffs | N/A | 0.2MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Order | It is ORDERED that BP shall file a single, omnibus reply to the above responses by June 25, as stated within document. (Reference: Remaining Cases in Pleading Bundle B1)(gec) [24621] (Rec. Doc. [24618]). [24621] | N/A | 0MB |
| 62149345 | 6/18/2018 1:30 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24619] Motion For Approval of Settlement of Claim Under the Economic and Property Damages Settlement Agreement re William Nicholas. Signed by Judge Carl Barbier on 6-15-2018. (Reference: 12-970)(cg) [24620] | N/A | 0.1MB |
| 62149319 | 6/18/2018 1:27 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE CONSENT MOTION For Approval of Settlement of Claim Under the Economic and Property Damages Settlement Agreement regarding William Nicholas. (Reference: 12-970) (cg) [24619] | N/A | 0.2MB |
| 62142828 | 6/15/2018 7:36 AM CDT | Serve Only - Public | MC MDL-2179 In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) | Joseph L Bruemmer, Garretson Resolution Group | Notice | Status Report | N/A | 0.8MB |
| 62142517 | 6/14/2018 6:20 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Correction of Docket Entry | Correction of Docket Entry by Clerk re [24605] Statement of B3 Claim. Per PTO 66, page 2, paragraph 1, the claimant should have mailed the Particularized Statement of Claim to BP's counsel and the PSC and not filed into the record. Please refer to the PTO for further instructions. (Reference: 17-3349) (cg) [24609(No document attached)] | N/A | 0MB |
| 62120568 | 6/8/2018 7:16 PM CDT | Serve Only - Public | MC MDL-2179 In re: MDL-2179 Oil Spill by the Oil Rig | Matthew Moore, Grosz, Justin PA | Notice | Notice of Filing Suspension Order, Jeremy Alters | N/A | 0.1MB |
| | | | | | Exhibits | Order of Suspension | N/A | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | (Deepwater Horizon) | | | | |
| 62120316 | 6/8/2018 5:30 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | MOTION for Reconsideration of the compliance order. P.T.O. 60 and 64 Moratoria hold opt-out order. Base of the interests of justice. F.R.C.P. 60 Rule(B)(S). Motion (Reference: 16-6635)(cg) [24603] | N/A | 14.1MB |
| 62102870 | 6/6/2018 10:21 AM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDERED that any response to Defendants' Motion for Summary Judgment (Rec. Doc. [13080]) or Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. [13083]) shall be filed by June 19, 2018, after which the Court will take the matter under advisement. Responses shall be filed into the MDL master docket (10-md-2179), not 14-cv-600. Any request for oral argument on these motions is denied. Signed by Judge Carl Barbier. (Reference: 14-600)(gec) [24599] | N/A | 0.2MB |
| 62099482 | 6/5/2018 2:34 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24595] Motion Approval of Settlement of Claim Under the Economic and Property Damages Settlement Agreement re John Hughes, Sr. Signed by Judge Carl Barbier on 6-4-2018. (Reference: 12-970)(cg) [24596] | N/A | 0.1MB |
| 62099467 | 6/5/2018 2:33 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE-CONSENT MOTION for Approval of Settlement of Claim Under the Economic and Property Damages Settlement Agreement re John Hughes, Sr. (Reference: 12-970)(cg) [24595] | N/A | 0.2MB |
| 62096250 | 6/4/2018 7:11 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, | Order | ORDER granting [24589] Motion Approval of | N/A | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | File & ServeXpress Service | | Settlement of Claim Under the Economic and Property Damages Settlement Agreement re Thomas Hempker. Signed by Judge Carl Barbier on 6-1-2018. (Reference: 12-970)(cg) [24591] | | |
| 62096243 | 6/4/2018 7:09 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24588] Motion for Approval of Settlement of Economic and Property Damages Settlement Claims re Paul McGee. Signed by Judge Carl Barbier on 6-1-2018. (Reference: 12-970) (cg) [24590] | N/A | 0.1MB |
| 62096239 | 6/4/2018 7:05 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE-CONSENT MOTION for Approval of Settlement of Economic and Property Damages Settlement Claim re Thomas Hempker. (Reference: 12-970) (cg) [24589] | N/A | 0.2MB |
| 62096232 | 6/4/2018 7:01 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE-CONSENT MOTION Approval of Settlement of Claim Under the Economic and Property Damages Settlement Agreement re Paul McGee (Reference: 12-970)(cg) [24588] | N/A | 0.8MB |
| 62084110 | 5/31/2018 2:39 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24561] Motion for Approval of Payment of Escrow Expenses. Signed by Judge Carl Barbier. (Reference: All Cases (including No. 12-970))(gec) [24575] | N/A | 0.3MB |
| 62076329 | 5/30/2018 9:00 AM CDT | Serve Only - Public | MC MDL-2179 In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) | James P Roy, Domengeaux Wright Roy & Edwards | Motion | Motion for Approval of Payment of Escrow Expenses | N/A | 0.1MB |
| 62069731 | 5/25/2018 1:39 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24527] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement | N/A | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | re Wayne Hudson. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24549] | | |
| 62069713 | 5/25/2018 1:38 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24526] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Ashlynn Herron. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24548] | N/A | 0.1MB |
| 62069710 | 5/25/2018 1:37 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24525] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Taleado Harper. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24547] | N/A | 0.1MB |
| 62069700 | 5/25/2018 1:36 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24524] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Charles Hand. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24546] | N/A | 0.1MB |
| 62069688 | 5/25/2018 1:34 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24523] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Octavius Green. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24544] | N/A | 0.1MB |
| 62069672 | 5/25/2018 1:33 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24522] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Robert Fleming. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24543] | N/A | 0.1MB |
| 62069658 | 5/25/2018 1:31 PM | Serve Only - | Multi-Case | File & ServeXpress | Order | ORDER granting [24521] Motion for | N/A | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | CDT | Public | | Service, File & ServeXpress Service | | Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Corey Dixon. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24542] | | |
| 62069639 | 5/25/2018 1:30 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24520] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Adrienna Cruz. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24541] | N/A | 0.1MB |
| 62069644 | 5/25/2018 1:30 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24528] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Fletcher Kemp. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24550] | N/A | 0.1MB |
| 62069625 | 5/25/2018 1:29 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24529] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Darrell Lacox Sr. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24551] | N/A | 0.1MB |
| 62069633 | 5/25/2018 1:28 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24519] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Travis Clements. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24540] | N/A | 0.1MB |
| 62069615 | 5/25/2018 1:26 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24518] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Matthew Carr. Signed by Judge Carl | N/A | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Barbier. (Reference: 12-968)(gec) [24539] | | |
| 62069604 | 5/25/2018 1:26 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24530] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Wesley Perez I. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24552) | N/A | 0.1MB |
| 62069597 | 5/25/2018 1:25 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24517] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Landon Buxton. Signed by Judge Carl Barbier. (Reference: 12-968)(gec) [24538] | N/A | 0.1MB |
| 62069588 | 5/25/2018 1:23 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24535] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Martha Wray. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24557) | N/A | 0.1MB |
| 62069556 | 5/25/2018 1:19 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24534] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re John Wood, Jr. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24556) | N/A | 0.1MB |
| 62069521 | 5/25/2018 1:13 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24531] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Roderick Pharr. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24553) | N/A | 0.1MB |
| 62069508 | 5/25/2018 1:10 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & | Order | ORDER granting [24532] Motion for Approval of Settlement of Claim | N/A | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | ServeXpress Service | | Under the Medical Benefits Class Action Settlement Agreement re Jose Romo. Signed by Judge Carl Barbier. (Reference: 12-968) (gec)(24554) | | |
| 62069482 | 5/25/2018 1:07 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [24533] Motion for Approval of Settlement of Claim Under the Medical Benefits Class Action Settlement Agreement re Leroy Whitley. Signed by Judge Carl Barbier. (Reference: 12-968)(gec)(24555) | N/A | 0.1MB |
| 62066924 | 5/24/2018 5:25 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Motion | EXPARTE-CONSENT MOTION for Approval of Settlement of Claim Under the Economic and Property Damages Settlement Agreement re Foy Shaw (Reference: 12-970)(cg) [24504] | N/A | 1.3MB |

51-100 of 15821 transactions    <<Prev    Page 2 of 317    Next>>