# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>No. 10-MD-2179<br><br>PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS) | | | |
|---|---|---|---|
| Last Name<br>Bailey | First Name<br>Patricia | Middle Name/Maiden | Suffix |
| Business Name | | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff)<br>8324 | |
| MDL 2179 Member Case Number<br>16-03822 | | Attorney Name and Firm<br>Darleen Jacobs<br>Jacobs, Sarrat, Lovelace & Harris | |

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

Question 1: Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

See attached

Question 2: Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Land heavily oiled by BP oil & left foot print in Plaquemines Parish

Question 3: Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

Occupied the land & residue from BP oil is still present on the land. The land has not been remedied by BP or anyone else.

Question 4: Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)

Not @ this time

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: 7-9, 2018

Location (City and State): Kevin Rodge, LA

Patricia Bailey

Signature of Plaintiff*

*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Print Name

Title/Position (if signed on behalf of a business or other entity)

The verified statement, must be filed into the record of the plaintiff's individual lawsuit (as opposed to the master docket for MDL 2179) no later than April 11, 2018.

*Law Offices*

*Jacobs, Sarrat, Lovelace & Harris*

*An Association for the Practice of Law*

DARLEEN M. JACOBS. J.D., LLM(IN ADMIRALTY)*+**
AL SARRAT. J.D.
RENÉ LOVELACE. J.D.
HUNTER HARRIS. J.D.

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK

LISA A. GRAVES
SHEILA HUDSPEATH
PARALEGAL

823 ST. LOUIS STREET
NEW ORLEANS. LOUISIANA 70112
(504) 522-0155
FAX (504) 522-3819

CABLE ADDRESS
"DARJAC"

HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989
EDGAR J. MONJURE
OF COUNSEL
1912-1971

OFFICES:
(504) 522-3287
(504) 522-0155

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228

RES: (504) 524-2955

March 29, 2013

Deep Water Horizon Economic Claims Center
P.O. Box 1439
Hammond, La 70404-1439

**Re: Patricia Bailey**
**Claimant ID: 100016560**

Claim is made for damages as the Johnson property is clearly included in Economic Loss Zone B.

Greetings:

Economic Loss Zone B, as shown on the website of the Deepwater Horizon Claims Center, and at the interactive map thereof, with internet address 69.166.140.73, reveals Economic Loss Zone B runs along the Mississippi River in Plaquemines Parish and extends from the Mississippi River toward the hurricane protection levees protecting property on both sides of the Mississippi River. The Johnson property is located in the area encompassed in Economic Loss Zone B as shown by the aforementioned map of the Deepwater Horizon Clams Center. As a matter of information the hurricane protection levees in Plaquemines Parish are often located from the Mississippi River at a distance less than the forty arpent line. That is, property in Plaquemines Parish may have acreage outside the protected area and consisting of marsh which is subject to the ebb and flow of the tide or may border directly on the shoreline of Gulf of Mexico or Barataria Bay, as the case may be, for the properties located on the west bank of Plaquemines Parish.

You are also informed that Plaquemines Parish's local government created at "911" system, which resulted in property located in Plaquemines Parish acquiring street numbers and, as applicable, followed by the number of the state highway on which the property fronts. Again, for your edification, a property bearing the address 13202 Highway 23 is located on State Highway 23 which is located on the eastbank. For further information, travel by road along the length of Plaquemines Parish is possible only on the west bank by way of State Highway 23.

You are also informed that as a result of the aforementioned "911" system and then Hurricane Katrina, various post offices were closed. Post offices for an area are not directly connected with the community but extend a distance. The Belle Chasse post office services residences as far as 15 miles south of Belle Chasse proper. The next place-named community with a post office is Port Sulphur. A look at an address without additional scrutiny will result in improper conclusions about the location of property which results from the actions of local government over which the claimant has no control.

The foregoing analysis applies to all such property which may bear both the "911" address coupled together with the post office of Belle Chasse.

Very truly yours,

Darleen M. Jacobs

DMJ:nws

# REQUEST FOR RECONSIDERATION FORM

**DATE OF DENIAL NOTICE: March 27, 2013**

**DEADLINE TO SUBMIT FORM: April 26, 2013**

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>BAILEY | First<br>PATRICIA | Middle |
| **Claimant ID** | 100016560 | **Claim ID** | 148770 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Jacobs, Sarrat & Lovelace | | |
| **Parcel Address** | Street<br>13202 Highway 23 | | Parish/County<br>Plaquemines |
| | City<br>Belle Chasse | State<br>LA | Zip Code<br>70037 |
| **Property Tax Assessment ID** | 1160800 | **Parcel ID** | 1160800 |

## II. REQUEST FOR RECONSIDERATION OF CLAIM

By requesting Reconsideration, you are certifying that you understand that your claim could remain denied. Include all additional documentation you want us to consider with this Reconsideration Form. Select the reasons you are requesting Reconsideration from the options below.

Failure to take into account relevant information or data

Failure to follow the standards in the Settlement Agreement

Explain (You may attach additional sheets if necessary):

Please see attached letter

## III. HOW TO SUBMIT THIS FORM

Submit your **Request for Reconsideration Form** online with any accompanying documents by uploading them to the DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all the documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Re-Review or Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |

| | |
|---|---|
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |