# Oil Pollution Act (33 U.S.C. § 2713, *et. seq.*)
## Claim Form

*This claim is presented as an Interim Claim pursuant to 33 C.F.R.136, et seq. as well as a claim for continuing damages as they occur.*

This claim is made as a result of the explosion and fire which occurred on the 20thday of April, 2010 causing the leakage of a yet unknown number of barrels of crude oil into the Gulf of Mexico resulting in incalculable damage to real property, personal property, and natural resources and caused not only damage to that property, but also loss of profits, impairment of earning capacity and loss of income.

Claims are made against British Petroleum, Inc. ("BP") as the designated Responsible Party by the United States Coast Guard on or about the 30th day of
April, 2010.


## SECTION 1: TYPE OF CLAIM


**I am submitting this claim as:**

__x__ **My First Claim** (This is the first claim I have submitted to BP) (Skip to Section 2)

*– Or –*


____ **Follow-up Claim** (I have previously submitted a claim with BP.
Complete Information Below.)

**Previous Claim Number(s):** _____

**Claim Reported To:** _____

**Claim Representative Name:** _____

**Claim Representatives' Phone Number:** _____

*(Continue to Section 2)*

## SECTION 2A: CLAIMANT PERSONAL INFORMATION

(Mr.)/Mrs./Ms.    Gilbert                                    Johnson
(Circle One)    (First Name)        (Middle Name)                      (Last Name)

Date of Birth: 04/22/1946           Social Security No: 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

Mailing Address:  1103 Marais Street

City:  New Orleans      State:  La      Zip Code:  70116

Phone (Home): (504) 522-2191  Phone (Mobile): _____

E-Mail Address:

I may be contacted via E-mail regarding this claim: Yes/ *NO*

*If you are submitting this claim on behalf of a business, skip to Section 3. If submitting this claim on behalf your yourself complete the following:*

Driver's License Number: _____ Issuing State: _____

Marital Status:___ Single _____ Married ___ Single(Divorced) _____ Single
(Widow/Widower)

## SECTION 2B: CLAIMANT BUSINESS INFORMATION

I am submitting this claim on behalf of the following business entity:

Business Name:

Type of Business:_____ Sole Proprietor _____ Corporation ___ Partnership
_____ Other (Describe)_____

Business Address:

City:                          STATE :              ZIP CODE:

Business Phone: _____              Business Fax: _____

Business E-mail Address:

I may be contacted via E-mail regarding this claim: *YES / NO*

Employer ID Number:

Do You Own This Business? *YES / NO*

If *NO*, Do you have authority to make this claim
on behalf of the business named above? *YES / NO*

*Please Attach Proof of Authority to Make Claim.*

SECTION 3: DAMAGE TO PROPERTY (Pursuant to §2702(b)(2)(B))
I make this claim for damages pursuant to §2702(b)(2)(B) and/or (E) which
state as follows:

*(B) Real or personal property: Damages for injury to, or economic losses
resulting from destruction of, real or personal property, which shall be
recoverable by a claimant who owns or leases that property.*

*(E) Profits and earning capacity: Damages equal to the loss of profits or
impairment of earning capacity due to the injury, destruction, or loss of real
property, personal property, or natural resources, which shall be
recoverable by any claimant.*

__x__ I suffered damage to the following Real, Personal Property,
or resulting from damage to the following Natural Recourse.

NOTE: • *Please complete separate forms for each Item of Property damaged*
• *Attach proof of ownership or copy of lease for each damaged property item.*

Circle the appropriate responses below:
Type of Property Nature of Damaged Property Ownership
Real / Personal /Natural Resource

Home / Business or Commercial / Rental or Dwelling
Contents / Vessel / (Land) Other

(Own) Lease /Employee

Description of Damage:

Physical Location of Property: _____ at Home Address _____ at Business
Address

__x__ Other Address: Street:  Parcel #1160800 1 ¼ x 40 a above the
OPHILE Est. & Below by LH Perez Res

City:  Plaquemines Parish          State: LA          Zip:

*For damage to Real or Personal Property, please complete the following:*
Estimated Amount of Damage or Loss: $_____ per ____ Week or
____ Month

_____ I believe this loss will continue into the future for an unknown period
of time.

I estimate my future losses to be $ _____ per ____ Week or ____
Month.

* *You may make copies of Section 3 and complete for each item of property for which you are
claiming damage.*

**SECTION 4: DAMAGE TO EARNING CAPACITY, INCOME and PROFITS**
**(Pursuant to §2702(b)(2)(E))**
I make this claim for damages pursuant to §2702(b)(2)(B) and/or (E) which state
as follows:

*(B) Real or personal property: Damages for injury to, or economic losses resulting from destruction of, real or personal property, which shall be recoverable by a claimant who owns or leases that property.*

*(E) Profits and earning capacity: Damages equal to the loss of profits or impairment of earning capacity due to the injury, destruction, or loss of real property, personal property, or natural resources, which shall be recoverable by any claimant.*

4A. __x__ I have suffered loss of earning capacity, income, or profits due to the injury to, destruction of, or loss of the Natural Resources described above in Section 3. (Defined by Websters.com as "the natural wealth of a country, consisting of land, forests, mineral deposits, water, etc.")

Amount of Loss: $ 4,167.00 per _____ Week or __x__ Month.

_____ I believe this loss will continue into the future for an unknown period of time. I estimate my future losses to be $ _____ per _____ Week or _____ Month.

4B: _____ I have suffered loss of earning capacity, income, or profits due to the injury to, destruction of, or loss of Real Property described in Section 3.
Amount of Loss: $_____ per _____ Week or _____ Month.

_____ I believe this loss will continue into the future for an unknown period of time. I estimate my future losses to be $_____ per _____ Week or _____ Month.

4C: _x____ I have suffered loss of earning capacity, income, or profits due to the injury to, destruction of, or loss of Personal Property described in Section 3.

Amount of Loss: $ 4,167.00 per _____ Week or __x__ Month.
_____ I believe this loss will continue into the future for an unknown period of time. I estimate my future losses to be $ _____ per _____ Week or _____ Month.

**4D. Occupation:** *(Select All that Apply)*

_____ Shrimper _____ Oysterman _____ Commercial Fisherman
_____ Crabber _____ Charter Boat Operator _____ Dock Owner / Operator
_____ Other Business Owner / Operator

**Describe the Nature of Your Business:**

**Do You Have a LA Commercial License to Work in the Occupation Checked Above?** *YES / NO*
*(If YES, Please attach a copy and complete below for each year you purchase a license and indicate the license type)*

_____ **2010 License Type:** _____

_____ **2009 License Type:** _____

_____ **2008 License Type:** _____

_____ **2007 License Type:** _____

_____ **2006 License Type:** _____

## SECTION 5: OTHER COMPENSATION

For each item of Real or Personal Property listed above in Section 3 for which damages are claimed please identify all sources of income you have received to offset your losses and any insurance policies that may cover these damages to Real or Personal Property, or the Loss of Profits or Impairments to Earnings Potential.

6A. Insurance Policy No: _____ (Attach a copy of the policy)

Insurance Carrier: _____

Property Covered: _____

Has a claim been made? YES / NO If Yes, Date of Claim:_____

If a payment has been received, provide date and amount paid:

Payment Date: _____ Payment Amount: _____

6B: List other claims made and /or compensation received, including payments from BP, SBA, other Federal, State or Local Government Agencies, or any other Sources:

Claim Made to: _____ Date Claim Made: _____

Amount of Claim: _____ Amount of Payment: $_____

**SECTION 6: STATEMENT OF REPRESENTATION**
**THIS PAGE INTENTIONALLY LEFT BLANK**

## SECTION 7: SIGNATURE

I hereby attest that: (check the appropriate option)

_____I have not filed any action or suit against the designated Responsible Party, BP or its guarantors.

__X__I have filed an action or suit against the designated Responsible Party, BP and/or its guarantors filed under case number: USDC No. 10-1245, Section "R"

Signature*: _____ Date: 01-06-2011

Title (If Appropriate): ATTORNEY (DARLEEN M. JACOBS)
                       JACOBS, SARRAT & LOVELACE
                       823 ST. LOUIS STREET
                       NEW ORLEANS, LA 70112
                       (504) 522-0155

*Must be signed in Ink*

Date Claim Form Submitted to BP: _____