Case 2:10-md-02179-CJB-SS   Document 643   Filed 11/02/10   Page 1 of 1

# IN RE: OIL SPILL by "Deepwater Horizon"

**MDL 2179**

**SECTION: J**

**JUDGE CARL BARBIER**

## PLAINTIFF FACT SHEET

| | | | |
|---|---|---|---|
| Last Name  Johnson | First Name Gilbert | Middle Name/Maiden | Suffix Sr |

Phone Number (504) 522-2191

E-mail Address

Address  1103 Marais Street

City / State / Zip  New Orleans, Louisiana 70116

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☐ |
|---|---|
| Employer name  None | Business Name |
| Job Title / Description | Type of Business |
| Address | Address |
| City / State / Zip | City / State / Zip |
| Social Security Number 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 | Tax ID Number |

Attorney Name Darleen M. Jacobs

Firm Name  Jacobs, Sarrat & Lovelace

Address  823 St. Louis Street

City / State / Zip New Orleans, Louisiana 70112

Phone Number  (504) 522-0155

E-mail Address  dollyno@aol.com

Original Case Caption
Darleen Jacobs Levy vs. Transocean, LTD, et al

Originating Court   USDC EDLA

Original EDLA Civil Action Number  10-1245

Claim Filed with BP?   Yes ☐   No ☑      Claim Filed with GCCF?   Yes ☐   No ☑

If yes, BP Claim No: N/A

If yes, GCCF Claimant Identification No: N/A

**Claim Type (Please check all that apply)**

| | |
|---|---|
| Damage or destruction to real or personal property ☑ | Earnings/Profit Loss ☐ |
| Personal Injury/Death ☐   Removal and/or clean-up costs ☑ | Loss of Subsistence use of Natural Resources ☑ |

Brief Description/Primary Valuation of Claim (for personal injury claims, identify all health care providers and employers 2008 to present and complete authorization forms for each.)

This claim involves pollution of land owned by claimant as a result of British Petrolum oil spill.   Plaintiff brings this claim under the Oil Pollution Act and Clean Water Act. Plainiff seeks monies for dimunition in property vaule and loss of subsistence use of natural resourses and costs for remediation relief and permanent relief.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Record Doc. No. 269/Roshto), and subject to full copies of same being made available to Plaintiffs through Liaison Counsel.

Attorney Signature _[signature]_

Date 11/16/10

Print Name  Darleen M. Jacobs

The contents of this form are "Confidential Access Restricted"  and subject to PTO No. 13 (Order Protecting Confidentiality) and are submitted pursuant to PTO No. 11, Section V(C).