DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**
AL SARRAT, J.D.
RENÉ LOVELACE, J.D.

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST
IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK

LISA A. GRAVES
SHEILA HUDSPEATH
PARALEGAL

*Law Offices*
**Jacobs, Sarrat & Lovelace**
*An Association for the Practice of Law*

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
FAX (504) 522-3819

CABLE ADDRESS
"DARJAC"

HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989
EDGAR J. MONJURE
OF COUNSEL
1912-1971

OFFICES:
(504) 522-3287
(504) 522-0155

RES: (504) 524-2955

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228

June 21, 2011

**VIA FAX 1-866-682-1772**
Gulf Coast Claims Facility (GCCF)
Kenneth R. Feinberg, Administrator
5151 Blazer Parkway., Suite A
Dublin, OH 43017

Re: GCCF Claimant Identification Number: 1183310
Cornelius Johnson

Dear Mr. Feinburg:

Enclosed please find my client authorization form for the above referenced client. If you have any further questions please do not hesitate to contact my office.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ:nws
Enclosure

CC: Troy Waltisky, Gulf Coast Claims Facility

# GCCF Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## CLIENT AUTHORIZATION FORM

### A. CLAIMANT INFORMATION

| Name | First: CORNELIUS | MI: | Last: JOHNSON |
|---|---|---|---|
| Address | Street/P.O. Box: 412 HOLMES BLVD | | |
| | City: TERRYTOWN | State: LA | Zip: 70056 |
| Claimant ID | 1183310 | SSN | XXX-XX-1901 |

### B. ATTORNEY INFORMATION

| Attorney Name | First Name: DARLEEN | MI: M | Last Name: JACOBS |
|---|---|---|---|
| Law Firm Name | JACOBS, SARRAT & LOVELACE | | |
| Law Firm Address | Street/P.O. Box: 823 ST. LOUIS STREET | | |
| | City: NEW ORLEANS | State: LA | Zip: 70112 |

### C. SIGNATURE

By my signature below, I advise the Gulf Coast Claims Facility (the "GCCF") that the Attorney identified in Section B hereof, "Attorney Information," is authorized by me to act on my behalf concerning my claim(s) with the GCCF, and is authorized by me to receive from the GCCF, either via wire to the Attorney's IOLTA or other similar trust account or via check made payable to me and sent in care of the Attorney, any payments that may be issued to me in connection with my claim(s).

| Signature | *Cornelius Johnson* | Date | 6 / 20 / 11 (month) (day) (year) |
|---|---|---|---|

04/05/2011

TRANSMISSION VERIFICATION REPORT

```
                                          TIME   : 06/21/2011 16:51
                                          NAME   :
                                          FAX    :
                                          TEL    :
                                          SER.#  : G0N377761
```

```
DATE,TIME              06/21  16:50
FAX NO./NAME           16319406541
DURATION               00:00:51
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

**HOME FINDERS INTERNATIONAL, INC.**
828 ST. LOUIS STREET
NEW ORLEANS, LA 70112

(504) 529-4371 (phone)
(504) 529-4267 (fax)

# FAX

To: Troy Woltisky  
Fax: 1631-940-6541  
Phone: (504)529-4371  

From: Noble  
Pages: 3  
Date: 6-21-11  

Re:   CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

| | |
|---|---|
| HOME FINDERS INTERNATIONAL, INC.<br>828 ST. LOUIS STREET<br>NEW ORLEANS, LA 70112 | (504) 529-4371 (phone)<br>(504) 529-4267 (fax) |

# FAX

**To:** Troy Wolitsky  
**Fax:** 1-631-940-6541  
**Phone:** (504) 529-4371  
**Re:**

**From:** Noblie  
**Pages:** 3  
**Date:** 6-21-11  
**CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

TRANSMISSION VERIFICATION REPORT

```
TIME    : 06/21/2011 16:49
NAME    :
FAX     :
TEL     :
SER.#   : G0N377761
```

```
DATE,TIME           06/21 16:49
FAX NO./NAME        18666821772
DURATION            00:00:53
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

**HOME FINDERS INTERNATIONAL, INC.**
828 ST. LOUIS STREET
NEW ORLEANS, LA 70112

(504) 529-4371 (phone)
(504) 529-4267 (fax)

# FAX

To: Kenneth Feinberg
Fax: 1-866-682-1772
Phone: (504) 529-4371

From: Darleen Jacobs
Pages: 3
Date: 6-21-11

Re:
CC:

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply

| HOME FINDERS INTERNATIONAL, INC.<br>828 ST. LOUIS STREET<br>NEW ORLEANS, LA 70112 | (504) 529-4371(phone)<br>(504) 529-4267 (fax) |
|---|---|

# FAX

**To:** Kenneth Feinburg       **From:** Darleen Jacobs

**Fax:** 1-866-682-1772        **Pages:** 3

**Phone:** (504) 529-4371      **Date:** 6-21-11

**Re:**                         **CC:**

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply