# OIL POLLUTION ACT (33 U.S.C. § 2713, *et. seq.*)
# INSTRUCTION FOR COMPLETING CLAIM FORM

### SECTION 1: TYPE OF CLAIM

Indicate the Type of claim you are submitting by placing and "X" or "T" in the blank beside

the appropriate selection.

Check "First Claim" if this is the first claim you have submitted to BP for damages and skip

to section 2.

Check "Follow-up Claim" if you have previously submitted a claim, even if that claim was

denied or is unresolved, and complete the remainder of Section 1.

### SECTION 2A: CLAIMANT PERSONAL INFORMATION

Enter the Personal Information of the individual making this claim.

*E-mail*: Enter your E-mail address and indicate if you consent to be contacted via E-Mail regarding this claim.

If you are completing this claim on behalf of yourself, complete all of Section 2A. If you are

completing this on behalf of a business, skip the Driver's License and Marital Status questions of section 2.

### SECTION 2B: CLAIMANT BUSINESS INFORMATION

If you are submitting a claim on behalf of a business, complete this section. You may skip

this section if you are not submitting the claim on behalf of a business.

*Business Name*: Enter the full name of the business entity

*Type of Business*: Check the Appropriate business type. If "Other", then please describe the

business.

*Business Address*: Enter the Mailing Address of the business.

*Business Email*: Enter your E-mail address and indicate if you consent to be contacted via EMail

regarding this claim.

*Employer ID Number*: Enter the Business' Federal Tax ID Number

Ownership: Indicate if you are the Owner of the business. If you are dot the owner, indicate

if you have authority to submit the claim on behalf of the business and attach proof of this

authority to the claim.

### SECTION 3: DAMAGE TO PROPERTY

Complete Section 3 for **each item** of Damaged Real Property, or damaged personal property,

and for damage to any natural resource for which you are claiming losses. You may make copies of this section as needed.

*For example*: If you own one piece of land that suffered damage, two boats that were

damaged, and you used one of these boats for shrimping in the Gulf of Mexico, you would make 4 copies of Section 3 and complete one for the land, one for each boat, and one indicating the are of the Gulf of Mexico that was damaged.

*Type of Property* for which you are claiming damage:
- *Real Property*: Includes such items as land, homes, trailers attached to the land, and docks.
- *Personal Property*: Includes things and object owned by you and not attached to the land, such as automobiles, boats and vessels, and equipment.
- *Natural Resource*: Includes the natural wealth of a country such as land, forests, mineral deposits, water, etc.
- *Nature of Property*: Circle the appropriate response that describes the nature of the property damaged
- *Ownership*: Indicate whether the listed property is owned or leased by the person or business entity making this claim.

*Description of Damage*: Enter a general description of the damage to this property.
- *For Automobiles*: Describe damage and provide Year, Make, Model, License Plate # and Vehicle Identification Number (VIN).
- *For Boats/Vessels*: Describe damage and provide registration number, and year and model of the boat.

*Location of Damaged Property*: Mark if the damaged property is at the same address as the claimant home address listed in Section 2 above or the business address listed in Section 3 above or if located at a different address, and provide this address.

If you are claiming damage to Real or Personal Property:

*Estimated Damage Amount*: Enter the amount of physical damages to your property and indicate if this amount is per week or per month.

*Future Damages:* Check here to indicate if you believe your damages will continue into the future. If so, also estimate your future losses and indicate if this estimate is per week or per month. Also attach proof of income from prior months and prior years over the same time period

## SECTION 4: DAMAGE TO EARNING CAPACITY, INCOME and PROFITS

Complete this section if you have suffered loss of earning capacity, income or profits due to the Oil Spill.

4A: *Losses due to injury to Natural Resources*
- Check this if you have suffered a loss in your ability to earn income or lost profits due to damages to the natural resource described in Section 3.
- *Amount of Loss*: Enter the amount of loss to date and indicate if this amount is per week or per month.
- *Future/Continued Losses*: If you believe your losses will continue into the future please check here and indicate your estimate of the amount of losses and if this estimate is weekly or monthly.

4B: *Loss due to damages to Real Property*
- Check this if you have suffered a loss in your ability to earn income or lost profits due to damages to real property described in Section 3.

- *Amount of Loss*: Enter the amount of loss to date and indicate if this amount is per week or per month.
- *Future/Continued Losses*: If you believe your losses will continue into the future please check here and indicate your estimate of the amount of losses and if this estimate is weekly or monthly.

4C: *Loss due to damages to Personal Property*

- Check this if you have suffered a loss in your ability to earn income due to damages to real property, personal property or real property.
- *Amount of Loss*: Enter the amount of loss to date and indicate if this amount is per week or per month.
- *Future/Continued Losses*: If you believe your losses will continue into the future please check here and indicate your estimate of the amount of losses and if this estimate is weekly or monthly.

4D: *Occupation*: Indicate your occupation and describe the nature of your business and the
time frame during which your business operates.
- Indicate if you have a Commercial License in the occupation(s) checked above and provide the license numbers

## SECTION 5: OTHER COMPENSATION

For each item of Real Or Personal Property listed for which direct physical damage or loss of
income is claimed, please indicate the following:

6A: *Insurance*: If any item listed in Section 3 is covered by an insurance policy please indicate the requested information about this policy and attach a copy of the to the claim.

6B: *Other Compensation*: If you have received any other compensation or payments from BP,
the Small Business Administration, other Federal, State or Local agencies, or any other sources, please list these payments here.

## SECTION 6: STATEMENT OF REPRESENTATION

*This section is only included if you have specifically requested Bruno & Bruno, LLP to assist*
*in the filing of a claim.*

- Print the Name of the Claimant or Person Authorized to sign on behalf of a business entity.
- Sign and Date the form and indicate the Title of the Person Authorized to sign.

## SECTION 7: SIGNATURE

You must indicate if you have or have not filed suit against BP or any other party regarding the claims made in this Claim Form.

Sign and date the form in ink, indicating the Title of the Person Authorized to sign if appropriate.

Indicate the Date you submitted the claim to BP.

Mail the completed Claim form to:

ESIS, Inc.
1 Beaver Valley Road
1 West
Wilmington, DE 19803

Be sure to keep a copy of the completed form and all correspondence sent to or received from BP regarding your claim.

# Oil Pollution Act (33 U.S.C. § 2713, et. seq.)
# Claim Form

*This claim is presented as an Interim Claim pursuant to 33 C.F.R.136, et seq. as well as a claim for continuing damages as they occur.*

This claim is made as a result of the explosion and fire which occurred on the 20thday of April, 2010 causing the leakage of a yet unknown number of barrels of crude oil into the Gulf of Mexico resulting in incalculable damage to real property, personal property, and natural resources and caused not only damage to that property, but also loss of profits, impairment of earning capacity and loss of income.

Claims are made against British Petroleum, Inc. ("BP") as the designated Responsible Party by the United States Coast Guard on or about the 30th day of April, 2010.

## SECTION 1: TYPE OF CLAIM

I am submitting this claim as:

__x__ **My First Claim** (This is the first claim I have submitted to BP) (Skip to Section 2)

– Or –

____ **Follow-up Claim** (I have previously submitted a claim with BP. Complete Information Below.)

**Previous Claim Number(s):** _____

**Claim Reported To:** _____

**Claim Representative Name:** _____

**Claim Representatives' Phone Number:** _____

*(Continue to Section 2)*

## SECTION 2A: CLAIMANT PERSONAL INFORMATION

**(Mr.)/Mrs./Ms.**     Cornelius                                    Johnson
(Circle One)     (First Name)          (Middle Name)              (Last Name)

Date of Birth: 05/28/1944          Social Security No: 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

Mailing Address:  412 Holmes Blvd.

City: Terrytown     State: La     Zip Code: 70056

Phone (Home): (504) 362-1599    Phone (Mobile): _____

E-Mail Address:

I may be contacted via E-mail regarding this claim: Yes/ NO

*If you are submitting this claim on behalf of a business, skip to Section 3. If submitting this claim on behalf your yourself complete the following:*

Driver's License Number: _____ Issuing State: _____

Marital Status:___ Single _____ Married ___ Single(Divorced) ____ Single (Widow/Widower)

## SECTION 2B: CLAIMANT BUSINESS INFORMATION

I am submitting this claim on behalf of the following business entity:

Business Name:

Type of Business:_____ Sole Proprietor _____ Corporation ___ Partnership
____ Other (Describe)_____

Business Address:

City:                    STATE :              ZIP CODE:

Business Phone: _____       Business Fax: _____

Business E-mail Address:

I may be contacted via E-mail regarding this claim: YES / NO

Employer ID Number:

Do You Own This Business? YES / NO

If NO, Do you have authority to make this claim
on behalf of the business named above? YES / NO

Please Attach Proof of Authority to Make Claim.

**SECTION 3: DAMAGE TO PROPERTY (Pursuant to §2702(b)(2)(B))**
I make this claim for damages pursuant to §2702(b)(2)(B) and/or (E) which state as follows:

*(B) Real or personal property: Damages for injury to, or economic losses resulting from destruction of, real or personal property, which shall be recoverable by a claimant who owns or leases that property.*

*(E) Profits and earning capacity: Damages equal to the loss of profits or impairment of earning capacity due to the injury, destruction, or loss of real property, personal property, or natural resources, which shall be recoverable by any claimant.*

__x__ I suffered damage to the following Real, Personal Property, or resulting from damage to the following Natural Recourse.

NOTE: • *Please complete separate forms for each Item of Property damaged*
• *Attach proof of ownership or copy of lease for each damaged property item.*

Circle the appropriate responses below:
Type of Property Nature of Damaged Property Ownership
Real / Personal /Natural Resource

Home / Business or (Commercial) / Rental or Dwelling
Contents / Vessel / (Land) / Other

(Own) / Lease /Employee

**Description of Damage:**

**Physical Location of Property:** _____ at Home Address _____ at Business Address

__x__ Other Address: Street: Parcel #1160800 1 ¼ x 40 a above the OPHILE Est. & Below by LH Perez Res

City:  Plaquemines Parish          State: LA          Zip:

*For damage to Real or Personal Property, please complete the following:*
**Estimated Amount of Damage or Loss:** $_____ per ____ Week or ____ Month

____ I believe this loss will continue into the future for an unknown period of time.

I estimate my future losses to be $ _____ per ____ Week or ____ Month.
* *You may make copies of Section 3 and complete for each item of property for which you are claiming damage.*

**4D. Occupation:** *(Select All that Apply)*
____ Shrimper ____ Oysterman ____ Commercial Fisherman
____ Crabber ____ Charter Boat Operator ____ Dock Owner / Operator
____ Other Business Owner / Operator

**Describe the Nature of Your Business:**


**Do You Have a LA Commercial License to Work in the Occupation Checked Above? YES / NO**
*(If YES, Please attach a copy and complete below for each year you purchase a license and indicate the license type)*

____ 2010 License Type: _____

____ 2009 License Type: _____

____ 2008 License Type: _____

____ 2007 License Type: _____

____ 2006 License Type: _____

## SECTION 5: OTHER COMPENSATION

For each item of Real or Personal Property listed above in Section 3 for which damages are claimed please identify all sources of income you have received to offset your losses and any insurance policies that may cover these damages to Real or Personal Property, or the Loss of Profits or Impairments to Earnings Potential.

6A. Insurance Policy No: _____ (Attach a copy of the policy)
Insurance Carrier: _____
Property Covered: _____

Has a claim been made? YES / NO   If Yes, Date of Claim:_____

If a payment has been received, provide date and amount paid:

Payment Date: _____   Payment Amount: _____

6B: List other claims made and /or compensation received, including payments from BP, SBA, other Federal, State or Local Government Agencies, or any other Sources:

Claim Made to: _____   Date Claim Made: _____

Amount of Claim: _____   Amount of Payment: $_____

# SECTION 6: STATEMENT OF REPRESENTATION
THIS PAGE INTENTIONALLY LEFT BLANK

## SECTION 7: SIGNATURE

I hereby attest that: (check the appropriate option)

____I have not filed any action or suit against the designated Responsible Party, BP or its guarantors.

__X__I have filed an action or suit against the designated Responsible Party, BP and/or its guarantors filed under case number: USDC No. 10-1245, Section "R"

Signature*: _____  Date: 01-06-2011

Title (If Appropriate): ATTORNEY (DARLEEN M. JACOBS)
JACOBS, SARRAT & LOVELACE
823 ST. LOUIS STREET
NEW ORLEANS, LA 70112
(504) 522-0155

*Must be signed in Ink*

Date Claim Form Submitted to BP: _____