# GCCF — Gulf Coast Claims Facility

www.GulfCoastClaimsFacility.com

## CLIENT AUTHORIZATION FORM

### A. CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | First: Patricia | MI: | Last: Bailey |
| **Address** | Street/P.O. Box: 11105 Jefferson Highway | | |
| | City: River Ridge | State: La | Zip: 70123 |
| **Claimant ID** | 3205761 | SSN | 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 |

### B. ATTORNEY INFORMATION

| | | | |
|---|---|---|---|
| **Attorney Name** | First Name: Darleen | MI: M | Last Name: Jacobs |
| **Law Firm Name** | Jacobs, Sarrat & Lovelace | | |
| **Law Firm Address** | Street/P.O. Box: 823 St. Louis Street | | |
| | City: New Orleans | State: La | Zip: 70112 |

### C. SIGNATURE

By my signature below, I advise the Gulf Coast Claims Facility (the "GCCF") that the Attorney identified in Section B hereof, "Attorney Information," is authorized by me to act on my behalf concerning my claim(s) with the GCCF, and is authorized by me to receive from the GCCF, either via wire to the Attorney's IOLTA or other similar trust account or via check made payable to me and sent in care of the Attorney, any payments that may be issued to me in connection with my claim(s).

| Signature | *Patricia Bailey* | Date | 05 / 27 / 2011 (month) (day) (year) |
|---|---|---|---|

04/05/2011