**IN RE: OIL SPILL by "Deepwater Horizon"**

Case 2:10-md-02179-CJB-SS   Document 843   Filed 1/12/10   Page 1 of 1

MDL 2179   SECTION: J   JUDGE CARL BARBIER

## PLAINTIFF FACT SHEET

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Bailey | Patricia | J. | |

| Phone Number | E-mail Address |
|---|---|
| (504) 739-4003 | |

| Address | City / State / Zip |
|---|---|
| 11105 Jefferson Hwy. | River Ridge, Louisiana 70123 |

**INDIVIDUAL CLAIM** ☑    **BUSINESS CLAIM** ☐

| Employer name | Business Name |
|---|---|
| Sears | |

| Job Title / Description | Type of Business |
|---|---|
| Receiving Clerk | |

| Address | Address |
|---|---|
| 4400 Verterans Blvd. | |

| City / State / Zip | City / State / Zip |
|---|---|
| Metairie, Louisiana 70006 | |

| Social Security Number | Tax ID Number |
|---|---|
| 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 | |

| Attorney Name | Firm Name |
|---|---|
| Darleen M. Jacobs | Jacobs, Sarrat & Lovelace |

| Address | City / State / Zip |
|---|---|
| 823 St. Louis Street | New Orleans, Louisiana 70112 |

| Phone Number | E-mail Address |
|---|---|
| (504) 522-0155 | dollyno@aol.com |

Original Case Caption
Darleen Jacobs Levy vs. Transocean, LTD, et al

| Originating Court | Original EDLA Civil Action Number |
|---|---|
| USDC EDLA | 10-1245 |

Claim Filed with BP?   Yes ☐  No ☐   Claim Filed with GCCF?   Yes ☐   No ☐

If yes, BP Claim No: 3205761    If yes, GCCF Claimant Identification No: N/A

**Claim Type (Please check all that apply)**
- Damage or destruction to real or personal property ☑
- Earnings/Profit Loss ☐
- Personal Injury/Death ☐
- Removal and/or clean-up costs ☑
- Loss of Subsistence use of Natural Resources ☑

Brief Description/Primary Valuation of Claim (for personal injury claims, identify all health care providers and employers 2008 to present and complete authorization forms for each.)

- This claim involves pollution of land owned by claimant as a result of British Petrolum oil spill. Plaintiff brings this claim under the Oil Pollution Act and Clean Water Act. Plainiff seeks monies for dimunition in property vaule and loss of subsistence use of natural resourses and costs for remediation relief and permanent relief.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Record Doc. No. 269/Roshto), and subject to full copies of same being made available to Plaintiffs through Liaison Counsel.

Attorney Signature: [signed]    Date: 11/16/10

Print Name: Darleen M. Jacobs

The contents of this form are "Confidential Access Restricted" and subject to PTO No. 13 (Order Protecting Confidentiality) and are submitted pursuant to PTO No. 11, Section V(C).