Department of Homeland Security
U.S. Coast Guard

ATTN: CLAIMS ADJUDICATION
NATIONAL POLLUTION FUNDS CENTER
US COAST GUARD STOP 7100
4200 WILSON BLVD STE 1000
ARLINGTON VA 20598-7100

**Optional OSLTF Claim Form**
CG NPFC-CA1
(Rev. April 03)

PURPOSE: This form may be used for submitting claims to the U.S. Coast Guard, National Pollution Funds Center, for potential compensation from the Oil Spill Liability Trust Fund for uncompensated removal costs or damages resulting from an incident under the Oil Pollution Act of 1990 (OPA). You may use your own version of this form. PLEASE PRINT OR TYPE:

1. **Claimant Information:**
   Name: Wilfred Gallordo
   Address: 1409 Velma
   Metairie, La 70001

   Home Tel. #: (504) 309-1419     Work Tel. #:
   Fax Number:     E-mail:

2. **Incident Information:**
   Date: April 20, 2010   Time:     NRC Report #:
   Name of vessel or facility causing damage: Deep Water Horizon
   Geographic location of incident: 50 miles southeast of Venice, La
   Brief description of the incident: While performing drilling operations for crude oil, the Deep Water Horizon caught on fire and exploded, causing oil to gush from its well head.

3. **Type(s) of claim(s) and total amount for costs and damage(s) claimed:**

   $100,000 Subsistence Use     $ _____ Profits & Earning Capacity     $50,000 Removal Costs
   $50,000 Natural Resources     $ _____ Government Revenues     $50,000 Public Services
   $250,000.00 *Total Amount Claimed*     $50,000 Real or Personal Property

4. Has claimant communicated with the responsible party?   [ ] No   [X] Yes

5. Has the claim been submitted to the responsible party?   [ ] No   [X] Yes   Date Submitted:

6. If the claim has been submitted to the responsible party, what action has the responsible party taken?
   [X] No Action   [ ] Denied   [ ] Other – Explain:

7. Has claimant commenced an action in court to recover costs which are the subject of the claim?
   [ ] No   [X] Yes   If yes, provide the name, address, phone number of your attorney, the court in which action is pending and the civil action number: Darleen M. Jacobs, Esq. Richard Martin, Esq. and Kenneth Charbonnet, Esq. 823 St. Louis St. New Orleans, La 70112 (504) 522-0155 , USDC No. 10-1245 Section "R"

CG NPFC-CA1 (APR 03)
Previous edition can be used

## Optional OSLTF Claim Form

CG NPFC-CA1

8. **Has claimant submitted or planned to submit the loss to an insurer?** [X] No  [ ] Yes   Please provide the name, address, and phone number of your insurer, the policy number, and explain any compensation received:

9. **Description of the nature and extent of damages claimed** (Attach additional information as necessary): Property is contaminated by oil and petroleum residue from the BP oil spill. It is need of remediation and clean-up. Plaintiff claims loss of value for land and stigma damages.

10. **Description of how the incident caused the damage:** Oil gushing from well head traveled to property.

11. **Description of actions taken by claimant/representative to avoid or minimize damages:**

12. **Witnesses:**

Name:

Address: _____ Tel. No.:

Name:

Address: _____ Tel. No.:

13. **List Documents or Attachments** (Attach additional information as necessary):

a.

b.

c.

d.

e.

I, the undersigned, agree that upon acceptance of any compensation from the Fund, I will cooperate fully with the United States in any claim or action by the United States to recover the compensation. The cooperation shall include, but is not limited to, immediately reimbursing to the Fund any compensation received from any other source for the same costs and/or damages and, providing any documentation, evidence, testimony, and other support, as may be necessary for the Fund to recover such compensation.

I, the undersigned, certify that, to the best of my knowledge and belief, the information contained in this claim represents all material facts and is true. I understand that misrepresentation of facts is subject to prosecution under Federal law (including but not limited to 18 U.S.C. 287 & 1001 and 31 U.S.C. 3729).

14. _____ 11/21/2010   15. Darleen M Jacobs 11-20-10
Claimant's Signature            Date           Legal Representative            Date
Printed Name of Signer: Darleen M. Jacobs   Title/Legal Capacity: Attorney