UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| | JUDGE BARBIER |
| This document relates to: | MAGISTRATE WILKINSON |
| *Gilbert Johnson v. BP Exploration & Prod., Inc., et al* Case No. 2:16-cv-03831 | |
| *Cornelius Johnson v. BP Exploration & Prod., Inc., et al* Case No. 2:16-cv-03828 | |
| *Patricia Bailey v. BP Exploration & Prod., Inc., et al* Case No. 2:16-cv-03822 | |
| *Wilfredo Gallardo, Jr. v. BP Exploration & Prod., Inc., et al* Case No. 2:16-cv-03834 | |

## ORDER GRANTING PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT

Upon motion of the Plaintiffs, Gilbert Johnson, Cornelius Johnson, Patricia Bailey, and Wilfredo Gallardo, Jr., being advised of the premises and for good cause shown, the Court grants Plaintiffs' Motion to Alter or Amend Judgment and alters its prior July 10, 2018 Order dismissing Plaintiffs' claims with prejudice to reinstate Plaintiffs' claim and orders the Clerk of Court to reopen Plaintiff's claim.

IT IS SO ORDERED this _____ day of July, 2018, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE