# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————————

No. 17-30777
Summary Calendar

————————————

D.C. Docket No. 2:10-MD-2179

United States Court of Appeals
Fifth Circuit

**FILED**

March 28, 2018

Lyle W. Cayce
Clerk

In Re: Deepwater Horizon
-------------------------------------------------------------

PORTO CASTELO, INCORPORATED,

      Plaintiff – Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **May 11, 2018**

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit