# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 11, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30777   In Re: Deepwater Horizon
                            USDC No. 2:10-MD-2179

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Sabrina B. Short*
                  By: _____
                  Sabrina B. Short, Deputy Clerk
                  504-310-7817

cc:
    Mr. Don Keller Haycraft
    Mr. Daryl A. Libow
    Ms. Julia A. Malkina
    Mr. Gus Emile Pappas