# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-30547

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:12-CV-970

United States Court of Appeals
Fifth Circuit
**FILED**
July 19, 2017
Lyle W. Cayce
Clerk

IN RE: DEEPWATER HORIZON

-----------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

v.

KEVIN S. SMITH; SOLOMON J. FLEISCHMAN; JOHN C. KELLY,

    Claimants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before STEWART, Chief Judge, and JONES and OWEN, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

Certified as a true copy and issued
as the mandate on Aug 10, 2017

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that claimants-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.