Case: 16-30547   Document: 00514110043   Page: 1   Date Filed: 08/10/2017
Case 2:10-md-02179-CJB-DPC   Document 24715-2   Filed 08/10/17   Page 1 of 1

## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 10, 2017

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 16-30547   In Re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By: _____
                                     Rebecca L. Leto, Deputy Clerk
                                     504-310-7703

cc:  Mr. Frederick Curtis Baker
     Mr. Jeffrey Bossert Clark Sr.
     Mr. Kevin Robert Dean
     Mr. Don Keller Haycraft
     Mr. James Andrew Langan
     Ms. Elizabeth A. Larsen
     Mr. Martin R. Martos II
     Mr. Joseph F. Rice
     Ms. Lisa Marie Saltzburg