UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179 <br><br> Section "J" <br><br> Judge Barbier <br><br> Magistrate Judge Shushan |
| This Document Relates to: <br> *Pleading Bundle B1* <br> 2:17-cv-06044-CJB-JCW | |
| JAMES R. SUBLETT, <br><br>     Plaintiff, <br><br> v. <br><br> BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., ANADARKO PETROLEUM CORPORATION, ANADARKO E&P ONSHORE LLC, f/k/a ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AIRBORNE SUPPORT INTERNATIONAL, INC. and AIRBORNE SUPPORT, INC., <br><br>     Defendants. | Civil Action No.: <br> 2:17-cv-06044-CJB-JCW <br><br> Section "J" <br><br> Judge Barbier <br><br> Magistrate Judge Shushan |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 65

James Randall Sublett ("Plaintiff") hereby files his response to the May 25, 2018 Order to Show Cause Re: Compliance with PTO 65, and respectfully states as follows:

1. As previously explained in Plaintiff's Motion to Vacate Judgment, Plaintiff's counsel never received the May 25, 2018 Order to Show Cause Re: Compliance with PTO 65 and thus was not aware that Plaintiff was included on a list designated as Exhibit 3, which listed claimants who had failed to make any PTO 65 submission within the stated deadline.

2. PTO 65 did not itself include a list of B1 Plaintiffs who were required to file verified statements regarding causation and damages. Instead, counsel for such plaintiffs were required to self-identify plaintiffs who fell within the scope of PTO 65.

3. Because of the unusual procedural history of Plaintiff's claim, Plaintiff's counsel failed to identify Plaintiff as falling within the scope of PTO 65's requirement.

4. In particular, on December 27, 2012, Plaintiff filed an Individual Economic Loss ("IEL") claim in the Deepwater Horizon Claim Center ("DHCC"). This claim was ultimately denied and closed for failure to adequately answer the incomplete notices that were issued.

5. On June 1, 2015, the Plaintiff re-filed his IEL claim with the DHCC. However, the DHCC identified and designated the Plaintiff as a

Moratoria claimant due to his employer being in the Oil and Gas industry, which subjected his claim to a "moratoria hold."

6. Ultimately, the Plaintiff was given the opportunity to opt-out of the DHCC Settlement Program, and on April 20, 2017, the Plaintiff submitted his executed Opt-Out form.

7. Moreover, as mandated by this Court, the Plaintiff filed a timely individual complaint and sworn statement in compliance with PTO 60.

8. As a result of the Plaintiff's unique path toward becoming an opt-out claimant, the Plaintiff was inadvertently omitted from counsel's list of opt-outs, which resulted in Plaintiff's failure to submit a compliant PTO 65 affidavit.

9. This inadvertent clerical error was isolated and Plaintiff's counsel timely filed four (4) PTO 65 submissions on behalf its clients.

10. Plaintiff has completed and executed his PTO 65 affidavit which is attached hereto as Exhibit "A."

WHEREFORE, the Plaintiff respectfully request that the Court refrain from dismissing this claim, and allow the Plaintiff the opportunity to continue to pursue his claim for damages.

Respectfully submitted.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN, P.A.

By: /s/    Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of July 2018.

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.

By: /s/    Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771

cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843

mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

Attorneys for Plaintiffs