UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MICHAEL PAGE | CIV. ACTION No. 2:17-CV-06083 |
| VERSUS | SECTION J |
| BP EXPLORATION & PRODUCTION, INC. | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| | RULE 9(h) |

## AFFIDAVIT OF REGINALD E. MCKAMIE, SR.

| | |
|---|---|
| STATE OF TEXAS | § |
| HARRIS COUNTY | § |

Before me, the undersigned notary, on this day personally appeared Reginald E. McKamie, Sr., the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Reginald E. McKamie, Sr. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the Plaintiff's attorney in the above-captioned case. On July 13, 2018, I was served with an order, Document Number 5, in this action, dismissing the case with prejudice, by email from Efile_Notice@laed.uscourts.gov. The order dismissed the case for failure to comply with a May 25, 2018 show cause order, which it referred to as Document Number 24558. It also

referred to Pretrial Order No. 65, Document Number 23825. This was the first time I received any notice of the existence of either of these two orders.

After I was served with the Order dismissing this action, I viewed the docket sheet of this action. The Docket Sheet showed that only five (5) documents have ever been filed in this action. It further showed that there had been no activity or notices in this action between June 29, 2017, when Document No. 4 was filed, and July 10, 2018, when the order dismissing the case with prejudice, Document No. 5 was filed. The docket sheet listed my email address of record as reginaldmckamie@gmail.com. This is my correct email address. It also listed "Lead case: 2:10-md-02179-CJB-JCW."

After viewing the docket sheet, I used PACER to download Documents 24558 and 23825 in Case No. 2-10-md-02179-CJB-JCW. This was the first time I received notice of the contents of either the January 11, 2018 Pretrial Order No. 65 or the May 25, 2018 show cause order entered in Case No. 2-10-md-02179-CJB-JCW. I then diligently worked with my client, the Plaintiff, to complete Exhibit A to Pretrial Order No. 65.

Prior to being served with the order of dismissal on July 13, 2018, I had no notice of either the January 11, 2018 Pretrial Order No. 65 or the May 25, 2018 show cause order entered in Case No. 2-10-md-02179-CJB-JCW.

I searched for any emails in the history of the address reginaldmckamie@gmail.com containing the case number of this action, 2-17-cv-06083-CJB-JCW, from Efile_Notice@laed.uscourts.gov. This search returned the service of the order of dismissal on July 13, 2018 and multiple results of service of documents from June of 2017. Like the docket sheet of this action, it returned no results for any activity between June of 2017 and July of 2018.

I also searched for any emails in the history of the address reginaldmckamie@gmail.com containing the case number of the case in which Pretrial Order No. 65 and the May 25, 2018 show cause order were entered, 2-10-md-02179-CJB-JCW, from Efile_Notice@laed.uscourts.gov. This search returned no results.

Although it is not listed as my email address of record in this action on the docket sheet, because it was listed on the July 13, 2018 service email I received, I also searched the records of the address mckamielawoffice@gmail.com. I searched simply for any email containing Efile_Notice. Other than a public notice regarding the appointment of a magistrate, this search too returned no results for any activity between June of 2017 and July of 2018.

I am the sole shareholder and the custodian of records for The Law Office of Reginald E. McKamie, Sr., P.C. I am responsible for ensuring that The Law Office of Reginald E. McKamie, Sr., P.C. maintains accurate and complete records of its regularly conducted activities. Included in these records are the email history of both reginaldmckamie@gmail.com and mckamielawoffice@gmail.com.

Attached to this affidavit are five (5) pages of records from The Law Office of Reginald E. McKamie, Sr., P.C.

2

These records were made at or near the time of the act by, or from information transmitted by, someone with knowledge of the facts; were kept by The Law Office of Reginald E. McKamie, Sr., P.C. in the ordinary course of business and/or in the course of regularly conducted activity; and were made as part of the regular practice of that activity. The attached records are exact duplicates of the original records.

Further affiant sayeth not."

_____
Reginald E. McKamie, Sr.

Sworn to and subscribed before me by Reginald E. McKamie, Sr. on July 31, 2018.

ROBERT BARTLETT EUTSLER
Notary Public, State of Texas
Comm. Expires 05-09-2021
Notary ID 129418058

_____
Notary Public, State of Texas



Reginald Mckamie <reginaldmckamie@gmail.com>

---

## Activity in Case 2:17-cv-06083-CJB-JCW Page v. BP Exploration & Production, Inc. Order Dismissing Case
1 message

---

**Efile_Notice@laed.uscourts.gov** <Efile_Notice@laed.uscourts.gov>　　　　　　Fri, Jul 13, 2018 at 4:45 PM
To: Efile_Information@laed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 7/13/2018 at 4:45 PM CDT and filed on 7/10/2018
**Case Name:**　　　Page v. BP Exploration & Production, Inc.
**Case Number:**　　2:17-cv-06083-CJB-JCW
**Filer:**
**WARNING: CASE CLOSED on 07/10/2018**
**Document Number:** 5

**Docket Text:**
**PTO 65 Compliance Order dismissing case with prejudice. Signed by Judge Carl Barbier. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3) (originally filed in 10md2179 Doc #24686) (gec)**

**2:17-cv-06083-CJB-JCW Notice has been electronically mailed to:**

Reginald Edmund McKamie　　　reginaldmckamie@gmail.com, mckamielawoffice@gmail.com

**2:17-cv-06083-CJB-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/13/2018] [FileNumber=9342997-0
] [00d08581c5489fe1a5f6a77f96ebb6baf946c15831b0ac49584acd2de783a7a40bc
3977e39f0c6f2a03aba3bc99ccf50f2f3f7ae19e9810f58abd77283140343]]
**Document description:** Exhibit 1

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/13/2018] [FileNumber=9342997-1
] [9c40b2eb54a4409eb98907c72012369cf528b0f4b0c11bb533be46e82b6fe2bcc06
e43ab0773b320d78f3e42c40c234b331fcce8cdf552a8e7549d72a423a183]]
**Document description:** Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/13/2018] [FileNumber=9342997-2
] [37df9184daa4b48227cba0b43dafb4c046bb854688bac936d1ba1c72d3152acbe75
28f1c07bd9d5b7a242a4c8e0e1cde6ffe731cfb2bf4e83865d4f7f5cc6912]]
**Document description:** Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/13/2018] [FileNumber=9342997-3
] [a7ced0f3a20adf738c424a29241b5c327db4ed2a43266c42126bfbf762466564408
cb479ff657c06effedbaf2a688df3c727a7f5ef3fde97551c3bd04896c3ad]]





