CLOSED,CONSOL,OIL_SPILL

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:17−cv−06083−CJB−JCW

Page v. BP Exploration & Production, Inc.  
Assigned to: Judge Carl Barbier  
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr  
Demand: $200,000  
Lead case: 2:10−md−02179−CJB−JCW  
Member case: (View Member Case)  
Cause: 33:2701 − Oil Pollution Act  

Date Filed: 06/23/2017  
Date Terminated: 07/10/2018  
Jury Demand: None  
Nature of Suit: 790 Labor: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**James Michael Page** represented by **Reginald Edmund McKamie**  
Law Office of Reginald E. McKamie, Sr., P.C.  
1900 W. Gray St.  
Unit 131558  
Houston, TX 77219  
713−465−2889  
Email: reginaldmckamie@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP Exploration & Production, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2017 | 1 | COMPLAINT against BP Exploration & Production, Inc. (Filing fee $ 400 receipt number 053L−6222809) filed by James Michael Page. (Attachments: # 1 Exhibit Plaintiff's Sworn Statement, # 2 Civil Cover Sheet)Attorney Reginald Edmund McKamie added to party James Michael Page(pty:pla).(McKamie, Reginald) Modified on 6/26/2017 (gec). (Entered: 06/23/2017) |
| 06/23/2017 | 2 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Joseph C. Wilkinson, Jr. (jeg) (Entered: 06/23/2017) |
| 06/29/2017 | 3 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12 1st Amended, # 3 PTO#25, # 4 PTO#31, # 5 PTO#41 2nd Amended)(ADI) (Entered: 06/29/2017) |
| 06/29/2017 | 4 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand−alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10−md−2179). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/29/2017) |
| 07/10/2018 | 5 | PTO 65 Compliance Order dismissing case with prejudice. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (originally filed in 10md2179 Doc #24686) (gec) (Entered: 07/13/2018) |