# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
No. 10-MD-2179

**PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Page | James-Micheal | Cameron | |
| **Business Name** | | **Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff)** 6953 | |
| **MDL 2179 Member Case Number** 2:17-cv-06083-CJB-JCW | **Attorney Name and Firm** Reginald McKamie Atty At Law | | |

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

1

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

The compensatory damages that I claim in my lawsuit are for economic damages and lost wages resulting from the BP Oil Spill which occured on April 20, 2010. The amount of the damages is $51,568. The method of calculation used to reach this amount is the financial Test which was proseribed in the original BP claim application for relief. The financial test consisted of calculating the actual wages earned between the months of May - Dec for the years of 2008 and 2009, and then taking an average of the two to come up with the projected wages for 2010. My actual wage for the time period of 2008 was $32,502 and for 2009 $29,773. The average of these two years calculated to a projected wages amount of $31,138 for the 2010 year. This amount less my actual earned wage of $5354 at the time of my initial claim equated my lost wages of $25,784. According to the initial claim instructions and financial test, these lost wages would be multiplied by a recovery factor of 2.0 to cover future economic damages resulting from the Oil spill equaling a final payment of $51,568

2

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Evidence used to prove damages alleged in response to question one are documentation of my individual earning for the years of 2008-2010. Paycheck stubs from each year showing my hourly wages at the time. The financial Test and Total Final Payment Request Calculation. A letter from the General Manager of Orion Construction LP, a member of the Orion Marine Group verifying my occupation and period of employment with Orion Diving & Salvage, showing the effect of the BP Oil Spill, not only on my previous company and its hiring processes, but on the diving industry in general in the Gulf of Mexico. I submitted proof of my vocational training and up to date certification, receipts for equipment and inspections allowing me to perform services as a commercial diver at the time of the oil spill.

Case 2:10-md-02179-CJB-JCW Document 24718 Filed 07/31/18 Page 4 of 8



**ORION CONSTRUCTION LP**
ORION MARINE GROUP

September 14, 2011
Gulf Coast Claims Facility
Re: BF Claim submitted from James-Micheal C. Page

This letter is to verify and support that James-Micheal C. Page is a commercial diver that was employed with Orion Diving & Salvage from May 2008- February 2010. Many individuals in the commercial diving field, have sustained substantial losses in income directly related to the BP Oil Spill that occurred April 20, 2010.

Due to the BP Oil spill, companies similar to the one James previously worked for (Orion Diving & Salvage), have had a difficult time obtaining work/jobs in the Gulf of Mexico, and therefore have not been able to either employ commercial divers/tenders or keep them working their normal expected workloads.

Commercial Divers and Dive Tenders, are not salaried, but rather hourly employees, who rely a great deal on over-time, as well as depth pay (pay for diving), as part of their incomes. The few that were able to retain employment, and anytime since the BP Spill, have had their overtime pay lost from lack of work, and are often confined to (at most companies) a differential shop pay, and therefore not allowed and option to obtain depth pay, or opportunities for advancement in wages or raises. Overtime pay is usually the norm in the commercial diving industry, with everything over 8 hours a day being considered overtime. This usually accounts for a significant portion of a commercial diver/ dive tender's yearly income.

James's previous hourly rate of $21.50 an hour the time he worked at Orion Diving & Salvage.

Sincerely

*[signature: Mark Carreon]*

Mark Carreon, General Manager
Orion Diving & Salvage
Orion Construction LP-Houston TX
(713) 202-8089

**Total Final Payment Request Calculation for**
**Individual Claimant James-Micheal C. Page**

| Wages (Actual) | | | |
|---|---|---|---|
| 2008 | 2009 | 2008/2009 Average * Projected Wages (2010) | 2010 |

May-Dec **
(actual)      $ 32,502      $ 29,773      $ 31,137.63      $ 5354.36

**May-December**

| | |
|---|---|
| *2010 Projected Wages | $ 31,138 |
| Less: 2010 Actual wages | -  5354 |
| 2010 Lost Wages | $ 25,784 |
| | |
| Multiplied by Recovery Factor 2.0 | x   2.0 |
| | |
| Total Final Payment Request | $ 51,568 |

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

In Oct. 2007, I began attending the Ocean Corporation in Houston TX Class UDT 380 to become a commercial diver. I graduated May 2008 and immediately entered the professional diving industry. I purchased and paid for my own diving equipment and its inspections. My diver cards and all required certifications to perform services as a diver were current and up to date. In essence, I should not have had a problem obtaining work in my field in the 2010 season. Divers contract with dive and drilling companies to perform services (ie. repair, install/remove pipelines, inspect, and maintain key components of structures associated with the maritime and oil industry. In this industry, the summer time is the busiest time of the year, offering me my highest earning potential, with earning made up of hourly wages, depth hazard and penetration pay, travel, per diem, etc. combining to allow me to earn upward to $60,000+ a year. However on April 20, 2018, the commercial diving industry as a whole was catastrophically affected when the DeepHorizon well owned by BP failed, allowing oil to free flow into the Gulf of Mexico for weeks until it could be contained. The following clean up of the spill took years to accomplish resulting in environmental and economic damages of historical proportions. Due to this spill and its effects, divers were not able to work or find employment in the Gulf for some time after. Companies that employ and contract divers were not

4

to continue nor fulfill their current and projected workloads due to the environmental affects, clean up efforts, and government memorandum put into place as a result of the spill. Therefore, they were unable to employ divers at that time, nor keep them working their normal workloads. Companies that I personally contacted prior to and after April 20, 2010 actually informed me that the Gulf had in fact been shut down as a result of the spill and were unable to hire due to the lack of work. In fact, a lot of companies went out of business, or had to scale down to skeleton crews in order to stay afloat, when just before the spill, it was expected for the 2010 commercial diving season to be booming with work. Throughout the time after April 20, 2010, I continued to make efforts to secure employment by traveling throughout Texas and Louisiana with no results. My student loans went into deferment several times, and eventually into default status as a result of not being able to pay them. I drained my savings in order to maintain, and eventually had to come to grips with harsh reality of the state that the commercial diving industry was in as a direct result of the BP Deep Horizon Oil Spill, and began searching for work outside of my field of training as well as continued to seek work within the diving industry. The immense decrease in earning for 2010 as compared to the previous years attest to the fact that my career had indeed been affected by the 2010 oil spill, and I did have economic damages and lost wages as a result.

> **Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or ~~No~~)

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: 7/28, 2018

Location (City and State): Carencro, LA

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

James Micheal Cameron Page
Print Name

_____
Title/Position (if signed on behalf of a business or other entity)

**The verified statement, must be filed into the record of the plaintiff's <u>individual lawsuit</u> (as opposed to the master docket for MDL 2179) no later than <u>April 11, 2018</u>.**

5