UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   Oil Spill by the Oil Rig           *     MDL 2179
         "Deepwater Horizon" in the Gulf
         Of Mexico, on April 20, 2010      *     SECTION J

                                            *     JUDGE BARBIER

                                            *     MAG. JUDGE WILKINSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES MICHAEL PAGE                          CIV. ACTION No. 2:17-CV-06083

VERSUS                                      SECTION J

BP EXPLORATION & PRODUCTION, INC.           JUDGE BARBIER

                                            MAG. JUDGE WILKINSON

                                            RULE 9(h)

## ORDER

After considering Plaintiff James-Michael Page's Motion to Vacate Judgment, the Court GRANTS the Motion and VACATES the Order of July 10, 2018 with respect to this action.

SIGNED on this ____ day of _____, 20___.

                                            _____
                                            JUDGE PRESIDING