UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * | MDL No: 2179 |
| | * | SECTION: J(2) |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| No: 2:14-cv-600, Andry Law Group, et al. v. CNA Financial, et al. | * | MAG. JUDGE WILKINSON |

_____

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

On motion of, Scott Joanen, of the Joanen Law Firm, counsel of record for Andry Law Group and Jonathan Andry, and on suggesting to the Court that he desires to withdraw as counsel of record for those parties, and that the requested withdrawal will not retard the progress of this matter.

Mr. Andry, individually and on behalf of the Andry law Group, has been fully informed of the status of the present litigation, including undersigned counsel's pending Motion to Withdraw. The above referenced matter has been dismissed by the Court. Mr. Andry will proceed forthwith in proper person, or retain other counsel. The requested withdrawal substitution will not retard the progress of this matter. Mr. Andry can be contacted by opposing counsel and the court as follows:

1

Jonathan Andry

610 Baronne Street

New Orleans, Louisana  70113

Telephone:  (504) 525-5535

**WHEREFORE**, Scott Joanen of the Joanen Law Firm prays that the Motion to Withdraw as Counsel of Record be granted.

Respectfully Submitted:

**JOANEN LAW FIRM**

By:   */s/ L. Scott Joanen*
L. SCOTT JOANEN, (#21431)
610 Baronne Street, 3rd Floor
New Orleans, LA 70113
Telephone: (504) 833-3036
Fax:         (504) 833-7366
Email:       scott@joanenlaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all parties to this litigation by hand-delivery, e-mail, facsimile, electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 1st day of August, 2018.

*/s/ L. Scott Joanen*
L. Scott Joanen