# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 14-cv-600, Andry Law Group, LLC,* | * | |
| *et al. v. CNA Financial Corp., et al.* | | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

IT IS ORDERED that the Motion to Lift Stay, Sever and Transfer (Rec. Doc. 13992) filed by the Andry Law Group, LLC and Jonathan Andry is DENIED AS MOOT.

New Orleans, Louisiana, this 1st day of August, 2018.

_____
United States District Judge