

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUL 31 2018
        WP

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INRE: OIL SPILL by the OIL RIG : MDL NO. 2179 – CBJ-SS
"DEEPWATER HORIZON" in the : 2: 12-3048 - CBJ-SS
GULF OF MEXICO, on :
APRIL 20TH, 2010 : SECTION J

This Docket Relates to: Joseph Cannistra et al :
    Plaintiff : JUDGE BARBIER
Nos. 12-3048  13-2905, 14-2606 : MAG. JUDGE WILKINSON

..............................................................................................

## NOTICE OF MOTION FOR STATUS CONFERENCE

**COMES NOW JOSEPH CANNISTRA.** by and through Joseph Cannistra and avers as follows:

1. That I am the Plaintiff in a lawsuit in regards to the B.P. Deepwater Horizon Oil Rig that caught fire in the Gulf of Mexico on April 10th, 2010.

2. That for the past six years, this Plaintiff has been trying to resolve this matter for his just compensation.

3. The scrolled money for compensation for the victims of this spill was $ 20,000,000,000.00 or twenty billion dollars.

4. That this Plaintiff has exhausted all steps necessary to accommodate his obligation for his just compensation, which totals $1,358,711.46.

5. To date, there has been no reasonable offers for compensation to this plaintiff which would afford settlement of this claim.

6. This Plaintiff moves this Court for a Status conference, to examine the

TENDERED FOR FILING
        possibility of closing this case for this Plaintiff in good faith.

JUL 31 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

**WHEREFORE,** and in view of the foregoing, this Plaintiff moves this Court for a Status Conference to ascertained the possibility of a reasonable settlement and closure of the claim by this Plaintiff, and for such other and further relief as this Court may deem just, proper and equitable.

Joseph V. Cannistra Jr.
1247 E. College Street
Pulaski, Tennessee 38478
813 – 403-8587 cell phone
kimmeloy@yahoo.com email

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served to;

BP P.L.C. c/o Prentice Hall, 801 Adlai
Stevenson Dr., Springfield, Ill. 62703

BP Product N/A, Inc.
c/o Prentice-Hall Corporation Systems Inc.,
1201 Hays Street
Tallahassee, Fl. 32301

Transocean Deepwater Inc.,
4 Greenway Plaza
Huston, Tx. 77046

Cameron International Corporation
CT Corporation Systems
1200 South Pine Island Road
Plantation, Fl. 33324

BP Exploration and Production, Inc.,
1200 South Pine Island Road
Plantation, Fl. 33324

Halliburton Energy Services, Inc.,
Capital Corporate Services
155 Office Plaza Drive, Suite A
Tallahassee, Fl.32301

Transocean L.T.D.
4 Greenway Plaza
Huston, Tx. 77406

Transocean Holdings, L.L.C.
c/o President John H. Briscoe
4 Gateway Plaza, Suit 700
Huston, Tx. 77046

Transocean Offshore Deepwater Drilling Inc.,
4 Gateway Plaza,
Huston, Tx. 77406

BP America, Inc.,
CT Corporate Systems
5615 Corporate Blvd., Suite 400B
Baton Rouge, La. 70808

This 25th, day of July, 2018.

Joseph V. Cannistra Jr.

T. CANNISTRA
1247 E. College ST.
Pulaski, TN. 38478

RETURN RECEIPT
REQUESTED

U.S. District Court
500 Poydras ST
New Orleans, LA 70130

7014 3490 0001 6620 6317

701305$3319 C026

U.S. POSTAGE PAID
PULASKI, TN
38478
JUL 25, 18
AMOUNT
$6.70
R2305M146404-05