UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * | MDL No: 2179 SECTION: J(2) |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| No: 2:14-cv-600, Andry Law Group, et al. v. CNA Financial, et al. | * | MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the Motion To Withdraw As Counsel Of Record (Rec. Doc. 24723) be and is hereby granted, and that Scott Joanen of the Joanen Law Firm be terminated as counsel of record for Andry Law Group and Jonathan Andry. Jonathan Andry's contact information is

610 Baronne Street

New Orleans, LA 70113

(504) 525-5535.

New Orleans, Louisiana this 2nd day of August, 2018.

_____
United States District Judge