# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to:<br>No. 10-03261, Shivers, et al. v. BP, plc, et al.<br>No. 12-01713, Andrey, et al. v. BP Products North America Inc., et al. | * | MAGISTRATE |
| | * | JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, come BP Exploration & Production Inc., BP America Inc., BP Products North America Inc., BP America Production Co., Triton Asset Leasing GMBH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Ltd., and Halliburton Energy Services Inc. (collectively the "Defendants"), and move this Court for an order granting an extension of time within which to file responsive pleadings in the above-captioned proceedings.[1]  In support of this motion, the Defendants represent as follows:

---

[1]     In 10-cv-03261, Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Ltd. have been properly served. In 12-cv-01713, only Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling Inc. have been served. Triton Asset Leasing GMBH and Transocean Ltd. have not been served and do not make an appearance in 12-cv-01713.

1.

On July 13, 2018, this Court issued an order lifting the stay imposed on *Shivers v. BP, p.l.c., et al.* (No. 10-03261) and *Andry v. BP Products North America Inc., et al.* (No. 12-01713), two matters within Pleading Bundle A.  *See* Rec. Doc. 24695.

2.

In accordance with the current schedule set by this Court, responsive pleadings for certain defendants in these two matters are due as early as this Friday, August 3, 2018.

3.

Defendants respectfully request a seven (7) day extension through and until Friday, August 10, 2018 within which to file responsive pleadings.  Defendants are coordinating a potential joint response to these matters, and an additional week would afford the Defendants the additional time needed to prepare a joint pleading to respond to these complaints.

WHEREFORE, the Defendants respectfully move this Court on for an extension of time within which to answer, move, or otherwise respond to the complaints in *Shivers v. BP, p.l.c., et al.* (No. 10-03261) and *Andry v. BP Products North America Inc., et al.* (No. 12-01713) of seven (7) days from the time a responsive pleading otherwise would be due, or through and including August 10, 2018 for BP Exploration & Production Inc., BP America Inc., BP Products North America Inc., BP America Production Co., Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Ltd., and Halliburton Energy Services Inc.

Respectfully submitted,

/s/ Devin C. Reid
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4120

-and-

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Kristopher S. Ritter
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

-and-

Christopher W. Keegan
KIRKLAND & ELLIS LLP
555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Fax: (415) 439-1500

*Attorneys for BP Exploration & Production Inc.,*
*BP America Inc., BP Products North America Inc.,*
*BP America Production Co.*

/s/ R. Alan York
R. Alan York
REED SMITH LLP
811 Main Street
Suite 1700
Houston, TX 77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

*Attorney for Halliburton Energy Services, Inc.*

/s/ Kerry J. Miller
Kerry J. Miller
BAKER DONELSON
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (502) 636-4000

*Attorney for Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Devin C. Reid