UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010** | * | **MDL No. 2179** |
| | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | | |
| No. 10-03261, Shivers, et al. v. BP, plc, et al. | * | **MAGISTRATE** |
| No. 12-01713, Andrey, et al. v. BP Products North America Inc., et al. | * | **JUDGE WILKINSON** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Ex Parte Motion for Extension of Time Within Which to File Responsive Pleadings, filed by BP Exploration & Production Inc., BP America Inc., BP Products North America Inc., BP America Production Co., Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Ltd., and Halliburton Energy Services Inc. (collectively the "Defendants"),

IT IS ORDERED that the Motion is GRANTED. The Defendants are granted an additional seven (7) days, through and including August 10, 2018 in which to file pleadings in response to *Shivers v. BP, p.l.c., et al.* (No. 10-03261) and *Andry v. BP Products North America Inc., et al.* (No. 12-01713);

New Orleans, Louisiana this 3rd day of August, 2018.

UNITED STATES DISTRICT JUDGE