Exhibit A

| No. | Client Name | Cause Numbers |
|---|---|---|
| 1 | S.C.P.P. Decembocadura del Rio Soto la Marina, S.C. de R.L. | 2:16-cv-04400 |
| 2 | Decuir, Raul | 2:16-cv-04533 |
| 3 | Cokteles Y Mariscos Las Culturas, S.C. de R.L. | 2:16-cv-04432 |
| 4 | Vargas, Marco | 2:16-cv-04585 |
| 5 | Baena, Juan | 2:16-cv-04611 |
| 6 | Casanova, Rosa | 2:16-cv-04613 |
| 7 | Casteneda, Luis | 2:16-cv-04614 |
| 8 | Leandro, David | 2:16-cv-04615 |
| 9 | Chicharrones de Pescado Pa' La Raza S.C de R.L. de C.V. | 2:16-cv-04401 |
| 10 | Homero Oyarvide Stevens | 2:16-cv-05280 |
| 11 | Guillermo Carbonell | 2:16-cv-05316 |
| 12 | Isidro Carbonell | 2:16-cv-05320 |
| 13 | Otilio Chano Ramirez | 2:16-cv-05324 |
| 14 | Luis Alberto Eligio Lopez | 2:16-cv-06313 |
| 15 | Joaquin Jose Velveta Diaz | 2:16-cv-05200 |