Exhibit B

| No. | Client Name | Cause Numbers |
|---|---|---|
| 1 | S.C.P.P Punta del Toro, S.C. de R. L. | 2:16-cv-04358 |
| 2 | Laguna de Morelas, S.C. de R.L. | 2:16-cv-04404 |
| 3 | Cepeda Rodriguez, Juan | 2:16-cv-04517 |
| 4 | Carrillo, Eduardo | 2:16-cv-04539 |
| 5 | Criollo, Alberto | 2:16-cv-04544 |
| 6 | Lorenzo, Antioco | 2:16-cv-04553 |
| 7 | Grupo Medpa, S.C. de R.L. de M.I. | 2:16-cv-04482 |
| 8 | Fidalgo, Juan Carlos | 2:16-cv-04558 |
| 9 | S.C.P.R. La Marina, S.C. de R.L. | 2:16-cv-04430 |
| 10 | Lopez, Jose | 2:16-cv-04602 |
| 11 | Santiago, Leoncio | 2:16-cv-04616 |
| 12 | S.C.P.P. Colonia Moreno, S.C. de R.L. | 2:16-cv-04426 |
| 13 | Meza, Aracely | 2:16-cv-04618 |
| 14 | Gomez, Dionicio | 2:16-cv-04619 |
| 15 | Gomez, Jose | 2:16-cv-04620 |
| 16 | S.C.P.P Pescadores de Potrero Mota de Chavez, S.C. de R.L. | 2:16-cv-04425 |
| 17 | Maria Hatowecto, S.C. de R.L. | 2:16-cv-04423 |
| 18 | S.C.P.P Voluntad y Trabajo, S.C. de R.L. | 2:16-cv-04422 |
| 19 | S.C.P.P. Pescadores de Tampico, S.C. de R.L. De C.V. | 2:16-cv-04420 |
| 20 | S.C.P.P 21 de Marzo, S.C. de R.L. | 2:16-cv-06318 |
| 21 | S.C.P.P Laguna de Chila, S.C de R.L | 2:16-cv-05815 |
| 22 | S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc,  S.C. de R.L. | 2:16-cv-05820 |
| 23 | Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L. | 2:16-cv-04419 |
| 24 | Gonzalez, Jose | 2:16-cv-06295 |
| 25 | Islas, Silvia | 2:16-cv-06296 |
| 26 | Guzman, Lilia | 2:16-cv-05154 |
| 27 | S.C.P.P. Las Mujeres del Marisco, S.C. de R.L. | 2:16-cv-05164 |
| 28 | Nueva Esperanza de Rodriguez, S.C. de R.S. | 2:16-cv-05170 |
| 29 | Torruco, Lorente | 2:16-cv-04621 |
| 30 | S.C.P.P. La Victoria del Pescador, S.C. de R.L. de C.V | 2:16-cv-05333 |
| 31 | Cano, Jose | 2:16-cv-04622 |
| 32 | Cruz, Lucio | 2:16-cv-05158 |
| 33 | 16 de Septiembre, S.C. de R.L. de C.V. | 2:16-cv-04351 |
| 34 | Gomez, Ringo | 2:16-cv-04623 |
| 35 | S.C.P.P. Isla del Chayote del Playon de Sanchez Magallanes , S.C. de R.L. de C.V. | 2:16-cv-04353 |
| 36 | Hernandez, Juan Luis | 2:16-cv-04624 |
| 37 | S.C. P.P. Islas del Paquillo, S.C. de R.L. de C.V. | 2:16-cv-04355 |

| | | |
|---|---|---|
| 38 | Perez , Carmen | 2:16-cv-04625 |
| 39 | Puch, Santiago | 2:16-cv-05160 |
| 40 | S.C.P.P. Pescadores De Aquiles Serdan, S.C.L. de C.V. | 2:16-cv-04356 |
| 41 | S.C.P.P. La Bellota, S.C. de R.L. de C.V. | 2:16-cv-04357 |
| 42 | S.C.P.P. Atlizintla, S.C. de R.L. | 2:16-cv-05173 |
| 43 | Marinero de San Pedro, S.C. de R.L. de C.V | 2:16-cv-04359 |
| 44 | S.C.P.P. El Emporio de Santana, S.C. de R.L. | 2:16-cv-04360 |
| 45 | Catana, Jose | 2:16-cv-05166 |
| 46 | S.C.P.P. Acuicola y Pesquera La Campanita, S.C. de R.L. | 2:16-cv-05176 |
| 47 | S.C.P.P. Grupo Pesquero de Salinas, S.C. de R.L. | 2:16-cv-05178 |
| 48 | Cordova, Mabial | 2:16-cv-04626 |
| 49 | S.C.P.P. Pescaderia Rosita, S.C.L. de C.V. | 2:16-cv-04361 |
| 50 | Pescadores del Puente, S.C. de R.L. de C.V. | 2:16-cv-05182 |
| 51 | De Dios, Elias | 2:16-cv-04627 |
| 52 | De Los Santos, Ortencia | 2:16-cv-04628 |
| 53 | Gutierrez, Noe | 2:16-cv-04629 |
| 54 | Herrera, Maria | 2:16-cv-05175 |
| 55 | S.C. P.P. Acuicola Turistica y Forestal y Ganadera La Esperanza S.C. de R.L. de C.V. | 2:16-cv-05188 |
| 56 | La Virtud de Pescar S.C. de R.L. de C.V. | 2:16-cv-05192 |
| 57 | Estate of Julio Barahona, | 2:16-cv-04711 |
| 58 | S.C.P.P. Acuicola La Palma Real, S.C. de R.L. | 2:16-cv-05195 |
| 59 | S.C. Vanesita Marinera, S.C. de R.L. de C.V. | 2:16-cv-04363 |
| 60 | Hernandez, Edith | 2:16-cv-04631 |
| 61 | Ramirez, Francisco | 2:16-cv-04715 |
| 62 | Vicente, Damaso | 2:16-cv-04634 |
| 63 | Camara, Heberto | 2:16-cv-04635 |
| 64 | S.C.P.P. Los Cavesos del Bajio, S.C. de R.L. | 2:16-cv-05199 |
| 65 | De La Cruz, Agustin | 2:16-cv-04636 |
| 66 | Delgado, Rosa | 2:16-cv-04718 |
| 67 | Club Playero, S.C. de R.L. | 2:16-cv-05202 |
| 68 | S.C.P.P. Tatanan, S.C. de R.L. de C.V. | 2:16-cv-05205 |
| 69 | S.C. P.P. Cocal Dorado, S.C. de R.L. | 2:16-cv-05210 |
| 70 | Origuela, Maria | 2:16-cv-04721 |
| 71 | S.C.P.P. Canal de la Puntilla, S.C. de R.L. | 2:16-cv-05212 |
| 72 | S.C. El Coral de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04365 |
| 73 | S.C.P.P. Barra de Chiltepec, S.C.L. de C.V. | 2:16-cv-04367 |
| 74 | Hernandez, Roman | 2:16-cv-04725 |
| 75 | S.C.P.P. Riberena Malecon de la Puntilla, S.C. de R.L. | 2:16-cv-05218 |
| 76 | S.C.P.P. Los Rayados de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04368 |
| 77 | Rocha, Jose | 2:16-cv-04727 |
| 78 | S.C.P.P. El Botadero Del Ejido Sinaloa, S.C. de R.L. de C.V. | 2:16-cv-04369 |

| | | |
|---|---|---|
| 79 | S.C.P.P. La Tabasquenita, S.C. de R.L. | 2:16-cv-04370 |
| 80 | Casados, David | 2:16-cv-04637 |
| 81 | S.C.P.P. Bella Palizada, S.C. de R.L. | 2:16-cv-05219 |
| 82 | S.C. P.P. La Mujer Costena, S.C. de R.L. | 2:16-cv-05220 |
| 83 | S.C.P.P. Laguna de Tacosta, S.C. de R.L. | 2:16-cv-05222 |
| 84 | S.C.P.P. Aculteca, S.C.L | 2:16-cv-05223 |
| 85 | S.C.P.P. Boca del Estero, S.C. de R.L. | 2:16-cv-05224 |
| 86 | S.C.P.P. El Jurel, S.C. de R.L. | 2:16-cv-05227 |
| 87 | S.C.P.P. Punta de Diamante, S.C.L. | 2:16-cv-05228 |
| 88 | Jaime, Julianna | 2:16-cv-05180 |
| 89 | Mujeres del Cabezo de la Palangana, S.C. de R.L. | 2:16-cv-05231 |
| 90 | Gonzalez Zamudio, Silvia | 2:16-cv-04732 |
| 91 | Balderas, Leonel | 2:16-cv-04742 |
| 92 | Laguna Y Puerto de Alvarado, S.C. de R.L. | 2:16-cv-05233 |
| 93 | S.C. Barra de Corazones, S.C. de R.L. | 2:16-cv-04371 |
| 94 | S.C.P. P. La Gaviota de Frontera, S.C. de R.L. | 2:16-cv-04372 |
| 95 | S.C.P.P. El Deslave, C.L. de C.V. | 2:16-cv-04374 |
| 96 | Mendoza, Juan | 2:16-cv-04746 |
| 97 | Laguna de Pinolapa, S.C. de R.L. | 2:16-cv-05342 |
| 98 | Mendez, Eber | 2:16-cv-04748 |
| 99 | S.C.P.P. Almejeros de Alvarado, S.C. de R.L. | 2:16-cv-05357 |
| 100 | De La Cruz, Candelario | 2:16-cv-04753 |
| 101 | Decuir, Alfredo | 2:16-cv-04755 |
| 102 | S.C.P.P. Cangrejeros del Manglar, S.C. de R.L. | 2:16-cv-05360 |
| 103 | Hernandez, Alejandro | 2:16-cv-04758 |
| 104 | Equipos Marinos de Frontera, S.C.L. | 2:16-cv-04375 |
| 105 | Dimas, Pablo | 2:16-cv-04888 |
| 106 | Ipina, Alejandro | 2:16-cv-04890 |
| 107 | S.C.P.P. La Picuda, S.C. de R.L. | 2:16-cv-05366 |
| 108 | S. La Flota, S.C. de R.L. | 2:16-cv-05369 |
| 109 | S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R.L. | 2:16-cv-05371 |
| 110 | S.C.P.P. La Nueva Fe, S.C. de. R.L. | 2:16-cv-05373 |
| 111 | Olan, Genofanes | 2:16-cv-04893 |
| 112 | Mujeres Esperimentando, S.C. de R.L. | 2:16-cv-05374 |
| 113 | Parra, Irbin | 2:16-cv-04896 |
| 114 | S.C.P.P. Laguna de Popuyeca | 2:16-cv-05382 |
| 115 | S.C.P.P. Villa del Mar, S.C. de R.L. | 2:16-cv-05385 |
| 116 | Magana , Maria | 2:16-cv-04899 |
| 117 | Las Ampolas, S.C.L. | 2:16-cv-05388 |
| 118 | S.C.P. Ejido Reventadero, S.C. de R.L. | 2:16-cv-04377 |
| 119 | S.C.P.P. Ejidatarios, S.C. de R.L. | 2:16-cv-05395 |

| | | |
|---|---|---|
| 120 | Ahumada, Everardo | 2:16-cv-04906 |
| 121 | S.C.P.P. Pescadores del Tamcci, S.C. de R.L. | 2:16-cv-04378 |
| 122 | S.C.P.P. Pescadores de Reventadero, S.C. de R.L. | 2:16-cv-04380 |
| 123 | S.C.P.P. Pescadores de Tampacas, S.C. de R.L. | 2:16-cv-04381 |
| 124 | S.C.P.P. Rey Jasur S.C. de R.L. | 2:16-cv-05400 |
| 125 | S.C.P.P. La Virgen, S.C. de R.L. | 2:16-cv-05405 |
| 126 | S. La Jaivita, S.C. de R.L. | 2:16-cv-05447 |
| 127 | S.C.P.P. Libres de las Escolleras, S.C. de R.L. | 2:16-cv-05455 |
| 128 | Morgado, Alicia | 2:16-cv-04908 |
| 129 | Paso Nacional, S.C. de R.L. | 2:16-cv-05459 |
| 130 | Vicente, George | 2:16-cv-04911 |
| 131 | S.C.P.P. Playa Salinas, S.C. de R.L. | 2:16-cv-05463 |
| 132 | Pescadores de Gonzales Ortega, S.C. de R.L. | 2:16-cv-04383 |
| 133 | S.C.P.P. El Obispo, S.C. de R.L. | 2:16-cv-05467 |
| 134 | S.C.P.P. Pescadores de Tampalache, S.C. de R.L. | 2:16-cv-04384 |
| 135 | S.C.P.P. Pescadores Unidos de Panuco, S.C.L | 2:16-cv-04386 |
| 136 | S.C.P.P. Vega Cercada y Alto del Hobo, S.C. de R.L. | 2:16-cv-04387 |
| 137 | Reyes, Carlos | 2:16-cv-05004 |
| 138 | S.C.P.P. Mayarazago Alto, S.C. de R.L. | 2:16-cv-04389 |
| 139 | Sanchez Torres, Jose | 2:16-cv-05007 |
| 140 | S.C.P.P. Costeros del Puerto de Magallanes S.C. de R.L. | 2:16-cv-04395 |
| 141 | S.C.P. Escameros de Sanchez Magallanes | 2:16-cv-04398 |
| 142 | S.C. Pescadores El Nuevo Milenio | 2:16-cv-04399 |
| 143 | Hernandez, Maribel | 2:16-cv-05013 |
| 144 | Quiroga, Luis | 2:16-cv-06301 |
| 145 | Cancino Diaz, Juan | 2:16-cv-05020 |
| 146 | Cancino Hernandez, Cesar | 2:16-cv-04956 |
| 147 | Carillo Lopez, Fernando | 2:16-cv-04955 |
| 148 | Carillo Lopez, Jesus | 2:16-cv-04952 |
| 149 | Cosmopulos Lopez, Luis | 2:16-cv-04950 |
| 150 | S.C.P.P. Los Navegantes de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04402 |
| 151 | De La Cruz Morales, George | 2:16-cv-04947 |
| 152 | S.C.P.P. Penjamo R.L. de C.V | 2:16-cv-04403 |
| 153 | De la Cruz Ventura, Jorge | 2:16-cv-04946 |
| 154 | S.C.P.P. Laguna Cuchupeta S.C. de R.L. de C.V. | 2:16-cv-04405 |
| 155 | Garcia Segura, Alexis | 2:16-cv-04945 |
| 156 | Genesta rodriguez, Miguel | 2:16-cv-04944 |
| 157 | S.C.P.P. Pescadores Unidos del Cascajal S.R.L de C.V. | 2:16-cv-04406 |
| 158 | Gonzalez Dominguez, Carmen | 2:16-cv-04942 |
| 159 | Gonzalez Hermida, Ricardo Luis | 2:16-cv-04941 |
| 160 | Gonzalez Juarez, Edilia | 2:16-cv-04938 |

| | | |
|---|---|---|
| 161 | Hernandez Hernandea, Maria del Carmen | 2:16-cv-04935 |
| 162 | Hernandez Madrigal, Waldo | 2:16-cv-04934 |
| 163 | Jimenez Perez, Elias | 2:16-cv-04932 |
| 164 | Ortiz Dominguez, Josefa | 2:16-cv-04929 |
| 165 | Pena Crisanto, Maria de la Luz | 2:16-cv-04928 |
| 166 | Perez, Victor Javier | 2:16-cv-04925 |
| 167 | Perez Flores, Leobardo | 2:16-cv-04922 |
| 168 | Perez Madrigal, Doris | 2:16-cv-04921 |
| 169 | S.C.P.P. Puerto de Sanchez Magallanes S.C.L | 2:16-cv-04407 |
| 170 | Perez Wilson, Rober | 2:16-cv-05025 |
| 171 | S.C.P.P. Huachinangueros de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04409 |
| 172 | S.C.P.P. La Serena del Golfo S.C. de R.L. de C.V. | 2:16-cv-04410 |
| 173 | S.C. La Pitaya de Sinaloa S.C. de R.L. de C.V | 2:16-cv-04412 |
| 174 | Ventura Jimenez, Luciano | 2:16-cv-04907 |
| 175 | Vicente Olan, Nelson | 2:16-cv-04904 |
| 176 | Vicente Wilson, Alejandro | 2:16-cv-04901 |
| 177 | S.C.P.P. Punto San Julian S.C. de R.L. | 2:16-cv-05826 |
| 178 | S.C.P.P. Pescadores Artesanos S.C. de R.L. | 2:16-cv-05479 |
| 179 | Producion Pesquera Acuicola y Turistica y Bienes y Servicios La Pesca Milagrosa S.C. de R.L. de C.V. | 2:16-cv-05484 |
| 180 | Romeo Candelera Colorado | 2:16-cv-05186 |
| 181 | S.C.P.P. Riberena Acuicola de Bienes y Servicios Vista Alegre S.C. de R.L. | 2:16-cv-05489 |
| 182 | Coperativa de Producion de Bienes y Servicios Tritones del Golfo S.C. de R.L. de C.V. | 2:16-cv-05499 |
| 183 | S.C.P.P. Nueva Creacion de Bienes y Servicios R.L. de C.V. | 2:16-cv-05518 |
| 184 | S.C.P.P. El Boqueron de Sabancuy S.C. de R.L. | 2:16-cv-05532 |
| 185 | S.C. Producion de Bienes y Servicios Puerto de Abrigo S.C. de R.L. | 2:16-cv-05545 |
| 186 | Herrera Novelo, Miguel Angel | 2:16-cv-06319 |
| 187 | Nayeli Rosita Lopez Diaz | 2:16-cv-05274 |
| 188 | Jesus Loyda Balcazas | 2:16-cv-05279 |
| 189 | S.C.P.P. 20 de Noviembre S.C de R.L. | 2:16-cv-05573 |
| 190 | S.C.P.P. Campesino del Mar S.C. de R.L. | 2:16-cv-05468 |
| 191 | Jose del Carmen Perez Gomez | 2:16-cv-05284 |
| 192 | Rogelio Prieto Mora | 2:16-cv-04897 |
| 193 | Jose Agusto Diaz Gonzalez | 2:16-cv-05209 |
| 194 | S.C.P.P. Acuicola y Bienes y Servicios La Atlantida S.C.L | 2:16-cv-05372 |
| 195 | S.C.P.P. El Chejere S.C. de R.L. | 2:16-cv-04416 |
| 196 | Leopoldo Rejon Diaz | 2:16-cv-05370 |
| 197 | S.C.P. Riberena de Bienes y Servicios Rio Caribe S.C. de R.L. de C.V. | 2:16-cv-05364 |
| 198 | S.C.P.P. La Petrita S.C. de R.L. | 2:16-cv-05340 |
| 199 | Rene Zavala Salinas | 2:16-cv-05196 |

| | | |
|---|---|---|
| 200 | S.C.P.P Liberacion 2003 S.C. de R.L. de C.V, | 2:16-cv-04417 |
| 201 | S.C.P.P. Las Aneas, S.C.L. | 2:16-cv-05347 |