IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE | § | Ref CA No. 10-2771 |
| GULF OF MEXICO | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | |
| **This Document Relates to:** | § | |
| | § | |
| 13 CV 2791; | § | JUDGE BARBIER |
| AND ALL CIVIL ACTIONS, INCLUDING | § | |
| 2:16-cv-04400; 2:16-cv-04533; 2:16-cv-04432; | § | |
| 2:16-cv-04585; 2:16-cv-04611; 2:16-cv-04613; | § | |
| 2:16-cv-04614; 2:16-cv-04615; 2:16-cv-04401; | § | |
| 2:16-cv-05280; 2:16-cv-05316; 2:16-cv-05320; | § | |
| 2:16-cv-05324; 2:16-cv-06313; 2:16-cv-05200 | § | |
| AND ACTIONS ALL LISTED IN EXHIBIT B | § | MAG. JUDGE WILKINSON |

## **ORDER**

Considering The Buzbee Law Firm Claimants' Motion and Supporting Memorandum In Support of Buzbee Law Firm Claimants' Motion For Reconsideration Under Federal Rules of Civil Procedure 59 (e), Alternatively Federal Rules Of Civil Procedure 60 (b), of ORDER [PTO 65 Compliance Order] (DOC 24686), it is ORDERED that it shall be **Granted** under Federal Rules of Civil Procedure 59 (e), and the Claimants in Exhibit A and B attached to the motion will be not be dismissed.

Signed this _____ day of _____ 2018.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge