IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-30918
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
August 3, 2018

Lyle W. Cayce
Clerk

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:12-CV-970

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

      Movant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana

Before KING, SOUTHWICK, and ENGELHARDT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.



**Certified as a true copy and issued as the mandate on Aug 03, 2018**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-30918
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
August 3, 2018
Lyle W. Cayce
Clerk

IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

        Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

        Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

        Movant – Appellant

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

---

Case: 16-30918 Document: 00514584507 Page: 2 Date Filed: 08/03/2018
Case 2:10-md-02179-CJB-DPC Document 24731 Filed 08/07/18 Page 4 of 5

No. 16-30918

Before KING, SOUTHWICK, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

David Andrew Christenson appeals the district court's denial of review of the post-reconsideration incompleteness notice sent to him by the Court Supervised Settlement Program authorized to administer the *Deepwater Horizon* Economic and Property Damages Settlement. Also pending is a motion for reconsideration of the clerk's order denying Christenson's motion for leave to file a third supplemental memorandum.

This court must always be mindful of its jurisdiction and may consider the issue *sua sponte*. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). In a civil case, a timely notice of appeal is a jurisdictional requirement. *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The notice of appeal in a civil action must be filed within 30 days of entry of the judgment or order from which the appeal is taken. FED. R. APP. P. 4(a)(1)(A). The district court's judgment denying Christenson's request for review was entered on the docket on July 7, 2016. The notice of appeal was filed on August 11, 2016, after the 30-day deadline for filing a notice of appeal.

Thus, the notice of appeal was untimely, and this court lacks jurisdiction over the appeal of the district court's denial of review. *See Bowles*, 551 U.S. at 214. This appeal is DISMISSED for lack of jurisdiction. *See id.* All pending motions are DENIED as moot.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 03, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 16-30918   In Re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Erica A. Benoit, Deputy Clerk

cc:  Mr. David Andrew Christenson
     Mr. Jeffrey Bossert Clark Sr.
     Mr. Don Keller Haycraft
     Mr. James Andrew Langan
     Mr. Martin R. Martos II