United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans Louisiana 70130

Attention Judge Barbier

No. 13-05367 BP Exploration and Production, Inc. et all v. Mark Canfora

Regarding my appeal letter recently received by the court dated July 15, 2018, Mark Canfora hereby requests an Oral argument presentation before the Court. The recent dismissal of my "Mark Canfora" individual case by my Attorney Brent Coon has placed an undue burden upon my case and myself.

I am pleading with the Court to present the facts of my case in person before the Honorable Judge Barbier.

Respectfully,

*Mark Canfora* (signature)
Mark Canfora
95 Greenwood Drive
Panama City Beach, Florida 32407
330 865 1000

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Attention: Hon. Carl J. Barbier

No. 13-05367 BP Exploration & Production, Inc. et al v. Mark Canfora

Mark Canfora hereby asks the Court for indulgence and the grant of an Appeal against dismissal and states as follows:

1. Mark Canfora is a Pro se litigant and brings this Petition in his own capacity. He was formerly represented by Brent Coon & Associates, which Firm is not representing Mark Canfora in the instant matter.
2. Mark Canfora has the right of a valid claim in his own right against BP Exploration & Production, Inc.
3. Mark Canfora is the Principal of other entities, Pre-Paid Real Estates Advisors, LLC and Fractional Real Estates Advisors, LLC, which parties have released their claims against BP and settled by means of negotiated settlement with the Court-Appointed Neutrals.
4. Mark Canfora in his personal capacity was a Manager for the development of a project known as Infinity Blu. (See attached Report for particulars.)
5. Mark Canfora was PTO 60 compliant – See Case 2:10-md-02179-CJB-JCW Document 23051 Filed 07/19/17.
6. By error, Mark Canfora's personal claim was bundled by Brent Coon & Associates and the Court-Appointed Neutrals, both of whom assumed that the interests were analogous and included in claims for entities owned by Mark Canfora. In consequence of that mistaken understanding, Mark Canfora, Individual, became not compliant with PTO 65 and was mistakenly bundled with other claims for entities that had distinct and separate claims.
7. On or about July 13, 2018 Mark Canfora discussed this error or omission with Neutral, Mike Moore, Esq. Mr. Moore advised Canfora to submit a request to grant Appeal to the Court and that he would provide the Court with a favorable recommendation.

Wherefore, Mark Canfora seeks an Order to restore his Case and instructions to the Court-Appointed Neutrals to review and make a recommendation for settlement or otherwise allow the Case to proceed Pro se.

Signed _____, (Mark Canfora)

Dated this 15th day of July, 2018 at Panama City, Florida.

Attention Ben Alums

2 pages

Mark Canfora BP Case