UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION NO. 2:10-MD-02179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE CARL BARBIER |
| *PLEADING BUNDLE B1* | MAG. JUDGE WILKINSON |

This Document Relates to:

16-04067

    Notice of hereby given that Plaintiff, Scott A. Porter, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order [PTO 65 Compliance Order] issued by the Honorable Carl J. Barbier, United States District Judge.  This Order was entered on July 10, 2018, and this appeal is thus timely filed under Federal Rule of Appellate Procedure 4(a)(1)A) because it was filed within 30 days of the Order.  The Order is attached hereto as Exhibit A.  The Court of Appeals has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

    Respectfully submitted,

    /s/ Paul A. Dominick
Paul A. Dominick    Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the **PLAINTIFF'S NOTICE OF APPEAL** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record on August 9, 2018.

    /s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com