# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *Remaining Cases in Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |

## ORDER
### [PTO 65 Compliance Order]

Pretrial Order No. 65 ("PTO 65") required the Remaining B1 Plaintiffs[1] to provide written answers to four questions regarding the type and scope of the damages and causation alleged in their respective cases. (Rec. Doc. 23825). The plaintiff, not the plaintiff's attorney, was required to sign the response and attest under penalty of perjury that the answers to all four questions were true and correct. Responses were due by April 11, 2018, three months after PTO 65 issued.

On May 25, 2018, the Court issued an Order to Show Cause Re: Compliance with PTO 65 ("Show Cause Order"), attached to which were four exhibits. (Rec. Doc. 24558). Exhibit 1 listed the Remaining B1 Plaintiffs who appeared to be compliant with PTO 65. Exhibit 2 listed the Remaining B1 Plaintiffs who submitted PTO 65 responses that appeared to be materially deficient. Exhibit 3 listed the Remaining B1 Plaintiffs who appeared to submit no response to PTO 65. Exhibit 4 listed individuals who responded to PTO 65 but did not appear to be Remaining B1 Plaintiffs. The Show Cause Order required those listed on Exhibits 2 and 3 to **"show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s)**

---

[1] Remaining B1 Plaintiffs are those plaintiffs who assert a B1 claim, are compliant with PTO 60, and have not released their claims or had their claims dismissed by some other order (e.g., the "Presentment Order" of September 21, 2017 (Rec. Doc. 23433)). A "B1 claim" is a non-governmental claim for economic loss or property damage due to the oil spill. (*See* Rec. Doc. 569).

**with prejudice for failing to comply with the requirements of PTO 65."** (Rec. Doc. 24558) (emphasis in original).

The deadline for responding to the Show Cause Order has now passed. The following Remaining B1 Plaintiffs responded to the Show Cause Order:

>Lucky Lady Fishing Enterprises, Inc. (Rec. Doc. 24606)
>S.C.P.P. El Chamizal, S.C. de R.L. (Rec. Doc. 24560 & 24617)
>Martin Perez (Rec. Doc. 24612 & 24617)
>Francisco Roman (Rec. Doc. 24612 & 24617)
>243 plaintiffs represented by the Buzbee Law Firm (Rec. Doc. 24617)[2]
>Roderic Wright (Rec. Doc. 24613)
>Barbara Wright (Rec. Doc. 24614)
>Destin Development, LLC (Rec. Doc. 24615)
>Mark Canfora (Rec. Doc. 24618)[3]

As to those Remaining B1 Plaintiffs who were required to respond to the Show Cause Order but did not, the Court dismisses their B1 claims with prejudice for failing to comply with PTO 65.

As to those Remaining B1 Plaintiffs that did respond to the Show Cause Order, the Court, having considered the show cause responses, BP's reply (Rec. Doc. 24674), the relevant record, and the applicable law, rules as follows:

As to Lucky Lady Fishing Enterprises, Inc., S.C.P.P. El Chamizal, S.C. de R.L., Martin Perez, and Francisco Roman, the Court deems these plaintiffs to be compliant with PTO 65 and does not dismiss their B1 claims. These plaintiffs have been added to the list of Remaining B1

---

[2] These 243 plaintiffs are identified in Exhibit C to the Buzbee Law Firm's response. (Rec. Doc. 24617-3).
[3] Brent Coon and Associates submitted a response on behalf of several of its clients. However, only Mark Canfora is relevant here.

2

Plaintiffs who are compliant with PTO 65, a revised version of which is attached as EXHIBIT 1 to this Order. Consistent with this ruling, the Court will grant the motions to amend the PTO 65 verified statements filed by S.C.P.P. El Chamizal, S.C. de R.L., Martin Perez, and Francisco Roman (Rec. Docs. 24560, 24612).

As to Roderic Wright, Barbara Wright, Destin Development, LLC, Mark Canfora, and the 243 plaintiffs represented by the Buzbee Law Firm, the Court finds for essentially the reasons stated in BP's brief that these plaintiffs are non-compliant with PTO 65. These plaintiffs' B1 claims are dismissed with prejudice.[4]

In accordance with the above,

1. IT IS ORDERED that the plaintiffs listed on **EXHIBIT 1** to this Order are **COMPLIANT** with PTO 65 and their B1 claims are **NOT** dismissed by this Order.

2. IT IS ORDERED that the plaintiffs listed on **EXHIBIT 2** and **EXHIBIT 3** to this Order are **NON-COMPLIANT** with PTO 65 and their B1 claims are **DISMISSED WITH PREJUDICE**.

Furthermore, because it appears that all of the cases listed on **EXHIBIT 2** assert only B1 claims, which are now dismissed,

3. IT IS ORDERED that the Clerk of Court shall **CLOSE** the cases listed on **EXHIBIT 2** to this Order.

---

[4] Mark Canfora was listed in a parenthetical behind Fractional Real Estate Advisors, LLC on Exhibit 1 to the Show Cause Order. (Rec. Doc. 24558-1 at 2). In accordance with this ruling, the Court has deleted Mark Canfora from EXHIBIT 1 attached to this Order. Furthermore, the Court has added Mark Canfora and Case No. 13-5367 to the updated version of EXHIBIT 3 attached to this Order, because Mark Canfora/13-5367 was listed as PTO 60-compliant in the November 8, 2017 list (Rec. Doc. 23649-2 at 1) but he did not submit a PTO 65 Verified Statement in No. 13-5367. Additionally, the Court does not construe the PTO 65 Verified Statements submitted in No. 16-6280 as being on behalf of Mark Canfora, individually.

3

Furthermore, because it appears that all but six of the cases listed on **EXHIBIT 3** to this Order assert only B1 claims, which are now dismissed,

4. IT IS ORDERED that the Clerk of Court shall **CLOSE** the cases listed on **EXHIBIT 3** to this Order, **EXCEPT** for the following cases, which appear to assert claims in the B3 bundle that have not been dismissed:

| | |
|---|---|
| Nguyen, Nghia Ngoc | No. 16-03954 |
| Nguyen, Loc Van | No. 16-03955 |
| Waddle, Jan Michael | No. 16-04083 |
| Duong, Thanh Chan | No. 16-03953 |
| Phan, Hanh V. | No. 16-03956 |
| Ly, Anh | No. 16-03957 |

Additionally,

5. IT IS ORDERED that S.C.P.P. El Chamizal, S.C. de R.L.'s Motion for Leave to Amend PTO 65 Verified Statement (Rec. Doc. 24560) is **GRANTED**. The Clerk of Court shall file Exhibit A to that Motion (Rec. Doc. 24560-1) into Civ. A. No. 16-cv-04388 as "Amended PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims)."

6. IT IS ORDERED that Martin Perez's Motion for Leave to Amend PTO 65 Verified Statement (Rec. Doc. 24612) is **GRANTED**. The Clerk of Court shall file Exhibit A to that Motion (Rec. Doc. 24612-1) into Civ. A. No. 16-cv-04548 as "Amended PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims)."

7. IT IS ORDERED that Francisco Roman's Motion for Leave to Amend PTO 65 Verified Statement (Rec. Doc. 24612) is **GRANTED**. The Clerk of Court shall file Exhibit B to that Motion (Rec. Doc. 24612-2) into Civ. A. No. 16-cv-04573 as "Amended PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims)."

8. IT IS ORDERED that the Clerk of Court shall file Lucky Lady Fishing Enterprise, Inc.'s Response to Show Cause (Rec. Doc. 24606) into Civ. A. No. 16-cv-4149 as a "PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims)."

Signed in New Orleans, Louisiana, this 10th day of July, 2018.

                                              United States District Judge

**Note to Clerk: Mail copies of this Order and the attached Exhibits to the following plaintiffs, who appear to be unrepresented:**

| | |
|---|---|
| Allegue, Jacinto Manuel | No. 13-02574 |
| Evans, Robert | No. 16-03966 |
| Ladner, Shelli J. | No. 16-03928 |
| Murphy, Patrick | No. 16-11769 |
| Stanton, Reginald Sr. | No. 16-03988 |
| Batiste, Leoutha | No. 16-04154 |
| Holt, John F. | No. 13-01183 |
| Lucky Lady Fishing Enterprises, Inc. | No. 16-04149 |
| Leveritt, Bryan David | No. 17-06102 |

Exhibit 1 - 237 Remaining B1 Plaintiffs with Materially Compliant PTO 65 Submissions - Alphabetical by Name

| Plaintiff Name | Case No. |
| --- | --- |
| Alegion, Inc. | 16-05409 |
| Alimentos Marinos Bagdad, S.C. De R.L. M.I. | 16-04354 |
| Allegue, Jacinto Manuel | 13-02574 |
| Allstar Pipe Services, Inc. | 13-01658 |
| Alton Rockford Meadows, individually and d/b/a Southern Appraisal Services | 13-01746 |
| AMT, LLC | 13-00974 |
| Andy's Motel and Apartments | 16-04252 |
| Arc on Welding, Inc | 16-06056 |
| Architectural Specialties Trading Company | 13-02382 |
| Bait Sales & Commercial Fishing | 13-00929 |
| Bayou Caddy Fisheries, Inc | 12-02665 |
| Bayouside Drive Seafood, LLC | 13-00837 |
| Beachside & Beyond Building Contractor, LLC | 16-05391 |
| Billy Richardson d/b/a Billy Richards, P.A. | 16-05454 |
| Biloxi Gaming Partners I, LLC | 13-01476 |
| BioMarine Technologies, Inc | 13-01286 |
| Blanchard, Amanda | 13-00960 |
| Blanchard, Chad | 13-00963 |
| Blanchard, Della | 13-00837 |
| Blanchard, Eric | 13-00837 |
| Boatright, Michael | 16-04801 |
| Builders Choice Cabinets, Inc | 16-03768 |
| Bulldog Sand and Gravel, Inc. | 13-02283 |
| C.F. Gollott and Son Seafood, Inc | 16-05465 |
| Cajun Crab, LLC | 13-00837 |
| Calo Nursery and Landscape, Inc. | 16-05992 |
| Capital Bank | 13-06648 |
| Carson & Company, Inc. | 13-01246 |
| C-IV Ventures, Inc. | 16-06335 |
| Classy Cycles, Inc. | 16-05923 |
| Claude Perry Enterprises, LLC | 16-03661 |
| Coastal Community Investments, Inc. | 16-06262 |
| Coastal Land Development Group, LLC | 16-05941 |
| Compra Venta de la Sociedad Cooperativa Tamiahua | 16-04706 |
| Compra Venta del Mercado de Tuxpan | 16-04866 |
| Construction Solutions International, Inc. | 16-05437 |
| Cox, Jason | 16-04851 |
| Crystal River Seafood #4, Inc. | 13-04676 |
| Crystal River Seafood & Oyster Bar, Inc. | 13-04676 |
| Cuellar, Fabian | 16-04561 |
| Cuellar, Fernando | 16-04570 |
| Danos, Jorey | 16-05967 |
| Despicadoras de Jaiva Los Higueros Artemio Aran | 16-05710 |
| Despicadoras De La Isla De San Juan A Ramirez | 16-04797 |
| D'Iberville Cold Storage, Inc. | 16-05436 |
| D'Iberville Dock & Ice, LLC | 16-05443 |
| DTP Diecase Solutions, LLC | 16-05127 |
| Duhon, Shelton | 17-05733 |
| Dupre, Paige | 13-00837 |
| Evans, Robert | 16-03966 |
| Ferramad Max, S.C. De R.L. De M.I. | 16-04391 |
| Fetterman, Daniel J. | 13-02370 |
| Fetterman, Joseph | 13-02370 |

Case 2:10-md-02179-CJB-DPC   Document 24734-1   Filed 08/09/18   Page 7 of 17
Case 2:16-cv-04067-CJB-JCW   Document 6-1   Filed 07/10/18   Page 2 of 5
Exhibit 1 - 237 Remaining B1 Plaintiffs with Materially Compliant PTO 65 Submissions - Alphabetical by Name

| Plaintiff Name | Case No. |
|---|---|
| Fileteras de Mamey De Artemio Aran | 16-04786 |
| Fin & Feather Adventures, LLC; Fin and Feather Adventures Lodge | 16-06126 |
| Fin & Feather Cabins, LLC; Fin and Feather Chalets, LLC | 16-06131 |
| Fin & Feather, LLC | 16-06118 |
| Forgotten Beach Coast Realty | 16-05093 |
| Fractional Real Estate Advisors, LLC | 16-06280 |
| Gallardo, Emilio | 16-04593 |
| Gallardo, Felipe | 16-04591 |
| Gallardo, Olga | 16-04609 |
| Garcia, Juan Manuel | 16-06305 |
| Gaspard, Jamie | 13-04437 |
| Global Disaster Recovery & Rebuilding Services, LLC | 16-06585 |
| Gonsalves, Andy G. | 16-06369 |
| Green, Sharon Fetterman | 13-02370 |
| Grupo Cacharas Juan Ortega Romero Artemio Aran | 16-04692 |
| Grupo La Esperanza Flor Idulia | 16-04521 |
| Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 16-04700 |
| Grupo La Trucha Guillermina Hernandez | 16-04567 |
| Grupo Libre la Chavelita Jose Luis Perez Cruz | 16-04717 |
| Gulf Coast Entertainment, LLC | 13-02121 |
| Gulf Marine Institute of Technology | 13-01286 |
| Gulf Shore Hospitality LLC | 16-06379 |
| Gulfport Green Housing L.L.C. | 13-02400 |
| Hinojosa, Hernina | 16-06311 |
| Honkers, Inc. | 16-05375 |
| Hung Manh Nguyen | 16-06347 |
| International Capital Properties, Inc. | 16-05948 |
| Intradel Corporation | 13-02416 |
| Island Way Charters, Inc. (Kristopher Sahr) | 16-06611 |
| J Peaceful LC | 16-06391 |
| Jane Araguel, PA | 16-05526 |
| Juneau Marine Refrigeration and Air Conditioning, Inc. | 17-06051 |
| Justice Design Group, LLC | 16-05041 |
| Justice Design Studio, PC | 16-05050 |
| Kimbreaux Trading, Inc. | 13-01240 |
| Kimbrough, Carson | 13-02242 |
| Klein, Iris Fetterman | 13-02370 |
| La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servisios Scl De CV | 16-04730 |
| La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas Sc De Rl De CV | 16-04349 |
| La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzan SC De RL De CV | 16-04574 |
| La Sociedad Cooperativa de Produccion Pesquera Pescadores de Tamiahua S.C. de R.L. de C.V. | 16-04724 |
| La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma Sc De Rl De CV | 16-04499 |
| La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 16-04712 |
| La Sociedad Cooperativa de Produccion Pesquera Riverena Ostioneros de Saladero SCL | 16-04345 |
| La Sociedad Cooperativa de Productores y Pescadores de Saladero Veracruz SC de RL | 16-04788 |

Case 2:10-md-02179-CJB-DPC   Document 24734-1   Filed 08/09/18   Page 8 of 17
Case 2:16-cv-04067-CJB-JCW   Document 6-1   Filed 07/10/18   Page 3 of 5

Exhibit 1 - 237 Remaining B1 Plaintiffs with Materially Compliant PTO 65 Submissions - Alphabetical by Name

| Plaintiff Name | Case No. |
|---|---|
| La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo Sc De RI De Cv, Et al | 16-04594 |
| La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar Sc De RI De Cv, Et al | 16-04684 |
| La Sociedad Cooperative De Produccion Pesquera Denominada La Rivera De Tampico De Alto Sc De RL | 16-04586 |
| La Sociedad Cooperative De Production Pesquera Riverena La Aurora Barra De Cazones Scl De Cv, Et al | 16-04556 |
| La Sociedad Cooperative de Productores Acuicolas de Congregacion Anahuac SC de RL | 16-04512 |
| La Socieded Cooperativa de Produccion Pesquera Riverena Ostioneros Del Sur SC de RL | 16-04777 |
| Ladner, Shelli J. | 16-03928 |
| Lady Luck Bingo | 16-04231 |
| Lartigue, Roger | 13-01264 |
| Lawson Environmental Services | 12-00740 |
| Libres de Congregacion La Reforma Artemio Aran | 16-05315 |
| Libres de Cucharitas 2 Guillermina Castro | 16-04550 |
| Loggerhead Holdings, Inc. | 16-05952 |
| Lopez, Enrique | 16-04576 |
| Lopez, Miriam | 16-04999 |
| Louisiana Blue Crab, LLC | 13-04698 |
| Lucky Lady Fishing Ent., Inc. | 16-04149 |
| Mejia Duran, Jesus | 16-04506 |
| Millender, Michael | 16-06275 |
| Miramar Beach Property | 16-06363 |
| Morganstern, Stephen B. | 13-01189 |
| Mr. Peeper's Best, LLC; Crabco | 13-01076 |
| Murphy, Patrick | 16-11769 |
| Nabaa Gas Montgomery Village, LLC | 16-07488 |
| Neighborhood Development Collaborative (Cooperative) | 13-02400 |
| Odyssey Seafood, Inc.; Odyssey Seafood Traders Inc. | 16-04082 |
| Panama City Cycles | 16-04864 |
| Panther Ridge Estates, Inc. | 16-05112 |
| Paw Paw's Cajun Kitchen | 13-01052 |
| Pensacola Beach Marina, LLC | 13-02379 |
| Perez, Martin | 16-04548 |
| Permisionario Horacio Morales de la Isla De San Juan | 16-04802 |
| Permisionario Joaquin Delgado Ortiz | 16-04584 |
| Permisionario Maria Esther Castillo | 16-04873 |
| Permisionario Rosalino Cruz y Pescadores de Camaron | 16-04599 |
| Perry Family Properties, LLC | 16-03748 |
| Pescadores de Ilusion, S.C. de R.L. | 16-05235 |
| Pescadores Libres de Cabo Rojito Abad | 16-04571 |
| Pescadores Libres de Chiquila Quintana Roo | 16-04563 |
| Pescadores Libres De Isla Aguada Campeche | 16-04476 |
| Pescadores Libres de la Mata Norberto Hernandez | 16-04769 |
| Pescadores Libres de Morales de Cabo Rojo | 16-04697 |
| Pescadores Libres De Tonala Agua Dulce Veracruz, Et al | 16-04783 |
| Pescadores Libres Y Fileteras Claudio Cruz Flores | 16-04543 |
| Pescadores Y Cooperativas de Ciudad Del Carmen Campeche | 16-05310 |
| Pescados y Mariscos Alexa | 16-04415 |
| Prepaid Real Estate of Florida LLC | 16-06280 |
| Press, Debra Fetterman | 13-02370 |

Case 2:10-md-02179-CJB-DPC   Document 24734-1   Filed 08/09/18   Page 9 of 17
Case 2:16-cv-04067-CJB-JCW   Document 6-1   Filed 07/10/18   Page 4 of 5
Exhibit 1 - 237 Remaining B1 Plaintiffs with Materially Compliant PTO 65 Submissions - Alphabetical by Name

| Plaintiff Name | Case No. |
|---|---|
| Prevlaka, Inc. | 16-04842 |
| Ramos Capitaine, Jose Luis | 16-05289 |
| Renascent Holdings LLC | 13-02416 |
| Restaurante Veracruzano Tamiahua | 16-04775 |
| Revelay Investments, LLC | 16-06158 |
| Roberts, Barney | 16-05841 |
| Rodriguez, Ramona | 16-04528 |
| Roman, Francisco | 16-04573 |
| Rosas, Damaso | 16-04583 |
| Rosas, Juan | 16-04597 |
| S&K Machineworks & Fabrication, Inc. | 16-05804 |
| S.C.C.P.P. Ejidal Teodoro Gonzalez Gaviro, S.C. de R.L | 16-04376 |
| S.C.C.P.P. Mano de Leon, S.C. de R.L. | 16-04366 |
| S.C.P. Riberena Acuicola de Bienes y Servicios La Jarocha S.C. de R.L. | 16-05376 |
| S.C.P.P Carvajal, S.C. de R.L. | 16-04691 |
| S.C.P.P. Acuicola y Bienes y Servicios el Senor de Las Maravillas S.C.L | 16-05585 |
| S.C.P.P. Barra de Boca Ciega, S.C. de R.L. | 16-04392 |
| S.C.P.P. Barra De Conchillal, S.C. de R.L. | 16-04379 |
| S.C.P.P. Barra de Santa Maria, S.C. de R.L. | 16-04487 |
| S.C.P.P. Coperativa Caudillos S.C. de R.L. | 16-04385 |
| S.C.P.P. El Chamizal, S.C. de R.L. | 16-04388 |
| S.C.P.P. Fco J. Mujica, S.C. de R.L. | 16-04362 |
| S.C.P.P. Grupo Yosigamar, S.C. de R.L. de M.I. | 16-04688 |
| S.C.P.P. Islas Unidas, S.C. de R.L. | 16-04682 |
| S.C.P.P. La Marina S.C. de R.L. de C.V. | 16-04413 |
| S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. | 16-04373 |
| S.C.P.P. Matamoros, S.C. de R.L. | 16-04382 |
| S.C.P.P. Pescadores Unidos de La Trocha, S.C. de R.L. | 16-05473 |
| S.C.P.P. Plan de Ayutla S.C. de R.L. | 16-04393 |
| S.C.P.P. Punta de Piedra, S.C. de R.L. | 16-04424 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios El Cangrejo Azul S.C. de R.L. | 16-05380 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios Reyna Del Golfo S.C. de R.L. | 16-05387 |
| S.C.P.P. Riberena Laguna Madre, S.C. de R.L. | 16-04427 |
| S.C.P.P. Rincon de las Flores, S.C. de R.L. | 16-04320 |
| S.C.P.P. Tamiahua, S.C. de R.L. de C.V. | 16-04429 |
| S.C.P.R.A. Unidos en Solidaridad, S.C. de R.L. | 16-04394 |
| S.P.P. Acuicola y Bienes y Servicios Las Golondrinas de Sabanuy S.C. de R.L | 16-05566 |
| S.S.S. Agua Rebuelta | 16-04408 |
| S.S.S. Isla del Carrizal | 16-04411 |
| S.S.S. Nuevo Dolores | 16-04414 |
| S.S.S. Revolucion Y Progreso | 16-04418 |
| Santisbon Herrera, Gilberto | 16-05294 |
| SAS Equity REIT Wyndham Orange Beach, LLC | 13-02551<br>13-02924<br>14-02919 |
| Seafood 27 | 13-01060 |
| SJMR Investments, LLC d/b/a Baymont Inn & Suites | 16-06385 |
| Soc. De Sol. Social Jesus Maria DeCarbajal CNC | 16-05829 |
| Soc. De Sol. Social Mobilisacion Social, CNC | 16-05835 |

4

Case 2:10-md-02179-CJB-DPC   Document 24734-1   Filed 08/09/18   Page 10 of 17
Case 2:16-cv-04067-CJB-JCW   Document 6-1   Filed 07/10/18   Page 5 of 5

Exhibit 1 - 237 Remaining B1 Plaintiffs with Materially Compliant PTO 65 Submissions - Alphabetical by Name

| Plaintiff Name | Case No. |
|---|---|
| Soc. De Sol. Social Pescadores De La Libertad CNC | 16-05832 |
| Sociedad Cooperativa 9 Hermanos | 16-05993 |
| Sociedad Cooperativa Bajo de Corsario | 16-05983 |
| Sociedad Cooperativa Cabo Catoche | 16-05984 |
| Sociedad Cooperativa Cholenco Tours | 16-06025 |
| Sociedad Cooperativa Ensenada de Celestun | 16-06297 |
| Sociedad Cooperativa Ensueno del Caribe | 16-05979 |
| Sociedad Cooperativa Fraternidad Ambiental | 16-06002 |
| Sociedad Cooperativa Isla Morena | 16-05980 |
| Sociedad Cooperativa Isla Pasion | 16-05981 |
| Sociedad Cooperativa La Pobre de Dios | 16-06300 |
| Sociedad Cooperativa Laguna Rosada | 16-06304 |
| Sociedad Cooperativa Lancheros Turisticos Damero | 16-05995 |
| Sociedad Cooperativa Lancheros Turisticos Laguna de Yalahau | 16-06007 |
| Sociedad Cooperativa Nohuch Cuch | 16-06306 |
| Sociedad Cooperativa Pulperos del Caribe | 16-06011 |
| Sociedad Cooperativa Vanguardia del Mar | 16-05982 |
| Sociedad Cooperative El Meco Tours | 16-06294 |
| Sociedad Cooperative Isla Holbox | 16-06018 |
| Spanish Bluffs Apartments Limited Partnership;Steven Rupp d/b/a Spanish Bluffs Apartment Limited Partnership | 16-05558 |
| Specialty Fuels Bunkering, LLC | 13-01227 |
| Stevens Family Limited Partnership | 13-02374 |
| Stewart, Gregory S. | 16-04545 |
| Student Breaks, LLC | 16-04259 |
| Tannin Inc. | 13-01583 |
| Terrebonne, Carol | 13-02415 |
| The Bird of Paradise, LLC | 16-05277 |
| The Reefkeeper, LLC (Marine Gardens) | 16-05955 |
| The Sprinkler Guy, LLC | 16-05854 |
| Tiger Pass Seafood, LLC | 16-06043 |
| Tommys Gulf Seafood | 16-06610 |
| Topwater Charters, LLC | 16-04743 |
| Toral, Guillermina | 16-04601 |
| Trabajadores De Tampico | 16-04762 |
| Tucci, John D. | 17-02597 |
| Union de Fileteros de Cucharas Jose Luis Palacios Medina | 16-04806 |
| Vela Gomez, Mario | 16-05313 |
| Waldron, Brenda F. | 16-06028 |
| Waldron, Charles A. | 16-06023 |
| Waverly Crabs | 13-01077 |
| Whittinghill, Clay | 10-01984 |
| Williams, Kirk | 13-00948 |
| Winfield Resort Properties, Inc. | 13-01235 |
| Zehner and Associates, LLC | 16-05859 |

Exhibit 2 - 17 Remaining B1 Plaintiffs with Materially Deficient PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. | PTO 65 Deficiency |
|---|---|---|
| Baena, Juan | 16-04611 | Not Signed by Plaintiff |
| Carbonell Cruz, Guillermo | 16-05316 | Not Signed by Plaintiff |
| Casanova, Rosa | 16-04613 | Not Signed by Plaintiff |
| Casteneda, Luis | 16-04614 | Not Signed by Plaintiff |
| Chano Ramirez, Otilio | 16-05324 | Not Signed by Plaintiff |
| Chicharrones De Pescado Pa' La Raza S.C De R.L. De C.V. | 16-04401 | Not Signed by Plaintiff |
| Cokteles Y Mariscos Las Culturas, S.C. de R.L. | 16-04432 | Not Signed by Plaintiff |
| Decuir, Raul | 16-04533 | Not Signed by Plaintiff |
| Eligio Lopez, Luis Alberto | 16-06313 | Not Signed by Plaintiff |
| Isidro Carbonell | 16-05320 | Not Signed by Plaintiff |
| Leandro, David | 16-04615 | Not Signed by Plaintiff |
| Nguyen, Kathy Nhan | 16-05904 | Question 1: No Damages Amount Provided |
| Oyarvide Stevens, Homero | 16-05280 | Not Signed by Plaintiff |
| S.C.P.P. Decembocadura del Rio Soto la Marina, S.C. de R.L. | 16-04400 | Not Signed by Plaintiff |
| Stanton, Reginald Sr. | 16-03988 | Question 1: No Damages Amount Provided |
| Vargas, Marco | 16-04585 | Not Signed by Plaintiff |
| Velveta Diaz, Joaquin Jose | 16-05200 | Not Signed by Plaintiff |

1

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
|---|---|
| 16 de Septiembre, S.C. de R.L. de C.V. | 16-04351 |
| Abbott Arms Apartment Hotel | 13-02978 |
| Ahumada, Everardo | 16-04906 |
| Alejandro Vicente Wilson | 16-04901 |
| Alexis Garcia Segura | 16-04945 |
| Alfredo Decuir Garcia | 16-04755 |
| Alicia Morgado Morales | 16-04908 |
| American Cast Iron Pipe Company | 16-05411 |
| Armetta, Andrew | 16-06189 |
| Bailey, Patricia J. | 16-03822 |
| BALDERAS, LEONEL | 16-04742 |
| Batiste, Leoutha | 16-04154 |
| Beach Community Bank | 13-02695 |
| Bez Oysters & Seafood, Inc | 16-05703 |
| Camara, Heberto | 16-04635 |
| Cancino Diaz, Juan | 16-05020 |
| Cancino Hernandez, Cesar | 16-04956 |
| Candelario De La Cruz Hernandez | 16-04753 |
| Canfora, Mark | 13-05367 |
| Carlos David Reyes Delgado | 16-05004 |
| Carrillo, Eduardo | 16-04539 |
| CATANA, JOSE | 16-05166 |
| Cepeda Rodriguez, Juan | 16-04517 |
| Club Playero, S.C. de R.L. | 16-05202 |
| Conerly, Jeffery | 16-03848 |
| Coperativa de Producion de Bienes y Servicios Tritones del Golfo S.C. de R.L. de C.V. | 16-05499 |
| Cordova, Mabial | 16-04626 |
| Cosmopulos Lopez, Luis | 16-04950 |
| Criollo, Alberto | 16-04544 |
| Crowe Boats, L.L.C. | 13-02436 |
| Cummings, Brenda | 16-06091 |
| Damaso Vicente Cordova | 16-04634 |
| Damrich Coatings, Inc. | 16-05448 |
| David Casados Cruz | 16-04637 |
| De Dios, Elias | 16-04627 |
| de la Cruz Ventura, Jorge | 16-04946 |
| De Los Santos, Ortencia | 16-04628 |
| Deepwater Structures, Inc. | 16-06155 |
| Dehyco, Inc. | 16-07260 |
| DeLaCruz, Agustin | 16-04636 |
| Delgado, Rosa | 16-04718 |
| Destin Pointe Development, LLC; Destin Development, LLC | 13-00834 |
| Dimas, Pablo | 16-04888 |
| Dionisio Gomez Marquez | 16-04619 |
| Doris Perez Madrigal | 16-04921 |
| Dunlop, Darlene M. | 13-02591 |
| Duong, Thanh Chan            [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03953 |
| Eber Mendez Zapata | 16-04748 |
| Edith del Carmen Segura Hernandez | 16-04631 |
| Elias Jimenez Perez | 16-04932 |
| Equipos Marinos de Frontera, S.C.L. | 16-04375 |
| Estate of Julio Barahona | 16-04711 |
| Fernando Carillo Lopez | 16-04955 |

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
|---|---|
| Fidalgo, Juan Carlos | 16-04558 |
| Francisco Ramirez Santos | 16-04715 |
| Gallardo, Wilfred G. Jr. | 16-03834 |
| Genesta Rodriguez, Miguel | 16-04944 |
| Genofanes Olan De La Cruz | 16-04893 |
| George de La Cruz Morales | 16-04947 |
| George Vicente De Dios | 16-04911 |
| Gomez, Jose | 16-04620 |
| Gomez, Ringo | 16-04623 |
| Gonzalez Dominguez, Carmen | 16-04942 |
| Gonzalez Juarez, Edilia | 16-04938 |
| Gonzalez Zamudio, Silvia | 16-04732 |
| Grupo Medpa, S.C. de R.L. de M.I. | 16-04482 |
| Grupo Turistico Tamaulipas, S.A. de C.V | 11-01055 |
| Gulf States Marine | 13-01974 |
| Gutierrez, Noe | 16-04629 |
| Haire's Creole Fish & Shrimp | 13-00996 |
| Haire's Gulf Shrimp Restaurant | 13-00999 |
| Hall's Seafood and Catfish Restaurant | 16-05033 |
| Hernandez Hernandea, Maria del Carmen | 16-04935 |
| Hernandez Madrigal, Waldo | 16-04934 |
| Hernandez, Alejandro | 16-04758 |
| Hernandez, Juan Luis | 16-04624 |
| Hernandez, Maribel | 16-05013 |
| Herrera Novelo, Miguel Angel | 16-06319 |
| Herrera, Maria | 16-05175 |
| HI TECH Energy Systems | 16-04982 |
| Holt, John F. | 13-01183 |
| Hunt, George | 16-06105 |
| Integrated Electronic Technologies, Inc. | 16-05879 |
| Ipina, Alejandro | 16-04890 |
| Irbin Parra Andrade | 16-04896 |
| Jaime, Julianna | 16-05180 |
| Jesus Carillo Lopez | 16-04952 |
| Jesus Loyda Balcazas | 16-05279 |
| Johnson, Cornelius Jr. | 16-03828 |
| Johnson, Gilbert Sr. | 16-03831 |
| Jordan Pile Driving, Inc. | 16-06102 |
| Jose Agusto Diaz Gonzalez | 16-05209 |
| Jose Antonio Cano Barroso | 16-04622 |
| Jose del Carmen Perez Gomez | 16-05284 |
| Jose Sanchez Torres | 16-05007 |
| Kincade, Edward Eugene Jr. | 16-05377 |
| King, Barbara Patton | 13-02306 |
| Knight, Carla C. | 12-02897 |
| Knight, Carla C. | 12-02897 |
| La Palma Restaurant; Restaurante/Bar La Palma | 16-06301 |
| La Virtud de Pescar S.C. de R.L. de C.V. | 16-05192 |
| Laguna de Morelas, S.C. de R.L. | 16-04404 |
| Laguna de Pinolapa, S.C. de R.L. | 16-05342 |
| Laguna Y Puerto de Alvarado, S.C. de R.L. | 16-05233 |
| Las Ampolas, S.C.L. | 16-05388 |
| Lazaro Gonzalez Segura | 16-07522 |
| Leobardo Perez Flores | 16-04922 |

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
|---|---|
| Leoncio Santiago Marcelo | 16-04616 |
| Leopoldo Rejon Diaz | 16-05370 |
| Lilia Guzman Guzman | 16-05154 |
| Lim, Seng | 16-03950 |
| Lopez Diaz, Nayeli Rosita | 16-05274 |
| Lopez, Jose | 16-04602 |
| Lorente Torruco Dorantes | 16-04621 |
| Lorenzo, Antioco | 16-04553 |
| Luciano Ventura Jimenez | 16-04907 |
| Lucio Cruz Montejo | 16-05158 |
| Ly, Anh          [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03957 |
| Malin International Ship Repair & Drydock, Inc. | 13-02787 |
| March, James A. ; March, James | 16-03833 |
| Maria de la Luz Magana Peralta | 16-04899 |
| Maria Hatowecto, S.C. de R.L. | 16-04423 |
| Maria Margarita Origuela Gomez | 16-04721 |
| Marinero de San Pedro, S.C. de R.L. de C.V | 16-04359 |
| Master Boat Builders | 16-05874 |
| MB Industries, LLC | 16-07286 |
| MBI Global, LLC | 16-07292 |
| McDonald, Brenda Patton | 13-02306 |
| Mendoza Vargas, Carlos Mario | 16-04931 |
| Mendoza, Juan | 16-04746 |
| Meza, Aracely | 16-04618 |
| Mills, Lewis | 17-05949 |
| Morrissette, Alvin | 16-05116 |
| Mujeres del Cabezo de la Palangana | 16-05231 |
| Mujeres Esperimentando, S.C. de R.L. | 16-05374 |
| Nelson Vicente Olan | 16-04904 |
| Nguyen, Loc Van          [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03955 |
| Nguyen, Nghia Ngoc          [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03954 |
| Nueva Esperanza de Rodriguez, S.C. de R.S. | 16-05170 |
| Ortiz Dominguez, Josefa | 16-04929 |
| Page, James | 17-06083 |
| Parker, Doye Patton | 13-02306 |
| Paso Nacional, S.C. de R.L. | 16-05459 |
| Patton, Donald | 13-02306 |
| Patton, Lois | 13-02306 |
| Patton, Randall | 13-02306 |
| Patton, Richard | 13-02306 |
| Patton, Roy D. | 13-02306 |
| Pena Crisanto, Maria DeLaLuz | 16-04928 |
| Perez, Carmen | 16-04625 |
| Perez, Victor Javier | 16-04925 |
| Permisionario Jose Gonzalez | 16-06295 |
| Pescadores Autenticos de Las Chacas y Rivera,S.C. de R.L. | 16-04419 |
| Pescadores de Gonzales Ortega, S.C. de R.L | 16-04383 |
| Pescadores del Puente, S.C. de R.L. de C.V. | 16-05182 |
| Phan, Hanh V.          [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-03956 |
| Phi Hai Shrimping | 16-06194 |
| Poc-Tal Trawlers, Inc. | 16-05117 |
| Porter, Scott Alan | 16-04067 |
| Producion Pesquera Acuicola y Turistica y Bienes y Servicios La Pesca Milagrosa S.C. de R.L. de C.V. | 16-05484 |

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
| --- | --- |
| Puch, Santiago | 16-05160 |
| Randy's Trucking, Inc. | 13-02435 |
| Rene Zavala Salinas | 16-05196 |
| Restaurante Bar La Cabanita | 16-06296 |
| Ricardo Luis Gonzalez Hermida | 16-04941 |
| Rober Perez Wilson | 16-05025 |
| Rocha, Jose | 16-04727 |
| Rogelio Prieto Mora | 16-04897 |
| Roman Sosa Hernandez | 16-04725 |
| Romeo Candelera Colorado | 16-05186 |
| S. La Flota, S.C. de R.L. | 16-05369 |
| S. La Jaivita, S.C. de R.L. | 16-05447 |
| S.C. Barra de Corazones, S.C. de R.L. | 16-04371 |
| S.C. El Coral de Magallanes S.C. de R.L. de C.V. | 16-04365 |
| S.C. La Pitaya de Sinaloa S.C. de R.L. de C.V. | 16-04412 |
| S.C. P.P. Islas del Paquillo S.C. de R.L. de C.V. | 16-04355 |
| S.C. P.P. La Mujer Costena, S.C. de R.L. | 16-05220 |
| S.C. Pescadores El Nuevo Milenio | 16-04399 |
| S.C. Producion de Bienes y Servicios Puerto de Abrigo S.C. de R.L. | 16-05545 |
| S.C. Vanesita Marinera, S.C. de R.L. de C.V. | 16-04363 |
| S.C.P. Ejido Reventadero, S.C. de R.L. | 16-04377 |
| S.C.P. Escameros de Sanchez Magallanes | 16-04398 |
| S.C.P. P. La Gaviota de Frontera, S.C. de R.L. | 16-04372 |
| S.C.P. Riberena de Bienes y Servicios Rio CaribeS.C. de R.L. de C.V. | 16-05364 |
| S.C.P.P 21 de Marzo, S.C. de R.L. | 16-06318 |
| S.C.P.P Laguna de Chila, S.C de R.L. | 16-05815 |
| S.C.P.P Liberacion 2003 S.C. de R.L. de C.V, | 16-04417 |
| S.C.P.P Pescadores de Potrero Mota de Chavez,S.C. de R.L. | 16-04425 |
| S.C.P.P Punta del Toro, S.C. de R. L. | 16-04358 |
| S.C.P.P Voluntad y Trabajo, S.C. de R.L | 16-04422 |
| S.C.P.P. 20 de Noviembre S.C de R.L. | 16-05573 |
| S.C.P.P. Acuicola La Palma Real, S.C. de R.L. | 16-05195 |
| S.C.P.P. Acuicola Turistica y Forestal y Ganadera La Esperanza S.C. de R.L. de C.V. | 16-05188 |
| S.C.P.P. Acuicola y Bienes y Servicios La Atlantida S.C.L | 16-05372 |
| S.C.P.P. Acuicola y Pesquera La Campanita, S.C. de R.L. | 16-05176 |
| S.C.P.P. Aculteca, S.C.L | 16-05223 |
| S.C.P.P. Almejeros de Alvarado, S.C. de R.L. | 16-05357 |
| S.C.P.P. Atlizintla S.C. de R.L. | 16-05173 |
| S.C.P.P. Barra de Chiltepec, S.C.L. de C.V. | 16-04367 |
| S.C.P.P. Bella Palizada, S.C. de R.L. | 16-05219 |
| S.C.P.P. Boca del Estero, S.C. de R.L. | 16-05224 |
| S.C.P.P. Campesino del Mar S.C. de R.L. | 16-05468 |
| S.C.P.P. Canal de la Puntilla, S.C. de R.L. | 16-05212 |
| S.C.P.P. Cangrejeros del Manglar, S.C. de R.L. | 16-05360 |
| S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R. | 16-05371 |
| S.C.P.P. Cocal Dorado, S.C. de R.L. | 16-05210 |
| S.C.P.P. Colonia Moreno, S.C. de R.L. | 16-04426 |
| S.C.P.P. Costeros del Puerto de Magallanes S.C. de R.L. | 16-04395 |
| S.C.P.P. Ejidatarios, S.C. de R.L. | 16-05395 |
| S.C.P.P. El Boqueron de Sabancuy S.C. de R.L. | 16-05532 |
| S.C.P.P. El Botadero Del Ejido Sinaloa, S.C. de R.L. de C.V. | 16-04369 |

4

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
|---|---|
| S.C.P.P. El Chejere S.C. de R.L. | 16-04416 |
| S.C.P.P. El Deslave, C.L. de C.V. | 16-04374 |
| S.C.P.P. El Emporio de Santana, S.C. de R.L. | 16-04360 |
| S.C.P.P. El Jurel, S.C. de R.L. | 16-05227 |
| S.C.P.P. El Obispo, S.C. de R.L. | 16-05467 |
| S.C.P.P. Grupo Pesquero de Salinas, S.C. de R.L. | 16-05178 |
| S.C.P.P. Huachinangueros de Magallanes S.C. de R.L. de C.V. | 16-04409 |
| S.C.P.P. Isla del Chayote del Playon de Sanchez Magallanes, S.C. de R | 16-04353 |
| S.C.P.P. La Bellota S.C. de R.L. de C.V. | 16-04357 |
| S.C.P.P. La Marina, S.C. de R.L. | 16-04430 |
| S.C.P.P. La Nueva Fe, S.C. de. R.L. | 16-05373 |
| S.C.P.P. La Petrita S.C. de R.L. | 16-05340 |
| S.C.P.P. La Picuda, S.C. de R.L. | 16-05366 |
| S.C.P.P. La Serena del Golfo S.C. de R.L. de C.V. | 16-04410 |
| S.C.P.P. La Tabasquenita, S.C. de R.L. | 16-04370 |
| S.C.P.P. La Victoria del Pescador S.C. de R.L. de C.V | 16-05333 |
| S.C.P.P. La Virgen, S.C. de R.L. | 16-05405 |
| S.C.P.P. Laguna Cuchupeta S.C. de R.L. de C.V. | 16-04405 |
| S.C.P.P. Laguna de Popuyeca | 16-05382 |
| S.C.P.P. Laguna de Tacosta, S.C. de R.L. | 16-05222 |
| S.C.P.P. Las Aneas, S.C.L. | 16-05046 |
|  | 16-05347 |
| S.C.P.P. Las Mujeres del Marisco S.C. de R.L. | 16-05164 |
| S.C.P.P. Libres de las Escolleras, S.C. de R.L. | 16-05455 |
| S.C.P.P. Los Cavesos del Bajio, S.C. de R.L. | 16-05199 |
| S.C.P.P. Los Navegantes de Magallanes S.C. de R.L. de C.V. | 16-04402 |
| S.C.P.P. Los Rayados de Magallanes S.C. de R.L. de C.V. | 16-04368 |
| S.C.P.P. Mayarazago Alto, S.C. de R.L. | 16-04389 |
| S.C.P.P. Nueva Creacion de Bienes y Servicios R,L. de C.V. | 16-05518 |
| S.C.P.P. Penjamo R.L. de C.V. | 16-04403 |
| S.C.P.P. Pescaderia Rosita, S.C.L. de C.V. | 16-04361 |
| S.C.P.P. Pescadores Artesanos S.C. de R.L. | 16-05479 |
| S.C.P.P. Pescadores De Aquiles Serdan S.C.L. de C.V. | 16-04356 |
| S.C.P.P. Pescadores de Reventadero, S.C. de R.L. | 16-04380 |
| S.C.P.P. Pescadores de Tampacas, S.C. de R.L. | 16-04381 |
| S.C.P.P. Pescadores de Tampalache, S.C. de R.L. | 16-04384 |
| S.C.P.P. Pescadores de Tampico, S.C. de R.L. De C.V. | 16-04420 |
| S.C.P.P. Pescadores del Tamcci, S.C. de R.L. | 16-04378 |
| S.C.P.P. Pescadores Unidos de Panuco, S.C.L | 16-04386 |
| S.C.P.P. Pescadores Unidos del Cascajal S.R.L de C.V. | 16-04406 |
| S.C.P.P. Playa Salinas, S.C. de R.L. | 16-05463 |
| S.C.P.P. Puerto de Sanchez Magallanes S.C.L | 16-04407 |
| S.C.P.P. Punta de Diamante, S.C.L. | 16-05228 |
| S.C.P.P. Punto San Julian S.C. de R.L. | 16-05826 |
| S.C.P.P. Rey Jasur S.C. de R.L. | 16-05400 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios Vista AlegreS.C. de R.L. | 16-05489 |
| S.C.P.P. Riberena Malecon de la Puntilla, S.C. de R.L. | 16-05218 |
| S.C.P.P. Tatanan, S.C. de R.L. C.V. | 16-05205 |
| S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L. | 16-05820 |
| S.C.P.P. Vega Cercada y Alto del Hobo, S.C. de R.L. | 16-04387 |
| S.C.P.P. Villa del Mar, S.C. de R.L. | 16-05385 |

Exhibit 3 - 301 Remaining B1 Plaintiffs Who Made No PTO 65 Submissions - Alphabetical by Name
B1 Claims of these Plaintiffs Are Dismissed with Prejudice

| Plaintiff Name | Case No. |
| --- | --- |
| S.C.P.P. y Acuicola La Mojarrita de Magallanes S.C. de R.L. de C.V. | 16-04396 |
| S.C.P.P.R. Encenada de Alvarado, S.C. de R.L. | 16-05392 |
| S.C.R.P. de San Fernando, S.C. de R.L. | 16-04421 |
| S.P. Espuma Blanca, S.C. de R.L. | 16-04397 |
| S.P.P.P. Acuicola Arroyo Grande S.C. de R.L. de C.V. | 16-05237 |
| S.S.S., Ribera Alto Del Tigre | 16-04428 |
| Sanchez, Adelita | 16-04707 |
| Sanchez, Joel | 16-04729 |
| Santiago Perez Uscanga | 16-05015 |
| Sara Islas Garcia | 16-05146 |
| SCPB Y S, Riberenos de La Manigua 2 | 16-05363 |
| Segura Segura, Exequiel | 16-04916 |
| Segura, Romula | 16-04919 |
| Sequera, Valentin | 16-04750 |
| Servicios Nelly | 16-05890 |
| Shiyou, Carol Patton | 13-02306 |
| Southern Pines Apartments, LLC | 13-02967 |
| Spaven, Michelle | 16-03869 |
| Stheicy, S.C. de R.L. | 16-05399 |
| Sublett, James | 17-06044 |
| Sushi VIP Room, Inc. | 16-05327 |
| Sutter, Luther | 13-02547 |
| Tecomate S.C. de R.L. | 16-05216 |
| Teodoro Wilson Gallegos | 16-04903 |
| Torres Gomez, Concepcion | 16-04913 |
| Torrez, Alicia | 16-04632 |
| Ulloa, Carmen | 16-04910 |
| Vallejo, Jose | 16-04703 |
| Ventura, Asuncion | 16-04633 |
| Villareal, Mercedes | 16-04630 |
| Villas of Whispering Pines, LLC | 13-02970 |
| Vision Park Properties, LLC; Park National Corporation | 13-02862 |
| Vu-Nguyen, Inc. | 16-06137 |
| Waddle, Jan Michael          [DO NOT CLOSE; B3 CLAIM REMAINING] | 16-04083 |
| Wright, Barbara | 13-02420 |
| Wright, Roderic M. | 13-01091 |
| Ysidro Morales Cordoba | 16-04886 |
| Zamudio, Emeterio | 16-05163 |
| Zopot, Eugenio | 16-05017 |
| Zuniga, Angel | 16-04735 |