**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**


BP EXPLORATION & PRODUCTION    *      2:18-cv-05494
COMPANY, INC., ET AL            *
                                        *      JUDGE BARBIER
VERSUS                            *
                                        *      MAG. JUDGE WILKINSON
CLAIMANT ID 100201953         *
**************************************

**MOTION TO ENROLL**

NOW INTO COURT comes Claimant ID 100201953 who moves the Court to enroll

Robert Wiygul as counsel of record in the above-captioned matter.


                        Respectfully submitted,

                        /s/ Robert Wiygul_____
                        Robert Wiygul (LA #17411)
                        1011 Iberville Drive
                        Ocean Springs, MS 39564
                        Office: (228) 872-1125
                        Fax:    (228) 872-1128
                        robert@wwglaw.com