# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION COMPANY, INC., ET AL | * * | 2:18-cv-05494 |
| | * | JUDGE BARBIER |
| VERSUS | * | |
| | * | MAG. JUDGE WILKINSON |
| CLAIMANT ID 100201953 | * | |

**************************************

## ORDER

      **IT IS ORDERED** that the Motion to Enroll Robert Wiygul as counsel of record for Claimant ID 100201953 is **GRANTED**.

      New Orleans, Louisiana, this the _____ day of August, 2018,

                                                                 _____
                                                                  **THE HONORABLE CARL J. BARBIER**
                                                                  **UNITED STATES DISTRICT JUDGE**