EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODERIC M. WRIGHT, | CIVIL ACTION NO. |
| Plaintiff, | 2:13-cv-01091 |
| v. | SECTION J |
| BP EXPLORATION & PRODUCTION, INC., et al., | JUDGE BARBIER |
| | MAGISTRATE JUDGE WILKINSON |
| Defendants. | |

## DECLARATION OF RODERIC M. WRIGHT

The undersigned, Roderic M. Wright, declares under 28 U.S.C. § 1746, as follows:

1. My name is Roderic M. Wright, and I originally filed the lawsuit in this cause on April 28, 2013, asserting a claim held by me and my wife, Barbara Wright, jointly, arising from with the *Deepwater Horizon* Oil Spill. My wife also filed a companion lawsuit (Case No: 2:13-cv-02420), although the claims probably should have been filed jointly in one lawsuit since the property rights, and claims related thereto, were held jointly. Simultaneously with our personal lawsuits, I also caused a lawsuit to be filed by a company we own jointly, Destin Development, LLC (Case No: 2:13-cv-00834) (hereinafter all three lawsuits are referred to as the "BP Lawsuits").

2. From the filing of the Complaints in the BP Lawsuits, I have attempted to diligently pursue those three claims. When my original counsel with the law firm of Morgan & Morgan, P.A., withdrew as counsel, my wife and I, along with our company, Destin Development, engaged Tucker H. Byrd as our counsel to try our BP Lawsuits once the court-imposed stay in the independent proceedings was lifted. For a year and a half, Mr. Byrd and I regularly checked the dockets in the BP Lawsuits **(not the main MDL docket)**, to determine if the stay had been lifted so the independent claims could be pursued.

3. On December 29, 2017, I filed a *pro se* Petition for Chapter 7 Bankruptcy (the "Bankruptcy) in the United States Bankruptcy Court for the Southern District of California (Case No: 17-07759). In connection with the Bankruptcy, I disclosed the existence of my rights in the BP Lawsuits as assets of my Bankruptcy Estate. The Trustee (Christopher R. Barclay), as the representative of my Estate, holds the rights, in whole or in part, to all three claims. Even today, the pursuit of those claims are the topic of discussion and debate between the Trustee, at least one of my creditors, and me.

4. Neither my attorney in the BP Lawsuits (Mr .Byrd) nor I were aware that the Court had entered Pretrial Order No. 65 (Doc. 23825) in the MDL docket directing my wife and me, along with our company, Destin Development, to file Amended Claims until we were alerted from my former lawyers about the Court's Show Cause Order (Doc. 24558) directing all three of us to respond by June 15, 2018, why the BP Lawsuits should not be dismissed.

5. Believing that I had a duty to attempt to protect the assets which were part of the Estate, I took the initiative to have my wife (Barbara Wright) and our company, Destin Development, join me in filing Amended Claims and Responses to the Court's Show Cause Order in connection with the BP Lawsuits (Docs. 24613, 24614, 24615). It did not occur to me at the time to have the Trustee file the Amended Claims since I (and my wife) had the personal knowledge about each claim, although the claims—since the filing of my Bankruptcy and continuously ever since—have belonged to, and are controlled by, my Estate. To my knowledge, the Trustee, having not formally entered an appearance in the BP Lawsuits, had no idea about this Court's directive to supplement the prior claims filed which fell under the Trustee's administrative control. I have since alerted the Trustee about our efforts to preserve these Claims for my Estate

in the face of this Court's dismissal with prejudice, as I have substantial debt obligations and no appreciable assets in my Estate other than these Claims.

6.  I have always tried to be responsible in the handling of my legal affairs, during the prosecution of the BP Lawsuits, before and during the Bankruptcy, and my creditors, my family, and I will be prejudiced if the lawsuits are not reinstated and allowed to be pursued.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of August, 2018 in San Diego County, California.

_____
Roderic M. Wright