UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| **This Document Relates To:** | **JUDGE BARBIER** |
| Civil Action No. 2:13-cv-00834<br>*Destin Development, LLC v. BP Exploration & Production, Inc., et al.* | **MAGISTRATE JUDGE SHUSHAN** |

### PLAINTIFF'S CORRECTED[1] MOTION FOR RELIEF FROM ORDER DISMISSING CLAIM WITH PREJUDICE[2]

Plaintiff, DESTIN DEVELOPMENT, LLC ("Plaintiff"), moves the Court under Federal Rules of Civil Procedure 59 and 60 for relief from the Order (Case No. 2:13-cv-00834–Doc. 10) dismissing Plaintiff's claim with prejudice, and submits simultaneously herewith a Memorandum in Support of Plaintiff's Motion for Relief from Order Dismissing Claim with Prejudice.

**<Signature and Certificate of Service on Following Page>**

---

[1] The Clerk directed the original Motion be refiled on August 13, 2018.
[2] This Motion is filed in conjunction with similar Motions filed in Case Nos. 2:13-cv-01091 (Plaintiff, Roderic Wright) and 2:13-cv-2420 (Plaintiff, Barbara Wright).

Dated: August 13, 2018.

                         s/ *Tucker H. Byrd*
                         Tucker H. Byrd
                         Florida Bar No. 381632
                         BYRD CAMPBELL, P.A.
                         180 Park Avenue North, Suite 2A
                         Winter Park, FL  32789
                         Telephone: (407) 392-2285
                         Facsimile: (407) 392-2286
                         Primary Email: TByrd@ByrdCampbell.com
                         Secondary Email: DWinters@ByrdCampbell.com
                         Counsel for Destin Development, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided a copy via United States mail to Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis, LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 and MDL 2179 Plaintiffs' Steering Committee, Attn: Steve Herman/Jim Roy, The Exchange Center, Suite 2000, 935 Gravier Street, New Orleans, LA, 70112 on August 13, 2018.

                         s/ *Tucker H. Byrd*
                         Tucker H. Byrd
                         Florida Bar No. 381632