# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater | * | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, | * | |
| On April 20, 2010 | * | Section: J |
| | * | |
| This filing relates to: | * | District Judge Carl J. Barbier |
| *15-4143, 15-4146 & 15-4654* | * | |
| | * | Chief Magistrate Judge |
| | * | Joseph Wilkinson |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR APPROVAL OF COURT APPROVED PROCEDURE 1 REGARDING THE RULES GOVERNING THE THIRD PARTY CLAIMS DISPUTE RESOLUTION PROCESS FOR THE HALLIBURTON ENERGY SERVICES, INC., AND TRANSOCEAN SETTLEMENTS PROGRAM, FOR APPOINTMENT OF THE THIRD PARTY CLAIMS ADJUDICATOR, AND FOR APPROVAL OF COURT APPROVED PROCEDURE 2 FOR THE DETERMINATION OF AN ALTERNATE PAYEE FOR DECEASED, MINOR, OR INCOMPETENT CLAIMANTS

Pursuant to the Halliburton Energy Services, Inc., and Transocean Settlement Agreements, and in their roles as the Old and New Class Claims Administrators, respectively, Patrick A. Juneau and Michael J. Juneau (the "Claims Administrators") hereby move the Court to approve proposed Court Approved Procedure 1 regarding the Rules Governing the Third Party Claims Dispute Resolution Process for the Halliburton Energy Services, Inc., and Transocean Settlements Program (the "Court Approved Procedure 1"), attached hereto as Exhibit A, and proposed Court Approved Procedure 2 regarding the Rules Governing the Resolution of Claims on Behalf of Deceased, Minor, or Incompetent Claimants (the "Court Approved Procedure 2"), attached hereto as Exhibit B.

1

As to Court Approved Procedure 1, a number of entities have asserted or have attempted to assert liens, assignments, rights of subrogation, encumbrances, garnishments, security interests and other legally perfected rights ("Third Party Claims") against the compensation that HESI/TO Class Members may be awarded on their claims. In order to establish a uniform process for resolving these Third Party Claims, the Claims Administrators have prepared Court Approved Procedure 1.

Court Approved Procedure 1 contemplates a Third Party Claims Adjudicator whose role will be to resolve disputes and disagreements respecting attorney fees or fees for other services performed in connection with a Settlements Program claim, specifically whether the third party claimant is entitled to be paid out of the affected Claimant's payment and, if so, the amount of any such payment. In order to efficiently resolve any such disputes and disagreements and to ensure that such payments are made in a timely and orderly fashion, the Claims Administrators respectfully request that the New Class Claims Administrator, Michael J. Juneau, be appointed as the Third Party Claims Adjudicator.

As to Court Approved Procedure 2, a number of HESI/TO Class Members eligible for payment are deceased, minors, lacking capacity, or incompetent. In order to establish a process to ensure that the rights and interests of such Class Members are protected by requiring that the individual representing the Class Member is fully authorized to act on that Class Member's behalf, the Claims Administrators have prepared Court Approved Procedure 2.

The Claims Administrators have consulted with Halliburton, Transocean, and Class Counsel, and no parties object.

The Claims Administrators respectfully request that the Court approve proposed Court Approved Procedures 1 and 2 and appoint the New Class Claims Administrator as the Third Party Claims Adjudicator. A proposed order is attached hereto as Exhibit C.

Respectfully submitted,

/s/ Patrick A. Juneau
PATRICK A. JUNEAU
Old Class Claims Administrator

/s/ Michael J. Juneau
MICHAEL J. JUNEAU
New Class Claims Administrator