UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| **This Document Relates to:**<br>*No. 10-3261, Shivers, et al. v. BP, plc, et al.*<br>*No. 12-1713, Andry, et al. v. BP Products North America, Inc., et al.* | * * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Defendants' Motion to Dismiss for Failure to State a Claim (Rec. Doc. 24736), which targets member case no. 10-3261 (*Shivers*) and no. 12- 1713 (*Andry*).

IT IS ORDERED that any response to Defendant's motion shall be filed no later than Tuesday, August 28, 2018. Defendants may file a single, joint reply by no later than Tuesday, September 4, 2018, after which the Court will consider the motion submitted for decision.

New Orleans, Louisiana, this 14th day of August, 2018.

_____
United States District Judge