

August 9, 2018

Patrick Juneau, Old Class Claims Administrator
Michael Juneau, New Class Claims Administrator
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Gentlemen:

Attached please find the quarterly invoice for Old and New Class administration work completed by GCG, inclusive of pass-through invoices received for Brown Greer, GCR, and Ernst & Young, during the period May 1, 2018 – July 31, 2018.

The breakdown of fees and expenses between the Old and New Classes is as follows; please note the outstanding balance of $10,000 from the last invoice was attributable to the New Class, so it has been attributed to the New Class below here as well:

| | |
|---|---|
| HESI and Transocean Old Classes | $16,825.50 |
| HESI and Transocean New Classes | $930,761.47 |
| Total Due | $947,586.97 |

**Please Remit To:**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA #
A/C #
Tax ID #
Swift Code

As always, it has been a pleasure serving your needs. Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/9/2018 | 24371 |
| PERIOD START | THROUGH DATE |
| 5/1/2018 | 7/31/2018 |

Michael J. Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| | **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Notice Dissemination** | | | | |
| Fulfill Case Document Requests | | 5.5 Hrs. | | $510.00 |
| **Imaging, Document Management & Storage** | | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | | 66.9 Hrs. | | $3,599.00 |
| Document Storage - Electronic (per img./record per month) | | 1,560,559 | $0.002 | $3,121.12 |
| **Claim Validation** | | | | |
| Process Claims/deficiency responses | | 5,145.7 Hrs. | | $593,613.00 |
| Deficiency / Rejection Processing | | 7.8 Hrs. | | $738.50 |
| **Contact Services** | | | | |
| IVR (per minute) | | 8,206 | $0.32 | $2,625.92 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | | 117.9 Hrs. | | $5,940.00 |
| Handling of class member communications | | 15.6 Hrs. | | $1,716.00 |
| **Website Services** | | | | |
| Design and Maintain Website | | 1.4 Hrs. | | $175.00 |
| **Distribution Services** | | | | |
| Old Class Distribution Preparation | | 55.8 Hrs. | | $8,589.00 |
| **Reporting** | | 138 Hrs. | | $14,520.00 |
| The Reporting/Data Analysis Team provides data support to GCG's production and management teams for internal monitoring, external reporting, and case-related tasks. This team also assisted with queries and data review associated with the status reports that were filed with the Court. Weekly reporting continued during the past quarter as well. | | | | |

Case 2:10-md-02179-CJB-DPC   Document 24746-1   Filed 08/15/18   Page 3 of 4



# INVOICE

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | Quantity | Rate | Amount |
| **Fees** | | | | |
| **Project Management** | | 1,268.8 Hrs. | | $171,854.00 |
| A core group of staff manage all aspects of the settlement administration in accordance with the New Class Claims Administrators direction and with his oversight. This group handles high-level communications with the New Class Claims Administrator and his staff, consultants, vendors, the Plaintiffs Steering Committee, Parties, and claimants/individual counsel, as applicable. The Project Management team also oversees reporting and drafting internal protocols or other necessary documents for the New Class Claims Administrators approval. In the past quarter activity centered on additional Stage 2 documentation review and processing of the underlying claims associated with each claimant record, issuing deficiency and determination letters, reviewing internal appeals, and preparing court review requests for Judge Wilkinson. | | | | |
| **Systems Support** | | 40.8 Hrs. | | $4,488.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | | |
| **Quality Assurance** | | 235.8 Hrs. | | $41,185.00 |
| **Total Fees** | | | | $852,674.54 |
| **Total Project Expenses (See Exhibit A)** | | | | $84,912.43 |
| **Sub Total** | | | | $937,586.97 |
| Outstanding Balance Prior Invoice #23965 | | | | $10,000.00 |
| **Grand Total** | | | | $947,586.97 |



# EXHIBIT A

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: May 01, 2018 through Jul 31, 2018 | | |
| Ernst & Young Old Class 1099 Research | | $2,375.00 |
| Brown Greer - $9,166.50 New Class/$5,861.50 Old Class | | $15,028.00 |
| GCR, Inc. | | $62,700.00 |
| Stanley Reuter Invoices | | $4,515.90 |
| Postage | | $219.33 |
| Stationery & Supplies | | $15.64 |
| FedEx, Messenger & Shipping | | $4.22 |
| PACER Charges | | $3.10 |
| Translation | | $51.24 |
| **Total** | | **$84,912.43** |

**Please Remit To:**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Garden City Group, LLC
Operating A/C
Signature Bank
900 Stewart Ave., 3rd Floor
Garden City, NY 11530

ABA #
A/C #
Tax ID #
Swift Code