# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

August 3, 2018

|  |  |
|---|---|
| Invoice #: | 31492 |
| Billed Through: | July 31, 2018 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | July 31, 2018 | $38,300.00 |
| CURRENT EXPENSES THROUGH: | July 31, 2018 | $31.70 |
| TOTAL CHARGES FOR THIS BILL | | $38,331.70 |
| TOTAL NOW DUE | | $38,331.70 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

**JUNEAU DAVID**
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

August 3, 2018

| | |
|---|---|
| Invoice #: | 31492 |
| Billed through: | July 31, 2018 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| Balance forward from previous invoice | | $27,950.62 |
| Less payments received since previous invoice | | $27,950.62 |

**PROFESSIONAL SERVICES**                                                                                                                              **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/01/18 | MJJ | REVIEW COURT RULINGS RE: CLAIM APPEALS; REVIEW AND APPROVAL OF PROPOSED WEBSITE CHANGES; REVIEW FINAL STATUS REPORT FILED WITH DISTRICT COURT | 0.90 |
| 05/04/18 | MJJ | COMMUNICATIONS WITH DISTRICT COURT RE: ATTORNEY FEES; REVIEW MISCELLANEOUS APPEAL ISSUES | 0.80 |
| 05/07/18 | MJJ | ANALYSIS OF WEEKLY CLAIM PROCESSING REPORT | 0.20 |
| 05/08/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: NEUTRALS PROCESS | 0.40 |
| 05/09/18 | MJJ | ANALYSIS OF SELECTED ADMINISTRATIVE COSTS VS. BUDGETED AMOUNTS | 0.70 |
| 05/11/18 | MJJ | COMMUNICATIONS WITH GCG AND NEUTRALS RE: COURT NEUTRALS PROCESS; COMMUNICATIONS WITH GCG RE: CLAIMANT APPEALS | 0.90 |
| 05/14/18 | MJJ | REVIEW / ANALYSIS OF BALANCE OF SUBSTANTIAL QUARTERLY ADMINISTRATIVE COSTS; REVIEW WEEKLY CLAIM PROCESSING REPORT; REVIEW FIFTH CIRCUIT AND DISTRICT COURT ORDERS RE: APPEALS | 1.30 |
| 05/16/18 | MJJ | COMMUNICATIONS WITH PARTIES RE: QUARTERLY ADMINISTRATIVE COSTS; PREPARE MOTION FOR PAYMENT OF RELEVANT COSTS | 0.70 |
| 05/17/18 | MJJ | PHONE CONFERENCE WITH GCG RE: APPEAL ISSUES; CORRESPONDENCE WITH COURT RE: CLASS EXPENSES | 0.60 |
| 05/18/18 | MJJ | REVIEW COURT ORDER RE: CAP ON ATTORNEY FEES; COMMUNICATIONS WITH CLAIMANT COUNSEL RE: NEUTRALS PROCESS AND FILING OF NEW CLAIMS; CORRESPONDENCE WITH UBS RE: ADMINISTRATIVE COSTS | 0.80 |
| 05/21/18 | MJJ | COMMUNICATIONS WITH GCG RE: CLAIMANT ATTORNEY FEE CLAIMS; REVIEW WEEKLY CLAIM PROCESSING REPORT; PHONE CONFERENCE WITH COURT RE: NEW CLASS VS. OLD CLASS REQUIREMENTS; COMMUNICATIONS WITH GCG AND DHEPDS RE: PROPERTY CLAIM | 1.20 |
| 05/22/18 | MJJ | COMMUNICATIONS WITH UBS AND GCG RE: ADMINISTRATIVE EXPENSES; REVIEW CLAIMANT APPEAL ISSUES; DRAFT APPEAL RULING LANGUAGE RE: CLAIMANT APPEALS | 1.70 |
| 05/23/18 | MJJ | ANALYSIS OF ACTUAL VS. PROJECTED ADMINISTRATIVE EXPENSES; PREPARE LANGUAGE FOR FUTURE MOTION AND COURT ORDER RE: CLAIMS PROCESSING COSTS | 0.70 |

| | | | | |
|---|---|---|---|---|
| 001300 | 01580 | | Invoice # 31492    Page    2 | |
| 05/25/18 | MJJ | COMMUNICATIONS WITH LEGAL COUNSEL RE: MENHADEN APPEAL; REVIEW OF MISCELLANEOUS ELIGIBILITY ISSUES | 0.60 |
| 05/31/18 | MJJ | REVIEW CLAIMANT APPEALS; ANALYSIS OF ADMINISTRATIVE COSTS AND BUDGETING ISSUES | 1.40 |
| 06/01/18 | MJJ | COMMUNICATIONS WITH GARDEN CITY AND COURT RE: PROPERTY CLAIMS PROCESSING | 0.50 |
| 06/08/18 | MJJ | REVIEW / ANALYSIS OF MAY 2018 ADMINISTRATIVE COSTS; CORRESPONDENCE WITH GCG RE: APPEALS | 0.70 |
| 06/13/18 | MJJ | CORRESPONDENCE WITH DEFENSE COUNSEL RE: MENHADEN APPEALS; COMMUNICATIONS WITH GCG RE: REAL PROPERTY CLAIMS PROCESSING; REVIEW CLAIMS APPEALS; REVIEW CLAIMANT APPEALS | 3.80 |
| 06/14/18 | MJJ | REVIEW CLAIMANT APPEALS; PHONE CONFERENCE WITH GCG RE: CLAIMS RECORDS AND MISCELLANEOUS ISSUES | 3.10 |
| 06/15/18 | MJJ | COMMUNICATIONS WITH GCG RE: APPEALS PROCESS; COMMUNICATIONS WITH CLAIMANT AND GCG RE: STATUS INQUIRY; REVIEW REVISED LANGUAGE RE: MISCELLANEOUS APPEAL DECISIONS | 1.30 |
| 06/18/18 | MJJ | REVIEW CLAIMANT APPEALS; COMMUNICATIONS WITH GCG AND EPIQ RE: RAMIFICATIONS OF RECENT ACQUISITION; REVIEW OF AND REVISIONS TO APPELLATE COURT FILINGS | 5.50 |
| 06/19/18 | MJJ | COMMUNICATIONS WITH LEGAL COUNSEL AND REVIEW OF PLEADING RE: MENHADEN APPEAL | 0.40 |
| 06/20/18 | MJJ | REVIEW CLAIMANT APPEALS; COMMUNICATIONS WITH GCG RE: APPEAL PROCESSING | 4.00 |
| 06/21/18 | MJJ | REVIEW CLAIMANT APPEALS | 3.40 |
| 06/25/18 | MJJ | REVIEW CLAIMANT APPEALS | 4.50 |
| 06/27/18 | MJJ | REVIEW COMPREHENSIVE LIST OF COURT DOCUMENTS POSTED ON PUBLIC WEBSITE; REVIEW CLAIMANT APPEALS | 2.20 |
| 06/29/18 | MJJ | REVIEW CLAIMANT APPEALS; COMMUNICATIONS WITH CLAIMANT AND GCG RE: CLAIMS INQUIRY | 3.90 |
| 07/03/18 | MJJ | COMMUNICATIONS WITH CPA AND GCG RE: IRS NOTICE; COMMUNICATIONS WITH GCG AND DHEPDS RE: ATTORNEY LIENS; CORRESPONDENCE WITH MICHELLE LACOUNT RE: APPEAL RULINGS | 0.70 |
| 07/09/18 | MJJ | COMMUNICATIONS WITH GCG RE: APPEALS; COMMUNICATIONS WITH GCG AND DHEPDS RE: ATTORNEY LIEN PROCESS; COMMUNICATIONS WITH GCG AND OLD CLASS RE: RESERVES | 0.80 |
| 07/11/18 | MJJ | COMMUNICATIONS WITH CLAIMANT RE: PENDING CLAIM AND DENIAL; COMMUNICATIONS WITH GCG RE: PROCESSING REVIEWS; REVIEW CLAIMANT APPEALS | 4.50 |
| 07/12/18 | MJJ | REVIEW CLAIMANT APPEALS; COMMUNICATIONS WITH CLAIMANT COUNSEL RE: PENDING CLAIMS | 2.90 |
| 07/13/18 | MJJ | REVIEW BRIEFS RE: MENHADEN APPELLATE MOTION; COMMUNICATIONS WITH GCG RE: APPEAL ISSUES | 0.80 |
| 07/16/18 | MJJ | REVIEW CLAIMANT APPEALS; CORRESPONDENCE WITH CLAIMANT COUNSEL RE: CLAIM DENIAL; COMMUNICATIONS WITH GCG RE: APPEALS AND CLAIM PROCESSING | 4.10 |
| 07/17/18 | MJJ | DETAILED REVIEW OF JUNE ADMINISTRATIVE COSTS; CORRESPONDENCE WITH GCG RE: COURT STATUS REPORT | 0.90 |
| 07/18/18 | MJJ | REVIEW FIFTH CIRCUIT RULING RE: MENHADEN MOTION; COMMUNICATIONS WITH GCG RE: NEUTRALS SETTLEMENT PROCESS; | 1.10 |

| 001300 | 01580 | | | Invoice # 31492 | Page | 3 |
|---|---|---|---|---|---|---|
| | | PHONE CALL WITH CLAIMANT ATTORNEY RE: PROPERTY CLAIMS; PHONE CONFERENCE WITH CLAIMANT COUNSEL RE: CLAIMS PROCESS | | | | |
| 07/19/18 | MJJ | COMMUNICATIONS WITH PARTIES AND GCG RE: DISTRIBUTION SCHEDULE | | | | 0.20 |
| 07/23/18 | MJJ | REVIEW CLASS COUNSEL APPEAL MOTION RE: MENHADEN; COMMUNICATIONS WITH CLAIMANT RE: CLAIMS AND DISTRIBUTIONS | | | | 0.70 |
| 07/26/18 | MJJ | PREPARE QUARTERLY STATUS REPORT; REVIEW CLAIMANT APPEALS | | | | 3.10 |
| 07/27/18 | MJJ | REVIEW CLAIMANT APPEALS; COMMUNICATIONS WITH GCG RE: CLAIM RECONCILIATIONS; PROPOSED ADMINISTRATIVE PROCESSING, DETAILED TIME SCHEDULE, ETC. | | | | 4.50 |
| 07/29/18 | MJJ | REVIEW APPEAL ISSUES; REVIEW AND PREPARATION OF RECONCILIATION FORMS; ANALYSIS OF DMI AND THIRD PARTY CLAIMANT PROCESS | | | | 4.40 |
| 07/30/18 | MJJ | COMMUNICATIONS WITH COURT, GCG AND DHEPDS RE: LIEN PROCESS; REVIEW FIFTH CIRCUIT APPEAL ISSUES AND ANALYSIS ON PROJECTED DISTRIBUTION SCHEDULE; DRAFT INITIAL MOTION FOR APPROVAL OF ADMINISTRATIVE COSTS | | | | 1.30 |
| 07/31/18 | MJJ | COMMUNICATIONS WITH COURT AND DHEPDS RE: PROPOSED THIRD PARTY LIEN PROCESS; COMMUNICATIONS WITH CLAIMANT RE: UPCOMING DISTRIBUTIONS | | | | 0.40 |
| | | | | 76.60 | | $38,300.00 |
| MJJ | JUNEAU, MICHAEL J. | | 76.60 hrs @ | $500.00 /hr | $38,300.00 | |
| | Fee Recap Totals | | 76.60 | | $38,300.00 | |

**EXPENSES**   **Amount**

| 05/09/18 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
|---|---|---|
| 07/06/18 | FILE & SERVEXPRESS; REPOSITORY FEE FOR 2 MONTHS | 10.00 |
| 07/31/18 | COPYING | 16.70 |
| | | $31.70 |

**BILLING SUMMARY:**

| TOTAL FEES | $38,300.00 |
|---|---|
| TOTAL EXPENSES | $31.70 |
| TOTAL FEES & EXPENSES | $38,331.70 |
| **TOTAL NOW DUE** | **$38,331.70** |