**Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO**

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 5/1/2018 | Patrick Hron | Review Quarterly Court Report and corresp. Re: comments on same; review revisions to HESI/TO website and further revisions re: same. | 0.4 | $ 125.00 | $ 50.00 | |
| 5/2/2018 | Patrick Hron | Review inquiry re: HESI/TO attorneys fees and provide feedback re: same. | 0.3 | $ 125.00 | $ 37.50 | |
| 5/4/2018 | Patrick Hron | Respond to claimant inquiry re: HESI/TO process. | 0.2 | $ 125.00 | $ 25.00 | |
| 5/8/2018 | Patrick Hron | Review and respond to several inquiries re: Neutrals activity in relation to HESI/TO distributions. | 0.2 | $ 125.00 | $ 25.00 | |
| 5/18/2018 | Patrick Hron | Review Order re: CAP on Attorneys Fees for HESI/TO claim payments. | 0.2 | $ 125.00 | $ 25.00 | |
| 5/21/2018 | Patrick Hron | Several corresps. Re: inquiry re: status of claim in relation to HESI/TO programs. | 0.3 | $ 125.00 | $ 37.50 | |
| 7/2/2018 | Patrick Hron | Review and respond to corresps. Re: Third Party Claims and Deceased Minor Incompetent Procedures for HESI/TO programs. | 0.1 | $ 125.00 | $ 12.50 | |
| 7/9/2018 | Patrick Hron | Review and respond to corresps. Re: TPC and DMI proposed procedures; review procedures from DHEPDS re: provisions to carry over into procedures for HESI/TO and corresps. Re: same; confer vendor re: same and several other pending related issues. | 0.8 | $ 125.00 | $ 100.00 | |
| 7/10/2018 | Patrick Hron | Corresp. Vendor re: pending Fifth Circuit appeals affecting HESI/TO distribution. | 0.3 | $ 125.00 | $ 37.50 | |
| 7/13/2018 | Patrick Hron | Review draft pleading re: Fifth Circuit appeal re: HESI/TO New Class distribution model. | 0.1 | $ 125.00 | $ 12.50 | |
| 7/16/2018 | Patrick Hron | Review analysis re: pending DHEPDS claims affecting Old Class distribution. | 0.3 | $ 125.00 | $ 37.50 | |
| 7/17/2018 | Patrick Hron | Review corresp. Re: Fifth Circuit appeal re: HESI/TO New Class distribution model. | 0.1 | $ 125.00 | $ 12.50 | |
| 7/27/2018 | Patrick Hron | Review Quarterly Report to the Court re: HESI/TO programs and corresp. Re: same. | 0.5 | $ 125.00 | $ 62.50 | |
| 7/27/2018 | Patrick Hron | Review Draft Notice re: W-9 and reconciliation and revisions, comments, and corresp. Re: same. | 0.3 | $ 125.00 | $ 37.50 | |
| 7/29/2018 | Patrick Hron | Review draft TPC and DMI procedures, with revisions and comments and corresp. Re: same. | 0.5 | $ 125.00 | $ 62.50 | |
| 7/30/2018 | Patrick Hron | Review and draft/respond to several corresps. Re: submission of TPC and DMI procedures for approval. | 0.3 | $ 125.00 | $ 37.50 | |
| 7/30/2018 | Patrick Hron | Review and respond to several corresps. Re: Neutrals activity in relation to HESI/TO Old Class distribution. | 0.4 | $ 125.00 | $ 50.00 | |
| | | | | | $ 662.50 | $ 662.50 |
| 05/04/18 | Patrick Juneau | Claimant Inquiry Emails | 0.3 | $ 700.00 | $ 210.00 | |
| 05/08/18 | Patrick Juneau | HESI Old Class Emails | 0.4 | $ 700.00 | $ 280.00 | |
| 05/09/18 | Patrick Juneau | HESI Old Class Distribution Emails | 0.2 | $ 700.00 | $ 140.00 | |
| 05/09/18 | Patrick Juneau | HESI Invoice Sample Emails | 0.2 | $ 700.00 | $ 140.00 | |
| 05/10/18 | Patrick Juneau | HESI Old Class Issue Emails | 0.1 | $ 700.00 | $ 70.00 | |
| 06/21/18 | Patrick Juneau | HESI Claimant Call | 0.1 | $ 700.00 | $ 70.00 | |
| 07/10/18 | Patrick Juneau | HESI Old Class Reserve Claims Emails | 0.3 | $ 700.00 | $ 210.00 | |
| 07/11/18 | Patrick Juneau | HESI Old Class Reserve Claims Emails | 0.1 | $ 700.00 | $ 70.00 | |
| 07/18/18 | Patrick Juneau | Old Class/Neutral Emails | 0.3 | $ 700.00 | $ 210.00 | |
| 07/27/18 | Patrick Juneau | Court Report Draft Emails | 0.6 | $ 700.00 | $ 420.00 | |
| | | | | | $ 1,820.00 | $ 1,820.00 |
| 05/07/18 | Robert Levine | Accumulate Time charges from staff | 0.25 | $ 175.00 | $ 43.75 | |
| 05/08/18 | Robert Levine | Accumulate Time charges from staff | 0.75 | $ 175.00 | $ 131.25 | |
| | | | | | $ 175.00 | $ 175.00 |
| 05/03/18 | Kyle Adolph | HESI claim research. Email from ML. | 0.75 | $ 51.50 | $ 38.63 | |
| 07/11/18 | Kyle Adolph | HESI Old Class Reserve Claims - Email from ML | 0.50 | $ 51.50 | $ 25.75 | |
| 07/11/18 | Kyle Adolph | HESI Old Class Reserve Claims - Email from ML | 2.75 | $ 51.50 | $ 141.63 | |
| 07/13/18 | Kyle Adolph | HESI Old Class Reserve Claims - Email from ML | 3.00 | $ 51.50 | $ 154.50 | |
| 07/13/18 | Kyle Adolph | HESI Old Class Reserve Claims - Email from ML | 4.50 | $ 51.50 | $ 231.75 | |
| 07/15/18 | Kyle Adolph | HESI Old Class Reserve Claims - Email from ML | 5.75 | $ 51.50 | $ 296.13 | |
| 07/16/18 | Kyle Adolph | HESI Old Class Reserve Claims - Email from ML | 5.50 | $ 51.50 | $ 283.25 | |
| 07/18/18 | Kyle Adolph | HESI Old Class Reserve Claims - Email from ML | 0.25 | $ 51.50 | $ 12.88 | |
| 07/30/18 | Kyle Adolph | HESI 26 Neutral Settled Claims Research Reconciliation. Email from ML. | 3.00 | $ 51.50 | $ 154.50 | |
| 07/31/18 | Kyle Adolph | HESI 26 Neutral Settled Claims Research Reconciliation. Email from ML. | 0.25 | $ 51.50 | $ 12.88 | |
| 07/31/18 | Kyle Adolph | HESI Old Class Neutral Reconciliation. Email from ML. | 0.50 | $ 51.50 | $ 25.75 | |
| 07/31/18 | Kyle Adolph | HESI Old Class Neutral Reconciliation. Email from ML. | 1.00 | $ 51.50 | $ 51.50 | |
| 07/31/18 | Kyle Adolph | HESI Old Class Neutral Reconciliation. Email from ML. | 2.75 | $ 51.50 | $ 141.63 | |
| | | | | | $ 1,570.75 | $ 1,570.75 |
| | | | | | | $ 4,228.25 |