**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| ***All Cases in the B1 Pleading Bundle*** | * | |
| | | **MAG. JUDGE WILKINSON** |
| | * | |

### ORDER

On July 10, 2018, the Court issued the "PTO 65 Compliance Order" which dismissed with prejudice the B1 claims of plaintiffs who failed to comply with PTO 65. (Rec. Doc. 24686) Multiple plaintiffs subsequently filed motions for reconsideration, etc., of the PTO 65 Compliance Order. Those motions are listed below:

| Movant | Rec. Doc. No. |
|---|---|
| Estate of William Patrick Kinser | 24694 |
| Michelle Spaven-Daffin & James Sublett | 24700, 24716 |
| Beach Community Bank | 24701 |
| Park National Corporation | 24704 |
| Gilbert Johnson, Cornelius Johnson, Patricia Bailey, Wilfredo Gallardo, Jr. | 24713 |
| James-Michael Page | 24719 |
| Buzbee Law Firm (on behalf of multiple plaintiffs) | 24730 |
| Mark Canfora | 24732 |
| Roderic M. Wright | 24741 |
| Barbara Wright | 24742 |
| Destin Development, LLC | 24743 |

IT IS ORDERED that any response by BP to the above motions (or any similar motions inadvertently omitted from the above list) shall be filed by Thursday, September 6, 2018.

New Orleans, Louisiana, this 15th day of August, 2018.

_____
United States District Judge