IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE
MEDICAL BENEFITS CLASS
ACTION SETTLEMENT AGREEMENT**

The Authorized Representative(s) of Augusta Mallon, a Class Member who is deceased, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement, via counsel, respectfully move this Court to: (1) approve the settlement of the claim filed on behalf of Augusta Mallon as fair, reasonable, and adequate, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

                             Respectfully submitted,

| | |
|---|---|
| **J. BARTON GREER, ESQ.** | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| | |
| By: /s/ *J. Barton Greer, III* | By: /s/ *Joseph L. Bruemmer* |
| J. Barton Greer, III | Matthew L. Garretson |
| J. Barton Greer, Esq. | Joseph L. Bruemmer |
| 3929 Airport Blvd., Bldg. 2, Suite 300 | Garretson Resolution Group |
| Mobile, AL 36609 | 6281 Tri-Ridge Blvd., Suite 300 |
| | Loveland, OH 45140 |