Case 2:10-md-02179-CJB-DPC   Document 24789   Filed 08/17/18   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>    "**Deepwater Horizon**" **in the Gulf**<br>    **Of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to 12-970;**<br>**Bon Secour Fisheries, et al., on**<br>**behalf of themselves and all similarly situated,**<br>**vs. BP exploration & Production, Inc., et al.**<br>**AND-** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE WILKINSON** |

**No. 18-6393; Claim ID #439040**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO CONSOLIDATE CASES FOR APPEAL**

Claimant ID 100297080, through undersigned counsel, respectfully moves to consolidate the case referenced in the caption of this matter with 19 related cases previously consolidated by this Court under Docket Number 17-12027 for the purpose of judicial economy and efficiency so that it may be combined with the appeal of this Court's decisions filed with the United States Court of Appeals For The Fifth Circuit under Docket Number 18-30748.  The Court granted discretionary review on the related 19 cases and rendered the exact same opinion for each case.  However, the Court denied discretionary review in Docket Number 18-6393 even though it presented the same issue as the 19 cases and relates to the same parcels of land.  All of the cases share the same common facts and issues of law.

**Wherefore**, Mover prays for an order consolidating the case referenced in the caption of this matter into Docket Number 17-12027 so that it may be consolidated with  Docket No. 18-30748 currently on appeal to the United States Court of Appeals For The Fifth Circuit.

Covington, Louisiana, this 17th day of August, 2018.

Respectfully submitted:

S/ John G. Toerner
John G. Toerner, Bar No. 23575
Attorney for Claim ID #441152
19335 N. Ninth Street
Covington, Louisiana 70433
(985) 273-0798
(985) 590-5177 (fax)
Email: toernerlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

S/ John G. Toerner
John G. Toerner