UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to 12-970;<br>Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP exploration & Production, Inc., et al. AND- | JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON |

**No. 18-6393; Claim ID #439040**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the Motion To Consolidate Cases For Appeal and having reviewed the record,

It is ordered that Motion To Consolidate Cases For Appeal is granted and that Docket No. 18-6393 be consolidated under Docket Number 17-12027 so that it may be consolidated under Docket Number 18-30748 with the United States Court of Appeals For The Fifth Circuit.

New Orleans, Louisiana, this _____ day of August, 2018.

_____
United States District Judge