UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | |
| **Of Mexico, on April 20, 2010** | **SECTION J** |
| | |
| **Applies to 12-970;** | |
| **Bon Secour Fisheries, et al., on** | |
| **behalf of themselves and all similarly situated,** | **JUDGE BARBIER** |
| **vs. BP exploration & Production, Inc., et al.** | **MAGISTRATE JUDGE WILKINSON** |
| **AND-** | |

**No. 18-6840; Claim ID #439006**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion To Consolidate Cases For Appeal and having reviewed the record,

It is ordered that Motion To Consolidate Cases For Appeal is granted and that Docket No. 18-6840 be consolidated under Docket Number 17-12027 so that it may be consolidated under Docket Number 18-30748 with the United States Court of Appeals For The Fifth Circuit.

New Orleans, Louisiana, this _____ day of August, 2018.

_____
United States District Judge