UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | : : : | MDL NO. 2179<br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>*No. 10-03261, Shivers, et al v. BP p.l.c., et al.* | :<br>: | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

IT IS HEREBY ORDERED, this _____ day of August, 2018, that the motion to enroll Rhon E. Jones, and William R. Sutton of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as additional counsel of record, to represent plaintiffs in the above action is GRANTED

_____
UNITED STATES DISTRICT JUDGE