UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: OIL SPILL BY THE OIL : MDL NO. 2179
RIG "DEEPWATER HORIZON" :
IN THE GULF OF MEXICO : SECTION: J
ON APRIL 20, 2010 :
: JUDGE BARBIER
THIS DOCUMENT RELATES TO: : MAG. JUDGE SHUSHAN
*No. 10-03261, Shivers, et al v. BP p.l.c.,*
*et al.* :

_____

## *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Bradley Shivers, Mark Mead, and Scott Russell ("Plaintiffs"), who respectfully move this Honorable Court for an Order allowing Rhon E. Jones, and William R. Sutton of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. to enroll as additional counsel of record for Plaintiffs in the action titled, *Shivers, et al v. BP plc, et al.,* Civil Action No. 10-03261. Plaintiffs' action is among those consolidated actions which are presently pending before this Court. Pursuant to Pretrial Order #1, paragraph 12 [Docket No. 2], Mr. Jones and Mr. Sutton are deemed to be admitted pro hac vice in this litigation because they are admitted to practice and in good standing in the Southern District of Alabama.

WHEREFORE, Plaintiffs move this Court to enroll Rhon E. Jones, and William R. Sutton as additional counsel of record in the action titled, *Shivers, et al v. BP plc, et al.,* Civil Action No. 10-03261.

Dated: August 20, 2018

                                          */s/ Adam M. Milam*
                                          ADAM M. MILAM, Esq. (MILAA2597)
                                          *Attorney for Plaintiffs*

OF COUNSEL:

MILAM & MILAM, LLC
2206 Main Street
Daphne, AL 36526
(251) 928-0191
(251) 928-0193 fax
amilam@milam-law.com

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on August 20, 2018 a copy of the foregoing *Ex Parte Motion to Enroll Additional Counsel of Record* was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel on the Panel Attorney Service list by U.S. Mail, postage prepaid and properly addressed.

                                          */s/ Adam M. Milam*
                                          OF COUNSEL