UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| No. 11-cv-00916 *Parish of Plaquemines v. BP, PLC, et al.* | * | |

**JOINT CONSENT MOTION TO DISBURSE FUNDS**

**NOW INTO COURT**, through undersigned counsel, come BP[1]; Plaquemines Parish Government; Martzell Bickford & Centola, A.P.C.; David L. Landry, Esq.; and King & Jurgens, L.L.C. (f/k/a King, Krebs & Jurgens, P.L.L.C.) (collectively, "Former Special Counsel"), who file this Consent Joint Motion to Disburse Funds.[2]

In support of this joint motion, the parties have reached a full and final resolution of the disputed settlement funds matter pending in the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, captioned *Martzell, Bickford & Centola A.P.C., David L. Landry, Esq., & King, Krebs & Jurgens, P.L.L.C. v. Plaquemines Parish Government, No. 64-201*, (the "State Court Proceeding"), which settlement was entered into the record of that proceeding on August 8, 2018. In accordance with the settlement, an Order was executed by

---

[1]  The moving BP entities are collectively: BP Products North America Inc., BP Exploration & Production Inc., and BP America Inc.

[2]  The funds were deposited with the Court pursuant to this Court's Order Dated October 11, 2017 (R. Doc. 23482).

{N1520288 - 2}

Judge Clement in the State Court Proceeding on August 8, 2018, which directed the settlement funds currently on deposit with the United States District Court for the Eastern District of Louisiana in the above captioned matter be released.[3]

Consistent with the prior State Court Order, the parties hereto jointly move this Court to issue an Order ordering the release of the deposited funds in the following manner:

(1) $4,800,000.00 by check made payable to the order of Martzell, Bickford & Centola, A.P.C. for the benefit of Former Special Counsel as their interest may appear; and

(2) The balance of all such deposited funds including all interest earned thereon by check made payable to Plaquemines Parish Government.

Respectfully submitted,

*/s/Don K. Haycraft*
Don K. Haycraft (#14361)
R. Keith Jarrett (#16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA  70170
504-581-7979 Telephone
504-556-4108 Fax

**AND**

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
J. Andrew Langan, P.C.
(Andrew.langan@kirkland.com)
Kristopher S. Ritter
(Kristopher.ritter@kirkland.com
**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000 Telephone

---

[3] A copy of the State Court Order is attached as Exhibit "A".

*Attorneys for BP Products North America Inc., BP Exploration and Production Inc., and BP America Inc.*

/s/Andrew C. Wilson
**ANDREW C. WILSON (#01162)**
**DANIEL J. CARUSO (#03941)**
**SIMON PERAGINE SMITH & REDFEARN, LLP**
andreww@spsr-law.com
djcaruso@spsr-law.com
1100 Poydras Street, 30th Floor
New Orleans, LA  70163-3000
504-569-2030 Telephone
504-569-2999 Telefax

**AND**

**PETER A. BARBEE (#18778)**
**WILLIAM S. CULVER, JR. (#4650)**
pbarbee@ppgov.net
8056 Highway 23, Suite 200
Belle Chasse, LA  70053
504-297-5575 Telephone
504-297-5697 Telefax

*Counselors for Plaquemines Parish Government*

/s/Henry A. King
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**KING & JURGENS, LLC**
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
**hking@kingjurgens.com**
**mvincenzo@kingjurgens.com**
504-582-3800 Telephone
504-582-1233 Fax

/s/Scott R. Bickford
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**MARTZELL, BICKFORD & CENTOLA**
**usdcedla@mbfirm.com**

338 Lafayette Street
New Orleans, LA 70130
504-581-9065 Telephone
504-581-7635 Fax

**AND**

 */s/David L. Landry*
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
**2landry@cox.net**
1214 Parasol Place
Pensacola, Florida  32507
850-492-7240 Telephone

*Counsel for Former Special Counsel*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Joint Motion to Disburse Deposited Funds has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 20th day of August, 2018.

*/s/Henry A. King*