# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | | |
| No. 11-cv-00916 | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| *Parish of Plaquemines v. BP, PLC, et al.* | * | |
| | * | |

## ORDER ON JOINT CONSENT MOTION

**APPEARANCES**:    None (on the record)

**MOTION**:    Joint Consent Motion to Disburse Funds

**O R D E R E D**:

**XXX:  GRANTED**.  Upon advisement the Joint Consent Motion that a final settlement has been signed and entered into the State Court record, fully resolving the dispute surrounding the settlement funds on deposit in the registry of the Court, it is Ordered that the settlement funds on deposit be released and disbursed as requested in the Joint Consent Motion.

New Orleans, Louisiana, this _____ day of August, 2018

_____
**JOSEPH C. WILKINSON, JR.**
**UNITED STATES MAGISTRATE JUDGE**

{N1520512 -}