UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** <br> *No. 10-03261, Shivers, et al. v. BP, plc, et al.* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

    IT IS ORDERED that the Ex Parte Motion to Enroll Additional Counsel of Record (Rec. Doc. 24792) is GRANTED and Rhon E. Jones and William R. Sutton of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. are enrolled as additional counsel in the referenced member case.

    New Orleans, Louisiana, this 21st day of August, 2018.

                                                      _____
                                                            United States District Judge