UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | | |
| | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| No. 11-cv-00916 *Parish of Plaquemines v. BP, PLC, et al.* | * | |

## JOINT CONSENT MOTION TO DISBURSE FUNDS

**NOW INTO COURT**, through undersigned counsel, come BP[1]; Plaquemines Parish Government ("PPG"); Martzell Bickford & Centola, A.P.C.; David L. Landry, Esq.; and King & Jurgens, L.L.C. (f/k/a King, Krebs & Jurgens, P.L.L.C.) (collectively, "Former Special Counsel"), who file this Consent Joint Motion to Disburse Funds.

In connection with the dispute for attorneys' fees and costs between PPG and Former Special Counsel, certain disputed funds consisting of settlement payments made by BP relating to the *Deepwater Horizon* oil spill and clean-up have been deposited into the registry of the Court in the above-captioned matter. Specifically, two (2) deposits totaling Fifteen Million Seven Hundred Fifty-Five Thousand Seven Hundred Fifty-Two and 75/100 ($15,755,752.75) Dollars have been made into the Court's registry in the following manner:

- A deposit of $5,755,752.75, on October 4, 2017 (R. Doc. 23450); and

---

[1] The moving BP entities are collectively: BP Products North America Inc., BP Exploration & Production Inc., and BP America Inc.

- A deposit of $10,000,000.00, on October 16, 2017 (R.Doc. 23482).

In support of this joint motion, the parties advise they have reached a full and final resolution of the disputed settlement funds matter, which was pending in the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, captioned *Martzell, Bickford & Centola A.P.C., David L. Landry, Esq., & King, Krebs & Jurgens, P.L.L.C. v. Plaquemines Parish Government, No. 64-201*, (the "State Court Proceeding"), which settlement was entered into the record of that proceeding on August 8, 2018. In accordance with the settlement, an Order was executed by Judge Clement in the State Court Proceeding on August 8, 2018, which directed the settlement funds currently on deposit with the United States District Court for the Eastern District of Louisiana in the above captioned matter be released.

Consistent with the prior State Court Order, the parties hereto jointly move this Court to issue an Order directing the release of the entirety of the principal amount of Fifteen Million Seven Hundred Fifty-Five Thousand Seven Hundred Fifty-Two and 75/100 ($15,755,752.75), and all earned interest, in the following manner:

(1) **For the Benefit of Former Special Counsel**: A check in the amount of Four Million Eight Hundred Thousand and No/100 ($4,800,000.00) Dollars, which is comprised of Four Million Seven Hundred Fifty Thousand and No/00 ($4,750,000.00) Dollars of the principal sum deposited plus Fifty Thousand and No/00 ($50,000.00) Dollars of the interest earned on deposit, made payable to Martzell, Bickford & Centola, A.P.C., and to be sent by Federal Express for overnight delivery to:

> Scott R. Bickford, Esq.
> Martzell, Bickford & Centola, A.P.C.
> 338 Lafayette St.
> New Orleans, LA 70130

{N1525181 - 2}                                                                 2

(2) **For the Benefit of PPG**: A check for the balance of the principal amount deposited in the registry, Eleven Million Five Thousand Seven Hundred Fifty-Two and 75/100 ($11,005,752.75) Dollars, plus the balance of the interest earned on deposit (all interest earned less the agreed $50,000.00 disbursed for benefit of Former Special Counsel), less the assessment fee for the distribution of funds, made payable to Plaquemines Parish Government, and to be sent by Federal Express for overnight delivery to:

> Plaquemines Parish Government
> Attn: Peter A. Barbee, Esq.
> Parish Attorney
> 333 F. Edward Hebert Blvd., Building 100
> Belle Chasse, LA 70037

> Respectfully submitted,

> */s/Don K. Haycraft*
> Don K. Haycraft (#14361)
> R. Keith Jarrett (#16984)
> **LISKOW & LEWIS**
> One Shell Square
> 701 Poydras Street, Suite 5000
> New Orleans, LA  70170
> 504-581-7979 Telephone
> 504-556-4108 Fax

> **AND**

> Matthew T. Regan, P.C.
> (matthew.regan@kirkland.com)
> J. Andrew Langan, P.C.
> (Andrew.langan@kirkland.com)
> Kristopher S. Ritter
> (Kristopher.ritter@kirkland.com)
> **KIRKLAND & ELLIS**
> 300 North LaSalle
> Chicago, IL 60654
> (312) 862-2000 Telephone

*Attorneys for BP Products North America Inc., BP Exploration and Production Inc., and BP America Inc.*

*/s/Andrew C. Wilson*
**ANDREW C. WILSON (#01162)**
**DANIEL J. CARUSO (#03941)**
**SIMON PERAGINE SMITH & REDFEARN, LLP**
andreww@spsr-law.com
djcaruso@spsr-law.com
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
504-569-2030 Telephone
504-569-2999 Telefax

**AND**

**PETER A. BARBEE (#18778)**
**WILLIAM S. CULVER, JR. (#4650)**
pbarbee@ppgov.net
8056 Highway 23, Suite 200
Belle Chasse, LA 70053
504-297-5575 Telephone
504-297-5697 Telefax

*Counselors for Plaquemines Parish Government*

*/s/Henry A. King*
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**KING & JURGENS, LLC**
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
**hking@kingjurgens.com**
**mvincenzo@kingjurgens.com**
504-582-3800 Telephone
504-582-1233 Fax

/s/Scott R. Bickford
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**MARTZELL, BICKFORD & CENTOLA**
usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
504-581-9065 Telephone
504-581-7635 Fax

**AND**

/s/David L. Landry
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
2landry@cox.net
1214 Parasol Place
Pensacola, Florida  32507
850-492-7240 Telephone

*Counsel for Former Special Counsel*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Joint Motion to Disburse Deposited Funds has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 22nd day of August, 2018.

/s/Henry A. King