"Certification of Funds in the Registry"

PRINCIPAL: $ 15,755,752.75

Financial Deputy: MBR  Date: 8/23/18

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| No. 11-cv-00916 *Parish of Plaquemines v. BP, PLC, et al.* | * | |
| | * | |

### ORDER ON JOINT CONSENT MOTION

**APPEARANCES:**   None (on the record)

**MOTION:**   Joint Consent Motion to Disburse Funds

**O R D E R E D:**   Upon certification that the Joint Consent Motion to Disburse Funds has been submitted to the Clerk for review and complies with the requirements of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, the Clerk is authorized and directed to draw two (2) checks on the funds on deposit in the registry of the Court in this matter as follows:

(1) A check in the amount of Four Million Eight Hundred Thousand and No/100 ($4,800,000.00) Dollars, comprised of Four Million Seven Hundred Fifty Thousand and No/00 ($4,750,000.00) Dollars of the principal sum deposited in the registry plus Fifty Thousand and No/00 ($50,000.00) Dollars of the interest earned on deposit, made payable to Martzell, Bickford & Centola, A.P.C., to be sent by Federal Express for overnight delivery to:

{N1520512 - 2}

Scott R. Bickford, Esq.
Martzell, Bickford & Centola, A.P.C.
338 Lafayette St.
New Orleans, LA 70130

(2)  A check for the balance of the principal deposited in the registry, Eleven Million Five Thousand Seven Hundred Fifty-Two and 75/100 ($11,005,752.75) Dollars, plus all remaining interest earned on deposit, less the assessment fee for the distribution of funds, made payable to Plaquemines Parish Government, to be sent by Federal Express for overnight delivery to:

Plaquemines Parish Government
Attn: Peter A. Barbee, Esq.
Parish Attorney
333 F. Edward Hebert Blvd., Building 100
Belle Chasse, LA 70037

New Orleans, Louisiana, this 23rd day of August, 2018

_____
**JOSEPH C. WILKINSON, JR.**
**UNITED STATES MAGISTRATE JUDGE**

{N1520512 - 2}