UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 1010 | ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER |
| Plaisance, et al., individually and on behalf of the minors & incompetent claimants of the Medical Benefits Settlement Class, and by the Hon. Sally Shushan, as guardian ad litem | ) ) ) ) ) ) ) | NO. 12-CV-968<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER |
|       Plaintiffs, | ) ) | |
| v. | ) ) | |
| BP Exploration & Production, Inc., et al., | ) ) ) | |
|       Defendants. | ) | |

### MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

Pursuant to the Medical Benefits Class Action Settlement Agreement, and in its role as the Claims Administrator, the Garretson Resolution Group, Inc., ("GRG") hereby moves the Court for an Order appointing Sally Shushan, U. S. Magistrate Judge retired, as Guardian Ad Litem to represent the Alabama Class Members who are minors or who lack capacity, who have Specified Physical Condition and/or Periodic Medical Consultation claims pending in this settlement.

This Court has continuing and exclusive jurisdiction of this matter under Section XXVII of the Medical Benefits Class Action Settlement Agreement and Section F of the May 2, 2012 Preliminary Approval Order (Document No. 6419). As such, on January 22, 2018, the Court approved GRG's amended procedure for processing claims on behalf of

Class Members who are deceased, minors, lacking capacity, or incompetent, and the Court retains continuing and exclusive jurisdiction of that Order (Document No. 23846). Now, in furtherance of the work to resolve claims involving minors and those lacking capacity, GRG moves this Court to appoint Magistrate Judge Shushan as Guardian Ad Litem, and in support thereof states as follows:

1.) Magistrate Judge Shushan served the U.S. District Court, Eastern District of Louisiana, for more than 18 years prior to her retirement. In that role, she had broad exposure to and direct involvement with a variety of federal cases including without limitation, the above-styled case. As such, she is highly qualified to serve as Guardian Ad Litem in this matter. She also has no conflicts of interest that would preclude her appointment. Magistrate Judge Shushan has consented to her potential appointment as Guardian Ad Litem, pending this Court's approval, via her signature below.

2.) Her appointment is needed to review the settlement of each Alabama Class Member who is a minor or lacks capacity, because Alabama law requires that a hearing be held to determine whether the settlement is in the best interest of such individual(s) before such a settlement can be approved. *Abernathy v. Colbert County Hospital Board*, 388 So.2d 1207 (Ala.1980). Thus, a Pro Ami hearing is highly recommended in settlements involving Alabama minors and for those lacking capacity.

3.) The Pro Ami process will enable the Guardian to provide the Court the necessary evidence needed to render a final order regarding the fairness, reasonableness, et al., of each individual settlement for each minor Class Member domiciled in Alabama.

4.) Upon the completion of the Pro Ami hearing and approval by the Court, the Authorized Representatives of said minor or incompetent Class Members shall then, and only then, be able to receive settlement funds.

5.) In order to verify that said settlements are fair, just, reasonable, and in the best interest of every Alabama Class Member who is a minor or lacks capacity, GRG requests that Magistrate Judge Shushan be appointed Guardian Ad Litem, in order to review each individual claim of these Class Members and evaluate whether the settlement is in the best interest of each Class Member therein. The Court will assess her findings, and conduct a global Pro Ami hearing to determine the propriety of these Class Members' settlements.

**WHEREFORE**, GRG moves this Court for an order appointing Sally Shushan, U.S. Magistrate Judge retired, as Guardian Ad Litem for the Class Members domiciled in Alabama who are minors or lacking in capacity, for the purpose of commencing a Pro Ami settlement hearing and other such purposes as the Court may deem appropriate.

A proposed Order granting this Motion is attached as Exhibit A.

Respectfully submitted this 24th day of August, 2018.

Respectfully submitted,

/s/ *Katharine H. Hosty*
Matthew L. Garretson
Katharine H. Hosty
Joseph L. Bruemmer
Garretson Resolution Group
6281 Tri-Ridge Boulevard, Suite 300
Loveland, Ohio 45140
(513) 794-0400

## CONSENT OF NOMINEE

I, Sally Shushan, nominee of the Movant Claims Administrator, hereby consent to act as Guardian Ad Litem for the Alabama Class Members who are minors or lacking capacity, in the above-styled action.

Dated this 24th day of August, 2018.

*/s/ Sally Shushan*
Sally Shushan

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of August, 2018.

                                                      */s/ Katharine H. Hosty*
                                                      Katharine H. Hosty