# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-970) | * * * | JUDGE CARL J. BARBIER |

## ORDER

**[Approving Honorable Sally Shushan as Guardian Ad Litem]**

**CONSIDERING** the request by Garretson Resolution Group, the Claims Administrator of the Medical Benefits Class Action Settlement (the "Claims Administrator") for entry of an Order in aid of implementation of the Medical Settlement Agreement, pursuant to this Court's continuing and exclusive jurisdiction under Section XXVII of the Medical Benefits Class Action Settlement Agreement and Section F of the May 2, 2012 Preliminary Approval Order (Document No. 6419), and being fully apprised,

**IT IS HEREBY ORDERED** as follows:

1. The Sally Shushan, U.S. Magistrate Judge retired, is well-qualified for these duties as she has broad and extensive experience within the federal court system, as well as intricate knowledge of this specific settlement. Further, she has no conflicts in interest in accepting such an appointment.

2. Magistrate Judge Shushan is hereby appointed Guardian Ad Litem, in order to review and evaluate every Specified Physical Condition and Periodic Medical Consultation claim for Alabama Class Members who are minors or who lack capacity. She will report her findings to the Court therein as to whether each settlement is fair, reasonable, and in the best interest of these individual Class Members. The Court will ultimately conduct a global Pro Ami hearing to determine the propriety of these Class Members' settlements.

3. This Court retains continuing and exclusive jurisdiction over the interpretation, implementation, and enforcement of this Order.

New Orleans, Louisiana, this _____ day of _____ 2018.

_____
**CARL J. BARBIER**
**United States District Judge**