UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: OIL SPILL BY THE OIL              :     MDL NO. 2179
RIG "DEEPWATER HORIZON"                  :
IN THE GULF OF MEXICO                    :     SECTION: J
ON APRIL 20, 2010                        :
                                         :     JUDGE BARBIER
THIS DOCUMENT RELATES TO:                :     MAG. JUDGE SHUSHAN
*No. 10-03261, Shivers, et al v. BP p.l.c.,*
*et al.*                                 :

_____

**PLAINTIFFS' EX PARTE MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT, through undersigned counsel, come Bradley Shivers, Mark Mead, and Scott Russell ("Plaintiffs"), and move this Court for an order granting an extension of time within which to file responsive pleadings in the above-captioned proceedings. In support of this motion, the Plaintiffs represent as follows:

1.

On July 13, 2018, this Court issued an order lifting the stay imposed on *Shivers v. BP, p.l.c., et al.* (No. 10-03261) and *Andry v. BP Products North America Inc., et al.* (No. 12-01713), two matters within Pleading Bundle A. *See* Rec. Doc. 24695.

2.

On August 10, 2018, Defendants filed their motion to dismiss Plaintiffs' actions for failure to state a claim upon which relief can be granted (Rec. Doc. 24736).

3.

On August 14, 2018, this Court entered an Order setting the response deadline to Defendants' Motion to Dismiss for Failure to State a Claim as August 28, 2018 (Rec. Doc. 24745).

4.

Plaintiffs respectfully request a seven (7) day extension through and until Tuesday, September 4, 2018 within which to file Plaintiffs' response to Defendants' Motion to Dismiss.

WHEREFORE, Plaintiffs respectfully move this Court to grant a brief seven (7) day extension of time from August 28, 2018 within which to respond *Shivers, et al v. BP plc, et al.,* Civil Action No. 10-03261.

Dated: August 24, 2018

/s/ William R. Sutton_____
William R. Sutton, Esq. (ASB-3903-L74S)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034
(334) 954-7555
William.sutton@beasleyallen.com

*/s/ Adam M. Milam*_____
ADAM M. MILAM, Esq. (MILAA2597)
MILAM & MILAM, LLC
2206 Main Street
Daphne, AL 36526
(251) 928-0191
(251) 928-0193 fax
amilam@milam-law.com
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing *Ex Parte Motion For Extension of Time Within Which to File Responsive Pleadings* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of August, 2018.

/s/William R. Sutton_____
William R. Sutton