UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
                                                                    :
**IN RE: OIL SPILL BY THE OIL**                  :         **MDL NO. 2179**
**RIG "DEEPWATER HORIZON"**                :
**IN THE GULF OF MEXICO**                       :         **SECTION: J**
**ON APRIL 20, 2010**                                   :
                                                                    :         **JUDGE BARBIER**
**THIS DOCUMENT RELATES TO:**            :         **MAG. JUDGE SHUSHAN**
*No. 10-03261, Shivers, et al v. BP p.l.c.,*
*et al.*                                                             :

_____

## ORDER

IT IS HEREBY ORDERED, this _____ day of August, 2018, that Plaintiffs' Ex Parte Motion For Extension of Time Within Which to File Responsive Pleadings is GRANTED. The Plaintiffs are granted an additional seven (7) days, through and including September 4, 2018 in which to file their response to Defendants Motion to Dismiss.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE