UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *No. 10-3261, Shivers, et al. v. BP, plc, et al.* | * | MAG. JUDGE WILKINSON |
| *No. 12-1713, Andry, et al. v. BP Products North America, Inc., et al.* | * | |

## ORDER

Considering Plaintiffs' Ex Parte Motion for Extension of Time (Rec. Doc. 24801),

IT IS ORDERED that the Motion is GRANTED and the deadline for Plaintiffs in member case no. 10-03261 (*Shivers*) to respond to Defendants' Motion to Dismiss (Rec. Doc. 24736) is extended up to and including Tuesday, September 4, 2018.

IT IS FURTHER ORDERED that the deadline for Plaintiffs in member case no. 12-01713 (*Andry*) to respond to Defendants' Motion to Dismiss (Rec. Doc. 24736) is extended up to and including Tuesday, September 4, 2018.

IT IS FURTHER ORDERED that the deadline for Defendants to file a single, joint reply is extended up to and including Tuesday, September 11, 2018, after which the Court will consider the motion submitted for decision.

New Orleans, Louisiana, this 27th day of August, 2018.

_____
United States District Judge