UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to:<br>*No. 10-3879* | * * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the Motion for Reconsideration (Rec. Doc. 3323) filed by Defenders of Wildlife, et al. is DENIED AS MOOT. *See* Rec. Docs. 22500, 22501 (dismissing Civ. A. No. 10-3879).

New Orleans, Louisiana, this 29th day of August, 2018.

_____
United States District Judge