UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL  2179**<br><br>**SECTION: J** |
| **This Document Relates to:**<br>*No. 12-1713, Andry, et al, v. BP Products*<br>*North America, Inc., et al.* | **JUDGE BARBIER**<br><br>**MAGISTRATE WILKINSON** |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Albert Andry, III, Ryan Chaisson and Dustin King, who in support of their Motion for Leave to File their First Supplemental and Amended Complaint, do state:

**I.**

In the above referenced case, the Plaintiffs allege injuries sustained during the events that occurred on April 20, 2010, which resulted in the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico.

**II.**

Suit was filed in the United States District Court for the Eastern District of Louisiana on June 29, 2012, and was immediately subject to a stay of the proceedings which had been in effect since before suit was filed and was only recently lifted by this Court's Order dated July 13, 2018.

**III.**

Plaintiffs are no longer represented by their former counsel who filed the original Complaint. Plaintiffs' current counsel respectfully requests leave of Court to amend the originally filed Complaint.

**IV.**

The proposed Amended Complaint is attached as an Exhibit hereto.

**WHEREFORE**, Plaintiffs pray that this Court grant their Motion for Leave, thereby allowing Plaintiffs to file their First Supplemental and Amended Complaint.

**Respectfully submitted**:

*/s/ Joseph M. Bruno*
Joseph M. Bruno (LA Bar No. 3604)
Markita Hawkins (LA Bar No. 35812)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775
jbruno@brunobrunolaw.com
*Attorneys for Plaintiffs Andry, Chaisson, King*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of September, 2018.

*/s/ Joseph M. Bruno*