**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION: J** |
| **This Document Relates to:**<br>*No. 12-1713, Andry, et al, v. BP Products*<br>*North America, Inc., et al.* | **JUDGE BARBIER**<br><br>**MAGISTRATE WILKINSON** |

## ORDER

Considering the above and foregoing Motion for Leave to File First Supplemental and Amended Complaint,

IT IS HEREBY ORDERED that the Plaintiffs Motion for Leave to File First Supplemental and Amended Complaint in the above-captioned matter is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
United States District Judge