UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | **MDL  2179** <br> **SECTION: J** |
| **This Document Relates to:** <br> *No. 12-1713, Andry, et al, v. BP Products North America, Inc., et al.* | **JUDGE BARBIER** <br> **MAGISTRATE WILKINSON** |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

NOW INTO COURT through undersigned counsel, come Plaintiffs, Albert Andry, III, Dustin King, and Ryan Chaisson, (collectively, the "*Andry* Plaintiffs") who respectfully move this Honorable Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) to deny the Motion to Dismiss filed by Defendants. The accompanying Memorandum in Opposition supports the denial of Defendants' Motion and thoroughly establishes that the *Andry* Plaintiffs' claims should not be dismissed.

**Respectfully submitted**:

*/s/ Joseph M. Bruno*
Joseph M. Bruno (LA Bar No. 3604)
Markita Hawkins (LA Bar No. 35812)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775
jbruno@brunobrunolaw.com
*Attorneys for Plaintiffs Andry, Chaisson, King*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12,

as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of September, 2018.

                                                        */s/ Joseph M. Bruno*