# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 12-1713, Andry, et al. v. BP Products North America, Inc., et al.* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Considering Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint (Rec. Doc. 24808);

IT IS ORDERED that the Motion is GRANTED. The Clerk is directed to file Plaintiffs' First Supplemental and Amended Complaint in the master docket (10-md-2179) <u>and</u> in the member case docket (12-cv-1713).

New Orleans, Louisiana, this 5th day of September, 2018.

_____
United States District Judge