TENDERED FOR FILING

SEP 05 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case 2:10-md-02179-CJB-DPC   Document 24813   Filed 09/05/18   Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 05 2018

WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20th, 2010

**MAIN CASE No.: MDL 2179**

**MY CASE NO.: 2:12-CV-3048 CJB-SS**

**This Document Relates To:**
Case 12-3048, Joseph Cannistra,
"INDIVIDUALLY", and on behalf
of EGES Inc. d/b/a the "Gathering Restaurant"
v. BP Exploration and Production, Inc.

---

## MOTION FOR RECONSIDERATION OF COURTS ORDER AND REASONS FOR DISMISSING CASE WITH PREJUDICE

**COMES NOW JOSEPH CANNISTRA**, by and through Joseph Cannistra and avers as follows:

1. I am the "claimant" in the above styled cause.

2. I am and always have been a pro-se litigant in the above styled cause.

3. I was never, nor would I ever, enter into an absurd class action lawsuit as the ridiculous one involving the BP action.

4. The Court, in its Order and Reasons alleges that I was somehow involved in such an action, yet this pro-se litigant opted out in 2012, and filed his own individual litigation in the U.S. District Court in Tampa, Florida. ...See Letter opting out dated September, 2012, and "Economic Loss Settlement" complaint attached hereto as exhibit(s) "1", and (2).

5. There has been no such litigation in the history of this country before this, (Class action in an oil spill of this magnitude), nor since. Notwithstanding all of the hundreds of pages of rules and sub rules and categories as outlined in the rules drafted by



attorneys for BP and the court, the claimants did not have the opportunity have input in these rules, as they are arbitrary, and capricious, and have left the American people hung out to dry, by a foreign entity who has damaged the American populous in such an extreme manor. BP's money and power has muddied the waters for the regular American citizens. Their power has created the debacle that we the American people have to navigate. This Case is a simple "Claim for damages case", as any other loss that an insurance carrier would have settled many years ago, and in a more expeditious and amicable way.

6. This claimant, moves this court to examine the attached documents, the record of the text that this claimant/plaintiff has submitted on behalf of this case, and the totality of the claim for damages, and reinstate this cause for trial, to afford this citizen his due process, as per the sixth and fourteenth amendments of the U.S Constitution. Or in the alternative this litigant wishes to re-negotiate these Court Rules, and allow all of the dismissed cases, (and there are hundreds of thousands of cases), to be reinstated and to become whole again, under clear, simple, fair and impartial rules.

7. This Claimant has a qualified claim, and opted out of the nonsense debacle ridiculous incompetent class action in 2012, as stated above, and filed his own individual claim in 2012. There was and is no reason why the court had to be involved in the claims process, as this is a claim for damages, and the BP money was put aside to pay the claims. Any competent loss payee could have settled these issues years age. Allstate, State Farm, Geico, Progressive, Farmers or any Insurance company could have completed the task simply, and fairly. The government can't get anything right, ever. Just look at your record. This claim should not be bared, or dismissed, especially with

prejudice, against its own citizen from being compensated by a foreign entity that caused such harm, due to the courts bias, and prejudice to recognizes a pro-se litigant. Or is it retaliation for this litigant naming this court as acting in bad faith in a Florida bad faith action?

**WHEREFORE,** and in view of the foregoing, this pro-se litigant moves this court to reinstate the above styled cause, and for such other and further relief as this court may deem just, proper and equitable.

Joseph Cannistra
1247 E. College Street
Pulaski, Tennessee 38478
813 – 403-8587 Cell phone
Joe7street@yahoo.com

J. CANNIZZARO
1247 E. College ST
Pulaski, Tennessee 38478

RETURN RECEIPT REQUESTED

Clerk of Court
U.S. District Court
500 Poydras Street
Room C151
New Orleans, LA 70130

U.S. POSTAGE PAID
FCM LG ENV
PULASKI, TN
38478
AUG 30, 18
AMOUNT
$7.62
70130
R2305M146404-05