TO: "CHRIS"                                    Dated: Tuesday, September 11th, 2012

RE: Conversation with attorney "Jerry"  #64941

GCCF Claim No.: 1101464

From: Joseph Cannistra, 812 Orange Avenue E.
       Tampa, Fl. 33613   Ph. 813 – 442-5005

*Exhibit 1*

:Chris":

   Once again and regarding to the option to be in the "CLASS ACTION" litigation regarding the BP Oil Spill, I do not wish to participate in that ACTION, and I will file my own litigation here in Tampa.

   You have convoluted this simple claim into an out of proportion mess, and I wish not to be part or party to the fray.

   I wish to thank you for all that you have tried to do to assist in this matter, but it has become a real mess as far as I'm concerned.


                                        Joseph Cannistra
                                        812 Orange Ave. E.
                                        Tampa, Fl. 33613
                                        813 – 442-5005