EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| Row | Case Name | EDLA Case Number |
|---|---|---|
| 1 | Wetzel, Troy, et al. v. Transocean, et al. | 10-01222 |
| 2 | Cooper, Acy, et al. v. BP p.l.c., et al. | 10-01229 |
| 3 | Friloux, James, et al. v. BP p.l.c., et al. | 10-01246 |
| 4 | Robin, Ben, et al. v. BP p.l.c., et al. | 10-01248 |
| 5 | Ivic, Michael, et al. v. BP p.l.c., et al. | 10-01249 |
| 6 | Alexie, Felix  v. BP p.l.c., et al. | 10-01250 |
| 7 | Bill's Oyster House, et al. v. BP p.l.c., et al. | 10-01308 |
| 8 | Robin Seafood, et al. v. BP p.l.c., et al. | 10-01314 |
| 9 | Carrone, Bryan, et al. v. BP p.l.c., et al. | 10-01315 |
| 10 | Dugas, Eugene, et al. v. BP p.l.c., et al. | 10-01322 |
| 11 | Rodrigue, Brent J., Sr., et al. v. BP p.l.c., et al. | 10-01325 |
| 12 | T&D Fishery, et al. v. BP p.l.c., et al. | 10-01332 |
| 13 | Fishing Magicians Charters, et al. v. BP p.l.c., et al. | 10-01338 |
| 14 | Fish Commander v. BP p.l.c., et al. | 10-01339 |
| 15 | Cajun Offshore Charter v. BP p.l.c., et al. | 10-01341 |
| 16 | Kunstler, Joseph, et al. v. BP p.l.c., et al. | 10-01345 |
| 17 | Creppel, Isadore v. BP p.l.c., et al. | 10-01346 |
| 18 | Gregoire, et al. v. Transocean, et al. | 10-01351 |
| 19 | Terrebonne, Robroy v. BP p.l.c., et al. | 10-01352 |
| 20 | Silver, Curtis, et al. v. BP p.l.c., et al. | 10-01387 |
| 21 | Parker, Percy v. BP p.l.c., et al. | 10-01411 |
| 22 | Charlie Thomason's Bayou Charters, et al. v. BP p.l.c.., et al. | 10-01422 |
| 23 | Richard, Calvin J. d/b/a Richard's Seafood Patio v. BP p.l.c., et al. | 10-01438 |
| 24 | Firehouse Restaurant, et al. v. BP p.l.c., et al. | 10-01445 |
| 25 | Schmalz, Charles, et al. v. Transocean, et al. | 10-01452 |
| 26 | HB13 v. BP p.l.c., et al. | 10-01462 |
| 27 | Garner, Tom v. BP p.l.c., et al. | 10-01482 |
| 28 | Schaff, Captain Darren Patrick v. BP p.l.c., et al. | 10-01484 |
| 29 | Taliancich, Bartol  v. BP p.l.c., et al. | 10-01489 |
| 30 | A Bar & Grill With a Bite, et al. v. BP p.l.c. | 10-01499 |
| 31 | Elmer, Charles, et al. v. BP p.l.c., et al. | 10-01515 |
| 32 | Cajun Crab, et al. v. BP p.l.c., et al. | 10-01516 |
| 33 | Duet, Raymond, et al. v. BP p.l.c., et al. | 10-01519 |
| 34 | Gautreaux, Laura P. v. BP p.l.c., et al. | 10-01539 |
| 35 | St. Ann Lodging, et al. v. BP p.l.c., et al. | 10-01571 |
| 36 | Derouen, Uwell, et al. v. BP p.l.c., et al. | 10-01573 |
| 37 | P & S Restaurant Group, Louisiana, LLC v. BP p.l.c., et al. | 10-01574 |
| 38 | Stevenson, Tammy v. BP p.l.c., et al. | 10-01611 |
| 39 | Brondum, Richard, et al. v. BP p.l.c., et al. | 10-01613 |
| 40 | Dinet, Nicholas v. BP p.l.c., et al. | 10-01615 |
| 41 | Phillips, John v. BP America, et al. | 10-01620 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 42 | Bohica Fishing Charters, et al. v. BP p.l.c., et al. | 10-01721 |
|---|---|---|
| 43 | Danzig, Joshua v. BP p.l.c., et al. | 10-01726 |
| 44 | Nguyen, Kha, et al. v. BP p.l.c., et al. | 10-01741 |
| 45 | Decatur Hotels, , et al. v. BP p.l.c., et al. | 10-01767 |
| 46 | Oser, Joe v. Transocean, Ltd., et al. | 10-01829 |
| 47 | Kansas, Jacob v. Transocean, et al. | 10-01836 |
| 48 | Bayona Corp. v. Transocean, et al. | 10-01839 |
| 49 | Verdin, Cherry v. BP p.l.c., et al. | 10-01841 |
| 50 | Verdin, Irene v. BP p.l.c., et al. | 10-01842 |
| 51 | Nguyen, Sang-Thanh v. BP p.l.c., et al. | 10-01850 |
| 52 | Nguyen, Giang v. BP p.l.c., et al. | 10-01852 |
| 53 | Nguyen, Giau V. v. BP p.l.c., et al. | 10-01855 |
| 54 | Ascension Marine, Inc. v. BP p.l.c., et al. | 10-01857 |
| 55 | Frischhertz, James, et al. v. Halliburton, et al. | 10-01908 |
| 56 | Ezell, Johnnie, et al. v. BP p.l.c., et al. | 10-01920 |
| 57 | Copeland's of New Orleans, et al. v. BP p.l.c., et al. | 10-01926 |
| 58 | Harmon, Jarvis J. Sr., et al. v. BP p.l.c., et al. | 10-01931 |
| 59 | Revenue Properties Southland Limited Partnership v. BP p.l.c., et al. | 10-01947 |
| 60 | American Gulf Seafood, et al. v. BP p.l.c., et al. | 10-01970 |
| 61 | Harris, Steve v. BP p.l.c., et al. | 10-02078 |
| 62 | Bang, Bruce v. BP p.l.c., et al. | 10-02097 |
| 63 | Inter-Tour Louisiane, Inc. d/b/a Tours by Isabelle v. Transocean Ltd., et al. | 10-02103 |
| 64 | Le, Tam, et al. v. BP p.l.c., et al. | 10-02114 |
| 65 | Mason, James, et al. v. Transocean, et al. | 10-02639 |
| 66 | Burke, Peter, et al. v. BP Corp., et al. | 10-02640 |
| 67 | Trahan, Shannon, et al. v. BP p.l.c., et al. | 10-02641 |
| 68 | Smith, Jud, et al. v. BP p.l.c., et al. | 10-02642 |
| 69 | Wilkerson, Billy, et al. v. Transocean, et al. | 10-02643 |
| 70 | Fishtrap Charters, et al. v. Transocean, et al. | 10-02644 |
| 71 | Fort Morgan Sales Rentals & Development Inc., et al. v. Transocean Holdings Inc., et al. | 10-02645 |
| 72 | Bon Secour Fisheries, et al. v. BP p.l.c., et al. | 10-02646 |
| 73 | Simpson, George v. Transocean, et al. | 10-02647 |
| 74 | Gulf Shores West Beach Investments, et al. v. Transocean | 10-02648 |
| 75 | Billy's Seafood  v. Transocean, et al. | 10-02649 |
| 76 | Meyer, David, et al. v. BP p.l.c., et al. | 10-02650 |
| 77 | Orange Beach Marina, et al. v. Transocean, et al. | 10-02651 |
| 78 | Hopkins, Fran, et al. v. Transocean, et al. | 10-02653 |
| 79 | Original Oyster House, Inc., et al. v. Transocean Holdings, Inc., et al. | 10-02655 |
| 80 | Blue Water Yacht, et al. v. Transocean, et al. | 10-02656 |
| 81 | Marine Horizons, et al. v. BP p.l.c., et al. | 10-02657 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 82 | Lockridge, Edward v. BP plc, et al | 10-02659 |
|---|---|---|
| 83 | Drawdy, Terry, et al. v. Transocean, et al. | 10-02660 |
| 84 | Sea Eagle Fisheries, et al. v. BP p.l.c., et al. | 10-02661 |
| 85 | Harris, John, et al. v. Transocean, et al. | 10-02662 |
| 86 | Ocean Reef Realty v. Transocean, et al. | 10-02663 |
| 87 | Salley, Michael v. Transocean, et al. | 10-02664 |
| 88 | Harris, Nicholas, et al. v. Transocean, et al. | 10-02665 |
| 89 | Douglass, Charles, et al. v. Transocean, et al. | 10-02666 |
| 90 | Joe Patti Seafood, et al. v. Transocean, et al. | 10-02667 |
| 91 | Destin, Dewey, et al. v. BP p.l.c., et al. | 10-02668 |
| 92 | Ward, George, et al. v. BP p.l.c., et al. | 10-02670 |
| 93 | Water Street Seafood, et al. v. BP p.l.c., et al. | 10-02671 |
| 94 | Schouest, Ellis, et al. v. BP Products, et al. | 10-02673 |
| 95 | Hopper, Paul, et al. v. Cameron Int'l, et al. | 10-02674 |
| 96 | Cajun Maid, et al. v. BP p.l.c., et al. | 10-02675 |
| 97 | Trieu, Hiep, et al. v. BP Exploration & Production Inc., et al. | 10-02676 |
| 98 | Sevel, Michael, et al. v. BP p.l.c., et al. | 10-02677 |
| 99 | Staley, Jessica v. Cameron, et al. | 10-02678 |
| 100 | Daniels, Ronnie v. Cameron Int'l Corp., et al. | 10-02679 |
| 101 | Stacey Van Duyn, et al. v. Cameron International Corp., et al. | 10-02680 |
| 102 | Grieshaber, Aleen, et al. v. BP Products, et al. | 10-02681 |
| 103 | Mandina's of New Orleans, et al. v. BP p.l.c., et al. | 10-02712 |
| 104 | Mandina, Tommy, et al. v. BP p.l.c., et al. | 10-02713 |
| 105 | Galliano, Carol, et al. v. BP p.l.c., et al. | 10-02715 |
| 106 | Manint, Alfred v. BP p.l.c., et al. | 10-02716 |
| 107 | Do, Henry Phuc, et al. v. BP p.l.c., et al. | 10-02750 |
| 108 | Loupe, Faye, et al. v. BP p.l.c., et al. | 10-02764 |
| 109 | Avocato, Russell v. BP p.l.c., et al. | 10-02770 |
| 110 | Winnie's Artsy Cafe, L.L.C. d/b/a Mahony's Po-Boy Shop v. BP p.l.c., et al. | 10-02820 |
| 111 | CJK Fab & Consulting v. BP p.l.c., et al. | 10-02839 |
| 112 | JRKW Enterprises, LLC, d/b/a Huck Finn's Cafe v. BP p.l.c., et al. | 10-02846 |
| 113 | Marks, Antolin  v. BP, et al. | 10-02975 |
| 114 | Moret, Drew v. Transocean, et al. | 10-02977 |
| 115 | Alfano, Adam v. Transocean, et al. | 10-02981 |
| 116 | Donnell, John v. Transocean, et al. | 10-02982 |
| 117 | Parker, Darrick v. Transocean, et al. | 10-02983 |
| 118 | Davis, Susan, et al. v. BP p.l.c., et al. | 10-02984 |
| 119 | Professional Bars, Inc. d/b/a Brass Monkey v. BP p.l.c., et al. | 10-02985 |
| 120 | Vacation Key West, et al. v. BP p.l.c., et al. | 10-02986 |
| 121 | Schorr, Christopher, et al. v. BP p.l.c., et al. | 10-02989 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| | | |
|---|---|---|
| 122 | Gay, Joe  v. Transocean, et al. | 10-02990 |
| 123 | Bennett, Patricia, et al. v. BP p.l.c., et al. | 10-02991 |
| 124 | O'Bryan, Larry, et al. v. BP p.l.c., et al. | 10-02992 |
| 125 | 1st Rate, LLC v. BP p.l.c., et al. | 10-02993 |
| 126 | Buras, Howard, et al. v. BP p.l.c.., et al. | 10-02994 |
| 127 | St. Romain, Ivy, et al. v. BP p.l.c., et al. | 10-02995 |
| 128 | Faris, John, et al. v. Transocean, et al. | 10-02998 |
| 129 | Bones & Campbell Enterprises v. BP p.l.c., et al. | 10-03068 |
| 130 | Narcosis v. BP p.l.c., et al. | 10-03077 |
| 131 | Gold Fingers Jewelers v. BP p.l.c., et al. | 10-03079 |
| 132 | Gionis, Athanasios, et al. v. BP p.l.c., et al. | 10-03080 |
| 133 | Galaris, James, et al. v. BP p.l.c., et al. | 10-03081 |
| 134 | J.J.S. Properties, Inc., d/b/a Post Corner Pizza Restaurant v. BP p.l.c., et al. | 10-03082 |
| 135 | Coratella, Vincent, et al. v. BP p.l.c., et al. | 10-03083 |
| 136 | Fago, Thomas v. BP p.l.c., et al. | 10-03084 |
| 137 | Murphy, Thomas, et al. v. BP p.l.c., et al. | 10-03085 |
| 138 | Kilgore Realty, LLC v. Transocean, et al. | 10-03086 |
| 139 | Creech, Dacien  v. Transocean, et al. | 10-03087 |
| 140 | Destin Fishing Fleet, et al. v. BP p.l.c., et al. | 10-03088 |
| 141 | Sandcastle Escapes, L.L.C. v. BP p.l.c., et al. | 10-03090 |
| 142 | Emerald Coast Property v. BP p.l.c., et al. | 10-03091 |
| 143 | Bobby Merritt & Assoc, et al. v. Transocean, et al. | 10-03092 |
| 144 | Evans, Charles v. BP p.l.c., et al. | 10-03094 |
| 145 | Stricker, Seymour v. BP p.l.c., et al. | 10-03095 |
| 146 | Moore, Troy v. BPA | 10-03096 |
| 147 | West, Michelle, et al. v. BP p.l.c., et al. | 10-03097 |
| 148 | Barber's Seafood v. BP p.l.c., et al. | 10-03098 |
| 149 | Phillips, Daniel v. BP p.l.c., et al. | 10-03099 |
| 150 | Adams, Emily v. BP p.l.c., et al. | 10-03100 |
| 151 | Le Discount Seafood, et al. v. BP p.l.c., et al. | 10-03101 |
| 152 | Raffield Fisheries, Inc., et al. v. BP p.l.c., et al. | 10-03102 |
| 153 | Woods Fisheries v. BP p.l.c., et al. | 10-03104 |
| 154 | Cochran, Fred, et al. v. BP p.l.c., et al. | 10-03105 |
| 155 | Casablanca Fish Market v. BP p.l.c., et al. | 10-03106 |
| 156 | Starchaser, et al. v. BP p.l.c., et al. | 10-03107 |
| 157 | Olivera, Jose v. Transocean, et al. | 10-03109 |
| 158 | All Florida Keys v. Transocean, et al. | 10-03110 |
| 159 | Three Captains v. Transocean, et al. | 10-03111 |
| 160 | Shepardson, Cory, et al. v. BP p.l.c. | 10-03112 |
| 161 | Danger Charters v. Transocean, et al. | 10-03113 |
| 162 | McCarthy, Scott v. BP p.l.c., et al. | 10-03114 |
| 163 | Ware, Kevin v. BP p.l.c., et al. | 10-03115 |
| 164 | Chu, Shun, et al. v. BP p.l.c., et al. | 10-03174 |

EXHIBIT A
Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| | | |
|---|---|---|
| 165 | Contegni, Charles v. Transocean, et al. | 10-03175 |
| 166 | Nguyen, Cindy v. BP p.l.c., et al. | 10-03176 |
| 167 | Wright, Micah v. BP p.l.c., et al. | 10-03177 |
| 168 | Dung, Tran, et al. v. BP Exploration & Production Inc., et al. | 10-03178 |
| 169 | Do, Liem, et al. v. BP p.l.c., et al. | 10-03180 |
| 170 | Nguyen, Ann, et al. v. BP p.l.c., et al. | 10-03182 |
| 171 | Satchfield, Kurt v. BP p.l.c., et al. | 10-03185 |
| 172 | Leagre, Richard v. BP p.l.c., et al. | 10-03186 |
| 173 | Seta, Joe, et al. v. BP p.l.c., et al. | 10-03187 |
| 174 | Nguyen, Cuch, et al. v. BP Exploration & Production Inc., et al. | 10-03188 |
| 175 | Le, Tien, et al. v. BP p.l.c., et al. | 10-03189 |
| 176 | Nguyen, Cheiu, et al. v. BP p.l.c., et al. | 10-03193 |
| 177 | Adventure Sports II  v. BP p.l.c., et al. | 10-03243 |
| 178 | Cotton Bayou Marina, Inc. d/b/a Tacky Jack's Restaurant v. BP p.l.c., et al. | 10-03244 |
| 179 | Fishburn, Ronald, et al. v. BP p.l.c., et al. | 10-03246 |
| 180 | Deupree Outdoor Guide Services v. BP p.l.c., et al. | 10-03247 |
| 181 | Sunrise Rentals Enterprises, et al. v. BP p.l.c., et al. | 10-03248 |
| 182 | Papa Rod, et al. v. BP p.l.c., et al. | 10-03250 |
| 183 | Ferguson, James, et al. v. BP p.l.c., et al. | 10-03251 |
| 184 | Ford, Alan v. BP p.l.c., et al. | 10-03252 |
| 185 | Smith, Hal v. BP p.l.c., et al. | 10-03256 |
| 186 | Callaway, Waylon v. BP p.l.c., et al. | 10-03257 |
| 187 | Hobson, Preston v. BP p.l.c., et al. | 10-03258 |
| 188 | Mobile Fixture v. BP p.l.c., et al. | 10-03262 |
| 189 | Wright, Glynis, et al. v. BP p.l.c., et al. | 10-03263 |
| 190 | Anderson, James v. BP p.l.c., et al. | 10-03264 |
| 191 | Montagnet, Monica C. v. Transocean Ltd., et al. | 10-03265 |
| 192 | Nguyen, Kimberly, et al. v. BP p.l.c., et al. | 10-03269 |
| 193 | Barhanovich, Kenny v. BP p.l.c., et al. | 10-03270 |
| 194 | Balius, James, et al. v. BP p.l.c., et al. | 10-03271 |
| 195 | Thigpen, Grady, et al. v. BP p.l.c., et al. | 10-03273 |
| 196 | Shemper, Jacob v. BP p.l.c., et al. | 10-03274 |
| 197 | Brandt, Earl, et al. v. BP p.l.c., et al. | 10-03275 |
| 198 | Divine Fish House, et al. v. BP p.l.c., et al. | 10-03276 |
| 199 | The Litchfield Company, LLC v. BP p.l.c., et al. | 10-03277 |
| 200 | PGKR Enterprises v. BP p.l.c., et al. | 10-03278 |
| 201 | Tran, Dai  v. BP America, et al. | 10-03279 |
| 202 | Tran, Peter  v. BP America, et al. | 10-03280 |
| 203 | Babin, Joey, et al. v. BP p.l.c., et al. | 10-03300 |
| 204 | Borries Marine, et al. v. BP America Production Company | 10-03353 |
| 205 | Gaker, Bruce v. BP Exploration & Production Inc., et al. | 10-03454 |
| 206 | Necaise, Steven, et al. v. BP America | 10-04134 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| | | |
|---|---|---|
| 207 | Fisher, James, et al. v. BP America, et al. | 10-04187 |
| 208 | Carlisle, Obie v. BP p.l.c.., et al. | 10-04188 |
| 209 | Jones, Chase, et al. v. BP p.l.c., et al. | 10-04189 |
| 210 | Worldwide Interiors v. BP p.l.c., et al. | 10-04191 |
| 211 | Fish Market Restaurant, et al. v. BP p.l.c., et al. | 10-04192 |
| 212 | Hill, Robyn v. BP p.l.c., et al. | 10-04193 |
| 213 | Monroe, Paul, et al. v. BP p.l.c., et al. | 10-04194 |
| 214 | NYX Consulting, Inc. v. BP Corp., et al. | 10-04196 |
| 215 | Petitjean, John v. BP p.l.c., et al. | 10-04201 |
| 216 | Ireland, Anthony, et al. v. BP p.l.c., et al. | 10-04202 |
| 217 | Hudson, Leonard v. BP p.l.c., et al. | 10-04203 |
| 218 | Walton, Mary, et al. v. BP p.l.c., et al. | 10-04204 |
| 219 | Captain Ander v. BP p.l.c., et al. | 10-04205 |
| 220 | Tracy Acree Construction, et al. v. BP p.l.c., et al. | 10-04207 |
| 221 | Gulf Manufacturing Co. v. BP p.l.c., et al. | 10-04209 |
| 222 | Thompson, Robert M. v. BP America Inc. | 10-04210 |
| 223 | Cooley, James v. BP p.l.c., et al. | 10-04212 |
| 224 | Trehern, W. Edward, et al. v. BP p.l.c., et al. | 10-04213 |
| 225 | Nguyen, Trinh, et al. v. BP p.l.c., et al. | 10-04230 |
| 226 | Pham, Doan, et al. v. BP Exploration & Production Inc., et al. | 10-04238 |
| 227 | Greene, John, et al. v. BP p.l.c., et al. | 10-04249 |
| 228 | Triad Seafood, et al. v. BP p.l.c., et al. | 10-04359 |
| 229 | Branch, Margaret v. BP p.l.c., et al. | 10-04488 |
| 230 | Carswell, Scott, et al. v. Pendelton, Doris, et al. | 11-00260 |
| 231 | Gulf King Services v. BP Exploration & Production Inc., et al. | 11-00339 |
| 232 | Brooks, David  v. Tidewater Marine, et al. | 11-00365 |
| 233 | Doussan, Warren B Jr, et al. v. BP America Production Company | 11-00408 |
| 234 | Bui, Oscar, et al. v. BP Exploration & Production Inc. | 11-00463 |
| 235 | Plash Island Resort v. BP, et al. | 11-00551 |
| 236 | QMCD, L.P., et al. v. BP Exploration and Production, Inc., et al. | 11-00552 |
| 237 | Knotty Girl Fishing LLC, et al. v. Worley Catastrophe Services LLC, et al. | 11-00649 |
| 238 | Williams, Latonya v. Shamrock Management, et al. | 11-00674 |
| 239 | Nguyen, Khai, et al. v. BP America Production Company, et al. | 11-00685 |
| 240 | Exotic Reef Imports v. BP America Inc. | 11-00703 |
| 241 | Best, Kathy, et al. v. British Petroleum, p.l.c., et al. | 11-00772 |
| 242 | Johnson Bros. Corporation of Louisiana, et al. v. BP p.l.c., et al. | 11-00781 |
| 243 | Gonzalez, Edgard, et al. v. BP p.l.c., et al. | 11-00805 |
| 244 | Marlin Oilfield Divers, Inc. v. BP p.l.c., et al. | 11-00855 |
| 245 | Slavich, Mary T., et al. v. BP p.l.c., et al. | 11-00878 |

EXHIBIT A
Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| | | |
|---|---|---|
| 246 | Irelan, Robert, et al. v. BP Products North America Inc., Inc., et al. | 11-00881 |
| 247 | Brouillette, James E., et al. v. Transocean, Ltd., et al. | 11-00884 |
| 248 | Naquin, Bobby, et al. v. BP Exploration & Production Inc., et al. | 11-00885 |
| 249 | Brabner, Lane d/b/a World Ventures LLC v. BP America Production Company | 11-00896 |
| 250 | Koolfish Services v. BP America, et al. | 11-00897 |
| 251 | Cain, Joseph v. BP America Production Company | 11-00898 |
| 252 | Cain, Tommy v. BP America Production Company | 11-00899 |
| 253 | Johnson, Kimberly v. BP America Production Company | 11-00900 |
| 254 | Ladd, John v. BP America Production Company | 11-00902 |
| 255 | McClain, William v. BP America, et al. | 11-00903 |
| 256 | Pakhamma, Somvang v. BP America Production Company | 11-00904 |
| 257 | Pakhamma, Vannalinh v. BP America Production Company | 11-00905 |
| 258 | Secor, David v. BP America Production Company | 11-00907 |
| 259 | Shivers, Bradley v. BP America, et al. | 11-00908 |
| 260 | Sprinkle, Bridget v. BP America Production Company | 11-00909 |
| 261 | Sprinkle, William R. v. BP America Production Company | 11-00910 |
| 262 | Vision Bank, et al. v. 145, et al. | 11-00912 |
| 263 | Smith, Charles v. BP Company, et al. | 11-00914 |
| 264 | Kohnke, Richard, et al. v. BP p.l.c., et al. | 11-00919 |
| 265 | Quality Preheat & Pressure Washers, Inc. v. BP Exploration & Production Inc., et al. | 11-00920 |
| 266 | Service One, L.L.C. v. BP Exploration & Production Inc., et al. | 11-00921 |
| 267 | Kelt, Richard, Jr., et al. v. Transocean, et al. | 11-00924 |
| 268 | Holander, Gary James Jr. v. Transocean, Ltd., et al. | 11-00931 |
| 269 | Ingram, Scott, et al. v. Transocean, et al. | 11-00932 |
| 270 | Security One of Louisiana v. Transocean, et al. | 11-00933 |
| 271 | LaBorde, Dennis M. v. BP America Production Company, et al. | 11-00934 |
| 272 | Hook & Nail, LLC, et al. v. BP America Production Company, et al. | 11-00935 |
| 273 | Porto Aegean, Inc., et al. v. BP p.l.c., et al. | 11-00937 |
| 274 | Marino, Charles, et al. v. BP America, Inc., et al. | 11-00940 |
| 275 | B.A.R.-M.M.P., Inc. v. BP Exploration & Production Inc., et al. | 11-00941 |
| 276 | Littles, James v. BP Exploration & Production Inc. | 11-00942 |
| 277 | Price, Stanley v. BP Exploration & Production Inc. | 11-00943 |
| 278 | Laced Boutique & Salon v. BP Exploration & Production Inc. | 11-00944 |
| 279 | Coco, Malcolm Alphonse III v. BP Products North America Inc., et al. | 11-00946 |
| 280 | Riley, Leonard S. v. BP p.l.c., et al. | 11-00948 |

EXHIBIT A
Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 281 | Crosley, Michael Earl v. Global Marine International, Inc., et al. | 11-00949 |
|-----|------------------------------------------------------------------|----------|
| 282 | Alexander, Darnell Joseph, et al. v. BP p.l.c., et al. | 11-00951 |
| 283 | Carnival Cruise Lines v. BP Exploration & Production Inc., et al. | 11-00952 |
| 284 | Bowman, James Bradley v. BP America Production Company, Inc., et al. | 11-00974 |
| 285 | Le, Trung M, et al. v. BP Exploration and Production Inc., et al. | 11-01008 |
| 286 | Adams, Guy v. The State of Louisiana, et al. | 11-01051 |
| 287 | Miami Beach Hospitality Management LLC d/b/a Deauville Beach Resort, et al. v. BP p.l.c., et al. | 11-01052 |
| 288 | Pietrangelo, Thomas v. BP America Production Company Inc, et al. | 11-01084 |
| 289 | Brown, David, et al. v. BP p.l.c., et al. | 11-01108 |
| 290 | Lavalla, Samuel, et al. v. BP p.l.c., et al. | 11-01128 |
| 291 | Ansardi, Danica, et al. v. BP p.l.c., et al. | 11-01129 |
| 292 | Dudenhefer's Fishing Charters, Inc., et al. v. BP p.l.c., et al. | 11-01130 |
| 293 | Manieri, Chad, et al. v. BP p.l.c., et al. | 11-01137 |
| 294 | Averette, Arthur, et al. v. BP p.l.c., et al. | 11-01138 |
| 295 | Bentley, Joseph, et al. v. BP p.l.c., et al. | 11-01140 |
| 296 | Ferrara, Christopher A., et al. v. BP p.l.c., et al. | 11-01157 |
| 297 | Bouisse, Norman, et al. v. BP America Production Company, et al. | 11-01159 |
| 298 | Casey, Michael Alan v. BP America Production Company | 11-01179 |
| 299 | Seaman, Alden Royal v. BP America Production Company | 11-01180 |
| 300 | Weaver, Keith Dewayne v. BP America Production Company | 11-01181 |
| 301 | Young, John Wayne v. BP America Production Company | 11-01182 |
| 302 | Rogers, Sr., Chad, et al. v.  BP America Production Company, et al. | 11-01185 |
| 303 | Bui, Le, et al. v. BP Exploration & Production Inc., et al. | 11-01187 |
| 304 | Luu, Au Binh, et al. v. BP Exploration & Production Inc., et al. | 11-01188 |
| 305 | Foussell, Dudley, et al. v. Lawson Environmental Services, LLC, et al. | 11-01195 |
| 306 | Anderson, James R. v. BP America Production Company, et al. | 11-01206 |
| 307 | Blouin, Leon Jr., et al. v. BP p.l.c., et al. | 11-01219 |
| 308 | Minor, Vicki, et al. v. BP p.l.c., et al. | 11-01220 |
| 309 | Duncan, Randall, et al. v. BP p.l.c., et al. | 11-01221 |
| 310 | Sprinkle, Christopher M. v. BP America Production Company | 11-01255 |
| 311 | Lam, Qui, et al. v. BP America Production Co., et al. | 11-01274 |
| 312 | Bishop, Ervin v. BP America Production Co., et al. | 11-01294 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 313 | Rogers, Sr., Chad, et al. v. BP America Production Company, et al. | 11-01295 |
|-----|-------------------------------------------------------------------|----------|
| 314 | Catalanotto, Kathy, et al. v. BP Exploration & Production Inc., et al. | 11-01339 |
| 315 | Foster, Murphy James v. BP America Inc., et al. | 11-01368 |
| 316 | Olinde, James R. v. BP America Inc., et al. | 11-01369 |
| 317 | Foster, Murphy James v. BP America Inc., et al. | 11-01372 |
| 318 | Matherne, Clayton J. v. Guilbeau Marine, Inc., et al. | 11-01437 |
| 319 | Ocean Reef Developers II, LLC, et al. v. BP p.l.c., et al. | 11-01479 |
| 320 | Tharpe, David, et al. v. BP America Production Company | 11-01756 |
| 321 | Gary R. Goodwin, d/b/a Jamie G, and Owner of the MV Jamie G v. BP America Production Company | 11-01773 |
| 322 | Terrell, Tim v. BP p.l.c., et al. | 11-01806 |
| 323 | Minnon, Catherine v. BP America Production Company | 11-01860 |
| 324 | Reese, John C. Jr. v. BP America Production Company | 11-01861 |
| 325 | Copeland, Gilbert, et al. v. BP p.l.c., et al. | 11-01887 |
| 326 | Williams, Robert M. Sr., d/b/a Three Son Charters v. BP America Production Company | 11-01923 |
| 327 | PEAN Inc. v. BP Exploration & Production Inc., et al. | 11-01952 |
| 328 | Tesvich, Frances Lynn v. BP Exploration & Production Inc., et al. | 11-01953 |
| 329 | Tesvich, Peter J., et al. v. BP Exploration & Production Inc., et al. | 11-01954 |
| 330 | Southern Solutions Land Management v. BP Exploration & Production Inc., et al. | 11-01955 |
| 331 | Bayhi, Louis v. Danos & Curole Staffing, LLC, et al. | 11-02024 |
| 332 | Vu, Phuc v. BP America Production Company | 11-02063 |
| 333 | Mendes, Guy III v. BP p.l.c., et al. | 11-02218 |
| 334 | Magnon, Rhett v. BP America Production Company | 11-02254 |
| 335 | Big River Industries, Inc. v. BP p.l.c., et al. | 11-02281 |
| 336 | Montgomery, D. v. United States of America Department of Homeland Security et al. | 11-02298 |
| 337 | Crawford, Clyde, et al. v. BP America Production Company, et al. | 11-02395 |
| 338 | White, John O. v. BP America Production Company | 11-02423 |
| 339 | Barhanovich, Kenny v. BP America Production Company | 11-02424 |
| 340 | Law Office of Jim Davis et al. v. Transocean Ltd. et al | 11-02450 |
| 341 | Martin, Stephen v. BP America Production Company | 11-02479 |
| 342 | Livings, John v. BP America Production Company | 11-02480 |
| 343 | Livings, Andrew v. BP America Production Company | 11-02481 |
| 344 | Cosse, Kerry v. BP America Production Co. | 11-02496 |
| 345 | Becknel, Dwayne J. v. U. S. Maritime Services, Inc., et al. | 11-02501 |
| 346 | Morales, Daniel, Jr. v. BP America Production Company, et al. | 11-02514 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 347 | Birdsall, Gary v. BP America Production Company | 11-02516 |
|-----|---|---|
| 348 | Jordan, Timothy v. BP p.l.c., et al. | 11-02528 |
| 349 | Arata, John, et al. v. BP America Production Company, et al. | 11-02530 |
| 350 | Barnett, John M., et al. v. BP America Production Company, et al. | 11-02531 |
| 351 | Burnham, Jeffery v. BP America Production Company | 11-02532 |
| 352 | Bellande, Joseph IV v. United States Marine Services, Inc., et al. | 11-02549 |
| 353 | Toups, Timothy, et al. v. Nalco Company, et al. | 11-02745 |
| 354 | Truong, Hong Van, et al. v. BP America Production Company, et al. | 11-02766 |
| 355 | Jenmar Investments, LLC v. BP p.l.c., et al. | 11-02887 |
| 356 | Michael J. Yentzen, PLLC v. BP p.l.c., et al. | 11-02889 |
| 357 | Oak Island Seafood LLC, et al. v. BP Exploration & Production Inc., et al. | 11-02892 |
| 358 | Ansardi, Lester v. United States Maritime Services, Inc., et al. | 11-02908 |
| 359 | Bigunac, Frank, et al. v. United States Maritime Services, Inc. | 11-02909 |
| 360 | Thompson, Walter Dan v. BP Exploration & Production Inc., et al. | 11-02916 |
| 361 | Adams, Jason, et al. v. BP America Production Company, et al. | 11-03067 |
| 362 | Cure, Michael, et al. v. BP America Production Company, et al. | 11-03068 |
| 363 | Milligan, Eric v. BP America Production Company, et al. | 11-03072 |
| 364 | Gaspard, Jamie v. BP America Production Company, et al. | 11-03083 |
| 365 | Eastridge, Ronny, et al. v. BP America Production Company, et al. | 11-03148 |
| 366 | KB Promotions, Inc. v. Transocean, Ltd., et al. | 11-03150 |
| 367 | Degeyter, Rory, et al. v. Danos and Curole Staffing, L.L.c., et al. | 12-00067 |
| 368 | The Delaney Group, Inc. v. BP Exploration & Production Inc., et al. | 12-00248 |
| 369 | My Place Apartments, Inc. v. BP Exploration & Production Inc., et al. | 12-00252 |
| 370 | Gulf Bay Land Holdings, Inc. d/b/a Parcel T Joint Venture v. BP Exploration & Production Inc., et al. | 12-00344 |
| 371 | Gulf Bay Land Holdings, Inc. v. BP Exploration & Production Inc. et al | 12-00345 |
| 372 | Ladner, Steven v. BP Exploration & Production Inc., et al. | 12-00346 |
| 373 | Collier, Reed, et al. v. BP America Production Company, et al. | 12-00347 |
| 374 | Top Water Charters, LLC, et al. v. BP p.l.c., et al. | 12-00381 |

EXHIBIT A
Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 375 | Leboeuf, Godfrey J. v. BP America Production Company, et al. | 12-00417 |
| 376 | Jambon Supplier II L.L.C, et al. v. BP Exploration & Production, et al. | 12-00426 |
| 377 | Vietnamese American Commercial Fisherman's Union v. BP p.l.c., et al. | 12-00470 |
| 378 | Becknel, Dwayne J. v. BP p.l.c., et al. | 12-00481 |
| 379 | Seamart Wholesale and Retail, LLC v. BP, et al. | 12-00519 |
| 380 | PTL, LLC v. BP America Production Company, et al. | 12-00556 |
| 381 | Capt. Kevin, Inc v. BP America Production Company, et al. | 12-00558 |
| 382 | Hutcherson Christian Shrimp, Inc. v. BP America Production Company, et al. | 12-00561 |
| 383 | B.R.A.G.G LLC v. BP America Production Company, et al. | 12-00564 |
| 384 | Carlos, Irvin P. v. BP America Production Company, et al. | 12-00572 |
| 385 | Boudreaux, Sr., Ronald J. v. BP America Production Company, et al. | 12-00576 |
| 386 | Chauvin, Jody v. BP America Production Company, et al. | 12-00578 |
| 387 | Kraemer Jr., Wilbert v. BP America Production Company, et al. | 12-00579 |
| 388 | Molinere Sr., Terry v. BP America Production Company, et al. | 12-00581 |
| 389 | Verdin Sr., Matthew  v. BP America Production Company, et al. | 12-00582 |
| 390 | Trahan, Richard v. BP America Production Company, et al. | 12-00657 |
| 391 | Bonvillain, Patricia v. BP America Production Company, et al. | 12-00672 |
| 392 | Folse, Richard Charles, et al. v. BP America Production Company, et al. | 12-00678 |
| 393 | Roussell, Rene v. Pie Offshore, LLC et. al | 12-00702 |
| 394 | Giles, Dale, et al. v. BP p.l.c., et al. | 12-00727 |
| 395 | Watson, Marshall, et al. v. BP p.l.c., et al. | 12-00729 |
| 396 | Bedford, Patrick, et al. v. BP p.l.c., et al. | 12-00730 |
| 397 | Interest Unlimited v. BP Oil | 12-00788 |
| 398 | Coldsprings Marina & R.V. Park, LLC v. BP America Production Company, et al. | 12-00789 |
| 399 | Worldwide Sorbent Products, Inc. v. BP Exploration & Production Inc., et al. | 12-00790 |
| 400 | Roberson, Anthony, et al. v. BP p.l.c., et al. | 12-00791 |
| 401 | Laird, Clyde Warren, et al. v. BP p.l.c., et al. | 12-00792 |
| 402 | Supply Pro, Inc. v. BP Exploration and Production, Inc., et al. | 12-00794 |
| 403 | Duong, Kong, et al. v. BP America Production Company, et al. | 12-00814 |
| 404 | Dorst, Steve, et al. v. BP Exploration & Production Inc., et al. | 12-00869 |
| 405 | DD Service Enterprises, Inc. v. Transocean Ltd., et al. | 12-00878 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 406 | Brannon, Kevin D., et al. v. BP America Production Company | 12-00964 |
|---|---|---|
| 407 | Elrod, Jared Shane, et al. v. BP Exploration & Production Inc., et al. | 12-00981 |
| 408 | Lafrance, Kevin v. Transocean, Ltd., et al. | 12-01001 |
| 409 | Hinton, Justin, et al. v. BP America Production Company, et al. | 12-01003 |
| 410 | S. Trout, Inc., d/b/a Fayard's BP v. BP America Production Company, et al. | 12-01004 |
| 411 | Modern Moving and Storage Company, Inc. v. BP p.l.c., et al. | 12-01035 |
| 412 | Mallette, Lester v. BP p.l.c., et al. | 12-01036 |
| 413 | Necaise, Stanley, et al. v. BP America Production Company, et al. | 12-01094 |
| 414 | Dauphin Island Property Owners Association v. BP Exploration & Production, et al. | 12-01122 |
| 415 | Sirmons, George Ray, et al. v. BP p.l.c., et al. | 12-01124 |
| 416 | Phillip Course d/b/a Phillip Course Construction v. BP America Production Company, et al. | 12-01233 |
| 417 | Action Restoration, Inc. v. BPA, Inc., et al. | 12-01422 |
| 418 | Sterling Shipyard, LP v. BPA, Inc., et al. | 12-01423 |
| 419 | Yerkes, Joseph, et al. v. BP Exploration & Production Inc., et al. | 12-01485 |
| 420 | Hogan, David, et al. v. BP Exploration & Production, et al. | 12-01486 |
| 421 | Ecosorb International, Inc. d/b/a Biocel Technologies, et al. v. Supply Pro, Inc., et al. | 12-01892 |
| 422 | Ayoub, Paul, et al. v. BP p.l.c., et al. | 12-01893 |
| 423 | Jaime, Walfrido v. BP p.l.c., et al. | 12-01894 |
| 424 | Feinsilver, Allen v. BP p.l.c., et al. | 12-01944 |
| 425 | Markellos, Nikolaos v. BP America Production Company | 12-01945 |
| 426 | Markellos, Nikolaos v. BP Exploration & Production Inc. | 12-01946 |
| 427 | Kibby, William v. BP p.l.c., et al. | 12-02003 |
| 428 | Doom, Paul Matthew, et al. v. BP Exploration & Production Inc., et al. | 12-02048 |
| 429 | Adams, Quincy Sr. v. MV "Mister Randy", et al. | 12-02185 |
| 430 | United States Environmental Services, et al. v. BP America Production Co., et al. | 12-02279 |
| 431 | Kolian, Steve, et al. v. BP Exploration & Production Inc., et al. | 12-02338 |
| 432 | Nguyen, Dong V. v BP Exploration and Production, et al. | 12-02614 |
| 433 | United Fuels & Lubricants, LLC v. BP p.l.c., et al. | 12-02648 |
| 434 | Bayou Caddy Trucking, Inc. v. BP Exploration & Production Inc., et al. | 12-02666 |
| 435 | Hudson, Holt, et al. v. Transocean, Ltd., et al. | 12-02768 |

EXHIBIT A
Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| | | |
|---|---|---|
| 436 | Allen, Harley D. (Book Me A Charter), et al. v.  BP America Production Company | 12-02953 |
| 437 | Lewis, William A., et al. v. BP Exploration & Production Inc., et al. | 13-00215 |
| 438 | Abney, Michael, et al. v. Plant Performance Services, LLC d/b/a P2S, et al. | 13-00582 |
| 439 | First Trust Corporation and First Bank and Trust v. BP Exploration & Production Inc., et al. | 13-00678 |
| 440 | HGIM Corp., et al. v. BP Exploration & Production Inc., et al. | 13-00713 |
| 441 | Blue Diamond LLC v. BP Exploration & Production Inc., et al. | 13-00725 |
| 442 | Polo, Victor v. BP Exploration & Production Inc., et al. | 13-00729 |
| 443 | Staggers John d/b/a Capital Development and Distributions v. BP p.l.c. | 13-00770 |
| 444 | Hopkins Enterprises, LLC v. BP Exploration & Production Inc., et al. | 13-00790 |
| 445 | Trader, Eva v. BP Exploration & Production Inc., et al. | 13-00830 |
| 446 | Trader, Bruce v. BP Exploration & Production Inc., et al. | 13-00832 |
| 447 | B&D Seafood, Inc. v BP Exploration & Production Inc., et al. | 13-00907 |
| 448 | Guthrie Delmas Gray v. BP Exploration & Production Inc., et al. | 13-00942 |
| 449 | Hajrulla Halili v. BP Exploration & Production Inc., et al. | 13-00981 |
| 450 | Danos, George v. BP Exploration & Production Inc., et al. | 13-00997 |
| 451 | Bel-Cro Machine Shop, Inc. v. BP Exploration & Production Inc., et al. | 13-01038 |
| 452 | Habib Halili d/b/a FF & D Bait & Tackle v. BP Exploration & Production Inc., et al. | 13-01049 |
| 453 | D & J Plastics, Inc. v. BP Exploration & Production Inc., et al. | 13-01062 |
| 454 | Arcement, Keith v. BP Exploration & Production Inc., et al. | 13-01086 |
| 455 | Wisecarver Michael v. BP Exploration & Production Inc., et al. | 13-01094 |
| 456 | Big Wheels Travel Center, LLC v. BP Exploration & Production Inc. Inc, et al. | 13-01104 |
| 457 | Guidry, Ulysses, et al. v. BP Exploration & Production Inc., et al. | 13-01127 |
| 458 | Verdin, Travis v. BP Exploration & Production Inc., et al. | 13-01134 |
| 459 | Curtis Duet and Curtis Duet d/b/a CJ Marine LLC, et al. v. BP Exploration & Production Inc., et al. | 13-01141 |
| 460 | Dunavant Gulf, LLC v. BP Exploration & Production Inc., et al. | 13-01145 |
| 461 | K & B Amusements, LLC v. BP Exploration & Production Inc. et. al | 13-01165 |
| 462 | Benning, Joseph v. BP Exploration & Production Inc., et al. | 13-01176 |
| 463 | Holt, Gregory F. v. BP Exploration & Production Inc., et al. | 13-01177 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 464 | Wallace, William Borden v. BP Exploration & Production Inc., et al. | 13-01187 |
|---|---|---|
| 465 | MP Holdings, LLC v.  BP Exploration & Production Inc., et al. | 13-01188 |
| 466 | Nettleton Oysters, Inc. v. BP Exploration & Production Inc., et al. | 13-01193 |
| 467 | Expert Riser Solutions, LLC v. BP Exploration & Production Inc., et al. | 13-01201 |
| 468 | Plantation, LLP v. BP Exploration & Production Inc., et al. | 13-01203 |
| 469 | Rebecca Truck Plaza And Casino, LLC v. BP Exploration & Production Inc., et al. | 13-01211 |
| 470 | Silver Oyster, LLC v. BP Exploration & Production Inc., et al. | 13-01220 |
| 471 | Nettleton, Terry Sr. v. BP Exploration & Production Inc., et al. | 13-01237 |
| 472 | B. C. Daniels, Inc. v. BP Exploration & Production Inc., et al. | 13-01248 |
| 473 | ABB Industrial Services, Inc. v. BP Exploration & Production Inc., et al. | 13-01288 |
| 474 | Crosby, Thomas v. BP Exploration & Production Inc., et al. | 13-01301 |
| 475 | Vegas, Brian v. BP Exploration & Production Inc., et al. | 13-01322 |
| 476 | Plaquemines Parish Hospital Service District No. 1 v. BP Exploration & Production Inc., et al. | 13-01341 |
| 477 | Wagal, Inc. v. BP Exploration & Production Inc., et al. | 13-01352 |
| 478 | Ardy's Oysters, Inc., et al. v. BP Exploration & Production Inc., et al. | 13-01367 |
| 479 | Artigues Construction Company, Inc. v. BP Exploration & Production Inc., et al. | 13-01400 |
| 480 | Dare Investments, LLC v. BP Exploration & Production Inc., et al. | 13-01420 |
| 481 | Matherne, Keith J. v. BP Exploration & Production Inc., et al. | 13-01438 |
| 482 | MHS Law, P.C. v. BP Exploration & Production Inc., et al. | 13-01454 |
| 483 | Frelich, Vincent W. v. BP Exploration & Production Inc., et al. | 13-01457 |
| 484 | Soto, Ernesto A. v. BP Exploration & Production Inc., et al. | 13-01459 |
| 485 | Treadaway Roseburrough, Gloria v. BP Exploration & Production Inc., et al. | 13-01473 |
| 486 | Tri-Con, Inc. v. BP Exploration & Production Inc., et al. | 13-01491 |
| 487 | Louisiana Shrimp Processing & Packing Company, L.L.C., v. BP Exploration & Production Inc., et al. | 13-01536 |
| 488 | Ingram, Yancy Edward, et al. v. BP Exploration & Production Inc., et al. | 13-01552 |
| 489 | JET-PEP, Inc. v. BP Exploration & Production Inc., et al. | 13-01621 |
| 490 | Naquin, et al. v. BP Exploration & Production Inc., et al. | 13-01634 |
| 491 | Durmon, Laurence v. BP Exploration & Production Inc., et al. | 13-01638 |
| 492 | Acadian Hardwoods, Inc. v. BP Exploration & Production Inc., et al. | 13-01646 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 493 | Robin, Charles Sr., et al. v. BP Exploration & Production Inc., et al. | 13-01648 |
|---|---|---|
| 494 | Sociedad Cooperativa Acuicultores Ecologicos de Celestun, et al. v. BP p.l.c., et al. | 13-01653 |
| 495 | Bonin, Octa v. BP Exploration & Production Inc., et al. | 13-01676 |
| 496 | Perez, Henry Joseph, Jr. v. BP Exploration & Production Inc., et al. | 13-01686 |
| 497 | Coupel, Aline, et al. v. BP Exploration & Production Inc. | 13-01706 |
| 498 | Wisecarver, Glen v. BP Exploration & Production Inc., et al. | 13-01723 |
| 499 | Moses Jeffrey, et al. v. BP Exploration & Production Inc., et al. | 13-01742 |
| 500 | Verdin Shawn, et al. v. BP Exploration & Production Inc., et al. | 13-01762 |
| 501 | Ledet, Jr., Glynn F. v. BP Exploration & Production Inc., et al. | 13-01766 |
| 502 | Kathy Altobello, et al. v. BP Exploration & Production Inc., et al. | 13-01881 |
| 503 | Fontenot's Precision Iron Works, LLC v. BP Exploration & Production Inc., et al. | 13-01884 |
| 504 | Bergeron, Darren, et al. v. BP Exploration & Production Inc., et al. | 13-01885 |
| 505 | Bonvillian, Harry v. BP Exploration & Production Inc., et al. | 13-01887 |
| 506 | Dufrene, Leonard, et al. v. BP Exploration & Production Inc., et al. | 13-01899 |
| 507 | Matherne Lisa v. BP Exploration & Production Inc., et al. | 13-01910 |
| 508 | McGuin, Dwayne v. BP Exploration & Production Inc., et al. | 13-01912 |
| 509 | Li Yanzhu v. BP Exploration & Production Inc., et al. | 13-01919 |
| 510 | Royal Eagle Services, LLC v. BP Exploration & Production Inc., et al. | 13-01923 |
| 511 | Smith, Glynn v. BP Exploration & Production Inc., et al. | 13-01927 |
| 512 | Thompson, Richard v. BP Exploration & Production Inc., et al. | 13-01930 |
| 513 | Fulton Seafood, Inc. v. BP Exploration & Production Inc., et al. | 13-01946 |
| 514 | LA Gulf Coast Cleanup, LLC v. BP Exploration & Production Inc. | 13-01948 |
| 515 | Alford, Olivia Denise, et al. v. BP Exploration & Production Inc., et al. | 13-02005 |
| 516 | Glover Wholesale Company v. BP Exploration & Production Inc., et al. | 13-02013 |
| 517 | Dardar, Russel, et al. v. BP Exploration & Production Inc., et al. | 13-02029 |
| 518 | Kershaw, Scotty v. BP Exploration & Production Inc., et al. | 13-02097 |
| 519 | Lantier Rickey v. BP Exploration & Production Inc., et al. | 13-02100 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 520 | Oil Country Tubular Inc. v. BP Exploration & Production Inc., et al. | 13-02106 |
|---|---|---|
| 521 | Rodriquez, Jesus v. BP Exploration & Production Inc., et al. | 13-02116 |
| 522 | Alpaugh Supply, LLC v. BP Exploration & Production Inc., et al. | 13-02151 |
| 523 | J. Dunning. LLC v. BP Exploration & Production Inc., et al. | 13-02152 |
| 524 | Digital Designers, LLC v. BP Exploration & Production Inc., et al. | 13-02154 |
| 525 | Clipper Estates Master Homeowners' Assn., Inc. v. BP Exploration & Production Inc., et al. | 13-02166 |
| 526 | Caribe East, LLC v. BP Exploration & Production Inc., et al. | 13-02213 |
| 527 | Learn, Michael Harrison, et al. v. BP Exploration & Production Inc., et al. | 13-02222 |
| 528 | Polk, Tonta, et al. v. BP Exploration & Production Inc., et al. | 13-02223 |
| 529 | Coastal Coatings of Alabama, LLC v. BP Exploration & Production Inc., et al. | 13-02244 |
| 530 | Front Beach Associates, LLC v. BP Exploration & Production Inc., et al. | 13-02273 |
| 531 | Rod Cooke Construction, Incorporated v. BP Exploration & Production Inc., et al. | 13-02287 |
| 532 | Andrus, Creig, et al. v. BP Exploration & Production Inc., et al. | 13-02311 |
| 533 | Allen, Sheri Ann, et al. v. BP Exploration & Production Inc., et al. | 13-02318 |
| 534 | Rodrigue, Craig, et al. v. BP p.l.c., et al. | 13-02322 |
| 535 | Doussan, Warren B. Jr., et al. v. BP Exploration & Production Inc., et al. | 13-02325 |
| 536 | Gros, Earl J. v. British Petroleum, P.L.c., et al. | 13-02328 |
| 537 | Morel, Henry I. v. BP p.l.c., et al. | 13-02330 |
| 538 | Stafford, Lynwood H v. BP p.l.c., et al. | 13-02331 |
| 539 | White Tail Oilfield Services, L.L.C. v. BP Exploration & Production Inc., et al. | 13-02337 |
| 540 | Anderson, Bernice Shelanda, et al. v. BP Exploration & Production Inc., et al. | 13-02342 |
| 541 | Gentry, Brandon Watson, et al. v. BP Exploration & Production Inc., et al. | 13-02360 |
| 542 | Total Marine Transport Inc., et al. v. BP Exploration & Production Inc., et al. | 13-02364 |
| 543 | Deogracias Jason Ellis, et al. v. BP Exploration & Production Inc., et al. | 13-02371 |
| 544 | Bell, Fabian, et al. v. BP Exploration & Production Inc., et al. | 13-02383 |
| 545 | Salmon James L Jr. v. Cteh Properties LLC, et al. | 13-02384 |
| 546 | Jackson, Joshua D. v. BP Exploration & Production Inc., et al. | 13-02388 |
| 547 | Bulot, Elizabeth, et al. v. BP Exploration & Production Inc. | 13-02392 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| | | |
|---|---|---|
| 548 | Coventry Health Care Of Louisiana, Inc., v. BP Exploration & Production Inc. | 13-02399 |
| 549 | Corporate Counsel Services, LLC v. BP Exploration & Production Inc., et al. | 13-02405 |
| 550 | Marsigliano, Tina v. BP Exploration & Production Inc., et al. | 13-02410 |
| 551 | Sullivan, Jane E. v. BP Exploration & Production Inc., et al. | 13-02413 |
| 552 | KB Promotions, Inc. v. BP Products North America Inc., et al. | 13-02442 |
| 553 | Montgomery D. v. BP Exploration & Production Inc, et al. | 13-02524 |
| 554 | The Bird of Paradise LLC, et al. v. BP Exploration & Production Inc., et al. | 13-02550 |
| 555 | Commotion Investments, LLC v. BP Exploration & Production Inc., et al. | 13-02559 |
| 556 | Gulf Manufacturing Company v. BP Exploration & Production Inc., et al. | 13-02570 |
| 557 | On the Flats Promotions, LLC v. BP Exploration & Production Inc., et al. | 13-02571 |
| 558 | Surfcomber Hotel - Chisholm Properties South Beach, Inc. v. BP Exploration & Production Inc., et al. | 13-02573 |
| 559 | Carpet Mill Connection, LLC v. BP Exploration & Production Inc., et al. | 13-02588 |
| 560 | Crimson Portfolio LLC et al. v. BP p.l.c. Inc., et al. | 13-02675 |
| 561 | Banc of America 2005-2, et al. v. BP Exploration & Production Inc., et al. | 13-02676 |
| 562 | Amalfi Coast Development, Inc. v. BP Exploration & Production Inc., et al. | 13-02687 |
| 563 | Crooked Creek Estate, LLC v. BP Exploration & Production Inc., et al. | 13-02704 |
| 564 | Majestic Oaks Vineyard, LLC v. BP Exploration & Production Inc., et al. | 13-02710 |
| 565 | Trosset, Robert v. BP Exploration & Production Inc., et al. | 13-02742 |
| 566 | Services International Corp. v. BP Exploration & Production Inc., et al. | 13-02743 |
| 567 | Key Largo Fish Market v. BP Exploration & Production Inc., et al. | 13-02744 |
| 568 | Florida Seafood Company, LLC v. BP Exploration & Production Inc., et al. | 13-02745 |
| 569 | Copans Petroleum Developers v. BP Exploration & Production Inc., et al. | 13-02747 |
| 570 | John D. McLeod, III v. BP p.l.c., et al. | 13-02748 |
| 571 | Mayflower Restaurant of Asheboro, et al. v. BP p.l.c., et al. | 13-02776 |
| 572 | Le, An V., et al. v. BP p.l.c., et al. | 13-02784 |
| 573 | Ft. Walton Foods, Inc., v. BP Exploration & Production Inc., et al. | 13-02874 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 574 | Preserve at Campton, LLC v. BP Exploration & Production Inc., et al. | 13-02878 |
|-----|---------------------------------------------------------------------|----------|
| 575 | Bryant, et al. v. BP Exploration & Production Inc., et al. | 13-02879 |
| 576 | Malidani Jewelry Corp. v. BP Exploration & Production Inc., et al. | 13-02914 |
| 577 | Parker Sanitation II, Inc., v. BP Exploration & Production Inc., et al. | 13-02936 |
| 578 | FDS Development and Investment, Inc. v. BP Exploration & Production Inc., et al. | 13-02943 |
| 579 | Bay Area Hospitality Group, LLC v. BP Exploration & Production Inc., et al. | 13-02944 |
| 580 | Abood, Thomas S., et al. v. BP Exploration & Production Inc., et al. | 13-02964 |
| 581 | Bui, Tien Duc et al. v. BP p.l.c., et al. | 13-02966 |
| 582 | Cummings, Michael A v. BP | 13-03008 |
| 583 | Raw And Juicy, LLC v. BP Exploration & Production Inc., et al. | 13-03025 |
| 584 | Patterson, Mark R. v. BP Exploration & Production Inc., et al. | 13-03027 |
| 585 | Ruiz, Rodolfo, et al. v. BP Exploration & Production Inc., et al. | 13-03032 |
| 586 | Roberts Percy Joseph, et al. v. BP Exploration & Production Inc., et al. | 13-03062 |
| 587 | Danos, Jorey, et al. v. BP America Production Company, et al. | 13-03747 |
| 588 | Wright, Allen II  v. BP Exploration & Production Inc., et al. | 13-03930 |
| 589 | Premier Craneworks, LLC  v. BP Exploration & Production Inc., et al. | 13-03932 |
| 590 | Ahumada, Jesus F., et al. v. BP Exploration & Production Inc. | 13-04678 |
| 591 | Edison, Daniel, et al. v. BP Exploration & Production Inc., et al. | 13-04679 |
| 592 | Seawind Development Co. LLC v. BP Exploration & Production Inc., et al. | 13-04736 |
| 593 | Shimer, Lonnie et al. v. BP Exploration & Production Inc., et al. | 13-04755 |
| 594 | Crawford, Stephen v. Cameron International Corporation et al. | 13-04885 |
| 595 | Morrow, Michael T. v. BP Exploration & Production Inc., et al. | 13-05083 |
| 596 | Central Financial Holdings, Inc. v. BP Exploration & Production Inc., et al. | 13-05364 |
| 597 | Roney, Aubrey L., et al. v. BP Exploration & Production Inc., et al. | 13-05568 |
| 598 | Husseini, Maher Khalil v. BP Exploration & Production Inc., et al. | 13-05780 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 599 | Arts Council of New Orleans v. BP Exploration & Production Inc., et al. | 13-05887 |
|-----|----------------------------------------------------------------------------|----------|
| 600 | Bama Sea Products, Inc. v. BP Exploration & Production Inc., et al. | 13-06008 |
| 601 | Zadeh, Naussera N. v. Kenneth R. Feinberg et al. | 13-06015 |
| 602 | Lopez, Rafael v. BP Exploration & Production Inc., et al. | 13-06110 |
| 603 | Barber, Caden v. BP Exploration & Production Inc. | 13-06457 |
| 604 | Miami Style, Inc. v. BP Exploration & Production Inc., et al. | 13-06549 |
| 605 | Dever Development Company v. BP Exploration & Production Inc., et al. | 14-00221 |
| 606 | Briarwood Apartments, Inc., v. BP Exploration & Production Inc., et al. | 14-00222 |
| 607 | Dever, Steven Mitchell, et al. v. BP Exploration & Production Inc., et al. | 14-00223 |
| 608 | Treehouse Apartments, Inc. v. BP Exploration & Production Inc., et al. | 14-00224 |
| 609 | Banks, Ryan v. BP Exploration & Production Inc., et al. | 14-00550 |
| 610 | Pace, Andrew v. BP Exploration & Production Inc., et al. | 14-00950 |
| 611 | Thibodaux, Angela, et al. v. Transocean, et al. | 14-01026 |
| 612 | Fulk, Cathy v. BPA | 14-01082 |
| 613 | Parker, David Jett v. BPA | 14-01496 |
| 614 | Taber, Clay v. BP Exploration & Production Inc., et al. | 14-01838 |
| 615 | Jubran, Almutasembellah, et al. v. BP Exploration & Production Inc., et al. | 14-02301 |
| 616 | Bowers, Christopher v. BP Exploration & Production Inc., et al. | 14-02363 |
| 617 | Levitan, Daniel J., et al. v. BP Exploration & Production Inc., et al. | 14-02606 |
| 618 | George May, George May on Behalf of the State of Florida, Its Citizens v. BP Exploration & Production Inc., et al. | 14-02922 |
| 619 | Truong, Tuan v. BP Exploration & Production Inc., et al. | 15-01968 |
| 620 | Bucaro, Andrea, et al. v. BP Exploration & Production Inc., et al. | 15-01970 |
| 621 | Bennett Sr., Anthony v. British Petroleum, et al. | 15-02020 |
| 622 | McKnight, William v. BP Exploration & Production Inc., et al. | 15-05762 |
| 623 | Vickers, Jimmie v. Reub & Motta, Attorneys at Law, et al. | 16-02924 |
| 624 | Chapman, Tina M. v. BP Oil | 16-02994 |
| 625 | Herbert v. BP Exploration & Production Inc., et al. | 16-03796 |
| 626 | Evans, Glyn v. BP Exploration & Production Inc., et al. | 16-03847 |
| 627 | Barbour, Jeptha F., IV and 2 Eastbrooke, LLC v. BP Exploration & Production Inc., et al. | 16-03899 |
| 628 | LNH, L.L.C v. BP America Production Company, et al. | 16-03947 |
| 629 | Jefferson Marine Towing, Inc. v. BP America Production Company, et al. | 16-03948 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| 630 | Riverstone Galleries, Inc. v. BP America Production Company, et al. | 16-03949 |
| 631 | Williams Seafood & Po-Boy, LLC v. BP America Production Company, et al. | 16-03951 |
| 632 | Nguyen, Xoa v. BP Exploration & Production Inc., et al. | 16-04041 |
| 633 | Perez, Eduardo Pineiro et al. v. BP PLC et al. | 16-04122 |
| 634 | Gonzalez del Angel, Claudio et al. v. BP p.l.c. et al. | 16-04123 |
| 635 | Anzures, Felipe Barrios, et al. v. BP plc, et al. | 16-04124 |
| 636 | Blanco, Artemio Aran et al. v. BP p.l.c. et al. | 16-04151 |
| 637 | Briggs, Sammy David et al. v. BP p.l.c. et al. | 16-04179 |
| 638 | Perez, Eduardo Pineiro et al. v. BPXP et al. | 16-04230 |
| 639 | Duff, Billy v. BP Exploration & Production Inc., et al. | 16-04874 |
| 640 | Trinity Complete Interiors, LLC v. BP Exploration & Production Inc., et al. | 16-05379 |
| 641 | Minnigan, Robert v. BP Exploration & Production Inc., et al. | 16-05403 |
| 642 | Anshaw, Trisha L. v. BP Exploration & Production Inc., et al. | 16-05483 |
| 643 | H&H Ranch Wildlife Rescue v. BP Oil | 16-05491 |
| 644 | Le, Huy v. BP Exploration & Production Inc., et al. | 16-05588 |
| 645 | Gortney, Brian, et al. v. BP Exploration & Production Inc., et al. | 16-06057 |
| 646 | Moreno, Raul v. BPXP, Inc. et al | 16-06110 |
| 647 | Kim Tran, Inc., et al. v. BP Exploration & Production Inc., et al. | 16-06227 |
| 648 | Allen, Sheri Dorgan v. BP Exploration & Production Inc., et al. | 16-06245 |
| 649 | Major Builders, LLC v. BP p.l.c., et al. | 16-07302 |
| 650 | S.C.P.P. Tanchicuin Boca, S.C. de R.L. de C.V. v. BP p.l.c., et al. | 16-07515 |
| 651 | Wentzell v. BP Exploration & Production Inc., et al. | 16-09458 |
| 652 | Mason v. IN RE: Oil Spill by the Oil Rig Deepwater Horizon in Gulf of Mexico | 16-10855 |
| 653 | Gary Pesce d/b/a Ocean Flex OMTS v. BP Exploration & Production Inc., et al. | 16-11716 |
| 654 | SGI Land Company, LLC v. BP Exploration & Production Inc., et al. | 16-11744 |
| 655 | Forgotten Beach Coast Realty, Inc. v. BP Exploration & Production Inc., et al. | 16-11850 |
| 656 | Forgotten Coast Development Co., L.L.C. v. BP Exploration & Production Inc., et al. | 16-11854 |
| 657 | Gulf Landings & Development Corp, et al. v. BP Exploration & Production Inc., et al. | 16-12393 |
| 658 | Truong, Tuan v. BP Exploration & Production Inc., et al. | 16-12544 |
| 659 | Odoms, Tiffany, et al. v. BP Exploration & Production Inc., et al. | 16-13201 |

EXHIBIT A

Cases Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63 (Clerk to Close Listed Cases)

| | | |
|---|---|---|
| 660 | McBride, Blondine v. BP Deepwater Horizon et al | 16-15250 |
| 661 | Batiste, Leoutha v. BP Deepwater Horizon et al | 16-15254 |
| 662 | Williams, Randall v. BPXP, Inc. et al | 17-04308 |
| 663 | Autry v. Transocean, Ltd. et al | 17-05087 |
| 664 | Leveritt, Bryan et al. v. BPXP, Inc. et al. | 17-06102 |
| 665 | Dean, Michael E. v. BP Oil Company | 17-06800 |