# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| ***No. 12-970 (Claimant No.*** | * | |
| ***100291578; Claim Nos. 431718,*** | | **MAG. JUDGE WILKINSON** |
| ***431719, 431720, 431721, 431722*** | * | |
| ***and 431723*** | | |

## ORDER

IT IS ORDERED that Claimant No. 100291578's Motion for Leave to Supplement Request for Discretionary Review (Rec. Doc. 22102) is GRANTED.

IT IS FURTHER ORDERED that Claimant No. 100291578's Request for Discretionary Review (Rec. Doc. 21944) is DENIED.

New Orleans, Louisiana, this 6th day of September, 2018.

_____
United States District Judge