## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO ALL CASES IN THE "B1" PLEADING BUNDLE AND THE FOLLOWING MOTIONS FOR RECONSIDERATION OF JULY 10, 2018 PTO 65 COMPLIANCE ORDER: | SECTION: J  JUDGE BARBIER  MAGISTRATE JUDGE WILKINSON |
| Michelle Spaven-Daffin and James Sublett (Rec. Doc. Nos. 24700 and 24716) | |
| Member Case Nos. 16-cv-3869 and 17-cv-6044 | |

_____     _____

### AIRBORNE SUPPORT, INC. AND AIRBORNE SUPPORT INTERNATIONAL, INC.'S RESPONSE IN OPPOSITION TO MOTIONS TO VACATE PTO 65 COMPLIANCE ORDER

Defendants in MDL No. 2179 Member Case Nos. 16-cv-3869 and 17-cv-6044, Airborne Support, Inc. and Airborne Support International, Inc. (collectively "Airborne Support"), pursuant to the Court's August 15, 2018 Order (Rec. Doc. 24747), file this response in opposition to the pending motions to vacate the Court's PTO 65 Compliance Order (Rec. Doc. 24686) filed on behalf of movants, Michelle Spaven-Daffin and James Sublett (Rec. Docs. 24700 and 24716).

As set forth in the omnibus Response in Opposition to Movants' Motions for Reconsideration filed on behalf of BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") (Rec. Doc. 24816), and reaffirmed herein, Michelle Spaven-Daffin and James Sublett failed to comply with the requirements of PTO 65 (Rec. Doc. 23825), their claims were properly dismissed by the Court for non-compliance (Rec. Doc. 24686), and movants'

arguments establish no basis for relief under Fed. R. Civ. P. 60(b).  *See In re Deepwater Horizon*, 713 F. App'x 360, 362 (5th Cir. 2018), *reh'g denied* (Apr. 12, 2018) (affirming this Court's dismissal of claims for non-compliance with PTO 60); *Cranford v. Morgan S., Inc.*, 421 F. App'x 354, 357 (5th Cir. 2011) (a court has the "inherent power to manage and control its own docket in order to achieve the orderly and expeditious disposition of cases.");  *In re Vioxx Products Liability Litigation*, 509 F. App'x 383, 387 (5th Cir. 2013) (determining that "dismissal due to noncompliance with discovery orders is not an abuse of discretion, and therefore is not subject to relief under Rule 60(b)."); and *Ames v. Rice Univ.*, 80 F. App'x 907, 911 (5th Cir. 2003). Airborne Support, pursuant to Fed. R. Civ. P. 10, hereby adopt and incorporate herein by reference the omnibus Response in Opposition to Movants' Motions for Reconsideration filed on behalf of BP (Rec. Doc. 24816), and respectfully submit the motions to vacate judgment filed on behalf of Michelle Spaven-Daffin and James Sublett (Rec. Docs. 24700 and 24716) should be denied for the reasons stated therein.

        Respectfully submitted,

        NEUNER PATE

By:    */s/ Jed M. Mestayer*_____
        FRANK X. NEUNER, JR. - #7674 ("TC")
        (FNeuner@neunerpate.com)
        BEN L. MAYEAUX - #19042
        (BMayeaux@neunerpate.com)
        JED M. MESTAYER - #29345
        (JMestayer@neunerpate.com)
        One Petroleum Center, Suite 200
        1001 West Pinhook Road
        Lafayette, Louisiana  70503
        Phone:  (337) 237-7000
        Facsimile:  (337) 233-9450

        *Attorneys for Defendants, Airborne Support, Inc. and Airborne Support International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response in Opposition to Motions to Vacate PTO 65 Compliance Order has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 6th day of September, 2018.

                                                      */s/ Jed M. Mestayer*
                                                      COUNSEL