# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 04, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-30533   In re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970
                        USDC No. 2:15-CV-4143
                        USDC No. 2:15-CV-4146
                        USDC No. 2:15-CV-4654

The court has granted the motion to supplement the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Allison G. Lopez, Deputy Clerk
                                      504-310-7702

Mr. William W. Blevins
Mr. Brad Dennis Brian
Mr. Michael Chase
Mr. Daniel John Dysart
Mr. Michael Duane Greer Sr.
Mr. Daniel Benjamin Levin
Mr. Kerry J. Miller
Mr. Steven Lynn Roberts
Mr. John Gwin Wheeler
Mr. Robert Alan York

No. 18-30243

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

IN RE: DEEPWATER HORIZON

———————————————

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED. ET AL.,

*Plaintiffs*

V.

HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

*Defendants - Appellees*

V.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL.,

*Movants - Appellants*

———————————————

JOHN M. PETITJEAN, INDIVIDUALLY AND ON BEHALF OF A PUTATIVE CLASS; ET AL.,

*Plaintiffs*

V.

HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

*Defendants - Appellees*

V.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL.,

*Movants - Appellants*

———————————————

ECONOMIC AND PROPERTY DAMAGES SETTLEMENT CLASS, IN THE MATTER OF BON SECOUR FISHERIES V. BP EXPLORATION & PRODUCTION, INCORPORATED 12cv970,

*Plaintiff*

V.

HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

*Defendants - Appellees*

V.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL.,

*Movants - Appellants*

_____

CONSOLIDATED WITH

NO. 18-30413

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL.,

*Plaintiffs*

V.

HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

*Defendants – Appellees*

V.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL.,

*Movants - Appellants*

_____

JOHN M. PETITJEAN, INDIVIDUALLY AND ON BEHALF OF A PUTATIVE CLASS; ET AL.,

*Plaintiffs*

V.

HALLIBURTON ENERGY SERVICES, INCORPORATED; HALLIBURTON COMPANY,

*DEFENDANTS – APPELLEES*

V.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK, ET AL.,

*MOVANTS – APPELLANTS*

_____

JOHN M. PETITJEAN, INDIVIDUALLY AND ON BEHALF OF A PUTATIVE CLASS; ET AL.,

*PLAINTIFFS*

V.

TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED,

*DEFENDANTS - APPELLEES*

V.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL.,

*MOVANTS - APPELLANTS*

_____

ECONOMIC AND PROPERTY DAMAGES SETTLEMENT CLASS, IN THE MATTER OF BON SECOUR FISHERIES V. BP EXPLORATION & PRODUCTION, INCORPORATED 12CV970,

*PLAINTIFF*

V.

HALLIBURTON ENERGY SERVICES, INCORPORATED,

*DEFENDANT - APPELLEE*

V.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL.,

*MOVANTS - APPELLANTS*

_____

CONSOLIDATED WITH

NO. 18-30533

IN RE: DEEPWATER HORIZON
_____

DOBBY DARNA; DARRIN COVERT; RICHARD DELACEY; JOSEPH
WILLIAMSON; GEORGE ZIRLOTT,

                                                 PLAINTIFFS – APPELLANTS

V.

HALLIBURTON ENERGY SERVICES, INCORPORATED; HALLIBURTON
COMPANY; TRANSOCEAN HOLDINGS, L.L.C.; TRITON ASSET LEASING
GMBH; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INCORPORATED

                                                 DEFENDANTS – APPELLEES
_____

On Appeal from the United States District Court for the Eastern District of Louisiana,
MDL No. 2179, No. 2:12-cv-970; 2:15-cv-4143;
2:15-cv-4146: 2:15-cv-4654
_____

**UNOPPOSED MOTION TO SUPPLEMENT RECORD**
_____

| | |
|---|---|
| MICHAEL D. GREER | JOHN G. WHEELER |
| GREER, RUSSELL, DENT, | MICHAEL CHASE |
| & LEATHERS, P.A. | MITCHELL, MCNUTT & SAMS, P.A. |
| P.O. BOX 907 | P.O. BOX 7120 |
| TUPELO, MS 38802 | TUPELO, MS 38802 |
| (662) 842-5345 | (662) 842-3871 |
| mgreer@greerlawfirm.com | jwheeler@mitchellmcnutt.com |
| | mchase@mitchellmcnutt.com |

Attorneys for Appellants

The appellants move the court to permit supplementation of the record in case no. 18-30533 would show that the matter sought to be added was omitted from the joint designation of record by error or accident. Counsel for the appellants has conferred with counsel for the appellees, and each stated that his client has no objection to the supplementation of the record as requested.

The appellants ask the court to direct that the following matter be added to the record on appeal:

> Document number 24238 on the MDL 2179 docket (2:10-md-2179), filed March 26, 2018, "Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claims Appeal Determination and Reasons (Halliburton and Transocean Settlement)."

Respectfully submitted,

s/ Michael Chase
JOHN G. WHEELER, MB# 8622
MICHAEL CHASE, MB# 5969
MITCHELL, MCNUTT & SAMS, P.A.
P.O. BOX 7120
TUPELO, MS 38802
(662) 842-3871
jwheeler@mitchellmcnutt.com
mchase@mitchellmcnutt.com

MICHAEL D. GREER, MB# 5002
GREER, RUSSELL, DENT,
& LEATHERS, P.A.
P.O. BOX 907
TUPELO, MS 38802
(662) 842-5345
mgreer@greerlawfirm.com

Attorneys for Appellants

## CERTIFICATE OF SERVICE

I certify that on that on August 31, 2018, I electronically filed the foregoing "Unopposed Motion to Supplement Record" through the Court's electronic filing system, thereby effecting service on the attorneys for the other parties to the case, all of whom are registered or otherwise entitled to receive electronic notices.

s/ Michael Chase<br>
MICHAEL CHASE

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Rule 27(d) in that it contains 116 words according to the word-count feature of the word processing program used to prepare the document and complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) in that it has been prepared using plain text in a proportionally spaced typeface, Times New Roman, with 14 point type for text.

Dated: August 31, 2018

s/ Michael Chase<br>
MICHAEL CHASE