UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MICHAEL PAGE | CIV. ACTION No. 2:17-CV-06083 |
| VERSUS | SECTION J |
| BP EXPLORATION & PRODUCTION, INC. | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| | RULE 9(h) |

### AFFIDAVIT OF REGINALD E. MCKAMIE, SR.

**STATE OF TEXAS** §
**HARRIS COUNTY** §

Before me, the undersigned notary, on this day personally appeared Reginald E. McKamie, Sr., the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Reginald E. McKamie, Sr. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am Plaintiff James-Michael Page's attorney in the above-captioned case. On July 13, 2018, I was served with an order dismissing Page's case with prejudice. Prior to this, I had no notice of either the January 11, 2018 Pretrial Order No. 65 or the May 25, 2018 show cause order entered in Case No. 2-10-md-02179-CJB-JCW.

After obtaining copies of the orders, I diligently worked with my client, the Plaintiff, to complete and file the verified statement ordered by the Court. I also drafted a motion to vacate the judgment with respect to Mr. Page, which I timely filed with this Court on July 31, 2018. I then investigated why I had not received notice of Pretrial Order 65 or the show cause order.

I, or somebody acting at my direction, then contacted the clerk of this court to find out why I had not received notice of these crucial orders and to request that I be added to the service list. The person in the clerk's office indicated that service was only through "Lexis-Nexis" and said I need to review pretrial order 12.

On June 29, 2017, I was served, via the CM/ECF system, with First Amended Pretrial Order No. 12 in Case 2:17-cv-06083-CJB-JCW, Docket Entry 3-2. This order directed me to sign up for electronic service through File & ServeXpress within ten (10) days. It further said that I did not need to re-register if I already had an account. At this time, I did already have a File & ServeXpress account, so I did not re-register. As of June 29, 2017, the last correspondence I had received from File & ServeXpress was an email on January 6, 2017 informing me that there was no billable activity on my account.

The only other instructions on the Exhibit to First Amended Pretrial Order No. 12 for existing File & ServeXpress account holders explained how the account administrator could add additional users and informing me that all attorneys of record must have a User ID and password. I am a sole practitioner and the only attorney of record for James Page in this action. I did not add any other users because there were no other users to add.

I then attempted to login to my File & ServeXpress account to find out why I had not been served with documents crucial to Mr. Page's case. The website would not let me login.

At that time, I attempted to create a new account in accordance with the instructions on Exhibit B to First Amended Pretrial Order No. 12. File & ServeXpress would not let me create a new account because it said I already had an active account.

On August 1, 2018, I called File & ServeXpress' customer service number. After some initial confusion where the agent could not locate my account, I was eventually told that my account had been deactivated for nonuse. I never received any notice of this deactivation and had received no correspondence from File & ServeXpress since the January 6, 2017 email telling me I had no billing activity.

I was transferred to another employee at least once before somebody was able to unlock my account. I was told that I did not owe any past due balance and that my account had been disabled only for inactivity. After my account was unlocked, I received an email with a temporary password. I then logged in and changed my password.

While I was attempting to rectify the service problem with File & ServeXpress, I received an email at mckamie.mckamie.com, which is not my email for service in this case, but which forwards to reginaldmckamie@gmail.com, informing me that I had mis-filed Mr. Page's verified statement by filing it in the master docket rather than the member case. I had read the

order and knew that it said to file the statement in the member case but in the ECF system, every time I tried to do so, it told me to file in the Master Docket. I called the clerk again and the person explained what event I needed to use to file in the member case, which I then did.

After file & ServeXpress unlocked my account, I began receiving docket events in the master case. I was first served with notice of a docket event on August 2, 2018. Between August 2, 2018 and September 6, 2018, I have received service of approximately seventy (70) docket events in the master docket.

I performed a search for any emails in the history of the address reginaldmckamie@gmail.com from "fileandservexpress." This search returned no results for the time between January 6, 2017, when File & ServeXpress informed me that there was no billing activity on my account and August 1, 2018, when my account was re-activated by an employee of File & ServeXpress. Since my account was restored, the search returned approximate seventy (70) results for service of docket entries.

I have diligently monitored the docket in Mr. Page's individual case since filing this action. I receive service through CM/ECF in that case and carefully monitor it. I received no notice of the orders relevant to Mr. Page's case because, unbeknownst to me, my File & ServeXpress account had been disabled. Once I discovered the mistake, I diligently worked to correct it and ensure that it is not repeated.

I am the sole shareholder and the custodian of records for The Law Office of Reginald E. McKamie, Sr., P.C. I am responsible for ensuring that The Law Office of Reginald E. McKamie, Sr., P.C. maintains accurate and complete records of its regularly conducted activities. Included in these records are the email history of both reginaldmckamie@gmail.com.

Attached to this affidavit are ten (10) pages of records from The Law Office of Reginald E. McKamie, Sr., P.C.

These records were made at or near the time of the act by, or from information transmitted by, someone with knowledge of the facts; were kept by The Law Office of Reginald E. McKamie, Sr., P.C. in the ordinary course of business and/or in the course of regularly conducted activity; and were made as part of the regular practice of that activity. The attached records are exact duplicates of the original records.

Further affiant sayeth not."

_____
Reginald E. McKamie, Sr.

Sworn to and subscribed before me by Reginald E. McKamie, Sr. on September 7, 2018.

_____
Notary Public, State of Texas

ROBERT BARTLETT EUTSLER
Notary Public, State of Texas
Comm. Expires 05-09-2021
Notary ID 129418058

3



REM01



REM02



Reginald Mckamie <reginaldmckamie@gmail.com>

## File & ServeXpressT Invoice -201612

**FileAndServeXpress** <ElectronicInvoice@secure-mail.fileandservexpress.com>     Fri, Jan 6, 2017 at 12:24 PM

Dear File & ServeXpress™ Client,

Your firm, McKamie, Reginald E Sr (0065705001) had no billable activity for the Billing Period 201612.

File & ServeXpress, LLC ("FSX") has implemented new lockbox services with our depository bank.

Effective immediately please mail all future payments due to FSX along with the remittance detail to the following:

| Lockbox Address: | Overnight Address: |
|---|---|
| FILE & SERVEXPRESS LLC | FILE & SERVEXPRESS LLC |
| PO BOX 679058 | LOCKBOX NUMBER 679058 |
| DALLAS TX 75267-9058 | 1200 E CAMPBELL RD STE 108 |
|  | RICHARDSON TX 75081 |

Please note that if a payment is inadvertently sent to the prior remittance address, it will be forwarded to the appropriate lockbox but may result in a processing delay.

If you have any questions or need additional information please feel free to contact Joy Regan at (888) 529-7587.

Regards,

File & ServeXpress

REM03



Reginald Mckamie <reginaldmckamie@gmail.com>

## Case: Multi-Case; Transaction: 62295291 - Notification of Service
1 message

**FileAndServeXpress** <ServiceNotification@secure-mail.fileandservexpress.com>  
To: "mckamie@mckamie.com" <mckamie@mckamie.com>

Wed, Aug 1, 2018 at 12:11 PM

```
To:        Reginald Edmund McKamie
From:      File & ServeXpress
Subject:   Service of Documents in Multi-Case
```

You are being served documents that have been electronically submitted in Multi-Case through File & ServeXpress. The details for this transaction are listed below.

```
Court:                      LA US District Court Eastern District E-Service-Oil Spill
Case Name:                  Multi-Case
Case Number:                Multi-Case
Transaction ID:             62295291
Document Title(s):
    Correction of Docket Entry by Clerk re [24718] Statement of Facts; Per Pretrial Order 65, the Statement must
be filing in the individual case, not the master. Please refile this in the individual case. (Reference: 17-6083)(cg)
[24720] (1 page)
Authorized Date/Time:       Aug  1 2018 12:10PM CDT
Authorizer:                 File & ServeXpress Service
Authorizer's Organization:  File & ServeXpress Service
Sending Parties:
    File & ServeXpress Service
Served Parties:
    Page, James Michael
```

You may view the documents in the following ways:  
    - Online at https://secure.fileandservexpress.com/Login/Login.aspx?FI=62295291 (subscriber login required).  
    - Call File & ServeXpress Service to request a copy of the documents.

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).

REM04



Reginald Mckamie <reginaldmckamie@gmail.com>

## Subscription to File & ServeXpress
1 message

**FileAndServeXpress** <AdministrativeNotification@secure-mail.fileandservexpress.com>   Wed, Aug 1, 2018 at 12:43 PM
To: "reginaldmckamie@gmail.com" <reginaldmckamie@gmail.com>

To: Reginald McKamie
Subject: Subscription to File & ServeXpress

We were unable to complete your request to subscribe to File & ServeXpress. Your application was not accepted due to the following reasons:

You already have an active File & ServeXpress user account.
Firm information can be modified in Firm Profile.


If you have any questions or believe that you have received this notice in error, please contact File & ServeXpress Client Support by phone at 1-888-529-7587.

REM05



Reginald Mckamie <reginaldmckamie@gmail.com>

---

## Unable to add user
1 message

---

**FileAndServeXpress** <AdministrativeNotification@secure-mail.fileandservexpress.com>   Wed, Aug 1, 2018 at 2:47 PM
To: "reginaldmckamie@gmail.com" <reginaldmckamie@gmail.com>

To: Reginald McKamie
Subject: Unable to add user

We were unable to complete your request to add Reginald McKamie as a subscriber to File & ServeXpress. Your request was not accepted due to the following reasons:

Already registered


If you have any questions or believe that you have received this notice in error, please contact File & ServeXpress Client Support by phone at 1-888-529-7587.

REM06



Reginald Mckamie <reginaldmckamie@gmail.com>

## Case: Multi-Case; Transaction: 62302223 - Notification of Service
1 message

**FileAndServeXpress** <ServiceNotification@secure-mail.fileandservexpress.com>　　Thu, Aug 2, 2018 at 2:43 PM
To: "reginaldmckamie@gmail.com" <reginaldmckamie@gmail.com>

  To:  Reginald Edmund McKamie
  From:  File & ServeXpress
  Subject:  Service of Documents in Multi-Case

You are being served documents that have been electronically submitted in Multi-Case through File & ServeXpress. The details for this transaction are listed below.

  Court:  LA US District Court Eastern District E-Service-Oil Spill
  Case Name:  Multi-Case
  Case Number:  Multi-Case
  Transaction ID:  62302223
  Document Title(s):
   ORDER granting [24723] Motion to Withdraw as Attorney. Signed by Judge Carl Barbier on 8-2-2018. (Reference: 14-600)(cg) [24725] (4 pages)
  Authorized Date/Time:  Aug  2 2018  2:42PM CDT
  Authorizer:  File & ServeXpress Service
  Authorizer's Organization:  File & ServeXpress Service
  Sending Parties:
   File & ServeXpress Service
  Served Parties:
   Plaintiff

You may view the documents in the following ways:
  - Online at https://secure.fileandservexpress.com/Login/Login.aspx?FI=62302223 (subscriber login required).
  - Call File & ServeXpress Service to request a copy of the documents.

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).

REM07



Reginald Mckamie <reginaldmckamie@gmail.com>

---

## Activity in Case 2:17-cv-06083-CJB-JCW Page v. BP Exploration & Production, Inc. Statement
1 message

---

**Efile_Notice@laed.uscourts.gov** <Efile_Notice@laed.uscourts.gov>      Wed, Aug 1, 2018 at 1:57 PM
To: Efile_Information@laed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by McKamie, Reginald on 8/1/2018 at 1:57 PM CDT and filed on 8/1/2018
**Case Name:**       Page v. BP Exploration & Production, Inc.
**Case Number:**     2:17-cv-06083-CJB-JCW
**Filer:**           James Michael Page
**WARNING: CASE CLOSED on 07/10/2018**
**Document Number:** 6

**Docket Text:**
**Statement by James Michael Page (McKamie, Reginald)**

**2:17-cv-06083-CJB-JCW Notice has been electronically mailed to:**

Reginald Edmund McKamie &nbsp &nbsp reginaldmckamie@gmail.com, mckamielawoffice@gmail.com

**2:17-cv-06083-CJB-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/1/2018] [FileNumber=9368794-0]
[45339f7cc06335c99922dc8ddfdb951b1da84acd62cfec86d344450fbeb509156895
978f0a895d4e0521535a3fb0cced11d111d6f0f6c800466d5a04d6b6dd51]]

REM08

   Reginald Mckamie <reginaldmckamie@gmail.com>

# Activity in Case Order
1 message

**Efile_Notice@laed.uscourts.gov** <Efile_Notice@laed.uscourts.gov>   Thu, Jun 29, 2017 at 4:13 PM
To: Efile_Information@laed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 6/29/2017 at 4:13 PM CDT and filed on 6/29/2017
**Case Name:**      Page v. BP Exploration & Production, Inc.
**Case Number:**    2:17-cv-06083-CJB-JCW
**Filer:**
**Document Number:** 3

**Docket Text:**
**PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # (1) PTO#11, # (2) PTO#12 1st Amended, # (3) PTO#25, # (4) PTO#31, # (5) PTO#41 2nd Amended)(ADI)**

**2:17-cv-06083-CJB-JCW Notice has been electronically mailed to:**

Reginald Edmund McKamie      reginaldmckamie@gmail.com, mckamielawoffice@gmail.com

**2:17-cv-06083-CJB-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/29/2017] [FileNumber=8696870-0
] [03aa7a3f4cfc31ee8e35db6084fa331872323774503b39fed9142d1cd70b66dc557
56583fdca90b636964f6446c24dd9a9da6df7d32ee49a84a1235093b2eda9]]
**Document description:** PTO#11
**Original filename:** n/a

REM09

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/29/2017] [FileNumber=8696870-1
] [968a43f961a7c117cf31051bab3733b74b76dded999e548c4dc0cdffe2fc4e19664
cd5d7d4a098b0b637d4806675d2b6648be221e4276e668f98387abfdd2507]]
**Document description:** PTO#12 1st Amended
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/29/2017] [FileNumber=8696870-2
] [1fd64fcd35b498934ee4741534e6f8370fb89201841ddc47da155d88c4756f0bcce
471091463ff90dde94bd209d61444d61551712fe26a601378c7d87395bc5f]]
**Document description:** PTO#25
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/29/2017] [FileNumber=8696870-3
] [6e276dd23fa858f85d76f91c5119dc6306240013d1f63d7e4f733c5062b703ad275
90fcdfa3e99ed4ef788ae8e8166a63ea5656ebd4de9a29c15754e2fd79a4a]]
**Document description:** PTO#31
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/29/2017] [FileNumber=8696870-4
] [0544a291918985a3a5862493d9d019f4abb791dcf6064b1b11354f9ec7d794a2ade
7459f3f9fea0c76a8d6ec79ac44912a69c82aa8dc4864f9df71b13b5aacdc]]
**Document description:** PTO#41 2nd Amended
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/29/2017] [FileNumber=8696870-5
] [1659f225631968b6e558a647393c1f4511e2543a3013aa6560e69afe918e6e0329d
74f5a17e65fc8f9106b67d8683148d5b1bbae3b268bd80a226d1c57a17f63]]

REM10