UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 SECTION J |
| This document Relates to: *Pleading Bundle B1* | JUDGE BARBIER MAG. JUDGE WILKINSON |
| ROBERT MINNIGAN,  Plaintiff, vs. BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.,  Defendants. | CASE NO.: 2:16-cv-5403 SECTION J JUDGE BARBIER MAG. JUDGE WILKINSON |

## PLANTIFF'S MOTION FOR DETERMINATION AS COMPLIANT WITH PTO 60

COMES NOW, Plaintiff, ROBERT MINNIGAN, through undersigned counsel, and files this Motion for Determination as Compliant with PTO 60 and states:

### I. INTRODUCTION

This Motion is filed in response to the Court's Order of September 6, 2018 (Document 24814) dismissing Robert Minnigan for failing to comply with the Court's PTO 60 Order.

Plaintiff has shown a willingness to proceed with its claim in a proper and effective way. Plaintiff has demonstrated a willingness to abide by the spirit of judicial economy, the rules of the Court, and has sought proper guidance from this Court.

## II. MATERIAL FACTS

1. On November 15, 2010, Plaintiff submitted its written demand to Gulf Coast Claims Facility.

2. Plaintiff filed its timely complaint with this court on May 12, 2016.

3. A sworn statement (formally called "Exhibit "A"") was filed in conjunction with the Complaint.

4. On June 7, 2016, the Court issued an Order to Show Cause Regarding Compliance with PTO 60 (Document # 18724) which identified several thousand plaintiffs that appeared to either have complied with PTO 60, or were deemed not compliant with PTO 60. Plaintiff Robert Minnigan is listed on Exhibit 1A, which was the list for "PTO 60 Compliant Plaintiffs".

5. On July 14, 2016, the Court issued an Order Re: Compliance with PTO 60 (Document # 20996). Robert Minnigan is missing entirely from this Order, and was erroneously not listed as being compliant.

## III. CONCLUSION

WHEREFORE, Plaintiff respectfully moves this Honorable Court to determine Robert Minnigan, as Compliant with PTO 60, and subject to further proceedings of this Court.

Date: September 10, 2018

Respectfully submitted,

BY:/s/William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
bill@thepricelawfirm.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Determination as Compliant with PTO 60 has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of September, 2018.

                                                */s/ William B. Price*
                                                William B. Price