IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of James Adams, a Class Member who is deceased, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement respectfully move this Court to: (1) approve the settlement of the claim filed on behalf James Adams as fair, reasonable, and adequate, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

                                                     Respectfully submitted,

| | |
|---|---|
| **CLASS MEMBER'S AUTHORIZED REPRESENTATIVE** **Pro Se** | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| By: /s/ *Esther N. Adams* Esther N. Adams Class Member's Authorized Representative 11045 Patterson Lane Elberta, AL 36530 | By: /s/ *Joseph L. Bruemmer* Matthew L. Garretson Joseph L. Bruemmer Garretson Resolution Group 6281 Tri-Ridge Blvd., Suite 300 Loveland, OH  45140 |