UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG           MDL DOCKET

"DEEPWATER HORIZON"                        CASE NO: 10-2179

                                           SECTION: "J"

### ORDER REFERRING MATTER TO MDL TRANSFEREE JUDGE

The undersigned has received the attached correspondence from Thaoi Nguyen regarding the Court-Supervised Settlement Program stemming from MDL Number 2179. The Court refers this matter to the MDL Transferee Judge charged with the "Deepwater Horizon" Oil Spill proceedings for his review and the taking of appropriate action.

**NEW ORLEANS, LOUISIANA**, this 12th day of September, 2018.

**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**



RE: Thiet Nguyen -- Claimant ID 100123636Patrick Hron to: twi@oxmotion.com, Patrick Juneau, AttorneyQuestions@dhecc.com, 'Steve Herman', jimr@wrightroy.com, dbeck@brsfirm.com, dgodwin@godwinronquillo.com, dkhaycraft@liskow.com, ky.kirby@bingham.com, andrew.langan@kirkland.com, dkuchler@kuchlerpolk.com, mikelyle@quinnemanuel.com, kjmiller@bakerdonelson.com, pwittmann@stonepigman.com, Michael Juneau, ben_allums@laed.uscourts.gov, reconciliationappeals@gulfspillpunitivedamagessettlement.com 09/11/2018 11:33 AM
Cc: "efile-brown@laed.uscourts.gov"
From: Patrick Hron <phron@dheclaims.com>
To: "twi@oxmotion.com" <twi@oxmotion.com>, Patrick Juneau <pjuneau@dheclaims.com>, "AttorneyQuestions@dhecc.com" <AttorneyQuestions@dhecc.com>, 'Steve Herman' <SHERMAN@hhklawfirm.com>, "jimr@wrightroy.com" <jimr@wrightroy.com>, "dbeck@brsfirm.com" <dbeck@brsfirm.com>, "dgodwin@godwinronquillo.com" <dgodwin@godwinronquillo.com>, "dkhaycraft@liskow.com" <dkhaycraft@liskow.com>, "ky.kirby@bingham.com" <ky.kirby@bingham.com>, "andrew.langan@kirkland.com" <andrew.langan@kirkland.com>, "dkuchler@kuchlerpolk.com" <dkuchler@kuchlerpolk.com>, "mikelyle@quinnemanuel.com" <mikelyle@quinnemanuel.com>, "kjmiller@bakerdonelson.com" <kjmiller@bakerdonelson.com>, "pwittmann@stonepigman.com" <pwittmann@stonepigman.com>, Michael Juneau <mjuneau@dheclaims.com>, "ben_allums@laed.uscourts.gov" <ben_allums@laed.uscourts.gov>, "reconciliationappeals@gulfspillpunitivedamagessettlement.com" <reconciliationappeals@gulfspillpunitivedamagessettlement.com>
Cc: "efile-brown@laed.uscourts.gov" <efile-brown@laed.uscourts.gov>
History:
This message has been forwarded.

Good morning,

BCA filed the claims as counsel for Thiet Nguyen in early 2013. We are processing the Form AR-1, and once that is complete, Thiet Nguyen will be able to access the Claim File to view the documentation submitted in support of the claims. Because BCA filed the claims on behalf of Thiet Nguyen as Thiet Nguyen's attorney, BCA was notified directly of the claim determinations, as our office does not communicate directly with claimants who are represented by counsel. Thiet Nguyen may wish to address the items and questions below around authorization and documentation directly with BCA.

Sincerely,

Patrick

**From:** twi@oxmotion.com [mailto:twi@oxmotion.com]
**Sent:** Friday, September 07, 2018 4:54 PM
**To:** Patrick Juneau <pjuneau@dheclaims.com>; AttorneyQuestions@dhecc.com; Patrick Hron <phron@dheclaims.com>; 'Steve Herman' <SHERMAN@hhklawfirm.com>; jimr@wrightroy.com; dbeck@brsfirm.com; dgodwin@godwinronquillo.com; dkhaycraft@liskow.com; ky.kirby@bingham.com; andrew.langan@kirkland.com; dkuchler@kuchlerpolk.com; mikelyle@quinnemanuel.com; kjmiller@bakerdonelson.com; pwittmann@stonepigman.com; Michael Juneau <mjuneau@dheclaims.com>; ben_allums@laed.uscourts.gov; reconciliationappeals@gulfspillpunitivedamagessettlement.com
**Cc:** efile-brown@laed.uscourts.gov
**Subject:** Thiet Nguyen -- Claimant ID 100123636

Claims Administrators Juneau & Juneau:

On September 4, 2018 Thiet Nguyen received a notice from the HESI Settlement indicating that he is represented by the law firm Brent Coon & Associates ("BCA"). It also indicates that a DHECC Claimant ID 100123636 and 22 claims were filed under his name and SSN.

This is the first time that Thiet Nguyen became aware that of this Claimant ID.

He never retained any attorney or law firm for any matters pertaining to the Spill nor did he file any of these claims.

Evidently, BCA stole Thiet Nguyen's personal and business information and established legal representation based upon which BCA filed these claims.

Why was this permitted?

When were these claims filed?

What other information was submitted in connection with these fraudulent filings?

What other information was unlawfully used and disclosed by BCA and the Court Supervised Settlement Program ("CSSP")?

Why was Thiet Nguyen never notified by the CSSP?

Brent Coon of BCA is the same attorney who stole personal and business information from Dien Nguyen and used it as the basis for fraudulent attorney representation and claims filing. The CSSP not only permitted but facilitated these fraudulent filings. This case was adjudicated by the Court at the Show Cause Hearing on April 5, 2013. Rec. Doc. 8996, Rec. Doc. 9201.

We have every reason to believe that the same applies here.

Please respond to these inquiries promptly.

Enclosed are: AR-1 Form, Appendix A, HESI Notice, DHECC Claimant Check Status, and Thiet Nguyen's letter of explanation.

Sincerely,

Thoai