UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |
| This Document Relates to:<br>*Pleading Bundle B1*<br>2:17-cv-06044-CJB-JCW | |
| JAMES R. SUBLETT,<br><br>    Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., ANADARKO PETROLEUM CORPORATION, ANADARKO E&P ONSHORE LLC, f/k/a ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AIRBORNE SUPPORT INTERNATIONAL, INC. and AIRBORNE SUPPORT, INC.,<br><br>    Defendants. | Civil Action No.:<br>2:17-cv-06044-CJB-JCW<br><br>Section "J"<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |

**MOTION FOR LEAVE TO FILE REPLY**

Plaintiff, JAMES R. SUBLETT, through the undersigned counsel, respectfully move the Court for leave to file the attached Reply in Response to BP's Response in Opposition to Movants Motions for Reconsideration [Rec. Doc. 24816] to address some of the arguments made by BP therein.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
 Florida Bar Number:  492132
 kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
 Florida Bar Number:  975990
 mryan@krupnicklaw.com
Joseph J. Slama, Esquire
 Florida Bar Number:  476171
 jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
 Florida Bar Number:  112495
 jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
 Florida Bar Number:  224499
 kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
 Florida Bar Number:   0097771
 cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@stagliuzza.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@stagliuzza.com
STAG LIUZZA, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of September 2018.

>KRUPNICK, CAMPBELL, MALONE,
>BUSER, SLAMA, HANCOCK,
>LIBERMAN, P.A.
>
>By:  /s/   Kelley B. Stewart
>
>Kelley B. Stewart, Esquire
>       Florida Bar Number:  492132
>       kstewart@krupnicklaw.com
>Michael J. Ryan, Esquire
>       Florida Bar Number:  975990
>       mryan@krupnicklaw.com
>Joseph J. Slama, Esquire
>       Florida Bar Number:  476171
>       jslama@krupnicklaw.com
>Jesse S. Fulton, Esquire
>       Florida Bar Number:  112495
>       jfulton@krupnicklaw.com
>Kevin A. Malone, Esquire
>       Florida Bar Number:  224499
>       kmalone@krupnicklaw.com
>Carlos A. Acevedo, Esquire
>       Florida Bar Number:   0097771
>       cacevedo@krupnicklaw.com
>12 Southeast Seventh Street, Suite 801

4

Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@stagliuzza.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@stagliuzza.com
STAG LIUZZA, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

Attorneys for Plaintiffs