UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179 |
| | Section "J" |
| | Judge Barbier |
| This Document Relates to: *Pleading Bundle B1* 2:17-cv-06044-CJB-JCW | Magistrate Judge Shushan |
| | |
| JAMES R. SUBLETT, | Civil Action No.: 2:17-cv-06044-CJB-JCW |
| Plaintiff, | |
| | Section "J" |
| v. | |
| | Judge Barbier |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., ANADARKO PETROLEUM CORPORATION, ANADARKO E&P ONSHORE LLC, f/k/a ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AIRBORNE SUPPORT INTERNATIONAL, INC. and AIRBORNE SUPPORT, INC., | Magistrate Judge Shushan |
| Defendants. | |

## ORDER

Considering the foregoing Motion for Leave to File Reply filed by JAMES R. SUBLETT, and considering the Court's discretion in allowing the same,

**IT IS ORDERED** that the Motion for Leave to File Reply is **GRANTED**; the Clerk of Court is directed to enter the proposed Reply into the record of this matter.

New Orleans, Louisiana this \_\_\_\_ day of September, 2018.

    _____
    HONORABLE CARL J. BARBIER
    UNITED STATES DISITRICT JUDGE