UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER |
| Applies to: No. 11-0893 and <br>　　　　　　No. 10-09999 <br>　　　*Document Nos. 353 & 354* | * * * | |

**********************************************************************

## ORDER

Considering the Motion of the TOWN OF JEAN LAFITTE and LAFITTE AREA INDEPENDENT LEVEE DISTRICT (Rec. Doc. 21701);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims of the TOWN OF JEAN LAFITTE and LAFITTE AREA INDEPENDENT LEVEE DISTRICT, against defendants, BP p.l.c., BP Corporation North America Inc. ("BPCNA"), BP Exploration and Production, Inc. ("BPXP"), and any parents, subsidiaries, affiliates, successors, assigns, officers, directors, employees, agents and representatives of any of the foregoing, be dismissed with prejudice.

New Orleans, Louisiana, this 17th day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE