## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 10-8888 (Rec. Doc. 120223) | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court is Duong Hoang Nguyen's motion to voluntarily dismiss (Rec. Doc. 15990) his short form joinder (10-8888, Rec. Doc. 120223).

IT IS ORDERED that the motion (Rec. Doc. 15990) is GRANTED and the short from joinder (No. 10-8888, Rec. Doc. 120223) is DISMISSED.

New Orleans, Louisiana, this 17th day of September, 2018.

_____
United States District Judge