UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | MDL 2179 |
| **This Document Relates To:** | * | SECTION: J(2) |
| *Nos. 10-8888, 10-9999* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are multiple motions requesting leave to file a short form joinder. (Rec. Docs. 13365, 13386, 13388, 13483, 13566, 14085, 14466, 14515, 14576, 14611, 14682, 14695, 14732)

IT IS ORDERED that the motions are DENIED AS MOOT.

New Orleans, Louisiana, this 17th day of September, 2018.

_____
United States District Judge