## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG § | | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF § | | |
| OF MEXICO ON APRIL 20, 2010 § | | SECTION: J |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| 16-04122; 16-04123; 16-04124; 16-04151; § | | |
| 16-04179 and 16-04230 § | | MAG. JUDGE SHUSHAN |

### PLAINTIFFS' NOTICE OF STATUS OF APPEALS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Eduardo Pineiro Perez, Individually and d/b/a La Sociedad Cooperativa De Produccion Pesquera La Rivera De Tampico De Alto S.C. De R.L; Claudio Gonzalez del Angel, Individually and d/b/a Pennisionario Claudio Gonzalez del Angel; Felipe Barrios Anzures, Individually and d/b/a Compro Venta de Felipe Barrios; Artemio Aran Blanco, Individually and d/b/a Grupo Pescadores Libres Artemio Aran; Sammy Davis Briggs; and Eduardo Pineiro Perez, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera La Rivera de Tampico de Alto S.C. de R.L.; Claudio Gonzalez Del Angel Individually and d/b/a Pennisionario Claudio Gonzalez Del Angel; Felipe Barrios Anzures Individually and d/b/a Compro Venta De Felipe Barrios; Artemio Aran Blanco Individually and d/b/a Grupo Pescadores Libres Artemio Aran, on behalf of all Class Representatives/Subclass Representative Plaintiffs herein as a Class; and hereby gives notice to the Court as follows:

The Plaintiffs herein note that the Court has entered an Order closing these cases on September 6, 2018.  The Plaintiffs herein hereby inform the Court that even though the Clerk is

closing the case on the Docket, their causes of action are still ongoing as Plaintiffs herein filed their Petition for Writ of Certiorari with the United States Supreme Court on July 10, 2018.

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101/Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

By:    **/s/ Mitchell A. Toups**
Mitchell A. Toups
Texas Bar No. 20151600

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on September 17, 2018.

/s/ Mitchell A. Toups
Mitchell A. Toups