UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** |
| | **SECTION: J(2)** |
| **This Document Relates To:** | |
| | **JUDGE BARBIER** |
| ***B3 Bundle, Including Nos. 12-02048, 12-02338, 13-00582, 13-02964, 13-03747*** | **MAG. JUDGE WILKINSON** |

## ORDER

ES&H, Inc., Team Labor Force, LLC, Shamrock Management, LLC, Falck Alford a/k/a Falck Alford Holding Company, Inc., Danos and Curole Staffing, LLC, T&M Boat Rentals, LLC, HEPACO, Inc., Moran Environmental Recovery, LLC, USA Labor, LLC, USA Environmental Services, Inc., Coastal Catering, LLC, Plant Performance Services, LLC, and Fluor Enterprises, Inc. (collectively, "Additional Clean-Up Responder Defendants"), requested that the Court dismiss and close certain cases in the B3 pleading bundle on the grounds that the case was superseded by the plaintiff's post-PTO 63 complaint. (Rec. Doc. 23094; *see also* Rec. Docs. 22926, 23046) Specifically, the Additional Clean-Up Responder Defendants asked the Court to dismiss the following cases: 12-02048, 12-02338, 13-00582, 13-02964, and 13-03747. (Rec. Doc. 23094) Adriatic Marine, LLC filed a similar motion respecting case nos. 12-02338 and 13-03747. (Rec. Doc. 23276)

The cases targeted by these requests/motions were dismissed by the PT0 63 Compliance Order. (Rec. Doc. 23047) On September 6, 2018, the Court issued an

order directing the Clerk to formally close these cases. (Rec. Doc. 24818) Therefore, the requests/motions are moot.

Accordingly,

IT IS ORDERED that the Additional Clean-Up Responder Defendants' request that the Court dismiss and close certain cases (Rec. Docs. 23094, 22926, 23046) is MOOT.

IT IS FURTHER ORDERED that Adriatic Marine, LLC's Motion to Dismiss Claims of B3 Plaintiff James Morgan (Rec. Doc. 23276) is MOOT.

New Orleans, Louisiana, this 18th day of September, 2018.

_____
United States District Judge