UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Nos. 11-00649, 11-01051, 11-01295, 11-01185, 11-01159, 11-01806, 11-02909, 11-02908, 12-00067, 11-02766, 11-02298, 12-00381, 11-01129, 12-01486, 12-02953, 12-02338, 13-03747, 15-05762, 16-02924, 10-02975* | * * * | **MAG. JUDGE WILKINSON** |

# ORDER

The motions listed below concern cases that were previously dismissed by the PTO 60 Compliance Order (Rec. Doc. 20996), the PTO 60 Reconciliation Order (Rec. Doc. 22003), or the PTO 63 Compliance Order (Rec. Doc. 23047), as noted in the Order [Directing the Clerk to Close Certain Cases Previously Dismissed for Noncompliance with PTO 60 and PTO 63] (Rec. Doc. 24814).

Accordingly, IT IS ORDERED that the following Motions are DENIED AS MOOT:

1.  Knotty Girl Fishing, L.L.C., et al.'s Motion for Remand (Rec. Doc. 2093) (re: 11-00649)

2.  Guy Adams's Motion to Remand (Rec. Doc. 2627) (re: 11-01051)

3.  State of Louisiana's Motion to Remand (Rec. Doc. 2629) (re: 11-01051)

4.  Chad Rogers, et al.'s Motion to Remand (Rec. Doc. 2764) (re: 11-01295)

5.  Chad Rogers, et al.'s Motion to Remand (Rec. Doc. 2765) (re: 11-01185)

6. Norman Bouisse, et al.'s Motion to Remand (Rec. Doc. 2766) (re: 11-01159)

7. Tim Terrell's Motion to Remand (Rec. Doc. 3811) (re: 11-01806)

8. Frank Bigunac, et al.'s Motion to Remand (Rec. Doc. 4975) (re: 11-02909)

9. Lester Ansardi's Motion to Remand (Rec. Doc. 5036) (re: 11-02908)

10. Lester Ansardi's Motion to Sever (Rec. Doc. 5194) (re: 11-02908)

11. Rory Degeyter, et al.'s Motion to Remand (Rec. Doc. 5637) (re: 12-00067)

12. Hong Van Truong, et al.'s Motion for Leave to File Second Supplemental and Amended Complaint (Rec. Doc. 5668) (re: 11-02766)

13. D. Montgomery's Motion for Class Action Certification Order (Rec. Doc. 5920) (re: 11-02298)

14. D. Montgomery's Motion for Summary Judgment (Rec. Doc. 5921) (re: 11-02298)

15. Top Water Charters, LLC, et al.'s Motion to Remand (Rec. Doc. 6057) (re: 12-00381)

16. Kuzuma Petrovich, Jr.'s Motion to Release Held Funds (Rec. Doc. 6168) (re: 11-01129)

17. David Hogan, et al.'s Motion to Remand (Rec. Doc. 6728) (re: 12-01486)

18. Harley D. Allen, et al.'s Motion to Remand (Rec. Doc. 8147) (re: 12-02953)

19. Coastal Catering, LLC's Motion to Dismiss and Alternative Motion for More Definite Statement (Rec. Doc. 8670) (re: 12-02338)

20. Jorey Danos, et al.'s Motion to Remand (Rec. Doc. 10431) (re: 13-03747)

21. Tim Terrell's Supplemental and Amending Motion to Remand (Rec. Doc. 12841) (re: 11-01806)

22. Patrick A. Juneau's Motion to Dismiss (Rec. Doc. 15725) (re: 15-05762)

23. Jimmie Vickers' Motion to Vacate Stay Order (Rec. Doc. 18515) (re: 16-02924)

24. Wayne Ricky Elson Rudder's Motion's Motion for Court Determination of Validity of Claim (Rec. Doc. 23083) (re: 10-02975)

New Orleans, Louisiana, this 18th day of September, 2018.

_____
United States District Judge

**Note to Clerk: Mail notice to D. Montgomery, Jimmie Vickers, and Wayne Ricky Elson Rudder, who appear to be *pro se*.**