UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | |
| *No. 12-1713, Andry, et al. v. BP Products North America, Inc., et al.* | * * | MAGISTRATE JUDGE WILKINSON |
| | * * * * * | |

## DEFENDANTS' MOTION TO DISMISS

Defendants BP Exploration & Production Inc., BP America Inc., and BP Products North America, Inc. (collectively "BP"), Triton Asset Leasing GMBH, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., and Transocean Ltd. (collectively "Transocean"), and Halliburton Energy Services, Inc. ("Halliburton") (collectively the "Defendants") move pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss Plaintiffs' First Amended Complaint (Rec. Doc. 24736) for failure to state a claim upon which relief can be granted.[1]

---

[1] BP p.l.c. does not respond to the complaint in Case No. 12-1713 because it has not been served. In Case No. 12-cv-01713, only Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling Inc. have been served. Triton Asset Leasing GMBH and Transocean Ltd. have not been served and do not make an appearance in Case No. 12-cv-01713.

**Respectfully submitted,**

/s/ R. Alan York
R. Alan York (Bar # 22167500)
State Bar No. 22167500
AYork@ReedSmith.com
REED SMITH LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone:  713-469-3800
Facsimile:  713-469-3899

*Attorneys for Halliburton Energy Services, Inc.*

**Respectfully submitted,**

/s/ Kerry J. Miller
Kerry J. Miller (Bar #24562)
BAKER DONELSON
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:  504-566-8646
Facsimile:  504-585-6946

*Attorneys for Triton Asset Leasing GMBH, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., and Transocean Ltd.*

**Respectfully submitted,**

/s/ Devin C. Reid
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4120

-and-

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Kristopher S. Ritter
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

-and-

Christopher W. Keegan
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Fax: (415) 439-1500

*Attorneys for BP Exploration & Production Inc., BP America Inc., BP Products North America Inc., BP America Production Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Defendants' Motion to Dismiss** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of September, 2018.

*/s/ Devin C. Reid*
Devin C. Reid