IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE | § | |
| GULF OF MEXICO | § | SECTION J |
| ON APRIL 20, 2010 | § | |
| | § | |
| | § | |
| This Document Relates to: | § | JUDGE BARBIER |
| | § | |
| 2:16 CV 04611; 2:16 CV 04613; 2:16 CV 4614; | § | |
| 2:16 CV 04615; 2:16 CV0485. | § | MAG. JUDGE WILKINSON |

**Plaintiffs' Motion for Leave to Amend PTO 65 Verified
Statement Regarding Causation and Damages (B1 Claims) Sworn Statement**

The following five Plaintiffs respectfully file this Motion for Leave to Amend PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement:

a. 2:16-cv-04611 Juan Baena, attached as Exhibit A;

b. 2:16-cv-04613 Rosa Casanova, attached as Exhibit B;

c. 2:16-cv-04614 Luis Casteneda, attached as Exhibit C;

d. 2:16-cv-04615 David Leandro, attached as Exhibit D; and

e. 2:16-cv-04585 Marco Vargas, attached as Exhibit E

The Plaintiffs filed amended PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement in its individual case relating to *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* and request such filing relate back to its original filing.  Claimants file this Motion for Leave to Amend its PTO 65 Sworn Statement pursuant to Rec. Doc. 23825 and states the following as the basis for this motion:

1

1. Claimants do not reside in the United States of America and were unable to time return the statement. Claimants completed, signed, and returned the sworn statement as soon as practical and such statements were filed regarding damages but in good faith and in compliance with PTO 65.

2. Claimants move pursuant to Federal Rule of Civil Procedure, and the Court's discretion, to amend its timely filed PTO 65 verified statement to include the wet ink signature.

3. No prejudice will result from the acceptance of the late filed statement, because no action has been taken in the proceeding that might prejudice any other party to the proceeding and the Court has not entered a final judgment in this case.

WHEREFORE, Claimants respectfully move this Court for an Order granting the Motion for Leave to Amend its PTO 65 Verified Statement and accepting Exhibits A - E, as properly and timely filed.

Respectfully submitted,

THE BUZBEE LAW FIRM

By:   */S/ Caroline Adams*
      Anthony G. Buzbee (TA)
      State Bar No. 24001820
      S.D. Tex. I.D. No. 22679
      Caroline E. Adams
      State Bar No. 24011198
      S.D. Tex. I.D. No. 27655
      J.P. Morgan Chase Tower
      600 Travis, Suite 7300
      Houston, Texas 77002
      Telephone: (713) 223-5393
      Facsimile: (713) 223-5909
      www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion and attached memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this September 20, 2018.

*/S/ Caroline Adams*
Caroline E. Adams