IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE | § | |
| GULF OF MEXICO | § | SECTION J |
| ON APRIL 20, 2010 | § | |
| | § | |
| | § | |
| This Document Relates to: | § | JUDGE BARBIER |
| | § | |
| 2:16 CV 04611; 2:16 CV 04613; 2:16 CV 4614; | § | |
| 2:16 CV 04615; 2:16 CV0485. | § | MAG. JUDGE WILKINSON |

## Order

Considering Plaintiffs' Motion for Leave to Amend PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement related to *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, it is ORDERED that Claimant's Motion for Leave to Amend, as identified in Exhibit A-H, and listed below shall be

**Granted**:

a.   2:16-cv-04611 Juan Baena, attached as Exhibit A;

b.   2:16-cv-04613 Rosa Casanova, attached as Exhibit B;

c.   2:16-cv-04614 Luis Casteneda, attached as Exhibit C;

d.   2:16-cv-04615 David Leandro, attached as Exhibit D; and

e.   2:16-cv-04585 Marco Vargas, attached as Exhibit E.

Claimant's PTO 65 Verified Statement shall be deemed properly and timely filed in accordance with Pretrial Order 65 (Rec.Doc.23825).

Signed this _____ day of _____ 2018.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge