UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *Remaining Cases in the B3* | * | |
| *Pleading Bundle* | | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 66

The "B3" pleading bundle includes all claims, of any type, relating to post-explosion clean-up efforts asserted against defendants not named in the B1 master complaint, as well as all claims for personal injury and/or medical monitoring for exposure or other injury occurring after the explosion and fire of April 20, 2010. (Pretrial Order No. 25, Rec. Doc. 983 at 2) The B3 bundle includes contract claims related to the oil spill response.

On February 22, 2017, the Court issued Pretrial Order No. 63 ("PTO 63", Rec. Doc. 22295), which ordered all plaintiffs who had timely filed a claim in the B3 pleading bundle and had not released their claims to submit a sworn statement regarding the status of their claim. PTO 63 also required certain B3 plaintiffs to file an individual lawsuit. The B3 claims of those who failed to comply with PTO 63 were dismissed with prejudice. (Rec. Docs. 23047, 23735) Plaintiffs who were deemed compliant with PTO 63 were subject to further proceedings of this Court.

An updated list of PTO 63-compliant plaintiffs (i.e., the "Remaining B3 Plaintiffs") appears at Rec. Doc. 24268.

On April 9, 2018, the Court issued Pretrial Order No. 66 ("PTO 66," Rec. Doc. 24282), which required all Remaining B3 Plaintiffs (as identified in Rec. Doc. 24268) to complete, sign, and serve a Particularized Statement of Claim (Exhibit A to PTO 66) on counsel for BP and the Plaintiffs' Steering Committee ("PSC") by July 9, 2018. Many Remaining B3 Plaintiffs sought and received an extension up to and including August 8, 2018 to comply with PTO 66. (Rec. Doc. 24671) PTO 63 warned that "[a]ny Remaining B3 Plaintiff who fails to comply with his or her obligations under this Order may be required to show cause to this Court why his, her, or its claims should not be dismissed with prejudice." (PTO 66 at 2 (emphasis omitted))

The deadlines for responding to PTO 66 have now passed. Pursuant to the Court's instruction, BP has submitted *in camera* to the Court and the PSC lists identifying which plaintiffs BP in good faith believed complied with PTO 66 and which did not. The Court has reviewed these lists, which are attached to this Order and described below.

EXHIBIT 1 to this Order is a list of 825 plaintiffs that BP believes made submissions in response to PTO 66 that complied with the requirements of PTO 66.[1] The plaintiffs appearing on EXHIBIT 1 are not required to respond to this Order. The plaintiffs appearing on EXHIBIT 1 are subject to further proceedings of this Court.

---

[1] The Court removed one plaintiff, Aaron Wallace (No. 13-cv-06153), from BP's list because his case was severed from MDL 2179 after PTO 66 issued, mooting the issue of whether Wallace complied with PTO 66. (Rec. Doc. 24578; Rec. Doc. 9 in No. 13-6153)

2

...
...

EXHIBIT 2 to this Order is a list of 48 Remaining B3 Plaintiffs that appear to have failed to respond to PTO 66.  **IT IS ORDERED that any plaintiff appearing on EXHIBIT 2 must show cause in writing on or before October 11, 2018 why this Court should not dismiss his/her/its B3 claim(s) with prejudice for failing to comply with the requirements of PTO 66.**

EXHIBIT 3 to this Order is a list of 4 plaintiffs who did not respond to PTO 63 (and therefore are not "Remaining B3 Plaintiffs"), but who did submit a response to PTO 66.  **IT IS ORDERED that any plaintiff appearing on EXHIBIT 3 must show cause in writing on or before October 11, 2018 why this Court should not dismiss his/her/its B3 claim(s) with prejudice for failing to comply with the requirements of PTO 63 and/or find that his/her/its B3 claims(s) were previously dismissed for failing to comply with PTO 63.**

EXHIBIT 4 to this Order is a list of 107 plaintiffs that made some form of submission in response to PTO 66, but whose submissions BP believes are materially deficient for one or more identified reasons. **IT IS ORDERED that any plaintiff appearing on EXHIBIT 4 must show cause in writing on or before October 11, 2018 why this Court should not dismiss his/her/its B3 claim(s) with prejudice for failing to comply with the requirements of PTO 66.**

IT IS FURTHER ORDERED that any response by BP to the show cause responses shall be filed by October 25, 2018.

[Note to plaintiffs required to show cause on or before October 11, 2018: Because PTO 66 did not require plaintiffs to file their Particularized Statement of

3

Claim in the Court's record, the Court will not in most instances be able to examine the docket to determine if a plaintiff responded to PTO 66 or what they submitted. Therefore, plaintiffs may need to attach proof of what they submitted with their show cause responses. Show cause responses should be filed in the MDL master docket, 10-md-2179, not in the docket for the individual case.]

New Orleans, Louisiana, this 20th day of September, 2018.

_____
United States District Judge

**Note to Clerk: Mail copies of this Order with Exhibits 1-4 to the following plaintiffs, who appear to be *pro se*:**

| | |
|---|---|
| Evans, Robert (Engineers & Filmmakers Computer Users Group) | 16-03966 |
| DeBose, Karen Ann | 17-03670 |
| Fetterhoff, Carol L. | 17-03350 |
| Fetterhoff, Chelsea | 17-03350 |
| Fetterhoff, Chayton Lee | 17-03350 |
| Watson, Esther Marie | 16-15259 |
| Baker, Edward Joseph | 17-03685 |
| DeBose, Chrishawn Derrick | 16-10335 |
| Wesley, Charles William Jr. | 17-03326 |
| Merchant, Raymond Joe | 15-04290 |
| Thompson, Joe | 17-02854 |
| The Queen Esther Commercial Fishing | 16-15255 |
| McBride, Richard | 16-06635 |
| Burkett, Craig Michael | 17-03681 |

| | |
|---|---|
| DeBose, Jimmy Raymond | 17-03675 |
| Keyes, Ellis | 14-02211 |
| McBride, Rico | 16-15255 |
| Bruce, Shane Maddox | 18-02626 |
| Dean, Michael | 17-06800 |
| Thompson, Ashley | 17-02854 |

**Note to BP: If John Earl Miller, Jr. (listed on Exhibit 3) or his counsel (if represented) provided a return address with his PTO 66 submission, BP shall promptly mail a copy of this Order and Exhibit 3 to him or his counsel.**