EXHIBIT 2 - 48 Remaining B3 Plaintiffs Who Made No PTO 66 Submissions - Alphabetical by Name

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 1 | Abdelfattah, Yahya Omar | 17-cv-03446 |
| 2 | Aguinaga, Stephane | 17-cv-03173 |
| 3 | Baird, Bryan Joshua | 17-cv-03178 |
| 4 | Boose, Lawyer Jr. | 17-cv-04135 |
| 5 | Chelsea Co., LLC | 12-cv-02650 |
| 6 | Claery, Robert | 17-cv-02855 |
| 7 | Conerly, Jeffery | 17-cv-03170 |
| 8 | Dorgan, Sheri Allen | 17-cv-03367 |
| 9 | Duong, Thanh Chan | 16-cv-03953 |
| 10 | Evans, Glyn | 17-cv-03167 |
| 11 | Ferrell, Donald Lane | 17-cv-02850 |
| 12 | Fonseca, Kim Joseph | 17-cv-03343 |
| 13 | Hackney, David | 17-cv-03175 |
| 14 | Harris, Tishia Maria | 17-cv-04650 |
| 15 | Helmholtz, Michael | 17-cv-02932 |
| 16 | Howard, Alfred | 17-cv-03286 |
| 17 | Iames, Sandra Ann | 17-cv-03217 |
| 18 | Johnny Tran, LLC | 17-cv-03351 |
| 19 | Kelly, Billy Ray Jr. | 17-cv-04388 |
| 20 | Gortney, Brian W. II | 15-cv-01047 |
| 21 | Kinler, Charles Bernard | 13-cv-02387 |
| 22 | Lim, Seng | 17-cv-03095 |
| 23 | Luckes, Bernard | 17-cv-02933 |
| 24 | Ly, Anh | 16-cv-03957 |
| 25 | Masters, James | 12-cv-02332 |
| 26 | McKinley, David | 17-cv-04562 |
| 27 | Mielke, Blair Christopher | 17-cv-03205 |
| 28 | Moreau, Elizabeth Renee | 16-cv-05754 |
| 29 | Nguyen, Dai V. | 16-cv-03952 |
| 30 | Nguyen, Loc | 16-cv-03955 |
| 31 | Nguyen, Nghia Ngoc | 16-cv-03954 |
| 32 | Norwood, Margaret | 17-cv-03203 |
| 33 | Odom, Terry Louise | 16-cv-15974 |
| 34 | Padgett, Linda | 13-cv-02357 |
| 35 | Phan, Hanh Van | 16-cv-03956 |
| 36 | Reece, Kevin | 17-cv-03172 |
| 37 | Reed, Germaine | 17-cv-03165 |
| 38 | RMC General Contractors, LLC | 11-cv-02527 |
| 39 | Rodriguez, Ramon Luis | 17-cv-04567 |
| 40 | Salter, Christopher F. | 17-cv-04289 |
| 41 | Sample, James A. | 17-cv-04290 |
| 42 | Scott, Donald Joseph II | 17-cv-04554 |
| 43 | Simmons, Candice | 17-cv-04247 |
| 44 | Taylor, Mary S. | 17-cv-03201 |
| 45 | Valdivieso, Sergio | 12-cv-02004 |
| 46 | Veillon, John R. | 17-cv-04619 |
| 47 | Waddle, Jan Michael | 16-cv-04083 |
| 48 | Whitted, Roderick Deon | 17-cv-04631 |