EXHIBIT 3 - 4 PTO 66 Submissions by Persons and Entities
Other than Remaining B3 Plaintiffs - Alphabetical by Name

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 1 | Bruce, Shane Maddox | 18-cv-02626 |
| 2 | Dean, Michael | 17-cv-06800 |
| 3 | Miller Jr., John Earl | |
| 4 | Thompson, Ashley | 17-cv-02854 |