Exhibit 4 -
107 Remaining B3 Plaintiffs with Materially Deficient PTO 66 Submissions - Alphabetical by Name

| Row | Plaintiff Name | Case No. | Untimely | Unsigned | Missing Pages | Failed to Respond to Damages Question | Failed to Respond to Other Key Questions | GRG Confirmed Class Member |
|---|---|---|---|---|---|---|---|---|
| 1 | Alvarado, Sergio A | 13-cv-01778 | No | No | No | No | No | Yes |
| 2 | Assi, Mohammed | 17-cv-03027 | No | Yes | No | No | No | No |
| 3 | Baker, Edward Joseph | 17-cv-03685 | No | No | No | No | Yes | Yes |
| 4 | Baldo, Lisa Marie | 17-cv-03368 | No | No | No | Yes | No | No |
| 5 | Bank, Ryan Clayton | 17-cv-03372 | No | No | No | Yes | No | No |
| 6 | Benoit, Bernice Ann | 17-cv-03323 | No | No | Yes | Yes | No | No |
| 7 | Benoit, Roy Paul | 17-cv-03328 | No | No | No | Yes | No | No |
| 8 | Bonilla, Sara | 17-cv-04133 | No | No | Yes | Yes | Yes | No |
| 9 | Booker, Dondy | 17-cv-03051 | No | No | No | Yes | No | No |
| 10 | Bradley, Charles | 17-cv-03164 | No | No | No | No | Yes | Yes |
| 11 | Brown, Michael Todd | 17-cv-03366 | No | No | No | Yes | No | No |
| 12 | Burkett, Craig Michael | 17-cv-03681 | No | No | No | Yes | No | No |
| 13 | Cage, Patrick | 17-cv-03174 | No | No | No | No | No | Yes |
| 14 | Caldwell, Stephon | 13-cv-01007 | No | No | No | No | Yes | No |
| 15 | Coco, III, Malcolm Alphonse | 17-cv-03393 | No | No | No | Yes | No | No |
| 16 | Collier, James | 17-cv-03415 | No | No | No | No | No | Yes |
| 17 | Couture, Jr., Raymond | 17-cv-03373 | No | No | No | Yes | No | No |
| 18 | Danos, Janice Marie | 17-cv-03240 | No | No | Yes | Yes | Yes | No |
| 19 | Davis, Frederick | 17-cv-03140 | No | No | No | No | Yes | No |
| 20 | Dwyer, Derek Thomas | 13-cv-01010 | No | No | No | No | Yes | No |
| 21 | Elliott, Cynthia Anne | 13-cv-01011 | No | No | No | No | Yes | No |
| 22 | Elrod, Aiden Connor | 17-cv-03334 | No | No | No | Yes | Yes | No |
| 23 | Elrod, Jarod Shane | 17-cv-03331 | No | No | No | Yes | Yes | No |
| 24 | Estate of Lula Richardson | 17-cv-04285 | No | No | No | No | Yes | No |
| 25 | Fetterhoff, Carol Lynn | 17-cv-03350 | No | No | No | Yes | No | No |
| 26 | Fetterhoff, Chayton Lee | 17-cv-03350 | No | No | No | Yes | No | No |
| 27 | Fetterhoff, Chelsea Lynn | 17-cv-03350 | No | No | No | Yes | No | No |
| 28 | Flair, Kimberly | 17-cv-03161 | No | No | Yes | Yes | Yes | No |
| 29 | Frazier, Debra | 17-cv-03219 | No | No | No | No | Yes | No |
| 30 | Gonzalez, Hector | 17-cv-03257 | No | No | No | No | Yes | No |
| 31 | Gooding, John | 17-cv-03238 | No | No | No | No | Yes | No |
| 32 | Green, Christopher Alan | 17-cv-03191 | No | No | No | No | Yes | No |
| 33 | Griffin, Kacey W. | 17-cv-03258 | No | No | No | No | Yes | No |
| 34 | Hall, Lorinzo | 17-cv-03261 | No | No | No | No | Yes | No |
| 35 | Hawthorne, Ayana | 17-cv-03270 | No | No | No | No | Yes | No |
| 36 | Henson, Jr James | 17-cv-03276 | No | No | No | No | Yes | No |
| 37 | Hicks, Ronald | 17-cv-03176 | No | No | No | No | No | Yes |
| 38 | Hill, Sherry | 17-cv-03278 | No | No | No | No | Yes | No |

Exhibit 4 -
107 Remaining B3 Plaintiffs with Materially Deficient PTO 66 Submissions - Alphabetical by Name

| Row | Plaintiff Name | Case No. | Untimely | Unsigned | Missing Pages | Failed to Respond to Damages Question | Failed to Respond to Other Key Questions | GRG Confirmed Class Member |
|---|---|---|---|---|---|---|---|---|
| 39 | Hinton, Arlene | 17-cv-04357 | No | No | No | No | Yes | No |
| 40 | Hohnadell, Gale | 17-cv-03999 | No | No | No | No | Yes | No |
| 41 | Hohnadell, Kimberly | 17-cv-03999 | No | No | No | No | Yes | No |
| 42 | Hooker, Jarvis | 17-cv-04065 | No | No | No | No | Yes | No |
| 43 | Howard, John L | 17-cv-03347 | No | No | No | No | No | Yes |
| 44 | Howze, Alfonso Cardell | 17-cv-03288 | No | No | No | No | Yes | No |
| 45 | Jaouhari, Hilal | 17-cv-03302 | No | No | No | No | Yes | No |
| 46 | Johnson, Patricia | 17-cv-03309 | No | Yes | No | No | No | No |
| 47 | Jones, Sammie | 17-cv-04383 | No | Yes | No | No | No | No |
| 48 | Keller, Brian Edward | 13-cv-01018 | No | No | No | Yes | No | No |
| 49 | Kendrick, Jared Lee | 13-cv-03928 | No | No | No | No | Yes | No |
| 50 | Kiff, Hank J. | 12-cv-02715 | No | No | No | No | No | Yes |
| 51 | Kirkland, Christopher | 17-cv-04391 | No | No | No | No | Yes | No |
| 52 | Kizzee, Anthony | 17-cv-03158 | No | No | No | No | Yes | Yes |
| 53 | Landrieu, David Joseph | 17-cv-03161 | No | No | No | No | Yes | No |
| 54 | Lawson Environmental Services, LLC | 12-cv-00740 | No | No | No | Yes | No | No |
| 55 | Learn, Michael | 17-cv-03322 | No | Yes | Yes | Yes | Yes | No |
| 56 | Lee, Tiffany Monique | 16-cv-13874 | No | No | No | Yes | No | No |
| 57 | Liddell, Quient | 17-cv-04411 | No | No | No | No | No | Yes |
| 58 | Locke, Joe | 17-cv-04413 | No | No | No | No | No | Yes |
| 59 | Louisiana Workers' Compensation Corporation | 17-cv-03199 | No | No | No | Yes | Yes | No |
| 60 | Martin, Jennifer Ann | 17-cv-03228 | No | No | Yes | Yes | Yes | No |
| 61 | McBride, Richard | 16-cv-06635 | No | No | No | No | No | Yes |
| 62 | McBride, Rico O | 16-cv-15255 | No | No | No | Yes | No | Yes |
| 63 | McIntosh, William Dante | 13-cv-01020 | No | No | No | No | Yes | No |
| 64 | Miles, Debra L. | 13-cv-02715 | No | No | No | Yes | No | No |
| 65 | Morris, Demetria | 17-cv-04459 | No | No | No | No | No | Yes |
| 66 | Murphy, Lorinzo | 13-cv-01031 | No | No | No | No | Yes | No |
| 67 | Naples, John | 12-cv-02564 | No | No | No | No | Yes | No |
| 68 | Nehlig, Chris Emile | 17-cv-03376 | No | No | No | Yes | Yes | No |
| 69 | Odoms Jr., Alonzo | 13-cv-02386 | No | No | Yes | Yes | No | No |
| 70 | Peschlow, Mark | 17-cv-03598 | No | No | Yes | No | No | No |
| 71 | Pettaway, John | 17-cv-03599 | No | Yes | Yes | Yes | Yes | No |
| 72 | Phillips, Shunna | 17-04305 | Yes | No | No | Yes | Yes | No |
| 73 | Pinell, Richard J DBA Billy Sue, Inc | 17-cv-03349 | No | No | No | No | No | Yes |
| 74 | Pritchett Jr., Wilbert Devon | 17-cv-03231 | No | No | Yes | Yes | Yes | No |
| 75 | Robin, III, Charles Raymond | 17-cv-03381 | No | No | No | Yes | No | No |
| 76 | Robin, Jr., Ricky R | 17-cv-03383 | No | No | No | Yes | Yes | No |

Exhibit 4 -
107 Remaining B3 Plaintiffs with Materially Deficient PTO 66 Submissions - Alphabetical by Name

| Row | Plaintiff Name | Case No. | Untimely | Unsigned | Missing Pages | Failed to Respond to Damages Question | Failed to Respond to Other Key Questions | GRG Confirmed Class Member |
|---|---|---|---|---|---|---|---|---|
| 77 | Robin, Ricky Raymond | 17-cv-03389 | No | No | No | Yes | No | No |
| 78 | Robinson, Crystal | 15-cv-06131 | No | No | No | Yes | No | No |
| 79 | Robinson, Patrick | 17-cv-04574 | No | No | No | Yes | No | No |
| 80 | Santiny, Laila | 17-cv-04555 | No | No | No | No | Yes | No |
| 81 | Santiny, Nicole | 17-cv-04555 | No | No | No | No | Yes | No |
| 82 | Santiny, Zana | 17-cv-04555 | No | No | No | No | Yes | No |
| 83 | Scott, Katrina | 17-cv-04579 | No | No | No | No | Yes | No |
| 84 | Steiner, Machelle F | 17-cv-03387 | No | No | No | No | No | Yes |
| 85 | Summers, Andrea | 17-cv-04262 | No | No | No | No | Yes | No |
| 86 | Sunseri, Anthony | 17-cv-04263 | No | No | No | No | Yes | No |
| 87 | Taylor, Eric | 17-cv-04600 | No | No | No | No | No | Yes |
| 88 | Tebbs, Michael | 17-cv-04605 | No | No | No | No | Yes | No |
| 89 | Terrebonne, Betty Ann | 17-cv-04549 | No | No | No | Yes | Yes | No |
| 90 | Thompson, Alvin | 17-cv-03156 | No | No | No | Yes | No | Yes |
| 91 | Thompson, Joe L | 17-cv-02854 | No | No | No | No | Yes | No |
| 92 | Treme, Josh | 17-cv-04269 | No | No | No | No | Yes | No |
| 93 | Triplett, Danny | 17-cv-04270 | No | No | No | No | Yes | No |
| 94 | Turner, Judy A. | 17-cv-04614 | No | Yes | Yes | Yes | Yes | No |
| 95 | Turner, Michael | 17-cv-04210 | No | No | No | No | Yes | No |
| 96 | Turner, Michael Anthony | 13-cv-01035 | No | No | No | No | Yes | No |
| 97 | Vaughan, Rochelle Avila | 17-cv-03250 | No | No | Yes | Yes | Yes | No |
| 98 | Walker, Cynthia | 17-cv-04272 | No | No | No | No | Yes | No |
| 99 | Walker, Glynn | 17-cv-04645 | No | No | No | No | Yes | No |
| 100 | Walker, Roxanne | 17-cv-03012 | No | No | Yes | Yes | Yes | No |
| 101 | Weathersby, Terry | 17-cv-04275 | No | No | No | No | Yes | No |
| 102 | Webb, John | 17-cv-04276 | No | No | No | No | Yes | No |
| 103 | Wensel, April | 17-cv-04225 | No | Yes | No | No | No | No |
| 104 | Wesley, Charles | 17-cv-03326 | No | No | No | Yes | No | No |
| 105 | Williams, Armis | 17-cv-03414 | No | No | No | No | Yes | No |
| 106 | Williams, Viola | 17-cv-04237 | No | No | No | No | Yes | No |
| 107 | Woodland, Antonio | 17-cv-04240 | Yes | No | No | No | No | No |