UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 |
| **This Document Relates To:** | * | SECTION: J(2) |
| *No. 12-1713, Andry, et al. v. BP Products North America, Inc., et al.* | * * * | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Defendants' Motion to Dismiss (Rec. Doc. 24873) the amended complaint in member case No. 12-1713, *Andry, et al. v. BP Products North America, Inc., et al.*[1]

IT IS ORDERED that Plaintiffs' response to the Motion to Dismiss (Rec. Doc. 24873) shall be filed no later than <u>Friday, Sept. 28, 2018</u>, after which the Court will consider the matter submitted for decision.

New Orleans, Louisiana, this 20th day of September, 2018.

_____
United States District Judge

---

[1] Defendants previously filed a motion to dismiss two cases, Nos. 12-1713 and 10-3261. (Rec. Doc. 24736) The Plaintiffs in 12-1713 subsequently filed an amended complaint (Rec. Doc. 24812), to which Defendants responded by filing the instant motion (Rec. Doc. 24873). Defendants' first motion to dismiss is pending and fully briefed with respect to No. 10-3261.