IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: | * * | District Judge Carl J. Barbier |
| No. 12-970 | * | |

## ORDER

Considering the foregoing motion, and all the pleadings, papers, records, and files in this action:

**IT IS ORDERED THAT** Movant Dodson, Hooks & Frederick's motion (Rec. Doc. 24703) to initiate and enforce the settlement's third party claim dispute resolution process is GRANTED, and, it is ordered that:

1. Claimant ROBO Equipment of Louisiana, Inc. shall execute and submit the Administrator's required Release, Payment Documents, or other information for the Facially Payable Claim 181250 by no later than **October 8, 2018**;

2. The Deepwater Horizon Economic and Property Damages Settlement Agreement Claims Administrator shall initiate the Settlement's Third Party Claim Dispute Resolution Process for Claim ID 181250;

3. The Deepwater Horizon Economic and Property Damages Settlement Agreement Claims Administrator shall not rescind the outstanding payment offer and/or close Claim ID 181250 prior to completion of the Third Party Claim Dispute Resolution Process.  If claim ID 181250 has already been closed, the Claims Administrator shall reopen it.

New Orleans, Louisiana this 24th day of September, 2018.

_____
United States District Judge