UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIFFANY ODOMS, INDIVIDUALLY, AS GUARDIAN OF THE MINOR SURVIVING CHILDREN OF THE DECEDENT ALONZO ODOMS JR., JOHN DOE, JANE DOE, JILL DOE, JACK DOE, JIM DOE, JAMES DOE, JOAN DOE, AND TAJA ODOMS AS QUALIFYING PERSONAL REPRESENTATIVE OF THE ESTATE OF ALONZO ODOMS JR., DECEASED.<br>Plaintiffs | 2:16-cv-13201(J)(2)<br><br>JUDGE: BARBIER |
| VERSUS | MAGISTRATE: WILKINSON |
| BP EXPLORATION & PROD. INC., BP AMERICA PROD. CO., TRANSOCEAN HOLDINGS, LLC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., HALLIBURTON ENERGY SERVICES, INC., AND AMERI-FORCE CRAFT<br>Defendants | |

**MOTION TO BE ADDED AS ADDITIONAL COUNSEL OF RECORD**

Tiffany Odoms, Individually, as Guardian of the Minor Surviving Children of the Decedent Alonzo Odoms Jr., John Doe, Jane Doe, Jill Doe, Jack Doe, Jim Doe, James Doe, Joan Doe, and Taja Odoms, as Qualifying Personal Representative of the Estate of Alonzo Odoms Jr., Deceased ["Plaintiffs" or the "Odoms Heirs"], appearing through undersigned counsel, moves the Court to add Louis R. Koerner, Jr. of Koerner Law Firm ("Koerner"), a member of the bar of this Court, as additional counsel of record in order to assist in preparing and filing a motion, pursuant to Rule 59(E) and alternatively pursuant to Rule 60, asking this Court to amend or reconsider its order of September 6, 2018 (entered on September 17, 2018) that closed this case as well as to amend or reconsider any other orders entered that were adverse to plaintiff/Odoms Heirs and also to assist by providing any other professional assistance that the plaintiffs or their lead counsel, Craig Down, may require.

1

Respectfully Submitted,

THE DOWNS LAW GROUP
By: */s/* Craig T. Downs
Co-Counsel for PLAINTIFFS
**Craig T. Downs, Esq.**
Fla. Bar. No. 801089
cdowns@downslawgroup.com

AND

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.
Louis R. Koerner, Jr., Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130
New Orleans: 504-581-9569
Telecopier: 504-324-1798
(Cellular) 504-405-1411
e-mail: koerner@koerner-law.com
URL: http:/www.koerner-law.com
Attorneys for Plaintiffs, Tiffany Odoms, et al.

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on September 24, 2018.

/s/Craig T. Downs
Craig T. Downs.

2