UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIFFANY ODOMS, INDIVIDUALLY, AS GUARDIAN OF THE MINOR SURVIVING CHILDREN OF THE DECEDENT ALONZO ODOMS JR., JOHN DOE, JANE DOE, JILL DOE, JACK DOE, JIM DOE, JAMES DOE, JOAN DOE, AND TAJA ODOMS AS QUALIFYING PERSONAL REPRESENTATIVE OF THE ESTATE OF ALONZO ODOMS JR., DECEASED.  Plaintiffs | 2:16-cv-13201(J)(2) |
| | JUDGE: BARBIER |
| VERSUS | MAGISTRATE: WILKINSON |
| BP EXPLORATION & PROD. INC., BP AMERICA PROD. CO., TRANSOCEAN HOLDINGS, LLC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., HALLIBURTON ENERGY SERVICES, INC., AND AMERI-FORCE CRAFT  Defendants | |

**ORDER GRANTING MOTION TO BE ADDED
AS ADDITIONAL COUNSEL OF RECORD**

Upon consideration of the motion of plaintiffs, Tiffany Odoms, Individually, as Guardian of the Minor Surviving Children of the Decedent Alonzo Odoms Jr., John Doe, Jane Doe, Jill Doe, Jack Doe, Jim Doe, James Doe, Joan Doe, and Taja Odoms, as Qualifying Personal Representative of the Estate of Alonzo Odoms Jr., Deceased,

IT IS ORDERED that Louis R. Koerner, Jr. of Koerner Law Firm be added as additional counsel of record

New Orleans, Louisiana, this ____ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

1