UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, B-345
NEW ORLEANS, LOUISIANA 70130
(504) 589-7620  FAX (504) 589-4994

SALLY SHUSHAN
U.S. MAGISTRATE JUDGE
shushan@laed.uscourts.gov

**April 25, 2016**

Dear Counsel:

As most of you know Judge Barbier appointed a group of Neutrals, Louie Freeh, Pat Juneau and me to oversee a process to resolve claims and lawsuits related to the Deepwater Horizon multi district litigation. The Court also appointed liaison counsel, Mike Moore and Drake Martin, to assist the Neutrals. Together we were successful in helping the parties resolve the governmental claims pending in the MDL and now have been tasked with resolution of the opt-out and excluded claims and lawsuits. We have made great progress in finding a reasonable and expeditious resolution of these claims considering the extraordinary size of this docket and set forth the Neutrals' settlement recommendation below:

<u>CLAIMANT</u>

**98 REAL ESTATE**

<u>RELATED CLAIMANT(S)</u> *if known*:

<u>NEUTRALS' FINAL RECOMMENDATION</u>:

*The Neutrals' Final Recommendation takes into consideration prior payments made to this claimant and is a "Net New Money" amount. This is not an offer from BP. It is the Neutrals' recommendation, both to your client and to BP, as a reasonable full and final resolution of the above-referenced claim.*

These discussions are strictly confidential. You should include the smallest number of people necessary to obtain authority to accept the proposal. I attach the confidentiality order entered and ask you to provide a copy of the order to anyone you include in your discussions.

Exhibit 1

CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408.

| | |
|---|---|
| Claimant: | 98 REAL ESTATE |
| Claimant Signatory/Title (if applicable): | Executor of estate / P.R. |
| Signed: | Janice Jones |
| Printed Signatory Name: | Janice Jones |
| Date: | May 9, 2016 |
| Law Firm Name: | LYONS AND FARRAR, P.A. |
| Signed: | Marsha L Lyon |
| Printed Counsel Name: | Marsha L Lyons |
| Date: | 5-9-16 |
| Spouse (if applicable): | |
| Signed: | |
| Printed Spouse Name: | |
| Date: | |

Related Parties
First Related Party:

Related Party Signatory/Title:

Signed:

Printed Signatory Name:

Date:

-10-

OP

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig **"Deepwater Horizon"** in the Gulf of Mexico, on April 20, 2010 | **MDL No. 2179** |
| | **SECTION: J** |
| These Pleadings apply to: *All cases including Claims in "B1" Bundle* | **JUDGE BARBIER** |
| These Pleadings apply to: No. 2:13-cv-1439 | **MAGISTRATE SHUSHAN** |

| | |
|---|---|
| **JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL.,** Plaintiffs, v. **BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC.,** Defendants. | **CIVIL ACTION 2:13-cv-1439** **SECTION: J** **JUDGE BARBIER** **MAGISTRATE SHUSHAN** |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd.,

-1-

Exhibit 2

Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset

Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

|   | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---------------|---------------------------------------------------|
| 1 | 98 REAL ESTATE - KINSER, WILLIAM | 2:13-cv-01439-CJB-SS |
| 2 | BRANNON, IGNATIUS | 2:13-cv-01439-CJB-SS |
| 3 | FULLER, JOSEPH | 2:13-cv-01439-CJB-SS |
| 4 | GAMEZ, ROLANDO | 2:13-cv-01439-CJB-SS |
| 5 | MARKS INSURANCE AGENCY, INC. | 2:13-cv-01439-CJB-SS |
| 6 | SELENA COULTER | 2:13-cv-01439-CJB-SS |
| 7 | YESELEVIGE, THELMA | 2:13-cv-01439-CJB-SS |
| 8 | ZAMAN, BASERA | 2:13-cv-01439-CJB-SS |
| 9 | ZAMAN, BLANCA | 2:13-cv-01439-CJB-SS |
| 10 | ZAMAN, TAHIR | 2:13-cv-01439-CJB-SS |

Respectfully submitted this 16th day of May, 2016.

**RESPECTFULLY SUBMITTED,**

/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL 32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420

Panama City, Florida 3240
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissals with Prejudice has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 12th day of May, 2016.

/S/Samuel T. Adams
Samuel T. Adams

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500
Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000

-3-

New Orleans, LA 70139
Telephone: 504-581-7979

**Attorneys for Class Plaintiffs in MDL 2179**:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
          Deepwater Horizon   in the Gulf
   of Mexico, on April 20, 2010

MDL No. 2179

These Pleadings apply to:
*Claims in   B1" Bundle*

SECTION: J

JUDGE BARBIER

These Pleadings apply to:
No._____

MAGISTRATE SHUSHAN

---

CIVIL ACTION 2:13-cv-1439

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

JENSEN BEACH MARKETING, INC.,
A FLORIDA CORPORATION, ET AL.,
                Plaintiffs,
v.

BP EXPLORATION & PRODUCTION
INC.; BP AMERICA PRODUCTION
COMPANY; BP p.l.c.; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN HOLDINGS, LLC; and
HALLIBURTON ENERGY SERVICES, INC.,
                Defendants.

---

**COMPLAINT FOR PRIVATE ECONOMIC LOSSES OF THE NAMED INDIVIDUALS AND ENTITIES WHICH HAVE OPTED OUT OF THE AMENDED *DEEPWATER HORIZON* ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT (Rec. Doc. 6430-1) AND OF THE NAMED INDIVIDUALS AND ENTITIES WHOSE CLAIMS ARE EXCLUDED (EITHER EXPLICITLY OR IMPLICITLY) FROM THE AMENDED *DEEPWATER HORIZON* ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT**

Exhibit 3

254. P&G, LLC, a Florida limited liability company, dba Hometown BP & Deli
255. Pauline M. Bocalan dba House of Eggrolls
256. Phillip Wilds dba Anchored Charters Guild Service
257. Redondo A. Masslieno dba Redondo Masslieno Distributing
258. Roger D. Worley dba Worley's Lawn Care
259. Thomas and Leslie F. Allen dba TNB Financial Services
260. United Business Partners, LLC, a Florida limited liability company, dba Insurance Zone
261. Velma M. Phillips dba Velma Phillips
262. Wanda G. Elliott dba Happy Hands Cleaning Service
263. Wayne H. Thomas dba Huey Thomas Trucking
264. William and Linda Bush dba Alta, Ltd.
265. William Pat Kinser dba 98 Real Estate
266. William Ray Grantham dba Holiday Terrace
267. Johnny Abbott
268. Kelli Abbott
269. James Adams
270. Grace Alessi
271. Craig Alexander
272. Courtney Aljohani
273. Greg Allen
274. Leonard Allen
275. Leslie F. Allen
276. Luda Allen
277. Sandra Allen
278. Sherri Allen
279. Thomas Allen
280. Andrew Amison
281. Melissa Anderson
282. Tanya Anderson
283. Thomas Anderson
284. Bertram Andrews
285. Joan G. Annis
286. Martha Argueta
287. Deana Armstrong
288. Kathleen Atkins-Gunter
289. Catharine Augustine
290. Leon Aurty
291. Michelle Ayotte
292. Johnathan Azevedo
293. Sriprai Bair
294. David Baker
295. Roger Baldwin
296. Sherry S. Ballinger

598. George Kellam
599. John Kelly
600. Melissa Kelso
601. Gerald Kent
602. Luke Kesnen
603. John Kiger
604. Tina Kilgore
605. Miles King
606. William Pat Kinser
607. David Kintner
608. Tina Kirby
609. Kraig Kitchen
610. Kyle Kohler
611. Marcia Kowalski
612. Andrey Krasilnikov
613. George Krishack
614. Suzanne Labarbera
615. Kara M. Landiss
616. Michael Langley
617. Robert Lansford
618. Chadwick Large
619. Trevino Larry
620. Mary Ann Larson
621. Lisa Lawrenson
622. Richard LeBlanc
623. Robert Kevin Lee
624. Ronald Lee
625. Shani S. Lee
626. Robert Leger
627. Rebecca Lester (Ehringer)
628. Violet Lomon
629. William Lomon
630. Jacob Londono
631. Nicholas Long
632. Ruth Lopez
633. David Louviere
634. Kelly Love
635. Alberto A. Loyola
636. Austin Luckett
637. Jennifer Mac Bride
638. Wayne Maddox
639. Leah Manry
640. Charles Markham

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *Pleadings Bundle B1* | * * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| ESTATE OF WILLIAM PATRICK KINSER, | * | |
| *Plaintiff,* | * * | CIVIL ACTION No. _____ |
| v. | * * | SECTION J |
| BP EXPLORATION AND PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRANSOCEAN DEEPWATER, INC; HALLIBURTON ENERGY SERVICES, INC.; AND SPERRY DRILLING SERVICES INC., | * * * * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| *Defendants.* | * | |

## COMPLAINT

The PLAINTIFF, ESTATE OF WILLIAM PATRICK KINSER, through undersigned

counsel and Pursuant to Pre-Trial Order 60 in the MDL 2179 brings this action against the

Defendants, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION

COMPANY, BP CORPORATION NORTH AMERICA, INC., TRANSOCEAN OFFSHORE

DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., HALLIBURTON

ENERGY SERVICES, INC., and SPERRY DRILLING SERVICES INC., and for his action,

would respectfully show unto the Court as follows:

1

Exhibit 4

## I.

## INTRODUCTION

1.     This is a claim to recover damages suffered by Plaintiff as a result of the oil spill (the "Spill") that resulted from the explosion, fire and subsequent sinking of the drilling rig Deepwater Horizon (hereinafter "Deepwater Horizon" or "Oil Rig") on April 20, 2010 at about 10:00 p.m. Central Time from the Macondo Well in Mississippi Canyon Block 252 on the Outer Continental Shelf (the "Macondo Well"), off the Louisiana Coast.  Following the sinking of the Oil Rig, over 200 million gallons of crude oil had been released.  The oil slick reached the shore and detrimentally affected, damaged, depleted, and destroyed offshore, marine and coastal environments along the Gulf of Mexico.

2.     Given the magnitude of the *Deepwater Horizon* oil spill, it is uncertain what its impact on the marine and coastal environments and the residents and business along the Gulf Coast will be. Therefore, Plaintiff reserves right in full to amend this Complaint by, among other things, adding new claims and new defendants.

3.     The Plaintiff was the owner of several properties in Florida which were greatly diminished in value as a result of the Deepwater Horizon oil spill of April 20, 2010.  These properties were Parcel ID #01-09S-08W-8330-0024-0070 located at 57 7th Street, Apalachicola, Florida; Parcel ID #04-07S-03W-3151-000B-0060 located at Highway 98 East, Carrabelle, Florida 32322; Parcel ID #08-07S-03W-1000-0000-0040 located at Highway 98 East, Carrabelle, Florida 32322; Parcel ID #29-07S-04W-4200-0016-0170 located at NE 7th Street & Highway 98 East, Carrabelle, Florida 32322;Parcel ID #29-07S-04W-4200-0016-0010 located at 202 NE 7th Street, Carrabelle, Florida 32322; Parcel ID #12-07S-04W-0000-0181-0000 located at 2390 Highway 98 East, Carrabelle, Florida 32322; Parcel ID #04-07S-03W-3151-000C-0190

located at 2884 Highway 98 East, Carrabelle, Florida 32322; Parcel ID #04-07S-03W-3153-000B-0830 located at 3149 Highway 98 East, Carrabelle, Florida 32322; Parcel ID #29-07S-04W-4200-0010-0040 located at Highway 98 East, Carrabelle, Florida 32322; Parcel ID #04-07S-03W-3153-000B-0840 located at 3153 Highway 98 East, Carrabelle, Florida 32322; Parcel ID #04-07S-03W-3153-000B-0850 located at 3157 Highway 98 East, Carrabelle, Florida 32322; Parcel ID #04-07S-03W-3153-000C-0830 located at 3150 Highway 98 East, Carrabelle, Florida 32322; and Parcel ID #12-07S-04W-0000-0180-0010 located at Highway 98 East, Carrabelle, Florida 32322.

## II. PARTIES

4.      Plaintiff's primary residence at the time of his death was Carrabelle, in the State of Florida. (*See* Exhibit "A" – Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims). Plaintiff is either excluded from the Amended Settlement Agreement in MDL 2179 or has timely opted out of the Court Supervised Settlement Program (CSSP) in MDL 2179.

5.      Defendant, BP EXPLORATION & PRODUCTION, INC., ("BP Exploration") is a Delaware Corporation with its principal place of business in Warrenville, Illinois, doing business in the State of Louisiana and throughout the United States. BP Exploration was a lease holder, and the designated operator in the lease granted by the former Minerals Management Service ("MMS"), allowing it to perform oil exploration, drilling and production-related operations in Mississippi Canyon Block 252, the location known as "Macondo" where the Spill originated.[1]

---

[1] The MMS, a federal entity that divides the Gulf of Mexico's seafloor into rectangular "blocks" and then auctions the rights to drill for oil and gas beneath those blocks of seafloor, was reorganized as the Bureau of Ocean Energy Management, Regulation, and Enforcement ("BOEMRE") on June 18, 2010; however it shall be referred to as the MMS throughout this document.



E-SERVICE
59114791
Jun 08 2016
06:27AM
File & ServeXpress

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document relates to:** | * | **MAGISTRATE JUDGE SHUSHAN** |
| *All Cases in Pleading Bundle "B1"* | * | |
| | * | |

## ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60

### [Regarding All Remaining Claims in Pleading Bundle B1]

In order to facilitate the effective administration of this multidistrict litigation and the prosecution of the claims remaining herein, the Court ordered in Pre-Trial Order No. 60 (Rec. Doc. 16050) ("PTO 60") that all Plaintiffs who had timely filed a claim in the B1 pleading bundle and who had not released their claims as of the date of PTO 60 file and/or serve certain required submissions by May 2, 2016. (*See* PTO 60, at ¶ 6.)  The Court received and granted several motions for extensions that requested until May 16, 2016 to comply with the PTO 60 requirements. The deadline for all Plaintiffs to comply with PTO 60 has now passed.

Paragraph 10 of PTO 60, as amended on June 3, 2016 (Rec. Doc. 18659), ordered BP on that date to submit *in camera* to the Court, and serve on the PSC, (i) a list of Plaintiffs that BP in good faith believed made submissions in response to PTO 60 that complied with the requirements of PTO 60 and (ii) a list of Plaintiffs that made some form of submissions in response to PTO 60, but whose submissions BP in good faith believed were materially deficient for one or more

Exhibit 5

identified reasons. (Rec. Doc. 18659.) On June 3, 2016, BP made that *in camera* submission to the Court and PSC.

**IT IS ORDERED** as follows:

1.    The Court has attached as **EXHIBIT 1** to this Order the list of Plaintiffs that BP, based on its review, in good faith believes made PTO 60 submissions that complied with the requirements of PTO 60. **EXHIBIT 1A** contains this list sorted alphabetically. **EXHIBIT 1B** contains the exact same list sorted by case number. Those Plaintiffs are subject to further proceedings in this Court. (*See* PTO 60, at ¶ 8.)

2.    The Court has attached as **EXHIBIT 2** to this Order the list of Plaintiffs that made some form of submissions in response to PTO 60, but whose submissions BP in good faith believes are materially deficient for one or more identified reasons on Exhibit 2. Any Plaintiff appearing on **EXHIBIT 2** must **show cause** in writing on or before **June 28, 2016**, why this Court should not dismiss their B1 claim(s) with prejudice for failing to comply with the requirements of PTO 60.

3.    Any Plaintiffs who believe they have complied with PTO 60 but are not listed on **EXHIBITS 1 or 2** must **show cause** in writing on or before **June 28, 2016**, why this Court should not dismiss their B1 claim(s) with prejudice for failing to comply with the requirements of PTO 60.

4.    PTO 60 required each Plaintiff who previously did not have an individual lawsuit on file (*i.e.*, only filed a short-form joinder and/or were part of a "Mass Joinder" Lawsuit) to file an individual lawsuit (one per person). (*See* PTO 60, ¶ 6(B).) Certain Plaintiffs have failed

2

to comply with this requirement, and instead filed "Mass Joinder" Lawsuits in violation of PTO 60. Attached as **EXHIBIT 3** is a list of "Mass Joinder" complaints filed in violation of PTO 60. Any Plaintiff who is part of a complaint listed in **EXHIBIT 3** must **show cause** in writing on or before **June 28, 2016**, why this Court should not dismiss their B1 claim(s) with prejudice for failing to comply with the requirements of PTO 60.

5.   Any plaintiff who filed a claim in the B1 pleading bundle but failed to file any response to PTO 60 must **show cause** in writing on or before **June 28, 2016**, why this Court should not dismiss their B1 claim(s) with prejudice for failing to comply with the requirements of PTO 60.

6.   In PTO 60, the Court dismissed the Amended B1 Master Complaint and required Plaintiffs whose only claim in this consolidated litigation was a short-form joinder in that master complaint to file a new, separate complaint of their own. All such Plaintiffs have had an opportunity to file a new complaint under which to proceed with their claims. All short-form joinders filed in this MDL are hereby **DISMISSED AS UNNECESSARY** to the extent they asserted a B1 claim.

7.   Following the issuance of this Order, all counsel of record should receive a copy via F&S pursuant to First Amended Pretrial Order No. 12 (Rec. Doc. 18627). This Order will also be posted on the Court's website, http://www.laed.uscourts.gov/case-information/mdl-mass-class-action/oilspill. Counsel for BP shall mail this Order to each unrepresented individual and business to which it previously mailed PTO 60 at the Court's direction (*See* PTO 60, ¶ 11), except for those individuals and businesses whose mailing was returned to

3

counsel for BP as undeliverable.  For purposes of this mailing, BP is only required to attach

**EXHIBIT 1A, EXHIBIT 2**, and **EXHIBIT 3** to the mailing.  BP does not need to include

**EXHIBIT 1B** with the mailing.   Finally, to the extent practicable, the PSC shall email a

copy of this Order to known counsel of record for Plaintiffs who joined the Amended B1

Master Complaint, and/or opted out of the Economic and Property Damages Settlement

and may therefore be subject to this Order.  This procedure is deemed sufficient to satisfy

notice requirements for all Claimants with "B1" claims.


New Orleans, Louisiana, this 7th day of June, 2016.

**CARL J. BARBIER**
**United States District Court**

4

E-SERVICE
59114791
Jun 08 2016
06:27AM
File & ServeXpress

## Exhibit 1A - PTO 60 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| 13605 Gulf Blvd, LLC | 13-01630 |
| 16 de Septiembre, S.C. de R.L. de C.V. | 13-02791 |
| | 13-2791 |
| | 16-04351 |
| 1900 Scenic 98, LLC | 12-01483 |
| 2 Eastbrooke, LLC | 16-03899 |
| 21 Group, Inc. | 13-02950 |
| 3-G Enterprises d/b/a Griffin Seafood | 10-02116 |
| | 13-01471 |
| | 16-05721 |
| 4445 West Metairie, LLC | 13-01566 |
| 4M & J Management LLC d/b/a Instant Replay Sports Bar and Grill | 16-05185 |
| 592 N.E. 185th Street, LLC | 13-01630 |
| 60 MINUTE CLEANERS INC | 16-04161 |
| 6840 Front Street, LLC | 13-01630 |
| 98 Real Estatate | 13-01439 |
| | 13-1439 |
| | 16-06220 |
| A & A Quality Gutters, Inc. | 12-00466 |
| A & L Sales | 13-01335 |
| A Accredited Insurance Agency | 13-01541 |
| A&N Properties, LLC - Galveston Development Corp. | 13-02957 |
| A. Foto Insurance Agency of Slidell, LLC | 13-00878 |
| A. Foto Insurance Inc. | 13-00881 |
| A.B. Dock Services, Inc. | 13-01650 |
| A.C. Company of South LA Inc. | 13-01864 |
| A.V. Cheng, LP | 10-04428 |
| | 16-06041 |
| A1 Pressure Washing Services, LLC | 16-05292 |
| A1 Public Adjusters & Estimators, LLC | 13-05142 |
| | 16-05701 |
| AAA Referral Services, Inc. d/b/a Benefit Choices | 13-05142 |
| | 16-05283 |
| AACSA Partners, LLC | 13-05365 |
| Aaron Oil Company, Inc. | 16-05398 |
| Aaron's Freight, Inc. | 13-00802 |
| AB Dock Services, Inc | 13-01650 |
| Abbott Arms Apartment Hotel | 13-02978 |
| ABL Fabricators, LLC. | 13-02234 |
| | 13-02334 |
| Abney Enterprises, Inc. d/b/a J&J Services | 13-01868 |
| Abrego Sandblaster & Paint Company | 10-04216 |
| | 16-04962 |
| Accurate Logistical Services, Inc. | 13-01725 |
| ACSC of Florida, Inc. | 16-05402 |
| Action Gutter, Inc. | 12-01484 |
| | 16-03722 |
| Adams Home of NW FL, Inc. | 13-01494 |
| Adams, Dax | 13-04438 |
| Adcock, Jimmie D. Jr. | 13-01488 |
| | 13-01488 |
| Adelita Sanchez | 13-2791 |
| | 16-04707 |
| Administrative Concepts Corp.; Four Corners of Excellence, Inc. | 16-04708 |
| Advanced Oil Products & Filtration Services, Inc. | 16-06386 |

Exhibit 6

## U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:16-cv-06220-CJB-JCW

Kinser v. BP Exploration and Production, Inc. et al
Assigned to: Judge Carl Barbier
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Lead case: 2:10-md-02179-CJB-JCW
Member case: (View Member Case)
Cause: 33:2701 - Oil Pollution Act

Date Filed: 05/16/2016
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

### Plaintiff

**William Patrick Kinser**
*Estate of*

represented by **Phillip Timothy Howard**
Howard & Associates, PA
8511 Bulll Headley Rd.
Suite 405
Tallahassee, FL 32312
850-298-4455
Fax: 850-216-2537
Email: ptim@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas S Lyons**
Lyons & Farrar, PA
325 North Calhoun Street
Tampa, FL 32301
850-222-8811
Fax: 850-222-5583
Email: doug.lyons@lyonsandfarrar.com
*ATTORNEY TO BE NOTICED*

**Samuel T. Adams**
Law Office of Samuel T. Adams, PLLC
P.O. Box 8420
Panama City, FL 32409
850-785-3469
Fax: 850-640-1562
Email: tom@samueltadams.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**BP Exploration & Production, Inc.**

**Defendant**

**BP America Production Company**

**Defendant**

**Transocean Offshore Deepwater Drilling, Inc.**

**Defendant**

**Transocean Holdings, LLC**

**Defendant**

**Transocean Deepwater, Inc.**

**Defendant**

**Halliburton Energy Services, Inc.**

**Defendant**

**Sperry Drilling Services, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2016 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5412372) filed by William Patrick Kinser. (Attachments: # 1 Exhibit A)Attorney Douglas S Lyons added to party ESTATE OF WILLIAM PATRICK KINSER(pty:pla).(Lyons, Douglas) Modified on 6/28/2016 (blg). Modified on 9/29/2016 (caa). (Entered: 05/16/2016) |
| 05/18/2016 | 2 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (mmv) (Entered: 05/18/2016) |
| 06/30/2016 | 3 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 06/30/2016) |
| 06/30/2016 | 4 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in |

| | | |
|---|---|---|
| | | Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/30/2016) |
| 08/04/2016 | 5 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |
| 04/10/2018 | 6 | Statement by William Patrick Kinser *Regarding Causation and Damages* (Lyons, Douglas) (Entered: 04/10/2018) |