# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * | **MDL NO. 2179** |
| | * | **SECTION: J** |
| *This document relates to:* | * * | |
| ALL CASES | * * | **HONORABLE CARL J. BARBIER** |
| | * * | |
| | * * | **MAGISTRATE JUDGE WILKINSON** |

## MOTION FOR APPROVAL OF TRANSFER AND DISTRIBUTION OF FUNDS TO HESI-TRANSOCEAN ASSIGNED CLAIMS COMBINED SETTLEMENT FUND

**NOW INTO COURT** come Co-Lead Class Counsel who respectfully move for approval to distribute funds to the HESI-Transocean Assigned Claims Combined Settlement Fund, for the reasons that follow:

I.

On December 10, 2015, the *Deepwater Horizon* Economic & Property Damages Settlement Class ("Old Class") was allocated $337,666,750.00 from the aggregated Halliburton and Transocean Settlements a value of $1,239,750,000.00 by the Allocation Neutral [Rec. Doc. 15652], which equates to 27.23668078% of the Settlements.

II.

Inclusive of estimated interest for September 2018, and after adjustments to properly reallocate prior paid administrative expenses of the Old and New Classes, the estimated value of

the Old Class allocation would be $343,730,867.22, of which $58,467,853.91 would come from the Transocean Aggregate Account and $285,263,013.31 from the HESI Aggregate Account.

III.

Lead Class Counsel have been advised by the Claims Administrator that an account has been established at Huntington Bank in the name of "HESI-Transocean Assigned Claims Combined Settlement Fund" for the purpose of distributing the combined HESI and Transocean Settlements' funds allocated to the Old Class, and that the Internal Revenue Service has assigned an employer identification number (EIN) to the HESI-Transocean Assigned Claims Combined Settlement Fund.

IV.

In addition, Lead Class Counsel have been advised that there is approximately $32,702,270.24 remaining in the "Insurance Proceeds Recovery Fund" established pursuant to Section 5.14 of the Deepwater Horizon Economic & Property Damages Class Settlement Agreement [Rec. Doc. 6276-1]. Lead Class Counsel believe and respectfully suggest that these funds should be combined with the funds allocated to the Old Class from the Halliburton and Transocean Settlements, and distributed to the qualified members of the Old Class (*i.e.* the *Deepwater Horizon* Economic & Property Damages Settlement Class) along the same basis.

**WHEREFORE** the undersigned respectfully pray for an Order: **(i)** authorizing and directing the Escrow Agent to transfer 27.2366808% of the HESI Aggregate Account and 27.2366808% of the Transocean Aggregate Account into the HESI-Transocean Assigned Claims Combined Settlement Fund account at Huntington Bank; **(ii)** authorizing and directing the BP Economic Settlement Program Claims Administrator and Trustee to transfer the entirety of the Insurance Proceeds Recovery Fund into the HESI-Transocean Assigned Claims Combined Settlement Fund

account at Huntington Bank, for distribution together with the Old Class Halliburton and Transocean Settlement Proceeds; and **(iii)** authorizing and directing that any future administrative costs and/or other liabilities of the HESI and Transocean Settlements Program incurred or accrued after entry of this Order, for the benefit of the Old Class, shall be presented to this Court by the Old Class Claims Administrator for approval and authorization of payment from the HESI-Transocean Assigned Claims Combined Settlement Fund.

This 25th day of September, 2018.

Respectfully submitted,

/s/ Stephen J. Herman and James Parkerson Roy
*By:* Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Ave.
New Orleans, LA 70113
Telephone: (504) 581-4892
E-Mail: sherman@hhklawfirm.com

*Plaintiffs' Co-Liaison Counsel, and*
*Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of September, 2018.

/s/  Stephen J. Herman and James Parkerson Roy

-3-

1274213.2