IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | *   MDL NO. 2179 <br> *   <br> *   SECTION: J <br> * <br> * |
| *This document relates to:* | * <br> *   HONORABLE CARL J. BARBIER |
| ALL CASES | * <br> * <br> * <br> *   MAGISTRATE JUDGE WILKINSON <br> * |

## ORDER

**CONSIDERING** the Motion for Approval of Transfer and Distribution of Funds to the HESI-Transocean Assigned Claims Combined Settlement Fund:

**IT IS ORDERED** that the Escrow Agent is hereby authorized and directed to transfer 27.2366808% of the HESI Aggregate Account and 27.2366808% of the Transocean Aggregate Account to the HESI-Transocean Assigned Claims Combined Settlement Fund account at Huntington Bank;

**IT IS FURTHER ORDERED** that the BP Economic Settlement Program Claims Administrator and Trustee is hereby authorized and directed to transfer the entirety of the Insurance Proceeds Recovery Fund held at JPMorgan into the HESI-Transocean Assigned Claims Combined Settlement Fund account at Huntington Bank, for distribution together with the Old Class Halliburton and Transocean Settlement Proceeds;  and,

**IT IS FURTHER ORDERED** that any future administrative costs and/or other liabilities of the HESI and Transocean Settlements Program incurred or accrued after entry of this Order, for the benefit of the Old Class, shall be presented to this Court by the Old Class Claims Administrator

for approval and authorization of payment from the HESI-Transocean Assigned Claims Combined Settlement Fund.

**S**IGNED at New Orleans, Louisiana, this ___ day of _____, 2018.

_____<br>**Hon. Carl J. Barbier**

1274213.2