## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOWELL CONSTRUCTION, INC.** | \* | **CIVIL ACTION** |
| | \* | **14-CV-00121** |
| **VERSUS** | \* | |
| | \* | **SECTION: J(2)** |
| **ANDRY LERNER, L.L.C.,** | \* | |
| **ANDRY LAW GROUP, L.L.C.,** | \* | **JUDGE BARBIER** |
| **JONATHAN B. ANDRY, AND** | \* | **MAG. JUDGE WILKINSON** |
| **CHRISTINA E. MANCUSO** | \* | |

## MOTION FOR REHEARING AND /OR RECONSIDERATION, TO ALTER OR AMEND JUDGMENT, AND/OR FOR NEW TRIAL

NOW COMES, through undersigned counsel, Plaintiff, HOWELL CONSTRUCTION, INC. (hereinafter "Howell"), who respectfully moves this Court for a rehearing and/or reconsideration, to alter or amend judgment, and/or for a new trial of this Court's August 28, 2018 Order and Reasons (Doc. 19) and Judgment (Doc. 18), pursuant to Rule 59 of the Federal Rules of Civil Procedure, for the reasons and authorities discussed in the attached memorandum.

WHEREFORE, Plaintiff, HOWELL CONSTRUCTION, INC. respectfully requests that this Court grant Howell's Motion for Rehearing and/or Reconsideration, to Alter or Amend Judgment, and/or for New Trial should be granted, that the Motion is deemed good and sufficient, and that this Court vacate it August 28, 2018 Judgment permitting Howell's claims of legal malpractice against defendants, Andry Lerner, LLC, Andry Law Group, LLC, Jonathan B. Andry and Christian E. Mancuso, of misevaluating Howell's BP claim as a startup business under the multi-billion dollar BP settlement regarding economic damages, informing Howell that it did not qualify for a BP settlement, and advising Howell to opt out of the BP class settlement to proceed.

Respectfully submitted,

**SCANDURRO & LAYRISSON, LLC**
/s/      *Krista M. Eleew*
Jean-Paul Layrisson (Bar No. 20917)
Jean-Paul@scanlayr.com
Timothy D. Scandurro (Bar No. 20362)
Tim@scanlayr.com
Stephen 0. Scandurro (Bar No. 20362)
Steve@scanlayr.com
Krista M. Eleew (Bar No. 34320)
Krista@scanlayr.com
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
Facsimile: (504) 529-6199

and

**MATTHEWS & WARRINER, LLC**
*/s/      Robert H  Matthews*
Robert H. Matthews, (Bar No. 9055)
Bobby@matthewswarriner.com
Pauline M. Warriner (Bar No. 22673)
Penny@matthewswarriner.com
230 Olivier Street
New Orleans, LA 70114
Telephone: 504-523-4542
Facsimile: 504-523-6139

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's *CMIECF* program and otherwise consented to receive notice and service via CMIECF. I further certify that I mailed the foregoing pleading and notice of electronic filing by first class mail to all non *CMIECF* participants.

/s/     *Krista M. Eleew*
Krista M. Eleew