UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOWELL CONSTRUCTION, INC.** | \* | **CIVIL ACTION** |
| | \* | **14-CV-00121** |
| **VERSUS** | \* | |
| | \* | **SECTION: J(2)** |
| **ANDRY LERNER, L.L.C.,** | \* | |
| **ANDRY LAW GROUP, L.L.C.,** | \* | **JUDGE BARBIER** |
| **JONATHAN B. ANDRY, AND** | \* | **MAG. JUDGE WILKINSON** |
| **CHRISTINA E. MANCUSO** | \* | |

## ORDER

The Court has considered the Motion for Rehearing and/or Reconsideration, to Alter or Amend Judgment, and/or for New Trial filed by Plaintiff, Howell Construction, Inc.; and

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED, and the Court's August 28, 2018 Judgment (Doc. 18) and Order and Reasons (Doc. 19) are amended accordingly.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
**UNITED STATES DISTRICT JUDGE**