### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOWELL CONSTRUCTION, INC.** | * | **CIVIL ACTION** |
| | * | **14-CV-00121** |
| **VERSUS** | * | |
| | * | **SECTION: J(2)** |
| **ANDRY LERNER, L.L.C.,** | * | |
| **ANDRY LAW GROUP, L.L.C.,** | * | **JUDGE BARBIER** |
| **JONATHAN B. ANDRY, AND** | * | **MAG. JUDGE WILKINSON** |
| **CHRISTINA E. MANCUSO** | * | |

### NOTICE OF SUBMISSION

PLEASE TAKE notice that Plaintiff, Howell Construction, Inc. will submit their Rule 59 Motion to the Honorable Judge Carl J. Barbier on October 10, 2018 2018 at 9:30 a.m. at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 in accord with L.R. 7.2.