UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALONZO ODUMS, JR.                          CIVIL ACTION NO. 2:13-cv-02386

VERSUS                                     SECTION : BARBIER

AMERI-FORCE CRAFT SERVICES, INC. and BP   MAGISTRATE: WILKINSON
EXPLORATION AND PRODUCTION, INC.

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND TO SUBSTITUTE NEW COUNSEL OF RECORD

Ronna M. Steele, counsel of record for Alonzo Odums [Odoms], Jr. in the captioned case and Craig T. Downs of the Downs Law Group and Louis R. Koerner, Jr., of Koerner Law Firm, counsel of record for Tiffany Odoms, Individually, as Guardian of the Minor Surviving Children of the Decedent Alonzo Odoms Jr., John Doe, Jane Doe, Jill Doe, Jack Doe, Jim Doe, James Doe, Joan Doe, and Taja Odoms, as Qualifying Personal Representative of the Estate of Alonzo Odoms Jr., Deceased ["Plaintiffs" or the "Odoms Heirs"] in 2:16-cv-13201(J)(2), move the Court to permit Ronna M. Steele to withdraw from her representation in this case and to substitute Craig T. Downs and Louis R. Koerner, Jr. as counsel herein.

The grounds for this motion are as follows:

1.      Mover, Ronna M. Steele, has suffered serious medical problems which problems have caused her to pause her practice of law until she recovers.

2.      On February 22, 2017, the Court issued Pretrial Order No. 63 (2:10-MDL-02179 Dkt. 22295). On page 3, it provided that "any B3 Plaintiff who previously filed an individual complaint . . . must complete the **Sworn Statement** in the form reflected on ***Exhibit A*** as well as a cover sheet, Exhibit B." Pretrial Order No. 63 does not appear on the docket sheet of either 2:16-cv-13201 or 2:13-cv-02386.

3.      On April 6, 2018, the Court filed an "Updated PTO 63 Compliance List" ((2:10-MDL-02179 Dkt. 24268) and an attached list, Exhibit 1, Dkt. 24268-1, which, on page 16, identifies "Odums, Alonzo, Jr., 13-cv-02386" as compliant. This was not entered on the docket of 13-cv-02386, and the "Statement by Alonzo Odums, Jr. *in compliance with PTO NO. 66* (Downs, Craig)" filed on 07/09/2018 had not yet been filed.

4.      On July 17, 2017, the Court entered its Order [*As to Compliance with Pretrial Order No. 63*] in 2:10-MDL-02179, as Dkt. 23046 in which it stated in pertinent part:

> IT IS ORDERED that the 960 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO 63. The B3 claims of the plaintiffs listed in EXHIBIT 1 are subject to further proceedings of this Court.
>
> IT IS FURTHER ORDERED that the 173 plaintiffs listed in EXHIBIT 2 are deemed to be non-compliant with PTO 63. The B3 claims of the plaintiffs listed in EXHIBIT 2 are DISMISSED WITH PREJUDICE.[1]
>
> IT IS FURTHER ORDERED that B3 claims that are not listed in EXHIBIT 1 are DISMISSED WITH PREJUDICE.[2]

"Odums, Alonzo Jr., 13-cv-02386" is listed at page 5 of Dkt. 23046-1 under the caption "960 PTO 63 Compliant Plaintiffs – Alphabetical by Name." No entry was made on the docket of 13-cv-02386.

5.      On December 6, 2017, the Court entered its ORDER [As to the Motions for Reconsideration, Etc. of the PTO Compliance Order (Rec. Doc. 23047)]. Once again "Odums, Alonzo Jr., 13-cv-02386" is listed at page 15 of Dkt. 23046-1 under the caption "960 PTO 63 Compliant Plaintiffs – Alphabetical by Name." Again there is no entry on the docket of 13-cv-02386.

6.      On April 16, 2018, the Court entered its "Updated PTO 63 Compliance List (Rec. Doc. 24268) on which "Odums, Alonzo Jr., 13-cv-02386" is listed at page 15 of Dkt. 23046-1

under the caption "960 PTO 63 Compliant Plaintiffs – Alphabetical by Name." There is no entry on the docket of 13-cv-02386.

7.      On April 9, 2018, the Court issued Pretrial Order No. 66 (2:10-MDL-02179 Dkt. 24282) in order to obtain more particularized information about the claims of various Remaining B3 Plaintiffs.

8.      On July 9, 2018, the "Statement by Alonzo Odums, Jr. *in compliance with PTO NO. 66* (Downs, Craig)" was filed in 13-cv-02386. It was captioned "Exhibit A" and was on the form: "PTO 66 PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING PLAINTIFFS." On the same day, this identical document was filed and placed in 2:16-cv-13201 as Dkt. 9.

9.      On September 20, 2018 and after dismissal of 2:16-cv-13201 by order of September 6, 2018 (entered on September 17, 2018), this Court entered its ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 66 (2:10-MDL-02179 DKT. 24875). It was not placed on the docket of 2:16-cv-13201 and was obtained by Louis R. Koerner, Jr. as a result of an email from the Plaintiffs' Committee of September 20, 2018. On page 2, no. 69, of Dkt. 24875-4, 13-cv-02386, Alonzo Odums, Jr. is listed with "Yes" in the columns on "Missing Pages" and "Failure to Respond to Damage Questions." The order requires compliance by October 11, 2018.

10.     On account of the actions recited above, the attendant confusion and possible clerical errors, and the immediate attention which must be given to this case, Ronna M. Steele desires to withdraw while Craig T. Downs of the Downs Law Group (who is counsel of record in 2:16-cv-13201) and Louis R. Koerner, Jr. of Koerner Law Firm ("Koerner"), a member of the bar of this Court, desire to be substituted as counsel of record.

Respectfully Submitted,

*/s/Ronna M. Steele*
RONNA M. STEELE (#20006)
301 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 366-3475
Email: *rsteele@usagulf.com*
Attorney for Alonzo Odums, Jr.

THE DOWNS LAW GROUP
By: */s/* Craig T. Downs
Co-Counsel for PLAINTIFFS
**Craig T. Downs, Esq.**
Fla. Bar. No. 801089
cdowns@downslawgroup.com

AND

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.
Louis R. Koerner, Jr., Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130
New Orleans: 504-581-9569
Houma: 985-580-0350
Telecopier: 504-324-1798
(Cellular) 504-405-1411
e-mail: koerner@koerner-law.com
URL: http://www.koerner-law.com
Attorneys for Plaintiffs, Tiffany Odoms, et al.

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on September 25, 2018.

*/s/Ronna M. Steele*
RONNA M. STEELE