UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 SECTION: J(2) |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Nos. 15-4143, 15-4146, 15-4654, & 12-970* | * * * | **MAG. JUDGE WILKINSON** |

## ORDER

**CONSIDERING** Co-Lead Class Counsel's Motion for Approval of Transfer and Distribution of Funds to the HESI-Transocean Assigned Claims Combined Settlement Fund (Rec. Doc. 24881)[1]:

**IT IS ORDERED** that the Escrow Agent is hereby authorized and directed to transfer 27.2366808% of the HESI Aggregate Account and 27.2366808% of the Transocean Aggregate Account to the HESI-Transocean Assigned Claims Combined Settlement Fund account at Huntington Bank;

**IT IS FURTHER ORDERED** that the BP Economic Settlement Program Claims Administrator and Trustee is hereby authorized and directed to transfer the entirety of the Insurance Proceeds Recovery Fund held at JPMorgan into the HESI-Transocean Assigned Claims Combined Settlement Fund account at Huntington Bank, for distribution together with the Old Class Halliburton and Transocean Settlement Proceeds; and,

---

[1] Counsel for BP has advised the Court that BP does object to the instant motion.

**IT IS FURTHER ORDERED** that any future administrative costs and/or other liabilities of the HESI and Transocean Settlements Program incurred or accrued after entry of this Order, for the benefit of the Old Class, shall be presented to this Court by the Old Class Claims Administrator.

New Orleans, Louisiana, this 26th day of September, 2018.

_____
United States District Judge