IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE | § | |
| GULF OF MEXICO | § | SECTION J |
| ON APRIL 20, 2010 | § | |
| | § | |
| | § | |
| This Document Relates to: | § | JUDGE BARBIER |
| 2:16 CV 05395 | § | MAG. JUDGE WILKINSON |

## DECLARATION OF CAROLINE E. ADAMS

1. My name is Caroline E. Adams. I am over the age of twenty-one, am fully competent to make this affidavit, have personal knowledge of the facts and statements in this affidavit, and each of the facts and statements are true and correct.

2. I represent Plaintiff S.C.P.P. Ejidatarios, S.C. de R.L.

3. Plaintiff did not timely receive and respond to the requested information in order to timely submit PTO 65 Response and failed to timely respond. Plaintiffs recently filed a Motion for Reconsideration (Doc. 24730) to request that the dismissal be reconsidered. Plaintiffs also request that they be allowed to late file a timely PTO 65.

4. The Buzbee Law Firm reached out to each client as soon as the PTO 65 was issued in an attempt to confirm client documentation on file and to request updated financials in order to prepare an analysis of damages as required by PTO 65.

5. Plaintiff timely filed and served responses to PTO 60. E-mails and calls were not returned by Plaintiff as his phone number was disconnected.

6. Plaintiff is located abroad in Mexico and has limited access to phone and email. The process for mail is not reliable. All clients were called and emailed immediately to confirm updated contact information.

Case 2:10-md-02179-CJB-DPC   Document 24890-3   Filed 09/26/18   Page 2 of 2

7. Due to the time limits, many clients were unreachable and their phones were disconnected, including this one. Plaintiff does not rely on email for business or personal matters.

8. The Buzbee Law Firm also requested that fishermen located in the same cooperatives and association be informed that that they must contact the firm to update their contact information and to immediately respond to the order.

9. Plaintiffs and undersigned counsel respect the Court's broad discretion and inherent authority to manage its docket. Plaintiffs understand that discretion includes the power to dismiss a case for a party's failure to obey the court's orders.

10. No prejudice will result from the acceptance of the amended filings. No action has been taken in the pending proceeding which could cause prejudice to any other party to the proceeding. In fact, no discovery has commenced in connection with the information included in the statement.

_____
Caroline E. Adams

_____
DATE

**SUBSCRIBED AND SWORN TO ME BEFORE ON September 26, 2018.**

_____
Notary Public In and For the
State of Texas

JESSE RUBIO
Notary Public, State of Texas
Comm. Expires 04-08-2020
Notary ID 130612782

2