IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE § | |
| GULF OF MEXICO § | SECTION J |
| ON APRIL 20, 2010 § | |
| § | |
| § | |
| This Document Relates to: § | JUDGE BARBIER |
| § | |
| 2:16 CV 05395 § | MAG. JUDGE WILKINSON |

**Order**

  Considering Plaintiffs' Motion for Leave to Amend PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement related to *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, it is ORDERED that Claimant's Motion for Leave to Amend, as identified in Exhibit A, and listed below shall be

**Granted**:

  2:16-CV 05395, S.C.P.P. Ejidatarios, S.C. de R.L., attached as Exhibit A;

  Claimant's PTO 65 Verified Statement shall be deemed properly and timely filed in accordance with Pretrial Order 65 (Rec.Doc.23825).

  Signed this _____ day of _____ 2018.

                   _____
                   Honorable Carl J. Barbier,
                   U.S. District Court Judge