UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | JUDGE; BARBIER |
| This Document Relates to: 2:16-cv-13201(J)(2) | MAGISTRATE: WILKINSON |

**NOTICE OF SUBMISSION OF MOTION, PURSUANT TO RULE 60(a), PURSUANT TO RULE 59(e), PURSUANT TO RULE 60(b) TO AMEND OR RECONSIDER ORDER CLOSING CASE OF SEPTEMBER 6, 2018 (ENTERED ON SEPTEMBER 17, 2018) AND THE PRIOR ORDERS, IF ANY, THAT WERE ENTERED THAT WERE ADVERSE TO PLAINTIFFS/ODOMS HEIRS AND PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 4(a)(6) ON ACCOUNT OF THE FAILURE OF THE CLERK'S OFFICE TO PROVIDE NOTICE OF JUDGMENT AS REQUIRED BY RULE 77(d).**

Please take notice that Plaintiffs, Tiffany Odoms, Individually and as Guardian of the Minor Surviving Children of the Decedent Alonzo Odoms Jr., John Doe, Jane Doe, Jill Doe, Jack Doe, Jim Doe, James Doe, Joan Doe, and Taja Odoms, as Qualifying Personal Representative of the Estate of Alonzo Odoms Jr., Deceased ["Plaintiffs" or the "Odoms Heirs"], appearing through undersigned counsel, will submit their motion pursuant to Rule 60(a), pursuant to Rule 59(e) or to Rule 60(b), to amend or reconsider its order closing the case of September 6, 2018 (entered on September 17, 2018) and prior orders, if any, that were entered that were adverse to plaintiff/Odoms Heirs and their motion, and their motion to reopen the time to file an appeal in accordance with FRAP 4(a)(6) on account of the failure to provide notice of judgment and provide entry of same on the docket of this case to the Carl J. Barbier, United States District Judge, on the 24th day of October, 2017 or as soon thereafter as counsel may be heard.

1

Respectfully Submitted,

THE DOWNS LAW GROUP
By: */s/* Craig T. Downs
Co-Counsel for PLAINTIFFS
**Craig T. Downs, Esq.**
Fla. Bar. No. 801089
cdowns@downslawgroup.com

AND

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.
Louis R. Koerner, Jr.,
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130
New Orleans: 504-581-9569
Telecopier: 504-324-1798
(Cellular) 504-405-1411
e-mail: koerner@koerner-law.com
URL: http:/www.koerner-law.com
Attorneys for Plaintiffs, Tiffany Odoms, et al.

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on September 26, 2018.

/s/Craig T. Downs
Craig T. Downs