UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL No. 2179

JUDGE; BARBIER

This Document Relates to: 2:16-cv-13201(J)(2)

MAGISTRATE: WILKINSON

**ORDER GRANTING MOTION TO BE ADDED AS ADDITIONAL COUNSEL OF RECORD**

Upon consideration of the motion of plaintiffs, Tiffany Odoms, Individually, as Guardian of the Minor Surviving Children of the Decedent Alonzo Odoms Jr., John Doe, Jane Doe, Jill Doe, Jack Doe, Jim Doe, James Doe, Joan Doe, and Taja Odoms, as Qualifying Personal Representative of the Estate of Alonzo Odoms Jr., Deceased,

IT IS ORDERED that Louis R. Koerner, Jr. of Koerner Law Firm be added as additional counsel of record

New Orleans, Louisiana this 27th day of September, 2018.

_____
United States District Judge

1