UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL 2179 |
| **This Document Relates To:** | SECTION: J(2) |
| *No. 14-00121, Howell Construction, Inc. v. Andry Lerner, L.L.C., et al.* | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Howell Construction, Inc.'s Motion for Rehearing and/or Reconsideration, to Alter or amend Judgment, and/or for New Trial (Rec. Doc. 24888), which concerns the Order & Reasons (Rec. Doc. 24806; Rec. Doc. 19 in 14-00121) and Judgment (Rec. Doc. 18 in No. 14-121) of August 28, 2018.

IT IS ORDERED that any response by Defendants Andry Lerner, L.L.C., et al. shall be filed no later than <u>Friday, October 12, 2018</u>.

New Orleans, Louisiana, this 27th day of September, 2018.

_____
United States District Judge