UNITED STATES DISRTICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   SEP 27 2018

WILLIAM W. BLEVINS
CLERK

Plaintiff,/
Naussera Noah Zadeh

vs,

Deffendents,/
Feinberg et, al.

CASE No:2:13-cv-06015-CJB-JCW

APPEAL CASE NO:

### NOTICE OF APPEAL

### JUDICIARY NOTICE OF APPEAL FROM THE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA NEW ORLEANS
TO THE FIFTH OR TO THE ELEVENTH DISTRICT COURT OF APPEALS

Hereby I Naussera Noah Zadeh the debtor in bankruptcy court protection in Middle District Tampa Florida received notice to dismiss case on SEPTEMBER 22nd 2018 via Mail Gives this notice of appeal to the jurisdiction of the District Court of Appeals to the Fifth District Court Of Appeals for and substitution of the United States Trustee of The estate in bankruptcy case N0. 18-07833-8C7/CPM FILED On SEPTEMBER 17TH 2018.

The above referenced case had been transferred from the bankruptcy court to this court and pending appeals references has been filled in the Eleventh District of the Court appeals for the bankruptcy asset protection of the debtor.

The court on His motion may transfer the case to the Eleventh District Court of Appeals where all the cases on the bankruptcy court appeals are pending review in bankruptcy orders .

Respectfully Submitted :

*[signature]*

Naussera Noah Zadeh
428 Pasaje Ave.
Tarpon Springs FL.34689

TENDERED FOR FILING

SEP 27 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

X  Fee 505.00 pd.
___ Process___
X  Dkd___
___ CtRmDep___
___ Doc. No.___ 1

NOTICE TO THE CLERK OF THE COURT
UNITED STATES DISRTICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS
NEW ORLEANS , LA 70130

Hereby I Naussera Noah Zadeh Received this notice on September 22nd 2018 and upon receiving file this notice of appeal and attached a check in the amount of $505.00 appeal fee check number on US POSTAL SERVICE MONEY ORDER NO:[23824615948].

Thank you for your assistance in this matter.

Respectfully Submitted : *N Zadeh for Christ*

Naussera Noah Zadeh

428 Pasaje Ave.
Tarpon Springs FL.34689

2

```
MIME-Version:1.0
From:Efile_Notice@laed.uscourts.gov
To:Efile_Information
Bcc:
--Case Participants: Gina Palermo (gina@huberslack.com,
theresa@huberslack.com), Richard C. Stanley (jsj@stanleyreuter.com, rcs@stanleyreuter.com),
J. David Forsyth (jdf@sessions-law.com)
--Non Case Participants:
--No Notice Sent:

Message-Id:<9441329@laed.uscourts.gov>
Subject:Activity in Case 2:13-cv-06015-CJB-JCW Zadeh v. Feinberg et al
Order Dismissing Case
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a
copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was entered on 9/17/2018 2:14 PM CDT and filed
on 9/6/2018

Case Name: Zadeh v. Feinberg et al

Case Number: 2:13-cv-06015-CJB-JCW
https://ecf.laed.uscourts.gov/cgi-bin/DktRpt.pl?159790

Filer:

WARNING: CASE CLOSED on 09/06/2018

Document Number: 6


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.laed.uscourts.gov/doc1/085110421656?caseid=159790&de_seq_num=31
&magic_num=MAGIC


Docket Text:
ORDERED that the Clerk is directed to
CLOSE the cases listed on Exhibit A to this Order. Nothing in this Order
shall be construed as a judgment under Fed. R. Civ. P. 54 or Fed. R. Civ.
P. 58, nor shall this Order be construed as re-opening the time for seeking

post-judgment relief or filing an appeal. Signed by Judge Carl Barbier on
09/06/2018. (originally filed in 10md2179 #24814)(am)


2:13-cv-06015-CJB-JCW Notice has been electronically mailed to:
J. David Forsyth    jdf@sessions-law.com
Richard C. Stanley    rcs@stanleyreuter.com, jsj@stanleyreuter.com

Gina Palermo    gina@huberslack.com, theresa@huberslack.com

2:13-cv-06015-CJB-JCW Notice has been delivered by other means to:

Eric S. Adams

Shutts & Bowen (Tampa)
4301 W. Boy Scout Blvd.
Suite 300
Tampa, FL 33607

Naussera N Zadeh
428 Pasage Avenue
Tarpon Springs, FL 34689

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091133085 [Date=9/17/2018] [FileNumber=9441328-0]
[9ccba96328bd88639eda8273103e6d9fefce389f225b0e22fa154c01ac5ccfbc2307f4ae30
5c1e832fe6215f878134829742a51c42f2a2a8b32d695a3f5035da]]

