UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL No. 2179

JUDGE; BARBIER

This Document Relates to: 2:13-cv-02386(J)(2)

MAGISTRATE: WILKINSON

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SUBSTITUTING NEW COUNSEL OF RECORD**

Upon consideration of the motion of Ronna M. Steele, counsel of record for Alonzo Odums [Odoms], Jr. and Craig T. Downs of the Downs Law Group and Louis R. Koerner, Jr., of Koerner Law Firm, counsel of record for Tiffany Odoms, Individually, as Guardian of the Minor Surviving Children of the Decedent Alonzo Odoms Jr., John Doe, Jane Doe, Jill Doe, Jack Doe, Jim Doe, James Doe, Joan Doe, and Taja Odoms, as Qualifying Personal Representative of the Estate of Alonzo Odoms Jr., Deceased ["Plaintiffs" or the "Odoms Heirs"] in 2:16-cv-13201(J)(2),

IT IS ORDERED that Ronna M. Steele be and she is hereby permitted to withdraw from her representation of the plaintiff in this case and that her name be stricken as counsel of record for Alonzo Odums, Jr.;

IT IS FURTHER ORDERED that Craig T. Downs of the Downs Law Group and Louis R. Koerner, Jr. of Koerner Law Firm be and the same are hereby substituted as counsel of record.

New Orleans, Louisiana, this _____ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE