# FAX COVER SHEET

| TO | The Honorable Judge Barbier |
|---|---|
| COMPANY | EDLA - Section J |
| FAX NUMBER | 15045894536 |
| FROM | Thoai Nguyen |
| DATE | 2018-07-30 13:45:56 GMT |
| RE | URGENT & CONFIDENTIAL - Cont. |

COVER MESSAGE

Dear Ben & Hope:

Please find attached a letter to Judge Barbier pertaining to the submission delivered last Friday.

Thank you.

Sincerely,

Thoai Nguyen

EXHIBIT 2

Dear Judge Barbier:

I began writing the letter/email to the Claims Administrator several months ago as a simple request to – as per the Settlement Agreement – convene a panel between the CAO, Class Counsel and BP to help us resolve some of these issues. But as I continued to (re-)research the cases, the letter evolved into much more than a simple request. There is, for example, a list of requests on p. 11 of the letter/email to Juneau, which at this point are indeed much more suitable for the Court itself.

I have already filed complaints with the FBI (and the DoJ – Criminal Division) and the LA DoJ (Criminal Division). In fact, just the other day I had a 2-hour meeting with the FBI. I'm in the process of filing complaints with the IRS and FTC regarding tax and document fraud and identity theft. So, some of the requests from p. 11 I will fulfill myself.

Although I've been essentially "forced" to learn a lot of law in the last couple of years, I'm no legal expert by any stretch of the imagination. I do, however, realize that the Court is able – *sua sponte* – to initiate a host of actions such as Show Cause and Evidentiary Hearings (just as was the case of Mr. Dien Nguyen 5 years ago). Then there are *in camera* reviews. The Court could also appoint a Special Master – a la Louis Freeh, but with a much broader mandate. I recently read that the U.S. 9th Circuit appointed a Special Prosecutor and assume that a U.S. District Court could to the same. The Court could also initiate disciplinary proceedings against the attorney-perpetrators admitted to the Court and participating in the Court-Supervised Settlement Program. The Court could also appoint a Special Counsel to help us resolve these cases. As for the claims already closed, there are Bills of Review and Rule 60(b) motions at the Court's disposal (there's an argument – citing the Judge himself – to that effect on p. 10 of the letter/email to Juneau). Of course, along the same Rule 60(b) argument (and perhaps additional arguments such as unjust enrichment), there are disgorgement and restitution options/motions… A lot of these transactions were contract-based but riddled with fraud. As such they suffer from absolute nullity – for which there's no prescription…

On the same page (p. 11), there are Claimant-specific requests. Although fairly specific, they in that letter still apply to the Claimants collectively. What I can do in the next few days is provide a list of precise Claimant-by-Claimant requests.

The submission I turned in covers 8 cases in great detail. But there's a lot more that I could add to these case – I've been pretty selective, that is, their records and files are bigger than what I've turned in. Additionally, I'd like to turn in the remaining 20 cases, it's just that the whole process is very time-consuming and labor-intensive. But I could for now provide "abbreviated" versions, which just outline the cases and bring out the main points. What they all have in common are the same patterns and actors, just different iterations: patterns of criminal fraudulent racketeering schemes, that is.
I tried to be as diligent and precise as I could in putting together those 8 cases. But if you need any help with reading and interpreting them, please let me know.

Also, I'm ready to provide any kind of testimony that you may need pertaining to these cases. This readiness, of course, extends to the Claimants as well. If you'd like me to bring them over

so you could see and hear them – officially (through Court proceedings) or unofficially (perhaps for an informal meeting), just let me know. It could be few of them or a whole bunch, with or without their family members... These are real people, disaster victims, workers and small business owners, some trying to support rather large families, most of them illiterate... by and large decent people... They don't deserve this.

They deserve *justice*!

Thanks a lot for hearing me out.

I look forward to hearing back from you, the Judge and the Court.

Sincerely,
Thoai Nguyen

Cc: The Honorable Nannette Jolivette Brown, Chief Judge