# FAX COVER SHEET

| TO | Judge Barbier |
| --- | --- |
| COMPANY | EDLA - Section J |
| FAX NUMBER | 15045894536 |
| FROM | Thoai Nguyen |
| DATE | 2018-08-02 22:04:39 GMT |
| RE | Court-Supervised Settlement Program |

## COVER MESSAGE

Dear Hope:

Please forward this letter to Judge Barbier.

Thank you.

Sincerely,

Thoai Nguyen

EXHIBIT 3

Dear Judge Barbier:

I just got off the phone with your Clerk Ben Allums and am truly flabbergasted. I simply cannot believe that you have decided to reject our requests.

You are in charge of this Court-Supervised Settlement Program and I have presented you with reams of documentary evidence pertaining to, above all, immense and egregious *internal corruption* within the Program, yet you have made the decision to reject our requests.

Your decision is, to put it mildly, *unconscionable* and we are utterly disappointed at your inaction.

Sincerely,
Thoai Nguyen