

RE: — Claimant ID 100123636
Patrick Hron, Patrick Juneau,
twi to: AttorneyQuestions@dhecc.com, 'Steve Herman',
jimr@wrightroy.com, dbeck@brsfirm.com,
Cc: "efile-brown@laed.uscourts.gov"

09/29/2018 01:52 PM

Patrick:

I've discussed this problem – as well as *many* other issues – with you on so many occasions over the last couple of years and just as before you continue to ignore the concerns of these *disaster victims*. I don't know if this is due to your incompetence or complicity or a combination of the two, but your continued willful ignorance is utterly *irresponsible* .

According to the CSSP, in order for an attorney to represent a claimant, the attorney must produce proof of representation – i.e., an attorney-client agreement (retainer agreement, contingent fee agreement, etc.).

The retainer/contingent fee agreement between Brent Coon/BCA and            *does not exists* . Yet your office – Claims Administrator's Office (CAO) – and the respective Vendors allowed Brent Coon/BCA to file no less than 22 claims with the DHECC.

You may continue to ignore this, but I will continue to call it for what it is – namely, *criminal conspiracy* between Brent Coon/BCA and the CAO/Vendors.

As I communicated to you on *numerous* occasions and with respect to *numerous* claimants, this has been a *systemic* issue that affected many claimants – namely, the CAO/Vendors permitting the attorneys (not only Brent Coon/BCA, but also many others) to assert representation and liens based on:

  1.) no attorney-client agreements;

  2.) deficient attorney-client agreements; and

  3.) fabricated and forged attorney-client agreements.

So not only have the CAO/Vendors – including you personally – allowed this to transpire, but you all have actively facilitated it. And you continue to fail to address this serious problem affecting so many *disaster victims* .

To stress one more time, this is not only the attorney-client issue, but also the CSSP-claimant issue. And you as the No. 2 in command of the CAO bear *personal responsibility* for the losses

EXHIBIT 4

suffered by these *disaster victims* —for having perpetuated and actively participated in this ongoing *criminal conspiracy* designed to *defraud* these *disaster victims.*

Needless to add, this problem is but one among many others!

Thoai


--------- Original Message ---------
Subject: RE:          . -- Claimant ID 100123636
From: "Patrick Hron" <phron@dheclaims.com>
Date: 9/27/18 5:27 pm
To: "twi@oxmotion.com" <twi@oxmotion.com>, "Patrick Juneau" <pjuneau@dheclaims.com>, "AttorneyQuestions@dhecc.com" <AttorneyQuestions@dhecc.com>, "'Steve Herman'" <SHERMAN@hhklawfirm.com>, "jimr@wrightroy.com" <jimr@wrightroy.com>, "dbeck@brsfirm.com" <dbeck@brsfirm.com>, "dgodwin@godwinronquillo.com" <dgodwin@godwinronquillo.com>, "dkhaycraft@liskow.com" <dkhaycraft@liskow.com>, "ky.kirby@bingham.com" <ky.kirby@bingham.com>, "andrew.langan@kirkland.com" <andrew.langan@kirkland.com>, "dkuchler@kuchlerpolk.com" <dkuchler@kuchlerpolk.com>, "mikelyle@quinnemanuel.com" <mikelyle@quinnemanuel.com>, "kjmiller@bakerdonelson.com" <kjmiller@bakerdonelson.com>, "pwittmann@stonepigman.com" <pwittmann@stonepigman.com>, "Michael Juneau" <mjuneau@dheclaims.com>, "ben_allums@laed.uscourts.gov" <ben_allums@laed.uscourts.gov>, "reconciliationappeals@gulfspillpunitivedamagessettlement.com" <reconciliationappeals@gulfspillpunitivedamagessettlement.com>, "Cantor, Daniel A." <Daniel.Cantor@apks.com>
Cc: "efile-brown@laed.uscourts.gov" <efile-brown@laed.uscourts.gov>


Thoai,


The Registration Form listing BCA as the Claimant's representation was submitted in 2013. This Form was electronically signed by the Claimant. As per the FAQs cited below, this Registration Form is a document signed by the Claimant that authorizes the lawyer or the law firm to pursue the claim on the client's behalf. Moreover, this Registration Form was dated and submitted subsequent to the April 2011 correspondence noted below that indicated the Claimant may have been pro se at that time. To the extent the Claimant is contending that this Registration Form was electronically executed by BCA rather than by the Claimant without his consent or authority to do so, that is an issue that the Claimant should raise with BCA.

Your and          's allegations below of "criminal conspiracy" regarding the Settlement Program and its Vendors are inappropriate and baseless, and these claims have been fully and finally resolved for over five years. Our office has fully responded to your inquiries, several times now, and therefore will not be communicating further on this matter.

Sincerely,

Patrick Hron

Claims Administrator's Office

From: twi@oxmotion.com [mailto:twi@oxmotion.com]
Sent: Monday, September 24, 2018 11:03 PM
To: Patrick Hron <phron@dheclaims.com>; Patrick Juneau <pjuneau@dheclaims.com>; AttorneyQuestions@dhecc.com; 'Steve Herman' <SHERMAN@hhklawfirm.com>; jimr@wrightroy.com; dbeck@brsfirm.com; dgodwin@godwinronquillo.com; dkhaycraft@liskow.com; ky.kirby@bingham.com; andrew.langan@kirkland.com; dkuchler@kuchlerpolk.com; mikelyle@quinnemanuel.com; kjmiller@bakerdonelson.com; pwittmann@stonepigman.com; Michael Juneau <mjuneau@dheclaims.com>; ben_allums@laed.uscourts.gov; reconciliationappeals@gulfspillpunitivedamagessettlement.com; Cantor, Daniel A. <Daniel.Cantor@apks.com>
Cc: efile-brown@laed.uscourts.gov
Subject: RE:            -- Claimant ID 100123636

1. After reviewing the Claim File that was made available on the claimant's side of the online portal, we see nothing on the record authorizing BCA as legal representative and likewise authorizing the Court-Supervise Settlement Program (Claims Administrator, CAO, Vendors) to allow BCA access to            's *confidential* claims materials and to file claims on his behalf.

2. According to DHECC website's FAQs 165 and 166 (see below), there must be a retainer agreement to prove legal representation. No such agreement exists in the claimant's portal. Yet the CAO allowed BCA to *misappropriate*            .'s personal and business information, and file no less than 22 claims.

3. We see a co-counsel letter of representation from James Dailey dated July 15, 2011 (Doc. ID 4624906) and email exchanges dated January 9, 2012 between Brian Stone of the GCCF Attorney Team, Jerry Stewart, National Coordinator for BCA, and Janet Boysen, with an

attached spreadsheet, and reference of Pat and Joint Venture/Referring Attorneys. (Doc. ID 4624905).

4. The email exchanges indicate that there was some type of agreement between BCA, Joint Venture/Referring Attorneys, Janet Boysen, Brian Stone of the Attorney Team and possibly other attorneys. Indeed, this "agreement" is nothing short of *criminal conspiracy* intended to *defraud* . – a conspiracy actively facilitated by the Court-Appointed Vendors.

5. There is also a Short Form, which I helped him complete, dated April 20, 2011 clearly indicating 's pro se status. (Doc. ID 4624904).

6. To reiterate, never met, retained, or authorized BCA to represent him in any matters relating to the Spill, so clearly these claims were filed without his knowledge or authorization. It is obvious that none of the Registration and Seafood Compensation Claim Forms submitted on :'s behalf was "electronically" signed by him. (Doc. ID 7868118, 7869031, 7901638, 7930706, 7936907, 7938344). The Registration Form specifically states that only a claimant can sign this form. Under Section 11, BCA certified under *penalty of perjury*, pursuant to 28 U.S.C. 1746, that . personally signed the form – which is an outright lie.

7. In addition, some of these claim forms, containing BCA's Beaumont office address, were mailed from the Bridge City, TX Claims Assistance Center ("CAC") to Heather Stephens at the Claims Administration processing unit in Hammond, LA.

8. These are not matters that the CAO and the Court-Supervised Settlement Program can simply brush aside. These are serious issues affecting a *disaster victim*.

9. The Court has adopted the Louisiana Rules of Professional Conduct as noted in the Special Master's Freeh Report and the resulting Court's Order imposing certain sanctions by disallowing the Andry Lerner Firm's claim under the Unclean Hands Doctrine and the disqualifying attorneys Lionel Sutton, Christina Reitano, Glen Lerner, and Jon Andry as well as any associated law firms from representing CSSP claimants (or collection of fees from such claimants) under the Unclean Hands Doctrine. ("ROPC"). Rec. Doc. 11287 at 85; 11288, 14221 at 4. The same attorneys were referred to the Department of Justice.

10. So, in addition to the questions already asked – for which we still await full and thorough responses – we demand the following. First, to disqualify BCA and disallow it from any and all participation in the Program and refer it to the Department of Justice for possible criminal prosecution. And to do the same with respect to the Court-Appointed Vendors participating in this *criminal conspiracy*.

165. During the GCCF process, my law firm submitted a GCCF Authorization Form. Is this

form acceptable for the Deepwater Horizon Economic and Property Damages Settlement Program?
No. The GCCF Authorization Form limited the authorization to act on behalf of a claimant in the GCCF process and did not authorize activity beyond handling a claim with the GCCF. The Claims Administrator and the Economic and Property Damages Settlement Program are different from and separate from the GCCF. To show authority to act for the claimant in the Economic and Property Damages Settlement Program, the lawyer or law firm must submit a power of attorney, retainer agreement, or document signed by the claimant that authorizes the lawyer or the law firm to pursue on the client's behalf any claim(s) arising out of the Deepwater Horizon Incident, or words to that effect.

166. During the GCCF process, my law firm submitted a document other than the GCCF Authorization Form that authorized me and/or my firm to act on my client's behalf concerning his or her claim(s). Is that prior document acceptable for the Deepwater Horizon Economic and Property Damage Settlement Program?
It may be. To show authority to act for the claimant in the Economic and Property Damages Settlement Program, the lawyer or law firm must submit a power of attorney, retainer agreement, or document signed by the claimant that authorizes the lawyer or the law firm to pursue on the client's behalf any claim(s) arising out of the Deepwater Horizon Incident, or words to that effect. We will review your document. If it contains that authorization, the Claims Administrator will accept it as sufficient. If it does not, we will notify you and the claimant will need to sign a new document containing such authorization that you then submit to us.

--------- Original Message ---------

Subject: RE:           . -- Claimant ID 100123636
From: "Patrick Hron" <phron@dheclaims.com>
Date: 9/19/18 6:18 pm
To: "twi@oxmotion.com" <twi@oxmotion.com>, "Patrick Juneau" <pjuneau@dheclaims.com>, "AttorneyQuestions@dhecc.com" <AttorneyQuestions@dhecc.com>, "'Steve Herman'" < SHERMAN@hhklawfirm.com>, "jimr@wrightroy.com" <jimr@wrightroy.com>, " dbeck@brsfirm.com" <dbeck@brsfirm.com>, "dgodwin@godwinronquillo.com" < dgodwin@godwinronquillo.com>, "dkhaycraft@liskow.com" <dkhaycraft@liskow.com>, " ky.kirby@bingham.com" <ky.kirby@bingham.com>, "andrew.langan@kirkland.com" < andrew.langan@kirkland.com>, "dkuchler@kuchlerpolk.com" <dkuchler@kuchlerpolk.com>, " mikelyle@quinnemanuel.com" <mikelyle@quinnemanuel.com>, " kjmiller@bakerdonelson.com" <kjmiller@bakerdonelson.com>, " pwittmann@stonepigman.com" <pwittmann@stonepigman.com>, "Michael Juneau" < mjuneau@dheclaims.com>, "ben_allums@laed.uscourts.gov" <ben_allums@laed.uscourts.gov >, "reconciliationappeals@gulfspillpunitivedamagessettlement.com" < reconciliationappeals@gulfspillpunitivedamagessettlement.com>, "Cantor, Daniel A." < Daniel.Cantor@apks.com>

Cc: "efile-brown@laed.uscourts.gov" <efile-brown@laed.uscourts.gov>

Thoai,

Please refer to my prior correspondence for the answers to your questions below. BCA filed the claims with the Settlement Program on behalf of as his counsel of record per the Claimant's Registration Form. This occurred in early 2013 following the GCCF and the Transition Period, and all of those claims were denied in the spring of 2013 under Section 2.2.6 of the Settlement Agreement in light of the Claimant's GCCF Payment and Release execution.

I have been informed that the AR-1 has been processed as requested to remove BCA from the Claimant's representation, and the team has contacted or is in the process of contacting in this respect so that he can access the Claim File to view the documentation submitted in support of the claims for review by the Settlement Program as well as the determinations made on each of those claims. This will give the opportunity to see for himself the entirety of the information contained in the Claim File rather than our office attempting to summarize for what is contained therein.

Again, to the extent has questions related to BCA's representation of him, those questions would be most appropriately directed towards BCA.

Sincerely,

Patrick Hron

Claims Administrator's Office

---

From: twi@oxmotion.com <twi@oxmotion.com>
Sent: Sunday, September 16, 2018 11:45:20 PM
To: Patrick Hron; Patrick Juneau; AttorneyQuestions@dhecc.com; 'Steve Herman'; jimr@wrightroy.com; dbeck@brsfirm.com; dgodwin@godwinronquillo.com; dkhaycraft@liskow.com; ky.kirby@bingham.com; andrew.langan@kirkland.com;

dkuchler@kuchlerpolk.com; mikelyle@quinnemanuel.com; kjmiller@bakerdonelson.com; pwittmann@stonepigman.com; Michael Juneau; ben_allums@laed.uscourts.gov; reconciliationappeals@gulfspillpunitivedamagessettlement.com; Cantor, Daniel A.
**Cc:** efile-brown@laed.uscourts.gov
**Subject:** RE:         ˌ -- Claimant ID 100123636

We are still awaiting the completion of the AR-1 process.

It should be noted that during GCCF or Transition Process,          had removed an undisclosed attorney. During that removal it was clearly explained that he had never signed with any attorney.

Moreover,          had accepted the $25,000 Quick Final payment which formally precluded him from filing subsequent claims -- by himself or via a law firm. Plus he was was not eligible under the VoO Charter or VPD.

So, to reiterate the same questions that you failed to address -- but instead burdened the *disaster victim* with answering:

Why was this permitted?

When were these claims filed?

What other information was submitted in connection with these fraudulent filings?

What other information was unlawfully used and disclosed by BCA and the Court Supervised Settlement Program ("CSSP")?

--------- Original Message ---------

**Subject:** RE:          -- Claimant ID 100123636
**From:** "Patrick Hron" <phron@dheclaims.com>

Date: 9/11/18 11:33 am
To: "twi@oxmotion.com" <twi@oxmotion.com>, "Patrick Juneau" <pjuneau@dheclaims.com>, "AttorneyQuestions@dhecc.com" <AttorneyQuestions@dhecc.com>, "'Steve Herman'" < SHERMAN@hhklawfirm.com>, "jimr@wrightroy.com" <jimr@wrightroy.com>, " dbeck@brsfirm.com" <dbeck@brsfirm.com>, "dgodwin@godwinronquillo.com" < dgodwin@godwinronquillo.com>, "dkhaycraft@liskow.com" <dkhaycraft@liskow.com>, " ky.kirby@bingham.com" <ky.kirby@bingham.com>, "andrew.langan@kirkland.com" < andrew.langan@kirkland.com>, "dkuchler@kuchlerpolk.com" <dkuchler@kuchlerpolk.com>, "mikelyle@quinnemanuel.com" <mikelyle@quinnemanuel.com>, " kjmiller@bakerdonelson.com" <kjmiller@bakerdonelson.com>, " pwittmann@stonepigman.com" <pwittmann@stonepigman.com>, "Michael Juneau" < mjuneau@dheclaims.com>, "ben_allums@laed.uscourts.gov" < ben_allums@laed.uscourts.gov>, " reconciliationappeals@gulfspillpunitivedamagessettlement.com" < reconciliationappeals@gulfspillpunitivedamagessettlement.com>
Cc: "efile-brown@laed.uscourts.gov" <efile-brown@laed.uscourts.gov>

Good morning,

BCA filed the claims as counsel for _____ in early 2013. We are processing the Form AR-1, and once that is complete, _____ will be able to access the Claim File to view the documentation submitted in support of the claims. Because BCA filed the claims on behalf of _____ as _____'s attorney, BCA was notified directly of the claim determinations, as our office does not communicate directly with claimants who are represented by counsel. _____ may wish to address the items and questions below around authorization and documentation directly with BCA.

Sincerely,

Patrick

**From:** twi@oxmotion.com [mailto:twi@oxmotion.com]
**Sent:** Friday, September 07, 2018 4:54 PM
**To:** Patrick Juneau <pjuneau@dheclaims.com>; AttorneyQuestions@dhecc.com; Patrick Hron <phron@dheclaims.com>; 'Steve Herman' <SHERMAN@hhklawfirm.com>; jimr@wrightroy.com; dbeck@brsfirm.com; dgodwin@godwinronquillo.com; dkhaycraft@liskow.com; ky.kirby@bingham.com; andrew.langan@kirkland.com; dkuchler@kuchlerpolk.com; mikelyle@quinnemanuel.com; kjmiller@bakerdonelson.com; pwittmann@stonepigman.com; Michael Juneau <mjuneau@dheclaims.com>; ben_allums@laed.uscourts.gov; reconciliationappeals@gulfspillpunitivedamagessettlement.com
**Cc:** efile-brown@laed.uscourts.gov
**Subject:** _____ -- Claimant ID 100123636

Claims Administrators Juneau & Juneau:

On September 4, 2018            received a notice from the HESI Settlement indicating that he is represented by the law firm Brent Coon & Associates ("BCA"). It also indicates that a DHECC Claimant ID 100123636 and 22 claims were filed under his name and SSN.

This is the first time that            became aware that of this Claimant ID.

He never retained any attorney or law firm for any matters pertaining to the Spill nor did he file any of these claims.

Evidently, BCA stole           .'s personal and business information and established legal representation based upon which BCA filed these claims.

Why was this permitted?

When were these claims filed?

What other information was submitted in connection with these fraudulent filings?

What other information was unlawfully used and disclosed by BCA and the Court Supervised Settlement Program ("CSSP")?

Why was           . never notified by the CSSP?

Brent Coon of BCA is the same attorney who stole personal and business information from Dien Nguyen and used it as the basis for fraudulent attorney representation and claims filing. The CSSP not only permitted but facilitated these fraudulent filings. This case was adjudicated by the Court at the Show Cause Hearing on April 5, 2013. Rec. Doc. 8996, Rec. Doc. 9201.

We have every reason to believe that the same applies here.

Please respond to these inquiries promptly.

Enclosed are: AR-1 Form, Appendix A, HESI Notice, DHECC Claimant Check Status, and Thiet Nguyen's letter of explanation.

Sincerely,

Thoai