

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YOUR NAME,
Plaintiff DANA H. FOX, PRO-SE

-vs-

DEFENDANT(S) NAME(S), BRITISH PETROLEUM
Defendant(s)    AND GULF CLAIMS

CIVIL ACTION

2:10-MD-02179-CJB-SS
No. MULTI LITIGATION 2179
GULF CLAIM # 325424425
CLAIMANT #10134603
Section " " Mag " "

TITLE OF DOCUMENT

MOTION FOR PAYMENT

(TEXT OF YOUR DOCUMENT) : ALL CORRESPONDENCE TO DATE AS
THE MODERN DAY FOUNDER OF BRITISH PETROLEUM
OPPOSED TO DRILLING IN THE GULF (FROM THE BEGINNING)
AND PROOF THE ENGINEERS LIED ABOUT BEING ABLE TO
HANDLE THE PROBLEM.

Dated: 9/24/18
PRE DATE TO FIRST
FILING ON RECORD

(YOUR SIGNATURE IN INK)
Your Name Typed or Printed
Street Address 955 MASS. AVE #155
City, State, Zip code CAMBRIDGE, MASS,
                                                   02138
(Telephone Number)
NO PHONE

Certificate of Service
I hereby certify that I have served a copy of this
document on all counsel fo record either in person PLEASE SERVE
or by mailing it postage prepaid on this THRU SAID COURT AS I WAS
                                                                    NEVER SENT THIS INFORMATION
24th day of SEPT. , 20 18

TENDERED FOR FILING

✗ I AM UNDER OATH NOT TO USE
COMPUTERS: U.S. GOV'T
CROWN OF GREAT BRITAIN

OCT 02 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

____ Fee ____
____ Process ____
X  Dktd ____
____ CtRmDep ____
____ Doc. No. ____

Fox
955 MASS. AVE.
#155
CAMBRIDGE, MASS,
02139

OFFICE OF THE CLERK — PRO-SE UNIT

CERTIFIED MAIL

7018 1130 0000 5685 7738



1000

70130

U.S. POSTAGE PAID
FCM LETTER
CAMDEN, ME
04843
SEP 24, 18
AMOUNT
$6.70
R2304M116420-12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST.
ROOM C-151
NEW ORLEANS, LA 70030