UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon: in the Gulf | * | MDL 2179 |
| of Mexico, on April 20, 2010 | | |
| | | |
| This Document Related To: | * | SECTION: J(2) |
| | * | JUDGE  BARBIER |
| Remaining Cases in the B3 | | |
| Pleading Bundle | * | MAG. JUDGE WILKINSON |

---

## OBJECTION TO BP'S IN GLOBO EXAMINATION OF
## PTO 66

---

**NOW INTO COURT** come Richard Pinell D/B/A Billy Sue, Inc. Case # 17-CV 03349

who objects to BP's material deficiency claim of plaintiff's compliance with PTO 66.

Plaintiff is listed in Exhibit "4" of the court's order with an objection by BP listing GRG

confirmed Class Member and list "Yes".  Enclosed is copy of PTO 66 as Exhibit "A" that was

filed timely and completely.

Counsel has reviewed the compliance with PRO 66 and counsel has found no

deficiencies.

There are no questions or references to GRG Class Member nor any questions left

unanswered.

Plaintiff request this Honorable Court not to dismiss its claim for any material

deficiencies and to have defendant explain GRG confirmed class member status which has no

reference to Pretrial Order 66.

Wherefore plaintiff request BP's objection be denied as full compliance with PTO 66 was submitted timely and completely.

Respectfully Submitted

MARVIN GROS (#20207)
Martin K.  Maley, Sr. (#20933)
Stacey B. Stephen (#37400)
807 Railroad Avenue
P.O. Box 1040
Donaldsonville, LA 70346-3339
Telephone: (225) 473-7868
Facsimile: (225) 473-1266