UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 13-5367 (Mark Canfora) | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

## MOTION FOR SUBSTITUTION OF COUNSEL

**NOW INTO COURT** comes Claimant/Plaintiff, Mark Canfora, by and through undersigned counsel, and files this, his Motion for Substitution of Counsel, and respectfully moves this Honorable Court for an Order substituting Reed S. Bennett and the Law Offices of Reed S. Bennett as counsel of record for Mark Canfora in the above captioned cause, thereby replacing Mark Canfora's former attorneys, Brent Coon and Brent Coon & Associates.

Respectfully submitted,     BY:  MARK CANFORA

BY:  /s/ Brent Coon
BRENT COON (TX Bar 04769750)
Brent Coon & Associates
215 Orleans Street
Beaumont, TX 77701
(T) 409-835-2666
(F) 409-835-1912
(e-mail) brent@bcoonlaw.com

BY:  /s/ Reed S. Bennett
REED S. BENNETT (LA Bar 36742)
Law Offices of Reed S. Bennett
2501 14th Street, Suite 211
Gulfport, MS 39501
(T) 228-865-1008
(F) 228-865-1009
(e-mail) reedb1982@gmail.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **This Document Relates To:** | * | JUDGE BARBIER |
| No. 13-5367 (Mark Canfora) | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

CONSIDERING the Motion to Substitute Counsel by Mark Canfora, whereby Mark Canfora seeks an ORDER substituting Reed S. Bennett and the Law Offices of Reed S. Bennett as counsel of record in the above captioned matter, thereby replacing Mark Canfora's former attorneys, Brent Coon and Brent Coon & Associates,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE