UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: John L. Howard v. BP America Production Company; et al.; Case No. 17-cv-03347 | | * * * | MAG. JUDGE SHUSHAN |

**************************************************************************

## RESPONSE TO SHOW CAUSE ORDER REGARDING PTO 66

Comes now Respondent John L. Howard and responds to the Court's Order to Show Cause regarding compliance with PTO 66 as follows:

1. Respondent is a plaintiff in an individual lawsuit, Case No. 17-cv-03347, which alleges breach of contract and fraud against BP and related defendants. The Complaint does not assert any claim for personal injury.

2. The Court's Order to Show Cause regarding PTO 66 includes Respondent's lawsuit on Exhibit 4. That exhibit lists lawsuits which BP maintains are materially deficient in their PTO 66 submission. The exhibit correctly indicates that Respondent fully and timely responded to PTO 66. The Exhibit provides no information as to why the filing is believed to be deficient, other than to indicate Respondent is a member of the Medical Benefits Settlement class. Apparently, BP lists

-1-

Respondent as deficient because he is a class member under the Medical Benefits Settlement. A copy of Respondent's PTO 66 response is attached hereto.

3. Any argument that Respondent is precluded from pursuing its economic damages related to the VOO program because he is a member of the Medical Benefits Settlement class is specious. The class notice provides that the Medical Benefits Settlement is limited to medical and related claims.

> 2. What is this lawsuit about?
>
> The lawsuit asserts certain medical-related claims arising out of the "Deepwater Horizon Incident" (See Question 3) in the Gulf of Mexico beginning on April 20, 2010. Plaintiffs seek money or other relief for alleged physical injuries and health impacts related to the Deepwater Horizon Incident. BP disputes and denies Plaintiffs' claims in that lawsuit.

See www.deepwaterhorizonsettlement.com/Documents/MedicalDetailedNotice.pdf.

4. Later in the notice, class members were assured that only medical-related claims were being settled. The notice provides:

> 12. Does the Medical Benefits Settlement cover claims for economic and property damage?
>
> No. The Medical Benefits Settlement does not cover claims for economic and property damage. If you had economic or property damage because of the Deepwater Horizon Incident, you may also be eligible to participate in the Economic and Property Damages Settlement. More information about the Economic and Property Damages Settlement is available on the website or by calling 1-866-992-6174.

*Id.*

5. Further, the release of claims makes it clear that only claims for physical injury are settled and released pursuant to the Medical Benefits Settlement. [See Doc. 6427-1, ¶ XXVI].

6. Conversely, VOO-related contract and fraud claims were settled as part of the Economic and Property Damages Settlement class. See Settlement Agreement at § 5.5, page 32 [Doc. 6430]. Respondent timely opted out of that class on October 30, 2012.

7. Consequently, having opted out of the Economic and Property Damage Settlement class, Respondent is not deficient in his filing under PTO 66.

Respectfully Submitted,

_____
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama 36660
(251) 471-6191 (Ph)
(251) 479-1031 (Fax)
sln@cunninghambounds.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

_____
STEVEN L. NICHOLAS