**EXHIBIT A**

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
**FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:** John L. Howard

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**:  Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity.  If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1.    Current address:

Address Line 1: 2274 Salem Road SE

Address Line 2: Suite 106-119

City: Conyers          State: GA          Zip: 30013

2.    Telephone number: _____

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names: 404-786-8648

4.    Date and Place of Birth: 03/20/1946, Cleveland, TN

5.    Male  X      Female_____

6.     Each address (other than your current address) at which you have lived during the last ten
       (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 2306 Benji Blvd SE, Conyers, GA 30013 | May 1992 - Nov 2010 |
| 4864 Lakeforest Drive SE, Conyers, GA 30013 | Nov 2010 - Oct 2012 |
| 1164 GA Hwy 212 SW, Conyers, GA 30094 | Dec 2010 - Mar 2015 |

7.     Employment Information:

       A.     Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last
              employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| BFS-Copper Star Charters | 2274 Salem Rd. SE, Conyers, GA 30013 | 6/11/2004 - 12/31/2015 | Vessel Owner/Operator |
| BFS-H Motion Holding | 2274 Salem Rd SE, Conyers, GA 30013 | 1994 - present | Consulting Director and Agent |
|  |  |  |  |
|  |  |  |  |

8.     Have you ever been out of work for more than thirty (30) days for reasons related to your
       health (other than pregnancy)?  Yes _____ No__X___  If "Yes," when were you out of work
       and why? _____

       _____

**B.      THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes___X___      No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

      **1.      Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.      Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____      Offshore___X___      Both_____

11.      Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes___X___      No_____

12.      Did you handle hazardous materials as part of your cleanup work?

Yes___X___      No_____

13.      Please set forth the following information about your cleanup work:

      A.      Your employer(s):_BP America Production Co._____

      B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):
      _Sheryl Abshire, Neil Gillie (Panama City site supervisor), Jason Jones,_
      _Doug Bernard, Gary Hutchinson_____

      C.      A description of the work performed for employer(s) identified in Question No. 13(A):_Spotting oil and checking boom_____

      _____

      D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_Daily from 6/03/2010 through 7/21/2010, 8-12 hrs each day_
      _near off-shore waters of Panama City, Florida_____

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): NoHow II and Copper Star

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): Neil Gillie, site supervisor in Panama City, FL

_____

### 2.   Residents/Tourists

14.   Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____      No___X___

15.   Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____      No___X___

16.   List all address(es) at which you resided in 2010: 2274 Salem Rd. SE, Conyers, GA 30013

_____

### C.   INFORMATION ABOUT YOUR B3 CLAIM

17.   Are you claiming that you suffered damages from (*Check all that apply*):

_____Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

___X___A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.      EXPOSURE CLAIMS**

18.      Were you exposed to oil, dispersants, or both?

Oil_____                    Dispersants_____                    Both_____

19.      How were you exposed? (*Check all that apply*)

A.      Inhalation                    Yes_____      No_____

B.      Dermal (skin) contact                    Yes_____      No_____

C.      Ingestion                    Yes_____      No_____

D.      Other (please describe):      _____

20.      What was the date(s) of your exposure?

Day: _____      Month: _____      Year: _____

21.      How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

22.      What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

_____

23.      For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____

_____

_____

24.     Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25.     *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____          No_____

26.     *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.      NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.     For your non-exposure personal injury, please state:

A.      The nature of your injury:_____

B.      The date(s) of your injury:_____

C.      The location(s) of your injury:_____

D.      The work that you were performing when you sustained your injury:_____

_____

_____

E.      Identify any individual(s) who witnessed your injury:_____

_____

28.     Describe in as much detail as possible the circumstance(s) of your injury: _____

_____

_____

_____

**F.**    **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.    Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_____

_____

_____

30.    Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_____

_____

_____

_____

_____

31.    On what date did you first report or seek treatment for your injury or illness: _____

32.    On what date was your injury first diagnosed:_____

_____

33.    Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|      |         |
|      |         |

34.   Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |

35.   Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____   No _____.  If "*Yes*,"

     A.    When? _____

     B.    Who diagnosed the injury (or condition) at that time? _____

                 _____

                 _____

     C.    Who treated the injury (or condition) at that time?_____

36.   Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

     Yes _____   No_____.  If "*Yes*,"

     A.    What date did you first experience such injury or condition?_____

     B.    What injury (or condition) was made worse? _____

                 _____

37.  Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |

38.  Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes _____   No _____

39.  Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

   _____

   _____

   _____

40.  Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes_____  No_____

   If "Yes":

   A.    From whom did you receive this compensation or reimbursement?_____

   _____

B.      When did you receive this compensation or reimbursement?_____

_____

C.      What was the amount of the compensation or reimbursement?_____

_____

**G.      CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.*)

41.    Is your claim based on a breach of contract?

Yes___X___      No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes___X___      No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

MVCA #57561.1 - NoHow II; and 57561.2 - Copper Star
_____

Parties: John L. Howard and Joseph Lobo for BP America Production Co.
_____

44.    Describe how the contract was breached:_____

I was not paid for standby time and other reimbursable costs and expenses.
_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

Yes.  Both vessels were placed on hire on 5/17/2010 as evidenced by the
_____

MVCA signed by VoO Coordinator Joseph Lobo.
_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

The termination letter was received on 9/03/2010  but we were not released to
return to our home port of Carabelle, FL until 10/11/2010.

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

See attached.
_____

_____

_____

48.     Describe specifically how the breach of contract you allege in response to Question No. 44
        caused the damages you allege in response to Question No. 47.

        See attached.
_____

_____

_____

## **ATTESTATION**

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 06/22 , 2018

Location (City and State): Conyers, GA

Signature of Plaintiff*

*Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign._

John L. Howard

Print Name

Vessels Owner

Title/Position (*if signed on behalf of a business or other entity*)

By no later than <u>Monday, July 9, 2018</u>, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**J. L. Howard**
**Responses to PTO-66 Statement of Claim for B3 Plaintiffs**

47.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

I am still in the process of reconciling bank statements with invoices submitted, so I reserve the right to supplement this response.  I am still owed the amounts listed below.

**MVCA #57561.1 – NoHow II**

| | |
|---|---|
| Invoice 2K10-0722-NH2-0004 amount: | $26,360.31 |
| Payment received on 8/03/2010: | $21,903.90 |
| Payment received on 10/21/2010: | $497.22 |
| Amount still owed: | $3,959.19 |

Standby time owed - 7/22/2010 to 10/11/2010 (81 days):
$1,200/day plus $200/man crew allowance

| | |
|---|---|
| Invoice 2K10-1018-NH2-0005-2 | $16,000.00 |
| Invoice 2K10-1018-NH2-0005-3 | $49,600.00 |
| Invoice 2K10-1018-NH2-0005-4 | $48,000.00 |
| Invoice 2K10-1018-NH2-0005-5 | $19,200.00 |

**MVCA #57561.2 – The Copper Star**

| | |
|---|---|
| Invoice 2K10-0715-0002 amount: | $37,000.00 |
| Payment amt on 7/12/2010: | $29,400.00 |
| Payment amt on 10/20/2010: | $7,000.00 |
| Amount still owed: | $600.00 |

| | |
|---|---|
| Invoice 2K10-0715-0003 amount: | $39,210.49 |
| Payment amt on 8/03/2010: | $30,255.44 |
| Payment amt on 5/04/2011: | $200.00 |
| Amount still owed: | $8,755.05 |

Standby time owed - 7/22/2010 to 10/11/2010 (81 days):
$2,000/day plus $200/man crew allowance

| | |
|---|---|
| Invoice 2K10-1018-CS-0005-2 | $26,000.00 |
| Invoice 2K10-1018-CS-0005-3 | $80,600.00 |
| Invoice 2K10-1018-CS-0005-4 | $78,000.00 |
| Invoice 2K10-1018-CS-0005-5 | $31,200.00 |

**TOTAL FOR BOTH VESSELS:**                    **$361,914.24**

48.     Describe specifically how the breach of contract you allege in response to Question No. 44
caused the damages you allege in response to Question No. 47.

The homeport of the two vessels I had under contract was Carabelle, Florida yet I was told to
report to Panama City once I was activated.  I was repeatedly told that my vessels were to
remain on "Hired-Standby" until I was released to return to my homeport and that all costs
associated with that standby time, including the daily rate, would be paid.  On 10/11/2010, Ms.
Chung released both vessels to return to homeport, so I was finally able to transport both
vessels back to Carabelle from Panama City.  I am still owed reimbursement on certain invoices
and well as standby time promised.

# Payable Invoice
## BP's Vessel of Opportunity Program

John L. Howard

d/b/a

*NoHow ll*

2306 Benji Blvd., S.E.
Conyers, GA 30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**M.O.B. #:**     **57561.1**

Invoice Date: **7/22/2010**
Invoice Number: **2K10-0722-NH2-0004**

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA 70373
(985) 693.3313
ap@danos.com

**Vessel Name: NoHow ll**
Location: Panama City, FL

| L.I. | Units | | Description | Daily Rate | Extended Total |
|---|---|---|---|---|---|
| 1 | | | **Service Dates:**          **7-09-2010 thru 7-21-2010** | | |
| 2 | 13 | days | Vessel rental/lease/charter | $1,200.00 | $15,600.00 |
| 3 | | | **Service Dates:**          **7-09-2010 thru 7-17-2010** | | |
| 4 | 9 | days | 2 man crew allowance - $200.00 per man | $400.00 | $3,600.00 |
| 5 | | | Alec Colley  P.E.C. #: 60 0031769  SS #: 3851 | | |
| 6 | | | Jeff Moore  P.E.C. #: 60 0107148  SS #: 6189 | | |
| 7 | | | **Service Dates:**          **7-18-2010 thru 7-20-2010** | | |
| 8 | 3 | days | 2 man crew allowance - $300.00 per man | $600.00 | $1,800.00 |
| 9 | | | Alec Colley  P.E.C. #: 60 0031769  SS #: 3851 | (12 Hour Days) | |
| 10 | | | Jeff Moore  P.E.C. #: 60 0107148  SS #: 6189 | (12 Hour Days) | |
| 11 | | | **Service Dates:**          **7/21/2010** | | |
| 12 | 1 | days | 2 man crew allowance - $200.00 per man | $400.00 | $400.00 |
| 13 | | | Alec Colley  P.E.C. #: 60 0031769  SS #: 3851 | | |
| 14 | | | Jeff Moore  P.E.C. #: 60 0107148  SS #: 6189 | | |
| 15 | | | | | |
| 16 | | | **Additional Approved Costs  (See Attachments)** | | |
| 17 | | | ***SEE ATTACHED 'ADDITIONAL COST APPROVAL' SIGNED BY SITE SUPERVISOR*** | | |
| 18 | 151 | gls | Gas - transit from Carrabelle, FL to PC, FL | $3.29 | $497.22 |
| 19 | 2 | mo | Slip rental - away from home port | $503.90 | $503.90 |
| 20 | 32 | days | Crew housing - away from home port | $2,359.19 | $2,359.19 |
| 21 | 32 | days | Crew meal allowance - $25.00/person/day | $50.00 | $1,600.00 |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | **Questions should be directed to:** | | |
| 25 | | | **J. L. Howard at (404) 768-8648** | **Total Due** | **$26,360.31** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**

MC 252 Horizon

*Jason Jones*
*# 985*
*130-8807*

Req # _____

## Additional Cost Approval for Vessel of Opportunity

*THE COPPER STAR*          *57561.2*

**Vessel Name:** *No How II*          MOB#: *57561.01*          Date *7/10/10*

| Request and Justification: | Projected Cost |
|---|---|
| TRANSIT FUEL & GAS COSTS ARRIVAL & RETURN | 1200.ᵒᵒ |
| LODGE SHIP RENTALS - TWO LOCATIONS | 700.ᵒᵒ / Mo |
| HOUSING FOR CREW - THREE PERSONS | 70.ᵒᵒ / DAY |
| "MEALS - $25.ᵒᵒ PER DAY PER PERSON) - 3 CREWMEN | 75.ᵒᵒ / DAY |
|  |  |
|  |  |
| OUR HOME PORT IS CARRABELLE, FLA WE |  |
| HAVE BEEN DEPLOYED OUT OF PANAMA CITY, FL. |  |
|  |  |

Requestor:

Sign: _____

Print Name: *J.L. HOWARD*

Title: *Ship's Owner*

Date: *7/10/10*

Authorizing Official:

Sign: *Neil Gillie*

Print Name: *Neil Gillie*

Title: *Site supervisor*

Date: *7-10-10*

Remarks: *The vessel owner said he talked to Jason Jones and that these expenses listed would be covered.*   *Neil Gillie*

# Payable Invoice

## BP's Vessel of Opportunity Program

John L. Howard

d/b/a

*NoHow ll*

2306 Benji Blvd., S.E.
Conyers, GA  30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**M.O.B. #:**      **57561.1**

Invoice Date: 10/18/2010
Invoice Number: 2K10-1018-NH2-0005-2

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA  70373
(985) 693.3313
ap@danos.com

**Vessel Name:  NoHow ll**
Location:  Panama City, FL

| L.I. | Units | | Description | Daily Rate | Extended Total |
|---|---|---|---|---|---|
| 1 | | | **Service Dates:        07-22-2010 thru 07-31-2010** | | |
| 2 | 10 | days | Vessel rental/lease/charter | $1,200.00 | $12,000.00 |
| 3 | 10 | days | 2 man crew allowance - $200.00 per man | $400.00 | $4,000.00 |
| 4 | | | Alec Colley  P.E.C. #: 60 0031769  SS #: 3851 | | |
| 5 | | | Jeff Moore  P.E.C. #:  60 0107148  SS #: 6189 | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | **Questions should be directed to:** | | |
| 25 | | | **J. L. Howard at (404) 768-8648** | **Total Due** | **$16,000.00** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**

# Payable Invoice
## BP's Vessel of Opportunity Program

John L. Howard

d/b/a

*NoHow ll*

2306 Benji Blvd., S.E.
Conyers, GA  30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**M.O.B. #:**      **57561.1**

Invoice Date: 10/18/2010
Invoice Number: 2K10-1018-NH2-0005-3

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA  70373
(985) 693.3313
ap@danos.com

**Vessel Name:  NoHow ll**
Location:  Panama City, FL

| L.I. | Units | | Description | Daily Rate | Extended Total |
|---|---|---|---|---|---|
| 1 | | | **Service Dates:**       **08-01-2010 thru 08-31-2010** | | |
| 2 | 31 | days | Vessel rental/lease/charter | $1,200.00 | $37,200.00 |
| 3 | 31 | days | 2 man crew allowance - $200.00 per man | $400.00 | $12,400.00 |
| 4 | | | Alec Colley  P.E.C. #: 60 0031769  SS #: 3851 | | |
| 5 | | | Jeff Moore  P.E.C. #:  60 0107148  SS #: 6189 | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | **Questions should be directed to:** | | |
| 25 | | | **J. L. Howard at (404) 768-8648** | **Total Due** | **$49,600.00** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**

# Payable Invoice

## BP's Vessel of Opportunity Program

John L. Howard

**d/b/a**

*NoHow ll*

2306 Benji Blvd., S.E.
Conyers, GA  30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**M.O.B. #:**       **57561.1**

Invoice Date: 10/18/2010
Invoice Number: 2K10-1018-NH2-0005-4

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA  70373
(985) 693.3313
ap@danos.com

**Vessel Name:  NoHow ll**
Location:  Panama City, FL

| L.I. | Units | | Description | Daily Rate | Extended Total |
|---|---|---|---|---|---|
| 1 | | | **Service Dates:        09-01-2010 thru 09-30-2010** | | |
| 2 | 30 | days | Vessel rental/lease/charter | $1,200.00 | $36,000.00 |
| 3 | 30 | days | 2 man crew allowance - $200.00 per man | $400.00 | $12,000.00 |
| 4 | | | Alec Colley  P.E.C. #: 60 0031769  SS #: 3851 | | |
| 5 | | | Jeff Moore  P.E.C. #:  60 0107148  SS #: 6189 | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | **Questions should be directed to:** | | |
| 25 | | | **J. L. Howard at (404) 768-8648** | **Total Due** | **$48,000.00** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**

# Payable Invoice

## BP's Vessel of Opportunity Program

**John L. Howard**

**d/b/a**

*NoHow ll*

2306 Benji Blvd., S.E.
Conyers, GA  30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**M.O.B. #:**        **57561.1**

Invoice Date: 10/18/2010
Invoice Number: 2K10-1018-NH2-0005-5

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA  70373
(985) 693.3313
ap@danos.com

**Vessel Name:  NoHow ll**
Location:  Panama City, FL

| L.I. | Units | | Description | Daily Rate | Extended Total |
|---|---|---|---|---|---|
| 1 | | | **Service Dates:**          **10-01-2010 thru 10-12-2010** | | |
| 2 | 12 | days | Vessel rental/lease/charter | $1,200.00 | $14,400.00 |
| 3 | 12 | days | 2 man crew allowance - $200.00 per man | $400.00 | $4,800.00 |
| 4 | | | Alec Colley  P.E.C. #: 60 0031769  SS #: 3851 | | |
| 5 | | | Jeff Moore  P.E.C. #:  60 0107148  SS #: 6189 | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | **Questions should be directed to:** | | |
| 25 | | | **J. L. Howard at (404) 768-8648** | **Total Due** | **$19,200.00** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**

# Payable Invoice
### BP's Vessel of Opportunity Program

John L. Howard
d/b/a
*The Copper Star*

2306 Benji Blvd., S.E.
Conyers, GA 30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**M.O.B. #:**        **57561.2**

Invoice Date: **7/15/2010**
Invoice Number: **2K10-0715-0003**

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA 70373
(985) 693.3313
ap@danos.com

**Vessel Name:** *The Copper Star*
Location:  Panama City, FL

| L.I. | Units | | Description | Daily Rate | Extended Total |
|------|-------|---|-------------|------------|----------------|
| 1 | | **Service Dates:** | **7-01-2010 thru 7-14-2010** | | |
| 2 | 14 | days | Vessel rental/lease/charter | $2,000.00 | $28,000.00 |
| 3 | | **Service Dates:** | **7-01-'10 thru 7-06-2010** | | |
| 4 | 6 | days | 3 man daily crew allowance - $200.00 per | $600.00 | $3,600.00 |
| 5 | | | N.Howard - P.E.C. #: 60 0031730 | | |
| 6 | | | J. Howard - P.E.C. #: 60 0031729 | | |
| 7 | | | K. Trowbridge - P.E.C. #: 60 0031771 | | |
| 8 | | | | | |
| 9 | | **Service Dates:** | 7-07-2010 thru 7-14-2010 | | |
| 10 | 8 | days | 3 man daily crew allowance - $200.00 per | $600.00 | $4,800.00 |
| 11 | | | P. Kennedy - P.E.C. #: 60 0086687 | | |
| 12 | | | J. Turner - P.E.C. #: 60 0086821 | | |
| 13 | | | M. Wilson - P.E.C. #: 60 0107131 | | |
| 14 | | | | | |
| 15 | | | **P.E.C. Safety Training** | | |
| 16 | 1 | day | 6-08-'10 | P. Kennedy - P.E.C. #: 60 0086687 | $200.00 | $200.00 |
| 17 | 1 | day | 6-09-'10 | J. Turner - P.E.C. #: 60 0086821 | $200.00 | $200.00 |
| 18 | 1 | day | 6-29-'10 | M. Wilson - P.E.C. #: 60 0107131 | $200.00 | $200.00 |
| 19 | | | | | |
| 20 | 289 | gls | Diesel fuel - transit from Carrabelle to PC | $2.96 | $855.44 |
| 21 | 1 | mo | Slip rental - away from home port | $320.00 | $320.00 |
| 22 | 6 | days | Crew housing - away from home port | $585.05 | $585.05 |
| 23 | 6 | days | Crew meal allowance - $25.00/person/day | $75.00 | $450.00 |
| 24 | | | **SEE ATTACHED 'ADDITIONAL COST APPROVAL' SIGNED BY SITE SUPERVISOR** | | |
| 25 | | | | **Total Due** | **$39,210.49** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**



MC 252 Horizon

Req # _____

## Additional Cost Approval for Vessel of Opportunity

*Jason Jones*
*# 986*
*750-9007*

*THE COPPER STAR*                              57561.2

**Vessel Name:** *NoHow II*        **MOB#:** *57561.1*        **Date** *7/10/10*

| Request and Justification: | Projected Cost |
|---|---|
| TRANSIT FUEL & GAS COSTS ARRIVAL & RETURN | 1200.⁰⁰ |
| LODGE SHIP RENTALS - TWO LOCATIONS | 700.⁰⁰ / Mo |
| HOUSING FOR CREW - THREE PERSONS | 70.⁰⁰ / Day |
| MEALS - $25.⁰⁰ PER DAY PER PERSON - 3 CREWMEN | 75.⁰⁰ / Day |
| | |
| OUR HOME PORT IS CARRABELLE, FLA. WE | |
| HAVE BEEN DEPLOYED OUT OF PANAMA CITY, FL. | |
| | |

Requestor:

Sign: _____

Print Name: *J.h. Howard*

Title: *Ship's Owner*

Date: *7/10/10*

Authorizing Official:

Sign: *Neil Gillie*

Print Name: *Neil Gillie*

Title: *Site supervisor*

Date: *7-10-10*

**Remarks:** *The vessel owner said he talked to Jason Jones and that these expenses listed would be covered.*

*Neil Gillie*

# Payable Invoice
## BP's Vessel of Opportunity Program

**John L. Howard**

d/b/a

*The Copper Star*

2306 Benji Blvd., S.E.
Conyers, GA  30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**M.O.B. #:**   **57561.2**

Invoice Date:   **10/18/2010**
Invoice Number:   **2K20-1018-CS-0005-2**

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA  70373
(985) 693.3313
ap@danos.com

**Vessel Name:**  **The Copper Star**
Location:  Panama City, FL

| L.I. | Units | | Description | Daily Rate | Extended Total |
|---|---|---|---|---|---|
| 1 | | | **Service Dates:**         **07-22-2010 thru 70-31-2010** | | |
| 2 | 10 | days | Vessel rental/lease/charter | $2,000.00 | $20,000.00 |
| 3 | | | | | |
| 4 | 10 | days | 3 man daily crew allowance - $200.00 per day per crewman | | |
| 5 | | | P. Kennedy - P.E.C. #:  60 0086687 | $200.00 | $2,000.00 |
| 6 | | | J. Turner - P.E.C. #:  60 0086821 | $200.00 | $2,000.00 |
| 7 | | | C. Nead - P.E.C. #:  60 0086535 | $200.00 | $2,000.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | **Questions should be directed to:** | | |
| 24 | | | **J. L. Howard at (404) 768-8648** | | |
| 25 | | | | **Total Due** | **$26,000.00** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**

# Payable Invoice
## BP's Vessel of Opportunity Program

**John L. Howard**

**d/b/a**

*The Copper Star*

2306 Benji Blvd., S.E.
Conyers, GA  30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**Vessel Name:** The Copper Star
Location:  Panama City, FL

**M.O.B. #:**      **57561.2**

Invoice Date:      **10/18/2010**
Invoice Number:   **2K20-1018-CS-0005-3**

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA  70373
(985) 693.3313
ap@danos.com

| L.I. | Units | | Description | Daily Rate | Extended Total |
|---|---|---|---|---|---|
| 1 | | | **Service Dates:**       **08-01-2010 thru 08-31-2010** | | |
| 2 | 31 | days | Vessel rental/lease/charter | $2,000.00 | $62,000.00 |
| 3 | | | | | |
| 4 | 31 | days | 3 man daily crew allowance - $200.00 per day per crewman | | |
| 5 | | | P. Kennedy - P.E.C. #:  60 0086687 | $200.00 | $6,200.00 |
| 6 | | | J. Turner - P.E.C. #:  60 0086821 | $200.00 | $6,200.00 |
| 7 | | | C. Nead - P.E.C. #:  60 0086535 | $200.00 | $6,200.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | **Questions should be directed to:** | | |
| 24 | | | **J. L. Howard at (404) 768-8648** | | |
| 25 | | | | **Total Due** | **$80,600.00** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**

# Payable Invoice

### BP's Vessel of Opportunity Program

John L. Howard

d/b/a

*The Copper Star*

2306 Benji Blvd., S.E.
Conyers, GA  30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**M.O.B. #:**          **57561.2**

Invoice Date:      **10/18/2010**
Invoice Number:   **2K20-1018-CS-0005-4**

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA  70373
(985) 693.3313
ap@danos.com

**Vessel Name:  The Copper Star**
Location:  Panama City, FL

| L.I. | Units | | Description | Daily Rate | Extended Total |
|---|---|---|---|---|---|
| 1 | | | **Service Dates:        09-01-2010 thru 09-30-2010** | | |
| 2 | 30 | days | Vessel rental/lease/charter | $2,000.00 | $60,000.00 |
| 3 | | | | | |
| 4 | 30 | days | 3 man daily crew allowance - $200.00 per day per crewman | | |
| 5 | | | P. Kennedy - P.E.C. #:  60 0086687 | $200.00 | $6,000.00 |
| 6 | | | J. Turner - P.E.C. #:  60 0086821 | $200.00 | $6,000.00 |
| 7 | | | C. Nead - P.E.C. #:  60 0086535 | $200.00 | $6,000.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | **Questions should be directed to:** | | |
| 24 | | | **J. L. Howard at (404) 768-8648** | | |
| 25 | | | | **Total Due** | **$78,000.00** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**

# Payable Invoice

## BP's Vessel of Opportunity Program

John L. Howard

d/b/a

*The Copper Star*

2306 Benji Blvd., S.E.
Conyers, GA  30013-2241

**(404) 786.8648 - Mobile**
(770) 234.4004 - Office & Fax
**the_copper_star@bellsouth.net**
dochoward2@bellsouth.net

**M.O.B. #:**     **57561.2**

Invoice Date:     **10/18/2010**
Invoice Number:     **2K20-1018-CS-0005-5**

Bill To:
**Danos & Curole Staffing, LLC**
P. O. Box 1460
Larose, LA  70373
(985) 693.3313
ap@danos.com

**Vessel Name:** **The Copper Star**
Location:  Panama City, FL

| L.I. | Units | | Description | Daily Rate | Extended Total |
|------|-------|---|-------------|-----------|----------------|
| 1 | | | **Service Dates:**          **10-01-2010 thru 10-12-2010** | | |
| 2 | 12 | days | Vessel rental/lease/charter | $2,000.00 | $24,000.00 |
| 3 | | | | | |
| 4 | 12 | days | 3 man daily crew allowance - $200.00 per day per crewman | | |
| 5 | | | P. Kennedy - P.E.C. #:  60 0086687 | $200.00 | $2,400.00 |
| 6 | | | J. Turner - P.E.C. #:  60 0086821 | $200.00 | $2,400.00 |
| 7 | | | C. Nead - P.E.C. #:  60 0086535 | $200.00 | $2,400.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | **Questions should be directed to:** | | |
| 24 | | | **J. L. Howard at (404) 768-8648** | | |
| 25 | | | | **Total Due** | **$31,200.00** |

Pay To The Order Of:
**J. L. Howard  d/b/a  The Copper Star**
Georgia Federal Credit Union
ABA #: **261171309**
Acct. #: **1030008082204**