**EXHIBIT A**

| |
|---|
| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>**Civil Action No. 10-MD-2179-CJB-SS**<br><br>**PTO 66 PARTICULARIZED STATEMENT OF CLAIM**<br>**FOR REMAINING B3 PLAINTIFFS** |

**PLAINTIFF'S FULL NAME:** ___Machelle F. Steiner___

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.     YOUR BACKGROUND INFORMATION**

1.     Current address:

Address Line 1: ___P.O. Box 213___

Address Line 2: _____

City: ___Dauphin Island___     State: ___AL___     Zip: ___36528___

2.     Telephone number: ___251-861-3101___

3.     Maiden or other names used or by which you have been known, and the dates during which you were known by such names: ___Machelle Faye Steiner;___ ___Machelle Isher;___ ___Machelle Hall;___ ___Machelle Wilson___

4.     Date and Place of Birth: ___10/21/1960___     ___Mobile, AL___

5.     Male_____     Female___X___

6.  Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 120 Epinet St<br>Dauphin Island, AL  36528 | 1993 to present |
|  |  |
|  |  |

7.  Employment Information:

A.  Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Self-Employed | 120 Epinet St.<br>Dauphin Island, AL 36528 | 2006-2010 | T-Shirt Business |
| Self-Employed - VoO | 120 Epinet St.<br>Dauphin Island, AL 36528 | May 2010 - May 2011 |  |
| Unemployed |  | May 2011-March 2013 |  |
| Fort Gaines Historic Site | 109 Bienville Blvd Dauphin Island, AL | April 2013 to present | Assistant Manager |

8.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____ No__X__  If *"Yes,"* when were you out of work and why? _____

_____

**B.**     **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.     Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes__X____     No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____          Offshore_____          Both__X___

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes__X____     No_____

12.     Did you handle hazardous materials as part of your cleanup work?

Yes_____     No__X____

13.     Please set forth the following information about your cleanup work:

A.     Your employer(s): _Self-employed to work in the VoO program._____

B.     Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_Not applicable._____

C.     A description of the work performed for employer(s) identified in Question No. 13(A):_Searching for oil along the shore line, inlets, etc. in and around Dauphin Island_

_____

D.     The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _June 4-24, 2010 from approximately 6 a.m. until 4 p.m.; launching at Billy Goat Hole and searching/working the shore line; inlets; etc. in and around Dauphin Island for oil._

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): __Queen Bee II and Queen Bee III.__

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):__Not applicable.__

_____

### 2.   Residents/Tourists

14.  Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes__X__         No_____

15.  Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____         No__X__

16.  List all address(es) at which you resided in 2010:__120 Epinet St, Dauphin Island, AL 36528__

_____

## C.   INFORMATION ABOUT YOUR B3 CLAIM

17.  Are you claiming that you suffered damages from (*Check all that apply*):

_____Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

__X____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both_____

19.     How were you exposed? (*Check all that apply*)

A.     Inhalation            Yes_____      No_____

B.     Dermal (skin) contact    Yes_____      No_____

C.     Ingestion            Yes_____      No_____

D.     Other (please describe):  _____

20.     What was the date(s) of your exposure?

Day: _____     Month: _____     Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____

_____

_____

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25.   *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____        No_____

26.   *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.      NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.   For your non-exposure personal injury, please state:

A.      The nature of your injury:_____

B.      The date(s) of your injury:_____

C.      The location(s) of your injury:_____

D.      The work that you were performing when you sustained your injury:_____

_____

_____

E.      Identify any individual(s) who witnessed your injury:_____

_____

28.   Describe in as much detail as possible the circumstance(s) of your injury: _____

_____

_____

_____

## F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_____

_____

_____

30.     Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_____

_____

_____

_____

_____

31.     On what date did you first report or seek treatment for your injury or illness:
_____

32.     On what date was your injury first diagnosed:_____

_____

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|      |         |
|      |         |

34.   Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |

35.   Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No _____. If "*Yes*,"

   A.   When? _____

   B.   Who diagnosed the injury (or condition) at that time? _____
        _____
        _____

   C.   Who treated the injury (or condition) at that time?_____

36.   Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

      Yes _____ No_____. If "*Yes*,"

   A.   What date did you first experience such injury or condition?_____

   B.   What injury (or condition) was made worse? _____
        _____

37.    Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |

38.    Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes _____    No _____

39.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

_____

40.    Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____   No_____

If "Yes":

A.    From whom did you receive this compensation or reimbursement?_____

_____

B.      When did you receive this compensation or reimbursement?_____

_____

C.      What was the amount of the compensation or reimbursement?_____

_____

## G.      CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.     Is your claim based on a breach of contract?

Yes__X____        No_____

42.     Was the contract that you claim was breached made as part of the VoO Program?

Yes__X____        No_____

43.     Identify the contract that you allege was breached including any associated contract
number (e.g., MVCA number and the parties to the contract):

MVCA 55642    (2 vessels)

_____
 Parties: Machelle Steiner and BP America Production  Company by John F. Johnson

44.     Describe how the contract was breached: Plaintiff has not been fully compensated for time

her vessels spent on the water during the VOO program; time her vessels spent on standby;

and reimbursable costs and expenses.
_____

45.     *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire
and, if applicable, the date(s) you were on-hire:

 Plaintiff signed the MVCA on or about May 13, 2010
_____

_____

46.     *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:
Plaintiff was never placed off-hire.  Plaintiff sent three (3) letters to the program requesting to be
placed off-hire. The off-hire letter was never received.  Plaintiff began using her vessels for personal use
in May of 2011.

47.     Describe specifically the compensatory damages that you claim in your lawsuit, including
the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations
used to arrive at that  amount. Please see detail on next page (pg.11) and attached invoices.
Plaintiff is owed a total of $1,073,265.66 for the period of time (June 3, 2010 - May 6, 2011) for time
 her vessels were deemed on hire.

_____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

Plaintiff has not been paid fully as agreed upon in the terms of the MVCA.
_____

_____

_____

| Queen Bee II | | Queen Bee III | |
|---|---|---|---|
| $23,273.58 | (6/3/2010-6/16/2010) | $23,268.61 | (6/3/2010-6/16/2010) |
| $16,030.08 | (6/17/2010-6/27/2010) | $14,123.45 | (6/17/2010-6/27/2010) |
| $ 3,600 | (6/28/2010-6/30/2010) | $3,600 | (6/28/2010-6/30/2010) |
| $22,400 | (7/1/2010-7/14/2010) | $22,400 | (7/1/2010-7/14/2010) |
| $22,400 | (7/15/2010-7/28/2010) | $22,400 | (7/15/2010-7/28/2010) |
| $22,400 | (7/29/2010-8/11/2010) | $22,400 | (7/29/2010-8/11/2010) |
| $22,400 | (8/12/2010-8/25/2010) | $22,400 | (8/12/2010-8/25/2010) |
| $22,400 | (8/26/2010-9/8/2010) | $22,400 | (8/26/2010-9/8/2010) |
| $12,800 | (9/9/2010-9/16/2010) | $12,800 | (9/9/2010-9/16/2010) |
| $22,400 | (9/17/2010-9/30/2010) | $22,400 | (9/17/2010-9/30/2010) |
| $22,400 | (10/1/2010-10/14/2010) | $22,400 | (10/1/2010-10/14/2010) |
| $22,400 | (10/15/2010-10/29/2010) | $22,400 | (10/15/2010-10/29/2010) |
| $22,400 | (10/30/2010-11/12/2010) | $22,400 | (10/30/2010-11/12/2010) |
| $22,400 | (11/13/2010-11/26/2010) | $22,400 | (11/13/2010-11/26/2010) |
| $22,400 | (11/27/2010-12/10/2010) | $22,400 | (11/27/2010-12/10/2010) |
| $1,600 | (12/2/2010)) | $1,600 | (12/2/2010) |
| $22,400 | (12/11/2010-12/24/2010) | $22,400 | (12/11/2010-12/24/2010) |
| $11,200 | (12/25/2010-12/31/2010) | $11,200 | (12/25/2010-12/31/2010) |
| $22,400 | (1/1/2011-1/14/2011) | $22,400 | (1/1/2011-1/14/2011) |
| $22,400 | (1/15/2011-1/28/2011) | $22,400 | (1/15/2011-1/28/2011) |
| $22,400 | (1/29/2011-2/11/2011) | $22,400 | (1/29/2011-2/11/2011) |
| $22,400 | (2/12/2011-2/25/2011) | $22,400 | (2/12/2011-2/25/2011) |
| $22,400 | (2/26/2011-3/11/2011) | $22,400 | (2/26/2011-3/11/2011) |
| $22,400 | (3/12/2011-3/25/2011) | $22,400 | (3/12/2011-3/25/2011) |
| $22,400 | (3/26/2011-4/8/2011) | $22,400 | (3/26/2011-4/8/2011) |
| $22,400 | (4/9/2011-4/22/2011) | $22,400 | (4/9/2011-4/22/2011) |
| $22,400 | (4/23/2011-5/6/2011) | $22,400 | (4/23/2011-5/6/2011) |

$538,903.66

less $2,330.08 (payment for rebuild power head; misc for boat & motor)

536,573.58   total

$536,992.06

less $299.98  (payment for handheld GPS; VHF Radio)

$536,692.08  total

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____ 6 / 7 _____, 2018

Location (City and State): Mobile, Al

_Machelle F. Steiner_
Signature of Plaintiff*

***Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

Machelle F STEINER
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than _Monday, July 9, 2018_, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

# INVOICE

**Company / Owner**
**(Person to be paid):** Machelle F Steiner
**Address:** P.O Box 213
**City, State, Zip Code:** Dauphin Island, Al 36528
**Phone Number:** 251-861-3101

**INVOICE #** QB-0001
**TODAY'S DATE** 6/17/10

**TO:**
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

**FOR:**
Vessels of Opportunity
**Vessel Name:** Queen Bee II
**Vessel License #:** AL 7879
**BP Contract #** MOB 55642

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| **Beginning Date:** | 6/3/10 |
| **Ending Date:** | 6/16/10 |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

DAUPHIN ISLAND     DIV # 1.

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | 16,800 |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 14 | $200/8hr day | 5,600 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: 4620 Hallmill Rd | | | | |
| Training Class Name: PEC Class | | | | |
| Crew Members: | 2 | 1 | $200/8hr day | 400.00 |
| Basic Boom Deployment | 2 | 1 | | 400.00 |
| & Maintenance | | | | |
| @ Dauphin Is Al | | | | |
| **Specialized Equipment:** | | | | |
| Gas & Oil | | | | 73.58 |
| | | | **TOTAL $** | 23,273.58 |

Once completed
Email Invoices to: voo@danos.com
Fax Invoices to: 985-693-4698
Mail Invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

TOTAl $ 23,273.58

MDL 55642

# INVOICE

**Company / Owner
(Person to be paid):** Machelle F Steiner

**Address:** P.O Box 213

**City, State, Zip Code:** Dauphin Island, Al 36528

**Phone Number:** 251-861-3101

**INVOICE #** QB-0002

**TODAY'S DATE** 6/17/10

**TO:**

BP Vessels of Opportunity

c/o Danos & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

**FOR:**

**Vessels of Opportunity**

**Vessel Name:** Queen Bee I

**Vessel License #:** AL 2275

**BP Contract #** Mob 55642

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| **Beginning Date:** | 6/3/10 |
| **Ending Date:** | 6/16/10 |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

Dauphin Island     DIV # 1

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | 6,800 |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 14 | $200/8hr day | 5,600 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: 4620 Hallsmill Rd | | | | |
| Training Class Name: PEC class | | | | |
| Crew Members: | 2 | 1 | $200/8hr day | 400.00 |
| Basic Boom Deployment | 2 | 1 | | 400.00 |
| & maintenance | | | | |
| @ Dauphin Island | | | | |
| **Specialized Equipment:** | | | | |
| Gas & Oil | | | | 68.61 |
| | | | | |
| | | | **TOTAL $** | 23,268.61 |

Once completed

Email invoices to: voo@danos.com

Fax invoices to: 985-693-4698

Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

TOTAL $ 23,268.61

MoB# 55642

# INVOICE

**Company / Owner (Person to be paid):** Machelle F Steiner
**Address:** PO Box 213
**City, State, Zip Code:** Dauphin Island, Al 36528
**Phone Number:** 251-861-3101

**INVOICE #** QB-0004
**TODAY'S DATE** 6/28/10
June

**TO:**
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

**FOR:**
Vessels of Opportunity
**Vessel Name:** QueenBee II
**Vessel License #:** AL 2275
**BP Contract #** MoB # 55642

*Complete*

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| **Beginning Date:** | 6 / 17 / 10 |
| **Ending Date:** | 6 / 27 / 10 |

**WORK LOCATION - Where did you work out of: Ie...Venice, Mobile, etc.**
Dauphin Island, Al        Div 1.

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 8 | $1,200 / day | 9,600.00 |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 8 | $200/8hr day | 3,200.00 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** June 25 26, 27 | | | | |
| Training Location: 4620 Halls Mill Rd | | | | |
| Training Class Name: Hazwoper 40 Hour Training | | | | |
| Crew Members: Dustin Vickers | 1 | 3 | 300.00 | 900.00 |
| | | | | |
| Rebuilt Power Head | | | | 2,100.00 |
| Specialized Equipment: Misc. For Boat & Motor | | | | 230.08 |
| | | | | |
| | | | **TOTAL $** | 16,030.0 |

TOTAL # 16,030.08
13,700.00

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

MOB 55642

# INVOICE

**Company / Owner**
**(Person to be paid):** Machelle Steiner
**Address:** P.O Box 213
**City, State, Zip Code:** Dauphin Island, Al 36528
**Phone Number:** 251-861-3101

**INVOICE #** QB-004 A
**TODAY'S DATE** 7-15-10

**TO:**
**FOR:**
**BP Vessels of Opportunity**
**Vessels of Opportunity**
**c/o Danos & Curole Staffing, LLC**
**Vessel Name:** Queen Bee II
**Vessel License #:** Al 2275
**PO Box 1460**
**BP Contract #** MOB 55642
**Larose, LA 70373**

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| **Beginning Date:** | 6/17/10 |
| **Ending Date:** | 6/27/10 |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

Dauphin Island, Al          DIV # 1

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Intial Fuel Costs:** | | | | |
| **Crew Member Rates** | | | $200/8hr day | |
| **Crew Member Rates** | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| **Training Location:** | | | | |
| **Training Class Name:** | | | | |
| **Crew Members:** | | | $200/8hr day | |
| Rebuilt Power Head | | | | 2,108.00 |
| Misc for Boat & Motor | | | | 230.08 |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL $** | 2,330.08 |

**Once completed**
Email Invoices to: voo@danos.com
Fax Invoices to: 985-693-4698
Mail Invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

TOTAL # 2,330.08

MOB # 55642

# INVOICE

**Company / Owner**
**(Person to be paid):** Machelle F Steiner
**Address:** P.O Box 213
**City, State, Zip Code:** Dauphin Island, Al 36528
**Phone Number:** 251-861-3101

**INVOICE #** QB-0003
**TODAY'S DATE** 6/28/10

**TO:**
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

Paid

**FOR:**
Vessels of Opportunity
**Vessel Name:** Queen Bee III
**Vessel License #:** AL 7879
**BP Contract #** MOB # 55642

**TIME PERIOD WORKED - (Cannot be a future date)**

**Beginning Date:** 6/17/10

**Ending Date:** 6/27/10

**WORK LOCATION - Where did you work out of: Ia...Venice, Mobile, etc.**

Dauphin Island        DIV # 1

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 8 | $1,200 / day | 9,600.00 |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 8 | $200/8hr day | 3,200.00 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | June 25th, 26th, 27th | | | |
| Training Location: | 4620 Hallsmill Road | | | |
| Training Class Name: | Haz whoper 40 Hour Training | | | |
| Crew Members: | Mathew Steiner | 1 | 3 | $300/8hr day | 900.00 |
| | Haz Whopor | | | | |
| | | | | | |
| | | | | | |
| **Specialized Equipment:** | Gas, Seat, Oil | | | | 123.47 |
| GPS, VHF Radio | | | | 299.98 |
| | | | | | |
| | | | **TOTAL $** | 14,123.45 |

**Once completed**
Email Invoices to: voo@danos.com
Fax Invoices to: 985-693-4698
Mail Invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

TOTAL    $ 14,123.45

# INVOICE

**Company / Owner**
**(Person to be paid):** Machelle F Steiner

**Address:** P.O Box 213

**City, State, Zip Code:** Dauphin Island, Al 36528

**Phone Number:** 251-861-3101

**INVOICE #** QB-0005

**TODAY'S DATE** 7/12/10

**TO:**

**BP Vessels of Opportunity**

**c/o Danos & Curole Staffing, LLC**

**PO Box 1460**

**Larose, LA 70373**

Paid

**FOR:**

**Vessels of Opportunity**

**Vessel Name:** Queen Bee III

**Vessel License #:** AL 7879

**BP Contract #** MOB# 55642

| TIME PERIOD WORKED - (Cannot be a future date) |
|---|
| **Beginning Date:** 6/17/10 |
| **Ending Date:** 6/27/10 |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | | | $200/8hr day | |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| Specialized Equipment: Handheld GPS | | | | 199.99 |
| VHF Radio | | | | 99.99 |
| | | | TOTAL | 299.98 |

Paid  $299.98

**TOTAL $**

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

MOB 55642

# INVOICE

**Company / Owner (Person to be paid):** Machelle Steiner
**Address:** P. O Box 213
**City, State, Zip Code:** Dauphin Island Al 36528
**Phone Number:** 251-861-3701

**INVOICE #** QB 0010
**TODAY'S DATE** 2-14-11

**TO:**
**BP Vessels of Opportunity**
c/o Danos & Curole Staffing, LLC
**PO Box 1460**
Larose, LA 70373

**FOR:**
**Vessels of Opportunity**
**Vessel Name:** Queen Bee II
**Vessel License #:** AL 7879
**BP Contract #** MOB 55642

| TIME PERIOD WORKED - (Cannot be a future date) | | | | |
|---|---|---|---|---|
| Beginning Date: 7-1-10 | | | | |
| Ending Date: 7-14-10 | | | | |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

Dauphin Island, Al        DIV # 2

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | $16,800.00 |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 14 | $200/8hr day | $5,600.00 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | TOTAL $ | 22,400.00 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

TOTAL
$ 22,400.00

*MOB55642*

# INVOICE

**Company / Owner**
**(Person to be paid):** Machelle Steiner

**Address:** P.O Box 213

**City, State, Zip Code:** Dauphin Island, Al 36528

**Phone Number:** 251-861-3101

**INVOICE #** QB-0011

**TODAY'S DATE** 2/14/11

**TO:**

BP Vessels of Opportunity

c/o Danos & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

**FOR:**

Vessels of Opportunity

**Vessel Name:** Queen Bee III

**Vessel License #:** Al2275

**BP Contract #** Mob 55642

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| Beginning Date: | 7 / 1 / 10 |
| Ending Date: | 7 / 14 / 10 |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

Dauphin Island, Al   Div # 1

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | 16,800.0 |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 14 | $200/8hr day | 5,600 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |

**TOTAL $** 22,400.00

Total 22,400.00

Once completed
Email invoices to; voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

MOB 55642

# INVOICE

| | |
|---|---|
| Company / Owner (Person to be paid): | Machelle Steiner |
| Address: | P.O Box 213 |
| City, State, Zip Code: | Dauphin Island Al 36528 |
| Phone Number: | 251-861-3101 |

INVOICE # QB 0012
TODAY'S DATE 2-19-11

TO:

BP Vessels of Opportunity

c/o Danos & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

FOR:

Vessels of Opportunity

Vessel Name: Queen Bee II

Vessel License #: AL 7879

BP Contract # MoB 55642

| TIME PERIOD WORKED - (Cannot be a future date) |
|---|
| Beginning Date: 7-15-10 |
| Ending Date: 7-28-10 |

| WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc. |
|---|
| Dauphin Island, Al          DIV # 2 |

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| Vessel Services: | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | $16,800.00 |
| Intial Fuel Costs: | | | | |
| Crew Member Rates | 2 | 14 | $200/8hr day | $5,600.00 |
| Crew Member Rates | | | $300/12hr day | |
| Crew Member Training | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| Specialized Equipment: | | | | |
| | | | | |
| | | | | |
| | | | TOTAL $ | $22,400.00 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

TOTAL
$22,400.00

MOB55642

# INVOICE

Company / Owner
(Person to be paid): Machelle Steiner

Address: P.O Box 213

City, State, Zip Code: Dauphin Island, Al 36528

Phone Number: 251-861-3107

INVOICE # QB-0013

TODAY'S DATE 2/14/11

TO:

BP Vessels of Opportunity

c/o Danos & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

FOR:

Vessels of Opportunity

Vessel Name: Queen Bee III

Vessel License #: A12275

BP Contract # Mob 55642

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| Beginning Date: | 7/15/10 |
| Ending Date: | 7/28/10 |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

Dauphin Island @ Div #1

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | 16,800.00 |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 14 | $200/8hr day | 5,600.00 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |

TOTAL $ 22,400.00

Total 22,400.00

*MOB 55642*

# INVOICE

| | |
|---|---|
| Company / Owner (Person to be paid): | *Machelle Steiner* |
| Address: | *P. O Box 213* |
| City, State, Zip Code: | *Dauphin Island Al 36528* |
| Phone Number: | *251-861-3701* |

**INVOICE #** *QB-0014*
**TODAY'S DATE** *7-14-11*

**TO:**

**BP Vessels of Opportunity**

c/o Danos & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

**FOR:**

**Vessels of Opportunity**

Vessel Name: *Queen Bee II*

Vessel License #: *AL 7879*

BP Contract # *MOB 55642*

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| Beginning Date: | *7-25-10* |
| Ending Date: | *8-11-10* |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

*Dauphin Island, Al          DIV # 2*

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | *14* | $1,200 / day | *$16,800.00* |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | *2* | *14* | $200/8hr day | *$5,600.00* |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL $** | *$22,400.00* |

*TOTAL $22,400.00*

Once completed
Email invoices to: voo@danos.com
Fax Invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

*MOb55642*

# INVOICE

**Company / Owner**
**(Person to be paid):** Machelle Steiner

**Address:** P.O Box 213

**City, State, Zip Code:** Dauphin Island Al 36528

**Phone Number:** 251-861-3101

**INVOICE #** QB 0015

**TODAY'S DATE** 2/14/11

**TO:**

BP Vessels of Opportunity

c/o Danos & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

**FOR:**

**Vessels of Opportunity**

**Vessel Name:** Queen Bee III

**Vessel License #:** A12275

**BP Contract #** Mob 55642

| TIME PERIOD WORKED - (Cannot be a future date) | | | | |
|---|---|---|---|---|
| **Beginning Date:** | 7 / 29 / 10 | | | |
| **Ending Date:** | 8 / 11 / 10 | | | |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

Dauphin Island Al   Div # 1

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | 16,800 0 |
| **Initial Fuel Costs:** | | | | |
| **Crew Member Rates** | 2 | 14 | $200/8hr day | 5,600.0 |
| **Crew Member Rates** | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |

TOTAL 22,400.00   **TOTAL $** 22,400 00

**Once completed**
**Email Invoices to:** vao@danos.com
**Fax Invoices to:** 985-693-4698
**Mail Invoices to:** Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

MOB 55642

# INVOICE

**Company / Owner**
**(Person to be paid):** Machelle Steiner
**Address:** P. O Box 213
**City, State, Zip Code:** Dauphin Island Al 36528
**Phone Number:** 251-861-3701

**INVOICE #** QB 0016
**TODAY'S DATE** 2-14-11

**TO:**
**BP Vessels of Opportunity**
c/o Danos & Curole Staffing, LLC

PO Box 1460
Larose, LA 70373

**FOR:**
**Vessels of Opportunity**
**Vessel Name:** Queen Bee II
**Vessel License #:** AL 7879
**BP Contract #** MOB 55642

| TIME PERIOD WORKED - (Cannot be a future date) | | | | | |
|---|---|---|---|---|---|
| **Beginning Date:** 8-12-10 | | | | | |
| **Ending Date:** 8-25-10 | | | | | |

| WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc. | | | | | |
|---|---|---|---|---|---|
| Dauphin Island, Al   DIV # 2 | | | | | |

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | $16,800.00 |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 14 | $200/8hr day | $5,600.00 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL $** | 22,400.00 |

TOTAL 022,400.00

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

*Mob55642*

# INVOICE

**Company / Owner (Person to be paid):** Machelle Steiner

**Address:** P.O. Box 213

**City, State, Zip Code:** Dauphin Island, Al 36528

**Phone Number:** 251-861-3101

**INVOICE #** QB 0017

**TODAY'S DATE** 2/14/11

**TO:**

BP Vessels of Opportunity

c/o Danos & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

**FOR:**

**Vessels of Opportunity**

**Vessel Name:** Queen Bee III

**Vessel License #:** Al 2275

**BP Contract #** Mob 55642

| TIME PERIOD WORKED - (Cannot be a future date) | | | | |
|---|---|---|---|---|
| **Beginning Date:** 8/12/10 | | | | |
| **Ending Date:** 8/25/10 | | | | |

| WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc. | | | | |
|---|---|---|---|---|
| Dauphin Island Al   Div # 1 | | | | |

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | 16,800 a |
| **Initial Fuel Costs:** | | | | |
| **Crew Member Rates** | 2 | 14 | $200/8hr day | 5,600 c |
| **Crew Member Rates** | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL $** | 22,400 a |

TOTAL 22,400.00

MOB 55642

# INVOICE

**Company / Owner**
**(Person to be paid):** Machelle Steiner
**Address:** P.o Box 213
**City, State, Zip Code:** Dauphin Island Al 36528
**Phone Number:** 251-861-3701

INVOICE # QB 0018
TODAY'S DATE 2-14-11

**TO:**
**BP Vessels of Opportunity**
**c/o Danos & Curole Staffing, LLC**
**PO Box 1460**
**Larose, LA 70373**

**FOR:**
**Vessels of Opportunity**
**Vessel Name:** Queen Bee II
**Vessel License #:** AL 7879
**BP Contract #** MoB 55642

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| **Beginning Date:** 8-26-10 | |
| **Ending Date:** 9-8-10 | |

| WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc. | |
|---|---|
| Dauphin Island, Al | DIV # 2 |

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | 16,800.00 |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 14 | $200/8hr day | 5,600.00 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | TOTAL $ | 22,400.00 |

TOTAL
$22,400.00

*M0b55642*

# INVOICE

**Company / Owner**
**(Person to be paid):** Machelle Steiner

**Address:** P.O Box 213

**City, State, Zip Code:** Dauphin Island, Al 36528

**Phone Number:** 251-861-3101

**INVOICE #** QB 0019

**TODAY'S DATE** 2/14/11

**TO:**

BP Vessels of Opportunity

c/o Danus & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

**FOR:**

**Vessels of Opportunity**

**Vessel Name:** Queen Bee III

**Vessel License #:** A12275

**BP Contract #** Mob 55642

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| **Beginning Date:** | 8 / 26 / 10 |
| **Ending Date:** | 9 / 8 / 10 |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

Dauphin Island Al Div # 1

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 14 | $1,200 / day | 16,800.00 |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 14 | $200/8hr day | 5,600. |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | $200/8hr day | |
| Crew Members: | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL $** | 22,400. |

TOTAL 22,400.00

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

MOB 55642

# INVOICE

| Company / Owner (Person to be paid): | Machelle Steiner |
| Address: | P.O Box 213 |
| City, State, Zip Code: | Dauphin Island, Al 36528 |
| Phone Number: | 251-861-3701 |

INVOICE # QB 0020
TODAY'S DATE 2-14-11

TO:

**BP Vessels of Opportunity**

c/o Danos & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

FOR:

**Vessels of Opportunity**

Vessel Name: Queen Bee II

Vessel License #: AL 7879

BP Contract # MOB 55642

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| Beginning Date: | 8-9-10 |
| Ending Date: | 9-16-10 |

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

Dauphin Island, Al          DIV # 2

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | 8 | $1,200 / day | 9600.00 |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | 2 | 8 | $200/8hr day | 3200.00 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | TOTAL $ | 12,800.00 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

Total
$ 12,800.00

*MOb55642*

# INVOICE

Company / Owner
(Person to be paid): *Machelle Steiner*

Address: *P.O. Box 213*

City, State, Zip Code: *Dauphin Island, Al 36528*

Phone Number: *251-861-3101*

INVOICE # *QB-0021*

TODAY'S DATE *2/14/11*

TO:

BP Vessels of Oppurtunity

c/o Danus & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

FOR:

Vessels of Oppurtunity

Vessel Name: *Queen Bee III*

Vessel License #: *A12275*

BP Contract # *Mob 55642*

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| Beginning Date: | *9 / 9 / 10* |
| Ending Date: | *9 / 16 / 10* |

WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.

*Dauphin Island Al Div # 1*

| DESCRIPTION | | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **Vessel Services:** | | | | | |
| | Vessel > 65' | N/A | | $3,000 / day | |
| | Vessel >45' - 65' | N/A | | $2,000 / day | |
| | Vessel 30' - 45' | N/A | | $1,500 / day | |
| | Vessel < 30' | N/A | *8* | $1,200 / day | *9,600.0* |
| **Intial Fuel Costs:** | | | | | |
| Crew Member Rates | | *2* | *8* | $200/8hr day | *3,200.0* |
| Crew Member Rates | | | | $300/12hr day | |
| **Crew Member Training** | | | | | |
| Training Location: | | | | | |
| Training Class Name: | | | | $200/8hr day | |
| Crew Members: | | | | | |
| | | | | | |
| | | | | | |
| **Specialized Equipment:** | | | | | |
| | | | | | |
| | | | | | |

*Total 12,800.00*

TOTAL $ *12,800*

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

# INVOICE

pg 1 of 2

MOB# 55642

**Company / Owner**
**(Person to be paid):** Machelle F Steiner

**Address:** P. O Box 213

**City, State, Zip Code:** Dauphin Island, Al 36528

**Phone Number:** 251-861-3101

**INVOICE #** QB-000 6

**TODAY'S DATE** 12-6-10

**TO:**

**BP Vessels of Opportunity**

**c/o Danos & Curole Staffing, LLC**

**PO Box 1460**

**Larose, LA 70373**

Final Decon

**FOR:**

**Vessels of Opportunity**

**Vessel Name:** Queen Bee II

**Vessel License #:** Al 2275

**BP Contract #** MOB# 55 642

| TIME PERIOD WORKED - (Cannot be a future date) | | | | |
|---|---|---|---|---|
| **Beginning Date:** 12/2/10 | | | | |
| **Ending Date:** 12/2/10 | | | | |
| **WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.** | | | | |
| Dauphin Island, Al   Div 1 | | | | |

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | 1 | $2,000 / day | 2,000.00 |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | | 2 | $200/8hr day | 400.00 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | | | $200/8hr day | |
| | | | | |
| | | | | |
| Final Decon | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |

TOTAL 1,600.00    **TOTAL $** 1,600.00

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

# INVOICE  Pg 2 of 2

MOB# 55642

**Company / Owner**
**(Person to be paid):** Machelle F Steiner

**Address:** P. O Box 213

**City, State, Zip Code:** Dauphin Island, Al 36528

**Phone Number:** 251-861-3101

INVOICE # QB-0009
TODAY'S DATE 12-6-10

**TO:**

**BP Vessels of Opportunity**

c/o Danos & Curole Staffing, LLC

PO Box 1460

Larose, LA 70373

Final Decon

**FOR:**

**Vessels of Opportunity**

Vessel Name: Queen Bee I

Vessel License #: Al 7879

BP Contract # MOB# 55642

## TIME PERIOD WORKED - (Cannot be a future date)

**Beginning Date:** 12/2/10

**Ending Date:** 12/2/10

## WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.

Dauphin Island Al Div 1

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| Vessel > 65' | N/A | | $3,000 / day | |
| Vessel >45' - 65' | N/A | 1 | $2,000 / day | 1,200.00 |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Intial Fuel Costs:** | | | | |
| Crew Member Rates | | 2 | $200/8hr day | 400.00 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: | | | | |
| Training Class Name: | | | | |
| Crew Members: | Final Decon | | $200/8hr day | |
| | | | | |
| | | | | |
| | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL $** | 1,600.00 |

Total 1,600.00

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373