UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *No. 13-5367* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Considering the Motion for Substitution of Counsel (Rec. Doc. 24946);

IT IS ORDERED that the Motion is GRANTED and Reed S. Bennett and the Law Office of Reed S. Bennett are enrolled and substituted as counsel of record for Mark Canfora in the referenced case in place of Brent Coon and Brent Coon & Associates, who are hereby withdrawn as counsel of record for Mark Canfora.

New Orleans, Louisiana, this 4th day of October, 2018.

_____
United States District Judge