UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *No. 12-970* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Before the Court are several motions pertaining to claims that are or were on a Moratoria Hold in the Economic and Property Damages Settlement Program ("Settlement"):

- Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims (Rec. Doc. 11156)

- BP's Motion for Leave to File a Sur-Reply in Opposition to Class Counsel's Motion to Authorize the Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims (Rec. Doc. 11541)

- BP's Motion to File Under Seal BP's Sur-Reply (Rec. Doc. 11542)

- ArcelorMittal LaPlace, LLC's Motion to Enforce Settlement Agreement or, in the Alternative, Motion for Aid in Consummation of Settlement (Rec. Doc. 22196)

- Turner Industries Group, L.L.C.'s Motion to Confirm its Settlement Rights as a BEL Claimant (Rec. Doc. 22755)

- ArcelorMittal LaPlace, LLC, et al.'s Joint Motion for Status Conference (Rec. Doc. 23490)

- Claimant ID 100036154 and Claimant ID 100036101's Motion to Compel the Claims Administrator to Process Claims (Rec. Doc. 23726)

- Turner Industries Group, L.L.C.'s Second Motion for Confirmation of Settlement Rights as a BEL Claimant or Status Conference (Rec. Doc. 23854)

On October 3, 2018, the Court issued an Order [Regarding Remaining Claims in the Economic and Property Damages Settlement that Are Subject to Moratoria Hold] that excluded all claims from the Settlement that were still on Moratoria Hold and permitted those claimants to proceed in litigation by filing a lawsuit and complying with certain procedures by specified dates. (Rec. Doc. 24945.) Consequently, to the extent the above motions pertain to claims that were still on Moratoria Hold as of October 3, 2018, those motions are DENIED in light of the Order (Rec. Doc. 24945). To the extent the above motions pertain to claims that were not on Moratoria Hold as of October 3, 2018 (e.g., because the claimant previously reached a settlement with the Court-appointed Neutrals or the Claims Administrator previously lifted the Moratoria Hold on that claim), those motions are MOOT.

Accordingly,

IT IS ORDERED that the above Motions (Rec. Docs. 11156, 11541, 11542, 22196, 22755, 23490, 23726, 23854) are DENIED and/or MOOT.

New Orleans, Louisiana, this 4th day of October, 2018.

_____
United States District Judge