IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br><br>Civil Action No. 2:17-cv-06800<br><br>Michael E. Dean v. British Petroleum (BP) Oil Company | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## MOTION TO CORRECT CLERICAL ERROR

Plaintiff, Michael E. Dean, by and through his undersigned counsel, hereby respectfully moves this Court pursuant to Rule 60(a) of the Federal Rules of Civil Procedure to correct a clerical error in the Order dated September 6, 2018, Document 13 ("Order").

Plaintiff filed a pro se complaint on May 15, 2017. It appears from the Order that BP identified this case as one that was dismissed for failing to comply with PTO-60 and/or PTO-63. This is factually incorrect. Plaintiff's case has never been dismissed. Thus, closing the case file is inappropriate.

The grounds for this motion are fully set forth in the Memorandum of Law in Support of this Motion filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court correct the clerical error in its Order by removing this case from the cases listed as being "Previously Dismissed for Non-Compliance with PTO 60 and/or PTO 63". The case appears as the last case on the list; number 665.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiff Michael E. Dean*

Dated:   October 4, 2018