## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | Civil Action No. 2:10-MD-02179 |
| | SECTION: J |
| **Applies to:** | JUDGE CARL BARBIER |
| Civil Action No. 2:17-cv-06800 | MAG. JUDGE WILKINSON |
| Michael E. Dean v. British Petroleum (BP) Oil Company | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney, Paul A. Dominick, shall be added as counsel for Plaintiff, Michael E. Dean, in the above captioned matter. Pursuant to Rule 5, Federal Rules of Civil Procedure, all pleadings, notices and other papers should be served upon the undersigned at the address indicated below.

Respectfully Submitted,

/s/ Paul A. Dominick

Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

*Counsel for Plaintiff Michael E. Dean*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on October 4, 2018.

/s/ Paul A. Dominick
Paul A. Dominick