# Exhibit B – Affidavit of Marilyn Trevino

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br><br>Civil Action No. 2:17-cv-03027<br><br>**Mohammed A. Assi v. BP Exploration & Production, Inc. et al** | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## AFFIDAVIT OF MARILYN J. TREVINO

I, Marilyn J. Trevino, personally appeared before a notary public, and after being sworn, I state the following:

1. I am the paralegal for Paul A. Dominick with the law firm of Nexsen Pruet, LLC and have been with the firm in this capacity for twenty-one (21) years.

2. I was the person responsible for combining the various exhibits with the completed Particularized Statement of Claim along with the signature page.

3. The complete the Particularized Statement of Claim required digitally merging of numerous documents into a single, easily-digestible file due to the complexities of the answers to many questions. The computer program Plaintiff's counsel used to perform the merging (Adobe Acrobat) malfunctioned numerous times causing clerical errors in the documents.

4. Quality checks were performed on the Particularized Statements of Claim and documents to catch any clerical errors before they were submitted on behalf of more than 700 clients represented by our firm. The quality checks revealed clerical problems with several of the

Particularized Statements of Claim before they were sent to BP and Plaintiffs' Steering Committee. These were corrected. Unfortunately, some of the clerical errors (like the one at issue for Plaintiff Mohammed Assi) were not caught.

5. Plaintiff Mohammed Assi signed his Attestation page on April 19, 2018. It was received by our firm prior to completion of the merger of the documents and the file being sent to BP and PSC on July 7, 2018.

6. This Affidavit is offered in support of the Response to the Rule to Show Cause for Pretrial Order ("PTO") 66 dated October 4, 2018.

_____
Marilyn J. Trevino

SWORN to before me,

this 4th day of October, 2018.

_____
Notary Public for South Carolina
My commission expires: 12/11/2025

