# Exhibit C – Mohammd Assi's Attestation Page

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __15 - 4__, 2018

Location (City and State): __New Orleans, LA__

__Moh Assi__
Signature of Plaintiff*

*__Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf.__  *For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

__Mohammad Assi__
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than __Monday, July 9, 2018__, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |