# Exhibit B – Quient Liddell's Signed Medical Settlement Opt-Out

Date: 6/28/12

Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Re: Request to Opt Out

Dear Claims Administrator:

**I wish to exclude myself from and hereby opt out of the Medical Benefits Settlement Class.** I understand that I will not be able to make a claim or receive any payment under the Medical Benefits Settlement as a result of this request. Please find my information below and a copy of my driver's license or other government-issued identification attached hereto.

Printed Name: Quent C Liddell
First — Middle — Last

Address: 4236 Dr MLK Blvd
Moss Point MS 39563

Phone Number: (228) 437-2873

Date of Birth: 4/13/92

Sincerely,

Quent Liddell
Signature