IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br><br>Civil Action No. 2:17-cv-04459<br><br>Demetria Morris v. BP Exploration & Production, Inc. et. al. | Civil Action No. 2:10-MD-02179<br><br>SECTION: J(2)<br><br><br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## RESPONSE TO RULE TO SHOW CAUSE

Plaintiff Demetria Morris ("Plaintiff"), through her undersigned attorneys, responds the Rule to Show Cause issued by this Court on September 20, 2018, as follows:

On April 9, 2018, this Honorable Court issued PTO No. 66, which required all plaintiffs compliant with PTO No. 63 to submit a Particularized Statement of Claim to counsel for BP and the Plaintiffs' Steering Committee ("PSC"). Pursuant to PTO No. 66 and before the deadline imposed by the Court, Plaintiff sent her Particularized Statement of Claim ("PTO-66 Statement") to counsel for BP and Plaintiffs' Steering Committee. Plaintiff's PTO-66 Statement is attached hereto as Exhibit "A".

PTO No. 66 provided that BP would submit to this Court a list of plaintiffs who "made some form of submission in response to PTO 66, but whose submissions BP in good faith believes are "*materially deficient*" for one or more identified reasons." *See,* PTO No. 66 (emphasis added). According to the submitted Exhibit 4 to this Court's Order, BP deemed Plaintiff's pleading non-compliant with PTO No. 66 based solely upon Plaintiff being as a "GRG Confirmed Class

Member". Plaintiff, by and through his undersigned counsel, requests that this Court consider the following and deem this Plaintiff in compliance with PTO No. 66.

Plaintiff signed her Medical Settlement Opt-Out on June 30, 2012. Plaintiff's signed Medical Settlement Opt-Out attached as Exhibit "B". Plaintiff's opt out form was mailed by Plaintiff's counsel with other Medical Settlement Opt-Outs on October 23, 2012. Plaintiff's opt-out was accepted by BP and this Court as a valid opt out. See Exhibit "C" attached hereto. Although BP identified Plaintiff's statement as non-compliant with PTO No. 66 because she was deemed as "GRG Confirmed Class Member", this statement by BP was not supported by any evidence. Counsel for Plaintiff has no knowledge of Plaintiff pursuing, or receiving, compensation as a member of the class.

On February 2, 2017, the Court issued PTO No. 63 which required the filing of individual complaints and the submission of a sworn statement. A full, updated list of all PTO No. 63-compliant Plaintiffs is filed in this case as Document No. 24268-1. Plaintiff complied with the requirements of PTO 63 and was noted as such on this Court's order as compliant with Pretrial Order No. 63, dated July 18, 2017. See listing of Plaintiff's case on Compliance List attached as Exhibit "D" hereto.

If BP believed Plaintiff was a member of the class, it had the opportunity to raise this issue when reviewing the opt outs and the PTO-63 submission. It is only now, nearly six years after Plaintiff opted out of the class, that BP is contesting his status as a valid opt out.

## **CONCLUSION**

Thus far, Plaintiff has completed all of the requirements the Court has imposed upon her, and has shown proper cause to avoid dismissal of her case. Considering the above, it would be a

grave injustice for the Court to dismiss Plaintiff's claim. Accordingly, the Court should find Plaintiff to be in compliance with PTO-66.

Respectfully Submitted,

 /s/ Paul A. Dominick
Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Dated:   October 4, 2018			*Counsel for Plaintiff, Demetria Morris*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response to Rule to Show Cause has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on October 4, 2018.

/s/ Paul A. Dominick
Paul A. Dominick