# Exhibit B – Demetria Morris' Signed Opt-out

Date: 10-31-12

Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Re: Request to Opt Out

Dear Claims Administrator:

**I wish to exclude myself from and hereby opt out of the Medical Benefits Settlement Class.** I understand that I will not be able to make a claim or receive any payment under the Medical Benefits Settlement as a result of this request. Please find my information below and a copy of my <u>driver's license or other government-issued identification</u> attached hereto.

Printed Name: Demetric L Morris
  First / Middle / Last

Address: 505 Freeview Ave
Bay Minette, Ala 36507

Phone Number: (251) 423-0920 or 251 318-3198

Date of Birth: 03-15-74

**Sincerely,**

Demetric L Morris
Signature