# Exhibit C – Page from Notice of Joint Filing of the Declaration of Matthew Garretson, ECF No. 7989



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 1137 | | Morgan | Taccari | | | | |
| 1138 | | Morgan | Tiffany | | | | |
| 1139 | | Morris | Demetria | | | | |
| 1140 | | Morrison | Kimberly | | | | |
| 1141 | | Morrison | Norma | | | | |
| 1142 | | Morrissette | Katherine | | | | |
| 1143 | | Morrone | Jack | | | | |
| 1144 | | Mullin | Bethany | | | | |
| 1145 | | Murphy | Lorinzo | | | | |
| 1146 | | Murray | Greg | | | | |
| 1147 | | Murray | Kelvin | | | | |
| 1148 | | Murray | Max | | | | |
| 1149 | | Murray | Paula | | | | |
| 1150 | | Myles | Donna | | | | |
| 1151 | | Myles | Russell | | | | |
| 1152 | | Nadeau | Lillian | | | | |
| 1153 | | Nall | Glen | | | | |
| 1154 | | Nance | Jimmy | | | | |
| 1155 | | Nanni | Louis | | | | |
| 1156 | | Naples | John | | | | |
| 1157 | | Naquin | Bryant | | | | |
| 1158 | | Naquin | Velma | | | | |
| 1159 | | Nathan | Issac | | | | |
| 1160 | | Naylor | Kaneika | | | | |
| 1161 | | Nehlig | Chris | | | | |
| 1162 | | Nelson | Helton | | | | |
| 1163 | | Nelson | James | | | | |
| 1164 | | Nelson | Robert | | | | |
| 1165 | | Nelson | Tamara | | | | |
| 1166 | | Nelson Jr. | Ricky | | | | |
| 1167 | | Nestle | Stephen | | | | |
| 1168 | | Netherland | Jonathan | | | | |
| 1169 | | Newby | June | | | | |
| 1170 | | Newsome | Samuel | | | | |
| 1171 | | Newton | Brandon | | | | |
| 1172 | | Nguyen | Andy | | | | |
| 1173 | | Nguyen | Hillary | | | | |
| 1174 | | Nguyen | Hung | | | | |
| 1175 | | Nguyen | Hung | | | | |
| 1176 | | Nguyen | Kha | | | | |
| 1177 | | Nguyen | Kim | | | | |