# Exhibit D – Excerpt from Updated PTO 63 Compliance List, ECF No. 24268

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Meadows, Alton Rockford | 13-cv-01746 |
| Medel, Jesse Cantu III | 17-cv-03564 |
| Merchant, Raymond Joe | 15-cv-04290 |
| Michael, Frank | 17-cv-04563 |
| Michael, Trai Christian | 17-cv-03565 |
| Micheln, Britney | 17-cv-04437 |
| Mickles, Shantae L. | 17-cv-03566 |
| Mielke, Blair Christopher | 17-cv-03205 |
| Miles, Debra | 13-cv-02715 |
| Millender, Raymond L. | 17-cv-04439 |
| Miller, Carolyn | 17-cv-04441 |
| Miller, James A. | 17-cv-02678 |
| Miller, Jerry | 17-cv-04444 |
| Miller, Taschet Lakennor Henderson | 17-cv-03569 |
| Miller, Timothy Bennett | 17-cv-03398 |
| Mills, Kenneth A. | 17-cv-04448 |
| Milsap, Angela Denise | 17-cv-04449 |
| Milsap, Dennis Jerome | 17-cv-04451 |
| Miner, Michael | 17-cv-04073 |
| Minton, Lee Alexander | 17-cv-03400 |
| Moore, Albert B. III | 17-cv-03571 |
| Moore, Albert R. IV | 17-cv-03572 |
| Moore, Anthony | 17-cv-04453 |
| Moore, Anthony Wayne | 17-cv-04454 |
| Moore, April | 17-cv-04456 |
| Moore, Charles Cary Jr. | 17-cv-03573 |
| Moore, Cheryl R. | 17-cv-04657 |
| Moore, Cynthia | 17-cv-04074 |
| Moore, Dennis | 17-cv-03574 |
| Moore, Felicia | 17-cv-03576 |
| Moore, Kendall | 17-cv-03402 |
| Moore, Sandra Ann | 17-cv-04457 |
| Moorere, Holly Delois | 17-cv-04461 |
| Moreau, Elizabeth Renee | 16-cv-05754 |
| Morgan, James | 17-cv-03187 |
| Morgan, Taccari | 17-cv-03579 |
| Morris, Demetria L. | 17-cv-04459 |
| Murphy, Lorinzo | 13-cv-01031 |
| Murray, Kelvin Duvonce | 17-cv-03582 |
| Nance, Jimmy | 17-cv-04462 |
| Naples, John David | 12-cv-02564 |
| Naquin, Bryant Antoine | 17-cv-03584 |
| Naquin, Velma | 17-cv-03586 |
| Naylor Williams, Kaneika | 17-cv-04636 |
| Nehlig, Chris E. | 17-cv-03376 |
| Nelson, Robert Jr | 17-cv-04075 |