# Exhibit B – Joe Locke's Signed Medical Opt-out

Date: 6/26/12

Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

    Re: Request to Opt Out

Dear Claims Administrator:

**I wish to exclude myself from and hereby opt out of the Medical Benefits Settlement Class.** I understand that I will not be able to make a claim or receive any payment under the Medical Benefits Settlement as a result of this request. Please find my information below and a copy of my <u>driver's license or other government-issued identification</u> attached hereto.

Printed Name: Joe (First) Lewis (Middle) Locke (Last)

Address: 514 Schwarz St
Mobile, AL 36617

Phone Number: (251) 285-8570 or (251) 289-7606

Date of Birth: Dec. 31, 1980

**Sincerely,**

Joe Locke
Signature