# Exhibit C – Page from Notice of Joint Filing of the Declaration of Matthew Garretson, ECF No. 7989

Case 2:10-md-02179-CJB-JCW Document 7989-14 Filed 11/27/12 Page 24 of 44



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 938 | | Leverette | Shannon | | | | |
| 939 | | Levi | Courtney | | | | |
| 940 | | Lewis | Glenda | | | | |
| 941 | | Lewis | Lashona | | | | |
| 942 | | Lewis | Sherrie | | | | |
| 943 | | Lewis | Steven | | | | |
| 944 | | Lewis | Ulyses | | | | |
| 945 | | Liddell | Kendrick | | | | |
| 946 | | Liddell | Quient | | | | |
| 947 | | Liger | Angie | | | | |
| 948 | | Limesand | Kurt | | | | |
| 949 | | Link | Paul | | | | |
| 950 | | Lirette | Raymond | | | | |
| 951 | | Litzinger | David | | | | |
| 952 | | Livingston | Hubert | | | | |
| 953 | | Locke | Joe | | | | |
| 954 | | Loftus | Wesley | | | | |
| 955 | | Logan | Ralph | | | | |
| 956 | | Lohman | Nicole | | | | |
| 957 | | Lohrengel | Christopher | | | | |
| 958 | | Long, II | George | | | | |
| 959 | | Loomis | Adrain | | | | |
| 960 | | Loomis | Lisa | | | | |
| 961 | | Loper | Chrisco | | | | |
| 962 | | Lopez | Irene | | | | |
| 963 | | Lopez | Rafael | | | | |
| 964 | | Lott | Kevin | | | | |
| 965 | | Loveland | Morris | | | | |
| 966 | | Lovett | Lauren | | | | |
| 967 | | Luckes | Bernard | | | | |
| 968 | | Lucky | Ethel | | | | |
| 969 | | Lumpkin | April | | | | |
| 970 | | Lumpkin | Joseph | | | | |
| 971 | | Lundy | Luke | | | | |
| 972 | | Lunstrum | Kurt | | | | |
| 973 | | Lutin | Frederick | | | | |
| 974 | | Lyons | Connie | | | | |
| 975 | | Lyons | Tarleton | | | | |
| 976 | | Maas | John | | | | |