## UNITD STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** * | | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | | |
| Of Mexico, on April 20, 2010  * | | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | | |
| *All Cases in Pleading Bundle B3* * | | **MAG. JUDGE WILKINSON** |

| | | |
|---|---|---|
| **CHRISTOPHER GREEN,** | * | **CIVIL ACTION NO.: 2:17-cv-03191** |
| | * | **SECTION J** |
| **PLAINTIFF** | | |
| | * | **JUDGE BARBIER** |
| **VERSUS** | | |
| | * | **MAG. JUDGE WILKINSON** |
| **BP EXPLORATION & PRODUCTION,** | * | |
| **INC., BP AMERICA PRODUCTION** | | |
| **COMPANY, BP P.L.C.,** | * | |
| **TRANSOCEAN LTD., TRANSOCEAN** | | |
| **OFFSHORE DEEPWATER DRILLING** | * | |
| **INC., TRANSOCEAN DEEPWATER** | | |
| **INC., TRANSOCEAN HOLDINGS LLC,** | * | |
| **TRITON ASSSET LEASING GMBH,** | | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC.,** | | |
| | * | |
| **DEFENDANTS.** | | |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
### RE: COMPLIANCE WITH PTO 66

Plaintiff, Christopher Green, hereby files his Response to this Court's September 20, 2018 Order to Show Cause Re: Compliance with PTO 66, and respectfully states as follows:

1.      On April 9, 2018, the Court issued Pretrial Order No. 66 ("PTO 66"), which required all remaining B3 Plaintiffs to submit and sign a Particularized Statement of Claim by July 9, 2018.

2. On July 5, 2018, Plaintiff Christopher Green submitted his completed and signed Particularized Statement of Claim to Defendants. *See* Exhibit "A".

3. In response to question 32 on the submitted Particularized Statement of Claim, Plaintiff Christopher Green inadvertently and mistakenly responded "N/A."

4. On September 18, 2018, Plaintiff Christopher Green realized his mistake and submitted an Amended Particularized Statement of Claim changing his response to question 32 and amending his response to question 31 as well. *See* Exhibit "B".

5. On September 21, 2018, undersigned counsel spoke to defense counsel, Vanessa Barsanti of Kirkland & Ellis, LLP, who confirmed that Plaintiff's PTO 66 submission was in fact deemed materially deficient because of his initial response to question 32.

WHEREFORE, Plaintiff has cured the deficiency and respectfully requests that the Court refrain from dismissing this claim, and allow him the opportunity to continue to pursue his claims for damages.

October 5, 2018

Respectfully submitted,

s/ Merritt E. Cunningham
Michael G. Stag, Esquire
Louisiana Bar Number: 23314
mstag@stagliuzza.com
Merritt E. Cunningham
Louisiana Bar Number: 32843
mcunningham@ stagliuzza.com
Ashley M. Liuzza, Esquire
Louisiana Bar Number: 34645
aliuzza@ stagliuzza.com
Matthew D. Rogenes, Esquire
Louisiana Bar Number: 36652
mrogenes@ stagliuzza.com
STAG LIUZZA, LLC
365 Canal St., Ste. 2850
New Orleans, LA 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

Kelley B. Stewart, Esquire
Florida Bar Number: 492132
kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
Florida Bar Number: 975990
mryan@krupnicklaw.com
Joseph J. Slama, Esquire
Florida Bar Number: 476171
jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
Florida Bar Number: 112495
jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
Florida Bar Number: 224499
kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
Florida Bar Number: 0097771
cacevedo@krupnicklaw.com
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7th Street, Suite 801
Ft. Lauderdale, Florida 33301-3434
(954) 763-8181 telephone
(954) 763-8292 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of October, 2018.

s/ Merritt E. Cunningham<br>
Merritt E. Cunningham