# UNITD STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** *All Cases in Pleading Bundle B3* | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **DAVID LANDRIEU and KIMBERLY FLAIR,** | * | CIVIL ACTION NO.: 2:17-cv-03161 |
| | * | SECTION J |
| PLAINTIFFS | | |
| | * | JUDGE BARBIER |
| VERSUS | | |
| | * | MAG. JUDGE WILKINSON |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., | * * * * * | |
| DEFENDANTS. | * | |

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
## RE: COMPLIANCE WITH PTO 66

Plaintiffs, David Landrieu and Kimberly Flair, hereby file their Response to this Court's September 20, 2018 Order to Show Cause Re: Compliance with PTO 66, and respectfully state as follows:

**David Landrieu**

1. On April 9, 2018, the Court issued Pretrial Order No. 66 ("PTO 66"), which required all remaining B3 Plaintiffs to submit and sign a Particularized Statement of Claim by July 9, 2018.

2. On July 5, 2018, Plaintiff David Landrieu, husband of Plaintiff Kimberly Flair, submitted his completed and signed Particularized Statement of Claim to Defendants. *See* Exhibit "A".

3. In response to question 17 on the submitted Particularized Statement of Claim, Plaintiff David Landrieu mistakenly and inadvertently checked that he suffered damages from bodily injury other than exposure to oil and/or dispersants.

4. On September 18, 2018, Plaintiff David Landrieu realized his mistake and submitted an Amended Particularized Statement of Claim correctly responding to question 17, and also responding to question 20 with more specificity. *See* Exhibit "B".

5. On September 21, 2018, undersigned counsel spoke to defense counsel, Vanessa Barsanti of Kirkland & Ellis, LLP, who confirmed that Plaintiff David Landrieu's PTO 66 submission was in fact deemed materially deficient because of his initial response to question 17.

6. Now that Plaintiff has cured the deficiency, he respectfully requests that the Court refrain from dismissing this claim, and allow him the opportunity to continue to pursue his personal injury claims.

**Kimberly Flair**

7. As explained above, Plaintiff David Landrieu, husband of Plaintiff Kimberly Flair, submitted a Particularized Statement of Claim to defendants on July 5, 2018, and an amended Particularized Statement of Claim on September 18, 2018. *See* Exhibits "A" and "B".

8. All of the requests for information and questions on the PTO 66 Particularized Statement of Claim For Remaining B3 Plaintiffs were phrased in terms of direct personal injury. See, e.g., 10. Was **your** cleanup work performed (on land) or offshore (on the water)? 17. Are you claiming that **you** suffered damages from bodily injury from exposure to oil and/or dispersants, bodily injury other that exposure to oil and/or dispersants..? 31. On what date did **you** first report or seek treatment for your injury or illness? (emphasis added)

9. In Plaintiff David Landrieu's Particularized Statements of Claim, claims for loss of consortium relating to his wife, Plaintiff Kimberly Flair, **were** presented, and both Statements included an Attestation page signed by Plaintiff Kimberly Flair.

10. Kimberly Flair is not making any claim as to bodily injury for herself, but is bringing a derivative claim for loss of consortium related to the bodily injury her husband, and Plaintiff, David Landrieu, has sustained.

11. Since Kimberly Flair's claim is derivative of her husband's bodily injury claim, and she was not and is not a B3 claimant, it was not known that an individual Particularized Statement of Claim needed to be filed on her behalf as well.

12. In an abundance of caution, a Particularized Statement of Claim for Plaintiff Kimberly Flair's loss of consortium claim has been completed, signed, and submitted to Defendants on October 1, 2018. *See* Exhibit "C".

WHEREFORE, Plaintiff Kimberly Flair respectfully requests that the Court refrain from dismissing this claim, and allow her the opportunity to continue to pursue her claim for loss of consortium damages.

October 5, 2018                                                      Respectfully submitted,

                                                                     s/ Merritt E. Cunningham
                                                                     Michael G. Stag, Esquire

Louisiana Bar Number: 23314
mstag@stagliuzza.com
Merritt E. Cunningham
Louisiana Bar Number: 32843
mcunningham@ stagliuzza.com
Ashley M. Liuzza, Esquire
Louisiana Bar Number: 34645
aliuzza@ stagliuzza.com
Matthew D. Rogenes, Esquire
Louisiana Bar Number: 36652
mrogenes@ stagliuzza.com
STAG LIUZZA, LLC
365 Canal St., Ste. 2850
New Orleans, LA 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

Kelley B. Stewart, Esquire
Florida Bar Number: 492132
kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
Florida Bar Number: 975990
mryan@krupnicklaw.com
Joseph J. Slama, Esquire
Florida Bar Number: 476171
jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
Florida Bar Number: 112495
jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
Florida Bar Number: 224499
kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
Florida Bar Number: 0097771
cacevedo@krupnicklaw.com
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7th Street, Suite 801
Ft. Lauderdale, Florida 33301-3434
(954) 763-8181 telephone
(954) 763-8292 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of October, 2018.

s/ Merritt E. Cunningham
Merritt E. Cunningham
