**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Kimberly A. Flair

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 5617 Ruth Street
   Address Line 2:
   City: Metairie     State: LA     Zip: 70003
2. Telephone number: (504) 451-6867
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A
4. Date and Place of Birth: REDACTED New Orleans, LA
5. Male ____     Female X

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 5617 Ruth St, Metairie, LA 70003 | Prior to 2008 - Present |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Christian Brothers School | 4600 Canal St., New Orleans, LA 70119 | June 2016 to present | Assistant Principal & Science Teacher |
| Jefferson Parish Public Schools | 501 Manhattan, Harvey, LA 70058 | Prior to 2008 to June 2016 | Science Teacher |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes_____ No  X  If *"Yes,"* when were you out of work and why? _____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____    No **X**_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.   Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____    Offshore_____    Both_____

11.   Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____    No_____

12.   Did you handle hazardous materials as part of your cleanup work?

   Yes_____    No_____

13.   Please set forth the following information about your cleanup work:

   A.   Your employer(s): **N/A**

   B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A): **N/A**

   C.   A description of the work performed for employer(s) identified in Question No. 13(A): **N/A**

   D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): **N/A**

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): **N/A**

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): **N/A**

### 2. Residents/Tourists

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____    No **X**

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____    No **X**

16. List all address(es) at which you resided in 2010: **5617 Ruth St, Metairie, LA 70003**

### C. INFORMATION ABOUT YOUR B3 CLAIM

17. Are you claiming that you suffered damages from (*Check all that apply*):

    _____ Bodily injury from exposure to oil and/or dispersants

    **X** Bodily injury other than from exposure to oil and/or dispersants (Loss of consortium claim for Plaintiff spouse's, David J. Landrieu, personal injury due to exposure to oil and/or dispersants.)

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.      EXPOSURE CLAIMS**

18.   Were you exposed to oil, dispersants, or both?

      Oil_____          Dispersants_____          Both_____

19.   How were you exposed? (*Check all that apply*)

    A.   Inhalation              Yes_____    No_____

    B.   Dermal (skin) contact   Yes_____    No_____

    C.   Ingestion               Yes_____    No_____

    D.   Other (please describe): _____

20.   What was the date(s) of your exposure?

    Day: _____   Month: _____   Year: _____

21.   How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

22.   What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

23.   For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____

_____

_____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____   No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: _____

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: Loss of consortium claim for Plaintiff spouse's, David J. Landrieu, personal injury due to exposure to oil and/or dispersants.

    B. The date(s) of your injury: Approximately June 7, 2010 to present

    C. The location(s) of your injury: 5617 Ruth St, Metairie, LA 70003

    D. The work that you were performing when you sustained your injury: Plaintiff Kimberly A. Flair was employed as a teacher. Plaintiff's spouse, Plaintiff David J. Landrieu, who was exposed to oil and/or dispersants was a consultant when he sustained his injuries.

    E. Identify any individual(s) who witnessed your injury:
    David J. Landrieu

28. Describe in as much detail as possible the circumstance(s) of your injury:
    Attachment A

F.  **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____
    Attachment B

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
    Plaintiff's damages did not present until after her husband's toxic exposure.
    See also response to question no. 39.

31. On what date did you first report or seek treatment for your injury or illness:
    Plaintiff Kimberly A. Flair has not sought treament for loss of consortium claim.

32. On what date was your injury first diagnosed: Plaintiff Kimberly A. Flair has not been diagnosed.
    Plaintiff's spouse, David J. Landrieu, was diagnosed on approximately June 14, 2011.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| None | See plaintiff David J. Landrieu's Statement of Claim previously submitted on 7/5/2018 for his diagnosis details. |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| None | See plaintiff David J. Landrieu's Statement of Claim previously submitted on 7/5/2018 for his diagnosis details. |
|      |         |
|      |         |
|      |         |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No X_____ . If *"Yes,"*

    A. When? N/A

    B. Who diagnosed the injury (or condition) at that time? N/A

    C. Who treated the injury (or condition) at that time? N/A

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____ No X_____ . If *"Yes,"*

    A. What date did you first experience such injury or condition? N/A
    B. What injury (or condition) was made worse? N/A

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
| --- | --- |
| Dennis Occhipinti, MD | 470 S. I-10 Service Road West, Suite 110, Metairie, LA 70006 |
| Miguel Rivera, MD | 3939 Houma Blvd., Suite 216, Metairie, LA 70006 |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes _____  No  X

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

   **See attached Exhibit C**

   **Also, see plaintiff David J. Landrieu's Statement**

   **of Claim submitted on 7/5/2018 and amended on 9/17/2018.**

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes _____  No  X

   If "Yes":

   A. From whom did you receive this compensation or reimbursement? **N/A**

B.    When did you receive this compensation or reimbursement?_____

**N/A**

C.    What was the amount of the compensation or reimbursement?_____

**N/A**

G. **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____   No **X**_____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____   No **X**_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    **N/A**

44. Describe how the contract was breached:_____

    **N/A**

45. *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

    **N/A**

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

    **N/A**

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

    **N/A**

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

**N/A**

Attachment A

Plaintiff Kimberly Flair was at all relevant times the spouse of Plaintiff David Landrieu, and, as such, is entitled to the services, society and companionship of her spouse. Plaintiff Kimberly Flair's spouse suffered bodily injuries as a result of toxic exposure to oil and/ or dispersants. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff Kimberly Flair was deprived of the comfort and enjoyment of the services and society of her spouse, has suffered and will continue to suffer economic loss, and has otherwise been emotionally and economically injured. Her injuries and damages are permanent and will continue into the future

Attachment B

Plaintiff Kimberly Flair's spouse suffered from infection with Vibrio Vulnificus, causing cellulitis in his right leg, a fever of 104 degrees, and extreme nausea. He continues to suffer and continues to suffer from hot flashes, skin irritation, increased risk of cellulitis, dizziness, tingling and weakness in his extremeties, insomnia, loss of concentration, irritability, anxiety, leg and lower back pain, weight gain. As a result of her spouse's injuries, Plaintiff Kimberly Flair has been deprived of the comfort and enjoyment of the services and society of her spouse. Further, she has suffered and will continue to suffer economic loss because her husband has been unable to work due to his toxic exposure and has incurred, and will continue to incur, exorbitant medical expenses.

Kimberly Flair

## Attachment C

Plaintiff Kimberly Flair was at all relevant times the spouse of Plaintiff David Landrieu, and, as such, is entitled to the services, society and companionship of her spouse. David Landrieu was exposed to oil and dispersants while a resident of Louisiana during the period of the BP oil release and resulting Corexit dispersant contamination in 2010.

David Landrieu contracted *Vibro vulnificus* when he was fishing in Grand Isle in June of 2011 (age 49). *Vibrio vulnificus* is a human pathogenic bacteria whose population is found in tar balls and in relation to the presence of crude oil contamination of seawater. The infection required five days of hospitalization. He had cellulitis of his right leg, his body temperature was 104 °F and he had extreme nausea. His leg was in severe pain and doctors considered amputating it.

He currently has hot flashes and sweating attacks once or twice per week or per month. He continues to experience skin irritations, increased risk of cellulitis, dizziness, tingling and weakness in his extremities, insomnia, loss of concentration, irritability, anxiety, leg pain, lower back pain and weight gain.

Plaintiff Kimberly Flair must care for her husband after he suffered the aforementioned bodily injuries as a result of toxic exposure to oil and/ or dispersants, completely upending her former quality of life. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff Kimberly Flair is deprived of the comfort and enjoyment of the services and society of her spouse, who is unable to perform his spousal duties. Further, she has suffered and will continue to suffer economic loss because her husband was unable to work due to his toxic exposure and has incurred, and will continue to incur exorbitant medical expenses.

Based on the quantum study below, Plaintiff estimates her loss of consortium damages to be valued at approximately $100,000.

> *Darvis v. Gencorp Polymer Prods.*, No. 89-cv-0387, 1991 WL 718502 (Ohio Com.Pl. Feb. 28, 1991). Plaintiff was employed as a dockworker for a trucking company. While unloading a truck, plaintiff observed a punctured drum of a chemical known as Gen Glaze Ec-550, which was manufactured by defendant and emits high levels of styrene. After reading the label, plaintiff believed that, at most, the chemical could cause irritant or flu-like symptoms. Plaintiff proceeded to clean up the spill. Thereafter, plaintiff became very dizzy and nauseous and suffered coughing spasms. Because of his coughing spasms, he suffers from esophageal reflux and was ultimately diagnosed as suffering solvent-induced encephalopathy. Plaintiff alleged that defendant was negligent in shipping a hazardous chemical without providing adequate warnings of the serious and long-term health effects associated with exposure to the chemical. Defendant contended that the label provided adequate warnings. Plaintiff awarded $957,000 and spouse awarded $100,000 for loss of consortium.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _September 28_, 2018

Location (City and State): _Metairie, LA_

_/s/ Kimberly A. Flair_
Signature of Plaintiff*

*Plaintiff's Attorney *Cannot* Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Kimberly A. Flair
Print Name

N/A
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |