UNITD STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | | |
| Of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | | |
| *All Cases in Pleading Bundle B3* | * | **MAG. JUDGE WILKINSON** |

| | | |
|---|---|---|
| **RICHARD DANOS and** | * | **CIVIL ACTION NO.: 2:17-cv-03240** |
| **JANICE DANOS,** | | |
| | * | **SECTION J** |
| PLAINTIFFS | | |
| | * | **JUDGE BARBIER** |
| **VERSUS** | | |
| | * | **MAG. JUDGE WILKINSON** |
| **BP EXPLORATION & PRODUCTION,** | * | |
| **INC., BP AMERICA PRODUCTION** | | |
| **COMPANY, BP P.L.C.,** | * | |
| **TRANSOCEAN LTD., TRANSOCEAN** | | |
| **OFFSHORE DEEPWATER DRILLING** | * | |
| **INC., TRANSOCEAN DEEPWATER** | | |
| **INC., TRANSOCEAN HOLDINGS LLC,** | * | |
| **TRITON ASSSET LEASING GMBH,** | | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC.,** | | |
| | * | |
| **DEFENDANTS.** | | |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
### RE: COMPLIANCE WITH PTO 66

Plaintiff, Janice Danos, hereby files her Response to this Court's September 20, 2018 Order to Show Cause Re: Compliance with PTO 66, and respectfully states as follows:

1. On April 9, 2018, the Court issued Pretrial Order No. 66 ("PTO 66"), which required all remaining B3 Plaintiffs to submit and sign a Particularized Statement of Claim by July 9, 2018.

2. All of the requests for information and questions on the PTO 66 Particular Statement of Claim For Remaining B3 Plaintiffs were phrased in terms of direct personal injury. See, e.g., 10. Was **your** cleanup work performed (on land) or offshore (on the water)? 17. Are you claiming that **you** suffered damages from bodily injury from exposure to oil and/or dispersants, bodily injury other that exposure to oil and/or dispersants..? 31. On what date did **you** first report or seek treatment for your injury or illness? (emphasis added)

3. On July 5, 2018, Plaintiff Richard Danos, husband of Plaintiff Janice Danos, submitted his completed and signed Particularized Statement of Claim to Defendants. *See* Exhibit "A".

4. In Plaintiff Richard Danos' Particularized Statement of Claim, a claim for loss of consortium relating to his wife, Plaintiff Janice Danos, **was** presented, and included an Attestation page signed by Plaintiff Janice Danos.

5. Janice Danos is not making any claim as to bodily injury for herself, but is bringing a derivative claim for loss of consortium related to the bodily injury her husband, and Plaintiff, Richard Danos, has sustained.

6. Since Janice Danos' claim is derivative of her husband's bodily injury claim, and she was not and is not a B3 claimant, it was not known that an individual Particularized Statement of Claim needed to be filed on her behalf as well.

7. In an abundance of caution, a Particularized Statement of Claim for Plaintiff Janice Danos' loss of consortium claim has been completed, signed, and submitted to Defendants on October 1, 2018. *See* Exhibit "B".

WHEREFORE, Plaintiff Janice Danos respectfully requests that the Court refrain from dismissing this claim, and allow her the opportunity to continue to pursue her claim for loss of consortium damages.

October 5, 2018                                            Respectfully submitted,

s/ Merritt E. Cunningham
Michael G. Stag, Esquire
Louisiana Bar Number: 23314
mstag@stagliuzza.com
Merritt E. Cunningham
Louisiana Bar Number: 32843
mcunningham@ stagliuzza.com
Ashley M. Liuzza, Esquire
Louisiana Bar Number: 34645
aliuzza@ stagliuzza.com
Matthew D. Rogenes, Esquire
Louisiana Bar Number: 36652
mrogenes@ stagliuzza.com
STAG LIUZZA, LLC
365 Canal St., Ste. 2850
New Orleans, LA 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

Kelley B. Stewart, Esquire
Florida Bar Number: 492132
kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
Florida Bar Number: 975990
mryan@krupnicklaw.com
Joseph J. Slama, Esquire
Florida Bar Number: 476171
jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
Florida Bar Number: 112495
jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
Florida Bar Number: 224499
kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
Florida Bar Number: 0097771
cacevedo@krupnicklaw.com
KRUPNICK CAMPBELL MALONE

BUSER SLAMA HANCOCK<br>
LIBERMAN, P.A.<br>
12 S.E. 7th Street, Suite 801<br>
Ft. Lauderdale, Florida 33301-3434<br>
(954) 763-8181 telephone<br>
(954) 763-8292 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of October, 2018.

s/ Merritt E. Cunningham<br>
Merritt E. Cunningham