61896588
Apr 09 2018
05:14PM

EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** Roxanne Walker

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 1811 East Lakeshore Dr.
   Address Line 2:
   City: Carriere    State: MS    Zip: 39426
2. Telephone number: (601) 347-2276
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Roxanne Abram, 1971-2003
4. Date and Place of Birth: REDACTED; New Orleans, LA
5. Male____  Female X

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Attachment A | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| None | N/A | 2008-2010 | N/A |
| Pearl River County School District | 7441 US-11, Carriere, MS 39426 | Approximately 2011-2016 | Teacher |
| None | N/A | 2016-2018 | N/A |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No X_____ If *"Yes,"* when were you out of work and why? N/A _____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes_____     No__X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25)).

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____     Offshore_____     Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____     No_____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_____     No_____

13. Please set forth the following information about your cleanup work:

    A.   Your employer(s):_____

    B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):

         _____

    C.   A description of the work performed for employer(s) identified in Question No. 13(A):_____

         _____

    D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

         _____

    E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

    F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

**2.    Residents/Tourists**

14.    Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____    No__X__

15.    Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____    No__X__

16.    List all address(es) at which you resided in 2010: 1811 E Lakeshore Dr, Carriere, MS 39426; 2008 Metairie Ct, Metairie, LA 70005; 127 E Sunnybrook Rd, Carriere, MS 39426

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17.    Are you claiming that you suffered damages from (*Check all that apply*):

    _____Bodily injury from exposure to oil and/or dispersants

    __X__Bodily injury other than from exposure to oil and/or dispersants (Loss of consortium claim for Plaintiff spouse's, Allen Walker, personal injury due to exposure to oil and/or dispersants.)

    _____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil_____            Dispersants_____            Both_____

19.    How were you exposed? (*Check all that apply*)

    A.    Inhalation            Yes_____    No_____

    B.    Dermal (skin) contact    Yes_____    No_____

    C.    Ingestion            Yes_____    No_____

    D.    Other (please describe):  _____

20.    What was the date(s) of your exposure?

Day: _____    Month: _____    Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____

_____

_____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

   Yes_____     No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.   NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

   A. The nature of your injury: Loss of consortium claim for spouse's, Allen Walker, personal injury due to exposure to oil and dispersants.

   B. The date(s) of your injury: Approximately May 2010 to present

   C. The location(s) of your injury: 2008 Metairie Ct Metairie, LA 70005; 1811 E Lakeshore Dr, Carriere, MS 39426

   D. The work that you were performing when you sustained your injury: Plaintiff Roxanne Walker was employed as a teacher.  Plaintiff's spouse, Allen Walker, was exposed to oil and/or dispersants from approximately May 2010 to January 2011.  He was employed as a clean-up worker and diver when he sustained his injuries.

   E. Identify any individual(s) who witnessed your injury:_____

   Allen Walker

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

   Attachment B

_____

_____

**F. INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____
    Attachment C
    _____
    _____

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
    Plaintiff's damages did not present until after her husband's toxic exposure.
    See also response to question no. 39.
    _____
    _____
    _____

31. On what date did you first report or seek treatment for your injury or illness:
    Plaintiff Roxanne Walker has not sought treatment for loss of consortium claim.

32. On what date was your injury first diagnosed: Plaintiff Roxanne Walker has not been diagnosed.
    Plaintiff's spouse, Allen Walker, was diagnosed on December 28, 2010.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| None | See plaintiff Allen Walker's amended Statement of Claim previously submitted on 7/09/2018 for his diagnosis details. |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| None | See plaintiff Allen Walker's amended Statement of Claim previously submitted on 7/09/2018 for his diagnosis details. |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No  x  _____. If "*Yes*,"

   A. When? N/A _____

   B. Who diagnosed the injury (or condition) at that time? N/A _____
   _____
   _____

   C. Who treated the injury (or condition) at that time? N/A _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No X____. If "*Yes*,"

   A. What date did you first experience such injury or condition? N/A _____
   B. What injury (or condition) was made worse? N/A _____
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Gina Rivero, FNP | 146 Highland Pkwy, Ste C, Picayune, MS 39466 |
| | |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes _____  No __X__

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

    See Attached Exhibit D

    Also see Plaintiff Roxanne Walker's spouse's Amended PTO 66 Particularized

    Statement of Claim which was submitted to defendants on July 9, 2018.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes_____  No __X__

    If "Yes":

    A.   From whom did you receive this compensation or reimbursement? N/A_____

    _____

    B.    When did you receive this compensation or reimbursement? **N/A**

    C.    What was the amount of the compensation or reimbursement? **N/A**

**G.  CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes _____    No **X**

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes _____    No **X**

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):
**N/A**

44.    Describe how the contract was breached:
**N/A**

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:
**N/A**

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:
**N/A**

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:
**N/A**

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

   N/A

Case 2:10-md-02179-CJB-DPC   Document 24963-3   Filed 10/05/18   Page 11 of 16

Attachment A

| Address | Dates of Residence |
|---|---|
| 1811 E Lakeshore Dr<br>Carriere, MS 39426 | March 2011 - Present |
| 127 E Sunnybrook Rd<br>Carriere, MS 39426 | September 2010 – March 2011 |
| 2008 Metairie Ct<br>Metairie, LA 70005 | June 2010 – September 2010 |
| 1811 E Lakeshore Dr<br>Carriere, MS 39426 | December 2006 – June 2010 |

Attachment B

Plaintiff Roxanne Walker was at all relevant times the spouse of Plaintiff Al Walker, and, as such, is entitled to the services, society and companionship of her spouse. Plaintiff Roxanne Walker's spouse suffered bodily injuries as a result of toxic exposure to oil and/ or dispersants. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff Roxanne Walker was deprived of the comfort and enjoyment of the services and society of her spouse, has suffered and will continue to suffer economic loss, and has otherwise been emotionally and economically injured. Her injuries and damages are permanent and will continue into the future.

Attachment C

Plaintiff Roxanne Walker's spouse suffered & continues to suffer from nausea, neurological damage, shortness of breath, respiratory problems including bronchitis, pneumonia, burning of lungs, bruising, severe skin problems, elevated levels of toxic chemicals in blood, signs of decaying nails, vision loss, kidney problems, blood in urine & stool. As a result of her spouse's injuries, Plaintiff Roxanne Walker has been deprived of the comfort and enjoyment of the services and society of her spouse. Further, she has suffered and will continue to suffer economic loss because her husband has incurred, and will continue to incur exorbitant medical expenses.

Roxanne Walker

Attachment D

Plaintiff Roxanne Walker was at all relevant times the spouse of Plaintiff Al Walker, and, as such, is entitled to the services, society and companionship of her spouse. Al Walker was exposed to oil and dispersants while employed as a clean up worker and diver in Louisiana and the Gulf of Mexico, and a resident of Louisiana and Mississippi during the period of the BP oil release and resulting Corexit dispersant contamination in 2010.

Since Al Walker's toxic exposure, he has suffered from lower respiratory symptoms including bronchitis as well as wheezing with shortness of breath. He has had skin rashes including severe dermatitis, fingernails and toenails decaying, bruising on the body, blood in his urine and stools, nausea, neurological damage, Complex Regional Pain Syndrome (CRPS), vision loss, and kidney function loss. These symptoms have continued to the present time. He has tested at extremely high levels for benzene and other volatile chemicals on three separate occasions. In response, Mr. Walker has endured numerous IV treatments for metal chelation, and has been told by physicians that he seems to have a serious form of eczema and psoriasis. He has also had lumps under his skin.

Plaintiff Roxanne Walker has suffered damages after her spouse suffered the aforementioned bodily injuries as a result of toxic exposure to oil and/ or dispersants, completely upending her former quality of life. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff Roxanne Walker is deprived of the comfort and enjoyment of the services and society of her spouse, who is unable to perform his spousal duties. Further, she has suffered and will continue to suffer economic loss because her husband has incurred, and will continue to incur exorbitant medical expenses as a result of his toxic exposure.

Based on the quantum study below, Plaintiff estimates her loss of consortium damages to be valued at approximately $100,000.

> *Darvis v. Gencorp Polymer Prods.*, No. 89-cv-0387, 1991 WL 718502 (Ohio Com.Pl. Feb. 28, 1991). Plaintiff was employed as a dockworker for a trucking company. While unloading a truck, plaintiff observed a punctured drum of a chemical known as Gen Glaze Ec-550, which was manufactured by defendant and emits high levels of styrene.  After reading the label, plaintiff believed that, at most, the chemical could cause irritant or flu-like symptoms. Plaintiff proceeded to clean up the spill.  Thereafter, plaintiff became very dizzy and nauseous and suffered coughing spasms. Because of his coughing spasms, he suffers from esophageal reflux and was ultimately diagnosed as suffering solvent-induced encephalopathy. Plaintiff alleged that defendant was negligent in shipping a hazardous chemical without providing adequate warnings of the serious and long-term health effects associated with exposure to the chemical.  Defendant contended that the label provided adequate warnings. Plaintiff awarded $957,000 and spouse awarded $100,000 for loss of consortium.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: Sep. 27, 2018

Location (City and State): Carriere, MS

_Roxanne Walker_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Roxanne Walker
Print Name

N/A
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |