# UNITD STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** 2:17-cv-03201 | | |
| | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **ROBERT TAYLOR, MARY SMITH TAYLOR** | * | CIVIL ACTION NO.:2:17-cv-03201 |
| | * | SECTION J |
| **PLAINTIFFS** | | |
| | * | JUDGE BARBIER |
| **VERSUS** | | |
| | * | MAG. JUDGE WILKINSON |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC.** | * * * * * * | |
| **DEFENDANTS** | | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 66

Plaintiff, Mary Taylor, hereby files her Response to this Court's September 20, 2018 Order to Show Cause Re: Compliance with PTO 66, and respectfully states as follows:

1. On April 9, 2018, the Court issued Pretrial Order No. 66 (PTO 66), which required all remaining B3 Plaintiffs to submit and sign a Particularized Statement of Claim by July 9, 2018.

2. All of the requests for information and questions on the PTO 66 Particular Statement of Claim For Remaining B3 Plaintiffs were phrased in terms of direct personal injury. See, e.g., 10. Was **your** cleanup work performed (on land) or offshore (on the water)? 17. Are you claiming that **you** suffered damages from bodily injury from exposure to oil and/or dispersants, bodily injury other that exposure to oil and/or dispersants..? 31. On what date did **you** first report or seek treatment for your injury or illness? (emphasis added)

3. On July 5, 2018, Plaintiff, Robert Taylor, the husband of Plaintiff Mary Taylor, filed his completed and signed Particularized Statement of Claim with this Court. *See* Exhibit "A".

4. In this Particularized Statement of Claim, a claim for loss of consortium **was** presented, relating to the Plaintiff, Mary Taylor, whom is the wife of the named Plaintiff, Robert Taylor.

5. Mary Taylor is not making any claim as to bodily injury for herself, but is instead bringing a derivative claim for loss of consortium related to the bodily injury her husband, and Plaintiff, Robert Taylor has sustained.

6. As Mary Taylor is not making a claim for bodily injury due to oil and/or oil related exposure, she does not have an individual lawsuit.

7. Since Mary Taylor's claim is derivative of her husband's bodily injury claim, and she was not and is not a B3 claimant, it was not known that an individual Particularized Statement of Claim needed to be filed on her behalf as well.

8. In an abundance of caution, a Particularized Statement of Claim for the Plaintiff, Mary Taylor's loss of consortium claim has been completed and signed, and is attached hereto.

WHEREFORE, the Plaintiff Mary Taylor respectfully requests that the Court refrain from dismissing this claim, and allow the Plaintiff the opportunity to continue to pursue her claim for loss of consortium damages.

Dated on this 5th day of October 2018.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:  0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham

              Louisiana Bar Number:  32843
              mcunningham@smithstag.com
          SMITH STAG, L.L.C.
          One Canal Place, Suite 2850
          365 Canal Street
          New Orleans, Louisiana  70130
          (504) 593-9600 telephone
          (504) 593-9601 facsimile

         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of October 2018.

          KRUPNICK, CAMPBELL, MALONE,
          BUSER, SLAMA, HANCOCK,
          LIBERMAN, P.A.

         By: /s/   Kelley B. Stewart

         Kelley B. Stewart, Esquire
          Florida Bar Number:  492132
          kstewart@krupnicklaw.com
         Michael J. Ryan, Esquire
          Florida Bar Number:  975990
          mryan@krupnicklaw.com
         Joseph J. Slama, Esquire
          Florida Bar Number:  476171

        jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:  0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*