UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig "Deepwater  *  MDL NO.   2179
Horizon" in Gulf of Mexico, on

April, 20, 2010  *  SECTION J

*  JUDGE BARBIER

This document relates to:  MAG. JUDGE WILKINSON
2:17-cv-03203

*

**************************************

AUSTIN NORWOOD and MARGARET
NORWOOD, his wife  CIVIL ACTION No. 2:17-cv-03203

    PLAINTIFFS,  SECTION J

VERSUS  JUDGE BARBIER

  MAG. JUDGE WILKINSON

BP AMERICA PRODUCTION COMPANY,
BP EXPLORATION & PRODUCTION INC.,
BP, P.L.C., TRANSOCEAN LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING INC., TRANSOCEAN DEEPWATER,
INC., TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMHB,
HALLIBURTON ENERGY SERVICES, INC.
_____/

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
RE: COMPLIANCE WITH PTO 66

Plaintiff, Margaret Norwood, hereby files her Response to this Court's September 20,

2018 Order to Show Cause Re: Compliance with PTO 66, and respectfully states as follows:

1.      On April 9, 2018, the Court issued Pretrial Order No. 66 (PTO 66), which

required all remaining B3 Plaintiffs to submit and sign a Particularized Statement of Claim by

July 9, 2018.

2.      All of the requests for information and questions on the PTO 66 Particular Statement of Claim For Remaining B3 Plaintiffs were phrased in terms of direct personal injury. See, e.g., 10. Was **your** cleanup work performed (on land) or offshore (on the water)? 17.  Are you claiming that **you** suffered damages from bodily injury from exposure to oil and/or dispersants, bodily injury other that exposure to oil and/or dispersants..?  31.  On what date did **you** first report or seek treatment for your injury or illness? (emphasis added)

3.      On July 5, 2018, Plaintiff, Austin Norwood, the husband of Plaintiff Margaret Norwood, filed his completed and signed Particularized Statement of Claim with this Court. *See* Exhibit "A".

4.      In this Particularized Statement of Claim, a claim for loss of consortium **was** presented, relating to the Plaintiff, Margaret Norwood, whom is the wife of the named Plaintiff, Austin Norwood.

5.      Margaret Norwood is not making any claim as to bodily injury for herself, but is instead bringing a derivative claim for loss of consortium related to the bodily injury her husband, and Plaintiff, Austin Norwood has sustained.

6.       As Margaret Norwood is not making a claim for bodily injury due to oil and/or oil related exposure, she does not have an individual lawsuit.

7.      Since Margaret Norwood's claim is derivative of her husband's bodily injury claim, and she was not and is not a B3 claimant, it was not known that an individual Particularized Statement of Claim needed to be filed on her behalf as well.

8.      In an abundance of caution, a Particularized Statement of Claim for the Plaintiff, Margaret Norwood's loss of consortium claim has been completed and signed, and is attached hereto.

WHEREFORE, the Plaintiff Margaret Norwood respectfully requests that the Court refrain from dismissing this claim, and allow the Plaintiff the opportunity to continue to pursue her claim for loss of consortium damages.

Dated on this 5th day of October 2018.


KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: /s/    Kelley B. Stewart

Kelley B. Stewart, Esquire
       Florida Bar Number:  492132
       kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
       Florida Bar Number:  975990
       mryan@krupnicklaw.com
Joseph J. Slama, Esquire
       Florida Bar Number:  476171
       jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
       Florida Bar Number:  112495
       jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
       Florida Bar Number:  224499
       kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
       Florida Bar Number:   0097771
       cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
       Louisiana Bar Number:  23314
       mstag@smithstag.com
Merritt E. Cunningham

3

Louisiana Bar Number:  32843
mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of October 2018.


KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By:  /s/    Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
Florida Bar Number:  975990
mryan@krupnicklaw.com
Joseph J. Slama, Esquire
Florida Bar Number:  476171

4

jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*