EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
> **FOR REMAINING B3 PLAINTIFFS**

PLAINTIFF'S FULL NAME: Charles Bradley

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1.  Current address:
    Address Line 1: 4817 Mellow Street
    Address Line 2: _____
    City: Houston    State: TX    Zip: 77033
2.  Telephone number: 281-914-0750
3.  Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____
4.  Date and Place of Birth: 11-12-56
5.  Male ✓   Female ___

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 500 Jorell TRL #3 Conroe, TX 77304 | |
| 707 Ave I Conroe, TX 77301 | |
| 3105 Norfolk St. Apt. 18105 Houston, TX | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Aerosweep Pollution | | | Clean-Up Worker |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓   No ☒   If "Yes," when were you out of work and why? Other than for BP Oil Spill

B. **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes ✓    No ___

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

1. **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore ___    Offshore ___    Both ✓

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes ✓    No ⊘

12. Did you handle hazardous materials as part of your cleanup work?

    Yes ✓    No ___

13. Please set forth the following information about your cleanup work:

    A. Your employer(s): Anderson Pollution Control

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):
       Unknown

    C. A description of the work performed for employer(s) identified in Question No. 13(A): ___

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): After oil spill until clean up

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): Can't remember

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): None than I can recall

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ✓    No ____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ____    No ✓

16. List all address(es) at which you resided in 2010: _____

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    ✓ Bodily injury from exposure to oil and/or dispersants

    ____ Bodily injury other than from exposure to oil and/or dispersants

    ____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.   EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil _____        Dispersants _____        Both ✓

19. How were you exposed? (*Check all that apply*)

    A.   Inhalation              Yes ✓      No ____

    B.   Dermal (skin) contact   Yes ✓      No ____

    C.   Ingestion               Yes ____   No ✓

    D.   Other (please describe): General

20. What was the date(s) of your exposure?

    Day: _____   Month: _____   Year: _____

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    _____
    _____
    _____

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    2010-2011 in Gulf of Mexico
    _____
    _____

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    All day everyday I worked
    _____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: In water where vessel traveled

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?
    Yes ✓    No ____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: Can't remember his name

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: _____

    B. The date(s) of your injury: _____

    C. The location(s) of your injury: _____

    D. The work that you were performing when you sustained your injury: _____

    E. Identify any individual(s) who witnessed your injury: _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

F.  INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: Ailments suffered coughing, shurtness of breathe, diarrhea, kidney problems + dizziness

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill: Exposure to Toxic Petroleum products

31. On what date did you first report or seek treatment for your injury or illness: 2011

32. On what date was your injury first diagnosed: 2011

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
|  |  |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No ✓___. If "*Yes*,"

    A. When? _____

    B. Who diagnosed the injury (or condition) at that time? _____
_____
_____

    C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

Yes _____ No ✓___. If "*Yes*,"

    A. What date did you first experience such injury or condition?_____

    B. What injury (or condition) was made worse?_____
_____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|  | none |
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes _____ No ✓

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

    $125,000

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes _____ No ✓

    If "Yes":

    A.  From whom did you receive this compensation or reimbursement? _____

  B. When did you receive this compensation or reimbursement? N/A

  C. What was the amount of the compensation or reimbursement? N/A

**G. CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

  Yes_____ No ✓

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes_____ No ✓

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44. Describe how the contract was breached:_____

_____

45. *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 1-8, 2018

Location (City and State): Houston - TX

Signature of Plaintiff*: *Charles Bradley*

*\*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_____

Print Name

_____

Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018,** this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

*Law Offices*
# Jacobs, Sarrat, Lovelace & Harris
*An Association for the Practice of Law*

DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**++
AL SARRAT, J.D.
RENÉ LOVELACE, J.D.
HUNTER HARRIS, J.D.
MELVIN J. BURMASTER, J.D.

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST
IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK
++ALSO ADMITTED IN DISTRICT OF COLUMBIA

LISA A. GRAVES
SHEILA HUDSPEATH
PARALEGAL

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
FAX (504) 522-3819

CABLE ADDRESS
"DARJAC"

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228



HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989
EDGAR J. MONJURE
OF COUNSEL
1912-1971
PETER O. COLA, J.D.
OF COUNSEL

OFFICES:
(504) 522-3287
(504) 522-0155

RES: (504) 524-2955

July 9, 2018

Counsel for BP
Attn: J. Andrew Langn
Kirkland & Ellis LLP
300 North LaSalle Street, Suite 2400
Chicago, IL 60654

MDL 2179 Pltfs Steering Committee
c/o: Steve Herman
820 O'Keefe Ave.
New Orleans, LA 70113

*Re: BP Oil Spill – Pretrial Order No. 66 responses from plaintiffs: Alvin Thompson, Patrick Cage, Ronald Hicks, Anthony Kizzie, and Charles Bradley*

Dear Counselors:

Enclosed are responses from plaintiffs: Alvin Thompson, Patrick Cage, Ronald Hicks, Anthony Kizzie, and Charles Bradley to Pretrial Order No. 66.

Very truly yours,

Darleen M. Jacobs

# PRIORITY MAIL EXPRESS

FASTEST SERVICE IN THE U.S.

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( ) 5995 270155
Darleen Jacobs
823 St. Louis St.
NOLA 70112

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☑ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
Counsel for BP
Attn: J Andrew Lagan
Kirkland + Ellis
300 North LaSalle St. Suite 2400
Chicago IL

ZIP + 4® (U.S. ADDRESSES ONLY)
60654

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**INTERNATIONAL USE**
UNITED STATES POSTAL SERVICE | PRIORITY MAIL EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☑ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 70113
Scheduled Delivery Date (MM/DD/YY): 7-16-18
Postage: $54.70

Date Accepted (MM/DD/YY): 7-13-18
Scheduled Delivery Time: ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 6:01 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

Weight: ☑ Flat Rate
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $54.70

Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   3-ADDRESSEE COPY

† Money Back Guarantee for U.S. destinations only.

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.