# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## PTO 66 PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** Alvin Thompson

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 305 West Hughes
   Address Line 2: _____
   City: Longview   State: TX   Zip: 75602
2. Telephone number: 903-220-2185
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: none
4. Date and Place of Birth: 5/28/1974   Texas
5. Male ✓   Female ___

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 1507 South Castle Longview TX 75604 | May 2013 - July 2013 |
| 5515 W. Loop 281 Apt 502 Longview TX 75603 | 2015 |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Anderson Pollution Control | 1101 W Lewis Suite A Conroe TX 77301 | 2010-2011 | Clean up |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓  No_____  If "Yes," when were you out of work and why? __Due to BP toxic exposure__

B. **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes ✓    No ____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   1. **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore ____    Offshore ____    Both ✓

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes ✓    No ____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes ✓    No ____

13. Please set forth the following information about your cleanup work:

    A. Your employer(s): Anderson Pollution Control

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):
       unknown

    C. A description of the work performed for employer(s) identified in Question No. 13(A): Clean up

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): After the BP spill until it was cleaned up

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _Cannot recall_

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _do not remember_

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ✓   No ____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ____   No ✓

16. List all address(es) at which you resided in 2010: _Longview, TX_

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    ✓ Bodily injury from exposure to oil and/or dispersants

    ____ Bodily injury other than from exposure to oil and/or dispersants

    ____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

D. **EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?
    Oil_____    Dispersants_____    Both __✓__

19. How were you exposed? (*Check all that apply*)

    A. Inhalation          Yes__✓__   No____
    B. Dermal (skin) contact  Yes__✓__   No____
    C. Ingestion           Yes____    No__✓__
    D. Other (please describe): __general exposure__

20. What was the date(s) of your exposure?
    Day: _____   Month: _____   Year: __2010__

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?
    __every day that I worked__

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?
    __2010-2011 Gulf of Mexico__
    __everyday that I worked__

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?
    __Hours while at work__

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _toxic exposure from pollution in water_

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?
Yes ✓  No____

26. If you answered "Yes" to Question No. 25, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: _do not remember_

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:
   A. The nature of your injury: _coughing, shortness of breath_
   B. The date(s) of your injury: _date of accident through pres_
   C. The location(s) of your injury: _BODY_
   D. The work that you were performing when you sustained your injury: _Clean up_
   E. Identify any individual(s) who witnessed your injury: _Other workers_

28. Describe in as much detail as possible the circumstance(s) of your injury: _Claimant was working for Anderson Pollution Control and was exposed to toxic pollutions_

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    Coughing, Shortness of breath, diarrehea, kidney problems and dizziness.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Exposure to toxic pollution

31. On what date did you first report or seek treatment for your injury or illness: 2/23/2011

32. On what date was your injury first diagnosed: 2/23/2011

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
| --- | --- |
| Texas Lung Institute | 11757 Katy Freeway Suite 1560 Houston TX 77079 |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Texas Lung Institute | 11757 Katy Freeway Suite 1560 Houston TX 77079 |
|  |  |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No ✓ . If "Yes,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   _____
   _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No ✓ . If "Yes,"

   A. What date did you first experience such injury or condition? _____
   B. What injury (or condition) was made worse? _____
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| | cannot recall |
| | |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes _____  No ✓

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Pain and suffering exposure to cancer causing carcinogens, nausea, upset stomach, mental anguish,

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes _____ No ✓

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? _____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: July 7, 2018

Location (City and State): Longview, TX

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Alvin Thompson
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 3-22-17, 2017

Location (City and State): Longview, TX 75602

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Alvin Lee Thompson
Print Name

This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP                | MDL 2179 Plaintiffs' Steering Committee |
|-------------------------------|------------------------------------------|
| Attn: J. Andrew Langan        | Attn: Steven J. Herman                   |
| Kirkland & Ellis LLP          | Herman, Herman, Katz & Cotlar, LLP       |
| 300 North LaSalle St,         | 820 O'Keefe Avenue                       |
| Suite 2400                    | New Orleans, LA 70113                    |
| Chicago IL 60654              |                                          |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").