# Law Offices
# Jacobs, Sarrat, Lovelace & Harris
## An Association for the Practice of Law

DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**++
AL SARRAT, J.D.
RENÉ LOVELACE, J.D.
HUNTER HARRIS, J.D.

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST
IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK
++ALSO ADMITTED IN DISTRICT OF COLUMBIA

LISA A. GRAVES
SHEILA HUDSPEATH
PARALEGAL

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
FAX (504) 522-3819

CABLE ADDRESS
"DARJAC"

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228

HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989
EDGAR J. MONJURE
OF COUNSEL
1912-1971
PETER O. COLA, J.D.
OF COUNSEL
GEORGE ROUX, J.D.
OF COUNSEL

OFFICES:
(504) 522-3287
(504) 522-0155

RES: (504) 524-2955

October 1, 2018

Counsel for BP
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St., Suite 2400
Chicago, IL 60654
USPS TRACKING # 9114 9014 9645 1773 6303 34
& CUSTOMER      For Tracking or inquiries go to USPS.com
RECEIPT         or call 1-800-222-1811.

MDL 2179 Plaintiffs' Steering Committee
c/o: Steve Herman
820 O'Keefe Ave.
New Orleans, LA 70113
USPS TRACKING # 9114 9014 9645 1773 6303 41
& CUSTOMER      For Tracking or inquiries go to USPS.com
RECEIPT         or call 1-800-222-1811.

Re: BP Case 2:10-md-02179 – revised PTO 66 submissions

Dear Counselors:

Enclosed are revised PTO 66 submissions for plaintiffs, Jeffery Connerly, Glyn Evans, Charles Bradley, Patrick Cage, Ronald Hicks, Anthony Kizzee, and Alvin Thompson. These revised PTO 66 submissions were prepared in response to Rec. Doc. 24875.

Rec. Doc. 24875, exhibit 1 lists plaintiffs Jeffery Connerly and Glyn Evans as having not submitted a PTO 66 submission, but they actually did provide submissions (on or about September 18, 2018- see cover letter with that date enclosed). And now revised PTO 66 submissions are provided herein.

Rec. Doc. 24875, exhibit 4 lists plaintiffs Charles Bradley, Patrick Cage, Ronald Hicks, Anthony Kizzee, and Alvin Thompson as having submitted a materially deficient PTO 66 submission and now revised PTO 66 submissions are provided herein to cure the deficiencies.

Sincerely,

Darleen M. Jacobs

Enclosures