EXHIBIT A

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS

PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS

PLAINTIFF'S FULL NAME: Jefferly Conerly

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

A.  YOUR BACKGROUND INFORMATION

1.  Current address:
    Address Line 1: 3921 Eastview Drive
    Address Line 2: ___
    City: Harvey      State: LA      Zip: 70058
2.  Telephone number: 504-328-3639
3.  Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A
4.  Date and Place of Birth: Harvey, LA  12-26-58
5.  Male ✓   Female ___

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 3921 Eastview Dr. Harvey, LA 70058 | 2010 present |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Shamrock Management, LLC | | 05-20 | Clean-up Worker |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _____ If "Yes," when were you out of work and why? Testicular Cancer

B. **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes ✓   No ____

If you responded "Yes" to Question No. 9, please proceed to Question No. 10.

If you responded "No" to Question No. 9, *please skip to Question No. 14.*

1. **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore ____   Offshore ____   Both ✓

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes ✓   No ____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes ✓   No ____

13. Please set forth the following information about your cleanup work:

    A. Your employer(s): Shamrock Management, LLC

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):
       Don't recall

    C. A description of the work performed for employer(s) identified in Question No. 13(A): Oil clean up

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): April 201

 E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

 F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

 **2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

 Yes ____ No ✓

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

 Yes ____ No ✓

16. List all address(es) at which you resided in 2010: 3921 Eastview Dr, Harvey, LA 70058

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

 ✓ Bodily injury from exposure to oil and/or dispersants

 ____ Bodily injury other than from exposure to oil and/or dispersants

 ____ A breach of contract

*If you checked* "Bodily injury from exposure to oil and/or dispersants," answer the questions in *Parts D & F below.*

*If you checked* "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in *Part E & F below.*

*If you checked* "A breach of contract," answer the questions in Part G below.

**D. EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?
    Oil ✓    Dispersants ✓    Both ___

19. How were you exposed? (*Check all that apply*)
    A. Inhalation          Yes ✓   No ___
    B. Dermal (skin) contact   Yes ✓   No ___
    C. Ingestion          Yes ___   No ___
    D. Other (please describe): _____

20. What was the date(s) of your exposure?
    Day: ___   Month: ___   Year: 2010, 2011

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?
    While employed with Shamrock

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?
    Gulf of Mexico

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?
    While employed with Shamrock - Several months

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: Oil was everywhere in the water + I handled it

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?
    Yes ✓    No ____

26. If you answered "Yes" to Question No. 25, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: Don't recall

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS** N/A

27. For your non-exposure personal injury, please state:
    A. The nature of your injury:_____
    B. The date(s) of your injury:_____
    C. The location(s) of your injury:_____
    D. The work that you were performing when you sustained your injury:_____
    E. Identify any individual(s) who witnessed your injury:_____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    Handled chemicals & breathing chemicals

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Handled & breathed in medical

31. On what date did you first report or seek treatment for your injury or illness: 10-10-10

32. On what date was your injury first diagnosed: 10-10-2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|      |         |
|      |         |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No ✓ . If "*Yes,*"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No ✓ . If "*Yes,*"

   A. What date did you first experience such injury or condition? _____
   B. What injury (or condition) was made worse? _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes ✓     No ____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

    Testicular Cancer
    $1,300,000

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes ____     No ✓

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? N/A

B. When did you receive this compensation or reimbursement? N/A

C. What was the amount of the compensation or reimbursement? N/A

**G. CONTRACT CLAIMS** N/A

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____ No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____ No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    _____
    _____

44. Describe how the contract was breached: _____
    _____
    _____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:
    _____
    _____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:
    _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____
    _____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 9-18, 2018

Location (City and State): Harvey, LA

Signature of Plaintiff*: Jeffery Conerly

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. *For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Print Name: Jeffery Conerly

Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |