EXHIBIT A

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS

PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS

PLAINTIFF'S FULL NAME: Glyn Evans

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

### A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 2703 Mistletoe St.
   Address Line 2: ___
   City: New Orleans  State: LA  Zip: 70118

2. Telephone number: 504-303-1693

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A

4. Date and Place of Birth: New Orleans 6-28-58

5. Male ✓   Female ___

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 1925 Louisia St. New Orleans, LA | 2010-2011 |
| 2703 Mistletoe, 70118 | 2011-Present |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Technical Environmental | | 2010 | Clean-Up Worker |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓ No____ If "Yes," when were you out of work and why? June 24, 2010 - Amputation of Foot required

B. **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____  No_____

If you responded "Yes" to Question No. 9, please proceed to Question No. 10.

If you responded "No" to Question No. 9, *please skip to Question No. 14.*

   1. **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____  Offshore_____  Both ✓

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____  No ✓

12. Did you handle hazardous materials as part of your cleanup work?

    Yes ✓  No_____

13. Please set forth the following information about your cleanup work:

    A. Your employer(s): Technical Environmental Services

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A): Don't recall

    C. A description of the work performed for employer(s) identified in Question No. 13(A): Clean up oil that was spilled by Transocean.

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): @ 4/2010 - 7/2010

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _Can't recall_

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _None_

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____ No_✓_

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_✓_ No_____

16. List all address(es) at which you resided in 2010: _2703 Mistletoe Street, New Orleans, LA 70118_

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    _✓_ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.

If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.

If you checked "A breach of contract," answer the questions in Part G below.

### D. EXPOSURE CLAIMS

18. Were you exposed to oil, dispersants, or both?
    Oil ✓   Dispersants ✓   Both ___

19. How were you exposed? (Check all that apply)
    A. Inhalation          Yes ✓   No ___
    B. Dermal (skin) contact  Yes ✓   No ___
    C. Ingestion           Yes ✓   No ___
    D. Other (please describe): ___

20. What was the date(s) of your exposure?
    Day: ___   Month: ___   Year: 2010, 2011

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?
    While employed with Technical Enviornmental Services Inc.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?
    Gulf of Mexico

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?
    While employed for Technical Environmental Services, Inc.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: Oil was everywhere in the water and I handled it.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes ✓   No ___

26. If you answered "Yes" to Question No. 25, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: Cent recall

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS** N/A

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____

    E. Identify any individual(s) who witnessed your injury:_____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    Chemicals + oil got inside work boots causing an infection, causing my foot to be amputated

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Shoveling + standing in the oil contained water

31. On what date did you first report or seek treatment for your injury or illness: June 10, 2010

32. On what date was your injury first diagnosed: June 10, 2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
|  |  |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No ✓ . If "Yes,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?
   Yes _____ No ✓ . If "Yes,"

   A. What date did you first experience such injury or condition? _____

   B. What injury (or condition) was made worse? _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes ✓    No ____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _Infection, causing lost of leg_ _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes ✓    No ____

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? _____

  B. When did you receive this compensation or reimbursement? N/A

  C. What was the amount of the compensation or reimbursement? N/A

G. **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

  Yes _____   No ✓

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes _____   No ✓

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

 _____
 _____
 _____

44. Describe how the contract was breached: _____
 _____
 _____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:
 _____
 _____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:
 _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____
 _____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

N/A

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 9-18, 2018

Location (City and State): New Orleans, LA

Signature of Plaintiff*: _Glynn Evans_

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Print Name: Glyn Evans

Title/Position (*if signed on behalf of a business or other entity*):

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |