# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** GLYN EVANS

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 2703 Mistletoe St.
   Address Line 2: _____
   City: N.O.   State: LA   Zip: 70118
2. Telephone number: 504-303-1693
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: n/a
4. Date and Place of Birth: 06-28-1958   N.O., LA
5. Male   x   Female ___

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 1925 Louisa St, NOLA 70117 | 2010-2011 |
| 2703 Mistetoe St., NOLA 70118 | 2011- present |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Technical Environmental | 5133 Taravella Rd. Marrero, LA 70072 | started approx 2010- ended approx 2011 | LABORER/ clean up |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes __x__ No_____ If *"Yes,"* when were you out of work and why? __June 24, 2010 amputation of foot required__

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes__x__     No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____     Offshore_____     Both__x__

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes__x__     No_____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes__x__     No_____

13. Please set forth the following information about your cleanup work:

   A.  Your employer(s): Technical Environmental Services

   B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A):
       unknown - don't recall

   C.  A description of the work performed for employer(s) identified in Question No. 13(A): general - laborer- oil clean up work from BP Oil Spill

   D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): Following the 04/20/2010 oil spill and until employment with Technical Environmental Services ended in approx. July 2010.

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):  cannot remember name of vessel

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):  Do not remember - none that I can recall.

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes __X__     No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____    No __X__

16. List all address(es) at which you resided in 2010: 2703 Mistletoe St., NOLA 70118

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D. EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil __x__  Dispersants _____  Both __x__

19. How were you exposed? (*Check all that apply*)

    A. Inhalation          Yes __x__   No _____

    B. Dermal (skin) contact  Yes __x__   No _____

    C. Ingestion           Yes __x__   No _____

    D. Other (please describe): ___general exposure from performing BP clean up___

20. What was the date(s) of your exposure? approx:

    Day: _____   Month: _____   Year: __2010 - 2011__

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    ___every time that I went to work for Technical Environmental Services Inc which started___

    ___approximately in April 2010 and continued thereafter until July 2010 approx.___

    ___exposure occurred every day that I worked.___

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    ___Offshore from Louisiana - exposure occurred during employment at___

    ___Technical Environmental Services in 2010___

    ___in the Gulf of Mexico.___

    _____

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    ___The entire time that I was working for Technical Environmental Services April 2010___

    ___through Sept 2010 approx. - hours while at work.___

    ___all day, every day I worked over several months.___

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____
In the water where the vessel traveled while performing BP clean up while working for Technical Environmental Services on the BP spill clean up. Approx April 2010 through Sept 2010 - exact dates are not recalled.. toxic exposure from pollution in water.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes__x__    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:
    
    do not remember- can't remember his name

**E.    NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: n/a

    B. The date(s) of your injury: n/a

    C. The location(s) of your injury: n/a

    D. The work that you were performing when you sustained your injury: n/a

    E. Identify any individual(s) who witnessed your injury: n/a

28. Describe in as much detail as possible the circumstance(s) of your injury: n/a

**F.   INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____
    handled chemicals/inhaled chemicals - exposure to pollution from BP oil spill

    coughing, dizziness, fear and fright, emotional stress, - also pollution/exposure from clean up got into work boots and resulted in my foot having to be amputated.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
    exposure to toxic pollution  - handled them and breathed them in

    exposure to toxic substance from standing and shoveling in oil contaminated water.




31. On what date did you first report or seek treatment for your injury or illness:
    June 10, 2010 approx

32. On what date was your injury first diagnosed:_____
    June 10, 2010 approx

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Leonard J Chabert Med | Ctr, 1978 Industrial Blvd., Houma, LA 70363 - doctor names not recalled |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Leonard J Chabert Med Ctr, 1978 Industrial Blvd., Houma, LA 70363 - doctor names not recalled | |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __x__. If "*Yes*,"

    A. When? _____n/a_____

    B. Who diagnosed the injury (or condition) at that time? ____n/a_____
    
    _____
    _____

    C. Who treated the injury (or condition) at that time? ____n/a_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?
    Yes _____ No __x__. If "*Yes*,"

    A. What date did you first experience such injury or condition? ___n/a_____
    B. What injury (or condition) was made worse? __n/a_____
    _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| none |  |
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes __X__    No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: the date of the damage started with employment withmTechnical Environmental Services
past/future medicals including prosthesis: $300,000; past/future lost wages: $700,000; pain and suffering: $500,000; mental anguish: $1,000,000; disability: $1,000,000; and loss of enjoyment of life: $1,000,000. TOTAL = $6,500,000.00

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes __X__    No _____     (note previously this was answered NO- that was an error)

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? _____
       Technical Environmental Services - through New Hampshire Ins Co

    B.    When did you receive this compensation or reimbursement? __approx 9/16/2014__

    C.    What was the amount of the compensation or reimbursement? __$325.51 per week ended Dec. 28, 2015__

**G. CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____ No__X__

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____ No__X__

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract): __n/a__

44. Describe how the contract was breached: __n/a__

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire: __n/a__

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire: __n/a__

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:
    See earlier response to #39 - my attorney advised me on calculating totals which were submitted on Nov. 14, 2013 to the Deepwater Horizon Medical Benefits Claims Administrator - amounts are lower than what I am actually entitled to; however, these amounts were calculated for the settlement offer of November 14, 2013.

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____n/a_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __Sept. 25__, 2018

Location (City and State): __N.O., LA__

_____
Signature of Plaintiff*

*\*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

__Glyn Evans__
_____
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

The aforementioned responses are submitted in order to address the deficiencies raised in the ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 66 (Case 2:10-md-02179 Document 24875)