**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Evans | Glynn | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-303-1693 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 2703 Mistletoe Street | New Orleans, La 70118 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| Technical Enviornmental Services, Inc. | 06/28/1958 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Darleen Jacobs<br>Darleen Jacobs APLC | dollyno@aol.com |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?
2010-2011 - 1925 Louisa St 70117
2011 to Plantiff present 2703 Mistletoe St. 70118

Any prior name used by Plaintiff from April 2010 to present?
NONE

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| 2986 | |

Please indicate your status:

**X** Properly opted out of the Medical Benefits Settlement*

☐ Not a member of the Medical Benefits Settlement Class

☐ Member of the Medical Benefits Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?

☐ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

☐ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

**X** Onshore personnel employed to perform Response Activities.

☐ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

**X** A Previously-Filed Individual Action, Eastern District of Louisiana Case No. __10-1245_____.

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. _____.

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B3 Defendant for** (*select all that apply*):

[x] Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _July 29, 2010; Amputation of foot was required.  On or about June 14, 2010 he was a longshoreman._

[ ] Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

    If so, identify the location and approximate date of the alleged exposure: _____

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

[ ] Vessels of Opportunity Contract Claim.

[ ] Non-Vessels-of-Opportunity Contract Claim Related to the Response.

[ ] Other.  Please specify: _____.

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes __X__.   No _____.

If Yes, please identify:

1. The claim number(s) (if available). __3284392__.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

    Yes _____.   No __X__.

3

Claimant Glynn Evans was employed by Technical Environmental Service as a longshoreman and was involved in oilfield cleanup procedures for BP Oil on or about June 14, 20`0. While involved in clean up, Evans suffered chafing of the first metatarsal and dorsum of the right foot. Evans is a diabetic. Evans attempted to treat his foot, but the foot was infected and developed ulceration and cellulitis. Amputation of the foot was required.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____, 2017

Location (City and State): _____

_____ /s/ Glynn Evans
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Glynn Evans
Print Name

This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before **April 12, 2017**. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

4