# Exhibit C – Sara Bonilla's
# Original Particularized Statement of Claim
# Before the Merge

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Sara Bonilla

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 3401 W Loyola Drive
   Address Line 2:
   City: Kenner    State: LA    Zip: 70065
2. Telephone number: 504-346-1489
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: None
4. Date and Place of Birth: 7/15/1974 Honduras
5. Male _____  Female X

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A Attached. | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B Attached. | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes __X__ No_____ If "*Yes,*" when were you out of work and why? In 2013 because of severe headaches, vision problems, and panic attacks.

**B. THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes __X__    No _____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1. Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore __X__    Offshore _____    Both _____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes _____    No __X__

12. Did you handle hazardous materials as part of your cleanup work?

   Yes __X__    No _____

13. Please set forth the following information about your cleanup work:

   A. Your employer(s): Including, but not limited to: Industrial Labor & Equipment Services.

   B. Your supervisor(s) at the employer(s) identified in Question No. 13(A): Plaintiff does not recall.

   C. A description of the work performed for employer(s) identified in Question No. 13(A): Supervised recovery techs on beaches; cleaned oil and oil-covered debris from sand and coastal areas.

   D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): Plaintiff worked approximately 9 months from 06/2010 – 02/2011 for 10 to 12 hours per day, 5 to 7 days per week, including, but not limited to: Venice Beach, Louisiana.

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

   Staging Hopedale - Venice Lot 49 Coast Guard Road - Venice Responder Village - Staging Venice

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

   Plaintiff cannot recall.

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____    No__X__

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____    No__X__

16. List all address(es) at which you resided in 2010:_____

    See Exhibit A attached.

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.   Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both  X

19.   How were you exposed? (*Check all that apply*)

   A.   Inhalation             Yes  X       No_____

   B.   Dermal (skin) contact  Yes  X       No_____

   C.   Ingestion              Yes  X       No_____

   D.   Other (please describe):   Ocular

20.   What was the date(s) of your exposure?   See response to Question 21.

   Day: _____   Month: _____   Year: _____

21.   How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

   Continuous, personal, direct exposure to both oil and dispersants while cleaning up beaches approximately 06/2010 – 02/2011 for 10 to 12 hours per day, 5 to 7 days per week, including, but not limited to: Venice Beach, Louisiana beginning in June of 2010.

22.   What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

   See response to Question 21.

23.   For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

   See Exhibit C attached.   Also, see response to Question 21.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

   See Exhibit C attached.
   _____
   _____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

   Yes_____     No _X_____     See response to Question 26 for clarification.

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

   Reporting an exposure was unnecessary because Plaintiff's job, by its very nature, necessitated personal, direct, and continuous exposure to the hazardous chemicals involved in the cleanup operation of the BP Deepwater Horizon disaster.
   _____

**E.   NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:   N/A

   A.   The nature of your injury:_____

   B.   The date(s) of your injury:_____

   C.   The location(s) of your injury:_____

   D.   The work that you were performing when you sustained your injury:_____
        _____
        _____

   E.   Identify any individual(s) who witnessed your injury:_____
        _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

   N/A
   _____
   _____
   _____

**F.    INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

    See Exhibit D attached.

    _____

    _____

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    See Exhibits C and D attached.

    _____

    _____

    _____

31. On what date did you first report or seek treatment for your injury or illness: See Exhibit D attached.

32. On what date was your injury first diagnosed: _____

    See Exhibit D attached.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No  X    . If "*Yes*,"

    A.  When? _____

    B.  Who diagnosed the injury (or condition) at that time? _____
    _____
    _____

    C.  Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____ No  X   . If "*Yes*,"

    A.  What date did you first experience such injury or condition?_____
    B.  What injury (or condition) was made worse?_____
    _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes __X__   No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

    See Exhibit E attached.
    _____

    _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes_____   No __X__

    If "Yes":

    A.  From whom did you receive this compensation or reimbursement?_____

        _____

  B.  When did you receive this compensation or reimbursement?_____

_____

  C.  What was the amount of the compensation or reimbursement?_____

_____

**G.**  **CONTRACT CLAIMS**

  *(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

  Yes_____  No__X____

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes_____  No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44. Describe how the contract was breached:_____

_____

_____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.