# Exhibit B – Eric Maurice Taylor's Signed Medical Opt-out

Date: July 3, 2012

Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Re: Request to Opt Out

Dear Claims Administrator:

**I wish to exclude myself from and hereby opt out of the Medical Benefits Settlement Class.** I understand that I will not be able to make a claim or receive any payment under the Medical Benefits Settlement as a result of this request. Please find my information below and a copy of my driver's license or other government-issued identification attached hereto.

Printed Name: ERIC (First) MAURICE (Middle) TAYLOR (Last)

Address: 1464 DARWOOD DR
MOBILE AL, 36605

Phone Number: (251) 518-8032

Date of Birth: OCT 20, 1964

**Sincerely,**

Eric M. T. (Signature)