# Exhibit C – Page from Notice of Joint Filing of the Declaration of Matthew Garretson, ECF No. 7989



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 1501 | | Stewart | Alpenation | | | | |
| 1502 | | Stewart | Elizabeth | | | | |
| 1503 | | Stewart | Lloyd | | | | |
| 1504 | | S. | D. | | | | |
| 1505 | | S. | D. | | | | |
| 1506 | | Stohl | Jennifer | | | | |
| 1507 | | Storey | Daniel | | | | |
| 1508 | | Stovall | Lambert | | | | |
| 1509 | | Strasser | Mary | | | | |
| 1510 | | Strauss | Robert | | | | |
| 1511 | | Street | Corey | | | | |
| 1512 | | Street | Don | | | | |
| 1513 | | Street | Shadronica | | | | |
| 1514 | | Streeter | Michael | | | | |
| 1515 | | Strickland | Lucy | | | | |
| 1516 | | Strickland | Morris | | | | |
| 1517 | | S. | S. | | | | |
| 1518 | | Stubbs | Jesse | | | | |
| 1519 | | Stuve | Gary | | | | |
| 1520 | | Sullivan | Robert | | | | |
| 1521 | | Summerall | Tara | | | | |
| 1522 | | Summers | Andrae | | | | |
| 1523 | | Summers | Sandra | | | | |
| 1524 | | Sunseri | Anthony | | | | |
| 1525 | | Swaney | Julie | | | | |
| 1526 | | Swanier | Marqueda | | | | |
| 1527 | | Tabayoyong | Michelle | | | | |
| 1528 | | Taber | Clay | | | | |
| 1529 | | Tackett | Michael | | | | |
| 1530 | | Takewell | Deborah | | | | |
| 1531 | | Tate | Carl | | | | |
| 1532 | | Tate | Curtis | | | | |
| 1533 | | Tatum | Debra | | | | |
| 1534 | | Tatum | Paul | | | | |
| 1535 | | Taylor | Brian | | | | |
| 1536 | | Taylor | Charles | | | | |
| 1537 | | Taylor | Eric | | | | |
| 1538 | | Taylor | Garland | | | | |
| 1539 | | Taylor | Jeremy | | | | |
| 1540 | | Taylor | Kimberly | | | | |
| 1541 | | Taylor | Renita | | | | |