# Exhibit D – Excerpt from Updated PTO 63 Compliance List, ECF No. 24268

Exhibit 1 - 960 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Stricklin, Sam Houston | 17-cv-04552 |
| Stubbs, Jesse | 17-cv-04261 |
| Summerall, Tara S. | 17-cv-04643 |
| Summers, Andrae Trejuan | 17-cv-04262 |
| Sunseri, Anthony Jeremy | 17-cv-04263 |
| Swaney, Julie | 17-cv-04186 |
| Swanier, Marqueda C. | 17-cv-04644 |
| Tate, Curtis Anthony | 17-cv-04264 |
| Taylor, Charles | 17-cv-03222 |
| Taylor, Eric Marice | 17-cv-04600 |
| Taylor, Jeremy | 17-cv-04190 |
| Taylor, Kimberly Nicole | 17-cv-04603 |
| Taylor, Mary S. | 17-cv-03201 |
| Taylor, Robert V. | 17-cv-03201 |
| Taylor, Shana | 17-cv-04191 |
| Tebbs, Michael Eppa | 17-cv-04605 |
| Tebbs, Sheila Goree | 17-cv-04606 |
| Terrebonne, Betty Ann | 17-cv-04549 |
| Terrebonne, Gary Jr. | 17-cv-04192 |
| Terrebonne, Gary Sr | 17-cv-04549 |
| The Queen Esther Commercial Fishing | 16-cv-15255 |
| Thomas, Carlos Alexander | 17-cv-04608 |
| Thomas, David Jr. | 17-cv-04556 |
| Thomas, Kendrick Daton | 17-cv-04195 |
| Thomas, Kennedy | 17-cv-04301 |
| Thomas, Lakesha on Behalf of the Estate of Jimmie Thomas | 17-cv-04547 |
| Thomas, Raymond Wesley | 17-cv-04595 |
| Thompson, Adonis Rashiid | 17-cv-04198 |
| Thompson, Alvin Lee | 17-cv-03156 |
| Thompson, Brian Michael | 17-cv-04265 |
| Thompson, Christopher Durward | 17-cv-04609 |
| Thompson, Deforrest Darrell | 17-cv-04611 |
| Thompson, Joe | 17-cv-02854 |
| Thompson, Randy | 17-cv-04202 |
| Tickell, Rebecca Harrell | 17-cv-03169 |
| Timmons, Frances | 17-cv-04266 |
| Tobias, Warren Kendrick | 17-cv-04613 |
| Toler, Juanita Reid | 17-cv-04267 |
| Tolliver, Michael | 17-cv-04268 |
| Torres, Esmeralda Ladette | 17-cv-04204 |
| Townser, Frank Jr. | 17-cv-04205 |
| Townser, Frank N. III | 17-cv-04519 |
| Traylor, Gabrielle | 17-cv-04302 |
| Trellis, Spencer T. | 17-cv-04254 |
| Treme, Josh | 17-cv-04269 |