# Exhibit A - James Collier's original Particularized Statement of Claim

---

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
**FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:** James Collier

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1.   Current address:

Address Line 1: Post Office Box 55

Address Line 2: 

City: Kewanee        State: MO        Zip: 63860

2.   Telephone number: 573-521-9202

3.   Maiden or other names used or by which you have been known, and the dates during which you were known by such names: None

4.   Date and Place of Birth: 3/18/1968, Sikeston, MO

5.   Male X_____   Female_____

6.    Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A Attached. | |
| | |
| | |

7.    Employment Information:

A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B Attached. | | | |
| | | | |
| | | | |
| | | | |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes __X__  No_____  If *"Yes,"* when were you out of work and why?  Plaintiff broke his leg and required surgery in 2008 and was absent from work for months due to that. Additionally, Plaintiff is no longer able to operate cranes, which was his main profession for decades, due to the health issues he has resulting from his work with Deepwater Horizon rig post-explosion/disaster.

**B.      THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes__X____      No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.      Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____      Offshore__X____      Both_____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____      No__X____

12.     Did you handle hazardous materials as part of your cleanup work?

   Yes__X____      No_____

13.     Please set forth the following information about your cleanup work:
   A.      Your employer(s): _Including, but not limited to: Oceaneering International, Inc._____

   B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):
           Sean Doucet
           _____

   C.      A description of the work performed for employer(s) identified in Question No.
           13(A): _AB/Crane Operator on vessel "Ocean Intervention I"._____

           _____

   D.      The date(s), time(s), and location(s) you performed the work described in Question
           No. 13(C): _Plaintiff was on the BP Nakika from June 22-30, July 1-15, and August 11-20 of 2010._____

           _____

E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

BP Nakika MC474

_____

F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

None

_____

**2.    Residents/Tourists**

14.    Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____       No__X____

15.    Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____       No__X____

16.    List all address(es) at which you resided in 2010: _____

See Exhibit A attached.

_____

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17.    Are you claiming that you suffered damages from (*Check all that apply*):

__X___Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.      EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____                    Dispersants_____                    Both__X___

19.     How were you exposed? (*Check all that apply*)

A.      Inhalation                    Yes__X___        No_____

B.      Dermal (skin) contact        Yes__X___        No_____

C.      Ingestion                    Yes_X___         No____

D.      Other (please describe): _____

20.     What was the date(s) of your exposure?    See response to Question 21.

Day: _____        Month: _____        Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous, direct, personal exposure for 24 hours per day while on the BP Nakika MC 474 from June 22-30, July 1-15, and August 11-20 of 2010.

_____

_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

See response to Question 21.

_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

See Exhibit C attached.     Also, see response to Question 21.

_____

_____

24.    Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

   See Exhibit C attached.
   _____

   _____

   _____

25.    *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

   Yes <u>X</u>          No_____          See response to Question 26 for clarification.

26.    *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

   Plaintiff contacted a Sean Doucett, who worked for "Total Safety" as an Industrial Hygiene Technician, about the need for him and his coworkers to have some PPE or other safety equipment. Mr. Doucett laughed and told them the oil/dispersant was as harmless as Dawn dishwashing detergent.
   _____

**E.    NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.    For your non-exposure personal injury, please state:   N/A

   A.    The nature of your injury:_____

   B.    The date(s) of your injury:_____

   C.    The location(s) of your injury:_____

   D.    The work that you were performing when you sustained your injury:_____

   _____

   _____

   E.    Identify any individual(s) who witnessed your injury:_____

   _____

28.    Describe in as much detail as possible the circumstance(s) of your injury: _____

   N/A
   _____

   _____

   _____

**F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you
        claim resulted from the spill or your cleanup work in response to the oil spill: _____

        See Exhibit D attached.

        _____

        _____

30.     Please explain how your injury (or medical condition) resulted from the spill or your
        cleanup work in response to the oil spill:

        See Exhibits C and D attached.

        _____

        _____

        _____

        _____

31.     On what date did you first report or seek treatment for your injury or illness:
        See Exhibit D attached.

32.     On what date was your injury first diagnosed:_____

        See Exhibit D attached.

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or
        condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |

34.    Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35.    Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____  No _x_____.  If "*Yes*,"

      A.    When? _____

      B.    Who diagnosed the injury (or condition) at that time? _____
          _____
          _____

      C.    Who treated the injury (or condition) at that time? _____

36.    Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

     Yes _____  No_x_____.  If "*Yes*,"

      A.    What date did you first experience such injury or condition?_____

      B.    What injury (or condition) was made worse? _____
          _____

Case 2:10-md-02179-CJB-DCW   Document 24202-1   Filed 10/09/18   Page 9 of 24

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__     No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

See Exhibit E attached.
_____

_____

_____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____     No __X__

If "Yes":

A.      From whom did you receive this compensation or reimbursement?_____

_____

B.     When did you receive this compensation or reimbursement?_____

_____

C.     What was the amount of the compensation or reimbursement?_____

_____

**G.**     **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.     Is your claim based on a breach of contract?

Yes_____     No__X_____

42.     Was the contract that you claim was breached made as part of the VoO Program?

Yes_____     No_____

43.     Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.     Describe how the contract was breached:_____

_____

_____

45.     *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.     *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44
       caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _MAY 13th_, 2018

Location (City and State): _KEWANEE, MO._

_____
Signature of Plaintiff*

*Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_JAMES L. COLLIER_
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than <u>Monday, July 9, 2018</u>, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**Exhibit A**
**James Collier**

| Address | Dates of Residence |
|---|---|
| Post Office Box 55, Kewanee, MO  63860 | **Over ten years** |

# EXHIBIT B
# James Collier

Jan 2016 - Current - Self employed
   *Transport Motor Homes

**Marine Management Services**
**A Crowley Company**
21400 International Blvd, Ste 302
SeaTac, WA 98198
October 2015 – January 2016
*AB Unlimited (STCW)/Crane Operator on DP Dive Vessel (Class A-API Offshore Certified)

*SEACOR LIFTBOATS*
Houma, LA
7910 Main Street 2nd Floor Houma, LA 70360.
Tel: 1 985 876 5400
Human Resources: Dewayne Boudreaux
*Feb 26 2014 - October 5 2015*
*AB Unlimited (STCW)/Crane Operator on Lift boats (Class A-API Offshore Certified)

*TRINITY MARINE (Ship Yard)*
265 Co Rd 337, Caruthersville, MO 63830
(573) 333-1840
Human Resources: Patty Matthews
Feb. 1997 - Dec. 2000 / Aug. 2001 - Sept. 2007/ April 2012 - Jan 2014

 * Overhead Crane Operator (Class A licensed) Unloading metal sheets from coil machine.
 * Remote Crane Operator (Class A licensed) Moving metal coils around coil yard.

*SPARROWS (Crane Services)*
**Crane Rental Services**
5524 Veterans Memorial Drive
Abbeville, LA 70510 USA
Phone: 337-893-5459
Fax: 337-893-7537
October 2011 – April 2012
Human Resources: Mark Harrington
*Class A  A.P.I. Certified Crane Operator

**SUPERIOR ENERGY SERVICES (Offshore Construction)**

Marine Services
1215 Peters Rd.
Harvey, Louisiana 70058 USA
Phone: 504-367-0858
Fax: 504-363-4765
Toll-free: 800-684-8633

September 2010 – October 2011

Human Resources: David Lewis

*AB/Crane Operator on Lift boats (Class A-API Offshore Certified)


**OCEANEERING INTERNATIONAL, INC (Deep Sea Operations)**
5004 Railroad Avenue
Morgan City, Louisiana 70380
Telephone: (985) 395-5247
September 2007 - September 2010
Supervisor: Matt Dragna

* R.O.V. Pilot/Electronics Tech. on DP Vessel

*AB/Crane Operator on DP Dive Vessel (Offshore Certified)

I was a R.O.V. Pilot/AB/Crane Operator aboard the DP Vessels Ocean Interventions I and II.

# Exhibit C
# James Collier

The Plaintiff suffered airborne exposure to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis while he was living and working aboard the Ocean Intervention vessel. Plaintiff worked as a crane operator, and he and his co-worker were the only two personnel on the vessel that were required to spend their entire work shifts outside, directly above the contaminated water, even while crude/weathered oil was still spewing thousands of gallons per day and both Corexit formulations were being sprayed and injected into the waters. Plaintiff did not have the benefit of an enclosed, air conditioned space or vehicle to work in, and was forced to inhale the chemicals daily. Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support his position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons.* New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al.* Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S*, et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated him and attributed his symptoms to toxic exposure, including, but not limited to,

those who may be listed on Exhibit D; the fact that he had no substantially similar pre-existing health problems comparable to the ones he suffered, and continues to suffer, since BP's oil spill disaster; and the fact that so many others in the area have suffered substantially the same symptoms after similar exposure.

# EXHIBIT D

**Name:**     James Collier
**Address:**  PO Box 55, Kewanee, MO
**DOB:**      3/18/1968

### MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS |
|---|---|---|---|
| 2/22/11 | Compassionate Care/Family Preference Health<br>Marilyn Y. Chapman (PCP)<br>201 W. Main St.<br>Matthews, MO 63867 | Chief complaint: Cough, body aches, insomnia. Started Sunday w dry cough then body aches, tossed & turned all night – was in location with dusk. Exam: Purulent rhinorrhea, congestion, drainage, fever/chills, insomnia, cough, myalgia. Diagnoses: Sinusitis, Rhinitis, cough, body aches, exposure to flu, fever. Flu swab (came back negative). Rx: Amoxil, tessalong perles, Zyrtec, tamiflu | Short record; **need full records** |
| 2/23/11 | Southeast Missouri Hospital Laboratory<br>1701 Lacey St.<br>Cape Girardeau, MO 63701 | Flu lab test results (negative) | Record |
| 07/29/12 | FC Management 001, LLC dba DRX<br>465 S. Mount Auburn Rd.,<br>Cape Girardeau, MO 63703 | C/o constant sinus congestion of head since 7/26/12. Pt describes severity as moderate. Pt reports that it was not result of an injury. Pt has had similar problems in the past. Also headache, sneezing, muscle pain, jaw pain, lymph nodes swollen. PT reports no allergies or medications. Exam: Sinus tenderness to percussion; lip/teeth/gum abnormality noted. Poor dentition no frank tooth abscess seen, possible deeper decay of right ingenono incisor and 2nd molar. Procedures: Injection – Ketorolac. Dx: Sinusitis, acute, unspecified. Rx: Amoxicillin, Voltaren, Vicodin | Record |
| 4/21/14 | Compassionate Care/Family Preference Health | Pt here with acute onset rhinorrhea, nasal and chest congestion. Sore throat. Associated with mildly productive cough. Low grade fever, chills. States over past few days, have felt it moving into his chest with pain with cough. Been using everything OTC. Afebrile but appears acutely ill. Dx: allergic rhinitis, cough, acute upper respiratory infections of | Records |

| | | other multiple sites, bronchitis. Plan: Increase fluids, rest. OTC analgesics. Rx: Zyrtec, Robitussin DM, Zithromax, Albuterol Sulfate | |
|---|---|---|---|
| 4/29/14 | Missouri Delta Medical Center 1008 N. Main St. Sikeston, MO 63801 | Chest x-ray for Bronchitis, wheezing and cough. Findings: Mild interstitial lung disease at the bases. | Records |
| 6/19/14 | Compassionate Care/Family Preference Health | Pt had been in clinic on 4/21 and 4/29/14 with bronchitis and cough. He had x-ray, CT, and PFt done. Interstitial Lung disease noted on the CT. Pt starts having a cough and congestion that seems to persist since being sick. States that he had lingering symptoms before being seen in April but always took something available at home for symptoms. States working around fumes from petroleum and exhaust. Pt here to discuss his exposure to toxins during the BP oil spill several years ago. He states since his exposure he has developed tremors. States now his family and others are beginning to notice the tremors. It is also beginning to affect his activities. Pt states he was working on a rig that put in the divers that went down to the well site during the oil spill. States exposure to the oil and to chemicals used to clean up after the oil. States no protective equipment was used such as gloves or protective equipment. He did rinse off his arms and hands but used a chemical that provides to wash. States has ringing in his ears but denies using any protective equipment except for hard hat. Dx: Interstitial lung disease, allergic rhinitis, tremor, benign essential hypertension. Plan: Will try Inderal for BP control and to see if it controls his tremors. Try Allegra for his allergy symptoms. | Record |
| 8/11/14 | St. Francis Medical Partners, LLC PO Box 843225 Kansas City, MO 64184 | | Bill |
| 8/13/14 | St. Francis Medical Partners, LLC Cape Neurology Specialists 3004 Gordonville Rd. Cap Girardeau, MO | Pt referred by Marilyn Chapman, NP, his PCP, for tremors. Problem list: tremor, dyspnea and respiratory abnormalities, other. Ordered TSH, peripheral blood smear, lead, free T4, ceruloplasmin, serum copper lab tests and MRI brain w/o contrast. Rx: Proranolol HCl | Bill |

| 8/16/14 | St. Francis Medical Center<br>211 St. Francis Dr.<br>Cape Girardeau, MO 63703 | Pathology exam. Dx: Mild leukocytosis w/ unremarkable differential. Lab results ordered from 8/13 visit. | Records |
|---|---|---|---|
| 10/24/14 | St. Francis Medical Partners, LLC<br>Cape Neurology Specialists | F/up for tremors and lab/testing results. No changes since last visit. Add Melatonin 5mg. | Bill |
| 2/9/15 | St. Francis Medical Partners, LLC<br>Cape Neurology Specialists | F/up visit for tremors. Pt states he has felt weak recently but has not fallen. Plan: f/up in 5 months. | Bill |
| 6/4/15 | Compassionate Care/Family Preference Health Care Clinic | Doctor's note: "Mr. James Collier comes to our office with pictures of red vesicular lesion that are the result of sun exposure. He is willing to comply with follow up with a specialist and states seeing specialists who are aware of his condition. At this time, I would recommend him working on a night shift and using sun protective clothing to prevent further episodes. I would also recommend that he continues with follow up with specialists he has been seeing for the health problems he has experienced." Signed Mary Champan | Record/letter |
| 8/27/15 | St. Francis Medical Partners, LLC<br>Cape Neurology Specialists | F/up for tremor. C/o 9/10 level pain in back and neck. Dx: Low back pain, tremor. Exam: EMG with NCS. Plan: f/up after testing complete | Bill |
| 10/7/15 | Advanced Dermatology of South Missouri<br>2116 Megan Dr. Ste. 102<br>Cape Girardeau, MO 63701 | RX: "Please have patient avoid working during daylight hours, as this triggers his rash to flare." Signed Heather Miller | RX note, **need records** |

## CLEANUP EMPLOYMENT

| **EMPLOYERS ASSOCIATED WITH CLEANUP WORK** | Oceaneering International, Inc. |
|---|---|
| **JOB DUTIES** | Crane operator for construction on Deepwater Horizon Rig. Plaintiff was on vessel "Ocean Intervention." |
| **DATES OF CLEANUP EMPLOYMENT** | June 2010 to August 2010 (total of 34 days) |

| **SYMPTOMS** | Sinus pressure and pain, muscle aches and pain, irregular/abnormal heart beat, headaches/migraines, fatigue, insomnia, restless legs, tremors/shakes, decreased sense of smell, sensitivity in teeth, teeth becoming loose and rotten due, skin rashes, severe drying of skin on arms/legs/neck, tinnitus, stomach cramps, difficulty talking, eye irritation, blurry vision, balance issues, respiratory issues, chronic sinusitis, chronic Rhinitis, Chronic bronchitis, reactive airway dysfunction syndrome, interstitial lung disease, chronic contact dermatitis, chronic eczematous reaction, GERD, short-term memory loss, depression, PTSD, anxiety, vision loss, Chronic Pain Syndrome |
|---|---|

James Collier

# EXHIBIT E
# James Collier
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during his employment attempting to reconstruct the BP Nakika platform/well, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Two Million Five Hundred Thousand ($2,500,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.