# Exhibit B - Excerpt from Order
# Re Motions to Reconsider on PTO 63 dated
# December 6, 2017

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs

**Additions to EXHIBIT 1:**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Ellis Keyes<br>[added per R.D. 23165] | 14-cv-02211 |
| Lisa Baldo<br>[added per the attached order] | 17-cv-03368 |
| Brandon Keith Byrd<br>[added per the attached order] | 17-cv-03073 |
| Willie Louis Casey, Jr.<br>[added per the attached order] | 17-cv-03525 |
| James Collier<br>[added per the attached order] | 17-cv-03415 |
| Paul Matthew Doom<br>[added per the attached order] | 17-cv-04395 |
| Melissa Wellington<br>[added per the attached order] | 17-cv-04542 |
| Jada Wellington<br>[added per the attached order] | 17-cv-04542 |
| Janya Wellington<br>[added per the attached order] | 17-cv-04542 |
| Holly Williams<br>[added per the attached order] | 17-cv-04307 |
| Ricky Robin, Sr.<br>[added per the attached order] | 17-cv-03389 |
| Ricky Robin, Jr.<br>[added per the attached order] | 17-cv-03383 |
| Deja'Jana Brumfield<br>[added per the attached order] | 17-cv-04562 |
| Khaled Omar Abdelfattah<br>[added per the attached order] | 17-cv-03443 |
| Larry Schexnayder<br>[added per the attached order] | 17-cv-03207 |
| Rachel Williams<br>[added per the attached order] | 17-cv-03207 |
| Farrell Schexnayder<br>[added per the attached order] | 17-cv-03207 |
| Donna Picou<br>[added per the attached order] | 17-cv-03207 |
| Darlene Williams<br>[added per the attached order] | 17-cv-03207 |
| Gary Lane Schexnayder<br>[added per the attached order | 17-cv-03207 |
| Rico O. McBride<br>[added per the attached order] | 16-cv-15255 |

*Case No. 13-cv-00304 added to Plaintiff Michael Brandon Vickers, per the attached order.