# "Rule Response Exhibit B"
# – Frederick Davis'
# Amended Exhibit D

# Exhibit D

**Name:**     Davis, Frederick
**Address:**  9 Davis Stevens Drive - Waynesboro, MS 39367
**DOB:**      8/16/1976

## MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS | AMOUNT |
|---|---|---|---|---|
| | FCI Yazoo City Low<br>2225 Haley Barbour Pkwy<br>Yazoo City, MS 39194 | Records pending; dates of visit unknown | | |
| | Visionworks<br>1000 Turtle Creek Drive #450<br>Hattiesburg, MS 39402 | Records pending; dates of visits unknown | | |
| | | Plaintiff also treated with over the counter drugs for cold-symptoms and skin irritation | | |
| | Initial symptoms: | Headaches, sinus problems, skin irritation, and other injuries as may be shown by further evidence | | |
| | Current Symptoms: | Eyesight is worse; skin occasionally breaks out into untreatable rash. | | |
| | | First date of treatment or diagnosis: Unknown | | |
| | **Question 37: PCP:** | No Primary Care Physicians | | |