# Exhibit A – Dondy Booker's Particularized Statement of Claim

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Dondy Booker

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 3015 Eden Street
   Address Line 2: Apartment 52
   City: Pascagoula    State: MS    Zip: 39581

2. Telephone number: 228-235-7736; 228-249-3830

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: None

4. Date and Place of Birth: 8/7/1977, Pascagoula, MS

5. Male  X    Female _____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A Attached. | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B Attached. | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No_X___ If *"Yes,"* when were you out of work and why?_____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes__X__     No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____     Offshore_____     Both_X___

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____     No__X__

12. Did you handle hazardous materials as part of your cleanup work?

    Yes__X__     No_____

13. Please set forth the following information about your cleanup work:

    A.  Your employer(s): _Including, but not limited to: Ashland Services._

    B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A):

        _Plaintiff does not recall._

    C.  A description of the work performed for employer(s) identified in Question No. 13(A): _Recovery technician -- recovered oil, tar balls, and oil-covered debris from_ beaches.
    
    _____

    D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _From May to August 2010, for 10-12 hours per day, 5-7 days per week_, along the Gulf coast of MS and all throughout the Gulf waters.

    _____

  E.  The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

    _Plaintiff does not recall._____

  F.  Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

    _Crew leader with Ashland had the first name Cedric._____

  **2.**  **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes_____  No__X___

15. Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes_____  No__X___

16. List all address(es) at which you resided in 2010:_____

  See Exhibit A attached.
  _____

**C.**  **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

  __X___Bodily injury from exposure to oil and/or dispersants

  _____Bodily injury other than from exposure to oil and/or dispersants

  _____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.      EXPOSURE CLAIMS**

18.   Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X__

19.   How were you exposed? (*Check all that apply*)

   A.   Inhalation              Yes__X__   No_____

   B.   Dermal (skin) contact   Yes__X__   No_____

   C.   Ingestion               Yes_X___   No_____

   D.   Other (please describe): _____

20.   What was the date(s) of your exposure?   See response to Question 21.

   Day: _____   Month: _____   Year: _____

21.   How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

   Continuous, direct, personal exposure to both oil and dispersants throughout his employment with the oil cleanup effort, from May to August 2010, for 10+ hours per day, 5 to 7 days per week, in the areas including but not limited to: Biloxi, Pass Christian, Pascagoula, Ship Island, Horn Island, and Petit Bois Island, MS.

22.   What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

   See response to Question 21.

23.   For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

   See Exhibit C attached.   Also, see response to Question 21.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

   See Exhibit C attached.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

   Yes_X___   No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

   Plaintiff reported to Cedric that exposure happened and complained of headaches. Cedric was also suffering from headaches.

**E.     NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:   N/A

   A. The nature of your injury:_____

   B. The date(s) of your injury:_____

   C. The location(s) of your injury:_____

   D. The work that you were performing when you sustained your injury:_____

   E. Identify any individual(s) who witnessed your injury:_____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

   N/A

**F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____
    \_\_\_See Exhibit D attached._____
    _____
    _____

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
    \_\_\_See Exhibits C and D attached._____
    _____
    _____
    _____
    _____

31. On what date did you first report or seek treatment for your injury or illness:
    \_\_\_See Exhibit D attached._____

32. On what date was your injury first diagnosed:_____
    \_\_\_See Exhibit D attached._____

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| **Name** | **Address** |
|---|---|
| See Exhibit D Attached. | |
| | |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __X__. If "*Yes*,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   
   _____
   
   _____

   C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No _X__. If "*Yes*,"

   A. What date did you first experience such injury or condition?_____
   B. What injury (or condition) was made worse?_____
   
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| **Name** | **Address** |
|---|---|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes __X__   No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____
   See Exhibit E attached.
   _____

   _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes_____   No__X__

   If "Yes":

   A.   From whom did you receive this compensation or reimbursement?_____

        _____

    B.    When did you receive this compensation or reimbursement?_____

_____

    C.    What was the amount of the compensation or reimbursement?_____

_____

**G.**     **CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.*)

41.    Is your claim based on a breach of contract?

Yes_____    No _____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

Case 2:10-md-02179-CJB-DPC Document 24982-1 Filed 10/09/18 Page 12 of 13

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _April 28_, 2018

Location (City and State): _Pascagoula MS_

_Dondy Shawn Booker_
Signature of Plaintiff*

*__Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.__

_Dondy SHAWN Booker_
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |