# Exhibit C – Dondy Booker's Exhibits to Particularized Statement of Claim

# Exhibit A
# Dondy Booker

5507 Wynona Drive
Moss Point, MS 39563      2008 to 2010

3015 Eden Street Apt. 52
Pascagoula, MS 39581      2010 to present

**Exhibit B - Question 7**

| Employer | Address | Dates of Employement | Occupation/Job Duties |
|---|---|---|---|
| Adcock Properties | Martin Bluff Road, Gautier, MS | April 2015 to December 2015 | laborer |
| Ingals Shipyard | Pascagoula, MS | October 2014 to April 2015 | clean up crew |
| Adcock Properties | Martin Bluff Road, Gautier, MS | March 2014 to September 2014 | laborer |
| Ingals Shipyard | Pascagoula, MS | April 2011 to February 2014 | clean up crew |
| Ashland Services | | April 2010 to September 2010; Ocotober 2010 to February 2011 | oil tech cleaning up beaches; clean up on islands |
| Tendall Corporation | Moss Point MS (near Big Point) | January 2009 to January 2010 | laborer |
| Ingals Shipyard | Pascagoula, MS | February 2008 to December 2008 | laborer |

# Exhibit C
# Dondy Booker

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed cleaning oil and other contaminated debris from beaches. Plaintiff worked closely with the hazardous material directly throughout his employment.  In Plaintiff's case, he was exposed a minimum 10+ hours per day five to seven days per week he worked in the areas including, but not limited to Biloxi, Pass Christian, Pascagoula, Ship Island, Horn Island, and Petit Bois Island, MS.  Plaintiff worked in the relief efforts after the Deepwater Horizon disaster from May 2010 through August 2010, and again from October, 2010 through February, 2011. Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium, Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support his position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division.*

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons.* New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenictiy and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al.* Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GuLF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated him and attributed his symptoms to toxic exposure, including, but not limited to, those who may be listed on Exhibit D; the fact that he had no substantially similar pre-existing health problems comparable to the ones he suffered, and continues to suffer, since his work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

# EXHIBIT D

**Client Name:** <u>Dondy S. Booker</u>

| Date | Medical Provider | Diagnosis | Documents Received |
|---|---|---|---|
| 02/22/10 | Singing River Hospital 2809 Denny Ave. Pascagoula, MS 39581 | Laceration left leg | Medical & Billing Records |
| 03/09/10 | Singing River Hospital | Suture removal left leg | Medical & Billing Records |
| 11/01/10 | Singing River Hospital | Dermatitis – rash/itch left hand for 4-5 days | Medical & Billing Records |
| 11/22/10 | Ocean Springs Hospital 3109 Bienville Blvd. Ocean Springs, MS 39564 | Toothache for 2 days | Medical & Billing Records |
| 12/17/10 | Singing River Hospital | Lumbar muscle strain-acute & chronic lower back pain since 2003 MVA | Medical & Billing Records |
| 02/03/11 | Singing River Hospital | Acute left hand dyshydrosis – contact; rash/itch left hand for 2 mos (Pompholyx/vesicular eczema, dyshydrotic eczema) | Medical & Billing Records |
| 05/27/11 | Singing River Hospital | Lumbar muscle strain, cervical strain - acute and chronic neck & back pain since 2003 MVA | Medical & Billing Records |
| 06/08/11 | Ocean Springs Hospital | Toothache | Medical & Billing Records |
| 07/11/11 | Singing River Hospital | Acute exacerbation of chronic lumbar back pain, wart – left hand, insect bite – left hand | Medical & Billing Records |
| 08/04/11 | Singing River Hospital | Chronic lower back pain | Medical & Billing Records |
| 08/30/11 | Singing River Hospital | Anxiety, dypsnea, cannabinoid use, hyperglycemia, dehydration | Medical & Billing Records |
| 08/31/11 | Singing River Hospital | Acute chest pain – atypical | Medical & Billing Records |
| 06/09/12 | Singing River Hospital | Acute dental infection, acute dental pain | Medical & Billing Records |
| 09/22/12 | Singing River Hospital | Neck pain, back pain, intermittent nausea | Medical Records ONLY |
| 10/05/12 | Singing River Hospital | Headache | Medical Records ONLY |
| 10/21/12 | Singing River Hospital | Acute dentalgia/toothache | Medical Records ONLY |
| 11/26/12 | Ocean Springs Hospital | Chronic head and neck pain w/acute exacerbation, acute periodontal disease, odontalgia/gingivitis | Medical Records ONLY |
| 12/07/12 | Singing River Hospital | Chronic neck and back pain | Medical Records ONLY |

| 01/15/13 | Singing River Hospital | Headache | Medical Records ONLY |
|---|---|---|---|
| 04/05/13 | Singing River Hospital | Acute mechanical lower back pain | Medical & Billing Records |
| 06/11/13 | Singing River Hospital | Acute facial swelling secondary to dental infection | Medical & Billing Records |
| 09/22/13 | Singing River Hospital | Toothache | Medical & Billing Records |

| | |
|---|---|
| **EMPLOYERS ASSOCIATED WITH CLEANUP WORK** | Ashland Services |
| **JOB DUTIES** | Clean up oil/recovery tech |
| **DATES OF CLEANUP EMPLOYMENT** | May – August 2010 |
| **SYMPTOMS** | Rash, headaches, skin infection |

# EXHIBIT E
# Dondy Booker
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during his employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than two million ($2,000,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.