# "Rule Response Exhibit A"
# – Debra Frazier's
# Particularized Statement of Claim

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Debra Frazier

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1.  Current address:

    Address Line 1: 11111 Highland Avenue

    Address Line 2: Apartment 520

    City: Gulfport     State: MS     Zip: 39503

2.  Telephone number: 228-224-7465; 228-539-0586

3.  Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Debra Brooks

4.  Date and Place of Birth: 9/24/1956 Brewton, AL

5.  Male_____     Female_ X __

6.  Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A Attached. | |
| | |
| | |

7.  Employment Information:

    A.  Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B Attached. | | | |
| | | | |
| | | | |
| | | | |

8.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____  No _X____  If *"Yes,"* when were you out of work and why? _____

_____

**B.**     **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.     Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes__X____     No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_X____          Offshore_____          Both_____

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____          No_X____

12.    Did you handle hazardous materials as part of your cleanup work?

Yes_X____          No_____

13.    Please set forth the following information about your cleanup work:

Including, but not limited to: C&B Contractors; Jones Staffing;

A.     Your employer(s):_ Wallace-Eutaw / TL Wallace._____

B.     Your supervisor(s) at the employer(s) identified in Question No. 13(A):

Plaintiff does not recall the names of any supervisors._____

C.     A description of the work performed for employer(s) identified in Question No.

13(A):_ picked up oil and tar balls of the beaches._____

_____

D.     The date(s), time(s), and location(s) you performed the work described in Question

No. 13(C):_____

Plaintiff does not recall the exact dates and locations of work and craves reference to the ~~records BP and her other employers should have that may provide specifics.~~ Generally, Plaintiff worked from approximately June 2010 to July 2011, in the areas including but not limited to Biloxi, Gulfport, Long Beach, and Harrison County beaches.

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

Plaintiff does not recall the exact names of any vessels or facilities where she worked.
_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

Plaintiff does not recall seeing any supervisors other than her employers.
_____

**2.   Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes _X____        No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____        No__X____

16.   List all address(es) at which you resided in 2010:_____

See Exhibit A attached.
_____

**C.   INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

__X___Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____                    Dispersants_____                    Both__X__

19.     How were you exposed? (*Check all that apply*)

     A.     Inhalation         Yes__X__     No_____

     B.     Dermal (skin) contact     Yes__X__     No_____

     C.     Ingestion         Yes__X__     No_____

     D.     Other (please describe):  _____

20.     What was the date(s) of your exposure?     See response to Question 21.

Day: _____     Month: _____     Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

  Continuous environmental and residential exposure beginning on or about 4/20/10 and further personal exposure while employed in beach cleanup from approximately June 2010 to July 2011 in the areas including, but not limited to: Gulfport, Biloxi, Long Beach and Bay St. Louis, MS; Gulf waters of MS.

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

  See response to Question 21.

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

  See Exhibit C attached.     Also, see response to Question 21.

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_   _____

_____

_____

25.   *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_X____          No_____

26.   *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.      NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.   For your non-exposure personal injury, please state:

A.    The nature of your injury:_ back problems_____

B.    The date(s) of your injury:_ June 2011_____

C.    The location(s) of your injury:_____

D.    The work that you were performing when you sustained your injury:_____
      Plaintiff began having significant back pain that she believes was attributable to the constant walking, bending, and carrying bags of tar balls during her employment. She felt a repetitive traumatic injury in her lower back, radiating into her legs.
      _____

E.    Identify any individual(s) who witnessed your injury:_____

_____

28.   Describe in as much detail as possible the circumstance(s) of your injury: _____
      Pain in her legs and back._____
      _____
      _____

**F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

        See Exhibit D attached.

        _____

        _____

30.     Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

        See Exhibits C and D attached.

        _____

        _____

        _____

        _____

31.     On what date did you first report or seek treatment for your injury or illness:
        See Exhibit D attached.

32.     On what date was your injury first diagnosed:_____

        See Exhibit D attached.

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |

34.     Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35.     Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____   No __X____.  If "*Yes*,"

        A.      When? _____

        B.      Who diagnosed the injury (or condition) at that time? _____
                _____
                _____

        C.      Who treated the injury (or condition) at that time?_____

36.     Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

        Yes _____  No __X____.  If "*Yes*,"

        A.      What date did you first experience such injury or condition?_____

        B.      What injury (or condition) was made worse? _____
                _____

Case 2:10-md-02179-CJB-JCW   Document 24282-1   Filed 04/09/18   Page 10 of 34

37.    Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38.    Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__    No _____

39.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

See Exhibit E attached._____

_____

_____

40.    Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____    No__X_____

If "Yes":

A.     From whom did you receive this compensation or reimbursement?_____

_____

      B.      When did you receive this compensation or reimbursement?_____

_____

      C.      What was the amount of the compensation or reimbursement?_____

_____

## G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes_____       No__X____

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____       No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
       caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 4-25                    , 2018

Location (City and State): Gulfport Mississippi

_____
Signature of Plaintiff*

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

Debra Frazier
_____
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

# EXHIBIT A
# Debra Frazier

11111 Highland Avenue Apt. 520
Gulfport, MS 39503

Debra Frazier

**Exhibit B - Question 7**

| Employer | Address | Dates of Employement | Occupation/Job Duties |
|---|---|---|---|
| Goodwill | 1955 Pass Rd., Biloxi, MS 39531 | 2011 to Present | Processor and attendant |
| C&B Contractors & Builders | | 2010-2011 | Beach Cleanup |
| Jones Staffing, LLC | | 2010 | Beach Cleanup |
| Wallace-Eutaw, LLC | PO Box 2407, Gulfport, MS 39505 | 2010 | Beach Cleanup |
| United States Environmental Services LLC | 13032 Old Hwy 67, Biloxi, MS 39532 | 2010 | Beach Cleanup |
| PBR NKA Acabono | Columbia, SC | 2008-2009 | Certified machinist |

## Exhibit C (in response to questions 20-24)
## Debra Frazier

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants BP used on a continuous basis throughout each day that Plaintiff was employed for oil and tar ball beach cleanup. In Plaintiff's case, she was exposed a minimum 10-12 hours per day that she worked while on the beaches in Biloxi, Gulfport, Long Beach, and Harrison County.  Plaintiff began working oil clean-up from May, 2010, through July 2011. Plaintiff does not yet have full employment records to be able to give dates and locations that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement her responses to Questions 20-26, as well as any other responses to the PTO 66 Particularized Statement of Claim, at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams. Again, as Plaintiff has not been able to conduct discovery, she is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support her position that the chemicals to which she was exposed on a daily basis caused her injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons.* New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components. 7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124.

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016; 73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012; 69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014; 71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999;53:306-310.

- National Center for Environmental Assessment. Carcinogenic Effects of Benzene: An Update. *U.S. Environmental Protection Agency*. April 1998.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated her and attributed her symptoms to toxic exposure, including, but not limited to, those who may be listed on Exhibit D; the fact that she had no substantially similar pre-existing health problems comparable to the ones she suffered, and continues to suffer from, now since her work cleaning up after Defendant; and the fact that so many others involved in the cleanup of the toxic waste suffer substantially the same symptoms after experiencing similar exposures.

# EXHIBIT D

**Client Name:** Debra Frazier
**Client Address:** 11111 Highland Avenue, Gulfport, MS  39503
**Client DOB:**  09/24/1956

### MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS |
|---|---|---|---|
| 12/07/10 | Garden Park Medical Center Gulfport, MS PO Box 1240 Gulfport, MS 39502 | ER visit: Pt. complains of a headache for one week and has been out of BP meds for one week. Rx of Norvasac for BP. Impression:  Hypertension. | Medicals |
| 12/14/10 | Coastal Family Health Center Gulfport, MS | F/up for hypertension.  Pt. has been out of meds for 2 weeks. Pt. was also seen at the clinic today for COPD. Complaints also for congestion.  Symptoms include wheezing, sputum. Nasal mucosa red & swollen.  Auscultation of the lungs reveals scattered wheezing.  Diagnosis:  Benign essential hypertension and Acute bronchitis. Plan: pt. is instructed to follow low salt diet, exercise. Take all medications and report  any  side  effects.                  Rx. for Hydrochlorothiazide, Norvasc, Septra and Trazodone. | Medicals |
| 06/08/11 | Coastal Family Health Center Gulfport, MS | F/up for Hypertension.  Pt. has been out of medication for a long time.  BP readings: 148/96 and 240/130.  Pt. advised to go to ER and was advised risked of CVA.  Pt. chose to go to ER via private vehicle. Diagnosis: Benign essential HTN. | Medicals |
| 06/08/11 | Memorial Hospital of Gulfport 4599 Thirteenth St. | (Employer listed as TL Wallace) Coastal Family Health Center told Pt to go to ER b/c BP levels at stroke level, c/o | Billing |

**Debra Frazier**

| | Gulfport, MS 39501 | HA. Has been out of BP meds for about 4 months. Labs and EKG ordered (abnormal results: MCH, MCHC, RDW, MPV, EoS, Metas, CO2, TP and ALKP). | |
|---|---|---|---|
| 07/20/11 | Memorial Hospital of Gulfport | (Employer listed as TL Wallace) c/o LBP x 2 weeks, has not taken HTN meds for several days. Lower Back Pain; Hypertension. Rx for Lortab and Valium. | Billing |
| 09/23/11 | Coastal Family Health Center Gulfport, MS | F/u of HTN and med refills.                          Labs ordered – CBC w/ diff/Platelet (MCH and RDW levels abnormal); CMP; Lipid Panel w/ LDL/HDL Ratio.  Rx. for Lisinoprl, Norvasc and Trazodone. Diagnosis:  Benign essential hypertension. | Medicals |
| 12/30/11 | Coastal Family Health Center Gulfport, MS | Check up for Hypertension and med refill.  BP: 162-102: Wt: 195. Diagnosis:  Benign essential hypertension. | Medicals |
| 03/23/12 | Coastal Family Health Center Gulfport, MS | F/up for check-up, med refill and pain in the lower back radiating into side which started one week ago.  Symptoms include abdominal pain in lower right side.  The abdomen is obese. Diagnosis:  1) Abdominal pain. 2) Spasm of muscle. Rx: Flexeril, Ibuprofen, Lisinopr, Metoprolol and Norvasc.   Will refer for colonoscopy. | Medicals |
| 03/27/12 | Metametrix Clinical Laboratory 3425 Corporate Way Duluth GA 30096 | Volatile Solvents – Whole Blood Test. Results: 5 orange (90%) Benezene, Styrene, Toluene, 2-Methylpentane and 3-Methylpentane ; 2 yellow (75%) Ethylbenzene and m, p-Xylene; 3 green (50%)o-Xylene, Hexane and Iso-ociane. | Lab Results |
| 04/23/12 | Coastal Family Health Center Gulfport, MS | Pt presents for f/u of HTN. BP: 132/86, Wt. 201. BP much improved with current protocol. Diagnosis: Benign Essential HTN. | Medicals |
| 05/22/12 | Coastal Family Health Center Gulfport, MS | Pt presents for complaints of burning, itching upon urination.  Diagnosis:  Urinary tract infection. Rx for Septra | Medicals |
| 10/09/12 | Medical Analysis PO Box 4399 | Pt needs refills. Also c/o possible UTI. | Urinalysis results |

**Debra Frazier**

| | Biloxi, MS 39535 | | |
|---|---|---|---|
| 10/11/12 | Medical Analysis<br>Biloxi, MS | F/up for rx refills on Lisinopril, Trazadone, Metoprolol and Norvasc.  Advised pt. we need labs if we are going to continue to give her meds.  Impression:  Rx refills, Htn and Insomnia. | Medicals |
| 11/7/12 | Joe Jackson, M.D.<br>1990 Popps Ferry Rd.<br>Bioloxi, MS 39532 | Pt. arrives complaining of Pain in Hip, right leg, knees and shoulders.  Pt. is employed at Goodwill Center where she is constantly lifting and moving things around.  Long history of chronic neck and shoulder discomfort and chronic low back pain, but the pain has been particularly intense since July.  Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression.<br><br>                                  BP 130/80. Wt. 207 lb. Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate and Trazodone. Wt. 207 lbs.; BP 130/80. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Pt. should have lab screening. MRI may be required if the pt. fails to respond to piriformis exercises.  A single injection in the piriformis for a sciatic nerve block will be tried one time. | Medicals |
| 11/08/12 | Medical Analysis<br>Biloxi, MS | Pt. returns for refills on Trazodone, Lisinopril/HCTZ, Amlodipine Besylate, Metoprolol and IB.  No complaints at present. Impression: 1) HTN 2) Insomnia. Rx given for Amlodipine Besylate, Metoprolol Tartrate, Trazodone HCL and Lisinopril, Hydrochloro-Thiazide, Naproxen and Ibuprofen. | Medicals |
| 12/13/12 | Joe Jackson, M.D.<br>Bioloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression. Pain level 6 of 9. | Medicals |

     **Debra Frazier**

| | | BP 135/80. Wt. 207 lb. Current medications are Amlodipine, Ibuprofen, Lisinopril, Lortab, Metoprolol succinate, Soma and Trazodone. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Percocet and Lortab. | |
|---|---|---|---|
| 12/18/12 | Medical Analysis Biloxi, MS | Pt is out of BP meds since Friday and needs refill.  Need EKG.  Current meds:  Trazodone, Lisinopril/HCTX, Metoprolol, Nonasc, Lortab and Flexerol.  Impression: HTN – uncontrolled. Rx given for Lisinopril | Medicals |
| 1/10/13 | Joe Jackson, M.D. Bioloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression. Pain level 6 of 9.<br><br>                                          BP 120/70. Wt. 207 lb. Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma and Trazodone. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Percocet. Discontinue Lortab. | Medicals |
| 01/15/13 | Medical Analysis Biloxi, MS | F/up for rx refills of Lisinpril/Hctz, Metopropolol and Trazaclone.  C/o out of meds.  Impression: Med Refill; HTN; Insomnia. Rx. for Metoprolol Tartrate and Trazodone HCL and Lisnopril/HCTZ. | Medicals |
| 01/22/13 | Medical Analysis Biloxi, MS | Pt. returns with complaints of chills, cough (painful, dry), HA, scratchy throat, L ear pain, R ear fluid x 4 days. Current medications:  Metroprolol, Amlodipine, Trazodone, Lisinopril/Hctz , Naproxen and IB. BP: 138/90, Wt. 200 lbs. Impression: HTN; Insomnia and Sinusitis. Rx given for Amoxicillin, Promethazine/dm, Lisinopril and Hydrochloro-thiazine and Metropolol Tartrate. | Medicals |
| 02/11/13 | Joe Jackson, M.D. Biloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, | Medicals |

|  |  | frequent difficulty sleeping, SOB, HBP and history of anxiety of depression.<br><br>            Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma and Trazodone. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Percocet. Discontinue Lortab. |  |
|---|---|---|---|
| 03/12/13 | Medical Analysis<br>Biloxi, MS\ | F/up for rx refills of Lisinpril/Hctz, Metopropolol and Trazaclone.  C/o out of meds.  Impression: Med Refill; HTN; Insomnia. Rx. for Metoprolol Tartrate and Trazodone HCL and Lisnopril/HCTZ. | Medicals |
| 3/12/13 | Joe Jackson, M.D.<br>Biloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression.<br><br>            Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma and Trazodone. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Soma and Percocet. | Medicals |
| 04/09/13 | Joe Jackson, M.D.<br>Biloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression. Pain level 6 of 9.<br><br>            Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma and Trazodone. Wt. 209 lbs.; BP 120/60. | Medicals |

| | | Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Percocet. | |
|---|---|---|---|
| 6/05/13 | Joe Jackson, M.D. Biloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression.<br><br>        Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma, Trazodone and Zoloft. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Percocet. | Medicals |
| 07/29/13 | Medical Analysis Biloxi, MS | F/up for Rx refill – Pt. complaining of HA x 1-2 weeks. Impression:  Rx refills and non-compliant HTN. | Medicals |
| 07/31/13 | Joe Jackson, M.D. Biloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression.<br><br>        Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma, Trazodone and Zoloft. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Percocet. | Medicals |
| 08/28/13 | Medical Analysis Biloxi, MS | C/o lightheaded, fatigue x 2 days; dizziness and fatigue x 7 days, C/o ears draining. Impression: 1)OM  2) Sinusitis 3) HTN<br>Schedule eye exam, female exam.  Discussed need for colonoscopy.  Rx. for Amoxicillin, Loratadine and Flonase. | Medicals |
| 12/18/13 | Joe Jackson, M.D. Biloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, | Medicals |

        **Debra Frazier**

| | | | |
|---|---|---|---|
| | | frequent difficulty sleeping, SOB, HBP and history of anxiety of depression.<br><br>                      Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma, Trazodone and Zoloft. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Trazodone, Some, and Percocet. | |
| 01/03/14 | Medical Analysis<br>Biloxi, MS | F/up for BP refill.  Denies any complaints.  Pt. will get labs done after she gets paid on 1/30.  Advised pt that we cannot continue to rx meds no knowing labs.  Impression:  HTN, Insomnia and Rx refills on Trazodone, Metoprolol Tartrate, Lisinoprl/Hctz and Amlopine Besylate. | Medicals |
| 02/17/14 | Joe Jackson, M.D.<br>Biloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression.<br><br>                Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma, Trazodone and Zoloft. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Trazodone, Some, and Percocet. | Medicals |
| 02/20/14 | Medical Analysis<br>Biloxi, MS | Pt. reports doing well on meds.  Needs refill on BP.  Pt. was advised she was only going to get 7 days of meds until labs done.  Rx. for Norvasc and Trazodene. | Medicals |

| 02/26/14 | Medical Analysis Biloxi, MS | Pt. returns for Rx refill on Norvasc and Trazodone.  C/o intermittent pain bottom of feet, worse when 1st up in AM. Impression: HTN; Plantar Fascitis and (?) (illegible). | Lab results |
|---|---|---|---|
| 03/10/14 | Medical Analysis Biloxi, MS | Pt. returns for f/up on labs.  Pt. needs refills on BP. Impression**:**  Cough and Med refill. Pt. to P. exercise and diet. | Medicals |
| 4/15/14 | Joe Jackson, MD, LLC Biloxi, MS | F/up for medical refill.  Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression.<br><br>          Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma and Trazodone. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Soma and Percocet. No current active diagnoses. | Medicals |
| 07/14/14 | Medical Analysis Biloxi, MS | Pt. return and states she has been out of BP meds for several weeks due to no transportation.  Pt. states she cannot afford to have bloodwork done until end of August. Impression: Med refills for HTN.  Pt. to check BP daily. Rx for Fenofibrate and Amlodipine Besylate. | Medicals |
| 07/30/14 | Medical Analysis Biloxi, MS | C/o sinus probs, itchy eyes and sneezing for 1 day. Also, rash to neck intermittently x 3 years after working on oil spill + itchy. Impression: 1) Dermatitis 2) Acute Rhinoinusitis. Rx given for Tramcinolone, Cetirizine and Flonase, | Medicals |
| 07/31/14 | Medical Analysis Biloxi, MS | Pt. returns with C/o chills, HA, nausea, diarrhea, coughing sinus pain and fatigue since Monday. Impression: Possible | Medicals |

| | | Pneumonia. | |
|---|---|---|---|
| 08/04/14 | Medical Analysis Biloxi, MS | Pt. presents with complaints of chest congestion, coughing, and having trouble breathing. Pt used inhaler 1x last week. Impression: Upper Respiratory Infection (unresolved). Rx for Recadron. | Medicals |
| 6/10/14 | Joe Jackson, MD, LLC Biloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression. Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma, Trazodone and Zoloft. Wt. 209 lbs.; BP 120/60. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Rx for Trazodone, Some, and Percocet. | Medicals |
| 08/05/14 | Joe Jackson, MD, LLC Biloxi, MS | Pt. returns for medication refills. Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression. Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma, Trazodone and Zoloft. Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. | Medicals |
| 9/30/14 | Joe Jackson, MD, LLC Biloxi, MS | Pt. returns for medication refill.  Complaints reported of spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP and history of anxiety of depression. Current medications are Amlodipine, Ibuprofen, Lisinopril, Metoprolol succinate, Percocet, Soma, Trazodone and Zoloft.  BP 130-70 and Wt. 209 lbs. | Medicals |

| | | Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. | |
|---|---|---|---|
| 11/25/14 | Joe Jackson, MD, LLC<br>Biloxi, MS | Pt. returns for medication refill.  She is employed at Goodwill Center where she is constantly lifting and moving things throughout the day.  Long history of chronic neck and shoulder discomfort and chronic low back pain, but since July the pain is been particularly intense in the lumbar area and is associated with sciatic symptomatology. The patient has no insurance and is on not on Medicare or Medicaid. History of HBP. Strongly suggested an opthalmological exam.   The pt. reports spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, SOB, HBP, history of anxiety of depression.  Assessment: 1) Sciatica 2) Sacroiliitis not elsewhere classified 3) Spinal enthesopathy. Significant AV changes on eyegrounds suggestive of HTN, atherosclerosis, hypercholesterolemia and/or diabetes. Rx for Soma and Percocet. | Medicals |
| 1/20/15 | Joe A. Jackson, MD, LLC | Follow-up visit on chronic neck and back pain with periodic sciatica primarily into the right leg.<br><br>       C/o spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, shortness of breath, high blood pressure, history of anxiety of depression.  Hx: chronic neck and shoulder discomfort and chronic low back pain, high blood pressure. Family Hx: depression, breast cancer, diabetes.<br>       Current Medications: amlodipine, ibuprofen, lisinopril, metoprolol succinate, percocet, soma, trazodone, Zoloft. Assessment/Plan: Due to Motor Vehicle Accident: neck sprain, thoracic back sprain, lumbar sprain. Pre-existing Symptoms<br>sciatica, sacroiliitis not elsewhere classified, spinal enthesopathy, cervicalgia likely due to cervical spondylosis | Records |

Debra Frazier

| | | with myofascial trigger points. Discontinue use of soma. Rx: cyclobenzaprine | |
|---|---|---|---|
| 5/12/15 | Joe A. Jackson, MD, LLC | Follow-up visit for re-fill on medications.<br><br>C/o spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, shortness of breath, high blood pressure, history of anxiety of depression. Hx: chronic neck and back pain, high blood pressure. Family Hx: depression, breast cancer, diabetes. Current Medications: amlodipine, cyclobenzaprine, ibuprofen, lisinopril, metoprolol succinate, percocet, trazodone, zoloft. Assessment/Plan: Due to Motor Vehicle Accident: neck sprain, thoracic back sprain, lumbar sprain. Pre-existing Symptoms Unrelated to Motor Vehicle Accident: sciatica, sacroilitis not elsewhere classified, spinal enthesopathy, cervicalgia likely due to cervical spondylosis with myofascial trigger points. **Rx:** tizanidine. | Records |
| 5/17/15 | Joe A. Jackson, MD, LLC | Follow-up visit for more pain meds or soma as return to work difficult on flexeril. Restrained driver involved in rear end collision motor vehicle accident on January 7, 2015. C/o spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, shortness of breath, high blood pressure, history of anxiety of depression. Hx: chronic neck and shoulder discomfort and chronic low back pain, high blood pressure. Family Hx: depression, breast cancer, diabetes. Current Medications: amlodipine, ibuprofen, lisinopril, metoprolol succinate, percocet, trazodone, zoloft. Assessment/Plan: Due to Motor Vehicle Accident: neck sprain, thoracic back sprain, lumbar sprain. Pre-existing Symptoms Unrelated to Motor Vehicle Accident: sciatica, sacroilitis not elsewhere classified, spinal enthesopathy, cervicalgia likely due to cervical spondylosis with myofascial trigger points. Rx: Percocet. | Records |

Debra Frazier

| 7/8/15 | Joe A. Jackson, MD, LLC | Follow-up visit for re-fill on medications.<br><br>                         Hx: chronic neck and back pain, high blood pressure. Family Hx: depression, breast cancer, diabetes.                         Current Medications: amlodipine, cyclobenzaprine, ibuprofen, lisinopril, metoprolol succinate, percocet, tizanidine, trazodone, zoloft. C/o spinning sensation, loss of vision, abnormal vision, frequent difficulty sleeping, shortness of breath, high blood pressure, history of anxiety of depression. Assessment/Plan:                                       neck sprain, thoracic back sprain, lumbar sprain. Pre-existing Symptoms                                       sciatica, sacroilitis not elsewhere classified, spinal enthesopathy, cervicalgia likely due to cervical spondylosis with myofascial trigger points. | Records |
| 9/8/15 | Joe A. Jackson, MD, LLC | Visit for medical re-fills. Hx: chronic neck and back pain, high blood pressure. Family Hx: depression, breast cancer, diabetes.                         Current Medications: amlodipine, cyclobenzaprine, ibuprofen, lisinopril, metoprolol succinate, percocet, tizanidine, trazodone, zoloft. Assessment/Plan:<br>neck sprain, thoracic back sprain, lumbar sprain. Pre-existing Symptoms<br>sciatica, sacroilitis not elsewhere classified, spinal enthesopathy, cervicalgia likely due to cervical spondylosis with myofascial trigger points. | Records |
| 12/9/15 | Joe A. Jackson, MD, LLC | Visit for medical re-fills. Hx: chronic neck and back pain, high blood pressure. Family Hx: depression, breast cancer, diabetes.                         Current Medications: amlodipine, cyclobenzaprine, ibuprofen, lisinopril, metoprolol succinate, percocet, tizanidine, trazodone, zoloft. Assessment/Plan:<br>neck sprain, thoracic back sprain, lumbar sprain. Pre-existing Symptoms | Records |

Debra Frazier

| | | | |
|---|---|---|---|
| | | sciatica, sacroilitis not elsewhere classified, spinal enthesopathy, cervicalgia likely due to cervical spondylosis with myofascial trigger points. | |
| 1/26/16 | Medical Analysis LLC | Visit for medical re-fills. Hx: dermatitis on neck and arms due to oil spill exposure, cesarean section, abscess drainage, carpal tunnel release surgery, hysterectomy. Assessment: major depressive disorder, single episode, unspecified; essential primary hypertension. Plan: recommend lab work prior to next re-fill. Labs: CMP, CBC, lipids, UA with mircoalbumin, TSH. Continue trazadone for depression. Follow-up if any depressive symptoms worsen. Go home and take medication immediately for hypertension. Informed patient to find her PCP. Lifestyle modification of diet and exercise. | Records |
| 3/23/16 | Medical Analysis LLC (Quest Diagnostics) | Lab Results: Microalbumin/Creatinine ratio, random urine = 81 (High); Urinalysis Appearance = Cloudy; Occult Blood = 2+; Protein = 1+; Leukocyte Esterase = 3+; WBC = 10-20; RBC = 10-20; Squamous Epithelilial Cells = 20-27. | Records |
| 3/23/16 | Medical Analysis LLC | Visit for medical re-fills. Hx: dermatitis on neck and arms due to oil spill exposure, cesarean section, abscess drainage, carpal tunnel release surgery, hysterectomy. Assessment: insomnia, unspecified; major depressive disorder, single episode, unspecified; essential primary hypertension. Rx: zestoretic, norvasc, trazodone. Plan**:** Labs Ordered: CBC, CMP, lipid, TSH, FOBT. Patient aware she will not get re-fills without labs being done. Follow-up for results and re-fills. | Records |
| 3/25/16 | Medical Analysis LLC | Assessment: issue of repeat prescriptions, hypertension. Abnormal findings in urine-TJ. Plan: discussed lab results with patient and need to increase ACE; discussed SE and administration of medications; patient encouraged to establish routine exercise regimen to help maintain healthy blood pressure and weight; return to clinic for CMP; follow-up 1 week after lab completed. | Records |

| 5/10/16 | Joe A. Jackson, MD, LLC | Visit for medical re-fills. Hx: chronic neck and back pain, high blood pressure. Family Hx: depression, breast cancer, diabetes.                                Current Medications: amlodipine, cyclobenzaprine, ibuprofen, lisinopril, metoprolol succinate, percocet, tizanidine, trazodone, zoloft. Assessment/Plan: neck sprain, thoracic back sprain, lumbar sprain. Pre-existing Symptoms sciatica, sacroilitis not elsewhere classified, spinal enthesopathy, cervicalgia likely due to cervical spondylosis with myofascial trigger points. | Records |
| 6/9/16 | Joe A. Jackson, MD, LLC | Visit for medical re-fills. Hx: chronic neck and back pain, high blood pressure. Family Hx: depression, breast cancer, diabetes.                                Current Medications: amlodipine, cyclobenzaprine, ibuprofen, lisinopril, metoprolol succinate, percocet, tizanidine, trazodone, zoloft. Assessment/Plan: neck sprain, thoracic back sprain, lumbar sprain. Pre-existing Symptoms sciatica, sacroilitis not elsewhere classified, spinal enthesopathy, cervicalgia likely due to cervical spondylosis with myofascial trigger points. Rx: effexor | Records |
| 8/17/16 | Medical Analysis LLC | Visit for medication refill. Hx: dermatitis on neck and arms due to oil spill exposure, benign tumor removed from right ankle, hysterectomy, abscess drainage, cesarean section, carpal tunnel release surgery, depression, hypertension, insomnia.                                Current Medications: zestoretic, amlodipine. Assessment: issue of repeat prescriptions, hypertension, essential. Plan: discussed lab results with patient and need to increase ACE; discussed SE and administration of medications; patient encouraged to establish routine exercise regimen to help maintain healthy blood pressure and weight; return to clinic for CMP; follow-up in 1 week after lab is completed; re-fill amlodipine and zestoretic. | Records |

| 9/7/16 | Joe A. Jackson, MD, LLC | Visit for medical re-fills. Hx: chronic neck and back pain, high blood pressure. Family Hx: depression, breast cancer, diabetes.                      Current Medications: amlodipine, cyclobenzaprine, effexor, ibuprofen, lisinopril, metoprolol succinate, percocet, tizanidine, trazodone. Assessment/Plan:                          neck sprain, thoracic back sprain, lumbar sprain. Pre-existing Symptoms                                          sciatica, sacroilitis not elsewhere classified, spinal enthesopathy, cervicalgia likely due to cervical spondylosis with myofascial trigger points. Rx: nortriptyline. | Records |

**CLEANUP EMPLOYMENT**

| **EMPLOYERS ASSOCIATED WITH CLEANUP WORK** | C&B Contractors; Jones Staffing; Wallace-Eutaw/TL Wallace |
|---|---|
| **JOB DUTIES** | Picked up oil off beaches, one time went out into marsh to pick up tar balls |
| **DATES OF CLEANUP EMPLOYMENT** | 6 months |
| **SYMPTOMS** | Lightheadedness, exhaustion, blurry vision, nausea, achy legs, eye irritation, sciatic nerve pain |

# Question 37 (PCP):   None

**Debra Frazier**

# EXHIBIT E
# Debra Frazier
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of her physical and mental injuries as detailed in her Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during her employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than two million ($2,000,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.