# Exhibit B - Hector Gonzalez's Amended Exhibit D Medical Records Summary

# Exhibit D

**Name:** Hector Gonzalez
**Address:** Lafitte, LA at time of spill.
**DOB:** 09/19/1982

| Date | Medical Provider | Diagnosis | Documents Received |
|---|---|---|---|
| 4/6/2012 | Metametrix Clinical Laboratory | VOC test results of sample collected 3/24/12: 3 in 50th percentile, 7 below 50th percentile | VOC Blood Work Results |
| | | Plaintiff visited an urgent care facility for symptoms listed below, but cannot recall the name of the facility. | |
| | | | |
| | Initial Symptoms: | Headaches, abdominal pain and cramps, decreased sense of smell, diarrhea, asthma exacerbation, eye irritation, sinus pain, fainting, nasal discharge, shortness of breath, skin issues including, acne oil, blistering, inflammation, itching, lesions, and peeling, and other injuries as may be shown by further evidence | |
| | Current Symptoms: | Headaches and rash | |

| | |
|---|---|
| **CLEANUP WORK EMPLOYERS** | Global Fabrications; Environmental Safety & Health (ES&H) |
| **JOB DUTIES** | Vessel decon: cleaned booms out on water; beach cleanup |
| **DATES OF CLEANUP EMPLOYMENT** | 6 or 7 months – per disclosure records: at least July 2010 through October 2010 |
| **SYMPTOMS** | Headaches, skin irritation, body pain |
| **TYPE OF EXPOSURE** | Dermal, ingestion & Inhalation. Got wet pulling booms out of water |
| **LOCATIONS WORKED** | Lafitte, LA, also some islands (cannot recall names). Per disclosure records: Jefferson Div 2 (C&M Dock & Nunez); Lafitte (Elizabeth St. Dock) |
| **FIRST DATE OF TREATMENT** | Unknown/Plaintiff does not recall; possibly metametrix blood testing 4/6/12 |

Question 37 (PCP):  None