# Rule Response Exhibit B - Lorinzo Hall's Amended Exhibit D Medical Package

| | Exhibit D (Amended) | | |
|---|---|---|---|
| Name: | HALL, LORINZO | | |
| Date of Birth: | 8/2/1980 | | |
| | | | |
| Date | Medical Provider | Diagnosis | Documents Received |
| | Dates of Employment/Exposure | Hepaco: 7/2010- 9/2010 / Pride Staffing: 9/2010 – 11/2010 / Wallace- Eutaw: 11/2010 – 12/2010 | |
| | Background | Cleaned oil off island | |
| | Initial Symptoms | Headaches, diarrhea, dizziness, eye burning and irritation, sinus pain, nasal congestion and discharge, nausea, shortness of breath, skin issues including rashes, acne oil, crusting, dryness, inflammation, itching, peeling, and welts, and other injuries as may be shown by further evidence | |
| | Current Symptoms | Headaches, rashes, skin irritation | |
| | | Records pending | |
| | First Date of Treatment: | Unknown; Plaintiff cannot recall but will supplement later once full medical records have been obtained | |
| Mallory Community Health Center **(PCP, Question 37)** 17280 Hwy 17 S Lexington, MS 39095 | | Gulf Study | |

# RULE RESPOSNE EXHIBIT B