# Rule Response Exhibit B - Ayana Hawthorne's Amended Exhibit D Medical Records Summary

## Exhibit D (Amended)

**Name:** Ayana Hawthorne
**Address:** 16018 Harrison Drive, Gulfport, MS  39501
**DOB:**  10/23/1979

### MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS |
|---|---|---|---|
| | Memorial Hospital<br>4500 13th St.<br>Gulfport, MS | Medical records pending | |
| | Biloxi Regional<br>150 Reynoir St.<br>Biloxi, MS 39553 | Records pending | |
| | Garden Park Medical Center<br>15200 Community Rd.<br>Gulfport, MS 39503 | Records pending | |
| | Initial Symptoms | Headaches, shortness of breath, nose bleeds, seizures, abdominal cramps and pain, diarrhea, dizziness, eye burning and irritation, fainting, nasal discharge, nausea, wheezing, vomiting, skin issues including rashes, irritation, boils, dryness, itching, and welts, and other injuries as may be shown by further evidence | |
| | Current Symptoms | Nose bleeds, headaches, dizziness, cough, rashes, seizures | |
| | First Date of Treatment | Unknown; Plaintiff will supplement once medical records have been received. | |

Question 37 (PCP):

| Name | Address | |
|---|---|---|
| Dr. Lee Voltures | 1340 Broad Avenue Suite 440<br>Gulfport, MS 39501 | Medical records pending |

# RULE TO SHOW CAUSE EXHIBIT B