# Rule Response Exhibit B - Sherry Hill's Amended Exhibit D Medical Package

| | Exhibit D (Amended) | | |
|---|---|---|---|
| **Name:** | **HILL, SHERRY** | | |
| **Date of Birth:** | **10/19/1963** | | |
| | | | |
| **Date** | **Medical Provider** | **Diagnosis** | **Documents Received** |
| | Dates of Employment/Exposure | **5/2010 – 9/2010** | |
| | Background | Picked up oil and oil-covered debris from beaches and islands | |
| | | | |
| | | Treated self with OTC medication; No health insurance and was unable to visit doctor | |
| | | | |
| | Symptoms | Headaches, chest congestion, sinus symptoms, dizziness, cough, and other injuries as may be shown by further evidence | |
| | | | |
| | | | |
| | First Date of Treatment | Plaintiff did not visit a medical provider for treatment of her injuries as she could not afford to. She treated with over-the-counter medications and home remedies shortly after beginning work on the oil spill cleanup. | |

Question 37 (PCP):  None

# RULE RESPONSE EXHIBIT B