# Rule Response Exhibit B - Arlene Hinton's Amended Exhibit D Medical Summary

## Exhibit D (Amended)

**Name:** Hinton, Arlene
**Address:** 2728 East Angela Circle Gulfport, MS 39503
**DOB:** ███████

### MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | Records pending from: | Memorial Hospital, 4500 13th St, Gulfport, MS 39501 | | |
| | | Garden Park Hospital, 15200 Community Rd, Gulfport, MS 39503 | | |
| | | Singing River Hospital, 2809 Denny Ave, Pascagoula, MS 39581 | | |
| | | Gulfport and Biloxi Clinics, 1025 Division St, Biloxi, MS 39530  (PCP) | | |
| | | Benefield Eye Care, 14225 Dedeaux Rd, Gulfport, MS 39501 | | |
| | | Coastal Family Health, 15024 Martin Luther King Blvd, Gulfport, MS 39501  (PCP) | | |
| | | | | |
| | Symptoms | Headache, shortness of breath, eye sensitivity, sinus problems, rashes, and other such symptoms as further evidence provides | | |
| | | | | |
| | First Date of Treatment | Unknown; Plaintiff will supplement once medical records are received. Plaintiff began noticing symptoms shortly after beginning work in the oil spill cleanup. | | |

Question 37 (PCP):  Coastal Family Health; Biloxi Clinics

# RULE RESPONSE EXHIBIT B