# Exhibit D – Dondy Booker's
# Amended Particularized Statement of Claim

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> **Civil Action No. 10-MD-2179-CJB-SS**
> **AMENDED**
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
> **FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Sammie Jones

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.    YOUR BACKGROUND INFORMATION

1.    Current address:

Address Line 1:   2208 University Street

Address Line 2:   _____

City: Gautier          State: MS          Zip: 39553

2.    Telephone number: 228-235-9766;  228-424-9299 (wife Rochelle)

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____

4.    Date and Place of Birth: 5/31/1954, George County, MS

5.    Male  X          Female_____

6.     Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A Attached. | |
| | |
| | |

7.     Employment Information:

   A.     Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B Attached. | | | |
| | | | |
| | | | |
| | | | |

8.     Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes  X     No_____  If "*Yes,*" when were you out of work and why? Disabled 1996 to present due to degenerated disc, breathing, diabetic, blood pressure.

_____

**B.      THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes_____        No__X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.      Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____        Offshore_____        Both_____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____        No_____

12.     Did you handle hazardous materials as part of your cleanup work?

Yes_____        No_____

13.     Please set forth the following information about your cleanup work:

A.      Your employer(s): _____

B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):

        _____

C.      A description of the work performed for employer(s) identified in Question No. 13(A):_____

        _____

D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

        _____

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

### 2.   Residents/Tourists

14.  Do you allege that you were exposed to oil or chemical dispersants while a **_resident_** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes__X____     No_____

15.  Do you allege that you were exposed to oil or chemical dispersants while a **_tourist_** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No__X_____

16.  List all address(es) at which you resided in 2010:_____

  See Exhibit A attached.
_____

## C.   INFORMATION ABOUT YOUR B3 CLAIM

17.  Are you claiming that you suffered damages from (*Check all that apply*):

__X__Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X__

19.     How were you exposed? (*Check all that apply*)

A.     Inhalation                  Yes__X__        No_____

B.     Dermal (skin) contact      Yes_ ___        No__X__

C.     Ingestion                   Yes_ ___        No__X__

D.     Other (please describe):

20.     What was the date(s) of your exposure?    See response to Question 21.

Day: _____     Month: _____     Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous environmental/residential exposure to both oil and dispersants beginning shortly after 4/20/2010 in and around residence in Gautier Mississippi.

_____

_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

  See response to Question 21.

_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

  See response to Question 21 and Exhibit C attached.

_____

_____

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____See Exhibit C attached._____

_____

_____

25.   *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____        No_____

26.   *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.     NON-EXPOSURE PERSONAL INJURY CLAIMS    N/A**

27.   For your non-exposure personal injury, please state:

A.     The nature of your injury:_____

B.     The date(s) of your injury:_____

C.     The location(s) of your injury:_____

D.     The work that you were performing when you sustained your injury:_____

_____

_____

E.     Identify any individual(s) who witnessed your injury:_____

_____

28.   Describe in as much detail as possible the circumstance(s) of your injury: _____

_____N/A_____

_____

_____

**F.** **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

   See Exhibit D attached.

   _____

   _____

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

   See Exhibits C and D attached.

   _____

   _____

   _____

   _____

31. On what date did you first report or seek treatment for your injury or illness: See Exhibit D attached.

32. On what date was your injury first diagnosed:_____

   See Exhibit D attached.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D attached. | |
| | |

34.   Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| See Exhibit D attached. | |
| | |
| | |
| | |

35.   Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes __x____ No _____. If "*Yes*,"

   A.   When? __1996_____

   B.   Who diagnosed the injury (or condition) at that time? _____
        Social Security doctor, does not recall
        _____

   C.   Who treated the injury (or condition) at that time? Plaintiff does not recall.

36.   Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No__x____. If "*Yes*,"

   A.   What date did you first experience such injury or condition?_____

   B.   What injury (or condition) was made worse? _____

        _____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__     No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

See Exhibit E attached._____

_____

_____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____     No__X____

If "Yes":

A.     From whom did you receive this compensation or reimbursement?_____

_____

B.   When did you receive this compensation or reimbursement?_____

_____

C.   What was the amount of the compensation or reimbursement?_____

_____

**G.   CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.*)

41.   Is your claim based on a breach of contract?

Yes_____     No__X____

42.   Was the contract that you claim was breached made as part of the VoO Program?

Yes_____     No_____

43.   Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.   Describe how the contract was breached:_____

_____

_____

45.   *If you were part of the VoO Program:*  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.   *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 4/23 , 2018

Location (City and State): Gautier, MS.

Signature of Plaintiff

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.**

Sammie J Jones
Print Name

Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP<br>Attn:  J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |
|---|---|

Sammie Jones

**Exhibit A - Question 6**

| Address | Dates of Residence |
| --- | --- |
| 2208 University ST<br>Gautier, MS 39553 | Approximately 1998 to present |

Sammie Jones

**Exhibit A - Question 6**

Sammie Jones

**Exhibit B - Question 7**

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Disabled | | approxiamately 1996 to present | |

# Exhibit C
# Sammie Jones

Because Plaintiff has not had subpoena powers since this litigation began, he reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial. The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis at his home in Gautier, MS, beginning on or about 4/20/10. Plaintiff recalls having the noxious fumes come into his home through the air conditioner and air vents, and that he was unable to get the smell out for months.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support the position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report*.

**Sammie Jones**

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated him and attributed his symptoms to toxic exposure, including but not limited to those who may be listed on Exhibit D; the fact that he had no substantially similar pre-existing health problems comparable to the ones he has suffered, and continues to suffer; the fact that the pre-existing conditions such as hypertension and diabetes have significantly worsened since his

exposure; and the fact that others with similar residential/environmental exposure suffered similar symptoms.

# EXHIBIT D

**Plaintiff Name:**    <u>Sammie Jones</u>
**Plaintiff Address:**    <u>2208 University St., Gautier, MS 39553</u>
**Plaintiff DOB:**    <u>05/31/1954</u>

### MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS |
|---|---|---|---|
| 04/21/10 | Singing River Hospital<br>2809 Denny Ave.<br>Pascagoula, MS 39581 | Dx: back pain, medical intake. | Laboratory report, bills |
| 04/30/10 | Escatawpa Family Clinic (PCP)<br>PO Box 1358<br>Escatawpa, MS 39552 | C/o type 2 diabetes, back pain. Assessment: back sprain, hypertension, singultus. | Records |
| 05/11/10 | Singing River Hospital | Dx: neck pain. | Laboratory report, bills |
| 05/18/10 | Escatawpa Family Clinic | C/o back pain, hypertension. Assessment: hypertension, back sprain, singultus. | Records |
| 06/18/10 | Escatawpa Family Clinic | C/o back pain, hypertension, singultus. Assessment: back sprain, singultus, hypertention, nocturia. | Records |
| 06/18/10 | Singing River Hospital | Dx: nocture. | Laboratory report, bills |
| 07/16/10 | Escatawpa Family Clinic | C/o type 2 diabetes, back pain, singultus, hypertension. Assessment: back sprain, hypertension, singultus. | Records |
| 08/19/10 | Escatawpa Family Clinic | C/o back pain, hypertension. Assessment: back sprain, hypertension, singultus, type 2 diabetes. | Records |
| 09/16/10 | Escatawpa Family Clinic | C/o back pain, hypertension, singultus, type 2 diabetes. Assessment: back sprain, hypertension, singultus, type 2 diabetes (illegible). | Records |
| 09/16/10 | Singing River Hospital | | Laboratory report, bills |
| 10/14/10 | Escatawpa Family Clinic | C/o back pain, hypertension, singultus, type 2 diabetes. Assessment: back sprain, type 2 diabetes, singultus, hypertension. | Records |
| 11/11/10 | Escatawpa Family Clinic | C/o type 2 diabetes, back pain. Assessment: back sprain, type 2 diabetes, singultus, hypertension (illegible). | Records |
| 12/08/10 | Gulf Coast Eye Center<br>3430 Bienville Blvd. | | Eyeglass prescription |

        **Sammie Jones**

|  | Ocean Springs, MS 39564 |  |  |
|---|---|---|---|
| 12/09/10 | Escatawpa Family Clinic | C/o back pain, type 2 diabetes, singultus. Assessment: back sprain, singultus, hypertension, type 2 diabetes. | Records |
| 12/09/10 | Singing River Hospital |  | Laboratory report, bills |
| 01/06/11 | Escatawpa Family Clinic | C/o back pain, singultus, hypertension. Assessment: type 2 diabetes, back sprain, hypertension, LVH, singultus. | Records |
| 02/03/11 | Escatawpa Family Clinic | C/o back pain, type 2 diabetes, singultus. Assessment: back sprain, type 2 diabetes, hypertension, singultus, LVH, left elbow pain, sexual dysfunction (illegible). | Records |
| 02/03/11 | Singing River Hospital | Dx: sexual dysfunction. | Laboratory report, bills |
| 03/03/11 | Escatawpa Family Clinic | C/o back pain, hypertension, type 2 diabetes. Assessment: back sprain, hypertension, type 2 diabetes, singultus, LVH. | Records |
| 03/31/11 | Escatawpa Family Clinic | C/o back pain, type 2 diabetes, hypertension. Assessment: singultus, back sprain, hypertension, type 2 diabetes. | Records |
| 04/28/11 | Escatawpa Family Clinic | C/o back pain, hypertension, type 2 diabetes. Assessment: back sprain, hypertension. | Records |
| 05/26/11 | Escatawpa Family Clinic | C/o back pain, type 2 diabetes, singultus. Assessment: back sprain, hypertension, type 2 diabetes, singultus, weight loss (illegible). | Records |
| 05/26/11 | Singing River Hospital |  | Laboratory report, bills |
| 06/23/11 | Escatawpa Family Clinic | C/o back pain, hypertension, type 2 diabetes, singultus. Assessment: back sprain, hypertension, type 2 diabetes, singultus. | Records |
| 07/22/11 | Escatawpa Family Clinic | C/o type 2 diabetes, singultus, back pain, hypertension. Assessment: back strain, hypertension, type 2 diabetes, singultus. | Records |
| 08/19/11 | Escatawpa Family Clinic | C/o back pain, hypertension, type 2 diabetes, singultus. Assessment: back sprain, hypertension. Evidence of addiction to chronic narcotic use. | Records |
| 08/19/11 | Singing River Hospital |  | Laboratory report, bills |
| 09/16/11 | Escatawpa Family Clinic | C/o dyspnea, back pain, hypertension, type 2 diabetes. Assessment: back sprain, hypertension, type 2 diabetes, singultus, UTI, sexual dysfunction (illegible). | Records |
| 09/16/11 | Singing River Hospital | Dx: urinary tract infection. | Laboratory report, bills |

| 10/14/11 | Escatawpa Family Clinic | C/o back pain, hypertension. Assessment: back sprain, hypertension, type 2 diabetes, singultus (illegible). | Records |
|---|---|---|---|
| 10/25/11 | Magnolia Imaging<br>997 South Palafox St.<br>Pensacola, FL 32502 | MRI lumbar spine impression: mild degenerative disc disease L4-S1, mild interval worsening L4-S1 forminal stenosis since the prior exam, no focal soft disc protrusion or herniation seen throughout. | Radiology report |
| 11/15/11 | Escatawpa Family Clinic | C/o back sprain, hypertension, type 2 diabetes, singultus. Assessment: back sprain, hypertension, type 2 diabetes, singultus. | Records |
| 12/13/11 | Escatawpa Family Clinic | Patient was treated for a middle ear infection on September 10, 2011. | Prescription |
| 01/10/12 | Escatawpa Family Clinic | C/o back pain, hypertension, type 2 diabetes. Assessment: back sprain, hypertension, type 2 diabetes, singultus. | Records |
| 01/10/12 | Singing River Hospital | | Laboratory report, bills |
| 01/16/12 | Metametrix Clinical Laboratory | 95th percentile: iso-octane, hexane, m,p-Xylene, ethylbenzene. 90th percentile: benzene, styrene. 50th percentile: toluene, 2-methylpentane, 3-methylpentane. | VOC bloodwork |
| 02/07/12 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes. Assessment: hypertension, singultus, type 2 diabetes, back sprain, cardiomegaly. | Records |
| 02/14/12 | The Heart Center<br>4330 Hospital St., Ste. 103<br>Pascagoula, MS 39581 | EKG conclusion: technically adequate transthoracic study, sinus rhythm, moderate concentric left ventricular hypertrophy, normal left ventricular systolic function, normal diastolic function. | EKG |
| 02/29/12 | Singing River Hospital | C/o high blood sugar, upper leg pain, hip pain. Hx: diabetes, hypertension, COPD. Dx: cough, diabetes poorly controlled, dehydration. | Laboratory report, records, bills |
| 03/06/12 | Escatawpa Family Clinic | C/o hypertension, singultus, type 2 diabetes. Assessment: back sprain, hypertension, type 2 diabetes, singultus. | Records |
| 04/03/12 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes, back pain. Assessment: hypertension, type 2 diabetes, back sprain, singultus, COPD. | Records |
| 04/03/12 | Singing River Hospital | X-ray impression: there are chronic-appearing changes which appear to be stable since 2009. | Radiology report |
| 05/01/12 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes, back sprain. Assessment: hypertension, type 2 diabetes, back sprain, COPD. | Bills, records |

**Sammie Jones**

| 05/10/12 | Dr. Steve Morris III, M.D. | C/o recurrent shortness of breath, cough, congestion. Hx: non-insulin-dependent diabetes, sleep apnea (7 years), cervical spine injury (1998; medically disabled). Social hx: smokes ½ pack per day since 1998. Impression: reactive airway disease, mild hypersensitivity pneumonitis, chronic rhinitis, chronic sinusitis, obstructive sleep apnea, chronic headaches, dizziness/vertigo, dry eye syndrome, anxiety, depression, non-insulin-dependent diabetes. Opinion: related to exposure. | Expert report |
| --- | --- | --- | --- |
| 05/30/12 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes, back pain. Assessment: hypertension, diabetes mellitus, back sprain, COPD, allergic rhinitis. | Bills, records |
| 07/05/12 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes. Assessment: hypertension, type 2 diabetes, back sprain, COPD. | Bills, records |
| 08/01/12 | Escatawpa Family Clinic | C/o type 2 diabetes, hypertension, back pain (illegible). | Records |
| 08/27/12 | Escatawpa Family Clinic | C/o type 2 diabetes, neck pain, COPD (illegible). Assessment: hypertension, type 2 diabetes, back sprain (illegible). | Bills, records |
| 09/24/12 | Escatawpa Family Clinic | C/o type 2 diabetes, hypertension, neck pain (illegible). Assessment: hypertension, type 2 diabetes, back sprain. | Bills, records |
| 10/22/12 | Escatawpa Family Clinic | C/o type 2 diabetes, hypertension, back pain. Assessment: hypertension, back strain, type 2 diabetes. | Bills, records |
| 10/22/12 | Singing River Hospital | | Laboratory report, bills |
| 11/19/12 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes, back pain. Assessment: hypertension, type 2 diabetes (illegible). | Bills, records |
| 12/20/12 | Singing River Hospital | | Laboratory report, bills |
| 12/20/12 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes, back pain. Assessment: anemia, hypertension, type 2 diabetes, sexual dysfunction (illegible). | Bills, records |
| 12/29/12 | Singing River Hospital | C/o shortness of breath, hyperglycemia. Hx: COPD, diabetes mellitus, hypertension, congestive heart failure. Social hx: smokes ½ pack per day. Impression: pneumonia, bronchospasm. Dx: pneumonia, acute bronchospasm, tobacco use disorder, type II diabetes, chronic airway | Records, laboratory report, radiology report, bills |

| | | obstruction, hypertension, congestive heart failure, chronic diastolic heart failure, long-term medication use. | |
|---|---|---|---|
| 01/06/13 | Singing River Hospital | C/o hyperglycemia, nausea, abdominal discomfort, frequent dry cough. Hx: COPD, diabetes mellitus, hypertension, congestive heart failure, sleep apnea. Social hx: smokes ½ pack per day. Impression: hyperglycemia, COPD. Dx: diabetes mellitus, chronic airway obstruction, nausea, abdominal pain, cough, thoracic spondylosis without myelopathy, other nonspecific abnormal finding of lung field, long-term use of medications, unspecified essential hypertension, congestive heart failure, tobacco use disorder. Chest x-ray impression: mild chronic changes stable since December 29, 2012. | Records, laboratory report, radiology report, bills |
| 01/11/13 | Escatawpa Family Clinic | C/o hypertension, dysuria, nocturia, type 2 diabetes mellitus, urinary urgency. Assessment: hypertension, acute bronchitis, low testosterone (illegible). | Bills, records |
| 01/14/13 | Singing River Radiology Group | X-ray opinion: normal chest. | Radiology report |
| 01/25/13 | Escatawpa Family Clinic | C/o type 2 diabetes, hypertension, back pain, singultus (hiccups). | Bills, records |
| 02/22/13 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes, back pain, singultus (hiccups). | Bills, records |
| 02/22/13 | Singing River Hospital | | Bills, laboratory report |
| 03/22/13 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes, back pain. | Bills, records |
| 04/19/13 | Escatawpa Family Clinic | C/o type 2 diabetes, hypertension, back pain. | Bills, records |
| 05/17/13 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes, back pain. | Bills, records |
| 05/28/13 | Escatawpa Family Clinic | | Bills, radiology report |
| 05/28/13 | The Heart Center | EKG conclusion: technically adequate transthoracic study, sinus rhythm, mild left atrial enlargement, moderate concentric left ventricular hypertrophy, normal left ventricular systolic function, mild diastolic dysfunction. | EKG |
| 06/14/13 | Escatawpa Family Clinic | C/o hypertension, singultus, back pain. | Bills, records |
| 06/14/13 | Singing River Hospital | | Bills, laboratory report |
| 07/12/13 | Escatawpa Family Clinic | C/o type 2 diabetes, hypertension, singultus, back pain. | Bills, records |
| 08/09/13 | Escatawpa Family Clinic | C/o type 2 diabetes, hypertension, singultus, back pain. | Bills, records |

| 08/30/13 | Singing River Hospital | C/o back pain. Patient requests refill of Lortab. Hx: COPD, diabetes mellitus, hypertension, congestive heart failure, sleep apnea. Surgical hx: hernia repair. Social hx: smokes ½ pack per day. "I reviewed him in the Mississippi prescription monitoring program. Impression: chronic pain, encounter for medication refill, narcotic analgesic habituation. Dx: issue of repeat prescriptions, chronic pain syndrome, chronic airway obstruction, type II diabetes, unspecified essential hypertension, congestive heart failure, sleep apnea, long-term use of medications, tobacco use disorder. | Records |
| --- | --- | --- | --- |
| 09/13/13 | Escatawpa Family Clinic | C/o type 2 diabetes, back pain, singultus (hiccups). | Bills, records |
| 10/11/13 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes, singultus (hiccups), back pain. Radiology conclusion: only mild cardiomegaly without overt congestive failure or acute disease stable from the old study. | Bills, records, radiology report, laboratory report |
| 10/21/13 | Escatwapa Family Clinic | | Bills |
| 10/21/13 | The Heart Center | EKG conclusion: technically adequate transthoracic study, sinus rhythm, mild concentric left ventricular hypertrophy, normal left ventricular systolic function, mild diastolic dysfunction. | |
| 11/08/13 | Escatawpa Family Clinic | C/o singultus (hiccups), hypertension, type 2 diabetes. | Bills, records, laboratory report |
| 12/05/13 | Escatawpa Family Clinic | C/o cough with sputum, hypertension, type 2 diabetes. Radiology impression: the lungs appear to be clear. | Bills, records, radiology report |
| 01/03/14 | Escatawpa Family Clinic | C/o type 2 diabetes mellitus, hypertension, cough. | Bills, records |
| 01/31/14 | Escatawpa Family Clinic | C/o cough with sputum. Radiology impression: the lungs are somewhat hyperinflated but are clear. | Bills, records, radiology report |
| 02/14/14 | Escatawpa Family Clinic | Wellness visit. Assessment: hypertension, dyslipidemia, cigarettes, vaccinations. | Bills, records, laboratory report |
| 02/28/14 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes (illegible). | Bills, records |
| 03/03/14 | Escatwapa Family Clinic | | Bills |
| 03/03/14 | The Heart Center | EKG conclusion: technically adequate transthoracic study, sinus rhythm, moderate concentric left ventricular hypertrophy, normal left ventricular systolic function, mild diastolic dysfunction. | |

**Sammie Jones**

| 04/11/14 | Escatawpa Family Clinic | C/o hypertension, type 2 diabetes. | Bills, records, laboratory report |
| 05/05/14 | Singing River Hospital | C/o oral swelling, chest pain, shortness of breath, cough, vomiting, chills, sore throat, sinus congestion. Hx: COPD, diabetes mellitus, hypertension, congestive heart failure, sleep apnea. Surgical hx: hernia repair. Social hx: smokes ½ pack per day. Impression: chest pain, bronchitis. Dx: chest pain, diabetes mellitus, congestive heart failure, hypertension, chronic airway obstruction, tobacco use disorder. | Records, laboratory report, radiology report |
| 05/22/14 | Escatawpa Family Clinic | | Bills |
| 08/06/14 | Escatawpa Family Clinic | | Bills |
| 08/07/14 | Escatawpa Family Clinic | Chest x-ray impression: chronic changes without acute disease. | Bills, radiology report |
| 09/18/14 | Escatawpa Family Clinic | C/o type 2 diabetes, back pain. Assessment: type 2 diabetes, hypertension (illegible). | Bills, records |

## RESIDENTIAL EXPOSURE

| ADDRESS | 2208 University St., Gautier, MS 39553 |
|---|---|
| DISTANCE FROM THE BEACH | Approximately 1.5 miles |
| INCREASED EXPOSURE INDICATORS | Attempted to fish in contaminated areas |
| SYMPTOMS | Headaches, shortness of breath, dizziness, loss of vision, cough, congestion |

**Sammie Jones**

# EXHIBIT E
# Sammie Jones
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during from the beginning of the oil spill, as the fumes and chemicals reached their environmental fate near his home, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Three Hundred Thousand ($300,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.