# Exhibit C - Michael Learn's Complete Particularized Statement of Claim

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
> **FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Michael Learn

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.     YOUR BACKGROUND INFORMATION**

1.     Current address:

Address Line 1:   2340 East Pass Road Apt A5

Address Line 2:   _____

City:  Gulfport                State:  MS              Zip:  39507

2.     Telephone number:   228-223-7830

3.     Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  _____

4.     Date and Place of Birth:   3/7/1960, Glenwood Springs, CO

5.     Male   X      Female_____

6.    Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A | |
| | |
| | |

7.    Employment Information:

   A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B | | | |
| | | | |
| | | | |
| | | | |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes __X__ No _____ If *"Yes,"* when were you out of work and why? Plaintiff has been out of work since approximately 2012 due to a myriad of issues. See Exhibit D for further details.

**B.      THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup
work in response to the oil spill?

Yes__X___      No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.      Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits
Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____X_____      Offshore_____      Both_____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____      No___X_____

12.     Did you handle hazardous materials as part of your cleanup work?

Yes__X____      No_____

13.     Please set forth the following information about your cleanup work:

      A.      Your employer(s): Including, but not limited to: Command Center; Knights Marine; TL
Wallace

      B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):

      Plaintiff was a supervisor.

      C.      A description of the work performed for employer(s) identified in Question No.
Foreman and supervisor and received Closed Space and HAZWOPER certification.
13(A): Occasionally worked in direct cleanup with oil for about 2 months.  Bus coordinator –
managed 5 buses by checking workers in/out, loading/unloading supplies, lunches,
water, debris

      D.      The date(s), time(s), and location(s) you performed the work described in Question

No. 13(C):____See Exhibit C_____

E.  The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

    Plaintiff does not recall any specific names

F.  Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

    Plaintiff does not recall

**2.  Residents/Tourists**

14.  Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes __X__      No_____

15.  Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____      No__X__

16.  List all address(es) at which you resided in 2010: _____

See Exhibit A

**C.  INFORMATION ABOUT YOUR B3 CLAIM**

17.  Are you claiming that you suffered damages from (*Check all that apply*):

   _X_____ Bodily injury from exposure to oil and/or dispersants

   _____ Bodily injury other than from exposure to oil and/or dispersants

   _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X__

19.     How were you exposed? (*Check all that apply*)

A.      Inhalation               Yes _X___          No_____

B.      Dermal (skin) contact    Yes _X___          No_____

C.      Ingestion               Yes _X___          No_____

D.      Other (please describe): _____

20.     What was the date(s) of your exposure?     See Answer to 21 and Exhibit C

Day: _____     Month: _____     Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous environmental/residential exposure beginning on or about 4/20/10 as well as continuous, direct, personal exposure to both oil and dispersants from approximately April to July of 2010, for 10+ hours per day, 5-7 days per week, in the areas including, but not limited to: Biloxi, Gulfport, beaches of Harrison County, MS.

_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

See Answer to 21 and Exhibit C
_____

_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

See Answer to 21 and Exhibit C
_____

_____

_____

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____See Exhibit C_____

_____

_____

25.   *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes____X____   No_____

26.   *If you answered "Yes" to Question No. 25*, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

Plaintiff did report, but he cannot recall the exact dates or names of the supervisors.

_____

_____

**E.     NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.   For your non-exposure personal injury, please state:

A.     The nature of your injury:____N/A_____

B.     The date(s) of your injury:_____

C.     The location(s) of your injury:_____

D.     The work that you were performing when you sustained your injury:_____

_____


_____

E.     Identify any individual(s) who witnessed your injury:_____

_____

28.   Describe in as much detail as possible the circumstance(s) of your injury: _____

_____

_____

_____

**F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

         See Exhibit D
         _____

         _____

         _____

30.     Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

         See Exhibits C and D
         _____

         _____

         _____

         _____

         _____

31.     On what date did you first report or seek treatment for your injury or illness:
         See Exhibit D
         _____

32.     On what date was your injury first diagnosed:_____

         See Exhibit D
         _____

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|      | See Exhibit D |
|      |         |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| | See Exhibit D |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes ___X___ No _____. If "*Yes*,"

    A. When? ___~2007_____

    B. Who diagnosed the injury (or condition) at that time? _____
          ___See Exhibit D; Plaintiff does not recall_____
          _____

    C. Who treated the injury (or condition) at that time? _See Exhibit D_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes ___X___ No_____. If "*Yes*,"

    A. What date did you first experience such injury or condition? _Shortly after the oil_ spill began

    B. What injury (or condition) was made worse? _____
          ___Many; See Exhibit D._____

37.   Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|      | See Exhibit D |
|      |         |
|      |         |
|      |         |
|      |         |

38.   Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes X_____   No _____

39.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

   _____ See Exhibit E _____

   _____

   _____

40.   Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes_____ No__X_____

   If "Yes":

   A.   From whom did you receive this compensation or reimbursement?_____

        _____

B.      When did you receive this compensation or reimbursement?_____

_____

C.      What was the amount of the compensation or reimbursement?_____

_____

**G.      CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.*)

41.     Is your claim based on a breach of contract?

Yes_____        No___X____

42.     Was the contract that you claim was breached made as part of the VoO Program?

Yes_____        No_____

43.     Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.     Describe how the contract was breached:_____

_____

_____

45.     *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.     *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _April 30_ , 2018

Location (City and State): _Gulfport MS._

_Michael H Learn_
Signature of Plaintiff*

***Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

MICHAEL H LEARN
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than _Monday, July 9, 2018_, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

## EXHIBIT A – Michael Learn

| Current | 2015 to Present |
|---|---|
| 241 Cowan Rd., Apt. J<br>Gulfport, MS 39503 | 8/2011 to 2015 |
| 11207 Stewart Rd.<br>Gulfport, MS 39507 | 2008 to 8/2011 |

Michael Learn

**Exhibit B - Question 7**

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Command Center | 3773 W. 5th Ave., Post Falls, ID 83854 | | 2010 Oil Spill cleanup |
| Knights Marine & Industrial | 2900 Colmer Blvd., Moss Point, MS 39562 | | 2010 Oil Spill cleanup |
| Thomasville Apts | | 2016 to 4/2018 | maintenance man |
| Medically retired | | 2010 to 2016 | |

# Exhibit C
# Michael Learn

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed as a foreman/supervisor in the Deepwater Horizon disaster relief efforts. Plaintiff's duties during this time included direct contact with the oil/dispersants for months doing cleanup as well as coordinating buses for the cleanup workers, unloading/loading supplies, lunches, water, and even the hazardous debris from the beaches.  Plaintiff was exposed to the hazardous chemicals for a minimum of 10+ hours per day, 5-7 days per week, in the areas including, but not limited to Gulfport, Biloxi, and other Harrison County beaches in MS. Plaintiff began working oil clean-up around April of 2010, and continued until approximately July of 2010.  Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support his position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components. 7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

**Michael Learn**

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated him and attributed his symptoms to toxic exposure, including, but not limited to, those who may be listed on Exhibit D; the fact that he had no substantially similar pre-existing health problems comparable to the ones he suffered, and continues to suffer, since his work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

**EXHIBIT D**

**Name:** Michael Learn
**DOB:** 03/07/60

## MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS |
|------|------------------|---------|-----------|
| 1/29/10 | Costal Family Health Center-Gulfport<br>PO Box 475<br>Biloxi, MS | Patient presents for general health check-up and smoking cessation. Complaints of some problems with circulation in the lower extremities. Sees Dr. Gnwon for back pain and taking Trazodone 150 mg., prednisone, Fioricet and Albuterol inhaler. Severe low back pain began about 3 months ago after no specific injury. Diagnosis: Other chronic pain. Plan: Refer to neurosurgery, pt. to make appt with Dr. Janice for referral and return prn. | |
| 6/27/10 | Memorial Hospital of Gulfport<br>4500 13th St.<br>Gulfport, MS | ER Visit: Pt. complaining of headache he woke to this morning with pressure behind right eye. History of migraines. Diagnosis: Headache. Return as needed. Rx for Fioricet. | |
| 10/6/10-<br>10/8/10 | Memorial Hospital of Gulfport<br>Gulfport, MS | Pt. was admitted via ER for complaint of left sided chest pain for the past 6 months. Headaches for 6 months. Also complaints of increasing low back pain and increasing headaches with decreased visual acuity. Reports also numbness to the right arm for 3 days. Smoked 1 ppd, previously smoking 3 ppd for 35 years. MRI of the brain revealed No acute disease, mild ethmoid sinus disease, orbits, right maxillary sinus disease, LS spine L5-S1 disc extrusion on exiting nerve root, but not compression nerve, small left lateral disc herniation impinging on nerve root. Discharge Diagnoses: 1) Chest pain 2) Headaches thought to be cluster headaches. 3) History of orthostasis. Rx for Prednisone, Protonix and Ecotrin. Pt. not to work until evaluation with Coastal Family. | |

Medical Records Summary

| | | |
|---|---|---|
| 10/19/10 | Memorial Hospital of Gulfport Gulfport, MS | Pt. presents with complaints of continuous episodes of moderately severe bilateral hand and bilateral foot numbness, described as aching and throbbing. Symptoms are caused by no identifiable cause. The pt. confirms having tingling, lower back pain, and neck pain. Headache improved in the hospital with IV solumedrol and prednisone and nasal oxygen tx for cluster headache. Assessment: 1) Headache. 2) Numbness 3) Cluster headache 4) Idiopathic insomnia. Plan: Butalbital-APAP, Prednisone and Seroquel. |
| 10/21/10 | New Coast Cardiology Gulfport, MS | 50-Yo male with history of numbness, paresthesias in the bilateral upper extremities and lower extremities as well. Evaluation for carpal tunnel surgery. Nerve conduction study of right upper extremity and left lower extremity. **Impression:** Electrodiagnostic evidence of mild early carpal tunnel surgery affecting the right upper extremity. There is no electrodiagnostic evidence of a polyneuropathy affecting either lower extremity. |
| 10/26/10 | Costal Family Health Center-Gulfport Gulfport, MS | Patient did not keep appt. |
| 1/20/11 | Memorial Hospital at Gulfport Gulfport, MS | Patient presents to ER with complaint of back pain, neck pain and right shoulder pain, hx of near syncopal episodes. X-ray of shoulder reveals a small metallic foreign body projected at the medial soft tissue of the upper arm. X-ray of spine reveals Cervical spondylosis at C4-5 and C5-6. X-ray of chest shows no evidence of active or acute disease. Medication: Prednisone, Fioricet, Motrin and Pericocet. |
| 2/8/11 | Memorial Hospital of Gulfport Jhinho Kim, M.D. Gulfport, MS | Referral from Coastal Family Clinic after review of MRI and neuropathy diagnosis. Pt. says that his back hurts quite severely and that both legs, especially the right leg, feels numb and cold all the time. This has been going on for a couple of years off and on. He also says he has neck pain and numbness of the shoulder. He mentions of not having strength in the upper extremity and he drops things all the time. PMH revealed he has a "heart attack" 5 years ago and was cared for by Dr. Libby but says that he did not have any |

**Michael Learn**

| | | |
|---|---|---|
| | | coronary artery bypass surgery and or stent as he could not afford. He has a Baker cyst removed form left popliteal area. Despite Pt. dramatic complaints and behavior, objectively speaking he showed no neurological deficit and root compression – stretch provocative maneuvers are well tolerated. MRI of lumbar spine and/or herniated lumbar disk to explain his dramatic complaints. At this time I do not have an explanation of his dramatic symptoms in the extremities and I do not find any surgical lesion here. MRI of the cervical spine will be obtained to clear that matter. I also feel this pt. may best be managed with pain management consultation. |
| 2/14/11 | Costal Family Health Center- Gulfport Gulfport, MS | Pt. returns for f/up of back pain and headaches. States Dr. Kim ordered him to have another MRI, but he can't afford it and he referred him to pain management also. He can't walk to long and his legs go numb and he needs to have surgery but can't afford it. Low back pain problem started about 5 years ago and after no specific injury. Medications: Albuterol, Fioricet, Prednisone and Trazodone. Diagnosis: 1) Other chronic pain 2) Tension type headache, unspecified. Plan: 1) Refer to pain management, appt. with Sr. Janice for referral to pain mgt. and CT scan of brain; Go to ER if needed and follow up prn. |
| 3/11/11 | Memorial Hospital of Gulfport Gulfport, MS | Complaints of low back pain and numbness of legs since July 21 while working for BP. States his pain increased tonight. Diagnosis: Chronic back pain. RX for ASA and Alleve for pain. F/up with Coastal Family Clinic/primary care physician for further evaluation/management of symptoms. |
| 5/27/11 | Memorial Hospital of Gulfport Gulfport, MS | ER visit: Complaint of back pain for 1 year. No new trauma. Out of medications. Seeing Dr. Kim June. Impression: Back pain with spasm. Current medications: Albuterol inhaler, Flexeril and Tylenol. |
| 6/21/11 | Memorial Hospital of Gulfport Gulfport, MS | Pt. reports multiple episodes of syncopy, 3-4 time per month, sudden onset, no prodomal symptoms and will have complete loss of consciousness, Syncope for minute with |

Michael Learn

| Date | Location | Notes |
|---|---|---|
| | | "days" of confusion following the spell described as poor attention and concentration. Headaches are intermittent, 3 per week, duration 15 minutes to hours. Tried Seroquel and Trazodone and had side effect. Lack of energy, and malaise reported – seeing mental health for depression. Also complaints of neck stiffness, muscle spasm, tenderness and upper extremity paresthesias and back pain. Assessment: 1) Neck pain 2) Lower back pain 3) Headaches 4) Numbness 5) Idiopathic insomnia. Plan: Amitripylin HC for cluster headache and Zolpidem Tartrate for headache. Albuterol Sulfate for health maintenance. Rx. for Ambien for insomnia and Elavil for headache prophylaxis. F/up with mental health for ongoing therapy as directed. |
| 10/24/11-10/25/11 | Memorial Hospital of Gulfport Gulfport, MS | 51 YOM presents to ER with progressive cough and shortness of breath for almost a week. He notes some low-grade fever as well. He notes back pain that radiates to his chest. Chest x-ray shows bilateral patchy infiltrates consistent with pneumonia. Discharge Diagnosis: 1) Bilateral pneumonia. 2) Cluster headaches. 3) History of Chest pain for 1 year. 4) Work on a BP oil spill cleanup, for which the patient desires to have an evaluation, and I have asked him to pursue this as an outpatient. 5) Depression. Discharge F/up: F/up with primary care physician for further management and repeat a PA and lateral chest x-rays in the next 4 weeks. |
| 10/28/11 | Costal Family Health Center-Gulfport Gulfport, MS | Pt. presents for f/up from hospital admit on 10/24 for pneumonia. Systems include wheezing. Diagnosis: Unspecified bacterial pneumonia. Plan: F/up in 1 month. Continue Levaquin and refill of Albuterol. |
| 11/1/11 | Memorial Hospital of Gulfport Gulfport, MS | Pt. arrived in a stretcher via ALS transport from home. Complaints of flu like symptoms of fever, chills, malaise, and body aches. Also complains of bilateral upper abdominal pain that is poorly characterized. Associated nausea and vomiting with nonbiology. Patient recently discharged form hospital with pneumonia. A CT of abdomen and pelvis was negative. Pt. received IV pain and |

Michael Learn

**Michael Learn**

| Date | Provider | Notes |
|---|---|---|
| | | nausea medication with good result. His chest x-ray in not significantly worse than that performed last week during admission to hospital. Diagnosis: Viral syndrome. Plan: F/up with primary care physician in 1-2 days for a repeat evaluation. |
| 11/08/11 | Memorial Hospital of Gulfport Gulfport, MS | Pt. present with complaint of abnormal lab results. Pt. was seen on November 1 and had blood cultures drawn. The screw of bacteria and one bottle call agrobacterium radiobacter. He is apparently having some difficulty for some time he relates exposures during the oil spill disaster. The symptoms have been occurring for 8 days. The symptom severity is mild. AP portable chest x-ray revealed no acute or active cardiopulmonary abnormality. Lab tests performed and results in 48 hours. Diagnosis: Generalized muscle weakness. Amoxicillin and Ambian prescribed. Plan: Patient discharged and condition is stable. F/up with PCP 1-2 weeks. |
| 11/8/11 | Metametrix Duluth, GA | Volatile solvents show 5 red (95th percentile) for Benzene, Ethylbenzene, Toulene, m/p-Zylene and Hexane. One orange (90th percentile) for Styrene. One yellow (75th percentile) for 3-Methylpentane and 3 green (50th percentile) for o-xylene, 2-Methylpentane and Iso-octane. |
| 11/9/11 | Memorial Hospital of Gulfport Gulfport, MS | Pt. presents to ER for Transesophagel Echocardiography Report – no evidence of aortic stenosis and no pericardial effusion noted. |
| 1/23/12 | Dr. Steve Morris, III, M.D. | Initial evaluation with complaints of recurrent SOB, cough, congestion, syncope and near syncopal episodes. Complains also of worsening right-sided headaches, visual disturbances and tremors and states he had two ER visits in the past few months related to those complaints. Long history of SOB, cough congestion and at time dyspnea on exertion for several years. He has suffered a previous myocardial infarction in 2007. He also has reported childhood asthma and has been told in the past he was suspected to have emphysema. . Pt. states he had a positive tilt test done in 2007 and he was |

| 8/6/12 | Memorial Hospital of Gulfport Gulfport, MS | informed he had some type of neurological problem. The pt. also states his symptoms worsened on or around the time of his employment on the BP oil spill cleanup. He was employed as a foreman and supervisor during the cleanup. He received Closed space and HAZWOPER certification. He was responsible for 55 people and managed their transportation and work assignments. He occasionally worked in direct cleanup as well. He describes having direct contact with oil daily for about 2 months and describing the fumes and the heat as the major cause of his problems. He stated he raised concerns on at least one occasion but never experienced any additional protective measures. Impression: 1) Stable angina 2) Coronary Artery Disease 3) Chronic Bronchitis 4) Chronic Pneumonitis 5) Ethmoid and Maxillary Sinusitis 6) Chronic headaches 7) Alcoholic liver disease 8) Osteoarthritis 9) Peripheral Neuropathy 10) Dizziness/Vertigo. It is my opinion that most probably exacerbation of his respiratory systems were related to his exposure to the oil, fumes and debris associated with the BP oil spill. It is certainly most probably that his exposure to this chemical in part has played a rule in the development and persistence of his neurological systems. |
| | | Pt. presents to ER with syncopy episode last night and now is having pain to arms and legs. Family history unobtainable due to patient's refusal to answer questions due to the fact that he was adopted. Since fire on top of both legs, left worse than right. Shooting pain in crotch. Since this morning trouble puting weight on legs. PMH for chronic back pain. Headache low blood pressure. He claims he was saturated with oil dispersant during BP spill. CT of brain reveals no specific or focal intracranial findings to suggest acute intracranial pathology – right maxillary sinusitis. CT angiogram chest shows no evidence of pulmonary embolus. X-ray of left knee shows mild degenerative changes in the medial compartment left knee. No fracture, dislocation or joint effusion is seen. Diagnosis: Knee injury, cartilage |

Michael Learn

| | | |
|---|---|---|
| | | damage, syncope. Rx for Lortab. Patient discharged in satisfactory condition; F/up with PCP. |
| 8/13/12-8/14/12 | Memorial Hospital of Gulfport Gulfport, MS | 52 yr. old present to ER with complaints of chest pain and dizziness recurrent over the last several days. The pain is located on the left chest and does not radiate. Onset was sudden. Patient has a past history of chest pain in 10/2010, and was seen by Dr. Libys in the past. Pt. was admitted to the hospital. Serial cardiac enzymes were negative and chest pain resolved. Pt. counseled on stopping naprozen use, starting daily proton pump inhibitor use and using Tylenol or Lortab as needed for pain. Current medications: Fioricet, Aspiring, Naproxen an, Temazepam and Hydralazine. X-rays of chest reveal lungs are underinflated, but clear. No pleural abnormality is shown. Assessment: 1) Chest pain, atypical in nature 2) Presyncope 3) Deep vein thrombosis prophylaxi. 4) COPD 5) Hypotension. The pt. is to call for office outpatient evaluation in 1 week for f/up. |
| 12/12/12 | Memorial Hospital of Gulfport Gulfport, MS | ER visit: Pt. complains of left hand pain on palmar surface – over 2nd distal metacarpal. The symptoms have been constant flares up at time. The symptoms have been occurring for 2 days. X-rays of the hand show no acute radiographic abnormality. Ace bandage applied to left hand. Rx for Motrin and Lortab. Patient to f/up in 2-4 days with PCP if not improved. Diagnosis: Hand pain. |
| 12/20/12 | Memorial Hospital of Gulfport Gulfport, MS | Pt. present to ER with pain in his left hand and is here for excision of a painful cyst on the left hand index finger near A1 pulley. He works in construction. Procedure performed for excision of cyst and patient tolerated procedure well. F/up in 5-7 days for wound check. |
| 5/22/17 | Memorial Physician Clinic Primary Care at Cedar Lake (PCP) | F/up on COPD, degenerative joint disease, colonoscopy referral. Hx of dyslipidemia, migraines, COPD, low back pain. |
| 6/14/17 | Memorial Physician Clinic Primary Care at Cedar Lake (PCP) | C/o sinus congestion and cough x2 days. Congestion and drainage over last week. Taking OTC meds with no relief. Reports wife had similar symptoms. Requests refill of |

**Michael Learn**

| | |
|---|---|
| | inhaler. Exam: bilateral TM are dull; congestion with swollen turbinates noted; maxillary sinuses are boggy and tender to palpation; harsh, coarse, unproductive cough noted; Lipid panel. Refill meds. Use Mucinex to help loosen and clear secretions. Discharge notes: Acute sinusitis. Rx administered: DEPO Medrol injection; Decadron injection. |
| 9/7/17 | Memorial Physician Clinic Primary Care at Cedar Lake (PCP) 1756 Popps Ferry Rd. Biloxi, MS 39532 | Pt for f/up and med refills. Hx of migraines, decreased extra [sic?], muscle spasms in low back, and COPD. Assessment/Plan: B12 deficiency, decreased sex drive, back muscle spasm, COPD. RX: Norco, Skelaxin, Imitrex. |

## CLEANUP EMPLOYMENT

| EMPLOYERS ASSOCIATED WITH CLEANUP WORK | Command Center, Knights Marine (TL Wallace through KM) |
|---|---|
| JOB DUTIES | Foreman and supervisor and received Closed Space and HAZWOPER certification. Occasionally worked in direct cleanup with oil for about 2 months.  Bus coordinator – managed 5 buses by checking workers in/out, loading/unloading supplies, lunches, water, debris |
| DATES OF CLEANUP EMPLOYMENT | April of 2010 for approximately 3 months. |
| FIRST MEDICAL TREATMENT | 6/27/10 – Memorial Hospital of Gulfport |
| SYMPTOMS | SOB, cough, Congestion, and dyspnea on exertion for several years. Chronic headaches, dizziness, confusion, memory loss, night sweats, sensitivity or light, visual disturbances, rashes, and fatigue |
| HEALTH BEFORE EXPOSURE | Positive tilt test in 2007 for some type of neurological problem. Previous myocardial infarction in 2007.  Childhood asthma and was told in past he was suspected to have emphysema. Pre-existing circulation issues, chronic back and leg pain. |

**Michael Learn**