# Exhibit A - Patrick Robinson's Submitted Particularized Statement of Claim

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:** Patrick Robinson

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1.    Current address:

Address Line 1:    705 25th Street

Address Line 2:    _____

City: Gulfport            State: MS            Zip: 39501

2.    Telephone number:    228-261-0116

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____

4.    Date and Place of Birth: 4/26/1964, Gulfport, MS

5.    Male   X      Female _____

6.    Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---------|--------------------|
| See Exhibit A | |
| | |
| | |

7.    Employment Information:

A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|----------|---------|---------------------|-----------------------|
| See Exhibit B | | | |
| | | | |
| | | | |
| | | | |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes __X__ No_____  If "*Yes,*" when were you out of work and why? Plaintiff had knee surgery in 2011
_____

**B.      THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes__X____      No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.      Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.      Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore__X____      Offshore_____      Both_____

11.      Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____      No__X____

12.      Did you handle hazardous materials as part of your cleanup work?

Yes__X____      No_____

13.      Please set forth the following information about your cleanup work:

A.      Your employer(s): Including but not limited to Wallace-Eutaw LLC,  Pridestaff Inc., Cabildo Services LLC, Jones Staffing LLC, Command Center Inc.

B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):

Plaintiff cannot recall

C.      A description of the work performed for employer(s) identified in Question No. 13(A): Cleaned oil and oil-covered debris off beach & islands

D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):      See Exhibit C

E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

    Plaintiff does not recall any specific names _____

F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

    Plaintiff does not recall _____

**2.    Residents/Tourists**

14.    Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes __X__        No_____

15.    Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____        No__X__

16.    List all address(es) at which you resided in 2010: _____

See Exhibit A _____

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17.    Are you claiming that you suffered damages from (*Check all that apply*):

__X____ Bodily injury from exposure to oil and/or dispersants

__X____ Bodily injury other than from exposure to oil and/or dispersants

_____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X__

19.     How were you exposed? (*Check all that apply*)

A.     Inhalation                    Yes_X___          No_____

B.     Dermal (skin) contact        Yes_X___          No_____

C.     Ingestion                     Yes_X___          No_____

D.     Other (please describe):     _____

20.     What was the date(s) of your exposure?     See Answer to 21 and Exhibit C

Day: _____     Month: _____     Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous environmental/residential exposure beginning on or about 4/20/10 as well as continuous, personal, direct exposure to both oil and dispersants from at least 06/2010 -12/2010, for 10-12 hours per day, 5-7 days per week, in the areas including but not limited to in and around Gulfport, Ship Island, Cat Island, and  the Gulf coast including Florida.
_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____See Answer to 21 and Exhibit C_____

_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____See Answer to 21 and Exhibit C_____

_____

_____

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

   See Exhibit C

   _____

   _____

25.   *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

   Yes_____        No___X____

26.   *If you answered "Yes" to Question No. 25*, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

   Reporting an exposure was unnecessary, because Plaintiff's job, by its very nature, necessitated her personal, direct, continuous exposure to the hazardous chemicals involved in the cleanup operation of the BP Deepwater Horizon disaster.

   _____

**E.   NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.   For your non-exposure personal injury, please state:

   A.   The nature of your injury: Knee strain/meniscus tear

   B.   The date(s) of your injury: 11/9/2010

   C.   The location(s) of your injury: left knee

   D.   The work that you were performing when you sustained your injury:_____

       working on oil cleaning barge

       _____

   E.   Identify any individual(s) who witnessed your injury:_____

       Plaintiff does not recall

28.   Describe in as much detail as possible the circumstance(s) of your injury: _____

   Plaintiff was working on an oil cleaning barge when a ramp to a partable toilet fell and struck him on the left knee, which caused him to jerk awkwardly to avoid being thrown overboard, causing a meniscus tear in his knee which had to be operated on.

   _____

**F.**     **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you
        claim resulted from the spill or your cleanup work in response to the oil spill: _____

        See Exhibit D
        _____

        _____

        _____

30.     Please explain how your injury (or medical condition) resulted from the spill or your
        cleanup work in response to the oil spill:

        See Exhibits C and D
        _____

        _____

        _____

        _____

        _____

31.     On what date did you first report or seek treatment for your injury or illness:
        See Exhibit D
        _____

32.     On what date was your injury first diagnosed:_____

        See Exhibit D
        _____

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or
        condition):

| Name | Address |
|------|---------|
|      | See Exhibit D |
|      |         |

34.    Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|  | See Exhibit D |
|  |  |
|  |  |
|  |  |

35.    Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____   No __X___.  If "*Yes*,"

    A.    When? _____

    B.    Who diagnosed the injury (or condition) at that time? _____
          _____
          _____

    C.    Who treated the injury (or condition) at that time?_____

36.    Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____  No___X__.  If "*Yes*,"

    A.    What date did you first experience such injury or condition?_____
    B.    What injury (or condition) was made worse? _____
          _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|  | See Exhibit D |
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes  X     No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

    See Exhibit E
    _____

    _____

    _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes____X____ No_____

    If "Yes":

    A.   From whom did you receive this compensation or reimbursement?_____

         Workman's comp - Pridestaff - Carrier Hartford Fire Ins. Company

B.   When did you receive this compensation or reimbursement?_____

Plaintiff cannot recall, throughout end of 2010 than 2011

C.   What was the amount of the compensation or reimbursement?_____

Approx 300 per week for one and a half years

**G.   CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.   Is your claim based on a breach of contract?

Yes_____        No___X____

42.   Was the contract that you claim was breached made as part of the VoO Program?

Yes_____        No_____

43.   Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.   Describe how the contract was breached:_____

_____

_____

45.   *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.   *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44
       caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: JUN 8 , 2018

Location (City and State): Gulfport MS

Patrick M Robinson Jr
Signature of Plaintiff*   where is the other 11 pages

***Plaintiff's Attorney *Cannot* Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

PATRICK M Robinson sr
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than <u>Monday, July 9, 2018</u>, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman 820 O'Keefe Ave. |
| Kirkland & Ellis LLP | New Orleans, LA 70113 |
| 300 North LaSalle St., Suite 2400 | |
| Chicago, IL 60654      . | |

**<u>Exhibit A – Question 6</u>**

Plaintiff: ROBINSON, PATRICK

| Address | Dates of Residence |
|---|---|
| 705 25th Street<br>Gulfport, MS 39501 | 1999 – Present |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Exhibit B – Question 7**

Plaintiff: ROBINSON, PATRICK

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Pat's Lawn Service – Self employed | 9463 Jeff Road Gulfport, MS 39503 | 2007 – 2010 | Lawn care |
| The CPI Group, Inc. | PO Box 828 Columbus, MS 39703 | 2008 | Lawn care |
| Cabildo Services LLC | 1515 Poydras Street Suite 2210 New Orleans, LA 70112 | 2010 | Clean-up |
| Wallace-Eutaw, LLC | PO Box 2407 Gulfport, MS 39505 | 2010 | Clean-up |
| Jones Staffing, LLC | 2438 Hwy 98 East Columbia, MS 39429 | 2010 | Clean-up |
| Command Center, Inc. | 3773 W 5th Avenue Post Falls, ID 83854 | 2010 | Clean-up |
| PrideStaff, Inc. | 7535 N Palm Avenue Fresno, CA 93711 | 2010 | Clean-up |
| Jones Staffing, LLC | 2438 Hwy 98 East Columbia, MS 39429 | 2010 | Clean-up |
| Disabled since 2010 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Exhibit C
# Patrick Robinson

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed as a recovery technician, cleaning oil and tar balls on-shore, and oil/dispersants on barges from the beaches and islands of coastal MS. Plaintiff worked directly with the hazardous material throughout his employment with the Deepwater Horizon disaster relief efforts.  In Plaintiff's case, he was exposed a minimum 10-12 hours each day that he worked, typically in and around the impacted coastlines of Gulfport, Ship Island, and Cat Island, MS.  Plaintiff began working oil clean-up around June of 2010, and continued through about December of 2010. Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support his position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al.* Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

**Patrick Robinson**

For specific causation, Plaintiff plans to rely on a variety of medical professionals to be named at a later date; the fact that he had no substantially similar pre-existing health problems comparable to the ones he suffered, and continues to suffer, since his work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

**Patrick Robinson**

# EXHIBIT D

**Name:** Patrick M. Robinson

| Date | Medical Provider | Diagnosis | Documents Received |
|---|---|---|---|
| 6/20/11 | Bienville Orthopaedic Specialists | Chief Complaint: presents for evaluation of left knee, status post left knee arthroscopy on 3/22/11. States he is doing 'so-so'. Having a lot of swelling. Having some pain.  Is to continue off work. | Medical & ____ |
| 11/17/10 | Bienville Orthopaedic Specialists | Evaluation of left knee pain resulting from work injury (oil clean-up) 11/9/2010 | |
| 12/15/10 | Bienville Orthopaedic Specialists | Evaluation of left knee pain resulting from work injury 11/9/2010 | |
| 01/10/11 | Bienville Orthopaedic Specialists 1476 Dedeaux Road Suite B Gulfport, MS 39503 | Chief Complaint: presents for evaluation of left knee pain as result of work injury on 11-9-10., states his knee is a lot worse…he is having severe pain and swelling…here to discuss his options…**he injured his left knee 11/9/10 at work doing oil cleanup when a ramp to a portable toilet fell and struck him on the left knee…also jerked his knee at the time trying to avoid being thrown overboard.**  Surgery approved. | |
| 1/18/11 | Anchor Medical Clinic | Hypertension and knee pain / Assessment: Hypertension – Obesity – Pain in lower leg | |
| 2/1/11 | Anchor Medical Clinic 3613 B Hospital Road Pascagoula, MS 39581 | Hypertension – Symptoms: Blood in urine, buzzing in ears, chest pain, confusion, headache, irregular heartbeat/palpitations, nausea, vomiting, nosebleeds, shortness of breath, tiredness, visual disturbances, transient weakness, tremor / Assessment: BP and renal function worse on lisinopril, will stop, start Norvasc | |

Medical Records Summary Sheet

| 03/14/11 | Bienville Orthopaedic Specialists | Chief Complaint: presents for evaluation of left knee pain as result of work injury on 11-9-10., states his knee is a lot worse…he is having severe pain and swelling…here to discuss his options… Scheduled: 3-22-11 Hospital/Surgery Center: Singing River Hospital. Diagnosis: Torn medical meniscus, left knee. Procedure: arthroscopy left knee | |
|---|---|---|---|
| 03/30/11 | Bienville Orthopaedic Specialists | Chief Complaint: presents for evaluation of left knee, status post left knee arthroscopy on 3/22/11….states he is having some pain and swelling.<br>Assessment: Meniscus tear-acute meniscus-med acute tear | |
| 04/18/11 | Bienville Orthopaedic Specialists | Chief Complaint: presents for evaluation of left knee, status post left knee arthroscopy on 3/22/11….states he is a little better…..still having pain and swelling…is going to PT…has a PT note today…will be permanent partial impairment …when he is released from treatment. | |
| 05/18/11 | Bienville Orthopaedic Specialists | Chief Complaint: presents for evaluation of left knee, status post left knee arthroscopy on 3/22/11….states he is doing worse…..having a lot of pain and swelling…still going to PT..presents in his brace | |
| 7/13/11 | Encore Rehabilitation | Tested Performance Level – Light – patient provided consistent deviations during all areas of test; patient's increase in pain levels and responses were consistent with injury and complaints | |
| 07/20/11 | Bienville Orthopaedic Specialists | Chief Complaint: presents for evaluation of left knee, status post arthroscopy on 3/22/11.  Pain level is a 7 on a 0-10 scale. ….here for a final visit and to assign impairments and permanent work restrictions…I do not think he is going to be able to go back to his regular work… | Medical & Billing Records |
| 10/25/11 | VOC Bloodwork | 0-red, 2-orange, 2-yellow, 6-green | Medical & Billing Records |
| 04/29/14 | Memorial Hospital Gulfport<br>4500 13th Street<br>Gulfport, MS 39501 | Chief Complaint: Here to establish as primary care pt<br>History: Patient is being seen for initial evaluation of essential hypertension. ….. Pt is here for initial evaluation.  He has a h/o HTN, left knee arthritis secondary to injury, morbid obesity and allergic rhinitis. HTN – Pt reports this was diagnosed about 4-5 | Medical Records ONLY |

| | | | |
|---|---|---|---|
| | | years ago.  It was found when he went to see a doctor about his knee after he injured it.<br>Assessment: Benign Essential Hypertension, health maintenance, visit for: preoperative orthopedic exam | |
| 07/09/14 | Memorial Hospital at Gulfport | Chief Complaint: f/u<br>History:  HTN – Pt has been out of his B/P meds for 3 days<br>Back pain – Pt reported low back pain at his last visit. XR ordered showed disc disease<br>Knee pain – s/p recent surgery<br>Sleeo apnea – Pt has been wearing CPAP nightly since last week<br>Edema – Pt still with BLE edema…wearing compression stockings at night | Medical Records ONLY |
| 08/05/14 | Memorial Hospital at Gulfport | *Pain Management Consultation*<br>Chief Complaint: lower back and left knee, had problem for 4 years, had 4 surgeries last one on July 23, 2014.  Seen pain management last yr, send Dr. for 3 yrs.<br>Low Back Pain – The onset of pain was insidious, with precipitating event.  The patient was involved in motor vehicle accident + **fall at work place in October 2010**. | Medical Records ONLY |
| 09/04/14 | Memorial Hospital at Gulfport | *Pain Management Office/Clinic Notes*<br>…patient indicates a more general area of pain location at his lower back….The onset of pain was insidious, with precipitating event.  The patient was involved in motor vehicle accident + **fall at work place in October 2010**….severity of the pain is marked…duration of each episode is variable… presents with occasional episodes of moderate bilateral knee pain, non-radiating….underwent right knee surgery and complains of more pain. | Medical Records ONLY |
| 10/06/14 | Memorial Hospital at Gulfport | Chief Complaint: f/u<br>Patient presents for follow-up today.<br>History:  Hypertension - … seen about 3 months ago…he has become increasingly noncompliant with his CPAP due to discomfort and difficulty sleeping….blood pressure has slowly increased…checks his blood pressure routinely at | Medical Records ONLY |

| | | home…restarted his amlodipine 3 days ago due to elevated numbers.<br>Sleep apnea - ….noncompliant with his CPAP<br>Chronic pain/arthritis – followed by an orthopedist and pain management.  …very hesitant to have any further surgeries<br>Morbid obesity…has been working on weight loss<br>HM – Pt is due for screening colonoscopy | |
|---|---|---|---|
| 11/13/14 | Memorial Hospital at Gulfport | *Pain Management Office/Clinic Notes*<br>Admit Reason: 1 month f/u from 10/14<br>(same as 9/14/14 notes)<br>The Plan: Patient does not have any new complaints today & does not have side effects from pain medications | |
| 12/12/14 | Memorial Hospital at Gulfport | *Pain Management Office/Clinic Notes*<br>Admit Reason: 1 month f/u from 11/13<br>(same as 9/14/14 notes)<br>The Plan: Patient does not have any new complaints today & does not have side effects from pain medications | |
| 02/11/15 | Memorial Hospital at Gulfport | *Pain Management Office/Clinic Notes*<br>Admit Reason: 2 mo f/u 12/12/14<br>(same as 9/14/14 notes)<br>The Plan: He is a bit obese, but received injections in the past. Patient does not have any new complaints today & does not have side effects from pain medications, she (*sic*) had left knee surgery | |
| 03/11/15 | Memorial Hospital at Gulfport | *Pain Management Office/Clinic Notes*<br>Admit Reason: 1 mo f/u 2/11/15<br>(same as 9/14/14 notes)<br>The Plan: Patient does not have any new complaints today & does not have side effects from pain medications | |
| 04/16/15 | Memorial Hospital at Gulfport | *Pain Management Office/Clinic Notes*<br>Admit Reason:  knee inj<br>(same as 9/14/14 notes) +:<br>Procedure: Intra-articular knee injection left pre tibial bursa inj<br>The Plan: The left pretibial bursae injection is done on April 16, 2015 without any complications. | |

**Patrick Robinson**

| 05/12/15 | Memorial Hospital at Gulfport | *Internal Medicine Office/Clinic Notes*<br>Admit Reason: 3 month f/up<br>Pt is here for routine follow up<br>HTN – BP is up today<br>Abnormal glucose<br>Chronic pain – Followed by pain mgt. Stable<br>Right eye drainage/erythema – Pt continues to have draining of purulent fluid from his right eye.  He reports irritation and matting in the morning.<br>Allergic rhinitis – Pt requesting a RF of Nasonex<br>HM – Pt has had colonoscopy.  Lipids look good. | |
| 06/11/15 | Memorial Hospital at Gulfport | *Pain Management Office/Clinic Notes*<br>Admit Reason:  follow up from 4/16<br>(same as 4/16/15 notes) | |
| 12/8/10 | Singing River Hospital<br>2809 Denny Ave.<br>Pascagoula, MS 39581 | Knee pain | |
| 12/9/10 | Singing River Hospital | Knee pain | |
| 1/18/11 | Singing River Hospital | Hypertension | |
| 2/1/11 | Singing River Hospital | Left knee torn medial meniscus | |
| 3/22/11 | Singing River Hospital | Knee surgery | |
| 3/30/11 | Singing River Hospital | Pain, swelling lower extremity | |
| | | | |
| | | | |
| | | | |
| | | | |

**Patrick Robinson**

## **Exhibit E – Question 37**

Client: ROBINSON, PATRICK

| Name | Address |
|------|---------|
| Dr. Blaylock | Memorial Hospital Gulfport<br>4500 13th Street<br>Gulfport, MS 39501 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |