# Exhibit A - April Wensel's Particularized Statement of Claim

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
> **FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** <u>April Wensel</u>

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1.  Current address:

    Address Line 1: <u>2811 Fourth Street</u>

    Address Line 2: _____

    City: <u>New Orleans</u>   State: <u>LA</u>   Zip: <u>70113</u>

2.  Telephone number: <u>228-254-5301</u>

3.  Maiden or other names used or by which you have been known, and the dates during which you were known by such names: <u>None</u>

4.  Date and Place of Birth: <u>8/14/1980 Harrison, Arkansas</u>

5.  Male_____   Female <u>X</u>

6.   Each address (other than your current address) at which you have lived during the last ten
     (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A attached. | |
| | |
| | |

7.   Employment Information:

     A.   Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last
          employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B attached. | | | |
| | | | |
| | | | |
| | | | |

8.   Have you ever been out of work for more than thirty (30) days for reasons related to your
     health (other than pregnancy)?  Yes _____ No __X__  If "*Yes,*" when were you out of work
     and why? _____
     _____

**B.** **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes_____      No__X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.      Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.      Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____      Offshore_____      Both_____

11.      Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____      No_____

12.      Did you handle hazardous materials as part of your cleanup work?

Yes_____      No_____

13.      Please set forth the following information about your cleanup work:

A.      Your employer(s): _____

B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_____

C.      A description of the work performed for employer(s) identified in Question No. 13(A):_____

_____

D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

_____

E.      The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F.      Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

**2.      Residents/Tourists**

14.     Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes X_____        No_____

15.     Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____        No X_____

16.     List all address(es) at which you resided in 2010:_____

  See Exhibit A attached.
_____

**C.      INFORMATION ABOUT YOUR B3 CLAIM**

17.     Are you claiming that you suffered damages from (*Check all that apply*):

   X   Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.      EXPOSURE CLAIMS**

18.      Were you exposed to oil, dispersants, or both?

       Oil_____                    Dispersants_____                    Both__X__

19.      How were you exposed? (*Check all that apply*)

     A.      Inhalation                    Yes__X__          No_____

     B.      Dermal (skin) contact           Yes_X___          No_____

     C.      Ingestion                    Yes_X___          No_____

     D.      Other (please describe):

20.      What was the date(s) of your exposure?   See response to Question 21.

     Day: _____      Month: _____      Year: _____

21.      How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

     Continuous environmental/residential exposure to both oil and dispersants beginning on or about 4/20/10 and continuous, personal, direct exposure to both oil and dispersants while working within the zones of the cleanup operation for approximately 8 months beginning May 2010 to December 2010, for 12 to 24 hours per day, 5 to 7 days per week in the areas including but not limited to Gulfport, MS, Venice, LA, Rigolets, LA and surrounding waters.

22.      What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

     See response to Question 21.

23.      For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

     See response to Question 21 and Exhibit C attached.

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

        See Exhibit C attached. _____

        _____

        _____

25.   *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

        Yes_____       No_____

26.   *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

        _____

        _____

        _____

E.    **NON-EXPOSURE PERSONAL INJURY CLAIMS**   N/A

27.   For your non-exposure personal injury, please state:

        A.    The nature of your injury:_____

        B.    The date(s) of your injury:_____

        C.    The location(s) of your injury:_____

        D.    The work that you were performing when you sustained your injury:_____

              _____

              _____

        E.    Identify any individual(s) who witnessed your injury:_____

              _____

28.   Describe in as much detail as possible the circumstance(s) of your injury: _____

        N/A_____

        _____

        _____

**F.    INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.    Describe in as much detail as possible the bodily injury (or medical condition) that you
        claim resulted from the spill or your cleanup work in response to the oil spill: _____

        See Exhibit D attached.

30.    Please explain how your injury (or medical condition) resulted from the spill or your
        cleanup work in response to the oil spill:

        See Exhibits C and D attached.

31.    On what date did you first report or seek treatment for your injury or illness:
        See Exhibit D attached.

32.    On what date was your injury first diagnosed:

        See Exhibit D attached.

33.    Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or
        condition):

| Name | Address |
|---|---|
| See Exhibit D attached. | |
| | |

34.    Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35.    Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____   No  X    . If "*Yes*,"

      A.    When? _____

      B.    Who diagnosed the injury (or condition) at that time? _____
           _____
           _____

      C.    Who treated the injury (or condition) at that time?_____

36.    Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

     Yes _____ No  X    . If "*Yes*,"

      A.    What date did you first experience such injury or condition?_____
      B.    What injury (or condition) was made worse? _____
           _____

37.    Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38.    Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

　　　　　Yes __X__    No _____

39.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

　　See Exhibit E attached._____

　　_____

　　_____

40.    Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____    No__X____

If "Yes":

A.    From whom did you receive this compensation or reimbursement?_____

　　_____

B.      When did you receive this compensation or reimbursement?_____

_____

C.      What was the amount of the compensation or reimbursement?_____

_____

**G.     CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.*)

41.     Is your claim based on a breach of contract?

Yes_____        No__X____

42.     Was the contract that you claim was breached made as part of the VoO Program?

Yes_____        No_____

43.     Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.     Describe how the contract was breached:_____

_____

_____

45.     *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.     *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44
       caused the damages you allege in response to Question No. 47.

_____

_____

_____

**PTO 66 Exhibit A**

Plaintiff: Wensel, April

| Address | Dates of Residence |
|---|---|
| 2701 Rosetta Dr. Chalmette LA 70043 | 2008 to 2017 |
| 87129 Golf Club Dr. Diamondhead MS 39525 | 2017-2018 |
| 2811 4th St New Orleans LA 70113 | 2018 to present |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**PTO 66 Exhibit B**

Plaintiff: Wensel, April

| Employer | Address | Dates of Employment | Occupation / Job Duties |
|---|---|---|---|
| Acadian Ambulance | 130 E. Kaliste Saloom Road Lafayette, LA 70508 | 2008-2014 | Paramedic |
| East Jefferson General Hospital | 3120 Lime St Metairie LA | 2014 to present | Paramedic |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Exhibit C
# April Wensel

Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed as a Paramedic in the Gulf areas. Mrs. Wensel worked as a paramedic with Acadian Ambulance. Plaintiff was assigned within the impacted zone of Venice, LA, being sent out on vessels to treat workers on the water.  During her employment with Acadian she was also assigned to several restoration projects, cleaning up the oil in the South West Pass, as well as spending many months on a Flotella in the Rigolets of Louisiana. Plaintiff worked 12-24 hours a day, 5-6 days a week; beginning May of 2010.  Plaintiff reserves the right to alter, amend, or supplement her responses to any of the questions within her Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, she is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf  over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support her position that the chemicals to which she was exposed on a daily basis caused her injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E*, et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E*, et al.* Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S*, et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated her and attributed her symptoms to toxic exposure, including, but not limited to, those who may be listed on Exhibit D; the fact that she had no substantially similar pre-existing

health problems comparable to the ones she suffered, and continues to suffer; and the fact that so many other residents of the impacted Gulf coast have suffered similar symptoms since the spill.

April Wensel

**EXHIBIT D**

| Date | Provider | DX | |
|------|----------|----|----|
| 10/20/2011 | Metametrix Clinical Laboratory- 3425 Coorporate Way, Duluth, GA 30096 | **Volatile Solvent Whole Blood Test-** 75th percentile: Benzene, Styrene, Hexane, 90th percentile: Toluene, 95th percentile: Ethylbenzene, m,p Xylene | VOC Test Results |
| | ENT Specialists of Metairie 4315 Houma Blvd. #401 Metairie LA 7006 | chronic sinusitis, sinus surgery | records pending |
| | **QUESTION 37 PCP: Dr. Jose Veros Pola 4420 Conlin St. Metairie LA 70006** | Dermatographic urticaria | records pending |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**pending additional medical records

1

**EXHIBIT E**
**April Wensel**
**(Question 39)**

Plaintiff seeks compensation for past and future medical bills, incurred as a result of her physical and mental injuries as detailed in her Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during her employment as a paramedic, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Nine Hundred Thousand ($900,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.