# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | MAG. JUDGE WILKINSON |
| **Deepwater Horizon Economic Claim Center Claimant 100049935** | * | |

## WITHDRAWAL OF MOTION TO ENFORCE CONFIDENTIALITY ORDER

NOW INTO COURT, through undersigned counsel, come Lewis, Kullman, Sterbcow & Abramson, LLC ("LKSA") and Jessica Ibert ("Ibert"), who respectfully request that their pending Motion to Enforce Confidentiality Order (R. Doc. 24341) be withdrawn from consideration by the Court and removed from the Court's docket. The issues presented in the undersigned's Motion to Enforce Confidentiality Order (R. Doc. 24341) have been resolved, thus there is no longer a need for the Court to consider the motion.

WHEREFORE, Lewis, Kullman, Sterbcow & Abramson, LLC ("LKSA") and Jessica Ibert ("Ibert") respectfully request that this Court issue an Order removing the Motion to Enforce Confidentiality Order (R. Doc. 24341) from the Court's docket.

Respectfully submitted,

/s/ Jessica L. Ibert
PAUL M. STERBCOW (#17817)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500 Telephone
(504) 588-1514 Facsimile
sterbcow@lksalaw.com
jibert@lksalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of October, 2018 filed and served a copy of the above and foregoing pleading on Louisiana counsel of record for Pumilia & Adamec, LLP and Jayesh Patel and Ryan Law, LLP, Ryan LLC, Kevin Prins and Jon Sweet by email and have filed the foregoing pleading with the Clerk of Court by using the CM/ECF system.

/s/ Jessica L. Ibert