# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | | |
| **Of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | | |
| | * | **MAG. JUDGE WILKINSON** |
| **Deepwater Horizon Economic** | | |
| **Claim Center Claimant 100049935** | * | |

## ORDER

Considering the foregoing Withdrawal of Motion to Enforce Confidentiality Order;

IT IS HEREBY ORDERED that Lewis, Kullman, Sterbcow & Abramson, LLC and Jessica Ibert's Motion to Enforce Confidentiality Order (R. Doc. 24341) is withdrawn from consideration by the Court and removed from the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE