IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to: | Civil Action No. 2:10-MD-02179<br><br>SECTION: J(2) |
| Civil Action No. 2:13-cv-01778<br><br>Sergio Alvarado v. BP Exploration & Production, Inc. et. al. | JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

### RESPONSE TO RULE TO SHOW CAUSE

Plaintiff Sergio Alvarado ("Plaintiff"), through his undersigned attorney, responds to the Rule to Show Cause issued by this Honorable Court on September 20, 2018, as follows:

On April 9, 2018, this Honorable Court issued PTO No. 66, which required all plaintiffs compliant with PTO No. 63 to submit a Particularized Statement of Claim to counsel for BP and the Plaintiffs' Steering Committee ("PSC"). Pursuant to PTO No. 66 and before the deadline imposed by the Court, Plaintiff timely sent his Particularized Statement of Claim ("PTO-66 Statement") to counsel for BP and Plaintiffs' Steering Committee. Plaintiff's PTO-66 Statement is attached hereto as Exhibit "A".

PTO No. 66 provided that BP would submit to this Court a list of plaintiffs who "made some form of submission in response to PTO 66, but whose submissions BP in good faith believes are "*materially deficient*" for one or more identified reasons." *See*, PTO No. 66 (emphasis added). According to the submitted Exhibit 4 to this Court's Order, BP deemed Plaintiff's pleading non-compliant with PTO No. 66 based solely upon Plaintiff's alleged status as a "GRG Confirmed

Class Member". Plaintiff, by and through his undersigned counsel, requests that this Court consider the following and deem this Plaintiff in compliance with PTO No. 66.

On January 12, 2011, the Court issued PTO No. 24 which required the filing of Short Form Joinders. Plaintiff filed his Short Form Joinder in compliance with PTO No. 24 on April 15, 2011, attached hereto as Exhibit "C".

Although BP identified Plaintiff's statement as non-compliant with PTO No. 66 because he was deemed as "GRG Confirmed Class Member", this statement by BP was not supported by any evidence. Counsel for Plaintiff has no knowledge of Plaintiff pursuing, and/or receiving, compensation as a member of the class. In fact, Plaintiff filed a lawsuit on April 19, 2013 entitled "Sergio Alvarado vs. BP Exploration & Production, Inc. et al" with the assigned case number 13-cv-01778 in the United Stated District Court for the Eastern District of Louisiana, demonstrating his intention to opt out of the class action medical settlement.

On February 2, 2017, the Court issued PTO No. 63 which required the filing of individual complaints and the submission of a sworn statement. In fact, Plaintiff had already filed his individual complaint on April 19, 2013. See Exhibit "D" attached hereto. A full, updated list of all PTO No. 63-compliant Plaintiffs is filed in this case as Document No. 24268-1. Plaintiff complied with the requirements of PTO 63 and was noted as such on this Court's order as compliant with Pretrial Order No. 63, dated July 18, 2017. (**See listing of Plaintiff's case on Compliance List attached as Exhibit "B" hereto.)**

If BP believed Plaintiff was a member of the class, it had the opportunity to raise this issue when reviewing the PTO-63 submission. **It is only now, more than five years after Plaintiff filed suit on April 19, 2013, that BP is contesting his status as a valid opt out.**

**CONCLUSION**

Thus far, Plaintiff has complied with and completed all of the requirements the Court has imposed upon him to avoid dismissal of his case. For the reasons cited above, it would be a grave injustice for the Court to dismiss Plaintiff Sergio Alvarado's claim and therefore his claim should be found to be in compliance with PTO-66.

Respectfully Submitted,

/s/ Douglas M. Schmidt

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
dglsschmdt@yahoo.com

Dated:   October 9, 2018          *Counsel for Plaintiff, Sergio Alvarado*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response to Rule to Show Cause has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on October 9, 2018.

/s/ Douglas M. Schmidt
Douglas M. Schmidt