EXHIBIT A

<div style="border:1px solid black">

### In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
### Civil Action No. 10-MD-2179-CJB-SS

## PTO 66 PARTICULARIZED STATEMENT OF CLAIM
## FOR REMAINING B3 PLAINTIFFS

</div>

**PLAINTIFF'S FULL NAME:** Sergio A. Alvarado

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.  YOUR BACKGROUND INFORMATION

1.  Current address:

    Address Line 1: 601 Vintage Drive, Apt. D 230

    Address Line 2: _____

    City: Kenner_____ State: LA_____ Zip: 70065_____

2.  Telephone number: (504) 377-1285

3.  Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Sergio Alberto Alvarado (since 1984).

4.  Date and Place of Birth: June 29, 1984; New Orleans, LA

5.  Male __X__  Female_____

6.  Each address (other than your current address) at which you have lived during the last ten

(10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 3405 Bissonet Drive<br>Metairie, LA 70003 | 2008 – 2009 |
| 3500 Bissonet Drive<br>Metairie, LA 70003 | 2009 – 2010 |
| 2303 34th Street<br>Kenner, LA 70065 | 2010 – 2015 |
| 457 Yenni Drive<br>Kenner, LA 70065 | 2015 – 2017 |
| 601 Vintage Drive<br>Kenner, LA 70065 | 2017 – Present |

7.   Employment Information:

   A.   Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Webber Realty Holdings, L.L.C. and David Webber, LLC | 2901 Ridgelake Drive Suite 214 Metairie, LA 70002 | 2008 – 2010 | Construction, General labor |
| Employers Administrative Services ("EAS") | 2700 Dauphin Street Mobile, AL 36606 | 2008 | General labor |
| Ian C. Bell | 5855 Walnut Creek Road Apt. G148 River Ridge, LA 70126 | 2009 | General labor |
| Top Quality Floors | 3405 Bissonet Drive Metairie, LA 70003 | 2007 – 2010 | Mechanic |
| Truly Noble Services, Inc. | 2909 Broadway Blvd Garland, TX 75041-3730 | 2009 – 2017 | Construction |

| Shift Electrical & Air ("SE & A") | Avondale, LA | 2008 – 2009 | Electrician |
|---|---|---|---|
| Safway Services, LLC | N19 W24200 Riverwood Drive Waukesha, WI 53188 | 2010 – 2011 | Scaffolder |
| Classic Hardwood Floors, LLC | 5021 River Road Harahan, LA 70123 | 2009 – 2010 | Carpenter |
| Ameri-Force Craft Services, Inc. | 9485 Regency Square Blvd Suite 300 Jacksonville, FL 32225 | 2010 | Oil Spill Responder |
| Danos and Curole | 3878 West Main Street Gray, LA 70359 | 2010 | Oil spill responder – Decontaminating boats |
| Brock Services, Ltd. | PO Box 2235 Beaumont, TX 77704 | 2010 – 2012 | Carpenter |
| Richard Construction, Inc. ("RCI") | Valero, LA (Headquarters located at 750 Pearl Street, Beaumont, TX 77701) | 2012 – 2013 | General labor |
| Let It Shine Services, LLC | 457 Yenni Drive Kenner, LA 70065 | 2013 – 2017 | Cleaning & Moving Furniture |
| Excel Modular Scaffold | 17900 Excel Blvd Walker, LA 70785 | 2017 – Present | Carpenter |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No __X__ If *"Yes,"* when were you out of work and why? N/A

**B.    THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.    Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

     Yes __X__    No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

    1.    **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____        Offshore __X__      Both_____

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

     Yes __X__    No_____

12.    Did you handle hazardous materials as part of your cleanup work?

     Yes __X__    No_____

13.    Please set forth the following information about your cleanup work:

    A.    Your employer(s): Including but not limited to: Ameri-Force Craft Services, Inc. and Danos and Curole

    B.    Your supervisor(s) at the employer(s) identified in Question No. 13(A):

       Can't recall

    C.    A description of the work performed for employer(s) identified in Question No.

       13(A): Plaintiff's job responsibility included handling booms and oil mops.

    D.    The date(s), time(s), and location(s) you performed the work described in Question

       No. 13(C): June 2010 to October 2010, 10 to 12 hours a day, 7 days a week in the

       areas including but not limited to Venice, LA

Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/05/18 Page 5 of 12

The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): <u>Miss Taylor, LA Staging Venice GIS McDermott Road and Coast Guard Road</u>

E.     Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): <u>BP personnel</u>.

2.     **Residents/Tourists**

14.    Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes <u> X </u>     No<u>        </u>

15.    Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes<u>        </u>     No <u> X </u>

16.    List all address(es) at which you resided in 2010: <u>2303 34th Street, Kenner, LA 70065</u>

**C.     INFORMATION ABOUT YOUR B3 CLAIM**

17.    Are you claiming that you suffered damages from (*Check all that apply*):

<u>X  </u> Bodily injury from exposure to oil and/or dispersants

<u>      </u>Bodily injury other than from exposure to oil and/or dispersants

<u>      </u>A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil<u>      </u>     Dispersants<u>        </u>     Both <u> X </u>

19.   How were you exposed? (*Check all that apply*)

   A.   Inhalation                  Yes  X___      No_____

   B.   Dermal (skin) contact       Yes  X___      No_____

   C.   Ingestion                   Yes  X___      No_____

   D.   Other (please describe): _____

20.   What was the date(s) of your exposure?

   Plaintiff's environmental/residential exposure began on or around 4/20/10 as well as continuous, personal, direct exposure while working the cleanup operation for approximately from June to October 2010, for 10 to 12 hours per day, 5 to 7 days per week during cleanup efforts; exposure is potentially ongoing.

21.   How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

   Plaintiff suffered continuous environmental/residential exposure beginning on or about 4/20/10 as well as continuous, personal, direct exposure while working the cleanup operation from approximately June 2010 to October 2010 for 10 to 12 hours per day, 5 to 7 days per week, in the areas including, but not limited to areas in and around Venice, LA. And surrounding waters

   Plaintiff was exposed to both oil and dispersants.

22.   What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

   Continuous environmental/residential exposure beginning on or about 4/20/10 as well as, continuous, personal, direct exposure to both oil and dispersants while working the cleanup operation for approximately 5 months, June 2010 to October 2010, 10 to 12 hours a day, 7 days a week in the areas including but not limited to Venice, LA and surrounding waters

23.   For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

   Please see Response No. D 21.

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: Plaintiff was exposed as a resident (see above addresses). Plaintiff was also exposed to dangerous toxins through continuous personal, direct exposure while working the cleanup operation from approximately June to October of 2010 for 10 to 12 hours per day, 5 to 7 days per week in the areas including, but not limited to the areas in and around Venice, LA. Plaintiff's responsibility included handling booms and oil mops. Please also refer to Nos. D 20, 21, 22 & 23.

25.     *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

      Yes __X___     No_____

26.     *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

      Can't recall dates or names

## E.     NON-EXPOSURE PERSONAL INJURY CLAIMS

27.     For your non-exposure personal injury, please state:

    A.     The nature of your injury: Plaintiff suffered a cut on his right thumb while working as an oil spill cleanup worker.

    B.     The date(s) of your injury: June 29, 2010.

    C.     The location(s) of your injury: In room onshore where he slept

    D.     The work that you were performing when you sustained your injury: Please refer to the Data Disclosure Form, assigned to Unique ID# SPC0028056. See response to No. 7 for employment information.

    E.     Identify any individual(s) who witnessed your injury: Please refer to the Data Disclosure Form, assigned to Unique ID# SPC0028056.

28.     Describe in as much detail as possible the circumstance(s) of your injury: Please refer to Data Disclosure Form, assigned to Unique ID# SPC0028056. See above, response to No. 27. A.

## F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

Plaintiff suffered and continues to suffer from headaches; bags or dark circle under eyes; stuffy nose, hay fever, sneezing attacks, excessive mucus formation; chronic coughing, gagging, frequent need to clear throat, sore throat, hoarseness, loss of voice; hives, rashes and dry skin; chest congestion and difficulty breathing; heartburn; pain or aches in joints, feeling of weakness or tiredness, pain or aches in muscles; fatigue, sluggishness; mood swings; frequent or urgent urination and genital itch or discharge.

Dr. John A. Hamilton ("Dr. Hamilton") of Infirmary Occupational Health, P.C. reported the Plaintiff worked as a deck hand on a boat collecting oil and as a result therefore, he has had problems ever since, including but not limited to cough, nasal congestion; Plaintiff confirmed experiencing chest pain, runny nose, chest congestion located in the chest, nose, as well as aching.

Dr. Hamilton reported present discharge and abnormal nose examination; mucosa is hyperemic.

Dr. Hamilton diagnosed the Plaintiff with (1) contact/exposure to potentially hazardous substance (V87.39) exposure to solvents, petroleum products and dispersants, (2) chronic rhinitis (472.0), and (3) unspecified chronic bronchitis.
Dr. Hamilton prescribed the Plaintiff Nasacort OTC, Claritin, Flonase, and Ventolin.

Plaintiff's damages are ongoing.

30.   Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

Please refer to above Response to No. 29.

31.   On what date did you first report or seek treatment for your injury or illness:

First reported to medic on site, can't recall dates

32.   On what date was your injury first diagnosed: 8/8/2011

33.   Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
| --- | --- |
| The Younger You Institute, P.A. | 249 Mack Bayou Loop<br>Suite 201<br>Santa Rosa Beach, FL 32459 |
| Metametrix Clinical Laboratory | 3426 Corporate Way<br>Duluth, GA 30096 |
| Genova Diagnostics | PO Box 3220<br>Asheville, NC 28802 |
| Laboratory Corporation of America | 1801 First Avenue South<br>Birmingham, AL 35233 |

| | |
|---|---|
| Giovane Medical Services, Inc. | 5353 Scotts Valley Drive<br>Scotts Valley, CA 95066 |
| U.S. BioTek Laboratories | 13500 Linden Avenue North<br>Seattle, Washington 98133 |
| Dr. Rodney D. Soto<br>Age Diagnostic Laboratories | 154 N.W. 16th Street<br>Boca Raton, FL 33432 |
| Dr. John A. Hamilton<br>Infirmary Occupational Health,<br>P.C. | 305 North Water Street<br>Mobile, AL 36602 |
| Medic | On-site medic |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Please see Exhibit B | |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __X___. If "*Yes*,"

    A.    When? _N/A___

    B.    Who diagnosed the injury (or condition) at that time? __N/A___

    C.    Who treated the injury (or condition) at that time? __N/A___

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

Yes _____ No ___X___ . If "*Yes*,"

A.     What date did you first experience such injury or condition? ___N/A_____

B.     What injury (or condition) was made worse? _____N/A_____

_____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| N/A | |
| | |
| | |
| | |
| | |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

       Yes ___X___     No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: ___See attached Exhibit A_____

_____

_____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

       Yes_____      No ___X___

If "Yes":

A.  From whom did you receive this compensation or reimbursement? _____N/A_____

_____

B.  When did you receive this compensation or reimbursement? _____N/A_____

_____

C.  What was the amount of the compensation or reimbursement? _____N/A_____

_____

**G.  CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.  Is your claim based on a breach of contract?

Yes_____  No__X___

42.  Was the contract that you claim was breached made as part of the VoO Program?

Yes_____  No_____

43.  Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

44.  Describe how the contract was breached:

_____
_____

45.  *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.  *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: <u>See attached Exhibit A</u>

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date:   __July 17_____, 2018

Location (City and State):  **New Orleans, LA**_____

_____
Signature of Plaintiff*

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

__Sergio A. Alvarado_____
 Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman 820 O'Keefe Ave. |
| Kirkland & Ellis LLP | New Orleans, LA 70113 |
| 300 North LaSalle St., Suite 2400 | |
| Chicago, IL 60654 | |

Exhibit A

Sergio Alvarado

Plaintiff seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during his employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Five Hundred Thousand ($500,000) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.

# Exhibit B
# Sergio Alvarado

During the Plaintiff's employment as a deckhand on the vessel Miss Taylor, performing multiple tasks such as deploying and collecting boom, often times having to clean the vessel and contaminated boom. coming into direct personal contact to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day of his employment beginning about June 2010 and continuing to approximately October 2010. Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions listed below. Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium, Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support his position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B., H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W. et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report*.

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenictiy and Environmental Hazards of Crude Oil, Gasoline, and its Components. 7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GuLF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated him and attributed his symptoms to toxic exposure, including, but not limited to, those who may be listed on the claim form; the fact that he had no substantially similar pre-existing health problems comparable to the ones he suffered, and continues to suffer, since his

work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.



**DEEPWATER HORIZON MEDICAL BENEFITS**
CLAIMS ADMINISTRATOR

Douglas Schmidt
c/o Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

## <u>MEDICAL BENEFITS CLASS ACTION SETTLEMENT</u>

01/26/2015

Re:  Request for Information/Data Disclosure Form
Unique ID# SPC0028056

Dear Sergio A Alvarado:

        You submitted a request for information relating to you that may be included in the databases, records, or other documentary evidence provided to the CLAIMS ADMINISTRATOR by BP.  We have performed a search of the databases, records, and other documentary evidence provided by BP pursuant to Section XXI.B.2 of the MEDICAL SETTLEMENT AGREEMENT.  Please find enclosed information we were able to locate that matches the information you provided in your DATA DISCLOSURE FORM and/or other materials you have submitted.

        In accordance with Section XXI.D and Section II.Q of the MEDICAL SETTLEMENT AGREEMENT, <u>your status as a CLEAN-UP WORKER has been confirmed</u> because you were located in one or more of the following databases, records, and/or underlying documentation or records from such databases: the Medical Encounters database, the Badged Worker database, portions of the Traction database that contain information about injuries and illnesses, the Injury and Illness database, the Industrial Hygiene Monitoring spreadsheets, Time History Reports, documentation or records from ambulance companies, Persons on Board lists, documentation or records containing the identity of organizations that participated in the recovery, transport, and decontamination of wildlife during RESPONSE ACTIVITIES, and/or the Vessels of Opportunity database.

        If you have other information that you think may be helpful to us in determining whether there is any additional information relating to you in the databases, records, or other documentary evidence provided by BP (such as the name of a boat or vessel on which you worked, GCCF Claim Number, approximate dates and location on which you reported an injury, illness, or incident), you may choose to provide that information to us, but it is not required that you do so.  If you do submit any additional information, we will perform another search of the databases, records, and other documentary evidence provided by BP and let you know the results of this search.

        <u>Although you have been confirmed as a CLEAN-UP WORKER, to qualify for any SETTLEMENT BENEFITS, you must submit either a PROOF OF CLAIM FORM and/or a NOTICE OF INTENT TO SUE and satisfy all of the eligibility and proof requirements set forth on those forms and in the MEDICAL SETTLEMENT AGREEMENT.</u>  Please contact us if you have any further questions.

Sincerely,

*DEEPWATER HORIZON MEDICAL BENEFITS*
CLAIMS ADMINISTRATOR

**Badged Worker Database**
Badge Activity

| Badge Number | Last Name | First Name | Phone | Email | Employer | Home State | Emergency Contact | Section | Title | Location | Last Chk In | Last In Rpt Date | Last Chk Out | Last Out Rpt Date | Last Unknown | Last Unknown Rpt Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 178734 | Alvarado | Sergio | 504-377-1285 | n/a | Ameri-Force | LA | GILGGN GONZALES 504-312-8807 | Logistics | | LA - Staging - Venice (GIS McDermott Road) | 10/02/2010 09:10:54 AM | 07/09/2010 | 10/02/2010 09:10:58 AM | 07/12/2010 | | |
| 178734 | Alvarado | Sergio | 504-377-1285 | n/a | Ameri-Force | LA | GILGGN GONZALES 504-312-8807 | Logistics | | LA - Staging - Venice (Coast Guard Road) | 07/06/2010 07:11:23 PM | 07/07/2010 | 09/20/2010 07:08:17 AM | 07/07/2010 | | |

# DAILY PRODUCTIVITY LOG

DATE: 11/8/10                                          NURSE: Lynda Stevens, RN

| INCIDENT DATE | PATIENT NAME | NON-WORK | FIRST AID | MED. TX | OPEN/ CLOSED | COMMENTS |
|---|---|---|---|---|---|---|
| 6-29-10 | (1)Alvarado, Sergio | x | | | C | ac |

CONFIDENTIAL

BP-HZN-MSA001-0162379

Industrial Hygiene Monitoring Spreadsheet

| Sample ID | Sample Date | Sample Time | Duration | Location/Vessel | location_final | Latitude | Longitude | device_latitude | device_longitude | Sub_Location | Witness | Personnel_Title | Job/Task or Place | task_final | LocationZone | state_final |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MC252MST100002 | 06/08/2010 | 5:50:00 AM | 610 | Miss Taylor | FV Miss Taylor | 29.130325 | -90.19972 | | | Sergio A. Alvarado | Ameri-Force | RESPONDER | Oil Scouts | scouting | | LA |
| MC252MST100002 | 06/08/2010 | 5:50:00 AM | 610 | Miss Taylor | FV Miss Taylor | 29.130325 | -90.19972 | | | Sergio A. Alvarado | Ameri-Force | RESPONDER | Oil Scouts | scouting | | LA |
| MC252MST100002 | 06/08/2010 | 5:50:00 AM | 610 | Miss Taylor | FV Miss Taylor | 29.130325 | -90.19972 | | | Sergio A. Alvarado | Ameri-Force | RESPONDER | Oil Scouts | scouting | | LA |
| MC252MST100002 | 06/08/2010 | 5:50:00 AM | 610 | Miss Taylor | FV Miss Taylor | 29.130325 | -90.19972 | | | Sergio A. Alvarado | Ameri-Force | RESPONDER | Oil Scouts | scouting | | LA |
| MC252MST100002 | 06/08/2010 | 5:50:00 AM | 610 | Miss Taylor | FV Miss Taylor | 29.130325 | -90.19972 | | | Sergio A. Alvarado | Ameri-Force | RESPONDER | Oil Scouts | scouting | | LA |
| MC252MST100002 | 06/08/2010 | 5:50:00 AM | 610 | Miss Taylor | FV Miss Taylor | 29.130325 | -90.19972 | | | Sergio A. Alvarado | Ameri-Force | RESPONDER | Oil Scouts | scouting | | LA |

| Analyte | Reported Analyte | Concentration | Conc Units | Concentration_LOD | Conc Units LOD | Validation Level | location_class | location_class_final | Date_Collected | Data_Analyzed | Lab_Name | Standard_LOQ | qualifier_transformed | Standard_LOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toluene | Toluene | <0.042 | PPM | 0.019 | PPM | Level II | Offshore | Nearshore | 6/8/2010 | 6/16/2010 | BVNA | None Detected | U | < 10 ppm |
| Xylene, Total | Xylene | <0.083 | PPM | <0.011 | PPM | Level II | Offshore | Nearshore | 6/8/2010 | 6/16/2010 | BVNA | None Detected | U | None Detected |
| 2-Butoxyethanol | 2-Butoxyethanol | <0.055 | PPM | 0.055 | PPM | Level II | Offshore | Nearshore | 6/8/2010 | 6/16/2010 | BVNA | None Detected | U | < 1 ppm |
| Benzene | Benzene | <0.014 | PPM | <0.0058 | PPM | Level II | Offshore | Nearshore | 6/8/2010 | 6/16/2010 | BVNA | None Detected | U | None Detected |
| Ethylbenzene | Ethylbenzene | <0.041 | PPM | <0.0055 | PPM | Level II | Offshore | Nearshore | 6/8/2010 | 6/16/2010 | BVNA | None Detected | U | None Detected |
| THCs as n-Hexane | Total Hydrocarbons | 1.4 | PPM | 1.4 | PPM | Level II | Offshore | Nearshore | 6/8/2010 | 6/16/2010 | BVNA | < 10 ppm | DETECT | < 10 ppm |

| qualifier_transformed_LOD | CLP_Sample_No | Lab_Location_ID | Matrix_ID | Sample_Type_Code | Lab_Coc_No | Lab_Samp_No | Lab_Batch_No | Analysis | Analytical_Method | CAS_NO | Result_Type_Code | Total_Or_Disolved | Dilution_Factor | Retention_Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DETECT | 4970 | MC252MST100002 | A | TRG | 10060874 | 10060874-004A | GC_HP20T | V | OSHA7/NIOSH1550 | 108883 | A | U | 1 | |
| U | 4970 | MC252MST100002 | A | TRG | 10060874 | 10060874-004A | GC_HP20T | V | OSHA7/NIOSH1550 | 1330207 | A | U | 1 | |
| DETECT | 4970 | MC252MST100002 | A | TRG | 10060874 | 10060874-004A | GC_HP20T | V | OSHA 7 | 111762 | A | U | 1 | |
| U | 4970 | MC252MST100002 | A | TRG | 10060874 | 10060874-004A | GC_HP20T | V | OSHA7/NIOSH1550 | 71432 | A | U | 1 | |
| U | 4970 | MC252MST100002 | A | TRG | 10060874 | 10060874-004A | GC_HP20T | V | OSHA7/NIOSH1550 | 100414 | A | U | 1 | |
| DETECT | 4970 | MC252MST100002 | A | TRG | 10060874 | 10060874-004A | GC_HP20T | V | OSHA7/NIOSH1550 | THC6 | A | U | 1 | |

| SubSample_Amount | SubSample_Amount_Unit | Final_Volume | Final_Volume_Unit | reason | status | Matrix | SampleMedia | SampleCollection | SampleType | Activity | Sampler | SamplerEmployer | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 610 | minutes | 0 | liters | | | Air | | Sample Retrieved | Field | Oil Scouts | unknown | unknown | OVM HP9426; personnel traveled around Main Pass and Block 69 |
| 610 | minutes | 0 | liters | | | Air | | Sample Retrieved | Field | Oil Scouts | unknown | unknown | OVM HP9426; personnel traveled around Main Pass and Block 69 |
| 610 | minutes | 0 | liters | | | Air | | Sample Retrieved | Field | Oil Scouts | unknown | unknown | OVM HP9426; personnel traveled around Main Pass and Block 69 |
| 610 | minutes | 0 | liters | | | Air | | Sample Retrieved | Field | Oil Scouts | unknown | unknown | OVM HP9426; personnel traveled around Main Pass and Block 69 |
| 610 | minutes | 0 | liters | | | Air | | Sample Retrieved | Field | Oil Scouts | unknown | unknown | OVM HP9426; personnel traveled around Main Pass and Block 69 |
| 610 | minutes | 0 | liters | | | Air | | Sample Retrieved | Field | Oil Scouts | unknown | unknown | OVM HP9426; personnel traveled around Main Pass and Block 69 |

| AdditionalExposureInfo | Task_ID | Media_Type | Pre_Magnehelic | Result | Detection Flag | Detection Flag LOD | Reporting Limit | Reporting Limit Units | LabResultsID | Result2 | LOD | LOD_units | LOD_qualifier | location_final_status | task_final_status | state_final_status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A01 | 3M 3500 PM | 503 | 0.042 | U | | 0.04 | PPM | 377982 | 0.019 | 0.0055 | PPM | | | | |
| | A01 | 3M 3500 PM | 503 | 0.083 | U | U | 0.08 | PPM | 377984 | 0.011 | 0.011 | PPM | U | | | |
| | A01 | 3M 3500 PM | 503 | 0.055 | U | | 0.05 | PPM | 378278 | 0.055 | 0.014 | PPM | | | | |
| | A01 | 3M 3500 PM | 503 | 0.014 | U | U | 0.01 | PPM | 378280 | 0.0058 | 0.0058 | PPM | U | | | |
| | A01 | 3M 3500 PM | 503 | 0.041 | U | U | 0.04 | PPM | 378282 | 0.0055 | 0.0055 | PPM | U | | | |
| | A01 | 3M 3500 PM | 503 | 1.4 | | | 0.44 | PPM | 378284 | 1.4 | 0.13 | PPM | | | | |

location_class_final_status   LabResultsID

**SAFETY MANAGEMENT SYSTEMS**
## INFIRMARY LOG

Month / Year : 6 / 10     Project Name : _____     Project Code : _____

| Date | Time | EMS# | Patient Name | Company | Complaint | Treatment Requested by the Patient | Patient's Signature | Medic Initials | PIC Initials | Accident Date | Client's Report Generated Yes / No |
|------|------|------|--------------|---------|-----------|-----------------------------------|---------------------|----------------|--------------|---------------|-----------------------------------|
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
| 7/2/10 | 10:00am | 7135 | Sergio Alvarado | Amenforce | Cut on R thumb | Triple Ant. ointment Bandaid | *signature* | PD | PD |  | NO |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |
|      |      |      |              |         |           |                                   |                     |                |              |               |                                   |

*I hereby acknowledge the fact that I have been provided with a copy of Acadian Ambulance's Notice of Privacy Practices.*

CONFIDENTIAL

BP-HZN-MSA001-0161413



Alvarado, Sergio

01-01-10 NWLR

Alvarado, Sergio
06/00/1994

CONFIDENTIAL          BP-HZN-MSA001-0019587

CONFIDENTIAL          BP-HZN-MSA001-0019588

---

PATIENT: LAST NAME Alvarado   FIRST NAME Sergio

MC 252 MEDICAL CHART AUDIT/REVIEW CHECKLIST   DATE: 01·24·11
FOR NURSE CASE MANAGER ONLY

|  | | | |
|---|---|---|---|
| HEALTH CARE PROVIDER FORM | YES  NO   COMPLETE | YES  NO |
| HIPAA FORMS | YES  NO   COMPLETE | YES  NO |
| SAFETY FORM | YES  NO   COMPLETE | YES  NO |

DETERMINATION-CIRCLE ONE:

NON-OCCUPATIONAL
(PLEASE CIRCLE YES OR NO)

| | OIICS | BODY PART |
|---|---|---|
| YES  NO   OIICS/ BODY PART CODING COMPLETED | 034 | 34 |
| YES  NO   CASE CLOSED | | |

OCCUPATIONAL
(PLEASE CIRCLE BOX)  ────▶   open

(CIRCLE YES OR NO)
YES   NO   RECORD IS ON SAFETY SPREADSHEET
YES   NO   RECORD TO SAFETY FOR ADDITION TO SAFETY SPREADSHEET
SAFETY DETERMINATION (CIRCLE ONE)    FA   MSH'D   IV   Rx WRITTEN   DA/W   RFNT   INJY

NOTES FOR FOLLOW UP:

(CIRCLE YES OR NO)
YES   NO   FOLLOW-UP REQUIRED
YES   NO   FOLLOW UP COMPLETED
YES   NO   OIICS/BODY PART CODING COMPLETED
YES   NO   CASE REFERRED TO RN TEAM LEAD FOR FOLLOW UP
YES   NO   CASE CLOSED
YES   NO   CASE REMAINS OPEN   DATE CLOSED/INITIALS

UNKNOWN—UNABLE TO MAKE DETERMINATION
YES   NO   FILE SEARCH NEEDED (if yes, file placed in search box)
YES   NO   FILE SEARCH COMPLETED   ADMIN DATE/INITIALS
(CIRCLE ONE)
FILES FOUND (SEE NEW DETERMINATION ABOVE)
FILES NOT FOUND (CHART CLOSED UNRESOLVED)   RN DATE/INITIALS

REVIEWER DATE/TIME/SIGNATURE Wanda Godden 01.24.11 1341

YES   NO   CHART TO FINAL DATA ENTRY
FOR DATA ENTRY STAFF ONLY
YES   NO   DATA ENTRY COMPLETE/CHART FILED

DATE/TIME/SIGNATURE 2/10/11 ~ 8:34 A-75° COLOR white

CONFIDENTIAL          BP-HZN-MSA001-0019589

---

| | | PRE - MEDICAL CONTROL |
|---|---|---|
| Safety Management Systems | NWL | PATIENT ASSESSMENT |
| EMS# | 24yr male   6/29/ | FORM |

| ☐ See Staff | Days left | ☐ Client | ☐ Employer AmeriForce |
|---|---|---|---|
| Project Name | | Date |
| Physician Contacted | | Project Ph #: ( ) |
| Paramedic Reporting | | Project Fax #: ( ) |
| Patients Name Sergio Alvarado | Job Title Responder | Time 10:05pm |
| Chief Complaint Cut on Rt thumb | | Weight |

Report of History and Clinical Findings:
Right thumb small cut from door in room he was sleeping in no share

| | VS / VS |
|---|---|
| | 5:03 am |
| | BP: |
| | HR: |
| | RR: |
| | Temp: |
| | EtN: |

| Pain Score (1-10): | 2 |
| Last Tetanus | 10 yrs ago |
| Pertinent Past History (Med / Surgery) | |
| Current Medications | |
| Allergies | |
| Pertinent Social History Tobacco   PPD   Occ:   Alcohol | |
| Family H/o | |
| Presumptive Diagnosis | |

Orientation   Yes   No   Flcldtble   Minbono   Best

Physicians Orders and Clinical Advice: ( Repeat all orders back to Physician for accuracy)
1)
2)
3)
4) Closed X2 w/ Dermabond  11/11/10
5)
6)                                         34 lac
7)                                         34 Thumb
8)

THIS FORM IS NOT THE AUTHORIZED ORDERS   DOCUMENT CLEARLY ON THE PATIENT
ENCOUNTER REPORTS   ORDERS LIVE ANY ALL ORDERS RECEIVED

CONFIDENTIAL          BP-HZN-MSA001-0019590

## AUTHORIZATION FOR TREATMENT AND RELEASE OF MEDICAL DOCUMENTATION

TO WHOM IT MAY CONCERN:

**AMA SIGNATURE**

Chief complaint

HPI/Score Observations

PMH

Medications

Initial GCS   Eye Opening   Verbal Response   Motor Response   Wells/MS

Head

Chest

Abdomen/Posterior

Extremities

| Hand/Score | Trim/Minds/Score/Score | P | R | BP | SpO2 | CMS | ECG | NYCG2 | GCS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Response to Treatment/Narrative

Medic 1 Name                    Medic 2 Name

CONFIDENTIAL          BP-HZN-MSA001-0019591

---

Update / New Encounter       To Safety / Not to Safety       M D R Y
B I E H D

### MC 252 Deepwater Horizon
### Medic Data Entry Form

Reported Date: 02/01/10   Reported Time: 1005   Worker ID#: N/A

First Name: Sergio     Last Name: Alvarado

City: N/A   State: N/A   Date of Birth: 10/29/04   Age: 26

Gender: Male  Female  N/A   Race: N/k   Hispanic? Yes No N/A

Employer: Ambertrace   Date of Incident: 01/01/10   Time of Incident: 1000

Job Type (drop list): Other   Job Type Other: Responder

Complaint: Lut en R thumb

Work Disposition: LATV
___ Restricted Duty
___ Sent home for day
___ Sent for further evaluation
___ Not Applicable
___ N/A

| OSHA | Body Part |
|---|---|
| 0854 | 34 |

Disposition Other:

Medical Outcome: ✓ Treated by Medic and released
___ Refused to personal physician
___ Transported to immediate care clinic on-site
___ Transported to immediate care clinic off-site
___ Transported to emergency department
___ Not Applicable
___ N/A

First Aid
Medical Tx
DAPW
Restricted Only
Not Applicable
N/A

Referral Other:

ICP: Mobile  Houma  Houston  Source  UAC  N/A

Reporting Site: Biloxi  Pascagoula  Dauphin Island  Theodore  Golf Shores  Orange Beach
Pensacola  Bumpa  City  Cocodrie  Fourchon  Grand Isle  Venice  Hopedale
Houston  N/A

Individual Medical Site: N/A

Name of Health Professional: N/A

Occupational Illness or Injury? Yes No N/A   Short Form Completed? Yes No N/A

Follow-ups on the back? Yes No

CONFIDENTIAL          BP-HZN-MSA001-0019592

**Medical Encounters Database**

| Date | Time | Worker ID # | First Name | Last Name | City | State | DOB | Age in Years | Gender | Race | Hispanic/ Latino Ethnicity ? | Employer Name | Date of Incident | Time of Incident | Job Type | Job Type Other (Specify) | Chief Complaint | Illness/Injury Code 1 | Illness/Injury Code 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/10 | 1005 | N/A | Sergio | Alvarado | N/A | N/A | 6/29/1984 | 26 | Male | N/A | N/A | Ameriforce | N/A | 1000 | Other | Responder | Cut on right thumb | 034 | |

| Illness/Injury Code 3 | Illness/Injury Code 4 | Illness/Injury Code 5 | Body Part | Body Part Code 1 | Body Part Code 2 | Body Part Code3 | Work Disposition | Disposition Other (Specify) | Medical Outcome | Referral Other (Specify) | ICP | Reporting Area |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Finger(s) | 34 | | | RTW | N/A | Treated by Medic and released | N/A | Houma | N/A |

| Individual Medical Site | Name of Health Professional | Was this determined to be an occupational injury or illness? | If yes, was an MC 252 Short Form completed? | Forward to Safety | Color | OSHA Classification | Count | Notes | Incident Location | Reporting Station |
|---|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | No | N/A | N | W | Not Applicable | 1 | | | |