EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** John Gooding

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

### A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 247 Washington Street
   Address Line 2: 
   City: Bay St. Louis    State: MS    Zip: 39521

2. Telephone number: 228-255-9037

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A

4. Date and Place of Birth: 8-23-63 in Hagerstown, Maryland

5. Male  X    Female _____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 247 Washington Street, Bay St. Louis MS 39521 | 1998 to present |
| 23220 Enchanted Ave Pass Christian, MS 39571 | off and on 1991 to present |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Gooding Fine Woodworking | 23220 Enchanted Ave Pass Christian MS 39571 | 1991 to present | master cabinet maker |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes __X__ No_____ If *"Yes,"* when were you out of work and why? See attached

B. **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____   No__X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

1. **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____   Offshore_____   Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____   No_____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_____   No_____

13. Please set forth the following information about your cleanup work:

    A. Your employer(s):_____

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

    _____

    C. A description of the work performed for employer(s) identified in Question No. 13(A):_____

    _____

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

    _____

    E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

    F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

**2.    Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes __X__    No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____    No __X__

16. List all address(es) at which you resided in 2010: 247 Washington St. Bay St. Louis MS 39521; 23220 Enchanted Avenue, Pass Christian MS 39571.

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

## D. EXPOSURE CLAIMS

18. Were you exposed to oil, dispersants, or both?

    Oil _____   Dispersants _____   Both __X__

19. How were you exposed? (*Check all that apply*)

    A. Inhalation          Yes __X__   No _____

    B. Dermal (skin) contact   Yes __X__   No _____

    C. Ingestion           Yes __X__   No _____

    D. Other (please describe): **Spraying, smoke was all over my home.**

20. What was the date(s) of your exposure? (starting approximately)

    Day: _____   Month: ~~and weeks following~~ Beginning in the days and weeks following the spill in April of 2010   Year: **2010 with continued exposure into 2011.**

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    **See attached**

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    **See attached**

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    **See attached**

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: I was living daily in the toxic air from the oil and the dispersants. I constantly had irritated eyes, ears, nose and throat, and lung pain. I spent the entire month of June, 2010 indoors because the smell was so bad and I called and reported it daily to BP on their 1-800 number. I also reported it to the Coast Guard daily (see attached list of dates).

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

   Yes_____   No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

   _____

   _____

**E.    NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

   A. The nature of your injury:_____

   B. The date(s) of your injury:_____

   C. The location(s) of your injury:_____

   D. The work that you were performing when you sustained your injury:_____

   _____

   _____

   E. Identify any individual(s) who witnessed your injury:_____

   _____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____

   _____

   _____

   _____

F. **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: I have toxic encephalopathy, seizures, skin irritations, eye problems, tumors in my throat, armpit, chest and leg, severe muscle spasms, lost time, brain atrophy, memory and dexterity loss and lung pain that never goes away.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
The air around me had all the toxins from the oil and the dispersants and I was inhaling the fumes each and every day.
I was also trying to rescue birds on the beach that got stuck in the oil so I touched the toxins frequently. When I went fishing out of Bay St. Louis I inhaled the fumes which made me very sick.

31. On what date did you first report or seek treatment for your injury or illness:

32. On what date was your injury first diagnosed:
February 3, 2011.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Michael Robichaux | P.O. Box 68, Matthews, LA 70375. |
| Meta Matrix Clinical Lab | 3426 Corporate Highway Duluth GA 30096 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Adv Neurodiagnostic Ctr | 2905 Kingman Street, Metairie LA  70005 |
| Garden Park Hospital | 15200 Community Road, Gulfport MS  39503 |
| Bethel Free Health Clinic | 1650 Carrol Drive Biloxi MS  39533 |
| Dr. Mike Robichaux | 4416 LA Highway 1, Raceland LA  70394 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _X_  No ____. If "*Yes*,"

   A. When? I was eighteen years old when I was diagnosed with collapsed lungs.

   B. Who diagnosed the injury (or condition) at that time? Ocean Springs Hospital, Biloxi Regional Medical Center and Hermann Hospital in Houston.

   C. Who treated the injury (or condition) at that time? See answer 35B.

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _X_  No ____. If "*Yes*,"

   A. What date did you first experience such injury or condition? When I was 18 yrs old
   B. What injury (or condition) was made worse? I have chronic scar adhesions on my lungs from corrective lung surgeries.

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Steve Morris III | 304 Highway 90 Suite C Waveland MS 39576 |
| Dr. Suzanne Staats Puffer | PO Box 475, Biloxi MS 39533 |
| Dr. Mike Robichaux | PO Box 68, Matthews LA 70375 |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes __X__   No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

   See attached

   _____

   _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes _____   No __X__

   If "Yes":

   A. From whom did you receive this compensation or reimbursement?_____

   _____

B. When did you receive this compensation or reimbursement?_____

_____

C. What was the amount of the compensation or reimbursement?_____

_____

## G. CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____ No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____ No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    _____

    _____

44. Describe how the contract was breached:_____

    _____

    _____

45. *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

    _____

    _____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

    _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

    _____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: June 1, 2018

Location (City and State): New Orleans, LA

Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

John Gooding
Print Name

Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

JOHN GOODING ATTACHMENT

8.  Since I started suffering with my seizures from the toxic encephalopathy, I have tried to work a few jobs here and there but have been unable to complete any work so I have not really worked since the BP Oil Spill in 2010.

21. I was exposed to both the oil and the dispersants continuously from April 2010 through approximately November of 2010. Ding this time period, it was constant 24/7 exposure to both. Afterwards, it was not constant exposure but I would say that throughout the year 2011, I was still exposed to the toxins.

22. I was exposed in my home on Washington Street, at my work site on Enchanted Avenue, in my vehicle and in my boat. Some specific days that I remember that were really bad: April 25, 2010 I remember a strong smell of oil and dispersants in my shop; May 5, 2010, there was a strong smell of oil and dispersants in my boat; August 13, 2010 there was an oil slick on my boat; September 13, 2010, there was a boat oil slick and same on October 13, 2010 and November 15, 2010.

23. From April of 2010 through the end of November, 2010, the fumes from the oil and the dispersants were in my shop and in my home so I was literally exposed to both 24/7. After that first few months, it was not 24/7 but I was frequently exposed to the toxins for a least a few hours each and every day.

24. October 20th, 17:00 hr., Petti Layman, # 1027890
    December 12, 2012, 5:54 C.T., Petti Layman, # 1033066
    January 10, 2013, 17:40 E.T., Petty Ganther, # 1035368
    April 16th, 5:42, Petty Ganther, John Daniel Stewart, # 1044163. Daniel Stewart 228-336-6401
    April 24th, Petty Office Post, # 1646102
    June 17th, Petti Greer, # 1018095, Bayou Potitoge ATT # 1018097
    August 8th, Ms. Thewood, # 1020574
    August 16th, Tim Smith, # 1021273
    September 3rd, Ms. Johnson, # 1023161
    September 6th, 6:30 a.m., Petty Arsenault, 251-441-5720
    May 28th, IMMS, 868-767-3657
    May 28th, Dead Turtle, # 1048571
    July 2nd, 5:52, # 1052565

34. Gulf Coast Detoxification Project
    4416 LA-1
    Raceland, LA 70394

    Total Health LLC
    304 Highway 90
    Waveland, MS 39576

       Gulf Coast Memorial Highway
       3500 Thirteenth Street
       Gulfport, MS 39501

       Dr. Douglas Leavengood
       1025 Division Street
       Biloxi, MS 39530

       Coastal Family Health Center
       15024 M.L. King Jr. Blvd.
       Gulfport, MS 39501

       Dr. Daniel Trahant
       3901 Houma Boulevard, Suite 305
       Metairie, LA  70006

39.    I am seeking compensation for past present and future pain and sufferings; past present and future lost/impaired wages, income earning capacity and employment related benefits; past present and future loss of employment of life; past present and future medical, custodial and rehabilitation expenses; punitive damage and additional damages to be shown at trial. The dates of my damages are from first exposure to the toxins in April of 2010 to the present. The amount of my damages are approximately $5,000,000.00 in pain and suffering based on other similarly situated plaintiffs in this jurisdiction and $21,183.02 in past medical expenses. I am still working on calculating my lost wages/loss of earning capacity claim but I estimate that for my woodworking jobs, I make about $25,000.00 per job and before my exposure, I was averaging about three jobs per year for a total of about $75,000.00 per job. I have been unable to complete any jobs since the spill.