## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: I have toxic encephalopathy, seizures, skin irritations, eye problems, tumors in my throat, armpit, chest and leg, severe muscle spasms, lost time, brain atrophy, memory and dexterity loss and lung pain that never goes away.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

The air around me had all the toxins from the oil and the dispersants and I was inhaling the fumes each and every day.

I was also trying to rescue birds on the beach that got stuck in the oil so I touched the toxins frequently. When I went fishing out of Bay St. Louis I inhaled the fumes which made me very sick.

31. On what date did you first report or seek treatment for your injury or illness: August 23, 2010

32. On what date was your injury first diagnosed:

February 3, 2011.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Michael Robichaux | P.O. Box 68, Matthews, LA 70375. |
| Meta Matrix Clinical Lab | 3426 Corporate Highway Duluth GA 30096 |