# Rule Response Exhibit B – Kacey Griffin's Amended Exhibit D Medical Records Summary

# EXHIBIT D

**Name:** Kacey Griffin
DOB: ███████

### MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS |
|---|---|---|---|
| | | Plaintiff self-medicated with OTC medications. | |
| | Initial Symptoms | Headaches, body aches, nose bleeds, fatigue, cold symptoms, and other injuries as may be shown by further evidence | |
| | Current Symptoms | | |
| | First Date of Treatment | Plaintiff has not seen a medical provider for his symptoms, but he began treating with over-the-counter and home remedies shortly after working the oil spill cleanup. | |

Question 37 (PCP):  None

# RULE TO SHOW CAUSE EXHIBIT B