**EXHIBIT B**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

2018 OCT -9 P 2: 32

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | 2:18-cv-02626-CJB-JCW |
| "Deepwater Horizon" in the | ) | MDL 2179 |
| Gulf of Mexico, April 20, 2010 | ) | Section J |
| In regard to: | ) | |
| Shane Maddox Bruce | ) | JUDGE CARL J BARBIER |
| V | ) | |
| Great Britain, BP plc, et al | ) | MAG. JUDGE WILKINSON |

## FILING OF SWORN STATEMENTS FOR DISCLOSURE OF B3 CLAIMS



RECEIVED
OCT 09 2018
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Bruce | Shane | Maddox | |

| Phone Number | E-Mail Address |
|---|---|
| 321 - 328 - 8680 | Golden Sage @ Live. com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 313 W. Prospect St | La Follette Tn 37757 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| Self | 10/28/1970 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| NA | |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?

Live aboard Captain,    628 Linden Ave Lakellette TN 37757

Any prior name used by Plaintiff from April 2010 to present?

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| 6745 | Crest Charters |

Please indicate your status:

☐ Properly opted out of the Medical Benefits Settlement*

☐ Not a member of the Medical Benefits Settlement Class

☐ Member of the Medical Benefits Settlement Class      *Eastern District of Tenn*

☒ Other: _Severed and joined from 2:18-CV-00285_

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

---

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?

☐ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

☐ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☐ Onshore personnel employed to perform Response Activities.

☐ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

---

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

☐ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. _____.

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. _____.

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☒ Other: _Severed + Joined from Other Federal Filing_

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B3 Defendant for (*select all that apply*):**

☑ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

If so, describe the alleged injury and identify the location and approximate date of the alleged

injury: *Heavy Metal poisoning. exposure 2010/2011*
*especially as groups camping in Apalachicola in late winter*

☑ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

If so, identify the location and approximate date of the alleged exposure: _____

*Ca a combination of biological Petroleum microbes*
*interacting with the ocean floor from binary oil/corexit*

If so, describe the alleged injury and identify the location and approximate date of the alleged

injury: *around March 3rd 100 miles inland, National Forest*
*though some month live aboard rennovating Oct 20*

☐ Vessels of Opportunity Contract Claim.                    *as per Amended Complaint*

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other. Please specify: _____.

---

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

Yes _____.    No ___✓_____.

If Yes, please identify:

1. The claim number(s) (if available)._____.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

Yes _____.    No _____.

I state under penalty of perjury that the foregoing is true and correct.   Executed on the following date at the following location:

Date: _Oct, 3_ , 2017 2008

Location (City and State): _La Follette  TN  37757_

_Shane Bruce_

Signature of Plaintiff (**Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf**)

_Shane Bruce_

Print Name

**This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before April 12, 2017.  Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:**

| **Counsel for BP** | **MDL 2179 Plaintiffs' Steering Committee** |
|---|---|
| **Attn: J. Andrew Langan** | **Attn: Steven J. Herman** |
| **Kirkland & Ellis LLP** | **Herman, Herman, Katz & Cotlar, LLP** |
| **300 North LaSalle St,** | **820 O'Keefe Avenue** |
| **Suite 2400** | **New Orleans, LA 70113** |
| **Chicago IL 60654** | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").**

## EXHIBIT A-1

## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | 2:18-cv-02626-CJB-JCW |
| "Deepwater Horizon" in the | ) | MDL 2179 |
| Gulf of Mexico, April 20, 2010 | ) | Section J |
| In regard to: | ) | |
| Shane Maddox Bruce | ) | JUDGE CARL J BARBIER |
| V | ) | |
| Great Britain, BP plc, et al | ) | MAG. JUDGE WILKINSON |

### QUI TAM SWORN STATEMENT OF DISCLOSURE

I also attest and affirm that my Amended Complaint and all documents that I have personally filed are true and accurate to the best of knowledge and true to be accepted at face value in addition to my sworn statement which largely re-iterates their content and to be accepted and referenced as included in my affidavit. I've filed my documents as victim, Plaintiff and Expert as Witness, any errors that I've ever become aware of I've filed amendments for.

I am a Physicist and ex-military trained as a Tactical Communications Security Supervisor and educated as an Army Officer as such I in charge of breach investigations and giving judgements. Since honorable discharge I've been contracted to HAZWRAP [Hazardous Wastes Remedial Action Program] and contracted a number of years through Universities to CTAC a division of the ONDCP to create investigative softwares to track terroristic criminal organizations of foreign influence operating within the United States.

Since then, before the BP plc explosion I've completed other research patents at the Office of Naval Research and U.S. Naval Center for Surface Warfare and

1

worked as a field Biologist and Biological Lab Supervisor at the University of New Orleans while a graduate student there at UNO in Naval Architecture and Marine Engineering, working for the Department of Biology.

Expert to a competent extent in Hazardous Materials, Sciences and History of Warfare, Biology, Physics, Oceanograpy and Naval and Marine concepts. Excerpts from my Complaint is accurate and true and made with complete certainty.

My analysis and belief are the BP explosion an act of war in a cold war. Familial operated countries do not count sensations or feud in hours or days or even years, but in generations which extends spite some centuries.

I'm including a text sworn statement which in accordance to Qui Tam Suit of Whistle-blowers act providing new information entitles me a percentage of government action against the defendants in providing new information 31 USC Section 3730(b)(2) and includes include legal theories, analysis, and opinion about the false explanations BP plc gave to heavy metal source and intent as well as an other groups internal or foreign or nations who have been involved.

May it reflect in my filings on this docket that such may be understood or amended with the 'sworn statement' that I claim such percentages in any U.S. action and that this is understanding is new information sourced from my filings in federal court, my case is basically a Qui Tam Lawsuit despite original venue's difficulties where agencies FBI or Homeland wouldn't respond nor would Senators, use of scientific premises denounced and refusal of attorneys to represent. I'd contacted agencies, didn't' divulge the new information for 60 days and did all I could to contact while filing FCA claim. Justice and legal recourse yet must be maintained.

2

**Including as my sworn complaint are excerpts from AMENDED COMPLAINT filed from my individual docket in this MDL:**

## II. FACTUAL ACCOUNTING

1. This Plaintiff brings New Information of Public Interest of the source of heavy metals by misuse of the microbes to cause harm by BP plc. That BP plc, an organ of Britain are intentional tortfeasors caused harm by the means of a genetically modified microbe engineered from Oleispira Antarctica, one of four 'petroleum microbes' they've in constant use:

    a. Where those petroleum microbes introduced and cultured in the Deepwater Horizon Oil Well where they geometrically increased the pressure some several million Pascals in the oil well until it exploded on April 20th of 2010, essentially a microbial fuse in a non-pyrotechnic bomb which exploded an estimated 200,000,000 gallons (Two Hundred Million Gallons) to 1,000,000,000 gallons (One Billion Gallons) of oil nearly fully cultured with genetically modified microbes merely 40 miles from the United States Coast of Louisiana.

    b. BP plc pled criminally guilty, thereby intentional, to its illegal conduct including felony obstruction to the Deepwater Horizon Oil Well explosion and resulting consequences in the United States v. BP Exploration and Production, Inc in 2013 where high executives in BP plc were charged with intentionally misleading and falsifying several facts of the explosion. Between those two events was the 200th year anniversary of the War of 1812 between the United States and Great Britain.  That damage is not only to civilian populations, but a majority of military targets of the United States Coastal Defense Facilities and Shipyards along the Aerospace Corridor though limited to those exposed to rainwaters or partaking local fauna, possibly local flora [such as Georgia rice].

    c. The reports of the petroleum microbe being introduced as a bio-remediation to the oil spill are intentional further falsehoods from BP plc, the oil from the Deepwater Horizon was already completely cultured with the petroleum microbe at the time of the explosion, a continuing pattern of hiding causal harm as some type of aid. Using rhetoric of false aid as a ruse to obfuscate further levels of harm [in covering the ocean floor with petroleum microbes].

3

d. It's widely known since at least 1984 and purported by the Defendants BP plc that the genetically modified microbes are used to increase pressure and decrease viscosity of oil wells as they tear apart or in the oil industry language 'degrade' non-organic compounds into elemental parts, essentially it mines out elements from mineral deposits from the solid land matter of the ocean floor or walls of the tapped oil reservoir and makes them smaller particulate of free radicals, a reactive gas or liquid. Free radicals are a substance ready to instantly bind having an ionic imbalance, a ready chemical reaction waiting to happen which immediately binds on contact with human beings, progressively so, and intractable until chelation therapy.

e. There being already free-radical elemental heavy metals and elemental toxins in the oil when it issued from the explosion site is already a given, though in greater quantities in the raw oil than BP plc or AMA would admit.

f. BP plc then enlisted to cap and clean up the oil instead of a U.S. agency, the proceeded to dump more than 1,000,000 gallons (One Million Gallons) of what was called a dispersant Corexit, a toxin, which then cause the oil to precipitate (drop like rain) to the bottom and settle on the ocean floor sediment.

g. BP plc knowingly caused that bacterially activated reactive oil to come in contact with the ocean floor sediment. That BP plc, fully aware of its own technology and what the results would be, millions of tons of fully cultured bacteria, that those microbes then microscopically churned the sediments of the ocean as it mined minerals, casting off many tons of dangerous elemental toxins of heavy metals including that of Manganese and Arsenic. BPs' two-part enterprise, a binary microbe/chemical reaction on the ocean floor causing chemical contamination comparable only to fall out of a dirty bomb in any previous incidents of uses of technology, weaponized infected oil.

h. That due to the basic alkaline nature of the Ocean that majority of those free radicals from the ocean floor became part of the evaporative processes binding to neutral PH rainwater until coming into contact with neutral or acidic land and organisms on land including the humans populations of the South East United States including this plaintiff as I was often residing on a sailboat

4

of my Charter company and often camping during the winter of 2011/2012 near Panama City, Fl. and Apalachicola National Park.

i. That the enormous enterprise and effort that goes into manufacturing and deploying a million gallons of Corexit which were meant to precipitate a billion gallons of infected reactive oil was no less of an enterprise than loading a firing a million cannons, such enterprises cannot be accidental, therefore malicious. Terroristic as the Corexit dumping was done against protests by every sector including the Environmental Protection Agency EPA as there was no possible good reason to make the oil drop to the sediment as it could be addressed on the surface.

j. That such manipulation the microbe and expected results can be recreated by experiment, craft, and design and in regular use by the BP plc, therefore an 'empirical scientific fact' so 100% predictable, a planned attack by BP plc who are even extremely knowledgeable even to the chemical compounds of concentrations of heavy metals on the ocean floors and those results expected by the many experts in that field of Oil.

k. Besides the ongoing toxic free radical side effect those gnomically altered petroleum microbes that are now omnipresent have the capacity to genetically engineer or mutate any and all life forms they come across, essentially a genomic plague.  In that, they have the capacity as a microbe to splice to living cells 'genomic mobile elements' as seen as referencing several published scientific journals have confirmed such as "Genome sequence and functional genomic analysis of the oil-degrading bacterium Oleispira Antarctica" (and discussion) by authors Michael Kube, Tatyana N. Chernikova, Yamal Al-Ramahi. Etc.

l. Basically, besides the possible intentional use as a genomic biological weapon, it is a certainty that the microbes will come into inadvertent contact with other 'mobile genetic elements' giving rise to mutation storms or plumbs.  Those same 'mobile genetic elements' (gene splices) which are used by genetic manipulators/engineers to modify corn or make fish glow in the dark will then be picked up by the omnipresent Oleispira Antarctica which is a genetic engineer the size of a microbe and will proliferate transmutation on any it infects, such as the plaintiff,

which or whom is already infected might also come into contact with 'gene-spliced' materials which have become common.

m. Since the Oleispira Antarctica was genetically modified to thrive in almost any conditions from frozen to volcanic, and it's a gram-negative (double-cell-walled) smart bacteria it is nearly impossible to kill any infection of such a modified microbe, nor will it be affected by natural defenses of fever.

n. My tests are positive IGG-41 on the Lyme Disease test on 6/4/2017 though not Lyme bacteria, thus I am infected by flagella bacteria extremely resistant to any antibiotics. The flagella petroleum bacteria is resistant even after years of treatments with a variety of general, broad spectrum and specific very powerful antibiotics. From 2011 to 2013 all doctors diagnosing me believed the symptoms of the poisoning to be an infection. I've had years of antibiotics.

o. Further affects of the now widespread bacteria worldwide are prognosticated but unknown in magnitude and a variety of specifics as chaotic mutations will begin to appear in areas affected by the plumes. The omnipresent microbe which has spread across all the Earth will plume on contact with any hydrocarbon, namely the oceans of oil under the continents and oceans, comes in contact with as the chaos of GMO splices and hydrocarbon will mix and match in British made genomic plagues, what's unknown yet is the effect on those of us already infected.

2. That by that (Paragraph II.1) using a petroleum microbe and other means BP plc introduced IMMENSE amounts of heavy metals toxins. BP plc admitted criminal negligence and that of felony obstruction but continued in censorship, misleading, falsifying and disseminating misinformation about a lack of toxins where thousands' of people confirm heavy metal poisoning, though misunderstood and mislabeled as "Gulf Blue Plague" those sores are symptomatic of heavy metal poisoning.

3. The Malpractice of the healthcare defendants refused adequate and necessary medical care, even emergency treatments and proper diagnoses refusing to even to consider causes or some wouldn't even glance at research of medical ailments, further intentionally lying to the plaintiff, patient at the time, about conditions and diagnoses and possible causes then not only that of neglect: caused further harm to

plaintiff in conditions known caused by elemental poisoning called by medical research as "insidious and progressive".

4. The other Defendants, Healthcare Provider and Associations Defendants betraying the duty of care towards myself in ignoring the cause while continuing to bill, then and be shown they colluded and conspired with the BP Criminal/Terroristic felony obstructions of censorship and misinformation as displayed by their intentional tortious actions is obfuscating then as co-conspirators that terrorism which has resulted in harm of innumerable inhabitants of the United States:

    a. By colluding with BP in falsely stating that the Deepwater Horizons' incidents presented no significant heavy metals:

        i. The AMA published journal misinformation stating that there were no harmful heavy metal contaminants in the oceans due to the Deepwater Horizon Oil Explosion, virtually repeating word for work the BP plc public statements.

        ii. Each of the Health Care Provider Defendants Lori Staudenmaier, Jeffery Nitz, Gregory Finch, Stephen Teague, Christian Terzian and thereby their associated clinics, hospitals and associations echoed the AMA Journal falsified statements saying that there were no heavy metals toxins due to the spill and further quoting that AMA (BPs) dissemination of misinformation asked if I'd been eating seafood which could give a false positive. There are no false positives of elements in spectroscopy, they are elemental, the most basic of chemistry which means their misdiagnoses was intentional, knowing that such is harmful is mens rea in the actus reus.

        iii. Their dissemination went so far as a half a dozen of the defendants proclaimed that the heavy metals would have naturally evacuated and wouldn't be present, I knew from laboratory safety lectures and hazmat experience as a physicist, they were lying which first indicated to me their malpractice.

    b. By complicity hiding the heavy metal poisonings of the populations in their diagnoses and tests:

        i. By refusing to perform any tissue analysis test of elemental toxins both by their practices and associations and lobbying

to keep the only valid tests from being either covered or otherwise provided by practices of association.

ii. By refusing to acknowledge such tissue tests results showing elemental contaminations either poison or overdose as each and every one of the of the Health Care Provider Defendants, Lori Staudenmaier, Stephen Teague, Gregory Finch, Jeffery Nitz, University of Tennessee Medical Center, Christian Terzian, Tennova LaFollette Medical Center Clinic, LaFollette Medical Center Tennova Healthcare, Tennova Cardiology each refused to act upon a test I had brought, even in emergency conditions, maliciously ignoring the causal factors while using the condition to charge for needless and redundant tests.

iii. By switching ineffective false negative tests such as blood or urine for the only valid tests for heavy metal contaminations, that of spectrographic tissue analysis they produced false negative on the elemental poisoning while repeatedly testing for the symptoms.

iv. Not only were the tests they were administering completely inappropriate therefore unnecessary, but they also repeated several tests again and again over a period of a year while the Plaintiff consistently asked that whatever requirements to have treatment for the heavy metal toxins be met, only asking for IV Chelation. The same expensive endocrine test was performed four times in four months by the same lab. Test confirming symptoms without any treatment following are useless, I already knew I was poisoned.

v. That in doing so all those serial and repeated tests by the Defendants were unnecessary tests and they have incurred liabilities by the Fraudulent Claims Act [FCA] and liabilities by letting a critical condition go untreated they unnecessary delayed actually by while they padded the practices with fraudulent claims of those tests.

c. Subsequently during pre-trail the healthcare provider level defendants constantly sought to censor and strike numerable times the information of the source of the heavy metals in the Gulf of Mexico as brought as new information by this Plaintiff, further showing their co-conspiracy in what could only be as cohorts with

8

BP plc, Great Britain and that terrorism of both poisoning and overdosing the multitudes with that criminal mastermind dual plot of contaminating then reaping untold millions is false and unnecessary medical tests and useless procedures while obfuscating the heavy metals as the source of the multitudes of illnesses. Co-conspirators of terrorism and fraud.

5. The breach of expected and implied contract of medical healthcare, the malpractice and neglect serially by Each and Every One of the Health Care Provider Defendants even in urgent and emergency medical care during 2017 when the heavy metal toxins had accumulated in the plaintiffs pericardium and was unmitigated by oral chelation, causing intense pain and affecting the cardiac organ systems bring liability under those Federal Statues which require proper care of such emergency conditions or transfer to facilities that will treat for the heavy metals poisoning. Arsenic pain is not alleviated by pain medication.

   Such Emergency care which is required when the arsenic accumulation which is noted by the extreme pain but also from the hypertension which is a constant or reoccurring emergency caused by manganese neurotoxin overdose. It can be argued they wouldn't treat due to the uncovered expenses of replacing metallic dental fillings that would be too expensive for a Medicare patient to pay, but those covered unnecessary expenses are in excess of that. Postponing the presenting a lengthy log of two years of medical malpractice in complaint as in Plaintiffs Reply to the UTMC, just noting that each and every defendant refused to treat by antidote the obvious heavy metal poisoning during 2107 despite emergency conditions affecting the heart and intense pain, several incidents can be added during discovery of their serial frauds.

6. Those malpractice defendants well-aware of the toxic overdose as the Plaintiff brought by hand those spectrographic tissue analysis and pertinent medical journal entries such as:

   a. Spectrographic tissue analysis of Shane Bruce Elemental Toxins from 2013 showing the Plaintiff poisoned.

   b. Various medical and scientific studies of infections caused by Arsenic as well as verities of affected or damaged organ systems, those same that they would only confirm and retest endlessly, but

tests having to purpose as the toxicities were already known before the first visit.

c. How Carditis (inflammation of the Pericardium and heart) cause abnormal J-wave and can produce atypical hypothermia, by toxin inflammation or infection.

d. "Cardiovascular Toxicities Upon Manganese Exposure" by Yueming Jiang and Wei Zheng,

e. "Chelation Therapy of Manganese Intoxication with para-Aminosalicylic Acid (PAS) in Sprague-Dawley Rats" by Wei Zheng, You-Ming Jang, Yanshu Zhang and Dallas Cowan

7. All the Defendants have liabilities are brought about by such tortious interference conspiracies of misinformation. Faults in conspiracies difficult to ascertain, Joint and Several liabilities is the avenue on which to litigate.  British Petroleum and Great Britain committed tortious inducement of breach of contract also have those co-defendants of health care affected the required response offices and their express and tacit responsibilities, implied and express contracts to people of the United States and this then patient the plaintiff.

Those response Defendants, The Secretary of Defense, the Center of Disease Control, the National Institute of Health required to actively inquire and act to curtail such conspiracies more than simply being moved by mass media inducements.  Those problems still current such elemental contaminations by foreign criminal acts and conspiracies against antidote treatments and misinformation against the U.S. Constitution and Civil Rights. Liability for any failure to act to protect the same adoption of standards against invaders causing harm RST§286, jurisdiction by USC 50Chp3§23 and by each and every law applicable.

Government Agencies whose duty, obligation and implied and explicit contracts compel them to do so, cutting through any adversarial or political special interests. Consider the proactive banning worldwide of all genetic modifications, as splices contagious by those microbes. Response required by the DoD in such circumstances USC 50:32§1522 supersedes and takes precedence over 42 USC 1395 and some counter-espionage, counter-conspiracy and effort to mitigate sabotage and international criminal damage to the U.S. Population is an implied and explicit contract (liability by RST§284 failure to act) to

10

the American People examining the imperatives of USC 50:32§1522 (conduct of chemical and biological defense program).

8. That British Petroleum is corporation agent and organ of Great Britain even after privatized in 1987 is well known and documented, that British Petroleum has ties to British secret intelligence, cold war, and espionage services is easily shown as obvious as Sir John Sawers, head of UK's Secret Intelligence Services MI6 during 2011 was appointed to British Petroleum board serving it and by it GB as its Chair of its Committee of Safety, Ethics and Environmental assurance. GB's highest level of Risk Management exactly where cold war is to be suspected. [My belief it was a vindictive act by the British as reprisal at the Battle of 1812 in their cold war efforts, particularly the Battle of New Orleans where the British lost 2,500 soldiers to 20 of our losses as led by Stonewall Jackson, to crush U.S. moral and depreciate the South Eastern population of the United States.]

Demonstrable espionage and counter-intelligence and dissemination of misinformation such as broad scale including censorship as only opposing governments would be able to act on the level of the intentional tortfeasors and tortious interference with implied and explicit healthcare contracts at the nation of the United States. BP's shares and board are controlled by those in service of Great Britain, thereby owned by Great Britain and 10% of Great Britain pension economy; thus, limiting or negating sovereign immunity by taking exception pursuant 28 U.S.C. § 1603(a); 28 U.S.C. § 1605(a)(2), Justice Against Sponsors of Terrorism Act and JASTAs' exceptions provided for this plaintiff by the Amended Foreign Sovereign Immunities Act.

## III. ACCOUNTING OF LIABILITIES OF DEFENDANTS

The Several and Joint Liability of each and every one of the defendants to match liabilities to which are due is to be apportioned and accounted by each of the Defendants by tort laws of co-conspirators of neglect and intentional tort.

1. FCA Liabilities: That between 8/2016 and 8/2017 the Health Care Defendants charged to Insurance and Medicare 29 unnecessary procedures, all pointlessly and ignoring the only factoring cause of heavy metals poisons as the obvious, having the spectrographic tests and Plaintiffs word. They charged $32,570.66 for those needless procedures and are liable for treble damages of their costs to bring the

11

liability of costs to $97,711.98.  The additional penalties for the serial useless procedures and test of $625,321.20 bring the total due by FCA to $723,033.18 (Seven Hundred Twenty-Three Thousand Thirty-Three Dollars and Eighteen Cents) to those healthcare providers listed jointly and severally liable, as potentially are those healthcare associations.

2. Liabilities to all the Defendants (RST§875 contributing tortfeasors of indivisible harm) due to Undue Expenses and financial damages where the Plaintiff poisoning and subsequent neglect spanning 5 years with the 10-year JASTA liability extension and two additional years from the delay caused by the medical healthcare professionals.

   a. in attempts to manage the toxins on my own between 2013 and 2017 has been in excess of $14,000.00 in oral antidotes and required corollary supplements, and $2,300 in antibiotics between 2011 and 2013 all bought on my own and some estimated medical expenses including emergency room and physical therapy after been two years nearly bed-ridden in 2012 and 2013 to be another $26,000.00 between 2011 and 2016, for $42,300.00

   b. Those 7 years unemployment or delays in educational pursuits, the last two years caused by the neglect and drawn out needlessly as healthcare defendants' malpractice falsely included the idea that antidote treatment could be forthcoming if they were allowed to administer more and more needless tests are a minimum of an expected $90,000 per year totaling $630,000.00.

   c. In 2018 that travel to 160-mile round trip to gain toxin management by chelation therapy for 30+ some treatment will cost the Plaintiff $6,000 in gasoline alone, as well as that additional year unemployable in two days per week in driving since local AMA health care provider refuse to maintain such treatment in neglect of their practices locally.

   d. The Actual Needed Medical expenses due to the heavy metal poisoning of full routine chelation therapy and metallic filling dental replacement are minimally $8500.00 and included calcium(manganese)-blocker hypertension management during valid treatment is another $4,100 during a delayed treatment for an approximate $12,600.00.

   e. Total of liabilities to Expenses $690,900.00 with quintuple damages by JASTA is $3,454,500.00 (Three Million Four Hundred and Fifty-Four Thousand Hundred Dollars)

12

3. Liabilities of the Defendants due to health conditions, bodily injury, personal injury caused by contamination and drawn out neglect, consolidating further expected damages and medical costs as normally estimated in liability suits, not merely malpractice but disinformation, intentional medical malpractice:

   a. Affected glandular systems: $100,000.00

   b. Affected nervous system:
      i. Chronic Hypertension $100,000.00 (including fatigue)
      ii. Memory, executive cognitive abilities $100,000.00
      iii. Expected motor functions being affected $100,000.00

   c. Affected lung and heart organ systems $100,000.00

   d. Years of untreated carcinogenic $100,000.00

   e. Infection by a genetically modified microbe with unknown effects $100,000.00

   f. Totaling $700,000.00 (Seven Hundred Thousand) in [expected physical harms which are] liability of Defendants.

### [END OF EXCERPTS]

Since that first exposure resulting in dozens of sores a sure sign of sudden heavy metal poisoning 100 miles inland after three continuous days of exposure to rain where dozens of others were similarly affected by the sudden and then unknown illness within the starting Fall of 2017 and in particularly last 9 months I've managed to received Chelation therapy by driving some 1,300 miles per month which I've driven in excess of 10,000 miles of to these I.V. Therapies.

Those heavy metal had accumulated in the respective parts of the body that they are known to accumulate in, such as Arsenic would accumulate in liver, muscles, nervous system, lungs, pericardium, spleen, and gastrointestinal areas, and Manganese accumulates in the bones, liver, kidneys, pancreas and endocrine glands as well as the respiratory tract and brain.

13

Upon replacement of dental work with porcelain fillings which had acted to inhibit the chelation process, those heavy metals were stirred up more equally throughout my body, dramatically raising the levels of Arsenic and Manganese though some exposures from other sources are possible, even likely as my father was exposed and subsequently died of Arsenic respiratory failure and chronic pneumonia as Arsenic is known to cause, there are even pneumonia bacteria that have adapted to thrive on Arsenic.

Attached are three Heavy Metal test giving a better idea of how much arsenic was originally contracted from the Heavy Metal rains caused by the BP plc introduction of that binary effect best described as an environmental WMD, so large in scope that it affects at least 100,000 square miles for months/years or years, that the underground oil reserves are infected, but it's purposeful exposure to new sources of plentiful Heavy Metals on the ocean floor known of large exposed Manganese and Arsenic modules toxic poison rains such as the world hasn't seen, no within our group memory.

Attachment #1 from 11/15/2013 is upon diagnoses of Heavy Metal Poisoning, four years misdiagnosed. It lacks the complimentary test of essential elements which is in Attachment #2 from 9/13/17.

While the metal dental fillings obstructed chelation, the other toxic metals have been stirred up from a dozen I.V. Treatments. It's important to note that the Arsenic and Manganese are known as something as 'Bio-Antagonists' where they replace and cause depletion of other essential minerals such as Calcium, Phosphorus, Selenium, and Zinc.

That those essential minerals were depleted show that the Arsenic and Manganese have been long situated and accumulated in the body and that

14

the Arsenic levels are much higher than showing in the hair sample. The increase of other metals is from metal dental filling leaching into the body.

Attachment #3 is more recent 5/10/2018, after 25 I.V. EDTA Chelation Therapies of twice per week, while there has finally been a decrease of metals across the board except for a startling rise in Arsenic. Perhaps new exposure, or that Arsenic harder to stir, or to the lack of DMSA an important I.V. chelating agent needed specifically for Arsenic antidotes which have been pulled from all the pharmacies including compounding pharmacies in the U.S. part of the antagonistic and malicious control of the medical fields.

Since the stirring of the Arsenic levels, I've noted substantial systemic nerve damage in numbness everywhere. I've not reacted to pain from bites or burns or shocking blows. I've 2nd-degree burns from heat and 3rd-degree burns from Lye which I'd thought minor irritations and hadn't reacted to. I've also had to start using a CPAP machine to keep maintaining my oxygen levels at night.

Chelation is a slow process, even when it's done right it might take a year of therapies. Years of disability while chasing antidotes for survival from the poisons have had a huge financial effect, as pauperized and not only need financial restitution but can use it now. I may have to fly overseas to get proper treatment for the obvious poisoning as the medical industry has been severely obstructed and constrained in the United States.

Notably, the entire population of the United States has yet to be alerted to the poisons and what's required for their treatment and that tissue tests are the only tests which would provide any insightful results, but medical community completely corrupted into malicious policies while distracted by red herring arguments and wide spread propaganda conditioning, bespeaks

15

of a National Occupation by hostile Cold War forces at unprotected key points of influence of media and lobbying groups and those of liability.

*Shane M Bruce*

Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _Oct, 3_, 2018      Notary Public: _____

My Commission Expires 6-28-2020

Location (City and State): _Lafollette, Tn_

*Shane Bruce* _____      Signature of Plaintiff

(Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf)

_Shane M Bruce_ _____      Print Name

Certificate of Service:  I hereby certify that by the 3rd of October 2018, a true copy of the Sworn Statement Exhibit B and 3 attachments have been sent by First Class Mail to 3 parties:

| U.S. Court Eastern Louisiana Honorable Carl J. Barbier 500 Poydras Street, Room C-256 New Orleans, LA 70130 | Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 | Stephen J. Herman MDL 2179 Committee 820 O'Keefe Avenue New Orleans, LA 70133 |
| --- | --- | --- |

16

Exhibit "A-I" Attachment I



**LAB #:** H131112-2313-1
**PATIENT:** Shane Bruce
**ID:** BRUCE-S-00178
**SEX:** Male
**AGE:** 43

**CLIENT #:** 35843
**DOCTOR:** Tom Long Le, MD
Testcountry.Com
5663 Balboa Ave #464
San Diego, CA 92111 USA

## *Toxic Element Exposure Profile; Hair*

| TOXIC METALS | | RESULT µg/g | REFERENCE INTERVAL | PERCENTILE 68th          95th |
|---|---|---|---|---|
| Arsenic | (As) | 0.19 | < 0.20 | |
| Lead | (Pb) | 1.6 | < 5.0 | |
| Mercury | (Hg) | 0.44 | < 3.0 | |
| Cadmium | (Cd) | 0.056 | < 0.30 | |
| Chromium | (Cr) | 0.57 | < 0.95 | |
| Beryllium | (Be) | < 0.01 | < 0.050 | |
| Cobalt | (Co) | 0.027 | < 0.080 | |
| Nickel | (Ni) | 0.14 | < 0.60 | |
| Zinc | (Zn) | 160 | < 270 | |
| Copper | (Cu) | 14 | < 60 | |
| Thorium | (Th) | 0.003 | < 0.005 | |
| Thallium | (Tl) | 0.001 | < 0.005 | |
| Barium | (Ba) | 0.84 | < 3.0 | |
| Cesium | (Cs) | < 0.002 | < 0.010 | |
| Manganese | (Mn) | 6.1 | < 1.3 | |
| Selenium | (Se) | 0.75 | < 2.1 | |
| Bismuth | (Bi) | 0.029 | < 5.0 | |
| Vanadium | (V) | 0.072 | < 0.20 | |
| Silver | (Ag) | 0.04 | < 0.50 | |
| Antimony | (Sb) | 0.021 | < 0.15 | |
| Palladium | (Pd) | < 0.004 | < 0.010 | |
| Aluminum | (Al) | 17 | < 19 | |
| Platinum | (Pt) | < 0.003 | < 0.010 | |
| Tungsten | (W) | 0.001 | < 0.015 | |
| Tin | (Sn) | 0.07 | < 0.80 | |
| Uranium | (U) | 0.009 | < 0.20 | |
| Gold | (Au) | 0.005 | < 0.30 | |
| Tellurium | (Te) | < 0.05 | < 0.050 | |
| Germanium | (Ge) | 0.023 | < 0.045 | |
| Titanium | (Ti) | 0.59 | < 1.0 | |
| Gadolinium | (Gd) | 0.005 | < 0.008 | |

| SPECIMEN DATA |
|---|

Comments:

Date Collected: **11/08/2013**
Date Received: **11/12/2013**
Date Completed: **11/15/2013**

Method: ICP-MS
<dl:    less than detection limit
µg/g = ppm

Sample Type: **Head**
Sample Size: **0.201 g**
Hair Color:
Treatment:
Shampoo:

Metals are listed in descending priority order based upon data from the Agency for Toxic Substances and Disease Registry which considers not only the relative toxicity per gram metal, but also the frequency for occurrence of exposure.

©DOCTOR'S DATA, INC. • ADDRESS: 3755 Illinois Avenue, St. Charles, IL 60174-2420 • CLIA ID NO: 14D0646470 • MEDICARE PROVIDER NO: 148453



HAIR  ELEMENTS  REPORT
INTRODUCTION

Hair is an excretory tissue that concentrates  potentially toxic elements.  In general, the amount of an element that is irreversibly incorporated into growing hair is proportional to the level of the element that has been circulating in blood.  Therefore, the Hair Toxic Element Profile provides a screening test for EXPOSURE to potentially toxic elements such as methyl mercury, arsenic, lead, and cadmium.

The Hair Toxic Element Exposure Profile considers the relative toxicity per gram element and the relative frequency of occurrence of exposure to the elements. The reported elements are listed in descending order of importance in accordance with guidelines provided by the U.S. Centers for Disease Control and Prevention.  Any metal found at levels equal to or exceeding the reference value (95th percentile) will generate interpretive text for that element in the body of the report that follows.

All screening tests have limitations that must be taken into consideration.  The correlation between hair element levels and physiological disorders is determined by numerous factors. Individual variability and compensatory mechanisms are major factors that affect the relationship between the distribution of elements in hair and symptoms and pathological conditions.  It is also very important to keep in  mind that scalp hair is vulnerable to external contamination of elements by exposure to hair treatments and products.  Likewise, some hair treatments (e.g. permanent solutions, dyes, and bleach) can strip hair of endogenously acquired elements and result in false low values.  Careful consideration of the limitations must be made in the interpretation of results of hair analysis.  The data provided should be considered in conjunction with symptomology, occupation, diet analysis and lifestyle, physical examination and the results of other analytical laboratory tests.

Caution:  The contents of this report are not intended to be diagnostic and the physician using this information is cautioned against treatment based solely on the results of this screening test.

Manganese

Hair Manganese (Mn) levels generally reflect actual body stores, and external contamination can influence hair Mn.  Since particulate manganese-containing dust is the most common source of Mn toxicity, hair is considered to be an excellent tissue for the assessment of Mn exposure. However, high hair Mn can be an artifact of contamination from hair treatments/products or well water (containing high Mn).  These possibilities should definitely be considered and ruled out before proceeding with therapies to alleviate an apparent excess Mn.

Mn is an essential element which is involved in the activation of many important enzymes. However, Mn excess is postulated to result in glutathionyl radical formation, reduction of the free glutathione pool, and increased exposure of adrenal catecholamines (e.g. dopamine) to free radical damage.  Excess Mn causes degeneration of myelin pigmented dopaminergic neurons which results in abnormally low levels of serotonin and dopamine in the brain.  This is hypothesized to be a reason behind the neurotoxic effects attributed to Mn overload.

The brain is particularly affected by Mn excess.  Symptoms or conditions consistent with

© 1999-2013   Doctor's Data, Inc.

Lab number: **H131112-2313-1**      **Hair**                    Page: 2
Patient: **Shane Bruce**                              Client: **35843**

excessive Mn include:  lethargy, disorientation, memory loss, anxiety, emotional instability, and bipolar-like behaviors (laughing and crying), aberrant or violent behaviors, and tremor or Parkinson-like symptoms.

Occupationally, the greatest sources of exposure to Mn dust and fumes occurs in mining of the element, and in the production and fabrication of iron and steel.  In addition, various Mn compounds are widely used in fertilizers, animal feeds, pharmaceutical products, dyes, paint dryers, catalysts, wood preservatives, and ceramic production.  Mn is also an air pollutant derived from the gasoline additive MMT.

Other sources of exposure include contaminated teas, contaminated drinking water, some street drugs, and smoking.   Conditions predisposing to Mn excess are:  iron or calcium deficiency, chronic infection, and impaired liver function.  Mn excess is occasionally associated with alcoholism (hepatic dysfunction), and biliary cirrhosis/obstruction.

A confirmatory test for Mn excess is packed red blood cell elements analysis.  Dithiol chelators are relatively weak with regard to enhancing Mn excretion.

© 1999-2013   Doctor's Data, Inc.

**DOCTOR'S DATA** INC

| | |
|---|---|
| LAB #: H170911-2330-1 | CLIENT #: 35843 |
| PATIENT: Shane Maddox Bruce | DOCTOR: Rajy Abulhosn, MD |
| ID: BRUCE-S-00178 | Testcountry.Com |
| SEX: Male | 10123 Carroll Canyon Rd |
| AGE: 46 | San Diego, CA 92131 U.S.A. |

*Exhibit A-1*
*Attachment 2*

## Toxic & Essential Elements; Hair

### TOXIC METALS

| | | RESULT µg/g | REFERENCE INTERVAL | PERCENTILE 68th — 95th |
|---|---|---|---|---|
| Aluminum | (Al) | 18 | < 7.0 | |
| Antimony | (Sb) | 0.097 | < 0.066 | |
| Arsenic | (As) | 0.24 | < 0.080 | |
| Barium | (Ba) | 0.85 | < 1.0 | |
| Beryllium | (Be) | < 0.01 | < 0.020 | |
| Bismuth | (Bi) | < 0.002 | < 2.0 | |
| Cadmium | (Cd) | 0.10 | < 0.065 | |
| Lead | (Pb) | 0.83 | < 0.80 | |
| Mercury | (Hg) | 0.23 | < 0.80 | |
| Platinum | (Pt) | < 0.003 | < 0.005 | |
| Thallium | (Tl) | 0.001 | < 0.002 | |
| Thorium | (Th) | 0.004 | < 0.002 | |
| Uranium | (U) | 0.003 | < 0.060 | |
| Nickel | (Ni) | 0.77 | < 0.20 | |
| Silver | (Ag) | 0.31 | < 0.08 | |
| Tin | (Sn) | 0.21 | < 0.30 | |
| Titanium | (Ti) | 0.48 | < 0.60 | |
| Total Toxic Representation | | | | |

### ESSENTIAL AND OTHER ELEMENTS

| | | RESULT µg/g | REFERENCE INTERVAL | PERCENTILE 2.5th  16th  50th  84th  97.5th |
|---|---|---|---|---|
| Calcium | (Ca) | 654 | 200– 750 | |
| Magnesium | (Mg) | 86 | 25– 75 | |
| Sodium | (Na) | 460 | 20– 180 | |
| Potassium | (K) | 220 | 9– 80 | |
| Copper | (Cu) | 16 | 11– 30 | |
| Zinc | (Zn) | 130 | 130– 200 | |
| Manganese | (Mn) | 21 | 0.08– 0.50 | |
| Chromium | (Cr) | 0.44 | 0.40– 0.70 | |
| Vanadium | (V) | 0.094 | 0.018– 0.065 | |
| Molybdenum | (Mo) | 0.032 | 0.025– 0.060 | |
| Boron | (B) | 1.7 | 0.40– 3.0 | |
| Iodine | (I) | 2.0 | 0.25– 1.8 | |
| Lithium | (Li) | 0.020 | 0.007– 0.020 | |
| Phosphorus | (P) | 146 | 150– 220 | |
| Selenium | (Se) | 1.1 | 0.70– 1.2 | |
| Strontium | (Sr) | 1.0 | 0.30– 3.5 | |
| Sulfur | (S) | 47200 | 44000– 50000 | |
| Cobalt | (Co) | 0.091 | 0.004– 0.020 | |
| Iron | (Fe) | 40 | 7.0– 16 | |
| Germanium | (Ge) | 0.039 | 0.030– 0.040 | |
| Rubidium | (Rb) | 0.19 | 0.011– 0.12 | |
| Zirconium | (Zr) | 0.031 | 0.020– 0.44 | |

### SPECIMEN DATA

COMMENTS:

Date Collected: 09/08/2017
Date Received: 09/11/2017
Date Completed: 09/13/2017
Methodology: ICP/MS

Sample Size: 0.195 g
Sample Type: Head
Hair Color:
Treatment:
Shampoo:

### RATIOS

| ELEMENTS | RATIOS | RANGE |
|---|---|---|
| Ca/Mg | 7.6 | 4– 30 |
| Ca/P | 4.48 | 0.8– 8 |
| Na/K | 2.09 | 0.5– 10 |
| Zn/Cu | 8.13 | 4– 20 |
| Zn/Cd | > 999 | > 800 |

Lab number: **H170911-2330-1**        **Hair**                Page: 1
Patient: **Shane Maddox Bruce**                              Client: **35843**

---

HAIR  ELEMENTS  REPORT
INTRODUCTION

Hair is an excretory tissue for essential, nonessential and potentially toxic elements.  In general, the amount of an element that is irreversibly incorporated into growing hair is proportional to the level of the element in other body tissues.  Therefore, hair elements analysis  provides an indirect screening test for physiological excess, deficiency or maldistribution of elements in the body.  Clinical research indicates that hair levels of specific elements, particularly potentially toxic elements such as cadmium, mercury, lead and arsenic, are highly correlated with pathological disorders.  For such elements, levels in hair may be more indicative of body stores than the levels in blood and urine.

All screening tests have limitations that must be taken into consideration.  The correlation between hair element levels and physiological disorders is determined by numerous factors.  Individual variability and compensatory mechanisms are major factors that affect the relationship between the distribution of elements in hair and symptoms and pathological conditions.  It is also very important to keep in  mind that scalp hair is vulnerable to external contamination of elements by exposure to hair treatments and products.  Likewise, some hair treatments (e.g. permanent solutions, dyes, and bleach) can strip hair of endogenously acquired elements and result in false low values.  Careful consideration of the limitations must be made in the interpretation of results of hair analysis.  The data provided should be considered in conjunction with symptomology, diet analysis, occupation and lifestyle, physical examination and the results of other analytical laboratory tests.

Caution:      The contents of this report are not intended to be diagnostic and the physician using this information is cautioned against treatment based solely on the results of this screening test.  For example, copper supplementation based upon a result of low hair copper is contraindicated in patients afflicted with Wilson's Disease.

Aluminum High

The Aluminum (Al) level in hair may be an indicator of exposure and assimilation of this element, provided that hair preparations have not added exogenous Al. Al is a nonessential element that can be toxic if excessively assimilated into cells.

Excess Al can inhibit the formation of alpha-keto glutarate and result in toxic levels of ammonia in tissues.  Al can bond to phosphorylated bases on DNA and disrupt protein synthesis and catabolism.  Al excess should be considered when symptoms of presenile dementia or Alzheimer's disease are observed.  Hair Al is commonly elevated in children and adults with low zinc and behavioral/learning disorders such as ADD, ADHD and autism.  Individuals with renal problems or on renal dialysis may have elevated Al.

Possible sources of Al include some antacid medications, Al cookware, baking powder, processed cheese, drinking water, and antiperspirant components that may be absorbed.  Analyses performed at DDI indicate extremely high levels of Al are in many colloidal mineral products.

Al has neurotoxic effects at high levels, but low levels of accumulation may not elicit immediate symptoms.  Early symptoms of Al burden may include:  fatigue, headache, and symptoms of phosphate depletion.

© 1999-2017   Doctor's Data, Inc.

A urine elements test can be used to corroborate Al exposure. Al can be effectively complexed and excreted with silicon (J. Environ. Pathol. Toxicol., 13(3): 205-7, 1994). A complex of malic acid and Mg has been reported to be quite effective in lowering Al levels (DDI clients).

### Antimony High

Hair is a preferred tissue for analysis of Antimony (Sb) exposure and body burden. Elevated hair Sb levels have been noted as long as a year after exposure.

Sb is a nonessential element that is chemically similar to but less toxic than arsenic. Food and smoking are the usual sources of Sb. Thus cigarette smoke can externally contaminate hair, as well as contribute to uptake via inhalation. Gunpowder (ammunition) often contains Sb. Firearm enthusiasts often have elevated levels of Sb in hair. Other possible sources are textile industry, metal alloys, and some antihelminthic and antiprotozoic drugs. Sb is also used in the manufacture of paints, glass, ceramics, solder, batteries, bearing metals, semiconductors and fire retardant fabrics.

Like arsenic, Sb has a high affinity for sulfhydryl groups on many enzymes. Sb is conjugated with glutathione and excreted in urine and feces. Therefore, excessive exposure to Sb has the potential to deplete intracellular glutathione pools.

Early signs of Sb excess include: fatigue, muscle weakness, myopathy, nausea, low back pain, headache, and metallic taste. Later symptoms include hemolytic anemia, myoglobinuria, hematuria and renal failure. Transdermal absorption can lead to "antimony spots" which resemble chicken pox. Respiratory tissue irritation may result from inhalation of Sb particles or dust.

A confirmatory test for recent or current exposure is the measurement of Sb in the urine or whole blood. Comparison of pre and post provocation (DMPS, DMSA, Ca-EDTA) urine Sb levels provides an estimate of net retention (body burden) of Sb.

### Arsenic High

In general, hair provides a rough estimate of exposure to Arsenic (As) absorbed from food and water. However, hair can be contaminated externally with As from air, water, dust, shampoos and soap. Inorganic As, and some organic As compounds, can be associated with toxicity. Inorganic As accumulates in hair, nails, skin, thyroid gland, bone and the gastrointestinal tract. Organic As, such as that derived from shellfish, is rapidly excreted in the urine.

As can cause malaise, muscle weakness, vomiting, diarrhea, dermatitis, and skin cancer. Long-term exposure may affect the peripheral nervous, cardiovascular and hematopoietic systems. As is a major biological antagonist to selenium.

Common sources of As are insecticides (calcium and lead arsenate), drinking water, smog, shellfish (arsenobetaine), and industrial exposure, particularly in the manufacture of electronic components (gallium arsenide).

As burden can be confirmed by urine elements analysis. Comparison of urine As levels pre and post provocation (DMPS, DMSA, D-penicillamine) permit differentiation between recent uptake and body stores.

© 1999-2017   Doctor's Data, Inc.

### Cadmium high

Hair Cadmium (Cd) levels provide an indication of exposure to Cd. Cd is a toxic heavy metal that has no metabolic function in the body.  Moderately high Cd levels, about 4-8 µg/g, may be associated with hypertension, while very severe Cd toxicity may cause hypotension.  Cd adversely affects the kidneys, lungs, testes, arterial walls, and bones and interferes with many enzymatic reactions.  Chronic Cd excess can lead to microcytic, hypochromic anemia and proteinuria with loss of beta-2-microglobin, and functional zinc deficiency.  Cd excess is also commonly associated with fatigue, weight loss, osteomalacia, and lumbar pain.

Cd absorption is reduced by zinc, calcium, and selenium.  Cd is found in varying amounts in foods, from .04 µg/g for some fruits to 3-5 µg/g in some oysters and anchovies.  The use of tobacco products significantly increases Cd intake.  Refined carbohydrates have very little zinc in relation to the Cd. West coast oysters are notoriously high in Cd.

If hair zinc is not abnormal, external contamination may have caused the elevated hair Cd level. Exogenous contamination may come from permanent solutions, dyes, bleach, and some hair sprays.  A test for elevated body burden of Cd is urine analysis following administration EDTA.

### Lead High

This individual's hair Lead (Pb) level is considered to be moderately elevated. Generally, hair is a good indicator of exposure to Pb. However, elevated levels of Pb in head hair can be an artifact of hair darkening agents, or dyes, e.g. lead acetate.  Although these agents can cause exogenous contamination some transdermal absorption does occur.

Pb has neurotoxic and nephrotoxic effects in humans as well as interfering with heme biosynthesis. Pb may also affect the body's ability to utilize the essential elements calcium, magnesium, and zinc. At moderate levels of body burden, Pb may have adverse effects on memory, cognitive function, nerve conduction, and metabolism of vitamin D.  Children with hair Pb levels greater than 1 µg/g have been reported to have a higher incidence of hyperactivity than those with less than 1 µg/g.  Children with hair Pb levels above 3 µg/g have been reported to have more learning problems than those with less than 3 µg/g. Detoxification therapy by means of chelation results in transient increases in hair lead. Eventually, the hair Pb level will normalize after detoxification is complete.

Symptoms associated with excess Pb are somewhat nonspecific, but include:  anemia, headaches, fatigue, weight loss, cognitive dysfunction and decreased coordination.

Sources of exposure to Pb include:  welding, old leaded paint (chips/dust), drinking water, some fertilizers, industrial pollution, lead-glazed pottery, Ayruvedic herbs and use of firearms. Tests for Pb body burden are:  urine elements analysis following provocation with intravenous Ca-EDTA, or oral DMSA.  Whole blood analysis for Pb reflects recent or ongoing exposures and does not correlate well with total body burden.

© 1999-2017   Doctor's Data, Inc.

Lab number: **H170911-2330-1**          **Hair**                      Page: 4
Patient: **Shane Maddox Bruce**                                       Client: **35843**

---

Nickel High

Hair is a reasonable tissue for monitoring exposure to Nickel (Ni).  However, hair is commonly contaminated with Ni from hair treatments and dyes. When hair Ni is measured at more than .6 ppm, the possible use of hair dyes or colorings should be investigated before concluding that excessive Ni is present.

There is substantial evidence that Ni is an essential element which is required in extremely low amounts.  However, excess Ni has been well established to be nephrotoxic, and carcinogenic. Elevated Ni is often found in individuals who work in the electronic and plating, mining, and steel manufacture industries.  A cigarette typically contains from 2 to 6 mcg of Ni; Ni is absorbed more efficiently in the lungs than in the gastrointestinal tract.  Symptoms of chronic Ni exposure include dermatitis, chronic rhinitis, and hypersensitivity reactions.  Ni can hypersensitize the immune system, subsequently causing hyperallergenic responses to many different substances.

Symptoms of Ni toxicity are dermatitis and pulmonary inflammation (following exposure to Ni dust, smoke).  Long term or chronic Ni toxicity may lead to liver necrosis and carcinoma.

A test for elevated Ni body burden is the measurement of urine Ni before and after administration of chelating agents that mobilize Ni i.e., Ca-EDTA.

Silver High

Hair Silver (Ag) levels have been found to reflect environmental exposure to the element. However, hair is commonly contaminated with Ag from hair treatments such as permanents, dyes, and bleaches.

Ag is not an essential element and is of relatively low toxicity.  However, some Ag salts are very toxic.

Sources of Ag include seafood, metal and chemical processing industries, photographic processes, jewelry making (especially soldering), effluents from coal fired power plants and colloidal silver products.

The bacteriostatic properties of Ag have been long recognized and Ag has been used extensively for medicinal purposes; particularly in the treatment of burns.  There is much controversy over the long term safety of consumption of colloidal silver.   Very high intake of colloidal silver has been reported to give rise to tumors in the liver and spleen of animals (Metals in Clinical and Analytical Chemistry, eds. Seiler, Segel and Segel, 1994).  However, these data may not have relevance to the effects of chronic, low level consumption by humans.

Thorium High

Correlations among the levels of Thorium (Th) in hair and other tissues have yet to be established.

Th is a radioactive element with 13 known isotopes; Th-232 constitutes 99% of the naturally-occurring Th.  Th-232 is the isotope measured at DDI and reported for this sample.  Th-232 has a

© 1999-2017  Doctor's Data, Inc.

half-life of 1.4[Exp. 10] years.  It decays by alpha-emission to produce radon, Ra-228.  In turn Ra-228 (half-life 6.7 years) decays to other radioactive isotopes, and eventually converts to lead. This radioactive decay process produces alpha, beta, and gamma emissions.

Th is considered mildly toxic for two reasons, the low-level radioactivity and slight biochemical toxicity.  Th salts at high levels may inhibit amylase and phosphatase enzymes.  Most orally ingested thorium, if not excreted in urine, binds to bone tissue where it has a long biological half-life (years).

Th has about the same abundance in the earth as does lead and is encountered in mining for titanium and rare earth elements.  Commercially, Th is used in incandescent gas lantern mantles, refractory materials, and as a coating for tungsten in electronic applications.  Th may also be present in tungsten-inert-gas (TIG) welding electrodes.

A urine elements analysis can be performed to assess further the extent of Th exposure.

### Magnesium High

Magnesium (Mg) is an essential element with both electrolyte and enzyme-activator functions. However, neither of these functions takes place in hair.  Body excess of Mg is rare but may occur from excessive oral or parenteral supplementation or as a result of renal damage or insufficiency.

If one rules out external contamination of hair as a result of recent hair treatment, elevated hair Mg is more likely to indicate maldistribution of the element.  Physiological Mg dysfunction may or may not be present.  Maldistribution of Mg can occur as a result of chronic emotional or physical stress, toxic metal or chemical exposure, physiological imbalance of calcium and phosphorus, bone mineral depletion, and renal insufficiency with poor clearance of Mg (and other metabolites). Elevated hair Mg has been correlated with hypoglycemia and an inappropriately low ratio of dietary Ca : P.

Mg status can be difficult to assess; whole blood and packed blood red cell Mg levels are more indicative than serum/plasma levels  Amino acid analysis can be helpful in showing rate-limited steps that are Mg-dependent (e.g. phosphorylations).

### Sodium High

Sodium (Na) is an essential element with extracellular electrolyte functions.  However, these functions do not occur in hair.  Hair Na measurement should be considered a screening test only; blood testing for Na and electrolyte levels is much more diagnostic and indicative of status.  High hair Na may have no clinical significance or it may be the result of an electrolyte imbalance.  A possible imbalance for which high hair Na is a consistent finding is adrenocortical hyperactivity.  In this condition, blood Na is elevated while potassium is low.  Potassium is elevated (wasted) in the urine.  Observations at DDI indicate that Na and potassium levels in hair are commonly high in association with elevated levels of potentially toxic elements.  The elevated Na and potassium levels are frequently concomitant with low levels of calcium and magnesium in hair.  This apparent phenomenon requires further investigation.

Appropriate tests for Na status as an electrolyte are measurements of Na in whole blood and urine, and measurements of adrenocortical function.

© 1999-2017   Doctor's Data, Inc.

## Potassium High

High hair Potassium (K) is not necessarily reflective of dietary intake or nutrient status.  However, elevated K may be reflective of metabolic disorders associated with exposure to potentially toxic elements.

K is an electrolyte and a potentiator of enzyme functions, but neither of these functions take place in hair.  Elevated K in hair may reflect overall retention of K by the body or maldistribution of this element.  In adrenocortical insufficiency, K is increased in blood, while it is decreased in urine; cellular K may or may not be increased.  Also, hair is occasionally contaminated with K from some shampoos.  Observations at DDI indicate that K and sodium levels in hair are commonly high in association with toxic element burden.  The elevated K and sodium levels are often concomitant with low levels of calcium and magnesium in hair.  This apparent phenomena requires further investigation.

Elevated hair potassium should be viewed as a screening test.  Appropriate tests for excess body K include measurements of packed blood cell K; serum or whole blood K and sodium/K ratio, measurement of urine K and sodium/K ratio; and an assessment of adrenocortical function.

## Copper Normal

Hair Copper (Cu) levels are usually indicative of body status, except that exogenous contamination may occur giving a false normal (or false high).  Common sources of contamination include:  permanent solutions, dyes, bleaches, and swimming pools/hot tubs in which Cu compounds have been used as algaecides.

Cu is an essential element that activates specific enzymes.  Erythrocyte superoxide dismutase (SOD) is a Cu (and zinc) dependent enzyme; lysyl oxidase which catalyzes crosslinking  of collagen is another Cu dependent enzyme.  Adrenal catecholamine synthesis is Cu dependent, because the enzyme dopamine beta-hydroxylase, which catalyzes formation of norepinephrine from dopamine, requires Cu.

If hair Cu is in the normal range, this usually means tissue levels are in the normal range.  However, under circumstances of contamination, a real Cu deficit could appear as a (false) normal.  If symptoms of Cu deficiency are present, a whole blood or red blood cell elements analysis can be performed for confirmation of Cu status.

## Iron High

Hair Iron (Fe) levels do not correlate with Fe assimilation as determined by serum ferritin, Fe binding capacity, or transferrin saturation.  Hair Fe is not indicative of liver Fe loading disease, and hair Fe is not necessarily elevated with hemochromatosis.

Elevated hair Fe should be viewed only as a screening test result that may warrant further investigation to confirm or rule out Fe overload.  Hair Fe levels may also be elevated from bathing or washing in well water containing high levels of Fe.

Laboratory tests that are useful in assessing Fe status include:  serum Fe level, serum ferritin level, percent saturation of ferritin, and total Fe binding capacity ("TIBC").

© 1999-2017  Doctor's Data, Inc.

Lab number: **H170911-2330-1**          **Hair**                    Page: 7
Patient: **Shane Maddox Bruce**                                     Client: **35843**

---

### Manganese High

Hair Manganese (Mn) levels generally reflect exposure to Mn, but external contamination can influence hair Mn.  High hair Mn can be an artifact of contamination from:  permanent solutions, dyes, bleaches, and well water (containing high Mn).  These possibilities should be considered and ruled out before proceeding with therapies to alleviate excess Mn.

Mn is an essential element which is involved in the activation of many important enzymes.  However, Mn excess is postulated to result in glutathionyl radical formation, reduction of the free glutathione pool, and increased exposure of adrenal catecholamines (e.g. dopamine) to free radical damage.  Excess Mn causes degeneration of melanin-pitmented dopaminergic neurons which results in abnormally low levels of serotonin and dopamine in the brain.  This is hypothesized to be a reason behind the neurotoxic effects attributed to Mn overload.

The brain is particularly affected by Mn excess.  Symptoms or conditions consistent with excessive Mn include:  disorientation, memory loss, anxiety, hypotonia, abnormal gait, emotional instability, and bipolar-like behaviors (laughing and crying), aberrant or violent behaviors, and tremor or Parkinson-like symptoms.

Causes of Mn excess include:  occupational or environmental exposures, contaminated teas, MMT (gasoline additive), coal-fired power plants,contaminated drinking water, some street drugs (cocaine products), and smoking. Conditions predisposing to Mn excess are:  iron or calcium deficiency, chronic infection, and impaired liver function (e.g. biliary obstruction) or disease.  Mn excess is occasionally associated with alcoholism.

Confirmatory tests for Mn excess include whole blood and a comparison of urine Mn pre- and post Ca-EDTA.

### Cobalt High

Hair may be used for monitoring exposure to cobalt (Co).  However, hair is occasionally contaminated by external Co from some hair treatments.  If this individual's hair has been treated with permanent solutions, dyes, or bleach, the Co levels may not be indicative of internalization of excessive amounts of Co.

Humans absorb Co both as inorganic Co and as vitamin B-12; the body pools of each fluctuate independently.  Humans cannot convert inorganic Co to vitamin B-12, and vitamin B-12 provides the only documented function of Co in humans.  Thus, a high hair Co level does not mean that vitamin B-12 levels are high or even adequate.

The dietary content of Co is highly variable and depends upon types of foods eaten, geographical location, and type of soil.  Toxicity has been noted with ingestion of 250-400 mg/day.  Recent animal studies indicate that excess Co can cause marked impairment of myocardial metabolism that results in metabolic acidosis (Clin. Chem.; 43(6): 5192, 1997).  Symptoms of Co toxicity include weight loss, loss of appetite, electrolyte imbalance and decreased serum bicarbonate.

Hair analysis cannot be used to assess vitamin B-12 status.  Appropriate tests for determination of B-12 status are the measurement of urine levels of methylmalonic acid (elevated with B-12 coenzyme deficiency/dysfunction), quantitative blood assay for vitamin B-12, and urine amino acids analysis (several metabolic steps require vitamin B-12).

© 1999-2017   Doctor's Data, Inc.

## Vanadium High

High levels of Vanadium (V) in hair may be indicative of excess absorption of the element.  It is well established that excess V can have toxic effects in humans.  Although it appears that V may have essential functions, over zealous supplementation is not warranted.

Excess levels of V in the body can result from chronic consumption of fish, shrimp, crabs, and oysters derived from water near offshore oil rigs (Metals in Clinical and Analytical Chemistry, 1994).  Industrial/environmental sources of V include:  processing of mineral ores, phosphate fertilizers, combustion of oil and coal, production of steel, and chemicals used in the fixation of dyes and print.

Symptoms of V toxicity vary with chemical form and route of absorption.  Inhalation of excess V may produce respiratory irritation and bronchitis.  Excess ingestion of V can result in decreased appetite, depressed growth, diarrhea/gastrointestinal disturbances, nephrotoxic and hematotoxic effects.  Pallor, diarrhea, and green tongue are early signs of excess V and have been reported in human subjects consuming about 20 mg V/day (Modern Nutrition in Health and Disease, 8th edition, eds. Shils, M., Olson, J., and Mosha, S., 1994).

Confirmatory tests for excess V are red blood cell elements analysis, and urine V which reflects recent intake.

## Total Toxic Element Indication

The potentially toxic elements vary considerably with respect to their relative toxicities.
The accumulation of more than one of the most toxic elements may have synergistic adverse effects, even if the level of each individual element is not strikingly high.  Therefore, we present a total toxic element "score" which is estimated using a weighted average based upon relative toxicity.  For example, the combined presence of lead and mercury will give a higher total score than that of the combination of silver and beryllium.

© 1999-2017  Doctor's Data, Inc.

Test requistion # 581006 Physician : JILL  WALLNER

**The Great Plains Laboratory, Inc.**

*Exhibit A-1 Attachment 3*

LAB#: H180515-2183-1
PATIENT: Shane Bruce
SEX: Male
AGE: 47
CLIENT#: 24510

## Toxic & Essential Elements; Hair

### TOXIC METALS

| | | RESULT µg/g | REFERENCE INTERVAL | PERCENTILE 68th | 95th |
|---|---|---|---|---|---|
| Aluminum | (Al) | 11 | < 7.0 | | |
| Antimony | (Sb) | 0.028 | < 0.066 | | |
| Arsenic | (As) | 0.96 | < 0.080 | | |
| Barium | (Ba) | 0.55 | < 1.0 | | |
| Beryllium | (Be) | < 0.01 | < 0.020 | | |
| Bismuth | (Bi) | 0.005 | < 2.0 | | |
| Cadmium | (Cd) | 0.057 | < 0.065 | | |
| Lead | (Pb) | 0.45 | < 0.80 | | |
| Mercury | (Hg) | 0.09 | < 0.80 | | |
| Platinum | (Pt) | < 0.003 | < 0.005 | | |
| Thallium | (Tl) | < 0.001 | < 0.002 | | |
| Thorium | (Th) | 0.003 | < 0.002 | | |
| Uranium | (U) | 0.005 | < 0.060 | | |
| Nickel | (Ni) | 0.19 | < 0.20 | | |
| Silver | (Ag) | 0.05 | < 0.08 | | |
| Tin | (Sn) | 0.09 | < 0.30 | | |
| Titanium | (Ti) | 0.22 | < 0.60 | | |
| Total Toxic Representation | | | | | |

### ESSENTIAL AND OTHER ELEMENTS

| | | RESULT µg/g | REFERENCE INTERVAL | PERCENTILE 2.5th | 16th | 50th | 84th | 97.5th |
|---|---|---|---|---|---|---|---|---|
| Calcium | (Ca) | 264 | 200– 750 | | | | | |
| Magnesium | (Mg) | 50 | 25– 75 | | | | | |
| Sodium | (Na) | 150 | 20– 180 | | | | | |
| Potassium | (K) | 33 | 9– 80 | | | | | |
| Copper | (Cu) | 11 | 11– 30 | | | | | |
| Zinc | (Zn) | 110 | 130– 200 | | | | | |
| Manganese | (Mn) | 14 | 0.08– 0.50 | | | | | |
| Chromium | (Cr) | 0.51 | 0.40– 0.70 | | | | | |
| Vanadium | (V) | 0.068 | 0.018– 0.065 | | | | | |
| Molybdenum | (Mo) | 0.035 | 0.025– 0.060 | | | | | |
| Boron | (B) | 1.2 | 0.40– 3.0 | | | | | |
| Iodine | (I) | 0.79 | 0.25– 1.8 | | | | | |
| Lithium | (Li) | 0.012 | 0.007– 0.020 | | | | | |
| Phosphorus | (P) | 136 | 150– 220 | | | | | |
| Selenium | (Se) | 0.72 | 0.70– 1.2 | | | | | |
| Strontium | (Sr) | 0.95 | 0.30– 3.5 | | | | | |
| Sulfur | (S) | 45900 | 44000– 50000 | | | | | |
| Cobalt | (Co) | 0.039 | 0.004– 0.020 | | | | | |
| Iron | (Fe) | 19 | 7.0– 16 | | | | | |
| Germanium | (Ge) | 0.040 | 0.030– 0.040 | | | | | |
| Rubidium | (Rb) | 0.032 | 0.011– 0.12 | | | | | |
| Zirconium | (Zr) | 0.025 | 0.020– 0.44 | | | | | |

### SPECIMEN DATA

COMMENTS:

Date Collected: 05/10/2018
Date Received: 05/15/2018
Date Completed: 05/18/2018
Methodology: ICP/MS

Sample Size: 0.199 g
Sample Type: Head
Hair Color:
Treatment:
Shampoo:

### RATIOS

| ELEMENTS | RATIOS | RANGE |
|---|---|---|
| Ca/Mg | 5.28 | 4– 30 |
| Ca/P | 1.94 | 0.8– 8 |
| Na/K | 4.55 | 0.5– 10 |
| Zn/Cu | 10 | 4– 20 |
| Zn/Cd | > 999 | > 800 |

Analyzed by ©DOCTOR'S DATA, INC. • ADDRESS: 3755 Illinois Avenue, St. Charles, IL 60174-2420 / CLIA ID NO: 14D0646470 • LAB DIR: Erlo Roth, MD

581006

## EXHIBIT C

## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | **2:18-cv-02626-CJB-JCW** |
| "Deepwater Horizon" in the ) | **MDL 2179** |
| Gulf of Mexico, April 20, 2010 ) | **Section J** |
| In regard to: ) | |
| Shane Maddox Bruce ) | **JUDGE CARL J BARBIER** |
| V ) | |
| Great Britain, BP plc, et al ) | **MAG. JUDGE WILKINSON** |

### Complaint

As Complaint I incorporate fully the Amended Complaint the Plaintiff has filed in 2:18-cv-02626-CJB-JCW. If Defendants are to be joined or if BP plc is the single defendant as in any case of conspiracy if Defendants are severed their entire liability is carried to each docket severed even if doubled from the original, the original liabilities are carried to each severing to be determined in amount by Jury.

_____

Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

***Certificate of Service:*** I hereby certify that by the 3rd of October 2018, a true copy of the Sworn Statement Exhibit B and 3 attachments have been sent by First Class Mail to 3 parties:

| U.S. Court Eastern Louisiana Honorable Carl J. Barbier 500 Poydras Street, Room C-256 New Orleans, LA 70130 | Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 | Stephen J. Herman MDL 2179 Committee 820 O'Keefe Avenue New Orleans, LA 70133 |
|---|---|---|