# Rule Response Exhibit B - Gale Hohnadell's Amended Exhibit D Medical Summary

**EXHIBIT D**

Gale Hohnadell

| Date | Provider | DX | |
|---|---|---|---|
| | **QUESTION 37 PCP-** Dr. Calvin Blount 12607 US Highway 98, Destin, FL 32550 | pending medical records | |
| | **QUESTION 37 PCP-** Watson Alternative Health- 5536 Stewart Street, Milton, FL 32570 | pending medical records | |

| | |
|---|---|
| Symptoms | Headaches, gastrointestinal, URI, visual disturbances, hearing loss, vertigo, tinnitus, loss of balance, variable blood pressures, memory loss, brain fog, and other injuries as may be shown by further evidence |
| First Date of Treatment | Plaintiff does not recall; will supplement this response once medical records have been received. |

# RULE RESPONSE EXHIBIT B