# Rule Response Exhibit B - Jarvis Hooker's Amended Exhibit D Medical Summary

# Exhibit D (Amended)

**Name:** Hooker, Jarvis
**DOB:**

## MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS | AMOUNT |
|---|---|---|---|---|
| | Memorial Hospital<br>4500 13th St.<br>Gulfport, MS 39501 | Awaiting Medical Records | | |
| | Initial Symptoms | Headaches, sinus symptoms, nose bleeds, and other injuries as may be shown by further evidence | | |
| | Current Symptoms | Nosebleeds; nausea, headaches | | |
| | First Date of Treatment | Unknown; Plaintiff will supplement when medical records are received. Plaintiff did treat with home remedies and over-the-counter medications very shortly after the oil spill began and his symptoms started occurring. | | |

Question 37 (PCP):  None.

# RULE RESPONSE EXHIBIT B