# Rule Response Exhibit B – Alfonso Howze's Amended Exhibit D Medicals

# Exhibit D (Amended)

**Name:**  Howze, Alfonso
**Address:**  1128 Winchester Street – Stateline, MS 39362
**DOB:**

## MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS | AMOUNT |
|------|------------------|---------|-----------|--------|
|  | PCP (Question 37) | Dr. Wood<br>920 Matthew Drive Suite D<br>Waynesboro, MS 39367 | Medical records pending |  |
|  | Wayne General Hospital Home Health<br>920 Matthew Drive Suite A<br>Waynesboro, MS 39367 | Medical records pending |  |  |
|  | State Line Medical Center<br>256 Main Street State Line, MS 39362 | Medical records pending |  |  |
|  | Initial Symptoms | Headaches, nausea, abdominal cramps and pain, diarrhea, dizziness, nasal congestion and discharge, nausea, shortness of breath, throat irritation, vomiting, skin issues including rashes, irritation, dryness, itching, and welts, and other injuries as may be shown by further evidence |  |  |
|  | Current Symptoms | Rash, headaches, chest pain, breathing problems, and sore throat |  |  |
|  | First Date of Treatment | Unknown; Plaintiff will supplement this answer once medical records are received. Plaintiff did treat with home-remedies and over-the-counter medications on his own shortly after he began experiencing symptoms, which was shortly after the oil spill began. |  |  |

# RULE RESPONSE EXHIBIT B