# Rule Response Exhibit B - Christopher Kirkland's Amended Exhibit D Medicals

| Date | Medical Provider | Diagnosis | **DOCUMENTS RECEIVED** | **C/O ; PROCEDURES** |
|---|---|---|---|---|
| | Singing River Hospital<br>2809 Denny Ave.<br>Pascagoula, MS 39581 | Pending records | | |
| | Symptoms | Itching, skin irritation, blurry vision, runny eyes, red eyes, labored breathing, coughing, sinus problems, migraine headaches, and chest pain, among other | | |
| | First Date of Treatment | Unknown; Plaintiff will supplement this response once medical records come in. Plaintiff treated first shortly after he began working the oil spill at Singing River. | | |

Question 37 (PCP):  None

# RULE RESPONSE EXHIBIT B