# Rule Response Exhibit A - Katrina Scott's Submitted Particularized Statement of Claim

---

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
**FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:** Katrina Scott

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.     YOUR BACKGROUND INFORMATION**

1.      Current address:

        Address Line 1:   2816 Ridgeway Drive

        Address Line 2:   _____

        City:  Gautier                          State:  MS                  Zip:  39553

2.      Telephone number:   228-369-7811, 310-686-5979, 228-447-5237

3.      Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  None

4.      Date and Place of Birth: ██████████████

5.      Male_____     Female  X

6.  Each address (other than your current address) at which you have lived during the last ten
    (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A Attached. | |
| | |
| | |

7.  Employment Information:

    A.  Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last
        employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B Attached. | | | |
| | | | |
| | | | |
| | | | |

8.  Have you ever been out of work for more than thirty (30) days for reasons related to your
    health (other than pregnancy)?  Yes  X      No_____  If *"Yes,"* when were you out of work
    and why?  Plaintiff had to leave her job at the Shipyard due to significant problems with migraines,
    severe cough, and knee pains. She was out of work for approximately 8 months due to
    this.

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes__X____      No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_X_____          Offshore_____          Both_____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____          No__X____

12.     Did you handle hazardous materials as part of your cleanup work?

Yes__X____          No_____

13.     Please set forth the following information about your cleanup work:

A.      Your employer(s): _Including, but not limited to, Ashland Services, LLC.___

B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_Plaintiff does not recall any supervisors' names._____

C.      A description of the work performed for employer(s) identified in Question No. 13(A):_Picked up oil and oil-covered debris from beaches and islands.___

_____

D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _May to August of 2010 in the areas around Dauphin Island, Alabama_ and Pascagoula Beach, Mississippi.

_____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

Plaintiff does not recall any specifics.

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

Plaintiff does not recall seeing anyone other than her immediate supervisors.

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_X_____        No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____        No__X_____

16. List all address(es) at which you resided in 2010:_____

See Exhibit A attached.

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

_X_Bodily injury from exposure to oil and/or dispersants

_X___Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X__

19.    How were you exposed? (*Check all that apply*)

A.    Inhalation              Yes__X__        No_____

B.    Dermal (skin) contact     Yes__X__        No_____

C.    Ingestion              Yes__X__        No_____

D.    Other (please describe):  _____

20.    What was the date(s) of your exposure?    See response to Question 21.

Day: _____     Month: _____     Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous environmental/residential exposure from 4/20/2010 on, as well as continuous, personal exposure for 10-12 hours a day, 6-7 days per week, from May to August of 2010 in the areas around Dauphin Island, Alabama and Pascagoula Beach, Mississippi.

_____

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

See response to Question 21.

_____

_____

_____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

See Exhibit C attached.    Also, see response to Question 21.

_____

_____

24.     Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_ See Exhibit C attached. _____

_____

_____

25.     *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes <u>X</u>_____          No_____

26.     *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

 Plaintiff recalls having to go to the hospital from the beach one time after passing out. ____

_____

_____

**E.      NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.     For your non-exposure personal injury, please state:

A.      The nature of your injury:<u>  twisted her ankle                          </u>

B.      The date(s) of your injury:<u>  June 5, 2010                             </u>

C.      The location(s) of your injury:_____

D.      The work that you were performing when you sustained your injury:_____

_____

_____

E.      Identify any individual(s) who witnessed your injury:_____

_____

28.     Describe in as much detail as possible the circumstance(s) of your injury: _____

_____

_____

**F.**     **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

See Exhibit D attached.

_____

_____

30.     Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

See Exhibits C and D attached.

_____

_____

_____

_____

31.     On what date did you first report or seek treatment for your injury or illness:
See Exhibit D attached.

32.     On what date was your injury first diagnosed:_____

See Exhibit D attached.

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |

34.     Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35.     Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____  No  X____.  If "*Yes*,"

       A.      When? _____

       B.      Who diagnosed the injury (or condition) at that time? _____

                    _____

                    _____

       C.      Who treated the injury (or condition) at that time?_____

36.     Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

       Yes X____   No_____.  If "*Yes*,"

       A.      What date did you first experience such injury or condition?___ Approximately a month after beginning work cleaning up hazardous spill material.

       B.      What injury (or condition) was made worse? _____

            Hypertension _____

Case 2:10-md-02179-CJB-JCW   Document 24282-1   Filed 04/09/18   Page 10 of 27

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__   No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

See Exhibit E attached.
_____

_____

_____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____   No__X____

If "Yes":

A.      From whom did you receive this compensation or reimbursement?_____

_____

B.      When did you receive this compensation or reimbursement?_____

_____

C.      What was the amount of the compensation or reimbursement?_____

_____

## G.      CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____      No__X_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____      No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 04 / 23 , 2018

Location (City and State): Gautier, MS

_Signature of Plaintiff*_

***Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

Katrina Scott

Print Name

_____

Title/Position (*if signed on behalf of a business or other entity*)

**By no later than <u>Monday, July 9, 2018</u>, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

# EXHIBIT A
# Katrina Scott

2816 Ridgeway Drive
Gautier, MS 39553                                    2009 to Present

2911 5th Ave.
Los Angeles, CA 90011                                2008-2009

Katrina Scott

**Exhibit B - Question 7**

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Scarlet Pearl Casino | 9380 Central Ave., D'Iberville, MS 39540 | February to April 2018 | Cashier |
| Huntington Ingalls Industries | 1000 Jerry St. Pe Hwy., Pascagoula, MS 39581 | March to July 2017 | laborer |
| Ashland Services | 3260 Barataria Blvd., Marrero, LA 70072 | May to August 2010 | Beach Cleanup |

# Exhibit C
# Katrina Scott

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed cleaning oil and oil-covered debris from beaches and islands. Plaintiff worked closely with the hazardous material directly throughout her employment.  In Plaintiff's case, she was exposed a minimum 10-12 hours per day she worked in and around the beaches of Dauphin Island, Alabama and Pascagoula Beach, Mississippi.  Plaintiff began working oil clean-up from May 2010 through approximately August 2010.  Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement her responses to any of the questions within her Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, she is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support her position that the chemicals to which she was exposed on a daily basis caused her injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E*, et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E*, et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S*, et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated her and attributed her symptoms to toxic exposure, including, but not limited to, those who may be listed on Exhibit D; the fact that she had no substantially similar pre-existing

Page **2** of **3**                                                                                  **Katrina Scott**

health problems comparable to the ones she suffered, and continues to suffer, since her work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

# EXHIBIT D

**Plaintiff Name:**      Katrina Scott
**Plaintiff Address:**   2816 Ridgeway Dr., Gautier, MS 39553
**Plaintiff DOB:**       ████████

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS |
|---|---|---|---|
| 05/07/10 | South Coast Physicians<br>5907 US-90<br>Moss Point, MS 39563 | Follow-up for hypertension. Rx: Prinzide, Procardia. | Records, laboratory report |
| 05/10/10 | Fred's Pharmacy<br>1693 Hwy 90<br>Gautier, MS 39553 | Rx: clonidine, nifedipine. | Bills |
| 05/11/10 | South Coast Physicians | | Laboratory report |
| 06/05/10 | BP On-site Medic | C/o twisted ankle, slight swelling. 021: sprains, strains, tears. | Injury & Illness Database, MC252 Medical Chart Audit/Review Checklist, Preliminary HSSE Incident Report, MC252 Medic Data Entry Form, Medical Encounters Database |
| 06/05/10 | American Medical Response<br>530 S. Main St. Suite 1041<br>Akron, OH 44311 | C/o left ankle pain. | Records |
| 06/08/10 | BP On-site Medic | C/o dizziness, headache. 4141: headache. 132: hypertensive disease. "Blood pressure was at stroke level." | Preliminary HSSE Incident Report; MC252 Medical Chart Audit/Review Checklist, Medical Encounters Database |
| 06/08/10 | American Medical Response | Clinical impression: hypertensive crisis. Hx: hypertension. Patient "developed a severe headache." C/o severe headache, dizziness, blurred vision. | Bills, records |
| 06/08/10 | Radiologists, P.C.<br>PO Box 9369<br>Mobile, AL 36691 | | Bills |

**Katrina Scott**

| 06/08/10 | Mobile Emergency Group<br>PO Box 10583<br>Birmingham, AL 35202 | | Bills |
|---|---|---|---|
| 06/08/10 | Infirmary West<br>PO Box 2144<br>Mobile, AL 36652 | Event causing accident: sick doing oil cleanup. C/o headache, nausea, blurred vision, dizziness. Similar symptoms: every day. Hx: chronic daily headaches, frequent migraines, high blood pressure, diabetes. Clinical impression: headache, severe hypertension, anemia. | Bills, records, radiology report, ECG, laboratory report |
| 06/09/10 | Singing River Hospital<br>2809 Denny Ave.<br>Pascagoula, MS 39581 | C/o nausea and overheating. Hx: hypertension. Dx: nausea and vomiting, acute headache. Surgical hx: cholecystectomy. Social hx: non-smoker, "working with the oil cleanup endeavor." Rx: Fioricet, Phenergan. | Bills, records |
| 06/11/10 | Fred's Pharmacy | Rx: promethazine. | Bills |
| 07/14/10 | South Coast Physicians | C/o feet swelling, chronic shortness of breath. Hx: hypertension, noncompliance. Dx: hypertension, probable sleep apnea, hyperglycemia/prediabetes, echocardiogram. Rx: Prinzide, Procardia. | Records |
| 07/14/10 | Singing River Hospital | | Laboratory report, radiology report |
| 07/15/10 | Fred's Pharmacy | Rx: metoprolol, Lisinopril-hydrochlorothiazide, nifedipine. | Bills |
| 07/22/10 | The Heart Center<br>4300 Hospital St., Ste. 103<br>Pascagoula, MS 39581 | ECG conclusion: moderate concentric left ventricular hypertrophy, mild diastolic dysfunction. | ECG |
| 07/23/10 | South Coast Physicians | Follow-up for hypertension. Dx: hypertension, morbid obesity, probable sleep apnea, hyperglycemia/prediabetes, noncompliance. | Records |
| 08/03/10 | South Coast Physicians | C/o upper back pain. Dx: gynecomastia. | Records |
| 08/31/10 | Fred's Pharmacy | Rx: metoprolol, Lisinopril-hydrochlorothiazide, nifedipine. | Bills |
| 09/01/10 | Fred's Pharmacy | | Bills |
| 09/13/10 | Singing River Health System | Clinical dx: symptomatic macromastia. | Bills, pathology report |
| 09/16/10 | Ocean Springs Hospital<br>3109 Bienville Blvd.<br>Ocean Springs, MS 39564 | C/o right breast pain after breast reduction 3 days ago. Right breast aspiration. Hx: hypertension. Dx: right breast post-operative cellulitis, anemia. Rx: Levaquin, Bactrim, Lortab. Radiology report conclusion: generalized breast edema and | Records, laboratory report, radiology report, bills |

| | | erythema consistent with inflammatory change and possibly infection, small pocket of fluid likely reflecting seroma. | |
|---|---|---|---|
| 09/16/10 | Fred's Pharmacy | | Bills |
| 09/16/10-09/17/10 | Singing River Hospital | C/o redness, swelling to right side of breast after breast reduction, shortness of breath, chest pain. Hx: hypertension. Dx: Rx: Percocet. C/o chest wall pain. Impression: stomach cellulitis. Dx: acute chest wall cellulitis, relative hypotension compared to patient's baseline, possible early/warm sepsis, critical care. Admission to ICU at Ocean Springs Hospital. | Bills, records, laboratory report |
| 09/17/10-09/20/10 | Ocean Springs Hospital | C/o right breast cellulitis, possible abscess, possible sepsis. Hx: hypertension, anemia, cholecystectomy. Surgical hx: cholecystectomy, cesarean section (2), bilateral breast reduction. Social hx: non-smoker, non-drinker. Assessment: hypertension. Principal dx: postoperative infection. Secondary dx: seroma complicating a procedure, inflammatory disease of breast, other surgical operation with abnormal reaction/complication, essential hypertension. Incision & drainage of hematoma, seroma or fluid coil. Assessment: status post breast reduction with incision and drainage of possible abscess versus hematoma, hypertension, deep venous thrombosis prophylaxis with surgical compression devices, TEDs, and ambulation. Assessment: possible breast abscess status post incision & drainage of the right breast, hypertension, constipation, recent breast reduction surgery. | Records, bills |
| 09/22/10 | South Coast Physicians | C/o nausea, not sleeping well, discomfort after breast reduction, weakness. Dx: weakness, postoperative breast reduction, probable sleep apnea, obesity, hyperglycemia/prediabetes. | Records |
| 09/25/10 | Singing River Hospital | C/o vomiting, recent breast reduction with postoperative complications. Hx: hypertension, breast reduction surgery. Dx: nausea and vomiting. Social hx: non-smoker. Clinical impression: nausea and vomiting, status post preast reduction surgery. Rx: Pepcid, Phenergan, ferrous sulfate. | Records, laboratory report, radiology report, bills |
| 09/27/10 | Fred's Pharmacy | Rx: famotidine, promethazine, ferrous sulfate. | Records |

**Katrina Scott**

| | | | |
|---|---|---|---|
| 10/05/10 | GulfShore Medical Consultants, P.A.<br>22A Doctors Drive<br>Ocean Springs, MS 39564 | C/o obstructive sleep apnea. Hx: anemia, hypertension. Social hx: never smoker, never drinker. Dx: hypersomnolence, snoring, hypertension. Health status: hypersomnolence, snoring, hypertension. | Records |
| 10/12/10 | Ocean Springs Hospital | C/o burning in vaginal area, having problems since catheterization. Social hx: non-smoker, non-drinker. Hx: breast reduction (September 13), hypertension, cholecystectomy. Surgical hx: 2 c-sections, bilateral breast reduction. Dx: acute UTI, acute genital herpes. Rx: phenazopyridine, acyclovir, ciproflaxin, fluconazole. | Records, laboratory report, bills |
| 10/13/10 | Fred's Pharmacy | Rx: acyclovir, ciprofloxacin, fluconazole. | Bills |
| 10/25/10 | Fred's Pharmacy | Rx: Lisinopril-hydrochlorothiazide, metoprolol. | Bills |
| 10/27/10 | Neuroscience Sleep Center<br>3612 Groveland Rd.<br>Ocean Springs, MS | C/o loud snoring and daytime hypersomnolence. Sleep study. Impression: mild obstructive/hypopneic sleep apnea. | Records, bills |
| 11/05/10 | South Coast Physicians | Follow-up for weakness. Dx: weakness, postoperative breast reduction, hypertension, suspected obstructive sleep apnea, obesity, history of prediabetes. | Records |
| 11/09/10 | South Coast Physicians | | Laboratory report |
| 03/02/11 | Fred's Pharmacy | Rx: metoprolol, Lisinopril-hydrochlorothiazide. | Bills |
| 06/15/11-06/16/11 | Singing River Hospital | C/o headache, chest tightness, nausea, sweatiness, fatigue, fainting. Hx: hypertension, diabetes, breast reduction. Surgical hx: breast reduction, cholecystectomy, 2 c-sections. Social hx: non-smoker, non-drinker Assessment: chest pain, migraine headache.. Dx: acute chest pain, hypertension, headache. Rx: Lisinopril-hydrochlorothiazide, metoprolol, enalapril. Final dx: atypical chest pain, probable migraine headache syndrome, hypertension. | ECG, prescription, records, laboratory report, radiology report, stress test report, bills |
| 06/16/11 | Fred's Pharmacy | Rx: metoprolol, Lisinopril-hydrochlorothiazide, enalapril. | Bills |
| 06/20/11 | Fred's Pharmacy | Rx: amoxicillin. | Bills |
| 07/05/11 | South Coast Physicians | Hospital follow-up. C/o headaches. Dx: hypertension, headaches, obstructive sleep apnea, obesity, history of pre-diabetes. Rx: Procardia. | Records, laboratory report |
| 07/05/11 | Southern Diagnostic Laboratories<br>2732 7th Ave. South<br>Birmingham, AL 35233 | | Laboratory report |

**Katrina Scott**

| 07/06/11 | Fred's Pharmacy | | Bills |
|---|---|---|---|
| 08/18/11 | Fred's Pharmacy | Rx: metoprolol, Lisinopril-hydrochlorothiazide, nifedipine. | Bills |
| 09/30/11 | Fred's Pharmacy | Rx: metoprolol, Lisinopril-hydrochlorothiazide. | Bills |
| 10/14/11 | South Coast Physicians | Follow-up for hypertension. C/o headaches. Dx: hypertension, chronic headaches, obstructive sleep apnea, obesity, history of prediabetes. Rx: Procardia. | Records |
| 11/14/11 | Fred's Pharmacy | Rx: Lisinopril-hydrochlorothiazide. | Bills |
| 12/02/11 | South Coast Physicians | Follow-up for blood pressure. C/o headaches, feeling miserable. Dx: Hypertension, headaches, obstructive sleep apnea, obesity, history of prediabetes, iron deficiency. Rx: Bystolic, Prinzide. | Records, laboratory report |
| 02/23/12 | Singing River Hospital | | Bills |
| 03/05/12 | Singing River Hospital | C/o allergic reaction. Hx: hypertension, diabetes mellitus. Dx: angioedema of the lower lip. | Records, bills |
| 03/06/12 | South Coast Physicians | Follow-up for high blood pressure. Dx: hypertension, type 2 diabetes, obstructive sleep apnea, obesity, history of iron deficiency, headaches. Rx: Bystolic, metformin. | Records, laboratory report |
| 03/19/12 | Singing River Hospital | C/o chest heaviness, weakness, dizziness, blurred vision, palpitations. Hx: hypertension, non-insulin dependent diabetes. Social hx: denies tobacco and alcohol. Dx; hypokalemia, generalized weakness. Rx: potassium. ECG: abnormal. | Records, laboratory report, ECG, cytology report, bills |
| 03/23/12 | South Coast Physicians | C/o fatigue, hospital follow-up. Dx: hypokalemia, hypertension, type 2 diabetes, chronic headaches, obesity, obstructive sleep apnea, hematuria. | Records, laboratory report |
| 03/23/12 | Solstas Lab Partners 2732 7th Ave. South Birmingham, AL 35233 | | Laboratory report |
| 03/26/12 | South Coast Physicians | | Laboratory report |
| 03/26/12 | Singing River Hospital | | Cytology report, bills |
| 03/26/12 | Solstas Lab Partners | | Laboratory report |
| 03/30/12 | South Coast Physicians | | Laboratory report |
| 07/13/12 | Singing River Hospital | C/o headache, dizziness, general weakness, diarrhea. Hx: hypertension, diabetes mellitus. Surgical hx: cholecystectomy, cesarean section (2), reduction | Records, laboratory report, bills |

| | | | |
|---|---|---|---|
| | | mammoplasty. Social hx: never smoker, non-drinker. Final impression: urinary tract infection, diarrhea, hypokalemia. Rx: Keflex, potassium. Final dx: urinary tract infection, diarrhea, hypopotassemia, dizziness and giddiness, unspecified essential hypertension, type 2 or unspecified diabetes mellitus. | |
| 11/02/12 | South Coast Physicians | C/o recheck and refills. Hx: type 2 diabetes, hypertension, obesity, obstructive sleep apnea, chronic headaches. Assessment: type 2 diabetes, hypertension, chronic headaches, obesity, obstructive sleep apnea. | Bills, records |
| 11/05/12 | South Coast Physicians | | Bills |
| 12/10/12 | Singing River Hospital | C/o nausea, vomiting, diarrhea. Hx: hypertension, diabetes mellitus. Surgical hx: cholecystectomy, cesarean section (2), reduction mammoplasty. Social hx: never smoker, non-drinker. Dx: gastroenteritis, nausea, vomiting, diarrhea. Final dx: abdominal pain, gastroenteritis and colitis, nausea with vomiting, unspecified essential hypertension, type 2 diabetes mellitus. | Records, bills |
| 06/09/13 | Singing River Hospital | C/o frontal headache, dizziness. Hx: hypertension, diabetes mellitus. Surgical hx: cholecystectomy, cesarean section (2), reduction mammoplasty. Social hx: never smoker, non-drinker. Dx: acute headache, hypertension. Final dx: headache, unspecified essential hypertension, diabetes mellitus type 2. | Records, bills |
| 11/19/13 | South Coast Physicians | Follow-up for hypertension. Active problems: hypertension, morbid obesity. Hx: history of noncompliance with diet, exercise program, medications, therapy. Surgical hx: cholecystectomy. Social hx: never drinker, never smoker. Assessment: back pain, diabetes mellitus, hypertension. Rx: metformin, hydrochlorothiazide, nifedipine. | Bills, records, laboratory report |
| 07/22/14 | South Coast Physicians | Follow-up for hypertension. Active problems: backache, hypertension, morbid obesity, type 2 diabetes mellitus. Hx: history of noncompliance with diet, exercise program, medications, noncompliance with treatment. Surgical hx: cholecystectomy. Social hx: never drinker, never smoker. | Bills, records, laboratory report |

| | | Assessment: hypertension, type 2 diabetes mellitus. Rx: irbesartan-hydrochlorothiazide. | |
|---|---|---|---|
| 11/04/14 | South Coast Physicians | Follow-up for diabetes and weight loss. Active problems: backache, hypertension, morbid obesity, type 2 diabetes mellitus. Hx: history of noncompliance with diet, exercise programs, medications, noncompliance with treatment. Surgical hx: cholecystectomy. Social hx: never smoker, never drinker. Assessment: type 2 diabetes mellitus. Rx: Victoza. | Bills, records |
| 02/13/15 | South Coast Physicians | Follow-up for weight loss, diabetes. Active problems: backache, hypertension, morbid obesity, type 2 diabetes mellitus. Hx: history of noncompliance with diet, exercise program, medications, noncompliance with treatment. Surgical hx: cholecystectomy. Social hx: never drinker, never smoker. Assessment: type 2 diabetes mellitus, hypertension. Rx: Avalide, Farxiga. | Bills, records, laboratory report |
| 04/02/15 | South Coast Physicians | C/o headaches, weight gain, yeast infection, depression, physical therapy. Active problems: backache, hypertension, morbid obesity, type 2 diabetes mellitus. Hx: history of noncompliance with diet, exercise program, modifications, noncompliance with treatment. Social hx: never drinker, never smoker. Assessment: yeast vaginitis, depression, neck pain, type 2 diabetes mellitus. Rx: Duloxetine, Fluconazole. | Bills, records |
| | Dr. Michael J. Christie 147 Reynoir St., # 102 Biloxi, MS 39530 | PCP; need records | |
| | Dr. William J. Evans 3603 Bienveille Blvd., Ste 102 Ocean Springs, MS 39564 | PCP for migraines; need records | |

## CLEANUP EMPLOYMENT

| **EMPLOYERS ASSOCIATED WITH CLEANUP WORK** | Ashland Services |
|---|---|
| **JOB DUTIES** | Picked up oil and oil-covered debris from beaches and islands; waded in water and scooped out of water |
| **DATES OF CLEANUP EMPLOYMENT** | May 2010 to August 2010 |

| **SYMPTOMS** | Skin irritation, rashes, skin infections, headaches, shortness of breath, chest pain, dizziness, nausea, vomiting, diarrhea, loss of appetite |
| --- | --- |

# EXHIBIT E
# Katrina Scott
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of her physical and mental injuries as detailed in her Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during her employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than two million ($2,000,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.