# Rule Response Exhibit B – Andrea Summers' Amended PTO 66 Exhibit D Medical

**EXHIBIT D (Amended)**     Andrea Summers

| Date | Medical Provider | Diagnosis | DOCUMENTS REC'D | |
|---|---|---|---|---|
| 9/12/2010 | SINGING RIVER HEALTH SYSTEM | Worked for the oil spill. General weakness with associated dizziness with apparent spontaneous resolution-etiology unclear, but most likely secondary to mild heat exhaustion | Medical records | Headache, feeling weak |
| 3/6/12/2012 | SINGING RIVER HEALTH SYSTEM | no records | Medical records | |
| 6/30/2012 | SINGING RIVER HEALTH SYSTEM | no records | Medical records | |
| 12/18/2012 | SINGING RIVER HEALTH SYSTEM | Pneumonia; Chest pain on breathing | Medical records | 2 x left sided chest pain, sore throat with cough and mild hemoptysis |
| 5/25/2014 | SINGING RIVER HEALTH SYSTEM | Left shoulder pain; | Medical records | |
| 9/22/2014 | SINGING RIVER HEALTH SYSTEM | Cough; Wheezing on auscultation | Medical records | Cough, causes him to get N/V, generalized body aches |

| | | | | |
|---|---|---|---|---|
| 9/19/2015 | SINGING RIVER HEALTH SYSTEM | Acute Bronchitis; smoking cessation | Medical records | Nasal congestion 2x, URI |
| 1/10/2016 | SINGING RIVER HEALTH SYSTEM | Foreign body in ear, right, intial encounter | Medical records | feels something crawling in ear |
| 2/29/2016 | SINGING RIVER HEALTH SYSTEM | Diarrhea; Acute nonintractable headache, unspecified headache type | Medical records | Headache, abdominal pain |
| | No Primary Care Physician | | | |
| | First Date of Treatment | 9/12/2010 | | |
| | Full Symptoms | headache, dizziness, itchy, skin irritation, rash, eye irritation and other injuries as may be shown by further evidence | | |

**RULE RESPONSE EXHIBIT B**