# Rule Response Exhibit B - Anthony Sunseri's Amended Medical Exhibit D

## EXHIBIT D (Amended)     Anthony Sunseri

| Date | Medical Provider | Diagnosis | DOCUMENTS REC'D | |
|---|---|---|---|---|
| PCP | Dr. Robert Ryan East Jefferson Family Practice | 4228 Houma Blvd. ste 400 Metairie, LA 70002 | Awaiting records | |
| | | | | |
| | | | | |
| | First Date of Treatment | Unknown; Plaintiff will supplement this response once medical records are received. | | |
| | | | | |
| | Symptoms | Began after approximately 48 hours of exposure. Plaintiff began experiencing rashes, diarrhea, nausea, dizziness, vomiting and other injuries as may be shown by further evidence | | |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **RULE RESPONSE EXHIBIT B** |  |  |  |