# Rule Response Exhibit A – Danny Triplett's Submitted Particularized Statement of Claim

| |
|---|
| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>**Civil Action No. 10-MD-2179-CJB-SS**<br><br>**PTO 66 PARTICULARIZED STATEMENT OF CLAIM<br>FOR REMAINING B3 PLAINTIFFS** |

**PLAINTIFF'S FULL NAME:** Danny Triplett

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.     YOUR BACKGROUND INFORMATION**

1.     Current address:

Address Line 1:     11353 South Pine Drive

Address Line 2: _____

City: Gulfport          State: MS          Zip: 39503

2.     Telephone number: 228-832-8885

3.     Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____

4.     Date and Place of Birth: ████████████ _____

5.     Male___ X ___     Female_____

6.      Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A | |
| | |
| | |

7.      Employment Information:

   A.      Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B | | | |
| | | | |
| | | | |
| | | | |

8.      Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____  No__X___  If "Yes," when were you out of work and why? _____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes___X___          No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____          Offshore_____          Both___X___

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____          No___X___

12.     Did you handle hazardous materials as part of your cleanup work?

Yes___X___          No_____

13.     Please set forth the following information about your cleanup work:

A.      Your employer(s): _Including, but not limited to T.L. Wallace; Express Service_

B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_Rick Nunn_____

C.      A description of the work performed for employer(s) identified in Question No. 13(A):_van driver, cleaned up oil off islands, waded in water to retrive oil_

_____

D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_See Exhibit C_____

_____

E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

Plaintiff does not recall the names of any specific vessels or facilities.
_____

F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

Plaintiff does not recall
_____

**2.    Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes___X___      No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____      No__X____

16.   List all address(es) at which you resided in 2010:_____

See Exhibit A
_____

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

___X___Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both_X_____

19.     How were you exposed? (*Check all that apply*)

A.     Inhalation                Yes_X_____     No_____

B.     Dermal (skin) contact     Yes_X_____     No_____

C.     Ingestion                 Yes_X_____     No_____

D.     Other (please describe):    ____Ocular_____

20.     What was the date(s) of your exposure?    See Exhibit C

Day: _____     Month: _____     Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous environmental/residential exposure beginning on or about 4/20/10 as well as continuous, direct, personal exposure to both oil and dispersants, for 12+ hours per day, 5-7 days per week, from June 2010 to January 2011, in the areas including but not limited to Cat Island, Horn Island, and Ship Island, Point Caden, and Biloxi, MS.

_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

See Answer to 21 and Exhibit C
_____

_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

See Answer to 21 and Exhibit C
_____

_____

_____

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

      See Exhibit C _____

      _____

      _____

25.   *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

      Yes _X____          No_____

26.   *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

      1/7/2011, Rick Nunn. See Exhibit D also. _____

      _____

      _____

**E.   NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.   For your non-exposure personal injury, please state:

      A.   The nature of your injury:____N/A_____

      B.   The date(s) of your injury:_____

      C.   The location(s) of your injury:_____

      D.   The work that you were performing when you sustained your injury:_____

           _____


           _____

      E.   Identify any individual(s) who witnessed your injury:_____

           _____

28.   Describe in as much detail as possible the circumstance(s) of your injury: _____

      _____

      _____

      _____

**F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.    Describe in as much detail as possible the bodily injury (or medical condition) that you
        claim resulted from the spill or your cleanup work in response to the oil spill: _____

        See Exhibit D
        _____

        _____

        _____

30.    Please explain how your injury (or medical condition) resulted from the spill or your
        cleanup work in response to the oil spill:

        See Exhibits C and D
        _____

        _____

        _____

        _____

        _____

31.    On what date did you first report or seek treatment for your injury or illness:
        See Exhibit D
        _____

32.    On what date was your injury first diagnosed:_____

        _____

33.    Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or
        condition):

| Name | Address |
|------|---------|
|      | See Exhibit D |
|      |         |

34.  Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      | See Exhibit D |
|      |         |
|      |         |
|      |         |

35.  Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes __X____ No _____. If "*Yes*,"

   A.  When? _____around 2004_____

   B.  Who diagnosed the injury (or condition) at that time? _____
   ___Plaintiff does not recall_____

   _____

   C.  Who treated the injury (or condition) at that time? Plaintiff does not recall_____

36.  Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes __X__ No_____. If "*Yes*,"

   A.  What date did you first experience such injury or condition? __At least by 8/2011__

   B.  What injury (or condition) was made worse? __Hypertension._____
   __Plaintiff was not allowed to work again due to extremely high blood pressure during his physical in 8/2011.

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|  | See Exhibit D |
|  |  |
|  |  |
|  |  |
|  |  |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

                    Yes  X         No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

        See Exhibit E _____

        _____

        _____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

        Yes_____  No   X   

        If "Yes":

        A.      From whom did you receive this compensation or reimbursement?_____

                _____

B.      When did you receive this compensation or reimbursement?_____

_____

C.      What was the amount of the compensation or reimbursement?_____

_____

**G.      CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.*)

41.     Is your claim based on a breach of contract?

Yes_____        No___X___

42.     Was the contract that you claim was breached made as part of the VoO Program?

Yes_____        No_____

43.     Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.     Describe how the contract was breached:_____

_____

_____

45.     *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.     *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44
       caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _April 16_, 2018

Location (City and State): _Gulfport MS._

_Donny Lee Triplett_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_Danny Lee Triplett_
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

Danny Triplett

**Exhibit A - Question 6**

| Address | Dates of Residence |
|---|---|
| 1338 Ashville Dr. Memphis, TN | 2008 to 2009 |
| 11353 South Pine Drive Gulfport, MS 39503 | 2009 to present |

Danny Triplett

**Exhibit B - Question 7**

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| City of Gulfport | 1410 24th St. Gulfport, MS] | 6/2013 to present | Center corrdinator |
| Wallace - Eutaw, LLC | 1800 HWY 25TH AVENUEGULFPORT MS | 12/2010 to 7/2011 | Oil spill clean up |
| Express Employment | 979 Tommy Munro Dr, Biloxi, MS 39532 | 6/2010 to 11/2010 | Oil spill clean up |
| Andy Frain Security | 191 Beale Street Memphis, TN  38103 | 2006 to 10/2009 | Security officer |

# Exhibit C
# Danny Triplett

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day Plaintiff was employed in the Deepwater Horizon disaster relief efforts as an oil recovery technician, removing oil/dispersant-covered debris and cleaning rocks and such from the beaches along the impacted coast of MS and occasionally driving a van. Plaintiff had direct exposure to these chemicals from June of 2010 until January of 2011, typically working 10-12 hours per day, 5-7 days per week.  Plaintiff worked mainly along the impacted beaches and barrier islands off the coast of Gulfport, MS, as well as Biloxi, MS.  Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support the allegations that the chemicals to which he was exposed on a daily basis caused his injuries:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons.* New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components. 7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated him and attributed his symptoms to toxic exposure, including, but not limited to,

those who may be listed on Exhibit D; the fact that he had no substantially similar pre-existing health problems comparable to the ones he has suffered, and continues to suffer, since his work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

DANNY TRIPLETT

11353 SOUTH PINE DR.
GULFPORT, MS 39503

| | DANNY TRIPLETT | **EXHIBIT D** | |
|---|---|---|---|
| **Date** | **Medical Provider** | **Diagnosis** | **Documents Received** |
| 1/7/2011 | FIELD MEDIC | EYES WERE FLUSHED AND WORKER WAS RTW | DATA DISCLOSRUE REPORT |
| 1/4/2012 | MEMORIAL PHYSICAN CLINIC | ACUTE SINUSITIS, HYPERTENSION | Medical Records |
| 5/4/2012 | METAMETRIX CLINICAL LAB | ALL PERCENTILE BELOW 75 PERCENTILE | |
| 8/5/2013 | MEDICAL ANALYSIS HOLLY CHAUVIN MD | HTN | Medical Records |
| 8/21/2013 | MEDICAL ANALYSIS HOLLY CHAUVIN MD | HTN | Medical Records |
| 8/26/2013 | MEDICAL ANALYSIS HOLLY CHAUVIN MD | HTN | Medical Records |
| 8/28/2013 | MEDICAL ANALYSIS HOLLY CHAUVIN MD | HEALTH MAINTENANCE | Medical Records |
| 9/5/2013 | MEDICAL ANALYSIS HOLLY CHAUVIN MD | HTN | Medical Records |
| 9/24/2013 | MEDICAL ANALYSIS HOLLY CHAUVIN MD | HTN | Medical Records |
| 10/10/2013 | MEDICAL ANALYSIS HOLLY CHAUVIN MD | HTN | Medical Records |
| 10/15/2013 | T. PAUL MACE M. D., FACS | LOWER BACK PAIN | MEDICAL RECORDS |
| 12/14/2014 | GARDEN PARK ER | FISH BONE IN ESOPHAGUS | BILLING RECORDS |
| 12/15/2014 | GULF SOUTH SURGERY CENTER, LLC | THROAT PAIN; DYSPHAGIA PROCEDURE: DIRECT LARYNGOSCOPY ESOPHAGOSCOPY REMOVAL OF ESOPHAGEAL FOREIGN BODY | Medical Records |
| 12/22/2014 | GULF SOUTH SURGERY CENTER, LLC | GERD, PHARYNY | Medical Records |
| 7/13/2015 | DR. HAMILTON | OTHER CHRONIC SINUSITIS; CHRONIC RHINITIS; POSSIBLE EXPOSURE TO POTENTIALLY HAZARDOUS SUBSTANCES. TOXIC EFFECT OF PETROLEUM PRODUCTS, ACCIDENTAL ; TOXIC EFFECTS OF OTHER ORGANIC SOLVENTS, ACCIDENTAL (UNINTENTIONAL), INITIAL ENCOUNTER | |
| 9/15/2015 | MEMORIAL HOSPITAL AT GULFPORT | WOUND ON ARM, RIGHT LOWER | Medical Records |
| 9/15/2015 | DERMATOLOGY CLINIC | DERMATITIS | Medical Records |
| 9/15/2015 | MIRACA LIFE SCIENCES | LYMPHOMATOID PAPULOSIS | Medical Records |
| 10/19/2015 | TULANE MEDICAL CENTER | LYMPHOMATOID PAPULOSIS | Medical Records |
| 10/22/2015 | DERMATOLOGY CLINIC | DERMATITIS | Medical Records |
| 8/29/2016 | DR. HAMILTON | OTHER CHRONIC SINUSITIS; CHRONIC RHINITIS; TOXIC EFFECT OF PETROLEUM PRODUCTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTER ; TOXIC EFFECTS OF OTHER ORGANIC SOLVENTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTER | |

DANNY TRIPLETT  11353 SOUTH PINE DR.  DOB 5/5/1958
GULFPORT, MS 39503  LAST FOUR OF SS# 5786

| Date | Provider | Diagnosis | |
|---|---|---|---|
| 10/11/2016 | DR. HAMILTON | TOXIC EFFECT OF PETROLEUM PRODUCTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTER ; TOXIC EFFECTS OF OTHER ORGANIC SOLVENTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTEROTHER;  CHRONIC RHINITIS; CHRONIC FRONTAL SINUSITIS; DERMATITIS, UNSPECIFIED | |
| 11/29/2016 | DR. HAMILTON | TOXIC EFFECT OF PETROLEUM PRODUCTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTER ; TOXIC EFFECTS OF OTHER ORGANIC SOLVENTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTEROTHER;  CHRONIC RHINITIS; CHRONIC FRONTAL SINUSITIS | |
| 1/10/2017 | DR. HAMILTON | TOXIC EFFECT OF PETROLEUM PRODUCTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTER ; TOXIC EFFECTS OF OTHER ORGANIC SOLVENTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTEROTHER;  CHRONIC RHINITIS; CHRONIC FRONTAL SINUSITIS; DERMATITIS, UNSPECIFIED | |
| 2/21/2017 | DR. HAMILTON | TOXIC EFFECT OF PETROLEUM PRODUCTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTER ; TOXIC EFFECTS OF OTHER ORGANIC SOLVENTS, ACCIDENTAL (UNINTENTIONAL), SUBSEQUENT ENCOUNTEROTHER;  CHRONIC RHINITIS; CHRONIC FRONTAL SINUSITIS; DERMATITIS, UNSPECIFIED | |
| | Mr. Triplette continues to treat with Dr. Hamilton | | |
| | | | |
| PCP: | Infirmary Occupational Health PC (Dr. Hamilton) | 305 North Water St. Mobile, AL 36602 | |
| | Dermatology Clinic | 11295 E Taylor Rd Gulfport, MS 39503 | |
| | GULF SOUTH SURGERY CENTER, LLC | 1206 31st Ave, Gulfport, MS 39501 | |
| | Tulane Medical Center | 1415 Tulane Ave | New Orleans, LA 70 |
| | MEMORIAL HOSPITAL AT GULFPORT | 4500 13th St, Gulfport, MS 39501 | |
| | **Garden Park Medical Center** | 15200 Community Rd, Gulfport, MS 39503 | |
| | **Medical Analysis** | 3310 17th St, Gulfport, MS 39501 | |
| | MEMORIAL PHYSICAN CLINIC | 4300B W Railroad St, Gulfport, MS 39501 | |
| PCP: | Dr Eugene McNally | 305 Cowan Rd., Gulfport, MS 39507 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# EXHIBIT E
# Danny Triplett
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during his employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Six Hundred Fifty Thousand ($650,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.