# Rule Response Exhibit A – Terry Weathersby's Submitted Particularized Statement of Claim

> **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
> **Civil Action No. 10-MD-2179-CJB-SS**
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
> **FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Terry Weathersby

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**:  Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity.  If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.     YOUR BACKGROUND INFORMATION**

1.      Current address:

Address Line 1:  6520 Suncope Dr.

Address Line 2:  _____

City:  Ocean Springs          State:  MS          Zip:  39564

2.      Telephone number:  228-354-8380

3.      Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  _____

4.      Date and Place of Birth:  ██████████ _____

5.      Male  X          Female _____

6.    Each address (other than your current address) at which you have lived during the last ten
      (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A | |
| | |
| | |

7.    Employment Information:

      A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last
            employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B | | | |
| | | | |
| | | | |
| | | | |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your
      health (other than pregnancy)?  Yes __X__ No _____ If "Yes," when were you out of work
      and why?  __Plaintiff has been unable to work since 2010 due to a diagnosis of schizophrenia
      and dementia in 2015.__

**B.**     **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.     Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

       Yes___X___        No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

       Onshore_____        Offshore_____        Both__X___

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

       Yes_____        No__X____

12.     Did you handle hazardous materials as part of your cleanup work?

       Yes__X___        No_____

13.     Please set forth the following information about your cleanup work:

    A.     Your employer(s): Including but not limited to Ameriforce

    B.     Your supervisor(s) at the employer(s) identified in Question No. 13(A):

       Plaintiff does not recall

    C.     A description of the work performed for employer(s) identified in Question No. 13(A):  Cleaned oil, dispersants, tar balls and oil/dispersant-covered debris from impacted beaches

    D.     The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):  See Exhibit C

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

_____Plaintiff does not recall_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

_____None_____

**2.   Residents/Tourists**

14.  Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes___X___   No_____

15.  Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____   No___X___

16.  List all address(es) at which you resided in 2010: _____

_____See Exhibit A_____

**C.   INFORMATION ABOUT YOUR B3 CLAIM**

17.  Are you claiming that you suffered damages from (*Check all that apply*):

___X___ Bodily injury from exposure to oil and/or dispersants

_____ Bodily injury other than from exposure to oil and/or dispersants

_____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil_____                    Dispersants_____                    Both__X__

19.    How were you exposed? (*Check all that apply*)

A.    Inhalation                    Yes_X____        No_____

B.    Dermal (skin) contact        Yes_X____        No_____

C.    Ingestion                    Yes_X____        No_____

D.    Other (please describe):    _____

20.    What was the date(s) of your exposure?    See Answer to 21 and Exhibit C

Day: _____    Month: _____    Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_Continuous environmental/residential exposure beginning on or about 4/20/10 as well as continuous, personal, direct exposure to both oil and dispersants from approximately 5/2010 to 7/2010, for 10 to 12 hours per day, 5 to 7 days per week, in the areas including, but not limited to, Pascougla, MS and Mobile,AL._

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_See Answer to 21 and Exhibit C_

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_See Answer to 21 and Exhibit C_

24.    Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

 See Exhibit C _____

_____

_____

25.    *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____          No<u> X </u>_____

26.    *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

Reporting an exposure was unnecessary, because Plaintiff's job, by its very nature, necessitated her personal, direct, continuous exposure to the hazardous chemicals involved in the cleanup operation of ~~the BP Deepwater Horizon disaster.~~_____

_____

**E.      NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.    For your non-exposure personal injury, please state:

    A.      The nature of your injury:<u>N/A</u>_____

    B.      The date(s) of your injury:_____

    C.      The location(s) of your injury:_____

    D.      The work that you were performing when you sustained your injury:_____

_____

_____

    E.      Identify any individual(s) who witnessed your injury:_____

_____

28.    Describe in as much detail as possible the circumstance(s) of your injury: _____

_____

_____

_____

**F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you
        claim resulted from the spill or your cleanup work in response to the oil spill: _____

        See Exhibit D
        _____

        _____

        _____

30.     Please explain how your injury (or medical condition) resulted from the spill or your
        cleanup work in response to the oil spill:

        See Exhibits C and D
        _____

        _____

        _____

        _____

        _____

31.     On what date did you first report or seek treatment for your injury or illness:
        See Exhibit D
        _____

32.     On what date was your injury first diagnosed:_____

        See Exhibit D
        _____

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or
        condition):

| Name | Address |
|------|---------|
|  | See Exhibit D |
|  |  |

34.    Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| | See Exhibit D |
| | |
| | |
| | |

35.    Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____   No _____.  If "*Yes*,"

      A.    When? _____

      B.    Who diagnosed the injury (or condition) at that time? _____

           _____

           _____

      C.    Who treated the injury (or condition) at that time? _____

36.    Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

      Yes _____   No _X____.  If "*Yes*,"

      A.    What date did you first experience such injury or condition?_____

      B.    What injury (or condition) was made worse? _____

           _____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|      | See Exhibit D |
|      |         |
|      |         |
|      |         |
|      |         |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

           Yes __X__     No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

           ____See Exhibit E_____

           _____

           _____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

           Yes_____   No__X____

           If "Yes":

           A.     From whom did you receive this compensation or reimbursement?_____

                  _____

B.     When did you receive this compensation or reimbursement?_____

_____

C.     What was the amount of the compensation or reimbursement?_____

_____

## G.   CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____     No___X___

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____     No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _May 25_ , 2018

Location (City and State): _Biloxi, MS_

_____     Torry Weathersby
Signature of Plaintiff*

*Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_____
Print Name

_____
Title/Position (if signed on behalf of a business or other entity)

By no later than __Monday, July 9, 2018,__ this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
| --- | --- |
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

Terry Weathersby

**Exhibit A - Question 6**

| Address | Dates of Residence |
| --- | --- |
| 358 Barkwood Circle D'Iberville, MS 39540 | 2008 TO 2015 |
| 2279 Atkinson Road Biloxi, MS 39531 | 2015 to 2018 |
| Current | 2018 to Present |

Terry Weathersby

**Exhibit B - Question 7**

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Beau Rivage Resorts | 875 Beach Blvd | 2008 to 2009 | black jack dealer |
| Delta Catering Management | 5749 Susitna Dr. Harahan, LA 70123 | | 2009 banquet sever |
| Aramark Sports LLC | P.O. Box 8018 Philadelphia, PA 19101 | | 2010 banquet sever |
| Ameri-Force Craft Services Inc. | 9485 Regency Square STE 300 Jacksonville, AL 32225 | | 2010 Oil spill clean up |
| CSA Equipment Co. LLC | P.O. Box 1566 Mobile, AL 36633 | | 2010 cleaning building |

## Exhibit C
## Terry Weathersby

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed in the Deepwater Horizon oil spill disaster relief efforts, searching for and removing oil, dispersants, tar balls, and oil/dispersant covered debris from the impacted beaches. Plaintiff worked directly with the hazardous material throughout his employment. In Plaintiff's case, he was exposed a minimum 10-12 hours per day, five to seven days per week, in and around Pascagoula, MS and Mobile, AL. Plaintiff began working oil clean-up around May of 2010, and continued through at least July of 2010. Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams. Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium, Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support his position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B., H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W. et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GuLF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated him and attributed his symptoms to toxic exposure, including, but not limited to,

those who may be listed on Exhibit D; the fact that he had no substantially similar pre-existing health problems comparable to the ones he suffered, and continues to suffer, since his work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

**EXHIBIT D**
TERRY WEATHERSBY

| Date | Medical Provider | Diagnosis | DOCUMENTS REC'D | COMPLAINT/ PROCEDURE |
|---|---|---|---|---|
| 6/8/2010 | VA HOSPITAL ER | BRONCHITIS COUGH NO WORK FOR TWO DAYS | Medical Records | COUGH LEFT WORK EARLY(COUGH WITH GREEN MUCOUS WITH SMALL AMT OF BLOOD SINCE YESTERDAY) |
| 6/24/2010 | SINGING RIVER | LABS | Medical Records | SENT FROM TENT ON BEACH BUT NOT ON DDF? |
| 7/30/2010 | VA HOSPITAL | STOPPED TESTOSTERONE PATCHES, NO PRESCRIPTIONS MEDICATION | Medical Records | 6 MONTH FOLLOW UP APPOINTMENT |
| 8/9/2010 | VA HOSPITAL | EXTREMELY DRY AND THICKENED PEDAL SKIN, ONYCHOMYCOSIS, LIMB SHORTAGE LEFT LEG 3/4 TO 1 ", STOPPED TESTOSTERONE PATCHES, NO PRESCRIPTIONS MEDICATION | Medical Records | PODIATRY CONSULT: RIGHT HEEL PAIN FOR ABOUT 1YEAR |
| 8/23/2010 | VA HOSPITAL | HEEL LIFT FOR INSIDE OF HIS SHOE | Medical Records | SHOE AND FOOT ORTHOTIC EVALUATION |
| 2/7/2011 | VA HOSPITAL | FOOT ORTHOTIC DELIVERY | Medical Records | PROSTHETIC LAB: DELIVERED CAST FOOT ORTHOTICS |
| 8/10/2011 | VA HOSPITAL | RIGHT INGUINAL HERNIA; BORDERLINE HYPOKALEMIA; CHRONIC RENAL FAILURE | Medical Records | PT COMPLAIN OF INTERMITTANT TESTICULAR SWELLING |
| 8/10/2011 | VA HOSPITAL | ABNORMAL ECG WHEN COMPARED TO 2009 - FOLLOW UP | Medical Records | |
| 9/6/2011 | VA HOSPITAL | LARGE SCROTAL RIGHT INGUINAL HERNIA, FOUND CORDLIPOMA | Medical Records | EVALUATION OF RIGHT INGUINAL HERNIA |
| 9/8/2011 | VA HOSPITAL | NORMAL ECG;INFERIOR INFARCT ARE NO LOGER PRESENT AS COMPARED WITH 8/10/11 | Medical Records | PRE OP |
| 9/22/11 TO 9/23/2011 | VA HOSPITAL | PRE ANESTHETIC PRE OPERATIVE E& M | Medical Records | |
| 9/26/2011 | VA HOSPITAL | RIGHT INGUINAL HERNIA REPAIR WITH MESH | Medical Records | |
| 9/26/2011 | VA HOSPITAL | SURGERY DISCHARGE | Medical Records | |
| 10/11/2011 | VA HOSPITAL | F/U TO RIGHT INGUINAL HERNIA REPAIR WITH | Medical Records | |

| Date | Provider/Location | Description | Type | Detail |
|---|---|---|---|---|
| 10/13/2012 | DR. MORRIS | REACTIVE AIRWAY DISEASE; ACUTE AND CHRONIC SINUSITIS; ACUTE AND CHRONIC RHINITIS; DEPRESSION;ANXIETY; CHRONIC CHEMICALLY-INDUCED CONJUNCTIVITIS; HYPERSENSITIVITY DERMATISIS; CHRONIC HEADACHES; INSOMINA; ARTHRALGIAS; MYALGIAS | Medical Records | ALL VOC IN 50 % |
| 12/6/2012 | VA HOSPITAL | ED, HYPERGLYCEMIA,PODIATRY, RTC IN 6 MONS | Medical Records | CHECK UP |
| 12/6/2012 | VA HOSPITAL | FLU SHOT | Medical Records | PREVENTATIVE MED; IMMUNIZAION |
| 12/6/2012 | VA HOSPITAL | | Medical Records | |
| 12/13/2012 | VA HOSPITAL | STOOL KIT REMINDER | Medical Records | TELEPHONE CALL |
| 1/11/2013 | VA HOSPITAL | NUTRITION CONSULT | Medical Records | |
| 1/11/2013 | VA HOSPITAL | LABS INDICATE PRE DIABETES | Medical Records | PRE DIABETES |
| 2/14/2013 | VA HOSPITAL | DRY SCALLY PETAL SKIN, ONYCHOMYCOSIS | Medical Records | PODIARY CLINIC VISIT |
| 2/14/2013 | VA HOSPITAL | SHORTENED LEFT LEG, ONYCHOMYCOSIS, DRY SKIN, R. | Medical Records | PODIATRY CLINIC ROUTINE FOOT CARE |
| 4/18/2013 | VA HOSPITAL | PRIMARY CARE NURSING TRIAGE NON URGENT / APPT WITH PCP | Medical Records | cut on left foot |
| 4/26/2013 | VA HOSPITAL ER | referered to Dr. Olson | Medical Records | CHRONIC SWELLING/LEAKING CLEAR, YELLOWISH FLUID AT TIMES, BILATERAL LE LYMPHEDEMA |
| 4/26/2013 | VA HOSPITAL PODIATRY | COMPRESSION HOSE ORDERED, PT TO ELEVATE LEGS | Medical Records | Both Lower Extremities EDEMA |
| 5/21/2013 | VA HOSPITAL PODIATRY | COMPLETED THE MAIL KIT | Medical Records | |
| 6/4/2013 | | EDEMA, GENERAL FOOT PAIN | Medical Records | LAB: SHOE EVALUATION |
| 6/17/2013 | VA HOSPITAL | SHOE FITS APPROPRIATELY | Medical Records | SHOE AND COMPRESSION HOSE DELIVERY |
| 6/17/2013 | VA HOSPITAL PODIATRY | SHORTENED LEFT LEG, ONYCHOMYCOSIS, DRY SKIN, L.E. EDEMA | Medical Records | PODIATRY F/U |
| 8/19/2013 | VA HOSPITAL PODIATRY | FIT APPRORIATELY | Medical Records | 6 PAIRS HIGH COMPRESSION HOSE DELIVERED |

| Date | Location | Description | Source | Notes |
|---|---|---|---|---|
| 2/17/2014 | VA | PRESCRIPTION FOR SKIN CREAM FOR DRY ITCHY SKIN | Medical Records | REFILL SAYS 4 OF 6 REFILLS |
| 3/3/2014 | VA | PAIN IN LEFT LEG; MEDICATION FOR DRY SKIN FEET. | Medical Records | AID AND ATTENDANCE EXAM |
| 3/21/2014 | VA | DDD; EDEMA IN BOTH LEGS WITH THE LEFT LEG WORST THAN THE RIGHT; PRESCRIPTION FOR SKIN CREAM FOR DRY ITCHY SKIN | | |
| 4/1/2014 | VA | PRE DM; PRESCRIPTION FOR SKIN CREAM FOR DRY ITCHY SKIN | Medical Records | CONSULT: DIETITIAN |
| 5/12/2014 | VA | PTSD SCREENING - NEG. DEPRESSION: NEG | Medical Records | DISABILITY EVALUATION : PT BELIVES ITS DEMENTIA : ALL PROBLEMS HAVE BEEN MUSCULOSKELETAL |
| 6/15/2014 | VA HOSPITAL PCP | PT. COUGH IS IMPROVING | Medical Records | NURSE TELEPHONE CALL |
| 8/9/2014 | VA HOSPITAL | RAD: NORMAL NO FRACTURE OR OPAQUE FOREIGN BODY. | Medical Records | REASON FOR RIGHT FOOT PAIN |
| 4/1/2015 | VA | CONTINUES SCABS ON BLUE AND BOTH HIPS. STATES CREAM THAT WAS ORDERED THE LAST WAS NOT EFFECTIVE | Medical Records | PREVENTATIVE HEALTH NURSE |
| 4/30/2015 | VA | PT ALERT, ORIENTED, AMBULATORY WITH USE OF CANE, NO COMPLAINTS | Medical Records | |
| 6/3/2015 | VA | LEFT ER WITHOUT BEING SEEN | Medical Records | DIZZINESS |
| 6/13/2015 | VA HOSPITAL ER | PT. TRANSPORTED FOR EVALUATION | Medical Records | PT SAY PEOPLE HAVE MOVED INTO HIS HOME. ALSO SAW SOMEONE WITH A TURBAN IN THE WAITING ROOM. SAID HE HAS BEEN DEPRESSED LATELY |
| 6/13/2015 | EAST POINT, AL: BEHAVOIRAL HEALTH ASSEMENT | DEMENTIA WITH PSYCHOSIS | | |
| 6/13/2015 | | CT SCAN HEAD W/O NONCONTRAST HEAD CT | | |
| 4/7/2016 | | LABS: NEGATIVE FOR ALL DRUGS | | |
| | | | | |
| PCP: | VA Gulf Coast Veterans Health Care System | 400 Veterans Ave. Biloxi, MS 39531 | | |

# EXHIBIT E
# Terry Weathersby
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during his employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Eight Hundred Thousand ($800,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.