# Rule Response Exhibit B - Armis Williams' Amended Particularized Statement of Claim

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS
AMENDED
PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:**   Armis Williams

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**:  Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity.  If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.    YOUR BACKGROUND INFORMATION

1.    Current address:

Address Line 1:   5030 Rain Tree Dr.

Address Line 2:  

City:   Byram               State:   MS          Zip:   39272

2.    Telephone number:  228-209-3209; 601-529-3589;  228-627-1365 (husband)

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  Armis Austin

4.    Date and Place of Birth:  ███████████████

5.    Male_____    Female X____

6.    Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---------|--------------------|
| See Exhibit A Attached. | |
| | |
| | |

7.    Employment Information:

    A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|----------|---------|---------------------|-----------------------|
| See Exhibit B Attached. | | | |
| | | | |
| | | | |
| | | | |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____ No _X___  If *"Yes,"* when were you out of work and why? _____

_____

## B.    THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL

9.    Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes___X___    No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

### 1.    Cleanup Workers

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____        Offshore_____        Both_X___

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____        No__X___

12.    Did you handle hazardous materials as part of your cleanup work?

Yes_X___        No_____

13.    Please set forth the following information about your cleanup work:

A.    Your employer(s): Including, but not limited to: TL Wallace; B&P Enterprise; Robinson-Mayer Construction.

B.    Your supervisor(s) at the employer(s) identified in Question No. 13(A):

Per DHMB database, Connie Stewart, Mark Scott.

C.    A description of the work performed for employer(s) identified in Question No.

13(A): Recovery technician: finding and removing tar balls, oil, and oil/dispersant-covered debris from the beaches along the affected MS coasts.

D.    The date(s), time(s), and location(s) you performed the work described in Question

No. 13(C): From June to August of 2010, for 10-12 hours per day, 5-7 days per week, in the areas including but not limited to Biloxi, Gulfport, Bay St. Louis, and Waveland, MS; also Theodore, AL

E.     The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

  Plaintiff does not recall any specific facility names._____

F.     Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

  Plaintiff does not recall._____

**2.    Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_X____      No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____      No__X____

16.   List all address(es) at which you resided in 2010:_____

  See Exhibit A attached._____

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

  _X____Bodily injury from exposure to oil and/or dispersants

_   ___Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

D.    **EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X__

19.    How were you exposed? (*Check all that apply*)

A.    Inhalation              Yes__X__        No_____

B.    Dermal (skin) contact   Yes__X__        No_____

C.    Ingestion               Yes__X__        No_____

D.    Other (please describe): _____

20.    What was the date(s) of your exposure?   See response to Question 21.

Day: _____    Month: _____    Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous residential/environmental exposure beginning on or about 4/20/10 as well as continuous, direct, personal exposure to both oil and dispersants from approximately June to September of 2010, for 10+ hours per day, 5-7 days per week, in the areas including, but not limited to: Biloxi, Gulfport, Bay St. Louis, Waveland, MS; Theodore, AL; Gulf waters of AL and MS.

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

See response to Question 21.

_____

_____

_____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

See Exhibit C attached.    Also, see response to Question 21.

_____

_____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

   See Exhibit C attached. _____

_____

_____

25. *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____          No_X_____          See response to Question 26 for clarification.

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

 Reporting an exposure was unnecessary, because Plaintiff's job, by its very nature, necessitated her personal, direct, continuous exposure to the hazardous chemicals involved in the cleanup operation of the BP Deepwater Horizon disaster. _____

_____

**E.     NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:   N/A

   A.     The nature of your injury:_____

   B.     The date(s) of your injury:_____

   C.     The location(s) of your injury:_____

   D.     The work that you were performing when you sustained your injury:_____

_____

_____

   E.     Identify any individual(s) who witnessed your injury:_____

_____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

   N/A _____

_____

_____

**F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_See Exhibit D attached._____

_____

_____

30.     Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_See Exhibits C and D attached._____

_____

_____

_____

_____

31.     On what date did you first report or seek treatment for your injury or illness: _See Exhibit D attached._____

32.     On what date was your injury first diagnosed:_____

_See Exhibit D attached._____

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____   No  X    . If "*Yes*,"

   A.   When? _____

   B.   Who diagnosed the injury (or condition) at that time? _____
        _____
        _____

   C.   Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____   No  X    .  If "*Yes*,"

   A.   What date did you first experience such injury or condition? _____

   B.   What injury (or condition) was made worse? _____
        _____

Case 2:10-md-02179-CJB-JCW   Document 24282-1   Filed 04/09/18   Page 10 of 27

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__   No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

See Exhibit E attached._____

_____

_____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____   No__X____

If "Yes":

A.      From whom did you receive this compensation or reimbursement?_____

_____

B.      When did you receive this compensation or reimbursement?_____

_____

C.      What was the amount of the compensation or reimbursement?_____

_____

**G.      CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.     Is your claim based on a breach of contract?

Yes_____        No__X_____

42.     Was the contract that you claim was breached made as part of the VoO Program?

Yes_____        No_____

43.     Identify the contract that you allege was breached including any associated contract
number (e.g., MVCA number and the parties to the contract):

_____

_____

44.     Describe how the contract was breached:_____

_____

_____

45.     *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire
and, if applicable, the date(s) you were on-hire:

_____

_____

46.     *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.     Describe specifically the compensatory damages that you claim in your lawsuit, including
the nature of the damage, the date(s) of the damage, the amount of the damage, and the
calculations used to arrive at that  amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44
       caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 4/23 , 2018

Location (City and State): Byram, MS

Armis C. Williams

Signature of Plaintiff*

***Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

Armis C. Williams

Print Name

_____

Title/Position (*if signed on behalf of a business or other entity*)

**By no later than _Monday, July 9, 2018_, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

# EXHIBIT A
# Armis Williams

| | |
|---|---|
| 5030 Rain Tree Drive<br>Byram, MS  39272 | 2018 to Present |
| 510 Birdie Dr.<br>Byram, MS 39272 | 2017-2018 |
| 25 Barksdale Street<br>Jackson, MS 39202 | 2016 |
| 1409 Geeston St.<br>Jackson, MS | 2015 |
| 2625 State St.<br>Gautier, MS | 2014 |
| 2816 Eden St.<br>Pascagoula, MS | 2013 |
| 17241 Avondale Circle<br>Biloxi, MS 39532 | 2012 |
| 3017 Doby St.<br>Pascagoula, MS 39581 | 2011 |
| 3807 Andrew St.<br>Moss Point, MS 39563 | 2011 |
| 4112 F Chicot St.<br>Pascagoula, MS 39581 | 2010 |
| 4048 Sheridan Dr.<br>Jackson, MS | 2009 |

Armis Williams

**Exhibit B - Question 7**

| Employer | Address | Dates of Employment | Occupation/Job Duties |
| --- | --- | --- | --- |
| Global Employment Services | 1703 Old Mobile HWY Pascagoula MS 39567 | | 2010 recovery technician/oil spill |
| Robinson Mayer Construction | Gulfport, MS | | 2010 recovery technician/oil spill |
| TL Wallace | 4025 MS-35, Columbia, MS 39429 | | 2010 recovery technician/oil spill |
| Universal Protection Services | 2084 Dubarton Dr., Jackson, MS 39216 | May 2015 to September 2017 | security officer |

# Exhibit C
# Armis Williams

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed cleaning oil and oil-covered debris from beaches and islands. Plaintiff worked closely with the hazardous material directly throughout her employment.  In Plaintiff's case, she was exposed a minimum 10-12 hours per day six to seven days per week she worked in and around the affected beaches.  Plaintiff worked oil clean-up from June 2010 through approximately September 2010.  Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement her responses to any of the questions within this Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, she is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support her position that the chemicals to which she was exposed on a daily basis caused her injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated her and attributed her symptoms to toxic exposure, including, but not limited to, those who may be listed on Exhibit D; the fact that she had no substantially similar pre-existing

health problems comparable to the ones she suffered, and continues to suffer, since her work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

# EXHIBIT D

**Plaintiff Name: Armis Austin Williams**
**Plaintiff DOB:** ███████

| Date | Medical Provider | Diagnosis | Documents Rec'd |
|---|---|---|---|
| 07/03/10 | Biloxi Regional Medical Center<br>150 Reynoir St.<br>Biloxi, MS 39553 | [*Employer listed: T L Wallace*] SOB and chest pain w/ breathing, began last night, "working on beach for past few days" and "raking the beach" "working oil spill for 2 weeks" "walks the beach collecting tar balls." Chest Wall Pain/Musculoskeletal.   Rx for Flexeril, Ultram and Toradol. | Billing |
| 08/26/10 | Singing River Hospital<br>2809 Denny Ave.<br>Pascagoula, MS 39581 | Midepigastric pain beginning 1 hr prior to arrival w/ intermittent mild nausea. Given GI cocktail. Rx for Pepcid. Acute epigastric pain. | |
| 10/27/10 | Singing River Hospital | Epigastric Abdominal Pain. Referred to Regional Digestive Specialists. | |
| 10/27/10 | Regional Digestive Specialists<br>4311 Hospital St.<br>Pascagoula, MS 39581 | Epigastric abdominal pain x 1 year. Symptoms worse since Aug 2010. Epigastric abdominal pain, suspect acid peptic etiology. Rx changed from Prevacid to Prilosec. Blood work ordered. | Billing, Lab Results |
| 11/02/10 | Singing River Hospital | R-sided lower quad. epigastric pain x 2 days w/ vaginal discharge. Urinalysis and pregnancy test ordered [both negative]. Vaginal Discharge. Rx for Doxycycline. | |
| 12/22/10 | Regional Digestive Specialists | Pt missed appointment. | |
| 1/14/11 | Singing River Hospital | Sore throat and HA x 2 days. Acute Pharyngitis; Acute Vascular Headache. Rx for Amoxicillin, Esgic and Phenergan | |
| 03/19/11 | Singing River Hospital | Chest pain – worse with movement and palpatation. Chest x-ray and EKG ordered [both negative]. Costochondritis. Rx for Motrin. | |

| 04/1/11 | Singing River Hospital | Cough and congestion x 3 weeks. Symptoms not improving. Has sinus congestion and pressure w/ non-productive cough. Acute Bronchitis. Rx for Doxycycline and Phenergan DM. | |
| 04/10/11 | Singing River Hospital | Nasal congestion w/ cough with occasional yellow sputum and mild sore throat x 2 weeks; Itchy rash on arms, legs and chest x 2 days. Sinusitis; Eczema. Rx for Augmentin, Mucinex D and Kenalog Cream. | |
| 04/23/11 | Singing River Hospital | Neck pain and HA x 4 days after fight w/ significant other. Worse with movement. Pain is throbbing. Given 60 mg Toradol. Acute Cervical Muscle Strain; Acute Tension Headache. Rx for Tylenol #3, Flexeril and Motrin. | |
| 04/25/11 | Singing River Hospital | Upper back pain and spasm. Pt under a lot of stress. Given 10 mg Flexeril and Norco 7.5. Musculoskeletal Upper Back Pain. Rx for Flexeril and Tylenol #3. | |
| 05/27/11 | Singing River Hospital | Scalp pain w/ pain under skin. Pt shaved head 1 wk ago due to alopecia. Given TD 0.5 cc IM for tetanus immunization and Cleocin 600 mg IM. Acute Scalp Infection Status Post Shave; Alopecia. Rx for Bactrim, Cleocin and Lortab 7.5. | |
| 05/30/11 | Singing River Hospital | Ongoing HA, nausea, vomiting, diarrhea. Given Lomotil, Morphine, Phenergan and Flexeril. Nausea, vomiting and diarrhea secondary to Enteritis; HA not otherwise specified. Rx for Lomotil and Phenergan. | |
| 06/12/11 | Singing River Hospital | Diarrhea x 1 day. Suspected virus – family member sick w/ same. Given Lomotil and Zofran. Urinalysis Normal. Acute Gastroenteritis. | |
| 08/20/11 | Cartersville Medical Center PO Box 922788 | C/o headache x 4 days. This HA similar to previous HA. From MS – worked for BP last Summer. No history of seasonal allergy. C/o | Billing |

| | | | |
|---|---|---|---|
| | Norcross, GA 30010 | sinus pressure/congestion. Dx: Sinusitis. Given Rx for Bactrum DS. | |
| 08/22/11 | Cartersville Medical Center | C/o headache x 3 days. Frequently gets headaches similar to this one. CT scan of head – no acute intracranial process. Dx: Headache. | Billing |
| 08/25/11 | River Region Medical Center 2100 Hwy 61N Vicksburg, MS 39183 | Headache x 2 days w/ blurred vision and photophobia ("similar to previous episodes"). Pt given Toradol, Phenergan – pain improved. Headache – Tension or Migraine. Referred to Vicksburg Warren Family Clinic for follow-up in 10 days. | Billing |
| 09/06/11 | River Region Medical Center | Cough, sore throat, nasal congestion, malaise x 1 week. Rhinorrhea noted w/ clear mucus drainage. Chest x-ray ordered [results: normal]. Bronchitis. Rx for Hydrocodone. | Billing |
| 09/29/11 | SRHS Clinics Gautier Location 2105 Old Spanish Trail Gautier, MS 39553 | C/o HA since May lasting days at time, associated w/ nausea, vomiting, decreased appetite, trouble sleeping at night, hair loss since May.  Pt not treating HA w/ medication. Labs s ordered. (1) Fatigue and Malaise (2) Alopecia Areata (3) HA. Rx for Ibuprofen 800 TID prn. | |
| 10/03/11 | SRHS Clinics Gautier Location | Multiple lab tests ordered. Abnormal Flags:  Eosin, BUN, Free T4 | Test Results |
| 10/13/11 | SRHS Clinics Gautier Location | Rev'd lab results. T4 low. Pt has goiter. Pt has patchy alopecia. Hair loss may be due to recent perm. Goiter, unspecified; Alopecia Areata. Labs and Ultrasound ordered. | |
| 02/06/12 | Biloxi Regional Medical Center | L. superior back pain x 4 days. Muscle Strain (Pulled Muscle). Rx for Flexeril and Motrin. | Billing |

| 02/20/12 | Biloxi Regional Medical Center | Sinus congestion, sinus pressure, HA [acute exacerbation]. Sinusitis; Acute Headache. Rx for Augmentin and Guiatuss DM | Billing |
|---|---|---|---|
| 03/13/12 | South MS Urgent Care 3661 Sangani Blvd., Ste. E D'Iberville, MS 39540 | Pt Q'nnaire lists "global/oil spill worker" as occupation. C/o "sores in hair," off and on x 3 yrs. Never been treated. Exam: large areas of alopecia, numerous postules, tender. Culture results neg. Tinea capitis. Rxs given for Prednisone, Griseofulvin and ketoconazole shampoo 2%. | Billing |
| 07/17/12 | Biloxi Regional Medical Center | C/o possible fish bone in throat. RAD of Neck Soft Tissue ordered [result: no evidence of foreign body]. Abrasions. Rx for Pc Pen VK and Diclofenac Sodium. | |
| 08/17/12 | Metametrix Clinical Laboratory | Volatile Solvents – Whole Blood Test Results. 1 chemical (Toluene in 50th Percentile) | Results |
| 07/22/13 | St. Dominic – Jackson Memorial Hospital 969 Lakeland Dr. Jackson, MS 39216 | C/o right hand numbness and cramping. "States she worked for the bp oil spill and that "messed' with her neuro system." Sxs began 1 year ago. Wrist splint applied. Carpal Tunnel Syndrome – brief. Given Rx for Medrol. | Billing |
| 09/04/13 | Dr. William A. Hood, DO 1020 River Oaks Dr., Ste. 430 Flowood, MS 39232 | Annual appointment. C/o R knee pain and rash on L upper arm. Pt reports history of migraine HA and thyroid dx. Routine Gyno Exam; Excess Menstruation; Rash. Recommended Hydrocortisone cream and derm appt for rash on upper arms. | |
| 09/12/12 | Biloxi Regional Medical Center | Nausea, dizziness and HA x 3 days. Sinus tenderness over maxillary sinus. Sinusitis. Rx for Amoxicillin. | |

| | | | |
|---|---|---|---|
| 10/18/13 | River Oaks Hospital 1030 River Oaks Dr. Flowood, MS 39232 | C/o epigastric pain x 3 days, described as burning. Had similar episode 2 years ago, diagnosed with ulcers. Pt has appointment with GI on 10/21/13. Also c/o "hard to get in a deep breath." Nausea and diarrhea started 3 days ago and has since resolved. Abdominal pain, epigastric. Given Rx for Ultram. | |
| 10/23/13 | River Oaks Hospital ER | Ultrasound of abd reveals gallstone. Epigastric Pain; Nausea and Vomiting. | |
| 11/11/13 | St. Dominic – Jackson Memorial Hospital | C/o sore throat and body aches since last week. Fever; Sinusitis. Given Rx for Amoxil. | Billing |
| 12/06/13 | St. Dominic – Jackson Memorial Hospital | C/o bumps, soreness on tongue x 2 days after eating beef tips in cafeteria. Exam: prominent taste buds noted on lateral aspects of tongue. Glossitis, Tongue inflammation. | Billing |
| 01/17/14 | St. Dominic – Jackson Memorial Hospital | C/o headache affecting R side. This is a recurring problem and patient has had previous similar episodes. Headache. Given Rx for Ultram. | Billing |
| 06/04/14 | St. Dominic – Jackson Memorial Hospital | C/o R sided abd pain intermittent x 2 days. Abdominal Pain. | Billing |
| 03/13/14 | Dr. William A. Hood, DO | CC: breast tenderness x 1 month. Excess Menstruation; Contraception counseling; Mastodynia | Billing |
| 05/18/14 | St. Dominic – Jackson Memorial Hospital | C/o general nausea, feels weak, SOB and chest pain. Had recent breast reduction surgery. Nausea; Shortness of Breath; Weakness, generalized without cause. | Billing |
| 09/05/14 | St. Dominic – Jackson Memorial Hospital | C/o body aches, HA and congestion, sinus pressure. States spouse was seen in ER for same sxs few weeks ago. Upper respiratory infection. | Billing |

| | | | |
|---|---|---|---|
| 09/20/14 | St. Dominic – Jackson Memorial Hospital | C/o abdominal pain and low back pain, began yesterday. Abdominal pain. | Billing |
| 01/04/15 | St. Dominic Jackson Memorial Hospital | C/o assaulted by husband. Current Medications: methylprednisolone, amoxicillin, hydrocodone-acetaminophen, loratadine-pseudoephedrine. Primary Diagnosis: battered wife, neck pain. | Medical & Billing Records |
| 03/04/15 | St. Dominic Jackson Memorial Hospital | C/o flu-like symptoms, myalgia, malaise, feeling febrile, sore throat and other URI symptoms. Primary Diagnosis: viral syndrome. Disposition: discharge in stable condition. Follow-up with primary care physician. Rx: hydrocodone bitartrate-acetaminophen. | Medical & Billing Records |
| 03/06/15 | St. Dominic Jackson Memorial Hospital | C/o pain and swelling in throat. Current Medications: methylprednisolone, amoxicillin, hydrocodone-acetaminophen, loratadine-pseudoephedrine, azithromycin. Labs Results: WDC = 15.4 (High); Hct = 36.9 (Low). Disposition: discharge in stable condition. Follow-up with primary care physician. Primary Diagnosis: suppurative pharyngitis, pharyngitis, fever. Rx: hydrocodone bitartrate-acetaminophen, augmentin. | Medical & Billing Records |
| 03/07/15 | St. Dominic Jackson Memorial Hospital | Office to follow-up on sore throat. Hx: fever, suppurative pharyngitis, systolic hypertension, pharyngitis. Current Medications: methylprednisolone, amoxicillin, hydrocodone-acetaminophen, loratadine-pseudoephedrine, azithromycin. Primary Diagnosis: pharyngitis, systolic hypertension. Disposition: discharge in stable condition. | Medical & Billing Records |

| 03/17/15 | St. Dominic Jackson Memorial Hospital | Patient left without triage. Patient was called 4 times. | Medical Records |
|---|---|---|---|
| 08/12/15 | St. Dominic Jackson Memorial Hospital | C/o abdominal pain. Current Medications: methylprednisolone, amoxicillin, hydrocodone-acetaminophen, loratadine-pseudoephedrine, azithromycin. Lab Results: RDW-SD = 47.3 (High); UA WBC = 5 (High); RBC = 5 (High). CT Abdomen and Pelvis Without Contrast Results: no primary or secondary evidence of urolithiasis. Tiny fat containing umbilical hernia noted. Primary Diagnosis: flank pain. Rx: naproxen sodium, cyciobenzaprine. Disposition: discharge in stable condition. Follow-up with primary care physician. | Medical & Billing Records |
| 04/04/16 | Infirmary Occupational Health – Dr. John A. Hamilton, MD 305 N. Water St. Mobile, AL 36602 | Chronic headache; blurred vision; swollen lymph nodes; chronic heartburn; nose bleeds; SOB; stomach ulcer; abd pain; nausea; vomiting; joint pain; rash; insomnia; cough; night sweats; wheezing; hemoptysis; hair falling out. Dx: Toxic effect of petroleum products and other organic solvents; chronic rhinitis; cicatricial alopecia. | Narrative; billing |
| 05/12/16 | St. Dominic Jackson Memorial Hospital | C/o sharp pain affecting right iliac crest and pelvis. Hx: fever, suppurative pharyngitis, systolic hypertension, pharyngitis, flank pain. Results of CT Scan of Abdomen and Pelvis with Contrast: no significant acute abnormality in the abdomen or pelvis. Dominant cyst or follicle in right ovary. Disposition: Patient called 3 times without response. Patient left without being seen. | Medical Records |
| 12/04/16 | St. Dominic Jackson Memorial Hospital | C/o lower abdominal pain with associated nausea and vomiting. Hx: fever, suppurative pharyngitis, systolic hypertension, pharyngitis, flank pain. Lab Results: RDW-SD = 46.9 (High); UA Epi Cells = 6. Primary Diagnosis: lower abdominal pain, nausea and vomiting. Disposition: discharge Rx: promethazine. | |

**Armis Williams**

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

| **CLEANUP WORK EMPLOYERS** | TL Wallace; B&P Enterprise; Robinson-Mayer Construction |
|--|--|
| **JOB DUTIES** | Recovery Tech: worked on beach, picked up oil with shovels and rakes and put into bags |
| **DATES OF CLEANUP EMPLOYMENT** | 4 months June – August 2010 |
| **SYMPTOMS** | Stomach cramps; breathing problems; congestion; rash; hair loss; numbness on L side; swelling; pulled chest muscle; chest tightness/pain |
| **TYPE OF EXPOSURE** | Dermal, ingestion and inhalation |
| **LOCATIONS WORKED** | Biloxi, Gulfport, Bay St. Louis, and Waveland, MS; Theodore, AL |

**Armis Williams**

# EXHIBIT E
# Armis Williams
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of her physical and mental injuries as detailed in her Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses – particularly cancer – which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during her employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Two Million ($2,000,000.00) Dollars as compensatory damages in addition to punitive damages, to be determined by a jury.