# Rule Response Exhibit B – Viola Williams' Amended PTO 66 Exhibit D Medical

**EXHIBIT D (Amended)**

Plaintiff: Williams, Viola

***Question 37 PCP:***
St. Charles Community Health Center
1057 Paul Maillard Rd #240
LULING, LA 70070
***RECORDS PENDING***

First Date of Treatment: Unknown; Plaintiff will supplement this response once medical records have been received. Plaintiff cannot recall the exact date of first treatment.

Symptoms: Breathing difficulties and other injuries as may be shown by further evidence.

# RULE RESPONSE EXHIBIT B