# JACOBS, MANUEL, KAIN & AAMODT

A GROUP OF PROFESSIONAL LAW CORPORATIONS

500 ST. LOUIS STREET, SUITE 200
NEW ORLEANS, LOUISIANA 70130-2118
(504) 523-1444

STANLEY J. JACOBS
KENNETH W. MANUEL
DAVID J. KAIN
JODI JACOBS AAMODT

TELECOPIER (504) 524-1655

Opt Out Number: SPC0005354

October 26, 2012
Certified Mail

Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, Louisiana 70112

          Re:    John Gooding
                Date of Accident: April 20, 2010

Dear Sir or Madam,

    We previously mailed on October 23, 2012 a copy of Opt Out Letter and drivers license on my client John Gooding pertaining to the Opt Out procedure for the Medical Class for the Deepwater Horizon Settlement. Enclosed please find the **original** Opt Out Letter and drivers license signed by my client.

    Thank you in advance for your cooperation in this matter.

                Very truly yours,

                JACOBS, MANUEL, KAIN & AAMODT
                (A Group of Law Corporations)

                Jodi J. Aamodt

JJA/kl
Encl.

cc:  Brandon Taylor
      John Gooding

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: 10/26/12

Sent To: Deepwater Hor. Med. Ben. Class Adm.
Street, Apt. No.; or PO Box No.: 935 Gravier St, Ste 1400
City, State, ZIP: N.O., LA 70112

Article Number: 7010 1060 0002 3912 3292

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deepwater Horizon
Medical Benefits
Class Administrator
935 Gravier Street, Ste 1400
N.O., LA 70112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0002 3912 3292

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

October 12, 2012

Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Ste. 1400
New Orleans, LA 70112

RE:  Opting Out Procedure

Dear Sir or Madam

Please be advised that I wish to exclude myself from the Medical Class. My full name is John Gooding, my telephone number is 228-255-9037 and I am attaching a copy of my drivers license.

Very truly yours,

*John Gooding*

John Gooding

Encl.