UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document Relates To: | | |
| | * | MAG. JUDGE WILKINSON |
| No. 12-970 (Claimant 100049935) | * | |

### ORDER

Considering the foregoing Withdrawal of Motion to Enforce Confidentiality Order (Doc. 24986);

IT IS HEREBY ORDERED that Lewis, Kullman, Sterbcow & Abramson, LLC and Jessica Ibert's Motion to Enforce Confidentiality Order (Doc. 24341) is withdrawn from consideration by the Court and removed from the Court's docket.

New Orleans, Louisiana this 10th day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE