> **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
> **Civil Action No. 10-MD-2179-CJB-SS**
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
> **FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** John Naples

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**:  Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity.  If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.  YOUR BACKGROUND INFORMATION**

1.  Current address:

Address Line 1: 254 Vanderheide Rd.

Address Line 2: _____

City: Defuniak Springs    State: FL    Zip: 34946

2.  Telephone number: 850-419-9207

3.  Maiden or other names used or by which you have been known, and the dates during which you were known by such names: None

4.  Date and Place of Birth: ███████████  _____

5.  Male __X__    Female _____

6.  Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A Attached. | |
| | |
| | |

7.  Employment Information:

    A.  Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B Attached. | | | |
| | | | |
| | | | |
| | | | |

8.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes __X__ No_____ If *"Yes,"* when were you out of work and why? Plaintiff had seizures and Parkinson's disease which has kept her out of work since her work with the BP Oil spill cleanup in 2011.

**B.**     **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.     Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes___X___     No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____          Offshore_X_____     Both_____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____     No_X____

12.     Did you handle hazardous materials as part of your cleanup work?

Yes__X___     No_____

13.     Please set forth the following information about your cleanup work:

A.     Your employer(s): Including, but not limited to Larry Griffin Towing Co., Inc., Low Land Construction Co., Inc. and Nature's Way Marine, LLC.

B.     Your supervisor(s) at the employer(s) identified in Question No. 13(A):
Larry Griffin

C.     A description of the work performed for employer(s) identified in Question No. 13(A): Tugboat Captain.

D.     The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): See Exhibits B and C.

E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

M/V Jake Ryan.

_____

F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

Plaintiff recalls a man from Nature's Way Marine took them on May 14, 2010 to the civic center for clean up certification._____

**2.    Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes___X___        No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____        No___X___

16.   List all address(es) at which you resided in 2010:_____

See Exhibit A attached.

_____

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

___X___Bodily injury from exposure to oil and/or dispersants

___X___Bodily injury other than from exposure to oil and/or dispersants

___X___A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____                    Dispersants_____                    Both__X___

19.     How were you exposed? (*Check all that apply*)

A.      Inhalation                    Yes__X___          No_____

B.      Dermal (skin) contact         Yes__X___          No_____

C.      Ingestion                     Yes__X___          No_____

D.      Other (please describe):      Plaintiff had exposure to the oil/corexit mixture through an open wound in his foot around July 17, 2010.
_____

20.     What was the date(s) of your exposure?    See response to Question 21.

Day: _____      Month: _____      Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous environmental/residential exposure beginning in or around April of 2010 as well as continuous, direct, personal exposure to both oil and dispersants for 24 hours per day, 7-12 days at a time, while employed as a boat captain from May to September of 2010 in the navigable waters of Louisiana; specifically, in or around Venice, Houma, Terrebonne Bay and Barataria Bay.

_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

See response to Question 21.
_____

_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

See Exhibit C attached.    Also, see response to Question 21.
_____

_____

_____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

    See Exhibit C attached.

    _____

    _____

25. *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes ^X^____        No_____        See response to Question 26 for clarification.

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    Plaintiff informed Earl Dupree of Larry Griffin Towing around May 20, 2010, who told him to "just stay in the air conditioner." Plaintiff's job required him to be outside most of the time, however, and he was unable to simply stay in the air-conditioned portion of the vessel.

    _____

**E.     NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A.     The nature of your injury:_____

    B.     The date(s) of your injury:_____

    C.     The location(s) of your injury:_____

    D.     The work that you were performing when you sustained your injury:_____

           _____

           _____

    E.     Identify any individual(s) who witnessed your injury:_____

           _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

    __   _____

    _____

    _____

**F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_See Exhibit D attached._

_____

_____

30.     Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_See Exhibits C and D attached._

_____

_____

_____

_____

31.     On what date did you first report or seek treatment for your injury or illness: _See Exhibit D attached._

32.     On what date was your injury first diagnosed:_____

_See Exhibit D attached._

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
| See Exhibit D Attached. | |
| | |

34.   Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35.   Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____   No __X____.  If "*Yes*,"

    A.   When? _____

    B.   Who diagnosed the injury (or condition) at that time? _____
        _____
        _____

    C.   Who treated the injury (or condition) at that time?_____

36.   Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____  No__X____.  If "*Yes*,"

    A.   What date did you first experience such injury or condition?_____

    B.   What injury (or condition) was made worse? _____

        _____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__   No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

See Exhibit E attached.
_____

_____

_____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____   No__X_____

If "Yes":

A.      From whom did you receive this compensation or reimbursement?_____

_____

B.      When did you receive this compensation or reimbursement?_____

_____

C.      What was the amount of the compensation or reimbursement?_____

_____

**G.      CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.*)

41.     Is your claim based on a breach of contract?

Yes_____        No__X_____

42.     Was the contract that you claim was breached made as part of the VoO Program?

Yes_____        No_____

43.     Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.     Describe how the contract was breached:_____

_____

_____

45.     *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.     *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.  Describe specifically how the breach of contract you allege in response to Question No. 44
     caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: MAY 14, 2018

Location (City and State): Ft. Pierce, FL.

Signature of Plaintiff*

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

Print Name: John Naples

Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

# EXHIBIT A
# John Naples

254 Vanderheide Rd.
Defuniak Springs, FL                    Permanent address (throughout oil spill)


Plaintiff occasionally stays in various places on a very short-term basis when out working as tug-boat captain. Plaintiff cannot recall any of those addresses, but his permanent address has remained the same.

Past 10 year employers No. 1
OF 10
THEESE ARE COMPANIES
I worked FOR Past 10 years
2016 Back to 2010 are companie
I worked for but did not
last more than 2 weeks as
I would get sick from effects of
OIL - CYNTHIA-CORExIT as bp
polluted my home the GULF.
I tried + tried to return back to
work and life I knew Before
spill but got sicker each time
Had to quit every job doe to illness
repeatedly from bp spill. and EVERY
time I did it was medically
documented. (enclosed)

APRIL 1   BiBLia marine Savannah, Ga P.O. BOX 788
2015     Apr). 1 - THUS had to quit 4
after sickness from radiation
ostedenticrosis which Is from
Radiation (uran.um) I ingested
from oil spill. line 13 on
metamatrix test given NOV 2011
Repeated sinus infection + Brain
until wouldnt heal I had to
have surgery on my
pallet thus having to quit JOB
It was a good job As I
WAS ON ATLANTIC OCEAN
AND NOT GETTING SICK FROM OIL

2014

PG 2
OF 10

Dec. 14  SKANSKA USA CIVIL SOUTHEAST
295 Bendix, Rd. STE 400
VIRGINIA BEACH, VA. 23452 - 1295
TUG Captain on Bridge Const.
Destin FL. Became; ill after
NORTH winds ⊗ CHURNING UP
CHOCTAWAHATCEE BAY THUS ACTIVATING
THE SYNTHIA - COREXIT AND OIL
left By bp spraying it to sink oil
HAVE PICS and Doctors Reports
WALTON COUNTY HEALTH DEPT.
Defuniak Springs. FL. 32432

AUG. 31  Diamond B INDUSTRIES. P.O. BOX 10310
New Iberia ha, 70562, 0310
Capt. TUG mouth of Atchafalaya River
ELUGENE ISLAND, working with
dredge suck up sand + oil + COREXIT
that lays on Bottm Because of
Bp sinking oil w/ corexit, It gets
activated by dredge pumps
and I was Breathing it coughing blood
and had to work on Back deck of tg
on stern controls outside and a pipe
Burst spraying bp mix on my leg.
Burnt thru pants and chemically burnt
my legs, (see pics) ⊗ I went to

SEP. 2  Walton County Health Dept.
Defuniak springs, FL

2014                    Pg. 3 of 10

3-4   INLAND MARINE construction + Engineering
      Panama City, FL.

work   TUG CAPT, after 3 days intracoastal
Between Panama City and Mobile. AL
I was choking from Corexit + oil from
bp sinking to bottom of Choctawhatchee
Bay + MOBILE BAY in 8-12 feet
of water gets pulled up off of
Bottom as Barge 14ft draft
passes over it causing it to
activate and surface behind
Barge and next to tug this I
was breathing it constantly Being
right above it: a whole House
Benzene etc



oil + corexit
oil + corexit

6-24   Went to WALTON county
Health dept. DeFuniak Springs
Bronchitis coughing Blood
ARM RASH
PAINFUL BREATHING

2014              PG. 4 of 10

JAN 31  Pellegrin Adams & CHAUVIN Towing Co
P.O. BOX 158 CHAUVIN, La. 70344
WORK TUG CAPT. central La.
winter North winds blowing
bp crud ~~~~~ southward ~~
off shore. I working fresh water
NOT TO BAd. I could Breath

MARCH 15  Rig moved to new location
Timbalier Bay (next to GUIF of Mex.)
Began Coughing yellow crud
eyes Burning, Chest hurting
and Rashes on arms + Legs.
Dizzy Feel sick. 20 m, P.J.
SPRINGTIME WINDS ACTIVATING
bp, oil and corexit and cynthia
off of the Bottom and again
I am pushing a barge 7ft draft
in 10 ft, average depths.
Barge passes over Bottom causing
Suction and Displacement to force
b.p. crud out sides and up from the
Back of Barge thus activating it
and it floats up in air surrounding
Boat and Being Breathed and
you can feel oil on your skin
Got off sick went Home sick,
went to Walton County Health Dept. D.F.S. FL.

2013                    PG. 5 of 10

12/01/13 Premier TUGS, New Iberia, La.
Capt. TUG ONLY WORKED 12 days
oct of a planned 14 day Hitch.
TOO Sick, could not finish hitch
INFECTED TOOTH extraction by

11-23-13 Dr. Pate, Dental extraction did
not heal but became infected

12-12-13 Diagnosed By Dr. Pate as Osteoradionecrosis
caused by Uranium in my which
was detected by Meta matrix test
performed by Dr. Soto Neurologist
who administered Chelation to me
Jan. + Feb. 2012 line 13 on metamatrix test
Had to have surgery 2 years later on
roof of pallett cest continually sick in
sinus, ear, face, eyes, from this
injury, I had to quit good Job
with Biblia Marine as cet ug capt on
east coast away from bp. cred
Biblia Marine Had to quit for surgery
4-02-2015

9-17/9-23 Hilo marine, Cutoff, La.
/ 10/10  2 weeks after quitting JOB DUE TO
Rheumatiod attacks due to no embrel per
Dr. Soto Because it was a biologically
man made Drug and didnt want it to react
with CYNTHIA (Biological) mix in me bp. sprayed
TO EAT THIER OIL SPILL

2013                    PG. 6 of 10

1-1-23   3 weeks working for Daigle
marine towing, on the Miss river
Belle Chase, La. 70037.
On mississippi River to start off
pushing Barges figured I wouldn't
get s.it. 100 mi. North of GULF of Mex.
We started pushing rock barges
from N.O. to Dulac, southern, La.
to rebuild levees from Katrina.
Started coughing blood balls getting sick
again as i was pushing in the south
La. Bayous where bp's crud was
laying on the bottom and would act also
as barge passes over it.

1-29   Walton County Health Dept.
6 days after quitting Daigle as
I was very very sick. Coughing
Blood, Rash and Sores on Arms, host my
Voice again as game Before
DOCUMENTED and medically recorded
Oct 2010 - 2013

2012                    Pg 4 of 10

Dec 11    Daigle Marine Towing Co
          Belle Chase, La
          I was PushBoat Capt.
          Pushing 6 loaded Rock Barges
          from N.O. La. to HOUma, La +
          Dulac on the Coast and
          would pass thru Barataria Bay
          att which was all over news
          of oil and Corexit in it.
          It was Ground zero for b.p. crud
          and over to Timbalier Bay
          Polluted as well.
              I started getting sores on
          my arm from water splashing
          on me from tying Rock Barges
          up with lines soaked with the
          Oil + corexit as it wested up
          on barges it was floating as
          Brown foam, Pics Enclosed.
          Dec 22 two days before Christmas
          went to Walton County Health dept.
          Dr's. ACUTE BRONCHITIS Loss of voice
          and sores on arms.
              Couldn't quit working as my house
          went to foreclosure and it was
          Christmas, I tried to work as long as I
          could suffering extremely

LO. Land Construction Marine Div,
Houma LA.
From JULY 2010 thru March 4/2011
& Capt. TUGBOATS/PUSHBOATS
Pushing Barges from Mississippi
River - New Orleans South to GULF
of Mexico, and intracoastal waterw
from New Orleans West to New Iberia
La. and all bayous and bays
in between including Hard Luck
Baratania Bay, & Pushing
Barge loads of drilling supplies
to Drill rigs all over SOUTH Louisiana
AS I SAID BEFORE AND I Have
enclosed Pics AS loaded Barge passes
over sunken bp oil + corexit spray to
sink it the Barge suction pull oil +
crud up off of Bottom and activates
the corexit as the barge passes stirring
up the water. Floating in air I
Breath it thus Sinus - Bronchitis
Puking Blood glands swollen etc.
Leonard CHabert LSU Hospital Houma
Several times 2010 + 2011 right off of
TUG. Several trips West in Covington
Health Dept. Defuniak Springs, &
Defuniak Springs Health WALK IN CLINIC

2010 , PG 7 of 10

1. Wo Land construction Houma
   From July 2010 - march 2011
   PUSIS BOAT CAPT, PUSH SUPPLIER

2. Larry Griffin Towing Co
   Golden Meadow La
   From May 2010 - June 2010
   PUSH BOAT CAPT. PUCH CLEANUP Boom

3. M.E. ENTERPRISE LLC
   MASSMAN CONSTRUCTION
   YOU HAVE CONTACT INFO
   PUSH BOAT CAPT, W COLENO
   HUEY P LONG BRIDGE, N OLA

2009

2008 & PG. 10 OF 10

K&K offshore Morgan City LA
June 15 - July 3 Capt. Utility boat
Silent Lady charter sailboat
cruises Capt. Destin FL
July - Oct.

# Exhibit C
# John Naples

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis for months following the Deepwater Horizon oil spill disaster.  Plaintiff was a tug boat captain for years prior to the oil spill; he had spent practically his entire life and livelihood in the waters of the Gulf of Mexico. After the oil spill, Plaintiff spent weeks living aboard vessels that had been hired to participate in the oil cleanup operations, either by transporting barges to and from the decon stations or spotting oil. Plaintiff spent, in total, at least 100 days living on vessels throughout the contaminated Gulf waters immediately after and during the oil spill.  Plaintiff continues to attempt to work in the Gulf to this day, but is restricted by his health issues, which become debilitating whenever he gets over the Gulf waters.  Plaintiff does not yet have complete employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support his position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E*, et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E*, et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S*, et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated him and attributed his symptoms to toxic exposure, including, but not limited to, those who may be listed on Exhibit D; the fact that he had no substantially similar pre-existing health problems comparable to the ones he suffered, and continues to suffer, since his work cleaning up after BP's oil spill disaster; the fact that the pre-existing conditions he did have (rheumatoid arthritis and hypertension) increased in symptomatology significantly with no other explanation after his exposure; and the fact that so many others who spent significant time in above the contaminated waters have suffered similar diagnoses and symptoms.

# EXHIBIT D

**Plaintiff Name:**      John David Naples
**Plaintiff Address:**   254 Vanderhiede Road, Defuniak Springs, FL  32433
**Plaintiff DOB:**       ████████

## MEDICAL RECORDS SUMMARY

| DATE | MEDICAL PROVIDER | DETAILS | DOCUMENTS | AMOUNTS |
|---|---|---|---|---|
| 7/17/10 | Lady of the Sea General Hospital 200 W 134th Pl. Cut Off, LA  70345 | Pt. presents to ER with complaining of right swollen foot for 3-4 days.  PMH of HTN, Rheumatoid arthritis, anemia and back surgery. Impression: Cellulitis, Abscess. Plan:  Transfer to LCMC for further treatment. Radiology report:  Right foot. Impression:  1) Radiopaque sewing needle about the later right foot over the fifth toe raising question of underlying neuropathy. 2) Osteoarthritic change of the mid foot and first metatarsal phalangeal joint. | Medical & Billing Records | $1,165.80 |
| 7/17/10-7/31/10 | LSU – Leonard J. Chabert Medical Center 1978 Industrial Blvd. Houma, LA 70363 | Transfer from Lady of the Sea General Hospital for infected wound with foreign body to the right foot with redness and swelling.  PMH of Rheumatoid Arthritis, chronic back pain and depression. He is a tugboat captain.  He smokes 2 ppd for 30 yrs. Presents with right foot cellulitis and foreign body, rheumatoid arthritis. 7/18/10: surgery was performed to remove a needle-like metallic object. 7/19/10: c/o headache, skin lesions on left hand, has history of staph infections. 7/21/10: Awaiting I/D of staph from wound. 7/22/10: BC positive for MRSA. 7/23/10: C/o pain, feeling depressed from being in hospital. Continue rx for 14 days for MRSA. Echocardiogram: mild left ventricular hypertrophy, ejection fraction is greater than 55%. 7/24: Pain in foot, c/o headache, c/o not getting RA meds, notes HTN. | Medical & Billing Records | $2,810.00 (S. LA Medical associates; need hospital and radiology bills) |

| | | | | |
|---|---|---|---|---|
| | | 7/25/10: Cellulitis/MRSA continues to improve, HTN stable, hold RA medicine due to infection, depression improving. 7/27/10: Cellultis/MRSA continues to improve, continue holding RA med, no joint pain reported, HTN stable, depression-mood improved. 7/28/10: MRS wound & pain improving, continue R/E wound care, continue to hold RA meds until wound closes. 7/29: same as previous day. 7/30: same as 7/28. The patient improved over several days. 7/31/10: discharged home today, instructed on wound care, resolved MRSA bacteremia Diagnosis: 1) MRSA sepsis resolved 2) Right Foot cellulitis improved 3) Rheumatoid Arthritis.  Discharge medications: Clindamycin, Amaryl, Lortab, Prednisone and Zoloft. F/up in 2 weeks.  The patient instructed on smoking cessation. | | |
| 08/30/10 | DFS Walk-In Clinic 9 W. Orange Ave. DeFuniak Springs, FL 32435 | C/o chest congestion and cough x 3 days. Red oropharynx; chest rhonchi. Laceration in right foot not healed yet. Dx: Bronchitis; Cough; RA. Patient may go to work. No Bayou water until heals right foot. | Medical Records | |
| 09/14/10 | Gulf Coast Rheumatology Associates, P.C. 9332 FL-54, Ste. 209 Trinity, FL 34655 | S/p MRSA in R ft 2 months ago. Admitted for fish hook infection w/ MRSA. Bilateral elbow nodules. R elbow wrists & MCP ? warm | | |
| 01/05/11 | Gulf Coast Rheumatology Associates, P.C. | c/o body aches, fever, left ear pain, cough. Also reports bouts of epistasis. Pt requests increased Lortab dose. Not doing too well sinus issues. Sinusitis. | | |
| 02/18/11 | DFS Walk-In Clinic | C/o sore throat and cough. RoS: Ear Canals: red, red TMS; Nose: green discharge; Throat: Red/swollen oropharynx. Dx: Pharyngitis; HTN; RA. | Medical Records | |

| | | | | |
|---|---|---|---|---|
| 3/2/11 | LSU – Leonard J. Chabert Medical Center Houma, LA | ER Visit: Pt. complains of sore throat, cough and hoarse for the past 2-3 weeks.  Smokes 2 ppd for 30 years.  Clinical history: Chronic cough.  Radiology Report:  Chest/Thorax CT scan. Impression: 1) Minimal atherosclerotic calcifications involving the aortic arch. 2) Lungs are clear. | Medical Records | |
| 3/3/11 | LSU – Leonard J. Chabert Medical Center Houma, LA | ER Visit: Pt. presents with SOB for 1-2 weeks, congestion and cough, non-productive. "Has been having on and off since November 2010 – works as tugboat captain – every time goes across Barataria Bay – gets like this." Radiology Report: Chest. Indication: SOB. Findings:  Suggest of mild hyperaeration of the lungs, as well as prominence of the peri and infrahilar lung markings bilaterally, which in part may be chronic and due to such causes as asthma or smoking, although acute bronchitis or viral cause cannot be ruled out. Remaining lungs appear clear.  Diagnosis:  Bronchitis. Rx's: Prednisone, Doxycycline, Albuterol and Mucinex OTC.  F/up in ACC or with your doctor. | Medical & Billing Records | $225.00 |
| 3/8/11 | DFS Walk-In Clinic | Pt. complaining of coughing up blood. Was in ER and they checked and told him he was fine. C/o cough, headache, dizziness x 2 weeks. Pt. had reactions from Doxycycline. Patient wants a referral. Assessment:  Bronchitis, HTN.  Plan: Rx. for Z-pack and Tessalon. Pt received work excuse note: Excused from work 3/8/11 to 3/10/11. | Medical Records | |
| 3/24/11 | LSU – Leonard J. Chabert Medical Center Houma, LA | ER Visit:  Patient complaints of productive cough for 3 days (yellowish). Works on tug boat – on oil spill – every time he works he gets cough and loses voice. Radiology Report: Chest.  Indication: Cough.  Findings: Chest is | Medical & Billing Records | $137.00 |

| | | within normal limits for the patient's age. Diagnosis: Productive Cough. Plan: 1) Pulmonary referral. 2) Z-Pack 3) Pro Air. | | |
|---|---|---|---|---|
| 4/4/11 | LSU – Leonard J. Chabert Medical Center Houma, LA | Initial visit at Pulmonary Clinic. 52 y/o Complains of SOB, cough, headache since exposed to chemical dispersant. Reports feeling better since being off of boat. Diagnosis: 1) SOB/Cough – Cont.  SABA as needed. 2) Rheumatoid Arthritis – on Methrotrexate, Emgrel 3) Occupational Lung ds. – complete PFTs and pt. to return. | Medical & Billing Records | $191.00 |
| 04/05/11 | Gulf Coast Rheumatology Associates, P.C. | Has had prob with S.O.B., has had x-ray. Scheduled for PFT tomorrow. Had tb test. Seeing someone for bronchitis now. Worried this is related to his work w/ BP clean-up. Arthritis OK though. Same chronic symptoms.<br><br>4/6/11 notes on lab tests: Pt notified of results. Instructed to go to ER for recheck & tx of high glucose TODAY (underlined) Pt verbalized understanding of instructions. | Records | |
| 4/11/11 | LSU – Leonard J. Chabert Medical Center Houma, LA | Called patient and left message in regards to positive sputum culture on 4/7/11.  Will call in Ciprofloxacin prescription for the patient once he calls back on the phone. | Medical Records | |
| 4/14/11 | Florida Department of Health (Walton County Public Health) (PCP) 362 State Hwy 83 Defuniak Springs, FL 32433 | Patient interviewed for Primary Care (LIP) program.  States no health insurance. | Medical Records | |
| 5/02/11 | LSU – Leonard J. Chabert Medical Center | Chest CT w/o intravenous contrast due to chronic cough. Evaluation of the lung window settings reveals no evidence for air space consolidation, modules or masses. There are no pleural effusions. Evaluation of the soft tissue window settings reveals atherosclerotic | Medical Records | |

| | | calcifications involving the aortic arch. Evaluation of the osseous window settings reveals no evidence for lytic or destructive lesions. Impression: Minimal atherosclerotic calcifications involving the aortic arch; the lungs are clear. | | |
|---|---|---|---|---|
| 5/11/11 | LSU – Leonard J. Chabert Medical Center Houma, LA | CT chest 5/2/11 results - normal. Please notify pt. | Medical Records | |
| 5/13/11 | Florida Department of Health | Scheduled Plaintiff to be seen tomorrow in Chabert Medical Center Clinic – having problems. | Medical Records | |
| 5/14/11 | Florida Department of Health | Patient states kept getting sick with coughing up red, over the whole winter.  Was exposed to "Synthia" in LA and "Corectit", lots of chemicals.  Have not gone back to work.  Being sick r/t exposure caused by BP oil spill.  Found trace of TB. Meds: Methotrexate; Isoniazid; Folic acid; prednisone, Atenolol.  Wants liver and blood checked and made need antibiotics for chest.  Need to be detoxed.  Assessment: 1)Bronchitis 2) Cough 3) Rheumatoid Arthritis 4) positive PPd byLx? | Medical Records | |
| 5/19/11 | Florida Department of Health | Unable to reach by phone.  Did not follow-up as instructed. | Medical Records | |
| 5/31/11 | LSU – Leonard J. Chabert Medical Center Houma, LA | No show for PFT. | Medical Records | |
| 6/25/11 | Florida Department of Health | F/up with c/o chest pain.  Plaintiff states, "It kind of cleared up with the antibiotics, but it comes back.  Pain is in the center of chest.  Review lab work with provider.  1 yr. hx of sub-sternal chest pain.  The pain is described as a pressure sensation and is not radiating.  No associated SOB. Patient reports glucose history as high as 500. Old records reviewed show he | Medical Records | |

| | | | | |
|---|---|---|---|---|
| | | was on Anacyl last year but patient denies. Assessment: 1) ADDM 2) Chest pain 4) Rheumatoid Arthritis.  Plan: F/up one month. Rx: Metformin glucose monitoring for daily testing; testing supplies; V Glucose daily and records; eye exam;  diabetes teaching. | | |
| 08/01/11 | Gulf Coast Rheumatology Associates, P.C. | "a lot of pain last night"  some hemoptysis – had CT scans of chest – all okay.  Doing ok with(out?) more joint pain & swelling off Enbrel. Pt states low running sugars 120's; Glucose 534. | | |
| 8/2/11 | Florida Department of Health | Called in Rx of Metformin to Wal-Mart Pharmacy. | Medical Records | |
| 8/15/11 | Florida Department of Health | Pt. wanting to discuss possibility of further lab tests for liver and diabetes problems. Complaints of both hands swelling and feels like it could be from an exposure while sailing on boat. Complaints of chest hurting.  Also c/o cough and chest congestion and low grade fever.  Has been hospitalized numerous times due to problems with chest, vomiting blood, headache, hands swelling, continues to take prescribed meds from last visit. Pt. feels sure his symptoms are still due to BP oil spill. He was at beach yesterday and thinks boats were churning up dispersants.  Assessment: 1) Bronchitis 2) Rheumatoid Arthritis. 3) AO DM? | Medical Records | |
| 09/02/11 | Metamatrix Clinical Laboratory | VOC Blood Testing Results: 5 in 95%: Benzene; Ethylbenzene; Styrene; Toluene; m,p-Xylene. 2 in 75%: Hexane; Iso-octane. 3 in 50%: o-Xylene; 2-Methylpentane; 3-Methylpentane. | Testing Results | |
| 10/29/11 | Florida Department of Health | F/up for medication refill.  Patient had blood work completed at "A New You" in Santa Rosa Beach by Dr. Soto.  Patient states he starts detox soon.  Assessment: 1) NDOOM? 2) Rheumatoid | Medical Records | |

| | | Arthritis 3) Hs of PPD. Plan: Continue with inhaler and continue with diabetes diet and all present meds. | | |
|---|---|---|---|---|
| 10/13/11 | Rodney D. Soto, M.D. The Younger You Institute, P.A. 249 Mack Bayou Loop, Ste. 201 Santa Rosa Beach, FL 32459 | Initial visit for environmental toxicity evaluation. Health issues: Petroleum toxicity, oil spill exposure for 8 months. His symptomatology included: nausea, vomiting, enlarged lymph nodes, coughing blood, shortness of breath, low to no energy, memory loss, dizziness, hair loss, elevated blood sugar and skin rashes.  PMH is significant for diabetes, mellitus, cellulitis and rheumatoid arthritis.  He has been treated in the past with oral antibiotics for upper respiratory infection. He is a chronic smoker and does not drink any alcohol.  His physical examination demonstrated chronic skin lesions covered with scabs, right hand deformity from rheumatoid arthritis and COPD in the lungs.  Mr. Naples volatile solvents report shows a significant elevation of multiple compounds.  The need to perform a comprehensive evaluation and testing prior to detoxification was also discussed.  I advised him to quit smoking to facilitate the process.  On a follow up clinical consultation, his clinical condition has deteriorated. Assessment and Diagnosis:  Primary: Environmental toxicity due to petroleum and dispersant chemical exposure. Secondary: Metabolic disorder, immune disorder, hormonal imbalance, gastro-intestinal dysfunction, heavy metal toxicity, nutritional deficiency. | Medical Records | |
| 11/1/11 | Florida Department of Health | Discussed labs. Will start Pravachol. | Medical Records | |

| 01/03/12 | Gulf Coast Rheumatology Associates, P.C. | Hurting all over, arthritis not too bad… otherwise indiscernible … "may ?? Enbrel & d/c INH (has been 9 months)" | | |
|---|---|---|---|---|
| 3/31/12 | Walton County Public Health Defuniak Springs, FL | Complaints of Cough for 10 days with fever and cough.  Assessment:  1) Acute bronchitis 2) Cough 3) Rheumatoid arthritis 4) Adult-onset diabetes. Plan:  Continue on Glucophage, start on Zithromax Z-Pack, and Promethazine for cough and Albuterol inhaler. | Medical Records | |
| 7/7/12 | Walton County Public Health Defuniak Springs, FL | Pt. returns for f/up on blood work done in early April.  Patient reports he was undergoing some chelation therapy with Dr. DeSoto – this being the possible reason for the elevated potassium level.  F/up Monday for fasting labs. Assessment: 1) Elevated potassium 2) Diabetes 3) Olecranon bursitis - drained olecranon bursa and patient tolerated procedure well.  Plan: Refill on Metformin and continue with Atenolol. | Medical Records | |
| 7/10/12 | Walton County Public Health Defuniak Springs, FL | Plaintiff in for fasting labs. | Medical Records | |
| 7/12/12 | Walton County Public Health Defuniak Springs, FL | Plaintiff returned call and informed him of increased cholesterol and the need for medication.  Called rx in Walmart and Plaintiff needs to return in 3 months. | Medical Records | |
| 7/17/12 | Walton County Public Health Defuniak Springs, FL | Faxed medical records to SSA Disability. | Medical Records | |
| 7/25/12 | Walton County Public Health Defuniak Springs, FL | Pt. presents with rash in both axillar that began a few days after he began the Pravachol.  Never bought Lopid secondary to cost.  Urticarial lesions noted x3 on his abdomen.  Assessment: Rash, unsure etiology but related chronologically with restart of pravastatin. Plan: | Medical Records | |

| | | | | |
|---|---|---|---|---|
| | | Discontinue Pravastatin and begin Benadryl or Loratadine. | | |
| 9/13/12 | Walton County Public Health Defuniak Springs, FL | Patient complaining of headache since Tropical Storm Issac and needing refills for Ultram and prednisone which is being given to him by his rheumatologist. Former smoker. Assessment: 1) Rheumatoid Arthritis 2) Headache 3) Acute Maxillary Sinusitis. Plan: Prednisone for arthritis and Z-pack for sinusitis. | Medical Records | |
| 10/18/12 | Walton County Public Health Defuniak Springs, FL | Patient complains of chest congestion and having pain with breathing, dry cough, throat pain, headache and tinnitus. Wants refills of Prednisone and Melformin and Atenolol. Assessment:  1) Rheumatoid Arthritis 2) Unspecified Essential Hypertension – refill Tenormin 3) Acute Pharyngitis – use Z-pack 4) Diabetes Mellitus without mention of complication, Type II. F/up with rheumatologist next month. | Medical Records | |
| 11/07/12 | Walton County Public Health Defuniak Springs, FL | Patient returns complaining of chest congestion mainly in center of chest again that started 4 days ago.  Throat is scratchy feeling too, SOB, running some fever, sweating, dizziness, ears ringing and says a lot goes along when he was poisoned from BP incident. Assessment:  1) Rheumatoid Arthritis – continue Methotrexate, Prednisone 2) Acute Pharyngitis 3) Contact Dermatitis and other Eczema, unspecified cause – resolved 4) Unspecified essential hypertension. Refill Tenormin 5) Headache – resolved 6) Diabetes Mellitus w/o complication, Type II  - strict low carb diet.  Exercise 30 minutes day – 5 x weeks. Glucose goals of 130 or less and monitor daily. 6) Depressive disorder – refill Zoloft 7) Acute Bronchitis – Z-Pack and f/up 1 week. | Medical Records | |

| 12/22/12 | Walton County Public Health Defuniak Springs, FL | C/o chest congestion for 2 weeks and dry cough, sinus congestion, headache, sore throat, swollen glands. Has a hx of chest issues with BP oil spill. Needs med refills. Assessment:  1) Acute Bronchitis – resolved 2) Diabetes Mellitus w/o complication, Type II – get in for fasting labs.  Low carb diet and exercise. Metformin refilled. 3) Rheumatoid arthritis – Refill prednisone. 3) Cellulitis and abscess of upper arm and forearm. Bactrim DS bid #14 5) Unspecified hypertension – discussion for medication compliance and low sodium diet. 6) Depressive disorder – refill Zoloft. | Medical Records | |
| 1/29/13 | Walton County Public Health Defuniak Springs, FL | Pt. returns complaining of Dyspnea for 2 weeks and pain with breathing, dry cough, right ear pain, nasal drainage at times bloody. Rash on arms and back.  Seen for same on 12/2012 and states this is still bothering him. Friend who worked with him on oil spill has same problem. Assessment:  1) Unspecified Hypertension – has not taken bp med today. Will start back on low sodium diet and exercise.  2) Rheumatoid Arthritis – refill for Methrotrexate and Prednisone. 3) Acute Bronchitis – Z-pack – f/up in 10 days. | Medical Records | |
| 3/13/13 | Walton County Public Health Defuniak Springs, FL | Pt. returns complaint of cough and sore throat that started 3 weeks ago. Plaintiff states he has been taking Nyquil and OTC meds with no relief.  Never a smoker. Assessment: 1) Personal history of noncompliance with medical treatment, presenting hazards to health – get fasting labs as ordered. 2) Acute Bronchitis – Z-Pack. 3) Rheumatoid Arthritis – Refill Prednisone 4) Unspecified Hypertension – Refill Tenormin and low sodium diet and exercise. 5) Cellulitis and Abscess of upper arm | Medical Records | |

| | | | | |
|---|---|---|---|---|
| | | and forearm – resolved. 6) Diabetes Mellitus w/o complication, Type II – Pt. has been non-compliant with labs, low carb diet – instructed to get fasting labs in am, return for diabetic visit. | | |
| 5/20/13 | Walton County Public Health Defuniak Springs, FL | Complaints of dull stomach pain for 1 week off and on.  Needs med refills. Assessment:  1) Personal history of non-compliance with medical treatment, presenting hazards to health – take meds on a daily basis – come in for diabetic exam. 2) Unspecified Hypertension – refill Tenormin – low sodium diet and exercise. 3) Acute Bronchitis – resolved. 4) Diabetes Mellitus w/o Complication, Type II – take meds as ordered – strict low carb diet and exercise – come in for diabetic visit. 5) Rheumatoid Arthritis – get back on Methrotrexate IM monthly –refill Prednisone and apt. with rheumatologist. | Medical Records | |
| 6/1/13 | Walton County Public Health Defuniak Springs, FL | Pt. complaining of rash on both arms, neck and face. Pt states he believes that rash is caused by a chemical infection that was used in the Gulf to break down oil from the spill. RoS positive for: fatigue/tired/sluggish, fever, polyarthralgia due to RA, open lesions on both arms. Pt feels sure the lesions are "flesh eating" bacteria that he has picked up from offshore work after BP oil spill. Lesions are cratered with some pus draining. Dx: Cellulitis and abscess of upper arm and forearm; unspecified disorder of skin and subcutaneous tissue; RA; Diabetes Mellitus w/o mention of complication, type 2 or unspecified type, not stated as uncontrolled. | Medical records | |
| 6/8/13 | Walton County Public Health Defuniak Springs, FL | Plaintiff presents for culture and biopsy results samples taken on 6/1/13 and blood drawn on 6/7/13, results not back. Patient still has open | | |

| | | lesions on the arms, chronic pain of RA. Assessment: 1) Unspecified Hypertension – continue diet, exercise and present meds. 2) Personal History of Non-compliance with medical treatment, presenting hazards to Health – status inactive. 3) Rheumatoid arthritis – continue with present care 4) Cellulitis and Abscess of upper arm and forearm – resolved 5) Unspecified disorder of skin and subcutaneous tissue – status inactive. 6) Prurigo – Triamcinolone and Atarax rx'd. | | |
|---|---|---|---|---|
| 09/26/13 | SMH Physician Network/Gulf Coast Rheumatology Associates, P.C. | Records: Has been in detox program for some toxic exposure from BP spill been getting chelation tx by Dr. Soto in Destin. Arthritis is same as before | Bill, records | $197.00 |
| 10/10/13 | Walton County Public Health | RA med refill. RA onset 20 years, previous doctor in Slidell, LA can't see him anymore- doctor sold practice. Elbow hurting tonight. Chest is also hurting due to chemical exposure from BP clean up. 6'2" 227 lbs. Deformity on right hand. Dx: Rheumatoid arthritis. | Medical Records | |
| 10/26/13 | Walton County Public Health | C/o right bottom tooth pain x 1 week, swollen jaw, multiple caries present. Pt admits to fever. Oral cavity – teeth and tongue: caries, missing teeth: multiple caries, the lower central incisors are about to come out. Painful gums right lower lateral incisor area. Dx: RA; Diabetes; Dental caries, unspecified. | Medical Records | |
| 01/21/14 | Chuck Stevenson, O.D., P.A. 770 US-331 #1 Defuniak Springs, FL 32435 | Eye exam. Dx: Presbyopia – Rx Bifocals | Medical & Billing Records | $50.00 |
| 01/23/14 | Walton County Public Health | C/o cough x 1 month with clear to minimal yellow mucus, headache x 2 days, chest pressure x 1 month, fever. Polyarthralgia due to RA. Respiratory: scattered wheezes. Normal | Medical Records | |

| | | echocardiogram. Dx: Dental caries, unspecified; diabetes; RA; acute bronchitis; Prurigo; Chest pain, unspecified | | |
|---|---|---|---|---|
| 02/25/14 | Bryan N. House, DDS, PA 4400 Hwy 20 E, Ste. 111 Niceville, FL 32578 | Pt intake form, pt writes dental problem as hole in jaw from extraction. Medical hx: RA; Type II diabetes; back surgery 1982; broken neck 1987. Referral note from S. Pate, DMD: "Pt had extraction of #12, #14 on 12/16/13. Pt has very slow healing possibly due to radiation exposure. Please eval & advise." Handwritten records, hard to decipher. Dx: Oral antral fistula area #14, opening about 3 mm air passage noted; something now painful. "Reviewed in detail the cause, method for closure of oral antral fistula. Explained that closure can be difficult. Sometimes can fail. Plan to use … closure & flex advancement to achieve closure. Pt aware of sinus precaut. over next month post surgery." | Medical Records | |
| 02/28/14 | Walton County Public Health | Diabetic f/u, Plaintiff out of bp meds and diabetic meds. Had tooth pulled on weds. RoS: out of meds x1 week glucose returned HHH hgba1c 12.8; needs a retinal exam; RA & bone deformity from RA. Dx: Diabetes; dental abscess – cellulitis and abscess of unspecified sites. | Medical Records | |
| 04/18/14 | Walton County Public Health | C/o chest pressure, onset since 2010 Plaintiff was tug boat captain, and worked to help clean the oil spill, and has had chest pressure and coughed up blood occasionally. Plaintiff believes the chemicals from oil spill is what is making him sick. Plaintiff believes skin rash on arm and legs is related to oil spill. Normal echocardiogram. RoS: Polyarthralgia due to RA; cough; wheezing; sputum-yellow; rash on left arm and legs. Respiratory: bilateral inspiratory wheeze. Painful ROM fingers, | Medical Records | |

| | | | | |
|---|---|---|---|---|
| | | elbows, knees, ankles. Rheumatoid deformities hands. Bilateral Olecranon Bursa inflammation. Excoriations on legs from itching. Has red raised papules on left arm that resemble allergic dermatitis. Dx: Contact dermatitis and other eczema, unspecified cause; RA; Dental caries, unspecified; acute pharyngitis; acute bronchitis; chest pain, unspecified; dental abscess-cellulitis and abscess of unspecified sites; diabetes. | | |
| 06/28/14 | Walton County Public Health | C/o left ear pain x 1 week, right ear pain today. Pt states that he has been swimming in home pool. Admits to fever. Has swollen ear canals. Left TM is red, no bulging, a lot of yellow exudate in canal. Dx: unspecified otitis media; otalgia, unspecified; RA; HTN; acute bronchitis; chest pain, unspecified. | Medical Records | |
| 07/24/14 | Walton County Public Health | Diabetic f/u. Pt stated he kicked a log in a fire about 3 weeks ago and burned the top of his great toe on his left foot. He states it is slowly healing. Needs refills on meds. RoS: Poor dental repair, healing 3 mm burn on tip of left great toe, 2 mm ulcer on arch of left sole, few healing papules on left forearm. Dx: Diabetes; RA; depressive disorder, not elsewhere classified; HTN; contact dermatitis and other eczema, unspecified cause; unspecified otitis media; otalgia, unspecified. | Medical Records | |
| 09/02/14 | Walton County Public Health | C/o sore throat x 2 days, sinus drainage, left ear pain x 1-2 weeks, jaw and roof of mouth pain. RoS: Left ear pain, fatigue/tired/sluggish, fever, bleeding gums, mouth pain, bad breath, congestion, cough. Nose: left frontal sinus tender, left maxillary sinus tender. Mouth/Throat: "Inflamated" gum, caries. Dx: Dental caries, unspecified; acute maxillary sinusitis; | Medical Records | |

| | | | | |
|---|---|---|---|---|
| 11/27/14 | Walton County Public Health | C/o tooth pain x 1 week in upper left portion of mouth. Pt was a tug boat captain, says he was exposed to chemical in gulf coast oil spill. RoS: bleeding gums, cavities, mouth pain, skin sores that are not healed due to gulf oil spill. Mouth/throat: cavity upper right molar. Skin: various abrasions on arms in various stages of healing. Dx: dental caries, unspecified; HTN. | Medical Records | |
| 12/20/14 | Walton County Public Health Defuniak Springs, FL | Plaintiff presents today with cough and chest congestion.  Notes he is a former smoker.  714.0 rheumatoid arthritis,  786.2 cough, and 250.00 diabetes mellitus without mention of complication, type ii or unspecified type, not stated as uncontrolled. | Medical & Billing Records | |
| 12/30/14 | Walton County Public Health Defuniak Springs, FL | Plaintiff presents today with pressure in face and drainage in nose.  Pt has c/o sore throat, nasal drainage, productive cough with greenish sputum, chest congestion, body aches and fever. Notes he is a former smoker.  786.2 cough, 692.9 contact dermatitis and other eczema, unspecified cause, 401.9 unspecified essential hypertension | Medical & Billing Records | $134.00 |
| 01/07/15 | Walton County Public Health Defuniak Springs, FL | Plaintiff presents today with cough, chest congestion, fever, and body aches.  Pt felt good on Monday but then again on Tuesday he has had green drainage with blood mixed in and also states he has alot of pressure in his head and eyes.  Notes he is a former smoker.  461.0 acute maxillary sinusitis | Medical & Billing Records | $91.00 |
| 4/23/15 | Walton County Public Health Defuniak Springs, FL | Plaintiff presents today with pain and pressure in face.  Has swollen glands in neck.  Notes he is a former smoker.  461.0 acute maxillary sinusitis 250.00 diabetes mellitus without mention of complication, type ii or unspecified type, not stated as uncontrolled. | Medical & Billing Records | $138.25 |

| 06/17/15 | LECOM Dental School<br>101 Lecom Way<br>Defuniak Springs, FL 32435 | Pt had extraction done 1.5 years ago and needed an oral antral fistula closure but did not have the funds at the time. Pt has been experiencing more pain in this and can hardly blow his nose. Med Hx: smoker. Panoramic and FMX was completed. Oral surgeon suggests that pt needs ENT and CT scan to see what is going on. Possible sinusitis and in need of a sinus flush. | Medical & Billing Records | $0.00 |
| --- | --- | --- | --- | --- |
| 07/22/15 | LECOM Dental School | Pt came in for cont of NPE. Med hx: Had consultation with ENT and CT scan. CT scan revealed that there is mild to moderate chronic sinusitis in the left maxillary sinus. Also there are two bony defects in the floor of the left maxillary sinus, which are suspected to be related from previous tooth extractions. Pt received profound anesthetic. Tooth #5 had previously fractured and was causing him pain. Tooth #5 was extracted w/o complication. Extraction site was cleaned and irrigated with sterile water. Pt was explained that he still needed test for chronic sinusitis before we begin further testing. There is flaccid palatal swelling approx. 2 cm in diameter with a central ulceration of approx. 3 mm. This lesion will need to be excised if denture will be fabricated. | Medical & Billing Records | $45.00 |
| 07/27/15 | LECOM Dental School | Pt c/o pain from previous extraction of tooth #5. No changes in med hx. Intraoral exam revealed that extraction site seems to be healing well. Area is still inflamed and pt was told that it will just take time to heal. Pt told that he needed to do more salt-water rinses. | Medical & Billing Records | $0.00 |
| 08/04/15 | Gulf Coast Facial Plastics & E.N.T. Center<br>200 Doctors Dr.<br>Panama City, FL 32405 | Chief complaint: nose difficulty: sinusitis. Hearing history: reports light headed. Sinusitis history: long hx of sinus problems, 2 years, did chelation therapy. Went to get teeth pulled, has oroantral fistula, resolved on its own. Needs CT | Medical Records (Contained in Bay Medical Sacred Heart records) | |

| | | | | |
|---|---|---|---|---|
| | | scan to check. Has much sinus problems. Reports facial pressure/pain and frontal headaches. RoS, positive for: tremors, depression, irritability. Impression: Chronic Sinusitis, Maxillary. Plan: Want oroantral fistula closed, will arrange. Please schedule: maxillary antrostomy, please schedule: alveoloplasty. | | |
| 08/11/15 | Gulf Coast Facial Plastics & E.N.T Center | Post Op Instructions – septal reconstruction. | Post Op Instructions (Contained in Bay Medical Sacred Heart records) | |
| 08/20/15 | Walton County Health Department Defuniak Springs, FL | Diabetes management. Pt works offshore in Beaufort, NC and feels better from a standpoint of his sinuses there but is concerned about being able to manage his blood sugar while on the boat. Needs med refills, now has insurance and would like a rheumatology referral. Former smoker. Ulnar deviation of fingers noted. Dx: RA; Depressive disorder not elsewhere classified; HTN; Diabetes; Cough; Acute maxillary sinusitis; Mixed Hyperlipidemia; Other specified vaccinations against streptococcus pneumoniae. | Medical & Billing Records | $139.00 |
| 08/21/15 | Bay Medical Center 615 N. Bonita Ave. Panama City, FL 32401 | Procedure performed: 1. excision of oroantral fistula and dental extraction with one-quadrant alveoloplasty; 2. Left maxillary antrostomy. Preop and Postop diagnosis: oroantral fistula, left. Description of procedure: 2 carious teeth marked for removal, all devitalized tissue was debrided. There was a moderate amount of osteomyelitic bone that was removed and the left maxillary antrum was easily entered. A generous amount of inspissated secretions and fungal ball was then removed from that sinus and that was irrigated with copious amount of | Medical & Billing Records | $13,286.65 |

| | | | | |
|---|---|---|---|---|
| | | normal saline. All devitalized bone was removed. The wound was closed using interrupted 3-0 vicryl sutures. | | |
| 09/21/15 | Bay Medical Center | ED chief complaint of a knot on the top of his head. He feels pressure behind his eyes and into his forehead. CT brain/head due to headache; knot to top of head: normal study. Differential diagnosis: CT results are normal, I do not see any evidence of acute trauma, infectious process, or other etiologies to explain his complaint. Current problem list: Well adult. | Medical & Billing Records | $2,617.40 |
| 11/02/15 | Sacred Heart Hosp. Emerald Coast 7800 US Hwy 98 W. Miramar Beach, FL 32550 | Chest CT/xray due to nonspecific reaction to tuberoulin skin test without active tuberculosis. Impression: normal chest. (Admit cover sheets lists previous encounter date as 10/27/15 – no record of this visit included). | Medical & Billing Records | $714.00 |
| 11/05/15 | Sacred Heart Hosp. Emerald Coast | | Billing | $567.00 |
| 11/06/15 | Sacred Heart Hosp. Emerald Coast | | Billing | $653.10 |
| 11/07/15 | Sacred Heart Hosp. Emerald Coast | | Billing | $567.00 |
| 12/16/15 | West Florida Medical Center (PCP) 8333 N. Davis Hwy Pensacola, FL 32514 | x-ray of elbow Chief complaint: R elbow swelling and pain. Pt reports for pain, has been like this since 2005. Drains on occasion. He has a rather large effusion in the right elbow. Exam: R elbow shows a very large effusion in the olecranon bursa. Palpation of this almost feels like tophus material in there. Pt has no hx of gout. He has a small draining sinus which is not currently draining. I want to get MRI of this elbow for further eval and sx planning. | Bill | $62.00 |
| 12/17/15 | West Florida Medical Center | | Billing | $2,813.00 |
| 12/18/15 | West Florida Medical Center | Chest x-ray and venipuncture | Billing | $61.00 |

| | | Note: Pt had to go to ER yesterday and have his elbow drained. We are not getting an MRI on pt, we are scheduling him for sx Monday 12/21/15. Chief complaint: R elbow swelling and pain. Has been present since Katrina and never sought any official tx. Exam: R elbow shows tremendously sized effusion with a small punctate lesion with clear drainage today. He may have some tophus material in this as well. Has no surrounding erythema, no signs of infection grossly. Plan: R elbow effusion with possible infection. Plan for incision and debridement R elbow, removal of tophus if present. | | |
|---|---|---|---|---|
| 12/21/15 | West Florida Medical Center | Remove arm/elbow lesion; surgical notes | Billing (somewhat confusing) | $248.00 $3,960.17 |
| 01/04/16 | West Florida Medical Center | Pt here for removal of sutures postop R elbow olecranon bursectomy. | Billing | $0.00 |
| 01/28/16 | West Florida Medical Center | New Pt present for eval of arthritis. Had onset of hand pain in 20s, by year 2000, his hand swelling and pain is quite significant with stiffness. He worked on its own boat and a shrimp boat. Pt would have a lot of C- and L-spine pain and eventually had surgery in both areas. His hands would lock up. By the time he was 40 he was finally dx'ed with RA after left knee pain & swelling testing positive for rheumatoid factor. He saw RA dr from 2000-2013 until that dr retured. He was on Enbrel between 2005-2013 and did fairly well with that. Methotrexate he was also on along w steroids, Lortab, and Zoloft. He has been on no inactive inhibitor since 2013. With BP oil spell [sic] he probably had some contamination and underwent chelation therapy. His wife died of | Billing | $269.00 $248.00 |

| | | | | |
|---|---|---|---|---|
| | | melanoma and Hurricane Katrina wiped him out and he moved here after that to DJD expirations. Pt has had trouble keeping ins. Pt saw RA dr here but that did not work out well. Pt has had TB test which was question positive skin test saw pulmonary doctor and they did not start any medicines and AFB sputum negative x3. Pt has had R elbow rheumatoid nodule removed surgically with good results. Azulfidine did not help before and Plaquenil he failed that he was only taking one a day. Hand shoulder and knee x-rays have been done before. Previous sx include laminectomy at C6-7, discectomy at L5 and R foot fasciitis surgery in 2010. Bursa removal of elbow and 20/15. Denies any other fractures or injuries recent or remote. Has had hypertension diabetes and anemia before.<br>Assessment: 1. RA w active disease. Pt needs to proceed with TNF inhibitor. 2. Rheumatoid nodules will likely improve back on TNF inhibitor. 3. Left flexor teno synovitis. 4. Left sternoclavicular joint synovitis. 5. Rule out osteoporosis. 6. Cervical and lumbar spondylosis s/p sx. 7. Diabetes mellitus. Pt will watch blood sugars carefully. 8. Possible peptic ulcer disease bleeding before.<br>Plan: I agree w current medications. Pt f/u in 1 mo for review of therapeutic response. Enbrel 50mg subcutaneous. Methotrexate continue. Plaquenil increased to 200mg bid. Discontinue sulfasalazine, begin prednisone. Pt may taper prednisone as he feels better. | | |
| 02/16/16 | Walton County Health Department Defuniak Springs, FL | Diabetes management. Pt states that he has not been working as a tug boat captain for the past 4 months due to elevated A1C. Had nodule right | Medical & Billing Records | $184.25 |

| | | | | |
|---|---|---|---|---|
| | | elbow removed 12/2015; saw rheumatologist for RA 1/2016 and prednisone. Former smoker. Ulceration right great toe plantar surface, plean, minimal ind noted Callouses, RA changes of toes with overlapping of 3 toes on left; sensate all areas both feet. Dx: Diabetic toe ulcer, right great – cellulitis and abscess of foot, except toes; Diabetes Type 2; | | |
| 02/22/16 | Walton County Health Department Defuniak Springs, FL | C/o chest congestion, sore throat, non-productive cough, runny nose x1 week. Pt states he went back to work last Wednesday and states that he got sick because he was exposed in the BP oil spill. Former smoker. RoS: Pt has recently been moved back into gulf with his job, he has a flare of his allergies since move; neck glands lump; cough; sore throat; redness of throat. Red swollen nasal mucosa; tonsillar tender bilaterally; breath sounds wheezing, scattered, posterior, bilaterally. Dx: Acute Upper respiratory infections of unspecified site | Medical & Billing Records | $102.00 |
| 02/26/16 | West Florida Medical Center | DXA Bone densitometry report. Results: No osteoporosis detected. | Billing | $149.00 |
| 03/04/16 | West Florida Medical Center | F/up. There was delay in getting the Enbrel from his ins co, but he has it and has taken one shot last Friday. It has already started to help. He did run out of Plaquenil and methotrexate, which we will help with today. Stopped prednisone d/t blood sugar increase. Elavil does help him sleep better. He has a few more rheumatoid nodules we hope get better w Enbrel. Discussed lab results from Jan 28. | Billing | $161.00 |
| 03/21/16 | Walton County Health Department Defuniak Springs, FL | Re-check of staph infection. Was given Z-Pack and it improved but didn't get well. Pt w/ multiple open sores in various stages of healing. Some with fresh open sores, sores on arms only. Former smoker. Physical exam: Rhonchi | Medical & Billing Records | $107.00 |

| | | bilateral lung fields; multiple scabs and open sores in various stages of healing-bilateral upper arms. Most lesions measure 0.5cm or less, lesion with greenish exudate, open bleeding sore. Dx: Local infection of the skin and subcutaneous-unspecified local infection of skin and subcutaneous tissue. | | |
|---|---|---|---|---|
| 04/05/16 - 04/06/16 | Sacred Heart Hosp. Emerald Coast | Arthritis flare up/both hands/pain for about 2 days. H/o RA and this is consistent with his typical flares. Dx: Rheumatoid arthritis. (Not overnight hospitalization, admitted 11:08 pm 4/5, discharged 2:30 am 4/6). | Medical & Billing Records | $1,321.02 |
| 06/08/16 | West Florida Medical Center | F/u. Pt has been sick with a bluish-type illness several months ago, therefore missed appts. He does have some knots that develop and he brings in pictures showing for example flexor tendon synovitis of the R wrist. Pt states his episodes might last about 1-3 days and he has gone to ER in April to get steroid shot. | Billing | $161.00 |
| 09/06/16 | Walton County Health Department Defuniak Springs, FL | Med refills, diabetic labs drawn. Pt states he has been out of state running tug boats. Former smoker. Physical exam: neuro-psychiatric: Speaking about the BP oil spill and about the difficulty with young tugboat crewmen's attitudes. Dx: Diabetes type 2; Acute Upper Respiratory Infections of unspecified site; local infection of the skin and subcutaneous – unspecified local infection of skin and subcutaneous tissue; HTN. | Medical & Billing Records | $155.25 |
| 09/07/16 | West Florida Medical Center | F/up. Pt doing reasonably well since last seen. Voltaren gel does help some. Currently having left knee pain over last 3 days moderately severe and he is limping. Pt has left fifth trigger finger as well one month nontraumatic in onset moderately bothersome to him, interrupting use | Billing, records | $246.00 |

| | | | | |
|---|---|---|---|---|
| | | of his hands. Procedure: Left knee depomedrol injection. Assessments: 1) L knee osteoarthritis s/p injection. 2) Left 5th trigger finger. He will try Voltaren gel and let me know if it requires injection. 3) Seropositive RA positive CCP doing better. 4) Rheumatoid nodules. 5) Cervical and lumbar spondylosis s/p sx. 6-7) Diabetes and possible peptic ulcer disease. 8) Flexor tenosynovitis of the wrist improved w Voltaren gel. Plan: Agree w current meds. Voltaren gel qid prn. Norco 3 months. Monitoring labs today. | | |
| 09/08/16 | Walton County Health Department Defuniak Springs, FL | Management of diabetes, requesting med and diabetic testing supplies refills. Saw rheumatologist yesterday and received injection in left knee. Just re-started Zoloft due to depression. Former smoker. Physical exam: Neuro-psychiatric: perseverate about the BP oil spill; bilateral great toe shallow ulcers. Dx: HTN; Diabetes type 2; Diabetic toe ulcer, right great – cellulitis and abscess of foot excluding toe. | Medical & Billing Records | $156.00 |
| 09/20/16 | Sacred Heart Hosp. Emerald Coast | Right ear laceration/ bleeding. Pt presents for evaluation of fall, while walking or running, from height less than 3 feet, landing on hard surface, landing on head, landing on right side. Symptoms are localized, most severe to right shoulder, right ear, head. Positive for headache. Hx of depression, denies alcohol use, drug use, quit smoking 2011. Dx: Laceration right ear; additional: closed head injury, fall, shoulder sprain. | Medical & Billing Records | $11,015.20 |
| 09/28/16 | Walton County Health Department Defuniak Springs, FL | F/u ER visit SHHEC, here for suture removal right ear. Fell off boat and seen at SHHER. Had | Medical & Billing Records | $66.00 |

| | | LOC, possibly, briefly, none since. Dx: Removal of suture. | | |
|---|---|---|---|---|
| 10/27/16 | Walton County Health Department Defuniak Springs, FL | C/o sinus pain and pressure, headaches, eye pain/pressure, green nasal drainage. Head hurts mostly on R side, pt states it started 1 week ago. Former smoker. Poly-arthralgia hands due to RA. Admits to: runny nose green & yellow; sinus pain/problem; post-nasal drip; cough. Nose very tender over both maxillary sinuses. Nasal mucosa very inflamed, positive for post nasal drainage. Dx: Acute Sinusitis; Depressive Disorder, Not Elsewhere Classified; Mixed Hyperlipidemia; Diabetes Type 2; Diabetic of toe Ulcer, Right Great – Cellulitis and abscess of foot excluding toe; Removal of Suture; RA. | Medical & Billing Records | $102.00 |
| 12/22/16 | West Florida Medical Center | F/up. Pt doing reasonably well since last seen. Previous injection did help. Voltaren gel also helps. Today having some left shoulder pain to moderate degree difficulty sleeping at nighttime in one month nontraumatic onset. Pt occasionally has some swelling in hands. Ophthalmology permits have been ok. Pt remains on Enbrel and has not had any infections. Procedure: Depomedrol injection to left shoulder bursitis. Assessments: 1) left subacromial bursitis s/p injection 2) left kene osteoarthritis improved. 3) left fifth trigger finger doing better. 4) Seropositive RA positive CCP quiet. 5) Rheumatoid nodules. 6) Cervical and lumbar spondylosis s/p sx. 7) Diabetes and possible peptic ulcer disease. Plan: Keep current meds; monitor labs today. | Billing | $246.00 |
| 01/24/17 | Walton County Health Department Defuniak Springs, FL | Management of diabetes. Pt had diabetic labs drawn on 1/10/17. Reports average FBS 125-140's. Needs med refills. 2 areas of erythema at | Medical & Billing Records | $151.00 |

| | | tips of right great toe, no insoles in shoes. Dx: Acute Sinusitis; Diabetes Type 2; HTN; Mixed Hyperlipidemia; Ulcer of Foot. | | |
|---|---|---|---|---|
| 03/22/17 | West Florida Medical Center | F/up. Pt doing reasonably well since last seen. Previous injection did help. Pain is better and pt sleeping better at night. Ophthalmology appts have been going ok. No infections. | Billing, records | $110.00 |
| 04/06/17 | Walton County Health Department Defuniak Springs, FL | C/o sinus pain and congestion x 1 week. Green nasal congestion, dry cough, fever, post nasal drip ear and throat pain. Rheumatoid arthritis, former smoker. Physical exam: Bilateral maxillary sinus tender; pharynx-post-nasal drainage: yellow; has deformities of fingers, toes. Dx: Acute Sinusitis; Diabetes Type 2; Ulcer of Foot; RA. Reminded pt of diabetic management appt due the end of this month, encouraged him to come for labs. | Medical & Billing Records | $102.00 |
| 04/06/17 | LECOM Dental School Bradenton, FL | Emergency extraction. Extracted the teeth w/o incident. Curette used to clean out sockets. Alveoplasty performed at extraction sites. Bleeding had ceased by end of appointment. Treatment went well. Dentures discussed along with other treatment options. Pt wants to return for upper denture and lower partial and saving lower teeth. | Medical & Billing Records | $90.00 |
| 06/20/17 | West Florida Medical Center | Lab results, patient notified 6/22/17. Will be discussed at f/u apt. Pt in for f/up. Doing ok overall except for left knee flaring which was quite severe to point he could not walk but is somewhat better now, still hurting. Procedure: Depomedrol injection to L knee. | Billing, record | $256.00 |
| 07/12/17 | Walton County Health Department Defuniak Springs, FL | C/o sinus infection x 2 weeks, sore throat, fever, right ear pain. Former smoker. Pt returned to work on 7/1/17 on a tug in the gulf. He has had increased URI symptoms since. Has low grade | Medical & Billing Records | $103.00 |

| | | fever, sinus pressure, ear pain, post nasal drip, throat hoarseness. Positive for rheumatoid arthritis. Physical exam: Ears Right TM red, not bulged; Right maxillary sinus tender. Dx: Acute Right Otitis Media; Allergic Rhinitis; Diabetes Type II; Acute Sinusitis. | | |
|---|---|---|---|---|
| 08/28/17 | Walton County Health Department | c/o left earache and sore on left knee. Has 2x3 cm open area on left thigh, no drainage. Dx: cellulitis of leg; acute left otitis media; acute sinusitis; acute right otitis media; allergic rhinitis; diabetes type 2. | Bill | $102.00 |
| 09/19/17 | West Florida Medical Center | Pt returns for f/up. C/o dysphagia to solid foods getting food stuck around the vocal cords and has to bend his head to get things to swallow ok. Been new over the last month or so. Previous injection did help, joints are doing ok overall. Assessment: L knee osteoarthritis doing better; seropositive RA positive CCP w rheumatoid nodules improved, has L ulnar R nodule he's going to talk to ortho about removing; Cervical and lumbar spondylosis s/p sx; diabetes and possible peptic ulcer disease before avoiding nonsteroidals; solid food dysphasia around the vocal cords. Plan: Current meds ok; f/u in 3 mos for review of therapeutic response. ENT consult for direct visualization. Norco 3 mos. Monitoring labs today. | | |
| 09/19/17 | Chuck Stevenson, O.D., P.A. | Eye exam. Dx: Diabetes-glaucoma sequel. | Medical & Billing Records | $150.00 |
| 09/21/17 | West Florida Medical Center | Lab results, pt notified. LFT slightly elevated. Plan for liver profile in 1 month. Pt request to pick up lab order next week. | Record | |
| 09/26/17 | West Florida Medical Center | Referred by Dr. Vandenberg for dysphagia. Having difficulty with solid foods sticking in throat w occasional regurgitation for ~1 yr. Also | | |

| | | c/o of cough, subjective difficulty swallowing, nasal congestion, post-nasal drip, all symptoms recently worsening. Had exposure to multiple toxic chemicals while working cleaning up the BP oil spill in the Gulf. He had osteonecrosis o his maxillary dentition related to these exposures per pt.<br>Performed diagnostic fiberoptic laryngoscopy. Impression: 1) Other diseases of vocal cords: mild bowing of vocal cords, dry mucosa, and some post-nasal drainage, but otherwise laryngeal exam looks good; nothing to explain dysphagia. Likely this is occurring at level of the UES or esophagus. Will further evaluate w swallow studies. His previous ACDF sx scarring is contributing. His poor dentition is also making it more difficult to chew his solid food as well as he should.<br>2) Oropharyngeal dysphagia: we will evaluate for both functional and anatomical problems/obstruction. | | |
|---|---|---|---|---|
| 09/27/17 | West Florida Medical Center | C/o nodules on L and R elbows, presumably rheumatoid nodules. Plan at this time is for surgical excision. | | |
| 10/04/17 | Walton County Health Department | Venipuncture | Bill | $4.25 |
| 10/12/17 | Walton County Health Department | Mgmt visit for diabetes. Dx: cellulitis of leg excluding foot; otitis media; mixed hyperlipidemia | Bill | $151 |
| 10/30/17 | Sacred Heart Hospital Emerald Coast | Procedure: Esophagram. Indications: trouble swallowing. Impression: 1. Mild cricopharyngeal spasm, which did not impede barium flow. 2. Mildly diminished peristaltic activity of the esophagus. No constructing mass identified. 3. Small hiatal hernia, no reflux seen. | Records | |

| | | | | |
|---|---|---|---|---|
| | | 4. Defenerative changes to the spine and right shoulder. | | |
| 11/01/17 | West Florida Medical Center | C/o pain in L elbow and right ankle with mass. Had previous excision of his RA nodules on R elbow. Developed mass over L elbow and R ankle at heel. Impression: Mass left elbow and right heel Plan: Excision mass of the L elbow and R heel. | | |
| 11/02/17 | West Florida Medical Center | Operative report: Excision of L elbow mass and R heel mass. Pt had refractory mass over left subcutaneous border of ulna at elbow as well as R heel. He has had multiple masses excised over his lifetime with RA. Pt tolerated procedure well. | | |
| 11/3/17 | West Florida Medical Center | Hepatic panel: lab results WNL; pt notified. Pathology: mass negative for malignancy. | Record | |
| 12/08/17 | West Florida Medical Center | Pt here postop R elbow and heel mass excision. Doing very well. Sutures were due to be out approx. 1 month ago. He had to leave to go to Puerto Rico for work, here today for suture removal. No need for steri-strips at this point since sutures were ingrown. | | |
| 12/14/17 | West Florida Medical Center | Returns for f/up, reasonably well since last visit. Pt saw ENT with entirely normal exam. Referred to speech therapy for further intervention and possibly upper endoscopy, still pending. R elbow mass excision by ortho in Nov showed benign lesion. Undergoing PT possibly as well as outpatient elsewhere. Assessment: L knee osteoarthritis doing well; seropositive RA positive CCP with rheumatoid nodules now quiet; cervical and lumbar spondylosis s/p sx; diabetes mellitus and possible peptic ulcer disease avoiding nonsteroidals; solid food dysphasia around the vocal cords being worked up by other drs. Plan; | | |

| | | | | |
|---|---|---|---|---|
| | | agree with current meds, f/u in 3 months; liver profile; norco renewed for 3 months narcotic issues discussed. | | |
| 12/28/17 | Walton County Health Department | c/o burning in throat and esophagus. Plaintiff was poisoned during cleanup of oil spill. Pt denies all PMH except for RA, Diabetes, Htn, high cholesterol, and tuberculosis. Has low grade fever, chills, cough, sore throat. Has erythematous wheals left forearm. Dx: cervical lymphadenopathy, acute sinusitis, diabetes, idiopathic urticaria | Bill | $102.00 |

## PENDING MEDICAL RECORDS REQUESTS

| PROVIDER | DATES REQUESTED | DATE SENT | STATUS |
|---|---|---|---|
| Gulf Coast Rheumatology | 01/01/10 to present | 01/19/18 | Response of no records 10/5/17, new request sent. Pending |
| PanCare Medical | 01/01/10 to present | 8/30/17 | Response of no records |
| Gulf Coast Facial Plastics | 01/01/10 to present | 8/14/17 | Overcharge Invoice Rcvd 8/23/17 – response sent 8/23/17 |
| DFS Walk-In Clinic | 03/09/11 to present | 8/14/17 | Rec'd, but need Billing |
| West Florida Med Center | 01/01/10 to present | 8/14/17; 1/19/18 | Billing received, have not received medical records. Sent second request for medical records 1/19/18. Rec'd Records on 4/2/18 but now missing a lot of billing, from 6/20/17 to present. |
| West Florida Hospital | 01/01/10 to present | 8/14/17 | Rec'd Billing, but not records. |
| Walton Co. Public Health | 07/13/17 to present | 01/19/18 | Updated |
| Healthmark Clinic (possibly DFS Walk-In) | 03/09/11 to present | 01/19/18 | Pending |

## CLEANUP EMPLOYMENT

| | |
|---|---|
| **EMPLOYERS ASSOCIATED WITH CLEANUP WORK** | Larry Griffin Towing; Lowlands |
| **SYMPTOMS** | Chronic sinusitis/rhinusitis; glaucoma; worsening of Rheumatoid Arthritis due to having to take break from Enbrel to go through chelation to get rid of toxic heavy metal chemicals in blood; constant rash; skin lesion; constant infections; dysphagia; |

# EXHIBIT E
# John Naples
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during his employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Three Million Five Hundred Thousand ($3,500,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.