# Exhibit C - Mark Peschlow Exhibit F Deceased

# Exhibit F
# The Estate of Mark Peschlow

This Plaintiff passed away on March 28, 2018. Plaintiff's counsel has attempted to obtain as much of the information requested in the Particularlized Statement of Claim as possible, but due to the Plaintiff's unfortunate, premature demise, we are only able to provide answers to the best of our knowledge.  Because the Plaintiff's death preceded Pretrial Order 66, undersigned counsel has attempted to determine the answers based on paperwork already in the file for the Plaintiff along with speaking to the closest known relatives.  There are many questions that cannot be answered due to the fact that the Plaintiff was the only person who had the knowledge to answer the question.  For this reason, Plaintiff reserves the right to supplement, correct, or change any of the answers provided herein at any time hereafter, up to, and including, through trial.

Additionally, due to the recency of Plaintiff's passing, Plaintiff does not yet have an estate set up with the Probate Court; thus, Plaintiff's wife has signed the Attestation on the Plaintiff's behalf.  Once the Estate has been set up for this client, we will supplement with the signature of the Personal Representative of the Estate if necessary.