# Exhibit D - Mark Peschlow Amended Particularized Statement of Claim

> **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
> **Civil Action No. 10-MD-2179-CJB-SS**
> **AMENDED**
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
> **FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Estate of Mark Peschlow

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.     YOUR BACKGROUND INFORMATION

1.     Current address:

Address Line 1: 9546 Laala Way

Address Line 2: _____

City: Diamond Head     State: MS     Zip: 39525

2.     Telephone number: 504-377-3473  Wife Karen Peschlow

3.     Maiden or other names used or by which you have been known, and the dates during which you were known by such names: None

4.     Date and Place of Birth: ███████████

5.     Male  X      Female_____

6.    Each address (other than your current address) at which you have lived during the last ten
      (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A Attached. |  |
|  |  |
|  |  |

7.    Employment Information:

      A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last
            employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B Attached. |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your
      health (other than pregnancy)?  Yes _____ No_____  If *"Yes,"* when were you out of work
      and why? Unknown - See Exhibit F. _____

      _____

**B.** **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.    Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes___X___     No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____          Offshore___X___          Both_____

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____          No___X___

12.    Did you handle hazardous materials as part of your cleanup work?

Yes___X___          No_____

13.    Please set forth the following information about your cleanup work:

A.    Your employer(s): Including but not limited to United States Environmental Services / Construction Corps.

B.    Your supervisor(s) at the employer(s) identified in Question No. 13(A):
Unknown – See Exhibit F

C.    A description of the work performed for employer(s) identified in Question No. 13(A): Decon on boats and boom.

D.    The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): Plaintiff worked from September 7, 2010 to September 18, 2010, for 10+ hours per day, 5-7 days per week, in the areas including but not limited to Middle River Dock, Pearl River Dock, and Slidell, LA.

E.     The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

Staging Slidell Pearl River Dock and Middle River Dock
_____

F.     Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

Unknown – See Exhibit F
_____

**2.   Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a **_resident_** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____        No__X____

15.   Do you allege that you were exposed to oil or chemical dispersants while a **_tourist_** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____        No___X____

16.   List all address(es) at which you resided in 2010:_____

See Exhibit A attached.
_____

**C.   INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

___X___Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

### D.    EXPOSURE CLAIMS

18.    Were you exposed to oil, dispersants, or both?

Oil_____                Dispersants_____                Both__X__

19.    How were you exposed? (*Check all that apply*)

A.    Inhalation                Yes__X__            No_____

B.    Dermal (skin) contact        Yes__X__            No_____

C.    Ingestion                Yes__X__            No_____

D.    Other (please describe):    _____

20.    What was the date(s) of your exposure?    See response to Question 21.

Day: _____        Month: _____        Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous, personal, direct exposure to both oil and dispersants from September 7, 2010 to September 18, 2010, for 10+ hours per day, usually 7 days per week, in the areas in and around Middle River Dock, Pearl River Dock, and Slidell, LA.

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

See response to Question 21.

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

See Exhibit C attached.    Also, see response to Question 21.

24.     Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

See Exhibit C attached.

_____

_____

25.     *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____        No_____         See response to Question 26 for clarification.

26.     *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

Unknown  - See Exhibit F

_____

_____

**E.      NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.     For your non-exposure personal injury, please state:   N/A

A.      The nature of your injury:_____

B.      The date(s) of your injury:_____

C.      The location(s) of your injury:_____

D.      The work that you were performing when you sustained your injury:_____

_____

_____

E.      Identify any individual(s) who witnessed your injury:_____

_____

28.     Describe in as much detail as possible the circumstance(s) of your injury: _____

N/A

_____

_____

_____

**F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.      Describe in as much detail as possible the bodily injury (or medical condition) that you
         claim resulted from the spill or your cleanup work in response to the oil spill: _____

         See Exhibit D attached.

         _____

         _____

30.      Please explain how your injury (or medical condition) resulted from the spill or your
         cleanup work in response to the oil spill:

         See Exhibits C and D attached.

         _____

         _____

         _____

         _____

31.      On what date did you first report or seek treatment for your injury or illness:
         See Exhibit D attached.

32.      On what date was your injury first diagnosed:_____

         See Exhibit D attached.

33.      Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or
         condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |

34.     Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35.     Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _X_____   No _____.  If "*Yes*,"

   A.     When? Unknown – See Exhibit F _____

   B.     Who diagnosed the injury (or condition) at that time? _____
          Unknown – See Exhibit F _____
          _____

   C.     Who treated the injury (or condition) at that time? Unknown – See Exhibit F

36.     Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____   No_____.  If "*Yes*,"

   A.     What date did you first experience such injury or condition? Unknown – See Exhibit F

   B.     What injury (or condition) was made worse? COPD. _____
          _____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

        Yes __X__    No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

        See Exhibit E attached.
        _____

        _____

        _____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

        Yes_____    No__X____

        If "Yes":

        A.      From whom did you receive this compensation or reimbursement?_____

                _____

B.      When did you receive this compensation or reimbursement?_____

_____

C.      What was the amount of the compensation or reimbursement?_____

_____

**G.      CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.*)

41.   Is your claim based on a breach of contract?

Yes_____        No___X_____

42.   Was the contract that you claim was breached made as part of the VoO Program?

Yes_____        No_____

43.   Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.   Describe how the contract was breached:_____

_____

_____

45.   *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.   *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 4 - 17 , 2018

Location (City and State): Diamondhead MS

Karen Peschlow    on behalf of Mark Peschlow

Signature of Plaintiff*

***Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

Karen Peschlow                              Print
Name

Wife
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than _Monday, July 9, 2018_, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman 820 O'Keefe Ave. |
| Kirkland & Ellis LLP | New Orleans, LA 70113 |
| 300 North LaSalle St., Suite 2400 | |
| Chicago, IL 60654 | |

## Exhibit A – Question 6

Plaintiff: PESCHLOW, MARK

| Address | Dates of Residence |
|---|---|
| 158 Treatment Plant Road Tallulah, LA 71282 | 08/2007 – 07/2009 |
| 130 Blackfin Cove Slidell, LA 70458 | 2010 |
| 9817 Ana Hulu Street Diamondhead, MS 39525 | 2011 |
| 540 Maple Avenue Harvey, LA 70058 | 2011 |
| 1452 Dogwood Drive Harvey, LA 70058 | 2012 |
| 9546 Laa La Way Diamondhead, MS 39525 | 2017 - Deceased |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Exhibit B – Question 7**

Plaintiff: PESCHLOW, MARK

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Roy Anderson Construction | 757 St. Charles Avenue Suite 201 New Orleans, LA 70130 | 03/2010 | Cement foreman |
| USES/Construction Corps | 15109 Heathrow Forest Pkwy #150 Houston, TX 77032 | 9/7/2010 - 9/18/2010 | Clean-up |
| Helmstetter Sheet Metal and Roofing, LLC | 22575 2nd Street Mandeville, LA 70471 | 2012 | Laborer |
| Edward Marine Construction | ???? Peters Road Harvey, LA | 2014 | Laborer |
| California Customs Collision Center | 1424 Manhattan Blvd Harvey, LA 70058 | 4/2015 – 1/2016 | Wash and detail cars |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# Exhibit C
# Estate of Mark Peschlow

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed cleaning contaminated booms and boats during the month of September, 2010. Plaintiff worked directly with the hazardous material throughout his employment with the Deepwater Horizon disaster relief efforts.  In Plaintiff's case, he was exposed a minimum 10+ hours per day, five to seven days per week, mainly in and around Middle River Dock, Pearl River Dock, and Slidell, LA.  Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support his position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons.* New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E*, et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E*, et al.* Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S*, et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who treated him and attributed his symptoms to toxic exposure, including, but not limited to, those who may be listed on Exhibit D; the fact that he had no substantially similar pre-existing health

problems comparable to the ones he suffered since his work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

## Exhibit D

| Name: | **PESCHLOW, MARK** |
|---|---|
| Date of Birth: | |
| Residence at the time of the spill: | **Bay St Louis, MS** |

| Date | Medical Provider | Diagnosis | Documents Received |
|---|---|---|---|
| | Dates of Employment/Exposure | 3 weeks – 12 hour days | |
| | Background | Decon on boats and boom | |
| | | | |
| 09/19/2010 | Medical Center of LA | Pleurisy in history-Cough | |
| 10/04/2010 | Medical Center of LA | Shortness of breath (radiology), Bronchitis, COPD exacerbation | |
| 10/04/2010 | Medical Center of LA | Acute bronchitis, asthma exacerbation reactive airways disease –Shortness of breath | |
| 11/16/2010 | Medical Center of LA | Trouble sleeping, frequent cough, severe and persistent asthma, history of hypertension | |
| 12/21/2010 | LSU Interim Public Hospital | Acute COPD exacerbation, asthma | Medical & Billing Records |
| 12/21/2010 | Medical Center of LA | c/o Cough – Shortness of breath – Chest pain – Nausea – Vomiting – Diarrhea [Has been in ER at least 3 or 4 times for same – He says he was diagnosed w/ COPD in ER but doesn't know who diagnosed him – He states that similar symptoms began after working on the oil spill] / Assessment: Acute chronic obstructive pulmonary disease exacerbation / Result of CT of chest: No pulmonary thromboembolism – Cardiomegaly – Emphysema w/ multiple blebs | |
| 05/11/2011 | LSU Interim Public Hospital | COPD exacerbation | |
| 05/11/2011 | Medical Center of LA | History of hypertension and asthma/COPD / c/o Exacerbation of COPD / Radiology: No acute cardiopulmonary disease | |
| 01/28/2013 | Medical Center of LA | c/o Shoulder pain from MVA /Diagnosis: Chronic airway obstruction, not elsewhere classified (COPD) – Pain in shoulder joint - Hypertension | |

| 05/11/2013 | Medical Center of LA | c/o Hypertension – Numbness and tingling in both hands / Diagnosis: Hypertension | |
| 10/25/2013 | Medical Center of LA | Diagnosis: Hand injury (Closed car hood onto hand) – Pain in hand, joint – Hypertension – Chronic airway obstruction, not elsewhere classified (COPD) | |
| 07/06/2015 | Medical Center of LA | c/o Right facial swelling and dental pain / Diagnosis: Swelling, mass, or lump on head and neck – Abnormal involuntary movements – Aftercare following surgery of teeth, oral cavity, and digestive system – Hypertension – Dental caries – Need for DTP vaccine | |
| 07/08/2015 | Medical Center of LA | c/o Right facial swelling is getting worse / Diagnosis: Periapical abscess w/o sinus – Hypertension – Taken to dental clinic for extraction of tooth | |
| | West Jefferson Medical Center 1101 Medical Center Blvd Marrero, LA 70072 Tel: 504-347-5511 | PCP | |
| | | | |

## Question 37 (PCP):

| Name | Address |
| --- | --- |
| LSU Medical Center | 2021 Perdido Street New Orleans, LA 70112 |

**Mark Peschlow**

# EXHIBIT E
# Estate of Mark Peschlow
# (Question 39)

Plaintiff seeks compensation for medical bills incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, and pain and suffering. These damages accrued shortly after the oil spill began and have continued to accrue to the date of the Plaintiff's death. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering the health problems and related damages Plaintiff suffered until his untimely death, Plaintiff is seeking no less than Three Hundred Thousand ($300,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.

# Exhibit F
# The Estate of Mark Peschlow

This Plaintiff passed away on March 28, 2018. Plaintiff's counsel has attempted to obtain as much of the information requested in the Particularlized Statement of Claim as possible, but due to the Plaintiff's unfortunate, premature demise, we are only able to provide answers to the best of our knowledge.  Because the Plaintiff's death preceded Pretrial Order 66, undersigned counsel has attempted to determine the answers based on paperwork already in the file for the Plaintiff along with speaking to the closest known relatives.  There are many questions that cannot be answered due to the fact that the Plaintiff was the only person who had the knowledge to answer the question.  For this reason, Plaintiff reserves the right to supplement, correct, or change any of the answers provided herein at any time hereafter, up to, and including, through trial.

Additionally, due to the recency of Plaintiff's passing, Plaintiff does not yet have an estate set up with the Probate Court; thus, Plaintiff's wife has signed the Attestation on the Plaintiff's behalf.  Once the Estate has been set up for this client, we will supplement with the signature of the Personal Representative of the Estate if necessary.