# Exhibit C - Betty Ann Terrebonne Attachments to Particularized Statement of Claim

## PTO 66 Exhibit A

**QUESTION 6**  Client: Terrebonne, Betty

| Address | Dates of Residence |
|---|---|
|  |  |
| 266 Octavia Dr. LaRose LA 70373 | 2008 to present |

**PTO 66 Exhibit B**

Plaintiff: Terrebonne, Betty

| Employer | Address | Dates of Employment | Occupation / Job Duties |
| --- | --- | --- | --- |
| Self Employed | | 2008-2010 | Shrimper |
| Danos & Curole | 3878 West Main Street Gray, LA 70359 | 2010 | Oil Spill |
| Retired | | 2011 to present | |

# Exhibit C
# Betty Ann Terrebonne

      The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed as a crew member/cook, cooking and washing clothes for the boat crew as well as assisting with boom deploy and retrieval and spotting large slicks of oil in the contaminated waters off the coast of LA, including in Timberlain Bay, Port Fourchon, Jefferson-Pavillion, Bay Cannard, and Devil's Bay. In Plaintiff's case, she was exposed for a minimum of 12 hours per day, 5-7 days per week, throughout the Vessels of Opportunity contract with the M/V *Betty T*, which lasted a total of approximately 3 months, starting in June of 2010.  Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement her responses to any of the questions within her Particularized Statement of Claim at any time up to and including the time of trial.

      For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, she is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support her position that the chemicals to which she was exposed on a daily basis caused her injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E*, et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E*, et al.* Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S*, et al*. The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated her and attributed her symptoms to toxic exposure, including, but not limited to,

Page **2** of **3**                                                                                                       **Betty Ann Terrebonne**

those who may be listed on Exhibit D; the fact that she had no substantially similar pre-existing health problems comparable to the ones she suffered, and continues to suffer, since her work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

**EXHIBIT D**

Betty Terrebone

| Date | Provider | DX | Docs Rec'd |
|---|---|---|---|
| 7/17/2014 | Cancer Center of Thibodaux Regional 602 North Acadia Road \| Thibodaux \| LA 70301 | Malignant neoplasm of kidney except pelvis- clinical eval/surveillance imaging for renal carcinoma, for which she had a partial nephrectomy January 2013. Nonsmoker, notes some dyspnea on exertion and cough | Medical Records |
| 1/17/2015 | Cancer Center of Thibodaux Regional | Malignant neoplasm of kidney except pelvis- clinical eval/surveillance imaging for renal carcinoma, for which she had a partial nephrectomy January 2013. Symptoms began 12/2011. No evidence of recurrent cancer or complications from operation | Medical Records |
| 7/31/2015 | Cancer Center of Thibodaux Regional | Malignant neoplasm of kidney except pelvis- clinical eval/surveillance imaging for renal carcinoma, for which she had a partial nephrectomy January 2013. Symptoms began 12/2011. No evidence of recurrent cancer or complications from operation | Medical Records |
| 8/9/2016 | Cancer Center of Thibodaux Regional | Other disorders of plasma-protein metabolism, not elswhere classified, malignant neoplasm of kidney, except pelvis - stage 1 cancer , status post laparoscopic partial nephrectomey 2013. | Medical Records |
| 8/14/2016 | Cancer Center of Thibodaux Regional | CT Thorax w/ contrast, CT abd w/ contrast right renal cell carcinoma. Removed tumor from lower portion of R kidney. hysterectomy, appendectomy, partial intestine removal | Medical Records |

1

**EXHIBIT D**

| Date | Provider | Notes | Type |
|---|---|---|---|
| 8/18/2012 | Certified Medical Testing- 309 Hwy 90, Waveland MS 39564 | Expert medical opinion- occupational and residential exposure history following oil spill, outline of resulting symptoms/conditions. Impression: Mild to Moderate Hypersensitivity Pneumonitis, Chronic Bronchitis, Acute & Chronic Sinusitis/Rhinitis, Depression, Anxiety, Dizziness/Vertigo, Chronic Headaches, Irritable Bowel Syndrome, Insomnia | Expert Report |
| 1/26/2016 | Grafton Dermatology 327 Bayou Gardens Blvd. Houma, LA 70360 | Skin pathology- L jaw line solar (actinic keratosis, hyperplastic, ulcerated) | Skin Pathology0 Medical Records |
| 1/26/2016 | Grafton Dermatology | HPI: red spots face/arms x years, papilloma, | Medical Records |
| 10/17/2016 | Infirmary Occupational Health 305 N. Water Street, Mobile AL 36602 | Toxic effect of petroleum products, accidental, toxic effect of other organix solvents, accidental, unspec acute conjunctivitis, chronic rhinitis- h/o exposure while working oil spill. Developed chronic nasal irritation and whater d/c and paranasal HA. Notes occ cough | Expert Report |
| 11/13/2010 | **QUESTION 37: PCP:  Leonard Chabert Medical Center 1978 Industrial Blvd. Houma,   LA  70363** | Leg cellulitis- abscess to L leg x 1 week, swelling | Medical Records |
| 1/14/2011 | Leonard Chabert Medical Center |  f/u | Medical Records |
| 7/14/2011 | Leonard Chabert Medical Center |  f/u | Medical Records |
| 12/2/2011 | Leonard Chabert Medical Center | CT ABD & pelvis- Impression:11.5 cyst R lobe of liver, small amt of fluid in R parabolic gutter region, 2-mm calculus w/in lower pole calyx of R kidney, atherosclerotic calcifications involving the infrarenal portion of abdomen | Radiology Report |
| 12/2/2011 | Leonard Chabert Medical Center | Simple hepatic cyst, abdominal pain- R flank, cough- sharp, stabbing UQ pain beginning yesterday, productive cough, sneezing, | Medical Records |
| 1/17/2012 | Leonard Chabert Medical Center | hepatic cyst- f/u 12/11 ER visit | Medical Records |

2

**EXHIBIT D**

Betty Terrebone

| Date | Provider | Description | Type |
|---|---|---|---|
| 3/1/2012 | Leonard Chabert Medical Center | US Abdomen- Impression: normal gallbladder, large cystic lesion w/in R love of the liver | Radiology Report |
| 3/1/2012 | Leonard Chabert Medical Center | Abdominal limited- large cystic lesion w/in R lobe of liver. Normal gallbladder | Radiology Report |
| 3/20/2012 | Leonard Chabert Medical Center | 10-11 cm single R hepatic cyst- minimal pain f/u 12/11 ER visit. | Medical Records |
| 9/20/2012 | Leonard Chabert Medical Center | Abdominal routine- limited findings due to gas | Radiology Report |
| 10/4/2012 | Leonard Chabert Medical Center | R hepatic cyst and posterior back cyst | Medical Records |
| 10/18/2012 | Leonard Chabert Medical Center | CT ABF & pelvis- Impression: 1.4 cm hyper vascular lesion, suspicious for primary renal neoplasm either benign or malignant, large cyst involving R lober of liver and small cyst lower L kidney, | Radiology Report |
| 10/25/2012 | Leonard Chabert Medical Center | R back cyst specimen- epidermal inclusion cyst, background of chronic inflammation | Pathology Report |
| 10/25/2012 | Leonard Chabert Medical Center | Operative report: upper back cyst removal | Clinical Report |
| 11/9/2012 | Leonard Chabert Medical Center | S/p excision of upper back cyst | Medical Records |
| 12/6/2012 | Leonard Chabert Medical Center | Chest x-ray- mild hyperaeration of lungs noted w/ slight prominence suggested of peri and infrahilar lung markings, possibly chronic due to causes as asthma | Radiology Report |
| 12/10/2012 | Leonard Chabert Medical Center | Renal mass, HTN- f/u throbbing R side cyst, tumor R kidney, cyst on liver | Medical Records |
| 1/8/2013 | Leonard Chabert Medical Center | Spirometry Integrity Results- study meets validity, no obstruction w/ no response to bronchodilation, lung volumes reveal mild restriction, DLco is mildly decreased | Medical Records |
| 2/5/2013 | Leonard Chabert Medical Center | f/u | Medical Records |
| 5/9/2013 | Leonard Chabert Medical Center | US abdomen- liver cyst | Radiology Report |
| 5/21/2013 | Leonard Chabert Medical Center | Surgery center progress notes- F/u liver cyst. c/o L neck/shoulder pain and "neck lump} | Medical Records |

3

| Date | Provider | Description | Type |
|---|---|---|---|
| 2/27/2012 | **QUESTION 36 PCP:** MATC Family Medicine- Ochsner 111 Acadia Dr. Raceland, LA 70394 | Sinusitis, cough- cold symptom x 2 weeks. Nasal congestion, cough, PND, sore throat | Medical Records |
| 6/6/2014 | MATC Family Medicine- Oshner | followup exam | Medical Records |
| 6/20/2014 | MATC Family Medicine- Oshner | renal cell cancer, right, liver cyst | Medical Records |
| 12/16/2014 | MATC Family Medicine- Oshner | fatigue, insomnia- c/o hand pain and fatigue, feels tired and fatigued | Medical Records |
| 3/18/2015 | MATC Family Medicine- Oshner | back pain, urinary retention, UTI- urinary frequency, urgency | Medical Records |
| 6/16/2015 | MATC Family Medicine- Oshner | insomnia,-follow up | Medical Records |
| 2/2/2016 | MATC Family Medicine- Oshner | constipation, unspec- | Medical Records |
| 6/17/2016 | MATC Family Medicine- Oshner | insomnia, unspec- check up | Medical Records |
| 12/29/2016 | MATC Family Medicine- Oshner | insomnia, unspec- check up | Medical Records |
| 3/24/2012 | Metametrix Clinical Laboratory 3425 Corporate Way Duluth, GA 30096 | Volatile Solvents- Whole Blood 95th percentile- Ethylbenzene, 75th percentile- Styrene, 90th percentile- m,p Xylene | Lab Report |
| 7/18/2014 | Oschner Medical Center 111 Acadia Dr. St. Rose, La | CT Abdomen Pevlis w/o contrast- no CT evidence of neoplasm or metastatic disease w/ in chest, abdomen, or pelvis | Radiology Report |
| 1/30/2015 | Oschner Medical Center | CT Abdomen Pelvis w/ contrast- R partial nephrectomy and partial R hepatectomy, no definite local regional reoccurance identified. Stable ground glass nodula in R lower lobe measuring 4 mm, hepatic steatosis, L renal cysts | Radiology Report |
| 6/10/2015 | STAH Mammography 4608 Highway 1 Raceland, LA 70394 | BIlateral mammogram findings- area of asymmetric breast tissue in L breast requires additional evaluation | Medical Records |
| 6/16/2015 | STAH Mammography | Abnormal mammogram, unspecified- calcifications are suspicious, biopsy should be considered | Radiology Report |
| 7/9/2015 | Thibodaux Surgical Specialists 604 North Acadia Road, Suite 207 Thibodaux, Louisiana 70301 | Establish pt for pathology report.HPI- abnormal L mammogramp w/ clostered calcifications. Breat pathology reveals fibrocytic mastopathy | Medical Records |

4

**EXHIBIT D**

| Date | Provider | Description | Type |
|---|---|---|---|
| 6/22/2015 | Thibodaux Surgical Specialists | Physician correspondence from Dr. B. Marino re: abnormal L mammogram. Impression: L Abnormal Mammogram with mammography micro calcification | Physician Correspondence |
| 7/9/2015 | Thibodaux Surgical Specialists | Physician correspondence from Dr. B. Marino re: L breast biopsy. Impression: L Fibrocystic Disease | Physician Correspondence |
| 7/6/2015 | Thibodaux Regional Medical Center 602 North Acadia Road Thibodaux LA 70301 | L & R breast- anterior calcifications, biopsy- fibrocystic changes, mild chronic mastitis, negative for neoplasm, ductal hyperplasia without atypia | Pathology Report |

5

# EXHIBIT E
# Betty Ann Terrebonne
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of her physical and mental injuries as detailed in her Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed – particularly when Plaintiff has already suffered from kidney cancer shortly after working the cleanup). These damages accrued during her employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Two Million Seven Hundred Thousand ($2,700,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.