# Exhibit D - Betty Ann Terrebonne Amended Particularized Statement of Claim

# EXHIBIT A

| |
|---|
| ***In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010***<br>**Civil Action No. 10-MD-2179-CJB-SS**<br><br>**PTO 66 PARTICULARIZED STATEMENT OF CLAIM**<br>**FOR REMAINING B3 PLAINTIFFS** |

**PLAINTIFF'S FULL NAME:** Betty Ann Terrebonne

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A. YOUR BACKGROUND INFORMATION

1. Current address:

   Address Line 1: 266 Octavia Dr.

   Address Line 2: 

   City: LaRose          State: LA          Zip: 70373

2. Telephone number: 985-691-8317

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Betty Griffin

4. Date and Place of Birth: ▉▉▉▉▉▉▉▉

5. Male_____   Female X

6.   Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| See Exhibit A | |
| | |
| | |

7.   Employment Information:

   A.   Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See Exhibit B | | | |
| | | | |
| | | | |
| | | | |

8.   Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____ No __X__  If *"Yes,"* when were you out of work and why? _____

_____

**B.**     **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.     Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes__X___     No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____          Offshore__X___          Both_____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes__X___     No_____

12.     Did you handle hazardous materials as part of your cleanup work?

Yes__X___     No_____

13.     Please set forth the following information about your cleanup work:

A.     Your employer(s): Including, but not limited to Danos & Curole Marine Contractors

B.     Your supervisor(s) at the employer(s) identified in Question No. 13(A):

Bobby Shoenfeld, Ricky Wimpy

C.     A description of the work performed for employer(s) identified in Question No. 13(A): Spotting oil, bagging old boom, deploying new boom, cooking and washing clothes for the crew

D.     The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): See Exhibit C

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

   Betty T
   _____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

   Plaintiff cannot recall
   _____

**2.   Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

   Yes___X___      No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

   Yes_____      No___X____

16.   List all address(es) at which you resided in 2010:_____

   See Exhibit A
   _____

**C.   INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

   _X____Bodily injury from exposure to oil and/or dispersants

   _____Bodily injury other than from exposure to oil and/or dispersants

   _____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil_____              Dispersants_____              Both__X__

19.    How were you exposed? (*Check all that apply*)

A.    Inhalation              Yes_X___              No_____

B.    Dermal (skin) contact              Yes_X___              No_____

C.    Ingestion              Yes_X___              No_____

D.    Other (please describe):    _____

20.    What was the date(s) of your exposure?    See Answer to 21 and Exhibit C

Day: _____    Month: _____    Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous environmental/residential exposure beginning on or about 4/20/10 as well as, continuous, personal, direct exposure to both oil and dispersants  for approximately 3 months beginning June 2010  working 5 days a week, 12-18 hours a day in the areas including but not limited to Timberlain Bay, LA, Port Fourchon, Jefferson-Pavillion, Bay Cannard, Devil's Bay, and surrounding waterways.

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

See Answer to 21 and Exhibit C

_____

_____

_____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

See Answer to 21 and Exhibit C

_____

_____

24.     Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____See Exhibit C_____

_____

_____

25.     *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____          No__X____

26.     *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

Reporting an exposure was unnecessary, because Plaintiff's job, by its very nature, necessitated her personal, direct, continuous exposure to the hazardous chemicals involved in the cleanup operation of the BP Deepwater Horizon disaster.

_____

**E.      NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.     For your non-exposure personal injury, please state:

A.     The nature of your injury:_____N/A_____

B.     The date(s) of your injury:_____

C.     The location(s) of your injury:_____

D.     The work that you were performing when you sustained your injury:_____

_____

_____

E.     Identify any individual(s) who witnessed your injury:_____

_____

28.     Describe in as much detail as possible the circumstance(s) of your injury: _____

_____

_____

_____

**F.** **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.   Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

See Exhibit D

_____

_____

30.   Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

See Exhibits C and D

_____

_____

_____

_____

31.   On what date did you first report or seek treatment for your injury or illness: See Exhibit D

32.   On what date was your injury first diagnosed:_____

See Exhibit D

33.   Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|      | See Exhibit D |
|      |         |

34.  Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|  | See Exhibit D |
|  |  |
|  |  |
|  |  |

35.  Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____  No __X___. If "*Yes*,"

     A.  When? _____

     B.  Who diagnosed the injury (or condition) at that time? _____
        _____
        _____

     C.  Who treated the injury (or condition) at that time?_____

36.  Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

     Yes _____  No__X__. If "*Yes*,"

     A.  What date did you first experience such injury or condition?_____
     B.  What injury (or condition) was made worse? _____
        _____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|  | See Exhibit D |
|  |  |
|  |  |
|  |  |
|  |  |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes X_____     No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____See Exhibit E_____

_____

_____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____  No__X____

If "Yes":

A.      From whom did you receive this compensation or reimbursement?_____

_____

     B.     When did you receive this compensation or reimbursement?_____

_____

     C.     What was the amount of the compensation or reimbursement?_____

_____

## G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes_____       No\_\_X\_\_\_\_

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____       No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44
       caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _4 - 18_ , 2018

Location (City and State): _Larce, La._

_Betty Ann Terrebonne_
Signature of Plaintiff*

***Plaintiff's Attorney *Cannot* Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

_Betty ANN Terrebonne_
Print Name

_Deckhand_
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

## PTO 66 Exhibit A

**QUESTION 6** Client: Terrebonne, Betty

| Address | Dates of Residence |
|---|---|
| | |
| 266 Octavia Dr. LaRose LA 70373 | 2008 to present |

**PTO 66 Exhibit B**

Plaintiff:  Terrebonne, Betty

| Employer | Address | Dates of Employment | Occupation / Job Duties |
|---|---|---|---|
| Self Employed |  | 2008-2010 | Shrimper |
| Danos & Curole | 3878 West Main Street<br>Gray, LA 70359 | 2010 | Oil Spill |
| Retired |  | 2011 to present |  |

# Exhibit C
# Betty Ann Terrebonne

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant, continual basis throughout each day that Plaintiff was employed as a crew member/cook, cooking and washing clothes for the boat crew as well as assisting with boom deploy and retrieval and spotting large slicks of oil in the contaminated waters off the coast of LA, including in Timberlain Bay, Port Fourchon, Jefferson-Pavillion, Bay Cannard, and Devil's Bay. In Plaintiff's case, she was exposed for a minimum of 12 hours per day, 5-7 days per week, throughout the Vessels of Opportunity contract with the M/V *Betty T*, which lasted a total of approximately 3 months, starting in June of 2010.  Plaintiff does not yet have full employment records to be able to give dates that are more exact because subpoena powers are suspended under the Court's Order Staying Proceedings, and, therefore, Plaintiff reserves the right to alter, amend, or supplement her responses to any of the questions within her Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, she is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support her position that the chemicals to which she was exposed on a daily basis caused her injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report.*

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons.* New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenicity and Environmental Hazards of Crude Oil, Gasoline, and its Components. 7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al.* Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al.* The NIEHS GULF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated her and attributed her symptoms to toxic exposure, including, but not limited to,

those who may be listed on Exhibit D; the fact that she had no substantially similar pre-existing health problems comparable to the ones she suffered, and continues to suffer, since her work cleaning up after BP's oil spill disaster; and the fact that so many others involved in the same cleanup effort suffer substantially the same symptoms after similar exposure.

Betty Terrebone

**EXHIBIT D**

| Date | Provider | DX | Docs Rec'd |
|---|---|---|---|
|  |  |  |  |
| 7/17/2014 | Cancer Center of Thibodaux Regional 602 North Acadia Road \| Thibodaux \| LA 70301 | Malignant neoplasm of kidney except pelvis- clinical eval/surveillance imaging for renal carcinoma, for which she had a partial nephrectomy January 2013. Nonsmoker, notes some dyspnea on exertion and cough | Medical Records |
| 1/17/2015 | Cancer Center of Thibodaux Regional | Malignant neoplasm of kidney except pelvis- clinical eval/surveillance imaging for renal carcinoma, for which she had a partial nephrectomy January 2013. Symptoms began 12/2011. No evidence of recurrent cancer or complications from operation | Medical Records |
| 7/31/2015 | Cancer Center of Thibodaux Regional | Malignant neoplasm of kidney except pelvis- clinical eval/surveillance imaging for renal carcinoma, for which she had a partial nephrectomy January 2013. Symptoms began 12/2011. No evidence of recurrent cancer or complications from operation | Medical Records |
| 8/9/2016 | Cancer Center of Thibodaux Regional | Other disorders of plasma-protein metabolism, not elswhere classified, malignant neoplasm of kidney, except pelvis - stage 1 cancer , status post laparoscopic partial nephrectomey 2013. | Medical Records |
| 8/14/2016 | Cancer Center of Thibodaux Regional | CT Thorax w/ contrast, CT abd w/ contrast right renal cell carcinoma. Removed tumor from lower portion of R kidney. hysterectomy, appendectomy, partial intestine removal | Medical Records |

1

Betty Terrebone

# EXHIBIT D

| | | | |
|---|---|---|---|
| 8/18/2012 | Certified Medical Testing- 309 Hwy 90, Waveland MS 39564 | Expert medical opinion- occupational and residential exposure history following oil spill, outline of resulting symptoms/conditions. Impression: Mild to Moderate Hypersensitivity Pneumonitis, Chronic Bronchitis, Acute & Chronic Sinusitis/Rhinitis, Depression, Anxiety, Dizziness/Vertigo, Chronic Headaches, Irritable Bowel Syndrome, Insomnia | Expert Report |
| 1/26/2016 | Grafton Dermatology 327 Bayou Gardens Blvd. Houma, LA 70360 | Skin pathology- L jaw line solar (actinic keratosis, hyperplastic, ulcerated) | Skin Pathology0 Medical Records |
| 1/26/2016 | Grafton Dermatology | HPI: red spots face/arms x years, papilloma, | Medical Records |
| 10/17/2016 | Infirmary Occupational Health 305 N. Water Street, Mobile AL 36602 | Toxic effect of petroleum products, accidental, toxic effect of other organix solvents, accidental, unspec acute conjunctivitis, chronic rhinitis- h/o exposure while working oil spill. Developed chronic nasal irritation and whater d/c and paranasal HA. Notes occ cough | Expert Report |
| 11/13/2010 | *QUESTION 37: PCP:* **Leonard Chabert Medical Center 1978 Industrial Blvd.** **Houma,  LA 70363** | Leg cellulitis- abscess to L leg x 1 week, swelling | Medical Records |
| 1/14/2011 | Leonard Chabert Medical Center | f/u | Medical Records |
| 7/14/2011 | Leonard Chabert Medical Center | f/u | Medical Records |
| 12/2/2011 | Leonard Chabert Medical Center | CT ABD & pelvis- Impression:11.5 cyst R lobe of liver, small amt of fluid in R parabolic gutter region, 2-mm calculus w/in lower pole calyx of R kidney, atherosclerotic calcifications involving the infrarenal portion of abdomen | Radiology Report |
| 12/2/2011 | Leonard Chabert Medical Center | Simple hepatic cyst, abdominal pain- R flank, cough- sharp, stabbing UQ pain beginning yesterday, productive cough, sneezing, | Medical Records |
| 1/17/2012 | Leonard Chabert Medical Center | hepatic cyst- f/u 12/11 ER visit | Medical Records |

Betty Terrebone

**EXHIBIT D**

| | | | |
|---|---|---|---|
| 3/1/2012 | Leonard Chabert Medical Center | US Abdomen- Impression: normal gallbladder, large cystic lesion w/in R love of the liver | Radiology Report |
| 3/1/2012 | Leonard Chabert Medical Center | Abdominal limited- large cystic lesion w/in R lobe of liver. Normal gallbladder | Radiology Report |
| 3/20/2012 | Leonard Chabert Medical Center | 10-11 cm single R hepatic cyst- minimal pain f/u 12/11 ER visit. | Medical Records |
| 9/20/2012 | Leonard Chabert Medical Center | Abdominal routine- limited findings due to gas | Radiology Report |
| 10/4/2012 | Leonard Chabert Medical Center | R hepatic cyst and posterior back cyst | Medical Records |
| 10/18/2012 | Leonard Chabert Medical Center | CT ABF & pelvis- Impression: 1.4 cm hyper vascular lesion, suspicious for primary renal neoplasm either benign or malignant, large cyst involving R lober of liver and small cyst lower L kidney, | Radiology Report |
| 10/25/2012 | Leonard Chabert Medical Center | R back cyst specimen- epidermal inclusion cyst, background of chronic inflammation | Pathology Report |
| 10/25/2012 | Leonard Chabert Medical Center | Operative report: upper back cyst removal | Clinical Report |
| 11/9/2012 | Leonard Chabert Medical Center | S/p excision of upper back cyst | Medical Records |
| 12/6/2012 | Leonard Chabert Medical Center | Chest x-ray- mild hyperaeration of lungs noted w/ slight prominence suggested of peri and infrahilar lung markings, possibly chronic due to causes as asthma | Radiology Report |
| 12/10/2012 | Leonard Chabert Medical Center | Renal mass, HTN- f/u throbbing R side cyst, tumor R kidney, cyst on liver | Medical Records |
| 1/8/2013 | Leonard Chabert Medical Center | Spirometry Integrity Results- study meets validity, no obstruction w/ no response to bronchodilation, lung volumes reveal mild restriction, DLco is mildly decreased | Medical Records |
| 2/5/2013 | Leonard Chabert Medical Center | f/u | Medical Records |
| 5/9/2013 | Leonard Chabert Medical Center | US abdomen- liver cyst | Radiology Report |
| 5/21/2013 | Leonard Chabert Medical Center | Surgery center progress notes- F/u liver cyst. c/o L neck/shoulder pain and "neck lump} | Medical Records |
| | | | |

3

**EXHIBIT D**

Betty Terrebone

| | | | |
|---|---|---|---|
| 2/27/2012 | ***QUESTION 36 PCP:*** *MATC Family Medicine- Ochsner 111 Acadia Dr. Raceland, LA 70394* | Sinusitis, cough- cold symptom x 2 weeks. Nasal congestion, cough, PND, sore throat | Medical Records |
| 6/6/2014 | MATC Family Medicine- Oshner | followup exam | Medical Records |
| 6/20/2014 | MATC Family Medicine- Oshner | renal cell cancer, right, liver cyst | Medical Records |
| 12/16/2014 | MATC Family Medicine- Oshner | fatigue, insomnia- c/o hand pain and fatigue, feels tired and fatigued | Medical Records |
| 3/18/2015 | MATC Family Medicine- Oshner | back pain, urinary retention, UTI- urinary frequency, urgency | Medical Records |
| 6/16/2015 | MATC Family Medicine- Oshner | insomnia,-follow up | Medical Records |
| 2/2/2016 | MATC Family Medicine- Oshner | constipation, unspec- | Medical Records |
| 6/17/2016 | MATC Family Medicine- Oshner | insomnia, unspec- check up | Medical Records |
| 12/29/2016 | MATC Family Medicine- Oshner | insomnia, unspec- check up | Medical Records |
| 3/24/2012 | Metametrix Clinical Laboratory 3425 Corporate Way Duluth, GA 30096 | Volatile Solvents- Whole Blood 95th percentile- Ethylbenzene, 75th percentile- Styrene, 90th percentile- m,p Xylene | Lab Report |
| 7/18/2014 | Oschner Medical Center 111 Acadia Dr. St. Rose, La | CT Abdomen Pevlis w/o contrast- no CT evidence of neoplasm or metastatic disease w/ in chest, abdomen, or pelvis | Radiology Report |
| 1/30/2015 | Oschner Medical Center | CT Abdomen Pelvis w/ contrast- R partial nephrectomy and partial R hepatectomy, no definite local regional reoccurance identified. Stable ground glass nodula in R lower lobe measuring 4 mm, hepatic steatosis, L renal cysts | Radiology Report |
| 6/10/2015 | STAH Mammography 4608 Highway 1 Raceland, LA 70394 | BIlateral mammogram findings- area of asymmetric breast tissue in L breast requires additional evaluation | Medical Records |
| 6/16/2015 | STAH Mammography | Abnormal mammogram, unspecified- calcifications are suspicious, biopsy should be considered | Radiology Report |
| 7/9/2015 | Thibodaux Surgical Specialists 604 North Acadia Road, Suite 207 Thibodaux, Louisiana 70301 | Establish pt for pathology report.HPI- abnormal L mammogram w/ clostered calcifications. Breat pathology reveals fibrocytic mastopathy | Medical Records |

Betty Terrebone

**EXHIBIT D**

| | | | |
|---|---|---|---|
| 6/22/2015 | Thibodaux Surgical Specialists | Physician correspondence from Dr. B. Marino re: abnormal L mammogram. Impression: L Abnormal Mammogram with mammography micro calcification | Physician Correspondence |
| 7/9/2015 | Thibodaux Surgical Specialists | Physician correspondence from Dr. B. Marino re: L breast biopsy. Impression: L Fibrocystic Disease | Physician Correspondence |
| 7/6/2015 | Thibodaux Regional Medical Center 602 North Acadia Road Thibodaux LA 70301 | L & R breast- anterior calcifications, biopsy- fibrocystic changes, mild chronic mastitis, negative for neoplasm, ductal hyperplasia without atypia | Pathology Report |
| | | | |
| | | | |
| | | | |
| | | | |

5

# EXHIBIT E
## Betty Ann Terrebonne
## (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of her physical and mental injuries as detailed in her Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed – particularly when Plaintiff has already suffered from kidney cancer shortly after working the cleanup). These damages accrued during her employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Two Million Seven Hundred Thousand ($2,700,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.