# Exhibit A - Judith Turner's submitted Particularized Statement of Claim

# EXHIBIT D

**Name:** Judy A. Turner

| Date | Medical Provider | Diagnosis | Documents Received |
|---|---|---|---|
| 10/05/12 | Rodney D. Soto, M.D. Holistic Medical Center of Alabama | Various lab tests performed; hair sample – toxic metals in 95th percentile = aluminum and lead; other tests also produced abnormal levels of various substances; (did not examine client) | Expert Test Results |
| 06/26/10 | Medical Encounters Database | Nose & throat irritation, ears raw w/swelling; treated by medic and released-sent home-recommended OTC meds to treat; must provide doctor's note to return to work; (did not return to work) | DHCC Data Disclosure |
| 06/28/10 | Gulf Shores General Practice 2103 West First Street Gulf Shores, AL 36542 – Dr. Gregory Funk | Fume exposure, upper respiratory infection, bronchitis, headache, asthma-exercise induced, lung age = 90; Plan: return visit in 1 week (records do not indicate return visit) | Medical & Billing Records |
| 04/27/11 | Gulf Shores General Practice – Dr. Gregory Funk | Upper respiratory infection, bronchitis, COPD, cough, asthma-cough variant (notes reference oil spill cleanup work/exposure) | Medical & Billing Records |
| 06/29/10 | Four Rivers Internal Medicine Paducah, KY | Note on prescription pad stating, "Judy has no known, chronic lung disease." | Medical Records ONLY |
| 07/02/10 | South Baldwin Regional Medical Center 1613 N McKenzie Street Foley, AL 36535 | Generalized weakness, shortness of breath, cough, sore throat, nasal congestion, ear pain | Medical & Billing Records |
| 11/21/12 | South Baldwin Regional Medical Center | High later wall myocardial infarction, dyslipidemia, COPD, hypertension, acute coronary syndrome, acute dyspnea | Medical & Billing Records |
| 01/19/12 | VOC Bloodwork | 50th Styrene, o-Xylene, 2-Methylpentane – 75th m,p-Xylene, Hexane, 3-Mehylpentane – 90th Ethylbenzene, Toluene – 95th Benzene, Iso-octane | Blood Test Results |
| 12/26/12 | South Baldwin RMC | Hypertensive urgency, abnormal EKG | Medical & Billing Records |
| 9/12/16 | Dr. Hamilton Infirmary Occupational Health | Symptoms: Fatigue, blurred vision, dry eyes, eye pain, difficulty swallowing, hoarseness, dizziness, sore throat, abdominal pain, | |