# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**Applies to:**<br><br>Civil Action No. 2:17-cv-04388<br><br>**Billy Ray Kelly, Jr. v. BP Exploration & Production, Inc. et al;**<br><br>And<br><br>Civil Action No. 2:12-cv-02332<br><br>**James Masters v. BP Exploration & Production, Inc. et al;** | Civil Action No. 2:10-MD-02179<br><br>SECTION: J(2)<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## RESPONSE TO RULE TO SHOW CAUSE ORDER FOR PTO 66

Undersigned counsel for Plaintiffs Billy Ray Kelly, Jr. and James Masters responds to the Rule to Show Cause issued by this Court on September 20, 2018, as follows: Upon information and belief, Plaintiffs are homeless, and despite all due diligence, Plaintiffs' counsel has not been able to locate or make contact with either since early 2018. Undersigned counsel respectfully requests that this Court allow Plaintiffs' counsel additional time to make contact and bring plaintiffs into compliance with Pretrial Order No. 66 ("PTO 66").

On April 9, 2018, this Honorable Court issued PTO 66, which required all plaintiffs compliant with PTO No. 63 to submit a Particularized Statement of Claim to counsel for BP and the Plaintiffs' Steering Committee ("PSC"). A full, updated list of all PTO No. 63-compliant Plaintiffs is filed in this case as Document No. 24268-1. Plaintiffs were both listed as being compliant with PTO No. 63. Neither Plaintiff submitted a Statement by the deadline of August 9,

2018, and BP later identified Plaintiff's statement as having failed to respond at all to PTO 66. See Exhibit 2 to the Court's Order to Show Case re: Compliance with PTO 66 (Doc. No. 24875).

Undersigned counsel has been unable to contact or locate either Plaintiff Kelly or Masters since early 2018.  Due to their unfortunate circumstances and the lack of consistent contact information, Plaintiffs' counsel was unable to inform them of the impending deadline imposed by PTO 66.  Counsel believes that both plaintiffs will likely soon make contact and then be able to make a full submission to BP and the Plaintiff's Steering Committee for PTO 66.  Counsel respectfully requests that the Court take these Plaintiffs' unique circumstances into account in ruling on their cases and grant Plaintiffs additional time to come into compliance with PTO 66.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs, Billy Ray Kelly, Jr. and James Masters*

Dated:  October 10, 2018

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response to Rule to Show Cause Order for PTO 66 has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on October 10, 2018.

/s/ Paul A. Dominick

Paul A. Dominick