# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**Applies to:**<br><br>Civil Action No. 2:17-cv-4650<br><br>Tishia Maria Harris v. BP Exploration & Production, Inc. et al | Civil Action No. 2:10-MD-02179<br><br>SECTION: J(2)<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## RESPONSE TO RULE TO SHOW CAUSE ORDER FOR PTO 66

Plaintiff Tishia Maria Harris ("Plaintiff"), through her undersigned attorneys, responds to the Rule to Show Cause issued by this Court on September 20, 2018, as follows: Plaintiff faxed a version of her Particularized Statement of Claim ("Statement") to undersigned counsel and Attorney J. Andrew Langan of Kirkland and Ellis on September 25, 2018. This submission is attached, in part, as "Exhibit A" to this Response. Undersigned counsel, on Plaintiff's behalf, submits the attached "Exhibit B" as a corrected, further-detailed response as her Pretrial Order No. 66-compliant Particularized Statement of Claim. As the Court can see from Plaintiff's own words in Exhibit A, Plaintiff failed to submit a timely response because she has lost hope in the legal process and has become exasperated while waiting for a resolution to her long-stagnated case.

On April 9, 2018, this Honorable Court issued Pretrial Order ("PTO") No. 66, which required all plaintiffs compliant with PTO No. 63 to submit a Particularized Statement of Claim to counsel for BP and the Plaintiffs' Steering Committee ("PSC"). A full, updated list of all PTO No. 63-compliant Plaintiffs is filed in this case as Document No. 24268-1. Plaintiff was listed as

being compliant with PTO No. 63. Plaintiff failed to turn in any submission on her own behalf by the deadline of August 9, 2018, and BP later identified Plaintiff's statement as having failed to respond at all to PTO 66. See Exhibit 2 to the Court's Order to Show Case re: Compliance with PTO 66 (Doc. No. 24875).

Plaintiff failed to adequately respond to multiple phone calls, messages, and emails from undersigned counsel throughout the one hundred and twenty days between PTO 66 and the deadline of August 9, 2018. Nevertheless, counsel is requesting that the Court accept Exhibit "B" as being in compliance with PTO 66. Plaintiff Harris's concerns and frustrations are set forth in Exhibit "A." Counsel respectfully requests that the Court take these frustrations and concerns into consideration in ruling on this matter.

Plaintiff continues to suffer from serious, chronic health conditions caused by substantial exposure to toxic chemicals related to the Gulf Oil Spill. Additionally, Plaintiff has met every other procedural requirement imposed by the Federal Rules of Civil Procedure and the Court. Plaintiff's submitting an otherwise-compliant Statement at this time does not prejudice BP; however, dismissing Plaintiff's case outright would severely prejudice her case, which she has been steadfast in pursuing up until PTO 66. Undersigned counsel respectfully requests that the Court consider leniency in light of the Plaintiff's frustrations and accept the submission attached as "Exhibit B" as compliant with PTO 66.

Respectfully Submitted,

 /s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)

Dated:  October 10, 2018

P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com
And

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiff, Tishia Maria Harris*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response to Rule to Show Cause Order for PTO 66 has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on October 10, 2018.

/s/ Paul A. Dominick
_____
Paul A. Dominick