# Exhibit A - Excerpt from Tishia Harris Faxed Particularized Statement of Claim

# Office DEPOT. OfficeMax®
## complimentary fax cover sheet

(1 of 7)

number of pages including cover sheet: 6

attention to: Nexsen Pruet

date: 09/25/2018

company: Douglas E. Schmidt

from: Tishia Harris

phone #: 843-579-7839

company: bpclaims

fax #: 843-720-1777

senders phone #: 228-326-2525

comments: Attention: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St., Suite 2400
Chicago, IL 60654    (312-862-2064)

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| local first page | long distance first page | international first page |
|---|---|---|
|  |  |  |
| $1.89   833071 | $2.49   833081 | $7.99   833191 |
| local additional page | long distance additional page | international additional page |
|  |  |  |
| $1.69   456687 | $2.19   833091 | $3.99   833201 |

Office Depot Store 437
15212 Crossroads Parkway
Gulfport, MS 39503
P: 228.832.7886 F: 228.832.9668
ods00437cpc@officedepot.com

Office DEPOT. OfficeMax®



3 of 7

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: May 23, 2018

Location (City and State): Biloxi MS.

_Tishia Harris_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Tishia Harris    228-326-2525
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

843-720-1777

3 of 7

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: Sept 25, 2018

Location (City and State): Biloxi MS. 39501

Signature / Plaintiff*

*Plaintiff's Attorney __Cannot__ Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Tishia Harris
Print Name

228-326-2525

Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

# NEXSEN PRUET



**Paul A. Dominick**
Member

April 17, 2018

TISHIA HARRIS
PO Box 507
Ocean Springs, MS  39566

*[Handwritten: After 10 years you Drop my Case.]*

Re:   Your medical lawsuit against BP

Dear Client,

I am writing to you today because you have a pending lawsuit against BP for your personal injuries arising from the oil spill in the Gulf of Mexico in 2010. As you know, because of a Court Order, your claim for medical damages was filed as an individual lawsuit in April of 2017. Last year, we sent you a similar letter instructing you to complete some forms issued by the Court along with your signature page. We have just received word from the Court that additional information is required for your suit to proceed.

On April 9, 2018, the Court ordered us to have each client fill out a "Particularized Statement of Claim." In this letter, we have included the form the Court issued, which includes a questionnaire that you must answer along with a signature page "Attestation". To insure we meet the Court's deadline for returning the completed forms, here is what we are asking you to do:

(1) <u>IMMEDIATELY, SIGN AND RETURN THE ATTESTATION PAGE WHERE INDICATED. DO NOT RETURN THE ENTIRE FORM.</u>  If you wish to continue to pursue your lawsuit for medical damages, **you must sign the attached "Attestation" page, and return that page alone to our office <u>immediately</u>**. We have included a pre-paid return envelope, or you may also fax the completed page to 843-720-1777, or e-mail it to bpclaims@nexsenpruet.com. **Please do not send these forms to any of the addresses listed on the signature page**; they only need to be <u>returned to our office.</u>

(2) We will be calling you personally to complete the form with the necessary information. You should be receiving a call from your caseworker within the next month or two. In the meantime, it is important that you gather the information

**Charleston**

Charlotte

Columbia

Greensboro

Greenville

Hilton Head

Myrtle Beach

Raleigh

205 King Street
Suite 400 (29401)
PO Box 486
Charleston, SC  29402
www.nexsenpruet.com

**T** 843.579-7839
**F** 843.720.1777
**E** bpclaims@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**

To whom it may concern,  9/25/2018

6 of 7

I know that I will be dead and most of the people you all represent will be too, Over the years I have grown more and more sick. Not to mention, my faith in my attorny. At this point you warning or threatening me is nothing. I know I will never be compensated for my loss of my lungs and other vital organs 9 years later, you want me to think you're really working for me. If you submit the form thanks, if you don't then I guess thanks too.

PS. I lost hope from yall a long time ago, I'll be dead by the time I hear from yall!

Joshua Davis

228-326-2525

Aug 31, 2018

To Whom it may concern

I know that I will be dead and most of the people yall represent will to, over the years I have grown more and more sick not to mention, lost my faith in my attorney. At this point you warning or threating me is nothing, I know I will never be compensated for my lost of my lungs and other vital organs, 9 years later you want me to think you really working for me. ~~or~~ ~~your submit the~~ form, Thanks if you dont submit it, Thanks.

P.S. Lost Hope tell the Judge I'm near Death