

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

PLAINTIFF'S FULL NAME: **Lisa Marie Baldo**

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.    YOUR BACKGROUND INFORMATION

1.  Current address:
    Address Line 1: **3041 Palmetto St.**
    Address Line 2: _____
    City: **Chalmette**     State: **LA**     Zip: **70043**
2.  Telephone number: **504-256-3634**
3.  Maiden or other names used or by which you have been known, and the dates during which you were known by such names: **Lisa Marie Laris**
4.  Date and Place of Birth: **01-16-1988**
5.  Male ____   Female **✓**

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| N/A | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Burns & Wilcox | Metairie, Louisiana | 10-1-2016 8-31-2015 | Underwriter |
| unemployed | — | 7-31-2015 1-1-2011 | Attended college do to slow seafood Business |
| St. Bernard Parish /USES/ US maritime | St. Bernard Parish | Dec-2010 June-2010 | BP Oil Spill Cleanup |
| Self | St. Bernard | 4-30-2010 1-1-2008 | Big Cajun's Seafood Wholesale Distrubtor Commerical Fisherman |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓ No____ If "Yes," when were you out of work and why? During time of Surgeries could not take on the stress of work and health Problems, so I was forced to quit. My condition is overwhelming and mentally stressful. I am emotional stressed Knowing I am faced with Infertility since my surgeries I have constant chronic fatigue and abdominal Pain to deal with on a daily base for the rest of my LIFE.

**B.    THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes ✓    No ___

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.  Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore ___    Offshore ___    Both ✓

11.  Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes ✓    No ___

12.  Did you handle hazardous materials as part of your cleanup work?

   Yes ✓    No ___

13.  Please set forth the following information about your cleanup work:

   A.   Your employer(s): St. Bernard Parish / USES / US maritime / etc

   B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A): There were so many people whoever the Parish had in place. I remember a lady named Debbie / Kim and some men named Marty and Coon also Craig Taffaro.

   C.   A description of the work performed for employer(s) identified in Question No. 13(A): Job duties were picking up and putting out Hard Boom and also soft soiled Boom. Placing anchors out logging in and collecting oil samples.

   D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): THROUGHOUT the TIME of Employment for the BP Oil Spill June 2010 until about Dec 2010. Please check records Parish collected Paperwork.

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): **LA 08515B / LA 1318 BV LA 2021FD**

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): **Whoever was available to speak with in hopedale, LA**

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ✓   No ___

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ___   No ✓

16. List all address(es) at which you resided in 2010: **3041 Palmetto St. Chalmette, LA 70043**

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    ✓ Bodily injury from exposure to oil and/or dispersants

    ✓ Bodily injury other than from exposure to oil and/or dispersants

    ___ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D. EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____   Dispersants_____   Both ✓

19. How were you exposed? (*Check all that apply*)

    A. Inhalation            Yes ✓    No_____
    B. Dermal (skin) contact Yes ✓    No_____
    C. Ingestion             Yes ✓    No_____
    D. Other (please describe): Sprayed from planes / fume zones of oil areas

20. What was the date(s) of your exposure?

    Day:_____  Month: June – Dec   Year: 2010
    Several Times

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    I was exposed to oil ana daily base we also where in contract with dispersants several/multiple times. Work was still performed to make a living.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    I worked out of hopedale. Location changed everyday. I know I was exposed but dates do not recall should be in paperwork turned into parish.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    I was exposed all day to the work enviroment. Everyday I worked this is what we faced until job was completed.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: Running vessell through dead zones, layer pockets of oil, Planes Flying over head sprayed with dispersant, picking up Boom with no mask or gloves available, storms Blowing Fumes in while on Job.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?
    Yes ✓   No ___

26. *If you answered "Yes" to Question No. 25*, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: Whoever was available to speak with at the hopedale location at the time of return to dock.

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: Sever mental, depression Etc.

    B. The date(s) of your injury: _____

    C. The location(s) of your injury: _____

    D. The work that you were performing when you sustained your injury: _____

    E. Identify any individual(s) who witnessed your injury: _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: Started with rashes, bloody nose and itchy dry eyes constant diarrhea and fatigue, throwing up missed cycles so I seeked medical attention and dr referred me to see specialist that diagnosed my cancer.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

As I begin performing work duties the problems started to occur tried to ignore them, because I know I needed to make money to live. As time passed problems got worse so I had medical attention for the conditions explained to doctors I was working in the oil/dispersants upon test discovered I had cancer and Illness Present. I never had a health issues prior to working BP oil spill.

31. On what date did you first report or seek treatment for your injury or illness: Some time after job complete 2011 - first months

32. On what date was your injury first diagnosed: Begin 2011 - records were in file from Attorney Goldberg

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Bryan Bertucci | Chalmette Medical |
| Dr. Paul Verette | |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr. Shailaja Raj | Metairie, LA |
| Dr. Jennifer Lapeyrolerie | New Orleans, LA |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __✓__. If "*Yes*,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   _____
   _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No __✓__. If "*Yes*,"

   A. What date did you first experience such injury or condition? _____
   B. What injury (or condition) was made worse? _____
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Britt De Blonde | Chalmette Hospital Clinic |
| Dr Paul Verette | Chalmette Hospital |
| Dr Bryan Bertucci | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes ✓   No ____   — Still Continuing

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Others are deceased from Issues. A number can not be put on a life long injury that is still occuring.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes ____   No ✓

    If "Yes":

    A.  From whom did you receive this compensation or reimbursement? _____

B. When did you receive this compensation or reimbursement? _____

_____

C. What was the amount of the compensation or reimbursement? _____

_____

**G.  CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____   No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____   No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    _____

    _____

44. Describe how the contract was breached: _____

    _____

    _____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

    _____

    _____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

    _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: May 23, 2018

Location (City and State): Chalmette, Louisiana

_Lisa Marie Baldo_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Lisa Marie Baldo
Print Name


_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

## AMENDED EXHIBIT A.
## LISA BALDO

39. Claimant seeks compensation for past medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, and pain and suffering.

Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than five million ($5,000,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.