

E-SERVICE
61896538
Apr 09 2018
05:14PM
File & ServeXpress

## EXHIBIT A

> **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
> **Civil Action No. 10-MD-2179-CJB-SS**
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
> **FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** _Ryan Clayton Bank_

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.   YOUR BACKGROUND INFORMATION

1.   Current address:

Address Line 1: _1221 W Cornelia Ave_

Address Line 2: _Unit 2_

City: _Chicago_          State: _IL_          Zip: _60657_

2.   Telephone number: _847-962-5962_

3.   Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____

4.   Date and Place of Birth: _April 27, 1981 — Lake Forest, IL_

5.   Male _x_     Female_____

6.    Each address (other than your current address) at which you have lived during the last ten
      (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 6507 N Bosworth Ave, Unit G, Chicago, IL 60626 | April 2010 - |
| 600 N Dearborn, Chicago, IL 60654 | |
| | |

7.    Employment Information:

      A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last
            employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Independent Technology Consultant | 1221 W Cornelia Chicago, IL 60657 | 1/2008-present | Emerging and geospatial technology advisor and consultant to various clients |
| | | | |
| | | | |
| | | | |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your
      health (other than pregnancy)? Yes _____ No _ X _ If *"Yes,"* when were you out of work
      and why? _____

      _____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.     Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes    x      No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

### 1.     Cleanup Workers

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____        Offshore_____        Both    x

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____      No    x

12.    Did you handle hazardous materials as part of your cleanup work?

Yes_____      No    x

13.    Please set forth the following information about your cleanup work:

A.     Your employer(s): PIER Systems, a Seacor company

B.     Your supervisor(s) at the employer(s) identified in Question No. 13(A):

Kevin Boxx

C.     A description of the work performed for employer(s) identified in Question No. 13(A): Helped deliver various digital technologies in response offices, forward field sites and on ships in Gulf of Mexico

D.     The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): April 2010 until September 2010, in various locations on the Gulf Coast, including New Orleans, LA, Robert, LA

Houma, LA, Pensacola, FL, Mobile, AL, Houston, TX and aboard USCG Cutters in the Gulf of Mexico

E.     The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): Unified Command in Robert and New Orleans, LA; forward field locations in

Venice LA, Houma LA, Mobile AL and Pensacola FL; USCG Cutter Resolute at spill site in Gulf of Mexico

F.     Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): BP — Neil Chapman, Giles Sutehall

_____

## 2.    Residents/Tourists

14.    Do you allege that you were exposed to oil or chemical dispersants while a **_resident_** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No___X___

15.    Do you allege that you were exposed to oil or chemical dispersants while a **_tourist_** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No___X___

16.    List all address(es) at which you resided in 2010:_____

_____

## C.    INFORMATION ABOUT YOUR B3 CLAIM

17.    Are you claiming that you suffered damages from (*Check all that apply*):

___X___ Bodily injury from exposure to oil and/or dispersants

_____ Bodily injury other than from exposure to oil and/or dispersants

_____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

## D.  EXPOSURE CLAIMS

18.  Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X__

19.  How were you exposed? (*Check all that apply*)

A.  Inhalation                Yes__X__          No_____

B.  Dermal (skin) contact     Yes_____        No__X__

C.  Ingestion                 Yes_____        No__X__

D.  Other (please describe): _____

20.  What was the date(s) of your exposure?

Day: _____      Month: ___April - September___      Year: ___2010___

21.  How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

I was exposed to oil and dispersants on numerous occasions while working for the Unified Command. I cannot recall every exact date or

occurrence, as I spent most days in forward operating locations or at the spill site on a US Coast Guard Cutter.

22.  What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

I was exposed to both oil and dispersant on numerous occasions from May to September 2010 (April was spent in Robert, LA). Working for the

Unified Command, I spent most days in forward operating locations such as Houma, LA; Venice, LA; Mobile, AL; Pensacola, FL or at the spill

site in the Gulf of Mexico aboard a US Coast Guard Cutter (USCGC Resolute and Dependable).

23.  For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

I was typically exposed to these substances for a full working day (I would say between 8 and 12 hours)

24.  Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

I worked for the Unified Command in multiple forward operating locations and on ships at the spill site in the Gulf of Mexico. I breathed and was

exposed to oil, dispersant and other burned and/or evaporated chemicals during the course of my work over 5 months.

_____

25.  *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____        No_ X ___

26.  *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

E.  **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27.  For your non-exposure personal injury, please state:

A.    The nature of your injury:_____

B.    The date(s) of your injury:_____

C.    The location(s) of your injury:_____

D.    The work that you were performing when you sustained your injury:_____

_____

_____

E.    Identify any individual(s) who witnessed your injury:_____

_____

28.  Describe in as much detail as possible the circumstance(s) of your injury: _____

_____

_____

_____

## F.   INFORMATION ABOUT YOUR INJURY OR ILLNESS

29.   Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

I have a respiratory condition that makes it very difficult to complete routine activities, and primarily is present during winter (cold weather).

My main doctor suggested it was acute respiratory damage due to toxic exposure. Walking and other normal activities are very difficult in winter.

The respiratory problem presents itself as acute shortness of breath, a feeling of difficulty getting oxygen, and decreased vision.

30.   Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

I first had these symptoms after returning from my work in the area of the Gulf of Mexico as part of the Unified Command response.

The symptoms presented once I was in cold weather.  It became very difficult to breathe or do routine tasks such as walking outside.

I sought medical attention after the symptoms started occurring on a somewhat regular basis.  It was at this point that the doctors looked at

possible causes.

31.   On what date did you first report or seek treatment for your injury or illness:
I don't recall the date of initial treatment, though it will be documented in medical records from Northwestern Memorial Hospital.

32.   On what date was your injury first diagnosed: _____

I don't recall the date of initial diagnoses, though it will be documented in medical records.

33.   Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
| Kathryn Radigan | Northwestern Memorial Hospital, Chicago, IL |
|  |  |

34.    Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |

35.    Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No ___X___ . If *"Yes,"*

     A.     When? _____

     B.     Who diagnosed the injury (or condition) at that time? _____

                _____

                _____

     C.     Who treated the injury (or condition) at that time?_____

36.    Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

Yes _____ No ___X___ . If *"Yes,"*

     A.     What date did you first experience such injury or condition?_____

     B.     What injury (or condition) was made worse? _____

                _____

37.   Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Richard Kraines | Highland Park Hospital, Highland Park, IL |
| | |
| | |
| | |
| | |

38.   Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __x__   No _____

39.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

medical bills, pain & suffering & loss of enjoyment of life

_____

40.   Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____   No___x___

If "Yes":

A.     From whom did you receive this compensation or reimbursement?_____

_____

    B.      When did you receive this compensation or reimbursement?_____

_____

    C.      What was the amount of the compensation or reimbursement?_____

_____

## G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes_____     No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____     No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____ May 30 _____, 2018

Location (City and State): _____ Chicago, IL _____

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_____ Ryan Bank _____
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018,** this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**AMENDED EXHIBIT A.**
**Ryan Bank**

39.     Claimant seeks compensation for past medical bills, incurred as a result of his physical

and mental injuries as detailed in his Complaint and further herein. Plaintiff is also

seeking compensation for related out-of-pocket expenses, prescription costs, lost wages,

and pain and suffering.

Pain and suffering, mental distress, and fear of diseases are not subject to exact

mathematical calculation. Considering past, present, and future medical problems and

related damages, Plaintiff is seeking no less than one million ($1,000,000.00) dollars as

compensatory damages in addition to punitive damages, to be determined by a jury.