**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

PLAINTIFF'S FULL NAME: _Bernice Ann Benoit_

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: _1022 Summer Oak Lane_
   Address Line 2: _____
   City: _Summit_  State: _MS_  Zip: _39666_
2. Telephone number: _601-276-2363 (Home) 601-810-0975 (Cell)_
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _Bernice Furlow 1945/1962 Bernice Herrington 1962/1988_
4. Date and Place of Birth: _January 24, 1945, Copiah County, MS_
5. Male ____  Female _X_

RE:
Bernice Ann Benoit

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 2191 Weatherwood Rd Tylertown, MS. 39667 | 1991/2005 |
| 5675 Tangipahoa Rd Summit, MS. 39666 | 2005/2007 |
| 925 Northwest Ave McComb, MS. 39648 | 2007/2008 |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer): None/Retired

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No  X  If "Yes," when were you out of work and why? _____
_____

RE: Bernice Ann Benoit

## B. THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes _____   No _X_

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

### 1. Cleanup Workers

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore _____   Offshore _____   Both _____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes _____   No _____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes _____   No _____

13. Please set forth the following information about your cleanup work:

    A. Your employer(s): _____

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A): _____

    C. A description of the work performed for employer(s) identified in Question No. 13(A): _____

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _____

RE: Bernice Ann Benoit

  E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

  F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

  **2.** **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes **X**  No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes _____  No **X**

→ Temp. address staying with husband on jobsite

16. List all address(es) at which you resided in 2010: 1022 Summer Oak Lane (perm) address, Summit, MS. 39666 } Dill's Shady Lawn, 151 Santity Lane, Grand Isle, La. 70358

**C.** **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*): 2) 154 Melon, Apt C, Grand Isle, La. 70358 1st apt when going on jobsite - 11-2009

  **X** Bodily injury from exposure to oil and/or dispersants

  _____ Bodily injury other than from exposure to oil and/or dispersants

  _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

RE: Bernice Ann Benoit

**D.    EXPOSURE CLAIMS**

18.   Were you exposed to oil, dispersants, or both?

   Oil_____        Dispersants_____        Both  X

19.   How were you exposed? (*Check all that apply*)

   A.   Inhalation              Yes  X    No_____
   B.   Dermal (skin) contact   Yes  X    No_____
   C.   Ingestion               Yes  X    No_____
   D.   Other (please describe): _____

20.   What was the date(s) of your exposure?

   Day: 20    Month: April    Year: 2010

21.   How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

   ? Was living in Grand Isle, La. In and out of apartment. AC unit, etc. exposure was to oil and dispersants

22.   What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

   Approx 1/4 mile, 4-20-10 - exposure, but don't recall date of dispersants

23.   For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

   from April 20, 2010 - August, 2010

RE: Bernice Ann Benoit

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: 

    *just every day routines, in and out of apt. AC. Went to laundromat behind apt. Clothes smelled like oil after washing*

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____  No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____
    _____

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____

    _____
    _____

    E. Identify any individual(s) who witnessed your injury:_____

    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

    _____
    _____
    _____

RE: Bernice Ann Benoit

**F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.  Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

※ See attached Sheet - Next

30.  Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

inhalation, etc.

see next 3 pages

was and are still having Asthma like symptoms SOB, Chest tightness, burning nose, throat, cough, Wheeze, Crackles when lying down, especially Anemia

Dr. Darren Drummond

31.  On what date did you first report or seek treatment for your injury or illness: 5-7-10 - Lomital for Stomach

32.  On what date was your injury first diagnosed: _____

Dr. Darren Drummond

9-3-10 - Anemia, high $CO_2$ low RBC, low Hemocrit

33.  Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
|  | ※ See attached sheet, next |
|  | 3rd & 4th Sheet |

T#12  RE: Case 2:10-MD-02179
24283-1

"Bernice A. Benoit DOB: 1-24-45"

9-3-10 — Anemia, High $CO_2$ — Dr. Darren Drummond, Hammond, La
        Low Hematocrit
        Low RBC

3-23-11 — North Oaks Hospital, Hammond, La
        Granulomas in both lungs
        Interstitial markings, both lungs
        Skeletal demineralization
        Anemia

4-5-12 — Southwest
        Low Iron

9-2014 — Stat Care
        Pleural Effusion, both lungs?
        Bronchitis
        Anemia
        High BNP

7-2014 — Dr. Will Austin
        Sinusitis
        Nasal polyps

CLINICAL INFORMATION: Hypertension.

TECHNICAL FACTORS: Two views.

FINDINGS: There are scattered <u>interstitial markings</u> and <u>granulomas in both lungs</u>, which are otherwise fully expanded and clear. The heart has an atypical configuration, with a prominent posterior border of the lower half of the heart on the lateral projection. This probably reflects left ventricular hypertrophy, but echocardiography is recommended for correlation if clinically warranted. Surgical clips are noted at the esophagogastric junction. The diaphragm, hilar, mediastinum and osseous structures are unremarkable aside from degenerative changes and <u>skeletal demineralization.</u>

IMPRESSION:
. Atypical cardiac configuration probably reflects left ventricular hypertrophy, but echocardiography is recommended for correlation if clinically warranted.
. Postoperative changes at the esophagogastric junction.
. Otherwise unremarkable study, with no other evidence of acute cardiopulmonary disease appreciated.



ROBERT E. SMITH, M.D.
ELECTRONICALLY SIGNED ON 03/23/2011 14:24:59

T#2442794/D#2850557    D: RS/WT: 20/T: rh
TD: 03/23/2011 12:22:50/TD: 03/23/2011 14:19:18/Rev#:0
NAME: BENOIT, BERNICE
DOB: 01/24/1945 ORD PHY: CHIASSON, BRETT J
MED REC #: 403803 VISIT DATE: 03/23/2011
ACCT #: 1108200296 VISIT TYPE: O/P
ROOM#:    UNIT:

Page 1 of  1 XR CHEST EPA/LAT

FAXED

MAR 2 4 11

BY:_____

BENOIT, BERNICE    PROSDS
A1109800105    000403803
01/24/45  66y   F    3167
CHIASSON, BRETT J.

10 @ 125°
4-12-11

N0

*7 of 12*
*Oil Spill*
*Case: 2:10-md 02179*
*Document 24282-1*

*Bernice Ann Benoit*

**Sam's D DRUG STORE**
200 MARION AVE
MCCOMB MS 39648
601-684-7621 NABP: 1699558708

DATE: 5-07-10
RPH: AP
PLAN: MCD YOU
AUTH: REFLEX
REFILL# 2
QTY 60
DAYS SUPPLY: 10
REFILLS LEFT: NO R
SAFETY CAP

RX# C 561241
BENOIT, BERNICE A
1022 SUMMER OAK LN
SUMMIT, MS 39666
601-276-2363 DOB: 1-24-45
DIPHEN/ATROP TAB 2.5MG
NDC# 00378-0415-10
DR. DRUMMOND, DARREN
-000-0000

**AMOUNT DUE $6.00**

Duplicate Receipt        *Thank You*

---

**BE WAITING** PROMISED: 03:24p
11/25/2013
CVS/pharmacy #5842 Ph: 601.684-8670
1819 DELAWARE AVE
MCCOMB, MS
39648

COUNSEL
New Drug

BENOIT, BERNICE
1022 SUMMER OAK LN, SUMMIT, MS 39666000
Ph: 601.276-2363   DOB: 01-24
ALLEGRA-D 12 HOUR TABLET
TAKE 1 TABLET TWICE A DAY

Date: 11/25/2013  DAW: 0
Rx: C 0378664 00

NDC:41167-4310-04  Days Supply: 10  Refills: 0  Qty:20 EA
Prscbr: SCOTT FARR SMITH
TP:1

PRICE:$22.98

PAY: $22.98

Caps: Y

---

**BE WAIT.** PROMISED: 00:00
07-25-2012
07/25/2012               # Scripts: 01
CVS/pharmacy #5842 Ph: 601.684-8670        CUSTOMER RECEIPT
1819 DELAWARE AVE
MCCOMB, MS
39648

COUNSEL
New Drug

BENOIT, BERNICE
1022 SUMMER OAK LN, SUMMIT, MS 39666000
Ph: 601.276-2363   DOB: 01-24
G.E.METHYLPREDNISOLONE 4 MG DOSEPK
CADISTA PHARMAC
TAKE AS DIRECTED

Date: 07/25/2012  DAW: 0
Rx: 0337888 00

NDC:59746-0001-03  Days Supply: 6  Refills: 0  Qty:21 EA
Prscbr: JACKIE E BRISTER
TP: 22970                GR: 353525
AUTH#: 30001532248971           PDP 0061050z PRMEDOAET

PAY: $3.00

Caps: Y

---

**BE WAITING** PROMISED: 02:53p
11-14-2012
11/14/2012               # Scripts: 01
CVS/pharmacy #5842 Ph: 601.684-8670        CUSTOMER RECEIPT
1819 DELAWARE AVE
MCCOMB, MS
39648

BENOIT, BERNICE
1022 SUMMER OAK LN, SUMMIT, MS 39666000
Ph: 601.276-2363   DOB: 01-45
G.E.METHYLPREDNISOLONE 4 MG DOSEPK
CADISTA PHARMAC
TAKE AS DIRECTED—WITH FOOD

Date: 11/14/2012  DAW: 0
Rx: 0346768 00

NDC:59746-0001-03  Days Supply: 6  Refills: 0  Qty:21 EA
Prscbr: JACKIE E BRISTER
TP: 22970                GR: 353525
AUTH#: 30001609194770           PDP 0061050z PRMEDOAET

PAY: $3.00

Caps: Y

---





*Sinus infection*

BERNICE BENOIT
1022 Summer Oak, Summit, MS 39666272
(601)276-2363
RX # 0787151-10835
DATE: 08/14/14

LEVOFLOXACIN 500MG TABLETS
QTY: 10    NO REFILLS - DR. AUTH REQUIRED
New     NDC:68382-0016-01
Retail Price: $156.99   Your Insurance Saved You: $156.99
W. AUSTIN JR. MD       PLAN: WELLCMPD
MFG:ZYDUS              GROUP# 788257
ACB/ACB/ACB/ACB/CEB    CLAIM REF# 14226551775900299

$ 0.00

**Walgreens** 305 MARION AVE MCCOMB, MS 39648
PH:(601)684-7976

*All Medical Records*

Page 1 of 2

### Bernice A. Benoit
RE: BP Oil Spill 2010 (Living at Grand Isle, La)

Dr. Darren M. Drummond / Family physician 2010
42388 Pelican Professional Plaza
Hammond, La. 70403   Ph: 985-542-6251   (Low RBC / Low Hematocrit)

NeuroMuscular Medical Associates
Dr. Fred DeFrancesch
42078 Veterans Blvd, Suite G    — twitching legs, etc — (Pain) — Not able to sleep in bed — Sleep in recliner
Hammond, La. 70403 - Ph 985-340-7078

Dr. Brett Ferman — SOB, respiratory problem
Stat Care Plus    Ph 601-249-4777
1015 Delaware Ave
McComb, MS. 39648   Family Phy. 2012

North Oaks Hosp
15790 Paul Vega MD Drive   Ph 985-345-2700   * See reports
Hammond, La. 70454    Lung X-Ray - 3-23-11 - granulomas, etc.

Dr. Mabel Zevallos    Ph 601-249-4710
300 Rawls Dr.
McComb, MS. 39648   — (Anemia, Low iron), etc } 2012

Dr. Kent Kebert    diagnosed with Cataracts
1807 Aston Ave
McComb, MS. 39648

Bernice A Buart
DOB: 1-24-45

Con't4   Get Records

2of2 — Southwest ENT (Dr. Will Austin)
405 Marion Ave
McComb, Ms. 39648   - Ph: 601-~~000~~
                                    684-1250
Sinus problems,
infections, Polyps

Reports / Stat Care PLLC   Tel:
Roy + me ← 1017 Delaware Ave   - 601-250-1122
McComb, Ms. 39648 - diagnosid with 1) Pleural Effusion
                                                2) Anemia
                                                3) Bronchitis

/ Family — Dr. Regina Bowe, Ph:
  Doctor   1510 Harrison Ave   601-249-2142
  McComb, MS 39648

                                      1-601-948-6540
/2014 - Dr. Paul Moore
        Women's Specialty Center
        500 Marshall St.
        Suite 600
        Jackson, MS 39202-1650
              Cysto: Glomerulations
                          Ulceration
                          E. Coli
                          Blood in urine
                          Bacteria, profuse

Bernice A. Benoit

RE:
Case 2:10-md-02179-CJB-JCW - Document 24282-1
Filed 04/09/18

7-2014 Southwest ENT (Dr. Will Austin) McComb, Ms.
- Sinusitis, Nasal Polyps
8-2014 - Antibiotics

* Continue to have immune problems

PMR - Polymyalgia Rheumatica
Sinus, Allergies, Constant
bladder, kidney problems
anemia, Shortness of breath, etc

* Started taking Lomotil/Diphen/Atrop
Tab - 2.5 mg
since 5-27-10 - 1st prep
have taken constantly
for stomach

RE: Bernice Ann Benoit

Bernice A. Benoit

RE:
Case 2:10-md-02179-CJB-JCW Document 24282-1
Filed 04/09/18

#29
9-3-10 — Anemia, high $CO_2$ — Dr. Darren Drummond, Hammond, La
   Low RBC
   Low Hemocrit

3-23-11 — North Oaks Hosp, Hammond, La.
   Routine X-Rays before R shoulder surgery
   ★ — granulomas in both lungs
   - interstitial markings, both lungs
   - Skeletal demineralization

4-5-12 Southwest Ms. Regional Medical Center, McComb, Ms.
   - low iron

2-2014 Dr. Paul Moore, Uro/Gyn, Jackson, Ms.
   - blood in urine
   - glomerations & ulceration in bladder
   - E. Coli infection

7-2014 Stat Care, McComb, Ms.
   - Pleural Effusions
   - Bronchitis
   - Anemia
   - High BNP

RE: Bernice Ann Benoit

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| | * See Attached Sheets |
| | 1st + 2nd before this |
| | Sheet |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __X__. If "Yes,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   Dr. Darren Domincade, Hammond, LA

   C. Who treated the injury (or condition) at that time? Dr. Darren Domincade

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes ___ No _X__. If "Yes,"

   A. What date did you first experience such injury or condition? _____
   B. What injury (or condition) was made worse? _____

RE: Bernice Ann Benoit

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Brett Furman | Stat Care Plus, 1015 Delaware Ave., McComb, m 39648 |
| Dr. Regina Bowe | 1510 Harrison Ave., McComb, mo 39648 |
| Dr. Darren Drummond | 42388 Pelican Professional Plaza, Hammond La 70403 |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes _X_   No ____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

   _____

   _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes ____   No _X_

   If "Yes":

   A.   From whom did you receive this compensation or reimbursement? _____

RE: Bernice Ann Benoit

    B.    When did you receive this compensation or reimbursement? _____

_____

    C.    What was the amount of the compensation or reimbursement? _____

_____

**G.    CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached: _____

_____

_____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____

RE: Bernice Ann Benoit

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _April 16_, 2018

Location (City and State): _Summit, Mo._

_[signature]_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_Bernice Ann Benoit_
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

## AMENDED EXHIBIT A.
## BERNICE BENOIT

39. Claimant seeks compensation for past medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, and pain and suffering.

Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than seventy five thousand ($75,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.