

E-SERVICE
61896588
Apr 09 2018
05:14PM
File & ServeXpress

## EXHIBIT A

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
**Civil Action No. 10-MD-2179-CJB-SS**

### PTO 66 PARTICULARIZED STATEMENT OF CLAIM
### FOR REMAINING B3 PLAINTIFFS

---

**PLAINTIFF'S FULL NAME:** _Roy Paul Benoit_

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.    YOUR BACKGROUND INFORMATION

1.    Current address:

    Address Line 1: _1022 Summer Oak Lane_

    Address Line 2: _____

    City: _Summit_ State: _Ms_ Zip: _____

2.    Telephone number: _601-276-2363(Home) 601-810-0757 (Cell)_

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _Bernice Furlow - 1945/1962 / Bernice Herrington - 1962-1988_

4.    Date and Place of Birth: _1-16-34, Donner, L.A. Terrebone Parish, LA._

5.    Male _X_    Female _____

*YOU*
*PAUL*
*Benoit*

Case 2:10-md-02179-CJB-DPC Document 24282-1 Filed 04/09/18 Page 2 of 12

*My wife, Bernie A. Benoit were married in 1988 and she has always stayed with me on jobsites.*

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one: *lived in Belle Chasse, La. 2008/2009.4) Had got in Grand Isle for Fire Station Project in 2010*

| Address | Dates of Residence |
|---|---|
| 2191 Leatherwood Rd Tylertown, Ms. 39666 | 1991/2005 |
| 5675 Tangipahoa Rd Summit Ms. 39666 | 2005/2007 |
| 925 Northwest Ave Brookhaven, Ms. 39648 | 2007/2008 |

7. Employment Information:

  A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

*See below*

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Griffin. DeYoung | | 11-2009 8-2010 | Project Inspector |
| All Smith Consulting Eng. | 652 Papworth Ave. Metairie, La. | 2-25-08 to 4-2009 | Project Inspector |
| | | *Retired Since* | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _X_ If "Yes," when were you out of work and why? _____

_____

*Employer: 11-2009/August 2010*
*Griffin-deYoung Consulting Service, L.L.C. -*
*Belle Chasse, La*
*job location -100 Chighizola Lane*
*Grand Isle, La. 70358*
*Replacement of Grand Isle Fire Station destroyed by Katrina*

**B.** **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____  No _X___

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.** **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____  Offshore_____  Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____  No_____

12. Did you handle hazardous materials as part of your cleanup work?

   Yes_____  No_____

13. Please set forth the following information about your cleanup work:

   A. Your employer(s):_____

   B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

   _____

   C. A description of the work performed for employer(s) identified in Question No. 13(A):_____

   _____

   D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

   _____

*RE*
*Roy*
*Paul*
*Benoit*

E.   The names of any vessel(s) on which or facility(ies) where you performed the work
described in Question No. 13(C): _____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or
managed your work described in Question No. 13(C): _____

_____

**2.   Residents/Tourists**

14.  Do you allege that you were exposed to oil or chemical dispersants while a **resident** of a
Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes _X___   No _____

15.  Do you allege that you were exposed to oil or chemical dispersants while a **tourist** in a Gulf
Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes _____   No _X___

16.  List all address(es) at which you resided in 2010: *1022 Summer Oak Lane, Summit, Ms.*
*39666*
*Bills Shady Lawn Apts., 151 Santity Lane, Grand Isle, LA, 70358*

*Temp residence on Jobsite with husband, Roy P. Benoit Fire Station Grand Isle, LA Chighizola*

**C.   INFORMATION ABOUT YOUR B3 CLAIM**

*1st Sept. 2009 - 154 Melon Apt C*
*Grand Isle, La 70358*

17.  Are you claiming that you suffered damages from (*Check all that apply*):

_X_ Bodily injury from exposure to oil and/or dispersants

____ Bodily injury other than from exposure to oil and/or dispersants

____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in
Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the
questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both __✗__

19.    How were you exposed? (*Check all that apply*)

A.    Inhalation                    Yes _✗_          No_____

B.    Dermal (skin) contact        Yes _✗_          No_____

C.    Ingestion                     Yes _✗_          No_____

D.    Other (please describe): _____

20.    What was the date(s) of your exposure?

Day: **20**      Month: **April**      Year: **2010**

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_Several times, was inspector for Grand Isle Fire Station, lived there also Project_

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_Approx .25 Mile for oil exposure, dont remember date exactly for dispersals_

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_4-20-2010 through August -24³_

*RE*
*Roy*
*Paul*
*Benoit*

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: *Any activities involved being exposed to any chemical, through air ducts etc, breathing?*

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____

    _____

    _____

**E.    NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A.    The nature of your injury:_____

    B.    The date(s) of your injury:_____

    C.    The location(s) of your injury:_____

    D.    The work that you were performing when you sustained your injury:_____

        _____

        _____

    E.    Identify any individual(s) who witnessed your injury:_____

        _____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____

    _____

    _____

    _____

RE
Roy
Paul T.
Benoit
$
See
next
page

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

Started off with nasal, upper respiratory problems.
Stomach, problems breathing. went for Sleep Study
nose bleeds, sinus infection, etc. NH lymphoma, Etc.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

inhalation + dermal.

Still having problem with severe SOB
And on lots of medicine, weak

31. On what date did you first report or seek treatment for your injury or illness:
Prob-- May-2010, but saw doctor back home
in Ms. July-2010, for sure, had prob for upper respitory
infection

32. On what date was your injury first diagnosed: _____
7-16-10- Non Hodgkins Lymphoma

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|  | See Attached Sheets (5) |
|  |  |

* See next 5 sheets

#29
2010 — Was diagnosed 7-16-10 with Non-Hodgkins lymphoma - watched until 2013. Cancer got agressive and started chemo 2-2013, had problem with Pleural effusion - had to have pleurodesis mechanical and talc. 4-2013 diag. Hypothyroidism

11-2013 Was diagnosed with squamous cell Dr. Cersinoma 11-2013 - on right thumb, did not have treatments. Cancer appeared again same place in 4-2017, had 40 radiation treatments

2-2015 CT scan was suggestive of gallbladder cancer had surgery, was not cancer, no stones. Sent to Mayo Clinic - came back as Xenthogranulomatous infection

2015 diagnosed with heart failure without heart disease

2018 Has Chronic pericarditis - fatigue, weakness SOB

RE:
Roy
Paul T
Benoi

34.  Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      | See 4 Sheets back |
|      |         |
|      |         |
|      |         |

35.  Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No  X  . If "Yes,"

A.  When? _____

B.  Who diagnosed the injury (or condition) at that time? _____
_____
_____

C.  Who treated the injury (or condition) at that time? _____

36.  Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

Yes _____ No  X  . If "Yes,"

A.  What date did you first experience such injury or condition? _____

B.  What injury (or condition) was made worse? _____
_____

RE:
Roy
PAUL
Benoit

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| *010.2013* Dr Brett Freeman | Stat Care Plus, 1015 Delaware Ave, McComb, ms. 39648 |
| *013-2016* Dr. Regina Bowe | 1510 Harrison Ave, McComb, Mo. 39648 |
| *1009/010*-8 Dr Darren Drummond | 42388 Pelican Professional Plaza, Hammond, La. 70403 |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes _X_ No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____

_____

_____

_____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes _____ No _X_

If "Yes":

A. From whom did you receive this compensation or reimbursement? _____

_____

RE:
Rey Paul Benoit

Case 2:10-md-02179-CJB-DPC Document 25024-1 Filed 10/10/18 Page 11 of 14
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 10 of 12

    B.    When did you receive this compensation or reimbursement?_____

_____

    C.    What was the amount of the compensation or reimbursement?_____

_____

## G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

RE:
Rey Paul Benoit

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

Case 2:10-md-02179-CJB-JCW   Document 24282-1   Filed 04/09/18   Page 12 of 12

*RE:*
*Roy Paul Benoit*

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: *April 16*, 2018

Location (City and State): *Summit, Ms.*

*Roy P Benoit*
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

*Roy P. Benoit*
Print Name

Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**AMENDED EXHIBIT A.**
**Roy Benoit**

39.   Claimant seeks compensation for past medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, and pain and suffering.

Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than one million five hundred thousand ($1,500,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.