61896588
Apr 09 2018
05:14PM

# EXHIBIT A

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
**FOR REMAINING B3 PLAINTIFFS**

PLAINTIFF'S FULL NAME: _Michael Todd Brown_

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: _20244 Lam Rd. NE_
   Address Line 2: _____
   City: _Covington_   State: _LA_   Zip: _70435_
2. Telephone number: _504-451-4437_
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____
4. Date and Place of Birth: _08-11-1975 Metairie, LA_
5. Male _✓_   Female ____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 356 Sandy Brook Ci., Madisonville, LA 70447 | Jan. 1, 2008 – Mar. 1, 2016 |
| 19140 Rob Rd., Covington, LA 70435 | Mar. 1, 2016 – Mar. 15, 2018 |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Self Employed Madisonville Seafood, LLC | 356 Sandy Brook Ci. Madisonvill, LA 70447 | 2008 – Current | Commercial Fisherman |
| U.S. Army Corps of Engineers | 7400 Leake Ave. New Orleans, LA 70118 | June 30, 2003 – Current | Biologist |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No ✓ If *"Yes,"* when were you out of work and why? _____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes ✓     No ____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.   Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore ____   Offshore ✓   Both ____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes ✓     No ____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes ✓     No ____

13. Please set forth the following information about your cleanup work:

    A.  Your employer(s): _BP America Production Co., Vessel of Opportunity_

    B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A): _Ray Clanahan Attachment 1. Resolve Contractors who signed daily time record: Michael Gomez, Jon R. Swayne, Jr._

    C.  A description of the work performed for employer(s) identified in Question No. 13(A): _I was working for the VOO Program cleaning up oil and using absorbant rags from my boat out on the water. Oil soaked rags were placed in trash bags_

    D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):

| Date | Time | Locations |
|---|---|---|
| From: 7-7-10 to 7-15-10 | 6 a.m. - 6 p.m. | Lake Borgne, Lake Pontchartrain, |
| 7-18-10 | 7 a.m. - 3 p.m. | Mississippi Sound, Rigolets, Chef Pass, |
| 7-31-10 | 7 a.m. - 3 p.m. | Pearl River for all dates. |

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _Dusk til Dawn_

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _Ray Clanahan (BP), Tim McKinnis (RESOLVE Marine Group) Attachment 1._

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ✓     No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____     No ✓

16. List all address(es) at which you resided in 2010: _356 Sandy Brook Ci. Madisonville, LA 70447_

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    ✓ Bodily injury from exposure to oil and/or dispersants

    ___ Bodily injury other than from exposure to oil and/or dispersants

    ___ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.   EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____          Dispersants_____          Both ✓

19. How were you exposed? (*Check all that apply*)

    A.  Inhalation              Yes ✓       No_____

    B.  Dermal (skin) contact   Yes ✓       No_____

    C.  Ingestion               Yes ✓       No_____

    D.  Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: 7-15, 18, 31   Month: July   Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    I can't remember the exact number of times. I was exposed to oil & dispersants during time working in the VOO program. I remember smelling/breathing burning oil & dispersants before, during, after VOO program when the Well was on fire.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Lake Borgne, Pearl River, MS Sound, The Rigolets, Chef Pass, and Lake Pontchartrain. Exposure occured between Jul. 7, 10 to Jul. 15, 10; and Jul. 18, 10; Jul. 31, 10. Also inhaled when the Well was on fire both during and outside dates listed. I was exposed to both.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Multiple hours and Multiple days

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: *I was handling oil/soaked rags and breathing fumes from burning oil & dispersants. Eating snacks in between oil & dispersant handling.*

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____   No ✓  *Bp said it was safe.*

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____
    _____

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____
    _____
    _____

    E. Identify any individual(s) who witnessed your injury:_____
    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
    _____
    _____
    _____

F. **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: I got real sick in July 2010 when I was cleaning up oil during the VOO Program. I was hospitalized at St. Tammany Hospital and ambulanced to Tulane Medical Center and diagnosed w/ acute liver failure that resulted in a liver transplant in Aug. 2010. I also have chronic allergys, skin rashes, and lesions. Since being immunosupressed I had Blastomycosis, Mycobactirial infection and had diarrhea for over a year continued below ↓

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill: I was in direct contact w/ oil & dispersants performing cleanup work. I picked up oil and handled oil saturated rags. I steared my boat w/ contaminated gloves then took the gloves off to eat snacks in boat and grapped contaminated stearing wheel in between eating. I inhaled the oil & dispersants I was cleaning up and fumes from when the Well was burning.

31. On what date did you first report or seek treatment for your injury or illness: I think July 26, 2010, refered to specialist July 27, 2010, Emergency room on August 1, 2010 and admitted til Aug 4, 2010, then ambulanced to Tulane Medical Center.

32. On what date was your injury first diagnosed: I think August 4, 2010.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Fredric G. Regenstein | Tulane Abdominal Transplant Institute, 1465 Tulane Ave., New Orleans, LA 70112 |
| Dr. John Kessels | Outpatient Pavillion, 16300 Hwy 1085, Covington, LA 70433 |

29. I was in the hospital for a total of 28 days. I developed a bed sore on the top\center of butt. When discharged on Aug. 28, 2010. I had to go to a wound care facility weekly to get it debrided and for a 2nd wound in the center of my chest which was extremly painful. I use to take my shirt off while at the beach, swimming pools, and jogging. Now I am afraid too because of my disfigurement. I get anxiety and depressed because of my disfigurement. (Attachment 2 Photos 1-3 )

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr. John Kessels | St. Tammany Outpatient Pavillion 16300 Hwy 1085 Covington, LA 70433 |
| Dr. Shobha N. Joshi | Ochsner Medical Center 1514 Jefferson Hwy Jefferson, LA 70121 |
| Dr. Katherine Baumgarten | Ochsner Medical Center 1514 Jefferson Hwy Jefferson, LA 70121 |
| Dr. Richard Guillot | Northshore Allergy Immunology 355 Lakeview Court Covington, LA 70433 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __✓__. If "*Yes*,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No __✓__. If "*Yes*,"

   A. What date did you first experience such injury or condition? _____

   B. What injury (or condition) was made worse? _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Robert Brinkman Old | St. Tammany Physicians Network 80 Gardinia Dr. Ste. B Covington, LA 70433 |
| Dr. Timothy Riddel Current | Ochsner Health Center 1000 Ochsner Blvd. Covington, LA 70433 |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes ✓   No ___

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _I am looking to be compensated for all medical expenses incurred and future expenses as a result of being exposed to oil & dispersants. I have not calculated my damages or amount. I would also like to be compensated for my pain & suffering and depression because of my disfigurement._

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes ___   No ✓

    If "Yes":

    A.   From whom did you receive this compensation or reimbursement? _____

    B.    When did you receive this compensation or reimbursement? _____

    _____

    C.    What was the amount of the compensation or reimbursement? _____

    _____

**G.**    **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes _____    No __✓__

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes _____    No _____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    _____

    _____

44.    Describe how the contract was breached: _____

    _____

    _____

45.    *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

    _____

    _____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

    _____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

    _____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _May 17_, 2018

Location (City and State): _Laplace, LA_

_[signature]_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_Michael Brown_
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

Attachment 1.

**Vessel of Opportunity - Contractor**



**micheal**
**Brown**

1007-570678BM*

TIM McKINNIS (Safety)
Project Manager

Channel 8
Medic (Chuck) Channel 73   Boat Marie 11

- Emergency Response
- Salvage
- FireFighting
- Wreck Removal
- Environmental Services

Matt (gps)

**RESOLVE**
Marine Group

1850 SE 17th Street
Suite 204
Fort Lauderdale, Florida 33316

Phone: (954) 764-8700
Fax: (954) 764-8724
Cell: (954) 444-8277
Email: tmckinnis@resolvemarine.com
Website: www.resolvemarine.com

bp   BP questions

Ray Clanahan

C# 985-859-0904
Main 228-209-7772
Ray.Clanahan@bp.com

## AMENDED EXHIBIT A.
### Michael Brown

39. Claimant seeks compensation for past medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, and pain and suffering.

Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than two million ($2,000,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.