

# EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** _Malcolm Alphonse Coco III_

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

### A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: _6300 Bertha Drive_
   Address Line 2: _____
   City: _New Orleans_ State: _LA_ Zip: _70122_
2. Telephone number: _504-615-2139_
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____
4. Date and Place of Birth: _10/15/1968_ _New Orleans, LA_
5. Male _✓_ Female ____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 6300 Bertha Drive | 12/31/2009 – Present |
| 935 Third St., N.O. La 70130 | 2008 – 2009 |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Self | 6300 Bertha | 2008-2018 | Real Estate Appraiser |
| BP | | Summer 2010 | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No ____ If "Yes," when were you out of work and why? _____

Jun 14 18, 03:35p Independent Appraisal 5046013716 p.4
Case 2:10-md-02179-CJB-DPC   Document 25026-1   Filed 03/10/18   Page 3 of 13
Case 2:10-md-02179-CJB-JCW   Document 24282-1   Filed 04/09/18   Page 3 of 12

**B.   THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes ✓    No ___

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.   Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore ___    Offshore ✓    Both ___

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes ✓    No ___

12. Did you handle hazardous materials as part of your cleanup work?

    Yes ✓    No ___

13. Please set forth the following information about your cleanup work:

    A.  Your employer(s): **VOO / BP / Insituburn Team / Federal Wildlife**

    B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A):
        **Joel Price  /  Bill Darby**

    C.  A description of the work performed for employer(s) identified in Question No. 13(A): **Igniter Boat 5/10 – 6/10**
        **Wildlife cleanup 7/10 – 9/10**

    D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): **May 12th – May 21st 2010 and June 2010.**
        **Igniting oil spill on top of gulf water,**
        Offshore — **approximately, 60 miles offshore. Within**
        **1 mile of the Horizon Deepwater Rig.**
        Onshore — **Also July – September, Dirty Bird Detail,**
        **rescuing wildlife from water + land.**

Jun 14 18, 03:15p Independent Appraisa 5046032716 p.5
Case 2:10-md-02179-CJB-DPC Document 25026-1 Filed 10/10/18 Page 4 of 13

Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 4 of 12

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): "Premier Explorer", "Homerun" were vessels for Insituburn Team.

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): Drew Jaeger, USCG, Insituburn / Richard Blackburn -federal wildlife

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ✓   No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____   No_____

16. List all address(es) at which you resided in 2010: 6300 Bertha Dr, NOLA. + Venice Marina, Venice LA.

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    ✓ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    ✓ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

Jun 14 18, 03:15p Independent Appraisal 5046032716 p.6
Case 2:10-md-02179-CJB-DPC  Document 25026-1  Filed 03/16/18  Page 5 of 13

Case 2:10-md-02179-CJB-JCW  Document 24282-1  Filed 04/09/18  Page 5 of 12

### D. EXPOSURE CLAIMS

18. Were you exposed to oil, dispersants, or both?
    Oil _____   Dispersants _____   Both ✓

19. How were you exposed? (*Check all that apply*)

    A. Inhalation           Yes ✓   No _____
    B. Dermal (skin) contact  Yes ✓   No _____
    C. Ingestion           Yes ✓   No _____
    D. Other (please describe): _Burning oil w/pictures._

20. What was the date(s) of your exposure?
    Day: 12-20   Month: May   Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    First Exposure - 8 days offshore
    Continued exposure for month of June.
    - Then exposed while with wildlife July - September 2010.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    60 miles offshore, offshore within 60 miles and inshore Venice, La along with the mouth of the River Area.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Hours and minutes at a time.

Jun 14 18, 03:15p Case 2:10-md-02179-CJB-DPC Independent Appraisal Document 25026-1 Filed 10/10/18 5046032716 Page 6 of 13

Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 6 of 12

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _While operating a small watercraft, boat, to start fires on top of the water in the gulf. During this time dispersant planes dropped liquid dispersant on us._

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?
    Yes ✓    No ____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:
    _Drew Jaeger - USCG_
    _Bill Darby - EAS Shipping_

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: _____

    B. The date(s) of your injury: _____

    C. The location(s) of your injury: _____

    D. The work that you were performing when you sustained your injury: _____

    E. Identify any individual(s) who witnessed your injury: _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

Jun 14 18, 03:38 Case 2:10-md-02179-CJB-DPC Document 25026-1 Filed 10/10/18 Page 7 of 13
Independent appraisal
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 7 of 12

### F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    My injuries Range from Intense headaches/migraines to bodily injury in my Arms + Shoulders. Also high blood pressure.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    I was in direct Contact with frammable and toxic materials for a Sustained period of time with no respiratory equipment or protection.

31. On what date did you first report or seek treatment for your injury or illness: Dec 2010

32. On what date was your injury first diagnosed: December 2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. John Freiberg | Tulane Neurology 70112 1415 Tulane Ave., FL 5, N.O. LA |
| Dr. Thomas Lyons | Orthopedic Center for Sports Medicine 4921 Airline Dr., Metairie, LA 70001 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr Joan Freiberg | Same as #33 |
| Dr Thomas Lyons | Same as #33 |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No ✓_____. If "Yes,"

    A. When? _____

    B. Who diagnosed the injury (or condition) at that time? _____

    C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____ No ✓_____. If "Yes,"

    A. What date did you first experience such injury or condition? _____

    B. What injury (or condition) was made worse? _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr John Kokemor | Dr John J Kokemor 2633 Napoleon Ave NOLA 70115 |
| | |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes ✓   No ____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Compensatory damage has been determined by my condition of health and well being as a result of the oil spill. Also, stolen property, - the VoO/BP program damaged and discarded my vessel without compensation.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes ____   No ✓

   If "Yes":

   A. From whom did you receive this compensation or reimbursement? _____

B. When did you receive this compensation or reimbursement? _____

C. What was the amount of the compensation or reimbursement? _____

### G. CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes ✓   No ___

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes ✓   No ___

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    _____

44. Describe how the contract was breached: *My vessel was confiscated for use by the BP/Entisuburn team, it was damaged then discarded without my permission and I was exposed to toxic chemicals and dispersant.*

45. *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

    *I was hired from May thru September on the VOO program.*

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

    _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: *My damages are for personal injury and loss of property.*

Jun 14 18, 04:47p
Case 2:10-md-02179-CJB-DPC   Document 25026-1   Filed 06/03/7018   Page 11 of 13
Case 2:10-md-02179-CJB-JCW   Document 24282-1   Filed 04/09/18   Page 11 of 12

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

My damages were caused by close contact to burning oil and toxic smoke, chemicals, and dispersant. There was no response, aid, or information taken by BP or the vessels of opportunity program to ensure the health of its employees. We did not wear breathing apparatus and were fully exposed to the world's largest fires ever recorded on water, which I personally documented until my job was over, through a journal and many videos and photographs to support my claim.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 4/9, 2018

Location (City and State): New Orleans, LA

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Malcolm Coco
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |

**AMENDED EXHIBIT A.**
**Malcolm Coco**

39. Claimant seeks compensation for past medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, and pain and suffering.

    Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than two hundred thousand ($200,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.

47. The damages for losing my boat are $45,000.00.