# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## PTO 66 PARTICULARIZED STATEMENT OF CLAIM
## FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** __RAYMOND COUTURE, JR.__

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.   YOUR BACKGROUND INFORMATION

1.   Current address:

   Address Line 1: 2121 Francis Street
   Address Line 2: _____
   City: Violet        State: LA        Zip: 70092

2. Telephone number: _____(504) 450-8711_____

3. Maiden or other names used or by which you have been known, and the dates during which

   you were known by such names: _____Bozo – always my nickname_____

4. Date and Place of Birth: _____August 8, 1945_____

5. Male  X   Female _____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
|  |  |
|  |  |
|  |  |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| BP |  | On or around May 2, 2010 |  |
| Ricky Robin |  | On or around May 2, 2010 |  |
| USES |  | June, 2010 |  |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes__X__ No_____ If *"Yes,"* when were you out of work and why?_____The only time I missed work for more than 30 days due to my health was after working on the BP Oil Spill._____

## B. THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_X_ No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

### 1. Cleanup Workers
(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____ Offshore_X_ Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_X_ No_____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_X_ No_____

13. Please set forth the following information about your cleanup work:

A. Your employer(s): ___Ricky Robin, Sr.___ /BP Oil /USES_____

B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

   _Ricky Robin, Sr._____

C. A description of the work performed for employer(s) identified in Question No.

   13(A): _We skimmed oil from the waters of the Chandeleur Sound and stayed on the

   water overnight without returning to shore for days at a time._____

D. The date(s), time(s), and location(s) you performed the work described in Question

   No. 13(C): Chandeleur Sound on or about May 2, 2010 to the first week in July, 2010.

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C) The name of the vessel is "L'll Rick"

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): Employees of USES (United States Environmental Services).

### 2. Residents/Tourists

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes X No

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes No X

16. List all address(es) at which you resided in 2010: 2121 Francis Street, Violet, LA 70092 with the exception of the month I spent aboard the "Lil' Rick"

### C. INFORMATION ABOUT YOUR B3 CLAIM

17. Are you claiming that you suffered damages from (*Check all that apply*):

    XX Bodily injury from exposure to oil and/or dispersants

    Bodily injury other than from exposure to oil and/or dispersants

    A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

### D. EXPOSURE CLAIMS

18. Were you exposed to oil, dispersants, or both?
    Oil_____ Dispersants_____ Both_X_

19. How were you exposed? (*Check all that apply*)

A. Inhalation Yes_X_ No_____

B. Dermal (skin) contact Yes_X_ No_____

C. Ingestion Yes_X_ No_____

D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _Approx 2nd_ Month: __May__ Year: _2010 through about the 2nd of July 2010_

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Exposed to oil almost every   day we were out there.  Cannot say every day or the exact dates.  I was exposed to the dispersants mostly in the evenings and then at night when the aircraft above was  inundating the area with dispersants.  I cannot say the exact day and location of each one, however, for the entire month of May, 2010 we were on or about  Chandeleur Island. Then in the beginning of June through July 2, 2010 we were all around the Chandeleur Sound area skimming oil.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)? I cannot say the exact day and location of each one, however, for the entire month of May,  2010 we were on or about  Chandeleur Island. Then in the beginning of June through July 2, 2010 we were all around the Chandeleur Sound area skimming oil.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    It is hard to say, however, the entire time they were dropping the dispersants, we were on the water and being exposed to those dispersants.  The exposure to the oil spill was in performing skimming activities.  While skimming oil we used oil mops on both sides of our vessel which channeled the oil to a container which we were towing.  From that container we would pump the oil to a tank on the boat.  When the tank was filled we would take the take through the Mississippi River Gulf Outlet to Lake Anastasia to a drop-off and transfer point and then return to Chandeleur Sound to again continue the skimming procedure.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

<u>My exposure to the dispersants was almost exclusively in the evenings and at night when the aircrafts would appear and drop dispersants all around us. In the morning the dispersants was covering the boat and I would have to hose the deck off in order to get the dispersants off the vessel and its equipment.</u>

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

   Yes_XX_    No_____

26. *If you answered "Yes" to Question No. 25*, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

   <u>Ricky Robin, Sr. and Mr. Robin reported same to employees of St. Bernard Parish as</u>

   <u>well as employees of USES.</u>

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

   A. The nature of your injury:_____

   B. The date(s) of your injury:_____

   C. The location(s) of your injury:_____

   D. The work that you were performing when you sustained your injury:_____

   _____

   _____

   E. Identify any individual(s) who witnessed your injury:_____

   _____

28. Describe in as much detail as possible the circumstance(s) of your injury:

   _____

   _____

   _____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill

    I became extremely short of breath and easily fatigued. Upon going to the hospital they performed an angiogram and placed stints in my heart and/or arteries. Ricky Robin, Sr. also went to the hospital at the same time and had to have open heart surgery. I also had a number of lesions (skin breakdowns) mostly on my arms. There after I had open heart surgery and had a valve replaced with a pig valve.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    I believe the oil and dispersants caused the breakdown of my arms because that is where a lot of the direct contact came. Additionally, my shortness of breath and fatigue was definitely related to inhaling or coming in contact with the dispersant and/or oil.

31. On what date did you first report or seek treatment for your injury or illness:

    July 2, 2010

32. On what date was your injury first diagnosed: At North Oaks in Hammond on or about June 3, 2010.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Marc Bernstein<br>Cardiologist<br>Lung & Heart diagnosis | 901 Gause Blvd., Slidell, LA 70458<br>Stroke – August 2011 |
| Dr. Philip Wise<br>skin lesions | 8050 W Judge Perez Dr., #3600, Chalmette, LA 70043 |
| Dr. Cuong Le, GP | No longer in practice after suffering a stroke |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Slidell Memorial Hospital | 1001 Gause Blvd, Slidell, LA 70458 |
|  |  |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes __XX__ No __XX__ If "*Yes*,"

   A. When? <u>Prior to this I did have some heart trouble, however, not like I had during BP. Also, I have never had skin lesions of this type before nor had I had heart valve problems before.</u>

   B. Who diagnosed the injury (or condition) at that time?_____<u>Dr. Bernstein</u>_____

   C. Who treated the injury (or condition) at that time?<u> Dr. Bernstein</u>

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes <u>XX</u> No_____. If "*Yes*,"

   A. What date did you first experience such injury or condition?<u> July 2010.</u>

   B. What injury (or condition) was made worse? <u>My heart/lung condition</u>

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Abdolreza Vadiee primary care | 125 E St Bernard Hwy, Chalmette, LA 70043 |
| Dr. Ryan Truxillo Was primary Care | 8050 W Judge Perez Dr, Chalmette, LA 70043 |
| Dr. Marc Bernstein Cardiologist | 901 Gause Blvd., Slidell, LA 70458 |
| Dr. Cuong V. Le, GP Was primary care | No longer in practice after suffering a stroke. |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __XX__ No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

_____I believe that my heart condition was severely worsened by my exposure and resulted in an acute attack which caused me to be hospitalized in July 2010. Additionally, I believe it caused the valve problems that I subsequently developed. Also the skin lesions on my arms I had never experienced until being exposed to the oil and oil dispersants._____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes _____ No _XX__

If "Yes":

A. From whom did you receive this compensation or reimbursement? _____

B.    When did you receive this compensation or reimbursement?_____

C.    What was the amount of the compensation or reimbursement?_____

### G. CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes_____ No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____ No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

44.    Describe how the contract was breached:_____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: *May 14*, 2018

Location (City and State): __Chalmette, Louisiana__

_____
Signature of Plaintiff*

*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

RAYMOND COUTURE, JR.
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

## AMENDED EXHIBIT A.
## Raymond Couture

39. Claimant seeks compensation for past medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, and pain and suffering.

   Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than seven hundred thousand ($700,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.