

# EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Aiden Connor Elrod

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

### A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 2212 Blue Ridge Blvd
   Address Line 2: ___
   City: Hoover    State: AL    Zip: 35226
2. Telephone number: 205-475-3011
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: ___
4. Date and Place of Birth: Jefferson County Bham AL 35
5. Male _X_    Female ___

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 2200 Mill Run Circle Hoover AL 35226 | 2005 - 2012 |
| 3030 Paradise Blvd Hoover AL 35244 | 2014 - 2014 ~~2012 - 2013~~ |
| 2212 Blue Ridge Blvd Hoover AL 35226 | ~~2012~~ 2014 - present |

7. Employment Information:

    A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Minor | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No ____ If "Yes," when were you out of work and why? N/A

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes_____     No__✗__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

    **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.   Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____     Offshore_____     Both_____

11.   Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____     No_____

12.   Did you handle hazardous materials as part of your cleanup work?

Yes_____     No_____

13.   Please set forth the following information about your cleanup work:

    A.   Your employer(s): _____

    B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):

        _____

    C.   A description of the work performed for employer(s) identified in Question No. 13(A): _____

        _____

    D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _____

        _____

  E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

  F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

 **2.** **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes __X__ No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes __X__ No_____

16. List all address(es) at which you resided in 2010: _2200 m.11 Run Circle Hoover Al 35226_

**C.** **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

  __X__ Bodily injury from exposure to oil and/or dispersants

  __X__ Bodily injury other than from exposure to oil and/or dispersants

  _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

### D. EXPOSURE CLAIMS

18. Were you exposed to oil, dispersants, or both?
    Oil _____   Dispersants _____   Both _X_

19. How were you exposed? (*Check all that apply*)

    A. Inhalation             Yes _X_   No _____
    B. Dermal (skin) contact  Yes _X_   No _____
    C. Ingestion              Yes _____ No _____  ?
    D. Other (please describe): _____

20. What was the date(s) of your exposure?
    Day: _5_   Month: _7_   Year: _2010_

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    the one time

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Destn Florida - Both Exposure to Dispersant Ant Oil

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Just An hour or so

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: In water very minimal Discomfort felt like little fish Bumping into his less and Extremities

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

   Yes_____   No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

   _____
   _____
   _____

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

   A. The nature of your injury:_____

   B. The date(s) of your injury:_____

   C. The location(s) of your injury:_____

   D. The work that you were performing when you sustained your injury:_____
   _____
   _____

   E. Identify any individual(s) who witnessed your injury:_____
   _____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____
   _____
   _____
   _____

**F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____
    
    Minimal Skin Rashes + Severe Anxity with Cu cignt Gain - Staph infections

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
    
    Reasons Regmont Swimming while Corexit was Heavily Disposed.

31. On what date did you first report or seek treatment for your injury or illness: October 2010

32. On what date was your injury first diagnosed: October 2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address | |
|---|---|---|
| Julie Harper | 2470 Rocky Rdge Su. te 100 Bham Al | 35243 |
| Keith Parish | 8503 John Hawkins Pkwy Bham Al | 35244 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address | |
|---|---|---|
| Julie Harper | 2470 Rocky Ridge Suite 100 Bhem Al | 35243 |
| Keith Parish | 2503 John Hawkins Pkwy Bhem Al | 35244 |
| | | |
| | | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __X__. If *"Yes,"*

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   _____
   _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No __X__ If *"Yes,"*

   A. What date did you first experience such injury or condition? _____
   B. What injury (or condition) was made worse? _____
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Keith Parish | 2503 John Hawkins Pkwy Bham Al 35244 |
| | |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes __X__  No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

    Very minimal to Date Injuries have all but Non Existance with the Exception of Severe Axcity as a minor with Weight gain

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes _____  No __X__

    If "Yes":

    A.  From whom did you receive this compensation or reimbursement? _____

    _____

  B. When did you receive this compensation or reimbursement?_____

_____

  C. What was the amount of the compensation or reimbursement?_____

_____

G. **CONTRACT CLAIMS**

  *(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

  Yes_____ No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes_____ No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44. Describe how the contract was breached:_____

_____

_____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 4-13, 2018

Location (City and State): Bessemer Alabama

_Aroz Sha Elo2 (for) Aidan Connor Elo2_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Aidan Connor Elo2
Print Name

Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J(2) |
| This Document Relates to:<br>Civil Action No. 17-cv-03334 | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| Aiden Connor Elrod v. BP Exploration Production, Inc. et al. | |

## AMENDED EXHIBIT A.

7. Claimant is a minor and does not have an employer.

8. No.

21. Claimant was exposed the one day he was at the beach on vacation with his family.

22. Destin Florida at the Majestic Sun Condo. 1160 Scenic Gulf Drive, Miramar Beach, Florida.

30. While swimming in the water, claimant was exposed to the Corexit and oil that was in the water. Claimant was exposed through inhalation, swallowing some of the water, and physical contact with the water.

31. Claimant does not recall the exact day of the month but sought treatment for the first time in October 2010.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J(2) |
| This Document Relates to:<br>Civil Action No. 17-cv-03334<br><br>Aiden Connor Elrod v. BP Exploration Production, Inc. et al. | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## AMENDED EXHIBIT B.

39. Claimant seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering, but also his fear and anxiety over the appearance of the rashes on his body

Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Seventy-Five Thousand ($75,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.