

**EXHIBIT A**

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

---

PLAINTIFF'S FULL NAME: __Jarod Shane Elrod__

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: __3030 Paradise Parkway__
   Address Line 2: _____
   City: __Hoover__   State: __AL__   Zip: __35244__

2. Telephone number: __205-475-3011__

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____

4. Date and Place of Birth: __Jefferson County Birmingham Alabama__

5. Male __X__   Female ____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 2200 Mill Run Circle Hoover AL 35226 | 2005 – 2012 |
| 4300 Laurel Lane 36561 Orange Beach | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Eyalmobility 1930 | | | |
| Elrod Mobility | 1930 3rd Ave North Bessemer AL 35020 | 1995 – 2011 | Regional Manager Sales Manager |
| Unemployed Currently | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes  X   No _____ If "Yes," when were you out of work and why? 2010 - 2013 -

Fatigue - Obstruction Airway Chronic Bronchitis Chronic obstructive pulmonary Disease, cellulitis Abscess Asthma Burning Skin - Eruption full body Staph infections

**B.  THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____    No __X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.  Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.  Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____   Offshore_____   Both_____

11.  Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____    No_____

12.  Did you handle hazardous materials as part of your cleanup work?

   Yes_____    No_____

13.  Please set forth the following information about your cleanup work:

   A.  Your employer(s): _____

   B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A):
   
   _____

   C.  A description of the work performed for employer(s) identified in Question No. 13(A): _____
   
   _____

   D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _____
   
   _____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

### 2. Residents/Tourists

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _X_   No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _X_   No_____   9300 Lauder Lane orange beach 36561

16. List all address(es) at which you resided in 2010: _____

    2200 Mill Run Circle Hoover AL ~~35242~~ 35226

### C. INFORMATION ABOUT YOUR B3 CLAIM

17. Are you claiming that you suffered damages from (*Check all that apply*):

    _X_ Bodily injury from exposure to oil and/or dispersants

    _X_ Bodily injury other than from exposure to oil and/or dispersants

    ___ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.   EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?
    Oil _____    Dispersants _____    Both __X__

19. How were you exposed? (*Check all that apply*)

    A.   Inhalation            Yes _X_   No _____
    B.   Dermal (skin) contact Yes _X_   No _____
    C.   Ingestion             Yes _____ No _____  ?
    D.   Other (please describe): _____

20. What was the date(s) of your exposure?
    Day: 8-11   Month: July   Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?    Dispersants oil

    Honestly I Just Remember the once Both And oil And How awful it burnt my skin while in the water and became deathly Ill starting that very night

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Destin Florida
    LANA MARKS - Personal Rental Condo
    July 5th - July 8th 2010

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    18 less @ July 5th - July 8th
    while swimming in ocean
    A few hours At Most

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

My parents have a home in Orange Beach Alabama we canceled all of our vacations until we noticed B.P. Commercial stating no oil in Florida we booked in Destin Florida July 5th-8th 2010

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes _____    No _____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____
    _____

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: _____

    B. The date(s) of your injury: _____

    C. The location(s) of your injury: _____

    D. The work that you were performing when you sustained your injury: _____
    _____
    _____

    E. Identify any individual(s) who witnessed your injury: _____
    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

(Sheet Included)

I Truly Thought I was Dying, I could not sleep I could not put pressure on any part of my skin my skin literally fell off for over a year. After a year it was skeletal bleeding all over with erupting blisters I could not go outside without breaking out into hives in what all I can compare to is 10,000 wasp bites/stings. Then constant staph infections and once that was over after about 4 years I became dependent on many medications which often don't work for anxiety-depression

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    "~~SEE~~ ~~Records~~" Sheet Included

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Swimming in the ocean ~~one day~~ ~~about~~
    I noticed my skin was burning - others said it felt
    like tiny fish swimming into their skin yet I stayed
    It felt like pirahnas -
    Later that day we noticed several people in Hazmat suits
    A mile from where we were.

31. On what date did you first report or seek treatment for your injury or illness: 
    July 20 2010

32. On what date was your injury first diagnosed: February 2011

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Mark Ricketts MD - | 5018 Cahaba River Rd Bham AL 35243 |
| Rebecca Edwards CRNP | 2740 Rocky Ridge Road Vestavia Hills 35243 |

Julie Harper M.D. Dermatologist
2470 Rocky Ridge Rd Suite 100 - Bham AL 35243
Laine McDoald Emergency Room E.R. -
995 9th Ave Sw # 305 Bessemer AL 35022
Karen Callahan Psychologist/Psychiatrist
Grayson & Associates - 2200 Lakeshore Dr # 150 Bham Al 35209

Sheet Included

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

Same as #33 →

| Name | Address |
|---|---|
| Question #33 All the same | |
| ~~Alexander Hernandez~~ | |
| Wallace Purcy | 1088 9th Ave S.W. Bessemer AL 35022 |
| Christopher Bailey | 700 Montgomery Hwy ste 194 Vestavia AL 35216 |
| Misty ~~Army~~ ARY | 1200 Corporate Dr. #125 Bham AL 35242 |
| Keith Parish | 2503 John Hawkins Pkwy Bham AL 35244 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __X__. If "Yes,"

   A.  When? _____

   B.  Who diagnosed the injury (or condition) at that time? _____

   C.  Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No __✓__. If "Yes,"

   A.  What date did you first experience such injury or condition? _____

   B.  What injury (or condition) was made worse? _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Mark Ricketts | 5018 Cahaba River Road Bham 35243 |
| Keith Parish | 2503 John Hawkins Pkwy 35244 |
| Wallace Purdy | 1288 9th Ave S.W. Bessemer Al 35022 |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes ✓   No ___

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Loss of Job / Work Loss of Home - Medical Bills - ~~Loss of Future Earn~~ Loss of Future Earnings - Loss of Savings Equity - Retirement - Loss of Medicare Withholdings Pain + Suffering

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes ___   No ✓

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? _____

    _____

    B.    When did you receive this compensation or reimbursement? _____

    C.    What was the amount of the compensation or reimbursement? _____

**G. CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes _____   No _____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes _____   No _____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

44. Describe how the contract was breached: _____

45. *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 4-13, 2018

Location (City and State): Hoover Alabama

_____
Signature of Plaintiff*

*Plaintiff's Attorney *Cannot* Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Saul Shane Elol
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

I Started with
my Ears HAD Black, slimey Dischage
I began sweating only what i can Explain
Skin was on fire and Felt like metal
was in my skin and I constantly
would try to Dig this out of my skin
I did this for over a year with Absolutely
no sleep
my entire Body would scale over in such
As I can only to Explain what A Burn
victim might look like
After a year and half of that Beginning August 2010
my skin started having Deep soars and I word
Bleed to the Bone with absolutely no
Help From R.K. of Any type.
I had Issues From skin that I can
never Explain But I have pictures that
are worth A million words in Fact
8 years Later I have Black Rashes
on my Body constant staph infections
But now I have severe Anxiety
Really cripple to the point I am almost
Disabled And Not able to keep A Job
I Lost my Home to this Sickness
my Job And myself that I no longer An
or know Anymore.

28/29

**AMENDED EXHIBIT A. JAROD SHANE ELORD**

6.  2200 Mill Run Circle, Hoover AL 35226     2005-2012
    4300 Lauder Ln. Orange Beach AL 36561     do not recall move in date - 2005

8.  Claimant was out of work for illnesses related to his exposure to the oil and dispersants. These ailments included fatigue, rashes, bronchitis, chronic obstructive pulmonary disease, asthma, and staph infections.

16. 4300 Lauder Ln. Orange Beach, AL 36561

22. Destin Florida at the Majestic Sun Condo. 1160 Scenic Gulf Drive, Miramar Beach, Florida.

28. This was answered in mistake. Claimant is not making a Non-Exposure Personal Injury Claim.

39. Claimant seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering, but also his fear and anxiety over the appearance of the rashes on his body.

The consequences of his ailments affected claimant's ability to continue working in the family business and he has not only lost income for the time he was not able to work but has also lost the opportunity to become a full partner in the family business.

Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than two million two hundred and fifty hundred thousand ($2,250,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.