E-SERVICE
61896588
Apr 09 2018
05:14PM
File & ServeXpress

## EXHIBIT A



*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
**Civil Action No. 10-MD-2179-CJB-SS**

### PTO 66 PARTICULARIZED STATEMENT OF CLAIM
### FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** _Chris Emile Nehlig_

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

### A.   YOUR BACKGROUND INFORMATION

1.   Current address:

Address Line 1: _1736 Heights DR. St. Bernard, La._

Address Line 2: _____

City: _ST, Bernard_     State: _La._     Zip: _70085_

2.   Telephone number: _____

3.   Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _N/A_

4.   Date and Place of Birth: _Boloxli, Mississippi_

5.   Male _✓_   Female _____

6.  Each address (other than your current address) at which you have lived during the last ten
    (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
|  |  |
|  |  |
|  |  |

7.  Employment Information:

    A.  Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last
        employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Self |  | 2008-2017 | Commerical Fisherman |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8.  Have you ever been out of work for more than thirty (30) days for reasons related to your
    health (other than pregnancy)?  Yes ✓  No_____  If "Yes," when were you out of work
    and why? _____

    _____

**B.**      **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

     Yes __✓__      No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

     **1.**      **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.      Was your cleanup work performed onshore (on land) or offshore (on the water)?

     Onshore_____      Offshore_____      Both __✓__

11.      Were you hired as part of the Vessels of Opportunity ("VoO") Program?

     Yes_____      No_____      *Not Sure*

12.      Did you handle hazardous materials as part of your cleanup work?

     Yes __✓__      No_____

13.      Please set forth the following information about your cleanup work:

     A.      Your employer(s): *Boat Captain in Charge of Clean-up*

     B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):

     C.      A description of the work performed for employer(s) identified in Question No. 13(A): *Boat Capt., Cleaning of Oil oil Booms, etc.*

     D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): *May - 2010 Not Sure (Gulf of Mexico)*

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _Not Sure_____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _Used my personal_ _I was the Boat Captain_ _Boat_

## 2.   Residents/Tourists

14.   Do you allege that you were exposed to oil or chemical dispersants while a **resident** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes__✓____   No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a **tourist** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____   No__✓____

16.   List all address(es) at which you resided in 2010: _1736 Heights DR._ _St. Bernard, La. 70085_

## C.   INFORMATION ABOUT YOUR B3 CLAIM

17.   Are you claiming that you suffered damages from (*Check all that apply*):

___✓___Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both __✓__

19.    How were you exposed? (*Check all that apply*)

    A.    Inhalation          Yes _✓_          No_____

    B.    Dermal (skin) contact          Yes _✓_          No_____

    C.    Ingestion          Yes _✓_          No_____

    D.    Other (please describe): _____

20.    What was the date(s) of your exposure?

Day: _____          Month: __MAY —__          Year: __2010__

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_____I was working every Day the entire time of the clean-up. I was exposed to oil and the dispersants_____

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____Both, Not Sure of the Location besides GoM_____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____Whatever the work day was a ave. of 10 Hours a day —_____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: Placing the booms in water, Ano the dispersants was being sprayed right over our boats.

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes ✓   No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

Not Sure of his name.

## E.   NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

A.   The nature of your injury:_____

B.   The date(s) of your injury:_____

C.   The location(s) of your injury:_____

D.   The work that you were performing when you sustained your injury:_____

_____

_____

E.   Identify any individual(s) who witnessed your injury:_____

_____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____

_____

_____

_____

**F.    INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.    Describe in as much detail as possible the bodily injury (or medical condition) that you
claim resulted from the spill or your cleanup work in response to the oil spill: _____

Respiratory, Dermal, Eye Irritaiton -
Nuro, Lung Disease, headaches, Chest pains
AND I Could not ~~take~~ Blood Thinwers Due to
my memory        the dispersaunts     ~~RPS~~

30.    Please explain how your injury (or medical condition) resulted from the spill or your
cleanup work in response to the oil spill:

Due to I Could not take blood Thinwers
because the Chemicals in the dispersauts
interferd with Blood Thinwers
mAde my blood "Clot" rather then
Thin it.

31.    On what date did you first report or seek treatment for your injury or illness:
Not Sure at exyact DATe but, wAs t Long After
I StArted,

32.    On what date was your injury first diagnosed: _____

I Think  2013

33.    Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or
condition):

| Name | Address |
|---|---|
| LSU Medical Center | New Orleans |
| Oshner Medical Center | 1514 Jefferson Hwy. New Orleans, la. |

(this is where he had
open ♡ sugery) Most All of his
records are here -

34.     Identify  doctor(s)  (or  other  healthcare  providers)  who  have  treated  your  injury  (or
        condition):

| Name | Address |
|------|---------|
| All Doctors was at Oshner Hosp. on Jefferson Hwy. | |
| | He had many |
| | |

35.     Have you ever suffered this type of injury or condition before (i.e., before the date given
        in your answer to Question No. 32)? Yes _____ No ___✓___ . If "Yes,"

        A.      When? _____

        B.      Who diagnosed the injury (or condition) at that time? _____

                _____

                _____

        C.      Who treated the injury (or condition) at that time? _____

36.     Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an
        injury (or condition) that you already had or had in part?

        Yes _____ No __✓__ . If "Yes,"

        A.      What date did you first experience such injury or condition? _____

        B.      What injury (or condition) was made worse? _____

                _____

37.    Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| DR. Aryan Berthci | Chalmette, La. |
| DR. Contrary | Chalmette, La. |
|  |  |
|  |  |
|  |  |

38.    Do you have in your possession, custody, or control, any medical records, bills, and any
       other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance
       companies, or others who have provided treatment to you relating to the diagnosis or
       treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or
       response efforts, or that you otherwise identified in this Form?

               Yes _____    No _____

39.    Describe specifically the compensatory damages that you claim in your lawsuit, including
       the nature of the damage, the date(s) of the damage, the amount of the damage, and the
       calculations used to arrive at that amount:_____

       medical bills, pain & suffering, heart problems
       Caused   Death
                Death  Cirt  inclosed

40.    Have you received workers compensation or other compensation or reimbursement for the
       injury alleged or associated expenses?

       Yes_____   No ✓

       If "Yes":

       A.    From whom did you receive this compensation or reimbursement?_____

             _____

B.  When did you receive this compensation or reimbursement?_____

_____

C.  What was the amount of the compensation or reimbursement?_____

_____

## G.  CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.  Is your claim based on a breach of contract?

Yes_____    No_____

42.  Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.  Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.  Describe how the contract was breached:_____

_____

_____

45.  *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.  *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.  Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: MAY 19,20 , 2018

Location (City and State): Slidell, La.

_Chris Emile Nehly_
Signature of Plaintiff*

***Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.**

Chris Emile Nehlig
Print Name

Joy Nehlig - Surviving Sibling
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

# STATE OF LOUISIANA

## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH



**5529112**

| | | | |
|---|---|---|---|
| BIRTH NUMBER: | | | STATE FILE NUMBER: 2017-010-00203 |

**DECEDENT**

| DECEDENTS NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|
| NEHLIG, CHRIS EMILE | 08/15/1957 | 02/07/2017 | 08:54 AM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | AGE |
| BILOXI, MS UNITED STATES | MALE | 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 | 59 YEARS |
| DECEDENTS ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX): | | | |

**PERSONAL**

| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | WITHIN CITY LIMITS? | PARISH/COUNTY |
|---|---|---|---|
| 1736 HEIGHTS DR. , SAINT BERNARD, LA 70085 UNITED STATES | | YES | ST. BERNARD |
| EVER IN U.S. ARMED FORCES? | OCCUPATION | INDUSTRY OF OCCUPATION | |
| NO | FISHERMAN | FISHING | |
| MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | |
| MARRIED | | NELSON, DOROTHY | |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | |
| NEHLIG, CHARLES EMILE | NEW ORLEANS, LA UNITED STATES | | |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | |
| GEE, ANTIRA | ENID, OK UNITED STATES | | |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | INFORMANT'S ADDRESS | |
| NELSON, DOROTHY | WIFE | 1736 HEIGHTS DR. , SAINT BERNARD, LA 70085 UNITED STATES | |
| EDUCATION: 5TH GRADE OR LESS | | | |
| OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | | | |
| RACE: WHITE | | | |

**DEATH INFO**

| PLACE OF DEATH | FACILITY NAME |
|---|---|
| DECEDENTS HOME | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
| 1736 HEIGHTS DR. , SAINT BERNARD, LA 70085 UNITED STATES | ST. BERNARD |

**DISPOSITION**

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | |
|---|---|---|
| CREMATION | BAGNELL & SON CREMATORY | |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | DATE OF DISPOSITION |
| COVINGTON, LA UNITED STATES | | 02/13/2017 |

**FUNERAL FACILITY**

| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY |
|---|---|
| HERITAGE FUNERAL HOME, INC. | 4101 ST. CLAUDE AVE. , NEW ORLEANS, LA 70117 UNITED STATES |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| HICKERSON, ARTHUR | E1726 | Y |
| SIGNATURE OF FUNERAL DIRECTOR | | DATE |
| "Signature on File" | | 4/5/2017 |

**MEDICAL INFO**

| MANNER OF DEATH | |
|---|---|
| NATURAL | |
| IF FEMALE? | |
| NOT APPLICABLE | |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | |
| UNKNOWN | |

**CAUSE OF DEATH**

| PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. CARDIORESPIRATORY ARREST SECONDARY TO ATHEROSCLEROTIC | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. CARDIOVASCULAR DISEASE-RECENT MYOCARDIAL INFARCTION | UNK |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. HYPERTENSION-HYPERLIPIDEMIA | UNK |
| | d. CARDIOMYOPATHY-PERIPHERAL VASCULAR DISEASE | UNK |
| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | | |
| PARKINSONISM-CAROTID ARTERY DISEASE HISTORY-CEREBROVASCULAR ACCIDENT-HISTORY RECENT PNEUMONIA | | |
| WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? | |
| NO | NOT APPLICABLE | |

**INJURY INFORMATION**

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY |
| DESCRIBE HOW INJURY OCCURED: | | | | |

**CERTIFIER**

| I CERTIFY THAT I ATTENDED THE DECEDENT FROM 2/7/2017 TO 2/7/2017 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE (S) AND MANNER STATED. | | |
|---|---|---|
| SIGNATURE OF CERTIFIER: | "Signature on File" | DATE | 3/31/2017 |
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | BERTUCCI, BRYAN | | |
| CERTIFIER TITLE: CERTIFYING PHYSICIAN | | | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | |
| 8050 W. JUDGE PEREZ DR. - APT/STE 3100 , CHALMETTE, LA 70043 UNITED STATES | | | |
| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
| 208681 | ORLEANS | 02/10/2017 | 4/6/2017 |

**REGISTRAR**

| SIGNATURE OF REGISTRAR |
|---|
| DEVIN GEORGE "e-sign" |
| ISSUED BY: Sims, Jeanette |

Issued On: 4/7/2017 2:53:02 PM



**005529112**

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID.
DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

**DEVIN GEORGE**
**STATE REGISTRAR**



## AMENDED EXHIBIT A. CHRIS NEHLIG

6.      1776 Heights Dr. St. Bernard LA.  Plaintiff resided here for over ten years.  Claimant does not recall the move in date for Mr. Nehlig but he resided here till his death in February 2017.

8.      Claimant was out of work for illnesses related to his exposure to the oil and dispersants. These ailments included fatigue, trouble breathing and a heart condition.

11.     Mrs. Nehilg, the sibling of the deceased claimant, did not know the answer to this question.

13b.    Mrs. Nehilg, the sibling of the deceased claimant, did not know the answer to this question.

13d.    Mrs. Nehilg, the sibling of the deceased claimant, did not know the answer to this question.

13e.    Mrs. Nehilg, the sibling of the deceased claimant, did not know the answer to this question.

20.     Mrs. Nehilg, the sibling of the deceased claimant, did not know the exact dates to answer to this question.  She did give the month and year (May 2010).

26.     Mrs. Nehilg, the sibling of the deceased claimant, did not know the answer to this question.

28.     This was answered in mistake.  Claimant is not making a Non-Exposure Personal Injury Claim.

39.     Claimant seeks compensation for past medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future lost wages, wrongful death and pain and suffering.

Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than two million five hundred thousand

($2,500,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.