# EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Charles Raymond Robin III

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 1925 Russell Dr.
   Address Line 2: _____
   City: St. Bernard   State: LA   Zip: 70085
2. Telephone number: (504) 884 8027
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Charles Raymond Robin III
4. Date and Place of Birth: New Orleans
5. Male ✓   Female ____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 1925 Russell Dr St. Bernard LA. 70085 | 06 - Present |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Self | | 05-2010 | Comericail Fishing construction |
| USes | | June 2010 Dec 2010 | Oil spill clean up |
| St. Bernard Gov. | | April & may 2010 | Oil spill clean up |
| Self | | 2010 2018 | Commericid Fishing |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No ✓ If "Yes," when were you out of work and why? _____
_____

**B.    THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes ✓    No ____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore ____    Offshore ____    Both ✓

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes ✓    No ____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes ✓    No ____

13. Please set forth the following information about your cleanup work:

    A.  Your employer(s): __USES__

    B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A):
        __John Ram__

    C.  A description of the work performed for employer(s) identified in Question No. 13(A): __Special opps - Tarball crew -__
        _____

    D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): __June 2010 - Dec 2010  St. Bernard Parish waters__

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _Ellicia   Margracket_

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _Craig Tofforo_ _John Ram_

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ✓    No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____    No _____

16. List all address(es) at which you resided in 2010: _1925 Russell Dr. St. Bernard. 70085    1904 Sophe Ln. St. Bernard 70085_

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    ✓ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D. EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?
    Oil ✓        Dispersants ✓        Both ✓

19. How were you exposed? (*Check all that apply*)

    A. Inhalation          Yes ✓    No ___
    B. Dermal (skin) contact    Yes ✓    No ___
    C. Ingestion           Yes ___   No ___
    D. Other (please describe): _____

20. What was the date(s) of your exposure?
    Day: 29 Tru June 2    Month: May 29 - June 2    Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    4 days May 29 Tru June 2 - 2010
    Just dispersants PLanes spraying each day

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Pt. Comfort Squalls 29th
    Mitchel Key North East wnds Squalls 30th dispersaid ontop of cabin
    Pt Comfort Islad Anchord Squalls 31st
    PT Comford Big oil sheans Brown ontop water Bad smell. June 1st

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    24 hrs a day was all over Boat deck
    Top of cabiBen

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: __Airplanes spraying each morning__ __Knocking oil to bottom__

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes ✓    No ____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: __John Ram__ __Craig Toffeor__

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____

    E. Identify any individual(s) who witnessed your injury:_____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: Smashed Finger an hand cutting Little finger off. Skin rashes, constant cough, boils, SVT (stress related heart)

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
   I was inhaling disaspeunts for four days Lost my edge for one second causing me to get cauth in my winch

31. On what date did you first report or seek treatment for your injury or illness: June 2, 2010

32. On what date was your injury first diagnosed: June 2 2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
| EmT | BP Doctor |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Heather L. Halton, MD | LSU Health Care Services, Division Medical Center of LA, NO |
| Bertucci | 8050 W. Judge Perez ST Bernard Health Center Chalmette La 70433 |
| Heart Clinic of New Orleans Kilid MD | 1820 ST. Charles Ave Ste 208 NOLa 70130 Chalmette 504-390-8349 |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No ✓ . If "Yes,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No ✓ . If "Yes,"

   A. What date did you first experience such injury or condition? June 1, 2010

   B. What injury (or condition) was made worse? _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|      | Please see #34 for names and addresses of doctors |
|      |         |
|      |         |
|      |         |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes ✓   No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

    _____

    _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes _____   No ✓

    If "Yes":

    A.   From whom did you receive this compensation or reimbursement? _____

    _____

  B. When did you receive this compensation or reimbursement? _____

_____

  C. What was the amount of the compensation or reimbursement? _____

_____

G. **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

  Yes_____ No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes_____ No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44. Describe how the contract was breached: _____

_____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____

Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 11 of 12

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __May 16__, 2018

Location (City and State): __St. Bernard LA.__

__Charles Raymond Robin III__
Signature of Plaintiff*

*Plaintiff's Attorney __Cannot__ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

__Charles Raymond Robin III__
Print Name

__Captain   owner__
Title/Position (*if signed on behalf of a business or other entity*)

By no later than __Monday, July 9, 2018__, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

## AMENDED EXHIBIT A.
## CHARLES ROBIN

39. Claimant seeks compensation for past medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, and pain and suffering.

    Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than three hundred thousand ($300,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.