EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

PLAINTIFF'S FULL NAME: Ricky Raymond Robin

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

NOTE: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 2312 Violet St (P.O. Box 611)
   Address Line 2: _____
   City: Violet   State: La   Zip: 70092
2. Telephone number: 504-421-4189
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A
4. Date and Place of Birth: 07/21/1954 New Orleans La
5. Male  X   Female ____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| N/A | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Self | 2312 Maple ST Bernard La | 2008- present | Commerical Fisherman |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes  X   No_____   If "Yes," when were you out of work and why? __7-6-2010 for 6 months due to open heart Surgery__

B. **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes _X_   No ____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   1. **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore ____    Offshore _X_    Both ____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes _X_   No ____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes _X_   No ____

13. Please set forth the following information about your cleanup work:

    A. Your employer(s): _St. Bernard BP oil Spill / Alaskan Crew Oil Skimmer_

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):
       _ST Bernard Oil Spill Vessel of opportunity_

    C. A description of the work performed for employer(s) identified in Question No. 13(A): _Supplied Mop crew with equipment on the Chandeleur Islands for 60 days Supply Boat_

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _end of April 2010, Chandeleir Islands_

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): **Lil Rick**

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): **U.S. Coast Guard**

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes **X**    No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes **X**    No _____

16. List all address(es) at which you resided in 2010: **2312 Violet, Violet La 70092**

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    **X** Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil _____     Dispersants _____     Both __X__

19. How were you exposed? (*Check all that apply*)

    A. Inhalation            Yes __X__    No _____
    B. Dermal (skin) contact Yes __X__    No _____
    C. Ingestion             Yes _____   No __X__
    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____  Month: April – June   Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    was exposed on a daily basis to both

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Chandelier Islands

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    For 30 days we were sprayed with dispersants by aircraft and were exposed to the oil everyday the entire time we were on the water

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: We worked in the water with the oil. Sprayed by aircraft when deployed disperants.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes __X__   No _____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: Hopedale base over VHF radio

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: _____

    B. The date(s) of your injury: _____

    C. The location(s) of your injury: _____

    D. The work that you were performing when you sustained your injury: _____

    E. Identify any individual(s) who witnessed your injury: _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    Open heart Surgery - bypass on July 7, 2010 and rashes all over my body.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    The oil and dispersants caused the rash from touching my skin. The oil and/or dispersants exposure caused chest pains.

31. On what date did you first report or seek treatment for your injury or illness: June 2010

32. On what date was your injury first diagnosed: July 6, 2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
| --- | --- |
| Louisiana Heart Center | 39 Starbush Cir Covington La 70433 |
| Slidell Memorial | 1001 Gause Blvd Slidell La 70458 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Vasanth Bethala | Slidell Memorial |
| Norman OTT | 3801 Canal St. Suite 100 NoLa 70119 |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __✓__. If "*Yes*,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   
   _____
   
   _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No __✓__. If "*Yes*,"

   A. What date did you first experience such injury or condition? _____
   B. What injury (or condition) was made worse? _____
   
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Norman OTT | 3801 Canal St. St.100 NOLA 70119 |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes ✓   No ____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: medical bills, lost time from work, pain & suffering.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes ____   No ✗

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? ____

    B.    When did you receive this compensation or reimbursement? _____

              _____

    C.    What was the amount of the compensation or reimbursement? _____

              _____

**G.    CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.   Is your claim based on a breach of contract?

     Yes_____    No_____

42.   Was the contract that you claim was breached made as part of the VoO Program?

     Yes_____    No_____

43.   Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.   Describe how the contract was breached: _____

_____

_____

45.   *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.   *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __July 6__, 2018

Location (City and State): __La Place, La__

__/s/ Bucky B Robin Sr.__
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

__Ricky Robin__
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |

the oil well to the Chandeleur Islands. I pumped the oil into big tanks at the decon station in the double rocks.

Between the crude oil, disbursement, and being pressure washed my boat was heavily damaged. My boat also was also damaged from the welding, rigging, and being deployed 140 times offshore through some really rough times.

I now have my boat off the shipyard and I hope to return to work with my doctor's approval.

I Ricky Rabin have not worked as a Commercial Fisherman since the B.P. Oil Spill. I worked for the Vessels of Opportunity for Six Months. During that time I suffered through open heart surgery.

While I was working for B.P. my boat was deconed several times. The last time my boat was deconed was on 11-14-2010. At that time I was informed that I had to pick my boat up on the ship yard because from deconing my boat it knocked most of the paint off. The Coast guard was afraid to fool with my boat because the old remaining paint was full of lead. The Coast Guard insisted that I sand blast and repaint my boat.

I picked my boat up on the ship yard on 2-18-2011 and worked and repaired it until 7-15-2011. I had many repairs to do from working with the Vessels of Opportunity. I skimmed oil for 6 months from

## AMENDED EXHIBIT A.
## CHARLES ROBIN

39. Claimant seeks compensation for past medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, and pain and suffering.

Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than four hundred thousand ($400,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.