

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig | MDL  2179 |
| "Deepwater Horizon" in the Gulf | Section: J(2) |
| Of Mexico, on April 20, 2010 | Judge Barbier |

This Document relates to:                                     Mag. Judge Wilkinson

Remaining cases in Pleading Bundle B3

| | |
|---|---|
| Carol Fetterhoff | Civil Action No. 17-cv-03350 |
| Chelsea Fetterhoff, minor child at time | Section J |
| Chayton Fetterhoff, minor child now | Judge Barbier |
| Versus | Mag. Judge Wilkinson |
| BP, Deepwater Horizon,GCCF | |

## <u>RESPONSE TO ORDER TO SHOW CAUSE</u>

Plaintiffs confirm the PTO 66 was completed, all questions answered and sent certified to Ellis Kirkland and the MDL Plaintiff Steering committee on 6/9/18. Also an additional letter was sent asking if any additional information needed and if I should resend the medical bills again.  Plaintiffs did not receive a request for additional information or any response.  A copy of page 9 attached.

Additional evidence/information attached to elaborate on questions. I do ask that all medical information not be included in any public record and that all fillings kept confidential for minor children.

Plaintiffs respectfully request you deny order to show cause as all request have been complied with.

TENDERED FOR FILING

OCT 1 0 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   OCT 1 0 2018
WILLIAM W. BLEVINS
CLERK

_____ Fee _____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

CONFIDENTIAL MEDICAL INFORMATION

Plaintiff Chelsea Fetterhoff. Never had allergies, headaches in entire life. Also helped extensively with horses and farm. Allergies became severe and after over the counter did not work, went to pediatrician. Then ENT-Dr. Norris. Seemed to effect eyes, severe acne and was given prescription for same. Acne continues.

6/8/10 Eberly

8/3/10 Norris

8/17/10 Norris

11/24/10 Eberly

5/30/12 allergy testing and exam

Prescription range 6/8/10 to 10/10/14

Doctors to testify if needed: Dr. Eberly Foley, Al., Dr. Norris Fairhope, Al.

Economic: $1,500.00 non economic $5,500. Nuisance $1,000. $7,000.00 Demand

37.   Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| Eberly | Foley, Al |
|  |  |
|  |  |
|  |  |
|  |  |

38.   Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes ___✗___   No _____

39.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

medical/prescription/testing _____

_____

_____

40.   Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____   No___X___   except medical insurance

If "Yes":

A.   From whom did you receive this compensation or reimbursement?_____

_____

CI# 6866-124-190268

FOLLOW-UP APPOINTMENT
AUDIO RECALL

**PLEASE RETURN THIS FORM
TO THE RECEPTIONIST**

FETTERHOFF, CHELSEA          037580
08/03/10   1005A  Y
.00      .00   1 Y    /0
SINUS/COUGH BC
NORRIS                   21 R

AUDIO
Basic Comp Audio _____     Reflex _____
Tympanometry _____     Room # _____

DATE OF SERVICE _____

| A. | OFFICE CONSULT | CODE | FEE |
|---|---|---|---|
| 1. | ☐ Prob Focused Stfwd | 99241 | |
| 2. | ☐ Exp Prob Focused Stfwd | 99242 | |
| 3. | ☐ Detailed - Low Compl | 99243 | |
| 4. | ☐ Comprehen - Mod Compl | 99244 | |
| 5. | ☐ Comprehen - High Compl | 99245 | |

| B. | OFFICE VISIT - NEW PATIENT | | |
|---|---|---|---|
| 1. | ☐ Prob Focused Exam | 99201 | |
| 2. | ☐ Exp Prob Focused | 99202 | |
| 3. | ☐ Detailed Low Complexity | 99203 | |
| 4. | ☐ Comprehen - Mod Compl | 99204 | |
| 5. | ☐ Comprehen - High Compl | 99205 | |

| C. | OFFICE VISIT - ESTABLISHED PATIENT | | |
|---|---|---|---|
| 1. | ☐ Nonphysician Office Visit | 99211 | |
| 2. | ☐ Prob Focused Straightforward | 99212 | |
| 3. | ☐ Exp Prob Focused Low | 99213 | |
| 4. | ☐ Detailed Mod Compl | 99214 | |
| 5. | ☐ Comprehen High Compl | 99215 | |
| 6. | ☐ Post-Op | 99024 | |
| 7. | ☐ Pre-Op | 99499 | |

| D. | AUDIOMETRY | | |
|---|---|---|---|
| 1. | ☐ Basic Comp. Audio | 92557 | |
| 2. | ☐ Screening Test, Pure Tn/Ar | 92552 | |
| 3. | ☐ Speech Audiometry | 92555 | |
| 4. | ☐ Tone Decay Test | 92563 | |
| 5. | ☐ Stenger Test, Pure Tone | 92565 | |
| 6. | ☐ Tympanometry | 92567 | |
| 7. | ☐ Acoustic Reflex Testing | 92568 | |
| 8. | ☐ Air & Bone | 92553 | |
| 9. | ☐ OAE Comp | 92588 | |
| 10. | ☐ VRA | 92579 | |
| 11. | ☐ Tinnitus Assessment | 92625 | |

| E. | EAR PROCEDURES | CODE | FEE |
|---|---|---|---|
| 1. | ☐ Myringotomy | 69420 | |
| 2. | ☐ Mastoid Cleaning, Simple | 69220 | |
| 3. | ☐ Mastoid Cleaning, Complicated | 69222 | |
| 4. | ☐ Removal Cerumen | 69210 | |
| 5. | ☐ T.M. Paperpatch | 69610 | |
| 6. | ☐ Binocular Microscopy | 92504 | |
| 7. | ☐ Myringotomy w/Tubes | 69433 | |
| 8. | ☐ Foreign Body Removal | 69200 | |
| 9. | ☐ Drainage EAC Abscess | 69005 | |
| 10. | ☐ Excision Aural Polyp | 69540 | |
| 11. | ☐ PE Tube Removal | 69424 | |
| 12. | ☐ Spontaneous Nystagmus* | 92531 | |
| 13. | ☐ Positional Nystagmus* | 92532 | |
| 14. | ☐ Chemical Cautery | 17250 | |

| F. | NASAL PROCEDURES | | |
|---|---|---|---|
| 1. | ☐ Turbinate Inj. | 30200 | |
| 2. | ☐ Removal Foreign Body | 30300 | |
| 3. | ☐ Control Nasal Hemorrhage | | |
| | a. ☐ Simple | 30901 | |
| | b. ☐ Complex | 30903 | |
| 4. | ☐ Control Nasal Hemorrhage | | |
| | a. ☐ Posterior | 30905 | |
| | b. ☐ Subsequent | 30906 | |
| 5. | ☐ Nasal Endoscopy | 31231 | |
| 6. | ☐ Nasal Endoscopy w/Debridement | 31237 | |
| 7. | ☐ Nas. End. Control Epistaxis | 31238 | |
| 8. | ☐ Lysis Intranasal Synechia | 30560 | |
| 9. | ☐ IRC of Turbinate | 30802 | |
| 10. | ☐ Eustachian Tube Inflation | 69401 | |

| G. | OTHER | CODE | FEE |
|---|---|---|---|
| 1. | ☐ | | |

| H. | SURGERY - OFFICE | | |
|---|---|---|---|
| 1. | ☐ I & D Cyst | 10060 | |
| 2. | ☐ Nasopharyngoscopy | 92511 | |
| 3. | ☐ Laryngoscopy, Flexible | 31575 | |
| 4. | ☐ I & D Peritonsillar Abscess | 42700 | |
| 5. | ☐ Needle Bx - Cervical Lymph Node | 38505 | |
| 6. | ☐ Fine Needle Aspiration | 10021 | |
| 7. | ☐ Misc. | | |
| 8. | ☐ | | |

| I. | ALLERGY | | |
|---|---|---|---|
| 1. | ☐ Prof. Ser., Allergy, Single | 95115 | |
| 2. | ☐ Prof. Ser., Allergy, Multi | 95117 | |
| 3. | ☐ Intradermal Test | 95024 | |
| 4. | ☐ Antigen | 95165 | |

| J. | SUPPLIES | | |
|---|---|---|---|
| 1. | ☐ Misc. | 99070 | |

| K. | LABORATORY | | |
|---|---|---|---|
| 1. | ☐ *Routine Venipuncture | 36415 | |
| 2. | ☐ Rapid Strep | 87880 | |

| L. | INJECTIONS | | |
|---|---|---|---|
| 1. | ☐ Intramuscular Injection | 96372 | |
| 2. | ☐ Drugs | | |

J1100 Dexamethasone, Decadron
1mg X _____
J2550 Phenergan 20mg X _____
J3301 Triamcinolone, Acetonide
Kenalog   10mg X _____

| | Abscess |
|---|---|
| _____ 474.01 | Adenoiditis, Chronic |
| _____ 385.10 | Adhesive Middle Ear |
| _____ 995.3 | Allergic Reaction |
| _____ 477.0 | Allergic Rhinitis |
| _____ 477.1 | Allergic Rhinitis due to Pollen |
| _____ 477.8 | Allergic Rhinitis due to Food |
| _____ 477.9 | Allergic Rhinitis due to Other Allergen |
| _____ 477.9 | Allergic Rhinitis |
| _____ 750.0 | Ankyloglossia |
| _____ 781.1 | Anosmia |
| _____ 716.90 | Arthritis, Unspecified |
| _____ 493.90 | Asthma |
| _____ 350.2 | Atypical Facial Pain |
| _____ 993.0 | Barotrauma |
| _____ 490 | Bronchitis |
| _____ 112.0 | Candidiasis |
| _____ 380.4 | Cerumen Impaction |
| _____ 385.30 | Cholesteatoma, Unspecified |
| _____ 786.2 | Cough |
| _____ 470 | Deviated Septum, Acquired |
| _____ 754.0 | Deviated Septum, Congenital |
| _____ 780.4 | Dizziness |
| _____ 787.20 | Dysphagia |
| _____ 380.22 | Eczema of External Ear |
| _____ 784.7 | Epistaxis |
| _____ 530.81 | Esophageal Reflux |
| _____ 381.81 | Eustachian Tube Dysfunction |
| _____ 682.0 | Facial Cellulitis |
| _____ 529.0 | Glossitis |
| _____ 784.0 | Headache |
| _____ 346.20 | Headache, Cluster |
| _____ 346.10 | Headache, Common Migraine |
| _____ 346.90 | Headache, Migraine |

| | |
|---|---|
| _____ 959.01 | Head Injury, Unspecified |
| _____ | Foreign Body _____ |
| _____ | Fx. Open _____ (site) |
| _____ | Fx. Closed _____ (site) |
| _____ 389.00 | Hearing Loss, Conductive, Unspecified |
| _____ 389.20 | Hearing Loss, Mixed, Conductive/Sensorineural |
| _____ 389.10 | Hearing Loss, Sensorineural |
| _____ 389.11 | Hearing Loss, Sensory |
| _____ 787.1 | Heartburn |
| _____ 784.49 | Hoarseness |
| _____ 474.12 | Hypertrophy Adenoids |
| _____ 478.0 | Hypertrophy Nasal Turbinates |
| _____ 474.11 | Hypertrophy Tonsils |
| _____ 474.10 | Hypertrophy Tonsils/Adenoids |
| _____ 959.09 | Injury of Face/Neck |
| _____ 386.50 | Labyrinthine Dysfunction |
| _____ 464.00 | Laryngitis |
| _____ 464.01 | Laryngitis with Obstruction |
| _____ 289.3 | Lymphadenitis |
| _____ 683 | Lymphadenitis, Acute |
| _____ 785.6 | Lymph Nodes, Enlargement |
| _____ 210.1 | Lesion, Tongue |
| _____ 383.1 | Mastoiditis, Chronic |
| _____ 386.00 | Meniere's Disease Active |
| _____ 386.04 | Meniere's Inactive |
| _____ 384.01 | Myringitis Bullous |
| _____ 471.9 | Nasal Polyps |
| _____ 802.0 | Nasal Fracture Closed |
| _____ 478.11 | Nasal Mucositis |

| | |
|---|---|
| _____ 382.00 | Otitis Media, Acute |
| _____ 381.01 | Otitis Media, Serous Acute |
| _____ 381.10 | Otitis Media, Serous Chronic |
| _____ 382.3 | Otitis Media, Chronic |
| _____ 111.8 | Otomycosis |
| _____ 388.60 | Otorrhea, Unspecified |
| _____ 462 | Pharyngitis |
| _____ 478.19 | Septal Perforation |
| _____ 053.9 | Shingles |
| _____ 527.2 | Sialoadenitis |
| _____ 461.0 | Sinusitis, Maxillary, Acute |
| _____ 461.1 | Sinusitis, Frontal, Acute |
| _____ 461.2 | Sinusitis, Ethmoidal, Acute |
| _____ 461.3 | Sinusitis, Sphenoidal, Acute |
| _____ 461.9 | Sinusitis, Acute, Unspecified |
| _____ 473.0 | Sinusitis, Maxillary, Chronic |
| _____ 473.1 | Sinusitis, Frontal, Chronic |
| _____ 473.2 | Sinusitis, Ethmoidal, Chronic |
| _____ 473.3 | Sinusitis, Sphenoidal, Chronic |
| _____ 473.9 | Sinusitis, Chronic, Unspecified |
| _____ 327.23 | Obstructive Sleep Apnea |
| _____ 780.53 | Sleep Apnea, Hypersomnia w/unspecified |
| _____ 780.50 | Sleep Disorder, Unspecified |
| _____ 462 | Sore Throat, Acute |
| _____ 784.2 | Swelling, Head/Neck, NOS |
| _____ 388.30 | Tinnitus, Unspecified |
| _____ 463 | Tonsillitis, Acute |
| _____ 474.00 | Tonsillitis, Chronic |
| _____ 474.02 | Tonsils & Adenoiditis, Chronic |
| _____ 384.20 | Tympanic Membrane Perforate |
| _____ 465.9 | U. R. I. |
| _____ 780.4 | Vertigo |
| _____ 386.11 | Vertigo Benign Positional |
| _____ 478.4 | Vocal Cord/Larynx Polyp |





Drug: SERTRALINE 50MG  Qty: 30
NDC: 68180-0352-02  Mfg: LUPIN PHARMACEU
GEN EQ FOR ZOLOFT 50MG TABLETS

**TAX RECEIPT**

PH: (251) 947-7378  Lee Drug Store  ROBERTSDALE, ALA  DEA# AL 4678340
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED

Rx 991055        Dr GARY EBERLY
CHELSEA FETTERHOFF          06/08/2010
21133 OAK RIDGE DRIVE        947-3193
Drug: CIPRODEX 7.5ML OTIC SUSP  Qty: 1
NDC: 00065-8533-02  Mfg: ALCON LABS.

**TAX RECEIPT**

PH: (251) 947-7378  Lee Drug Store  ROBERTSDALE, ALA  DEA# AL 4678340
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED

Rx 991051        Dr GARY EBERLY
CHELSEA FETTERHOFF          06/08/2010
21133 OAK RIDGE DRIVE        947-3193
Drug: CETIRIZINE 10MG TABLETS   Qty: 30
NDC: 60505-2633-01  Mfg: APOTEX CORP
GEN EQ FOR ZYRTEC 10 MG TABS
Price            $5.95
PLEASE CALL IN YOUR RX #'S
& WE WILL HAVE THEM READY!

**HIPAA SIGNATURE NOT ON FILE**

---

Drug: FEXOFENADINE 180MG~~  Qty: 30
NDC: 55111-0194-05  Mfg: DR.REDDY'S LAB
GEN EQ FOR ALLEGRA 180MG
BLUE CROSS AL   CHD: KID807050445

**TAX RECEIPT**

PH: (251) 947-7378  Lee Drug Store  ROBERTSDALE, ALA  DEA# AL 4678340
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED

Rx 1000659      Dr WILLIAM B NORRIS
CHELSEA FETTERHOFF          08/03/2010
21133 OAK RIDGE DRIVE        947-3193
Drug: NASACORT AQ 16.5GM   Qty: 1
NDC: 00075-1506-16  Mfg: SANOFI-AVENTIS

**TAX RECEIPT**

PH: (251) 947-7378  Lee Drug Store  ROBERTSDALE, ALA  DEA# AL 4678340
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED

Rx 1000660      Dr WILLIAM B NORRIS
CHELSEA FETTERHOFF          08/03/2010
21133 OAK RIDGE DRIVE        947-3193
Drug: SMZ-TMP TABLETS   Qty: 40
NDC: 53746-0271-01  Mfg: AMNEAL PHARMACE
GEN EQ FOR BACTRIM TABS
BLUE CROSS AL   CHD: KID807050445
Authorization number: 102154253679000999
Copay            $0.00
Call in your RX numbers &
we will have them ready!!

**HIPAA SIGNATURE NOT ON FILE**



TERHOFF,CHELSEA
...365678000
...AZOLE-TMP DS TABLET
Date: 05/30/2012   DAW: 0
...IE PILLET BY MOUTH TWICE A DAY FOR 10 DAYS
Rx: 0917726 09

PROMISED: 02:00p
05-30-2012
# Scripts: 03

S/pl...
...4945  Ph: 251.928-3125   CUSTOMER RECEIPT

TERHOFF,CHELSEA
...NG DR, ROBERTSDALE, AL 365678000
1947-3480                          ...642
...NEX 50 MCG NASAL SPRAY
...SPRAYS IN EACH NOSTRIL DAILY FOR 30 DAYS
Date: 05/30/2012   DAW: 0
Rx: 0917731 00

PROMISED: 07:00p
09-11-2012
# Scripts: 02

2012
S/pharmacy #1822  Ph: 251.947-8602   CUSTOMER RECEIPT

59
...LEAL

ERHOFF,CHELSEA
...NG DR, ROBERTSDALE, AL 365678000
947-3480          DOB:       08-02
...YCLINE HYCLATE 100 MG CAP
ONE CAPSULE BY MOUTH EVERY DAY
Date: 09/11/2012   DAW: 0
Rx: 0457428 00

...81-5440-06  Days Supply: 30 Refills:  3  Qty:30 EA        PAY:  $0.00
: ERIN ELIZABETH ARMSTRONG                        Caps: Y
GR: 05000
22556635923020999                BC/BS OF ALABAMA

---

...50 OAK RIDGE DRIVE                          251-947-3193
Drug: CLARITHROMYCIN/ER 500MG   Qty:20
NDC: 62037-0777-60   Mfg: WATSON LABS
GEN EQ FOR BIAXIN XL 500MG.
BLUE CROSS AL  CHD: KID807050445
Authorization number: 103283792290011999

PH: (251)                    Lee Drug Store                    TAX
947-7378                      ROBERTSDALE, ALA                 RECEIPT
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED   DEA #
                                                              AL 4678340

Rx 1019950      Dr GARY EBERLY
CHELSEA FETTERHOFF                          11/24/2010
21133 OAK RIDGE DRIVE                       251-947-3193
Drug: BENZONATATE 100MG CAPSULES   Qty: 30
NDC: 50111-0851-02   Mfg: PLIVA, INC
GEN EQ FOR TESSALON PERLES 100MG
BLUE CROSS AL  CHD: KID807050445
Authorization number: 103283788498029999
Copay                    $0.00
CLOSED THANKSGIVING 11-25
OPEN 8 TO 1 FRIDAY 11-26
**HIPAA SIGNATURE NOT ON FILE**

---

*Your CVS Pharmacist can answer questions about your medications*

• Knowledgeable     • Caring
• Committed         • Confidential

**CVS/pharmacy**

**CVS RapidRefill™**

**Avoid waiting for your prescription refills**
**Order your refills 24 hours per day/7 days per week**

1. Call your CVS/pharmacy.
2. Enter your CVS prescription number.
3. Enter the time you'd like to pick up your prescription.
...at www.CVS.com/pharmacy

TERHOFF,CHELSEA
ROBERTSDALE, AL 365670000
Date: 10/10/2014
Rx: 0599471 01

OXYZINE HCL 25 MG TABLET
1 TABLET BY MOUTH EVERY DAY AT BEDTIME

0361-01 Days Supply: 30 Refills: 1 Qty:30 EA
GARY ALLEN EBERLY
PAY: $1.30
ALABAMA MEDICAID

---

E
30/2015
PROMISED: 09:00
04-30-201
# Scripts: 01

VS/pharmacy #1822 Ph: 251.947-8602 CUSTOMER RECE
SDALE, AL

TERHOFF,CHELSEA
ROBERTSDALE, AL 365670000
Date: 04/30/2015
Rx: 0640548 00

A DAY 0.2% EYE DROPS
1 DROP IN EYE IN THE MORNING FOR ALLERGY

0272-25 Days Supply: 15 Refills: 3 Qty:2.5 ML
JAMES DANIEL WILDER
PAY: $3.90
ALABAMA MEDICAID

---

FETTERHOFF,CHELSEA
21133 OAK RDG DR, ROBERTSDALE, AL 365670000
DOB: 08-96
Rx: 0599475 00
TRI-PREVIFEM TABLET
TAKE 1 TABLET BY MOUTH EVERY DAY

NDC:00603-7663-17 Days Supply: 28 Refills: 2 Qty:28 EA
Prscbr: GARY ALLEN EBERLY
PAY: $0.00
TP: 118

---

FE ACUTE
09/15/2014
PROMISED: 06:06p
09-15-2014
# Scripts: 01

CVS/pharmacy #1822 Ph: 251.947-8602 CUSTOMER RECEIPT
21975 HWY 59
ROBERTSDALE, AL
36567

FETTERHOFF,CHELSEA
21133 OAK RDG DR, ROBERTSDALE, AL 365670000
Date: 09/15/2014 DAW: 0
Ph: 251.947-3480 DOB: 08-96
Rx: 0599474 00
CLINDAMYCIN HCL 150 MG CAPSULE
TAKE ONE CAPSULE BY MOUTH 3 TIMES A DAY

NDC:65862-0185-01 Days Supply: 10 Refills: 0 Qty:10 EA
Prscbr: GARY ALLEN EBERLY
PAY: $1.30

---

FE
09/15/2014
PROMISED: 09:00p
09-15-2014
# Scripts: 01

CVS/pharmacy #1822 Ph: 251.947-8602 CUSTOMER RECEIPT
21975 HWY 59
ROBERTSDALE, AL

FETTERHOFF,CHELSEA
21133 OAK RDG DR, ROBERTSDALE, AL 365670000
Date: 09/15/2014 DAW: 0
Ph: 251.947-3480 DOB: 08-96
Rx: 0599471 00
HYDROXYZINE HCL 25 MG TABLET
TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME

NDC:69462-0361-01 Days Supply: 30 Refills: 2 Qty:30 EA
Prscbr: GARY ALLEN EBERLY
PAY: $1.30
TP: 118
AUTH: 2514258050852
ALABAMA MEDICAID
Caps: Y

002487

We have the vaccines you need.

• Meningitis • Whooping cough • And more

Most insurance accepted.

Get vaccinated today!* Ask your pharmacist or
visit CVS.com/getvaccinated

*While immunizing pharmacist is on duty. Age
restrictions may apply. Some vaccines may not be
available in all locations.

CVS
pharmacy

Sign up now
for text alerts!

Find out the instant your
prescription is ready.*

Quick. Easy. Convenient. Just tell a member
of the pharmacy team you'd like to sign up.

*Standard text message and data rates may apply.

002495

$3 ExtraBucks Rewards
when you create a CVS.com
pharmacy account*

Already have an existing account? Simply add prescription access.

Save time with your online pharmacy:
Refill easily online • Manage your prescriptions online or on the go

CONFIDENTIAL MEDICAL INFORMATION

Plaintiff Chayton Fetterhoff. Severe allergy symptoms and repeat infections. Headaches turned into long term severe migraines which are just now better in last few years. Also has food allergies that did not have before and obstructive sleep apnea. Vomiting, diarrhea and skin rashes.

6/8/10 Eberly

8/3/10 Norris

8/17/10 Norris

11/24/10 Elberly

10/13/11 Stubler

11/15/11 Reed

1/4/12 Eberly

5/30/12 Norris and allergy testing

9/22/13 Eberly

1/9/14 Eberly

10/28/14 Stubler

Prescription range 6/8/10 to 10/28/14

Doctors to testify if needed: Dr. Eberly Foley, Al. Dr. Norris Fairhope, Al. Dr. Stubler Fairhope, Al.

After it was all over the news that beaches were cleaned and ok to go back, it was not. Chayton was in water for few minutes and spent rest of day vomiting, rash and sick. The water was not safe.

Economic: $2,000.00 Non Economic $7,000. Nuisance $1,000. Demand$9,000.00

*Clayton*

37.   Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| Eberly | Foley, A1 |
|  |  |
|  |  |
|  |  |
|  |  |

38.   Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes   X      No _____

39.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

medical/prescription/testing _____

_____

_____

40.   Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____  No  X      except medical insurance

If "Yes":

A.      From whom did you receive this compensation or reimbursement?_____

_____

C/# 6866-124 190268

**FOLLOW-UP APPOINTMENT**
**AUDIO RECALL**

## PLEASE RETURN THIS FORM
## TO THE RECEPTIONIST

FETTERHOFF, CHAYTON
08/03/10  0930A  Y
.00       .00    1 Y
HEADACHE/CONGESTED
NORRIS

037479

21

**AUDIO**

Basic Comp Audio _____  Reflex _____
Tympanometry _____  Room # _____

DATE OF SERVICE _____

| | | CODE | FEE |
|---|---|---|---|
| **A.** | **OFFICE CONSULT** | | |
| 1. ☐ | Prob Focused Stfwd | 99241 | ____ |
| 2. ☐ | Exp Prob Focused Stfwd | 99242 | ____ |
| 3. ☐ | Detailed - Low Compl | 99243 | ____ |
| 4. ☐ | Comprehen - Mod Compl | 99244 | ____ |
| 5. ☐ | Comprehen - High Compl | 99245 | ____ |
| **B.** | **OFFICE VISIT - NEW PATIENT** | | |
| 1. ☐ | Prob Focused Exam | 99201 | ____ |
| 2. ☐ | Exp Prob Focused | 99202 | ____ |
| 3. ☐ | Detailed Low Complexity | 99203 | ____ |
| 4. ☐ | Comprehen - Mod Compl | 99204 | ____ |
| 5. ☐ | Comprehen - High Compl | 99205 | ____ |
| **C.** | **OFFICE VISIT - ESTABLISHED PATIENT** | | |
| 1. ☐ | Nonphysician Office Visit | 99211 | ____ |
| 2. ☐ | Prob Focused Straightforward | 99212 | ____ |
| 3. ☐ | Exp Prob Focused Low | 99213 | ____ |
| 4. ☐ | Detailed Mod Compl | 99214 | ____ |
| 5. ☐ | Comprehen High Compl | 99215 | ____ |
| 6. ☐ | Post-Op | 99024 | ____ |
| 7. ☐ | Pre-Op | 99499 | ____ |
| **D.** | **AUDIOMETRY** | | |
| 1. ☐ | Basic Comp. Audio | 92557 | ____ |
| 2. ☐ | Screening Test, Pure Tn/Ar | 92552 | ____ |
| 3. ☐ | Speech Audiometry | 92555 | ____ |
| 4. ☐ | Tone Decay Test | 92563 | ____ |
| 5. ☐ | Stenger Test, Pure Tone | 92565 | ____ |
| 6. ☐ | Tympanometry | 92567 | ____ |
| 7. ☐ | Acoustic Reflex Testing | 92568 | ____ |
| 8. ☐ | Air & Bone | 92553 | ____ |
| 9. ☐ | OAE Comp | 92588 | ____ |
| 10.☐ | VRA | 92579 | ____ |
| 11.☐ | Tinnitus Assessment | 92625 | ____ |

| | | CODE | FEE |
|---|---|---|---|
| **E.** | **EAR PROCEDURES** | | |
| 1. ☐ | Myringotomy | 69420 | ____ |
| 2. ☐ | Mastoid Cleaning, Simple | 69220 | ____ |
| 3. ☐ | Mastoid Cleaning, Complicated | 69222 | ____ |
| 4. ☐ | Removal Cerumen | 69210 | ____ |
| 5. ☐ | T.M. Paperpatch | 69610 | ____ |
| 6. ☐ | Binocular Microscopy | 92504 | ____ |
| 7. ☐ | Myringotomy w/Tubes | 69433 | ____ |
| 8. ☐ | Foreign Body Removal | 69200 | ____ |
| 9. ☐ | Drainage EAC Abscess | 69005 | ____ |
| 10.☐ | Excision Aural Polyp | 69540 | ____ |
| 11.☐ | PE Tube  Removal | 69424 | ____ |
| 12.☐ | Spontaneous Nystagmus* | 92531 | ____ |
| 13.☐ | Positional Nystagmus* | 92532 | ____ |
| 14.☐ | Chemical Cautery | 17250 | ____ |
| **F.** | **NASAL PROCEDURES** | | |
| 1. ☐ | Turbinate Inj. | 30200 | ____ |
| 2. ☐ | Removal Foreign Body | 30300 | ____ |
| 3. ☐ | Control Nasal Hemorrhage | | |
| | a. ☐ Simple | 30901 | ____ |
| | b. ☐ Complex | 30903 | ____ |
| 4. ☐ | Control Nasal Hemorrhage | | |
| | a. ☐ Posterior | 30905 | ____ |
| | b. ☐ Subsequent | 30906 | ____ |
| 5. ☐ | Nasal Endoscopy | 31231 | ____ |
| 6. ☐ | Nasal Endoscopy w/Debridement | 31237 | ____ |
| 7. ☐ | Nas. End. Control Epistaxis | 31238 | ____ |
| 8. ☐ | Lysis Intranasal Synechia | 30560 | ____ |
| 9. ☐ | IRC of Turbinate | 30802 | ____ |
| 10.☐ | Eustachian Tube Inflation | 69401 | ____ |

| | | CODE | FEE |
|---|---|---|---|
| **G.** | **OTHER** | | |
| 1. ☐ | _____ | | |
| **H.** | **SURGERY - OFFICE** | | |
| 1. ☐ | I & D Cyst | 10060 | ____ |
| 2. ☐ | Nasopharyngoscopy | 92511 | ____ |
| 3. ☐ | Laryngoscopy, Flexible | 31575 | ____ |
| 4. ☐ | I & D Peritonsillar Abscess | 42700 | ____ |
| 5. ☐ | Needle Bx - Cervical Lymph Node | 38505 | ____ |
| 6. ☐ | Fine Needle Aspiration | 10021 | ____ |
| 7. ☐ | Misc. | | ____ |
| 8. ☐ | _____ | | ____ |
| **I.** | **ALLERGY** | | |
| 1. ☐ | Prof. Ser., Allergy, Single | 95115 | ____ |
| 2. ☐ | Prof. Ser., Allergy, Multi | 95117 | ____ |
| 3. ☐ | Intradermal Test | 95024 | ____ |
| 4. ☐ | Antigen | 95165 | ____ |
| **J.** | **SUPPLIES** | | |
| 1. ☐ | Misc. | 99070 | ____ |
| **K.** | **LABORATORY** | | |
| 1. ☐ | *Routine Venipuncture | 36415 | ____ |
| 2. ☐ | Rapid Strep | 87880 | ____ |
| **L.** | **INJECTIONS** | | |
| 1. ☐ | Intramuscular Injection | 96372 | ____ |
| 2. ☐ | Drugs | | |

J1100 Dexamethasone, Decadron
        1mg X____
J2550 Phenergan 20mg X____
J3301 Triamcinolone, Acetonide
        Kenalog  10mg X____

| | | | |
|---|---|---|---|
| ____ | Abscess _____ | 959.01 | Head Injury, Unspecified |
| ____ | 474.01 Adenoiditis, Chronic | ____ | Foreign Body ____ |
| ____ | 385.10 Adhesive Middle Ear | ____ ____ | Fx. Open_____(site) |
| ____ | 995.3 Allergic Reaction | ____ ____ | Fx. Closed_____(site) |
| ____ | 477.0 Allergic Rhinitis due to Pollen | 389.00 | Hearing Loss, Conductive, Unspecified |
| ____ | 477.1 Allergic Rhinitis due to Food | 389.20 | Hearing Loss, Mixed, Conductive/Sensorineural |
| ✓ | 477.8 Allergic Rhinitis due to Other Allergen | 389.10 | Hearing Loss, Sensorineural |
| ✓ | 477.9 Allergic Rhinitis | 389.11 | Hearing Loss, Sensory |
| ____ | 750.0 Ankyloglossia | 787.1 | Heartburn |
| ____ | 781.1 Anosmia | 784.49 | Hoarseness |
| ____ | 716.90 Arthritis, Unspecified | 474.12 | Hypertrophy Adenoids |
| ____ | 493.90 Asthma | 478.0 | Hypertrophy Nasal Turbinates |
| ____ | 350.2 Atypical Facial Pain | 474.11 | Hypertrophy Tonsils |
| ____ | 993.0 Barotrauma | 474.10 | Hypertrophy Tonsils/Adenoids |
| ____ | 490 Bronchitis | 959.09 | Injury of Face/Neck |
| ____ | 112.0 Candidiasis | 386.50 | Labyrinthine Dysfunction |
| ____ | 380.4 Cerumen Impaction | 464.00 | Laryngitis |
| ____ | 385.30 Cholesteatoma, Unspecified | 464.01 | Laryngitis with Obstruction |
| ____ | 786.2 Cough | 289.3 | Lymphadenitis |
| ____ | 470 Deviated Septum, Acquired | 683 | Lymphadenitis, Acute |
| ____ | 754.0 Deviated Septum, Congenital | 785.6 | Lymph Nodes, Enlargement |
| ____ | 780.4 Dizziness | 210.1 | Lesion, Tongue |
| ____ | 787.20 Dysphagia | 383.1 | Mastoiditis, Chronic |
| ____ | 380.22 Eczema of External Ear | 386.00 | Meniere's Disease Active |
| ____ | 784.7 Epistaxis | 386.04 | Meniere's Inactive |
| ____ | 530.81 Esophageal Reflux | 384.01 | Myringitis Bullous |
| ____ | 381.81 Eustachian Tube Dysfunction | 471.9 | Nasal Polyps |
| ____ | 682.0 Facial Cellulitis | 802.0 | Nasal Fracture Closed |
| ✓ | 529.0 Glossitis | 478.11 | Nasal Mucositis |
| ✓ | 784.0 Headache | 388.70 | Otalgia, Unspecified |
| ____ | 346.20 Headache, Cluster | 388.72 | Otalgia, Referred |
| ____ | 346.10 Headache, Common Migraine | 380.10 | Otitis Externa |
| ____ | 346.90 Headache, Migraine | | |

| | | |
|---|---|---|
| ____ | 382.00 | Otitis Media, Acute |
| ____ | 381.01 | Otitis Media, Serous Acute |
| ____ | 381.10 | Otitis Media, Serous Chronic |
| ____ | 382.3 | Otitis Media, Chronic |
| ____ | 111.8 | Otomycosis |
| ____ | 388.60 | Otorrhea, Unspecified |
| ____ | 462 | Pharyngitis |
| ____ | 478.19 | Septal Perforation |
| ____ | 053.9 | Shingles |
| ____ | 527.2 | Sialoadenitis |
| ____ | 461.0 | Sinusitis, Maxillary, Acute |
| ____ | 461.1 | Sinusitis, Frontal, Acute |
| ____ | 461.2 | Sinusitis, Ethmoidal, Acute |
| ____ | 461.3 | Sinusitis, Sphenoidal, Acute |
| ____ | 461.9 | Sinusitis, Acute, Unspecified |
| ____ | 473.0 | Sinusitis, Maxillary, Chronic |
| ____ | 473.1 | Sinusitis, Frontal, Chronic |
| ____ | 473.2 | Sinusitis, Ethmoidal, Chronic |
| ✓ | 473.3 | Sinusitis, Sphenoidal, Chronic |
| ____ | 473.9 | Sinusitis, Chronic, Unspecified |
| ____ | 327.23 | Obstructive Sleep Apnea |
| ____ | 780.53 | Sleep Apnea, Hypersomnia w/unspecified |
| ____ | 780.50 | Sleep Disorder, Unspecified |
| ____ | 462 | Sore Throat, Acute |
| ____ | 784.2 | Swelling, Head/Neck, NOS |
| ____ | 388.30 | Tinnitus, Unspecified |
| ____ | 463 | Tonsillitis, Acute |
| ____ | 474.00 | Tonsillitis, Chronic |
| ____ | 474.02 | Tonsils & Adenoiditis, Chronic |
| ____ | 384.20 | Tympanic Membrane Perforate |
| ____ | 465.9 | U. R. I. |
| ____ | 780.4 | Vertigo |
| ____ | 386.11 | Vertigo Benign Positional |
| ____ | 478.4 | Vocal Cord/Larynx Polyp |

ERTSDALE, AL
67

**ETTERHOFF,CHAYTON**
133 OAKRIDGE DR, ROBERTSDALE, AL 365670000
251.947-3193     DOB:    03-02
**THROMYCIN 250 MG DOSE PACK**
AKE 2 TABLETS BY MOUTH TODAY, THEN TAKE 1 TABLET DAILY FOR
)AYS

27 0551449 000 000 00 0000000
Date: 01/09/2014  DAW: 0
Rx: 0551449 00

C:59762-3060-01  Days Supply: 5   Refills: 0   **Qty:6 EA**     **PAY:   $0.00**
scbr: **SHELIA DIANE DILLARD**
599                          GR: 05000
THF: 140996767081009999          **BC/BS OF ALABAMA**                **Caps: Y**

DRUG STOR!
DRUG STOR!

---

lowing
diately if you
n your stool.
or a new
hange in
drug is rare.
lergic
vere
sually not
be a sign of
iny rash.
listed
advice
nada – Call
Health

xicillin or
r allergies.
r other
ell the
ver
. certain
doctor or
drugs, and
vaccine)
sing this
hould be
iis

serious
list of all
:ts) and
of any
include:
lso taking
Iting in
reat
ive this
s probably
ay
rcins such
additional
e with
e test

diately.
idents
ere

RITE AID–21951 STATE HWY 59
21951 STATE HWY 59 S SUITE A
ROBERTSDALE AL 36567

(251) 947–5777
Store DEA: BH4797203
RPH: DBR

### Rx 07109 0448317

Date Filled: 12/29/2011

### FETTERHOFF, CHAYTON

(251) 947–3193

21133 OAK RIDGE DR
ROBERTSDALE, AL 36567

### AMOX TR–K CLV 500–125 MG TAB

DAW: 0

NDC: 00093–2274–34     QTY: 20     DAYS SUPPLY: 10

### REED, RUSTY  MD
306 W MYRTLE AVE
FOLEY, AL 36535

**NO REFILLS LEFT**

**CHILDREN'S HEALTH INSURANCE PROGRAM / ALL K**
GRP: 05000     CLM REF #:  113636682440007999



**U&C :**      **$69.99**

**PAY :**      **$0.00**

### MEDICATION WARNINGS

MAY TAKE WITH FOOD TO LESSEN CHANCE OF
STOMACH UPSET.

IMPORTANT: FINISH ALL THIS MEDICATION
UNLESS OTHERWISE DIRECTED BY PRESCRIBER.

MAY CAUSE DIARRHEA DURING TREATMENT. IF
IT PERSISTS OR BECOMES SEVERE, TELL YOUR
DOCTOR OR PHARMACIST.

PERSISTENT DIARRHEA MAY RARELY OCCUR
TWO-MONTHS AFTER USING ANTIBIOTICS. IF THIS
OCCURS, NOTIFY YOUR DOCTOR/PHARMACIST.

Case 2:10-md-02179-CJB-DPC   Document 25034   Filed 10/10/18   Page 12 of 28



**FETTERHOFF CHAYTON**

Date: 09/15/2014   DAW: 0
Rx: 0599472 00

# FE   ACUTE
09/15/2014

PROMISED: 06:16p
09-15-2014
# Scripts: 01

**CVS/pharmacy** #1822  Ph: 251.947-8602   CUSTOMER RECEIPT

**FETTERHOFF CHAYTON**

Date: 09/15/2014   DAW: 0
Rx: 0599480 00

# FE
10/13/2011

PROMISED: 03:30p
RdyFillElig  10-13-2011
# Scripts: 01

**CVS/pharmacy** #1822  Ph: 251.947-8602   CUSTOMER RECEIPT

**FETTERHOFF CHAYTON**

**ZONISAMIDE 25 MG CAPSULE**

Date: 10/13/2011   DAW: 0
Rx: 0405070 00

# FE
10/28/2014

# WAITING

PROMISED: 03:37p
10-28-2014
# Scripts: 01

**CVS/pharmacy** #1822  Ph: 251.947-8602   CUSTOMER RECEIPT

**FETTERHOFF CHAYTON**
21133 OAKRIDGE DR, ROBERTSDALE, AL 365670000
Ph: 251.947-3193   DOB:   03-02

**HYDROXYZINE HCL 25 MG TABLET**
GLENMARK PHARMA
TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME

Date: 10/28/2014   DAW: 0
Rx: 0599472 01

NDC:68462-0361-01  Days Supply: 30  Refills:  1  Qty:30 EA
Prscr: GARY ALLEN EBERLY
TP: 118
AUTH#: 251/301034694

PAY:  $0.00

GR:
ALABAMA MEDICAID

Caps: Y

---

# FE
11/08/2010

PROMISED:
CUSTOMER RECEIPT

**CVS/pharmacy** #1822  Ph: 251.947-8602

875 HWY 59
BERTSDALE, AL
667

**FETTERHOFF CHAYTON**

**FLONASE 27.5 MCG NASAL SPRAY**

Date:
Rx:

# FE
11/15/2011

PROMISED:
CUSTOMER RECEIPT

**CVS/pharmacy** #1822  Ph: 251.947-8602

**FETTERHOFF CHAYTON**

ML SUSP

Date: 11/15/2011   DAW: 0
Rx: 0409850 00

BY MOUTH TWICE A DAY X10 DAYS

# FE
11/15/2011

PROMISED: 03:24p
11-15-2011
CUSTOMER RECEIPT

**CVS/pharmacy** #1822  Ph: 251.947-8602

**FETTERHOFF CHAYTON**
ROBERTSDALE, AL 365670000
DOB:   03-17

COUGH SYRUP

Date: 11/15/2011   DAW: 0
Rx: 0409851 00

TEASPOONSFUL EVERY 6 HOURS AS

0837-04  Days Supply:  4  Refills:  1  Qty:120 ML
RUSTY REED

PAY:  $0.00

GR: 05000
BC/BS OF ALABAMA

Caps: Y

---

**Your CVS Pharmacist can answer questions about your medications**

- Knowledgeable   - Caring
- Committed        - Confidential

**CVS/pharmacy**

Your CVS Pharmacist can



**PROMISED: 03:08p**
RdyFillElig 09-22-2013
# Scripts: 02
CUSTOMER RECEIPT

013
s/pharmacy #1822 Ph: 251.947-8602

RHOFF,CHAYTON
ROBERTSDALE, AL 365670000    DOB: 03-02
ATE 25 MG TABLET
TABLET BY MOUTH AT BEDTIME
Date: 09/22/2013
Rx: 0531020 00

FE
05/30/2012
CVS/pharm
FAIRHOPE, AL
36532

**PROMISED: 0**
RdyFillElig 05-3
# Sc
h: 251.928-3125    CUSTOMER
Date: 05/30/2012

FETTERHOFF,CHAYTON
21133 OAKRIDGE DR, ROBERTSDALE, AL 365670000
Ph: 251.947-3193    DOB: 03-17
LEVOCETIRIZINE 5 MG TABLET
TAKE 1 TABLET BY MOUTH EVERY DAY
Rx: 091772

**PROMISED: 12:55p**
01-04-2012
# Scripts: 01
CUSTOM

pharmacy #1822 Ph: 251.947-8602

TERHOFF,CHAYTON
OAKRIDGE DR, ROBERTSDALE, AL 365670000
947-3193    DOB: 03-17
THROMYCIN ER 500 MG TAB
1 TABLET BY MOUTH EVERY DAY
Date: 01/04/2012
Rx: 0416763 00

1093-7244-06    Days Supply: 10 Refills: 0    Qty:10 EA    PAY: $0.00
r: GARY ALLEN EBERLY    Caps: Y
Gr: 05000
120044335199021999    BC/BS OF ALABAMA

Rx 1002938    Dr WILLIAM B NORRIS    08/17/20
CHAYTON FETTERHOFF    947-3193
21133 OAK RIDGE DRIVE
Drug: NASACORT AQ 16.5GM    Qty: 1
NDC: 00075-1506-16    Mfg: SANOFI-AVENTIS



PH: (251)    DEA#
947-7378    Lee Drug Store    AL 4678340
ROBERTSDALE, ALA
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED

TAX
RECEIP

Rx 991058    Dr GARY EBERLY    06/08/20
CHAYTON FETTERHOFF    947-3193
21133 OAK RIDGE DRIVE
Drug: CETIRIZINE 10MG TABLETS    Qty: 30
NDC: 26633-01    Mfg: APOTEX CORP
GEN EQ FOR ZYRTEC 10 MG TABS

(251)    DEA#
7-7378    Lee Drug Store    AL 4678340
ROBERTSDALE, ALA

TAX
RECEIP

Rx 991056    Dr GARY EBERLY    06/08/20
CHAYTON FETTERHOFF    947-3193
21133 OAK RIDGE DRIVE
Drug: CIPRODEX 7.5ML OTIC SUSP    Qty: 1
NDC: 60065-8533-02    Mfg: ALCON LABS.
BLUE CROSS AL   CHD: XAA309257542
Authorization number: 101594339237009999
Copay    $0.00
PLEASE CALL IN YOUR RX #'S
& WE WILL HAVE THEM READY!

---

**Your CVS Pharmacist can
answer questions about
your medications**

- Knowledgeable    • Caring
- Committed    • Confidential

**CVS/pharmacy**

CONFIDENTIAL MEDICAL INFORMATION

Plaintiff Carol Fetterhoff: Tried many over the counter medications prior to first visit. Continued treatment into 2011-2015 for allergy/asthma symptoms with less severity and sinus problems/headaches/heavy cough. Now have severe food/environmental allergies that I did not have before and stay on maintenance antihistamines daily. Have to carry an epi pen and inhaler. Concerned about additional long term effects.

The following is a breakdown of the first 6 months of medicals bills:

6/22/10 Kurtts 96., lab.310.,pharmacy 94.74, 10.37

7/6/10 Norris 92.84, 74.

8/3/10 Gulf Health CT 1076.80, Norris 59.15

8/10/10 Gulf Health 1700.80, Heiser 193.,

8/17/10 Norris 56.

9/2/10 Kurtts 105.

9/20/10 Stubler 100.

10/21/10 Peterson 1061.

11/2/10 Kurtts 105.    Total 5,134.70

Prescriptions total $408.98 attached.

Ran an animal rescue and boarded horses in Bon Secour,al on farmland bordering gulf. Helped run cow farm in Bon Secour,al. ie: hay, fence repair, checking herd. The individuals have since passed away.

Shopped/kids activities in Gulf Shores, Al.

Helped friends pull in boat with their take of the day and ate mostly fresh fish. Spent many nights helping clean fish.

Doctors to testify if needed: Dr. Kurtts Elberta, Al. Dr. Norris Fairhope, Al. Dr.Stubler

Approximate economic damages: $15,000.00 non economic $46,000.Nuisance $1,000 Demand $64,000.

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Walsh | Elberta, Al |
| Dr. Kurtz | Elberta, Al |
| Dr. Stubler | Fairhope, Al. |
| Dr. Norris | Fairhope, Al |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__ No _____    Have sent bills many times.

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

| then | now |
|---|---|
| Medicals & prescriptions, testing | Serious allergies now that didn't have before |
| loss of farming - too sick Goats & organic veggies | no longer farming. Serious food allergies. |
| Unable to fish or beach years | have to carry an epipen |

All bills can be resent on request

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____ No __X__   except medical insurance

If "Yes":

A. From whom did you receive this compensation or reimbursement?_____

_____

**Elberta Clinic, PC**

☐ **Terry A. Kurtts, MD**
LIC #: 17102 • NPI #:1144200510

☐ **Robert Roe, MD**
LIC #: 27758 • NPI #:1982710760

☐ **Joseph P. Walsh, MD**
LIC #: 26120 • NPI #:1376523753

☐ **Carolyn Holman, CRNP**
LIC #: 1023686 RX#0858
NPI #:1407838802

24980 State Street
Elberta, AL 36530
Tel: (251) 986-7301 • Fax: (251) 986-5927

Name _Carl Pettelofl_ .........DOB ............

Address ............................. Date _9/4/12_

**Rx**

Pt appears to have
allergies and headaches that
my be related to oil
exposure

☐ Label

Refill _____ times PRN NR

_____ MD/CRNP

Reject Selection Permitted

_____ MD/CRNP

Dispense as Written

SCRIPT 63723

SAFETY FEATURES: COLORED VOID BACKGROUND - MICROPRINT LINES - IMPRINT ERASURE PROTECTION
REVERSE Rx • THERMOCHROMIC INK • ON BACK: ARTIFICIAL WATERMARK - COIN REACTIVE INK



Drug: CEPHALEXIN 500MG CAPS
NDC: 65862-0019-05  Mfg: AUROBINDO PHARM
GEN EQ FOR KEFLEX 500MG CAPS #403
BLUE ADVANTAGE  CHD: MBG813932999

PH: (251) 947-7378  Lee Drug Store ROBERTSDALE, ALA  DEA# AL 4678340
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED

**TAX RECEIPT**

Rx 996035       Dr TERRY A KURTTS
CAROL FETTERHOFF                    07/06/2010
21133 OAKRIDGE DRIVE               947-3193
Drug: CEFUROXIME 500MG. TABLETS   Qty: 20
NDC: 16714-0233-01  Mfg: NORTHSTAR RX LL
GEN EQ FOR CEFTIN 500MG.

PH: (251) 947-7378  Lee Drug Store ROBERTSDALE, ALA  DEA# AL 4678340
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED

**TAX RECEIPT**

Rx 996036       Dr TERRY A KURTTS
CAROL FETTERHOFF                    07/06/2010
21133 OAKRIDGE DRIVE               947-3193
Drug: VENTOLIN HFA 18 GRAMS   Qty: 1
NDC: 00173-0682-20  Mfg: GLAXOSMITHKLINE
BLUE ADVANTAGE  CHD: MBG813932999
Authorization number: 101873913781009999

PH: (251) 947-7378  Lee Drug Store ROBERTSDALE, ALA  DEA# AL 4678340
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED

**TAX RECEIPT**

Rx 1002939      Dr WILLIAM B NORRIS
CAROL FETTERHOFF                    08/17/2010
21133 OAKRIDGE DRIVE               947-3193
Drug: SINGULAIR 10MG~~   Qty: 30
NDC: 00006-0117-54  Mfg: MERCK SHARP & D
BLUE ADVANTAGE  CHD: MBG813932999
Authorization number: 102295549232005999
Copay                  $6.30
Call in your RX numbers &
we will have them ready!!

Drug: CEPHALEXIN 500MG CAPS
NDC: 55111-0119-10  Mfg: DR.REDDY'S LAB
GEN EQ FOR PEPCID 20MG TABS

**TAX RECEIPT**

Rx 1005994       Dr TERRY A KURTTS
CAROL FETTERHOFF                    09/03/2010
21133 OAKRIDGE DRIVE               251-947-3193
Drug: HYDROCOD/APAP 5/500~~   Qty: 30
NDC: 00591-0349-05  Mfg: WATSON LABS
GEN EQ FOR LORTAB 5 TABS
BLUE ADVANTAGE  CHD: MBG813932999
Authorization number: 102465384937007999

**TAX RECEIPT**

Rx 1010849       Dr TERRY A KURTTS
CAROL FETTERHOFF                    10/01/2010
21133 OAKRIDGE DRIVE               251-947-3193
Drug: AMOXICILLIN 500MG CAPS~~   Qty: 30
NDC: 00143-9939-05  Mfg: WEST-WARD,INC.
GEN EQ FOR AMOXIL 500MG CAPS
BLUE ADVANTAGE  CHD: MBG

PH: (251) -7378  Lee Drug Store ROBERTSDALE, ALA  DEA# AL 4678340

**TAX RECEIPT**

Rx 1010705       Dr TERRY A KURTTS
CAROL FETTERHOFF                    10/01/2010
21133 OAKRIDGE DRIVE               251-947-3193
Drug: AMBIEN CR 12.5 MG TABLETS   Qty: 30
NDC: 00024-5521-31  Mfg: SANOFI-AVENTIS
BLUE ADVANTAGE  CHD: MBG813932999
Authorization number: 102742838384010998
Copay                  $6.30
CALL IN YOUR RX #S AND WE
WILL HAVE THEM READY!!

Drug: IBUPROFEN 800MG Qty: 90
NDC: 53746-0466-05 Mfg: AMNEAL PHARMACE.
BLUE ADVANTAGE CHD: MBG813932999
Authorization number: 102944317205001999

TAX RECEIPT

PH: (251) 947-7378 Lee Drug Store ROBERTSDALE, ALA DEA# AL 4678340
CAUTION: FEDERAL LAW PROHIBITS TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN PATIENT FOR WHOM PRESCRIBED

Rx 1014939    Dr STEPHEN L COLEMAN
CAROL FETTERHOFF                     10/26/2010
21133 OAKRIDGE DRIVE                 251-947-3193
Drug: DICYCLOMINE HCL 20MG TABS   Qty: 50
NDC: 00591-0795-01   Mfg: WATSON LABS
GEN EQ FOR BENTYL 20MG TABS

TAX RECEIPT

PH: (251) 947-7378 Lee Drug Store ROBERTSDALE, ALA DEA# AL 4678340

Rx 1014938    Dr STEPHEN L COLEMAN
CAROL FETTERHOFF                     10/26/2010
21133 OAKRIDGE DRIVE                 251-947-3193
Drug: CIPROFLOXACIN 500MG    Qty: 10
NDC: 55111-0127-05   Mfg: DR.REDDY'S LAB
GEN EQ FOR CIPRO 500MG

TAX RECEIPT

PH: (251) 947-7378 Lee Drug Store ROBERTSDALE, ALA DEA# AL 4678340

Rx 1271530     Dr JOE WALSH
CAROL FETTERHOFF (07/17/1965)        09/12/2014
21133 OAKRIDGE DRIVE                 (251) 947-3480
Drug: LEVOFLOXACIN 500MG TABLETS   Qty: 10
NDC: 00093-7292-53   Mfg: TEVA USA
GEN EQ FOR LEVAQUIN 500 MG TABLETS
BLUE ADVANTAGE CHD: MBG813932999
Authorization number: 142556235462020999
Copay                    $2.55
CALL IN REFILL NUMBERS &
WE WILL HAVE THEM READY.

---

FETTERHOFF, CAROL
21133 OAK RDG, ROBERTSDALE, AL 365070000
Ph: 251.947-3193    DOB: 07-17
HYDROCODONE-ACETAMINOPHEN 5-500
TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN
NDC:00405-0357-05  Days Supply: 5   Refills: 2  Qty:30 EA
Prscbr: JOSEPH PATRICK WALSH

27 0452735 000 002 00 0000260
Date: 08/13/2012   DAW: 0
Rx: C 0452735  00
PAY:  $2.60

WAITING    PROMISED: 08:29p
08-13-2012
# Scripts: 01

08/13/2012    CUSTOMER RECEIPT
CVS/pharmacy #1822  Ph: 251.947-8602
1975 HWY 59
ROBERTSDALE, AL
36567

27 0452717 000 002 00 0001562

FETTERHOFF, CAROL
1133 OAK RDG, ROBERTSDALE, AL 366070000
Ph: 251.947-3193    DOB:
PEN 0.3 MG AUTO-INJ 2-PAK
INJECT 0.3 MG BY INTRAMUSCULAR ROUTE ONCE AS NEEDED FOR ANAPHYLAXIS
NDC:49502-0500-02  Days Supply: 2   Refills: 3  Qty:2 EA
Prscbr: JOSEPH PATRICK WALSH

Date: 08/13/2012   DAW: 0
Rx: 0452717  00
PAY:  $6.50

PROMISED: 02:34p
08-12-2011
# Scripts: 01

08/12/2011    CUSTOMER RECEIPT
CVS/pharmacy #1822  Ph: 251.947-8602
1975 HWY 59
ROBERTSDALE, AL
36567

27 0396352 000 002 00 0001284

FETTERHOFF, CAROL
1133 OAK RDG, ROBERTSDALE, AL 366070000
Ph: 251.947-3193    DOB:   07-17
TEMAZEPAM 30 MG CAPSULE
TAKE 1 CAPSULE BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP
NDC:00378-5050-01  Days Supply: 30   Refills: 4  Qty:30 EA
Prscbr: DANIEL KEVIN STUBLER

Date: 08/12/2011   DAW: 0
Rx: C 0396352  00
PRICE:$12.89
PAY:  $12.89
Caps: Y

---

Thank you for using a cost-saving generic

| CVS/pharmacy Action Note | |
|---|---|
| Name: FETTERHOFF,CAROL | |
| Preferred Contact: (251)947-3193 | Rx#: 0396352 |
| Drug Name: TEMAZEPAM 30 MG CAPSULE | |

☐ Insurance Rejection
   This Patient is not Covered

**Customer Notification**
Date: _____    Time: _____
☐ Informed Patient at Drop Off
☐ Spoke to Patient on Phone
☐ Left Message with: _____

Notes: _____

Message Center

HOFF CAROL
27 0452725 001 000 00 000260
SIZE:     07-17
Date: 08/13/2012   DAW: 0
Rx: 0452725 01
...4 MG DOSEPK
...AS DIRECTED ON PACKAGE AND
...FOR A TOTAL OF 5 DAYS
...Refill: ...     0   Qty:21 EA   CVS Item#
71507B     Keep Out...

FETTERHOFF CAROL
27 0452723 001 000 00 000260
21133 OAK RDG, ROBERTSDALE, AL 365670000
Ph: 251.947-3193   DOB:   07-17
CIPROFLOXACIN HCL 500 MG TAB
WATSON LABS
Date: 08/13/2012   DAW: 0
Rx: 0452723 00
TAKE 1 TABLET BY MOUTH EVERY 12 HOURS

# WAITING
PROMISED: 08:38p
RdyFillElig  08-13-2012
# Scripts: 01
CUSTOMER RECEIPT

**pharmacy** #1822  Ph: 251-947-8602

27 0452726 001 001 00 0000260

OFF CAROL
...ROBERTSDALE, AL 365670000
DOB:   07-17
15 MG TABLET
Date: 08/13/2012   DAW: 0
Rx: 0452726 00
...BY MOUTH EVERY DAY AS NEEDED FOR PAIN

82.. Days Supply: 30 Refills:  2  Qty:30 EA   PAY: $2.60
..PATRICK WALSH

# FE  WAITING
08/13/2012
PROMISED: 08:40p
# Scripts: 01
CUSTOMER RECEIPT

**CVS/pharmacy** #1822  Ph: 251-947-8602

21875 HWY 59
ROBERTSDALE, AL
38567

27 0452722 001 001 00 0000260

FETTERHOFF CAROL
21133 OAK RDG, ROBERTSDALE, AL 365670000
Ph: 251.947-3193   DOB:   07-17
DOXYCYCLINE HYCLATE 100 MG CAP
WATSON LABS
Date: 08/13/2012   DAW: 0
Rx: 0452722 00
TAKE ONE CAPSULE BY MOUTH TWICE A DAY

NDC:00591-...     CVS...

# WAITING
PROMISED: 08:40p
08-13-2012
# Scripts: 01
CUSTOMER RECEIPT

**pharmacy** #1822  Ph: 251-947-8602

27 0452724 001 001 00 0000260

OFF CAROL
..ROBERTSDALE, AL 365670000
DOB:   07-17
FA 90 MCG INHALER
Date: 08/13/2012   DAW: 0
Rx: 0452724 00
...EVERY 4 TO 6 HOURS AS NEEDED FOR SHORTNESS
...WHEEZING

82.20 Days Supply: 15 Refills:  11  Qty:18 GM   PAY: $2.60
...PATRICK WALSH
GR:
98630159... ...     PDP 8N81G011 PNHTHSPRING   Caps: Y

# FE
08/13/2012
PROMISED: 07:30p
08-13-2012
# Scripts: 02
CUSTOMER RECEIPT

**CVS/pharmacy** #1822  Ph: 251-947-8602

21875 HWY 59
ROBERTSDALE, AL
38567

27 0452734 000 005 00 0000260

FETTERHOFF CAROL
21133 OAK RDG, ROBERTSDALE, AL 365670000
Ph: 251.947-3193   DOB:   07-17
CYCLOBENZAPRINE 10 MG TABLET
MYLAN
Date: 08/13/2012   DAW: 0
Rx: 0452734 00
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR MUSCLE
SPASM

NDC:00378-0751-10  Days Supply:  10 Refills:  2  Qty:30 EA   PAY: $2.60
Prscbr: JOSEPH PATRICK WALSH
TP: 22880                          GR:
AUTH#: 12226876823861449S5        PDP 8N81G011 PNHTHSPRING   Caps: Y

002374

Visit the new,
personalized

# CVS.com®

• View and refill your prescriptions
• Sign up for text alerts
• Save with ExtraCare®

**Experience *your* CVS.com today.**

002391

# Sign up now for text alerts!

**Find out the instant your prescription is ready.***

Quick. Easy. Convenient. Just tell a member

Visit the new,
personalized

# CVS.com®

• View and refill your prescriptions
• Sign up for text alerts
• Save with ExtraCare®

**Experience *your* CVS.com today.**

# Sign up now for text alerts!

**Find out the instant your prescription is ready.***

27 0557948 000 000 00 0000226

FETTERHOFF,CAROL
33 OAK RDG, ROBERTSDALE, AL 365670000
251.947-3193        DOB:   07-65
CVS PHARM.
Rx: 0557948 00                 Date: 02/11/2014

PROFLOXACIN HCL 500 MG TAB
KE ONE TABLET BY MOUTH TWICE A DAY FOR 10 DAYS

:16252-0515-01  Days Supply: 10  Refills:  1   Qty:20 EA
:cbr: JOSEPH PATRICK WALSH                    PAY:    $2.5

---

27 0551733 000 000 00 0000226

FETTERHOFF,CAROL
21133 OAK RDG, ROBERTSDALE, AL 365670800
Ph: 251.947-3193       DOB:   07-65
CVS PHARM.
Rx: 0551733 00                 Date: 01/11/2014

PREDNISONE 20 MG TABLET
TAKE 1 TABLET BY MOUTH EVERY DAY

NDC:00591-5443-01  Days Supply:  5

---

# FE ACUTE
## PROMISED: 02:2
01-11-20
# Scripts:

1/11/2014

**CVS/pharmacy** #1822  Ph: 251.947-8602
975 HWY 59
BERTSDALE, AL
567                                    CUSTOMER REC

27 0551734 000 000 00 0000255

FETTERHOFF,CAROL
133 OAK RDG, ROBERTSDALE, AL 365670000
: 251.947-3193         DOB:   07-65
PLAN
Rx: 0551734 00                 Date: 01/11/2014

ALACYCLOVIR HCL 1 GRAM TABLET
AKE 1 TABLET BY MOUTH 3 TIMES A DAY

:cbr: MICHAEL JOSEPH BOUCHER                  Qty:21 EA
: 23635
ITH#: 14011506553901299                      PAY:    $2.55
                                             Cap
PDP BR014897 PNMBG

---

# FE WAITING
## PROMISED: 07:04p
01-09-2014
# Scripts: 01
01/09/2014                             CUSTOMER RECEIPT

**CVS/pharmacy** #1822  Ph: 251.947-8602
21975 HWY 59
ROBERTSDALE, AL
36567

27 0551450 000 000 00 0000255

FETTERHOFF,CAROL
21133 OAK RDG, ROBERTSDALE, AL 365670000
Ph: 251.947-3193         DOB:   07-65
Rx: 0551450 00                 Date: 01/09/2014

AZITHROMYCIN 250 MG DOSE PACK
GREENVILLE LTD.
TAKE 2 TABLETS BY MOUTH TODAY, THEN TAKE 1 TABLET DAILY FOR
4 DAYS

---

# FE
01/15/2014
## PROMISED: 04:41p
01-15-2014
# Scripts: 01
                                       CUSTOMER RECEIPT

**CVS/pharmacy** #1822  Ph: 251.947-8602
21975 HWY 59
ROBERTSDALE, AL
36567

27 0552509 000 000 00 0000255

FETTERHOFF,CAROL
21133 OAK RDG, ROBERTSDALE, AL 365670000
Ph: 251.947-3193         DOB:   07-65
Rx: 0552509 00                 Date: 01/15/2014

METHYLPREDNISOLONE 4 MG DOSEPK
CADISTA PHARMAC
TAKE 6 TABLETS ON DAY 1 AS DIRECTED ON PACKAGE AND
DECREASE BY 1 TAB EACH DAY FOR A TOTAL OF 6 DAYS

NDC:59746-0001-03  Days Supply:  6  Refills:  0   Qty:21 EA      PAY:    $2.55
Prscbr: SHELIA DIANE DILLARD
TP: 23635                                                        Caps: Y
AUTH#: 14015565054101899                      GR: 90100
PDP BR014897 PNMBG

DRUG STORAGE TYPE: Fast Mover

---

2351

# Sign up now
# for text alerts!

## Find out the instant your
## prescription is ready.*

Quick. Easy. Convenient. Just tell a member
of the pharmacy team you'd like to sign up.

*Standard text message and data rates may apply.

---

002351

# Sign up now
# for text alerts!

## Find out the instant your
## prescription is ready.*

Quick. Easy. Convenient. Just tell a member



ETTERHOFF,CAROL
1133 OAK RDG, ROBERTSDALE, AL 365670000
251.947-3193    DOB:    07-65
IPEN 0.3 MG AUTO-INJ 2-PAK
(LAN SPECIALTY
JECT 0.3MG BY INTRAMUSCULAR ROUTE ONCE AS NEEDED FOR
IAPHYLAXIS

Date: 04/23/2015    DAW: 0
Rx: 0639310 00

C:49502-0500-02  Days Supply: 2  Refills:  3  Qty:2 EA
scbr: JOSEPH PATRICK WALSH

PAY: $60

**PROMISED: 04:10p**
04-23-2015
# Scripts: 01

E
/23/2015

**CVS/pharmacy** #1822  Ph: 251.947-8602    CUSTOMER RECEIPT
RTSDALE, AL
7

27 0639309 000 000 00 0000255

TTERHOFF,CAROL
33 OAK RDG, ROBERTSDALE, AL 365670000
251.947-3193    DOB:    07-65
IOX TR-K CLV 875-125 MG TAB
0007
KE 1 TABLET BY MOUTH TWICE A DAY FOR 10 DAYS FOR
IUSITIS

Date: 04/23/2015    DAW: 0
Rx: 0639309 00

:rbr 1952

Days Supply: 10  Refills: 3  Qty: EA

FE    ACUTE
4/20/2015

**PROMISED: 12:32p**
RdyFillElig  04-20-2015
# Scripts: 01

**CVS/pharmacy** #1822  Ph: 251.947-8602    CUSTOMER RECEIPT
ERTSDALE, AL
567

27 0638554 000 000 00 0000255

ETTERHOFF,CAROL
1133 OAK RDG, ROBERTSDALE, AL 365670000
251.947-3193    DOB:    07-65
ROAIR HFA 90 MCG INHALER
EVA SPECIALTY
INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR
HORTNESS OF BREATH

Date: 04/20/2015    DAW: 0
Rx: 0638554 00

0C:59310-0579-22  Days Supply: 90  Refills:  3  Qty:25.5 GM
rscbr: JOSEPH PATRICK WALSH
: 23635
ITH#: 15110434482401509       GR: 90100

PAY: $6.60

POD BN014897 PNMBG
Caps: T

351

# Sign up now
# for text alerts!

**Find out the instant your
prescription is ready.***

Quick. Easy. Convenient. Just tell a member

---

FETTERHOFF,CAROL
21133 OAK RDG, ROBERTSDALE, AL 365670000
FE  251.947-3193    DOB:    07-65
(BRUBSEY'S LAB
AMOX TR-K CLV 875-125 MG TAB
TAKE 1 TABLET BY MOUTH TWICE A DAY

Date: 04/16/2014    DAW: 0
Rx: 0571462 00

NDC:43598-0221-14  Days Supply: 10  Refills:  0  Qty:20 EA
Prscbr: JOSEPH PATRICK WALSH
TP: 23635

PAY: $2.55

**PROMISED: 09:00a**
10-11-2014
# Scripts: 01

FE
10/10/2014

**CVS/pharmacy** #1822  Ph: 251.947-8602    CUSTOMER RECEIPT
21975 HWY 59
ROBERTSDALE, AL
36567

27 0557948 001 00 00 0000255

FETTERHOFF,CAROL
21133 OAK RDG, ROBERTSDALE, AL 365670000
251.947-3193    DOB:    07-65
CIPROFLOXACIN HCL 500 MG TAB
OCTAVIS PHARMA.
TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 10 DAYS

Date: 10/10/2014    DAW: 0
Rx: 0557948 01

NDC:16252-0515-01  Days Supply: 10  Refills:  0  Qty:20 EA
Prscbr: JOSEPH PATRICK WALSH
TP: 23635

PAY: $2.55

FE    WAITING
10/28/2014

**PROMISED: 03:34p**
# Scripts: 01

**CVS/pharmacy** #1822  Ph: 251.947-8602    CUSTOMER RECEIPT
21975 HWY 59
ROBERTSDALE, AL
36567

27 0604646 001 00 00 0000255

FETTERHOFF,CAROL
21133 OAK RDG, ROBERTSDALE, AL 365670000
251.947-3193    DOB:    07-65
LEVOFLOXACIN 500 MG TABLET
DR.REDDY'S LAB
TAKE 1 TABLET BY MOUTH EVERY DAY

Date: 10/28/2014    DAW: 0
Rx: 0604646 00

NDC:55111-0280-50  Days Supply: 10  Refills:  1  Qty:10 EA
Prscbr: JOSEPH PATRICK WALSH
TP: 23635                       GR: 90100
AUTH#: 1430 554924402999       PDP BN014897 PNMBG
Caps: Y

002687

We have the vaccines you need.

Meningitis • Whooping cough • And more

Most insurance accepted.

Get vaccinated today!* Ask your pharmacist or
visit CVS.com/getvaccinated

*While immunizing pharmacist is on duty. Age
restrictions may apply. Some vaccines may not be
available in all locations.

**CVS** pharmacy

002495

$3 ExtraBucks® Rewards®
when you create a CVS.com®
pharmacy account*

Already have an existing account? Simply add prescription access.

Save time with your online pharmacy

ETTERHOFF, CAROL
1133 OAK RDG, ROBERTSDALE, AL 365670000
t: 251.947-3193     DOB:    07-17
Date: 01/04/2012   DAW: 0
Rx: C 0414522  00

EMAZEPAM 30 MG CAPSULE
AMLAN
AKE 1 CAPSULE BY MOUTH AT BEDTIME AS NEEDED FOR
LEEP

PRICE:$12.89

DC:00378-5050-01   Days Supply: 30  Refills:  5   Qty:30 EA
rscbr: DANIEL KEVIN STUBLER/S-MD

PAY:  $12.89

**FE**
0/14/2014

PROMISED: 10:27a
10-14-2014
# Scripts: 01

**CVS/pharmacy** #1822  Ph: 251-947-8602    CUSTOMER RECEIPT
1975 HWY 59
OBERTSDALE, AL
3567

27 0604647 000  000  00  0000635

FETTERHOFF, CAROL
1133 OAK RDG, ROBERTSDALE, AL 365670000
h: 251-947-3193     DOB:    07-65
Date: 10/14/2014   DAW: 0
Rx: 0604647  00

PROAIR HFA 90 MCG INHALER
TEVA SPECIALTY
TAKE 2 PUFFS EVERY 4 TO 6 HOURS AS NEEDED FOR SHORTNESS OF
BREATH

JDC:59310-0579-22   Days Supply: 16  Refills:  2   Qty:8.5 GM
Prscbr: JOSEPH PATRICK WALSH
GR: 90199

PAY:  $6.35

**FE  WAITING**
4/16/2014

PROMISED: 08:56p
04-16-2014
# Scripts: 02

**CVS/pharmacy** #1822  Ph: 251-947-8602    CUSTOMER RECEIPT
1975 HWY 59
ROBERTSDALE, AL
3567

27 0571461 000  002  00  0001199

FETTERHOFF, CAROL
1133 OAK RDG, ROBERTSDALE, AL 365670000
t: 251-947-3193     DOB:    07-65
Date: 04/16/2014   DAW: 0
Rx: C 0571461  00

ALPRAZOLAM 0.5 MG TABLET
TAVA PHARMACEUT
AKE 1/2-1 TABLET BY MOUTH 4 TIMES A DAY AS NEEDED FOR
ANXIETY

DC:67253-0901-50   Days Supply: 7  Refills:  2   Qty:30 EA
rscbr: JOSEPH PATRICK WALSH        GR: ALRX
P: 20870
UTH#: 30000747747365       ALABAMA DRUG CARD

PAY:  $11.99
Caps: Y

DRUG STORAGE TYPE: Fast Mover

---

## CVS/pharmacy

The Pharmacy Team has information to share
with you, please read below.

---

**Message Center**
**The Part D benefit of your Medicare D Plan did not**
**cover this prescription.**
**You have been provided with the Medicare Part D**

AUDIO
Basic Comp Audio _____   Reflex _____
Tympanometry _____   Room # _____

DATE OF SERVICE _____

**A.   OFFICE CONSULT**    CODE   FEE
1. ☐ Prob Focused Stfwd   99241 ___
2. ☐ Exp Prob Focused Stfwd   99242 ___
3. ☐ Detailed - Low Compl   99243 ___
4. ☐ Comprehen - Mod Compl   99244 ___
5. ☐ Comprehen - High Compl   99245 ___

**B.   OFFICE VISIT - NEW PATIENT**
1. ☐ Prob Focused Exam   99201 ___
2. ☐ Exp Prob Focused -   99202 ___
3. ☐ Detailed Low Complexity   99203 ___
4. ☐ Comprehen - Mod Compl   99204 ___
5. ☐ Comprehen - High Compl   99205 ___

**C.   OFFICE VISIT - ESTABLISHED PATIENT**
1. ☐ Nonphysician Office Visit   99211 ___
2. ☐ Prob Focused Straightforward   99212 ___
3. ☐ Exp Prob Focused Low   99213 ___
4. ☐ Detailed Mod Compl   99214 ___
5. ☐ Comprehen High Compl   99215 ___
6. ☐ Post-Op   99024 ___
7. ☐ Pre-Op   99499 ___

**D.   AUDIOMETRY**
1. ☐ Basic Comp. Audio   92557 ___
2. ☐ Screening Test, Pure Tn/Ar   92552 ___
3. ☐ Speech Audiometry   92555 ___
4. ☐ Tone Decay Test   92563 ___
5. ☐ Stenger Test, Pure Tone   92565 ___
6. ☐ Tympanometry   92567 ___
7. ☐ Acoustic Reflex Testing   92568 ___
8. ☐ Air & Bone   92553 ___
9. ☐ OAE Comp   92588 ___
10. ☐ VRA   92579 ___
11. ☐ Tinnitus Assessment   92625 ___

**E.   EAR PROCEDURES**    CODE   FEE
1. ☐ Myringotomy   69420 ___
2. ☐ Mastoid Cleaning, Simple   69220 ___
3. ☐ Mastoid Cleaning, Complicated   69222 ___
4. ☐ Removal Cerumen   69210 ___
5. ☐ T.M. Paperpatch   69610 ___
6. ☐ Binocular Microscopy   92504 ___
7. ☐ Myringotomy w/Tubes   69433 ___
8. ☐ Foreign Body Removal   69200 ___
9. ☐ Drainage EAC Abscess   69005 ___
10. ☐ Excision Aural Polyp   69540 ___
11. ☐ PE Tube Removal   69424 ___
12. ☐ Spontaneous Nystagmus*   92531 ___
13. ☐ Positional Nystagmus*   92532 ___
14. ☐ Chemical Cautery   17250 ___

**F.   NASAL PROCEDURES**
1. ☐ Turbinate Inj.   30200 ___
2. ☐ Removal Foreign Body   30300 ___
3. ☐ Control Nasal Hemorrhage
   a. ☐ Simple   30901 ___
   b. ☐ Complex   30903 ___
4. ☐ Control Nasal Hemorrhage
   a. ☐ Posterior   30905 ___
   b. ☐ Subsequent   30906 ___
5. ☐ Nasal Endoscopy   31231 ___
6. ☐ Nasal Endoscopy w/Debridement   31237 ___
7. ☐ Nas. End. Control Epistaxis   31238 ___
8. ☐ Lysis Intranasal Synechia   30560 ___
9. ☐ IRC of Turbinate   30802 ___
10. ☐ Eustachian Tube Inflation   69401 ___

**G.   OTHER**    CODE   FEE
1. ☐ _____
**H.   SURGERY - OFFICE**
1. ☐ I & D Cyst   10060 ___
2. ☐ Nasopharyngoscopy   92511 ___
3. ☐ Laryngoscopy, Flexible   31575 ___
4. ☐ I & D Peritonsillar Abscess   42700 ___
5. ☐ Needle Bx - Cervical Lymph Node   38505 ___
6. ☐ Fine Needle Aspiration   10021 ___
7. ☐ Misc. _____
8. ☐ _____

**ALLERGY**
1. ☐ Prof. Ser., Allergy, Single   95115 ___
2. ☐ Prof. Ser., Allergy, Multi   95117 ___
3. ☐ Intradermal Test   95024 ___
4. ☐ Antigen   95165 ___

**J.   SUPPLIES**
1. ☐ Misc. _____   99070 ___
**K.   LABORATORY**
1. ☐ Routine Venipuncture   36415 ___
2. ☐ Rapid Strep   87880 ___
**L.   INJECTIONS**
1. ☐ Intramuscular Injection   96372 ___
2. ☐ Drugs
   J1100 Dexamethasone, Decadron
     1mg X_____
   J2550 Phenergan 20mg X_____
   J3301 Triamcinolone, Acetonide
     Kenalog 10mg X_____

___ _____ Abscess_____
___ 474.01 Adenoiditis, Chronic
___ 385.10 Adhesive Middle Ear
___ 995.3 Allergic Reaction
___ 477.0 Allergic Rhinitis due to Pollen
___ 477.1 Allergic Rhinitis due to Food
___ 477.8 Allergic Rhinitis due to Other Allergen
___ 477.9 Allergic Rhinitis
___ 750.0 Ankyloglossia
___ 781.1 Anosmia
___ 716.90 Arthritis, Unspecified
___ 493.90 Asthma
___ 350.2 Atypical Facial Pain
___ 993.0 Barotrauma
___ 490 Bronchitis
___ 112.0 Candidiasis
___ 380.4 Cerumen Impaction
___ 385.30 Cholesteatoma, Unspecified
___ 786.2 Cough
___ 470 Deviated Septum, Acquired
___ 754.0 Deviated Septum, Congenital
___ 780.4 Dizziness
___ 787.20 Dysphagia
___ 380.22 Eczema of External Ear
___ 784.7 Epistaxis
___ 530.81 Esophageal Reflux
___ 381.81 Eustachian Tube Dysfunction
___ 682.0 Facial Cellulitis
___ 529.0 Glossitis
___ 784.0 Headache
___ 346.20 Headache, Cluster
___ 346.10 Headache, Common Migraine
___ 346.90 Headache, Migraine

___ 959.01 Head Injury, Unspecified
___ _____ Foreign Body_____
___ _____ Fx. Open_____(site)
___ _____ Fx. Closed_____(site)
___ 389.00 Hearing Loss, Conductive, Unspecified
___ 389.20 Hearing Loss, Mixed, Conductive/Sensorineural
___ 389.10 Hearing Loss, Sensorineural
___ 389.11 Hearing Loss, Sensory
___ 787.1 Heartburn
___ 784.49 Hoarseness
___ 474.12 Hypertrophy Adenoids
___ 478.0 Hypertrophy Nasal Turbinates
___ 474.11 Hypertrophy Tonsils
___ 474.10 Hypertrophy Tonsils/Adenoids
___ 959.09 Injury of Face/Neck___
___ 386.50 Labyrinthine Dysfunction
___ 464.00 Laryngitis
___ 464.01 Laryngitis with Obstruction
___ 289.3 Lymphadenitis
___ 683 Lymphadenitis, Acute
___ 785.6 Lymph Nodes, Enlargement
___ 210.1 Lesion, Tongue
___ 383.1 Mastoiditis, Chronic
___ 386.00 Meniere's Disease Active
___ 386.04 Meniere's Inactive
___ 384.01 Myringitis Bullous
___ 471.9 Nasal Polyps
___ 802.0 Nasal Fracture Closed
___ 478.11 Nasal Mucositis
___ 388.70 Otalgia, Unspecified
___ 388.72 Otalgia, Referred
___ 380.10 Otitis Externa

___ 382.00 Otitis Media, Acute
___ 381.01 Otitis Media, Serous Acute
___ 381.10 Otitis Media, Serous Chronic
___ 382.3 Otitis Media, Chronic
___ 111.8 Otomycosis
___ 388.60 Otorrhea, Unspecified
___ 462 Pharyngitis
___ 478.19 Septal Perforation
___ 053.9 Shingles
___ 527.2 Sialoadenitis
___ 461.0 Sinusitis, Maxillary, Acute
___ 461.1 Sinusitis, Frontal, Acute
___ 461.2 Sinusitis, Ethmoidal, Acute
___ 461.3 Sinusitis, Sphenoidal, Acute
___ 461.9 Sinusitis, Acute, Unspecified
___ 473.0 Sinusitis, Maxillary, Chronic
___ 473.1 Sinusitis, Frontal, Chronic
___ 473.2 Sinusitis, Ethmoidal, Chronic
___ 473.3 Sinusitis, Sphenoidal, Chronic
___ 473.9 Sinusitis, Chronic, Unspecified
___ 327.23 Obstructive Sleep Apnea
___ 780.53 Sleep Apnea, Hypersomnia w/unspecified
___ 780.50 Sleep Disorder, Unspecified
___ 462 Sore Throat, Acute
___ 784.2 Swelling, Head/Neck, NOS
___ 388.30 Tinnitus, Unspecified
___ 463 Tonsillitis, Acute
___ 474.00 Tonsillitis, Chronic
___ 474.02 Tonsils & Adenoiditis, Chronic
___ 384.20 Tympanic Membrane Perforate
___ 465.9 U. R. I.
___ 780.4 Vertigo
___ 386.11 Vertigo Benign Positional
___ 478.4 Vocal Cord/Larynx Polyp

ENT-104

| PROCEDURE | NEW | EST | FEE | X-RAY (CONT'D) | | FEE | PROCEDURE | | MOD | FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **OFFICE VISIT** | | | | 73030 | Shoulder, complete 2 views | | 46600 | Anoscopy | -59 Multi | |
| Minimal ~/15 | | 99211 | | 70210 | Sinuses, paranasal <3 views | | 93000 | EKG w/interpretation | -79 Post-op | |
| Problem focused 10/10 | 99201 | 99212 | | 72100 | Spine - LS | | 65220 | *FB removal, corneal/Eye | | |
| Expanded problem focused 20/15 | 99202 | 99213 | | 72080 | Spine - TL | | 65205 | *FB removal, conjunctiva | | |
| Detailed 30/25 | 99203 | 99214 | | 73660 | Toes, min. 2 views | | 94640 | Inhalation treatment | | |
| Comprehensive 45/40 | 99204 | 99215 | | 73100 | Wrist, 2 views | | | JT INJ/ASP  MAJ - INT - MINOR | | |
| Comprehensive (NP) 60/-- | 99205 | | | 71100 | Ribs, 2 views | | | 20610    20605    20600 | | |
| Post-OP Follow-Up | | 99024 | | **INJECTIONS** | | | 29 | Fracture Care, Cast/Splints | | |
| MOD: -24  -25  GW | | | | 96372 | Admin. Therapeutic inj. | -59 Multi | | Site | | |
| **HOME VISITS** | | | | 95115 | Allergy Injection (Single) | GA | 94760 | Oximetry-sitting, 94761-walking | | |
| 99347  15 min.  99348  25 min. | | | | 95117 | Allergy Injection(s)  (Additional) | POM | 94664 | Inhaler Training/Evaluation | | |
| 99349  40 min.  99350  60 min. | | | | J0690 | Ancef 500 mg. | ElbCl | 11055 | Paring/Cutting - Ben Hyperker. Lesion: single | | |
| | | | | J3420 | B12, up to 1000mg | | 11056 | 2-4 lesions (corns / callus) | | |
| | | | | J1200 | Benadryl, up to 50mg. | | 11057 | more than 4 lesions | | |
| | | | | J0560 | Bicillin LA 600K | | 94010 | PFT/Spirometry | | |
| **WELL CARE / PREVENTATIVE** | NEW | EST | | J0570 | Bicillin LA, up to 1.2MU | | 94060 | Pre-Post bronchodilator administration | | |
| < 1 y  V20.1 | 99381 | 99391 | | J2175 | Demerol, to 100mg. | | 92551 | Pure tone screening | | |
| 1-4 y | 99382 | 99392 | | J1040 | Depo Medrol 80 mg. | | 69210 | Removal, Impacted Cerumen | | |
| 5-11 y | 99383 | 99393 | | J1055 | Depo Provera, 150mg. | | 20550 | *Inj. Lig. Tendon, Simpl (planter fascia) | | |
| 12-17 y | 99384 | 99394 | | J1100 | Dexamethasone, sod. phos., 1mg | | 20552 | Trigger Point 1-2 Muscles | | |
| 18-39 y | 99385 | 99395 | | J0970 | Estrogen, up to 40 mg. | | 20553 | Trigger Point 3+ Muscles | | |
| 40-64 y | 99386 | 99396 | | J1580 | Gentamycin, up to 80 mg. | | 92567 | Tympanometry | | |
| 65 y+ | 99387 | 99397 | | J7321 | Hyalgan, 1 unit (2cc) | | **SKIN PROCEDURES** | | | |
| MOD:  -EP  -24  -ABN EP/FU | | | | J3301 | Kenalog, per 10mg. | | 17000 | Destruction-PreMal, (AK's) 1st | -59 Multi | |
| **CONSULTS** | | | | J2510 | Penicillin, up to 600k | | +17003 | Destruction-PreMal, 2-14 lesions | -79 Post-op | |
| DR. | | | | J2550 | Phenergan, up to 50 mg. | | 17004 | Destruction-PreMal, 15 or more lesions | | |
| 99241 | Consult 15 min. | 99244 | Consult 60 min. | J0696 | Rocephin, per 250mg. | | 17110 | Destruction-Benign, other than skin tags, up to 14 lesions | | |
| 99242 | Consult 30 min. | 99245 | Consult 80 min. | J1080 | Testosterone, 1cc/200mg. | | 17111 | Destruction-Benign, 15 or more lesions | | |
| 99243 | Consult 40 min. | | | J1885 | Toradol, per 15 mg. | | 172 | Destruction - Malignant, any method | | |
| **LABORATORY** | | | | J1940 | Lasix Up to 20mg | | | Loc:           Size: | | |
| 82948 | Blood, glucose | GA | | **IMMUNIZATIONS** | | | 10121 | *FB removal, complex | | |
| 82270 | Blood, occult, feces 1-3 | | | 90471 | Admin. Inj. - 1 shot | GA  POM | 10120 | *FB removal | | |
| 80100 | Drug Test | | | +90472 | Admin. Inj. - each addt. | | 10061 | *I&D, Abscess/Par | | |
| 82055 | ETOH Screen | | | 90702 | V03.7 | DT < 7 yrs. | VFC | 10080 | *I&D, Abscess/Par | | |
| 87804 | Flu Swab  V73.99 | | | 90715 | V06.1 | Tdap > 7 yrs. | | 10140 | I&D Hematoma/seroma | | |
| 85018 | Hemoglobin | | | 90718 | V03.89 | DT Adult > 7 yrs. | ElbCl | 11730 | Nail plate avulsion/Partial | | |
| 87880 | Strep Test, visual obs | | | 90700 | V06.1 | DTaP < 7 yrs. | | +11732 | 2+ Nail Plates | | |
| 86580 | TB Test / PPD | | | 90721 | V06.1/V03.81 DtaP & HIB | | 11750 | Nail plate avulsion w/Matrix | | |
| 81000 | U/A with micro | | | 90632 | V05.3 | Hep. A, Adult | | 11000 | *Debridement | | |
| 81002 | U/A without micro | | | 90744 | V05.3 | Hep. B, 0-19 yrs Ped/Adol (3 dose) | | +11001 | Debridement, each add'l 10% body surface | | |
| 81025 | Urine Pregnancy | | | 90746 | V05.3 | Hep. B, 20+yrs, adult dose | | 11100 | Biopsy; single lesion | | |
| 36415 | Venipuncture | | | 90748 | | Hep. B/HIB  G0010 | | +11101 | Biopsy; each add'l lesion | | |
| 87210 | Wet Prep | | | 90645 | V03.81 | HIB, 4-dose Schedule | | 11200 | *Remove Skin Tags 1-15 | | |
| 85610 | Protime | | | 90649 | V04.89 | HPV, 9-26 yrs, Female only | | +11201 | Ea add'l 10 Tags/Lesions | | |
| | | | | 90713 | V04.6 | IPV | | 16000 | Burn Care, Initial | | |
| **X-RAY** | | | | 90707 | V06.4 | MMR, live | | **REPAIR LACERATION / EXCISION** | | | |
| 74000 | Abdomen, 1 view AP  MOD: -59 | | | 90733 | V04.89 | Meningococcal | | Simple ____ Interm ____ Complex | | | |
| 74022 | Abdomen, complete 3 views | | | 90716 | V05.4 | Varicella, live | | Length _____ Location _____ | | | |
| 74241 | GI Tract, upper-w/ KUB | | | 90658 | V04.81 | Influenza, 3+ yrs.  G0008 | | | | | |
| 73600 | Ankle, 2 views | | | 90732 | V03.82 | Pneumovax 2+ yrs.  G0009 | | Excision:  Malignant (116___)    Benign (114___) | | | |
| 72170 | AP Pelvis | | | 90669 | V03.82 | Prevnar, < 5 yrs. | | Loc _____ Loc _____ | | | |
| 71020 | Chest, PA & Lateral | | | 90716 | V04.89 | Zoster Vac, live, 65+ yrs. | | Size _____ Size _____ | | | |
| 73000 | Clavicle, complete | | | **MEDICARE PREVENTIVE SERVICES** | | | **REQUESTS** | | | |
| 73070 | Elbow/ Humerus, 2 views | | | Q0091 | PapSmear / 88142 | | Requests: _____ | | | |
| 73550 | Femur, 2 views | | | G0101 | Pelvic & Breast | | Labs: _____ Records: _____ | | | |
| 73140 | Finger(s), min. 2 views | | | G0103 | Prostate / PSA - 84152 | | BW - FBW ____ Dr. _____ | | | |
| 73620 | Foot, 2 views | | | G0402 | Welcome to Medicare Exam | | PQRI Measure: _____ | | | |
| 73090 | Forearm, 2 views | | | G0403 | Welcome Exam - ECG | | | | | |
| 73120 | Hand, 2 views | | | | Male  Refer for AAA U/S | | G8443 - ALL scripts sent electronically | | | |
| 73510 | Hip, 2 views | | | 99406 | Tobacco counseling 3-10 min  305.1 | | G8445 - NO scripts generated for encounter | | | |
| 73562 | Knee, 3 views | | | Physicals:  DOT  SPORTS | | | G8446 - All or SOME scripts printed for patient/phoned to pharmacy | | | |
| 73590 | Leg, lower, 2 views | | | 99080 | Special reports/ forms | | | | | |
| | | | | 99455 | Disability / Works Comp. Forms | | | | | |

ent: 008969       Date: 09/02/10  Time:  3.15       Doctor: ___

ROL FETTERHOFF                Sex:   F        Pat Bal:     .00

133 OAK RIDGE                 Marital:  S     Ins Bal:     .00

BERTSDALE                     Stmt Cd:  1     Oth Bal:     .00

                    36567      D.O.B.: 07/17/65  Charges:

Copay: 15.00                  Age:      45      Paid:

e: 251-947-3193               L Visit: 06/22/10  Sequence:  185079

: Self                        Ins Co  1) 1

─────── Insurance Info ───────

Co        Group #        Policy #         Subscriber

CROSS BLUE SHIE 80840   HR5813932999

'S ALLOWED 5/09

A "NO ONE"

nature

I hereby authorize my insurance benefits to be paid directly to physician(s) of service.

I understand that there may be certain routine services that are necessary for the maintenance of good health that may not be covered by my insurance (including Medicare). If my insurance carrier or Medicare denies as a non-covered service, I understand that I am fully responsible for payment. I also authorize the release of pertinent medical information to insurance carriers or other institutions or physicians involved with my care.

Medicare is likely to deny payment for:

PATIENT'S SIGNATURE _____

Next appointment and recall _____

| AUDIO | |
|---|---|
| Basic Comp Audio | Reflex _____ |
| Tympanometry | Room # _____ |

DATE OF SERVICE _____

**A.  OFFICE CONSULT**

| | | CODE | FEE |
|---|---|---|---|
| 1. ☐ | Prob Focused Stfwd | 99241 | ___ |
| 2. ☐ | Exp Prob Focused Stfwd | 99242 | ___ |
| 3. ☐ | Detailed - Low Compl | 99243 | ___ |
| 4. ☐ | Comprehen - Mod Compl | 99244 | ___ |
| 5. ☐ | Comprehen - High Compl | 99245 | ___ |

**B.  OFFICE VISIT - NEW PATIENT**

| | | | |
|---|---|---|---|
| 1. ☐ | Prob Focused Exam | 99201 | ___ |
| 2. ☐ | Exp Prob Focused - | 99202 | ___ |
| 3. ☐ | Detailed Low Complexity | 99203 | ___ |
| 4. ☐ | Comprehen - Mod Compl | 99204 | ___ |
| 5. ☐ | Comprehen - High Compl | 99205 | ___ |

**C.  OFFICE VISIT - ESTABLISHED PATIENT**

| | | | |
|---|---|---|---|
| 1. ☐ | Nonphysician Office Visit | 99211 | ___ |
| 2. ☐ | Prob Focused Straightforward | 99212 | ___ |
| 3. ☐ | Exp Prob Focused Low | 99213 | ___ |
| 4. ☐ | Detailed Mod Compl | 99214 | ___ |
| 5. ☐ | Comprehen High Compl | 99215 | ___ |
| ☐ | Post-Op | 99024 | ___ |
| ☐ | Pre-Op | 99499 | ___ |

**D.  AUDIOMETRY**

| | | | |
|---|---|---|---|
| ☐ | Basic Comp. Audio | 92557 | ___ |
| ☐ | Screening Test, Pure Tn/Ar | 92552 | ___ |
| ☐ | Speech Audiometry | 92555 | ___ |
| ☐ | Tone Decay Test | 92563 | ___ |
| ☐ | Stenger Test, Pure Tone | 92565 | ___ |
| ☐ | Tympanometry | 92567 | ___ |
| ☐ | Acoustic Reflex Testing | 92568 | ___ |
| ☐ | Air & Bone | 92553 | ___ |
| ☐ | OAE Comp | 92588 | ___ |
| ☐ | VRA | 92579 | ___ |
| ☐ | Tinnitus Assessment | 92625 | ___ |

**E.  EAR PROCEDURES**

| | | CODE | FEE |
|---|---|---|---|
| 1. ☐ | Myringotomy | 69420 | ___ |
| 2. ☐ | Mastoid Cleaning, Simple | 69220 | ___ |
| 3. ☐ | Mastoid Cleaning, Complicated | 69222 | ___ |
| 4. ☐ | Removal Cerumen | 69210 | ___ |
| 5. ☐ | T.M. Paperpatch | 69610 | ___ |
| 6. ☐ | Binocular Microscopy | 92504 | ___ |
| 7. ☐ | Myringotomy w/Tubes | 69433 | ___ |
| 8. ☐ | Foreign Body Removal | 69200 | ___ |
| 9. ☐ | Drainage EAC Abscess | 69005 | ___ |
| 10. ☐ | Excision Aural Polyp | 69540 | ___ |
| 11. ☐ | PE Tube, Removal | 69424 | ___ |
| 12. ☐ | Spontaneous Nystagmus* | 92531 | ___ |
| 13. ☐ | Positional Nystagmus* | 92532 | ___ |
| 14. ☐ | Chemical Cautery | 17250 | ___ |

**F.  NASAL PROCEDURES**

| | | | |
|---|---|---|---|
| 1. ☐ | Turbinate Inj. | 30200 | ___ |
| 2. ☐ | Removal Foreign Body | 30300 | ___ |
| 3. ☐ | Control Nasal Hemorrhage | | |
| | a. ☐ Simple | 30901 | ___ |
| | b. ☐ Complex | 30903 | ___ |
| 4. ☐ | Control Nasal Hemorrhage | | |
| | a. ☐ Posterior | 30905 | ___ |
| | b. ☐ Subsequent | 30906 | ___ |
| 5. ☐ | Nasal Endoscopy | 31231 | ___ |
| 6. ☐ | Nasal Endoscopy w/Debridement | 31237 | ___ |
| 7. ☐ | Nas. End. Control Epistaxis | 31238 | ___ |
| 8. ☐ | Lysis Intranasal Synechia | 30560 | ___ |
| 9. ☐ | IRC of Turbinate | 30802 | ___ |
| 10. ☐ | Eustachian Tube Inflation | 69401 | ___ |

**G.  OTHER**

| | | CODE | FEE |
|---|---|---|---|
| 1. ☐ | _____ | ___ | ___ |

**H.  SURGERY - OFFICE**

| | | | |
|---|---|---|---|
| 1. ☐ | I & D Cyst | 10060 | ___ |
| 2. ☐ | Nasopharyngoscopy | 92511 | ___ |
| 3. ☐ | Laryngoscopy, Flexible | 31575 | ___ |
| 4. ☐ | I & D Peritonsillar Abscess | 42700 | ___ |
| 5. ☐ | Needle Bx - Cervical Lymph Node | 38505 | ___ |
| 6. ☐ | Fine Needle Aspiration | 10021 | ___ |
| 7. ☐ | Misc. | ___ | ___ |
| 8. ☐ | | ___ | ___ |

**I.  ALLERGY**

| | | | |
|---|---|---|---|
| 1. ☐ | Prof. Ser., Allergy, Single | 95115 | ___ |
| 2. ☐ | Prof. Ser., Allergy, Multi | 95117 | ___ |
| 3. ☐ | Intradermal Test | 95024 | ___ |
| 4. ☐ | Antigen | 95165 | ___ |

**J.  SUPPLIES**

| | | | |
|---|---|---|---|
| 1. ☐ | Misc. | 99070 | ___ |

**K.  LABORATORY**

| | | | |
|---|---|---|---|
| 1. ☐ | Routine Venipuncture | 36415 | ___ |
| 2. ☐ | Rapid Strep | 87880 | ___ |

**L.  INJECTIONS**

| | | | |
|---|---|---|---|
| 1. ☐ | Intramuscular Injection | 96372 | ___ |
| 2. ☐ | Drugs | | |

J1100 Dexamethasone, Decadron
  1mg X _____
J2550 Phenergan 20mg X_____
J3301 Triamcinolone, Acetonide
  Kenalog  10mg X_____

---

| | |
|---|---|
| _____ | Abscess _____ |
| 474.01 | Adenoiditis, Chronic |
| 385.10 | Adhesive Middle Ear |
| 995.3 | Allergic Reaction |
| 477.0 | Allergic Rhinitis due to Pollen |
| 477.1 | Allergic Rhinitis due to Food |
| 477.8 | Allergic Rhinitis due to Other Allergen |
| 477.9 | Allergic Rhinitis |
| 750.0 | Ankyloglossia |
| 781.1 | Anosmia |
| 716.90 | Arthritis, Unspecified |
| 493.90 | Asthma |
| 350.2 | Atypical Facial Pain |
| 993.0 | Barotrauma |
| 490 | Bronchitis |
| 112.0 | Candidiasis |
| 380.4 | Cerumen Impaction |
| 385.30 | Cholesteatoma, Unspecified |
| 786.2 | Cough |
| 470 | Deviated Septum, Acquired |
| 754.0 | Deviated Septum, Congenital |
| 780.4 | Dizziness |
| 787.20 | Dysphagia |
| 380.22 | Eczema of External Ear |
| 784.7 | Epistaxis |
| 530.81 | Esophageal Reflux |
| 381.81 | Eustachian Tube Dysfunction |
| 682.0 | Facial Cellulitis |
| 529.0 | Glossitis |
| 784.0 | Headache |
| 346.20 | Headache, Cluster |
| 346.10 | Headache, Common Migraine |
| 346.90 | Headache, Migraine |

| | |
|---|---|
| 959.01 | Head Injury, Unspecified |
| _____ | Foreign Body _____ |
| _____ | Fx. Open_____ (site) |
| _____ | Fx. Closed_____ (site) |
| 389.00 | Hearing Loss, Conductive, Unspecified |
| 389.20 | Hearing Loss, Mixed, Conductive/Sensorineural |
| 389.10 | Hearing Loss, Sensorineural |
| 389.11 | Hearing Loss, Sensory |
| 787.1 | Heartburn |
| 784.49 | Hoarseness |
| 474.12 | Hypertrophy Adenoids |
| 478.0 | Hypertrophy Nasal Turbinates |
| 474.11 | Hypertrophy Tonsils |
| 474.10 | Hypertrophy Tonsils/Adenoids |
| 959.09 | Injury of Face/Neck |
| 386.50 | Labyrinthine Dysfunction |
| 464.00 | Laryngitis |
| 464.01 | Laryngitis with Obstruction |
| 289.3 | Lymphadenitis |
| 683 | Lymphadenitis, Acute |
| 785.6 | Lymph Nodes, Enlargement |
| 210.1 | Lesion, Tongue |
| 383.1 | Mastoiditis, Chronic |
| 386.00 | Meniere's Disease Active |
| 386.04 | Meniere's Inactive |
| 384.01 | Myringitis Bullous |
| 471.9 | Nasal Polyps |
| 802.0 | Nasal Fracture Closed |
| 478.11 | Nasal Mucositis |
| 388.70 | Otalgia, Unspecified |
| 388.72 | Otalgia, Referred |
| 380.10 | Otitis Externa |

| | |
|---|---|
| 382.00 | Otitis Media, Acute |
| 381.01 | Otitis Media, Serous Acute |
| 381.10 | Otitis Media, Serous Chronic |
| 382.3 | Otitis Media, Chronic |
| 111.8 | Otomycosis |
| 388.60 | Otorrhea, Unspecified |
| 462 | Pharyngitis |
| 478.19 | Septal Perforation |
| 053.9 | Shingles |
| 527.2 | Sialoadenitis |
| 461.0 | Sinusitis, Maxillary, Acute |
| 461.1 | Sinusitis, Frontal, Acute |
| 461.2 | Sinusitis, Ethmoidal, Acute |
| 461.3 | Sinusitis, Sphenoidal, Acute |
| 461.9 | Sinusitis, Acute, Unspecified |
| 473.0 | Sinusitis, Maxillary, Chronic |
| 473.1 | Sinusitis, Frontal, Chronic |
| 473.2 | Sinusitis, Ethmoidal, Chronic |
| 473.3 | Sinusitis, Sphenoidal, Chronic |
| 473.9 | Sinusitis, Chronic, Unspecified |
| 327.23 | Obstructive Sleep Apnea |
| 780.53 | Sleep Apnea, Hypersomnia w/unspecified |
| 780.50 | Sleep Disorder, Unspecified |
| 462 | Sore Throat, Acute |
| 784.2 | Swelling, Head/Neck, NOS |
| 388.30 | Tinnitus, Unspecified |
| 463 | Tonsillitis, Acute |
| 474.00 | Tonsillitis, Chronic |
| 474.02 | Tonsils & Adenoiditis, Chronic |
| 384.20 | Tympanic Membrane Perforate |
| 465.9 | U. R. I. |
| 780.4 | Vertigo |
| 386.11 | Vertigo Benign Positional |
| 478.4 | Vocal Cord/Larynx Polyp |

ENT-104

$1500 WM  #2 CT Scan
C# 6866-124-190268

**FOLLOW-UP APPOINTMENT**
**AUDIO RECALL**
RAST-I-IgG-Tdd

FETTERHOFF, CAROLYN          052024
08/03/10   0930A   Y
.00   59.00   1   Y
RECHECK HEADACHES/not better
NORRIS
21 / 8\5

### PLEASE RETURN THIS FORM
### TO THE RECEPTIONIST

**AUDIO**
Basic Comp Audio _____     Reflex _____
Tympanometry _____          Room # _____          **DATE OF SERVICE** _____

| | | CODE | FEE | | | | CODE | FEE | | | | CODE | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** | **OFFICE CONSULT** | | | **E.** | **EAR PROCEDURES** | | | **G.** | **OTHER** | | |
| 1. ☐ Prob Focused Stfwd | 99241 | | 1. ☐ Myringotomy | 69420 | | 1. ☐ | | |
| 2. ☐ Exp Prob Focused Stfwd | 99242 | | 2. ☐ Mastoid Cleaning, Simple | 69200 | | **H.** | **SURGERY - OFFICE** | | |
| 3. ☐ Detailed - Low Compl | 99243 | | 3. ☐ Mastoid Cleaning, Complicated | 69222 | | 1. ☐ I & D Cyst | 10060 | |
| 4. ☐ Comprehen - Mod Compl | 99244 | | 4. ☐ Removal Cerumen | 69210 | | 2. ☐ Nasopharyngoscopy | 92511 | |
| 5. ☐ Comprehen - High Compl | 99245 | | 5. ☐ T.M. Paperpatch | 69610 | | 3. ☐ Laryngoscopy, Flexible | 31575 | |
| | | | | 6. ☐ Binocular Microscopy | 92504 | | 4. ☐ I & D Peritonsillar Abscess | 42700 | |
| **B.** | **OFFICE VISIT - NEW PATIENT** | | | 7. ☐ Myringotomy w/Tubes | 69433 | | 5. ☐ Needle Bx - Cervical Lymph Node | 38505 | |
| 1. ☐ Prob Focused Exam | 99201 | | 8. ☐ Foreign Body Removal | 69200 | | 6. ☐ Fine Needle Aspiration | 10021 | |
| 2. ☐ Exp Prob Focused | 99202 | | 9. ☐ Drainage EAC Abscess | 69005 | | 7. ☐ Misc. | | |
| 3. ☐ Detailed Low Complexity | 99203 | | 10. ☐ Excision Aural Polyp | 69540 | | 8. ☐ | | |
| 4. ☐ Comprehen - Mod Compl | 99204 | | 11. ☐ PE Tube, Removal | 69424 | | **I.** | **ALLERGY** | | |
| 5. ☐ Comprehen - High Compl | 99205 | | 12. ☐ Spontaneous Nystagmus* | 92531 | | 1. ☐ Prof. Ser., Allergy, Single | 95115 | |
| | | | | 13. ☐ Positional Nystagmus* | 92532 | | 2. ☐ Prof. Ser., Allergy, Multi | 95117 | |
| **C.** | **OFFICE VISIT - ESTABLISHED PATIENT** | | | 14. ☐ Chemical Cautery | 17250 | | 3. ☐ Intradermal Test | 95024 | |
| 1. ☐ Nonphysician Office Visit | 99211 | | | | | 4. ☐ Antigen | 95165 | |
| 2. ☐ Prob Focused Straightforward | 99212 | | **F.** | **NASAL PROCEDURES** | | | **J.** | **SUPPLIES** | | |
| 3. ☐ Exp Prob Focused Low | 99213 | | 1. ☐ Turbinate Inj. | 30200 | | 1. ☐ Misc. | 99070 | |
| 4. ☐ Detailed Mod Compl | 99214 | | 2. ☐ Removal Foreign Body | 30300 | | **K.** | **LABORATORY** | | |
| 5. ☐ Comprehen High Compl | 99215 | | 3. ☐ Control Nasal Hemorrhage | | | 1. ☑ Routine Venipuncture | 36415 | |
| 6. ☐ Post-Op | 99024 | | a. ☐ Simple | 30901 | | 2. ☐ Rapid Strep | 87880 | |
| 7. ☐ Pre-Op | 99499 | | b. ☐ Complex | 30903 | | **L.** | **INJECTIONS** | | |
| | | | | 4. ☐ Control Nasal Hemorrhage | | | 1. ☐ Intramuscular Injection | 96372 | |
| **D.** | **AUDIOMETRY** | | | a. ☐ Posterior | 30905 | | 2. ☐ Drugs | | |
| 1. ☐ Basic Comp. Audio | 92557 | | b. ☐ Subsequent | 30906 | | J1100 Dexamethasone, Decadron | | |
| 2. ☐ Screening Test, Pure Tn/Ar | 92552 | | 5. ☐ Nasal Endoscopy | 31231 | | 1mg X_____ | | |
| 3. ☐ Speech Audiometry | 92555 | | 6. ☐ Nasal Endoscopy w/Debridement | 31237 | | J2550 Phenergan 20mg X_____ | | |
| 4. ☐ Tone Decay Test | 92563 | | 7. ☐ Nas. End. Control Epistaxis | 31238 | | J3301 Triamcinolone, Acetonide | | |
| 5. ☐ Stenger Test, Pure Tone | 92565 | | 8. ☐ Lysis Intranasal Synechia | 30560 | | Kenalog  10mg X_____ | | |
| 6. ☐ Tympanometry | 92567 | | 9. ☐ IRC of Turbinate | 30802 | | | | |
| 7. ☐ Acoustic Reflex Testing | 92568 | | 10. ☐ Eustachian Tube Inflation | 69401 | | | | |
| 8. ☐ Air & Bone | 92553 | | | | | | | |
| 9. ☐ OAE Comp | 92588 | | | | | | | |
| 10. ☐ VRA | 92579 | | | | | | | |
| 11. ☐ Tinnitus Assessment | 92625 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| _____ | _____ Abscess_____ | _____ | 959.01 Head Injury, Unspecified | _____ | 382.00 Otitis Media, Acute |
| _____ | 474.01 Adenoiditis, Chronic | _____ | _____ Foreign Body_____ | _____ | 381.01 Otitis Media, Serous Acute |
| _____ | 385.10 Adhesive Middle Ear | _____ | Fx. Open_____ (site) | _____ | 381.10 Otitis Media, Serous Chronic |
| _____ | 995.3 Allergic Reaction | _____ | Fx. Closed_____ (site) | _____ | 382.3 Otitis Media, Chronic |
| _____ | 477.0 Allergic Rhinitis due to Pollen | _____ | 389.00 Hearing Loss, Conductive, Unspecified | _____ | 111.8 Otomycosis |
| _____ | 477.8 Allergic Rhinitis due to Food | _____ | 389.20 Hearing Loss, Mixed, Conductive/Sensorineural | _____ | 388.60 Otorrhea, Unspecified |
| _____ | 477.8 Allergic Rhinitis due to Other Allergen | _____ | 389.10 Hearing Loss, Sensorineural | _____ | 462 Pharyngitis |
| _____ | 477.9 Allergic Rhinitis | _____ | 389.11 Hearing Loss, Sensory | _____ | 478.19 Septal Perforation |
| _____ | 750.0 Ankyloglossia | _____ | 787.1 Heartburn | _____ | 053.9 Shingles |
| _____ | 781.1 Anosmia | _____ | 784.49 Hoarseness | _____ | 527.2 Sialoadenitis |
| _____ | 716.90 Arthritis, Unspecified | _____ | 474.12 Hypertrophy Adenoids | _____ | 461.0 Sinusitis, Maxillary, Acute |
| _____ | 493.90 Asthma | _____ | 478.0 Hypertrophy Nasal Turbinates | _____ | 461.1 Sinusitis, Frontal, Acute |
| _____ | 350.2 Atypical Facial Pain | _____ | 474.11 Hypertrophy Tonsils | _____ | 461.2 Sinusitis, Ethmoidal, Acute |
| _____ | 993.0 Barotrauma | _____ | 474.10 Hypertrophy Tonsils/Adenoids | _____ | 461.3 Sinusitis, Sphenoidal, Acute |
| _____ | 490 Bronchitis | _____ | 959.09 Injury of Face/Neck | _____ | 461.9 Sinusitis, Acute, Unspecified |
| _____ | 112.0 Candidiasis | _____ | 386.50 Labyrinthine Dysfunction | _____ | 473.0 Sinusitis, Maxillary, Chronic |
| _____ | 380.4 Cerumen Impaction | _____ | 464.00 Laryngitis | _____ | 473.1 Sinusitis, Frontal, Chronic |
| _____ | 385.30 Cholesteatoma, Unspecified | _____ | 476.1 Laryngitis with Obstruction | _____ | 473.2 Sinusitis, Ethmoidal, Chronic |
| _____ | 786.2 Cough | _____ | 289.3 Lymphadenitis | _____ | 473.3 Sinusitis, Sphenoidal, Chronic |
| _____ | 470 Deviated Septum, Acquired | _____ | 683 Lymphadenitis, Acute | _____ | 473.9 Sinusitis, Chronic, Unspecified |
| _____ | 754.0 Deviated Septum, Congenital | _____ | 785.6 Lymph Nodes, Enlargement | _____ | 327.23 Obstructive Sleep Apnea |
| _____ | 780.4 Dizziness | _____ | 210.1 Lesion, Tongue | _____ | 780.53 Sleep Apnea, Hypersomnia w/unspecified |
| _____ | 787.20 Dysphagia | _____ | 383.1 Mastoiditis, Chronic | _____ | 780.50 Sleep Disorder, Unspecified |
| _____ | 380.22 Eczema of External Ear | _____ | 386.00 Meniere's Disease Active | _____ | 462 Sore Throat, Acute |
| _____ | 784.7 Epistaxis | _____ | 386.04 Meniere's Inactive | _____ | 784.2 Swelling, Head/Neck, NOS |
| _____ | 530.81 Esophageal Reflux | _____ | 384.01 Myringitis Bullous | _____ | 388.30 Tinnitus, Unspecified |
| _____ | 381.81 Eustachian Tube Dysfunction | _____ | 471.9 Nasal Polyps | _____ | 463 Tonsillitis, Acute |
| _____ | 682.0 Facial Cellulitis | _____ | 802.0 Nasal Fracture Closed | _____ | 474.00 Tonsillitis, Chronic |
| _____ | 529.0 Glossitis | _____ | 478.11 Nasal Mucositis | _____ | 474.02 Tonsils & Adenoiditis, Chronic |
| _____ | 784.0 Headache | _____ | 388.70 Otalgia, Unspecified | _____ | 384.20 Tympanic Membrane Perforate |
| _____ | 346.20 Headache, Cluster | _____ | 388.72 Otalgia, Referred | _____ | 465.9 U. R. I. |
| _____ | 346.10 Headache, Common Migraine | _____ | 380.10 Otitis Externa | _____ | 780.4 Vertigo |
| _____ | 346.90 Headache, Migraine | _____ | | _____ | 386.11 Vertigo Benign Positional |
| | | | | _____ | 478.4 Vocal Cord/Larynx Polyp |

Spent the next few years in the house with the a/c cranked down, miserable and unable to farm, raise, sell goats. Few years later a fellow goat breeder passed away. After awhile had to sell goats and horses. Reported and sent tax info and loss to BP but was ignored. Continued to help my farming friends as much as possible as there health was failing. BP was saying the oil was cleaned up and the corexit won't hurt you. He passed away last year. Could no longer have organic garden and canning.

 Lost farming money, could no longer get, eat free seafood or enjoy the beach and instead ran to doctors, picked up prescriptions and stayed inside as much as possible. The days of a freezer full and days spent in Bon Secour were over.  BP changed our way of life for years to come and has had a permanent change in our ability to handle allergens. Left area for awhile and felt better. Returned and low energy, allergy symptoms returned, coughing, eyes etc.


Originally filed on 7/2/10 with claim# 6866124 190268. After multiple visits to our doctors we had seen since 2002, never for these symptoms,  Plaintiff sent a note from Dr. Kurtts , stating most likely due to the oil spill (attached) and several medical bills. After many phone calls, was sent to GCCF with a claim# 1147035. Faxed and mailed these documents over and over to no avail.


Please advise if additional information is needed.


10/4/18

21133 OakRidge Dr
Robertsdale, AL 36567

Clerks office
United States
District Court
500 Poydras St
Eastern District of Louisiana
Attn: Judge Barbier  Ste C151
New Orleans, LA 70130

7016 1630 0001 3234 5473

CERTIFIED MAIL

U.S. POSTAGE PAID
ROBERT
ROBERTSDALE, AL
OCT. 01 '18

$5.50
R2304Y121198-02