UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| **CIVIL ACTION No. 2:16-cv-13874** | * | |
| *Lee vs. BP Exploration & Production,* | | **MAG. JUDGE WILKINSON** |
| *Inc., et al.* | * | |

## RESPONSE TO ORDER TO SHOW CAUSE FOR PTO 66

Plaintiff Tiffany Lee, through her counsel Weitz & Luxenberg, P.C., respectfully submits the below response to the Order to Show Cause.

I.    Introduction

Tiffany Lee was exposed to oil and dispersant products from the BP oil spill on May 12 and May 13, 2010. (PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs ("Plaintitiff Statement") at question 21).  At the time of her exposure. Mrs. Lee was employed by Hypack, Inc. as a support engineer. As part of her employment, Hypack sent Mrs. Lee to Louisiana from May 9, 2010 through May 14, 2010 to train crews on Hypack's hydrographic survey equipment. (Plaintiff Statement at question 24)  Mrs. Lee worked with John Chance Land Surveys, lnc., f /k/a Fugro John Chance, a BP contractor. (Plaintiff Statement at question 24) On May 12 and May 13, 2010, Mrs. Lee performed training for the crew of the Fugro John Chance on the water. (*Id.*) On both days, the Fugro John Chance traveled throughout Vermilion Bay and adjacent waters, where the crew was exposed to oil and dispersants carried from the Deepwater

Horizon explosion site. (*Id.*) Mrs. Lee was continuously sprayed by the oily and Corexit-contaminated water while operating and handling hydrographic survey equipment and training the crew. (*Id.*) Mrs. Lee was also exposed to MRSA on May 12 and May 13, 2010 from the waters. (Plaintiff Statement at question 8). Mrs. Lee's exposure to oil, Corexit and MRSA resulted in severe personal injuries.

II.     Physical Injuries

On May 13, 2010, Mrs. Lee experienced a rash and photosensitivity over her body, headaches, body aches, fatigue, and nausea. (Plaintiff Statement at question 29) These symptoms became worse when she returned from Louisiana to Connecticut on or about May 15. (Plaintiff Statement at question 29) Within two weeks of her exposure, Mrs. Lee developed severe blisters and skin lesions over her entire body, but particularly her legs, back, stomach, and chest, which lasted for months. (Plaintiff Statement at question 29) She first presented to Family Practice Associates in Guilford, CT on June 1, 2010 (Plaintiff Statement at question 31) seeking treatment for her malaise, fever, nausea, blisters and chest rashes. By July of 2010, Mrs. Lee began experiencing memory loss and vision problems, while continuing to experience dermatology issues, gastrointestinal issues, headaches/migraines, and fatigue and body aches. (Plaintiff Statement at question 29) The medical records also report that Mrs. Lee experienced scarring from the lesions.

Mrs. Lee suffered additional injuries from her exposure. She experiences a weakening of her immune system that causes her to get sick more easily. Although Mrs. Lee's health has somewhat improved since her exposures, she still experiences related health issues, particularly due to her weakened immune system. In 2013, for example, she developed a number of OB/GYN issues (hemorrhagic ovarian cysts) and severe problems with her tonsils (abscesses and

white stones in her throat) that led to a tonsillectomy. In 2014, Mrs. Lee developed problems with her parasympathetic nervous system. In 2015, Mrs. Lee experienced a recurrence of her vision problems, similar to a blinding migraine, for several weeks. In March of 2017, she experienced severe gastrointestinal issues that were later partially diagnosed as sclerosing mesentery, leading to severe weight loss, fatigue, vomiting, diarrhea, abdominal pain, and bleeding.

Most recently, in August of 2018, doctors found a number of tumors, cysts, and growths in Mrs. Lee's abdomen, leading them to schedule a total hysterectomy for October 17, 2018 with possible intestinal surgery. She was also diagnosed with Exocrine Pancreatic Insufficiency in September of 2018, placing her on pancreatic enzyme replacement therapy most likely for the rest of her life.

Mrs. Lee originally returned to work after her exposure the week of May 17, 2010, then went on vacation the week of May 24, 2010. Upon her return to Connecticut, she was unable to return to work onsite. She began working from home in June of 2010 due to her injuries (Plaintiff Statement at question 8). In August of 2010, Mrs. Lee alleges that her employer terminated her employment because of her inability to work. (*Id*.) Mrs. Lee was unable to obtain other employment for several years because of her physical injuries. (*Id*.) She was not employed again until May 2014 on a part time, remote basis. (Plaintiff Statement at question 7).

### III.   Particularized Damages

BP claims that Mrs. Lee's Plaintiff Statement is deficient relating to questions about her damages, a claim which Plaintiff disputes. In her response, Mrs. Lee claims past, current, and future medical expenses and lost wages in addition to pain and suffering and provided damages

figures about which she knew at the time.  Nevertheless, Plaintiff Lee provides the following particularized information about the type and amount of her damages and has also amended the Plaintiff Statement to reflect the information below.

Between in or around September of 2010 and September of 2015, Mrs. Lee did not have health insurance. While Plaintiff does not have all her medical records showing her out of pocket costs for medical treatment and is still awaiting that information, Plaintiff does have partial records for the period August of 2010 through November of 2014.  These records reflect a total of $28,285.85 in billed medical expenses.  These expenses represent charges from 11 separate medical service providers: Middlesex Hospital, Quest Diagnostics, Clinical Laboratory Partners, Middlesex Eye Physicians, University of Connecticut Health Center, Eye Care Group, Hattiesburg Clinic, Petal Family Clinic, Wesley Women's Pavilion of South Mississippi, Mercy Regional Medical Center, and La Plata Family Medicine.

As stated above, Plaintiff is still waiting to receive additional billing records from this time period from these providers, and she estimates that the out of pocket expenses identified above represent approximately 70% of her total medical expenses for medical treatment related to her injuries from exposure to the BP oil spill.  Thus, Plaintiff estimates that her total out of pocket medical expenses from the time period during which she was uninsured is between $35,000.00 to $45,000.00.

In addition, based on medical and billing records from October of 2016 to the present, a period of time during which Mrs. Lee had medical insurance, her medical expenses total $139,938.10.

In addition to past medical expenses, it is anticipated that Plaintiff Lee will require ongoing medical treatment from a specialist for her Exocrine Pancreatic Insufficiency. The current annual expenses for this treatment is approximately $39,860 in annual prescription refills and specialist visits. Based on predicted life expectancy, Mrs. Lee is expected to need this treatment for the next 35 years, for a total cost of $1,395,100.

Additionally, Mrs. Lee also seeks pain and suffering damages in the amount of $450,000.00, which is approximately 2.5 times the amount of her medical expenses.

Finally, as explained above, Plaintiff Lee was unable to work from August 2010 through May 2014. Before she lost her job in August 2010, she was being paid $84,000 a year, plus bonuses. In or around May 2014, Mrs. Lee was able to secure part time employment which paid $18,700 from May 2014 through January 2015. Thus, Mrs. Lee is seeking lost wages for the period August 2010 to May 2014 in the amount of $315,000 for 3 years and 9 months out of work and from the period May 2014 to January 2015 in the amount of $43,433.33, the difference between her former salary for 8 months of work and what she was paid for her part time work. Since the fall of 2015, Mrs. Lee has not been able to return to her prior profession and enrolled in a full time graduate program. At present, Mrs. Lee has ongoing lost income of $84,000 per year and while she expects to complete her graduate degree in December of 2018, it is not currently known when she will obtain income in her new profession, if at all.

Below is a chart that summarizes Mrs. Lee's damages as a result of her physical injuries from the BP oil spill:

| | |
|---|---|
| Medical expenses out of pocket, per billing records, Sept. 2010 – Sept. 2015 | $28,285.85 |
| Approximate medical expenses out of pocket in pending billing records from this time period | $7,000.00-$17,000.00 |

| Medical expenses billed to current insurance provider, Oct. 2016 – present | $139,938.10 |
| --- | --- |
| Future medical expenses | $1,395,100.00 |
| Lost wages, Aug. 2010 – May 2014 | $336,000.00 |
| Lost wages, May 2014 – January 2015 | $43,533.33 |
| Lost wages, February 2015 – retirement[1] | $2,100,000.00 |
| Pain and suffering | $450,000.00 |

Respectfully submitted,

By: */s/ Robin L. Greenwald*
Robin L. Greenwald, Esq.
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
*Attorney for Plaintiff*

---

[1] Calculated under the assumption that Mrs. Lee does not obtain additional income after her graduate program and would retire at 65, the expected retirement age in the United States.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Response to the Order to Show Cause has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of October, 2018.

                                                                   /s/ *Robin L. Greenwald*

                                                                   Robin L. Greenwald