

REVISED
EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** Stephon Caldwell

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

### A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 1008 West Intendencia Street
   Address Line 2: 
   City: Pensacola    State: Florida    Zip: 32502

2. Telephone number: 850-206-7937 or 850-485-9502

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: 

4. Date and Place of Birth: October 28,    Montgomery, Alabama

5. Male  X    Female ___

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 6509 Greenwell Street<br>Pensacola, Florida  38502 | 2005-2010 |
| 809 Bloodworth Street<br>Pensacola, Florida | 2010 |
| 711 West Gregory Street<br>Pensacola, Florida | 2010-2011 |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Stephon Caldwell Home Repairs | self-employed | August, 2007 - June, 2010 | Handyman |
| Plant Performance Services, L.L.C. ("P2S") | 4800 Sugar Grove Suite 450 Stafford, TX  77477 | July, 2010 - September, 2010 | Oil Spill Clean up |
| Southern Cat | | September, 2010 - January, 2011 | Oil Spill Clean up |
| Stephon Caldwell Home Repairs | self-employed | January, 2011 - Present Sporadically | Handyman |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes __X__  No_____  If *"Yes,"* when were you out of work and why? __Injured three discs in back on December 12, 2010 while working for Southern Cat._____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes__X__     No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_X___     Offshore_____     Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____     No__X__

12. Did you handle hazardous materials as part of your cleanup work?

   Yes__X__     No_____

13. Please set forth the following information about your cleanup work:

   A.   Your employer(s): __Southern Cat and P2S_____

   B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):
        __Cannot recall_____

   C.   A description of the work performed for employer(s) identified in Question No. 13(A):__Set up tents, picked up tar balls and oil, drove ATV._____

   D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):__July, 2010 - January, 2011.  Worked 5-7 days a week, 12 hour shifts._____
        __Locations were Perdido Key Beach and Johnson's Beach_____

E. The names of any vessel(s) or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____
  Cannot recall.
_____

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

   Yes _X___   No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

   Yes _X___   No _____

16. List all address(es) at which you resided in 2010: 6509 Greenwell, Pensacola, Florida;
   809 Bloodworth Street and 711 West Gregory Street, Pensacola, Florida.

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

   _X___ Bodily injury from exposure to oil and/or dispersants

   _____ Bodily injury other than from exposure to oil and/or dispersants

   _X___ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.   Were you exposed to oil, dispersants, or both?

   Oil_____          Dispersants_____          Both__X__

19.   How were you exposed? (*Check all that apply*)

   A.   Inhalation              Yes__X__   No_____

   B.   Dermal (skin) contact   Yes__X__   No_____

   C.   Ingestion               Yes__X__   No_____

   D.   Other (please describe): _____

20.   What was the date(s) of your exposure?

   Day: _____   Month: _July-January_   Year: _2010-2011_

21.   How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

   All methods of exposure occurred on a daily basis while at work
   _____
   _____

22.   What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

   I was exposed to oil and dispersants from July, 2010 through January, 2011, at the following locations:
   Perdido Key Beach and Johnson Beach, Florida
   _____
   _____

23.   For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

   Exposure occurred 12 hours per day, each day of work at the clean up locations.
   _____
   _____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: I was exposed through the eyes and skin by handling the toxic materials.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes__X__    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:
    I reported exposure to Autry Owens with P2S and Andre with Southern Cat.

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____

    E. Identify any individual(s) who witnessed your injury:_____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

**F.   INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____
    See Addendum to Exhibit A attached.
    _____
    _____

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
    All medical conditions are the result of being exposed to the toxicants in the oil and dispersants
    through inhalation, ingestion, dermal absorption and other pathways.
    _____
    _____
    _____

31. On what date did you first report or seek treatment for your injury or illness: September 8, 2012

32. On what date was your injury first diagnosed: September 8, 2012
    _____

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
| --- | --- |
| Dr. Harbour | Center for Sight<br>6190 North Davis Highway, Pensacola, Florida, 32504 |
| Dr. William Howe | 1573 Nantahala Beach Road<br>Gulf Breeze, Florida, 32563 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr. David Fairleigh | Gulf Coast Pain Specialist<br>8333 North Davis Highway, Pensacola, Florida, 32514 |
| Dr. Benson | Creekside Psychiatric Center<br>5190 Bayou Boulevard, Building 6, Pensacola, Florida, 32503 |
| Dr. Michael Gilmore | 4724 North Davis Highway<br>Pensacola, Florida, 32503 |
| Dr. Robert Sackien | 4601 North 9th Avenue<br>Pensacola, Florida, 32503 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __X__. If "*Yes*,"

    A. When? _____

    B. Who diagnosed the injury (or condition) at that time? _____
    _____
    _____

    C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes __X__ No_____. If "*Yes*,"

    A. What date did you first experience such injury or condition? __Cannot recall_____
    B. What injury (or condition) was made worse? __Vision worsened._____
    _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Norman Taylor | Community Health of Northwest Florida<br>14 West Jordan Street, Suite A&B, Pensacola, Florida, 32501 |
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes __X__   No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

    Past medical expenses: $19,472

    Physical and mental pain and suffering: $150,000

    Breach of contract: 2-3 years of lost wages

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes __X__   No _____

    If "Yes":

    A.   From whom did you receive this compensation or reimbursement?_____

         Southern Cat

  B.  When did you receive this compensation or reimbursement?_____

    August, 2014

  C.  What was the amount of the compensation or reimbursement?_____

    $175,000

**G.** **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

  Yes__X__  No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes_____  No__X__

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

  _____

  _____

44. Describe how the contract was breached: Signed for 2-3 years of work but once well was capped, everyone was let go.

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

  See response to question number 39.

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

Loss of income due to discontinuance of work.
_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _MAY_____, 2018

Location (City and State): _Pensacola Fla_

_Stephon Caldwell_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_Stephon Caldwell_
Print Name

_Clean up_
Title/Position (if signed on behalf of a business or other entity)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

## Addendum to Exhibit A

### Caldwell, Stephon – Question Number 29:

- Back injury and knee injury when fell into a hole on the beach on 12/12/2010.
- Headaches began shortly thereafter.
- Vision problems started in April, 2012;
- Chronic musculoskeletal back pain and joint pain;
- Osteoarthritis in right knee; disc herniation;
- Visual changes;
- PTSD;
- Neurologic:  Hearing loss; memory loss, dizziness, tingling burning, numbness, tremors;  Chronic pain in cervical, lumbar, and sacral areas;