

# REVISED
# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## PTO 66 PARTICULARIZED STATEMENT OF CLAIM
## FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** Michael Anthony Turner

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.   YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 2109 Hagood Loop
   Address Line 2: _____
   City: Crestview     State: Florida     Zip: 32536

2. Telephone number: 850-225-8663

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____

4. Date and Place of Birth: August 25,     Covington County, Lockhart, Alabama

5. Male  X     Female ____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| None | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Plant Performance Services, L.L.C. ("P2S") | 4800 Sugar Grove Suite 450 Stafford, TX 77477 | May-August, 2010 | Oil spill clean up |
| AM Construction Services of NW Florida, Inc. | 2109 Hagood Loop Crestview, FL 32536 | 2008-May, 2010 August, 2010-2011 | General construction |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes __X__ No_____ If *"Yes,"* when were you out of work and why? __Disability - 2011 to present_____

_____

**B.    THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes__X__    No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____    Offshore_____    Both__X__

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____    No__X__

12. Did you handle hazardous materials as part of your cleanup work?

    Yes__X__    No_____

13. Please set forth the following information about your cleanup work:

    A.   Your employer(s): __P2S_____

    B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):
         __Two gentlemen by the names of "Crash" and "Nathan"._____

    C.   A description of the work performed for employer(s) identified in Question No. 13(A): __Collected tar balls, crude oil, oil tar, oil sheen and chemical dispersants.__
         __Any thing that contained tar was collected - wildlife, shells, trash, etc.__

    D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): __May, 2010 through August, 2010_____
         _____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): __None__

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): __BP officials were present.__

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes __X__   No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____   No_____

16. List all address(es) at which you resided in 2010: __2109 Hagood Loop, Crestview, Florida, 32536__

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    __X__ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.  EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____          Dispersants_____          Both__X__

19. How were you exposed? (*Check all that apply*)

    A.  Inhalation              Yes__X__     No_____

    B.  Dermal (skin) contact   Yes__X__     No_____

    C.  Ingestion               Yes__X__     No_____

    D.  Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____     Month: May-August     Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    All three methods of exposure occurred on a daily basis while at work.

    _____

    _____

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    I was exposed to all three methods of oil and dispersants from May to August, 2010, at the following locations:

    Gulf Island National Seashore in Destin, Florida; Okaloosa Island in Fort Walton Beach, Florida; and

    Walton County Beach, Florida.

    _____

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Exposure occurred 10-12 hours per day, each day of work at the various locations.

    _____

    _____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: <u>We stayed in the clean up areas for our entire 10-12 hour shift.  The supervisor would bring us breakfast and sandwiches on the beach and there was no way to wash our hands.  We would go in and out of the water collecting tar balls and other toxic materials.</u>  Toward the end of employment, we were more in the water than on the shore.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes  X       No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    "Crash" and "Nathan".  Reports were constantly made to the supervisors.
    _____
    _____

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____
    _____
    _____

    E. Identify any individual(s) who witnessed your injury:_____
    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
    _____
    _____
    _____

**F.  INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____
    
    See Addendum to Exhibit A attached.
    _____
    _____

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
    
    All medical conditions are the result of being exposed to the toxicants
    in the oil and dispersants through inhalation, ingestion, dermal
    absorption and other pathways.
    _____
    _____
    _____

31. On what date did you first report or seek treatment for your injury or illness:
    Cannot recall the first date treatment was sought.

32. On what date was your injury first diagnosed: 05/09/2011 - headaches, shortness of breath,
    lack of energy, impaired motor skills, skin lesions; 04/21/2012 - blurry vision, redness, irritation.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Harbour | Center for Sight<br>6190 North Davis Highway, Pensacola, Florida, 32504 |
| Dr. Rodney Soto | 1007 Goodyear Avenue<br>Gadsden, Alabama   35901 |

Dr. Herf                           435 Brookmeade Drive
                                   Crestview, Florida   32529

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr. Franklin | 550 Redstone Avenue, Suite 200<br>Crestview, Florida   32530 |
| Dr. Chipman | 550 Redstone Avenue, Suite 200<br>Crestview, Florida   32530 |
| Dr. Paul Wang | Sacred Heart Medical Group<br>5151 N. 9th Avenue, Pensacola, Florida   32504 |
| Dr. Peter Godleski | North Okaloosa Physicians Group<br>550 Redstone Avenue, Suite 370, Crestview, Florida   32536 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __X__. If "*Yes*,"

    A. When? _____

    B. Who diagnosed the injury (or condition) at that time? _____
    
    _____
    
    _____

    C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____ No__X__. If "*Yes*,"

    A. What date did you first experience such injury or condition?_____
    B. What injury (or condition) was made worse?_____
    
    _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Lauren Franklin | 550 Redstone Avenue, Suite 200<br>Crestview, Florida   32530 |
| Dr. Rodney Soto | Holistic Medical Center of Alabama<br>12205 Country Line Road, Suite E, Madison, Alabama, 35758 |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes __X__   No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

   Past medical expenses:  $54,270 for the illnesses identified in the Addendum to question no. 29.

   Physical and mental anguish:  $125,000

   Breach of contract:  20 months lost wages

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes __X__   No_____

   If "Yes":

   A. From whom did you receive this compensation or reimbursement?_____
       P2S

  B.  When did you receive this compensation or reimbursement?_____

    _____

  C.  What was the amount of the compensation or reimbursement?_____

    _____

**G. CONTRACT CLAIMS**

 (*For plaintiffs claiming breach of contract.*)

41. Is your claim based on a breach of contract?

  Yes\_\_X\_\_  No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes_____  No\_\_X\_\_

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

 _____

 _____

44. Describe how the contract was breached: Was told by BP through P2S that employment would continue for at least 2 years

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

 See response to question number 39.

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

Loss of income due to discontinuance of work.
_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 6/29, 2018

Location (City and State): Milton, Fl

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Michael A. Turner
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**Addendum to Exhibit A**

### Turner, Michael – Question Number 29:

- Bone , disc, joint, and skeletal degeneration without history of trauma or injury
- Cervical spondylosis without myelopathy
- Degenerative joint disease
- Bicipital tenosynovitis
- Degeneration of cervical intervertebral disc
- Fusions of neck and back
- Disorder of shoulder
- Degeneration of cervical intervertebral disc
- Degeneration of intervertebral disc
- Degenerative joint disease of shoulder region
- Numbness and tingling of bilateral upper extremities with radicular type pain
- Significant degenerative disc disease
- Bilateral shoulder impingement and osteoarthritis
- Spondylosis cervical spine with degenerative disc disease
- Arthritis in left glenohumeral joint
- Left anterior shoulder pain and numbness
- Multiple disc abnormalities
- Osteophytic neural foraminal encroachment present at multiple levels
- Spinal stenosis
- acute sinusitis
- chronic bronchitis
- Generalized Anxiety Disorder
- Anemia
- Depression
- Allergic Rhinitis
- Colon polyp
- Diverticulosis
- Extensive degenerative disc disease
- Degenerative arthritic changes of the spine
- Abdominal pain, constipation
- Itching and numbness
- Anxiety
- Arthritis
- Headaches
- Osteoarthritis
- Abnormal palpation/inspection of joints, bones, and muscles
- Elevated blood pressure
- Chronic bronchitis
- Contact dermatitis

**Addendum to Exhibit A**

- Generalized Anxiety Disorder
- Insomnia
- Lipoma of the Adipose Tissue
- Organic Impotence
- Prostatis
- Shortness of Breath
- Left Testicular Pain
- Urinary Frequency
- Visual Disturbances
- Atheriosclerotic Cardiovascular Disease
- Benign Essential Hypertension
- Elevated Blood Pressure
- Diverticulitis
- Hyperlipidemia
- Insomnia
- Nausea and Vomiting
- Organic impotence
- Dysuria
- Pustule perineum
- Shortness of Breath
- Optic nerve injury
- Fatigue
- Memory low
- Nervousness
- Eye injury
- Blurry vision
- Chest pain
- Rectal bleeding
- Joint pain
- Joint stiffness
- Muscle pain
- Tingling sensations, weakness, and tremors
- Nervousness
- Hematological Parameters:  elevated WBC; elevated neutrophils; low lymphocytes; high absolute neutrophils; low hemoglobin; low MCHC; High RDW; low hemoglobin; high MCV; low RBC; low MPV; low monocytes; low absolute lymphocytes; high basophils; high absolute basophils; high absolute monocytes
- Double vision
- Dry eye syndrome
- Chronic Conjunctivitis
- Eye injury from exposure to oil spill

**Addendum to Exhibit A**

- Erectile dysfunction
- Low sodium
- Low BUN/Creatinine Ratio
- High potassium
- High specific gravity
- High cholesterol
- High triglyceride
- High LDL
- High VLDL
- Low Ferritin
- High Iron binding capacity
- Low BUN
- Low Mean Platelet Volume
- Dizziness
- Numbness and tingling
- Vision disorders
- High Sed Rate
- CSF:  High WBC; High RBC; High Mononuclear
- Mildly enlarged left atrium
- Mild mitral regurgitation
- Mild pulmonic regurgitation