UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION:  J(2) |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Lorinzo Murphy v. BP Exploration & | * | |
| Production Company, et al | * | MAG. JUDGE WILKINSON |
| Case No.:  13-cv-01031 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RESPONSE TO
## ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 66

NOW COMES Lorinzo Murphy, Respondent/Plaintiff ("Plaintiff") herein, who responds to the Order to Show Cause Re: Compliance with PTO 66 issued by this Honorable Court on September 20, 2018 as follows.

1)	Plaintiff has an individual lawsuit, case number 13-cv-1031, which was filed on April 17, 2013 and is identified in Exhibit 4 of this Court's Order to Show Cause Re: Compliance with PTO 66.

2)	Exhibit 4, in which Plaintiff is identified, lists B3 plaintiffs whose PTO 66 submissions were timely but who BP claims the Plaintiff's PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs is "materially deficient for one or more identified reasons".  In the instant matter, BP claims it is because Plaintiff "failed to respond to other key questions".

3)    A review of Plaintiff's PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs submission reveals that question number 32 regarding date of first diagnosis of injury and question number 48 regarding how the breach of contract caused Plaintiff damages were inadvertently left blank.

4)    In order to satisfy BP's claims that Plaintiff "failed to respond to other key questions", Plaintiff has revised his originally submitted PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs, particularly questions numbered 32 and 48, and now attaches the revised PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs to this response as Exhibit 1.

WHEREFORE, for these reasons, Plaintiff respectfully requests that this Honorable Court accept the attached revised PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs as a compliant submission and allow Plaintiff to proceed further with his claim.

Respectfully submitted,

 /s/ Timothy J. Falcon
TIMOTHY J. FALCON
Louisiana State Bar No. 16909
Email: tim@falconlaw.com
JEREMIAH A. SPRAGUE
Louisiana State Bar No. 24885
Email: jerry@falconlaw.com
JARRETT S. FALCON
Louisiana State Bar No. 34539
Email: jarrett@falconlaw.com
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, Louisiana  70072
Telephone:  (504) 341-1234
Facsimile:  (504) 341-8115

/s/ Allen W. J. Lindsay, Jr.
ALLEN W. J. LINDSAY, JR.
Florida State Bar Number 104956
awl@lal-law.com
Lindsay & Lindsay, P.A.
5218 Willing St.
Milton, Florida 32570
(850) 623-3200 (Phone)
(850) 623-0104 (Fax)

Counsel for Plaintiff, Lorinzo Murphy

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 11th day of October, 2018, I electronically filed the foregoing Response to Order to Show Cause Re: Compliance with PTO 66 with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

 /s/ Timothy J. Falcon