E-SERVICE
61896588
Apr 09 2018
05:14PM
File & ServeXpress

# REVISED
# EXHIBIT A



**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
**FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:**  Lorinzo Murphy

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:**  Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity.  If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.     YOUR BACKGROUND INFORMATION

1.     Current address:

Address Line 1:  114 Walker Circle E

Address Line 2:

City:  Crestview          State:  Florida          Zip:  32539

2.     Telephone number:  850-603-9711

3.     Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  Renzo

4.     Date and Place of Birth:  June 21,          Catherine, Arizona

5.     Male  X          Female

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| None | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Plant Performance Services, L.L.C. ("P2S") | 4800 Sugar Grove Suite 450 Stafford, TX  77477 | June-August, 2010 | Oil Spill Clean up |
| Self-employed | | Prior to June, 2010 and after August, 2010 | Lawn service/handyman |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____ No__X___  If *"Yes,"* when were you out of work and why? _____

_____

**B.      THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes___X___      No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.      Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____        Offshore_____        Both___X___

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____        No___X___

12.    Did you handle hazardous materials as part of your cleanup work?

Yes___X___      No_____

13.    Please set forth the following information about your cleanup work:

A.      Your employer(s): _P2S_____

B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):
"Paul"_____

C.      A description of the work performed for employer(s) identified in Question No. 13(A):_Collected oil/tar balls and put in bags._____

_____

D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_June-August, 2010.  Locations were Okaloosa Island, Fort Walton Beach,_

_Destin and Emerald Coast, Florida_____

E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____Cannot recall_____

## 2.    Residents/Tourists

14.    Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes__X____        No_____

15.    Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____        No__X____

16.    List all address(es) at which you resided in 2010:_____

__114 Walker Circle East, Crestview, Florida, 32539_____

## C.    INFORMATION ABOUT YOUR B3 CLAIM

17.    Are you claiming that you suffered damages from (*Check all that apply*):

___X___Bodily injury from exposure to oil and/or dispersants

___X___Bodily injury other than from exposure to oil and/or dispersants

___X___A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____               Dispersants_____               Both__X__

19.     How were you exposed? (*Check all that apply*)

A.     Inhalation               Yes__X__          No_____

B.     Dermal (skin) contact          Yes__X__          No_____

C.     Ingestion               Yes__X__          No_____

D.     Other (please describe): _____

20.     What was the date(s) of your exposure?

Day: _____     Month: __June-August_____     Year: __2010____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

All methods of exposure occurred on a daily basis while at work
_____

_____

_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil or dispersants, or both)?

I was exposed to oil and dispersants from June through August, 2010, at the following locations:

Oklaoosa Island, Ft. Walton Beach, Destin and Emerald Coast in Florida
_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

Exposure occurred 12 hours per day, each day of work at the clean up locations.
_____

_____

_____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:  I was exposed through the eyes and skin by handling the toxic materials.  I was also exposed by swallowing water when working offshore.

25. *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes__X____        No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    Cannot recall exactly but believes the supervisor's name was "Paul".

**E.    NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A.    The nature of your injury: Dizzy and passed out

    B.    The date(s) of your injury: 2010 while working clean up

    C.    The location(s) of your injury: Destin, Florida -Okaloosa Island

    D.    The work that you were performing when you sustained your injury:_____
          Oil Spill Clean up

    E.    Identify any individual(s) who witnessed your injury: Everybody on crew on site and Paul.

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
    Passed out, had difficulty breathing.  EMTs were notified and I went to NOMC in Crestview, Florida.

**F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you
        claim resulted from the spill or your cleanup work in response to the oil spill: _____

        _____See Addendum to Exhibit A attached._____

        _____

        _____

30.     Please explain how your injury (or medical condition) resulted from the spill or your
        cleanup work in response to the oil spill:

        __All medical conditions are the result of being exposed to the toxicants in the oil and dispersants__

        __through inhalation, ingestion, dermal absorption and other pathways._____

        _____

        _____

        _____

31.     On what date did you first report or seek treatment for your injury or illness:
        __2010 - cannot recall exact date_____

32.     On what date was your injury first diagnosed: __7/21/2010 - 1st treatment for chest__

        __pain and esophageal reflux; 12/08/2012 -blurry vision and headaches__

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or
        condition):

| Name | Address |
|------|---------|
| Dr. Harbour | Center for Sight<br>6190 North Davis Highway, Pensacola, Florida, 32504 |
| Dr. Andrew Ringel | 417 Racetrack Road NW, #2<br>Fort Walton Beach, Florida  32547 |

34.     Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| Dr. Angela Thomas | 550 Redstone Avenue W, #200<br>Crestview, Florida  32539 |
| Dr. William Howe | 1573 Natahala Road<br>Gulf Breeze, Florida  32563 |
| | North Okaloosa Medical Center<br>151 Redstone Avenue SE, Crestview, Florida  32539 |
| Dr. Michael Foley | 524 West James Lee Boulevard<br>Crestview, Florida  32536 |

35.     Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____  No ___X___.  If "*Yes*,"

    A.     When? _____

    B.     Who diagnosed the injury (or condition) at that time? _____

           _____

           _____

    C.     Who treated the injury (or condition) at that time?_____

36.     Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes __X___  No_____.  If "*Yes*,"

    A.     What date did you first experience such injury or condition?____2010_____

    B.     What injury (or condition) was made worse? __Shortness of breath, dizziness,_____
           __vision problems._____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| Dr. John Johnson | Sacred Heart Medical Group at Crestview<br>550 Redstone Avenue W, Suite 200, Crestview, Florida, 32539 |
|  |  |
|  |  |
|  |  |
|  |  |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

                Yes _____   No ___X___

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

        Physical and mental anguish:  $125,000

        Breach of contract:  20 months of lost wages

        _____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

        Yes_____  No___X___

        If "Yes":

        A.      From whom did you receive this compensation or reimbursement?_____

                _____

      B.      When did you receive this compensation or reimbursement?_____

_____

      C.      What was the amount of the compensation or reimbursement?_____

_____

## G.   CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes___X___     No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____     No___X___

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

Unknown
_____

_____

44.    Describe how the contract was breached:__We were promised 2 years of work._____

_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

     See response to question number 39._____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

   Loss of income due to discontinuance of work._____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __May 13__, 2018

Location (City and State): __Crestview, FL__

_____
Signature of Plaintiff*

*Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

__Lorinzo Murphy__
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than __Monday, July 9, 2018__, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**Addendum to Exhibit A**

**Murphy, Lorinzo – Question Number 29:**

- Hearing loss
- Weight loss
- Blurry eyes
- Headaches
- Chronic Dry eye syndrome
- Chronic conjunctivitis
- Chemical injury
- Mild disc pallor
- Possible optic nerve involvement
- Possible chemical
- Pneumonitis
- Peripheral neuropathy-fingers and toes
- Visual disturbances
- Depression
- Spots in front of eyes
- Blurry vision in bright light
- Possible chemical pneumonitis
- Rectal pain and bleeding
- Lower abdominal pain
- Rectal pain and burning with stools
- Painful hands and weakness
- Heavy breathing
- Dizziness
- Pain over the median nerve
- Marked decrease in grasp strength
- Fatigue
- Bilateral Carpal tunnel syndrome
- Anxiety disorder
- Hemorrhoid pain, bleeding
- Groin pain
- Right testicular pain--swollen
- Pain on urination
- Bloody stools
- Prostate tender
- Chest pain
- Numbness to left hand
- Shortness of breath
- Panic attacks
- Mild lower abdominal cramping

## Addendum to Exhibit A

- Decrease in sensation through fingers
- Pain in arms
- Hematological Parameters:  High MCV; high MCH; High basophils; high absolute eosinophils; low RBC; low MPV; increased neutrophils; low lymphocytes; increased absolute neutrophils;
- Elevated creatinine
- Proteinuria
- Episodes of weakness, clammy, diaphoretic, tingling in fingers,; left precordial chest pain
- Abnormal EKG
- Erectile dysfunction
- Gastroesophageal reflux disease
- Multiple sinus infections
- Allergic rhinitis
- Nausea, vomiting, fever, chills, diaphoresis
- Atherosclerotic disease
- Elevated amylase
- Elevated Total Bilirubin
- Low HDL
- Elevated Chloride
- Two left Renal cysts
- Arthritis
- Abdominal side pain
- Hematuria
- Increased prothrobin time
- INR (International Normalized Ratio)—High
- Dark yellow urine; cloudy urine; hematuria; proteinuria; nitrites; leukocyte esterase
- Increased RBC, WBC, bacteria in urine
- Right testicular pain
- Right hydrocele
-