

# REVISED
# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Cynthia Anne Elliott

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 6450 Tonya Drive
   Address Line 2: 
   City: Milton   State: Florida   Zip: 32570

2. Telephone number: 850-365-9942

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Cynthia Hindall

4. Date and Place of Birth: August 12,   Pensacola, Florida

5. Male____   Female  X

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| None | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| AJ Elliott (self-employed) | 102 Jones Avenue Milton, FL  32570 | 2008-2009 | Travel, pay bills, pick up pay checks for the jobs |
| Plant Performs Services, L.L.C. ("P2S") | 4800 Sugar Grove Suite 450 Stafford, TX  77477 | July-August, 2010 | Picked up tar balls and anything related to oil, drove ATV |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____  No__X___  If *"Yes,"* when were you out of work and why?_____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes__X__      No_____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

  **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore__X__      Offshore_____      Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____      No__X__

12. Did you handle hazardous materials as part of your cleanup work?

    Yes__X__      No_____

13. Please set forth the following information about your cleanup work:

    A.   Your employer(s): __P2S_____

    B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):
         __Terry - P2S Supervisor and "Zoo" Team Captain_____

    C.   A description of the work performed for employer(s) identified in Question No. 13(A):__Pick up oil from the beaches_____

    D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):__July, 2010 through August, 2010_____
         __Fort Pickens in Pensacola, Florida_____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):__Team Captain_____

_____

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes__X___    No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____    No__X___

16. List all address(es) at which you resided in 2010:__6450 Tonya Drive, Milton, Florida, 32570

    _____

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X___Bodily injury from exposure to oil and/or dispersants

    _____Bodily injury other than from exposure to oil and/or dispersants

    __X___A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

Case 2:10-md-02179-CJB-DPC   Document 25042-1   Filed 10/11/18   Page 4 of 14

**D. EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____         Dispersants_____         Both__X__

19. How were you exposed? (*Check all that apply*)

    A.  Inhalation              Yes__X__    No_____

    B.  Dermal (skin) contact   Yes__X__    No_____

    C.  Ingestion               Yes__X__    No_____

    D.  Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____     Month: __July-August__     Year: __2010__

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    All three methods of exposure occurred on a daily basis while at work.

    _____

    _____

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    I was exposed to all three methods of oil and dispersants from July to August, 2010 at the following

    Locations: Fort Pickens in Pensacola, Florida

    _____

    _____

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Exposure occurred 2 hours per day, 7 days a week work days.

    _____

    _____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: <u>I was exposed through the eyes and skin by</u> <u>handling the toxic materials. I was also exposed by swallowing water when working offshore.</u>
   _____
   _____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____   No__X____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:
   _____
   _____
   _____

**E.   NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A.   The nature of your injury:_____

    B.   The date(s) of your injury:_____

    C.   The location(s) of your injury:_____

    D.   The work that you were performing when you sustained your injury:_____
         _____
         _____

    E.   Identify any individual(s) who witnessed your injury:_____
         _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
   _____
   _____
   _____

**F.    INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____
    See Addendum to Exhibit A attached.
    _____
    _____

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
    All medical conditions are the result of being exposed to the toxicants in the oil and dispersants
    through inhalation, ingestion, dermal absorption and other pathways.
    _____
    _____
    _____

31. On what date did you first report or seek treatment for your injury or illness:
    Cannot recall the first report of all injuries.

32. On what date was your injury first diagnosed: 11/2/2010 - kidney problems;
    09/30/2010 - acute bronchitis and persistent cough; 08/24/2011 - biliary dyskinesia

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Luis Navas | Medical Center Clinic<br>8333 North Davis Highway, Building 1, Pensacola, Florida, 32514 |
| Dr. Anthony Doerr | Medical Center Clinic<br>8333 North Davis Highway, Building 1, Pensacola, Florida, 32514 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| West Florida Hospital | 8383 North Davis Highway, Pensacola, Florida, 32514 |
| Dr. John O. Gage | Medical Center Clinic<br>8333 North Davis Highway, Pensacola, Florida, 32514 |
| Dr. Derek Jones | Medical Center Clinic<br>8333 North Davis Highway, Pensacola, Florida, 32514 |
| Dr. Brant Fulmer | The Urology Center<br>8333 North Davis Highway, Pensacola, Florida, 32514 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __X__. If "*Yes*,"

    A. When? _____

    B. Who diagnosed the injury (or condition) at that time? _____

    C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes __X__ No_____. If "*Yes*,"

    A. What date did you first experience such injury or condition? Cannot recall
    B. What injury (or condition) was made worse? Gout worsened her diabetes by causing kidney complications such as kidney stones - only has one kidney

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Luis Navas | 8333 North Davis Highway<br>Pensacola, Florida   32514 |
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes __X__   No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

    Past and future lost wages:  $250/week

    Physical and mental pain and anguish:  $125,000 for the illnesses identified in Addendum question no. 29.

    Breach of contract:  23 months lost work

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes__X__   No_____

    If "Yes":

    A. From whom did you receive this compensation or reimbursement?__P2S_____

    _____

    B.    When did you receive this compensation or reimbursement?_____

        Cannot recall dates.

    C.    What was the amount of the compensation or reimbursement?_____

        $3,221.65

**G.　CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes\_\_X\_\_    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____    No\_\_X\_\_

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    Contract was verbal with BP through my employer.

44.    Describe how the contract was breached: Work was not provided that the verbal contract promised.

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

    See response to question number 39.

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

Loss of income due to discontinuance of work.
_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _May 23_, 2018

Location (City and State): _Milton, Florida_

_[signature]_
Signature of Plaintiff*

*_Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign._

Cynthia Elliott
Print Name

_____
Title/Position (_if signed on behalf of a business or other entity_)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**Addendum to Exhibit A**

**<u>Elliott, Cynthia – Question Number 29:</u>**

- kidney stones
- hyperlipidemia
- hypothyroidism
- swollen stomach
- joint pain
- bronchitis
- fatigue
- headaches
- shortness of breath
- hypothyroidism
- anxiety
- hypertension
- microalbuminuria
- depression
- Skin cancer
- Gouty diaphysis
- Hematuria
- Proteinuria
- Elevated uric acid
- Hematuria
- Blurred vision
- Sinus problems
- Frequent cough
- Hydronephrosis
- Kidney stones
- Prolapsed anal papillae
- Posterior anal ulcer
- Biliary dyskinesia
- Low globulin
- High albumin/globulin ratio
- Low albumin
- Anal papilla
- Hypertriglyceride
- Low globulin
- Low Vitamin D
- Wheezing
- Gout
- Dysphonia
- Hoarseness
- Chronic otitis media

**Addendum to Exhibit A**

- GERD
- Edema of lower extremities
- Abdominal pain and chronic diarrhea
- Chronic allergic rhinitis
- Hypertrophied anal papillae
- urolithiasis
- Hematological parameters:  high WBC; high neutrophils; low lymphocytes; high absolute neutrophils; high hemoglobin;
- High creatinine
- High SGOT/AST
- Low SGOT/AST
- High BUN
- Low total protein
- Low magnesium
- Low calcium
- Low albumin
- High uric acid
- High chloride
- Hepatic steatosis
- Biliary colic/biliary dyskinesia
- Fatty infiltration of the liver
- Anal papillae
- Microalbumin/creatinine ratio high

Hematuria