Case 2:10-md-02179-CJB-DPC Document 25045-1 Filed 10/11/18 Page 1 of 9
Case 2:18-cv-02886-CJB-JCW Document 6 Filed 07/09/18 Page 19 of 19

From: Yani Chararan   Fax:   To:   Fax: (504) 362-5452   Page 7 of 18 05/24/2018 8:37 AM

Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 1 of 12

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Alonzo Odoms Jr.

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 2429 SUNSET DRIVE
   Address Line 2: ~~00050~~ 2057 Paine Dr Marrero La. 70072
   City: HARVEY    State: LA    Zip: 70058

2. Telephone number: _____

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A

4. Date and Place of Birth: 07/08/1969

5. Male ✓    Female ____

Case 2:10-md-02179-CJB-DPC Document 25045-1 Filed 10/11/18 Page 2 of 9
Case 2:13-cv-02886-CJB-JCW Document 6 Filed 07/09/18 Page 2 of 9
From: Yani Chereran   Fax:   To:   Fax: (504) 362-5452   Page 8 of 18 05/24/2018 8:37 AM
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 2 of 12

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 2429 SUNSET DRIVE HARVEY, LA 70058 | 2007 - 2014 |
| 2057 PAINE DRIVE MARRERO, LA 70072 | 1978 - 2003 |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| AMERI-FORCE | 9485 REGENCY SQAURE BLVD SUITE 300 JACKSONVILLE, FL 32225 | JUNE 2010 - OCTOBER 2010 | CLEAN UP WORKER Oil responder |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓  No ____ If "Yes," when were you out of work and why? Deceased

### B.   THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes ✓      No ____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

#### 1.   Cleanup Workers

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.   Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore ✓      Offshore ____      Both ____

11.   Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes ____      No ✓

12.   Did you handle hazardous materials as part of your cleanup work?

   Yes ✓      No ____

13.   Please set forth the following information about your cleanup work:

   A.   Your employer(s):   **AMERI-FORCE**

   B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):
   
   **UNKNOWN**

   C.   A description of the work performed for employer(s) identified in Question No. 13(A):   **CLEAN UP TAR BALLS FROM THE BEACH SHORELINE** — Clean up oil in the Gulf

   D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):   **FROM JUNE 2010 - OCTOBER 2010**
   
   **7 DAYS A WEEK 12 HOURS A DAY   AT DULAC FLOATING CITY**

Case 2:10-md-02179-CJB-JCW   Document 25045-1   Filed 10/11/18   Page 3 of 9
Case 2:19-cv-02886-CJB-JCW   Document 6   Filed 07/09/19   Page 3 of 9

Case 2:10-md-02179-CJB-DPC Document 25045-1 Filed 10/11/18 Page 4 of 9
Case 2:13-cv-02886-CJB-JCW Document 6 Filed 07/09/18 Page 4 of 9
From: Yani Charsran   Fax:   To:   Fax: (604) 362-8452   Page 10 of 18 05/24/2018 8:37 AM
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 4 of 12

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): **Intruder / Captain Harris**

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____   No **X**

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____   No **X**

16. List all address(es) at which you resided in 2010: **2429 Sunset Dr. Harvey La. 70058, 8057 Paine Dr. Marrero La. 70072**

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    **✓** Bodily injury from exposure to oil and/or dispersants

    ~~_____ Bodily injury other than from exposure to oil and/or dispersants~~

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

Case 2:10-md-02179-CJB-DPC Document 25045-1 Filed 10/11/18 Page 5 of 9
Case 2:18-cv-02886-CJB-JCW Document 6 Filed 07/09/18 Page 5 of 9
From: Yani Chararan   Fax:   To:   Fax: (504) 362-5452   Page 11 of 16 05/24/2018 8:37 AM
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 5 of 12

D. **EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil _____   Dispersants _____   Both ✓

19. How were you exposed? (*Check all that apply*)

    A. Inhalation            Yes ✓    No _____
    B. Dermal (skin) contact  Yes ✓    No _____
    C. Ingestion             Yes      No ✓
    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____   Month: JUNE - OCTOBER   Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    7 DAYS A WEEK, 12 HOURS A DAY FROM JUNE 2010 - OCTOBER 2010

    BOTH EVERYDAY

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    DULAC/ FLOATING CITY 2

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    7 DAYS A WEEK, 12 HOURS A DAY

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: You was to work from 5am - 6pm Out in the Gulf, without any PPE ~~room~~ for when the dispersant was dropped and no place to go in on a Shrimp Boat

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes _____   No ✓

26. *If you answered "Yes" to Question No. 25*, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: _____

    B. The date(s) of your injury: _____

    C. The location(s) of your injury: _____

    D. The work that you were performing when you sustained your injury: _____
    _____

    E. Identify any individual(s) who witnessed your injury: _____
    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: ~~[scribbled out]~~
    ~~[scribbled out]~~
    _____

Case 2:10-md-02179-CJB-DPC Document 25045-1 Filed 10/11/18 Page 7 of 9
Case 2:13-cv-02886-CJB-JCW Document 8 Filed 07/09/18 Page 19 of 9
From: Yani Chereren  Fax:  To:  Fax: (504) 362-5452  Page 15 of 18 05/24/2018 8:37 AM
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 9 of 12

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes ✓    No ____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____

_____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes ____    No ____

    If "Yes":

    A.  From whom did you receive this compensation or reimbursement? _____

    _____

Case 2:10-md-02179-CJB-DPC Document 25045-1 Filed 10/11/18 Page 8 of 9
Case 2:13-cv-02886-CJB-JCW Document 6 Filed 07/09/18 Page 8 of 9
From: Yani Chararan  Fax:  To:  Fax: (504) 362-5452  Page 16 of 18 05/24/2018 8:37 AM
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 10 of 12

   B. When did you receive this compensation or reimbursement? _____

   _____

   C. What was the amount of the compensation or reimbursement? _____

   _____

G. **CONTRACT CLAIMS**

   *(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes _____  No _____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes _____  No _____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    _____

    _____

44. Describe how the contract was breached: _____

    _____

    _____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

    _____

    _____

46. *If you allege that you were placed on-hire*: Provide the date(s) you were placed off-hire:

    _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

    _____

From: Yanl Chanaran  Fax:  To:  Fax: (504) 362-5452  Page 18 of 18 05/24/2018 8:37 AM

Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 12 of 12

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 5-24-____, 2018

Location (City and State): _____

_Tiffany Odoms_
Signature of Plaintiff*

*_Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign._

Tiffany Odoms
Print Name

Title/Position (_if signed on behalf of a business or other entity_)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |