# JOHNSON, RAHMAN & THOMAS

**Employees of Louisiana Workers' Compensation Corporation**

2237 S. Acadian Thruway | P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone: (225) 231-0875
Facsimile: (225) 231-0986
Fax Server: (225) 929-5613

July 3, 2018

*Via UPS Next Day Air*

Counsel for BP
**Attn: Mr. J. Andrew Langan**
Kirkland & Ellis LLP
300 N. LaSalle St., Suite 2400
Chicago, IL 60654

*Via UPS Next Day Air*

MDL 2179 Plaintiffs' Steering Committee
**Attn: Mr. Steven J. Herman**
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

In Re:  Oil Spill by the Oil Rig "Deepwater Horizon": in the Gulf of Mexico,
On April 20, 2010
MDL No.        :        10-2179; Section J

Louisiana Workers' Compensation Corporation v. BP, PLC, et al
Civil Action No.:        17-cv-03199

Workers' Compensation Claim of Franklin Alicea-Peguero
LWCC Claim No.: 161818

Dear Counsel:

In compliance with Pretrial Order No. 66, with respect to the workers' compensation claim of Franklin Alicea-Peguero, enclosed please find the following documents:

1.        Individual Particularized Statement of Claim;
2.        Joint Petition for Approval of Settlement, Judgment and related documents;
3.        First Report of Injury;
4.        Claim for Compensation filed by injured worker;
5.        BP accident report;
6.        Recent medical records; and

Writer's Direct Line:  (225) 231-0755 | Writer's Email: djohnson@lwcc.com

Mr. J. Andrew Langan
Mr. Steven Herman
July 3, 2018
Page 2

    7.     Claim payment report.

In total LWCC has paid $195,368.49 to and on behalf of Mr. Alicea-Peguero as a result of his injuries suffered during the clean-up efforts following the Deepwater Horizon explosion. Louisiana Workers' Compensation Corporation is seeking recovery of all payments made to and on behalf of Mr. Alicea-Peguero.

I hope this is satisfactory for your needs, however, in the event you have any questions or require any additional information, please do not hesitate to call.

With kind regards, I am

Very truly yours,

David K. Johnson

DKJ/fhj
Enclosures
cc:    Linda Dantin

**EXHIBIT A**

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
**FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:**  Louisiana Workers' Compensation Corporation

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**:  Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity.  If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1.    Current address:
Address Line 1:   2237 S. Acadian Thruway
Address Line 2:
City:   Baton Rouge          State:   LA          Zip:   70808

2.    Telephone number:   (225) 924-7788

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names:      N/A

4.    Date and Place of Birth:               N/A

5.    Male_____     Female_____

6.  Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| N/A |  |
|  |  |
|  |  |

7.  Employment Information:

    A.  Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _____ If *"Yes,"* when were you out of work and why? ___ N/A _____

_____

**B.** **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes _☒_  No_____ ( *Indirectly, see attached correspondence* )

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.** **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore _☒_  Offshore_____  Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____  No _☒_

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_____  No_____

13. Please set forth the following information about your cleanup work:

    A.  Your employer(s): _Industrial Labor + Equipment Services, LLC_

    B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A):

        _____ _Brad Tabor_ _____

    C.  A description of the work performed for employer(s) identified in Question No. 13(A): _Response Tech_ _____

        _____

    D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _Precise dates of employment unknown_

        _____

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _Flotel 1_____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _Unknown_____

_____

## 2.   Residents/Tourists

14.   Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____   No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____   No_____

16.   List all address(es) at which you resided in 2010: _____

_____

## C.   INFORMATION ABOUT YOUR B3 CLAIM

17.   Are you claiming that you suffered damages from (*Check all that apply*):

_____Bodily injury from exposure to oil and/or dispersants

__X__Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both_____

19.     How were you exposed? (*Check all that apply*)

A.     Inhalation                Yes_____     No_____

B.     Dermal (skin) contact     Yes_____     No_____

C.     Ingestion                 Yes_____     No_____

D.     Other (please describe): _____

20.     What was the date(s) of your exposure?

Day: _____     Month: _____     Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____

_____

_____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

## E.    NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

A.    The nature of your injury: _See attached medical records_

B.    The date(s) of your injury: _9/28/2010_

C.    The location(s) of your injury: _Motel 1 / Division 7 beach_

D.    The work that you were performing when you sustained your injury: _____
_Beach cleanup_

_____

E.    Identify any individual(s) who witnessed your injury: _____
_unknown_

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
_See attached accident report, first_
_report of injury + claim for compensation_

_____

## F.  INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_See attached medical records_

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_See attached medical records, accident report, first report of injury_

31. On what date did you first report or seek treatment for your injury or illness: _10/10/2010_

32. On what date was your injury first diagnosed: _10/10/2010_

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| | _see attached medical reports of claim payment report_ |

34.    Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      | *See attached medical reports + claim payment report* |
|      |         |
|      |         |
|      |         |

35.    Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No _____. If "*Yes*," *Unknown*

    A.    When? _____

    B.    Who diagnosed the injury (or condition) at that time? _____
        _____
        _____

    C.    Who treated the injury (or condition) at that time?_____

36.    Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____ No_____. If "*Yes*,"

    A.    What date did you first experience such injury or condition?_____

    B.    What injury (or condition) was made worse? _____
        _____

37.    Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|  | *Unknown* |
|  |  |
|  |  |
|  |  |
|  |  |

38.    Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes  X   No _____

39.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____ *recovery of medical expenses & weekly*
*benefits per attached claim payment report*

_____

40.    Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes  X   No _____

If "Yes":

A.    From whom did you receive this compensation or reimbursement? _____

_____ *LWCC* _____

B.     When did you receive this compensation or reimbursement?_____

_____ *See attached claim payment report*

C.     What was the amount of the compensation or reimbursement?_____

_____ *See attached claim payment report*

## G.     CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____     No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____     No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____Jul 5_____, 2018

Location (City and State): _____Baton Rouge, La_____

_____
Signature of Plaintiff*

***Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

_____Michael Stolter_____
Print Name

_____SVP/General Counsel_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than _Monday, July 9, 2018_, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

IN THE MATTER OF:

FRANKLIN D. ALICEA-PEGUERO
(SSN:█████-4817)

VERSUS

INDUSTRIAL LABOR AND EQUIPMENT
SERVICES, LLC

DOCKET NO.          DIST. 07

12-04209

OFFICE OF WORKERS'
COMPENSATION

STATE OF LOUISIANA

## ORDER OF APPROVAL

**CONSIDERING** the foregoing petition, exhibits and affidavits and having found that a bona fide dispute exists between the Employee, Franklin D. Alicea-Peguero and with Employer, Industrial Labor and Equipment Services, LLC and its Insurer, Louisiana Workers' Compensation Corporation, and being of the opinion that the compromise settlement proposed is fair and equitable and that it is entered into primarily to avoid the litigation and is in substantial accord with the terms of Title 23, Chapter 10, Revised Statutes of Louisiana and that Employee hereby respectfully waives the requirement of LSA-R.S. 23:1271 (A)(3) which provides that six (6) months must lapse after termination of temporary total disability for approval of this settlement, the law and evidence being in favor of petitioners.

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment herein in favor of Franklin D. Alicea-Peguero and against Industrial Labor and Equipment Services, LLC and its Insurer, Louisiana Workers' Compensation Corporation, ordering Employer and Insurer to pay to Employee **ONE HUNDRED THIRTY FIVE THOUSAND AND NO/100 ($135,000.00) DOLLARS.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon said payment by Employer/Insurer of **ONE HUNDRED THIRTY FIVE THOUSAND AND NO/100 ($135,000.00) DOLLARS** to Employee, Franklin D. Alicea-Peguero, Employer and Insurer, shall be forever released and relieved from all past, present, and future medical expenses, rehabilitative expenses, workers' compensation benefits, and any and all claims of whatsoever

8

nature and kind, arising heretofore or which may hereafter arise under Title 23, Chapter 10, Revised Statutes of Louisiana, growing out of any accident or injury or out of any medical treatment provided as a result of any accident or injury occurring prior to the date of this agreement.

The Employer and Insurer remain responsible for any previously pre-certified and authorized medical treatment that remains unpaid in accordance with the Fee Schedule.

**JUDGMENT READ, RENDERED AND SIGNED** in Harahan, Louisiana on this 15th day of June, 2012.

_____
**JUDGE, DISTRICT 07**
**OFFICE OF WORKERS' COMPENSATION**

June 15, 2012

2012 JUN 15  AM 9: 44

OWCA
RECEIVED
DISTRICT 7-HARAHAN

**TRUE COPY**

By_____
**Office of Workers Compensation**
**Authorized Certification Clerk**

9

IN THE MATTER OF:

FRANKLIN D. ALICEA-PEGUERO
(SSN: ███-██-4817)

VERSUS

INDUSTRIAL LABOR AND EQUIPMENT
SERVICES, LLC

DOCKET NO.        DIST. 07

12-04209

OFFICE OF WORKERS'
COMPENSATION

STATE OF LOUISIANA

## MOTION AND ORDER FOR
## VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes claimant, FRANKLIN D. ALICEA-PEGUERO, in the above-captioned matter, and on suggesting to the court that he wishes to voluntarily dismiss his claim against INDUSTRIAL LABOR AND EQUIPMENT SERVICES, LLC and LOUISIANA WORKERS' COMPENSATION CORPORATION, with prejudice, and now moves this court to dismiss his claim against INDUSTRIAL LABOR AND EQUIPMENT SERVICES, LLC, and LOUISIANA WORKERS' COMPENSATION CORPORATION, with prejudice.

Respectfully submitted:

JOHN CASEY COWLEY, Bar Roll No. 30454
Attorney at Law
2301 Williams Boulevard, Suite E
Kenner, Louisiana 70062
Telephone:   (504) 469-3300
Counsel for Employee, Franklin D. Alicea-Peguero

OWCA
RECEIVED
DISTRICT 7-HARAHAN
2012 JUN 15  AM 9: 45

23

IN THE MATTER OF:

FRANKLIN D. ALICEA-PEGUERO
(SSN: ██████-4817)

VERSUS

INDUSTRIAL LABOR AND EQUIPMENT
SERVICES, LLC

DOCKET NO.          DIST. 07

12-04209

OFFICE OF WORKERS'
COMPENSATION

STATE OF LOUISIANA

## ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS:

IT IS HEREBY ORDERED that the claim of FRANKLIN D. ALICEA-PEGUERO,

against INDUSTRIAL LABOR AND EQUIPMENT SERVICES, LLC, and LOUISIANA

WORKERS' COMPENSATION CORPORATION be dismissed, *with prejudice.*

SIGNED this ____ day of _____, 2012, in Harahan, Louisiana.

_____
JUDGE
OFFICE OF WORKERS' COMPENSATION

2012 JUN 15  AM 9:45
OWCA
RECEIVED
DISTRICT 7-HARAHAN

TRUE COPY

By_____
Office of Workers Compensation
Authorized Certification Clerk

24

**RETURN TO:**
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70804 - 9040
    For information call (225) 342-7576
    or Toll Free (800) 201-3457

| | | | |
|---|---|---|---|
| 1. | Social Security No. | ▇▇ - ▇▇ - 4817 | |
| 2. | Date of injury/illness | 09 - 28 - 2010 | |
| 3. | Part(s) of Body injured | Back | |
| 4. | OWC Docket Number | 12-04-209 | |
| 5. | OWC District Number | 07 | |

## REQUEST FOR COMPROMISE
## OR LUMP SUM SETTLEMENT

_June 15, 2012_
DATE OF APPROVAL

_[signature]_
JUDGE

### EMPLOYEE

6. Name _____ Franklin D. Alicea-Peguero _____

   Street or Box _____

   City _____

   State _____ Zip _____

   Phone ( ) _____

### EMPLOYER

8. Name _Industrial Labor and Equipment Services, LLC_

   Street or Box _8019 Barataria Boulevard_

   City _Marrero_

   State _Louisiana_ Zip _70072_

   Phone ( 504 ) _324-2173_

### EMPLOYEE'S ATTORNEY

7. Name _____ John Casey Cowley, Esq., Bar Roll No. 30454

   Street or Box _2301 Williams Boulevard, Suite E_

   City _Kenner_

   State _Louisiana_ Zip _70062_

   Phone ( 504 ) _469-3300_

### INSURER/ADMINISTRATOR
(circle one)

9. Name _Louisiana Workers' Compensation Corporation_

   Street or Box _2237 S. Acadian Thruway_

   City _Baton Rouge_

   State _Louisiana_ Zip _70808_

   Phone ( 225 ) _924-7788_

### EMPLOYER/INSURER'S ATTORNEY
(circle one)

10. Name _____ Terrel A. Thomas, Bar Roll No. 26533

    Street or Box _2237 S. Acadian Thruway_

    City _Baton Rouge_

    State _Louisiana_ Zip _70808_

    Phone ( 225 ) _231-0815_

11. DATE OF SETTLEMENT CONFERENCE _____
12. TERMS AND AMOUNT OF SETTLEMENT: _____ $ 135,000.00
13. BENEFITS PAID TO DATE:
    a) AVERAGE WEEKLY WAGE: _____ $ 915.00
    b) WORKERS' COMPENSATION BENEFITS: $ 50,703.86
    c) MEDICAL BENEFITS: _____ $ 6,707.75
    d) DEATH BENEFITS: _____ N/A
14. ATTORNEY FEES PAID TO DATE: _____
15. ADDITIONAL FEES REQUIRED: _____

_OWCA RECEIVED 2012 JUN 15 AM 9: 45 DISTRICT 7-HARAHAN_

**TRUE COPY**

By _____

**Office of Workers Compensation**
**Authorized Certification Clerk**

ATTACHMENTS REQUIRED:

| | |
|---|---|
| _____ JOINT PETITION | _____ MOST RECENT MEDICAL REPORT |
| _____ FORM 1007 ATTACHED _____ OR ON FILE _____ | _____ WAIVER OF RIGHTS UNDER L.R.S. 23:1271 |
| _____ FORM 1003 ATTACHED _____ OR ON FILE _____ | _____ FILING FEE PAID |
| _____ EMPLOYEE AFFIDAVIT | _____ ORDER OF DISMISSAL |
| _____ EMPLOYER CONCURRENCE | _____ MOTION AND ORDER FOR ATTORNEY FEES |
| _____ ALLEGATION OF LEGAL REPRESENTATION | _____ MOTION AND ORDER TO DISMISS 1008 |
| | (IF APPLICABLE) |

SUBMITTED BY: _Terrel A. Thomas_

PHONE: ( 225 ) _231-0815_

LDOL-WC-1011
REV. 1/98

MAIL TO:

LOUISIANA WORKERS' COMPENSATION CORPORATION
2237 S. ACADIAN THRUWAY
SUITE 102
BATON ROUGE, LA  70808
225-924-7788

**EMPLOYER REPORT**
**OF**
**INJURY/ILLNESS**

_____ 4817
Employee Social Security Number
260899604
Employer Federal ID Number
136545 / 161818
Insurance Policy No. / Claim No.

This report is completed by the Employer for each injury/illness identified by them or their employee as occupational.
A copy is to be provided to the employee and the insurer immediately.   **Forms for cases resulting in more than 7 days of disability or death** are to be sent to the OWCA **by the 10th day after the incident** or as requested by the OWCA.

PURPOSE OF REPORT: (Check all that apply)
☒ More than 7 days of disability     ☐ Possible dispute     ☐ Medical Only
☐ Injury resulted in death     ☐ Lump Sum Compromise/Settlement     **(no copy needed by OWCA)**
☐ Amputation or disfigurement     ☐ Other

| 1. Date of Report MM/DD/YY | 2. Date / Time of Injury MM/DD/YY  Time: | 3. Normal Starting Time Day of Accident | 4. If Back to Work - Give Date: MM/DD/YY | 5. At same wage? | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|---|
| 02/04/11 | 09/28/10  06:35 ☐AM ☐PM | 06:00 ☐AM ☐PM | Still out | ☐ Yes ☐No | Date Received |
| 6. If Fatal Injury, Give Date of Death: MM/DD/YY | 7. Date Employer Knew of Injury MM/DD/YY  09/28/10 | 8. Date Disability Began MM/DD/YY | 9. Last Full Day Paid MM/DD/YY | | |

| 10. Employee Name:   First   Middle   Last | | | |
|---|---|---|---|
| FRANKLIN   D   ALICEA | 11. ☒ Male  ☐ Female | 12. Employee Phone # 504-275-0247 | S.I.C. |
| 13. Address and Zip Code 1784 CAROL SUE AVE APT 110 GRETNA, LA  70056  JEFFERSON | 14. Parish of Injury: | | State/Parish |
| 15. Date of Hire: | 16. Age at Illness/Injury 31 | 17. Occupation OCC NOT REPORTD/NON CLASSIFAB | 18. Dept/Division Employed | Occupation |
| 19. Place of Injury-Employer's Premises  ☐ Yes  ☐ No | 20. Indicate Location-Street, City, Parish and State VENICE , | | | Nature |

21. What work activity was the employee doing when the incident occurred? (Give weight, size, and shape of materials or equipment involved. Tell what he was doing with them. Indicate if correct procedures were followed.)

The employee was carrying a cooler.

Part of Body
Source
Event
NCCI
555555

22. What caused incident to happen? (Describe fully the events which resulted in injury or disease.  Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved.  Give full details on all factors which led to or contributed to this injury or illness.)

After carrying the cooler, the employee experienced back pain.

| 23. Part of Body Injured and Nature of Injury or Illness (ex. left leg; multiple fractures) SPRAINS STRAINS TEARS  BACK N.E.C. | 24. If Occ Disease-Give Date Diagnosed: |
|---|---|
| 25. Physician and Address PLAQUEMINES PARISH MEDICAL C 26851 HIGHWAY 23 PORT SULPHUR, LA  70083 | 26. If Hospitalized, give name & address of facility |
| 27. Employer's Name KAJUN CONSTRUCTION SERVICES LLC 20-50089 | 28. Person Completing This Report - Please print TINA FOUQUET |
| 29. Employer's Address and Zip Code 10624 HIGHWAY 23 BELLE CHASSE, LA  70037   PLAQUEMINES | 30. Employer's Telephone Number 504-324-2173 |
| 31. Employer's Mailing Address - If Different From Above | 32. Nature of Business-Type of Mfg., Trade, Construction, Service, etc. STRUCTURAL STEEL ERECTION |

33. Wage Information (optional):     Employee was paid  ☐ Daily  ☐ Weekly  ☐ Monthly  ☒ Other     The average weekly wage was $_____ per week.

LDOL-WC-1007
REV. 1/98

NAME OF WORKERS' COMPENSATION INSURER:   LOUISIANA WORKERS' COMPENSATION CORPORATION
PHONE NUMBER:   225-924-7788

COMPLETE BOTH SIDES

# CITATION

Franklin D. Alicea-Peguero

Docket: 10-11339          District: 7

Vs

Office of Workers' Compensation

Industrial Labor and Equipment
Services, LLC

State of Louisiana

To:                                    Date: 1/20/2011
Industrial Labor and Equipment Services
Attn: Joseph David Futch
855 Jason Dr.
Belle Chasse, LA  70037

**YOU HAVE BEEN SUED:**

Attached to this citation is a copy of the claim form/petition and an answer form.  The claim
form/petition tells what is being asked of you, and the answer form is to assist you in filing your
answer.

You must either do what the claim form/petition asks, or, within fifteen (15) days after you have
received these documents, you must file an answer or other legal pleadings with the Office of
Workers' Compensation.

If you do not do what the petition asks, or if you do not file an answer or legal pleadings within
fifteen (15) days of receipt of this citation, a judgment of default may be entered against you
without further notice.  If you do file an answer or legal pleading within the fifteen (15) days, a
scheduling conference will be scheduled.  You will be notified of the location, date, and time of
the hearing.

Please be aware that R.S. 23:1293 strictly limits how much information this office can discuss
with you prior to referral of this matter to a Workers' Compensation Judge.  If we can be of
further assistance, please contact the Office of Workers' Compensation at (504) 736-8606.

Please mail your answer to:    Office of Workers' Compensation
                               District 7
                               880 West Commerce Road, Ste 401
                               Harahan, LA 70123

A copy of your answer must also be mailed to the party that initiated this case and to their
attorney, if represented.  Please be sure to complete the certificate of service portion of the
attached answer form.

                                        Brenda Williams
                                        Records Manager

**LOUISIANA WORKFORCE COMMISSION**
**OFFICE OF WORKERS' COMPENSATION**
**DISTRICT 7**
**880 WEST COMMERCE ROAD, STE 401**
**HARAHAN, LA 70123**

## WAIVER OF CITATION AND
## ACCEPTANCE OF SERVICE

FRANKLIN D. ALICEA-PEGUERO              DOCKET:    10-11339

VS                                     DATE:      1/20/2011

INDUSTRIAL LABOR AND EQUIPMENT         DISTRICT:  7
SERVICES, LLC


Now into Court comes Industrial Labor and Equipment Services, LLC through its legal
representative_____ who acknowledges receipt of the disputed
claim form in the above-captioned matter and waives citation and accepts service, reserving all
other rights and legal delays, this day of _____.

                    Industrial Labor and Equipment Services, LLC
                    Through agent,    _____


                                                                    LWC-WC-HR19

## LOUISIANA WORKFORCE COMMISSION
### WORKERS' COMPENSATION CLAIM/PETITION ANSWER

| | | | |
|---|---|---|---|
| Employee: | Franklin D. Alicea-Peguero | Docket: | 10-11339 |
| Employer: | Industrial Labor and Equipment Services, LLC | Date: | 12/14/2010 |
| Insurance Carrier: | | District: | 7 |

The employer and/or carrier named above, for answer to the citation, respectfully states:
(Circle "admit" or "deny" on all questions which apply to this claim. Questions #1 through #4 must be answered if employer/insurer is being sued. Use item #12 if any or all of items #1 through #11 do not apply to this claim.)

**ADMIT / DENY**   1.   Claimant sustained an injury or occupational disease on or about the date set forth in the claim for compensation.

**ADMIT/ DENY**   2.   Claimant was my employee at the time of the alleged injury or occupational disease

**ADMIT / DENY**   3.   At the time of the alleged injury or occupational disease, the employee was performing service arising out of and in the course of his employment.

**ADMIT / DENY**   4.   Compensation has been paid. If admitted, state weekly amount and inclusive dates:
$_____ from _____ through _____.

**ADMIT / DENY**   5.   The average weekly wage as set forth in the claim for compensation is correct. If denied, state the correct average weekly wage and attach hereto a wage statement or state reason why not furnished
_____
_____

**ADMIT / DENY**   6.   Claimant was temporarily disabled for the period stated in the claim for compensation. If denied, state temporary disability period admitted, if any:
_____

**ADMIT / DENY**   7.   Claimant is permanently disabled to the extent and for the period stated in the claim for compensation. If denied, state disability period admitted, if any:
_____
_____

**ADMIT / DENY**   8.   The claimant sustained an injury resulting in a loss of earning capacity as stated in the claim for compensation. If denied, state any loss admitted, if any:

**ADMIT / DENY**   9.   Rehabilitation services were offered and refused. What services were offered?

**ADMIT / DENY**   10.   Rehabilitation services were requested, but not provided. What services are being requested?
_____

**ADMIT / DENY**   11.   At the time of the alleged injury or occupational disease, workers' compensation insurance was provided by
_____

## LOUISIANA WORKFORCE COMMISSION
## WORKERS' COMPENSATION CLAIM/PETITION ANSWER

12    Other Matters in dispute. Explain. (Use extra sheet if necessary) _____

_____

_____

_____

_____

_____

**Affirmative Defenses: (Circle and explain)**
**A.** Wilful intent to injure himself or others     **B.** Intoxication     **C.** Failure to use safety Devices
**D.** Initial Aggressor            **E.** Other matters in dispute (Use extra sheet if necessary):

_____

_____

_____

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing answer has been served upon opposing counsel of record or upon unrepresented claimant by placing same in U.S. mail, postage prepaid and properly addressed, on this _____ day of _____, 20 ____.


_____
(Signature of defendant or their representative)

Date Submitted: _____

By: _____

Title: _____

Employer/Carrier: _____

Address: _____

City/State/Zip: _____

Telephone: _____

**Plaquemines Medical Center**

26851 Hwy. 23

Port Sulphur, La 70083

P: (504) 564-3344  F: (504) 564-0174

Today's Date: 10-4-10

Time In: 0857  am / pm

Time out: 09.0  am / pm

Provider: Cartagena

☐ Initial Visit

☑ Follow-up

☐ Physical/other

# WORK STATUS REPORT

**Patient Information:**

Name: Nicca, Franklin     SS#: _____     Med. Rec.#: 2322817

Phone: (504) 669-2269   Date of Accident: 9.28.10   W.C. Contact: T. Fouquet

Chief Complaint: Back Pain

**Treatment/Testing/Recommendations/ x- all that apply:**

☐ Sutures/wound Care   ☐ Cast/Brace/Splint   ☐ Crutches   ☐ Physical Therapy   ☐ Speech Therapy

☐ Occupational therapy   ☐ MRI   ☐ CT Scan   ☐ Tetanus booster   ☐ X-Ray (an initial interpretation)

**Medications:** ☐ OTC meds   ☑ Narcotics   ☑ Muscle Relaxants   **Other:** _____

**Work Status/Restrictions:**

☐ May work without restrictions   ☑ May work w/restrictions or Modifications      ☐ Unable to Work

☐ Non-Occupational (not work related) Personal illness / Injury

**Capabilities**

| | NONE | 25% | 50% | 75% | 100% |
|---|---|---|---|---|---|
| Sitting | ☐ | ☐ | ☒ | ☐ | ☐ |
| Walking or Standing | ☐ | ☐ | ☒ | ☐ | ☐ |
| Bend/Squat/Twist/Crawl | ☐ | ☐ | ☒ | ☐ | ☐ |
| Climb/Work on Heights | ☒ | ☐ | ☐ | ☐ | ☐ |
| Grasp/Pinch | ☐ | ☐ | ☐ | ☐ | ☒ |
| Reach above shoulder | ☐ | ☒ | ☐ | ☐ | ☐ |
| Reach beyond forearm limits | ☒ | ☐ | ☐ | ☐ | ☐ |

% of time at work

**Lift/push**

☐ Negligible – 10 Lbs. Max =   Sedentary

☒ 11 Lbs freq – 20 Lbs Max =   Light

☐ 21 lbs freq – 50 Lbs Max =   Medium

☐ 51 Lbs freq – 100 Lbs Max =   Heavy

☐ Over 100 Lbs =   Very Heavy

**Work Level**

Total Hours to Work per day: _____

Restrictions apply to   ☐ Left Arm   ☐ Right Arm   ☐ Both Arms

**Comments/other restrictions or accommodations needed:** _____

**Follow up:**

Patient discharged from care: ☐ Yes ☑ No   Return appointment: ☑ Yes ☐ No ( 2 Days: _____ Weeks)

Patient referred to: _____

Reason: _____

Physicians Signature: _____     Discharge Nurse: Leger, RN

**Plaquemines Medical Center**

26851 Highway 23
Port Sulphur, LA 70083

10/04/2010 9:06 AM

For: ALICEA, FRANKLIN                    Provider: Cartagena, Maria I MD

## ABOUT YOUR RESPONSIBILITIES

AFTER YOU LEAVE, YOU MUST PROPERLY CARE FOR YOUR PROBLEM AND OBSERVE ITS PROGRESS. IF YOU DO NOT IMPROVE AS EXPECTED, OR ARE WORSE, DO ONE OF THE FOLLOWING , IMMEDIATELY: CONTACT YOUR CARE PROVIDER or FOLLOW UP CARE PROVIDER or RETURN HERE or CALL HERE

### The care provider thinks your symptoms may be due to:
### LOW BACK PAIN

Keep this in mind: DIAGNOSIS WITH 100% CERTAINTY IS NOT POSSIBLE. Therefore, if you find you are not getting better, another diagnosis is possible, and you must see your care provider or return here.

**LOW BACK PAIN**      Is usually due to injury or inflammation of the soft tissues (muscles, tendons, ligaments) of the lower back area. This pain may be short in duration, or may last longer.  In some cases, after further evaluation, you may be found to have a  bulging (ruptured) disc in the lower back, or a pinched nerve.  Further evaluation by a care provider is needed to check for this.

### Important:

**What To Watch For**  Contact your care provider, call, or return here if you experience any of the following:
1. increasing pain or pain going into your leg
2. numbness of your leg
3. weakness, paralysis, or tingling of your leg
4. abdominal pain
5. difficulty urinating
6. fever
7. loss of bladder or bowel control

**What To Expect**  1. Your symptoms should improve within 1-2 days, and normal movement should return within 3 weeks.
2.  Many care providers recommend full rest for a period of time, but most evidence now shows that early return to normal activity after brief rest (a few days) gives the best chance of full recovery.
3.  Be sure to keep in touch with your care provider.

**What To Do**  1. Rest quietly at home for the next 2-3 days. A firm mattress with support under the knees may help.
2. Ice bags, wrapped in a towel, applied for 15 minutes every hour or two for the first 1-2 days may help.
3. Try to return to normal activities, such as walking and gentle exercises, as pain gets better.
4. Make an appointment to see a follow-up care provider (primary care provider or specialist) in 5-7 days, sooner if worse.

**What Not To Do**  1. DO NOT do weight lifting, bending over to work, strenuous activities, or painful activities until healed.
2. DO NOT do any prolonged sitting or driving until you are feeling better or cleared by your care provider.

For further in-depth information the following web site can provide more.  www.medlineplus.gov

**Plaquemines Medical Center**
26851 Highway 23
Port Sulphur, LA 70083

10/04/2010 9:06 AM

**For:** ALICEA, FRANKLIN     **Provider:** Cartagena, Maria I MD

## RETURN HERE FOR A RECHECK:

You should arrive Recheck here on or before Wednesday, October 06, 2010.  between the hours of . .If you are in an HMO,
NOTIFY YOUR HMO to authorize return visit. IF, FOR ANY REASON, YOU CANNOT RETURN AT THIS TIME, CONTACT
YOUR CARE PROVIDER OR RETURN EARLIER THAN YOUR RECHECK DATE.

## YOU MUST MAKE ARRANGEMENTS FOR FOLLOW-UP OF LOW BACK PAIN

PLEASE COMPLETE YOUR FOLLOWUP:

Recheck here on or before Wednesday, October 06, 2010.

YOU HAVE BEEN REFERRED TO:

## ABOUT YOUR PRESCRIPTIONS:

All Medications Have Possible Side Effects. Be sure to discuss these with your pharmacist, who should also label your
medication with any important safety measures you should take.

## REMEMBER YOUR CARE IS NOT YET COMPLETED

## IT IS IMPORTANT THAT WE HAVE A CORRECT TELEPHONE NUMBER IN CASE IT IS NECESSARY TO CONTACT YOU

I have received these instructions, they have been reviewed with me, and I understand my responsibilities to carefully
follow them.

Signature of Patient/Guardian:_____

Discharge Care Provider: _____

[ ]  Medication Reconciliation Form Provided

[ ]  Patient Educated

[ ]  Excuse School / Work Given

[ ]  You have received a controlled medication (narcotic/relaxant). DO NOT DRIVE, OPERATE HEAVY MACHINERY, OR
DRINK ALCOHOL.

**ON-SITE CUSTODY AND CONTROL FORM**                    2602167194

**Alere**
Alere Toxicology Services, Inc.
1111 Newton St., Gretna, LA 70053
(504) 361-8989  (800) 433-3823

AIRBILL NUMBER

SPECIMEN ID NUMBER   **73306398**

**STEP 1: TO BE COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address and / or ID | | B. MRO Name and Address |
|---|---|---|
| PLAQUEMINES MED CENTER/ON-SITE 374 CIVIC DR. | Facility Number | HEINEN, BRIAN MD 151 LEON AVE |
| PORT SULPHUR, LA 70083-0000 (985) 564-3344 (985) 564-4676 | 166684 | EUNICE, LA 70535 (800) 457-0493 337-457-3353 |

C. Name / I.D.:  A L I C E A   F R A N K L I N D   ( I C E S )

PRINT ALL IN CAPS, Donor Name (Last, First, MI) leave space between name/ID/Auxiliary Data

D. Donor SSN or Employee ID No:  ▮▮▮ ▮▮ 4 8 1 7

E. Reason for Test:  ☐ Pre-Employment  ☐ Random  ☐ Reasonable Suspicion / Cause  ☒ Post Accident  ☐ Return to Duty  ☐ Follow-up  ☐ Other

**STEP 2: TO BE COMPLETED BY COLLECTOR** - Specimen temperature must be read within 4 minutes of collection.  | Split Specimen ☐ Yes | Observed
Specimen temperature within range: ☒ Yes, 90° - 100°F/32° - 38°C  ☐ No,  ☐ Below 90°F  ☐ Above 100°F  | Collection ☒ No | ☐

**STEP 3: TO BE COMPLETED BY COLLECTOR AND DONOR** • Collector affixes seal(s) to bottle(s) or tube(s). Collector dates seal(s). Donor Initials seal(s).
**STEP 4: CHAIN OF CUSTODY**

PLAQUEMINE MEDICAL CENTER                     504-564-3344  504-564-6706

26851 HWY 23 COLLECTION FACILITY      Collector Number       BUSINESS PHONE NUMBER
                                        11962           PORT SULPHUR, LA 70083
                ADDRESS                                 CITY        STATE      ZIP CODE

REMARKS:

*I certify that the specimen identified on this form is the specimen presented to me by the donor, that it bears the same specimen identification number as that set forth above, that it has been collected, labeled and sealed and released to the Delivery Service noted in accordance with applicable requirements.*

JORGE L SANTIAGO         Time of Collection 1355  ☐ AM ☒ PM  | SPECIMEN RELEASED TO:
PRINT Collector's Name (First, MI, Last)
                                                              **COURIER**
Collector's Signature        Date (Mo./Day/Yr.) 10/01/10      Name of Delivery Service Transferring Specimen to Lab

**STEP 5: TO BE COMPLETED BY DONOR**

Daytime Phone No. 564-665-4266   Evening Phone No. _____   | Date of Birth ▮▮/▮▮/79

*I certify that I provided my specimen to the collector; that I have not adulterated it in any manner; that each specimen bottle or tube used was sealed with a tamper-evident seal in my presence and that the information provided on this form and on the label affixed to each specimen bottle or tube is correct.*

FRANKLIN D. ALICEA              Signature of Donor          10/01/10
PRINT Donor's Name                                          Mo.  Day  Yr.

**STEP 6: TO BE COMPLETED BY SCREENING PERSONNEL**

☒ NEGATIVE  ☐ CONFIRM for: ☐ MARIJUANA/THC  ☐ COCAINE  ☐ AMP/MAMP  ☐ Opiates (COD/MOR)  ☐ PCP  ☐ Benzodiazepines  ☐ Barbiturates
☐ Dilute (445)           ☐ METHADONE  ☐ MDMA (ECSTASY)  ☐ PROPOXYPHENE  ☒ TCA (Tricyclic Antidepressants)
☐ Adulterants (651)  JORGE L. SANTIAGO                          11/01/1
                     PRINT Screening Person Name    Signature of Screening Person   Mo.  Day  Yr.

*TO BE COMPLETED BY LAB*

| RECEIVED AT LAB: X | Primary Specimen Seal Intact | SPECIMEN RELEASED TO: |
|---|---|---|
| Signature of Accessioner | ☐ Yes | **TEMPORARY STORAGE** |
| (PRINT) Accessioner's Name (First, MI, Last)   Date (Mo./Day/Yr.) | ☐ No, Enter Remark Below | |

THC
DRUG
DRUG                                              7330639'

Certified by:                                     FORM #1201 V 4.0



# Plaquemines Medical Center

26851 Highway 23 · Port Sulphur, LA 70083

Monday, October 04, 2010

Cartagena, Maria I MD

Patient's Name      ALICEA, Patricia
Address                                          DOB:

Dispense: 30 (thirty) tablets

Robaxin
750 mg
1 tablets PO tid

☐ As Written
☐ Generic OK
☐ By Protocol

LABEL FOR ALL PRECAUTIONS
Refills: 0 (zero)

Cartagena, Maria I MD
ML: License No: MD302013
NPI: 1811183627

Patient's Name                          DOB: __/__/__
Address

☐ As Written
☐ Generic OK
☐ By Protocol

Patient's Name                          DOB: __/__/__
Address

☐ As Written
☐ Generic OK
☐ By Protocol

FEB/07/2011/MON 06:21 PM   ILES

FAX No. 5043227137

P. 013



skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: THIS MEDICINE INCREASES YOUR RISK OF SERIOUS STOMACH OR BOWEL PROBLEMS (such as ulcers and bleeding). This risk is increased if you are elderly or are in poor health. If you have a history of smoking or drinking alcohol. If you take corticosteroid medicines (such as prednisone) or "blood thinners" (such as warfarin), or if you take this medicine for a long period of time. THIS MEDICINE MAY ALSO INCREASE YOUR RISK for certain serious heart and blood vessel problems (such as heart attack and stroke). TAKE THIS MEDICINE EXACTLY AS PRESCRIBED BY YOUR DOCTOR, at the lowest possible dose for the

ADDITIONAL INFORMATION:  DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

---

**ALICEA FRANKLIN**
730 Carrolwood Village Dr Apt 360, Tarrytown, LA 70656
(504)69-4290
RX # 2553857-02964          DATE: 10/01/10

**IBUPROFEN 800MG TABLETS**
QTY:30          NO REFILLS - DR. AUTH REQUIRED
New              NDC:53746-0466-06                    $ 11.99

DR N. CARTAGENA
MFG:AMNEAL
DONECTICUT  R DAKOTTA

*Walgreens*   CES TERRY PARKWAY TERRYTOWN, LA 70056
PH:(504)366-1535

---

**ALICEA FRANKLIN**
730 Carrolwood Village Dr Apt 360, Tarrytown, LA 70056
(504)69-4290
RX # 2553857-02964          DATE: 10/01/10

**IBUPROFEN 800MG TABLETS**
QTY:30          NO REFILLS - DR. AUTH REQUIRED
New              NDC:53746-0466-06                    $ 11.99

DR N. CARTAGENA
MFG:AMNEAL
DONECTICUT  R DAKOTTA

*Walgreens*   CES TERRY PARKWAY TERRYTOWN, LA 70056
PH:(504)366-1535

---

Pharmacy use only

**WAITING**
FRI          7:44PM
New

IBUPROFEN 800MG TABLETS
53746-0466-06
CELL 131

QTY 30
20 DRAM

WHITE
FRONT: IP 466

DONECTICUT  R DAKOTTA

Med Guide

Monitory personnel know you are taking this medicine. BEFORE YOU
HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE,
OR SURGERY, tell the doctor or dentist that you are using this
medicine. THIS MEDICINE MAY CAUSE drowsiness or dizziness.
Using this medicine alone, with other medicines, or with alcohol may
lessen your ability to drive or to perform other potentially
dangerous tasks. AVOID ALCOHOLIC BEVERAGES while taking this
medicine. To minimize dizziness or lightheadedness, get up slowly
when rising from a seated or lying position. This medicine may cause
constipation. To prevent constipation, maintain a diet adequate in
fiber, drink plenty of water, and exercise. THIS MEDICINE
CONTAINS ACETAMINOPHEN. Do not take additional acetaminophen
for pain or fever without checking with your doctor or pharmacist.

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

---

**ALICEA FRANKLIN**
720 Carrollwood Village Dr Apt 380, Terrytown, LA 70056
(504)859-4260
RX # 2553856-02964          DATE: 10/01/10

HYDROCODONE/APAP 5MG/500MG TABS
QTY:20      NO REFILLS - DR. AUTH REQUIRED
New         NDC:00591-0349-05

$ 14.69

DR M. CARTAGENA
MFG:WATSON

*Walgreens*   5/6 TERRY PARKWAY, TERRYTOWN, LA 70056
PH:(504)366-1535        Customer Receipt

**ALICEA FRANKLIN**
720 Carrollwood Village Dr Apt 380, Terrytown, LA 70056
(504)859-4260
RX # 2553856-02964          DATE: 10/01/10

HYDROCODONE/APAP 5MG/500MG TABS
QTY:20      NO REFILLS - DR. AUTH REQUIRED
New         NDC:00591-0349-05

$ 14.69

DR M. CARTAGENA
MFG:WATSON

*Walgreens*   5/6 TERRY PARKWAY, TERRYTOWN, LA 70056
PH:(504)366-1535        Duplicate Receipt

---

**Pharmacy use only**

**WAITING**              HYDROCODONE/APAP 5MG/500MG TABS    QTY 20          WHITE
FRI      7:44PM          00591-0349-05                     10 DRAM         FRONT: WATSON 349
New                     FAST RACK



worse, check with your doctor. AVOID ALCOHOL while you are using this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of alcohol and other depressants. Ask your pharmacist if you have questions about which medicines are depressants. THIS MEDICINE MAY CAUSE drowsiness, dizziness, or blurred vision. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. IF YOU EXPERIENCE DRY MOUTH, use sugarless candy or gum, or

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

WICPI 06916010

**ALICEA FRANKLIN**
720 Candlewood Village Dr Apt 330, Terrytown, LA 70056
(600)989-4260
RX # 2553851-02964          DATE: 10/01/10

CYCLOBENZAPRINE 5MG TABLETS
QTY:15        NO REFILLS - DR. AUTH REQUIRED
New           NDC:59746-0211-06

                                                    $ 19.49

BRAND: CARTAGENA
MFG: CADISTA
MANUFACTURER CADISTA

**Walgreens**  920 TERRY PARKWAY TERRYTOWN, LA 70056   PH:(504)366-1535

**ALICEA FRANKLIN**
720 Candlewood Village Dr Apt 330, Terrytown, LA 70056
(600)989-4260
RX # 2553851-02964          DATE: 10/01/10

CYCLOBENZAPRINE 5MG TABLETS
QTY:15        NO REFILLS - DR. AUTH REQUIRED
New           NDC:59746-0211-06

                                                    $ 19.49

BRAND: CARTAGENA
MFG: CADISTA
MANUFACTURER CADISTA

**Walgreens**  920 TERRY PARKWAY TERRYTOWN, LA 70056   PH:(504)366-1535

- - - - Pharmacy use only - - - -

**WAITING**              CYCLOBENZAPRINE 5MG TABLETS        **QTY 15**              ORANGE
FRI    7:44PM            59746-0211-06                     10 DRAM                 FRONT: TL211
New                     FAST RACK
                                                           MANUFACTURER CADISTA

FEB/07/2011/MON 06:22 PM          ILES          FAX No. 5043227137          P. 016

*Walgreens*
There's a way.

| 824 | 10 | 4382 | 02984 | 009 |
| 891 | 10 | 4364 | 02984 | 009 |

RFN# 0298-4094-3848-1010-0120

| F RX 2559858 | 18 | 14.89 |
| F RX 2559857 | 18 | 19.49 |
| F RX 2559857 | 18 | 11.99 |
| F WALG CHPSE/ PTCH SS 1A | 1.99 SALE |
| SUBTOTAL | 48.18 |

A=8.75% SALES TAX     .17
B=3.5% SALES TAX      1.62
TOTAL                 49.95

DEBIT CARD           49.95
CASH BACK             .00

WAG ADVERTISED SAVINGS:        1.40
YOUR TOTAL SAVINGS:            1.40

F=ELIGIBLE FLEX SPEND ACCT ITEM (FSA)

STORE (504)386-1538
873 Terry Parkway Terrytown, LA

OPEN 24 HOURS
THANK YOU

SAVE ON YOUR PRESCRIPTIONS BY JOINING
WALGREENS PRESCRIPTION SAVINGS CLUB
SEE PHARMACY FOR DETAILS

WALGREENS #2984
SEQ # 298406982   PAYMENT FROM PRIMARY
CARD# *************7901

RETAIN THIS RECEIPT FOR YOUR RECORDS

OCTOBER 1, 2010            7:51 PM



**⬤ bp**          **Preliminary HSSE Incident Report**
                  **"Short Form"**                              ~~◯-~~4817

                                                               5/8/L

Place an "x" in the appropriate box or boxes that best classify the incident.

| Safety/Health | Transportation | Loss/Damage | Other |
|---|---|---|---|
| ☒ | ☐ | Environmental/Property Damage | ☐ Security |
| ☐ | ☐ | Fire ☐ | ☐ Other |
| ☐ | ☐ | Near Miss ☐ | ☐ Near Miss |

ID# 192342AE

### Section 1: Worker Information (when applies)

| Name (Last, First, Middle) | Date of Birth (Month/Day/Year) | Sex | Race/Ethnicity |
|---|---|---|---|
| Alicea, Franklin | /1976 | ☒ Male ☐ Female | ☐ White ☐ Black ☐ Asian  ☒ Hispanic ☐ Other |

Worker contact phone #: 504 275 0247

☐ BP Employee  ☒ Contractor  ☐ Other          Last four digits of SS# **4817**      Job Title: **Response Tech**

☐ Federal/State/Local  ☐ Volunteer

| Supervisors Name: Brad Tabor | Employer Name: | Employer Address 10624 Hwy 23 Belle Chase, LA 70037 |
|---|---|---|
| Supervisors Phone #: 512 636 1245 | ILES | Employers phone #: 504 398 2173 |

### Section 2: General Incident Details

| Date / Time Incident Occurred: 9/28/10 @ 4:00  AM PM | Date / Time Incident Reported: 9/28/10 @ 6:35  AM PM |
|---|---|

Incident Reported To: **Brad Tabor**

Command Site:
☐ Houston   ☐ Houma      ☐ New Orleans
☐ Mobile    ☐ St Petersburg
☐ Key West  ☐ Pensacola   ☒ Other Venice Command

Staging Site: **Venice IC**

Location where work was taking place (Name of Vessel, Beach, etc.): **Flotel 1 Division 7 beach**

Activity being performed: Onshore
☒ Beach cleanup   ☐ Other_____
☐ Wildlife cleanup

Activity being performed: Offshore — N/A
☐ Oil skimming          ☐ Dispersant application
☐ In-situ burning       ☐ Wellhead containment/repair
☐ Boom deployment       ☐ Other

Describe the circumstances that led to the incident: Employee woke with a stiff back 9/28/10 but went to work with-out trouble until the end of the day when he was carrying one end of a cooler heading off the beach. His back began to hurt and someone else had to carry the cooler.

Has the condition causing the incident been corrected or made safe?  X Yes ___ No. If "yes" how? Proper lifting techniques and carrying of loads will be revisited with everyone.

Were there any witnesses to the incident? ___ Yes  X No. If "yes" please list their name and company.

What was the learned from this incident? (How could it be prevented in the future)
Don't over do it when your back is already giving you trouble.

### Section 3: Injury Details (If this incident caused an injury or illness, complete this section)

Describe the injury and body part affected (e.g. 1 inch scratch to right forearm) affected
Right thorasic Back muscle strain

Specific activity being performed when injury occurred (e.g unloading boom from truck, walking on gangway, bending over picking up debris, etc)
carrying a cooler —(one end)

Describe the treatment received: (e.g. antiseptic and band aid applied)
3 days worth of naproxin and streeching recomended, revisit if pain persists

Managed Doc # HPS-US-SW-GOM HSE DOC 00700 Rev 4                              Page 1 of 2

**bp**

## Preliminary HSSE Incident Report
### "Short Form"

**Section 4: Illness Details** (If this incident caused an illness or symptoms, complete this section)

Describe the workers' symptoms or illness (e.g. nausea and vomiting, heat rash, etc.)

Specific work activity being performed at the time of illness/medium prior to illness/symptoms

Describe the treatment received (e.g. rest and stop work for the day, hospitalization, etc.)

**Section 5: Exposure** (If this incident resulted in a illness, complete this section)

If an exposure:
How long did the task or event last? _____ minutes/hours    How often do they do this task or event? _____ minutes/hours
Is the task or event routine or non-routine. _____ Yes ____ NO
If OCS facility/MODU, was MMS District Office notified. Yes ____ NO

Route of exposure (check all that apply):   ☐ Dermal   ☐ Ingestion   ☐ Inhalation

Type of chemical   ☐ Chemical dispersant   ☐ Oil/dispersant polluted water   ☐ Smoke from oil burning
   ☐ Cleaning agents   ☐ Other chemical

Was sampling of air, water, etc. conducted? If so, please describe

**Section 6: Material Release** (If this incident resulted in a material release, complete this section)

Type of material released: _____

Volume of material released: _____    Volume of material recovered: _____

Released to: ____ skid pan ____ containment area ____ sea ____ air ____ other

Was the material cleaned up? ____ Yes ____ No / If Yes, how?

**Section 7: Disposition**

☐ Treated in the field and released    ☐ Transported to urgent care clinic
☒ Treated at field medical station and released    ☐ Transferred to emergency department/emergency room

If off site treatment is required, where did they get sent _____
If off site treatment or follow on treatment received is assigned to

Name: _____ Company _____ Contact # _____ Email _____
Name: _____ Company _____ Contact # _____ Email _____
Name: _____ Company _____ Contact # _____ Email _____

Person providing information:   _FRANKLIN Alice_ (Print)   _F. Manbua alice_ (Signature)   Date: _9/28/10_

Person reviewing incident:   _Keith A. Morel_ (Print)   _Kith a. M_ (Signature)   Date: _9/28/10_

Responsible Supervisor:   _Brad Tabor_ (Print)   _____ (Signature)   Date: _9/28/10_

Note to Reviewer: Set a positive tone for the obtaining of information and conduct questioning from learning approach. Do not overwhelm the person providing you the information
- Email completed form to: MC252safety@bp.com

From:Dr Cadey Northholm   Case 2:10-md-02179-CJB-DPC Document 25047-1   504 457-2467   Filed 10/21/18   04/09/2012 11:56   Page 36 of 65   #166 P.002/003

LWCC           4/12/2012 3:24:16 PM   PAGE   3/003   Fax Server

# Physical Capabilities for <u>Franklin Alicea</u>

DOB _____ Claim # _____ Estimated date of MMI: _____

___ The patient has no activity restrictions and may continue with FULL DUTY.

___ The patient has personal limitations but NO RESTRICTIONS RELATED TO THIS INJURY.

RELATED TO THIS INJURY, the patient has limited capabilities as checked below.

Can lift up to __✓__ pounds     Can push/pull up to __✓__ pounds

Can drive: Yes No   Can operate heavy equipment or dangerous machinery: Yes No

___ BACK INJURY:

Can sit without changing positions every 30 to 60 minutes: Yes No

Can stand/walk _1-2_ hours per 8 hour day

Can bend or stoop: Yes No      Can sustain postures: Yes No

Can reach overhead: Yes No      Can lifting above chest height Yes No

___ UPPER EXTREMITY:

Can do data entry or repetitive motions tasks _____ hours per 8 hour day.

Can use hand tools: Yes No      Can sustain a grip: Yes No

___ LOWER EXTREMITY INJURY

Can climb stairs: Yes No      Can climb ladders: Yes No

Can crouch or kneel: Yes No      Can walk: Yes No - Needs crutches / cane

___ SYSTEMIC INJURY  (Includes burns, multiple trauma, and CRPS)

Can work  4 / 6 / 8  hours per day for _____ days per week.

Can tolerate vibration: Yes No      Can tolerate heat/ cold: Yes No

Can tolerate dust/fumes: Yes No      Can evacuate dangerous environments safely: Yes No

If the patient has other limited capabilities related to objective findings and the nature of the injury,

please describe them: _____

These restrictions are valid for two weeks or until _Reevaluated after second MRI_

Physician _____   Signature _____   Date _4/18/a_

## Physical Limitations for _____

Visit date _____ DOB _____ Claim # _____

____ The patient has no activity restrictions and may continue with FULL DUTY.

____ The patient has personal limitations but NO RESTRICTIONS RELATED TO THIS INJURY.


____ The patient has the following RESTRICTIONS RELATED TO THIS INJURY:

    ____ No lifting over _20_ pounds      No pushing/pulling over _20_ pounds

    ____ No standing/walking longer than _____ hours per 8 hour day

    ____ No climbing stairs      ____ No climbing ladders      ____ No crouching or kneeling

    ____ No overhead reaching      ____ No lifting above chest height

    ____ No bending or stooping      ✓ No awkward or sustained postures

    ____ Patient must change positions at least every 15 / 30 / 60 minutes.

    ____ Avoid heat or cold      ____ Avoid dust & fumes      ____ Avoid dangerous environments

    ____ No driving      ____ No operating heavy equipment or dangerous machinery

    ____ No use of hand tools      ____ No sustained grip      ____ Limit vibration

    ____ Limit data entry or repetitive motions tasks to less than _____ hours per 8 hour day.

    ____ Patient's work time is limited to 4 / 6 / 8 hours per day for _____ days per week.

    ____ Other _____


**These limitations are effective for _____ days, _____ weeks, or _____ until the next visit.**

Physician _B. bAraberner_____

Signature _____ Date _3/26/12_____

# F. Allen Johnston, M.D.
### Orthopedic Surgery
2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

* *Diplomate of the American*
  *Board of Orthopaedic Surgeons*
* *Diplomate of the American Academy*
  *of Disability Evaluating Physicians*

**FRANKLIN ALICEA**
**03/28/12**

He comes in today for evaluation. He has yet to undergo the SI epidural steroid injection.
His pain remains unchanged. He has seen Dr. Bartholomew for a consultation and also
recommended a repeat MRI of his lower back. Dr. Bartholomew also recommended a
nerve study of his lower extremities. The last MRI that he had of his lower back was in
March of 2011 which revealed bulges at the L5-S1 level towards the right side with a
bulge at the L4-5 level.

His pain will occur in the midline at the lumbosacral level and will radiate off to the left
and right sides. He will experience right leg pain in the thigh of a burning, cramping
quality.

*PHYSICAL EXAMINATION*: Straight leg raise testing on exam today on the right side
causes a burning posterior thigh pain and a back discomfort.

*RECOMMENDATIONS*:
1. We will have him continue to modify his activity.
2. We will have him return back for follow-up.
3. Dr. Johnston authorized a refill on his medication.
4. He will continue using his back brace.
5. He will follow-up with Dr. Bartholomew.
6. He cannot work as a laborer at this point.
7. We switched his Vicodin to Lortab as he was experiencing some itching.
8. We gave him Neurontin for his paresthesias and leg symptoms.

F. Allen Johnston, M.D.
ab
cc: Miguel Elias, Attorney at Law
DD: 03/28/12
DT: 03/29/12

225-231-0261

# Physical Limitations for Franklin Alicea

Visit date __3/28/12__ DOB ███ -79 Claim # __161818__

____ The patient has no activity restrictions and may continue with FULL DUTY.

____ The patient has personal limitations but NO RESTRICTIONS RELATED TO THIS INJURY.

____ The patient has the following RESTRICTIONS RELATED TO THIS INJURY:

    ____ No lifting over _____ pounds      No pushing/pulling over _____ pounds

    ____ No standing/walking longer than _____ hours per 8 hour day

    ____ No climbing stairs      ____ No climbing ladders      ____ No crouching or kneeling

    ____ No overhead reaching      ____ No lifting above chest height

    ____ No bending or stooping      ____ No awkward or sustained postures

    ____ Patient must change positions at least every 15 / 30 / 60 minutes.

    ____ Avoid heat or cold      ____ Avoid dust & fumes      ____ Avoid dangerous environments

    ____ No driving      ____ No operating heavy equipment or dangerous machinery

    ____ No use of hand tools      ____ No sustained grip      ____ Limit vibration

    ____ Limit data entry or repetitive motions tasks to less than _____ hours per 8 hour day.

    ____ Patient's work time is limited to 4 / 6 / 8 hours per day for _____ days per week.

    ____ Other **patient can not return to work as a laborer.**

These limitations are effective for _____ days, _____ weeks, or _____ until the next visit.

Physician _____ F. Allen Johnston

Signature _____ Date __3/28/12__

# STAND-UP-OPEN MRI CENTERS OF LOUISIANA

**PATIENT:** Alicea, Franklin

**DOB:** ████/1979                     **DATE:** 02/28/2012

**REFERRED BY:** Bradley Bartholomew, M.D.

## ERECT WEIGHT-BEARING MR EXAMINATION OF THE LUMBAR SPINE PERFORMED WITHOUT THE ADMINISTRATION OF INTRAVENOUS CONTRAST MEDIA.

<u>INDICATION:</u> Back pain / Leg pain.

**MR FINDINGS: Bone Marrow:** The bone marrow is of homogenous signal intensity on the pulse sequences submitted. I see no unequivocal evidence of ominous pathologic marrow filling or marrow replacing process.

**Osseous Structures:** There is straightening of the lumbar lordosis with the patient in the erect weight-bearing passive neutral posture. The lumbar vertebrae are in acceptable anatomic alignment with the patient in the erect weight-bearing passive neutral posture. Multi-positional assessment is not performed. I see no evidence of bony central canal, lateral recess, or critical neural foraminal stenosis.

**Intradural Structures:** The conus medullaris demonstrates unremarkable intrinsic morphologic appearance and signal intensity on the pulse sequences submitted without the administration of intravenous contrast media. I see no evidence of ominous pathologic intramedullary or extramedullary - intradural defect. The tip of the conus medullaris is at the T12-L1 level.

**Extradural Structures:**

**T10-T11 Intervertebral Disc:** Erect weight-bearing passive neutral posture: Unremarkable hydration of mature intervertebral disc is noted on sagittal T2 weighted images. The disc space height is appropriate. The peripheral margins of the intervertebral disc parallel that of the adjacent vertebral end plates.

Erect weight-bearing flexion posture: Not performed.

Erect weight-bearing extension posture: Not performed.

**T11-T12 Intervertebral Disc:** Erect weight-bearing passive neutral posture: Unremarkable hydration of mature intervertebral disc is noted on sagittal T2 weighted images. The disc space height is appropriate. The peripheral margins of the intervertebral disc parallel that of the adjacent vertebral end plates.

Erect weight-bearing flexion posture: Not performed.

Erect weight-bearing extension posture: Not performed.

---

**4349 Loveland Street, Metairie, Louisiana 70006 * Telephone: 504-934-4000 * Fax: 504-934-4001**

# STAND-UP-OPEN MRI CENTERS OF LOUISIANA

CENTERS OF LOUISIANA

Re: Franklin Alicea
MRI of the Lumbar Spine
Page Two

**T12-L1 Intervertebral Disc:** Erect weight-bearing passive neutral posture: Unremarkable hydration of mature intervertebral disc is noted on sagittal T2 weighted images. The disc space height is appropriate. The peripheral margins of the intervertebral disc parallel that of the adjacent vertebral end plates.

Erect weight-bearing flexion posture: Not performed.

Erect weight-bearing extension posture: Not performed.

**L1-L2 Intervertebral Disc:** Erect weight-bearing passive neutral posture: Unremarkable hydration of mature intervertebral disc is noted on sagittal T2 weighted images. The disc space height is appropriate. The peripheral margins of the intervertebral disc parallel that of the adjacent vertebral end plates.

Erect weight-bearing flexion posture: Not performed.

Erect weight-bearing extension posture: Not performed.

**L2-L3 Intervertebral Disc:** Erect weight-bearing passive neutral posture: Unremarkable hydration of mature intervertebral disc is noted on sagittal T2 weighted images. The disc space height is appropriate. The peripheral margins of the intervertebral disc parallel that of the adjacent vertebral end plates.

Erect weight-bearing flexion posture: Not performed.

Erect weight-bearing extension posture: Not performed.

**L3-L4 Intervertebral Disc:** Erect weight-bearing passive neutral posture: Unremarkable hydration of mature intervertebral disc is noted on sagittal T2 weighted images. The disc space height is appropriate. The peripheral margins of the intervertebral disc parallel that of the adjacent vertebral end plates.

Erect weight-bearing flexion posture: Not performed.

Erect weight-bearing extension posture: Not performed.

**L4-L5 Intervertebral Disc:** Erect weight-bearing passive neutral posture: There is minimal desiccation of mature intervertebral disc on sagittal T2 weighted images. The disc space height is appropriate. There is broad based posterior protrusion of the intervertebral disc eccentrically prominent toward the right side. Annulus fibrosus tear accompanies this with a pattern of edema, hemorrhage, or ingrowth of fibroblastic tissue as shown on series 104 image #6, #7, #8, #9, and #10 and axial image #14. The posterior protrusion of the intervertebral disc measures at least 3.2 mm in sagittal dimension as shown on series 104 image #8.

---

# STAND-UP-OPEN MRI CENTERS OF LOUISIANA

Re: Franklin Alicea
MRI of the Lumbar Spine
Page Three

Erect weight-bearing flexion posture:  Not performed.

Erect weight-bearing extension posture:  Not performed.

**L5-S1 Intervertebral Disc:**  Erect weight-bearing passive neutral posture:  There is desiccation of intervertebral disc on sagittal T2 weighted images.  The disc space height is appropriate.  There is posterior protrusion of the intervertebral disc with annulus fibrosus tear with edema, hemorrhage, or ingrowth of fibroblastic tissue as shown on sagittal image #8.  The protrusion of the intervertebral disc measures at least 3.6 mm in sagittal dimension.

Erect weight-bearing flexion posture:  Not performed.

Erect weight-bearing extension posture:  Not performed.

The posterior longitudinal ligament of the lumbar spine appears to be intact.

**Paraspinous Structures:**  Paraspinous mass lesions are not appreciated.

**Prior Examinations:**  Prior examinations of the lumbar spine are not available for comparison or correlation purposes.

## RADIOGRAPHIC SUMMARY:

1.  Posterior protrusion of the L5-S1 intervertebral disc with annulus fibrosus tear.  This may be a pain generating source.

2.  Posterior protrusion of the L4-L5 intervertebral disc eccentric toward the right side and annulus fibrosus tear.  This may be a pain generating source.

3.  Straightening of the lumbar lordosis with the patient in the erect weight-bearing passive neutral posture indicating a pattern of muscle spasm.

_____
Lawrence W. Glorioso III, M.D.

LWG/km

## F. Allen Johnston, M.D.
### Orthopedic Surgery
2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

* *Diplomate of the American*
  *Board of Orthopaedic Surgeons*
* *Diplomate of the American Academy*
  *of Disability Evaluating Physicians*

**FRANKLIN ALICEA**
**01/11/12**

He comes in today for evaluation. His mid back pain continues at a 7 or an 8/10. He is on the Hydrocodone. He is not working as a laborer. His injury was September 2010. We have recommended a neurosurgical evaluation. The neurosurgeon recommended a repeat MRI study as his most recent study was in March of 2011. That study revealed a prominent bulge at L5-S1 eccentric to the right side as well as a bulge at L4-5. The thoracic MRI revealed a T9-10 herniation to the right side as well as a contained subligamentous T5-6 herniation. There are protrusions at T7-8 and T6-7 as well as a prominent bulge at T8-9.

He has been using his back brace and states he prefers to remove it while driving due to comfort. It is supportive and helpful when up and around.

*PHYSICAL EXAMINATION*: On exam, he has pain to touch over his paraspinous muscles and traps of his neck. He is tender over his left and right lower lumbar paraspinous muscles and PSIS areas. He has increased back pain with straight leg raise testing on the right side more so than on the left side.

*RECOMMENDATIONS*:
1. We will have him modify his activity.
2. We will have him return back for follow-up.
3. Dr. Johnston authorized a refill on his medication.
4. He will continue using his back brace.
5. We will wait for the neurosurgical opinion.
6. He is unable to work as a laborer.

F. Allen Johnston, M.D.
ab
cc: Miguel Elias, Attorney at Law
DD: 01/11/12
DT: 01/13/12

# BRADLEY J. BARTHOLOMEW, M.D.

### NEUROLOGICAL SURGERY

**2600 North Hullen •Metairie, LA 70002**
**(504)457-3452**
**Fax(504)457-3457**

### Clinic Note

PATIENT: Alicea-Peguera, Franklin

DATE: 12/29/11

Mr. Alicea-Peguera is a 32-year-old right-handed male referred by Dr. Johnston. He presents today with his girlfriend, as he does not speak English very well. He gives a history, interrupted through his girlfriend, of being injured September 28, 2010 working for British Petroleum by the water. Evidently there were some plastic stairs, or it sounds like a walkway, in the wind. He picked up a cooler on the walkway, which was moving because of the wind and he felt a pain in his lower back. About one month later he did begin with pain going down the right leg. He did report the injury the day of the injury. He was seen at the nurse's station. The next day he actually had to call a boat to bring him in because he was pain. He was then sent to a clinic. He then went to therapy for two visits. He then began with Dr. Johnston who sent him to more therapy for about six months without relief. He also had one epidural steroid injection without relief, except it did help for one day with complete relief of the leg pain. He presents to me with lower back pain.

The lower back pain he describes as constant. It is constant pain radiating down the right lower extremity to the mid calf area with a tingling going down to the ankle area. The right leg does feel weak. He does have a numb and tingling feeling from the lower back down the right leg in the same distribution as the pain. He denies any bladder or bowel dysfunction. The pain in the back does go all the way up to the neck since the injury. He states it is more of a tired feeling in the neck.

He denies any past medical issues regarding his spine. He denies allergies. He smokes about 10 cigarettes a day. He is presently on Vicodin, hydrocodone and ibuprofen. He has not worked since this injury.

Physical exam shows normal strength throughout the arms and legs. Straight leg testing is positive on the right at 60 degrees. Sensory is decreased in the right L5 and S1 distributions. Reflexes are 1 throughout. Neck exam shows normal range of motion without tenderness or spasm. Back exam shows decreased flexion with lower back pain to the buttock area. He has diffuse tenderness without spasm.

X-ray report of the thoracic spine done October 1, 2010 showed minimal curvature and minimal spondylosis.

MRI scan of the lumbar spine done March 15, 2011 showed prominent bulging at L5-S1 acentric to the left and a left prominent bulging at L4-5. I reviewed these films. I tend to agree with the radiologist's interpretation of the bulging, but I cannot determine the side, as I do not think the films are of good enough resolution and I cannot determine on the sagittal which side is which side.

MRI report of the thoracic spine done March 15, 2011 showed a T9-10 subligamentous herniation acentric to the right, T5-6 contained a subligamentous herniation, T6-7 and T7-8

Alicea-Peguera, Franklin
December 29, 2011
Page 2

protrusions and a T8-9 prominent bulge with scoliosis. I reviewed these films and I agree with findings. There is no compression on the cord.

I do think we need a repeat MRI scan of the lumbar scan. I think we need one done with flexion and extension or possibly a 3 Tesla. Either would be acceptable. I would also like to get EMG's and nerve conductions of the lower extremities. I tend to believe that the disc abnormalities are responsible for his pain and he may be a candidate for discectomy, but I would like to get the above studies and review them first. In the meantime, I am going to start him on some Lyrica.

Bradley J. Bartholomew, MD

BJB/sjr
422164/4015,12-30-11,N06,ajr.docygc

# INTERVENTIONAL SPINE SPECIALISTS

Charles N. Aprill, M.D., A.P.M.C.

Charles N. Aprill, M.D.
*Radiology / Spine Interventions*
*Medical Director*
Fred R. DeFrancesch, M.D.
*Physical Medicine & Rehabilitation*
*Spine Interventions*

August 9, 2011

F. Allen Johnston, M.D.
2930 Canal Street
Suite 301
New Orleans, La. 70119

Re: Alicea, Franklin
DOB:

Dear Dr. Johnston:

Mr. Franklin Alicea presents today for evaluation and S1 transforaminal epidural steroid injection based on review of his physical examination, imaging, and clinical evaluation.

The patient underwent a right S1 transforaminal epidural steroid injection with good flow overlying the posterior aspect of the L5/S1 disc.

The patient had good post procedure relief and is instructed to follow up with as previously scheduled. He will have phone contact in two weeks.

Further interventions may include repeat epdural steroid injection to address his L5/S1 disc and radicular complaints.

Thank you for the referral.

Sincerely,

*Fred R. DeFrancesch, MD*

Fred R. DeFrancesch, M.D.

Enclosure

FRD/td

# INTERVENTIONAL SPINE SPECIALISTS

CHARLES N. APRILL, M.D.
*Radiology*
*Spine Interventions*

Fred R. DeFrancesch, M.D.
*Physical Medicine &Rehabilitation*
*Spine Intervention*

**PATIENT: ALICEA, FRANKLIN**
**DOB:** ▉/79
**ISS/MD#: 2956**
**DATE OF EVALUATION: 09/09/11**

## CLINICAL ASSESSMENT

I.  **PATIENT PROFILE:**   Bilateral S1 transforaminal epidural injections. Reference records sent, F. Allen Johnston, M.D.

II.  **CHIEF COMPLAINT:** " in back"

III.  **HISTORY:**  Please note history and physical exam was conducted with the aid of Spanish translator name Fior. The patient is Spanish speaking only.

A.  **PRESENT ILLNESS:**
1.  In September 2010, the patient was bending forward picking up a big cooler when he felt low back pain. The patient was taken to the clinic, had x-rays done, and was also sent to physical therapy. His attorney then sent the patient to Dr. Johnston.
2.  Previous treatments: physical therapy, five to six months duration, two to three times a week with modalities including hot packs, electrical stimulation, and exercise. Results of the therapy is pain level remained unchanged.
3.  Previous injections: none.

B.  **COMPLAINTS:**
a.  Dominant: Mid lower back that is characterized as hot, like a "poker". Aggravating factors include sitting. Alleviating factors include movements.
2.  Secondary: Site is right leg posterior/lateral. This is characterized as "hot like a poke". Aggravating factors include getting up from a sitting position, and standing. Alleviating factors include elevating the leg.

C.  **PAIN/PAIN BEHAVIOR:**
1.  VAS: now: 70 /100; range: 70-80/100.
2.  ROLAND MORRIS: 23/23, MSPQ: 15, ZUNG: 33, DRAM: distressed / somatic
3.  Pain diagram demonstrates achiness along the cervical spine from C7 to T4 and from T9 through L5 at the midline. There is also achiness over the bilateral iliac crests. Stabbing sensation is also illustrated over the right lateral posterior lateral trunk on the right. There is also paresthesias in the posterior aspect of the leg from mid thigh to just distal to the popliteal fossa on the right. Also paresthesias over the left paraspinal and right paraspinal areas, the left upper lumbar and mid lumbar areas on the right. There is also numbness on the right posterolateral aspect of the leg as distally as the calf. Achiness is also demonstrated the lateral aspect of the right lower extremity to the foot.
4.  Pain medication: Vicodin one po q hs. Ibuprofen po tid.

D.  **PAST MEDICAL HISTORY:**
1.  Allergies: NKDA. The patient reports never having had steroids or versed.
2.  The patient had a tooth abscess that was pulled two weeks ago. He was on antibiotics and completed the course two weeks ago.
3.  Denies heart disease hypertension, diabetes, seizures, pulmonary, GI or GU illnesses.
4.  Surgeries: none.

5. Other medication: none.
E. **REVIEW OF SYSTEMS:**
  1. Sleeping pattern: the patient does report some problems sleeping.
  2. Denies chest pain, shortness of breath, fever, chills, night sweats, rash, bruising or bleeding tendency, weight change, and bowel or bladder symptoms.
F. **SOCIAL HISTORY:**
  1. Tobacco: yes
  2. Alcohol: no
  3. Marital status: single.
  4. Children: yes (2)
  5. Employment: laborer, but has not worked since his injury.
G. **FAMILY HISTORY:**
  1. No history of spine-related disorders.
  2. Denies spine surgeries.

IV. **PHYSICAL EXAM:**
A. **GENERAL:**
  1. Normally developed adult male.
  2. No acute distress. Alert and cooperative. Oriented X 3.
  3. Vital Signs: BP: 169/112, Pulse: 88, Resp: 18, Temp: 97.6
B. **GAIT AND POSTURE:**
  1. Gait: reciprocal
  2. Sitting posture: upright and normal.
  3. Standing posture: weight bearing is balanced. No trunk list. Normal lordosis.
C. **MOVEMENT:**
  1. Active flexion: decreased range of motion with pain at end range.
  2. Rising from flexion: no pan.
  3. Active extension: painful
  4. Extension with rotation: positive on the right side greater than the left with mild decreased range of motion bilaterally.
  5. Simulated trunk rotation: not painful
D. **NEUROLOGIC EXAM:**
  1. Slump test: negative bilaterally.
  2. Femoral stretch: positive on the right; negative on the left.
  3. DTR: 2+ for bilateral patellar, 1+ for left Achilles' and decreased response on the right Achilles'.
4. Manual muscle testing: knee flexors and extensors, dorsiflexors and plantar flexors are all 5/5.
  5. Sensation to light touch shows decreased sensation over the dorsum of the foot on the right in the plantar aspect of the foot on the right.
E. **PRONE LUMBAR EXAM:**
  1. Spring maneuver:
    a. LS junction: positive.
    b. Mid lumbar: positive.
    c. Upper lumbar: positive.
  2. Paraspinous Palpation:
    a. LS junction: positive bilaterally.
    b. Mid lumbar: positive bilaterally.
    c. Upper lumbar: positive bilaterally.
  3. SI joint:
    a. Sacral thrust mildly positive.

    b. PSIS palpation mildly positive on the right side greater than left.
    c. Thigh thrust negative bilaterally.
    d. FABER's negative bilaterally for back pain.

**V. IMAGING REVIEW: MRI LUMBAR SPINE, 03/15/11:** Shows posterior bulging of the L5/S1 disc eccentric towards the right side.

## PROCEDURE DETAILS

**I. PRE-PROCEDURE:**

    **A. Informed Consent:** The benefits, risks and possible complications of lumbar transforaminal epidural steroid injections were explained. Verbal and written consent were obtained.

    **B. Premedication:** 3.5 mg of Versed was administered by slow I.V. infusion. Satisfactory level of conscious sedation. Patient was relaxed and cooperative. Pulse oximetry.

    **C. Preparation:** Three minute betadine wash and sterile draping of right lumbar region.

**II. PROCEDURE: TRANSFORAMINAL EPIDURAL STEROID INJECTION (RIGHT S1)**

    **A.** Standard technique.*

    **B.** Employing fluoroscopy, a 25-gauge 5.0 inch spinal needle was directed to the right S1 root canal. The needle was advanced under direct visualization. There was no contact with the segmental nerve.

    **C.** 3.0 cc of Iohexol was slowly instilled during fluoroscopy. Spot film verifies dispersal.

    **D.** 1.0cc lidocaine 1% was instilled and patient was observed for one minute.

    **E.** 3.0cc of bupivacaine diluted to 0.5% containing 9.0 mg betamethasone instilled.

**III. OBSERVATIONS:**

    **A. Epidurogram:**

        1. Contrast initially spread down the right S1 nerve root and superiorly up to the L5 vertebral body.

        2. No venous uptake, arterial flow, or subarachnoid spread was observed.

    **B. Stimulation:** Slow injection of solutions did not provoke pain.

**IV. RESPONSE:**

    **A.** Pre-procedure pain by VAS 70/100. Post procedure pain 0/100.

    **B.** Post procedure pain drawing reveals no residual pain or discomfort.

## POST PROCEDURE

**I. RECOVERY:** The patient tolerated the procedure well. No complications.

**II. DISPOSITION:** He was discharged in satisfactory condition. Routine instructions.

**III. FOLLOW UP:** Staff phone contact in two weeks.

**IV. IMPRESSION:**

    **A. Low back pain with radicular symptoms:**

        1. **Performed right S1 transforaminal epidural steroid injection.**


Marcus V. John, M.D.

Fred R. DeFrancesch, M.D.

MVJ/td

Alioss, Franklin Clinical 2011-09-09

*International Spine Intervention Society: *Practice Guidelines; Spinal Diagnostic & Treatment Procedures*.
Nikolai Bogduk, M.D.(ed.) on behalf of the Standards Committee.  Part One: Established Procedures,
Diagnostic.  Lumbar Spinal Nerve Blocks. Pp3-19. 2004.

# F. Allen Johnston, M.D.
## Orthopedic Surgery

* *Diplomate of the American*
  *Board of Orthopaedic Surgeons*
* *Diplomate of the American Academy*
  *of Disability Evaluating Physicians*

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

**FRANKLIN ALICEA**
**11/16/11**

He comes in today for evaluation.  His pain is approximately a 6/10.  We have recommended a neurosurgical evaluation.  We held off on proceeding with more injections.  He has been on the Hydrocodone for pain along with Ibuprofen.  He is unable to work as a laborer.  He was injured in September of 2010.

*RECOMMENDATIONS*:
1. Mr. Alicea brings to my attention that he has an appointment with the surgeon on December 29, 2011.  We will see him back afterwards for a reevaluation.
2. Dr. Johnston authorized a refill on his medication.
3. We also recommended a low back brace for comfort and support while up and around.

F. Allen Johnston, M.D.
ab
cc: Miguel Elias, Attorney at Law
DD: 11/16/11
DT: 11/17/11

# F. Allen Johnston, M.D.
## Orthopedic Surgery
2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

- *Diplomate of the American*
  *Board of Orthopaedic Surgeons*
- *Diplomate of the American Academy*
  *of Disability Evaluating Physicians*

October 5, 2011

Jamie Leblanc
LWCC Risk Management Services
FAX 225-231-0261

RE: Franklin Alicia
Claim #161818

Dear Jamie Leblanc,

I have reviewed your correspondence dated October 4, 2011. I did refer Franklin Alicia for a neurosurgical evaluation due to his ongoing low back and right leg pain. He does have a bulging eccentric right sided disc causing right leg radicular symptoms. He states the previous epidural worsens his discomfort. He asked that I allow him to see a neurosurgeon. I therefore made the referral.

In response to your questions: What is the reason for a referral, I think I have stated that clearly above. What treatment can the neurosurgeon perform that you cannot? If the neurosurgeon deems the L5-S1 disc to be the pain generator, then he may be a candidate for a microdiskectomy. I could perform a diskogram and percutaneous diskectomy but those are not necessarily covered by insurances. The neurosurgeon will perform a more traditional limited diskectomy if he feels it is necessary. Finally- Is the referral for the same body parts that you are treating? Yes.

If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

F. Allen Johnston, M.D.
ec
DD: 10/05/11
DT: 10/06/11



# F. Allen Johnston, M.D.
## Orthopedic Surgery

*   *Diplomate of the American
    Board of Orthopaedic Surgeons*
*   *Diplomate of the American Academy
    of Disability Evaluating Physicians*

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

**FRANKLIN ALICEA**
**09/21/11**

Franklin Alicea comes in today for evaluation. His pain continues. He would like to hold off on any more shots and have his neurosurgical evaluation which we will set up as soon as possible. The Ibuprofen is not strong enough. Therefore, we gave him Hydrocodone. Dr. Johnston has authorized this prescription. He is unable to work as a laborer although he can perform light work. His exam remains unchanged. It has been since September 2010 he was injured.

F. Allen Johnston, M.D.
ju
cc: Miguel Elias, Attorney at Law
DD: 09/21/11
DT: 09/22/11

Case 2:10-md-02179-CJB-DPC   Document 25047-1   Filed 10/11/18   Page 54 of 65

# DRS. NUTIK & STEINER
### A PROFESSIONAL MEDICAL CORPORATION
### ORTHOPAEDIC SURGERY

GORDON P. NUTIK, M.D.

ROBERT A. STEINER, M.D.

4224 HOUMA BLVD., SUITE 270
METAIRIE, LOUISIANA 70006

Phone: 504-456-8013
Fax: 504-456-8183

August 22, 2011

LWCC
ATTN: Evin Beck
P.O. Box 98054
Baton Rouge, LA   70898-9054

Re: Franklin Alicea
Chart No. 63752
D/A: 9/28/10
Claim No.  161818

Dear Mr. Beck:

I have reviewed the MRI images of the thoracic spine of 3/15/11.  There is disc protrusion versus subligamentous herniation at C5-6.  Prominent bulging is seen at T8-9. There is a disc protrusion subligamentous herniation T9-10 in a right paracentral location.  Three is no cord deformity.  There is no stenosis.

I reviewed the images of the lumbar MRI of 3/15/11. There is decreased signal intensity at L5-S1.  There is a broad based disc protrusion at L5-S1 causing some right foraminal narrowing.  Minimal annular bulge is seen at L4-5.

OPINION:

Based upon my clinical exam I feel that the patient has right sacroiliac dysfunction. He also has multi-level degenerative lumbar disc disease with disc protrusions in the thoracic region and lumbar region.

When I reviewed his physical exam there were some findings suggestive of nerve root irritation when performing the straight leg raise test on the right as well as positive findings suggestive of sacroiliac dysfunction.

I have been asked to comment upon the necessity of a requested lumbar epidural steroid injection.

Re: Franklin Alicea
Page 2


Based upon my examination of this patient and review of diagnostic studies, a trial of a right L5-S1 transforaminal epidural steroid injection would be reasonable. I still feel he would benefit from specific sacroiliac physical therapy as well.

I trust this is the information you require. If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Robert A. Steiner, M.D.

RAS/ml

# F. Allen Johnston, M.D.
## Orthopedic Surgery
2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

* *Diplomate of the American*
  *Board of Orthopaedic Surgeons*
* *Diplomate of the American Academy*
  *of Disability Evaluating Physicians*

**FRANKLIN ALICEA**
**07/27/11**

Franklin comes in today for evaluation regarding his lower back.  He has yet to undergo the epidural.  He is on Ibuprofen for pain.  He performs home exercises.  His pain remains a 7 or 8/10.  It has been since September 28, 2010 that he was injured at work. There is a burning pain in his right leg down to the calf.  He will also experience numbness and tingling as well.

*PHYSICAL EXAMINATION*:  SLR on the right causes some posterior thigh and right lower back and buttock pain.

*RECOMMENDATIONS*:
1. We will work on getting him scheduled for his ESI's.
2. We will work on getting him a home TENs unit as well as his back brace.
3. We will refill his Ibuprofen today.
4. He is unable to work as a laborer at this point in time.
5. He last worked clean up for the oil spill and was laid off October 6, 2010.

F. Allen Johnston, M.D.
ec
cc: Miguel Elias, Attorney at Law
DD  07/2911
DT: 07/30/11

# DRS. NUTIK & STEINER

A PROFESSIONAL MEDICAL CORPORATION
ORTHOPAEDIC SURGERY

GORDON P. NUTIK, M.D.                    ROBERT A. STEINER, M.D.

4224 HOUMA BLVD., SUITE 270                              Phone: 504-456-8013
METAIRIE, LOUISIANA 70006                                  Fax: 504-456-8183

July 7, 2011

LWCC
ATTN: Evin Beck
P.O. Box 98054
Baton Rouge, LA  70898-9054

Re: Franklin Alicea
Chart No. 63752
D/A: 9/28/10
Claim No.  161818

Dear Mr. Beck:

The above-mentioned patient was seen in my office for Independent Orthopaedic Examination. The following report is for your information.

HISTORY:

This 32-year-old laborer was accompanied by a translator.  The history provided indicates that he injured his back while working on 9/28/10. He states he was lifting a large cooler when he developed back pain. He required no emergency room care. He was initially treated at a Plaquemines clinic and follow-up care has been provided by Dr. F. Allen Johnston. He has been treated with medications and physical therapy.  MRI scans of his mid back and low back have been performed.  Epidural steroid injections have been advised.

He denies prior problems with his back.  There is no history of re-injury. He currently is not working. I have reviewed his Patient Medical History form. He takes Ibuprofen, Vicodin and a muscle relaxer.

Subjectively he reports mid back pain and low back pain.  It is predominantly on the right side and it radiates to the right thigh. He complains of tingling in his right foot. His right leg gets tired. There is no bowel or bladder dysfunction. There were no other orthopaedic complaints.

Re: Franklin Alicea
Page 2

PHYSICAL EXAMINATION:

This 6' 1", 260 pound man was in no acute distress. He stood without scoliosis or list. I observed no antalgic component to his gait.

Thoracic exam revealed tenderness in the midline from T6 through T8. There was no thoracic spasm.

Lumbar exam revealed active motion to measure 40 degrees of flexion, 10 degrees of extension and lateral bending was 10 degrees in each direction. Upon palpation he reported tenderness in the midline at L5. There was no lumbar spasm. Lower extremity motor exam revealed no weakness. Sensory exam revealed diminished sensation to light touch in the right foot. Reflexes at knees and ankles were symmetrical.

Straight leg raise sign on the right caused low back pain and right leg pain in both sitting and supine positions. Straight leg raise sign on the left was negative in both sitting and supine positions.

While lying supine his leg lengths appeared unequal with the right appearing shorter than the left. FABER is positive on the right but negative on the left.

X-RAY EXAMINATION:

Lateral x-ray of thoracic spine obtained in the office today is within normal limits.

Three views of the lumbar spine obtained in the office today revealed mild posterior narrowing of the L5-S1 level. On the AP view there is some mild iliac wing asymmetry with elevation of the right hemipelvis.

MEDICAL RECORDS:

MRI of the lumbar spine report of 3/15/11 from LA MRI states there is prominent posterior bulging of L5-S1 disc eccentric to the right side. It reports bulging of L4-5 disc, less pronounced than at L5-S1. It also states there is some straightening of the lumbar lordosis.

Thoracic MRI of 3/15/11 from LA MRI reports subligamentous herniation T9-10, eccentric to right side. It reports contained subligamentous herniation T5-6. Protrusions are reported at C6-7 and C7-8 and prominent bulging at T8-9.

Re: Franklin Alicea
Page 3


I reviewed records of Dr. F. Allen Johnston.

OPINION:

The patient's diagnosis is right sacroiliac dysfunction as well as multilevel thoracic degenerative disc disease and lumbar degenerative disc disease. His prognosis is fair.

I would like an opportunity to review the films of the thoracic and lumbar MRI prior to making any comments about the need for lumbar epidural injection. He certainly would benefit from physical therapy, specifically to treat sacroiliac dysfunction. Sacriliac mobilization and stabilization PT is indicated for this patient. The patient has not yet reached maximum medical improvement. He may work in a sedentary or light capacity with a 10-15 pound lifting restriction.

This patient was seen for an Independent Examination only. No follow-up appointment was scheduled.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Robert A. Steiner, M.D.

RAS/ml

cc:   Franklin Alicea

# F. Allen Johnston, M.D.
## Orthopedic Surgery

*   *Diplomate of the American*          2930 Canal Street
    *Board of Orthopaedic Surgeons*        Suite 301
*   *Diplomate of the American Academy*    New Orleans, LA 70119
    *of Disability Evaluating Physicians*     504-821-2574

**FRANKLIN ALICEA**
**05/02/11**

He comes in today for evaluation regarding his lower back. His pain remains a 6 or 7/10. He has daily right leg symptoms down to his foot. He also has some right thoracolumbar pain. He is on Ibuprofen, Flexeril, and Vicodin.

As a reminder it has been since September 28, 2010 that he was injured at work. We have recommended a right S1 ESI which he has yet to undergo.

_PHYSICAL EXAMINATION_: Remains unchanged.

_RECOMMENDATIONS_: We will work on getting him scheduled for ESI. Dr. Johnston authorized a refill of his medications.

F. Allen Johnston, M.D.
Jj
cc: Miguel Elias, Attorney at Law
DD: 05/02/11
DT: 05/03/11

DATE: 06/22/2018
TIME: 03:32 pm

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018
For Claim Number 161818
Claimant Allcea, Franklin

REPORT: CL150R
PAGE 1
OF 5

Medical Payments

| Pmnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 03/28/11 | 16493-4 | JOHNSTON, F ALLEN | $386.00 | 10/18/10 | 01/10/11 | 4022724 |
| 03/03/11 | 16493-4 | JOHNSTON, F ALLEN | $68.00 | 10/18/10 | 02/21/11 | 4024195 |
| 03/17/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $103.68 | 10/18/10 | 01/07/11 | 4027901 |
| 03/18/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $12.00 | 10/18/10 | 01/07/11 | 4028135 |
| 03/21/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $7.55 | 03/08/11 | 03/08/11 | 4028245 |
| 04/05/11 | 36885-3 | PERFORMANCE REHABILITATION SERVICES LLC | $431.61 | 03/02/11 | 03/08/11 | 4028184 |
| 04/05/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $9.98 | 03/28/11 | 03/28/11 | 4032144 |
| 04/08/11 | 16493-4 | JOHNSTON, F ALLEN | $68.00 | 03/28/11 | 03/28/11 | 4035562 |
| 04/26/11 | 10766-2 | JOHNSTON, F. ALLEN, MD-NEW ORLEANS | $250.00 | 05/23/11 | 05/23/11 | 4037549 |
| 05/18/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $115.20 | 04/25/11 | 04/25/11 | 4043903 |
| 05/18/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $12.00 | 01/10/11 | 01/07/11 | 4043903 |
| 05/18/11 | 16493-4 | JOHNSTON, F ALLEN | $68.00 | 05/02/11 | 05/02/11 | 4043826 |
| 06/19/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $17.53 | 05/02/11 | 05/02/11 | 4044127 |
| 06/14/11 | 36885-3 | PERFORMANCE REHABILITATION SERVICES LLC | $384.07 | 04/26/11 | 05/23/11 | 4050426 |
| 06/20/11 | 25891-1 | STEINER, ROBERT | $400.00 | 07/07/11 | 07/07/11 | 4052174 |
| 07/01/11 | 31718-0 | COMPCARE RESOURCES INC | $99.00 | 06/22/11 | 06/22/11 | 4055753 |
| 07/06/11 | 32894-0 | SUMMIT MEDICAL INC | $1,201.50 | 06/27/11 | 06/27/11 | 4057058 |
| 07/08/11 | 36885-3 | PERFORMANCE REHABILITATION SERVICES LLC | $553.04 | 06/21/11 | 06/21/11 | 4057547 |
| 07/15/11 | 25891-1 | STEINER, ROBERT | $400.00 | 07/07/11 | 07/07/11 | 4059364 |
| 07/20/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $9.60 | 07/13/11 | 07/13/11 | 4060789 |
| 07/31/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $102.08 | 05/10/11 | 07/27/11 | 4062994 |
| 07/31/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $10.00 | 05/10/11 | 07/27/11 | 4062994 |
| 08/09/11 | 25991-1 | STEINER, ROBERT | $700.00 | 08/09/11 | 08/09/11 | 4064974 |
| 08/10/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $7.26 | 07/28/11 | 07/28/11 | 4066006 |
| 08/15/11 | 16493-4 | JOHNSTON, F ALLEN | $136.00 | 06/15/11 | 07/27/11 | 4066991 |
| 09/01/11 | 31718-0 | COMPCARE RESOURCES INC | $24.00 | 07/25/11 | 07/25/11 | 4071898 |

* denotes a canceled transaction, and is not included in the total calculations

Case 2:10-md-02179-CJB-DPC Document 25047-1 Filed 10/11/18 Page 62 of 65

**LOUISIANA WORKERS' COMPENSATION CORPORATION**

**Claim Payments Report**

For Payment Dates 10/01/1992 Through 06/22/2018

For Claim Number 161818

Claimant Alicea, Franklin

## Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|----------|--------|-------------|-------------|---------|---------|----------|
| 11/04/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $7.26 | 09/20/11 | 09/20/11 | 4079742 |
| 16/04/11 | 16493-4 | JOHNSTON, F ALLEN | $68.00 | 09/21/11 | 09/21/11 | 4079622 |
| 11/06/11 | 31718-0 | COMPCARE RESOURCES INC | $24.00 | 09/20/11 | 09/20/11 | 4081056 |
| 11/29/11 | 25891-1 | STEINER, ROBERT | $152.10 | 07/07/11 | 07/07/11 | 4094741 |
| 25/30/11 | 25891-1 | STEINER, ROBERT | $50.00 | 07/26/11 | 07/26/11 | 4095912 |
| 16/02/11 | 16493-4 | JOHNSTON, F ALLEN | $68.00 | 11/16/11 | 11/16/11 | 4096218 |
| 12/05/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $9.94 | 12/23/11 | 12/23/11 | 4104504 |
| 11/05/12 | 11858-1 | APRILL, CHARLES N. | $644.30 | 09/09/11 | 09/09/11 | 4104475 |
| 21/17/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $113.16 | 01/11/12 | 01/11/12 | 4106859 |
| 11/26/12 | 16493-4 | JOHNSTON, F ALLEN | $68.00 | 01/11/12 | 01/11/12 | 4109838 |
| 18515-1 | 18515-1 | BARTHOLOMEW, BRADLEY J. | $226.80 | 12/29/11 | 12/29/11 | 4110430 |
| 21/19/12 | 36781-1 | GLORIOSO, LAWRENCE W. | $945.90 | 02/28/12 | 02/28/12 | 4127799 |
| 22/02/12 | 34893-0 | MEDFIRM SOLUTIONS INC | $23.12 | 03/16/12 | 03/16/12 | 4126264 |
| 21/03/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $54.88 | 03/20/12 | 03/28/12 | 4126465 |
| 16/16/12 | 16493-4 | JOHNSTON, F ALLEN | $68.00 | 03/28/12 | 03/28/12 | 4129503 |
| 36885-3 | 36885-3 | PERFORMANCE REHABILITATION SERVICES LLC | $200.00 | 04/13/12 | 04/13/12 | 4131344 |
| 21/14/12 | 36885-3 | PERFORMANCE REHABILITATION SERVICES LLC | $203.04 | 05/01/12 | 05/01/12 | 4136605 |
| 05/05/12 | 9011-0 | LUMP SUM SETTLEMENT | $135,000.00 | 06/05/12 | 06/05/12 | 4141966 |
| 19/18/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $4.03 | 03/08/11 | 12/23/11 | 12859A |

TOTAL: $143,506.63

DATE: 06/22/2018
TIME: 03:32 pm

REPORT: CLI150R
PAGE 3
OF 5

# LOUISIANA WORKERS' COMPENSATION CORPORATION

## Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018
For Claim Number 161818
Claimant Allcea, Franklin

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 03/17/2011 | TP | 09/28/2010 | 03/17/2011 | INITIAL | 171 | $14,144.15 | $0.00 | $14,144.15 | 4027907 |
| 03/22/2011 | TP | 03/18/2011 | 03/25/2011 | REGULAR | 8 | $661.71 | $0.00 | $661.71 | 4029319 |
| 03/29/2011 | TP | 03/26/2011 | 04/01/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4031079 |
| 04/05/2011 | TP | 04/02/2011 | 04/08/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4033033 |
| 04/12/2011 | TP | 04/09/2011 | 04/15/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4034778 |
| 04/19/2011 | TP | 04/16/2011 | 04/22/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4036612 |
| 04/26/2011 | TP | 04/23/2011 | 04/29/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4038395 |
| 05/03/2011 | TP | 04/30/2011 | 05/06/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4040244 |
| 05/10/2011 | TP | 05/07/2011 | 05/13/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4042015 |
| 05/17/2011 | TP | 05/14/2011 | 05/20/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4043651 |
| 05/24/2011 | TP | 05/21/2011 | 05/27/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4045470 |
| 05/31/2011 | TP | 05/28/2011 | 06/03/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4047236 |
| 06/07/2011 | TP | 06/04/2011 | 06/10/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4049258 |
| 06/14/2011 | TP | 06/11/2011 | 06/17/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4051285 |
| 06/21/2011 | TP | 06/18/2011 | 06/24/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4053216 |
| 06/28/2011 | TP | 06/25/2011 | 07/01/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4055193 |
| 07/05/2011 | TP | 07/02/2011 | 07/08/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4056836 |
| 07/12/2011 | TP | 07/09/2011 | 07/15/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4058845 |
| 07/19/2011 | TP | 07/16/2011 | 07/22/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4060575 |
| 07/26/2011 | TP | 07/23/2011 | 07/29/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4062370 |
| 08/02/2011 | TP | 07/30/2011 | 08/05/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4064155 |
| 08/09/2011 | TP | 08/06/2011 | 08/12/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4065810 |
| 08/16/2011 | TP | 08/13/2011 | 08/19/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4067590 |
| 08/23/2011 | TP | 08/20/2011 | 08/26/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4069457 |
| 08/30/2011 | TP | 08/27/2011 | 09/02/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4071460 |
| 09/06/2011 | TP | 09/03/2011 | 09/09/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4073217 |
| 09/13/2011 | TP | 09/10/2011 | 09/16/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4075101 |
| 09/20/2011 | TP | 09/17/2011 | 09/23/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4076907 |

* denotes a canceled transaction, and is not included in the total calculations

# LOUISIANA WORKERS' COMPENSATION CORPORATION

## Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018

For Claim Number 161818

Claimant Alicea, Franklin

**Indemnity Payments**

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 09/27/2011 | TP | 09/24/2011 | 09/30/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4078770 |
| 10/04/2011 | TP | 10/01/2011 | 10/07/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4080657 |
| 10/11/2011 | TP | 10/08/2011 | 10/14/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4082686 |
| 10/18/2011 | TP | 10/15/2011 | 10/21/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4084567 |
| 10/25/2011 | TP | 10/22/2011 | 10/28/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4086459 |
| 11/01/2011 | TP | 10/29/2011 | 11/04/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4088428 |
| 11/08/2011 | TP | 11/05/2011 | 11/11/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4090515 |
| 11/15/2011 | TP | 11/12/2011 | 11/18/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4092387 |
| 11/22/2011 | TP | 11/19/2011 | 11/25/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4094255 |
| 11/29/2011 | TP | 11/26/2011 | 12/02/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4095681 |
| 12/06/2011 | TP | 12/03/2011 | 12/09/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4097650 |
| 12/13/2011 | TP | 12/10/2011 | 12/16/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4099445 |
| 12/20/2011 | TP | 12/17/2011 | 12/23/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4101253 |
| 12/27/2011 | TP | 12/24/2011 | 12/30/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4102762 |
| 01/03/2012 | TP | 12/31/2011 | 01/06/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4104129 |
| 01/10/2012 | TP | 01/07/2012 | 01/13/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4105950 |
| 01/17/2012 | TP | 01/14/2012 | 01/20/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4107664 |
| 01/24/2012 | TP | 01/21/2012 | 01/27/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4109489 |
| 01/31/2012 | TP | 01/28/2012 | 02/03/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4111332 |
| 02/07/2012 | TP | 02/04/2012 | 02/10/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4113230 |
| 02/14/2012 | TP | 02/11/2012 | 02/17/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4115035 |
| 02/21/2012 | TP | 02/18/2012 | 02/24/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4116810 |
| 02/28/2012 | TP | 02/25/2012 | 03/02/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4118598 |
| 03/06/2012 | TP | 03/03/2012 | 03/09/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4120281 |
| 03/13/2012 | TP | 03/10/2012 | 03/16/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4121939 |
| 03/20/2012 | TP | 03/17/2012 | 03/23/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4123851 |
| 03/27/2012 | TP | 03/24/2012 | 03/30/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4125478 |
| 04/03/2012 | TP | 03/31/2012 | 04/06/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4127280 |

* denotes a cancelled transaction, and is not included in the total calculations

DATE: 06/22/2018
TIME: 03:32 pm

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018

For Claim Number 161818

Claimant Alicea, Franklin

REPORT: CL150R
PAGE 5
OF 5

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 04/10/2012 | TP | 04/07/2012 | 04/13/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4128906 |
| 04/17/2012 | TP | 04/14/2012 | 04/20/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4130613 |
| 04/24/2012 | TP | 04/21/2012 | 04/27/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4132312 |
| 05/01/2012 | TP | 04/28/2012 | 05/04/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4134103 |
| 05/08/2012 | TP | 05/05/2012 | 05/11/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4135836 |
| 05/15/2012 | TP | 05/12/2012 | 05/18/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4137587 |
| 05/22/2012 | TP | 05/19/2012 | 05/25/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4139386 |
| 05/29/2012 | TP | 05/26/2012 | 06/01/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4140888 |
| 06/05/2012 | TP | 06/02/2012 | 06/08/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4142794 |
| 06/12/2012 | TP | 06/09/2012 | 06/15/2012 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4144453 |
| TOTALS (excluding cancelled transactions denoted by *): | | | | | | $51,861.86 | $0.00 | $51,861.86 | |

* denotes a cancelled transaction, and is not included in the total calculations