# JOHNSON, RAHMAN & THOMAS

Employees of Louisiana Workers' Compensation Corporation

2237 S. Acadian Thruway | P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone: (225) 231-0875
Facsimile: (225) 231-0986
Fax Server: (225) 929-5613

July 3, 2018

*Via UPS Next Day Air*

Counsel for BP
**Attn: Mr. J. Andrew Langan**
Kirkland & Ellis LLP
300 N. LaSalle St., Suite 2400
Chicago, IL 60654

*Via UPS Next Day Air*

MDL 2179 Plaintiffs' Steering Committee
**Attn: Mr. Steven J. Herman**
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

In Re: Oil Spill by the Oil Rig "Deepwater Horizon": in the Gulf of Mexico,
On April 20, 2010
MDL No.       :       10-2179; Section J

Louisiana Workers' Compensation Corporation v. BP, PLC, et al
Civil Action No.:       17-cv-03199

Workers' Compensation Claim of Norman Dardar, Jr.
LWCC Claim No.:   160368

Dear Counsel:

In compliance with Pretrial Order No. 66, with respect to the workers' compensation claim of Norman Dardar, enclosed please find the following documents:

1.      Individual Particularized Statement of Claim;
2.      Accident report;
3.      First Report of Injury;
4.      Claim for Compensation filed by injured worker;
5.      Recent medical records; and
6.      Claim payment report.

Writer's Direct Line: (225) 231-0755 | Writer's Email: djohnson@lwcc.com

Mr. J. Andrew Langan
Mr. Steven Herman
July 3, 2018
Page 2

In total LWCC has paid $158,133.71 to and on behalf of Mr. Dardar as a result of his injuries suffered during the clean-up efforts following the Deepwater Horizon explosion. Louisiana Workers' Compensation Corporation is seeking recovery of all payments made to and on behalf of Mr. Dardar.

I hope this is satisfactory for your needs, however, in the event you have any questions or require any additional information, please do not hesitate to call.

With kind regards, I am

Very truly yours,

David K. Johnson

DKJ/fhj
Enclosures
cc:     Linda Dantin

## EXHIBIT A

| |
|---|
| ***In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*** <br> **Civil Action No. 10-MD-2179-CJB-SS** <br><br> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM** <br> **FOR REMAINING B3 PLAINTIFFS** |

**PLAINTIFF'S FULL NAME:**  Louisiana Workers' Compensation Corporation

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:**  Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity.  If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.   YOUR BACKGROUND INFORMATION

1.   Current address:

Address Line 1:   2237 S. Acadian Thruway

Address Line 2:

City:   Baton Rouge          State:   LA          Zip:   70808

2.   Telephone number:   (225) 924-7788

3.   Maiden or other names used or by which you have been known, and the dates during which you were known by such names:   N/A

4.   Date and Place of Birth:   N/A

5.   Male_____   Female_____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| N/A | |
| | |
| | |

7. Employment Information:

    A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _____ If *"Yes,"* when were you out of work and why? ___N/A_____

_____

## B.   THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL

9.    Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes __X__   No _____ ( Indirectly, see attached correspendence )

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

### 1.   Cleanup Workers

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.   Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore _____   Offshore __X__   Both _____

11.   Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes _____   No __X__

12.   Did you handle hazardous materials as part of your cleanup work?

Yes _____   No _____

13.   Please set forth the following information about your cleanup work:

A.    Your employer(s): ___Roustabouts, Inc.___

B.    Your supervisor(s) at the employer(s) identified in Question No. 13(A):

___Willard Thibodeaux, Jr.___

C.    A description of the work performed for employer(s) identified in Question No.

13(A): ___Foreman___

D.    The date(s), time(s), and location(s) you performed the work described in Question

No. 13(C): ___Duration of employment unknown believed to be several years prior to incident___

E.     The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): __a Hilcorp vessel – name unknown__

F.     Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): __Hilcorp?__

## 2.     Residents/Tourists

14.    Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No_____

15.    Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No_____

16.    List all address(es) at which you resided in 2010:_____

_____

## C.     INFORMATION ABOUT YOUR B3 CLAIM

17.    Are you claiming that you suffered damages from (*Check all that apply*):

_____Bodily injury from exposure to oil and/or dispersants

__X__Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

      Oil_____          Dispersants_____        Both_____

19.    How were you exposed? (*Check all that apply*)

      A.     Inhalation          Yes_____    No_____

      B.     Dermal (skin) contact    Yes_____    No_____

      C.     Ingestion          Yes_____    No_____

      D.     Other (please describe): _____

20.    What was the date(s) of your exposure?

      Day: _____    Month: _____    Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

      _____

      _____

      _____

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

      _____

      _____

      _____

      _____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

      _____

      _____

      _____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.    NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A.    The nature of your injury: _See attached medical records_

    B.    The date(s) of your injury: _9/14/2010_

    C.    The location(s) of your injury: _Dog Lake Field._

    D.    The work that you were performing when you sustained your injury: _____

    _Passenger in boat_

    _____

    E.    Identify any individual(s) who witnessed your injury: _See attached_ _ax report & statements_

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

    _See attached accident report & statements_

    _____

## F.    INFORMATION ABOUT YOUR INJURY OR ILLNESS

29.    Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

See attached medical records

30.    Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

See attached accident reports, claim for compensation and medical records

31.    On what date did you first report or seek treatment for your injury or illness: 9/14/2010

32.    On what date was your injury first diagnosed: 9/14/2010

33.    Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|      | See attached medical records + claim payment report |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|  | *See attached medical records & claim payment report* |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No _____. If "*Yes,*" *Unknown*

    A.    When? _____

    B.    Who diagnosed the injury (or condition) at that time? _____

                _____

                _____

    C.    Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____ No_____. If "*Yes,*"

    A.    What date did you first experience such injury or condition?_____

    B.    What injury (or condition) was made worse? _____

                _____

37.    Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|  | Unknown |
|  |  |
|  |  |
|  |  |
|  |  |

38.    Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes  X    No _____

39.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____ Recovery of medical expenses + weekly benefits per attached claim payment report _____

40.    Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes  X    No _____

If "Yes":

A.    From whom did you receive this compensation or reimbursement? _____

_____ LWCC _____

B.    When did you receive this compensation or reimbursement?_____

_____ *See attached claim payment report*

C.    What was the amount of the compensation or reimbursement?_____

_____ *See attached claim payment report*

## G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract
number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program:*  Describe whether or not you were placed on-hire
and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including
the nature of the damage, the date(s) of the damage, the amount of the damage, and the
calculations used to arrive at that amount:_____

_____

_____

_____

48.     Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____July 5_____, 2018

Location (City and State): _____Baton Rouge, La_____

_____
Signature of Plaintiff*

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

_____
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

10/19/10  09:41 FAX 19855325001          LARIS INS. ACCY                    ☒002/009

# ACORD™  WORKERS COMPENSATION - FIRST REPORT OF INJURY OR ILLNESS

| EMPLOYER (NAME & ADDRESS INCL ZIP) | CARRIER/ADMINISTRATOR CLAIM NUMBER | REPORT PURPOSE CODE |
|---|---|---|
| Roustabouts, Inc.<br>PO Box 730<br>Bourg, LA 70343 | JURISDICTION        JURISDICTION CLAIM NUMBER | |
| | INSURED REPORT NUMBER<br>USLH | |

| SIC CODE | EMPLOYER FEIN<br>721162300 | EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT)<br>226 Roustabout Street, Houma, LA 70363 | LOCATION #: 0000<br>PHONE #<br>985.853.2733 |

## CARRIER/CLAIMS ADMINISTRATOR

| CARRIER (NAME, ADDRESS & PHONE NO)<br>LA. Workers Compensation Corp. | POLICY PERIOD<br>04/27/2010<br>TO<br>04/27/2011<br>CHECK IF APPROPRIATE<br>☐ SELF INSURANCE | CLAIMS ADMINISTRATOR (NAME, ADDRESS & PHONE NO) |
|---|---|---|

| POLICY/SELF-INSURED NUMBER<br>129748 | | ADMINISTRATOR FEIN |

AGENT NAME & CODE NUMBER  Laris Insurance Agency LLC

## EMPLOYEE/WAGE

| NAME (LAST, FIRST, MIDDLE)<br>Norman Dardar, Jr | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DATE HIRED | STATE OF HIRE<br>Louisiana |
|---|---|---|---|---|

| ADDRESS (INCL ZIP)<br>3981 Oak Pointe Rd.<br>Montegut, LA 70377 | SEX<br>☒ MALE<br>☐ FEMALE<br>☐ UNKNOWN | MARITAL STATUS<br>☐ UNMARRIED SINGLE/DIVORCED<br>☐ MARRIED<br>☐ SEPARATED<br>☐ UNKNOWN | OCCUPATION/JOB TITLE<br>Foreman<br>EMPLOYMENT STATUS |
|---|---|---|---|

| PHONE<br>985.594.8944 | | # OF DEPENDENTS | | NCCI CLASS CODE |

| RATE<br>PER: | DAY | MONTH<br>OTHER: | # DAYS WORKED/WEEK | FULL PAY FOR DAY OF INJURY?  ☐ YES  ☐ NO<br>DID SALARY CONTINUE?  ☐ YES  ☐ NO |
|---|---|---|---|---|
| | WEEK | | | |

## OCCURRENCE/TREATMENT

| TIME EMPLOYEE BEGAN WORK  ☐ AM ☐ PM | DATE OF INJURY/ILLNESS<br>09/14/2010 | TIME OF OCCURRENCE<br>7:00  ☐ AM ☒ PM | LAST WORK DATE<br>09/14/2010 | DATE EMPLOYER NOTIFIED<br>09/14/2010 | DATE DISABILITY BEGAN<br>09/14/2010 |
|---|---|---|---|---|---|

| CONTACT NAME/PHONE NUMBER<br>Veronica Dupre<br>(985)853-2733 | TYPE OF INJURY/ILLNESS<br>Multipule contusions | PART OF BODY AFFECTED<br>Multiple |
|---|---|---|

| DID INJURY/ILLNESS EXPOSURE OCCUR ON EMPLOYER'S PREMISES?<br>☐ YES ☒ NO | TYPE OF INJURY/ILLNESS CODE | PART OF BODY AFFECTED CODE |
|---|---|---|

DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED
Oil spill clean up

ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED

SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED
Passenger in vessel that was operated by an employe
e of another company and owned by that company

WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED
Picking up oil booms

HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED THE EMPLOYEE OR MADE THE EMPLOYEE ILL
Employee-Norman Dardar Jr was a passenger in a vessel recovering oil booms when
the vessel struck a cluster of pilings.

| DATE RETURN(ED) TO WORK | IF FATAL, GIVE DATE OF DEATH | WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED?  ☐ YES ☐ NO<br>WERE THEY USED?  ☐ YES ☐ NO |
|---|---|---|

| PHYSICIAN/HEALTH CARE PROVIDER (NAME & ADDRESS) | HOSPITAL (NAME & ADDRESS)<br>Terrebonne General Medical Ctr<br>8166 Main St<br>Houma, LA 70360<br>(985)873-4141 | INITIAL TREATMENT<br>☐ NO MEDICAL TREATMENT<br>☐ MINOR: BY EMPLOYER<br>☒ MINOR CLINIC/HOSP<br>☒ EMERGENCY CARE<br>☐ HOSPITALIZED > 24 HRS<br>☐ FUTURE MAJOR MEDICAL/LOST TIME ANTICIPATED |
|---|---|---|

WITNESSES (NAME & PHONE #)
See attached

| DATE ADMINISTRATOR NOTIFIED<br>09/15/2010 | DATE PREPARED<br>10/19/2010 | PREPARER'S NAME & TITLE<br>Sonny Breaux-Laris Insurance Agy-Claims Mgr | PHONE NUMBER<br>985-532-5576 |
|---|---|---|---|

ACORD 4 (7/97)          SEE BACK FOR IMPORTANT STATE INFORMATION/SIGNATURE          ©ACORD CORPORATION 1993

# ACORD™ WORKERS COMPENSATION - FIRST REPORT OF INJURY OR ILLNESS

**EMPLOYER (NAME & ADDRESS INCL ZIP)**
Roustabouts, Inc.
PO Box 730
Bourg, LA 70343

CARRIER/CLAIMS ADMINISTRATOR CLAIM NUMBER
JURISDICTION
JURISDICTION CLAIM NUMBER
REPORT PURPOSE CODE

**INSURED REPORT NUMBER**
106884

| SIC CODE | EMPLOYER FEIN | **EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT)** 226 Roustabout Street, Houma, LA 70363 | LOCATION #:0000 PHONE # 985.853.2733 |

## CARRIER/CLAIMS ADMINISTRATOR

**CARRIER (NAME, ADDRESS & PHONE NO)**
Underwriters at Lloyds
14425 Torrey Chase Blvd
Suite 200
Houston, TX 77014
7134406222

**POLICY PERIOD**
02/26/2010
TO
02/26/2011
CHECK IF APPROPRIATE
☐ SELF INSURANCE

**CLAIMS ADMINISTRATOR (NAME, ADDRESS & PHONE NO)**

| CARRIER FEIN | **POLICY/SELF-INSURED NUMBER** TRC-403404 | | ADMINISTRATOR FEIN |

**AGENT NAME & CODE NUMBER** Laris Insurance Agency LLC

## EMPLOYEE/WAGE

**NAME (LAST, FIRST, MIDDLE)**
Norman Dardar Jr

**ADDRESS (INCL ZIP)**
3981 Oak Pointe Rd.
Montegut, LA 70377

**PHONE**
985.594.8944

| DATE OF BIRTH | SOCIAL SECURITY NUMBER | DATE HIRED | STATE OF HIRE |

**SEX**
X MALE
☐ FEMALE
☐ UNKNOWN
# OF DEPENDENTS

**MARITAL STATUS**
☐ UNMARRIED SINGLE/DIVORCED
☐ MARRIED
☐ SEPARATED
☐ UNKNOWN

**OCCUPATION/JOB TITLE**
Foreman

**EMPLOYMENT STATUS**

NCCI CLASS CODE

| RATE | PER: | DAY ☐ WEEK ☐ | MONTH ☐ OTHER: ☐ | # DAYS WORKED/WEEK | FULL PAY FOR DAY OF INJURY? YES ☐ NO ☐ DID SALARY CONTINUE? YES ☐ NO ☐ |

## OCCURRENCE/TREATMENT

| TIME EMPLOYEE BEGAN WORK | AM ☐ | DATE OF INJURY/ILLNESS 09/14/2010 | TIME OF OCCURRENCE 7:00 | AM ☐ PM X | LAST WORK DATE 09/14/2010 | DATE EMPLOYER NOTIFIED 09/14/2010 | DATE DISABILITY BEGAN 09/14/2010 |

**CONTACT NAME/PHONE NUMBER**
Veronica Dupre
(985)853-2733

**TYPE OF INJURY/ILLNESS**
Multiple contusions

**PART OF BODY AFFECTED**
Multiple

**DID INJURY/ILLNESS EXPOSURE OCCUR ON EMPLOYER'S PREMISES?**
YES ☐ X NO

TYPE OF INJURY/ILLNESS CODE

PART OF BODY AFFECTED CODE

**DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED**
Oil Spill Clean up

**ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED**

**SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED**
Passenger in vessel that was operated by an employee of another company

**WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED**
Picking up oil booms

**HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED THE EMPLOYEE OR MADE THE EMPLOYEE ILL**
Employee-Norman Dardar Jr was a passenger in a vessel recovering oil booms when the vessel struck a cluster of pilings.

CAUSE OF INJURY CODE

| DATE RETURN(ED) TO WORK | IF FATAL, GIVE DATE OF DEATH | WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED? YES ☐ NO ☐ WERE THEY USED? YES ☐ NO ☐ |

**PHYSICIAN/HEALTH CARE PROVIDER (NAME & ADDRESS)**

**HOSPITAL (NAME & ADDRESS)**
Terrebonne General Medical Center
8166 Main St
Houma, LA 70360
(985) 873-4141

**INITIAL TREATMENT**
☐ NO MEDICAL TREATMENT
☐ MINOR: BY EMPLOYER
☐ MINOR CLINIC/HOSP
X EMERGENCY CARE
☐ HOSPITALIZED > 24 HRS
☐ FUTURE MAJOR MEDICAL/LOST TIME ANTICIPATED

**WITNESSES (NAME & PHONE #)**
See attached

| DATE ADMINISTRATOR NOTIFIED 09/15/2010 | DATE PREPARED 09/17/2010 | PREPARER'S NAME & TITLE Sonny Breaux-Laris Ins Agy-Claims Manager | PHONE NUMBER (985) 532-5576 |

ACORD 4 (7/97)   SEE BACK FOR IMPORTANT STATE INFORMATION/SIGNATURE   ©ACORD CORPORATION 1993

SEP-15-2095 12:19P FROM:ROUSTABOUTS INC.        9858532733        TO:5325001        P.2

**SCANNED**

## *Roustabouts, Inc.*
### *SUPERVISORS FIRST REPORT OF INJURY OR ILLNESS*

**DATE:** *9-14-10*                **TIME:** *7:00 PM*
**Employee:** *Norman Parpar Jr*        **Position** *Foreman*
**Immediate Supervisor:** *Willard Thibodaux Jr*
**Location where Incident took place:** *2 Battery  Bay Lake  Field*
**Specific Area of Location:** *West Side of 2 Battery    about  1 mile From platForm*
**Incident resulted in:** ✓ Injury ___ Illness ___ Nearmiss ___ Facality ___ Lost time
**Classification:** ✓ No first aid required ___ First Aid ___ OSHA Recordable
**Body Part Affected:** *Lower Back, and Legs, Left Arm*
**Type of Incident:** *Boating accd.*
**Description of Incident:** *Hit Piling with Boat Norman was THrown Out of Boat and Wayne Hit Front Deck. Wayne was Driving Boat. Norman was sitting on Front Seat.*

**Describe Work Area Conditions:**
*Clear and Calm.*

**Main cause of Incident:** *Driver Didn't see piling.*

**Corrective Actions Taken:** *Brought To Heliport and was Air lifted To Hospital*

**Was First Aid Administered?** ✓ YES  NO  **By Whom:** _____
**Witnesses:** *On seperate paper*
**Witness Description of Incident:** *On seperate paper*

**Employee's Signature** *Norman Parpar*        **Date:** *9-14-2010*
**Supervisor's Signature:** *Willard Thibodaux Jr*        **Date:** *9-14-10*



10/19/10 02:44 FAX 19855325001    LARTS INS. ACCY                    ☒005/009
Case 2:10-md-02179-CJB-DPC  Document 25047-5  Filed 10/11/18  Page 18 of 85

SEP-15-2095 12:19P FROM:ROUSTABOUTS INC.    9858532733        TO:5325001        P.3

**Roustabouts Incident Report**
**Statement from Injured**
**Incident Date:**

What Caused incident/accident to happen?  (Describe fully the events, which resulted in
the accident/accident.  Tell what happened and how it happened.  Name any objects or
substances involved and tell how they were involved.  Give full details on all factors,
which led to or contributed to this incident accident.)

*Pulled Boom*
*From Tank Battery &*
*Hauling to Main Facility & Small*
*Boat was in Front of Ben. &*
*Wayne Turned His Head to*
*Flag Boat Pulling their Down*
*when He turned around that's*
*when we Hit Allen*

**DESCRIPTION & EXTENT OF INJURY**

*Lower Back & Legs & Left arm*

**WHAT ACTION WAS TAKEN AT TIME OF INJURY?**

*Was taken to Heliport & Air Lifted to*
*Hospility*

Signature: *Norman Darbon*          Date: *9-14-2010*

SEP-15-2005 12:20P FROM:ROUSTABOUTS INC.      9858532733         TO:5325001        P.4

# INCIDENT REPORT
## Please Print

Location: _Dog Lake_         Date of Report: _9-14-2010_       Date/Time of Incident: _9-14-2010/_

Person Involved (Full Name): _Norman Darbar Jr_       Age/Race/Sex: _51  white  male_

Status (Circle one):  (Employee)   Contractor   Visitor   Job Title (for employee): _Foreman_

Name of Company _Roustabouts Inc_

Reason for being at facility: _Changing out oil Boom_

Exact location of incident: _2 Battery (Dog Lake Field)_

Home Address: _3981 oak point Rd_       Home Phone: _(985) 594-8944_
_point ac chein_

WITNESSES -  Name: _____       Telephone #: _____

Name: _____       Telephone #: _____

DESCRIPTION OF INCIDENT (**Describe exactly what happened, body part injured, type of injury, and if property/equipment was damaged.** Include witness statements if available).

_Left 2 Battery was In Front of Boat pulling old_
_Boom To miss Toni. Hit Cluster pilings and Flew_
_out of Boat Hitting Back on Front of Boat. Had_
_To Swim To get out from path of Boat. Boat_
_was going around Cluster pilings. motor Ran out_
_of gas Staped motor._

Status of Incident (check all that apply):

| | |
|---|---|
| Property Damage: | |
| Theft: | |
| No Injury/Near Miss: | ___ |
| Minor (no 1st aid/less than $1000): | ___ |
| 1st Aid required, not LTA: | ___ |
| Significant (LTA/more than $1000): | ___ |
| Severe (death/dismemberment/facility shutdown): | ___ |

Did a physician evaluate person involved? Yes _✓_   No _   Date/Time Seen: _9-14-10  7;30 pm_

**(IF SEEN BY A PHYSICIAN, a copy of the physicians report should be obtained and attached to incident report).**
NOTE: If injured was offered further evaluation/treatment and refused, must complete a "Refusal of Care" form.

Signature of Person Completing Report: _Willard T Mosler 2_   Title: _Supervisor_

Signature of Responsible Supervisor: _____

Safety Meeting Review Date: _____

On Sep. 14-10

Howard called me and ask me to TK. B #2 @ Dog LK.
When I got There I saw whyen in the bottom of -
The small boat with blood on his head and not moving.
I got in the with him do to first Aid.
We called Corey for help to get him to the Hosp
We put in a hilicopter Air Med.

Joseph E. Romero
Ph. # 337-331-3906

Hilcorp (Dog Lake Field) & Battery

Jake Theriot                                985-991-3512

Ethan Solet and I were waiting for the boats
on the barge infront of the office. We seen
the helicopter fly over, and about an hour later
we were brought back to the living quarters to
Stay over night.

William T Abshire 2

SEP-15-2095 12:20P FROM:ROUSTABOUTS INC.        9859532733         TO:5325001          P.7

Hilcorp ( Dog Lake Field ) or varies

855-6934

Ethan Solet                          Phone # : 85-2687

Me and Jake Theriot were waiting
on the barge at the dog lake Facility, waiting
for the foreman to return then a helicopter
passed overhead and the the tug Captin
left out in another boat to get to the accident.
When the boat officer returned later he said
to "call it"

Ethan Solet
Willed Theriot

**U. S. Department Of Labor**
Office of Workers' Compensation Programs
Division of Longshore and Harbor Workers' Compensation
P O Box 30728
New Orleans, Louisiana 70190-0728
(504) 589-2671

September 15, 2011

Case No. 07-190249
Date Of Injury: 09/14/2010

CERTIFIED MAIL 7011 1150 0000 9169 4894

Louisiana Workers' Comp. Corp.
P.O. Box 98041-9041
Baton Rouge, LA 70898

**NOTICE TO EMPLOYER AND INSURANCE CARRIER THAT CLAIM HAS BEEN FILED**

Enclosed is a copy of a claim for compensation filed by Norman Dardar, Jr. (Claimant) under the Longshore & Harbor Workers' Compensation Act.

You should proceed to pay compensation promptly when due as provided by Section 14 of the Longshore and Harbor Workers' Compensation Act, and to furnish medical treatment in accordance with Sections 7(a) and (b) thereof, unless liability to pay compensation is controverted. If any installment of compensation is not paid within 14 days after it becomes due, an additional amount of ten percent of the amount due must be paid.

Section 14(d) provides that if the employer controverts the right to compensation, the employer shall file with the District Director, on or before the 14th day after having knowledge of the alleged injury or death, a notice stating that the right to compensation is controverted, the name of the claimant, the name of the employer, the date of the alleged injury or death, and the grounds upon which the right to compensation is controverted.

Forms of notice of controversy are enclosed to controvert the claim in the event that the right to compensation is denied and the claim is to be opposed. If the right to compensation is not denied, you should proceed to pay compensation immediately as required by the Act.

Sincerely,

Luanne M. Wilton
Worker's Compensation Assistant

cc:  Mr. Norman Dardar, Jr.
     3891 Oak Pointe Rd.
     Montegut, LA 70377

     Francis I Spagnoletti, Esq.
     401 Louisiana Street, 8th Floor
     Houston, TX 77002

Form LS-215a

**U. S. Department Of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Longshore and Harbor Workers' Compensation
P O Box 30728
New Orleans, Louisiana 70190-0728
(504) 589-2671

September 15, 2011

Francis I Spagnoletti, Esq.
401 Louisiana Street, 8th Floor
Houston, TX 77002

File Number: 07-190249
Injured Employee: Norman Dardar, Jr.
Date of Injury: 09/14/2010
Employer: Roustabouts, Inc.

To Whom It May Concern:

This letter will acknowledge the claim and power of attorney submitted on behalf of the employee.  A copy is being sent to the insurance carrier.

By copy of this letter to the insurance carrier, it is requested that they forward all previous and future medical reports, LS-forms and all other correspondence relative to this case directly to you.  All correspondence should be copied to this office for inclusion in our file.

Sincerely,

Luanne M. Wilton
Worker's Compensation Assistant

//LW


cc:  Louisiana Workers' Comp. Corp.
     P.O. Box 98041-9041
     Baton Rouge, LA 70898


     Mr. Norman Dardar, Jr.
     3891 Oak Pointe Rd.
     Montegut, LA 70377


<u>**Include your address, ZIP code, and file number on all correspondence.**</u>


Form LS-215a

*Spagnoletti & Co.*
### ATTORNEYS AT LAW

**401 LOUISIANA STREET, 8TH FLOOR**
**HOUSTON, TEXAS 77002**

TELEPHONE (713) 653-5600

FAX (713) 653-5656

September 9, 2011

**Via Certified Mail/RRR**
U.S. Department of Labor
Longshore District Office 7
P.O. Box 30728
New Orleans, LA 70190-0728

|      | Re: | Claimant  | : | Norman A. Dardar, Jr. |
|------|-----|-----------|---|------------------------|
|      |     | Employer  | : | Roustabouts, Inc.      |
|      |     | D/Accident| : | September 14, 2010     |
|      |     | OWCP No.  | : | 07-190249              |

Dear Sir:

Please be advised that we represent Mr. Norman Dardar in his claim for Longshore & Harbor Workers' Compensation Act benefits, as well as his third party claims. A Power of Attorney is enclosed for your records.

Also enclosed please find Form LS-203 for filing in this matter. I am also enclosing a copy of the LS-203, which we request you file-mark and return in the enclosed envelope.

Thank you for your assistance in this matter.

Very truly yours,

SPAGNOLETTI & CO.

Marc Evan Kutner

MEK:nh
Enclosures

## POWER OF ATTORNEY

I, Norman Dardar, have employed Spagnoletti & Co. as attorneys to prosecute a claim held by the Client under the Longshore & Harbor Workers' Compensation Act.

Executed this ___9___ day of September, 2011

_Norman Dardar_
**NORMAN DARDAR**

# Employee's Claim for Compensation

## U.S. Department of Labor
Office of Workers' Compensation Programs



See Instructions On Reverse

OMB No.1240-0014

**3.** Name of person making claim (Type or print)

| First | MI. | Last |
|---|---|---|
| Norman | A | Dardar |

**1.** OWCP No. 07-190249

**2.** Carrier's No. *UNKNOWN*

**5.** Claimant's address (number, street, city, state, ZIP code)
line1: 3981 Oak Point Road
line2:

Montegut
LA          70377
UNITED STATES

**4.** Date of Injury  09/14/2010

**6.** Marital Status  [✓] Married  [ ] Single

**7.** Sex  [✓] Male  [ ] Female

**8.** Date of Birth  ▮1959

**9.** Social Security Number (Required by law)  ▮2726

**10.** Did injury, cause loss of time beyond day or shift of accident?  [✓] Yes  [ ] No

**11.** On date of injury give
a. Hour began work  5  [✓] AM  [ ] PM
b. Hour of accident  6  [ ] AM  [✓] PM
c. Did you stop work immediately?  [✓] yes  [ ] No

**12.** Date and hour pay stopped? (mm/dd/yyyy)(hh:mm am/pm)  *UNKNOWN*

**13.** Date and hour you returned to work (mm/dd/yyyy)(hh:mm am/pm)  *NOT APPLICABLE*

**14.** Occupation (Job title: longshore worker, welder, etc.)  Foreman

**15.** Injured while doing regular work?  [ ] Yes  [✓] No  (if "No," explain in Item 24)

**16.** Wages of earnings when injured (include overtime allowances, etc.)
a. Weekly  $2,400.00
b. Total earnings during year immediately before injury.  $58,000.00

**17.** Has 3rd party or other claim been made because of this injury?  [✓] Yes  [ ] No

**18.** Number of years you worked for this employer  18

**19.** Number of days usually worked per week  7

**20.** Name of supervisor at time of accident?  Cannot recall

**21.** Earliest date supervisor or employer knew of accident (mm/dd/yyyy)  09/14/2010

**22.** Were you employed elsewhere during the week injured?  [✓] No  [ ] Yes  (If "Yes," state where and when on reverse.)

**23.** Exact place where accident occurred (Street address, city, town, name of vessel, pier, terminal, etc.)
On a vessel

**24.** Describe in full how the accident occurred (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident. If more space is needed, continue on reverse.)

Passenger in vessel being driven by Hilcorp employee, who crashed into a pier when he was not paying attention to operating the vessel, causing Claimant to be thrown from the vessel.

**25.** Nature of injury (name part of body affected - fractured left leg, bruised right thumb, etc. If there was a loss or loss of use of a part of the body, describe.)

Legs, left shoulder, low back, headaches, PTSD.

**26.** Have you received medical attention for this injury? (if "Yes," give name and address of doctor, clinic, hospital, etc.)  [✓] Yes  [ ] No

Kenneth Berliner, M.D., 7007 North Freeway, Suite 200, Houston, TX 77076

**27.** Were you treated by a physician of your choice?  [✓] Yes  [ ] No

**28.** Was such treatment provided by employer?  [ ] Yes  [ ] No  *PARTIALLY*

**29.** Are you still disabled on account of this injury?  [✓] yes  [ ] No

**30.** Have you worked during the period of disability?  [ ] Yes  [✓] No

**31.** Have you received any wages since becoming disabled?  [✓] Yes  [ ] No  (if "Yes," give dates on reverse)

**32.** Has injury resulted in permanent disability, amputation or serious disfigurement?  *UNKNOWN*  [ ] Yes (Describe on reverse.)  [ ] No

**33.** Name of employer (individual or firm name)
Roustabouts, Inc.

**34.** Nature of employer's business
Offshore Services

**35.** Address of employer (Number, street, city, state, ZIP code)
P.O. Box 730, Bourge, LA 70343

**36.** If accident occurred outside the U.S., state whether you are a U.S. Citizen  [ ] Yes  [ ] No

**37.** I hereby make claim for compensation benefits, monetary and medical, under the  Longshore and Harbor workers Compensation Act  Act
Signature of claimant or person acting in his/her behalf  *Marc Wan[?]*

**38.** Date of this claim (mm/dd/yyyy)  09/09/2011

Section 31(a)(1) of the Longshore Act, 33 U.S.C. 931(a)(1) provides as follows: Any claimant or representative of a claimant who knowingly and willfully makes a false statement or representation for the purpose of obtaining a benefit or payment under this Act shall be guilty of a felony, and on conviction thereof shall be punished by a fine not to exceed $10,000, by imprisonment not to exceed five years, or by both.

Form LS-203
Rev. Sept. 1998

# Instructions

• Use this form to file a claim under any one of the following laws:

 Longshore and Harbor Workers' Compensation Act
 Defense Base Act
 Outer Continental Shelf Lands Act
 Nonappropriated Fund Instrumentalities Act

- Applicant may leave items 1. and 2. blank.

Except as noted below, a claim may be filed within one year after the injury or death (33 U.S.C. 913(a)). If compensation has been paid without an award, a claim may be filed within one year after the last payment. The time for filing a claim does not begin to run until the employee or beneficiary knows, or should have known by the exercise of reasonable diligence, of the relationship between the employment and the injury. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The information will be used to determine an injured worker's entitlement to compensation and medical benefits.

In case of hearing loss, a claim may be filed within one year after receipt by an employee of an audiogram, with the accompanying report thereon, indicating that the employee has suffered a loss of hearing.

In cases involving occupational disease which does not immediately result in death or disability, a claim may be filed within two years after the employee or claimant becomes aware, or in the exercise of reasonable diligence or by reason of medical advice should have been aware, of the relationship between the employment, the disease, and the death or disability.

To file a claim for compensation benefits, complete and sign two copies of this form and send or give both copies to the Office of Workers' Compensation Programs District Director in the city serving the district where the injury occurred. District Offices of OWCP are located in the following cities.

| Baltimore | Honolulu | New Orleans | Philadelphia |
| Boston | Houston | New York | San Francisco |
| Chicago | Jacksonville | Norfolk | Seattle |
| | Long Beach | | Washington, D.C. |

---

Use the space below to continue answers. Please number each answer to correspond to the number of the item being continued.

24. Injured while passenger in vessel being transported to work.
28. Some treatment is being authorized by the employer, but only after repeated requests and demands for authorization.
31. Not sure of the dates.

---

### PRIVACY ACT NOTICE

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a) you are hereby notified that (1) the Longshore and Harbor Workers' Compensation Act, as amended and extended (33 U.S.C. 901 et seq.) (LHWCA) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor, which receives and maintains personal information on claimants and their immediate families. (2) Information which the Office has will be used to determine eligibility for and the amount of benefits payable under the LHWCA. (3) Information may be given to the employer which employed the claimant at the time of injury, or to the insurance carrier or other entity which secured the employer's compensation liability. (4) Information may be given to physicians and other medical service providers for use in providing treatment or medical/vocational rehabilitation, making evaluations and for other purposes relating to the medical management of the claim. (5) Information may be given to the Department of Labor's Office of Administrative Law Judges (OALJ), or other person, board or organization, which is authorized or required to render decisions with respect to the claim or other matter arising in connection with the claim. (6) Information may be given to Federal, state and local agencies for law enforcement purposes, to obtain information relevant to a decision under the LHWCA, to determine whether benefits are being or have been paid properly, and, where appropriate, to pursue salary/administrative offset and debt collection actions required or permitted by law. (7) Disclosure of the claimant's Social Security Number (SSN) or tax identifying number (TIN) on this form is mandatory. The SSN and/or TIN and other information maintained by the Office may be used for identification, and for other purposes authorized by law. (8) Failure to disclose all requested information may delay the processing of the claim, the payment of benefits, or may result in an unfavorable decision or reduced level of benefits.

**Note:** The notice applies to all forms requesting information that you might receive from the Office in connection with the processing and/or adjudication of the claim you filed under the LHWCA and related statutes.

---

### Public Burden Statement

We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the U.S. Department of Labor, Division of Longshore and Harbor Workers' Compensation, 200 Constitution Avenue, NW, Washington, DC 20210.    DO NOT SEND THE COMPLETED FORM TO THIS OFFICE.



# *Spagnoletti & Co.*
### ATTORNEYS AT LAW

401 LOUISIANA , 8TH FLOOR
HOUSTON, TEXAS 77002

TELEPHONE (713) 653-5600                                                      FAX (713) 653-5656

April 12, 2012

**Via Federal Express**
David A. Duhon, District Director
New Orleans Longshore District Office
U.S. Department of Labor
OWCP/DLHWC
600 S. Maestri Place , Suite 617
New Orleans, LA 70130

|  |  |  |  |
|---|---|---|---|
| Re: | Claimant | : | Norman A. Dardar, Jr. |
|  | Employer | : | Roustabouts, Inc. |
|  | D/Accident | : | September 14, 2010 |
|  | OWCP No. | : | 07-190249 |

Dear Mr. Duhon:

Enclosed please find Claimant's LS-18 and Exhibit List for filing in this matter.

Thank you for your attention to this matter.

Very truly yours,

SPAGNOLETTI & CO.

Marc Evan Kutner

MEK/kt
Enclosures

David A. Duhon, District Director
April 12, 2012
Page 2

---

cc:      LWCC (w/ enc.)
         Attn: Becky Causey
         P.O. Box 98054
         Baton Rouge, LA 70898
                    *Via U.S. First Class Mail*

**Pre-Hearing Statement**
Longshore and Harbor Workers' Compensation

**U.S. Department of Labor**
Office of Workers' Compensation Programs



---

This form will be used by OWCP to refer the claim for a formal hearing. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

OMB No. 1240-0036
Expire: 06/30/2014

| 1. Employee's name (Last, first, middle) | OWCP No. | Carrier No. |
|---|---|---|
| Dardar     Norman     A | 07-190249 | 160368 |

| 2. Name, address and phone number of party on whose behalf this form is submitted: | 3. Name, address and phone number of party's representative: |
|---|---|
| Norman Dardar<br><br>3981 Oak Point Road      Montegut<br>           LA    70377<br>Telephone No.   (985) 594-8944    United States | Spagnoletti & Co.<br><br>401 Louisiana Street        Houston<br>8th Floor                 TX    77002<br>Telephone No.   (713) 653-5600    United States |

4. Briefly state the facts of the claim:

Claimant was a passenger on a boat from which he was assigned to remove booms from the water. The driver of the boat drove it head on into a piling causing Claimant to be thrown from the boat into the water, causing injury to his body generally.

5. State the issues on which the parties have reached agreement:

None

6. State the issues you will present for resolution at formal hearing:

Claimant's entitlement to authorization and payment by carrier of the usual and customary costs of a lumbar discogram deemed reasonable and necessary by Claimant's treating physician.

7. List the names of witnesses who will testify in person on your behalf at formal hearing. Also list reports that are to be submitted in lieu of live testimony:

Claimant
Dr. Kenneth Berliner, live, by deposition or through his records
Dr. Lorenzo Farolan, live, by deposition, or through his records.

8. List all exhibits, other than reports listed in item 7 above, you intend to submit at the formal hearing. (Use separate sheet or sheets if necessary.)

See attached Exhibit List

| 9. Estimate total hours needed for your witnesses to testify: | 10. If an interpreter is required, state language: | 11. Indicate the city of your preference for formal hearing: |
|---|---|---|
| 2 | N/A | New Orleans |

Note: Any other matters pertinent to scheduling should be explained on a separate sheet attached to this form.

| 12. Type or print name of person completing form. | 13. Signature of person completing form: | 14. Date (Mo., day, year): |
|---|---|---|
| Marc Evan Kutner | *[signature]* | 4/13/12 |

**Public Burden Statement**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 10 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Use of this form is optional, however furnishing the information is required in order to obtain and/or retain benefits (20 CFR 702.317). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Room C4315, 200 Constitution Avenue, NW, Room C-4315, Washington, D.C. 20210, and reference the OMB Control Number.

**DO NOT SEND COMPLETED FORMS TO THIS OFFICE.**

Form LS-18
Rev. Sept. 2010

U. S. DEPARTMENT OF LABOR
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Longshore and Harbor Workers' Compensation

NORMAN A. DARDAR                    §       OWCP No. 07-190249
              Claimant              §
                                    §
v.                                  §
                                    §
ROUSTABOUTS, INC.                   §
              Employer              §
AND                                 §
                                    §
                                    §
LWCC                                §
              Carrier               §
                                    §

### EXHIBIT LIST OF CLAIMANT

| No. | Description | Offer | Obj. | Admit | N/Adm |
|-----|-------------|-------|------|-------|-------|
| 1. | Medical and Billing Records of Dr. Kenneth G. Berliner/Lonestar Orthopedics | | | | |
| 2. | Medical and Billing Records of Memorial MRI & Diagnostic | | | | |
| 3. | Any exhibit listed or used by any other party | | | | |



## U. S. DEPARTMENT OF LABOR
### OFFICE OF WORKERS' COMPENSATION PROGRAM
P. O. Box 30728
New Orleans, LA 70190-0728

April 16, 2012

OWCP Case:  07-190249
Injured Employee: Norman Dardar, Jr.
Date of injury: 09/14/2010
Employer: Roustabouts, Inc.
ACT: Longshore & Harbor Workers' Compensation Act

Stephen Purcell, Chief Judge
Office of Administrative Law Judges
U. S. Department of Labor
800 K. Street, N.W., Suite 400 North
Washington, DC 20001-8002

Dear Judge Purcell:

In accordance with the provisions of 33 U.S.C. § 919(d) and 20 C.F.R. § 702.331, this matter is referred for a formal hearing under the Longshore and Harbor Workers' Compensation Act ("the Act").

The following is provided for your information:

☒  Enclosed is the claimant's pre-hearing statement.
☒  Section 8(f) has not been raised.

By copy of this letter, all parties are requested to correspond directly with the Office of the Administrative Law Judges on any future matters, with copies to this office for the administrative file.  **Forms LS-18, pre-hearing statements, submitted subsequent to this transmittal letter should be forwarded directly to the OALJ, with a copy to this office.**

Sincerely,

David A. Duhon
District Director

Enclosures

Enclosure  cc:  LIST OF PARTIES

OWCP FILE No. 07-190249

LIST OF PARTIES

Claimant:

    Norman Dardar, Jr.
    3891 Oak Pointe Rd.
    Montegut, LA 70377

Counsel for Claimant

    Francis I Spagnoletti, Esq.
    401 Louisiana St., 8th Floor
    Houston, TX 77002

Employer:

    Roustabouts, Inc.
    P.O. Box 730
    Bourg, LA 70343

Carrier:

    Louisiana Workers' Comp. Corp.
    P.O. Box 98041-9041
    Baton Rouge, LA 70898

**U.S. Department of Labor**

Office of Administrative Law Judges
5100 Village Walk, Suite 200
Covington, LA 70433

(985) 809-5173
(985) 893-7351 (Fax)

Issue Date: 24 January 2013

CASE NO.:   2012-LHC-1197

OWCP NO.: 07-190249

IN THE MATTER OF

NORMAN DARDAR, JR.

       Claimant

    v.

ROUSTABOUTS, INC.

       Employer

   and

LOUISIANA WORKERS' COMPENSATION CORPORATION

       Carrier

## ORDER OF REMAND

On January 16, 2013, Counsel for Employer/Carrier advised the Court that the parties had resolved all issues of this claim and requested that this matter be remanded to the Office of the District Director.

Having considered the request, and being of the opinion that it should be **GRANTED**,

It is therefore **ORDERED, ADJUDGED and DECREED** that this matter is hereby **REMANDED** to the District Director, Seventh Compensation District, for further handling.

In view of the remand, the formal hearing scheduled on January 16, 2013 was cancelled.

So ORDERED this 24th day of January, 2013, at Covington, Louisiana.



Digitally signed by C. Richard Avery
DN: CN=C. Richard Avery,
OU=Administrative Law Judge, O=Office
of Administrative Law Judges,
L=Covington, S=LA, C=US
Location: Covington LA

**C. RICHARD AVERY**
**Administrative Law Judge**

01/29/2013 02:44 PM

# SERVICE SHEET

Case Name:  DARDAR_NORMAN_JR_v_ROUSTABOUTS_INC_

Case Number: **2012LHC01197**

Document Title: **ORDER OF REMAND**

I hereby certify that a copy of the above-referenced document was sent to the following this 24th day of January, 2013:



Digitally signed by ELLEN ALES
DN: CN=ELLEN ALES, OU=LEGAL
ASSISTANT, O=Office of Administrative Law
Judges, L=Covington, S=LA, C=US
Location: Covington LA

**ELLEN ALES**
**LEGAL ASSISTANT**

District Director
U. S. Department of Labor
OWCP/DLHWC
600 S. Maestri Place
Suite 617
NEW ORLEANS LA 70130
    {Hard Copy - Ground (UPS)}

Francis I. Spagnoletti, Esq.
Marc Evan Kutner, Esq.
Spagnoletti & Company
401 Louisiana Street, 8th Floor
HOUSTON TX 77002
    {Hard Copy - Regular Mail}

Matthew R. Richards, Esq.
Johnson, Rahman & Thomas
2237 S. Acadian Thruway
Post Office Box 98001
BATON ROUGE LA 70898-8001
    {Hard Copy - Regular Mail}

Roustabouts, Inc.
Post Office Box 730
BOURG LA 70343
    {Hard Copy - Regular Mail}

Louisiana Workers' Compensation Corporation
Post Office Box 98041-9041
BATON ROUGE LA 70898
    {Hard Copy - Regular Mail}

Norman Dardar, Jr.
3981 Oak Pointe Road
MONTEGUT LA 70377
    {Hard Copy - Regular Mail}

Regional Solicitor
U. S. Department of Labor
Suite 501
525 South Griffin Street
DALLAS TX 75202
    {Hard Copy - Regular Mail}

Bayley Reporting, Inc.
12945 Seminole Blvd., Bldg. 1
Suite 14
SEMINOLE FL 33778
    {Hard Copy - Regular Mail}

Notice of Final Payment Or Suspension Of
Compensation Payments

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

**COPY**

| INSTRUCTIONS: This notice must be filed with the District Director within 16 days after compensation has been stopped or suspended. Use of this form is mandatory. Failure to timely file this form shall result in assessment of a penalty of $110.00. (33 U.S.C. 914(g)). This form is to be used to report disability or death compensation payments, as well as other statutory payments. The information will be used to verify the sufficiency of compensation paid under the Act. | OMB No. 1215-0024 |
|---|---|
| | 1. OWCP No. 07-190249 |
| | 2. Carrier's No. 160368 |

3. Name and address of Employee or other beneficiary (Type or Print)
**Place within brackets**

NORMAN DARDAR, JR.
3981 OAK POINTE RD.
MONTEGUT, LA 70377

a. Address of the OWCP District Office where this form is filed

U.S. DEPT OF LABOR-OWCP

> CARRIER - Original (Copy 1) should be sent to the District Director. Copies 2, 3, 4 and 5 should be sent to the parties listed at the bottom of the form. Check the boxes at the bottom of the page to indicate parties copied.

| 4. Name of employer | 5. Address of employer |
|---|---|
| ROUSTABOUTS, INC. | P.O. BOX 730 BOURG, LA 70343 |

| 6. Date of Injury | 7. Date employee first lost pay because of injury | 7a. Date of first payment of compensation | 8. Date physician found employee able to return to work |
|---|---|---|---|
| 09/14/10 | 09/15/10 | 11/23/10 | |

| 9. Date employee returned to work | 10. Was compensation paid at the maximum rate? |
|---|---|
| 03/02/13 | ☐ Yes  ☒ No |

Average weekly wage $ **1,511.10**    multiplied by 2/3 = Compensation rate $ **1,007.41**

| 11. State reason or reasons for termination or suspension of payments | 12. Date last payment made |
|---|---|
| 33(G) (2). | 02/26/13 |
| | 13. Date of this notice |
| | 03/05/13 |

14.
**ENTER ALL PAYMENTS MADE ON ACCOUNT OF DISABILITY**

| TYPE OF DISABILITY a | FROM (Mo.,day, yr.) b | THROUGH (Mo.,day, yr.) c | AMOUNT PAID PER WEEK d | NUMBER OF WEEKS PAID e | TOTAL f |
|---|---|---|---|---|---|
| Temporary total | See attached page(s) | | | | |
| Temporary total | | | | | |
| Temporary partial | | | | | |
| Permanent partial (Non-schedule) | | | | | |
| Permanent total | | | | | |
| Permanent partial (Schedule loss, facial or other disfigurement) | Percent | Part of body | | | |

Attach continuation sheet to show additional periods, rates and amounts paid and enter total here. ————————————————> **129,380.22**

TOTAL PAID—> **129,380.22**

15.
**ENTER ALL PAYMENTS MADE ON ACCOUNT OF DEATH**

| a. Dependent name and date of birth | b. AMOUNT | c. OTHER PAYMENTS | d. AMOUNT |
|---|---|---|---|
| | | Funeral Expenses | .00 |
| | | Sec. 44(c)(1) payment to the Special Fund | .00 |
| (Attach continuation sheet) | | TOTAL (cols. b + d)————————> | 0.00 |

16.
**ENTER OTHER PAYMENTS**

| a. Attorney fees | .00 | d. Sec. 8(i) Settlement | .00 |
|---|---|---|---|
| b. Compensation for late payment per Sec. 14(e) or (f). | .00 | e. Commutation | .00 |
| c. Interest | .00 | TOTAL (cols. a, b, c, d, e)————> | 0.00 |

| 17. Name of insurance carrier or self-insured employer and claim administrator | a. Address and phone number of person whose name is shown in Box 19. |
|---|---|
| LOUISIANA WORKERS' COMPENSATION CORPORATION BECKY HARRIS | 2237 S. ACADIAN THRUWAY SUITE 102 BATON ROUGE, LA 70808    225-231-0793 |

| 18. Signature of person authorized to sign for employer or carrier | 19. Name and Title of person whose signature appears in Box 18 |
|---|---|
| *Becky Harris* | BECKY HARRIS CLAIMS REPRESENTATIVE |

**EMPLOYEE! PLEASE! READ CAREFULLY!**
Any claim for compensation, to be valid, must be filed in WRITING with the District Director, OWCP, WITHIN ONE YEAR after the date of injury or date of last payment of compensation. If you have serious disfigurement of the face, head, or neck or other normally exposed areas which may handicap you in securing or maintaining employment, or any impairment of the body or other disability from the injury for which you have not received compensation, you should inform the District Director. (Address in 3a above)

**Public Burden Statement**
The following statement is made in accordance with the Privacy Act of 1974 (5 USC 522a) and the Paperwork Reduction Act of 1995, as amended. The authority for requesting the following information is 20 CFR 702.235. According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 1215-0024. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the U.S. Department of Labor, Division of Longshore and Harbor Workers' Compensation, Room C4315, 200 Constitution Avenue, N.W., Washington, D.C. 20210.
**DO NOT SEND COMPLETED FORMS TO THIS OFFICE**

☑ 1 - District Director  ☑ 2 - Employer  ☑ 3 - Insurance Carrier
☑ 4 - Employee  ☑ 5 - Employee's Representative
*MARC KUTNER*

Form LS-208    Rev. November 2008
The LS-208 dated June 1999 is being replaced by LS-208 dated November 2008. All previous copies will be destroyed or cannot be used.

| 14. TYPE OF DISABILITY a | FROM (Mo.,day, yr.) b | THROUGH (Mo.,day, yr.) c | AMOUNT PAID PER WEEK d | NUMBER OF WEEKS PAID e | TOTAL f |
|---|---|---|---|---|---|
| Temporary Total | 09/15/2010 | 03/01/2013 | 1,007.41 | 128 3/7 | 129,380.22 |
| Total Paid | | | | | 129,380.22 |

5/13/2013   NORMAN DARDAR





**Date of Exam:** 5/13/2013

**Provider:** Ken Berliner, MD

**Provider NPI:** 1881683803

**Patient Name:** NORMAN DARDAR

**Date of Birth:** ████1959

**Chief Complaint:**
Presents today for follow-up with a history of pain in the left shoulder.

Presents today for follow-up with a history of pain in the lumbar region.

**History of Present Illness:**
The patient presents today for follow-up with a history of pain in the left shoulder. The pain is a 2 on a scale of 1 to 10.

The patient presents today for follow-up with a history of pain in the lumbar region. The pain is a 2-3 on a scale of 1 to 10. He had RFA Right L5-S1 with relief on 2/13/13. He has not done any recent therapy. The medications are effective in controlling his pain.

**Allergies:**
No known allergies

**Medications:**
MELOXICAM 15 MG TABLET
ZOLPIDEM TARTRATE 5 MG TABLET
TIZANIDINE HCL 4 MG CAPSULE
HYDROCODON-ACETAMINOPHN 10-325
TRAMADOL HCL 50 MG TABLET
METFORMIN HCL ER 500 MG TABLET

**Past History:**
**Medical History:**
Patient has history of diabetes.

**Surgical History:**
No Surgical History Reported

**Family History:**
Father has history of diabetes and heart attack. Mother has history of diabetes. Sibling has history of cancer and heart attack.

Page 1 of 5

5/13/2013   NORMAN DARDAR

**Social History:**
Patient is right handed. The patient appears to be well nourished and in good health.  Patient reports the use of caffeine and cigarettes. Patient does not use alcohol or illicit drugs.

## Review of Systems

| | |
|---|---|
| Constitutional: | Patient has history of weight loss or gain. |
| Eyes: | Patient has history of cataracts. |
| HEENT: | Normal auditory acuity, no nasal discharge or difficulty swallowing |
| Cardiovascular: | No chest pains or palpations or high blood pressure |
| Respiratory: | Patient has history of cough. |
| Gastrointestinal: | No abdominal pain, heartburn, hepatitis or bleeding |
| Genitourinary: | No dysuria or hematuria |
| Musculoskeletal: | Patient has history of stiffness. |
| Skin: | No rashes or jaundice |
| Neurological: | Patient has history of Headache. |
| Psychiatric: | No mood change, depression or nervousness |
| Endocrine: | No thyroid enlargement, sweating or excessive thirst |
| Hematolymphatic: | No skin rashes, or allergies to food or medication |
| Immunological: | No bruising, swollen glands or anemia |

## Physical Exam:

**Vital Signs:**
BP: 194/85. Pulse: 85  Resp: 16  Height: 64.0 inches  Weight: 180.0 pounds  BMI: 30.9

**Hip Exam:**

**Muscle Testing:**

| | Right | Left |
|---|---|---|
| Hip Flexors | 5/5 | 5/5 |
| Hip Extensors | 5/5 | 5/5 |
| Hip Adductors | 5/5 | 5/5 |
| Hip Abductors | 5/5 | 5/5 |
| Patella Reflex: | 2/4 | 2/4 |

Sensation:    intact

**Shoulder Exam:**

Posture:  Shoulders are level, iliac crests are level, normal thoracic kyphosis, normal lumbar lordosis, and no lateral curve.

| Inspection: | Right | Left |
|---|---|---|
| Ecchymosis | Negative | Negative |
| Shoulder Height | Equal | Equal |
| Deformities right:  None | | |

5/13/2013   NORMAN DARDAR

Deformities left:  None

Skin Right:  Normal
Skin Left:  Normal

**Palpation:**
Tenderness:   Right shoulder Non-tender Left shoulder Non-tender

|  | **Right** | **Left** |
|---|---|---|
| Pulse | Normal | Normal |
| Nodes/Masses | Normal Axilla | Normal Axilla |

Vascular:      The peripheral pulses are normal, with normal capillary refill.

Description:   Left Side Normal painful active range of motion.
Description:   Right Side Normal painful active range of motion.

Description:   Left Side Normal pain-free passive range of motion.
Description:   Right Side Normal pain-free passive range of motion.

**Muscle Testing:**

|  | **Right** | **Left** |
|---|---|---|
| Biceps Reflex | 2/4 | 2/4 |

Neurological:  Normal reflexes and distal sensation.
Sensation:    intact

| **Stability:** | **Right** | **Left** |
|---|---|---|
| Apprehension | Negative | Negative |
| Inferior sulcus sign | Negative | Negative |

## Lumbar Exam:

Gait: The patient walks with a normal, non-antalgic heel to toe gait.

**Inspection:**
Posture:  Shoulders are level, iliac crests are level, normal thoracic kyphosis, normal lumbar lordosis, no lateral curvature.

Skin:          Normal

Ecchymosis:  Negative

**Palpation:**
Tenderness:   Lumbar

|  | **Right** | **Left** |
|---|---|---|
| Great Trochanter | Pain free | Pain free |
| SI Joint Tender | Pain free | Pain free |
| Buttock Tender |  | Pain free |

Muscle Spasm:  Mild spasm

Page 3 of 5

5/13/2013   NORMAN DARDAR

Paraspinal Tone:   The paraspinous muscle tone is normal.

Vascular:      The peripheral vascular pulses are normal, with normal capillary refill.

**ROM Active:**                          **Right**                          **Left**
Limitations: lateral flexion with mild restriction

**Muscle Testing:**

|                        | **Right**  | **Left**   |
|------------------------|------------|------------|
| Quadriceps             | 5/5        | 5/5        |
| Knee Extensor          | 5/5        | 5/5        |
| Knee Flexion           | 5/5        | 5/5        |
| Great Toe Dorsiflexion:| 5/5        | 5/5        |
| Ankle Dorsiflexion:    | 5/5        | 5/5        |
| Plantar Flexion:       | 5/5        | 5/5        |
| Eversion:              | 5/5        | 5/5        |
| Achilles Reflex:       | 2/4        | 2/4        |
| Babinski Sign:         | Downgoing  | Downgoing  |
| Clonus:                | None       | None       |

Sensation Lower Leg:  intact

**Special Testing:**

Straight leg raise Rt:  Back pain only
Straight leg raise Lt:  Back pain only

**Impression:**
LEFT ROTATOR CUFF SYNDROME NOS

LEFT LUMBAR DISC DISPLACEMENT

Left SPRAIN LUMBAR REGION

Left DISLOCAT LUMBAR VERT-CL

**Plan:**
General: Medications have been prescribed to help the patient manage his pain.  We will be measuring VAS pain levels and the patient's activity levels to evaluate efficacy of treatment.  The patient's diagnosis, treatment plan, anticipated results, non-pharmacologic treatments, side effects and their management, and potential adverse reactions of the medications were discussed with the patient and the patient's questions were answered to his satisfaction.  Some risks discussed included (but were not limited to): Drowsiness, impaired judgment, constipation, the potential for addiction, dependence on the medication and possible withdrawal if discontinued, overdose, and respiratory depression leading to death.

Lumbar: Doing well s/p bilateral RFA.  Will continue to observe with activity modification and medication management.

Shoulder: Continue home stretching.  Return 3 months.

5/13/2013   NORMAN DARDAR

Ken Berliner, MD
Electronically signed on 5/24/2013 11:49:29 AM

4/1/2013   NORMAN DARDAR



**Date of Exam:** 4/1/2013

**Provider:**       Ken Berliner, MD

**Provider NPI:** 1881683803

**Patient Name:** NORMAN DARDAR

**Date of Birth:** ████1959

**Chief Complaint:**
Presents today for follow-up with a history of pain in the left shoulder.

Presents today for follow-up with a history of pain in the lumbar region.

**History of Present Illness:**
The patient presents today for follow-up with a history of pain in the left shoulder. The pain is a 1 on a scale of 1 to 10.

The patient presents today for follow-up with a history of pain in the lumbar region. The pain is a 2 on a scale of 1 to 10.

**Allergies:**
No known allergies

**Medications:**
MELOXICAM 15 MG TABLET
ZOLPIDEM TARTRATE 5 MG TABLET
TIZANIDINE HCL 4 MG CAPSULE
HYDROCODON-ACETAMINOPHN 10-325
HYDROCODON-ACETAMINOPHN 10-650
TRAMADOL HCL 50 MG TABLET
METFORMIN HCL ER 500 MG TABLET

**Past History:**
**Medical History:**
Patient has history of diabetes.

**Surgical History:**
No Surgical History Reported

**Family History:**
Father has history of diabetes and heart attack. Mother has history of diabetes. Sibling has history of cancer and heart attack.

Page 1 of 3

4/1/2013   NORMAN DARBAR

**Social History:**
Patient is right handed. The patient appears to be well nourished and in good health. Patient reports the use of caffeine and cigarettes. Patient does not use alcohol or illicit drugs.

**Review of Systems**

| | |
|---|---|
| Constitutional: | Patient has history of weight loss or gain. |
| Eyes: | Patient has history of cataracts. |
| HEENT: | Normal auditory acuity, no nasal discharge or difficulty swallowing |
| Cardiovascular: | No chest pains or palpations or high blood pressure |
| Respiratory: | Patient has history of cough. |
| Gastrointestinal: | No abdominal pain, heartburn, hepatitis or bleeding |
| Genitourinary: | No dysuria or hematuria |
| Musculoskeletal: | Patient has history of stiffness. |
| Skin: | No rashes or jaundice |
| Neurological: | Patient has history of Headache. |
| Psychiatric: | No mood change, depression or nervousness |
| Endocrine: | No thyroid enlargement, sweating or excessive thirst |
| Hematolymphatic: | No skin rashes, or allergies to food or medication |
| Immunological: | No bruising, swollen glands or anemia |

**Physical Exam:**

**Vital Signs:**
BP: 200/83. Pulse: 86  Resp: 18  BMI: Infinity

**Impression:**
LEFT ROTATOR CUFF SYNDROME NOS

LEFT LUMBAR DISC DISPLACEMENT

**Plan:**
Shoulder: We will continue to monitor his progress. We will recommend additional PT and obs.

Lumbar: He is doing well following his right sided RFA. We will monitor his progress.
Meds will be renewed as they come due.

Ken Berliner, MD

4/1/2013   NORMAN DARBAR

Electronically signed on 4/4/2013 10:31:16 AM

6.8

## POST-ANESTHESIA EVALUATION

Patient Evaluation Performed in: ☑ PACU ☐ Room ☐ Other: _____

BP: **156/91**   Heart Rate: **74**   Resp Rate: **14**   Temp: **98**

SaO₂ **100** % on ☐ Room Air or _____ % O₂ Via  ☐ Face Tent ☐ Blowby ☐ Briggs ☐ Nasal Cannula @ _____ L/min
☐ Ventilator: ☐ IMV or ☐ Assist/Control  TV: ____mL, Rate: _____bpm, _____ cm Peep, _____ cm PS

Patient Able to Participate in Evaluation: ☑ Yes ☐ No, because: ☐ Sedated ☐ Intubated ☐ Other: _____
Expected Recovery Time: ☐ 24 Hrs ☐ 48 Hrs ☐ >48 Hrs ☐ Undeterminable

Mental Status: ☑ Awake ☐ Arousable ☐ Other: _____

Airway: ☑ Patent ☐ Oral Airway ☐ Nasal Trumpet ☐ CPAP / BIPAP ☐ Intubated ☐ Other: _____

Hydration Status: ☑ Adequate ☐ IV Fluids Running ☐ Taking PO Fluids ☐ Other: _____

Post Procedure Nausea And / Or Emesis: ☑ No ☐ Yes

Pain Control: ☑ Adequate (less than or equal to 2 on Pain Scale or Minimal on Non-Verbal Pain Scale)
☐ Requiring Treatment (greater than 2 on Pain Scale or Moderate or Severe on Non-Verbal Pain Scale)

Anesthesia Related Complications: ☑ No ☐ Yes (See Note in Comments Below)

Additional Comments:


_____   _____   _____   _____
SIGNATURE                  PRINTED NAME                DATE            TIME



## POST-ANESTHESIA EVALUATION

DARDAR, NORMAN
ADM: 02/13/2013          ACT#: 000014576
                         MED#: 2092
DOB: _____1858          FC:   WO
SEX: M                   AGE: 53 yr
SER: ORT   DR: BERLINER, KENNETH

| AGE | SEX | WT | HT | VITAL SIGNS | | | | DATE OF INTERVIEW |
|-----|-----|-----|-----|------|------|------|------|------|
| 53 | F | 192 | 5'8 | BP 162/91 P 70 T 47° SPO2 98 | | | | 2/13/13 |

**ALLERGIES** ☐ NKA

INTERVIEW FROM: __ PT __ PARENT __ GUARDIAN

**MEDICATIONS** ☐ NONE   Metformin, Simvastatin, Meloxicam, Hydrocodone,

__ CHART __ TRANSLATOR

**MEDS TAKEN TODAY:** _____ Last date ASA/ Coumadin, Plavix or Lovenox was taken _____ Last date any diet medications taken

**ANESTHETIC HISTORY - PERSONAL:** ☐ NO PRIOR ANESTHETIC ☐ NO HISTORY OF COMPLICATIONS
ESI, Discogram, C-sect

**ANESTHETIC HISTORY - FAMILY:** ☐ NO HISTORY OF COMPLICATIONS

**AIRWAY** __ WNL MP II-III   ⟨ GLASSES
**HEAD/NECK** __ WNL Short TM   ⟨ CONTACTS
**DENTAL** __ WNL Poor Dentin, Otm   __ HEARING AIDE (S)

**CARDIOVASCULAR SYSTEM:** __ WNL EKG FINDINGS:
Dyslipidemia   Ø CP

**PULMONARY/RESPIRATORY SYSTEM:** __ WNL CXR FINDINGS:
✓ SMOKER   PACKS/DAY 1 FOR 30 YEARS   Ø ASTHMA INDUCED BY:   LAST EPISODE:

**GASTROINTESTINAL/HEPATIC SYSTEMS** __ WNL
OLL (FRM   Obesity

**NEURO/MUSCULOSKELETAL SYSTEMS** __ WNL
Back / Leg pain

**RENAL/ENDOCRINE SYSTEMS** __ WNL
DM

**OTHER:** __ PREGNANT   LMP:

**LABS:** FSBS 132

**NPO** ✓ DISCUSSED ____ CONFIRMED SINCE   ASA STATUS: I (II) III IV V   EMERGENCY

**ANES PLAN:** __ GEN / TIVA __ MAC __ BIER BLOCK __ EPIDURAL __ SPINAL __ EXTREMITY BLOCK __ POSTOP PAIN MGMT
__ ANESTHESIA TEAM PRACTICE

**PROCEDURE PLANNED:** Lumbar RF Ablation

**INITIAL EVALUATION:** Admission Assessment Record has been reviewed for medical history, surgical history, anesthesia complication history (both personal and family), current medication use and allergies:   DATE 2/13/13   TIME 1042
MD _____ CRNA/AA

**REASSESSMENT:** Additional finding noted. Anesthesia benefits, alternatives, risks, complications, including dental damage, have been discussed.   DATE 2/13/13   TIME 1045
MD _____ CRNA/AA



**VICTORY** HEALTHCARE
**ANESTHESIA PRE-OP ASSESSMENT**
Form # VH-53   Revised 05/2012

**DARDAR, NORMAN**
ADM : 02/13/2013   ACT# : 000014576
MED# : 2092
DOB : ██████1959   FC : WD
SEX : M   AGE : 53 yr
SER : ORT   OR : BERLINER, KENNETH



**VIC ORY**
MEDICAL CENTER
Houston
2001 Hermann Dr. · Houston, TX 77004

## PERIOPERATIVE/PACU ANESTHESIA ORDERS

**DIAGNOSIS:** (See Operative Report)
**PROCEDURE:** All Surgeries & Procedures
**ADMITTING / PRE-OPERATIVE ORDERS:**

1. May inject Lidocaine 1% for skin wheal prior to IV stick.
2. IV Solution:   500ml LR with minidrip    Pedi patients (<50kg)
    500ml 0.9% NS    Diabetics, ESRD (use minidrip)
    1000ml or 500ml LR @ KVO rate all other patients.
3. Lab Work: Finger stick Blood Glucose for all Diabetics in Pre-op and for Inulin
    Dependent Diabetics recheck Blood Glucose prior to discharge from PACU.
    Hemoglobin on all General Anesthesia patients. Urine Pregnancy Test for all females of
    child bearing ability.

# FOR PACU ONLY

**POST OPERATIVE ORDERS:**

1. Continuous ECG, pulse oximetry, and non-invasive BP monitoring in PACU
2. General anethesia patients - 40% O2 @ 6-10 L flow, unless otherwise ordered by MD
3. Notify Anesthesia for O2 Sat<92% on RA, continue O2 @ 3L NC/FT overnight on inpatients

**CHECK ALL THAT APPLY:**

4. Pain Control for Adults:
   - ❑ Sublimaze (50 mcg/ml) 1 ml IVP slowly, may repeat Q 15 min X 1
   - ❑ Demerol 25 mg IV, IM may repeat Q 15min X 3
   - ❑ Morphine Sulfate 2mg IV may repeat Q 15min X 5
   - ❑ Vicodin 5mg-- 2 tabs po
   - ❑ Tylenol 325mg-- 2 tabs po

5. Nausea Control for Adults:
   - ❑ Zofran 4mg IV slowly
   - ❑ Phenergan 12.5-25mg IM, Phenergan suppository 25mg PR
   - ❑ Decadron 4mg IV (not for Diabetic Patients)

6. Pain for Pediatrics
   - ❑ Morphine Sulfate- 0.05mg/kg IV Q 15min X 2
   - ❑ Lortab Elixir 0.6mg/kg/day po; <2yo~2.5ml (1.25mg), 2-12yo~10ml (5mg),
     >12yo~20ml(10mg)
   - ❑ Tylenol Elixir 15 mg/kg/dose po q 4-6 hrs.

7. Nausea Control for Pediatrics:
   - ❑ Zofran 0.1 mg/kg IV if <40kg    Zofran 4mg IV if>40kg
   - ❑ Phenergan 0.5 mg/kg IV    Phenergan supp. 12.5mg PR

8. **CALL ANESTHESIA FOR PAIN RATING > 5 ON DISCHARGE**
9. Discontinue IV when tolerating fluids well.

Date/Time __2/13/13__  Physician Signature _____

Discharge from PACU when discharge summary satisfies PACU policy and protocol.

Date/Time __2/13/13__  Physician Signature _____

**ALLERGIES:** NKA

2/13/13  1250

**DARDAR, NORMAN**
ADM : 02/13/2013        ACT#: 000014676
                        MED#: 2092
DOB: ___1959            FC:   WD
SEX: M                  AGE:  53 yr
SFR · ORT    DR: BERLINER, KENNETH

**DIAGNOSIS** Lumbar Spondylolisthesis

**PROCEDURE** Rt Lumbar Radio Frequency Ablation L5-S1

**ALL MEDICATIONS GIVEN IV UNLESS OTHERWISE INDICATED**

IV Antibiotics ☐ None per surgeon ☐ Not prophylactic

| TEMP | | | Dose | Admin. Time |
|---|---|---|---|---|
| EKG ☑I ☐V | a | a | | |
| FIO₂ | | | | |
| SpO₂ | 98 | 99 | | |
| EtCO₂ | + | + | | |
| Sevo/Iso/Des E% | | | | |
| O₂/Air/N₂O,LMP | 5 - 5 | | | |
| Propofol mg | → 200 mg | | | |
| Lidocaine | 6v | | | |
| Fentanyl mg | 50+50 | | | |
| Zofran mg | 4 | | | |
| Decadron mg | 5 | | | |

**RECORD ALL TIMES IN MILITARY TIME**

DATE: 2-13-13

| | Start | Stop |
|---|---|---|
| ☐ General | Preparation Time / Sedation | |
| ☑ TIVA w/loss of con | | |
| ☐ Spinal | Block Start | Block End |
| ☐ Epidural | | |
| ☐ MAC | Anes. Start Time | Leave PACU/Anest End |
| ☐ Nerve block | 1203 | 1242 N |
| OR "In" Time | Surg/C-Sec Start Incision | Surg/C-Sec End |
| 1206 | 1215 | 1236 N |
| Infant Del. Times: | OB Labor Epid Placed | OB Labor Epid Pulled |

SURGEON: Bradley   OR# 11

ASA 1 ☑ 3 4 5 E  WT: 72.16

Allergies: NKDA

Equipment checked

Patient assessed prior to induction   [signature] MD

Present for induction   [signature] MD

☐ CVP  ☐ PA Cath  ☐ Art Line  ☐ US guided
Placed by Anesthesiologist without difficulty by sterile technique, no complications

☐ CVP/CARD/PA Cath insertion using MBST protocol
Active Warming  ☐ Forced Air Blanket  ☐ Warm Water Blanket
☐ Intentional Hypothermia
☑ PT ID, Chart reviewed, consent checked

1232 on
1242 Report to ___

| Time | | | |
|---|---|---|---|
| ☑ TIME OUT | 200 | | |
| ☐ ALARMS | | | |
| ☑ IV SITE | | | |
| ☑ NIBP ☑ HT ☐ L | 180 | | |
| ☐ STETH ☐ P ☐ E | 160 | | |
| ☐ NERVE STIM | | | |
| ☐ ART | 140 | | |
| ☐ CVP | | | |
| ☐ PAC | | | |
| ☐ PRECORD DOPP. | 120 | | |
| ☐ FOLEY | | | |
| ☐ NGT/OGT | 100 | | |
| ☐ INF WARMER | | | |
| ☐ HUMIDIFIER | 80 | | |
| ☐ BIS | | | |
| ☐ WAMED | 60 | | |
| ☐ TEE | | | |
| ☐ ICE | | | |
| ☐ CEREBRAL / CCOM | 40 | | |

PSV/PRQ,TVR,PIP

| FLUIDS | | |
|---|---|---|
| | W/1 | |

URINE OUTPUT

E.B.L.

**AIRWAY MANAGEMENT** Laryngeal View: Gr 1 2 3 4

☐ ETT Size ___  ☐ Oral  ☐ Atraumatic
☐ Direct Vision  ☐ Nasal  ☐ Difficult
☐ Blade ___  ☐ DLT  ☐ Blind
☐ Attempts X ___  ☐ Laser  ☐ Fiberoptic
☐ Secured @ ___ cm  ☐ LTA  ☐ OPA
☐ LMA Size ___  ☐ RSI  ☐ NPA
☐ BBS  ☐ Cricoid Pressure  ☐ NG
☐ ETCO₂x4  ☐ Cuff @ min. occl. pres.  ☐ OgMax
☐ Stylet  ☐ Teeth Protected  ☐ Tracheostomy

**REGIONAL** ☐ See Additional Procedure Note
☐ Time out ☐ Sterile technique/attach
☐ Epidural ☐ Midline ☐ Lateral
☐ Spinal ☐ Catheter ☐ U S Guided
☐ Nerve Block
Needle ___  ☐ No High
Level ___  ☐ No CSF
Attempts ___  ☐ CSF
Position ___  ☐ No Paresthesia
LOR ___  ☐ No LA toxicity
LOTwitch ___  ☐ Cath depth ___ cm
Test dose ___  ☐ Cath out tip seen
Prep ___

POSITION: ☐ Supine ☑ Prone ☐ L/LRL ☐ LWD ☐ Litho ☐ Sit
☐ Other ___  ☐ Neck Neutral  ☐ Knees < 90°
☐ Positioned by surgeon  ☐ Pressure Structures Safe
☐ Pressure Points padded  Eyecare:  ☐ Eye Protector
☐ Axillary/Shoulder Roll  ☐ Greased  ☐ Taped closed  ☐ Surgeon
☐ Field Avoidance

NMB STATUS:  ☐ Full TO4  ☐ NMB Reversal
☐ Headlift > 5 sec  ☐ Sustained Tetanus

☑ PACU  ☐ ICU  ☐ Other
BP 119/70  O₂ SAT 99 %
P 66  T 99°  RR 14
Vent: ___

Anesthesiologist: [signature]
Date: ___
Time In / Time Out: ___

Anesthetist: [signature]
Date: ___
Time In / Time Out: ___

MSID ___   MSID ___

**VICTORY HEALTHCARE**
**ANESTHESIA RECORD**

**DARDAR, NORMAN**
ADM: 02/13/2013   ACT#: 000014576
   MED#: 2092
DOB: ___1959   FC: WC
SEX: M   AGE: 53 yr
SER: ORT   DR: BERLINER, KENNETH

Apr. 4. 2013 10:57AM   LONESTAR ORTHOPEDICS                    No. 6429   P. 1

# LRFA OPERATIVE REPORT

**Patient Name:**                 DARDAR, NORMAN

**Patient ID:**                   XXX-XX-2726

**Date of Service:**              FEBRUARY 13, 2013

**Pre-Operative Diagnosis:**      Lumbar facet strain/syndrome (847.2)

**Post-Operative Diagnosis:**     Lumbar facet strain/syndrome (847.2)

**Procedures:**                   1. Lumbar medial branch RFA L5 facet nerve right (64635)
                                  2. Lumbar medial branch RFA S1 facet nerve right (64636)

**Surgeon:**                      KENNETH BERLINER, M.D.

**Surgical Indications:**     The above 52-year-old male's lumbar spine was injured September 14, 2010. Because of persistent symptoms and favorable response to a previous medial branch block on the right and a successful RFA on the left, the patient was brought here for lumbar medial branch radiofrequency lesioning on the right. The patient's diagnosis, prognosis, treatment options, and benefits & risks of the injection were discussed with the patient. The patient verbalized understanding of the above and that the desired outcome may not be obtained with the injection. The patient's questions were answered to his satisfaction and informed consent was then obtained. Interpreter was available to be used upon the patient's request, if needed.

**Surgical Procedure:**     The patient was brought into the operative suite and placed prone on a radiolucent table. The back was prepped and draped in the typical sterile fashion. For each level and for each side of each level, C-arm was brought in and the C-arm beam was rotated oblique until the supralateral aspect of the junction between the transverse process and each vertebra was visualized. Skin was anesthetized with 1% lidocaine and a 22-gauge spinal needle was advanced, aiming for the base of the transverse process. Once bone was reached, the needle was walked superiorly until the superior edge of the medial transverse process was felt. A lateral C-arm view was taken to verify position.

Aspiration for blood or CSF was negative. The probes were each checked for impedence. Sensory and motor testing was performed. The patient lacked pain distal to the back and there was no lower extremity motor stimulation. There was some stimulation of the multifidus noted. When satisfactory position was confirmed, the probe was brought to 80 degrees Celsius for 90 seconds. The patient tolerated the procedure well and was able to get up and walk off the table without difficulty. The patient tolerated the procedure well and was sent to recovery. After observing the patient in recovery, the patient noted significant relief of the back pain prior to discharge.

_Kenneth Berliner, M.D._

**DARDAR, NORMAN**
ADM : 02/13/2013          ACT# : 000014576
                          MED# : 2092
DOB :        1959         FC :   WO
SEX : M                   AGE :  53 yr
SER : ORT   DR : BERLINER, KENNETH

**To be completed by the physician immediately after surgery or invasive procedure.**

| Date: 2/13/13 | Time: 11 a | Procedure Name: RFA L-S. (R) |
|---|---|---|

**Primary Surgeon:** BERLINER

**Assistants:**

**Preoperative Diagnosis:** facet syndrom

**Postoperative Diagnosis:**

**Description of Findings:**

**Procedure Description:** Any surgical or anesthetic complications of variances are noted here.

RFA

**Specimens Submitted:** ☑ No  ☐ Yes

**Estimated Blood Loss:** ☐ None

**Cultures Taken:** ☑ No  ☐ Yes

**Patient's Condition:** ☑ Stable  ☐ Unstable, describe:

**Anesthesia:** ☑ General  ☑ Conscious sedation  ☐ Local  ☐ Other

**Signature of M.D.:** _____  **Date/Time:** 2/13/13  11a

**VICTORY** HEALTHCARE

**OPERATIVE/INVASIVE PROCEDURE REPORT**
RC.02.01.03  EP 5,6,7

DARDAR, NORMAN
ADM: 02/13/2013                    ACT#: 000014576
                                   MED#: 2092
DOB: ███1959                       FC:  WO
SEX: M                             AGE: 53 yr
SER: ORT      DR: BERLINER, KENNETH

| Date: 2/13/13 | Time Out: 1214 | ☑ Procedure Verified | ☐ Left | ☐ Right |
|---|---|---|---|---|
| Pre Op Pain: ☐ Yes ☐ No | Scale: 5/10 | Location: LB / Lt Leg | | |
| Allergies: | | nkda ☑ | | |

| OR: 72#1 | Time Pt. In: 1206 | Surgeon Start: 1215 | Surgeon Stop: 1234 | Time Pt. out: 1237 |
|---|---|---|---|---|

**Pre-Op Diagnosis:** Lumbar Spondylolisthesis

**Post-Op Diagnosis:** Same as preop -

**Surgical Procedure:** Lumbar radiofrequency ablation Lumbar Five Sacral One

**Surgeon:** Dr. Berliner

**Second Surgeon:**

**Anesthesiologist:** Dr. Armand G. Neal, CRNA

| Type of Anesthesia | ☐ General | ☐ Local |
|---|---|---|
| | ☐ Spinal | ☐ IV Sedation |
| | ☐ Epidural | ☐ Block: |

| Circulator: C. Young, RN | In: 1206 | Out: 1237 | Private Scrub: N/R | |
|---|---|---|---|---|
| | In: | Out: | | |
| Scrub: S. Dazio, CST | In: 1206 | Out: 1237 | X-Ray Tech: S. Torres Boketer, RT | Wound Class: ① 2 3 4 |
| | In: | Out: | | |

**Nursing Diagnosis:** Potential for injury related to positioning, extraneous objects, or chemical, physical, and electrical hazards.

**Outcome:** The patient will remain injury free.   Outcome Met: ☐ Yes ☐ No

| Skin Prep: | ☐ Yes ☐ No | Position: | Arms: ☐ Secured | ☑ Safety Strap |
|---|---|---|---|---|
| ☐ Betadine Scrub | ☐ Betadine Paint | ☐ Body Alignment | ☑ Arm board    L - R | ☐ Gel Pads |
| ☐ Duraprep | ☐ Hibiclens | ☐ Supine | ☐ At side    L - R | ☐ Foam |
| ☐ Degreaser | ☐ Alcohol | ☑ Prone | ☐ Across chest    L - R | ☐ Axillary Roll |
| ☐ Hydrogen Peroxide | ☑ Chloraprep | ☐ Sitting | ☐ Padded    L - R | ☐ Restraints |
| Prepped By: C. Young | | ☐ Lateral L - R | ☐ Hand Table    L - R | ☑ Pillows |
| Area Prepped: Lumbar | | ☐ Lithotomy | | ☐ Tape |
| | | ☐ Genitalia/Breast Check if Prone | | |
| | | ☐ Other: | | |

☑ Final Verification of correct Patient, Procedure and Site confirmed by surgical team Prior to start of Procedure, using active communications.

| IV: Lt. Hand | Foley: N/A | Inserted by: |
|---|---|---|
| Arterial Line: N/A | | Other: |
| Medications/Irrigations | Lidocaine 1% 9 mLis | |

| Bovie Type: N/A    Machine No.____ Cut:____ Coag.____ | Tourniquet: ☐ Yes ☑ NA    Number:____ |
|---|---|
| Pad Site: LL_ RL_ ABD._ BUTTOCKS ☐ | Site:    Rt ☐ Arm ☐ Ankle ☐ Thigh |
| ☐ Other____    Site Clipped: ☐ Yes ☐ No | Lt ☐ Arm ☐ Ankle ☐ Thigh |
| Skin site post-op: ☐ Same ☐ Other | Pressure:____    Applied by:____ |
| Patient to OR Via: ☑ Stretcher ☐ Bed ☐ WC ☑ Rails Up X 2 | L    Up____ Down____ Up____ Down____ |
| Comments:____ | R    Up____ Down____ Up____ Down____ |
| | TED's: ☐ Yes ☑ No |
| | SCD's: ☐ Yes ☑ No |
| | Unit Number: |

| Nurse's Signature: Rhonda Young, RN | Date: 2/13/13 Time: 1806 |
|---|---|

**INTRAOPERATIVE RECORD**

**VICTORY** HEALTHCARE HOUSTON

DARDAR, NORMAN
ADM : 02/13/2013        ACT# : 000014576
                        MED# : 2092
DOB: ████1959          FC:   WO
SEX: M                  AGE:  53 yr
SER : ORT    DR : BERLINER, KENNETH

| Specimens to Lab: ☐ Yes ☒ No | Packing: ☐ Yes ☒ No |
|---|---|
| 1. _____ | Drains: ☐ Yes ☒ No |
| 2. _____ | Location: |
| 3. _____ | Sponge Counts: Opening: _N/A_ / |
| 4. _____ | Interim: _N/A_ / |
| Cultures to Lab: ☐ Yes ☒ No | Final: _____ / |
| 1. _____ | Sponge: ☐ Resolved ☐ Unresolved ☐ Throat pack: NA☒ |
| 2. _____ | Sharps: ☐ Resolved ☐ Unresolved in____ |
| 3. _____ | Instmts.: ☐ Resolved ☐ Unresolved Out____ |

**Nursing Diagnosis:** Potential for infection, impairment of skin integrity.
**Outcome:** The patient is free from infection and skin integrity is maintained.   Outcome Met: ☒ Yes ☐ No

| Dressing | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 4x4 | ☐ Fluffs | ☐ Adaptic | ☐ Steri-Strips | ☐ 2x2 | ☐ Webril | ☐ ABD |
| ☐ Kerlix | ☐ Kling | ☐ Opsite | ☐ Paper Tape | ☐ Eye Pads | ☐ Eye Shield | ☐ Silk Tape | ☐ Ace |
| ☐ Microfoam Tape | ☐ Cotton Roll | ☐ Sling_____ | ☐ Band Aid | ☐ Xeroform | ☐ Spandage | ☐ Dermabond | ☐ Coverall |
| ☐ Scrotal Support | ☐ Medela Pants | ☐ Cast | ☐ Brace | ☐ Immobilizer | ☐ Abd Binder | ☐ Mastisol | ☒ Standard |

| Laser Used: | ☐ CO2 | ☐ KTP | ☐ YAG | ☐ Argon | ☒ NA |
|---|---|---|---|---|---|
| Duration:____ Time:____ | | | Power:____ | ☐ Endolaser | ☐ Indirect |
| ☐ Goggles | ☐ Wet towels | ☐ Eye protection | ☐ Smoke evacuator | | ☐ Door signs |

Comments:

## MEDICATIONS

| Implants: ☐ Yes ☒ No | See Implant Record |
|---|---|
| **Insufflation settings per Dr.** | |
| Flow: Pressure: | |
| Unit: SN#: | N/A |
| (Laparoscopic cases only) ☒ N/A | |
| (Arthroscopic cases only) ☐ N/A | |
| Irrigation Pump: | |
| SN: | |
| Flow: Settings per Dr. | |

**Nursing Diagnosis:** Potential for fluid and electrolyte imbalance.
**Outcome:** Maintain fluid and electrolyte balance.   Outcome Met: ☒ Yes ☐ No

_See anesthesia record_

| Patient Status: | | | | |
|---|---|---|---|---|
| ☐ Alert | ☒ Spontaneous Resp. | ☐ Extubated N/A | Fluid:_____ cc | BP:_____ |
| ☐ Oriented | ☒ Responsive | ☐ Intubated | EBL:_____ cc | Resp.:_____ |
| ☒ Sedated | ☐ Follows Commands | | Urine:_____ cc | Pulse:_____ |
| ☐ Disoriented | ☐ Arousable | | Hand Off Time:_____ | O2SAT:_____ |

Pt. to PACU via: ☒ Stretcher ☐ Bed ☐ WC ☒ Rails up x 2 Reported to: _S. Banuls, RN_
Accompanied by: Anesthesia ☒ RN ☒ Attendant ☐   Pt. belongings received by: _PACU_

Comments: _____

Nurse's Signature: _Rhonda Gay, RN_   Date: _2/13/13_   Time: _1237_

**VICTORY**
HEALTHCARE
HOUSTON

**INTRAOPERATIVE RECORD**

| DARDAR, NORMAN | ACT#: 000014576 |
|---|---|
| ADM: 02/13/2013 | MED#: 2092 |
| | FC: WO |
| DOB: _____ 1959 | AGE: 53 yr |
| SEX: M | |
| SER: ORT | DR: BERLINER, KENNETH |

DATE: 2/13/13   TIME: 1237   ANES MD: Dr. Brown   CRNA: A. Neal
ALLERGIES: NKA   ☐ NKDA
PROCEDURE: Lumbar Radio Frequency Ablation
ANESTHESIA: ☑ General ☐ MAC ☐ BLOCK ☐ EPIDURAL/SPINAL ☐ LOCAL ☐ IV SEDATION ☐ OTHER
ACCOMPANIED BY: ☑ RN ☐ LVN ☐ CRNA ☐ MD   REPORT FROM: ☐ ANES/CRNA ☐ NURSE

## ASSESSMENT (SEE NURSES NOTES FOR COMMENTS RE: EXCEPTIONS)

☑ CHEST CTA   ☑ NEURO V.S. WNL FOR PT.   ☑ ABDOMEN SOFT W / BSx4
☑ SKIN WARM, DRY   ☑ COLOR WNL FOR PT.   ☑ HEART RATE REGULAR
☑ PULSES WNL FOR PT. BILAT   ☑ NO EDEMA BILAT   ☑ ROM WNL FOR PT. BILAT
PACU-PHASE I DISCHARGE ASSESSMENT, SAME AS ABOVE ☑ YES ☐ NO ☐ N/A

| | ADMISSION | DISCHARGE |
|---|---|---|
| POSITION | ☐ W/C ☑ SUPINE VIA STRETCHER<br>☐ AMBULATORY<br>☐ OTHER | ☐ UP IN CHAIR<br>☑ STABLE AMBULATION<br>☐ OTHER |
| COMFORT LEVEL | ☑ PAIN FREE ☐ PAIN RATING- 0/10 | ☐ PAIN FREE ☑ PAIN RATING- 0/10 |
| NAUSEA | ☐ YES ☑ NO | ☐ YES ☑ NO |
| DRESSING/ OPERATIVE SITE(S) | SITE Lumbar ti<br>☑ DRY, INTACT band aid<br>☑ OTHER Ice Pack to lumbar area<br>☐ HEMOVAC, JP DRAIN, OTHER ___<br>☐ SPLINT, CAST, BOOT, IMMOBILIZER, OTHER ___<br>☐ HEMOVAC, JP DRAIN, OTHER ___ | SITE Lumbar<br>☑ DRY, INTACT band aid C, D + intact<br>☐ OTHER ___<br>☐ HEMOVAC, JP DRAIN, OTHER ___<br>☐ SPLINT, CAST, BOOT, IMMOBILIZER, OTHER ___<br>☐ HEMOVAC, JP DRAIN, OTHER ___ |
| NV CHECK | ☑ WARM, DRY, PINK, CAP. REFILL < 3 SEC.<br>☑ SENSATION, MOVEMENT PRESENT<br>☑ PULSES STRONG, REGULAR<br>☐ OTHER ___ | ☐ WARM, DRY, PINK, CAP. REFILL < 3 SEC.<br>☑ SENSATION, MOVEMENT PRESENT<br>☑ PULSES STRONG, REGULAR<br>☐ OTHER ___ |
| BLADDER | ☑ SOFT, NON-DISTENDED, NON-TENDER<br>☐ VOIDED QUANTITY SUFFICIENT<br>☐ FOLEY PATENT | ☑ SOFT, NON-DISTENDED, NON-TENDER DTV<br>☐ VOIDED QUANTITY SUFFICIENT<br>☐ FOLEY PATENT |
| IV ☐ N/A<br>SITE L hand ☑ NO SWELLING, PAIN, REDNESS<br>FLUID LR LTC 500 ☐ OTHER ___ | | ☑ NO SWELLING, PAIN, REDNESS<br>☐ IV D/C'D AT 1310 ___ W/ CATHETER TIP INTACT |

### VITAL SIGNS

TEMP 98.0 AT 1237

| TIME | BP | HR | RR | O2% |
|---|---|---|---|---|
| 1237 | 131/78 | 66 | 16 | 99 |
| 1242 | 147/80 | 78 | 16 | 100 |
| 1252 | 160/85 | 74 | 15 | 100 |
| 13 15 | 160/82 | 70 | 18 | 100 |

### INTAKE / OUTPUT

| AREA | IV | PO | EBL | URINE | OTHER |
|---|---|---|---|---|---|
| OR<br>PHASE II | 500<br>100 | <br>350 | | | |
| TOTAL | 950 | | | | |

N 1237 Pt received to PACU
U via stretcher. Awake follows
R commands. Assessment of
S EO/C V.S.S.
E 1242 no change alert. A+O
/ Pain
N 1310 wife to bedside. DIC
O instructions given. Verbalized
T understanding. A+O
E Pain
S 1330 D/C'd home. Pain

| TIME | MED/DOSE/ROUTE/QTY | INITIAL | RESULT | TIME |
|---|---|---|---|---|
| 1237 | Pain 0/10 | SD | | |
| 1252 | Pain 0/10 | SD | | |
| 1309 | Pain 0/10 | SD | | |

### DISCHARGE INFORMATION

DISCHARGE INSTRUCTION TO PT. AND/OR 16 page
☐ PERSONAL ITEMS RETURNED
DISCHARGE WITH Spouse
DISCHARGE TIME 1330
MODE: ☑ W/C ☐ AMBULATION ☐ STABLE GAIT ☐ OTHER

| NURSE SIGNATURE | DATE/TIME | INITIALS | NURSE SIGNATURE | DATE/TIME | INITIALS | NURSE SIGNATURE | DATE/TIME | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 2/13/13 | 1237 | SD | | | | | | |



**VICTORY** HEALTHCARE

SHORT STAY PACU RECORD
Form # VH-28   Revised 07/2011

DARDAR, NORMAN
ADM : 02/13/2013   ACT# : 000014578
   MED# : 2092
DOB : ___1959   FC : WO
SEX : M   AGE : 53 yr
SER : ORT   DR : BERLINER, KENNETH

## LRFA OPERATIVE REPORT

| | |
|---|---|
| Patient Name: | DARDAR, NORMAN |
| Patient ID: | XXX-XX-2726 |
| Date of Service: | FEBRUARY 13, 2013 |
| Pre-Operative Diagnosis: | Lumbar facet strain/syndrome (847.2) |
| Post-Operative Diagnosis: | Lumbar facet strain/syndrome (847.2) |
| Procedures: | 1. Lumbar medial branch RFA L5 facet nerve right (64635) <br> 2. Lumbar medial branch RFA S1 facet nerve right (64636) |
| Surgeon: | KENNETH BERLINER, M.D. |

**Surgical Indications:**   The above 52–year-old male's lumbar spine was injured September 14, 2010. Because of persistent symptoms and favorable response to a previous medial branch block on the right and a successful RFA on the left, the patient was brought here for lumbar medial branch radiofrequency lesioning on the right. The patient's diagnosis, prognosis, treatment options, and benefits & risks of the injection were discussed with the patient. The patient verbalized understanding of the above and that the desired outcome may not be obtained with the injection. The patient's questions were answered to his satisfaction and informed consent was then obtained. Interpreter was available to be used upon the patient's request, if needed.

**Surgical Procedure:**   The patient was brought into the operative suite and placed prone on a radiolucent table. The back was prepped and draped in the typical sterile fashion. For each level and for each side of each level, C-arm was brought in and the C-arm beam was rotated oblique until the supralateral aspect of the junction between the transverse process and each vertebra was visualized. Skin was anesthetized with 1% lidocaine and a 22-gauge spinal needle was advanced, aiming for the base of the transverse process. Once bone was reached, the needle was walked superiorly until the superior edge of the medial transverse process was felt. A lateral C-arm view was taken to verify position.

Aspiration for blood or CSF was negative. The probes were each checked for impedence. Sensory and motor testing was performed. The patient lacked pain distal to the back and there was no lower extremity motor stimulation. There was some stimulation of the multifidus noted. When satisfactory position was confirmed, the probe was brought to 80 degrees Celsius for 90 seconds. The patient tolerated the procedure well and was able to get up and walk off the table without difficulty. The patient tolerated the procedure well and was sent to recovery. After observing the patient in recovery, the patient noted <u>significant</u> relief of the back pain prior to discharge.

Kenneth Berliner, M.D.



**www.lonestarorthopedics.com**

KENNETH G. BERLINER, M.D.
*American Board of Orthopædic Surgery*

January 3, 2013

Patient:          Dardar, Norman
SS#:              xxx-xx-2726
DOB:              ███████, 1959
DOA:              September 14, 2010
Treating Doctor:  Kenneth Berliner, MD
Claim Number:     160368

## ORTHOPEDIC REPORT

HISTORY: The patient returns January 3, 2013, for followup on his lumbar spine and left shoulder injuries that occurred September 14, 2010. The patient had a lumbar medial branch block on the right side at L5-S1 on December 17, 2012, and states that not only did he have significant relief while the local anesthetic was in place, he also had some improvement for about a day after that. His back pain is now back to its baseline of 5/10. He states that the back pain is worse with activity, and that sometimes it radiates into his left posterior calf. The patient's left shoulder pain ranges between zero and 1/10.

PHYSICAL EXAMINATION: On exam, the patient has lumbar tenderness with painful decreased range of motion. Lower extremity motor strength and sensation were intact at this visit, and his reflexes were 2+ and symmetric.

REVIEW OF DIAGNOSTIC STUDIES: We reviewed the patient's MRI and CT scan of the lumbar spine again. The patient has a grade 1 spondylolisthesis with bilateral L5 spondylolysis. Due to some hypertrophy around the spondylolysis, the patient has some foraminal stenosis bilaterally at L5-S1. X-rays of the lumbar spine, including flexion and extension views were obtained today. The patient had approximately 3 mm of translation on flexion and extension, which is more or less the same as what we measured last year.

*"Dedicated to Providing Quality Orthopedic Care"*

4710 Katy Freeway, Houston, TX 77007
P: 281 875-0830  F: 281 875-0316

01/03/2013
RE: Dardar, Norman
Claim Number: 160368
Page 2 of 2

## IMPRESSION:

1. Spondylolisthesis with mostly mechanical symptoms, but some occasional claudication.
2. Left shoulder tendinitis.

## PLAN OF TREATMENT:

1. The patient had really good results with his left radio frequency ablation, and he had good temporary relief with the right lumbar medial branch block. I am going to recommend a right radio frequency ablation at L5-S1.
2. For persistent pain from a symptomatic spondylolysis and spondylolisthesis, the patient would be a candidate for a lumbar fusion. These treatment options were discussed with the patient, but we are going to schedule the radio frequency ablation as soon as it is authorized.

Sincerely,

Kenneth G. Berliner, M. D.
American Board of Orthopaedic Surgery
American Academy of Orthopaedic Surgeons
American Academy of Disability Evaluating Physicians

D: KGB:kj
T: 01/07/2013

**MANUAL MUSCLE TESTING**
**&**
**RANGE OF MOTION EXAMS**

Tech: R. Wooldridge _____                    Date: 1-3-13 _____

### PATIENT INFORMATION

Name: Norman Dardar _____ D.O.B. [redacted] 59 SS#: [redacted] - 2726

Address: 3981 Oak Pointe City: Montegut State: LA Zip: 70377

Insurance Company: LWCC _____

WC Claim # _____ D.O.I. 9-14-10 Ins ID# _____ Group# _____
160368

☐ Ankle _____          ☐ Lower Extremities          ☐ Wrist _____
                         _____ _____ _____      _____
                         _____ _____              _____

✓ Lumbar _____          ☐ Knee _____              ☐ Hip _____
   847.2                  _____                      _____
                         _____                      _____

☐ Lumbar & Cervical       ☐ Shoulder _____          ☐ Upper Extremities
   _____                _____                      _____ _____
   _____                _____                      _____ _____

☐ Cervical _____        ☐ Elbow _____             ☐ Upper & Lower
   _____                _____                      _____ _____
   _____                _____                      _____ _____

---

☑ **Manual Muscle Testing (MMT)**     ☐ **Range of Motion Testing**

---

Due to the injury sustained, I recommend that this patient obtain the above medical diagnostic evaluation(s). Use of these
test(s) will provide important diagnostic information necessary for patient care. By signing, I certify the medical necessity of
these medical evaluation(s).

Physician: Dr. BERLINEU MD _____

Physician Signature: _____

| | |
|---|---|
| Date of Exam: | 01/03/13 |
| Patient: | Norman Dardar |
| DOB: | ████59 |
| Physician: | Dr. Berliner M.D. |
| Diagnosis: | 847.2 |

## *MANUAL MUSCLE STRENGTH EXAM*
## *LUMBAR*

**Medical Necessity:**
Based on functional deficits observed and reported by the patient during the initial physical examination, objective computerized testing was ordered to evaluate the patient's physical performance, quantify functional losses, and establish a baseline functional level. The objective data will also be used to develop an appropriate treatment plan, track patient's response to treatment, and to modify the treatment plan accordingly. Manual Muscle Testing (MMT) and Range of Motion (ROM) are medically necessary to follow the functional progress and changes throughout the period of the patient's physical medicine and rehabilitation treatment. Findings from these exams determine the extent of function loss and assist in the modification of the treatment plan.

**Pain Rating (0-10):**   **Prev Rating:** `NA`    **Curr Rating:**  5    **Involved Side:**    **Left**

### *MUSCLE STRENGTH EXAM*

*Muscle Tests:  The patient's strength was evaluated with a computerized muscle strength evaluation system, as approved by the AMA.  When compared to the opposite side, a strength difference greater than 15% is generally recognized as an indication of motor deficit.  When measuring spinal strength there should be balance between the flexion and extension musculature, as well as the right and left rotation and lateral flexion musculature.*

| Lumbar MMT | | Prev Strength | Data Sum | Curr Strength | Data Sum | | % Change | |
|---|---|---|---|---|---|---|---|---|
| Flexion | | NA | NA | 6.7 | 72.0% | | NA | Flex vs Ext |
| Extension | | NA | NA | 9.3 | 138.8% | | NA | Ext vs Flex |
| | | | | | | | | |
| Right rotation | | NA | NA | 5.9 | 92.2% | | NA | R vs L |
| Left rotation | | NA | NA | 6.4 | 108.5% | | NA | L vs R |
| | | | | | | | | |
| Right lateral flexion | | NA | NA | 7.9 | 78.2% | | NA | R vs L |
| Left lateral flexion | | NA | NA | 10.1 | 127.8% | | NA | L vs R |

### *GRIP STRENGTH EXAM – MAXIMUM EFFORT*

*Grip Test Validity:  The patient's grip strength was evaluated with a grip dynamometer in position 2 as outlined by AMA guidelines, to objectively quantify maximum grip strength and identify if the patient is giving maximum effort.  The results are compared to normative data for the patient's age group and gender.*

| Grip | | Pt Norm | Prev Strength | % of Norm | Curr Strength | % of Norm | | % Change |
|---|---|---|---|---|---|---|---|---|
| Right | | 113.6 | NA | NA | 47.8 | 42.1% | | NA |
| Left | | 101.9 | NA | NA | 40.8 | 40.0% | | NA |
| | | | Right vs Left | NA | Right vs Left | 117.2% | | |
| | | | Left vs Right | NA | Left vs Right | 85.4% | | |

| NOTES: | | ⬤  Lumbar MMT Exam |
|---|---|---|
| | | |

## LMBB OPERATIVE REPORT

Patient Name:                    DARDAR, NORMAN

Patient ID:                      XXX-XX-2726

Date of Service:                 DECEMBER 17, 2012

Pre-Operative Diagnosis:         Lumbar facet strain/syndrome (847.2)

Post-Operative Diagnosis:        Lumbar facet strain/syndrome (847.2)

Procedures:                      1. Lumbar medial branch block L5 facet nerve right (64493)
                                 2. Lumbar medial branch block S1 facet nerve right (64494)
                                 3. Fluoroscopic localization needle, lumbar (77003)

Surgeon:                         KENNETH BERLINER, M.D.

**Surgical Indications:**    The above 53-year-old male's lumbar spine was injured September 14, 2010. Because of persistent symptoms, the patient was brought here for diagnostic lumbar medial branch block injection. The patient's diagnosis, prognosis, treatment options, and benefits & risks of the injection were discussed with the patient. The patient verbalized understanding of the above and that the desired outcome may not be obtained with the injection. The patient's questions were answered to his satisfaction and informed consent was then obtained. Interpreter was available to be used upon the patient's request, if needed.

**Surgical Procedure:**    The patient was brought into the operative suite and placed prone on a radiolucent table. The back was prepped and draped in the typical sterile fashion. For each level and for each side of each level, C-arm was brought in and the C-arm beam was rotated oblique until the supralateral aspect of the junction between the transverse process and each vertebra was visualized. Skin was anesthetized with 1% lidocaine and a 22-gauge spinal needle was advanced, aiming for the base of the transverse process. Once bone was reached, the needle was walked superiorly until the superior edge of the medial transverse process was felt. A lateral C-arm view was taken to verify position.

Aspiration for blood or CSF was negative. ICV 300 was then injected. When satisfactory position was confirmed, a mixture of Depomedrol and Marcaine 0.5% was injected. The patient tolerated the procedure well and was able to get up and walk off the table without difficulty. The patient tolerated the procedure well and was sent to recovery. After observing the patient in recovery, the patient noted 70% relief of the back pain prior to discharge. His pain went from 5/10 at the start to 2/10 after the injections.

Kenneth Berliner, M.D.



NAME: Dardar, Norman          DATE: DEC 17 2012

## Procedure

L. MBB   R. L5 S.

### Pre-Injection

Time: 12:05      BP 167/79      HR ____   RR ____

T° ____   Ht. ____   Wt. ____

C/O  Lumbar 5/10 — pt having pain on (L) side of right side. Pain today.

?SI (L)

### P. -Injection

Time: 1:50      BP 153/73      P 64      SpO2 97%

pt states injection helped with pain 2/10

me. ____

e. ____

Trend Report  17-Dec-2012
15:33  17-Dec-2012

| Date | Time | NIBP | HR | SPO2 | RESP | TEMP |
|------|------|------|-----|------|------|------|
| 14-Dec-12 | 15:12 | 142/ 94 (118) | ---(ECG) | --- | ---(ECG) | --- |
| | 15:56 | 157/ 95 (114) | ---(ECG) | 100% | ---(ECG) | --- |
| 17-Dec-13 | 11:54 | 113/ 77 (109) | ---(ECG) | --- | ---(ECG) | --- |
| | 12:39 | 132/ 95 (101) | ---(ECG) | --- | ---(ECG) | --- |
| | 13:37 | 167/ 79 (133) | ---(ECG) | --- | ---(ECG) | --- |
| | 15:25 | 153/ 73 (112) | ---(ECG) | 96% | ---(ECG) | --- |

...eth G. Berliner, M.D.

Date of Exam: 11/15/12

Patient: Dardar, Norman

DOB: ████59

Physician: Dr. Berliner

Diagnosis: 847.2

## *MANUAL MUSCLE STRENGTH EXAM*
## *LUMBAR*

**Medical Necessity:**
Based on functional deficits observed and reported by the patient during the initial physical examination, objective computerized testing was ordered to evaluate the patient's physical performance, quantify functional losses, and establish a baseline functional level. The objective data will also be used to develop any appropriate treatment plan, track patient's response to treatment, and to modify the treatment plan accordingly. Manual Muscle Testing (MMT) and Range of Motion (ROM) are medically necessary to follow the functional progress and changes throughout the period of the patient's physical medicine and rehabilitation treatment. Findings from these exams determine the extent of function loss and assist in the modification of the treatment plan.

**Pain Rating (0-10):**     **Prev Rating:** [ 6 ]     **Curr Rating:** 6     **Involved Side:** [ n\a ]

### MUSCLE STRENGTH EXAM

*Muscle Tests: The patient's strength was evaluated with a computerized muscle strength evaluation system, as approved by the AMA. When compared to the opposite side, a strength difference greater than 15% is generally recognized as an indication of motor deficit. When measuring spinal strength there should be balance between the flexion and extension musculature, as well as the right and left rotation and lateral flexion musculature.*

| Lumbar MMT | | Prev Strength | Data Sum | Curr Strength | Data Sum | | % Change | |
|---|---|---|---|---|---|---|---|---|
| Flexion | | 9.0 | 180.0% | 5.0 | 83.3% | | -44.4% | Flex vs Ext |
| Extension | | 5.0 | 55.6% | 6.0 | 120.0% | | 20.0% | Ext vs Flex |
| | | | | | | | | |
| Right rotation | | 7.0 | 116.7% | 4.0 | 100.0% | | -42.9% | R vs L |
| Left rotation | | 6.0 | 85.7% | 4.0 | 100.0% | | -33.3% | L vs R |
| | | | | | | | | |
| Right lateral flexion | | 7.0 | 87.5% | 5.0 | 100.0% | | -28.6% | R vs L |
| Left lateral flexion | | 8.0 | 114.3% | 5.0 | 100.0% | | -37.5% | L vs R |

### GRIP STRENGTH EXAM – MAXIMUM EFFORT

*Grip Test Validity: The patient's grip strength was evaluated with a grip dynamometer in position 2 as outlined by AMA guidelines, to objectively quantify maximum grip strength and identify if the patient is giving maximum effort. The results are compared to normative data for the patient's age group and gender.*

| Grip | Pt Norm | Prev Strength | % of Norm | Curr Strength | % of Norm | | % Change |
|---|---|---|---|---|---|---|---|
| Right | 113.6 | 22.0 | 19.4% | 20.0 | 17.6% | | -9.1% |
| Left | 101.9 | 22.0 | 21.6% | 10.0 | 9.8% | | -54.5% |
| | | Right vs Left | 100.0% | Right vs Left | 200.0% | | |
| | | Left vs Right | 100.0% | Left vs Right | 50.0% | | |

| NOTES: | ● Lumbar MMT Exam |
|---|---|

# LORDEX SPINE INSTITUTE

October 1, 2012

To whom it may concern,

The physical address for Lordex Spine Institute is 3000 Weslayan Suite 150, Houston, Texas 77027-5739.

The mailing address for payments is Lordex Spine Institute, PO BOX 128 Bellaire, TX 77402-0128 per the attached W9.

Please call us if you have any questions.

Thank you

Elaine Wilson

281-395-4121

**MANUAL MUSCLE TESTING**
**&**
**RANGE OF MOTION EXAMS**

Tech: Miah Nguyen                Date: 11/15/12

**PATIENT INFORMATION**

Name: Dardar, Norman    D.O.B: ████ 59    SS#: 2726

Address: 3981 Oak Pointe Dr  City: Montgut    State: LA    Zip: 70377

Insurance Company: LWCC

WC Claim # 160368    D.O.I 9/14/10 Ins ID#_____    Group#_____

☐ Ankle _____        ☐ Lower Extremities    ☐ Wrist _____

☑ Lumbar 847.2          ☐ Knee _____       ☐ Hip _____

☐ Lumbar & Cervical     ☐ Shoulder _____   ☐ Upper Extremities

☐ Cervical _____    ☐ Elbow _____      ☐ Upper & Lower

☑ Manual Muscle Testing (MMT)    ☐ Range of Motion Testing

** Request for MMT and ROM exams to get current specific objective measures **

Physician: Kenneth G. Berliner    Facility: Lone Star Orthopedics

Physician Signature: _____



**www.lonestarorthopedics.com**

**KENNETH G. BERLINER, M.D.**
*American Board of Orthopædic Surgery*

October 15, 2012

| | |
|---|---|
| Patient: | Dardar, Norman |
| SS#: | xxx-xx-2726 |
| DOB: | ██████, 1959 |
| DOA: | September 14, 2010 |
| Treating Doctor: | Kenneth Berliner, MD |
| Claim Number: | 160368 |

## ORTHOPEDIC REPORT

**HISTORY:** The above patient returns October 15, 2012, for followup on his back and left shoulder injury that occurred September 14, 2010. Since the patient's last visit, he had a radiofrequency ablation to his lumbar spine performed October 3, 2012. The patient states recently he has noticed approximately 50% relief.

Today he presents with low back pain he rates 5-6/10 with some discomfort with various movements, soreness, and stiffness. He continues to experience lower extremity symptoms that include numbness, tingling, weakness, left-sided more than right-sided.

**PHYSICAL EXAMINATION:** On examination of his lumbar spine, he has tenderness in his mid-to-lower lumbar region and decreased range of motion with flexion and extension. Straight leg raise elicits leg pain and back on the left. His motor strength is weakened in both lower extremities mostly due to back pain. He has paraesthesias on the outside part of his left lower extremity to his heels. His reflexes are appropriate in the patella and Achilles.

**IMPRESSION:**

1. Facet syndrome of lumbar spine.
2. Increased left lower extremity symptoms that include numbness and weakness.

*"Dedicated to Providing Quality Orthopedic Care"*

**4710 Katy Freeway, Houston, TX 77007**
**P: 281 875-0830 F: 281 875-0316**

10/15/2012
RE: Dardar, Norman
160368
Page 2 of 2

## PLAN OF TREATMENT:

1. The patient was advised on a home exercise stretching program following his radiofrequency ablation of his lumbar spine. We will continue to monitor his progress.
2. The patient has increased left lower extremity symptoms that include numbness, tingling, and weakness. We will proceed with a lower extremity EMG.
3. The patient's medications will be renewed as they come due.

Sincerely,

Kenneth G. Berliner, M. D.
American Board of Orthopaedic Surgery
American Academy of Orthopaedic Surgeons
American Academy of Disability Evaluating Physicians

D: KGB:al
T: 10/15/2012

This visit was facilitated by:

Gabriel R. Salazar, PA-C

**MANUAL MUSCLE TESTING**
**&**
**RANGE OF MOTION EXAMS**

Tech: Minh Nguyen                                    Date: 10/15/12

### PATIENT INFORMATION

Name: Dardar, Norman          D.O.B: ███ 59      SS#: _____ 2726

Address: 3981 Oak Point Dr. City: Montegut      State: La   Zip: 70377

Insurance Company: LWCC

WC Claim # 160363      D.O.I. 9/14/10   Ins ID# _____   Group# _____

☐ Ankle _____        ☐ Lower Extremities       ☐ Wrist _____

☐ Lumbar 847.2         ☐ Knee _____            ☐ Hip _____

☐ Lumbar & Cervical    ☐ Shoulder _____        ☐ Upper Extremities

☐ Cervical _____     ☐ Elbow _____           ☐ Upper & Lower

☐ Manual Muscle Testing (MMT)      ☐ Range of Motion Testing

** Request for MMT and ROM exams to get current specific objective measures **

Physician: Kenneth G. Berliner   Facility: Lone Star Orthopedics

Physician Signature: _____

Date of Exam:  10/15/12
Patient:  Dardar, Norman
DOB:  ███/59
Physician:  Dr. Berliner
Diagnosis:  847.2

## *MANUAL MUSCLE STRENGTH EXAM*
## *LUMBAR*

**Medical Necessity:**
Based on functional deficits observed and reported by the patient during the initial physical examination, objective computerized testing was ordered to evaluate the patient's physical performance, quantify functional losses, and establish a baseline functional level. The objective data will also be used to develop any appropriate treatment plan, track patient's response to treatment, and to modify the treatment plan accordingly. Manual Muscle Testing (MMT) and Range of Motion (ROM) are medically necessary to follow the functional progress and changes throughout the period of the patient's physical medicine and rehabilitation treatment. Findings from these exams determine the extent of function loss and assist in the modification of the treatment plan.

**Pain Rating (0-10):**   Prev Rating:  8      Curr Rating:  6      Involved Side:   n\a

### MUSCLE STRENGTH EXAM

*Muscle Tests: The patient's strength was evaluated with a computerized muscle strength evaluation system, as approved by the AMA.  When compared to the opposite side, a strength difference greater than 15% is generally recognized as an indication of motor deficit.  When measuring spinal strength there should be balance between the flexion and extension musculature, as well as the right and left rotation and lateral flexion musculature.*

| Lumbar MMT | | Prev Strength | Data Sum | Curr Strength | Data Sum | | % Change | |
|---|---|---|---|---|---|---|---|---|
| Flexion | | 8.0 | 100.0% | 9.0 | 180.0% | | 12.5% | Flex vs Ext |
| Extension | | 8.0 | 100.0% | 5.0 | 55.6% | | -37.5% | Ext vs Flex |
| | | | | | | | | |
| Right rotation | | 15.0 | 115.4% | 7.0 | 116.7% | | -53.3% | R vs L |
| Left rotation | | 13.0 | 86.7% | 6.0 | 85.7% | | -53.8% | L vs R |
| | | | | | | | | |
| Right lateral flexion | | 14.0 | 175.0% | 7.0 | 87.5% | | -50.0% | R vs L |
| Left lateral flexion | | 8.0 | 57.1% | 8.0 | 114.3% | | 0.0% | L vs R |

### GRIP STRENGTH EXAM -- MAXIMUM EFFORT

*Grip Test Validity:  The patient's grip strength was evaluated with a grip dynamometer in position 2 as outlined by AMA guidelines, to objectively quantify maximum grip strength and identify if the patient is giving maximum effort.  The results are compared to normative data for the patient's age group and gender.*

| Grip | Pt Norm | Prev Strength | % of Norm | Curr Strength | % of Norm | | % Change |
|---|---|---|---|---|---|---|---|
| Right | 113.6 | 54.0 | 47.5% | 22.0 | 19.4% | | -59.3% |
| Left | 101.9 | 36.0 | 35.3% | 22.0 | 21.6% | | -38.9% |
| | | Right vs Left | 150.0% | Right vs Left | 100.0% | | |
| | | Left vs Right | 66.7% | Left vs Right | 100.0% | | |

### LRFA OPERATIVE REPORT

| | |
|---|---|
| Patient Name: | DARDAR, NORMAN |
| Patient ID: | XXX-XX-2726 |
| Date of Service: | OCTOBER 3, 2012 |
| Pre-Operative Diagnosis: | Lumbar facet strain/syndrome (847.2) |
| Post-Operative Diagnosis: | Lumbar facet strain/syndrome (847.2) |
| Procedures: | 1. Lumbar medial branch RFA L5 facet nerve left (64635) |
| | 2. Lumbar medial branch RFA S1 facet nerve left (64636) |
| Surgeon: | KENNETH BERLINER, M.D. |

**Surgical Indications:**    The above 52-year-old male's lumbar spine was injured September 14, 2010.  Because of persistent symptoms and favorable response to a previous medial branch block, the patient was brought here for lumbar medial branch radiofrequency lesioning.  The patient's diagnosis, prognosis, treatment options, and benefits & risks of the injection were discussed with the patient.  The patient verbalized understanding of the above and that the desired outcome may not be obtained with the injection.  The patient's questions were answered to his satisfaction and informed consent was then obtained. Interpreter was available to be used upon the patient's request, if needed.

**Surgical Procedure:**    The patient was brought into the operative suite and placed prone on a radiolucent table. The back was prepped and draped in the typical sterile fashion.  For each level and for each side of each level, C-arm was brought in and the C-arm beam was rotated oblique until the supralateral aspect of the junction between the transverse process and each vertebra was visualized. Skin was anesthetized with 1% lidocaine and a 22-gauge spinal needle was advanced, aiming for the base of the transverse process.  Once bone was reached, the needle was walked superiorly until the superior edge of the medial transverse process was felt.  A lateral C-arm view was taken to verify position.

Aspiration for blood or CSF was negative.  The probes were each checked for impedence.  Sensory and motor testing was performed.  The patient lacked pain distal to the back and there was no lower extremity motor stimulation.  There was some stimulation of the multifidus noted.  When satisfactory position was confirmed, the probe was brought to 80 degrees Celsius for 90 seconds.  The patient tolerated the procedure well and was able to get up and walk off the table without difficulty.  The patient tolerated the procedure well and was sent to recovery.  After observing the patient in recovery, the patient noted <u>significant</u> relief of the back pain prior to discharge.

Kenneth Berliner, M.D.



**www.lonestarorthopedics.com**

KENNETH G. BERLINER, M.D.
*American Board of Orthopædic Surgery*

August 13, 2012

Patient:          Dardar, Norman
SS#:              xxx-xx-2726
DOB:              ████████, 1959
DOA:              September 14, 2010
Treating Doctor:  Kenneth Berliner, MD
Claim Number:     160368

### ORTHOPEDIC REPORT

HISTORY: The patient returns August 13, 2012, for followup on his back and left shoulder injuries that occurred September 14, 2010. The patient had a lumbar facet medial branch block performed at L5-S1 on the left on August 3, 2012. During the time that the lidocaine was in place, he had 80% relief of his back pain. The patient states that after the lidocaine wore off, his back pain returned, and today he has 8/10 back pain. The patient's left shoulder pain is 2/10, and he feels occasional stiffness. However, for the most part he is satisfied with the left shoulder condition at this time.

PHYSICAL EXAMINATION: On exam, the patient has lumbar tenderness with painful decreased range of motion. He has pain with extension and positive Kemp sign.

IMPRESSION:

   Facet syndrome.

PLAN OF TREATMENT: The patient has facet syndrome at L5-S1 on the left as evidenced by physical exam, his history, and the results of the medial branch block performed August 3, 2012. This patient would be a good candidate for

*"Dedicated to Providing Quality Orthopedic Care"*

4710 Katy Freeway, Houston, TX 77007
P: 281 875-0830  F: 281 875-0316

08/13/2012
RE:  Dardar, Norman
160368
Page 2 of 2

radio frequency ablation, and we will set him up as soon as it has been authorized.

Sincerely,

Kenneth G. Berliner, M. D.
American Board of Orthopaedic Surgery
American Academy of Orthopaedic Surgeons
American Academy of Disability Evaluating Physicians

D: KGB:kj
T: 08/17/2012

## LMBB OPERATIVE REPORT

| | |
|---|---|
| Patient Name: | DARDAR, NORMAN |
| Patient ID: | XXX-XX-2726 |
| Date of Service: | AUGUST 3, 2012 |
| Pre-Operative Diagnosis: | Lumbar facet strain/syndrome (847.2) |
| Post-Operative Diagnosis: | Lumbar facet strain/syndrome (847.2) |
| Procedures: | 1. Lumbar medial branch block L5 facet nerve left (64493)<br>2. Lumbar medial branch block S1 facet nerve left (64494)<br>3. Fluoroscopic localization needle, lumbar (77003) |
| Surgeon: | KENNETH BERLINER, M.D. |

**Surgical Indications:**   The above 52-year-old male's lumbar spine was injured September 14, 2010. Because of persistent symptoms, the patient was brought here for diagnostic lumbar medial branch block injection. The patient's diagnosis, prognosis, treatment options, and benefits & risks of the injection were discussed with the patient. The patient verbalized understanding of the above and that the desired outcome may not be obtained with the injection. The patient's questions were answered to his satisfaction and informed consent was then obtained. Interpreter was available to be used upon the patient's request, if needed.

**Surgical Procedure:**   The patient was brought into the operative suite and placed prone on a radiolucent table. The back was prepped and draped in the typical sterile fashion.  For each level and for each side of each level, C-arm was brought in and the C-arm beam was rotated oblique until the supralateral aspect of the junction between the transverse process and each vertebra was visualized. Skin was anesthetized with 1% lidocaine and a 22-gauge spinal needle was advanced, aiming for the base of the transverse process.  Once bone was reached, the needle was walked superiorly until the superior edge of the medial transverse process was felt.  A lateral C-arm view was taken to verify position.

Aspiration for blood or CSF was negative.  ICV 300 was then injected. When satisfactory position was confirmed, a mixture of Depomedrol and Marcaine 0.5% was injected.  The patient tolerated the procedure well and was able to get up and walk off the table without difficulty.  The patient tolerated the procedure well and was sent to recovery.  After observing the patient in recovery, the patient noted 80% relief of the back pain prior to discharge.  His pain went from 8/10 at the start to 3/10 after the injections.

_____

Kenneth Berliner, M.D.

# OPERATIVE REPORT

| | |
|---|---|
| Patient Name: | DARDAR, NORMAN |
| Patient ID: | XXX-XX-2726 |
| Date of Service: | AUGUST 23, 2011 |
| Pre-Operative Diagnosis: | Lumbar (722.10) |
| Post-Operative Diagnosis: | Lumbar spondylolishthesis (722.10) |
| Procedures: | 1. Lumbar epidural steroid injection (62311) |
| | 2. Lumbar lysis of adhesions (62264) |
| | 3. Interpretation of lumbar epidurogram (72275) |
| | 4. Fluoroscopic localization of needle, lumbar (77003) |
| Surgeon: | KENNETH BERLINER, M.D. |

**Surgical Indications:**    The above 51–year-old male's lumbar spine was injured at work on September 14, 2010. Because of persistent symptoms, the patient was brought here for lumbar epidural steroid injection. The patient's diagnosis, prognosis, treatment options, and benefits & risks of the injection were discussed with the patient. The patient verbalized understanding of the above and that the desired outcome may not be obtained with the injection. The patient's questions were answered to the patient's satisfaction and informed consent was then obtained. Interpreter was available to be used upon the patient's request, if needed.

**Surgical Procedure:**    The patient was brought into the operative suite and placed prone on a radiolucent table. C-arm was brought in and the interspace between L5 and S1 was visualized. The back was prepped and draped in the typical sterile fashion. Skin was anesthetized with 1% lidocaine and a 20-gauge Touhy needle was advanced using loss-of-resistance technique. One the epidural space was entered, position was verified with AP and lateral C-arm radiographs.

ICV 300 was then injected. The spread of the dye was watched as it went up and down along the spine. There was spread along the some of the nerve root sleeves indicating a good epidural placement. Aspiration for blood or CSF was negative.

Because the contrast did not spread to both sides initially, 6cc of saline was injected for the lysis of adhesions. Afterwards, contrast was found bilaterally. There were no complications.

Then Depomedrol was injected as the epidural steroid injection. The patient tolerated the procedure well and was able to get up and walk off the table without difficulty. The patient tolerated the procedure well and was sent to recovery. The patient was instructed to lay flat for the rest of the day in the event of post procedure headache.

Kenneth Berliner, M.D.



**www.lonestarorthopedics.com**

## KENNETH G. BERLINER, M.D.
*American Board of Orthopaedic Surgery*

June 15, 2012

Patient:          Dardar, Norman
SS#:              xxx-xx-2726
DOB:              ████████1959
DOA:              September 14, 2010
Treating Doctor:  Kenneth Berliner, MD
Claim Number:     160368

### ORTHOPEDIC REPORT

**HISTORY:** The patient returns June 15, 2012, for followup on injuries to his back and left shoulder that occurred September 14, 2010, in a work-related accident. Since the patient's last visit, he had a preoperative lumbar discogram performed. Today he presents with a low back pain he rates as 8/10 with discomfort with side-to-side movements, soreness, and stiffness. He has pain in his left lower lumbar region. He had left shoulder pain he rated 4/10 with some discomfort with above-head reaching, soreness, stiffness, and nighttime pain.

**PHYSICAL EXAMINATION:** On examination of his lumbar spine, there is tenderness on his left lower lumbar region, more so on his left L5 and left S1 region. He had a positive Kemp sign. He had pain upon coughing in that particular region. He had decreased range of motion with extension. Straight leg raises elicit back pain. His motor strength and sensation were intact in his lower extremities. His reflexes were 2+ in his patellae and Achilles. On examination of his left shoulder, there is tenderness over the anterolateral aspect with limited range of motion with an abduction of approximately 170 degrees. There is limited internal and external rotation. He has a positive impingement sign, but no instability is noted. He has weakness noted on abduction.

**IMPRESSION:**

1. Subcutaneous fatty necrosis of the lumbar spine.
2. Chronic fasciitis.
3. Left shoulder chronic rotator cuff tendonitis with impingement syndrome.
4. Spondylolisthesis, L5-S1 with disc bulging.
5. Facet syndrome with facet pain, left L4 and left L5 levels.

*"Dedicated to Providing Quality Orthopedic Care"*

7007 North Freeway, Suite 200, Houston, TX 77076
P: 281 875-0830   F: 281 875-0316

06/15/2012
RE: Dardar, Norman
Claim Number: 160368
Page 2 of 2

**PLAN OF TREATMENT:**

1. With regard to the patient's lumbar spine, he continues to remain symptomatic. Following his preoperative lumbar discogram, the results were inconclusive. At this point, we are trying to find the source of his axial mechanical back pain. At this time, we believe the patient's axial mechanical back pain is generated from his facets at his left L5 and left S1 region. We will proceed with medial branch blocks at those particular levels. Depending on the outcome of the injection, the patient may be a candidate for a radio frequency ablation at those particular levels. Procedure, risks and benefits were discussed with the patient, and the patient was given informative handouts. We will proceed once authorized by his insurance carrier.
2. With regard to the patient's shoulder, his options were discussed that included corticosteroid injections in conjunction with post-injection physical therapy.
3. The patient's medications were renewed today.
4. The patient was first seen by me on October 5, 2010. From that date until currently, the patient has been unable to work in any capacity due to the effects and conditions resulting from the patient's work-related injury. The patient has been diagnosed with disc derangements of the lumbar spine. We are currently evaluating the source of his axial mechanical back pain. We are in the process of obtaining medial branch blocks to his left L5 and left S1 region. The patient is also using narcotic medication which prevents him from working in a safe and/or effective manner.

Sincerely,

Kenneth G. Berliner, M. D.
American Board of Orthopaedic Surgery
American Academy of Orthopaedic Surgeons
American Academy of Disability Evaluating Physicians

D: KGB:kj
T: 06/18/2012

This visit was facilitated by:

Gabriel R. Salazar, PA-C

# OPERATIVE REPORT

| | |
|---|---|
| Patient Name: | DARDAR, NORMAN |
| Patient ID: | XXX-XX-2726 |
| Date of Service: | JUNE 5, 2012 |
| Pre-Operative Diagnosis: | Discogenic Back Pain (722.2) |
| Post-Operative Diagnosis: | Discogenic Back Pain (722.2) |
| Procedures: | 1. Injection and interpretation of lumbar Discogram L5-S1 (62290,72295) |
| | 2. Injection and interpretation of lumbar Discogram L4-L5 (62290,72295) |
| | 3. Fluoroscopic localization of needle, lumbar (77003) |
| Surgeon: | KENNETH BERLINER, M.D. |

**Surgical Indications:** The above 52-year-old male's lumbar spine was injured September 14, 2010. Because of persistent symptoms, the patient was brought here for lumbar discogram to answer some preoperative questions. The patient's diagnosis, prognosis, treatment options, and benefits & risks of the discogram were discussed with the patient. The patient verbalized understanding of the above and that the desired outcome may not be obtained with the discogram. The patient's questions were answered to the patient's satisfaction and informed consent was then obtained. Interpreter was available to be used upon the patient's request, if needed. Prior to the procedure, the difference between procedural and concordant pain was explained to the patient and the patient was asked to notify us when the patient felt either of those. The patient also understands that the discs would be injected in a random order and that the patient would not be told which level was being injected.

**Surgical Procedure:** The patient was brought into the operative suite and placed prone on a radiolucent table. C-arm was brought in and each interspace was visualized. The endplates were made parallel to the fluoroscopic beam and the C-arm was obliqued to approximately 45 degrees lateral. The back was prepped and draped in the typical sterile fashion. Skin was marked and anesthetized with 1% lidocaine and a 22-gauge Chiba needle was advanced to the center of the disc, position was verified with AP and lateral C-arm radiographs. The patient tolerated the placement of the needles well, and was alert and talkative during the procedure. Pressure was measured by a Stryker Interventional Pain Discmonitor, and the results were printed on the printer accessory.

**Findings:**
At L4-L5, 1.25 cc of dye was injected over 23 seconds, maximum pressure was 40 psi over opening pressure with a firm endpoint. The patient noted no pain with the injection only mild pressure. Modified Dallas Discogram grade 0.

At L5-S1, 1.88 cc of dye was injected over 39 seconds, maximum pressure was 45 psi over opening pressure with a firm endpoint. The patient noted 3/10 concordant pain with the injection. Modified Dallas Discogram grade 0.

| | |
|---|---|
| Post-Discogram CT: | CT scan films were reviewed on the CT scanner monitor and there was no leakage. |
| Conclusions: | Normal Control level at L4-5 & L5-S1. The patient tolerated the procedure well and was sent to recovery. |

DATE:  06/22/2018
TIME:  02:48 pm

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018

For Claim Number 160368

Claimant Dardar, Jr., Norman

Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 12/31/10 | 36885-3 | PERFORMANCE REHABILITATION SERVICES LLC | $397.82 | 12/14/10 | 12/14/10 | 4006960 |
| 01/28/11 | 10150-0 | ACADIAN AMBULANCE SERVICE INC | $1,044.05 | 09/14/10 | 09/14/10 | 4014952 |
| 02/22/11 | 10150-0 | ACADIAN AMBULANCE SERVICE INC | $7,333.45 | 09/14/10 | 09/14/10 | 4021145 |
| 06/15/11 | 25861-10 | CASEY, BRETT E. | $1,200.00 | 06/30/11 | 06/30/11 | 4051511 |
| 12/29/11 | 40390-0 | BERLINER, KENNETH G. | $945.07 | 10/05/10 | 11/17/11 | 4103108 |
| 12/31/11 | 35814-0 | MEMORIAL MRI & DIAGNOSTIC LLC | $506.69 | 10/24/11 | 10/24/11 | 4103216 |
| 04/05/12 | 25861-0 | HOUMA ORTHOPEDIC CLINIC AMC | $300.00 | 06/30/11 | 06/30/11 | 4127695 |
| 04/26/12 | 35814-1 | LORENZO, FAROLAN | $1,957.00 | 01/26/11 | 01/26/11 | 4132732 |
| 06/26/12 | 41454-0 | UNICARE MRI & DIAGNOSTIC CENTER | $391.63 | 06/05/12 | 06/05/12 | 4147140 |
| 06/30/12 | 40390-0 | BERLINER, KENNETH G. | $222.84 | 01/26/12 | 04/02/12 | 4148495 |
| 07/05/12 | 40390-0 | BERLINER, KENNETH G. | $1,219.33 | 06/05/12 | 06/05/12 | 4149877 |
| 07/05/12 | 40390-0 | BERLINER, KENNETH G. | $111.42 | 06/15/12 | 06/15/12 | 4149877 |
| 08/20/12 | 40390-0 | BERLINER, KENNETH G. | $720.62 | 08/03/12 | 08/03/12 | 4160552 |
| 09/12/12 | 40390-0 | BERLINER, KENNETH G. | $113.85 | 08/13/12 | 08/13/12 | 4166487 |
| 09/18/12 | 40390-0 | BERLINER, KENNETH G. | $946.80 | 08/23/11 | 08/23/11 | 4167165 |
| 10/17/12 | 40390-0 | BERLINER, KENNETH G. | $604.29 | 10/03/12 | 10/03/12 | 4175312 |
| 10/26/12 | 42346-0 | HEALTH E SYSTEMS | $1,594.20 | 10/03/12 | 10/03/12 | 4177380 |
| 11/05/12 | 40390-0 | BERLINER, KENNETH G. | $113.85 | 10/15/12 | 10/15/12 | 4179067 |
| 11/12/12 | 42495-1 | DUNN, THOMAS | $78.15 | 10/15/12 | 10/15/12 | Mltiple |
| 11/30/12 | 42495-1 | DUNN, THOMAS | $78.15 | 11/15/12 | 11/15/12 | Mltiple |
| 12/04/12 | 42511-0 | VICTORY MEDICAL CENTER HOUSTON LP | $1,606.06 | 10/03/12 | 10/03/12 | 4185774 |
| 12/19/12 | 42346-0 | HEALTH E SYSTEMS | $992.70 | 11/15/12 | 11/15/12 | 4190152 |
| 01/29/13 | 42528-0 | ATLAS ANESTHESIA ASSOCIATES P A | $360.25 | 10/03/12 | 10/03/12 | 4198489 |
| 02/04/13 | 42495-1 | DUNN, THOMAS | $78.15 | 01/03/13 | 01/03/13 | 4199912 |
| 02/08/13 | 40390-0 | BERLINER, KENNETH G. | $300.73 | 12/17/12 | 12/17/12 | 4201552 |
| 02/13/13 | 40390-0 | BERLINER, KENNETH G. | $113.85 | 01/03/13 | 01/03/13 | 4202817 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/22/2018                LOUISIANA WORKERS' COMPENSATION CORPORATION                         REPORT: CL150R
TIME: 02:48 pm                                                                                      PAGE   2
                                              Claim Payments Report                                 OF     7
                                 For Payment Dates 10/01/1992 Through 06/22/2018
                                             For Claim Number 160368
                                          Claimant Dardar, Jr., Norman

Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 02/18/13 | 42346-0 | HEALTH E SYSTEMS | $1,541.80 | 01/03/13 | 01/03/13 | 4203477 |
| 02/18/13 | 42528-0 | ATLAS ANESTHESIA ASSOCIATES P A | $31.09 | 10/03/12 | 10/03/12 | 4203326 |
| 03/11/13 | 42346-0 | HEALTH E SYSTEMS | $992.70 | 02/20/13 | 02/20/13 | 4208356 |
| 03/25/13 | 40390-0 | BERLINER, KENNETH G. | $468.03 | 02/13/13 | 02/13/13 | 4211413 |
| 04/18/13 | 42511-0 | VICTORY MEDICAL CENTER HOUSTON LP | $2,119.38 | 02/13/13 | 02/13/13 | 4217573 |
| 08/07/13 | 42528-0 | ATLAS ANESTHESIA ASSOCIATES P A | $269.54 | 02/13/13 | 02/13/13 | 4240108 |

                                                TOTAL:   $28,753.49

* denotes a canceled transaction, and is not included in the total calculations

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018

For Claim Number 160368

Claimant Dardar, Jr., Norman

Indemnity Payments

| Payment Date | Comp Code | Type Comp | Thru Date | From Date | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/2010 | TT | INITIAL | 11/22/2010 | 09/15/2010 | 69 | $9,930.18 | $0.00 | $9,930.18 | 3997845 |
| 11/23/2010 | TT | REGULAR | 11/26/2010 | 11/23/2010 | 4 | $575.66 | $0.00 | $575.66 | 3997846 |
| 11/30/2010 | TT | REGULAR | 12/03/2010 | 11/27/2010 | 7 | $1,007.41 | $0.00 | $1,007.41 | 3999311 |
| 12/07/2010 | TT | REGULAR | 12/10/2010 | 12/04/2010 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4001017 |
| 12/14/2010 | TT | REGULAR | 12/17/2010 | 12/11/2010 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4002886 |
| 12/20/2010 | TT | REGULAR | 12/24/2010 | 12/18/2010 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4004513 |
| 12/27/2010 | TT | REGULAR | 12/31/2010 | 12/25/2010 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4006109 |
| 01/04/2011 | TT | REGULAR | 01/07/2011 | 01/01/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4008015 |
| 01/11/2011 | TT | REGULAR | 01/14/2011 | 01/08/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4010102 |
| 01/18/2011 | TT | REGULAR | 01/21/2011 | 01/15/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4012175 |
| 01/25/2011 | TT | REGULAR | 01/28/2011 | 01/22/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4014024 |
| 02/01/2011 | TT | REGULAR | 02/04/2011 | 01/29/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4016116 |
| 02/08/2011 | TT | REGULAR | 02/11/2011 | 02/05/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4018013 |
| 02/15/2011 | TT | REGULAR | 02/18/2011 | 02/12/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4019875 |
| 02/22/2011 | TT | REGULAR | 02/25/2011 | 02/19/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4021835 |
| 03/01/2011 | TT | REGULAR | 03/04/2011 | 02/26/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4023677 |
| 03/08/2011 | TT | REGULAR | 03/11/2011 | 03/05/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4025432 |
| 03/15/2011 | TT | REGULAR | 03/18/2011 | 03/12/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4027276 |
| 03/22/2011 | TT | REGULAR | 03/25/2011 | 03/19/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4029145 |
| 03/29/2011 | TT | REGULAR | 04/01/2011 | 03/26/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4030894 |
| 04/05/2011 | TT | REGULAR | 04/08/2011 | 04/02/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4032848 |
| 04/12/2011 | TT | REGULAR | 04/15/2011 | 04/09/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4034598 |
| 04/19/2011 | TT | REGULAR | 04/22/2011 | 04/16/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4036438 |
| 04/26/2011 | TT | REGULAR | 04/29/2011 | 04/23/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4038217 |
| 05/03/2011 | TT | REGULAR | 05/06/2011 | 04/30/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4040063 |
| 05/10/2011 | TT | REGULAR | 05/13/2011 | 05/07/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4041847 |
| 05/17/2011 | TT | REGULAR | 05/20/2011 | 05/14/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4043480 |
| 05/24/2011 | TT | REGULAR | 05/27/2011 | 05/21/2011 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4045298 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/22/2018
TIME: 02:48 pm

REPORT: CL150R
PAGE 4
OF 7

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018

For Claim Number 160368

Claimant Dardar, Jr., Norman

Indemnity Payments

| Payment Date | Comp Code | Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2011 | TT | | 05/28/2011 | 06/03/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4047061 |
| 06/07/2011 | TT | | 06/04/2011 | 06/10/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4049089 |
| 06/14/2011 | TT | | 06/11/2011 | 06/17/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4051087 |
| 06/21/2011 | TT | | 06/18/2011 | 06/24/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4053045 |
| 06/28/2011 | TT | | 06/25/2011 | 07/01/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4055021 |
| 07/05/2011 | TT | | 07/02/2011 | 07/08/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4056657 |
| 07/12/2011 | TT | | 07/09/2011 | 07/15/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4058667 |
| 07/19/2011 | TT | | 07/16/2011 | 07/22/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4060390 |
| 07/26/2011 | TT | | 07/23/2011 | 07/29/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4062187 |
| 08/02/2011 | TT | | 07/30/2011 | 08/05/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4063962 |
| 08/09/2011 | TT | | 08/06/2011 | 08/12/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4065629 |
| 08/16/2011 | TT | | 08/13/2011 | 08/19/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4067420 |
| 08/23/2011 | TT | | 08/20/2011 | 08/26/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4069271 |
| 08/30/2011 | TT | | 08/27/2011 | 09/02/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4071276 |
| 09/06/2011 | TT | | 09/03/2011 | 09/09/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4073030 |
| 09/13/2011 | TT | | 09/10/2011 | 09/16/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4074917 |
| 09/20/2011 | TT | | 09/17/2011 | 09/23/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4076720 |
| 09/27/2011 | TT | | 09/24/2011 | 09/30/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4078589 |
| 10/04/2011 | TT | | 10/01/2011 | 10/07/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4080480 |
| 10/11/2011 | TT | | 10/08/2011 | 10/14/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4082514 |
| 10/18/2011 | TT | | 10/15/2011 | 10/21/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4084396 |
| 10/25/2011 | TT | | 10/22/2011 | 10/28/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4086291 |
| 11/01/2011 | TT | | 10/29/2011 | 11/04/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4088253 |
| 11/08/2011 | TT | | 11/05/2011 | 11/11/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4090340 |
| 11/15/2011 | TT | | 11/12/2011 | 11/18/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4092216 |
| 11/22/2011 | TT | | 11/19/2011 | 11/25/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4094083 |
| 11/29/2011 | TT | | 11/26/2011 | 12/02/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4095507 |
| 12/06/2011 | TT | | 12/03/2011 | 12/09/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4097473 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/22/2018

TIME: 02:48 pm

REPORT: CI150R

PAGE 5

OF 7

## LOUISIANA WORKERS' COMPENSATION CORPORATION

### Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018

For Claim Number 160368

Claimant Dardar, Jr., Norman

## Indemnity Payments

| Payment Date | Comp Code | Comp | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2011 | TT | | 12/10/2011 | 12/16/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4099275 |
| 12/20/2011 | TT | | 12/17/2011 | 12/23/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4101079 |
| 12/27/2011 | TT | | 12/24/2011 | 12/30/2011 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4102589 |
| 01/03/2012 | TT | | 12/31/2011 | 01/06/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4103956 |
| 01/10/2012 | TT | | 01/07/2012 | 01/13/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4105786 |
| 01/17/2012 | TT | | 01/14/2012 | 01/20/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4107500 |
| 01/24/2012 | TT | | 01/21/2012 | 01/27/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4109320 |
| 01/31/2012 | TT | | 01/28/2012 | 02/03/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4111167 |
| 02/07/2012 | TT | | 02/04/2012 | 02/10/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4113055 |
| 02/14/2012 | TT | | 02/11/2012 | 02/17/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4114866 |
| 02/21/2012 | TT | | 02/18/2012 | 02/24/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4116637 |
| 02/28/2012 | TT | | 02/25/2012 | 03/02/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4118432 |
| 03/06/2012 | TT | | 03/03/2012 | 03/09/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4120101 |
| 03/13/2012 | TT | | 03/10/2012 | 03/16/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4121775 |
| 03/20/2012 | TT | | 03/17/2012 | 03/23/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4123688 |
| 03/27/2012 | TT | | 03/24/2012 | 03/30/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4125311 |
| 04/03/2012 | TT | | 03/31/2012 | 04/06/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4127103 |
| 04/10/2012 | TT | | 04/07/2012 | 04/13/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4128734 |
| 04/17/2012 | TT | | 04/14/2012 | 04/20/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4130446 |
| 04/24/2012 | TT | | 04/21/2012 | 04/27/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4132144 |
| 05/01/2012 | TT | | 04/28/2012 | 05/04/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4133930 |
| 05/08/2012 | TT | | 05/05/2012 | 05/11/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4135656 |
| 05/15/2012 | TT | | 05/12/2012 | 05/18/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4137422 |
| 05/22/2012 | TT | | 05/19/2012 | 05/25/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4139212 |
| 05/29/2012 | TT | | 05/26/2012 | 06/01/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4140725 |
| 06/05/2012 | TT | | 06/02/2012 | 06/08/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4142619 |
| 06/12/2012 | TT | | 06/09/2012 | 06/15/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4144292 |
| 06/19/2012 | TT | | 06/16/2012 | 06/22/2012 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4145994 |

* denotes a canceled transaction, and is not included in the total calculations

DATE:  06/22/2018
TIME:  02:48 pm

REPORT:  CL150R
PAGE    6
OF      7

## LOUISIANA WORKERS' COMPENSATION CORPORATION

### Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018

For Claim Number 160368

Claimant Dardar, Jr., Norman

**Indemnity Payments**

| Payment Date | Comp Code | Type Comp | Thru Date | From Date | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 06/26/2012 | TT | REGULAR | 06/29/2012 | 06/23/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4147833 |
| 07/03/2012 | TT | REGULAR | 07/06/2012 | 06/30/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4149559 |
| 07/10/2012 | TT | REGULAR | 07/13/2012 | 07/07/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4151114 |
| 07/17/2012 | TT | REGULAR | 07/20/2012 | 07/14/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4152896 |
| 07/24/2012 | TT | REGULAR | 07/27/2012 | 07/21/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4154583 |
| 07/31/2012 | TT | REGULAR | 08/03/2012 | 07/28/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4156352 |
| 08/07/2012 | TT | REGULAR | 08/10/2012 | 08/04/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4158074 |
| 08/14/2012 | TT | REGULAR | 08/17/2012 | 08/11/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4159860 |
| 08/21/2012 | TT | REGULAR | 08/24/2012 | 08/18/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4161530 |
| 08/27/2012 | TT | REGULAR | 08/31/2012 | 08/25/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4163102 |
| 09/04/2012 | TT | REGULAR | 09/07/2012 | 09/01/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4164450 |
| 09/11/2012 | TT | REGULAR | 09/14/2012 | 09/08/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4166201 |
| 09/18/2012 | TT | REGULAR | 09/21/2012 | 09/15/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4167973 |
| 09/25/2012 | TT | REGULAR | 09/28/2012 | 09/22/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4169763 |
| 10/02/2012 | TT | REGULAR | 10/05/2012 | 09/29/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4171412 |
| 10/09/2012 | TT | REGULAR | 10/12/2012 | 10/06/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4173214 |
| 10/16/2012 | TT | REGULAR | 10/19/2012 | 10/13/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4174959 |
| 10/23/2012 | TT | REGULAR | 10/26/2012 | 10/20/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4176647 |
| 10/30/2012 | TT | REGULAR | 11/02/2012 | 10/27/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4178277 |
| 11/06/2012 | TT | REGULAR | 11/09/2012 | 11/03/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4179974 |
| 11/13/2012 | TT | REGULAR | 11/16/2012 | 11/10/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4181803 |
| 11/20/2012 | TT | REGULAR | 11/23/2012 | 11/17/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4183444 |
| 11/27/2012 | TT | REGULAR | 11/30/2012 | 11/24/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4184742 |
| 12/04/2012 | TT | REGULAR | 12/07/2012 | 12/01/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4186419 |
| 12/11/2012 | TT | REGULAR | 12/14/2012 | 12/08/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4188061 |
| 12/18/2012 | TT | REGULAR | 12/21/2012 | 12/15/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4189751 |
| 12/21/2012 | TT | REGULAR | 12/28/2012 | 12/22/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4191111 |
| 12/31/2012 | TT | REGULAR | 01/04/2013 | 12/29/2012 | 7 | $1,007.41 | $0.00 | $1,007.41 | 4192570 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/22/2018

TIME: 02:48 pm

LOUISIANA WORKERS' COMPENSATION CORPORATION

REPORT: CL150R

PAGE     7

OF      7

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/22/2018

For Claim Number 160368

Claimant Dardar, Jr., Norman

Indemnity Payments

| Payment Date | Comp Code | Thru Date | From Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 01/08/2013 | TT | 01/11/2013 | 01/05/2013 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4194325 |
| 01/15/2013 | TT | 01/18/2013 | 01/12/2013 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4196018 |
| 01/22/2013 | TT | 01/25/2013 | 01/19/2013 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4197512 |
| 01/29/2013 | TT | 02/01/2013 | 01/26/2013 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4199139 |
| 02/05/2013 | TT | 02/08/2013 | 02/02/2013 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4200890 |
| 02/12/2013 | TT | 02/15/2013 | 02/09/2013 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4202533 |
| 02/19/2013 | TT | 02/22/2013 | 02/16/2013 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4204202 |
| 02/26/2013 | TT | 03/01/2013 | 02/23/2013 | REGULAR | 7 | $1,007.41 | $0.00 | $1,007.41 | 4205679 |

TOTALS (excluding canceled transactions denoted by *):   $129,380.22   $0.00   $129,380.22

* denotes a canceled transaction, and is not included in the total calculations