# JOHNSON, RAHMAN & THOMAS

**Employees of Louisiana Workers' Compensation Corporation**

2237 S. Acadian Thruway | P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone: (225) 231-0875
Facsimile: (225) 231-0986
Fax Server: (225) 929-5613

July 3, 2018

*Via UPS Next Day Air*

Counsel for BP
**Attn:  Mr. J. Andrew Langan**
Kirkland & Ellis LLP
300 N. LaSalle St., Suite 2400
Chicago, IL  60654

*Via UPS Next Day Air*

MDL 2179 Plaintiffs' Steering Committee
**Attn:  Mr. Steven J. Herman**
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA  70113

In Re:  Oil Spill by the Oil Rig "Deepwater Horizon": in the Gulf of Mexico,
On April 20, 2010
MDL No.        :        10-2179; Section J

Louisiana Workers' Compensation Corporation v. BP, PLC, et al
Civil Action No.:        17-cv-03199

Workers' Compensation Claim of Lucilo Delacruz
LWCC Claim No.:  160333

Dear Counsel:

In compliance with Pretrial Order No. 66, with respect to the workers' compensation claim of Lucilo Delacruz, enclosed please find the following documents:

1.        Individual Particularized Statement of Claim;
2.        Accident report;
3.        First Report of Injury;
4.        Wage records;
5.        Recent medical records; and
6.        Claim payment report.

Writer's Direct Line:  (225) 231-0755 | Writer's Email: djohnson@lwcc.com

Mr. J. Andrew Langan
Mr. Steven Herman
July 3, 2018
Page 2


In total LWCC has paid $30,759.22 to and on behalf of Mr. Delacruz as a result of his injuries suffered during the clean-up efforts following the Deepwater Horizon explosion. Louisiana Workers' Compensation Corporation is seeking recovery of all payments made to and on behalf of Mr. Delacruz.

I hope this is satisfactory for your needs, however, in the event you have any questions or require any additional information, please do not hesitate to call.

With kind regards, I am

Very truly yours,

David K. Johnson

DKJ/fhj
Enclosures
cc:    Linda Dantin

**EXHIBIT A**

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
**FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:**  Louisiana Workers' Compensation Corporation

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:**  Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity.  If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.     YOUR BACKGROUND INFORMATION**

1.     Current address:

Address Line 1:   2237 S. Acadian Thruway

Address Line 2:

City:   Baton Rouge          State:  LA          Zip:  70808

2.     Telephone number:   (225) 924-7788

3.     Maiden or other names used or by which you have been known, and the dates during which you were known by such names:      N/A

4.     Date and Place of Birth:          N/A

5.     Male_____     Female_____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---------|--------------------|
| N/A | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|----------|---------|---------------------|-----------------------|
| N/A | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _____ If *"Yes,"* when were you out of work and why? _____N/A_____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.     Did BP, a government entity, or another company or entity hire you to perform cleanup
       work in response to the oil spill?

       Yes _X_     No _____  ( Indirectly, see attached correspondence)

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

       **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits
Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

       Onshore _X_     Offshore _____     Both _____

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

       Yes _____     No _X_

12.    Did you handle hazardous materials as part of your cleanup work?

       Yes _____     No _____

13.    Please set forth the following information about your cleanup work:

       A.     Your employer(s): _Global Management_

       B.     Your supervisor(s) at the employer(s) identified in Question No. 13(A):
              _Victor Hart_

       C.     A description of the work performed for employer(s) identified in Question No.
              13(A): _Shoreline Cleaner_

       D.     The date(s), time(s), and location(s) you performed the work described in Question
              No. 13(C): _See attached wage records_

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _none_____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _Unknown_____

_____

**2.   Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____   No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____   No_____

16.   List all address(es) at which you resided in 2010:_____

_____

**C.   INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

_____Bodily injury from exposure to oil and/or dispersants

__X__Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

## D.    EXPOSURE CLAIMS

18.    Were you exposed to oil, dispersants, or both?

      Oil_____            Dispersants_____           Both_____

19.    How were you exposed? (*Check all that apply*)

    A.     Inhalation              Yes_____      No_____

    B.     Dermal (skin) contact       Yes_____      No_____

    C.     Ingestion               Yes_____      No_____

    D.     Other (please describe):     _____

20.    What was the date(s) of your exposure?

      Day: _____       Month: _____      Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    _____

    _____

    _____

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    _____

    _____

    _____

    _____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    _____

    _____

    _____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____      No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

## E.  NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

A. The nature of your injury: *See attached medical reports*

B. The date(s) of your injury: *10 | 11 | 2010*

C. The location(s) of your injury: *Grand Tern II ( Zone 1 )*

D. The work that you were performing when you sustained your injury: _____

*clearing shoreline debris*

_____

E. Identify any individual(s) who witnessed your injury: _____

*Unknown*

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

*See attached accident report*

_____

_____

## F.   INFORMATION ABOUT YOUR INJURY OR ILLNESS

29.   Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_See attached medical records_

30.   Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_See attached medical records and accident report_

31.   On what date did you first report or seek treatment for your injury or illness: 10/11/2010

32.   On what date was your injury first diagnosed: 10/11/2010

33.   Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|  | _See attached medical records & Claim payment report_ |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| | *See attached medical records & claim payment report* |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No _____. If "*Yes,*" *Unknown*

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____

   _____

   _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No _____. If "*Yes,*"

   A. What date did you first experience such injury or condition? _____

   B. What injury (or condition) was made worse? _____

   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| | Unknown |
| | |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes __X__ No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

   _____ recovery of medical expenses and weekly benefits per attached claim payment report

   _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes __X__ No _____

   If "Yes":

   A. From whom did you receive this compensation or reimbursement? _____

   _____ LWCC _____

B.    When did you receive this compensation or reimbursement?_____

_____ *See attached claim payment report*

C.    What was the amount of the compensation or reimbursement?_____

_____ *See attached claim payment report*

## G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

       Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

       Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

       _____

       _____

44.    Describe how the contract was breached:_____

       _____

       _____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

       _____

       _____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

       _____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

       _____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____July 5_____, 2018

Location (City and State): _____Baton Rouge, La._____

_____
Signature of Plaintiff*

***Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

_____Michael Stifter_____
Print Name

_____SVP/ General Counsel_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than _Monday, July 9, 2018_, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**MAIL TO:**

LOUISIANA WORKERS' COMPENSATION CORPORATION
2237 S. ACADIAN THRUWAY
SUITE 102
BATON ROUGE, LA  70808
225-924-7788

_____ 6433
**Employee Social Security Number**
262357897
**Employer Federal ID Number**
137280 / 160333
Insurance Policy No. / Claim No.

**EMPLOYER REPORT**
**OF**
**INJURY/ILLNESS**

This report is completed by the Employer for each injury/illness identified by them or their employee as occupational.
A copy is to be provided to the employee and the insurer immediately.   **Forms for cases resulting in more than 7 days**
**of disability or death** are to be sent to the OWCA  **by the 10th day after the incident**  or as requested by the OWCA.

PURPOSE OF REPORT: (Check all that apply)

☒ More than 7 days of disability          ☐ Possible dispute                                    ☐ Medical Only
☐ Injury resulted in death                   ☐ Lump Sum Compromise/Settlement          **(no copy needed by OWCA)**
☐ Amputation or disfigurement            ☐ Other

| 1. Date of Report MM/DD/YY | 2. Date / Time of Injury MM/DD/YY    Time: | 3. Normal Starting Time Day of Accident | 4. if Back to Work - Give Date: MM/DD/YY | 5. At same wage? | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|---|
| 10/18/10 | 10/11/10  04:30 ☐ AM ☒ PM | 08:00 ☒ AM ☐ PM | Still out | ☐ Yes ☐ No | Date Received |
| 6. If Fatal Injury, Give Date of Death: MM/DD/YY | 7. Date Employer Knew of Injury MM/DD/YY | 8. Date Disability Began MM/DD/YY | 9. Last Full Day Paid MM/DD/YY | | S.I.C. |
| | 10/18/10 | 10/12/10 | | | |
| 10. Employee Name:   First   Middle   Last | | 11. | 12. Employee Phone # | | State-Parish |
| LUCILO      DELACRUZ | | ☒ Male ☐ Female | 337-412-7520 | | |
| 13. Address and Zip Code | | 14. Parish of Injury: | | | Occupation |
| 310 HERBERT RD. LAFAYETTE, LA 70506  LAFAYETTE | | | | | |
| 15. Date of Hire | 16. Age at Illness/Injury | 17. Occupation | 18. Dept/Division Employed | | Nature |
| 07/09/10 | 55 | LABORERS, EXCEPT CONSTRUCTION | | | |
| 19. Place of Injury-Employer's Premises   ☐ Yes ☐ No | 20. Indicate Location-Street, City, Parish and State | | | | Part of Body |
| | GRAND ISLE | | | | |

21. What work activity was the employee doing when the incident occurred? (Give weight, size, and shape of materials
or equipment involved. Tell what he was doing with them. Indicate if correct procedures were followed.)

The employee was picking up sand and oil from the oil spill.

Source

Event

NCCI
555555

22. What caused incident to happen? (Describe fully the events which resulted in injury or disease.  Tell what happened and how it happened. Name any objects
or substances involved and tell how they were involved.  Give full details on all factors which led to or contributed to this injury or illness.)

The employee strained his groin area.

Vendor-Unknown

| 23. Part of Body Injured and Nature of Injury or Illness (ex. left leg; multiple fractures) | 24. If Occ Disease-Give Date Diagnosed: |
|---|---|
| HERNIA  GROIN | |
| 25. Physician and Address | 26. If Hospitalized, give name & address of facility |
| | |
| 27. Employer's Name | 28. Person Completing This Report - Please print |
| GLOBAL MANAGEMENT ENT LLC | ANNE |
| 29. Employer's Address and Zip Code | 30. Employer's Telephone Number |
| 3226 LAKE STREET LAKE CHARLES, LA 70601  CALCASIEU | 337-433-9979 |
| 31. Employer's Mailing Address - If Different From Above | 32. Nature of Business-Type of Mfg., Trade, Construction, Service, etc. |
| | |

33. Wage Information (optional):      Employee was paid  ☐ Daily  ☐ Weekly  ☐ Monthly  ☒ Other      The average weekly wage was $_____ per week.

LDOL-WC-1007
REV. 1/98

NAME OF WORKERS' COMPENSATION INSURER:   LOUISIANA WORKERS' COMPENSATION CORPORATION
PHONE NUMBER:   225-924-7788

COMPLETE BOTH SIDES

10/21/2010 02:05 3374947355 GLOBAL MANAGEMENT E PAGE 02/09

10/11/2010

LUCILO VALVERDE DE LA CRUZ **1,015.27

One Thousand Fifteen and 27/100**********************************************************************************************

LUCILO VALVERDE DE LA CRUZ
310 Herbert Rd
Lafayette, LA 70506

---

Employee
LUCILO VALVERDE DE LA CRUZ

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Pay Period: 09/27/2010 - 10/10/2010 | Pay Date: 10/11/2010 |
|---|---|---|---|---|---|---|
| Hourly Rate | 46:00 | 12.00 | 552.00 | 4,824.00 | | |
| Overtime pay | 32:00 | 18.00 | 576.00 | 6,696.00 | | |
| | | | 1,128.00 | 11,520.00 | | |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | -1,096.00 |
| Social Security Employee | | | -69.94 | -714.24 |
| Medicare Employee | | | -16.36 | -167.04 |
| LA - Withholding | | | -26.43 | -357.40 |
| | | | -112.73 | -2,334.68 |

| Net Pay | | | 1,015.27 | 9,185.32 |
|---|---|---|---|---|

GLOBAL MANAGEMENT ENTERPRISE, LLC

---

Employee
LUCILO VALVERDE DE LA CRUZ

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Pay Period: 09/27/2010 - 10/10/2010 | Pay Date: 10/11/2010 |
|---|---|---|---|---|---|---|
| Hourly Rate | 46:00 | 12.00 | 552.00 | 4,824.00 | | |
| Overtime pay | 32:00 | 18.00 | 576.00 | 6,696.00 | | |
| | | | 1,128.00 | 11,520.00 | | |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | -1,096.00 |
| Social Security Employee | | | -69.94 | -714.24 |
| Medicare Employee | | | -16.36 | -167.04 |
| LA - Withholding | | | -26.43 | -357.40 |
| | | | -112.73 | -2,334.68 |

| Net Pay | | | 1,015.27 | 9,185.32 |
|---|---|---|---|---|

GLOBAL MANAGEMENT ENTERPRISE, LLC

10/21/2010   02:05   3374947355                    GLOBAL  MANAGEMENT  E                    PAGE   03/09

9/29/2010

LUCILO VALVERDE DE LA CRUZ                                                    **2,056.17

Two Thousand Fifty-Six and 17/100***************************************************************************************************

LUCILO VALVERDE DE LA CRUZ

Pay Period 09/13/2010 - 09/26/2010

Employee
**LUCILO VALVERDE DE LA CRUZ**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 12.00 | 960.00 | 4,272.00 |
| Overtime pay | 82:00 | 18.00 | 1,476.00 | 6,120.00 |
| | | | 2,436.00 | 10,392.00 |

Pay Period: 09/13/2010 - 09/26/2010          Pay Date: 09/29/2010

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -118.00 | -1,096.00 |
| Social Security Employee | -151.03 | -844.30 |
| Medicare Employee | -35.32 | -150.68 |
| LA - Withholding | -75.48 | -330.97 |
| | -379.83 | -2,221.95 |

| Net Pay | 2,056.17 | 8,170.05 |
|---|---|---|

Memo
Pay Period 09/13/2010 - 09/26/2010

GLOBAL MANAGEMENT ENTERPRISE, LLC

Employee
**LUCILO VALVERDE DE LA CRUZ**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 12.00 | 960.00 | 4,272.00 |
| Overtime pay | 82:00 | 18.00 | 1,476.00 | 6,120.00 |
| | | | 2,436.00 | 10,392.00 |

Pay Period: 09/13/2010 - 09/26/2010          Pay Date: 09/29/2010

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -118.00 | -1,096.00 |
| Social Security Employee | -151.03 | -844.30 |
| Medicare Employee | -35.32 | -150.68 |
| LA - Withholding | -75.48 | -330.97 |
| | -379.83 | -2,221.95 |

| Net Pay | 2,056.17 | 8,170.05 |
|---|---|---|

Memo
Pay Period 09/13/2010 - 09/26/2010

GLOBAL MANAGEMENT ENTERPRISE, LLC

9/15/2010

LUCILO VALVERDE DE LA CRUZ                                              **1,206.65

One Thousand Two Hundred Six and 65/100***********************************************************************

LUCILO VALVERDE DE LA CRUZ

Pay Period 08/30/2010 - 09/12/2010

**Employee**
LUCILO VALVERDE DE LA CRUZ

Pay Period: 08/30/2010 - 09/12/2010                 Pay Date: 09/15/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 46:00 | 12.00 | 552.00 | 3,312.00 |
| Overtime pay | 44:00 | 18.00 | 792.00 | 4,644.00 |
| | | | 1,344.00 | 7,956.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -978.00 |
| Social Security Employee | -83.33 | -493.27 |
| Medicare Employee | -19.49 | -115.36 |
| LA - Withholding | -34.53 | -255.49 |
| | -137.35 | -1,842.12 |

| Net Pay | 1,206.65 | 6,113.88 |
|---|---|---|

Memo
Pay Period 08/30/2010 - 09/12/2010

GLOBAL MANAGEMENT ENTERPRISE, LLC

**Employee**
LUCILO VALVERDE DE LA CRUZ

Pay Period: 08/30/2010 - 09/12/2010                 Pay Date: 09/15/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 46:00 | 12.00 | 552.00 | 3,312.00 |
| Overtime pay | 44:00 | 18.00 | 792.00 | 4,644.00 |
| | | | 1,344.00 | 7,956.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -978.00 |
| Social Security Employee | -83.33 | -493.27 |
| Medicare Employee | -19.49 | -115.36 |
| LA - Withholding | -34.53 | -255.49 |
| | -137.35 | -1,842.12 |

| Net Pay | 1,206.65 | 6,113.88 |
|---|---|---|

Memo
Pay Period 08/30/2010 - 09/12/2010

GLOBAL MANAGEMENT ENTERPRISE, LLC

10/21/2010  02:05    3374947355                    GLOBAL  MANAGEMENT  E                    PAGE  05/09

9/1/2010

LUCILO VALVERDE DE LA CRUZ                                                    **1,733.29

One Thousand Seven Hundred Thirty-Three and 29/100*********************************************************

LUCILO VALVERDE DE LA CRUZ

Pay Period 08/19/2010 - 08/29/2010

**Employee**
LUCILO VALVERDE DE LA CRUZ                                     Pay Period: 08/16/2010 - 08/29/2010          Pay Date: 09/01/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 12.00 | 960.00 | 2,760.00 |
| Overtime pay | 82:00 | 18.00 | 1,476.00 | 3,852.00 |
| | | | 2,436.00 | 6,612.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Federal Withholding | | -427.00 | -978.00 |
| Social Security Employee | | -151.03 | -409.94 |
| Medicare Employee | | -35.32 | -95.87 |
| LA - Withholding | | -89.36 | -220.96 |
| | | -702.71 | -1,704.77 |

| Net Pay | 1,733.29 | 4,907.23 |
|---|---|---|

Memo
Pay Period 08/19/2010 - 08/29/2010

GLOBAL MANAGEMENT ENTERPRISE, LLC

**Employee**
LUCILO VALVERDE DE LA CRUZ                                     Pay Period: 08/16/2010 - 08/29/2010          Pay Date: 09/01/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 12.00 | 960.00 | 2,760.00 |
| Overtime pay | 82:00 | 18.00 | 1,476.00 | 3,852.00 |
| | | | 2,436.00 | 6,612.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Federal Withholding | | -427.00 | -978.00 |
| Social Security Employee | | -151.03 | -409.94 |
| Medicare Employee | | -35.32 | -95.87 |
| LA - Withholding | | -89.36 | -220.96 |
| | | -702.71 | -1,704.77 |

| Net Pay | 1,733.29 | 4,907.23 |
|---|---|---|

Memo
Pay Period 08/19/2010 - 08/29/2010

GLOBAL MANAGEMENT ENTERPRISE, LLC



## Accident / Incident Report Form

**INFORMATION ABOUT THE PERSON INVOLVED IN THE INCIDENT:**

| Full Name: *Lucilo Delacruz* | | I.D. #: |
|---|---|---|

**Home Address:**

| Date of Birth: ~~■■■■~~ - 1954 | Male: X | Female: |
|---|---|---|

**Phones:**

| Job Title: *Shoreline Cleaner (Technician)* | Supervisor: *Victor Hart* |
|---|---|

**INFORMATION ABOUT INCIDENT:**

| Date of Incident: 10-11-2010 | Time: 1430 hours | Police noticed: Yes (No) Case#: |
|---|---|---|

Location of Incident: *Grand Terre II (Zone 1)*

Describe what happened, how it happened, factors leading to the event, substances or objects involved.  Be as specific as possible (write on back of sheet)

*E While performing the task of shoreline debris from the shoreline, employee Delacruz suffered a possible strained muscle in the lower right abdomen and groin area. He indicated to Stacy Dewhirst (Care Ambulance (EM) his pain level was 10 on a 1-10 scale.*

Were there any witnesses to the incident?      Yes      No

Name:                                          Phones:

Was the Individual injured? If so, describe the injury (laceration, sprain, etc.), the part of body injured and any other information know about the resulting injury:

*Strained muscle or hernia at the lower abdomen or groin area. Employee was taken to medical facility Emergency room @ after being transported by boat to Nautical Pointe Marina.*

| Was medical treatment provided?  (Yes)        No        Refused |
|---|
| If so, where (circle):   (Emerg. Rm)   (The Workplace)   Walk In Clinic   Other: |
| Will the employee miss time from work as a result of this incident?   (Yes)   No   Unknown |

**REPORTER INFORMATION:**

| Print Name of Reporter: Victor Hart | |
|---|---|
| Reporter Signature: *Victor Hart* ( 337-287-6908 | Title: Personnel Supervisor |
| Date Report Completed: | |

## Progress Notes

### *VALVERDE, LUCILO*

B33672     Sex: M    Age: 56    DOB: ███/1954

Date Printed: 10/15/10

10/14/10
Inguinal hernia.

HISTORY:

Mr. Valverde is a 56-year-old male who does not speak English. He does have someone with him who can translate. Basically, as best as I can tell, the story is that Mr. Valverde was discovered to have a hernia. By his history, this hernia occurred at work. Basically, he has swelling on the right side of his groin. He went to an emergency room to obtain an evaluation. I have a note from Lady of the Sea General Hospital. I can read some of the the instructions, which state that he should not lift and that he should watch for pain. It was also suggested that he follow up with his doctor some time this week. Again, I cannot read all the instructions.

Basically, he is wondering whether he can go to work or whether he needs to do something else.

REVIEW OF SYSTEMS:
Past Medical History:
10/14/10  03:56 PM    No Significant Past Medical History.
PAST SURGERIES / INJURIES / HOSPITALIZATIONS:
None
**Allergy:** NKDA
Social History:
Tobacco use:  Currently smokes

PHYSICAL:
Bp: 134/80, Left Arm, Pulse: 86
Temperature: 98.3 F, Oral, Height: 5'9", Weight: 194 lbs
Other: 1555 crd
Oximetry: 98 %
GENERAL:  Normal appearance, alert and in no acute distress.
GENITOURINARY:  He does have a reducible right inguinal hernia about the size of a ping-pong ball. We did have some trouble reducing the hernia while he was standing, but once placed in a supine position, the hernia reduced rather easily. There is no excessive pain to the area and it does not appear incarcerated.

DIAGNOSIS:
Inguinal hernia.

RECOMMENDATIONS:  If there is any change in your condition, please call, return to the clinic or go to the emergency room.
He cannot work until he has this addressed by a surgeon, and more than likely, repaired. We will write a short note to that effect and have him take it to his company.

Attending Physician :   Pernell J. Simon, MD

Transcriptionist :  JEG

:

## Progress Notes

### *VALVERDE, LUCILO*

Date Printed: 10/15/10

B33672      Sex: M   Age: 56   DOB: ████/1954

---

\#      SIGNED BY PERNELL J SIMON, MD  (PJS)      10/15/2010 09:52AM

Printed using Practice Partner®

**LADY OF THE SEA GENERAL HOSPITAL**
**EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS**

E100678 RM- P/T-E/R
DELACRUZ LUCILO VAVERD M 55
CRENSHAW W
10/11/10  B/D ____/54

ED # _____   Date _____

...ion and treatment you have received in the Emergency Department has been rendered on an ...nded to be a substitute for, or an effort to provide complete medical care. It is important that you have a follow-up visit with your family doctor and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single emergency room visit.

Diagnosis: _____

## □ WOUND CARE (Lacerations, abrasions, burns)
1. Keep wound clean and dry.
2. Clean wound daily with _____ and apply _____
3. Elevate to relieve soreness.
4. Despite the best care, any wound can become infected. If the wound becomes red, swollen, painful, the suture line opens, or you see pus or red streaks, contact your doctor immediately.
5. See your family doctor for suture removal in _____ days.
6. Tetanus Toxoid given _____, Lot # _____
7. Wound packing removal to _____ in _____ days.
8. Cultures collected from your wound will take 48-72 hours to be resulted. We will contact you if any changes need to be made regarding your treatment.

## □ HEAD INJURY
Although no evidence of serious injury is found at this time, you should have someone stay with you and contact your doctor immediately or return to ED if any of the following conditions occur:
1. Confusion, unusual behavior or difficulty speaking.
2. Unusual sleepiness or inability to awaken the patient, convulsions or seizures.
3. Persistent vomiting, stiffness of the neck, fever, unequal pupils, or double vision.
4. Unusual awkwardness or weakness in an arm or leg, or unsteady walking.
5. Drainage of clear fluid or blood from ear or nose.
May take Tylenol, or what the doctor recommends for pain, and apply ice to injured area. Awaken the patient every 2 hours to check for these signs.

## DISPOSITION:
_____ Resume normal activities as tolerated.
_____ No work/school for _____ days.
_____ Light duty work for _____ days.
_____ B/P _____ P _____ R _____ T _____
_____ Follow-up with _____
         in _____ days.
**OTHER:** _____
_____
_____
_____
_____

## □ SPRAINS & BRUISES / FRACTURES & SPLINTS
1. Elevate the injured part and use ice packs for the first 24-48 hours. This will ease the pain.
2. If an ace bandage is used, rewrap it if it becomes too loose or too tight.
3. If given a sling, or splint, use it at all times.
4. If the injured part gets cold, blue, or numb, or if the pain increases markedly, call your family doctor at once.
5. Exercise fingers and toes to promote better circulation.
6. Do not get your splint wet.
7. Ortho Clinic Referral faxed to Leonard Chabert. Please call (985) 873-1841 if someone has not contacted you within 1 week with an appointment.

After X-ray Department office hours, your x-rays are read by the Emergency Physician. The next normal working day they are also read by the Radiologist. We will contact you if there is a change in your x-ray reading. You may obtain a copy of your x-rays if needed for follow-up. It is not necessary for you to contact the Emergency Department for your results unless told to do so by the Emergency Department physician.

Return to the Emergency Department for: □ Chest Pain
□ SOB   □ Fever   □ Worsening Abdominal Pain
□ Nausea / Vomiting / Diarrhea   □ Other _____
_____

## □ FEVER SUPPLEMENT GIVEN _____
□ Written instructions given for _____

## □ GENERAL INSTRUCTIONS
① NO LIFTING OR CLIMBING

② RETURN IF WORSENING PAIN OR NAUSEA VOMITING

③ FOLLOW UP MD OF CHOICE LATER THIS WEEK -

## □ NOTE: MEDICATION WILL OR CAN CAUSE DROWSINESS.
Do not drive or operate heavy machinery for 8 hours after receiving medication in the Emergency Department.

I hereby acknowledge receipt of and understand the instructions indicated above. I understand that I have had emergency treatment only and that I may be released before all of my medical problems are known or treated. I will arrange for follow-up care as instructed.

_____   10/11/10   X _____
Physician/Nurse Signature    Date    Patient/Representative Signature

FORM 269 ED Rev. 09/05 09/05 1/7/07

MAIL TO:
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70807-9040
(225) 342-7565

■■ - ■■ - 6433
**SOCIAL SECURITY NUMBER**

STOP PAYMENT FORM

10 - 11 - 2010
**DATE OF INJURY/ILLNESS**

This form is sent by the Employer/Insurer to the injured worker and the OWC within 30 days of the closure
of a case. An AMENDED COPY is required if the case re-opens or additional costs are incurred.

160333
**CLAIM NUMBER**

1. **DELACRUZ, LUCILO** ■■ 1954
   (Employee)                    (Date of Birth)

2. 04 - 13 - 2011
   Date of this Notice

3. **GROIN**
   Part(s) of body injured

4. 04 - 13 - 2011
   Date Compensation Paid Through

5. Purpose of Form: (Check One)
   - [X] Payment stopped-Employee working at equal or greater wage
   - [ ] Payment stopped-Employee able to work at same or greater wage
   - [ ] Payment stopped-Lump sum/Compromise settlement approved
   - [ ] Other
   - [ ] Payment stopped-Maximum period for paying SEB has expired
   - [ ] Payment stopped-3rd Party recovery without notice
   - [ ] Amend or correct prior 1003

6. Length of Disability ___27___ Weeks _5_ Days.
7. Give ICD-9 Diagnostic code(s) _550.90   789.09   789.09_ .
8. Give CPT Procedure code(s) _99204   99284   99199_ .

9. COSTS INCURRED FOR THIS CASE:

| A. Indemnity Benefits | | | D. Rehabilitation Expenses | | |
|---|---|---|---|---|---|
| 1. Temporary Total | $ | 15,467.57 | 1. Medical Rehabilitation | $ | 0.00 |
| 2. Supplemental earnings | $ | 0.00 | 2. Vocational Rehabilitation | $ | 0.00 |
| 3. Permanent partial | $ | 0.00 | 3. Labor Market Survey | $ | 0.00 |
| 4. Permanent total | $ | 0.00 | 4. Evaluation | $ | 0.00 |
| 5. Death benefits | $ | 0.00 | 5. Other | $ | 0.00 |
| 6. Other benefits | $ | 0.00 | | | |
| **TOTAL INDEMNITY BENEFITS** | $ | 15,467.57 | **TOTAL REHABILITATION EXPENSES** | $ | 0.00 |
| (Add A. ITEMS 1-6) | | | (Add D. ITEMS 1-5) | | |

| B. TOTAL SETTLEMENT AMOUNT | $ | 0.00 | E. TOTAL FUNERAL EXPENSES | $ | 0.00 |
|---|---|---|---|---|---|

| C. Medical Expenses | | | F. Legal Expenses | | |
|---|---|---|---|---|---|
| 1. Hospital | $ | 3,359.31 | 1. Attorney Fees | $ | 0.00 |
| 2. Physician | $ | 934.85 | 2. Court Costs | $ | 0.00 |
| 3. Diagnostic Test/Procedures | $ | 260.00 | 3. Deposition Costs | $ | 0.00 |
| 4. Prescription Drugs | $ | 0.00 | 4. Investigation Costs | $ | 0.00 |
| 5. Transportation Costs | $ | 36.55 | 5. Penalties and Interest | $ | 0.00 |
| 6. Independent Medical Exams | $ | 0.00 | 6. Administrative/Other Costs | $ | 0.00 |
| 7. Occupational/Physical Therapy | $ | 0.00 | | | |
| 8. Other | $ | 0.00 | | | |
| **TOTAL MEDICAL EXPENSES** | $ | 4,590.71 | **TOTAL LEGAL EXPENSES** | $ | 0.00 |
| (Add C. ITEMS 1-8) | | | (Add E. ITEMS 1-5) | | |

| G. 3RD PARTY RECOVERIES FOR COSTS | $ | 0.00 |
|---|---|---|
| (NOT INCLUDED ABOVE) | | |
| H. TOTAL WORKERS' COMPENSATION COSTS | $ | 20,058.28 |
| (Add A-G) | | |
| I. BALANCE OF UNUSED RESERVES | $ | 0.00 |

Submitted by:

| Preparer's Name: | **EVIN BECK** | Employee: | **DELACRUZ, LUCILO** |
|---|---|---|---|
| Employer/Insurer: | LOUISIANA WORKERS' COMPENSATION CORPORATION | Employer: | GLOBAL MANAGEMENT ENT LLC |
| Address: | 2237 S. ACADIAN THRUWAY SUITE 102 | Address: | 3226 LAKE STREET |
| | BATON ROUGE LA 70808- | | LAKE CHARLES, LA 70601- |
| Phone: | (225) 924-7788 | Phone: | ■ |
| Employer/Insurer NCCI Number: | 555555 | | |

LDOL-WC-1003(REV. 1/98)

OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70804-9040
(225) 342-7565

1. Social Security No. _____-6433

2. Date of Injury/Illness _____ 10-11-2010

Claim Number _____ 160333

## NOTICE OF PAYMENT

This form is to be completed by the Employer/Insurer and sent to the injured employee with the first check or within 10 days of suspension/modification and/or change to SEB. A copy must be sent to the Office of Workers' Compensation Administration within 10 days of the effective date.

3. Purpose of Form (check one):

[X] Payment  [ ] Modification  [ ] Suspension  [ ] Change to SEB

4. Employee Name  **DELACRUZ, LUCILO**

5. _____ 11-04-2010 _____
Effective Date

6. Part(s) of Body Injured  GROIN,

7. Nature of Injury  HERNIA,

8. Compensation is paid as follows:

[X] A. Weekly payments of $ _____ 579.00 based on an average weekly wage of $ _____ 891.00 have begun.

[ ] B. Payments restarted at $_____ per week.

[ ] C. Payments reduced by $_____ due to:

[ ] Social Security Benefits
[ ] Employer Disability Benefits
[ ] Third Party Recovery
[ ] Other:

[ ] Other Workers' Compensation Benefits
[ ] Unemployment Insurance Benefits
[ ] Refused Rehabilitation

[ ] D. Permanent Partial Benefits of $_____ will be paid for _____ weeks.

[ ] E. Supplemental Earnings Benefits of $_____ will begin _____.
The exact amount received weekly may vary.

[ ] F. Death Benefits have begun in the amount of $_____ per week, representing _____% of wages.

[ ] G. Payment suspended due to employee failing to cooperate.

[ ] H. Other reasons or explanations _____

9. Submitted by:

| | | | |
|---|---|---|---|
| Preparer Name: | EVIN BECK | Employee Name: | DELACRUZ, LUCILO |
| Employer/Insurer: | LOUISIANA WORKERS' COMPENSATION CORPORATION | Employer: | GLOBAL MANAGEMENT ENT LLC |
| Address: | 2237 S. ACADIAN THRUWAY SUITE 102 | Address: | 3226 LAKE STREET |
| | BATON ROUGE, LA 70808 | | LAKE CHARLES, LA 70601- |
| Phone: | 225-924-7788 | Phone: | |
| Employer/Insurer NCCI # | 555555 | | |

LDOL-WC-1002
REV. 1/98

Delacruz, Lucho    DOB: ___/1954  56Y
Rm:   Reg:
Fin#: 002858929-1370 M U    Time:
Attr: Gachassin MD, Philip LGSH Init:

**Lafayette General
Surgical Hospital**

09-0020

*00266689291370*

## PROSTHESIS & IMPLANT RECORD

Surgeon: _R. P. Gachassin_          Date: _2-16-11_

1. Prosthesis or Implant:                    Size:
   Catalogue #:          Bard® 3DMax™ Mesh         ...ure: _2/17/11_
   Sterilization #:    | RIGHT  10.8cm x 16 cm   REF 0118321
                       | Large  4.3" x 6.3"      LOT HUUL0504
   Expiration Date:                                _PO 8367_
   _2015-12_

2. Prosthesis or Implant:                    Size:
   Catalogue #:                 Lot #:        Manufacture:
   Sterilization #:             Serial #:
   Expiration Date:
                                              _CR Bard  2/17/11_
                                              _Inv 22170703_

3. Prosthesis or Implant:                    Size:
   Catalogue #:                 Lot #:        Manufacture:
   Sterilization #:             Serial #:
   Expiration Date:

4. Prosthesis or Implant:                    Size:
   Catalogue #:                 Lot #:        Manufacture:
   Sterilization #:             Serial #:
   Expiration Date:

Code:

Comments:

_OO Love, r_                          _2-16-11    0952_
RN Signature                          Date        Time

White Copy – Chart          Yellow Copy – Purchasing          Pink Copy – Surgery Dept

| FORM TITLE:  Prosthesis & Implant Record - LGSH | Form #3600-000-016 |
|---|---|
| CHART TAB ORDER: Physician Orders | Revision Date: 11/11/2009 |

**Acute NPI: 1275536799 – Rehab NPI: 1538133814 – Psych NPI: 1770557746 – LGSH NPI: 169977898**

2-16

## >>>>>>>> PATIENT INFORMATION <<<<<<<<

Name: Delacruz, Lucilo     Sex: Male     Race: UnknownDate of Birth: ████/1954     Age: 56 Years    MS: Unknown
Previous Name:     Social Security Number: ████-6433     Religion: Unknown
Home Address: 310 Herbert     City/State/Zip: Lafayette, LA     Home Phone: (337) 739-7053
      70506

Employer Name:     Occupation/Job Title:     Employer Phone:
Employer Address:     City/State/Zip:

Advanced Directive:     Special Needs:

## >>>>>>>> GUARANTOR INFORMATION <<<<<<<<

Name: Delacruz, Lucilo

Billing Address: 310 Herbert     City/State/Zip:
      70506
Employer Name:     Occupation/Job Title:     Employer Phone:
Employer Address:     City/State/Zip:     Employment Status: Unknown

## >>>>>>>> EMERGENCY CONTACT INFORMATION <<<<<<<<

Name: unk, unk     Sex:     Date of Birth:     Age: 0 Days
Patient's Relationship to EMC: Other     Employer Phone:
Home Address:     City/State/Zip:     Home Phone: (000) 000-0000

## >>>>>>>> PRIMARY INSURED/INSURANCE INFORMATION <<<<<<<<

Name: Delacruz, Lucilo     Sex: Male     Date of Birth: 12/10/1954    Age: 56 Years    MS: Unknown
Patient's Relationship to Subscriber: Self
Employer Name:     Occupation/Job Title:     Employer Phone:
Employer Address:     City/State/Zip:     Employment Status: Unknown

Insurance Name: LWCC     Policy Number: 160333     Phone Number: ( ) – 225
Claim's Address: P O Box 98054     Primary Care Physician:     Precert Phone Number:
      Precertification Number: 999
City/State/Zip: Baton Rouge, LA     Group Number: 999999
      70898

## >>>>>>>> SECONDARY INSURED/INSURANCE INFORMATION <<<<<<<<

Name:     Sex:     Date of Birth:     Age: 0 Days    MS:
Patient's Relationship to Subscriber:
Employer Name:     Occupation/Job Title:     Employer Phone:
Employer Address:     City/State/Zip:     Employment Status:

Insurance Name:     Policy Number:     Phone Number:
Claim's Address:     Precertification Number:     Precert Phone Number:
      Group Number:
City/State/Zip:

## >>>>>>>> PREVIOUS ENCOUNTER INFORMATION <<<<<<<<     >>>>>>>> VISIT INFORMATION <<<<<<<<

| Visit Date(s) | Visit Type | Physician |
|---|---|---|

Reg Dt/Tm:     Inpt Dt/Tm:
Admit Type: Elective     Visit Type: Outpatient Pre-Registration
Admit Source: Nonhealthcare Facili
Admit Diagnosis: Inguinal – Lap Herni
Admit Mode:
Admit Clerk: Hudson , Shelle
Attending Physician Name & Number: Gachassin MD, P,
Attending Physician Phone Number:
VIP Indicator:

## >>>>>>>> ACCIDENT INFORMATION <<<<<<<<

Accident: Y     Accident Date/Time: 10/11/2010
Accident Type: Other Accide

Location: LGSH Clin Prep     Room/Bed: /
Medical Service: Surgery

# DELACRUZ, LUCILO
002658929

# MALE / 56 YEARS
002658929-1370

# LAFAYETTE GENERAL SURGICAL HOSPITAL



Delacruz, Lucilo   DOB:____1954  56Y
Rm:   Reg:
Fin#: 0026588929~1370 M U     Time:____
Attn: Gachassin MD, Philip LGSH Init:____

*0026589291370*



**Lafayette General Surgical Hospital**

## UNIVERSAL PROTOCOL DOCUMENTATION FORM
## (IDENTIFICATION OF SURGICAL PROCEDURE / SITE)

DATE: FEB 16 2011

Signatures/time of staff members completing in areas as applicable

| | PREOPERATIVE/HOLDING | | OR / PROCEDURE ROOM |
|---|---|---|---|
| | Signature | Time | Signature |
| Identify patient | VD | 0720 | S. 3 |
| Identify procedure | VD | 0720 | S-3 |
| Identify surgical site | VD | 0720 | S. 3 |
| Identify correct patient position (as applicable) | | | S-3 |
| Availability of correct implants & any special equipment or special requirements (as applicable) | | | S-3 |

Initials/Signature   VD  Monel
                     SS  S. Lou, u

| Location-Room # of procedure  OR #1 |
|---|
| Initials:  S. 3 |
| Time Out Complete<br>Time:  0718 |
| MD:  Dr. P. Duchess |
| Anesthesia:  Dr. Fontent |
| CRNA:  Blevi |
| RN Circulator:  Lou |
| Scrub 1: Carpenter |
| Scrub 2: |
| Other:  Nazuu |

Location must be either Operating (OR) Room Number, Patient Room Number, or actual procedure location (i.e. Radiology, Minor Procedure Room).

| FORM TITLE:  ID Surgery Site - LGSH | Form # 3600-000-019 |
|---|---|
| CHART TAB ORDER: Nurses Notes | Revision Date: 2/11/2010 |

Delacruz, Lucilo   DOB: ██/██/1954  56Y
Rm:   Reg:
Fin#: 002658929-1370 M U   Time:
Attn: Gachassin MD, Philip LGSH Init:

*0026589291370*

# LGSH ADMIT

09-0016

FEB 16 2011

Time of Arrival: 0720   Date:

Patient Identified By: ☑Verbal  ☐Armband  ☐Chart  ☑Family

## Vital Signs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Op V/S: | B/P | | P | | R | | T | | SaO₂ |
| Admit V/S: | B/P 177/92 | | P 106 | | R 18 | | T 96⁶ | | SaO₂ 94 |
| V/S PRN: | B/P | | P | | R | | T | | SaO₂ |

## Contact

Contact Name: Cende

Contact Number: 337-371-9599

## Nursing Diagnosis:

1. ☑ Knowledge deficit regarding surgical process.
2. ☑ Potential for complications related to past medical history.
3. ☑ Potential for fluid volume deficit.
4. ☑ Potential for injury (re: non-compliance)

## Expected Outcome:

1. ☑ Patient is well informed and can state understanding of teaching.
2. ☑ Patient is free of complications related to past medical history.
3. ☑ Patient will remain free of complications (re: fluid volume deficit).
4. ☑ Patient will remain free from injury or complications (re: non-compliance).

## Pre-Op Checklist

☐Yes ☑N/A  Isolation Precautions Instituted On Arrival

☐Yes ☐No ☐N/A  NPO After 1700
☐Yes ☐No ☑N/A  Dentures Removed
☐Yes ☐No ☑N/A  Glasses/Contacts Removed
☑Yes ☐No ☐N/A  Jewelry Removed
☑Yes ☐No ☑N/A  Nail Polish Removed
☑Yes ☐No ☐N/A  Hair Removal (See Sketch)
            Method
            ☑Clippers
            ☐Other

Prepped by: E Alfred CNA

| | | | |
|---|---|---|---|
| IV Time: 0720 | Jelco: 20ga | Site: Lt wrist | CBG: |
| Fluids Amount: ☑LR 1000ml  ☐Saline Flush 5ml | | Rate: KOR | Nurse: L Benefield |

| Time | Prob# | Nurse Action/Intervention | Time | Evaluation/Signature |
|---|---|---|---|---|
| 0720 | | Received amb. to holding. c interpreter. Able to verbalize procedure | | Darel |
| 0750 | | Clipper prep done by E Alfred CNA | | Darel |
| 0820 | | Dr Pontenot in pt. | | Darel |
| 0900 | | O₂ Sat 93% | | Darel |

Admit Nurse: Darel

Delacruz, Lucito    DOB: ____1954  56Y
Rm:   Reg:
Fin#: 002658929–1370 M U    Time: _____
Attn: Gachassin MD, Philip LGSH Init: _____

*0026589291370*

# PHASE I

09-0016

pre anesth 129/66

PRE-OP B/P  177/92    DATE: **FEB 16 2011**

---

☑SAFETY PRECAUTIONS MAINTAINED    ☐EMOTIONAL SUPPORT PROVIDED    ☑WARM BLANKET    ☑YES ☐N/A FLUID WARMER
☐YES ☐N/A ISOLATION PRECAUTIONS MAINTAINED    ☒ SCD's on bilaterally /x.

NOTES:
℞ Laparoscopic ℞    195# wt    ↑x smokest ppd
Inguinal Hernia Repair    NKDA    language barrier    Speaks only Spanish

PAR SCORE 9 - 10 FOR TRANSFER

| TIME | B/P | | O₂ | | | AIR WAY | EKG | P | SAT | O₂ | | PAIN | BEHAVIOR | N/V | WOUND DRSG | IV SITE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1021 | 128/68 | | 87 | 16 | 97 | T | SR | 95 | 1 | 100 FT | | | | 950 | | 5 | EB |
| 1025 | 127/65 | | 70 | 16 | | | SR | 96 | 1 | 100 | | | | | | 5 | EB |
| 1030 | 124/68 | | 70 | 16 | | | SR | 97 | 1 | 100 | | | | | | 5 | EB |
| 1040 | 123/75 | | 68 | 16 | | | SR | 99 | 2 | 40 | | 2 | 2 | 2 | 2 | 9 | EB |
| 1050 | 124/75 | | 77 | 16 | | | SR | 95 | 2 | RA | | 2 | 2 | 2 | 2 | 10 | EB |
| 1100 | 130/80 | | 72 | 16 | | | SR | 95 | 2 | RA | | 2 | 2 | 2 | 2 | 10 | EB |
| 1110 | 128/78 | | 71 | 16 | 97 | | SR | 96 | 2 | RA | | 2 | 2 | 2 | 2 | 10 | EB |

KEY: SHADED AREAS INDICATE PAR SCORING PARAMETERS

CIRCULATORY SCORE:
2 = B/P +/- 20 OF PRE-ANESTHESIA
1 = B/P +/- 21 - 50 OF PRE-ANESTHESIA
0 = B/P +/- 50 OF PRE-ANESTHESIA

EKG:
NSR = NORMAL SINUS RHYTHM
ST = SINUS TACHYCARDIA
SB = SINUS BRADYCARDIA

O₂:
2 = UNASSISTED
1 = ASSISTED
0 = INTUBATED

AIRWAY:
FT = FACE TENT
NB = BLOW BY
RA = ROOM AIR

/ = NOT APPLICABLE
VENTILATION:
2 = BREATHES DEEPLY/COUGHS FREELY
1 = DYSPNEA OR LIMITED BREATHING
0 = APNEIC

* = SEE COMMENTS
COLOR:
2 = PINK OR NORMAL
1 = PALE OR DUSKY
0 = CYANOTIC

LOC:
2 = FULLY AWAKE
1 = AROUSABLE
0 = NOT RESPONDING

ACTIVITY:
2 = MOVES 4 EXTREMITIES ON COMMAND
1 = MOVES 2 EXTREMITIES ON COMMAND
0 = MOVES 0 EXTREMITIES ON COMMAND

PAIN:
2 = PAIN FREE/TOLERABLE
1 = MODERATE PAIN
0 = SEVERE PAIN

NAUSEA:
2 = NO NAUSEA/VOMITING
1 = NAUSEA
0 = VOMITING

BEHAVIOR:
2 = CALM/ORIENTED
1 = RESTLESS/ANXIETY
0 = DISORIENTED/COMBATIVE

WOUND DRESSING/SITE:
2 = D&I SURROUNDING TISSUE WNL
1 = SLIGHT DRAINAGE
0 = ACTIVE BLEEDING/SWELLING

IV SITE:
2 = SITE WNL/IV PATENT
1 = SITE WNL/IV NOT INFUSING
0 = SITE REDNESS/PAIN, NOT INFUSING

NURSING DIAGNOSIS:
1. ☑POTENTIAL FOR ALTERED VENTILATION
2. ☑ALTERED LOC RE: ANESTHETIC AGENTS OR NARCOTIC
3. ☑POTENTIAL FOR ALTERATION IN COMFORT
4. ☑POTENTIAL FOR ALTERATION IN HEMODYNAMIC STATUS
5. ☑POTENTIAL FOR INFECTION OR INJURY RE: SURGERY
6. ☑POTENTIAL FOR INCREASED ANXIETY
7. ☐

EXPECTED OUTCOME:
1. ☑PATIENT MAINTAINS NORMAL RESPIRATORY RATE, DEPTH, & PATENT AIRWAY
2. ☑PATIENT IS AWAKE OR AROUSABLE
3. ☑NAUSEA & PAIN ARE AT TOLERABLE LEVEL
4. ☑PATIENT WILL BE HEMODYNAMICALLY STABLE
5. ☑PATIENT WILL BE FREE FROM INFECTION & INJURY
6. ☑PATIENT AWAKENS CALM & ORIENTED TO SURROUNDINGS
7. ☐

FORM TITLE: Phase I Record
CHART TAB ORDER: Nurses Notes

FORM #7100-000-07
REVISION DATE: 3/2010

Front (Continued on Back)

Delacruz, Lucito
Rm:   Reg:   DOB: ████/1954  56Y
Fin#: 002658929-1370 M U.   Time:
Attn: Gachassin MD, Philip LGSH Init:

*0026589291370*

# PHASE I


09-0016

DATE: FEB 1 6 2011

| TIME | ND | ASSESSMENT / INTERVENTION | TIME | EVALUATION / INITIALS |
|------|----|---------------------------|------|----------------------|
| 1021 | 1/2 | asleep - oral airway | clear + equal BBS - | |
| | | 100% O2 1ℓt started | abdomen soft & | |
| | | 4 dressings dry & intact | res/dit/cont EB | |
| 1025 | 1/2 | chin lift - continues | for airway | |
| | | support - VSS - | EB | |
| 1028 | 3 | Toradol 30mg IVP | per surgeon order for | |
| | | pain mgmt | EB | |
| 1038 | 1/2 | awakens per self - rejects airway - | | |
| | | HOB ↑ w/changes lueble - eyes open | | |
| | | smiling - oriented ×time - pt is calm + SCₒ- | | |
| | | O2 64% 1ℓt - VSS - encouraged to rest | EB | |
| 1048 | | resumed rest - quiet - full resp - | EB | |
| 1050 | 1 | O2 off per pt - SatO2 maintained 96-97 & ↑ | | |
| | | DB spontaneously | EB | |
| | | interpreter @ bedside explaining surgery | | |
| | | over & shower at incision site - C/O | | |
| | 3 | pain when asked - facial expression | | |
| | | relaxed & speaks w/ Carol | EB | |
| 1052 | 3 | Demerol 25mg slow IVP - interpreter | | |
| | | explains purpose of med - skin intol well EB | | |
| 1100 | | resting & meds - albuterol pain relief to | | |
| | | O ptsd - VSS - resp full/even | EB | |
| 1110 | | awakens easily DOU 3 pain better | | |
| | | 1108 DB or ndusea - clear + equal BBS | | |
| | | MAE - SCO's cont'd - abdomen soft - | | |
| | | 4 dressings sites dry & intact - pain 10 - | | |
| 1115 | | to rm 7/ extend ther/stable - | | |
| | | Dr Fontenot rounded | EB |

TRANSPORTED TO ROOM # ___7___

MODE: ☐ STRETCHER ☐ W/C ☐ CARRIED ☐ BED   @ 1115

REPORT TO: ___F Rhymes RN___

VITAL SIGNS: B/P ___126/78___ P ___67___   R ___18___

SIGNATURES: ___EB E Breaux___

| | INTAKE | | | OUTPUT | |
|---|---|---|---|---|---|
| | IV | IVPB | OTHER | URINE | OTHER |
| OR | 1100 ml | 100 ml | | 175 ml | |
| PACU | 500 ml | 0 | ↓u | 0↓ | |
| TOTAL | 1600 ml | 100 ml ↓u | | 0↓ | |
| | Sa 02 96% | | | | |

FORM TITLE: ☐ _____ Record Notes
CHART TAB: OR _____
Back (Continued from front)
JZ100-000-07
DATE: 83/2010






Delacruz, Lucio   DOB: ____1954  56Y
Rm:   Reg:
Fin#: 002658929-1370 M U   Time: _____
Attn: Gachassin MD, Philip LGSH Init: _____

*0026589291370*

# INTRAOPERATIVE

09-0016

**FEB 16 2011**

DATE: _____

---

## PATIENT WILL BE FREE OF INJURY RE: SURGICAL POSITIONING

**POSITION:** ☒SUPINE ☐PRONE ☐JACKKNIFE ☐LITHOTOMY ☐LATERAL ☐RT ☐LT ☐OTHER

**POSITIONING AIDS:** ☐N/A ☐DONUT ☐SHOULDER ☐TAPE ☐CHEST ROLLS ☐FOOTBOARD ☐OTHER

**ARMS:** ☒EXTENDED ON ARM BOARD ☒RT ☐LT   ☐SECURED AT SIDES ☐RT ☐LT · ☐ACROSS CHEST ☐RT ☐LT
☐OTHER _____

**LEGS:** ☒UNCROSSED   ☐PLEXIPULSE ☐RT ☐LT   ☐SCD ☐RT ☐LT   ☐ACE WRAP ☐RT ☐LT
☐OTHER _____

## PATIENT IS FREE FROM FLUID AND ELECTROLYTE IMBALANCE

**IRRIGATING SOLUTIONS:** ☐NACL _____ ml X _____ ☐H₂O _____ ml X _____ ☐SORBITOL _____ ml X _____
☐BSS PLUS ☐OTHER _____ MEDICATION ADDED: _____

**DRAINS:** ☐YES ☒NO ☐OPEN ☐CLOSED  SITE _____

**URINARY OUTPUT:** ☒YES ☐NO ☐FOLEY INSERTED SIZE _16_   VOLUME _175 m_ COLOR _clear_
INSERTED BY: _____ _____   _In and out Cath at  Yellow_ _0931_

**BLOOD GIVEN:** ☒N/A ☐YES  (SEE ANESTHESIA RECORD)

**IV STARTED IN OR:** ☐YES ☐NO  BY: _____

## PATIENT IS FREE FROM INJURY RELATED TO PHYSICAL EXTRANEOUS OBJECTS AND ELECTRICAL HAZARDS

**BODY TEMP CONTROLLED:** ☐WARM BLANKET   ☐ROOM WARMED   ☐BAIR HUGGER ☐UPPER ☐LOWER
☐OTHER _____

**ELECTROCAUTERY:** ☐N/A ☒YES  UNIT # _110897_

**CAUTERY PAD AREA HAIR REMOVED:** ☒N/A ☐YES (CLIPPERS)

**BIPOLAR:** ☒N/A ☐YES   UNIT # _____

**TOURNIQUET:** ☒N/A ☐YES  UNIT # _____   ☐PADDING UNDER CUFF ☐RT ☐LT ☐ARM ☐THIGH ☐CALF
PRESSURE: _____ mmHg  TIME UP: _____   TIME DOWN: _____

**LASER:** ☒N/A ☐YES ☐KTP ☐CO₂ ☐EYELITE (SEE LASER LOG)

**SKIN CONDITION POSTOP:** ☒AS PREOP ☐OTHER _____

**MONITORS:** ☐PULSE OXIMETER ☐EKG ☐TEMPERATURE ☐B/P ☐OTHER: _____

## PATIENT IS FREE FROM HAZARDS CONTRIBUTING TO WOUND INFECTION

**WOUND CLASSIFICATION:** ☐I ☐II ☐III   **ISOLATION PRECAUTIONS MAINTAINED:** ☒N/A ☐YES

**IMPLANT:** ☒N/A ☐YES (SEE IMPLANT RECORD)

**SPECIMENS:** ☒N/A ☐YES ☐FS ☐EXEMPT  DESCRIPTION: _____

**CULTURE:** ☒N/A ☐ROUTINE C & S ☐OTHER _____

**DRESSINGS/PACKINGS:** ☐NO ☒YES  DESCRIBE _Steri-Strip_

**CASTS:** ☐NO ☐YES   PADDING: ☐NO ☐YES

## NURSING DIAGNOSIS

1. ☐POTENTIAL KNOWLEDGE DEFICIT REGARDING PLANNED SURGICAL INTERVENTION.
2. ☐POTENTIAL FOR INFECTION DUE TO SURGICAL INTERVENTION.
3. ☐POTENTIAL FOR ALTERATION IN FLUID & ELECTROLYTE BALANCE  FLUID BALANCE DEFICIT OR FLUID VOLUME EXCESS.
4. ☐POTENTIAL FOR IMPAIRED SKIN INTEGRITY.
5. ☐POTENTIAL FOR INJURY RELATED TO SURGICAL POSITIONING.
6. ☐POTENTIAL FOR INJURY RELATED TO PHYSICAL, EXTRANEOUS OBJECTS AND ELECTRICAL HAZARDS.

---

**TRANSFERRED TO:** ☐PHASE I ☐PHASE II ☐OTHER _____

**MODE OF TRANSPORT:** ☐STRETCHER  ☐SIDE RAILS UP X 2  ☐CHAIR  ☐O2  ☐AMBU  ☐MONITOR  ☐DEFIBRILLATOR

**POST OP REPORT TO:** _____   OR NURSE SIGNATURE: _____

---

**FORM TITLE: Intraoperative Record**   **FORM #: 3600-000-022**

**CHART TAB ORDER: Nurses Notes**   **REVISION DATE: 3/24/2010**

Back (Continued from front)





Delacruz, Lucio    DOB: ___/1954  56Y
Rm:  Reg:
Fin#: 002658929-1370 M U    Time:___
Attn: Gachassin MD, Philip LGSH Init:___


*0026589291370*

# INTRAOPERATIVE

09-0016

DATE: _____ FEB 16 2011

OR# *S.2* TIME IN: *0918* SURGERY START: *0941*   SURGERY STOP: *1015* TIME OUT: *1027*

PREOPERATIVE DIAGNOSIS: *Right Inguinal Hernia*
SURGICAL PROCEDURE: *Laparoscopic Right Inguinal Hernia Repair*
POSTOPERATIVE DIAGNOSIS: *Same*
ANESTHESIA TYPE: ☒GENERAL ☐MAC ☐SPINAL ☐EPIDURAL ☐BLOCK ☐NURSE MONITORED
ANESTHESIOLOGIST: *Dr K Fontenot*
ANESTHETIST: *L Blevins CRNA*
SURGEON: *Dr P Gachassin*
SURGEON ASSISTANT:
PRIVATE ASSISTANT: *L Nagim N P*
SCRUB PERSONNEL: *T Carpentier Sr*
CIRCULATING PERSONNEL: *S Love C*
OTHERS:
X-RAYS TAKEN: ☒N/A ☐YES   PERSONNEL:

## PATIENT WILL DEMONSTRATE KNOWLEDGE OF THE PLANNED SURGICAL PROCEDURE
EMOTIONAL STATUS: ☐CALM ☐ANXIOUS ☐OTHER
MENTAL STATUS: ☐ALERT ☐PREMEDICATED ☐SEDATED ☐UNRESPONSIVE ☐OTHER
PATIENT IDENTIFICATION: ☐ARMBAND ☒FAMILY ☒VERBAL ☐CHART
PREOP ASSESSMENT BY: ☐ANESTHESIA ☒RN ☐ON CHART
PROCEDURE VERIFICATION: ☐PT ☐VERBAL ☒CONSENT ☐FAMILY
PERIOPERATIVE ROUTINE EXPLAINED: ☐YES   ☐NO ☒PT ☐FAMILY
PT/FAMILY STATE UNDERSTANDING: ☐YES ☐NO

## PATIENT'S SKIN INTEGRITY IS MAINTAINED
PREOP SKIN ASSESSMENT: ☐WARM ☐DRY ☐COOL ☐OTHER
HAIR REMOVAL: ☐N/A ☐CLIPPERS ☐OTHER  BY:
SURGICAL PREP: *Betadine Scrub / Sol*
PRESSURE POINTS PADDED: ☐N/A ☐HEAD ☐ELBOWS ☐KNEES ☐POPLITEAL ☐FEET ☐HEELS
☐OTHER

CODES:
Outline = Temp Control Blanket
Shade = Prepped Area
WW = Safety Strap
X = Bovie Pad
☐ = Dressings

INITIAL COUNT CIRCULATOR: *S.L*
INITIAL COUNT SCRUB: *T.C*
FINAL COUNT CIRCULATOR: *S.L*
FINAL COUNT SCRUB: *T.C*
COUNT: ☐N/A ☐CORRECT ☐UNRESOLVED
COMMENTS: *start / stop*
*Raytex   16 / 16*
*Needles  2 / 2*

FAMILY COMMUNICATION:
SPOKE TO FAMILY - TIME #1 _____ TIME #2

FORM TITLE: Intraoperative Record
CHART TAB ORDER: Nurses Notes

FORM #: 3500-000-022
REVISION DATE: 3/24/2010

Front (Continued on Back)



FEB 16 2011

Delacruz, Lucito  DOB: /1954 56Y
Rm:  Reg:
Fin#: 002658929-1370 M U  Time:
Attn: Gachassin MD, Philip LGSH Init:

*0026589291370*

# PHASE II

09-0016

SIGNATURES:

☐YES ☑N/A  ISOLATION PRECAUTIONS MAINTAINED

PAD SCORE 10-12 FOR DISCHARGE

| TIME | P | R | B/P | SAT | SKIN | LOC | SEDATION | NEURO | CARDIOVASCULAR | ACTIVITY | GU | GI | IV SITE | IV FLUIDS | TBB | DRAINS | DRESSING | PAIN | FACIAL | SAFETY | DISCHARGE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1115 | 126 | 78 | 67 | 18 | 96% | 2 | 2 | | 2 | 2 | 2 | 2 | DN | 2 | 400 | 1 | 1 | 2 | + | + | 2 | JW |
| 1130 | 140 | 81 | 68 | 18 | 93% | 2 | 2 | 2 | 2 | 2 | 2 | DN | 2 | 30 | 1 | 1 | 2 | + | + | 2 | JW |
| 1145 | 132 | 82 | 70 | 18 | 89% | 2 | 2 | 2 | 2 | 2 | 2 | DN | 2 | 20 | 1 | 1 | 2 | + | + | 2 | JW |
| 1215 | 142 | 65 | 86 | 20 | 93% | 2 | 2 | 2 | 2 | 2 | 2 | DN | 2 | 10 | 1 | 1 | 2 | + | + | 2 | JW |
| 1246 | 138 | 80 | 79 | 20 | 92% | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 25 | | | | | + | + | 2 | OW |
| 1315 | 124 | 80 | 81 | 20 | 93% | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 0 | | | | | + | + | 2 | JW |
| 1400 | 141 | 82 | 64 | 20 | 94% | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | + | + | 2 | JW |

SKIN:
2 = PINK/WARM/NORMAL
1 = PALE/DUSKY
0 = CYANOTIC

CARDIOVASCULAR:
2 = APICAL PULSE REGULAR/STRONG
1 = APICAL PULSE REGULAR/STRONG, ABSENT PULSE AT 1 OR MORE SITES
0 = IRREGULAR, WEAK PULSE

ACTIVITY:
2 = AMBULATING WITH MINIMAL ASSISTANCE
1 = IN RECLINER/SITTING UP ON STRETCHER
0 = BEDREST ONLY

LOC:
2 = AWAKE, ORIENTED
1 = SLEEPY, AWAKENS EASILY
0 = SLEEPING/AROUSES WITH DIFFICULTY

GI:
2 = BOWEL SOUNDS PRESENT NO C/O N&V
1 = BOWEL SOUNDS PRESENT, NAUSEA/VOMITING
0 = BOWEL SOUNDS ABSENT

PAIN:
2 = PAIN FREE/MILD DISCOMFORT
1 = MODERATE
0 = SEVERE

BEHAVIOR:
2 = COOPERATIVE, CALM
1 = INCREASED ANXIETY
0 = COMBATIVE/CRYING/THRASHING

GU:
2 = VOIDED - URINE WNL
1 = VOIDED - BLOODY URINE
0 = UNABLE TO VOID
DTV = DUE TO VOID

FACIAL:
2 = PERI/FACIAL SYMMETRY
1 = PUPILS UNEQUAL/FACIAL ASYMMETRY

NEURO:
2 = GOOD MUSCLE STRENGTH (4/4/4)
1 = GOOD STRENGTH/MOVES 2 EXTREMITIES
0 = POOR MUSCLE STRENGTH

IV SITE:
2 = SITE WNL/IV PATENT
1 = SITE WNL/IV NOT INFUSING
0 = SITE REDNESS/PAIN, NOT INFUSING

SAFETY:
+ = SIDERAILS UP/X2
- = SIDERAILS UP/X2/NO ATTENDANT

RESPIRATORY:
2 = BILAT. EQUAL BREATH SOUNDS
1 = BREATH SOUNDS PRESENT WITH RALES/RHONCHI/WHEEZING
0 = POOR BREATH SOUNDS

DIET:
2 = TOLERATING FLUIDS
1 = TOLERATING FEW ICE CHIPS
0 = NO PO INTAKE

WOUND DRESSING/SITE:
2 = DRI SURROUNDING TISSUE WNL
1 = SLIGHT DRAINAGE
0 = ACTIVE BLEEDING/SWELLING

IV: ☑DISCONTINUED @ 1400  ☐SALCO INTACT  SITE CONDITION: D&I Benign  DISCHARGE TEMP 97.6  PAD SCORE 12

ND: #1 EDUCATION:  ☐PATIENT/FAMILY TEACHING PLAN IMPLEMENTED  ☐VERBAL INSTRUCTION GIVEN  ☑WRITTEN INSTRUCTIONS GIVEN
☑PATIENT/FAMILY STATE UNDERSTANDING
☑BARRIERS TO LEARNING: ☐AUDITORY ☐LANGUAGE ☐MENTAL CAPACITY ☐UNABLE TO READ ☐ELDERLY ☑N/A

FORM TITLE: Phase II Record
CHART TAB ORDER: Nurses Notes

FORM#: 7100-000-018
REVISION DATE: 9/2010

Front (Continued on Back)

Delacruz, Lu[___]
Rm:    Reg:
Fin#: 0026589229-1370 M U    Time:
Attn: Gachassin MD, Philip LGSH Init:
DOB: [____]1954 56Y

*0026589291370*



FEB 16 2011

PHASE II

09-0016

| TIME | ASSESSMENT / INTERVENTION | TIME | EVALUATION / INITIALS |
|------|---------------------------|------|------------------------|
| 11¹⁵ | Received pt from PACU via stretcher, pt AAOx3 - interpreter @ bedside - pt speaks Spanish only - pt reports mild abdominal pain to surgical sites - Abdomen soft c (+) BS x4 quadrants - surgical incision sites x3 dry + intact c steri strips distal umbilical area - LLQ c Abd c surgical site x1 c steri strip, intact + dry - pt tolerating ice, chips c no n/v - BLE SCD's on, pt c IVF's infusing without difficulties - | | (illegible) |
| 1145 - | pt resting comfortably - easily arousable - O₂ sats 89% - 92% RA while resting - attendant @ bedside - will continue to monitor - | | (illegible) |
| 1220 - | pt assisted to bathroom - voided 200ml clear yellow urine per urinal - gait steady - pt denies pain/discomfort cranberry juice served to pt | | (illegible) |
| 1250 | Patient resting in bed. No one in attendance at this time. Denies any needs. Will monitor - | | AR |
| 1315 - | nursing rounds - pt tolerated cranberry juice c no problems denies n/v - pt reports mild pain when coughing only - tolerable pt voices "mi casa" - ready to be discharged - interpreter called - Candé informing him pt ready to be discharged left message on voice mail - | | (illegible) |
| 1400p | pt assisted to bathroom - voided 425ml clear yellow urine | | (illegible) |
| 1405p | Discharge instructions given to patient + interpreter, Candé, voices understanding - | | (illegible) |
| 1410p | Discharged to private vehicle accompanied by attendants - | | (illegible) |

RASS: 94

**Delacruz, Lucilo**  DOB: ____1954 56Y
Rm:  Reg:
Fin#:002658929-1370 M U   Time:____
Attn: Gachassin MD, Phillip LGSH  Init:____

"0026589291370"

PRE-ANESTHETIC MEDICAL RECORD

| | |
|---|---|
| HCT/HGB 49 | HT. 69" WT. 195 | ALLERGY NKDA |
| LYTES K 4.5 Bun 18 Cr 80 | PRE OP. BP 177/92 P 66 R 18 T 96.9 |
| OTHER Glu 110 CBG | PRE OP. MEDS. |
| EKG NSR, LBBB | NPO SINCE Mdn 2/15 |
| CXR | ASA P.S.  1  ②  3  4  5  E |
| | DENTITION intact/chipped incisors |
| | AIRWAY M - I  II  III  IV |

DATE 2-16-11  OR NO. 1  PAGE 1 of 1

PRE-OP DX  RIH

OPERATION  Laparoscopic RIH. Repair

ROS - neg
PMH - Smoker 1 PPD
PSH - Ø
Med - Ø

SURGEON(S)  Gachassin

ANES PLAN  GETA + consent
MD/CRNA  P Blevins

**PRE-PROCEDURE**
☐ Identified  ☑ Permit Signed
☐ Chart Reviewed
Change from Pre-op State ☐ Yes ☐ No
If Yes, see Remarks

Pre-anesthetic State:  ☑ Calm
☐ Awake  ☐ Asleep
☐ Apprehensive  ☐ Confused
☐ Uncooperative  ☐ Unresponsive

**PATIENT SAFETY**
☑ Anes. Machine Ck  ☑ Safety Belt On
☐ Arms < 90°/Secure  ☑ Arms Tucked
☑ Pressure points checked and padded
☐ Eye Care:  ☐ Ointment ☐ Saline
☐ Taped  ☐ Pads  ☐ Goggles

**MONITORS AND EQUIPMENT**
☐ Steth:  ☐ Precord  ☐ Esoph  ☐ Other
☑ Non-invasive B/P:  ☐ Left ☐ Right
☑ Continuous EKG  ☑ V Lead EKG
☑ Pulse Oximeter  ☑ Oxygen Sensor
☑ End Tidal CO₂  ☐ Gas Analyzer
☑ Temp. Skin  ☐ Nerve Stimulator
☐ Doppler  ☐ Bair Hugger
☐ Airway Humidifier  ☐ Fluid Warmer
☐ NG/OG Tube  ☐ Foley Catheter
☐ Art. Line
☐ CVP
☐ PA Line
☑ IV(s) RL - 1000

**ANESTHETIC TECHNIQUE**
General:  ☑ Pre-Oxygenated  ☐ L.T.A.
☐ Rapid Sequence ☐ Cricoid Pressure
Other:  ☐ M.A.C.  ☐ Spinal  ☐ Epidural
Block_____
Prep_____  Position_____
Needle_____  Local_____
CSF_____  Herne___  Site___
Test Dose_____
Catheter_____
Drug(s)_____
Level_____  ☐ See Remarks
Infusion_____

**AIRWAY MANAGEMENT**
Intubation:  ☐ Oral Tube Size 8.0
☐ Stylet used  ☐ Nasal  ☐ Regular
☑ Magill's  ☑ Direct  ☐ RAE
☐ Fiber optic  ☐ Blind  ☐ Armored
Blade Miller 3
Secured at_____ cm
Attempts x  1  ☑ ET CO₂ present
Breath sounds  BBSE
☐ Dentition unchanged
☐ Uncuffed, leaks at_____ cm H₂O
☐ Cuffed ☐ Min. occ. pres. ☐ Air
Airway:  ☐ Oral ☐ Nasal  ☐ Difficult,
Circuit:  ☐ Circle ☐ NRB  see Remarks
☐ Mask Case ☐ LMA  ☐ Nasal Cannula
☐ Via Tracheostomy  ☐ Simple O₂ mask

**REMARKS**
Antibiotics  Ancef 1gm IVPB
0918 - 1x3

① To Pre-op
② pt/ptient'd here
③ Tolerance 12.4/5
④ mask/open 3/4/5
Skin clos w/ xylocaine
⑤ AM - Info Cons

**PRE-ANESTHETIC NOTE**

| TIME: | 0918 | 30 | 4 | 5 | 450 | 15 | 31 | | | | | | | | | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oxygen (L/min) | 3-3 | 3 | | | | | | | | | | | | | | | | | |
| Sevo | 400 | 30 | 3 | | | | | | | | | | | | | | | | |
| Rocuron | 40 | | | | | | | | | | | | | | | | | | |
| Vancuron | 40 | | | | | | | | | | | | | | | | | | |
| Zofran | 40 | | | | | | | | | | | | | | | | | | |
| Lovenox 2 | 150 | 500 | | | | | | | | | | | | | | | | | |
| Fent | | | | | | | | | | | | | | | | | | | |
| Fentynl | 50y | | 500 | | | | | | | | | | | | | | | | |
| IV FLUID - RL | 50y | | | Pror | | | | | | | | | | | | | | | |
| Urine (ml) | | | | | | | | | | | | | | | | | | | |
| EBL (ml) | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | SYMBOLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EKG | 50 | 30 | 30 | 30 | | | | | | | | | | | | | | | |
| % O₂ Inspired | | | | | | | | | | | | | | | | | | | |
| % Saturation | 99 | 99 | 99 | 99 | | | | | | | | | | | | | | | |
| End Tidal CO₂ | 30 | 32 | 31 | 30 | | | | | | | | | | | | | | | |
| Temp ☐°C ☑°F | 99 | 99 | 99 | 99 | | | | | | | | | | | | | | | |

Pre-Induction
Assessment

128
44
94
93

VITAL SIGNS
SpO₂



Symbols for Remarks
Position

POST ANESTHESIA NOTE

Form #3700-000-001 revised 01/09

| | START | STOP |
|---|---|---|
| Anesthesia | 0918 | 1021 |
| Procedure | 0941 | 1013 |

PACU
BP 135/84  P 91  R 20  O₂ SO₂
☐ Extubated  ☐ Nasal / Mask Oxygen
☐ Intubated  ☐ T-Piece Oxygen  ☐ Ventilator
☐ Oral / nasal airway

PACU Note

M.D.  Inez - 14Y

02/09/2011 12:40 3374563850 PHILIP GACHASSIN MD PAGE 09/11

FEB 16 2011

# Philip Gachassin, M.D., F.A.C.S.
### (A Professional Medical Corporation)

1000 W. Pinhook Rd., Ste. 204
Lafayette, LA 70503

Telephone: (337) 233-9900
Fax: (337) 233-0770

## POST-OP/DISCHARGE INSTRUCTIONS

**Patient:** Lucilo Delacruz **DOB:** ▇▇▇ 1954

A doctor is available 24 hours for assistance.
Please call (337) 233-9900 to contact your surgeon, or the surgeon on call.

**Wound:** Be alert for excessive bleeding, unexpected drainage, redness, swelling, or excessive pain.

**Other concerns:** Contact your surgeon for fever (Temp greater than 101), nausea, vomiting, dizziness, rash, itching.

Delacruz, Lucilo   DOB: ▇▇1954 56Y
Rm:   Reg:
Fin#: 002658929-1370 M U   Time:
Attn: Gachassin MD, Philip LGSH Init:_____

*0026589291370*

**Activity:**
- [x] No heavy lifting X 4 wks
- [x] No driving X 3 days
- [x] Protect surgical site
- [ ] _____

**Diet:**
- [x] Regular
- [ ] Low fat
- [ ] High fiber
- [ ] 1800 cal ADA

**Medication:**
- [x] Restart Pre-op medication
- [x] Pain Medication
- [ ] Antibiotics
- [ ] _____

COPY GIVEN TO PT - (AP)

**Wound Care:**
- [x] Remove dressing in 2 days
- [ ] Do not remove dressing
- [ ] Apply dry gauze daily as needed for drainage
- [ ] Drain care -- empty, and record output 2-3 times daily
- [x] Please do not remove steri strips from wound
- [x] Athletic supporter
- [ ] Sports Bra
- [ ] _____

**Bathing:**
- [ ] Keep wound dry
- [x] Keep wound dry for 2 days, then you may shower
- [ ] Avoid soaking or prolonged exposure to water
- [ ] Irrigate wound in shower daily
- [ ] _____

**Follow up:**
- [x] Please call office to arrange post op visit
- [x] See your surgeon in 14 days
- [ ] Post op appt: Thursday March 3 @ 0930

2/16/11 @ 1009

Philip Gachassin, M.D., F.A.C.S.

2/16/11 @ 1130

**Date & Time**



Delacruz, Lucilo    DOB: 1954 56Y
Rm:  Reg:
Fin#: 002658929–1370 M U    Time:
Attn: Gachassin MD, Philip LGSH Init:


*0026589291370*


**Lafayette General Surgical Hospital**


06-0002

## OPERATIVE NOTE / REPORT

**Procedure(s) Performed:** *Laparoscopic Right Inguinal Hernia Repair c/ Mesh*

**Pre-Operative Diagnosis:** *Right Inguinal Hernia*

**Post-Operative Diagnosis:** *Same*

**Anesthesia:** *GETA*

**Surgeon:** *Gachassin*

**Assistants:** *Nequin NP*

**Estimated Blood Loss:** *< 100 cc*

**Specimen(s) Removed:** *0*

**Description of Procedure / Operative Findings / Complications:**

*dictated*

Bard® 3DMax® Mesh

| | | |
|---|---|---|
| ⟶ RIGHT | 10.8cm x 16.0cm | REF 0115321 |
| Large | 4.3" x 6.3" | LOT HUUL0504 |

**Physician Signature:**

**Date Signed:** FEB 16 2011    2/16/11    **Time Signed:**

---

The following abbreviations are included on LGSH's "Do Not Use" List and should not be used within the medical record:
Trailing Zero (X.0)                           Lack of Leading Zero (.X)
Q.D., QD, q.d., qd  (Daily)                    Q.O.D., QOD, q.o.d., qod  (Every Other Day)
MS, MSO₄, MgSO₄ (Morphine or Magnesium Sulfate)  U (unit)                          IU (International Unit)

FORM TITLE:  Operative Note/Report                      Form # 3600-000-018
CHART TAB ORDER:  Progress Notes                        Revised Date: 09/08/2008

*2/12 call can not be completed @ this time JR*

Delacruz, Lucilo   DOB: ___/1954  56Y
Rm: ___
Fin#: 0028589291-1370 M U   Time: ___
Attn: Gachassin MD, Philip LGSH Init: ___

*2/12 morning JR*

**Lafayette General**
**Surgical Hospital**

*Pt does not speak English*

**PRE-OP CALL SHEET**   Arrival Time: 7³⁰

"0028589291370"

| | |
|---|---|
| Date of Call: ___ | Phone:  Home: 739-7053 LOK |
| Name: Lucilo Delacruz | Work: Kenny Habetz 237-7171 |
| Age: ___  Doctor: Gachassin | Cell: ___ |
| Procedure: (R) lap inguinal hernia | Post OP Phone: ✓ |
| Bring Doctor's Orders: ___ | Instructed to sign in: ✓  Ride Home: ✓ |
| Bring Rx:___  May Take Rx: ___ | Only Two Family Members: ✓ |
| NPO: ✓  Exception: ___ | No Children: ✓  No Make-up: ✓ |
| Bath/Shower a.m. ✓  p.m. ___ | No Perfume: ✓  No Jewelry: ✓ |
| Clothing: ✓  Valuables: ✓ | Eye Drops: ___ |
| Bring Identification and Insurance Cards: ✓ | |

Signature: Clarkson LPN   Date: 2/15/11 @ Time: 1250

## POST-OP FOLLOW UP CALL:

ANESTHETIC: ___ General ___ Local ___ IVR ___ AXB ___ Other

1. How are you doing getting up and about? ___

2. Did you have any breathing problems?
   ✓ No ___ Yes ___ Congestion ___ Wheezing ___ Sore Throat
   Comments: ___

3. Did you have any nausea and/or vomiting after discharge?
   ✓ No ___ Yes  How long did it last? ___

4. At home did you experience: ✓ Pain ___ Muscle Aches ___ Joint Aches ___ At Home? ___ None
   ___ Pain medicine did not give relief  Comment: ___
   ___ No pain medicine ordered  Comment: ___
   ___ Needed to contact physician  Comment: ___
   ✓ Pain medicine effective  Comment: ___

5. Did you have any unusual bleeding or drainage at the operation site? ___ Yes ✓ No
   How long? ___  How much? ___
   Comments: ___

6. Did you have a temperature elevation after discharge? ___ Yes ✓ No

7. Extremity: ✓ N/A ___ Pink & Warm ___ Yes ___ No
   Normal Sensation: ✓ Yes ___ No   Normal Movement: ✓ Yes ___ No
   Comments: ___

8. Are you having any difficulty with urination? ___ Yes ✓ No
   Comments: ___

9. Additional Comments: Spoke with Carol, regarding pts. post op care.

10. Did you understand the instructions given to you when you left the hospital? ✓ Yes ___ No

Post-Op Phone Calls:  1ˢᵗ: ☐ Pt Contacted  ☑ No Answer  ☐ Left message on machine
   DATE: 2-17-11  TIME: 0905  SIGNATURE: AStreaux
   2ⁿᵈ: ☑ Pt Contacted  ☐ No Answer  ☐ Left message on machine
   DATE: 2/17/11  TIME: 1451  SIGNATURE: KSoto(RN)
   3ʳᵈ: ☐ Pt Contacted  ☐ No Answer  ☐ Left message on machine
   DATE: ___  TIME: ___  SIGNATURE: ___

| FORM TITLE:  LGSH Pre-Op & Post-Op Call Sheet | Form # 3600-000-020 |
|---|---|
| CHART TAB ORDER: Physician Orders | Revision Date: 08/12/2010 |

## LGSH Medications
### 02/16/11 07:20 am Performed by Dore RN, Valerie M
### Entered on 02/16/11 08:57 am

LGSH#Home#Meds#:
Home Medications Grid
    Medication name-
        home                    none


Medications disposition-home meds: No home meds

**Allergy**                    **Reaction**
1. No known
    allergies
Home meds physician signature: MD signature_____
Date/time MD signed home med form: Date & Time of Signature
_____

LGSH(Location:LGSH Phase II ;  ;)
Patient Name: Delacruz, Lucilo          DOB / AGE / SEX: ●●●●54  56 Years Male
Admitting Physician: Gachassin MD, Philip
Admission Date / MRN / Financial Num: 02/16/11  2658929  26589291370

Page 1 of 1
Print Date: 02/16/11
Print Time: 08:59 am
Printed by:Dore RN, Valerie M

02/09/2011  12:40   3374563850                     PHILIP GACHASSIN MD                          PAGE  05/11

FEB 16 2011

**PHILIP GACHASSIN, M. D.**
*1000 West Pinhook Road, Suite 204*
*Lafayette LA 70503*
*337 233-9900*
*Fax 233-0770*

**Patient:** Lucilo Delacruz / 6536
**Date Of Birth:** [REDACTED]/1954   Age:56 years 1 months

**Visit Type:**New Patient                                                   **Date:** 01/18/2011

**HPI:** Mr. Delacruz does not speak english and did not bring an interpreter.
We have attempted to communicate with him through our interpreter.
He states that while working on a beach for the recent BP oil spill disaster he lifted a heavy bag of
something while on a boat, and developed a severe pain in the right groin. He was seen by a medic
an d was encouraged to return to work. He reports continued groin pain and a groin bulge. Denies
GI symptoms.

**Allergies:** NKDA
**Prescribed Rx:**
**Rx List:** None Listed

**History:**

| Tobacco | Children | Occ. |
|---------|----------|------|
| Yes | 9 | Contractor |
| ETOH | Medical Hx. | Surgical Hx. |
| No | None Listed | None Listed |

**ROS:**

**Card:**No Chest Pain,DOE,Orthopnea,Palpitations,PND
**Resp:**No Cough,SOB,Wheezing

**PHYSICAL EXAMINATION:**

**Vitals :**
Weight 197.0
Sitting Blood Pressure 140/88
Temp. 97.9
**Chest:**
CTA Bilaterally Normal
**Cardio:**
RRR, No M,R,G, pulses in all extremities, no pedal edema Normal
**Abdomen:**
Abdomen Soft, Non-tender, no masses, no hernia
**Pelvic:**
Groin , right inguinal hernia
**Assessment:**
1.) 550.9 Hernia, Inguinal-self limited problem : .

**Problem List:**
**Plan:**

550.9 - Hernia, Inguinal: .
Lap right inguinal hernia repair

Delacruz, Lucilo        DOB: [REDACTED]1954  56Y
Rm:    Reg:
Fin#: 002658929–1370 M U      Time:
Attn: Gachassin MD, Philip LGSH Init:

*002658929291370*

Updates to patients condition
No changes to patients condition
Physician Signature        Date and Time   2/10/11

*Philip Gachassin, M. D.*

1/1

Delacruz, Lucilo   DOB: ▓▓/1954  58Y
Rm:    Reg:
Fin#: 002858929–1370 M U    Time:
Attn: Gachassin MD, Philip LGSH Init:

*0026589291370*



# Lafayette General
# Surgical Hospital

**337-289-8095**

## ~~GENERAL~~ ~~SU~~RGERY / GYN INSTRUCTION SHEET

*Follow Instructions marked {☑}*

**ACTIVITY:**
[☑]  Quiet activity today. Avoid overexertion.
[☑]  Limited activity for 24 hours
[ ]  Children: Do not let your child engage in
       strenuous activity as long as they are sedated
[☑]  No lifting or straining × 4 weeks
[ ]  No sex, douching or tampons until OK'd by MD
pain.

[☑]  Adults: Today and while taking pain,
       medication do not:
       A. Drive a car, operate machinery/tools
       B. Drink alcoholic beverages.
       C. Make any important decisions, such as
           signing important papers.
[☑]  Walking may help relieve any gas

(✓) no Driving for 3 days

**DIET:**
[ ]  Begin with liquids, progress to soft diet only.
[☑]  If nausea occurs, maintain on liquids
       until nausea subsides
[ ]  Avoid use of straws, carbonated beverages
       and gas forming foods.

[☑]  Begin with liquids, progress to soft diet and
       then to regular diet as tolerated.
[ ]  Follow printed instruction sheet from
       doctor's office
[ ]  Resume usual diet at home.

**PAIN:**
[☑]  Adults: Take pain medication as directed. Next dose at  as soon as needed
[ ]  Children: Take pain medication as directed. If no medication is ordered, use Liquid Tylenol or Advil for
       age/weight for pain. Next dose at
[ ]  Use ice to wound intermittently for 24 hours, as tolerated.

Lortab
7.5 mg
1 tablet
every 4–6 hours
as needed for
pain

**MEDICATION:** [ ] May Resume home Meds
[☑]  Prescription medications should only be taken as directed by doctor.
[ ]  Use age/weight specific Tylenol/Advil for elevated temperature. (Liquid for Children)
[ ]  Please read enclosed medication information sheet.

**CARE INSTRUCTIONS:**
[☑]  Call your doctor for any problems, especially:
       A. Excessive bright red bleeding.
       B. Fever over 101 F.        Protect
       C. Excessive pain.          Surgical
       D. Excessive swelling.        Site

(✓) Wear Athletic Supporter

[☑]  Follow printed instruction sheet regarding
       wound care.
[☑]  Remove dressing as directed by doctor
       in 2 days. Please do not
       remove steri strips. Apply
       dry guaze daily as needed

**SAFETY:**   For the patient's protection and safety, we strongly suggest that a responsible adult be with the patient
                for the rest of the day and also during the night.

**FOLLOW UP APPT:** March 3rd @ 0930AM **DOCTOR/PHONE** Dr Gachassin 233-9900

**SPECIAL INSTRUCTIONS:** Keep wound dry for 2 days, then you may
shower

Person Receiving Instructions Candelario Quintanilla Date/Time 2/16/11 @ 1410P Nurse J. Seymore RN
Contact Phone Number

| FORM TITLE:  General Surgery / GYN Instruction Sheet | Form #:  7100-000-005 | |
|---|---|---|
| CHART TAB ORDER:  Patient Education | Revised: 12/07/2009 | page 1 of 1 |

**Patient:** Lucilo Delacruz / 6536
**Date Of Birth:** ███/1954   Age:56 years 4 months

**Visit Type:** Office Visit   **Date:** 04/19/2011

**PHILIP GACHASSIN, M.D.**
*1000 West Pinhook Road, Suite 204*
*Lafayette LA 70503*
*337 233-9900*
*Fax 233-0770*

**HPI:**
S/P Lap Right Inguinal Hernia Repair 2/16/11.
Mr. Delacruz does not speak english, and it has been difficult to communicate with him at times. He was seen last 3/31/11. At that time he had an interpreter and it was easier to communicate with him. He had some intermittent pain in the right groin. He was released to work. He was concerned about the pain in the right groin and presented to a walk in clinic. The physician felt that he may have a recurrent hernia. He presents today with an interpreter with these complaints. He cont to complain of intermittent right groin pain. Denies GI or GU symptoms. He feels a "ball" in the groin.

**ALLERGIES:**
NKDA

**RX LIST:**
None Listed

**PRESCRIBED RX:**
Lortab 7.5mg 1 po q 4-6h prn pain     Qty: 30     Refills: 0 (02/16/2011)

**HISTORY:**
 **Tobacco** Yes
 **Children** 9
 **Occ.** Contractor
 **ETOH** No
 **Medical Hx.** None Listed
 **Surgical Hx.** Lap Right Inguinal Hernia-2/16/11
 **Family Hx.** None Listed

**ROS:**
**Gen:**No Chills,Fatigue,Fever,Night Sweats,Weakness,Wt Loss
**Ent:**No Ear pain,Nasal cong,Post nasal drip
**Eyes:**No Blurred vision,Red eye
**Card:**No Chest Pain,DOE,Orthopnea,Palpitations,PND
**Resp:**No Cough,SOB,Wheezing
**Gi:**No Abd pain,Constipation,Diarrhea,Hematochezia,Melena,Nausea,Vomiting
**Musco:**No Edema,Myalgia,Weakness
**Gu:**No Discharge,Dysuria,Hematuria,Incontinence,Urgency
**Skin:**No Hives,Itching,Rash,Sores
**Neuro:**No Dizziness,Headaches,Numbness,Tingling
**Psych:**No Anxiety,Depression,Irritable,Sad
**Endo:**No Polydispsia,Polyuria,Poyphagia
**Heme:**No Bruising

**PHYSICAL EXAMINATION:**
 **Vitals :**
Weight 201.0
Sitting Blood Pressure 142/88
Temp. 98.8
 **HEENT:**
NCAT Normal
PERRLA Normal
EOMI Normal
Lesions normal
 **Chest:**
CTA Bilaterally Normal
 **Cardio:**
RRR, No M,R,G, pulses in all extremities, no pedal edema Normal
 **Abdomen:**
Abdomen Soft, Non-tender, no masses, no hernia
 **Pelvic:**

1/2

Groin , No evidence of hernia bilaterally Small seroma in the pre peritoneal space greatly decreased since last visit

**ASSESSMENT:**
550.9 Hernia, Inguinal :
V58.49 Post-Operative Aftercare, Other :

**PLAN:** Long discussion through interpreter
Reassurance
Possible inguinal nerve block (pt deferred)
FU 6 weeks, or prn

*Philip Gachassin, M. D.*

**PHILIP GACHASSIN, M. D.**
*1000 West Pinhook Road, Suite 204*
*Lafayette LA 70503*
*337 233-9900*
*Fax 233-0770*

**Patient:** Lucilo Delacruz / 6536
**Date Of Birth:** ▓▓▓/1954    Age:56 years 1 months

**Visit Type:** New Patient

**Date:** 01/18/2011

**HPI:** Mr. Delacruz does not speak english and did not bring an interpreter.
We have attempted to communicate with him through our interpreter.
He states that while working on a beach for the recent BP oil spill disaster he lifted a heavy bag of something while on a boat, and developed a severe pain in the right groin. He was seen by a medic an d was encouraged to return to work. He reports continued groin pain and a groin bulge. Denies GI symptoms.

**Allergies:** NKDA
**Prescribed Rx:**
**Rx List:** None Listed

**History:**

| Tobacco | Children | Occ. |
|---|---|---|
| Yes | 9 | Contractor |
| ETOH | Medical Hx. | Surgical Hx. |
| No | None Listed | None Listed |

**ROS:**

**Card:** No Chest Pain,DOE,Orthopnea,Palpitations,PND
**Resp:** No Cough,SOB,Wheezing

**PHYSICAL EXAMINATION:**

**Vitals :**
Weight 197.0
Sitting Blood Pressure 140/88
Temp. 97.9
**Chest:**
CTA Bilaterally Normal
**Cardio:**
RRR, No M,R,G, pulses in all extremities, no pedal edema Normal
**Abdomen:**
Abdomen Soft, Non-tender, no masses, no hernia
**Pelvic:**
Groin , right inguinal hernia
**Assessment:**
1.) 550.9 Hernia, Inguinal-self limited problem :

**Problem List:**
**Plan:**

550.9 - Hernia, Inguinal:
Lap right inguinal hernia repair

*Philip Gachassin, M. D.*

1/1

114

LADY OF THE SEA GENERAL HOSP     200 WEST 134TH PLACE     CUT OFF     LA 70345

**EMERGENCY ROOM • OUTPATIENT RECORD**

| SUB TYPE | SERVICE ER | EXPECT DATE 10/11/10 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PATIENT NUMBER E100678 | TYPE 3 | PATIENT NAME DELACRUZ LUCILO VALVER | | AGE 55 | BIRTHDATE /1954 | SEX M | M/S H | DATE OF SERVICE 10/11/10 | | TIME 16:34 | CLERK INIT. SC |

| ADDRESS - LINE 1 310 HEBERT RD | | ADDRESS - LINE 3 APT C | | CITY LAFAYETTE | STATE LA | ZIP CODE 70506 | TELEPHONE |
|---|---|---|---|---|---|---|---|
| PATIENT SSAN 6433 | NOTIFY IN CASE OF EMERGENCY - NAME ALVAREZ JOSE | | RELATIONSHIP FRIEND | ADDRESS | | | TELEPHONE 337-412-9520 |

| INSURANCE COMPANY | | CONTRACT OR GROUP NUMBER | DATE 10/11/10 | PLACE ILLNESS |
|---|---|---|---|---|
| | | | TIME 13:00 | EVENT OTHER |

| GUARANTOR NAME DELACRUZ LUCILO VALVE | GUARANTOR ADDRESS 310 HEBERT RD | CITY LAFAYETTE | ZIP CODE LA 70506 | GUAR. TELEPHONE |
|---|---|---|---|---|
| GUARANTOR EMPLOYER | | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | | MED. REC. # | ATTENDING/2ND PHYSICIAN CRENSHAW W/ |
|---|---|---|---|---|---|

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS**

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claim collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|

CHIEF COMPLAINT (If Accident State How, When, and Where)     ADVANCED DIRECTIVE

R SIDE ABD PAIN     789.09

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - NONE | E.R. PHYSICIAN | TRT. TOX. |
|---|---|---|---|---|---|---|---|

**NURSES NOTES:**

NURSE'S SIGNATURE (RN OR LPN)

**LAB DATA (Including X-Rays, EKGs, etc.)**

**PHYSICIAN'S REPORT**

Global Management
Jesus Mosquera - MGR
Office # 337-494-7354

# DIAGNOSIS:

TREATMENT:

| | CONDITION ON DISC | | |
|---|---|---|---|
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

| | FOLLOW-UP WITH | |
|---|---|---|
| | | M.D. |
| | | M.D. |

PATIENT'S SIGNATURE ON DISCHARGE     DATE - TIME OF DISC.     PHYSICIAN'S SIGNATURE
BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP
INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME.



© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

115

K100678 RM-
DELACRUZ LUCILO VALVER M 55
CRENSHAW W                     E
            10/11/10  B/D ████/54

**36**

## Lady of the Sea General Hospital
## EMERGENCY PHYSICIAN RECORD
### ◆ Abdominal Pain / Flank Pain ◆

TIME SEEN: ~~1:50~~ ☐ on arrival   ROOM: 6 ____ ☐ EMS arrival
HISTORIAN: (patient) spouse  paramedics ____
___ HX / ___ EXAM LIMITED BY: ____
TRANSFER FROM: ____  ☐ see transfer record
HPI  789.09

**chief complaint:** abdominal pain   vomiting
flank pain ( R / L )   diarrhea

**onset / duration:** ____ min / hrs / days ago | constant
2 HR AGO | waxing / waning
| gradual  sudden-onset
| persistent / worse
| since

**timing:** still present  better   gone now
intermittent  episodes  lasting____

**context:** out of country travel   bad food   recent trauma____

**severity:** max:  mild   moderate   severe  (1/10)____
currently: mild   moderate   severe  (1/10)____  gone

**quality:**          **location:**
(pain)
aching
dull
(burning)
cramping
sharp
stabbing
fullness
migration  ( show migration: ____ m ____ → )

**associated symptoms:**        sweating
fever / chills                loss of appetite
nausea / vomiting x          chest pain
bloody  blood-streaks  coffee-grounds   testicular pain
diarrhea x                   back / neck pain
blood streaks  grossly bloody  mucous
**exacerbated by:**          **relieved by:**
supine      upright position   supine      upright position
movements   walking           remaining still   antacids
cough       deep breaths      food        nothing
food        nothing

Similar symptoms previously  NO

Recently seen / treated by doctor / hospitalized
NO

**ROS**                                        Ch 22

**CONST**                    **MS / SKIN / LYMPH**
recent illness____           joint pain____
**GI / GU**                  leg / ankle swelling____
constipation____             rash____
black / bloody stools____    swollen glands____
bloody / dark urine____      recent injury____
problems urinating____       **EYES / ENT**
                             problems with vision____
**CVS / RESP**               sore throat____
palpitations____             **NEURO / PSYCH**
shortness of breath____      headache____
hurts to breath____          dizziness / light-headedness____
cough____                    anxiety / depression____
LNMP____  preg  post-menop   ☑ all systems neg except as marked

____
____
____
____

• CONST / CVS / RESP / GI components also addressed in HPI

**PAST HX**
peptic ulcer____             abdominal aneurysm____
gall stones____              CVA / TIA  deficit____
kidney stones____            diabetes  Type 1   Type 2
bladder / kidney infections____  diet / oral / insulin
*ischemic bowel risk factors:    ectopic pregnancy____
   valvular disease  elderly  fecal impaction____
   low BP  recent MI       hepatitis____
cardiac disease  AMI  *CHF  *A-Fib  hyperlipidemia____
   pancreatitis / GERD / diverticulitis  hypertension____
                             intestinal obstruction____
                             ovarian cyst(s) / fibroids____
                             pelvic infection / STD____
___ old records ordered / summary:____

Surgeries / Procedures  ___ none
appendectomy____             cardiac bypass / stent____
cholecystectomy____          hysterectomy / BTL / C-section____
endoscopy  upper  lower____  tonsillectomy____
hernia repair ( R / L )____

Immunizations:  UTD / referred to PCP____
Medications:  ___ none  see nurses note   Allergies  (NKDA)
aspirin  coumadin  clopidogrel  NSAID   see nurses note

**SOCIAL HX**   smoker____  drugs____
alcohol (recent / heavy / occasional)____  occupation____

**FAMILY HX**   gall stones  ovarian cysts  CAD  ulcer
kidney stones  aortic aneurysm____

LADY OF THE SEA GENERAL HOSPITAL
EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS

E100678  RM
DELACRUZ LUCILO VAVERD  M  55        P/T-E/R
CRENSHAW W                  E
     10/11/10  B/D      /54

ED # _____  Date _____

...ion and treatment you have received in the Emergency Department has been rendered on an ...aded to be a substitute for, or an effort to provide complete medical care. It is important that you have a follow-up visit with your family doctor and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single emergency room visit.

Diagnosis: _____

## ☐ WOUND CARE (Lacerations, abrasions, burns)
1. Keep wound clean and dry.
2. Clean wound daily with _____ and apply
3. Elevate to relieve soreness.
4. Despite the best care, any wound can become infected. If the wound becomes red, swollen, painful, the suture line opens, or you see pus or red streaks, contact your doctor immediately.
5. See your family doctor for suture removal in _____ days.
6. Tetanus Toxoid given _____, Lot # _____
7. Wound packing removal to _____ in ____ days.
8. Cultures collected from your wound will take 48-72 hours to be resulted. We will contact you if any changes need to be made regarding your treatment.

## ☐ HEAD INJURY
Although no evidence of serious injury is found at this time, you should have someone stay with you and contact your doctor immediately or return to ED if any of the following conditions occur:
1. Confusion, unusual behavior or difficulty speaking.
2. Unusual sleepiness or inability to awaken the patient, convulsions or seizures.
3. Persistent vomiting, stiffness of the neck, fever, unequal pupils, or double vision.
4. Unusual awkwardness or weakness in an arm or leg, or unsteady walking.
5. Drainage of clear fluid or blood from ear or nose.
May take Tylenol, or what the doctor recommends for pain, and apply ice to injured area. Awaken the patient every 2 hours to check for these signs.

## DISPOSITION:
____ Resume normal activities as tolerated.
____ No work/school for _____ days.
____ Light duty work for _____ days.
____ B/P _____ P _____ R _____ T _____
____ Follow-up with _____
____ in _____ days.

## OTHER: _____
_____
_____
_____
_____
_____

## ☐ SPRAINS & BRUISES / FRACTURES & SPLINTS
1. Elevate the injured part and use ice packs for the first 24-48 hours. This will ease the pain.
2. If an ace bandage is used, rewrap it if it becomes too loose or too tight.
3. If given a sling, or splint, use it at all times.
4. If the injured part gets cold, blue, or numb, or if the pain increases markedly, call your family doctor at once.
5. Exercise fingers and toes to promote better circulation.
6. Do not get your splint wet.
7. Ortho Clinic Referral fixed to Leonard Chabert. Please call (985) 873-1841 if someone has not contacted you within 1 week with an appointment.

After X-ray Department office hours, your x-rays are read by the Emergency Physician. The next normal working day the x-rays are also read by the Radiologist. We will contact you if there is a change in your x-ray reading. You may obtain a copy of your x-rays if needed for follow-up. It is not necessary for you to contact the Emergency Department for your results unless told to do so by the Emergency Department physician.

Return to the Emergency Department for: ☐ Chest Pain
☐ SOB     ☐ Fever     ☐ Worsening Abdominal Pain
☐ Nausea / Vomiting / Diarrhea   ☐ Other _____
_____

## ☐ FEVER SUPPLEMENT GIVEN
☐ Written instructions given for _____

## ☐ GENERAL INSTRUCTIONS
① NO LIFTING in CLIMBING
② RETURN IF WORSENING PAIN in NAUSEA VOMITING
③ FOLLOW UP MD OF CHOICE LATER THIS WEEK

## ☐ NOTE: MEDICATION WILL OR CAN CAUSE DROWSINESS. Do not drive or operate heavy machinery for 8 hours after receiving medication in the Emergency Department.

I hereby acknowledge receipt of and understand the instructions indicated above. I understand that I have had emergency treatment only and that I may be released before all of my medical problems are known or treated. I will arrange for follow-up care as instructed.

_____     10/11/10     X Lucilo Valverde
Physician/Nurse Signature     Date     Patient/Representative Signature

FORM 258 ED Rev. 08/95: 08/06:: 1/7/08

LADY OF THE SEA GENERAL HOSPITAL
200 W. 134th Place
Cut Off, LA 70345

```
---PATIENT NAME---   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
DELACRUZ LUCILO VALVE M   55  ███ 54 101110            E100678          E/R
ORD: CRENSHAW WI   ATT:             SEC:               PRI:
PAT PHONE:
================================================================================
---PROCEDURE--- CBC                                   ORDER # 44134
--ORDERED--      --COLLECTED--      --REC'D--    --RESULTED--     --VERIFIED---
10/11/10 1635    10/11/10 1630    10/11/10 1642  10/11/10 1647   10/11/10 1647
JWD              ER               CH             CH              CH
================================================================================
```

CBC (COMPLETE BLOOD COUNT)

```
[@W]    WBC              10.6      K/uL     (L=4.0      H=12.0    )]
[@R]    RBC               5.43     M/ul     (L=4.70     H=6.10    )]
[@G]    HGB              17.3      G/DL     (L=14.0     H=18.0    )]
[@H]    HCT              51.8      %        (L=40.0     H=52.0    )]
[@V]    MCV              95      H fl       (L=80       H=94      )]
[@C]    MCH              32        pg       (L=25       H=35      )]
[@z]    MCHC             33        %        (L=31       H=37      )]
[@d]    RDW              12.5      %        (L=11.50    H=14.50   )]
[@p]    PLATELET CT      186       K/ul     (L=150      H=450     )]
[@n]      NEUT%          71.4      %        (L=42.20    H=75.20   )]
[@l]      LYMPH%         11.4    L %        (L=20.50    H=51.10   )]
[@m]      MONO%           8.4      %        (L=2.0      H=11.0    )]
[@e]      EOS%            3.9      %        (L=0.10     H=8.0     )]
[@b]      BASO%           4.9    H %        (L=0.0      H=2.0     )]

{       MAN DIFF INDICATED        NO
```

MANUAL DIFFERENTIAL

```
[       SEGS                      %        (L=43       H=80      )]
[       BAND                      %        (L=0        H=10      )]
[       LYM                       %        (L=20       H=50      )]
[       LYMA                      %        (L=0        H=0       )]
[       MONO                      %        (L=2        H=11      )]
[       EO                        %        (L=0        H=8       )]
[       BASO                      %        (L=0        H=2       )]
[       META                      %        (L=0        H=0       )]
[       MYLO                      %        (L=0        H=0       )]
[       OC                        %        (L=0        H=0       )]
[       NRBC                      %        (L=0        H=0       )]

{       MAN MORPH INDICATED       NO
```

MORPHOLOGY

```
{       RBC MORPH
{       ANISOCYTOSIS
```

```
                    LADY OF THE SEA GENERAL HOSPITAL
                              200 W. 134th Place
                              Cut Off, LA 70345
```

```
  ---PATIENT NAME---    SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
  DELACRUZ LUCILO VALVE M   55 ████54 101110              E100678          E/R
ORD: CRENSHAW WI   ATT:                  SEC:             PRI:
  PAT PHONE:
=============================================================================
---PROCEDURE--- CBC                                     ORDER # 44134
 --ORDERED--      --COLLECTED--       --REC'D--    --RESULTED--     --VERIFIED---
10/11/10 1635  10/11/10 1630     10/11/10 1642  10/11/10 1647   10/11/10 1647
JWD            ER                CH             CH              CH
=============================================================================
{            MICROCYTOSIS
{            MACROCYTOSIS
{            POIKILOCYTOS
{            HYPOCHROMIC
{            SHISTOCYTES
{            POLYCHROMIC
{            PLATELET
```

Batch 22 118

LADY OF THE SEA GENERAL HOSPITAL
200 W. 134th Place
Cut Off, LA 70345

```
 ---PATIENT NAME---   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
 DELACRUZ LUCILO VALVE M   55  ███54 101110          E100678          E/R
 ORD: CRENSHAW WI   ATT:              SEC:             PRI:
 PAT PHONE:
=================================================================================
 ---PROCEDURE--- COMPREHENSIVE METABOLIC PANEL              ORDER # 44136
 --ORDERED--      --COLLECTED--      --REC'D--    --RESULTED--     --VERIFIED---
 10/11/10 1640  10/11/10 1630   10/11/10 1642  10/11/10 1714   10/11/10 1714
 CER            ER              CH             FA              FA
=================================================================================
COMPREHENSIVE METABOLIC PANEL
```

```
 [GL]     GLUCOSE               86        mg/dL   (L=70      H=105    )]
 [BU]     BUN                   22    H   mg/dL   (L=7.80    H=21.30  )]
 [CR]     CREATININE            1.2       mg/dL   (L=0.70    H=1.50   )]
 [@C]     BUN/CRE RATIO         18    H   RATIO   (L=12      H=16.70  )]
 [NA]     SODIUM                136       mmol/L  (L=136     H=145    )]
 [K ]     POTASSIUM             4.8       mmol/L  (L=3.50    H=4.90   )]
 [CL]     CHLORIDE              104       mmol/L  (L=98      H=107    )]
 [CO]     CO2                   23    L   mmol/L  (L=25      H=35     )]
 [TP]     TOTAL PROTEIN         8.2       g/dL    (L=6.30    H=8.30   )]
 [AL]     ALBUMIN               4.7       g/dL    (L=3.50    H=5.0    )]
 [@A]     A/G RATIO             1.31      RATIO   (L=1.00    H=2.00   )]
 [CA]     CALCIUM               10.0      mg/dL   (L=8.80    H=10.20  )]
 [AP]     ALKALINE PHOS         76        U/L     (L=32      H=122    )]
 [TB]     BILIRUBIN TOTAL       0.4       mg/dL   (L=0.0     H=1.0    )]
 [AS]     SGOT/AST              27        U/L     (L=10      H=34     )]
 [AT]     SGPT/ALT              18        U/L     (L=10      H=44     )]
 [        AGE                   55        YEARS                       ]
 [        GFR Afr-Am            81        ml/min                      ]
 [        GFR Non-AfrAm         67        ml/min                      ]
```

### GFR INTERPRETATION
```
          AGE                    AVG GFR
         20-29                116 ml/min/1.73 m2
         30-39                107 ml/min/1.73 m2
         40-49                 99 ml/min/1.73 m2
         50-59                 93 ml/min/1.73 m2
         60-69                 85 ml/min/1.73 m2
         70+                   75 ml/min/1.73 m2
        CHRONIC KIDNEY DISEASE-LESS THAN 60 ml/min
           KIDNEY FAILURE-LESS THAN 15 ml/min
```

```
                    LADY OF THE SEA GENERAL HOSPITAL
                           200 W. 134th Place
                           Cut Off, LA 70345
```

```
   ---PATIENT NAME---   SEX AGE BIRTH  ADMIT  M/R#        PATIENT# RM/LOC  TYPE
   DELACRUZ LUCILO VALVE M    55    ██54 101110           E100678          E/R
   ORD: CRENSHAW WI   ATT:              SEC:              PRI:
   PAT PHONE:
```

```
==================================================================================
   ---PROCEDURE--- URINALYSIS                      ORDER # 44135
   --ORDERED--       --COLLECTED--     --REC'D--    --RESULTED--    --VERIFIED---
   10/11/10 1636   10/11/10 1630   10/11/10 1642  10/11/10 1650   10/11/10 1650
   JWD             ER              CH             CH              CH
==================================================================================
```

URINALYSIS

```
   {             SOURCE:              CCUA
   {CO]          COLOR                     YELLOW       (NORM: YELLOW         )
   {CL]           APPEARANCE               CLEAR        (NORM: CLEAR          )
   [GL]          GLUCOSE                 NEGATIVE       (NORM: NEGATIVE       )
   {             CONFIRMATION TEST   NOT INDICATE
   {BI]          BILIRUBIN               NEGATIVE       (NORM: NEGATIVE       )
   {             CONFIRMATION TEST   NOT INDICATE
   {KE           KETONE                  TRACE          (NORM: NEGATIVE       )
   {             CONFIRMATION TEST       NEGATIVE
   (SG]          SP GRAVITY          1.020             (NORM: 1.001 - 1.035  )
   {ER           BLOOD                   NEGATIVE       (NORM: NEGATIVE       )
   .(PH]         PH                  6.0               (NORM: 5.0 - 8.0      )
   [PR]          PROTEIN                 NEGATIVE       (NORM: NEGATIVE       )
   {             CONFIRMATION TEST   NOT INDICATE
   {UB]          UROBILINOGEN            0.2            (NORM: 0.2 - 2.0      )
   {N ]           NITRITES               NEGATIVE       (NORM: NEGATIVE       )
   {L ]           LEUKOCYTES             NEGATIVE       (NORM: NEGATIVE       )
```

MICROSCOPIC

```
   {             WBC                     1-5            (NORM: M=0-5 F=0-10hpf)
   {             RBC                     1-5            (NORM: 0 - 3     hpf)
   {             EPI CELLS               RARE           (NORM: 0 - FEW        )
   {              BACTERIA               FEW            (NORM: NONE           )
   {             CASTS                   1-5            (NORM: NONE/LPF       )
   {             CRYSTALS            NONE PRESENT       (NORM: NONE           )
   {             AMORPHOUS           NONE PRESENT       (NORM: NONE           )
   {             OTHER               MUCOUS PRESENT
   {                                 HYALINE CASTS PRESENT
```

121

☑ Nursing Assessment Reviewed  ☑ Vital signs reviewed _____

## PHYSICAL EXAM

**General Appearance**
- ☑ no acute distress      __mild / moderate / severe distress___
- ☑ alert                  __anxious / lethargic

**EENT**
- ☑ eyes inspection nml     __scleral icterus / pale conjunctivae___
- ☑ ENT inspection nml      __EOM palsy / anisocoria___
- ☑ pharynx nml             __pharyngeal erythema___
                            __abnml TM / hearing deficit ___

**NECK**
- ☑ nml inspection          __thyromegaly / lymphadenopathy ___

**RESPIRATORY**
- ☑ no resp. distress       __wheezes / rales / rhonchi___
- ☑ breath sounds nml

**CVS**
- ☑ reg. rate & rhythm      __irregularly irregular rhythm___
- ☑ heart sounds nml        __tachycardia / bradycardia___
- ☑ equal pulses / full     __JVD present___
                            __gallop ( S3 / S4 )___
                            __murmur  grade ____ /6  sys / dias___
                            __decreased pulse(s)___
                            R / L  radial___  fem___  dors ped ___

> T = tenderness
> G = guarding
> R = rebound
> m = mild
> mod = moderate
> sv = severe

**ABDOMEN**
- ☑ soft, non-tender        __rigid / distended___
- ☑ no organomegaly         __tenderness / guarding / rebound___
- ☑ nml bowel sounds        __hepatomegaly / splenomegaly / mass___
- ☑ no abdominal bruit      __abnml bowel sounds___
- ☑ no pulsatile mass          __increased / decreased / absent / tympanic___
                            __prominent aortic pulsations___
                            __McBurney's point tenderness___
                            __psoas / Rovsing's sign / obturator sign___

**PELVIC EXAM**
- __external exam nml       __vaginal bleeding / discharge___
- __speculum exam nml       __cervical motion tenderness___
- __bimanual exam nml       __adnexal tenderness / mass ( R / L )___
                            __enlarged / tender uterus___

**MALE GENITAL**
- __nml inspection          __tenderness / swelling  testicular / (inguinal)
**RECTAL**
- __non-tender              __black / bloody / heme pos. stool___
- __heme neg stool          __tenderness___
                            __fecal impaction___

**BACK**
- __nml inspection          __CVA tenderness___
**SKIN**
- ☑ color nml, no rash      __cyanosis / diaphoresis / pallor___
- ☑ warm, dry               __skin rash  zoster-like___
                            __embolic lesions / signs of IVDA___
                            __decubitus ___

**EXTREMITIES**
- ☑ non-tender              __pedal edema ___
- ☑ nml ROM                 __calf tenderness___
- __no pedal edema          __Homan's sign ___
**NEURO / PSYCH**
- ☑ oriented x3             __disoriented to  person / place / time___
- ☑ CN's nml as tested      __weakness / sensory loss facial droop___
- ☑ motor nml               __speech / cognition abnormalities___
- ☑ sensation nml           __depressed mood / affect___
- ☑ mood / affect nml

Abdominal Pain – 36    Rev. 07 / 08

## LABS, EKG & XRAYS

**CBC**
normal  except
WBC __10,600__
Hgb __5.8__
Hct __51.8__
Platelets _____
segs _____
bands _____

**Chemistries**
normal  except
Gluc __PL__
BUN __22__
Creat __1.2__
Na __130__
K __4.8__
Cl __104__
CO2 __23__

**Lipase** _____
**Amylase** _____
**Alk Phos** _____
**AST** _____
**ALT** _____

**HCG**
serum / urine _____
POS  NEG

**UA**
normal  except
WBC __1-5__
RBC __1-5__
bacteria ~
dip: ___

**RHYTHM STRIP** ___NSR___ Rate___
**EKG** ___NML___ ☐Interp. by me ☐Reviewed by me  Rate___
___NSR ___nml intervals ___nml axis ___nml QRS ___nml ST/T
not / changed from: _____ repeat EKG- ___unchanged / ___

**XRAYS-** ☐Interp. by me  ☐Review by me  ☐Discsd w/ radiologist
___KUB ___upright abd ___3-view ___CXR pa/lat ap
___nml / NAD ___nml bowel gas ___no free air ___no mass
___no infiltrates ___nml heart size ___nml mediastinum

**CT Scan** · abdomen / pelvis    ☐Discsd w/ radiologist
___nml

**Ultrasound** ___nml / NAD ___

**Pulse Ox** ___% on RA / ___ L O2  Interp: nml / hypoxic  Time___

## PROGRESS

Time_____  unchanged    improved    re-examined

CT — Kidneys normal no appendicitis
no bowel obstruction no gallstones
fluid — normal appendix  2-3 cm
diameter fatty region @ inguinal
region — Lipoma v/s normal
no evidence incarceration

♦ CPI/AMI - EKG / ASA / B-Blocker / Thrombolytics /    ┌─────────────────────┐
PCI / transfer_____                            │ Clinical Tool Box   │
                                                       │ TIMI ACS risk       │
                                                       └─────────────────────┘

Discussed with Dr._____   Additional history from:
will see patient in:  ED / hospital / office   family  caretaker  paramedics
Counseled patient / family  regarding:_____   Rx given___
lab / rad results  diagnosis  need for follow-up
CRIT CARE TIME  (excluding separately billable procedures)_____ min

## CLINICAL IMPRESSION

| | |
|---|---|
| Abdominal Pain - acute | Diverticulitis – acute |
| ♦ Chest Pain - acute | Ectopic Pregnancy - ruptured |
| precordial / tightness / pressure | Mesenteric Ischemia - acute |
| chest wall / discomfort / angina | Ovarian Cyst - ruptured  torsed |
| Vomiting / Diarrhea | Pancreatitis - acute |
| ♦ Myocardial Infarction – acute | Pelvic Inflammatory Disease |
| Appendicitis | Peptic Ulcer Disease |
| Aortic Aneurysm – ruptured | Testicular Torsion |
| Bowel Perforation / Obstruction | Ureterolithiasis / Renal Colic |
| Cholecystitis / Biliary Colic | UTI / Pyelonephritis - acute |

Inguinal Pain   Possible Hernia
789.04

**DISPOSITION-** ☑home  ☐transferred _____
☐admitted ___POA  decubitus / UTI (foley)___
**CONDITION-** ☐unchanged ☐improved ☑stable ___
Care transferred to Dr._____   Time:___

_(signature)_   MD

☐Template Complete   ☐See Addendum (Dictated / Template #_____)

# LADY OF THE SEA GENERAL HOSPITAL
## CUT OFF, LA 70345

### RADIOLOGY IMAGING DEPARTMENT

NAME:  DELACRUZ LUCILO VALVER
AGE: 55   SEX: M
DOB: ████ 1954
STAY TYPE: E/R
PHONE#:
F/C: P          ROOM:
TRANS DATE: 10/12/10
TRANS INITIALS: JCR
DICTATING PHY: JAR

PATIENT NUMBER: E100678
ADMITTING PHY: CRENSHAW W
REFERRING PHY: CRENSHAW W
ADMIT DATE: 10/11/10
DIS. DATE: 10/11/10
LOCATION:
MR NUMBER:
X-RAY NUMBER:  59431

*Unsigned Transcriptions are preliminary reports and do not represent a Medical or Legal Document*

CT ABD PELV W                COMPLETE:10/11/10 20:21  AG  73179
Reason for Procedure(s):  RLQ, RT INGUINAL PAIN

POST CONTRAST CT OF THE ABDOMEN AND PELVIS, 10/11/10:
TECHNIQUE:   5.0mm spirally acquired images were obtained through the abdomen and pelvis following intravenous infusion of 80ccs of Isovue 370.  The patient received oral contrast material prior to arrival to the CT suite.

FINDINGS:  Limited scanning through the lung bases demonstrates mild bibasilar subsegmental atelectasis.  No focal consolidation or pleural effusion is identified.  The liver is grossly normal in size, but appears to be low in attenuation suggesting some degree of hepatic steatosis.  The gallbladder is elongated and demonstrates a small phrygian cap distally.  No calcified gallstones are identified.

The visualized spleen and pancreas  are normal.  The adrenal glands are symmetric bilaterally.

The kidneys demonstrate symmetric bilateral nephrograms without evidence for hydronephrosis.  There is moderate atherosclerotic calcification of the intraabdominal aorta.  The appendix is identified on images #57 and 58 and appears to be grossly normal in caliber.  Numerous sigmoid diverticulum are noted with thickening of the wall of the colon but no evidence for focal diverticulitis.  Bilateral ureteral jets are identified on image #147.  There is fat noted within the right inguinal canal, consistent with a fat containing inguinal hernia.

IMPRESSION:
1.   NO CT EVIDENCE FOR APPENDICITIS.
2.   ARTERIAL ATHEROSCLEROSIS, PARTICULARLY INVOLVING THE ABDOMINAL AORTA.
3.   COLONIC DIVERTICULOSIS.
4.   FAT CONTAINING RIGHT INGUINAL HERNIA.


Reviewed and electronically signed by:
        J. RIVERO, MD
        Radiologist


Copy for: 086 MEDICAL RECORDS

DATE: 06/27/2018
TIME: 03:09 pm

REPORT: CL150R
PAGE 1
OF 2

LOUISIANA WORKERS' COMPENSATION CORPORATION
Claim Payments Report
For Payment Dates 10/01/1992 Through 06/27/2018
For Claim Number 160333
Claimant Delacruz, Lucilo

Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 01/21/11 | 34605-0 | TECHHEALTH INC | $63.95 | 11/02/10 | 11/02/10 | 4012857 |
| 02/01/11 | 36373-1 | GACHASSIN, PHILIP | $163.80 | 01/18/11 | 01/18/11 | 4015293 |
| 02/22/11 | 41365-0 | STOPS ENTERPRISES LLC | $36.55 | 11/03/10 | 11/03/10 | 4021166 |
| 02/22/11 | 25690-17 | WILLIAM, CRENSHAW | $155.70 | 10/11/10 | 10/11/10 | 4021078 |
| 02/25/11 | 25690-1 | LADY OF THE SEA GENERAL HOSPITAL | $3,359.31 | 10/11/10 | 10/11/10 | 4022600 |
| 03/09/11 | 38254-3 | RUSSELL, LAWRENCE | $24.00 | 02/14/11 | 02/14/11 | 4025695 |
| 03/14/11 | 38754-2 | FONTENOT, KERWIN | $500.00 | 02/16/11 | 02/16/11 | 4026328 |
| 04/04/11 | 38356-2 | RIVERO, JOSE | $260.00 | 10/11/10 | 10/11/10 | 4031820 |
| 04/04/11 | 34605-0 | TECHHEALTH INC | $27.40 | 11/02/10 | 11/02/10 | 4031728 |
| 04/19/11 | 41365-0 | STOPS ENTERPRISES LLC | $192.50 | 03/31/11 | 03/31/11 | 4035763 |
| 06/03/11 | 36373-1 | GACHASSIN, PHILIP | $836.99 | 02/16/11 | 02/16/11 | 4047932 |
| 06/20/11 | 41365-0 | STOPS ENTERPRISES LLC | $192.50 | 05/31/11 | 05/31/11 | 4052168 |
| 09/23/11 | 36923-0 | LAFAYETTE GENERAL SURGICAL HOSPITAL LLC | $9,469.50 | 02/14/11 | 02/16/11 | 4077517 |
| 09/28/11 | 29444-4 | WEST, DONALD | $9.45 | 02/14/11 | 02/14/11 | 4078856 |

TOTAL: $15,291.65

* denotes a canceled transaction, and is not included in the total calculations

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/27/2018

For Claim Number 160333

Claimant Delacruz, Lucilo

Indemnity Payments

| Payment Date | Comp Code | Comp | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/2010 | TT | | 10/18/2010 | 11/03/2010 | INITIAL | 17 | $1,406.14 | $0.00 | $1,406.14 | 3992314 |
| 11/09/2010 | TT | | 11/04/2010 | 11/12/2010 | REGULAR | 9 | $744.43 | $0.00 | $744.43 | 3994111 |
| 11/16/2010 | TT | | 11/13/2010 | 11/19/2010 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 3996010 |
| 11/23/2010 | TT | | 11/20/2010 | 11/26/2010 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 3998033 |
| 11/23/2010 | TT | | 10/11/2010 | 10/17/2010 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 3998034 |
| 11/30/2010 | TT | | 11/27/2010 | 12/03/2010 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 3999500 |
| 12/07/2010 | TT | | 12/04/2010 | 12/10/2010 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4001204 |
| 12/14/2010 | TT | | 12/11/2010 | 12/17/2010 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4003072 |
| 12/20/2010 | TT | | 12/18/2010 | 12/24/2010 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4004692 |
| 12/27/2010 | TT | | 12/25/2010 | 12/31/2010 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4006286 |
| 01/04/2011 | TT | | 01/01/2011 | 01/07/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4008205 |
| 01/11/2011 | TT | | 01/08/2011 | 01/14/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4010284 |
| 01/18/2011 | TT | | 01/15/2011 | 01/21/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4012353 |
| 01/25/2011 | TT | | 01/22/2011 | 01/28/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4014204 |
| 02/01/2011 | TT | | 01/29/2011 | 02/04/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4016300 |
| 02/08/2011 | TT | | 02/05/2011 | 02/11/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4018188 |
| 02/15/2011 | TT | | 02/12/2011 | 02/18/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4020057 |
| 02/22/2011 | TT | | 02/19/2011 | 02/25/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4022015 |
| 03/01/2011 | TT | | 02/26/2011 | 03/04/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4023863 |
| 03/08/2011 | TT | | 03/05/2011 | 03/11/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4025615 |
| 03/15/2011 | TT | | 03/12/2011 | 03/18/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4027460 |
| 03/22/2011 | TT | | 03/19/2011 | 03/25/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4029318 |
| 03/29/2011 | TT | | 03/26/2011 | 04/01/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4031078 |
| 04/05/2011 | TT | | 04/02/2011 | 04/08/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4033032 |
| 04/12/2011 | TT | | 04/09/2011 | 04/15/2011 | REGULAR | 7 | $579.00 | $0.00 | $579.00 | 4034777 |

TOTALS (excluding canceled transactions denoted by *):     $15,467.57        $0.00    $15,467.57

* denotes a canceled transaction, and is not included in the total calculations