# JOHNSON, RAHMAN & THOMAS

**Employees of Louisiana Workers' Compensation Corporation**

2237 S. Acadian Thruway | P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone: (225) 231-0875
Facsimile: (225) 231-0986
Fax Server: (225) 929-5613

July 3, 2018

*Via UPS Next Day Air*

Counsel for BP
**Attn: Mr. J. Andrew Langan**
Kirkland & Ellis LLP
300 N. LaSalle St., Suite 2400
Chicago, IL 60654

*Via UPS Next Day Air*

MDL 2179 Plaintiffs' Steering Committee
**Attn: Mr. Steven J. Herman**
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

In Re: Oil Spill by the Oil Rig "Deepwater Horizon": in the Gulf of Mexico,
On April 20, 2010
MDL No.        :        10-2179; Section J

Louisiana Workers' Compensation Corporation v. BP, PLC, et al
Civil Action No.:        17-cv-03199

Workers' Compensation Claim of Wence Flores-Vasquez
LWCC Claim No.:  161578

Dear Counsel:

In compliance with Pretrial Order No. 66, with respect to the workers' compensation claim of Wence Flores-Vasquez, enclosed please find the following documents:

1.        Individual Particularized Statement of Claim;
2.        Joint Petition for Approval of Settlement, Judgment and related documents;
3.        First Report of Injury;
4.        Claim for Compensation filed by injured worker;
5.        Wage records;
6.        Accident report;

Writer's Direct Line:  (225) 231-0755 | Writer's Email: djohnson@lwcc.com

Mr. J. Andrew Langan
Mr. Steven Herman
July 3, 2018
Page 2

      7.      Recent medical records; and

      8.      Claim payment report.

      In total LWCC has paid $45,757.32 to and on behalf of Mr. Flores-Vasquez as a result of his injuries suffered during the clean-up efforts following the Deepwater Horizon explosion. Louisiana Workers' Compensation Corporation is seeking recovery of all payments made to and on behalf of Mr. Flores-Vasquez.

      I hope this is satisfactory for your needs, however, in the event you have any questions or require any additional information, please do not hesitate to call.

      With kind regards, I am

                              Very truly yours,

                              David K. Johnson

DKJ/fhj
Enclosures
cc:    Linda Dantin

EXHIBIT A

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS

PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** Louisiana Workers' Compensation Corporation

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1.    Current address:

Address Line 1:    2237 S. Acadian Thruway

Address Line 2:  _____

City:    Baton Rouge            State:    LA            Zip:    70808

2.    Telephone number:    (225) 924-7788

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names:    N/A

4.    Date and Place of Birth:    N/A

5.    Male_____    Female_____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---------|--------------------|
| N/A | |
| | |
| | |

7. Employment Information:

    A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|----------|---------|---------------------|----------------------|
| N/A | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No_____ If "Yes," when were you out of work and why? _____N/A_____

_____

**B. THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes _X_ No _____ ( *Indirectly, see attached correspondence* )

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1. Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore _X_ Offshore _____ Both _____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes _____ No _X_

12. Did you handle hazardous materials as part of your cleanup work?

Yes _____ No _____

13. Please set forth the following information about your cleanup work:

A. Your employer(s): _Southern Environmental of LA, LLC_

B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_Frank Sabon_

C. A description of the work performed for employer(s) identified in Question No. 13(A): _RT - Laborer_

D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _See attached wage records_

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): ___None_____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): ___Unknown_____

_____

## 2.   Residents/Tourists

14.   Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No_____

16.   List all address(es) at which you resided in 2010:_____

_____

## C.   INFORMATION ABOUT YOUR B3 CLAIM

17.   Are you claiming that you suffered damages from (*Check all that apply*):

_____Bodily injury from exposure to oil and/or dispersants

___X___Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

      Oil_____            Dispersants_____            Both_____

19.    How were you exposed? (*Check all that apply*)

      A.    Inhalation                    Yes_____        No_____

      B.    Dermal (skin) contact      Yes_____        No_____

      C.    Ingestion                     Yes_____        No_____

      D.    Other (please describe):    _____

20.    What was the date(s) of your exposure?

      Day: _____        Month: _____        Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

      _____

      _____

      _____

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

      _____

      _____

      _____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

      _____

      _____

      _____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____ No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.     NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

A.     The nature of your injury: See attached medical records

B.     The date(s) of your injury: 6/25/2010

C.     The location(s) of your injury: BP 252   Hopedale

D.     The work that you were performing when you sustained your injury: _____
See accident report & first report
of injury

E.     Identify any individual(s) who witnessed your injury: _____
Unknown

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
See accident report & first report
of injury

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

*See attached medical records*

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

*See attached medical records*

31. On what date did you first report or seek treatment for your injury or illness: 1/14/2011

32. On what date was your injury first diagnosed: 1/14/2011

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|  | *See attached medical reports & Claim payment report* |

34.   Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|  | *see attached medical reports & Claim payment report* |
|  |  |
|  |  |

35.   Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No _____. If *"Yes,"* *Unknown*

   A.   When? _____

   B.   Who diagnosed the injury (or condition) at that time? _____

   _____

   _____

   C.   Who treated the injury (or condition) at that time? _____

36.   Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No _____. If *"Yes,"*

   A.   What date did you first experience such injury or condition? _____

   B.   What injury (or condition) was made worse? _____

   _____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|      | Unknown |
|      |         |
|      |         |
|      |         |
|      |         |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__ No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

recovery of medical expenses + weekly benefits per attached claim payment report

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes __X__ No_____

If "Yes":

A.     From whom did you receive this compensation or reimbursement?_____

LWCC

B.    When did you receive this compensation or reimbursement?_____

_____ *See attached claim payment report*

C.    What was the amount of the compensation or reimbursement?_____

_____ *See attached claim payment report*

## G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

# ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____July 5_____, 2018

Location (City and State): _____Beton Rouge La,_____

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_____
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee** by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

WENCE FLORES-VASQUEZ

VERSUS

SOUTHERN ENVIRONMENTAL OF
LOUISIANA, LLC

DOCKET NO.: 11-07066  DISTRICT: 07

OFFICE OF WORKERS'
COMPENSATION

STATE OF LOUISIANA

## MOTION AND ORDER TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Employee, WENCE

FLORES, who, upon suggesting to this Honorable Court that all claims and causes of action

present in this litigation have been amicably resolved in accordance with the Joint Petition of

Compromise Settlement, and as such, moves this Honorable Court for an Order dismissing this

litigation, *with prejudice*, each party to bear its own costs.

Respectfully submitted:

MIGUEL ELIAS, ESQ.
LSBA No. 2538
2301 Williams Blvd., Suite E
Kenner, LA 70062
Telephone No.: (504) 469-3300
**Counsel for Employee**

OWCA
RECEIVED
DISTRICT 7-HARAHAN
2011 NOV 28  PM 1: 13



| | |
|---|---|
| WENCE FLORES-VASQUEZ | DOCKET NO.: 11-01066   DISTRICT: 07 |
| VERSUS | OFFICE OF WORKERS' COMPENSATION |
| SOUTHERN ENVIRONMENTAL OF LOUISIANA, LLC | STATE OF LOUISIANA |

## ORDER

**CONSIDERING THE FOREGOING MOTION TO DISMISS:**

**IT IS HEREBY ORDERED** that the claim of WENCE FLORES, against Southern Environmental of Louisiana, LLC and Louisiana Workers' Compensation Corporation be dismissed, *with prejudice.*

SIGNED this _____ day of _____ 2011, in Harahan, Louisiana.

_____
JUDGE, DISTRICT 07
OFFICE OF WORKERS' COMPENSATION

**TRUE COPY**

BY_____
OFFICE OF WORKERS' COMPENSATION
AUTHORIZED CERTIFICATION CLERK

WENCE FLORES VASQUEZ            : OFFICE OF WORKERS' COMPENSATION

VERSUS                                          : DOCKET NO.: <u>11-01066</u> DISTRICT <u>07</u>

SOUTHERN ENVIRONMENTAL        : STATE OF LOUISIANA
OF LOUISIANA, LLC

## <u>MOTION TO AMEND FORM 1008</u>

**NOW INTO COURT**, through undersigned counsel, comes Wence Flores Vasquez

claimant, who desires to amend his Form 1008 filed by him on February 8, 2011, in the

following respects, to-wit:

1.

Claimant re-allege and re-aver all of the allegations, claims and statements of facts

asserted in petitioner's original Form 1008 as if copied herein *in extenso* but for the following

paragraphs

2.

Under (11) INSURER/ADMINSTRATOR claimant avers that the appropriate insurer is

LWCC, Attention: Evin Beck, 2237 South Acadian Thruway, Baton Rouge, Louisiana 70808,

1-877-592-2866 extension 2826.

3.

The claimant renews and reiterates all of the allegations, of the original 1008 except as

amended above

**WHEREFORE**, claimant prays that his original 1008 be supplemented and amended in

the above particulars, and after due proceedings had, there be judgment in favor of the claimant,

and against the defendant.

**RESPECTFULLY SUBMITTED:**

**LAW OFFICE OF MIGUEL A. ELIAS**

**MIGUEL A. ELIAS (BAR ROLL#25384)**
**CHRISTOPHER D. WEDDLE (#29475)**
**PAULA J. RODRIGUEZ (#32662)**
**JOHN CASEY COWLEY (#30454)**
**2301 Williams Boulevard**
**Suite E**
**Kenner, Louisiana 70062**
**Telephone: 504/469-3300**
**Facsimile: 504/469-3353**

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on February 22, 20 11

By: ✓ U.S. Mail                    FAX
    Hand Delivered                 Overnight Courier
    Certified Mail                 Other: _____

Signature: _____
           Stephanie Scavedra

| OWCA MEDIATORS: | |
|---|---|
| Statewide | Judy Franklin<br>1001 N 23rd St.<br>Baton Rouge, LA 70802<br>Phone: (225) 342-0184<br>Fax: (225) 342-4790 |
| District 1E | Tikisha Smith<br>1908 Stubbs.<br>Monroe, LA 71201-5730<br>Phone: (318) 362-3078<br>Toll-free: (800) 209-7321<br>Fax: (318) 362-3083 |
| District 1W | Rosa Whitlock<br>9234 Linwood.<br>Shreveport LA 71106-7001<br>Phone: (318) 676-5331<br>Toll-Free: (800) 209-7173<br>Fax: (318) 676-5332 |
| District 2 | Amy Brown<br>3724 Government Street,<br>Alexandria, LA 71302<br>Phone: (318) 487-5986<br>Toll-free: (800) 209-7329<br>Fax: (318) 487-5967 |
| District 3 | Chantell Smith<br>4250 Fifth Avenue, Suite 3<br>Lake Charles, LA 70607-3812<br>Phone: (337) 475-4882<br>Toll-free: (888) 768-8745<br>Fax: (337) 475-8884 |
| District 4 | District 4 Mediator TBA<br>555 Jefferson Street, First Floor,<br>Lafayette, LA 70501-6947<br>Phone: (337) 262-1057<br>Toll-free: (800) 209-7174<br>Fax: (337) 262-1106 |
| District 5 | Denise Lee<br>224 Florida Blvd., Suite 100<br>Baton Rouge, LA 70801<br>Phone: (225) 219-4378<br>Toll-free: (800) 209-7175<br>Fax: (225) 219-4377 |
| District 6 | Myles Donahue<br>19374 N Third St.<br>Covington, LA 70433<br>Phone: (985) 871-1258<br>Toll-Free: (888) 575-6149<br>Fax: (985) 871-1264 |
| District 7 | Rene Paysse<br>880 West Commerce Road, Ste 401<br>Harahan, LA 70123<br>Phone: (504) 736-8606<br>Toll-free: (866) 253-5830<br>Fax: (504) 736-8608 |
| District 8 | Shannon Bruno Bishop<br>1340 Poydras Street, Ste 1450<br>New Orleans, LA 70112-2001<br>Phone: (504) 568-6952<br>Toll-free: (800) 209-7232<br>Fax: (504) 568-8706 |
| District 9 | Caroline Minor<br>8026 Main Street, Suite 404<br>Houma, LA 70360<br>Phone: (985) 857-3775<br>Toll-free: (800) 262-1497<br>Fax: (985) 857-3781 |

# MEDIATION CONFERENCE REQUEST

In accordance with Revised Statute 23:1310.3(D), as amended by Act 53

(1) Upon joint request of the parties, or upon order of the presiding workers' compensation judge, all parties shall engage the services of either of the following:

  (a) A Louisiana Workforce Commission, office of workers' compensation administration mediator, and such mediation shall be held in the district office in which the selected mediator is assigned.

  (b) A private mediator, and such mediation shall be held at a location mutually agreeable to the parties.

(2) The selection of the mediator shall be by mutual agreement of the parties.

(3) Each party shall provide a representative, in person or via telephone, to participate in the mediation conference, who has been provided with authority to enter into negotiations in a good faith effort to resolve the issue in dispute. The attorneys for the parties may participate in the mediation conference via telephone by mutual consent of the parties.

(4) Within five days of the conclusion of the mediation conference, the parties shall certify to the court, via United States mail, electronic transmission, or facsimile transmission, that a mediation conference has occurred and the results thereof.

(5) Nothing shall prohibit the parties from requesting a mediation conference prior to the filing of a disputed claim for compensation; however, neither the request nor participation in the mediation conference shall interrupt the running of prescription.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**After parties have mutually agreed to a mediation conference and the selection of an Office of Workers Compensation mediator, please have each party sign this form and forward it to the chosen mediator:**

NAME OF EMPLOYEE/CLAIMANT:     WENCE FLORES VASQUEZ

EMPLOYER'S NAME:     SOUTHERN ENVIRONMENTAL OF LA IN.

DOCKET #     11-01066

SIGNATURE OF EMPLOYEE, EMPLOYER, INSURER OR ATTORNEY IF REPRESENTED     DATE 2/22/11

PRINTED NAME OF EMPLOYEE, EMPLOYER, INSURER OR ATTORNEY IF REPRESENTED     (   ) TELEPHONE NUMBER

SIGNATURE OF EMPLOYER/INSURER     DATE

PRINTED NAME OF EMPLOYER/INSURER OR EMPLOYER/INSURER ATTORNEY IF REPRESENTED     (   ) TELEPHONE NUMBER

Rev: 10/08/2010

# CITATION

Wence Flores Vasquez

Vs

Southern Environmental of LA
In.

Docket: 11-01066                 District: 7

Office of Workers' Compensation

State of Louisiana

To:                              Date: 02/11/2011
Southern Environmental of LA In.
Attn: Stacey Roque
1945 Enterprise Drive
Harvey , LA  70058

## YOU HAVE BEEN SUED:

Attached to this citation is a copy of the claim form/petition and an answer form.  The claim form/petition tells what is being asked of you, and the answer form is to assist you in filing your answer.

You must either do what the claim form/petition asks, or, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings with the Office of Workers' Compensation.

If you do not do what the petition asks, or if you do not file an answer or legal pleadings within fifteen (15) days of receipt of this citation, a judgment of default may be entered against you without further notice.  If you do file an answer or legal pleading within the fifteen (15) days, a scheduling conference will be scheduled.  You will be notified of the location, date, and time of the hearing.

Please be aware that R.S. 23:1293 strictly limits how much information this office can discuss with you prior to referral of this matter to a Workers' Compensation Judge.  If we can be of further assistance, please contact the Office of Workers' Compensation at (504) 736-8606.

Please mail your answer to:   Office of Workers' Compensation
                              District 7
                              880 West Commerce Road, Ste 401
                              Harahan, LA 70123

A copy of your answer must also be mailed to the party that initiated this case and to their attorney, if represented.  Please be sure to complete the certificate of service portion of the attached answer form.

Brenda Williams
Records Manager

**LOUISIANA WORKFORCE COMMISSION**
**OFFICE OF WORKERS' COMPENSATION**
**DISTRICT 7**
**880 WEST COMMERCE ROAD, STE 401**
**HARAHAN, LA 70123**

## WAIVER OF CITATION AND
## ACCEPTANCE OF SERVICE

WENCE FLORES VASQUEZ                    DOCKET:   11-01066

VS                                                          DATE:       02/11/2011

SOUTHERN ENVIRONMENTAL OF LA IN.     DISTRICT:  7


Now into Court comes Southern Environmental of LA In. through its legal

representative_____ who acknowledges receipt of the disputed

claim form in the above-captioned matter and waives citation and accepts service, reserving all

other rights and legal delays, this day of _____.


                    <u>Southern Environmental of LA In.</u>
                    Through agent, _____


                                                            LWC-WC-HR19

02/22/2011  17:02    5044693353              MIGUEL ELIAS OFFICE                    PAGE  05

| | | 1. | Social Security No. ___ - ___ - 0930 |
|---|---|---|---|

Mail To:
LOCAL DISTRICT OFFICE
          OR
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70804-9040
   For information call (225) 342-7565
   or Toll Free (800) 201-3457.

**OFFICE OF WORKERS COMP.**

**2011 FEB -8 AM 7: 15**

**D-7**

11-01066
Docket Number

2. Date of Injury/Illness  06 - 25 - 2010
3. Part(s) of Body Injured   RIGHT LEG
4. Date of This Request _____
5. Date of Hire   06   01   2010
6. Date of Birth _____ _____ 1953

**DISPUTED CLAIM FOR COMPENSATION**

7. This claim is submitted by:
   X Employee  ___ Employer  ___ Insurer  ___ Dependent  ___ Health Care Provider  ___ LWC  ___ Other _____

**GENERAL INFORMATION**
Claimant files this dispute with the Office of Workers' Compensation. This office must be notified immediately in writing of changes in address. An employee may be represented by an attorney, but it is not required.

**EMPLOYEE**

8. Name  WENCE FLORES VASQUEZ

   Street or Box  4021 HESSMER AVE, APT. 208

   City  METAIRIE

   State  LOUISIANA          Zip 70002

   Phone (504)  704-7086

**EMPLOYEE'S ATTORNEY**

9. Name  LAW OFFICE OF MIGUEL A. ELIAS

   Street or Box  2301 WILLIAMS BLVD. SUITE E

   City  KENNER

   State LOUISIANA          Zip 70062

   Phone (504)  469-3300

**EMPLOYER**

10. Name  SOUTHERN ENVIRONMENTAL OF LA IN

    Attn:  STACEY ROQUE

    Street or Box  1945 ENTERPRISE DRIVE

    City  HARVEY

    State  LOUISIANA          Zip  70058

    Phone (      ) _____

**INSURER/ADMINISTRATOR**
(circle one)

11. Name _____

    Attn: _____

    Street or Box _____

    City _____

    State _____ Zip _____

    Phone (      ) _____

**EMPLOYER/INSURER'S ATTORNEY**
(circle one)

12. Name _____

    Attn: _____

    Street or Box _____

    City _____

    State _____ Zip _____

    Phone (      ) _____

**DEPENDENT/HCP/OTHER**
(circle one)

13. Name _____

    Relationship _____

    Street or Box _____

    City _____

    State _____ Zip _____

    Phone (      ) _____

**14. EMPLOYMENT DATA**

   Occupation:  LABORER

   Average Weekly Wage $ 620.75       Workers' Compensation Rate $ 413.83

LWC-WC-1008
REV. 2/09

**COMPLETE BOTH PAGES**

FEB-14-2011 MON 03:47 PM     SOUTHERN ENVIRONMENTAL     FAX No. 504 348 3309          P. 001/033

**15. TO BE COMPLETED BY INJURED EMPLOYEE OR DEPENDENT:**

**(A) ACCIDENT DATA**

Date, time and place of accident: ON OR ABOUT JUNE 25, 2010, AROUND 3:10 P.M., NEAR HOPEDALE, LOUISIANA

Parish of Residence at time of Injury/Illness: JEFFERSON PARISH

Accident reported on 06 / 25 / 10 to MIKE _____ whose position with the employer is CHIEF OF PERSONNEL

Describe the accident and injury in detail (person/equipment involved, type of injury, etc.): CLAIMANT WAS WORKING WITH A WEEDEATER WHEN HIS RIGHT FOOT SLIPPED INTO A DEEP HOLE, CAUSING SEVERE INJURY TO HIS RIGHT LEG.

List the names, addresses, telephone numbers of any witnesses.
JAVIER CASTILLO 504-491-6614

**(B) MEDICAL DATA**

State the names, addresses, and telephone numbers of hospitals, clinics and doctors who have provided medical attention.
ST. BERNARD HEALTH CENTER, INC.; 7718 W. JUDGE PEREZ DRIVE, ARABI, LA 70032

INJURED WORKERS CLINIC; 2424 WILLIAMS BLVD. KENNER, LA 70062

**(C) THE BONA-FIDE DISPUTE**

Check the following that apply and fill in the blanks:

X  1.   No wage benefits have been paid
X  2.   No medical treatment has been authorized
__ 3.   Occupational Disease
__ 4.   Workers' Compensation Rate is incorrect - Should be $ _____
__ 5.   Wage benefits terminated or reduced on ____ / ____ / ____
__ 6.   Medical treatment (Procedure/Prescription) _____
         recommended by _____ not authorized.
__ 7.   Choice of physician (specialty) _____
__ 8.   Disability status _____
__ 9.   Vocational Rehabilitation - specify _____
__ 10.  Offset/Credit _____
__ 11.  Refusal to authorize/submit to evaluation with choice of physician/Independent Medical Examination [L. R. S. 23:1121, 1124(B), or 1317.1]
X  12.  Other:  SEBS, ATTORNEY'S FEES, COSTS, LEGAL INTERESTS, PENALTIES, AND LEGAL INTEREST ON PENALTIES.

**NOTE:** You may attach a letter or petition with additional information with this disputed claim or when later amending this disputed claim (Form LWC-WC-1008). You must provide a copy of this claim and any amendment to all opposing parties.

The information given above is true and correct to the best of my knowledge and belief.

SIGNATURE OF CLAIMANT/ATTORNEY          DATE
(circle one)

LWC-WC-1008
REV. 2/09

COMPLETE BOTH PAGES

## LOUISIANA WORKFORCE COMMISSION
## WORKERS' COMPENSATION CLAIM/PETITION ANSWER

| | | | |
|---|---|---|---|
| Employee: | Wenca Flores Vasquez | Docket: | 11-01066 |
| Employer: | Southern Environmental of LA In. | Date: | 02/11/2011 |
| Insurance Carrier: | | District: | 7 |

The employer and/or carrier named above, for answer to the citation, respectfully states:
(Circle "admit" or "deny" on all questions which apply to this claim.  Questions #1 through #4 must be answered if employer/insurer is being sued.  Use item #12 if any or all of items #1 through #11 do not apply to this claim.)

**ADMIT / DENY**   1.   Claimant sustained an injury or occupational disease on or about the date set forth in the claim for compensation.

**ADMIT/ DENY**   2.   Claimant was my employee at the time of the alleged injury or occupational disease

**ADMIT / DENY**   3.   At the time of the alleged injury or occupational disease, the employee was performing service arising out of and in the course of his employment.

**ADMIT / DENY**   4.   Compensation has been paid.  If admitted, state weekly amount and inclusive dates:
$_____ from _____ through _____

**ADMIT / DENY**   5.   The average weekly wage as set forth in the claim for compensation is correct.  If denied, state the correct average weekly wage and attach hereto a wage statement or state reason why not furnished

**ADMIT / DENY**   6.   Claimant was temporarily disabled for the period stated in the claim for compensation.  If denied, state temporary disability period admitted, if any:

**ADMIT / DENY**   7.   Claimant is permanently disabled to the extent and for the period stated in the claim  for compensation.  If denied, state disability period admitted, if any:

**ADMIT / DENY**   8.   The claimant sustained an injury resulting in a loss of earning capacity as stated in the claim for compensation.  If denied, state any loss admitted, if any:

**ADMIT / DENY**   9.   Rehabilitation services were offered and refused.  What services were offered?

**ADMIT / DENY**   10.   Rehabilitation services were requested, but not provided.  What services are being requested?

**ADMIT / DENY**   11.   At the time of the alleged injury or occupational disease, workers' compensation insurance was provided by

FEB-14-2011 MON 03:48 PM    SOUTHERN ENVIROMENTAL    FAX No. 504 348 3309                    P. 003/033

## LOUISIANA WORKFORCE COMMISSION
### WORKERS' COMPENSATION CLAIM/PETITION ANSWER

12    Other Matters in dispute. Explain. (Use extra sheet if necessary    _____

_____

_____

_____

_____

Affirmative Defenses: (Circle and explain)
A. Willful intent to injure himself or others      B. Intoxication      C. Failure to use safety Devices
D. Initial Aggressor                              E. Other matters in dispute (Use extra sheet if necessary):

_____

_____

_____

_____

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing answer has been served upon opposing counsel of record or upon unrepresented claimant by placing same in U.S. mail, postage prepaid and properly addressed, on this _____ day of _____, 20 ____.

_____
(Signature of defendant or their representative)

Date Submitted:    _____

By:                _____

Title:             _____

Employer/Carrier:  _____

Address:           _____

City/State/Zip:    _____

Telephone:         _____

JAN-19-2011 WED 03:41 PM     SOUTHERN ENVIROMENTAL      FAX No. 504 348 3309                P. 001



# SOUTHERN ENVIRONMENTAL SERVICES

1945 Enterprise Dr
Harvey, La 70058

(504) 348-3308
(504) 348-3309

E-mail
staceyroque@ymail.com

## FAX TRANSMITTAL FORM

| To: L W C C | From: Sue Matherne |
|---|---|
| Phone: | Date: 1-19-11 |
| Fax # 225-231-0951 | Number of Pages: 7 |

Message:   Wence V. Flores

This employee returned to work same day, so
we paid St Barnard Clinic for his visit on 6-25-10.
I'm sending you everything in his file + letter
we rec'd today from his lawyer.

Thank you,

Sue

JAN-19-2011 WED 03:41 PM    SOUTHERN ENVIROMENTAL    FAX No. 504 348 3309    P. 002

MAIL TO:
WORKERS' COMPENSATION INSURER

Employee Social Security Number    ___—___—0930

Employer UI Account Number

Employer Federal ID Number

Policy # 134 763 ~ B

**EMPLOYER REPORT OF INJURY/ILLNESS**

This report is completed by the Employer for each injury/illness identified by them or their employee as occupational.  A copy is to be provided to the employee and the insurer immediately.

PURPOSE OF REPORT: (Check all that apply)
☐ More than 7 days of disability     ☐ Possible dispute          ☐ Medical only
☐ Injury resulted in death           ☐ Lump Sum Compromise/Settlement    ( DO NOT mail copy to OWCA )
☐ Amputation or disfigurement        ☐ Other

| 1. Date of Report MM/DD/YY | 2. Date / time of injury MM/DD/YY  Time | 3. Normal Starting Time Day of Accident | 4. If Back to Work– Give date MM/DD/YY | 5. At same wage? | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|---|
| 1-19-11 | 6-25-10   18:00  ☐AM ☐PM | ☐AM ☐PM | 6-26-10 | ☑Yes ☐No | |

| 6. If Fatal Injury, Give Date of Death MM/DD/YY | 7. Date Employer Knew of Injury MM/DD/YY | 8. Date Disability began MM/DD/YY | 9. Last Full Day Paid MM/DD/YY | |
|---|---|---|---|---|
| | 6·26·10 | | 9|18|10 | |

| 10. Employee Name First | Middle | Last | 11. ☐Male ☐Female | 12. Employee Phone # |
|---|---|---|---|---|
| Wence | V | Flores | | (504)-704- 7086 |

| 13. Address and Zip Code   Apt 208 | 14. Parish of Injury |
|---|---|
| 4021 Hessmer Ave  Metairie, LA 70002 | |

| 15. Date of Hire | 16. Date of Birth | 17. Occupation | 18. Dept/Division Employed |
|---|---|---|---|
| 6·1·10 | 53 | laborer | |

| 19. Place of Injury–Employer's Premises ? ☐Yes ☑No | 20. If No, indicate Location–Street, City, Parish and State |
|---|---|
| | Venice, Louisiana |

21. What work activity was the employee doing when the injury occurred? (Give weight, size and shape of materials or equipment involved). Explain what employee was doing with them. Indicate if correct procedures were followed.

Employee said " he twisted his ankle about 18:00 on 6|25|10 before going on bus "

22. What caused injury to happen? (Describe fully the events which resulted in injury or disease. Explain what happened and how it happened. Name any objects or substances involved and explain how they were involved. Give full details on all factors which led to or contributed to this injury or illness.)

Unknown· Employee returned to work not missing any time.

| 23. Part of Body Injured and Nature of injury or illness (ex. left leg multiple fractures) | 24. If Occ. Disease–Give Date Diagnosed |
|---|---|
| Right ankle swollen | |

| 25. Physician and Address   7718 West Judge Perez   Arabic, LA  70032   504-281-2800 Ext 275 | 26. If Hospitalized, give name & address of facility |
|---|---|
| St. Bernard Health Center | |

| 27. Employer's Name | 28. Person Completing This Report- Please print |
|---|---|
| Southern Environmental of LA | Sue Matherne |

| 29. Employer's Address and Zip Code | 30. Employer's Telephone Number |
|---|---|
| 1945 Enterprise Dr. Harvey, LA 70058 | (504) 348-3308  (Fax 504-348-3309) |

| 31. Employer's Mailing Address–If Different From Above | 32. Nature of Business–Type of Mfg., Trade, Construction, Service, etc. |
|---|---|
| | |

33. Wage information (optional)     Employee was paid ☐ Daily ☐ Weekly ☐ Monthly ☐ Other.   The average weekly wage was $ _____ per week.

LWC-WC-1007    Insurer Name:
Rev: 07/08    Phone:                          Insurer's Administrator or Representative:
          Address:                          Phone:
                                            Address:

**Download Employer's Certificate of Compliance**

JAN-19-2011 WED 03:41 PM    SOUTHERN ENVIROMENTAL    FAX No. 504 348 3309    P. 003

W/C



INDUSTRIAL LABOR AND EQUIPMENT SERVICES

## Employee Accident/Incident Report

SUPERVISOR: *Frank Sabon*    DATE: 6/26/2010

EMPLOYEE / EMPLOYEES INVOLVED: ▓▓▓▓▓▓▓▓▓▓

EMPLOYEE POSITION: *RT- Laborer*

REPORTED BY: *Mike Romano*

JOB LOCATION: *BP 252 Hopedale*

TIME OF ACCIDENT: *6/25/2010    18:00 Approx*

ACCIDENT RESULTED IN:  INJURY   ILLNESS   FIRST AID   HOSPITAL VISIT   OTHER
IF OTHER DESCRIBE:

DESCRIBE ACCIDENT (DETAIL):
*He stated to Carlos    he twisted his*
*Ankle. About 18:00 on 6/25/2010*
*before going to the bus*

PREVENTATIVE MEASURES TAKEN: *Best to report incident ASAP*
*Take better care of feet & watch*
*your surrounding.*

SUPERVISOR          EMPLOYEE                    EMPLOYEE (IF MORE THAN ONE)

THIS REPORT NEEDS TO BE SENT TO THE OFFICE AS SOON AS POSSIBLE
KAJUN CONSTRUCTION, ILES, AND J&D EQUIPMENT
10624 HWY 23
BELLE CHASSE, LA 70037
PHONE: 504-324-2173    FAX: 504-322-7137

JAN-19-2011 WED 03:42 PM    SOUTHERN ENVIROMENTAL     FAX No. 504 348 3309          P. 004

# HEALTHCARE PROVIDER REPORTING FORM

Internal Use Only

| | |
|---|---|
| Date: | |
| Time: | |
| ID No.: | |

**Name (Last, First):** Flores, Wence     **SSN# (Last Four Digits):** 0930    **DOB (mm/dd/yyyy):** ___ /63

**Home Address:** 4021 Harismns Ave Apt 208 Nect 8 Metrie LA. 70002

**BP Employee:** ☐    **Vendor Contractor:** ☑    **Military:** ☐     **Company Name:** ILES

**BP Supervisor:** _____    **Contract Supervisor:** Carlos Nunez

**Company Address:** _____

**Primary Phone No.:** ☐ mobile ☐ home ☐ work _____

**Secondary Phone No.:** ☐ mobile ☐ home ☐ work _____

**E-Mail Address:** _____    **Exact Work Location at Time of Incident:** field /Boom crew

**Vitals: BP** 78/48 **T** ___ **P** 64 **R** 18 **SPo2** ___    **Skin Color and Temp.:** Norm dry in color

**Allergies:** NFDA    **Current Medications:** No meds

| Chief Complaint ☐ Injury ☑ Illness | | | |
|---|---|---|---|
| ☐ Eye | ☐ Skin | ☐ Cardiovascular | ☐ Heat stress |
| ☐ Respiratory | ☐ Gastrointestinal | ☐ Musculoskeletal injury | ☐ Other: _____ |

**Pertinent Medical History:** None.

**Emergency Treatment Record** Pt has bilt lower leg edema + twisted rt ankle yesterday evening. Causing swelling + pain. Pt pain Cont'd this am w/ increased Swelling. pt splinted + sent to clinic for eval.

**Referred To/Disposition:** RTC    **Recheck date:** _____

**Medic's Signature:** _____    **Medic Name (Print)** Crystal S. James

**Nurse's Signature:** _____    **Nurse's Name (Print)** _____

**Refusal of Service:**
I, _____ hereby release BP and its vendor contractors, and their personnel, from any and all claims in connection with refusal to accept transportation and/or medical service. The examination I just received was without benefit of further diagnostic procedures and serial observation. I understand that significant harm may occur related to my present condition. I have been advised and understand that I should seek physician attention immediately.

**Signature of Patients:** _____

**Responsible Party (If Patient Is a Minor):** _____

**Signature of Witness (Title):** _____ forward

**Date/Time:** 6/26

**Patient Refusal to Sign Refusal of Service:**
**Signature of Witness (Title):** _____

**Date/Time:** _____    Fax Completed form to Westlake Health at 1-281-363-0708

MC252_Healthcare Provider Reporting Form          Revised 6/25/2010  mcn

```
             DATE   260000085429   TIME
           07/13/10    8650  001  14:36:47

                    300003253998
               ST. BERNARD CLINIC
              8101 WEST JUDGE PEREZ
                CHALMEHE, LA. 70043

                    CREDIT SALE

          BATCH #    365
          TRANS #    001
          AUTH  #    043815
          AVS RESP:  Z
          VISA ACCOUNT #          EXP DATE
          XXXXXXXXXXXX5992

          SALE AMOUNT          $279.00

          TAX AMOUNT             $0.00
                              _ _ _ _ _ _ _ _ _

          TOTAL AMOUNT         $279.00

          I AGREE TO PAY THE ABOVE AMOUNT
             ACCORDING TO CARD ISSUER
                    AGREEMENT
                  504-271-8952

          CUSTOMER COPY  paid by Southern Env.
```

JAN-19-2011 WED 03:42 PM    SOUTHERN ENVIROMENTAL    FAX No. 504 348 3309    P. 006

## St. Bernard Health Center Industrial Medicine
### Workman's Compensation Fee Schedule

| Date | Patient Name | Account # | DOB | Company Name |
|---|---|---|---|---|
| 6-26-10 | Lwence Flores | | 53 | Southern Enviromental |
| Workman's Comp Carrier Name & Billing Address | | City, State, Zip | | WC Carrier Phone |

| PROCEDURE | CPT | FEE |
|---|---|---|
| **OFFICE VISITS** | | |
| New, Outpt, Moderate | 99204 | $218.00 |
| New, Outpt, Low | 99203 | $246.00 |
| New, Outpt, very Low | 99202 | $107.00 |
| Established, Extensive | 99215 | $199.00 |
| Established, Moderate | 99214 | $126.00 |
| Established, Low | 99213 | $82.00 |
| Established, very Low | 99212 | $58.00 |
| **LABS/DIAGNOSTICS** | | |
| Accuchecks | 82948 | $12.00 |
| EKG | 93000 | $67.00 |
| Pulse Ox | 94760 | $33.00 |
| Venipuncture | 36415 | $15.00 |
| Urinalysis | 81001 | $19.00 |
| Urine Dip Stick | 81000 | $39.00 |
| Blood gases;ph,pO2 | 82803 | $120.00 |
| TB Skin, intradermal | 86580 | $23.00 |
| Please list additional labs: | | |
| **XRAYS** | | |
| Abdomen Flat & Exact | 74000 | $90.00 |
| Ankle min 3 Views | 73610 | $88.00 |
| Chest X-Ray | 71035 | $68.00 |
| C-Spine 3 Views | 72040 | $80.00 |
| Chest Single View | 71010 | $65.00 |
| Chest 2 Views | 71020 | $82.00 |
| Clavicle | 73000 | $66.00 |
| Elbow min 3 Views | 73080 | $72.00 |
| Facial min 3 Views | 70150 | $102.00 |
| Femur | 73550 | $72.00 |
| Finger(s) | 73140 | $54.00 |
| Foot min 3 Views | 73630 | $69.00 |
| Forearm | 73090 | $65.00 |
| Hand min 3 Views | 73130 | $68.00 |
| Hip Unil min 2 Views | 73510 | $77.00 |
| Humerus | 73060 | $72.00 |
| Knee 4 Views/Sunrise | 73564 | $84.00 |
| L-Spine 3 Views | 72100 | $86.00 |
| L-Spine 4 Views | 72110 | $119.00 |
| Mandible min 4 Views | 70110 | $82.00 |
| Nasal Bone, min 3 Views | 70160 | $67.00 |
| Neck Soft Tissue | 70360 | $59.00 |
| Orbit min 3 Views | 70200 | $104.00 |
| Pelvis AP Only | 72170 | $57.00 |
| Rib Unil min 3 Views | 71101 | $54.00 |
| Sacrum/Coccyx | 72200 | $67.00 |
| Skull < 4 Views | 70250 | $65.00 |
| Shoulder | 73030 | $73.00 |
| Sinuses min 3 Views | 70220 | $103.00 |
| Tibia/Fibula | 73590 | $67.00 |
| Toes(s) | 73660 | $54.00 |
| T-Spine | 72074 | $107.00 |
| Wrist min 3 Views | 73110 | $68.00 |

| PROCEDURE | CPT | FEE |
|---|---|---|
| **LACERATION REPAIR** | | |
| **SCALP, TRUNK, EXTREMITY, HAND, FOOT** | | |
| LAC, simple, 2.5cm or < | 12001 | $192.00 |
| LAC, simple 2.6 - 7.5 cm | 12002 | $227.00 |
| LAC, simple, 7.6 - 12.5 cm | 12004 | $292.00 |
| **SCALP, TRUNK, EXTREMITY** | | |
| LAC, interm, 2.6 - 7.5 cm | 12032 | $304.00 |
| LAC, interm, 2.5 cm or < | 12031 | $346.00 |
| LAC, interm, 7.6 - 12.5 cm | 12034 | $382.00 |
| **NECK, HANDS, FEETS** | | |
| LAC, interm, 2.5 cm or < | 12041 | $276.00 |
| LAC, interm, 2.6 - 7.5 cm | 12042 | $338.00 |
| LAC, interm, 7.6 - 12.5 cm | 12044 | $415.00 |
| **FACE, EARS, EYELIDS, NOSE, LIPS** | | |
| LAC, interm, 2.5 cm or < | 12051 | $300.00 |
| LAC, interm, 2.6 - 5.0 cm | 12052 | $368.00 |
| LAC, interm, 5.1 - 7.5 cm | 12053 | $425.00 |
| LAC, interm, 7.6 - 12.5 cm | 12054 | $555.00 |
| LAC, simple, 2.5 cm or < | 12011 | $216.00 |
| LAC, simple, 2.6 - 5.0 cm | 12013 | $259.00 |
| LAC, simple, 5.1 - 7.5 cm | 12014 | $314.00 |
| LAC, simple, 7.6 - 12.5 cm | 12015 | $416.00 |
| **BURNS** | | |
| BURN, initial Treatment | 16000 | $108.00 |
| Debride & Dress Large | 16030 | $228.00 |
| Debride & Dress Medium | 16025 | $199.00 |
| Debride & Dress Small | 16020 | $100.00 |
| **ENT PROCEDURES** | | |
| Eye Irrigation | | |
| F Body Rem CONJ, simple | 65205 | $100.00 |
| F Body Removal Ear | 69200 | $104.00 |
| FB Rem CONJ, Embedded | 65210 | $114.00 |
| FB Rem Corneal w/O Slit | 65220 | $109.00 |
| FB Rem Corneal with Slit | 65222 | $131.00 |
| RUST RING REMOVAL | 65435 | $148.00 |
| **ORTHOPEDIC PROCEDURES** | | |
| Finger Dislocat W/Manual | 26770 | $317.00 |
| Finger FX W/O Manual | 26750 | $216.00 |
| Toe Dislocation CLSD TX | 28660 | $160.00 |
| Toe FX FX W/Manual | 28485 | $293.00 |
| Toe FX W/O Manual | 28490 | $172.00 |
| Toe Phal FX CLSD W/Man | 28510 | $169.00 |

| PROCEDURE | CPT | FEE |
|---|---|---|
| **OTHER PROCEDURES** | | |
| Avulsion Nail Plate | 11730 | $138.00 |
| Debride Infection, Skin | 11000 | $135.00 |
| Debride Skin Partial Thickn | 11040 | $80.00 |
| Debride Skin, Full Thickness | 11041 | $124.00 |
| Evac Subung Hematoma | 11740 | $67.00 |
| FB Rem Subcut, complex | 10121 | $219.00 |
| FB Rem Subcut, simple | 10120 | $145.00 |
| I & D Abse, Furun, simple | 10050 | $136.00 |
| I & D complex or multiple | 10061 | $271.00 |
| I & D Fing Absc, simple | 26010 | $173.00 |
| I & D Hematoma, Seroma | 10140 | $172.00 |
| Needle Aspiration (note type) | | |
| Removal Ingrown Nail | 11750 | $336.00 |
| Repair Nail Bed | 11760 | $217.00 |
| **IV ADMINISTRATION** | | |
| Admin IV Med | 90784 | $42.00 |
| Each Additional Hour | 90781 | $50.00 |
| IV Infusion, 1st Hour | 90780 | $97.00 |
| IV Insertion, MD/PA | 36000 | $53.00 |
| Normal Saline 1 Liter | 99070 | $20.00 |
| **MEDICATIONS** | | |
| Ancef 500mg | 99070 | $25.00 |
| Benadryl 50mg | 99070 | $10.00 |
| Celestone 6cc | 99070 | $20.00 |
| Dexamethasone 4mg/ml | 99070 | $20.00 |
| Epinephrine up to 1ml | 99070 | $10.00 |
| Phenergan inj up to 50mg | 99070 | $10.00 |
| Rocephin 1 Gram | 99070 | $90.00 |
| Silvadene Cream 50% | 99070 | $10.00 |
| Solumedrol up to 125mg | 99070 | $10.00 |
| Toradol 60 mg | 99070 | $50.00 |
| Vancomycin | 99070 | |
| Xylocaine 50 cc | 99070 | $5.00 |
| Zantac 50mg | 99070 | $10.00 |
| Zofran 4mg tablet/oral | 99070 | $10.00 |
| **VACCINES** | | |
| Administer Vaccine 1 or 2 | 90471 | $33.00 |
| Hepatitis A | 90632 | $100.00 |
| Hepatitis B, IM X 3 | 90746 | $110.00 |
| Influenza | 90660 | $30.00 |
| Jap Enc Vaccine Im | 90785 | $160.00 |
| Meningitis/Menactra | 90733 | $145.00 |
| MMR | 90707 | $100.00 |
| Pneumococcal Vaccine | 90732 | $105.00 |
| Poliovirus 0.5cc | 90713 | $70.00 |
| Rabies IM | 90675 | $260.00 |
| Rabies, intradermal | 90676 | $260.00 |
| TDAP (boostrix) | 90715 | $65.00 |
| Typhoid inj, 0.5cc | 90691 | $85.00 |
| Yellow Fever SQ | 90717 | $110.00 |

| PROCEDURE | CPT | FEE |
|---|---|---|
| **SUPPLIES** | | |
| ACE Wrap ____ inches | 99070 | $100.00 |
| Ankle Brace/Stirrup/Boot | | |
| Application Finger Splint | 29130 | $59.00 |
| Coban 1 Inches | 99070 | $5.00 |
| Crutches | E0114 | $50.00 |
| Dressing Adhesive Wound | 99070 | $8.00 |
| Bandage Small | 99070 | $5.00 |
| Bandage Large | 99070 | $10.00 |
| Dressing Xeroform | 99070 | $15.00 |
| Toad Finger | 99070 | $10.00 |
| Ice Pack | 99070 | $5.00 |
| Knee Immobilizer | 99070 | $90.00 |
| Morgan Lens | 99070 | $40.00 |
| OCL Long Arm | 99070 | $60.00 |
| OCL Long Leg | 99070 | $100.00 |
| OCL Short Arm | 99070 | $30.00 |
| OCL Short Leg | 99070 | $50.00 |
| Post Op Cast Shoe | 99070 | $35.00 |
| Short Leg Walk Boot | 99070 | $80.00 |
| Sling, Arm | 99070 | $88.00 |
| Steri-strips | 99070 | $5.00 |
| Thumb SPICA Splint | 99070 | $50.00 |
| Tissue Adhesive/Derma | 99070 | $75.00 |
| Tray, Surg Eye-Ear | 99070 | $30.00 |
| Tray, Surgical | 99070 | $25.00 |
| Wrist & Forearm Cockup Splint | 99070 | $40.00 |
| **Industrial Medicine** | | |
| EBT, Ethanol Breath | 82075 | $72.00 |
| Urine Drug Screen | 80100 | $85.00 |

$270.00

**MAIL TO:**

LOUISIANA WORKERS' COMPENSATION CORPORATION
2237 S. ACADIAN THRUWAY
SUITE 102
BATON ROUGE, LA  70808
225-924-7788

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
Employee Social Security Number
208969289
Employer Federal ID Number
134763 / 161578
Insurance Policy No. / Claim No.

**EMPLOYER REPORT
OF
INJURY/ILLNESS**

This report is completed by the Employer for each injury/illness identified by them or their employee as occupational.
A copy is to be provided to the employee and the insurer immediately.   **Forms for cases resulting in more than 7 days
of disability or death are to be sent to the OWCA by the 10th day after the incident or as requested by the OWCA.**

PURPOSE OF REPORT: (Check all that apply)
☒ More than 7 days of disability   ☐ Possible dispute   ☐ Medical Only
☐ Injury resulted in death   ☐ Lump Sum Compromise/Settlement   **(no copy needed by OWCA)**
☐ Amputation or disfigurement   ☐ Other

| 1. Date of Report MM/DD/YY | 2. Date / Time of Injury MM/DD/YY   Time: | 3. Normal Starting Time Day of Accident | 4. If Back to Work - Give Date: MM/DD/YY | 5. At same wage? | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|---|
| 01/19/11 | 06/25/10   ☐ AM ☐ PM | ☐ AM ☐ PM | Still out | ☐ Yes ☐ No | Date Received |
| 6. If Fatal Injury, Give Date of Death: MM/DD/YY | 7. Date Employer Knew of Injury MM/DD/YY | 8. Date Disability Began MM/DD/YY | 9. Last Full Day Paid MM/DD/YY | | |

| 10. Employee Name:   First   Middle   Last | | 11. | 12. Employee Phone # | S.I.C. |
|---|---|---|---|---|
| WENCE   FLORES | | ☒ Male ☐ Female | 504-704-7036 | |

| 13. Address and Zip Code | 14. Parish of Injury: | State-Parish |
|---|---|---|
| 4021 HESSMER AVE. METAIRIE, LA  70002  JEFFERSON | PLAQUEMINES | |

| 15. Date of Hire | 16. Age at Illness/Injury | 17. Occupation | 18. Dept/Division Employed | Occupation |
|---|---|---|---|---|
| 06/01/10 | 47 | LABORERS, EXCEPT CONSTRUCTION | | |

| 19. Place of Injury-Employer's Premises | 20. Indicate Location-Street, City, Parish and State | Nature |
|---|---|---|
| ☐ Yes ☐ No | VENICE PLAQUEMINES, LA | |

21. What work activity was the employee doing when the incident occurred? (Give weight, size, and shape of materials or equipment involved. Tell what he was doing with them. Indicate if correct procedures were followed.)

Details are unknown at this time.

Part of Body

Source

Event

N-E-C   555555

22. What caused incident to happen? (Describe fully the events which resulted in injury or disease.  Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved.  Give full details on all factors which led to or contributed to this injury or illness.)

The employee twisted his ankle.

| 23. Part of Body Injured and Nature of Injury or Illness (ex. left leg; multiple fractures) | 24. If Occ Disease-Give Date Diagnosed |
|---|---|
| SPRAINS STRAINS TEARS ANKLE(S) | |

| 25. Physician and Address | 26. If Hospitalized, give name & address of facility |
|---|---|
| ST BERNARD HEALTH CENTER P O BOX 1745 CHALMETTE, LA  70044 | |

| 27. Employer's Name | 28. Person Completing This Report - Please print |
|---|---|
| SOUTHERN ENVIRONMENTAL OF LOUISIANA LLC | SUE MATHORNE-(504-348-3309) |

| 29. Employer's Address and Zip Code | 30. Employer's Telephone Number |
|---|---|
| 1945 ENTERPRISE DR HARVEY, LA  70058   JEFFERSON | 504-348-3308 |

| 31. Employer's Mailing Address - If Different From Above | 32. Nature of Business-Type of Mfg., Trade, Construction, Service, etc. |
|---|---|
| | SPECIAL TRADE CONTRACTORS, NEC |

33. Wage Information (optional):   Employee was paid   ☐ Daily   ☐ Weekly   ☐ Monthly   ☒ Other   The average weekly wage was $_____ per week.

LDOL-WC-1007
REV. 1/98

NAME OF WORKERS' COMPENSATION INSURER:   LOUISIANA WORKERS' COMPENSATION CORPORATION
PHONE NUMBER:   225-924-7788

COMPLETE BOTH SIDES

MAR-29-2011 TUE 04:20 PM    SOUTHERN ENVIRONMENTAL    FAX No. 504 348 3309         P. 001/004



# SOUTHERN ENVIRONMENTAL SERVICES

1945 Enterprise Dr
Harvey, La 70058

(504) 348-3308
(504) 348-3309

E-mail
staceyroque@ymail.com

## FAX TRANSMITTAL FORM

| To: Evin | From: Sue |
|---|---|
| Phone: | Date: 3/29/11 |
| Fax# 225·231·6540 | Number of Pages: 4 |

Message:      Wence Flores   Claim# 161578

The following are his 1st 3 pay cks
but they are each 2 wk periods.
If you need any thing else - please call



Thank you,  Sue

Southern Environmental of Louisiana, LLC
1945 Enterprise Dr.
Harvey, La 70058

Wence Flores
4021 Hessmer Ave
Apt 208
Metairie, LA 70002

| Employee Pay Stub | | Check number: 16912 | | Pay Period: 05/24/2010 - 06/06/2010 | | Pay Date: 06/11/2010 |
|---|---|---|---|---|---|---|

| Employee | | | | SSN |
|---|---|---|---|---|
| Wence Flores, 4021 Hessmer Ave, Apt 208, Metairie, LA 70002 | | | | ***-**-0930 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wage | 40:00 | 13.00 | 520.00 | 520.00 |
| Overtime | 37:00 | 19.50 | 721.50 | 721.50 |
| | | | 1,241.50 | 1,241.50 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -29.00 | -29.00 |
| Social Security Employee | | | -76.97 | -76.97 |
| Medicare Employee | | | -18.00 | -18.00 |
| LA - Withholding | | | -23.42 | -23.42 |
| | | | -147.39 | -147.39 |
| Net Pay | | | 1,094.11 | 1,094.11 |

MAR-29-2011 TUE 04:20 PM   SOUTHERN ENVIRONMENTAL   FAX No. 504 348 3309   P. 003/004

Southern Environmental of Louisiana, LLC
1945 Enterprise Dr.
Harvey, La 70058

Wence Flores
4021 Hessmer Ave
Apt 208
Metairie, LA 70002

| Employee Pay Stub | | Check number: 1938 | | Pay Period: 06/07/2010 - 06/20/2010 | | Pay Date: 06/25/2010 |
|---|---|---|---|---|---|---|

| Employee | | | | SSN | | |
|---|---|---|---|---|---|---|
| Wence Flores, 4021 Hessmer Ave, Apt 208, Metairie, LA 70002 | | | | ***-**-0930 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wage | 80:00 | 13.00 | 1,040.00 | 1,560.00 |
| Overtime | 113:00 | 19.50 | 2,203.50 | 2,925.00 |
| | | | 3,243.50 | 4,485.00 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | -323.00 | -352.00 |
| Social Security Employee | | | -201.10 | -278.07 |
| Medicare Employee | | | -47.03 | -65.03 |
| LA - Withholding | | | -98.50 | -121.92 |
| | | | -669.63 | -817.02 |
| Adjustments to Net Pay | | | Current | YTD Amount |
| Hazwoper Cert | | | -100.00 | -100.00 |
| Net Pay | | | 2,473.87 | 3,567.98 |

MAR-29-2011 TUE 04:20 PM    SOUTHERN ENVIRONMENTAL    FAX No. 504 348 3309    P. 004/034

Southern Environmental of Louisiana, LLC
1945 Enterprise Dr.
Harvey, La 70058

Wence Flores
4021 Hessmer Ave
Apt 208
Metairie, LA 70002

| Employee Pay Stub | | Check number: 17563 | | | Pay Period: 06/21/2010 - 07/04/2010 | | Pay Date: 07/09/2010 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Wence Flores, 4021 Hessmer Ave, Apt 208, Metairie, LA 70002 | | | | | ***-**-0930 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wage | 80:00 | 13.00 | 1,040.00 | 2,800.00 |
| Overtime | 141:00 | 19.50 | 2,749.50 | 5,874.50 |
| | | | 3,788.50 | 8,274.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -451.00 | -803.00 |
| Social Security Employee | -234.95 | -513.02 |
| Medicare Employee | -54.95 | -119.98 |
| LA - Withholding | -118.97 | -240.89 |
| | -859.87 | -1,676.89 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Hazwoper Cert | | -100.00 |

| Net Pay | 2,929.63 | 6,497.61 |
|---|---|---|

**MAIL TO:**
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70804-9040
(225) 342-7565

1. Social Security No. _____0930

2. Date of Injury/Illness _____06-25-2010

Claim Number _____161578

## NOTICE OF PAYMENT

This form is to be completed by the Employer/Insurer and sent to the injured employee with the first check or within 10 days of suspension/modification and/or change to SEB. A copy must be sent to the Office of Workers' Compensation Administration within 10 days of the effective date.

3.   Purpose of Form (check one):

   [X] Payment   [ ] Modification   [ ] Suspension   [ ] Change to SEB

4.   Employee Name   **FLORES, WENCE**

5.   ___03-30-2011___
        Effective Date

6.   Part(s) of Body Injured   Right ANKLE(S),

7.   Nature of Injury   SPRAINS STRAINS TEARS,

8.   Compensation is paid as follows:

   [X]  A. Weekly payments of $ _____577.00_____ based on an average weekly wage of $ _____1,121.25_____ have begun.

   [ ]  B. Payments restarted at $ _____ per week.

   [ ]  C. Payments reduced by $ _____ due to:

   [ ] Social Security Benefits          [ ] Other Workers' Compensation Benefits
   [ ] Employer Disability Benefits      [ ] Unemployment Insurance Benefits
   [ ] Third Party Recovery              [ ] Refused Rehabilitation
   [ ] Other: _____

   [ ]  D. Permanent Partial Benefits of $ _____ will be paid for _____ weeks.

   [ ]  E. Supplemental Earnings Benefits of $ _____ will begin _____.
            The exact amount received weekly may vary.

   [ ]  F. Death Benefits have begun in the amount of $ _____ per week, representing _____ % of wages.

   [ ]  G. Payment suspended due to employee failing to cooperate.

   [ ]  H. Other reasons or explanations _____

9.   Submitted by:

| | |
|---|---|
| Preparer Name:   **EVIN BECK** | Employee Name:   **FLORES, WENCE** |
| Employer/Insurer:   LOUISIANA WORKERS' COMPENSATION CORPORATION | Employer:   SOUTHERN ENVIRONMENTAL OF LOUISIANA LLC |
| Address:   2237 S. ACADIAN THRUWAY SUITE 102 | Address:   1945 ENTERPRISE DR |
|               BATON ROUGE, LA 70808 |               HARVEY, LA 70058- |
| Phone:   225-924-7788 | Phone: |
| Employer/Insurer NCCI #   555555 | |

LDOL-WC-1002
REV. 1/98

MAIL TO:
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70807-9040
(225) 342-7565

██ - ██ - 0930
SOCIAL SECURITY NUMBER

06 - 25 - 2010
DATE OF INJURY/ILLNESS

**STOP PAYMENT FORM**

161578
CLAIM NUMBER

This form is sent by the Employer/Insurer to the injured worker and the OWC within 30 days of the closure of a case. An AMENDED COPY is required if the case re-opens or additional costs are incurred.

1.  **FLORES, WENCE** ██/1963        2.   11 - 30 - 2011
    (Employee)            (Date of Birth)         Date of this Notice

3.  **R ANKLE(S)**                    4.   11 - 30 - 2011
    Part/s of body injured                 Date Compensation Paid Through

5.  Purpose of Form: (Check One)
    ☐ Payment stopped-Employee working at equal or greater wage      ☐ Payment stopped-Maximum period for paying SEB has expired
    ☐ Payment stopped-Employee able to work at same or greater wage  ☐ Payment stopped-3rd Party recovery without notice
    ☒ Payment stopped-Lump sum/Compromise settlement approved        ☐ Ammend or correct prior 1003
    ☐ Other

6.  Length of Disability    46    Weeks  1    Days.
7.  Give ICD-9 Diagnostic code(s)  845.00  845.00  847.0    .
8.  Give CPT Procedure code(s)   99199   97110    8     .

9.  COSTS INCURRED FOR THIS CASE:

    A. Indemnity Benefits                                    D. Rehabilitation Expenses
    1. Temporary Total ................ $  26,624.44          1. Medical Rehabilitation ............. $   0.00
    2. Supplemental earnings ......... $   0.00              2. Vocational Rehabilitation ......... $  984.15
    3. Permanent partial ............. $   0.00              3. Labor Market Survey .............. $   0.00
    4. Permanent total ............... $   0.00              4. Evaluation ...................... $   0.00
    5. Death benefits ................ $   0.00              5. Other ........................... $   0.00
    6. Other benefits ................ $   0.00

    TOTAL INDEMNITY BENEFITS ........ $  26,624.44            TOTAL REHABILITATION EXPENSES ..... $  984.15
         (Add A. ITEMS 1-6)                                       (Add D. ITEMS 1-5)

    B. TOTAL SETTLEMENT AMOUNT .. $  10,000.00                E. TOTAL FUNERAL EXPENSES ......... $   0.00

    C. Medical Expenses                                      F. Legal Expenses
    1. Hospital ...................... $   0.00              1. Attorney Fees ................... $  5,482.40
    2. Physician ..................... $  5,824.25           2. Court Costs .................... $  537.90
    3. Diagnostic Test/Procedures .... $  1,206.13           3. Deposition Costs ............... $   0.00
    4. Prescription Drugs ............ $   0.00              4. Investigation Costs ............ $  1,352.00
    5. Transportation Costs .......... $   442.20            5. Penalties and Interest ......... $   0.00
    6. Independent Medical Exams ..... $   0.00              6. Administrative/Other Costs ..... $   0.00
    7. Occupational/Physical Therapy . $   566.10
    8. Other ......................... $   110.05

    TOTAL MEDICAL EXPENSES ......... $  8,148.73              TOTAL LEGAL EXPENSES .............. $  7,372.30
         (Add C. ITEMS 1-8)                                       (Add E. ITEMS 1-5)

                  G. 3RD PARTY RECOVERIES FOR COSTS .......... $   0.00
                     (NOT INCLUDED ABOVE)
                  H. TOTAL WORKERS' COMPENSATION COSTS .. $  53,129.62
                     (Add A-G)
                  I. BALANCE OF UNUSED RESERVES ............. $   0.00

Submitted by:
Preparer's Name:  **COURTNEY GRIFFIN**                    Employee:  **FLORES, WENCE**
Employer/Insurer: LOUISIANA WORKERS' COMPENSATION CORPORATION   Employer: SOUTHERN ENVIRONMENTAL OF LOUISIANA LLC
Address:  **2237 S. ACADIAN THRUWAY SUITE 102**           Address:  **1945 ENTERPRISE DR**
          **BATON ROUGE LA 70808-**                                 **HARVEY, LA 70058-**
Phone:    **(225) 924-7788**                             Phone:
Employer/Insurer NCCI Number:  **555555**

LDOL-WC-1003(REV. 1/98)

# Advanced Medical Care and Wellness Center

2424 Williams Boulevard
Kenner, Louisiana 70062
(504) 464-0719
(504) 464-0721 Fax



**Date & Time Patient Seen:**  08/01/2011 12:17

**Patient's Name:**  Wence Flores

**Date of Injury:**  06/25/2010

This is a follow-up visit for Mr. Flores. He was last seen a month ago. He most recently had seen Dr. Watermeier on 07/28/2011. He has been followed for his arthropathy of his right foot and right ankle. He restarted him back on Lodine and Ultram for the discomfort. He still has some residual swelling there and some stasis changes. On discussion with the family, he has been having some difficulty in controlling his diabetes and he is advised strongly to follow up with his diabetes clinic and keep tighter control of his diabetes. He indicates the neck and shoulder areas are improving somewhat with the medications and the Lodine. He still has intermittent stiffness but no radicular component.

PHYSICAL EXAMINATION:
He has about 1/5 tenderness along the paracervical and trapezius musculature with improved flexion, extension, and lateral rotation. No radicular component. He still has some slight swelling and pain with range of motion of the right ankle with some stasis changes and some early varicosities appreciated down to posterior calf area.

PLAN:
He most recently had Lodine and Ultram prescribed, but he is out of his muscle relaxants. We will add some Flexeril to take periodically every eight hours for the paracervical and trapezius muscle myalgias. He will continue on conservative care with Dr. Schween and Associates. He was advised to follow up with Dr. Watermeier for further management of this arthropathy of his ankle. He is to continue on with his anti-inflammatories. We provided him with a prescription for muscle relaxants. I will see him back in four weeks.

WORK STATUS:
Disabled.

Jerome Kurpel, M.D.

JK/aps/bmd/pta/ls

## PATIENT TREATMENT RECORD

**SUBJECTIVE ASSESMENT**

1. On the scale below, where would you rate your pain today?

   Please circle areas of pain

   <u>Rate your pain</u> from 0 to 10 each injured area
   0  no pain  1-2 slight  3-4 tolerable  5/6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any <u>New</u> symptoms or <u>CHANGES</u> in symptoms since your last visit.

_____

_____

PATIENT SIGNATURE _____     DATE _____

Right Side   Back   Front   Left Side

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS _____

---

### OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | | Fixations | | |
|---|---|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|---|
| T-1 | | | T-1 | | |
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|---|
| L-1 | | | L-1 | | |
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|---|
| Sac | | | Sac | | |
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders _____

_____

_____

_____

Attending Physician: _____

---

### FOR CLINICAL USE ONLY

Attending Physician: _____

JTM _____ ☐ Joint Mobilization

TA _____ ☐ PNF          ☐ McKenzie Cerv
☐ Kinetic exercise          ☐ Endurance  ☐ Tissue & Vascular enhancement
                             multiple regions
☐ Cox Flexion/Distraction    ☐ Stretching  ☐ Strenghtening  ☐ Joint Mobilization
                             ☐ ↓ disc pressure  ☐ ↑ ROM

TP _____ ☐ Manual Therapy          ☐ Myofascial Release

C _____ ☐ Cold pack          ☐ ↓ edema  ☐ Pain control
H _____ ☐ Heat pack          ☐ ↑ blood flow  ☐ muscle relaxation
ES _____ ☐ Interfer/Muscle Stim     ☐ Pain Control  ☐ Adhesion reduction
         ☐ C/S ☐ T/S ☐ L/S          ☐ Myo Spasm  ☐ Strenghtening
                                     ☐ Edema

U _____ ☐ Ultrasound          ☐ Vascular ↑  ☐ Pain Control  ☐ ↓ adhesions
                               ☐ ↓ edema

TR _____ ☐ Intersegmental          ☐ Joint mobilization multiple regions
         Rehab/Re-education          ☐ Reduction of disc pressure
                                     ☐ Stretching
                  ☐ FS                ☐ New CT  ☐ CTP
TR _____ ☐ Traction          ☐ Reduction of disc pressure
                               ☐ Cervical Spine _____ ☐ lbs
                               ☐ Lumbar Spine _____ ☐ lbs

NMR _____ ☐ Neuromuscular Re-ed     ☐ Muscular education
                               ☐ Pelvic/Sacral Blocking
                               ☐ PNF
                               ☐ Cerv Wedge (Cervical curve restoration)

TE _____ ☐ Rehab/Therap. Exerc.     ☐ Stretching  ☐ Strenghtening  ☐ ↑ Joint Function
         ☐ Abdominals  ☐ Back-Extn   ☐ Lat Pulls   ☐ Cerv ret/ext/hyp
         ☐ Seated Rows  ☐ Thoracic Rows     ☐ Back Machine
         ☐ Thoracic Extn _____  ☐ Ankle _____  ☐ Calf Stretches
         ☐ Wobble Chair/Board   ☐ Core I  II  III   ☐ Phases I  II  III
         ☐ Knee  ☐ Shoulder     ☐ Hurdlers ☐ Wall Stretches
         ☐ C/S Rom  ☐ L/S Rom  ☐ Bike _____  ☐ Wrist

☐ Exam/Re-exam
☐ X-ray
☐ MD Exam _____
☐ ADLH

right calf          band wear
stretches ankle

Other: _____

_____

_____

_____

## ADVANCED MEDICAL CARE & WELLNESS CENTER
### INJURED WORKERS CLINIC

| | |
|---|---|
| 56634 Bosworth St. | 2424 Williams Blvd., Ste A & B |
| Slidell, LA 70458 | Kenner, LA 70062 |
| Ph: 985- 641-2222 | Ph: 504-464-0719 |
| Fax: 985- 649-3864 | Fax: 504-464-0721 |

DATE: _8/1/11_

PATIENT: _Wence Flores_

Rx:

_Flexal 5_

_1 i to #1, Oba—_

_#60_

Refills _(0)_ NR

_Jerome Kurpel, M.D._

DEA# _____

## Advanced Medical Care and Wellness Center
2424 Williams Boulevard
Kenner, Louisiana 70062
(504) 464-0719
(504) 464-0721 Fax

**Date & Time Patient Seen:**   07/28/2011 14:04

**Patient's Name:**        Wence Flores

**Date of Injury:**        07/15/2010

A 58-year-old Hispanic male with continuing discomfort in his right ankle.  He is improving with that.  His main problems are medical with diabetes and hypertension and maybe cardiovascular disease.  He was given an air splint by the Daughters of Charity at the clinic for diabetes.  He is on metformin as well.

**PHYSICAL EXAMINATION:**
He is able to walk with less pain.  Air cast is removed.  There is +2 to +3 pedal and pretibial edema noted bilaterally.  Neurovascular status, however, is intact with good pedal and posterior tibialis pulses palpable.  There is some mild bruising ecchymosis of the medial aspect of the right ankle.  However, there is good dorsiflexion, plantar flexion, inversion, and eversion with mild discomfort.

Functional capacity exam was reviewed and the patient is available for what appears to be light-to-moderate activity level.

**CLINICAL IMPRESSION:**
Traumatic arthropathy of the right foot and ankle.

**RECOMMENDATION:**
Recommendation is that he continues with therapy on a regular basis.  He was given medication of Lodine antiinflammatory and Ultram for pain, #60. He is strongly urged to return to the Daughters of Charity Clinic for medical evaluation and follow-up and return to orthopedic clinic in eight weeks.


                                        John J. Watermeier, M.D.

JJW/aps/bmd/f

## PATIENT TREATMENT RECORD

**SUBJECTIVE ASSESMENT**

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0 no pain  1-2 slight  3-4 tolerable  5-6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any New symptoms or CHANGES in symptoms since your last visit.

_____

_____

PATIENT SIGNATURE _____

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS _____

**Please circle areas of pain**

Right Side    Back    Front    Left Side

DATE _____

---

### OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | Lt | Rt | Fixations | Lt | Rt |
|---|---|---|---|---|---|
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |
| T-1 | | | T-1 | | |
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |
| L-1 | | | L-1 | | |
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |
| Sac | | | Sac | | |
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders _____

_____

_____

Attending Physician: _____

---

**FOR CLINICAL USE ONLY**

Attending Physician: _____

JTM _____ ☐ Joint Mobilization

TA _____ ☐ PNF   ☐ McKenzie Cerv
☐ Kinetic exercise   ☐ Endurance  ☐ Tissue & Vascular enhancement multiple regions
☐ Cox Flexion/Distraction   ☐ Stretching  ☐ Strenghening  ☐ Joint Mobilization
☐ ↓ disc pressure  ☐ ↑ ROM

TP _____ ☐ Manual Therapy   ☐ Myofascial Release

C _____ ☐ Cold pack   ☐ ↓ edema  ☐ Pain control
H _____ ☐ Heat pack   ☐ ↑ blood flow  ☐ muscle relaxation
ES _____ ☐ Interfer/Muscle Stim   ☐ Pain Control  ☐ Adhesion reduction
☐ C/S  ☐ T/S  ☐ L/S   ☐ Myo Spasm  ☐ Strenghtening
☐ Edema

U _____ ☐ Ultrasound   ☐ Vascular ↑  ☐ Pain Control  ☐ ↓ adhesions
☐ ↓ edema

TR _____ ☐ Intersegmental   ☐ Joint mobilization multiple regions
Rehab/Re-education   ☐ Reduction of disc pressure
☐ Stretching
☐ FS   ☐ New CT  ☐ CTP
TR _____ ☐ Traction   ☐ Reduction of disc pressure
☐ Cervical Spine _____ lbs
☐ Lumbar Spine _____ lbs

NMR _____ ☐ Neuromuscular Re-ed   ☐ Muscular education
☐ Pelvic/Sacral Blocking
☐ PNF
☐ Cerv Wedge (Cervical curve restoration)

TE _____ ☐ Rehab/Therap. Exerc.   ☐ Stretching  ☐ Strenghtening  ☐ ↑ Joint Function
☐ Abdominals _____ ☐ Back-Extn _____ ☐ Lat Pulls _____ ☐ Cerv re/ext/hyp
☐ Seated Rows _____ ☐ Thoracic Rows _____ ☐ Back Machine
☐ Thoracic Extn _____ ☐ Ankle _____ ☐ Calf Stretches
☐ Wobble Chair/Board _____ ☐ Core I  II  III _____ ☐ Phases I  II  III
☐ Knee _____ ☐ Shoulder _____ ☐ Hurdler _____ ☐ Wall Stretches
☐ C/S Rom  ☐ L/S Rom  ☐ Bike _____ ☐ Wrist

☐ Exam/Re-exam
☐ X-ray
☐ MD Exam/Re-exam
☐ ADLH

Other _____

_____

## PATIENT TREATMENT RECORD

### SUBJECTIVE ASSESSMENT

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0  no pain  1-2 slight  3-4 tolerable  5-6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any **New** symptoms or **CHANGES** in symptoms since your last visit.

_____
_____
_____

PATIENT SIGNATURE _____  DATE _____

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS _____

Please circle areas of pain

Right Side   Back   Front   Left Side

### OBJECTIVE FINDINGS

(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| | Tenderness/ Muscle Spasm | | Fixations | |
|---|---|---|---|---|
| | Lt | Rt | Lt | Rt |
| Occ | | | Occ | |
| C-1 | | | C-1 | |
| C-2 | | | C-2 | |
| C-3 | | | C-3 | |
| C-4 | | | C-4 | |
| C-5 | | | C-5 | |
| C-6 | | | C-6 | |
| C-7 | | | C-7 | |

| | | | | |
|---|---|---|---|---|
| T-1 | | | T-1 | |
| T-2 | | | T-2 | |
| T-3 | | | T-3 | |
| T-4 | | | T-4 | |
| T-5 | | | T-5 | |
| T-6 | | | T-6 | |
| T-7 | | | T-7 | |
| T-8 | | | T-8 | |
| T-9 | | | T-9 | |
| T-10 | | | T-10 | |
| T-11 | | | T-11 | |
| T-12 | | | T-12 | |

| | | | | |
|---|---|---|---|---|
| L-1 | | | L-1 | |
| L-2 | | | L-2 | |
| L-3 | | | L-3 | |
| L-4 | | | L-4 | |
| L-5 | | | L-5 | |

| | | | | |
|---|---|---|---|---|
| Sac | | | Sac | |
| PSIS | | | PSIS | |
| PHS | | | PHS | |
| Other | | | Other | |

Comments/Orders _____
_____
_____

Attending Physician: _____

---

### FOR CLINICAL USE ONLY

Attending Physician: _____

JTM ____ ☐ Joint Mobilization

TA ____ ☐ PNF          ☐ McKenzie Cerv
☐ Kinetic exercise     ☐ Endurance  ☐ Tissue & Vascular enhancement multiple regions
☐ Cox Flexion/Distraction  ☐ Stretching  ☐ Strenghtening  ☐ Joint Mobilization
☐ ↓ disc pressure  ☐ ↑ ROM

TP ____ ☐ Manual Therapy     ☐ Myofascial Release

C ____ ☐ Cold pack      ☐ ↓ edema  ☐ Pain control
H ____ ☐ Heat pack      ☐ ↑ blood flow  ☐ muscle relaxation
ES ____ ☐ Interfer/Muscle Stim  ☐ Pain Control  ☐ Adhesion reduction
☐ C/S ☐ T/S ☐ L/S      ☐ Myo Spasm  ☐ Strenghtening
☐ Edema

U ____ ☐ Ultrasound     ☐ Vascular ↑  ☐ Pain Control  ☐ ↓ adhesions
☐ ↓ edema _____

TR ____ ☐ Intersegmental  ☐ Joint mobilization multiple regions
Rehab/Re-education  ☐ Reduction of disc pressure
☐ Stretching
☐ FS  ☐ New CT  ☐ CTP
TR ____ ☐ Traction     ☐ Reduction of disc pressure
☐ Cervical Spine _____ ☐ lbs.
☐ Lumbar Spine _____ ☐ lbs.

NMR ____ ☐ Neuromuscular Re-ed  ☐ Muscular education
☐ Pelvic/Sacral Blocking
☐ PNF
☐ Cerv Wedge (Cervical curve restoration)
TE ____ ☐ Rehab/Therap. Exerc.  ☐ Stretching  ☐ Strenghtening  ☐ ↑ Joint Function
☐ Abdominals _____ ☐ Back-Extn _____ ☐ Lat Pulls _____ ☐ Cerv ret/ext/hyp
☐ Seated Rows _____ ☐ Thoracic Rows _____ ☐ Track Machine
☐ Thoracic Extn _____ ☐ Ankle _____ ☐ Calf Stretches
☐ Wobble Chair/Board  ☐ Core I  II  III  ☐ Phases I  II  III
☐ Knee _____ ☐ Shoulder _____ ☐ Hurdler  ☐ Wall Stretches
☐ C/S Rom  ☐ L/S Rom  ☐ Bike _____ ☐ Wrist _____
☐ Exam/Re-exam
☐ X-ray
☐ MD Exam/Re-exam
☐ ADUL

Other _____
_____
_____

# PATIENT TREATMENT RECORD

## SUBJECTIVE ASSESMENT

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0 no pain  1-2 slight  3-4 tolerable  5-6 moderate  7(8) severe  9 crying  10 hospital

2. Please describe any New symptoms or CHANGES in symptoms since your last visit.

_____
_____
_____

PATIENT SIGNATURE _____  DATE 5/14/11

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS _____

**Please circle areas of pain**

Right Side    Back    Front    Left Side

---

## FOR CLINICAL USE ONLY

Attending Physician: _____

### OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | | Fixations | | |
|---|---|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |

| | | | | | |
|---|---|---|---|---|---|
| T-1 | | | T-1 | | |
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |

| | | | | | |
|---|---|---|---|---|---|
| L-1 | | | L-1 | | |
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |

| | | | | | |
|---|---|---|---|---|---|
| Sac | | | Sac | | |
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders _____
_____
_____

Attending Physician: _____

JTM _____ ☐ Joint Mobilization _____

TA _____ ☐ PNF          ☐ McKenzie:Cerv
          ☐ Kinetic exercise    ☐ Endurance ☐ Tissue & Vascular enhancement
                                  multiple regions
          ☐ Cox Flexion/Distraction  ☐ Stretching ☐ Strenghtening ☐ Joint Mobilization
          ☐ ↓ disc pressure  ☐ ↑ ROM _____

TP _____ ☐ Manual Therapy   ☐ Myofascial Release

C _____ ☐ Cold pack     ☐ ↓ edema ☐ Pain control
H _____ ☐ Heat pack     ☐ ↑ blood flow ☐ muscle relaxation
ES _____ ☐ Interfer/Muscle Stim  ☐ Pain Control ☐ Adhesion reduction
          ☐ C/S ☐ T/S ☐ L/S    ☐ Myo Spasm ☐ Strenghtening
                                  ☐ Edema

U _____ ☐ Ultrasound     ☐ Vascular ↑ ☐ Pain Control ☐ ↓ adhesions
                                  ☐ ↓ edema _____

TR _____ ☐ Intersegmental   ☐ Joint mobilization multiple regions
          Rehab/Re-education  ☐ Reduction of disc pressure
                              ☐ Stretching
                              ☐ New CT ☐ CTP
TR _____ ☐ Traction        ☐ Reduction of disc pressure
                              ☐ Cervical Spine _____ ☐ lbs
                              ☐ Lumbar Spine _____ ☐ lbs

NMR _____ ☐ Neuromuscular Re-ed  ☐ Muscular education
          ☐ Pelvic/Sacral Blocking
          ☐ PNF
          ☐ Cerv Wedge (Cervical curve restoration)

TE _____ ☐ Rehab/Therap. Exerc.  ☐ Stretching ☐ Strenghtening ☐ ↑ Joint Function
          ☐ Abdominals _____ ☐ Lat Pulls _____ ☐ Cerv Isof/ext/hyp
          ☐ Seated Rows _____ ☐ Thoracic Rows _____ ☐ Back Machine
          ☐ Thoracic Extn _____ ☐ Ankle _____ ☐ Calf Stretches
          ☐ Wobble Chair/Board ☐ Core I  II  III  ☐ Phases I  II  III
          ☐ Knee _____ ☐ Shoulder _____ ☐ Hurdles ☐ Wall Stretches
          ☐ C/S Rom ☐ L/S Rom ☐ Bike _____ ☐ Wrist _____
          ☐ Exam/Re-exam
          ☐ X-ray
          ☐ MD Exam/Re-exam
          ☐ ADLH

Other: _____
_____
_____
_____

05248

# PATIENT TREATMENT RECORD

**SUBJECTIVE ASSESMENT**

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0 no pain  1-2 slight  3-4 tolerable  5-6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any New symptoms or CHANGES in symptoms since your last visit.

Please circle areas of pain

Right Side : Back : Front : Left Side

PATIENT SIGNATURE_____  DATE 7/19/11

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS_____

## OBJECTIVE FINDINGS
(KEY: 1= mild 2= moderate 3= severe 4= tenderness)

| Tenderness/Muscle Spasm | | | Fixations | | |
|---|---|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |
| T-1 | | | T-1 | | |
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |
| L-1 | | | L-1 | | |
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |
| Sac | | | Sac | | |
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders_____

Attending Physician:_____

## FOR CLINICAL USE ONLY

Attending Physician:_____

JTM___ Joint Mobilization
TA___ □ PNF   □ McKenzie Cerv
□ Kinetic exercise   □ Endurance □ Tissue & Vascular enhancement multiple regions
□ Cox Flexion/Distraction   □ Stretching □ Strenghtening □ Joint Mobilization
□ ↓ disc pressure □ ↑ ROM
TP___ □ Manual Therapy   □ Myofascial Release
C___ □ Cold pack   □ ↓ edema □ Pain control
H___ □ Heat pack   □ ↑ blood flow □ muscle relaxation
ES___ □ Interfer/Muscle Stim   □ Pain Control □ Adhesion reduction
□ C/S □ T/S □ L/S   □ Myo Spasm □ Strenghtening
□ Edema
U___ □ Ultrasound   □ Vascular ↑ □ Pain Control □ ↓ adhesions
□ ↓ edema
TR___ □ Intersegmental   □ Joint mobilization multiple regions
Rehab/Re-education   □ Reduction of disc pressure
□ Stretching
□ FS   □ New CT □ CTP
TR___ □ Traction   □ Reduction of disc pressure
□ Cervical Spine_____ lbs
□ Lumbar Spine_____ lbs
NMR___ □ Neuromuscular Re-ed   □ Muscular education
□ Pelvic/Sacral Blocking
□ PNF
□ Cerv Wedge (Cervical curve restoration)
TE___ □ Rehab/Therap. Exerc.   □ Stretching □ Strenghtening □ ↑ Joint Function
□ Abdominals   □ Back-Extn   □ Lat Pulls   □ Cerv ret/ext/hyd
□ Seated Rows   □ Thoracic Rows   □ Back Machine
□ Thoracic Extn   □ Ankle   □ Calf Stretches
□ Wobble Chair/Board   □ Core I II III   □ Phases I II III
□ Knee   □ Shoulder   □ Hurdler □ Wall Stretches
□ C/S Rom   □ L/S Rom   □ Bike   □ Wrist
□ Exam/Re-exam
□ X-ray
□ MD Exam/Re-exam
□ ADL

Other:_____

## PATIENT TREATMENT RECORD

**SUBJECTIVE ASSESMENT**

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0  no pain  1-2 slight  3-4 tolerable  5/6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any New symptoms or CHANGES in symptoms since your last visit.

_____

_____

_____

**Please circle areas of pain**

Right Side     Back     Front     Left Side

PATIENT SIGNATURE _____  DATE 7/28/__

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS

---

### OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | | Fixations | |
|---|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |

| T-1 | | | T-1 | | |
|---|---|---|---|---|---|
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |

| L-1 | | | L-1 | | |
|---|---|---|---|---|---|
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |

| Sac | | | Sac | | |
|---|---|---|---|---|---|
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders _____

_____

_____

Attending Physician: _____

---

**FOR CLINICAL USE ONLY**

Attending Physician: _____

JTM _____ □ Joint Mobilization _____

TA _____ □ PNF              □ McKenzie Cerv
        □ Kinetic exercise      □ Endurance  □ Tissue & Vascular enhancement
                                 multiple regions
        □ Cox Flexion/Distraction  □ Stretching □ Strenghtening □ Joint Mobilization
                                 □ ↓ disc pressure  □ ↑ ROM

TP _____ □ Manual Therapy        □ Myofascial Release

C _____ □ Cold pack          □ ↓ edema  □ Pain control
H _____ □ Heat pack          □ ↑ blood flow  □ muscle relaxation
ES _____ □ Interfer/Muscle Stim   □ Pain Control  □ Adhesion reduction
        □ C/S  □ T/S  □ L/S     □ Myo Spasm  □ Strenghtening
                                 □ Edema

U _____ □ Ultrasound          □ Vascular ↑  □ Pain Control  □ ↓ adhesions
                                 □ ↓ edema

TR _____ □ Intersegmental       □ Joint mobilization multiple regions
        Rehab/Re-education      □ Reduction of disc pressure
                                 □ Stretching
                 □ FS             □ New CT  □ CTP
TR _____ □ Traction             □ Reduction of disc pressure
                                 □ Cervical Spine _____ □ lbs.
                                 □ Lumbar Spine _____ □ lbs.

NMR _____ □ Neuromuscular Re-ed  □ Muscular education
                                 □ Pelvic/Sacral Blocking
                                 □ PNF
                                 □ Cerv Wedge (Cervical curve restoration)

#15 □ Rehab/Therap. Exerc.   □ Stretching  □ Strenghtening  □ ↑ Joint function
        □ Abdominals  □ Back Extn  □ Lat Pulls  □ Cerv ret/ext/hyp
        □ Seated Rows  □ Thoracic Rows  □ Back Machine
        □ Thoracic Extn  □ Ankle 2x/S  □ Calf Stretches
        □ Wobble Chair/Board  □ Core I  II  III  □ Phases I  II  III
        □ Knee _____ □ Shoulder _____ □ Hurdlers  □ Wall Stretches
        □ C/S Rom  □ L/S Rom  □ Bike _____ □ Wrist
□ Exam/Re-exam
□ X-ray
□ MD Eval
□ ADLH

right calf    Band exercises
              Stretches ankle

Other _____

_____

_____

## PATIENT TREATMENT RECORD

**SUBJECTIVE ASSESMENT**

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0 no pain  1-2 slight  3-4 tolerable  5-6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any New symptoms or CHANGES in symptoms since your last visit.

_____

_____

Please circle areas of pain

Right Side     Back     Front     Left Side

PATIENT SIGNATURE _____    DATE 7/29/__

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS _____

### OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | | Fixations | | |
|---|---|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |

| T-1 | | | T-1 | | |
|---|---|---|---|---|---|
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |

| L-1 | | | L-1 | | |
|---|---|---|---|---|---|
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |

| Sac | | | Sac | | |
|---|---|---|---|---|---|
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders _____

_____

_____

Attending Physician: _____

---FOR CLINICAL USE ONLY:---

Attending Physician: _____

JTM ___ □ Joint Mobilization

TA ___ □ PNF  □ McKenzie Cerv
□ Kinetic exercise  □ Endurance □ Tissue & Vascular enhancement
multiple regions _____
□ Cox Flexion/Distraction  □ Stretching □ Strenghtening □ Joint Mobilization
□ ↓ disc pressure  □ ↑ ROM ___

TP ___ □ Manual Therapy      □ Myofascial Release ___

C ___ □ Cold pack  □ ↓ edema  □ Pain control
H ___ □ Heat pack  □ ↑ blood flow  □ muscle relaxation
ES ___ □ Interfer/Muscle Stim  □ Pain Control  □ Adhesion /reduction
□ C/S  □ T/S □ L/S  □ Myo Spasm  □ Strenghtening
□ Edema ___

U ___ □ Ultrasound  □ Vascular ↑  □ Pain Control □ ↓ adhesions
□ ↓ edema ___

TR ___ □ Intersegmental  □ Joint mobilization multiple regions
Rehab/Re-education  □ Reduction of disc pressure ___
□ Stretching ___
□ FS  □ New CT □ CTP
TR ___ □ Traction  □ Reduction of disc pressure
□ Cervical Spine ___ lbs.
□ Lumbar Spine ___ lbs.

NMR ___ □ Neuromuscular Re-ed  □ Muscular education ___
□ Pelvic/Sacral Blocking ___
□ PNF ___
□ Cerv Wedge (Cervical curve restoration) ___

TE ___ □ Rehab/Therap. Exerc.  □ Stretching □ Strenghtening □ ↑ Joint Function.
□ Abdominals  □ Back-Extn  □ Lat Pulls  □ Cerv reflex/Hyp ___
□ Seated Rows  □ Thoracic Rows  □ Back Machine ___
□ Thoracic Extn  □ Ankle  □ Calf Stretches ___
□ Wobble Chair/Board  □ Core I  II  III  □ Phases I  II  III ___
□ Knee ___ □ Shoulder ___ □ Hurdlers □ Wall Stretches
□ C/S Rom  □ L/S Rom  □ Bike  □ Wrist ___
□ Exam/Re-exam
□ X-ray
□ MD Exam/Re-exam
□ ADLH

Other _____

_____

_____



**CRESCENT CITY**
**PHYSICAL THERAPY**

**TO: Dr. John Watermeier**
**Mr. Wence Flores**
**Mr. Evin Beck**
**Mr. Miguel Elias**

Thank you for your referral of Mr. Wence Flores for a Functional Capacity Evaluation. Testing was conducted on 06/28/2011 and 0629/2011. The FCE was originally scheduled on 06/28/2011 and 06/30/2011; however, FCE Day 2 was rescheduled to 06/29/2011 to accommodate Mr. Flores who had a conflicting appointment.

**Enclosed are the FCE results.**

Client's primary language is Spanish therefore a Spanish speaking CCPT employee assisted Physical Therapist, Arthur Kirsch, with translation throughout the 2 Day FCE.

Client wore a Right Aircast Air Ankle Stirrup Brace during all activities on FCE Day 1. Client was not wearing the Aircast ankle brace when he arrived for FCE Day 2 and when questioned by the Physical Therapist about the brace, Client stated that his wife brought him to the testing, then left with his vehicle where he had left the ankle brace. Following FCE Day 2 Client was observed walking to his previously parked vehicle, he got in and drove away.

**Level of Effort:**
Client demonstrated Full Effort on 14 of 14 tests on FCE Day 1.
On FCE Day 2 Client Self-Restricted on Walking and Standing testing. Patient ambulated with right hip externally rotated and decrease in gait speed and "step-to" gait pattern that was observed to improve as he ambulated longer distances where he demonstrated "step-through" gait pattern. Additionally on FCE Day 2, Client Self-Restricted all other standing and walking, including additional testing that involved standing and walking due to reported right ankle pain. Client refusal to perform the remaining portion of the testing on Day 2, including Hand Coordination Activities did not allow full assessment of standing and walking ability on FCE Day 2 and coordination of results FCE Day 1 with FCE Day 2.

**Consistency:**
Client demonstrated Consistency in 9 of 27 tests. Unable to determine Consistency for 16 of 27 tests because Client refused much of the testing on FCE Day 2. Client demonstrated Inconsistency between FCE Day 1 and FCE Day 2 related to Standing and Walking. On FCE Day 1 Client stood for two (2) hours without requiring and/or requesting a sitting break. On FCE Day 2 Client was stated that he was unable to Stand and Walk for more than 5 minutes or 500 feet and refused to perform the remaining portion of Day 2 testing including Hand Coordination Activities, thus limited testing does not allow full 2 Day assessment including Hand Coordination Activities that would have been performed in standing. Due to significant inconsistency of demonstrated by Client on FCE Day 2 in Walking and Standing, Client's Walking and Standing ability on page 2 of this report is based on Client performance during FCE Day 1.

**Capabilities:**
Client demonstrated Strength at the Heavy Level Work Category based on: Lift-Carry, Floor to Waist Lift and Waist to Shoulder lift.

From:CRSCENT UPTOWN               5048915676               07/13/2011 15:18 #132 P.003/010

Client is able to Stand and Walk Constantly based on the FCE results. After standing for two (2) hours, Client should work in a seated position for 10 - 20 minutes, then return to standing work.
Client is able to Climb Stairs Constantly based on the FCE results. Client should Self-Select use of hand rails when going up/down stairs.
Client is able to sit Constantly based on the FCE results. Client should Self-Select performance of right ankle range of motion while Sitting.

Thank you for your referral of Wence Flores for FCE.   Please call me should you have any additional questions regarding the results of this test.

_____

**Arthur Kirsch MPT, OCS**
**Crescent City Physical Therapy**
**2633 Napoleon Avenue Suite 615**
**New Orleans, La. 70115**

7-13-11
_____
**Date**

: From:CRSCENT UPTOWN              5048915676              07/13/2011 15:18 #132 P.004/010

| Client: | Wence Flores | | |
|---|---|---|---|
| Report Date: | 06/29/2011 | Evaluation Date: | 06/28/2011 |
| Address: | 4021 Hessmer Avenue  # 208      Metairie | | LA 70002 |
| Phone: | 504-704-7086 | | |

| ABILITIES | OCCASIONALLY 1-33% | FREQUENTLY 34-66% | CONSTANTLY 67-100% | Functional Consideration/ Issues |
|---|---|---|---|---|
| 1. Lift-Carry | 65 lbs | 45 lbs | 25 lbs | |
| 2. From floor | 75 lbs | 45 lbs | 10 lbs | |
| 3. To shoulder | 75 lbs | 45 lbs | 10 lbs | |
| 4. Push/Pull | 78/100 lbs | 39/50 lbs | 20/25 lbs | |
| 5. Hand Grip (R/L) | 93/77 lbs | 47/39 lbs | 24/20 lbs | |
| 6. Pinch Grip (3 pt) (R/L) | 20/18 lbs | 10/9 lbs | 5/5 lbs | |
| 7. Hand Coordination | | | X | |
| 8. Sit | | | X | Client should Self-Select performing range of motion, right ankle, during Sitting activities. |
| 9. Stand-Walk | | | X | After Standing for 2 hours, Client should Sit for 10 – 20 minutes, then return to Standing activities |
| 10. Bend-Reach | | | X | |
| 11. Low Level Activity | | | X | |
| 12. Elevated Activity | | | X | |
| 13. Climb Stairs | | | X | Client should Self-Select use of hand rails for stairs. |
| 14. Ladder | | | X | |

Note:  *:  Activity Client willing to perform, however Self-Restricted before Maximum could be determined
      R:  Refusal to perform activity
      O: Tested but Unable

(Estimate for an 8 hour work shift) Ergonomic conditions including breaks must apply.

**Effort Rating:**
          Gave Full Effort        14 of 14 tests FCE Day 1 & 0 of 14 tests FCE Day 2
          Self-Restricted         0 tests FCE Day 1 & 1 of 14 tests FCE Day 2
          Refused to Perform      0 tests FCE Day 1 & 13 of 14 tests FCE Day 2
**Consistency:**  Consistent Performance demonstrated on 9 of 9 tests FCE Day 1 & 18 tests FCE Day 2
**Status:**      Client demonstrated Strength in the Heavy Work Level Category based on:
          Lift-Carry, Floor to Waist Lift, and the Waist to Shoulder Lift.

| Evaluator Signature | : | | Date: | 7-13-11 |
|---|---|---|---|---|

© Copyright DSI Work Solutions, Inc, 2004

1

From:CRSCENT UPTOWN          5048915676          07/13/2011 15:19 #132 P.005/010

# HISTORY: FCE

| Name: | Wence Flores | | | | |
|---|---|---|---|---|---|
| Address: | 4021 Hessmer Avenue   # 208 | | | | |
| City: | Metairie | State: | LA | Zip: | 70002 |
| Home Phone: | 504-704-7086 | | | | |
| Referred By: | Dr. John Watermeier | | | | |

Physician:   Dr. John Watermeier

Diagnosis:   Pain in Joint, Ankle Right        719.47

Medications: Tylenol, Insulin

Recent or pertinent surgeries: None

Functional abilities and restrictions current:  Client reports ability to stand and walk for 2 hours, then swelling and pain begins in R ankle.  Client reports limitations in other activities include: lifting, stair climbing, climbing ladders, and carrying.

Symptoms and discomfort: Pain reported by Client in right anterior and posterior ankle and plantar surface of right foot.  Client also reports pain in left shoulder with lifting and overhead reaching.

Work Status: Not Working

| Date of Injury Report: | 07/15/2010 |
|---|---|
| Total Time off Work Since Injury Report: | 5 Days |
| Total Time Modified or Light Duty Since Report: | 4 Months |
| Total Time Working Full Duty Since Report: | None |

Client reports that he fell in a hole when performing weed-eating activity at work.

2

Employer at Time of Injury:          Southern Environmental of Louisiana
                                     416 Commerce Street
                                     New Orleans, LA   70123

Job at Time of Injury: Carpenter/Laborer

Type of Job at Injury:

    ☒ Lift Under 10#
    ☒ Lift 10-20#
    ☒ Lift 20-50#
    ☒ Lift Above 50#
    ☒ Lifted at Waist Level
    ☒ Lifted at Shoulder Level
    ☒ Lifted from Floor

    ☒ Mostly Standing/Walking Job
    ☐ Mostly Sitting Job
    ☐ Mixed Sit/Stand/Walk

Payment Source:

    ☒ Workers Compensation or FELA
    ☐ Health Insurance
    ☐ Disability Insurance
    ☐ Attorney
    ☐ Self-Pay
    ☐ Other

© Copyright DSI Work Solutions, Inc., 2004

3

From:CRSCENT UPTOWN          5048915676          07/13/2011 15:19 #132 P.007/010

# CONSISTENCY RATING SUMMARY:
## DAY ONE

| ITEM | CONSISTENT | RATING | |
|---|---|---|---|
| | | YES | NO |
| 1. Low Level Activity | Between Trial 1 and 2 | X | |
| 2. Push | Between Average Push 1 and 2 (Within 20%) | X | |
| 3. Pull | Between Average Pull 1 and 2 (Within 20%) | X | |
| 4. Vertical Lifts-Floor | First Two of Second Trial are the Same as Last 2 of First Trial. (HR and effort level) | X | |
| 5. Vertical Lifts-Shoulder | First Two of Second Trial are the Same as Last 2 of First Trial. (HR and effort level) | X | |
| 6. Lift/Carry | Max should be within 20% of First Max | X | |
| 7. Sit | Compare History and Physical with Sit Test | X | |
| 8. R Hand Grip | Bell Shaped Curve | X | |
| 9. L Hand Grip | Bell Shaped Curve | X | |
| Score:9 out of 9 | | | |

© Copyright DSI Work Solutions, Inc., 2004

4

# CONSISTENCY RATING SUMMARY:
## DAY TWO

**Client refused (R) all portions of FCE Day 2 testing except Stand and Walk test; therefore, 16 of 18 tests were not performed/measured.**

| CONSISTENT | YES | NO |
|---|---|---|
| 1-9. Score from 9 items on Second Day (Use One Day Rating Sheet) | | |
| 10. Walk: 2-Day Comparison | | X |
| 11. Lift-Carry Maximum: Within 20% (or 5# if max in below 25) | R | R |
| 12. Push Average: Within 20% (or 5# if max is below 25) | R | R |
| 13. Pull Average: Within 20% (or 5# if max is below 25) | R | R |
| 14. Floor to Center Lift: Within 20% (or 5# if max is below 25) | R | R |
| 15. Waist to Shoulder Lift: Within 20% (or 5# if max is below 25) | R | R |
| 16. Low Level Activity | R | R |
| 17. Sit | R | R |
| 18. R Hand Grip within 20% | R | R |
| 19. L Hand Grip within 20% | R | R |
| 20. R Hand Pinch within 20% | R | R |
| 21. L Hand Pinch within 20% | R | R |
| 22. R Hand Coordination within 20% | R | R |
| 23. L Hand Coordination within 20% | R | R |
| 24. Stand | | X |
| 25. Bend-Reach | R | R |
| 26. Elevated Reach | R | R |
| 27. Stair Climb | R | R |
| Total: 9 of 27 Consistent: | | |

1. Consider this as demonstrating Consistency with scores of 24 or higher.

© Copyright DSI Work Solutions, Inc., 2004

5

# FCE
## PHYSICAL EXAMINATION

| Physical Date: | 06/28/2011 | |
|---|---|---|
| Blood Pressure: | 156/74 | |
| Resting Heart Rate: | 58 | |

| Body Part | Specifics | Strength and Motion Rating |
|---|---|---|
| Neck | 50° Flexion          R Rot 60°<br>60° Extension      L Rot 60°<br>RSB 45°<br>LSB 45° | ☒ Within Normal Limits<br>☐ Limit in motion<br>☐ Limited by weakness |
| Back | 50° Flexion<br>30° Extension<br>RSB 30°<br>LSB 30° | ☐ Within Normal Limits<br>☒ Limit in motion<br>☐ Limited by weakness |
| R-Upper Extremity | Shoulder: 140°    Flexion      4+/5<br>              165°    Abduction  4+/5<br>Elbow:     4+/5<br>Wrist:      4+/5 | ☐ Within Normal Limits<br>☒ Limit in motion<br>☒ Limited by weakness |
| L- Upper Extremity<br>*Noted cogwheel during left shoulder manual muscle testing | Shoulder: 125°    Flexion      4-/5<br>              135°    Abduction  4-/5<br>Elbow:     4+/5<br>Wrist:      4+/5 | ☐ Within Normal Limits<br>☒ Limit in motion<br>☒ Limited by weakness |
| R-Lower Extremity<br>*Noted cogwheel during ankle manual muscle testing | Hip:        Flexion      4-/5<br>              Abduction  3+/5<br>              Extension   3/5<br>Ankle: -2°  Dorsiflexion 4-/5<br>          35° Inversion 4-/5<br>          15° Eversion  4-/5 | ☐ Within Normal Limits<br>☒ Limit in motion<br>☒ Limited by weakness |
| L-Lower Extremity | Hip :        Flexion      4/5<br>              Abduction 4/5<br>              Extension 4/5<br>Ankle:  0°   Dorsiflexion 5/5<br>          35° Inversion 5/5<br>          15° Eversion 5/5 | ☐ Within Normal Limits<br>☒ Limit in motion<br>☒ Limited by weakness |

| EVALUATOR: | | DATE: | 7-13-11 |
|---|---|---|---|

6

**Foot/Ankle Volumetric Measurement:**

| | | |
|---|---|---|
| Before FCE Day 1 testing: | Right 1530 ML | Left 1485 ML |
| After FCE Day 1 testing: | Right 1490 ML | Left 1450 ML |
| Before FCE Day 2 testing: | Right 1500 ML | Left 1425 ML |
| After FCE Day 2 testing: | Right 1425 ML | Left 1415 ML |

Bilateral overpronation in standing.

## Summary:

Client with decrease in bilateral shoulder range of motion and strength, Left worse than the Right.

Client with decrease in bilateral lower extremity strength, Right worse than Left.

Client with decrease in bilateral ankle range of motion and strength, Right slightly worse than Left.

Inconsistencies noted in manual muscle testing between testing bilateral shoulders and bilateral ankles compared to unilateral testing. When each shoulder and ankle tested the right shoulder and the left ankle were found to be 4+/5 to 5/5 strength; however, when tested bilaterally, Client strength in right shoulder and left ankle were found to be 4/5 to 4-/5.

Client with increased swelling, right foot and ankle when compared to the left; however swelling observed to decrease with activity. Contrary to Client report of increased swelling with prolonged standing, objective measurements demonstrate decrease in swelling with prolonged standing.

Functional limitations in FCE are related to the following physical findings:

| Test Item | Physical – Functional Findings |
|---|---|
| Lift Carry | Decrease  Strength BUE |
| Floor to waist | Decrease  Strength BLE |
| Stand and Walk | Decrease  Standing, right ankle and Self-Restricted activity. |

© Copyright DSI Work Solutions, Inc., 2004

7

# Advanced Medical Care and Wellness Center

2424 Williams Boulevard
Kenner, Louisiana 70062
(504) 464-0719
(504) 464-0721 Fax

**Date & Time Patient Seen:**   06/27/2011 16:17

**Patient's Name:**       Wence Flores

**Date of Injury:**       06/25/2010

This is a follow-up visit for Mr. Flores. He was last seen by myself on 03/25/2011. In the interim, he had been followed up with Dr. Watermeier, last seen on 05/24/2011. He was diagnosed to have some residual right ankle arthropathy and pain. Dr. Watermeier had requested prior functional capacity studies for evaluation of his work status, those have not been scheduled. We have also requested a MRI of the right ankle and of the left shoulder, those have not been completed. He has indicated that his neck and left trapezius musculature is much improved with occasional rare ache and stiffness, but improved range of motion, and no radicular component with no instability. He is still having continued pain in the right lateral aspect of the ankle and the posterior aspect along the Achilles tendon with intermittent spasms. The patient has been wearing his Aircast splint, but he says this is presently nearly nonfunctional secondary to the loss of adhesivity of the Velcro. He will bring on his next visit. He has been trying to wear it for about four hours a day. He has been doing range of motion and stretching exercises at home. He is still complaining about significant intrusive pain and unable to do his normal responsibilities.

## PHYSICAL EXAMINATION:

There is about 1/5 tenderness along the paracervical and trapezius and residual tautness around the left trapezius musculature, but improved range of motion. Negative foraminal compression. Negative shoulder compression. Tenderness along the right aspect of the ankle as well as along the Achilles tendon, but no instability appreciated.

## PLAN:

In light of the above, I would like to go ahead and continue on with the Lodine. I would like to decrease the Ultram to Ultracet only one time a day. We will continue on Flexeril on a p.r.n. basis. We will be awaiting the functional capacity study ordered by Dr. Watermeier. He was advised continued conservative therapy. I think we are approaching MMI and we will be awaiting the functional capacity study for ascertaining the degree of work capacity that Mr. Wence has. In the meantime, he is still considered disabled until the functional capacity studies are done.

**WORK STATUS:** Disabled

Jerome Kurpel, M.D.

JK/bmd/pnk/sa

5/10/2011

20431

# QUALITY DIAGNOSTICS, INC.
## P.O. BOX 24210
## NEW ORLEANS, LA. 70184
## PH: 504-482-1200
## FAX: 504-482-1205

## LOWER EXTREMITY ELECTRODIAGNOSTIC EVALUATION

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Wence Flores | **DOB:** | ■1953 | **Ref. Phys:** | J. Watermeier M.D. |
| **ID#:** | 126-72-09930 | **Height:** | 5' 6" | **Onset:** | 6-25-2010 |
| **Sex:** | Male | **Weight:** | 241 lbs. | | |

## CHIEF COMPLAINTS:
Patient is a 57-year-old right-hand dominant male who reports a chief complaint as right lower extremity pain that is present 75% of his awake-time. He reports the pain is a dull ache across the foot and ankle region that radiates the leg on a frequent basis to the level of the knee. He reports decreased sensation in the lower extremities bilaterally, the right more affected than the left side. He reports that light material handling and prolonged weight-bearing for periods in excess of 30 minutes exacerbates his right lower extremity symptoms. He reports that inactivity, lying down, sitting and therapy help reduce his symptoms. He reports moderate difficulty getting a full nights rest and performing many personal/occupation tasks as a result of his current right lower extremity condition.

## CASE / PAST MEDICAL HISTORY:
PMH includes insulin-dependent diabetes for past 16 years; otherwise, PMH is unremarkable and non-contributory. Injured worker reports that he was material-handling and operating a weed eater in high grass when he stepped into a hole with his right foot which caused him to be fall awkwardly to the ground. Since then, he states that he has undergone physical therapy which has been helping to reduce his symptoms although he remains symptomatic.

## MEDICATION:
1. Insulin
2. Pain

## NEUROLOGICAL EXAMINATION:
The patient presents today alert and oriented to person, place and time with normal mood, affect and memory. He was cooperative during the examination. He is ambulating with a normal gait and resting stance. Heel and toe walk are performed with difficulty. Body habitus is moderately obese. No signs of ataxia are present. Patellar DTRs are 2+ bilaterally with no pathologic responses present. Achilles DTRs are 1+ on the right and 2+ on the left side. Manual strength testing of the lower extremities demonstrates normal results for the left side and right hip/knee flexors/extensors; however, there is generalized weakness of the distal right ankle musculature, which are +4/5. Sensory evaluation utilizing a Wharton pinwheel demonstrates decreased sensation in the right L3 thru S1 dermatomes and normal findings with the left lower extremity. No masses, discoloration or atrophy is present. Palpable tenderness is present in the right lower extremity musculature below the knee with moderate pressure applied. Noticeable muscle atrophy of the EDB muscle is present bilaterally. Minor's Sign is positive. Patient is unable to extend and spread toes of the right foot.

## MRI RIGHT ANKLE 4-4-2011:
Impressions:
1. No outstanding MR abnormality of the right ankle joint.

# QUALITY DIAGNOSTICS, INC.

**Patient:** Wence Flores                                   **Date:** 5/11/2011

**Ref. Phys:** J. Watermeier M. D.

## Nerve Conduction Studies

### Anti Sensory Summary Table

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm P-T Amp | Site P | Site 2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Sup Peron Anti Sensory (Ant Lat Mall)** | | | | | | | | | | | |
| 14 cm | Unobtainable Waveforms | | <4.4 | | >6.0 | 14 cm | Ant Lat Mall | | 14.0 | | >37.0 |
| **Right Sup Peron Anti Sensory (Ant Lat Mall)** | | | | | | | | | | | |
| 14 cm | Unobtainable Waveforms | | <4.4 | | >6.0 | 14 cm | Ant Lat Mall | | 14.0 | | >37.0 |
| **Left Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | Unobtainable Waveforms | | <4.0 | | >6.0 | Calf | Lat Mall | | 14.0 | | >37.0 |
| **Right Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | Unobtainable Waveforms | | <4.0 | | >6.0 | Calf | Lat Mall | | 14.0 | | >37.0 |

### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | Unobtainable Waveforms | | <5.5 | | >2.5 | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | Unobtainable Waveforms | | <5.5 | | >2.5 | B Fib | Ankle | | 34.0 | | >40.0 |
| B Fib | | | <12.9 | | >2.5 | A Knee | B Fib | | 10.0 | | >40.0 |
| A Knee | | | <14.9 | | >2.5 | | | | | | |
| **Left Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | Unobtainable Waveforms | | <6.0 | | >2.9 | Knee | Ankle | | 0.0 | | >41.0 |
| Knee | | | <15.1 | | >2.5 | | | | | | |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | Unobtainable Waveforms | | <6.0 | | >2.9 | Knee | Ankle | | 0.0 | | >41.0 |
| Knee | | | <15.1 | | >2.5 | | | | | | |

### F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Left Peroneal (Mrkrs) (EDB)** | | | | |
| Unobtainable Waveforms | <60.1 | | | <4.0 |
| **Right Peroneal (Mrkrs) (EDB)** | | | | |
| Unobtainable Waveforms | <60.1 | | | <4.0 |
| **Left Tibial (Mrkrs) (Abd Hallucis)** | | | | |
| Unobtainable Waveforms | <60.1 | | | <4.0 |
| **Right Tibial (Mrkrs) (Abd Hallucis)** | | | | |
| Unobtainable Waveforms | <60.1 | | | <4.0 |

### H Reflex Studies

| NR | H-Lat (ms) | L-R H-Lat (ms) | L-R Lat Norm |
|---|---|---|---|
| **Left Tibial (Gastroc)** | | | |
| | 48.53 | 0.53 | <1.5 |
| **Right Tibial (Gastroc)** | | | |
| | 48.00 | 0.53 | <1.5 |

### EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | Ext Dig Brev | Dp Br Peron | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Peroneus Long | Sup Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | MedGastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | BicepsFemS | Sciatic | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

## QUALITY DIAGNOSTICS, INC.

Patient: Wence Flores                                                        Date: 5/11/2011
Ref. Phys: J. Watermeier M. D.

2. Of note, chronic degenerative/inflammatory arthritic changes referable to multiple of the tarsal and tarsometatarsal joints, discussed in greater detail above, to what extent if any the residual of prior traumatic injury uncertain. This is not evaluated to the best advantage on today's study and recommend routine radiographic correlation with consideration for supplemental dedicated MR and/or CT evaluation of the right foot.

3. Non-specific atrophic changes referable to the musculature of the visualized right ankle region and foot.

## RATIONALE FOR EXAMINATION:

1. Positive clinical findings consistent with neurological compromise.
2. Essential part of workup in patients to:
   A. confirming peripheral neuropathy versus radiculopathy;
   B. determining the type of neuropathy; and
   C. following the course of the disease.

## SUMMARY OF FINDINGS:

Evaluation of the peroneal motor, tibial motor, superficial peroneal and superficial sensory nerves showed no response and are therefore unobtainable.

All F Wave latencies were unobtainable.

All examined muscles (as indicated in the following table) showed no evidence of electrical instability.

## IMPRESSION:

At this time, the electrodiagnostic evidence is most consistent with a systemic disease (diabetes mellitus) of severe complexity affecting both sensory and motor components of the lower extremities. There is no other electrodiagnostic evidence of motor neuron disease, lumbar radiculopathy, generalized or peripheral neuropathy at this time.

Thank you for the opportunity to participate in the healthcare of this patient.

Healthily yours,

Pedro D Lozano, D.C., B.Sc.
Louisiana License #1488
Texas License #7917
Certified Texas Designated Doctor

Provider Comments:
1. The electrodiagnostic results in this report are meant to supplement the patient examination and are not a substitute for the professional judgment of the healthcare professional in diagnosing and treating patients. Nerve conduction abnormalities are not diagnostic for any specific disease. Abnormal findings must be correlated with the clinical findings and symptoms and with other laboratory data. Clinical diagnosis can only be made by the treating physician in the context of the patient's other symptoms and findings.
2. All values above acquired under normal controlled temperature utilizing standard distances. The skin temperature ranged from 31 to 34 degrees Celsius during all testing.
3. All motor and sensory amplitudes are measured from baseline to negative peak.
4. Comparison between the affected and unaffected limb often is very useful and may be more useful than normal value tables.
5. This is the set of values adopted by this facility; however, others exist.
6. The evaluator performing this study has met all the criteria required by the Louisiana State Board of Chiropractic Examiners, Louisiana Administrative Code and Louisiana Department of Workers' Compensation regarding electrodiagnostic training.

# Advanced Medical Care and Wellness Center

2424 Williams Boulevard
Kenner, Louisiana 70062
(504) 464-0719
(504) 464-0721 Fax

**Date & Time Patient Seen:**  05/24/2011 12:23

**Patient's Name:**        Wence Flores

**Date of Injury:**        7/15/2010

**Chief Complaint:**
Right ankle and right leg pain.

**History:**
This is a 57-year-old Hispanic male with continuing symptoms of pain in the region of the right lower leg and the right ankle with swelling. He reports some numbness of the right lower leg. He has diabetes mellitus, which is uncontrolled, and he has not seen his primary physician for evaluation of diabetes for at least six months.

**Physical Examination:**
He walks with a mild limp favoring the right lower extremity. Examination of the right lower extremity shows no peripheral edema; however, there is decreased sensation to soft touch in the L5 and S1 dermatome on the right side compared to the left. There is mild diffuse ankle joint swelling and a painful range of motion of the right ankle. There is no evidence of erythema or heat to the ankle. Neurovascular status otherwise appears intact. There is good extensor muscular tone as well as anterior tibialis muscular tone. There is a good plantar flexion muscular strength. Deep tendon reflexes are hypoactive bilaterally.

I have reviewed the EMG report which indicates no definite evidence of muscle or nerve injury. There are findings of peripheral neuropathy consistent with possible diabetes mellitus.

**Clinical Impression:**
Traumatic right ankle arthropathy.

**Recommendation:**
Continue with NSAIDs for pain and swelling. He should wear his Aircast at least four to six hours per day, which gives him good relief of pain. He should maintain elevation of the leg as often as possible during the day and also being on a weight-reduction diet. He should also see his primary care physician for follow-up of his diabetes. He should continue on with conservative therapy with Dr. Schween and Associates and I would like to see him back here in eight weeks for follow-up.

**Work Status:**
Disabled.

John J. Watermeier, MD

JJW/bmd/pnk/ld

PATIENT TREATMENT RECORD

**SUBJECTIVE ASSESMENT**

1. On the scale below, where would you rate your pain today?

Please circle areas of pain

Rate your pain from 0 to 10 each injured area
0 no pain  1-2 slight  3-4 tolerable  5-6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any New symptoms or CHANGES in symptoms since your last visit.

Right Side     Back     Front    Left Side

PATIENT SIGNATURE _____  DATE _____

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS

## OBJECTIVE FINDINGS
(KEY:  1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | Fixations | |
|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | ✓ |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|---|
| T-1 | | | T-1 | | |
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |

| | | | | | |
|---|---|---|---|---|---|
| L-1 | | | L-1 | | |
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |

| | | | | | |
|---|---|---|---|---|---|
| Sac | | | Sac | | |
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders _____

Attending Physician: _____

### FOR CLINICAL USE ONLY

Attending Physician: _____

JTM _____ □ Joint Mobilization

TA _____ □ PNF          □ McKenzie-Cerv
□ Kinetic exercise        □ Endurance  □ Tissue & Vascular enhancement multiple regions
□ Cox Flexion/Distraction  □ Stretching  □ Strenghtening  □ Joint Mobilization
                          □ ↓ disc pressure  □ ↑ ROM

TP _____ □ Manual Therapy     □ Myofascial Release

C _____ □ Cold pack       □ ↓ edema  □ Pain control
H _____ □ Heat pack        □ ↑ blood flow  □ muscle relaxation
ES _____ □ Interfer/Muscle Stim  □ Pain Control  □ Adhesion reduction
          □ C/S  □ T/S  □ L/S   □ Myo Spasm  □ Strenghtening
                          □ Edema

U _____ □ Ultrasound      □ Vascular ↑  □ Pain Control  □ ↓ adhesions
                          □ ↓ edema

TR _____ □ Intersegmental   □ Joint mobilization multiple regions
          Rehab/Re-education  □ Reduction of disc pressure
                          □ Stretching
                          □ FS    □ New CT  □ CTP
TR _____ □ Traction        □ Reduction of disc pressure
                          □ Cervical Spine _____ lbs
                          □ Lumbar Spine _____ lbs

NMR _____ □ Neuromuscular Re-ed  □ Muscular education
                          □ Pelvic/Sacral Blocking
                          □ PNF _____
                          □ Cerv Wedge (Cervical curve restoration)

TE _____ □ Rehab/Therap. Exerc.  □ Stretching  □ Strenghtening  □ ↑ Joint Function
          □ Abdominals _____ □ Back-Extn _____ □ Cerv ret/ext/hyp _____
          □ Seated Rows _____ □ Thoracic Rows _____ □ Back Machine
          □ Thoracic Extn _____ □ Ankle _____ □ Calf Stretches
          □ Wobble Chair/Board  □ Core I  II  III   □ Phases I  II  III
          □ Knee _____ □ Shoulder _____ □ Hurdlers  □ Wall Stretches
          □ C/S Rom  □ L/S Rom  □ Bike _____ □ Wrist
□ Exam/Re-exam
□ X-ray
□ MD Exam/Re-exam
□ ADLH

Other _____

# PATIENT TREATMENT RECORD

## SUBJECTIVE ASSESMENT

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0  no pain  1-2 slight  3-4 tolerable  5-6 moderate  7/8 severe  9 crying  10 hospital

2. Please describe any New symptoms or CHANGES in symptoms since your last visit.

_____
_____
_____

**Please circle areas of pain**

Right Side    Back    Front    Left Side

PATIENT SIGNATURE _____ DATE 12/26/11

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS _____

---

## OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | | Fixations | |
|---|---|---|---|---|
| | Lt | Rt | Lt | Rt |
| Occ | | | Occ | |
| C-1 | | | C-1 | |
| C-2 | | | C-2 | |
| C-3 | | | C-3 | |
| C-4 | | | C-4 | |
| C-5 | | | C-5 | |
| C-6 | | | C-6 | |
| C-7 | | | C-7 | |

| | Lt | Rt | Lt | Rt |
|---|---|---|---|---|
| T-1 | | | T-1 | |
| T-2 | | | T-2 | |
| T-3 | | | T-3 | |
| T-4 | | | T-4 | |
| T-5 | | | T-5 | |
| T-6 | | | T-6 | |
| T-7 | | | T-7 | |
| T-8 | | | T-8 | |
| T-9 | | | T-9 | |
| T-10 | | | T-10 | |
| T-11 | | | T-11 | |
| T-12 | | | T-12 | |

| | Lt | Rt | Lt | Rt |
|---|---|---|---|---|
| L-1 | | | L-1 | |
| L-2 | | | L-2 | |
| L-3 | | | L-3 | |
| L-4 | | | L-4 | |
| L-5 | | | L-5 | |

| | Lt | Rt | Lt | Rt |
|---|---|---|---|---|
| Sac | | | Sac | |
| PSIS | | | PSIS | |
| PHS | | | PHS | |
| Other | | | Other | |

Comments/Orders _____
_____
_____

Attending Physician: _____

---

## FOR CLINICAL USE ONLY

Attending Physician: _____

JTM ____ ☐ Joint Mobilization _____

TA ____ ☐ PNF      ☐ McKenzie Cerv
☐ Kinetic exercise        ☐ Endurance ☐ Tissue & Vascular enhancement
                                multiple regions
☐ Cox Flexion/Distraction    ☐ Stretching ☐ Strenghtening ☐ Joint Mobilization
                              ☐ ↓ disc pressure ☐ ↑ ROM

TP ____ ☐ Manual Therapy       ☐ Myofascial Release

C ____ ☐ Cold pack       ☐ ↓ edema ☐ Pain control
H ____ ☐ Heat pack       ☐ ↑ blood flow ☐ muscle relaxation
ES ____ ☐ Interfer/Muscle Stim   ☐ Pain Control ☐ Adhesion reduction
☐ C/S ☐ T/S ☐ L/S        ☐ Myo Spasm ☐ Strenghtening
                              ☐ Edema

U ____ ☐ Ultrasound       ☐ Vascular ↑ ☐ Pain Control ☐ ↓ adhesions
                              ☐ ↓ edema

TR ____ ☐ Intersegmental     ☐ Joint mobilization multiple regions
Rehab/Re-education    ☐ Reduction of disc pressure
                              ☐ Stretching
☐ FS             ☐ New CT ☐ CTP
TR ____ ☐ Traction       ☐ Reduction of disc pressure
                              ☐ Cervical Spine_____ ☐ lbs
                              ☐ Lumbar Spine_____ ☐ lbs

NMR ____ ☐ Neuromuscular Re-ed    ☐ Muscular education
                              ☐ Pelvic/Sacral Blocking
                              ☐ PNF
                              ☐ Cerv Wedge (Cervical curve restoration)

TE ____ ☐ Rehab/Therap. Exerc.   ☐ Stretching ☐ Strenghtening ☐ ↑ Joint Function
☐ Abdominals ____ ☐ Back Extn ____ ☐ Cerv ret/ext/hyp
☐ Seated Rows ____ ☐ Thoracic Rows ____ ☐ Back Machine
☐ Thoracic Extn ____ ☐ Ankle ____ ☐ Calf Stretches
☐ Wobble Chair/Board  ☐ Core I  II  III   ☐ Phases I  II  III
☐ Knee ____ ☐ Shoulder ____ ☐ Hurdlers ☐ Wall Stretches
☐ C/S Rom  ☐ L/S Rom  ☐ Bike ____ ☐ Wrist
☐ Exam/Re-exam
☐ X-ray
☐ MD Exam
☐ ADLH

Other: _____
_____
_____
_____

**PATIENT TREATMENT RECORD**

## SUBJECTIVE ASSESMENT

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0  no pain  1-2 slight  3-4 tolerable  5-6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any **New** symptoms or **CHANGES** in symptoms since your last visit.

_____
_____
_____

Please circle areas of pain

Right Side    Back    Front    Left Side

PATIENT SIGNATURE _Wince Flores_   DATE _5/19/11_

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS

_____

---

### OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | | Fixations | | |
|---|---|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|---|
| T-1 | | | T-1 | | |
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|---|
| L-1 | | | L-1 | | |
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|---|
| Sac | | | Sac | | |
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders _____
_____

Attending Physician: _____

---

**FOR CLINICAL USE ONLY**

Attending Physician: _____

JTM ☐ Joint Mobilization   C/S  T/S

TA ☐ PNF          ☐ McKenzie Cerv
☐ Kinetic exercise    ☐ Endurance ☐ Tissue & Vascular enhancement
                       multiple regions
☐ Cox Flexion/Distraction  ☐ Stretching ☐ Strenghtening ☐ Joint Mobilization
                       ☐ ↓ disc pressure  ☐ ↑ ROM

TP ____ ☐ Manual Therapy    ↓ Myofascial Release: _____

C ____ ☐ Cold pack     ☐ ↓ edema ☐ Pain control
H ____ ☐ Heat pack     ☐ ↑ blood flow ☐ muscle relaxation
ES ____ ☐ Interfer/Muscle Stim  ☐ Pain Control ☐ Adhesion reduction
        ☐ C/S ☐ T/S ☐ L/S    ☐ Myo Spasm ☐ Strenghtening
                       ☐ Edema

U ____ ☐ Ultrasound     ☐ Vascular ↑ ☐ Pain Control ☐ ↓ adhesions
                       ☐ ↓ edema

TR ____ ☐ Intersegmental    ☐ Joint mobilization multiple regions
        Rehab/Re-education   ☐ Reduction of disc pressure
                       ☐ Stretching
        ☐ FS          ☐ New CT ☐ CTP
TR ____ ☐ Traction      ☐ Reduction of disc pressure
                       ☐ Cervical Spine _____ ☐ lbs
                       ☐ Lumbar Spine _____ ☐ lbs

NMR ____ ☐ Neuromuscular Re-ed  ☐ Muscular education
        ☐ Pelvic/Sacral Blocking
        ☐ PNF
        ☐ Cerv Wedge (Cervical curve restoration)

TR ____ ☐ Rehab/Therap: Exerc.  ☐ Stretching ☐ Strenghtening ☐ ↑ Joint Function
        ☐ Abdominals ☐ Back-Extn ☐ Lat Pulls ☐ Cerv ret/ext/lyp
        ☐ Seated Rows ____ ☐ Thoracic Rows ____ ☐ Back Machine
        ☐ Thoracic Extn ____ ☐ Ankle ____ 2x15 ☐ Calf Stretches
        ☐ Wobble Chair/Board ☐ Core I II III ☐ Phases I II III
        ☐ Knee ____ ☐ Shoulder ____ ☐ Hurdlers ☐ Wall Stretches
        ☐ C/S Rom ☐ L/S Rom ☐ Bike ____ ☐ Wrist ____
        ☐ Exam/Re-exam
        ☐ X-ray _____
        ☐ MD Exam _____
        ☐ ADLH

Other: _____
_____

# Advanced Medical Care and Wellness Center
2424 Williams Boulevard
Kenner, Louisiana 70062
(504) 464-0719
(504) 464-0721 Fax

## INITIAL MEDICAL EVALUATION

**Date & Time Patient Seen:**   04/26/2011 11:56

**Patient's Name:**      Wence Flores

**Date of Accident:**      06/26/2010

**Chief Complaints:**
Right ankle, right foot, and right lower leg pain.

**History:**
This is a 57-year-old Hispanic male with a history of a traumatic fall, 06/26/2010. He has been treated with medication and therapy. He continues to have pain. He is here for an orthopedic follow-up. He also notices some mid back pain since his fall.

He complains of continuing daily pain and swelling increased with ambulating activity. He also notices muscle pain and night discomfort. He also complains of muscle spasm.

**Physical Examination:**
Mr. Flores is cooperative and accompanied by Melissa for interpretation. He is obese, weighing 246 pounds. He walks with a limp favoring his right lower extremity. Examination of both extremities reveals moderate pretibial edema of the right lower leg and a stiff and painful range of motion of the right foot and ankle. There is a generalized pes planus deformity bilaterally. There is diffuse tenderness of the foot and ankle with no definite crepitation palpable. Inversion, dorsiflexion, and plantar flexion are limited to approximately 50% each. The neurovascular status, however, appears to be intact.

I reviewed the MRI of the right ankle, which indicates degenerative and inflammatory arthritic changes throughout the joints of the tarsal and midtarsal bones. No definite fracture was identified.

**Clinical Impression:**
Mr. Flores continues to have symptoms of traumatic arthropathy of the right foot and ankle. His symptoms suggest a possible neuropathy as well.

**Recommendations:**
I would recommend he continue with his medication of Lodine, anti-inflammatory, and Ultram for pain. I will order an EMG and nerve conduction study of the lower extremities. I have advised him to lose weight, at least 40 to 50 pounds over a year's basis, and to wear his Aircast as necessary and to keep his foot elevated when possible. I believe this would be a long process of chronic disability and chronic pain. He is to return in eight weeks for follow-up.

**Work Status:**
Disabled

John J. Watermeier, M.D.

Transcribed: 04/27/2011

JJW/bmd/pnk/jg

**SUBJECTIVE ASSESMENT**

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0 no pain  1-2 slight  3-4 tolerable  5/6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any **New** symptoms or **CHANGES** in symptoms since your last visit.

_____
_____
_____

**Pie! circle areas of pain**

Right Side    Back    Front    Left Side

PATIENT SIGNATURE _Wence-Loros_    DATE _04/26/1_

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS

_____

## OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | | Fixations | | |
|---|---|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |

| | | | | | |
|---|---|---|---|---|---|
| T-1 | | | T-1 | | |
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |

| | | | | | |
|---|---|---|---|---|---|
| L-1 | | | L-1 | | |
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |

| | | | | | |
|---|---|---|---|---|---|
| Sac | | | Sac | | |
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders
_____
_____
_____

Attending Physician:_____

**FOR CLINICAL USE ONLY**

Attending Physician:_____

JTM ____ □ Joint Mobilization _____

TA ____ □ PNF          □ McKenzie Cerv
□ Kinetic exercise    □ Endurance □ Tissue & Vascular enhancement multiple regions
□ Cox Flexion/Distraction  □ Stretching □ Strenghtening □ Joint Mobilization
□ ↓ disc pressure □ ↑ ROM

TP ____ □ Manual Therapy    □ Myofascial Release:_____

C ____ □ Cold pack      ☑ ↓ edema □ Pain control_____
H ____ □ Heat pack      □ ↑ blood flow □ muscle relaxation
ES ____ □ Interfer/Muscle Stim □ Pain Control □ Adhesion reduction
□ C/S □ T/S □ L/S    □ Myo Spasm □ Strenghtening
□ edema

U ____ □ Ultrasound    □ Vascular ↑ □ Pain Control □ ↓ adhesions
□ ↓ edema_____

TR ____ □ Intersegmental   □ Joint mobilization multiple regions
Rehab/Re-education  □ Reduction of disc pressure
□ Stretching
□ FS    □ New CT □ CTP
TR ____ □ Traction    □ Reduction of disc pressure
□ Cervical Spine_____ □ lbs
□ Lumbar Spine_____ □ lbs

NMR ____ □ Neuromuscular Re-ed  □ Muscular education
□ Pelvic/Sacral Blocking
□ PNF
□ Cerv Wedge (Cervical curve restoration)

TE ____ □ Rehab/Therap: Exerc.  □ Stretching □ Strenghtening □ ↑ Joint Function
□ Abdominals  □ Back Extn  □ Lat Pulls  □ Cerv ret/exti/hyd
□ Seated Rows □ Thoracic Rows  □ Back Machine
□ Thoracic Extn ____ □ Ankle  □ Calf Stretches
□ Wobble Chair/Board □ Core I  II  III  □ Phases I  II  III
□ Knee  □ Shoulder  □ Hurdlers □ Wall Stretches
□ C/S Rom □ L/S Rom □ Bike_____ □ Wrist
□ Exam/Re-exam
□ X-ray
□ BMD Exam/Re-exam
□ ADLH

Other:_____

21287

## ADVANCED MEDICAL CARE & WELLNESS CENTER
## INJURED WORKERS CLINIC

56634 Bosworth St.                              2424 Williams Blvd., Ste A & B
Slidell, LA  70458                                      Kenner, LA  70062
Ph: 985- 641-2222                                      Ph: 504-464-0719
Fax: 985- 649-3864                                    Fax: 504-464-0721

DATE: _4-26-2011_

PATIENT: _Flores Werkeo._

Rx:    _EMG/NCS    Lower Extrem_

Refills _____ _NR_

_[signature]_

John Watermeier, M.D.

DEA# _____

# PATIENT TREATMENT RECORD

## SUBJECTIVE ASSESMENT

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0  no pain  1-2 slight  3-4 tolerable  5-6 moderate (7-8) severe  9 crying  10 hospital

2. Please describe any New symptoms or CHANGES in symptoms since your last visit.

**Please circle areas of pain**

Right Side   Back   Front   Left Side

PATIENT SIGNATURE _____ DATE

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS    5/04/11

## OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | Fixations | | |
|---|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | √ |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|
| T-1 | | | T-1 | | |
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|
| L-1 | | | L-1 | | |
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |

| | Lt | Rt | | Lt | Rt |
|---|---|---|---|---|
| Sac | | | Sac | | |
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders _____

Attending Physician: _____

## FOR CLINICAL USE ONLY

Attending Physician: _____

JTM _____ □ Joint Mobilization

TA _____ □ PNF     □ McKenzie Cerv
□ Kinetic exercise        □ Endurance  □ Tissue & Vascular enhancement multiple regions
□ Cox Flexion/Distraction  □ Stretching  □ Strenghtening  □ Joint Mobilization
                           □ ↓ disc pressure  □ ↑ ROM

TP _____ □ Manual Therapy          □ Myofascial Release
□ Cold pack              □ ↓ edema  □ Pain control
□ Heat pack              □ ↑ blood flow  □ muscle relaxation
□ Interfer/Muscle Stim   □ Pain Control  □ Adhesion reduction
□ C/S  □ T/S  □ L/S      □ Mya Spasm  □ Strenghtening
                         □ Edema

U _____ □ Ultrasound              □ Vascular ↑  □ Pain Control  □ ↓ adhesions
                                   □ ↓ edema

TR _____ □ Intersegmental         □ Joint mobilization multiple regions
          Rehab/Re-education       □ Reduction of disc pressure
                                   □ Stretching
                                   □ FS      □ New CT  □ CTP
TR _____ □ Traction               □ Reduction of disc pressure
                                   □ Cervical Spine _____ lbs
                                   □ Lumbar Spine _____ lbs

NMR _____ □ Neuromuscular Re-ed   □ Muscular education
                                   □ Pelvic/Sacral Blocking
                                   □ PNF
                                   □ Cerv Wedge (Cervical curve restoration)

TE _____ □ Rehab/Therap. Exerc.   □ Stretching  □ Strenghtening  □ ↑ Joint Function
□ Abdominals ____ □ Back-Extn ____ □ Lat Pulls ____ □ Cerv ret/ext/hyp
□ Seated Rows ____ □ Thoracic Rows ____ □ Back Machine
□ Thoracic Extn ____ □ Ankle ____ □ Calf Stretches
□ Wobble Chair/Board  □ Core I  II  III  □ Phases I  II  III
□ Knee ____  □ Shoulder ____  □ Hurdlers  □ Wall Stretches
□ C/S Rom  □ L/S Rom  □ Bike  □ Wrist
□ Exam/Re-exam
□ X-ray
□ MD Exam/Re-exam
□ ADLH

Other _____

APR-28-2011(THU) 11:55    RPI 220                    (FAX)3146445730              P.003/005

**SUBJECTIVE ASSESSMENT**

1. On the scale below, where would you rate your pain today?

Rate your pain from 0 to 10 each injured area
0  no pain  1-2 slight  3-4 tolerable  5-6 moderate  7-8 severe  9 crying  10 hospital

2. Please describe any New symptoms or CHANGES in symptoms since your last visit.

_____
_____
_____

Ple    circle areas of pain

Right Side    Back    Front    Left Side

PATIENT SIGNATURE _Wence Lopes_          DATE _04/26/11_

PLEASE ALSO PRINT YOUR NAME FOR OUR RECORDS _____

## OBJECTIVE FINDINGS
(KEY: 1= mild  2= moderate  3= severe  4= tenderness)

| Tenderness/ Muscle Spasm | | | Fixations | | |
|---|---|---|---|---|---|
| | Lt | Rt | | Lt | Rt |
| Occ | | | Occ | | |
| C-1 | | | C-1 | | |
| C-2 | | | C-2 | | |
| C-3 | | | C-3 | | |
| C-4 | | | C-4 | | |
| C-5 | | | C-5 | | |
| C-6 | | | C-6 | | |
| C-7 | | | C-7 | | |

| T-1 | | | T-1 | | |
|---|---|---|---|---|---|
| T-2 | | | T-2 | | |
| T-3 | | | T-3 | | |
| T-4 | | | T-4 | | |
| T-5 | | | T-5 | | |
| T-6 | | | T-6 | | |
| T-7 | | | T-7 | | |
| T-8 | | | T-8 | | |
| T-9 | | | T-9 | | |
| T-10 | | | T-10 | | |
| T-11 | | | T-11 | | |
| T-12 | | | T-12 | | |

| L-1 | | | L-1 | | |
|---|---|---|---|---|---|
| L-2 | | | L-2 | | |
| L-3 | | | L-3 | | |
| L-4 | | | L-4 | | |
| L-5 | | | L-5 | | |

| Sac | | | Sac | | |
|---|---|---|---|---|---|
| PSIS | | | PSIS | | |
| PHS | | | PHS | | |
| Other | | | Other | | |

Comments/Orders_____
_____
_____
_____

Attending Physician:_____

FOR CLINICAL USE ONLY

Attending Physician: _____

JTM      □ Joint Mobilization _____

TA___    □ PNF           □ McKenzie/Cerv
         □ Kinetic exercise ___    □ Endurance  □ Tissue & Vascular enhancement multiple regions ___
         □ Cox Flexion/Distraction  □ Stretching  □ Strenghtening  □ Joint Mobilization
                                    □ ↓ disc pressure  □ ↑ ROM ___

TP___    □ Manual Therapy           □ Myofascial Release ___
C___     □ Cold pack                □ ↓ edema  □ Pain control ___
H___     □ Heat pack                □ ↑ blood flow  □ muscle relaxation ___
ES___    □ Interfer/Muscle Stim     □ Pain Control  □ Adhesion reduction ___
         □ C/S  □ T/S  □ L/S        □ Mio Spasm  □ Strenghtening ___
                                    □ Edema ___

U___     □ Ultrasound               □ Vascular ↑  □ Pain Control  □ ↓ adhesions ___
                                    □ ↓ edema ___

TR___    □ Intersegmental           □ Joint mobilization multiple regions ___
         Rehab/Re-education         □ Reduction of disc pressure ___
                                    □ Stretching ___
              □ FS                  □ New CT  □ CTP ___
TR___    □ Traction                 □ Reduction of disc pressure ___
                                    □ Cervical Spine ___  □ lbs ___
                                    □ Lumbar Spine ___  □ lbs ___

NMR___   □ Neuromuscular Re-ed      □ Muscular education ___
                                    □ Pelvic/Sacral Blocking ___
                                    □ PNF ___
                                    □ Cerv Wedge (Cervical curve restoration) ___

TE___    □ Rehab/Therap. Exerc.     □ Stretching  □ Strenghtening  □ ↑ Joint Function
         □ Abdominals___  □ Back-Extn___  □ Lat Pulls___  □ Cerv ret/ext/lvp___
         □ Seated Rows___  □ Thoracic Rows___  □ Back Machine___
         □ Thoracic Extn___  □ Ankle___  □ Calf Stretches___
         □ Wobble Chair/Board___  □ Core I  II  III  □ Phases I  II  III___
         □ Knee___  □ Shoulder___  □ Hurdlers  □ Wall Stretches___
         □ C/S Rom  □ L/S Rom  □ Bike___  □ Wrist___
         □ Exam/Re-exam
         □ X-ray
         □ MD Exam ___
         □ ADLH

Other:_____
_____
_____
_____

APR-28-2011(THU) 11:56       RPI 220                    (FAX)3146445730           P.004/005

## Advanced Medical Care and Wellness Center

2424 Williams Boulevard
Kenner, Louisiana 70062
(504) 464-0719
(504) 464-0721 Fax

# INITIAL MEDICAL EVALUATION

**Date & Time Patient Seen:** 04/26/2011 11:56

**Patient's Name:**    Wence Flores

**Date of Accident:**    06/26/2010

**Chief Complaints:**
Right ankle, right foot, and right lower leg pain.

**History:**
This is a 57-year-old Hispanic male with a history of a traumatic fall, 06/26/2010. He has been treated with medication and therapy. He continues to have pain. He is here for an orthopedic follow-up. He also notices some mid back pain since his fall.

He complains of continuing daily pain and swelling increased with ambulating activity. He also notices muscle pain and night discomfort. He also complains of muscle spasm.

**Physical Examination:**
Mr. Flores is cooperative and accompanied by Melissa for interpretation. He is obese, weighing 246 pounds. He walks with a limp favoring his right lower extremity. Examination of both extremities reveals moderate pretibial edema of the right lower leg and a stiff and painful range of motion of the right foot and ankle. There is a generalized pes planus deformity bilaterally. There is diffuse tenderness of the foot and ankle with no definite crepitation palpable. Inversion, dorsiflexion, and plantar flexion are limited to approximately 50% each. The neurovascular status, however, appears to be intact.

I reviewed the MRI of the right ankle, which indicates degenerative and inflammatory arthritic changes throughout the joints of the tarsal and midtarsal bones. No definite fracture was identified.

**Clinical Impression:**
Mr. Flores continues to have symptoms of traumatic arthropathy of the right foot and ankle. His symptoms suggest a possible neuropathy as well.

**Recommendations:**
I would recommend he continue with his medication of Lodine, anti-inflammatory, and Ultram for pain. I will order an EMG and nerve conduction study of the lower extremities. I have advised him to lose weight, at least 40 to 50 pounds over a year's basis, and to wear his Aircast as necessary and to keep his foot elevated when possible. I believe this would be a long process of chronic disability and chronic pain. He is to return in eight weeks for follow-up.

**Work Status:**
Disabled

John J. Watermeier, M.D.

Transcribed: 04/27/2011

JJW/bmd/pnk/jg

# ADVANCED MEDICAL CARE & WELLNESS CENTER
## INJURED WORKERS CLINIC

56634 Bosworth St.
Slidell, LA 70458
Ph: 985- 641-2222
Fax: 985- 649-3864

2424 Williams Blvd., Ste A & B
Kenner, LA 70062
Ph: 504-464-0719
Fax: 504-464-0721

DATE: 4-26-2011

PATIENT: Flores Wenzo.

Rx:

EMG /NCS   Lower extrem

Refills _____ NR

John Watermeier, M.D.

DEA# _____



**OpenSided**
# M R I
**Magnetic Resonance Imaging**



Delta Diagnostics, L.L.C.

**MRI REPORT**
Jerome Kurpel, M.D.
2424 Williams Boulevard, Suite A & B
Kenner, LA 70062

RE:   Flores, Wence
DOB:  ████ 1953
DOS:  04/04/2011
ID#:  17292

Dear Dr. Kurpel:

**MRI OF THE RIGHT ANKLE:**

**CLINICAL INDICATION:**  Traumatic injury 06/26/2010 with presenting complaint of generalized right ankle joint region pain, swelling, stiffness, cracking and popping.

**TECHNIQUE:**  MR imaging of the right ankle accomplished in axial, coronal, and sagittal projections utilizing T1-weighted, proton-density/T2-weighted, GRE, fat-suppressed and/or fat-saturated protocols.

**FINDINGS:**  Bony structures at the right ankle joint appear normally aligned and intact with normal uniform pattern of marrow space signal intensity.   There is no outstanding MR abnormality of the musculotendinous or major ligamentous structures about the joint inclusive of the Achilles, peroneus, posterior tibial, flexor digitorum and flexor hallucis longus tendons.  No significant right ankle joint effusion.

More distally however there are findings of chronic hypertrophic degenerative/inflammatory arthritic changes referable to multiple of the tarsal and tarsometatarsal joints inclusive of joint space narrowing, multifocal small subchondral cortical erosions and/or broad-based zones of subchondral marrow space edema.   Perhaps most significantly involved are the articulation between the navicular bone and third cuneiform, the second and third TMT joints, moreso the former with heterogeneous marrow space edema evident within the proximal most shaft of the second metatarsal bone.  A tiny 4-5 mm synovial or ganglion cyst is discerned along the dorsal margin of the third TMT joint.  See also findings referable to the first TMT joint and talonavicular articulation with chronic hypertrophic spurring along the dorsal margin of the talonavicular and involved TMT joints.  The above-described findings are not evaluated to best advantage on today's MR examination of the right ankle joint and to what extent if any attributable to residual of prior traumatic injury uncertain.   In the way of further evaluation, recommend routine radiographic correlation with consideration for supplemental MR and/or CT evaluation of the foot, attention directed to the tarsal joints.

Nonspecific generalized atrophic changes referable to the musculature about the visualized right ankle joint region and foot.



**OpenSided**
# M R I
**Magnetic Resonance Imaging**



### *MRI REPORT*

Flores, Wence
MRI right ankle
Page Two

**CONCLUSION:**
1. **No outstanding MR abnormality of the right ankle joint.**
2. **Of note, chronic degenerative/inflammatory arthritic changes referable to multiple of the tarsal and tarsometatarsal joints, discussed in greater detail above, to what extent if any the residual of prior traumatic injury uncertain. This is not evaluated to best advantage on today's study and recommend routine radiographic correlation with consideration for supplemental dedicated MR and/or CT evaluation of the right foot.**
3. **Nonspecific atrophic changes referable to the musculature of the visualized right ankle joint region and foot.**

Thank you for referring this patient to us for their imaging evaluation.

Sincerely,

DICTATED BY: Thompson M. Dietz, M.D.
DD: 04/04/2011
DT: 04/04/2011
TMD/rc
ELECTRONICALLY SIGNED BY: Thompson M. Dietz, M.D.
DVS Job #: 119775, 777



April 1, 2011

Ms. Ann Hotard
Louisiana Workers' Compensation Company
Post Office Box 98054
Baton Rouge, Louisiana 70898

Re: Wence Flores
ID # 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

Dear Ms. Hotard:

I evaluated Mr. Wence Flores in my office on 3/30/11. This 58-year old male states that on June 26, 2010 while using a Weedeater outside an office building he stepped into a hole with his right leg causing him to fall back and twist his right lower leg in the hole. The Weedeater fell backward and struck his left shoulder and upper back. He had no bleeding or loss of consciousness. He sustained a small abrasion about the anterior aspect of the right lower leg and swelling about the left shoulder. He was taken to a nearby clinic in Chalmette where x-rays were done, which apparently revealed no fractures. He was prescribed medication. He was instructed to follow up with his physician.

Mr. Flores indicates that he began follow up with a physician whom had been recommended by his attorney. At this clinic he underwent further x-rays of his neck, back, right knee, and right ankle. He has been prescribed physical therapy, which includes TENS Unit and exercises. He has not returned to work and is presently taking Tylenol over the counter during the day and Tylenol #3 for pain at night. He states that he has pain now primarily about his right knee and right ankle. He no longer has any pain about his back, neck, and shoulders.

**Medical Record Review and X-Rays:**

Mr. Flores presented no medical records for my review at this time. I reviewed the x-rays done on 1/17/11 at the clinic where he was undergoing treatment which included a three view cervical spine, a two view lumbosacral spine, a two view thoracic spine, and two views of the right knee and right ankle. All of these x-rays revealed no acute fracture, dislocation, or bony abnormality.

The three view cervical spine demonstrated degenerative changes about C5, C6, and C7 with corresponding disc space narrowing. C7 was poorly visualized. Two views of the lumbosacral spine demonstrated transitional L5 vertebrae with degenerative

Ms. Ann Hotard
April 1, 2011
Page two

spurring anteriorly about L4.  T12 vertebrae on these x-rays was poorly visualized.  Two views of the thoracic spine also revealed degenerative spurring laterally and anteriorly about T8, T9, and T10.  X-rays of the right knee and right ankle, which are of poor quality, revealed degenerative changes about the joints without obvious fracture or dislocation.

**Past Medical History:**

Mr. Flores indicates that he has had a history of diabetes since 1993 for which he takes insulin 48 units in the am and 25 units in the pm.  He also has had a history of cholecystectomy in 1993 with well healed midline scar.  He, otherwise, denies any other major medical illness or surgical procedure.  He has no known allergies to any medication.  He is a nonsmoker and stopped all alcohol use 30 years ago.

**Physical Examination:**

On physical examination, Mr. Flores is 67 inches tall and weighs 243 pounds.  His vitals are stable with blood pressure 140/78, pulse 60 and regular.  Temperature is normal.  He appears alert, oriented, and cooperative with history given through an interpreter.  Examination of his head, eyes, ears, nose, and throat revealed no significant abnormality with funduscopic examination unremarkable, tympanic membranes clear with ear canals normal.  Oral and nasal mucosa are normal with posterior pharynx not injected.  His neck is supple with trachea midline and thyroid not enlarged.  There are no palpable cervical nodes.

His heart is regular without murmur or gallop detected.  His lungs are clear to auscultation and percussion throughout.  His abdomen is soft, overweight, and nontender.  Bowel sounds are active.

Examination of his neck, upper and lower back revealed no swelling, spasm, or ecchymosis.  He had full range of motion of the neck, low back, and mid back, thoracic spine without complaints of pain.  He has full range of motion of both shoulders, elbows, and wrists without pain.  There is no evidence of peripheral edema or cyanosis about his upper extremities and his radial pulses are equal and intact.

Examination of his lower extremities revealed swelling and pain about the right lower leg, right knee, and right ankle.  Circumferential measurements of the right lower leg are approximately 2 cm greater at the mid calf than the left lower leg.  He has no apparent joint line effusion of the right knee.  He has very limited range of motion of the right knee and right ankle with complaints of pain on flexion of the right knee to 90° and extension to less than 180°.  Anterior and posterior drawer signs are negative about right knee.  McMurray's and Lachman's tests are negative.  He also has complaints of pain with dorsiflexion, plantar flexion, eversion, and inversion of the right ankle.  There is no

Ms. Ann Hotard
April 1, 2011
Page three

apparent joint effusion about right ankle.  His distal pulses are equal and intact.  There is
no evidence of peripheral edema or cyanosis about the lower extremities.

Neurologic testing including cranial nerves II-XII are grossly intact.  Deep tendon
reflexes are 1+ and equal throughout.  There are no motor or sensory deficits about the
upper and lower extremities.  Heel and toe walking are difficult to assess with complaints
of pain about the right ankle and knee with weight bearing.

**Radiologic Findings:**
X-rays of Mr. Flores' right knee and right ankle were done in this office, which
revealed no acute fracture or bony abnormality.  Degenerative changes about the tibial
plateau, femoral condyle, and patella were noted about the right knee.  Similarly,
degenerative changes about the calcaneus, talus, and navicular bones of the right ankle
were noted without acute fracture or dislocation.  A complete report of the x-ray findings
is attached.

**Impression and Conclusion:**
Based on the results of this evaluation and x-ray findings, it is my opinion that
Mr. Flores sustained a right knee and right ankle sprain with contusion to the right lower
leg as a result of a fall into a hole on June 26, 210.  At that time he also sustained
contusion to the left shoulder and upper back.  His pain about his back and left shoulder
has resolved completely.  He continues to have pain with swelling about the right knee
and right ankle, despite the benefit of rest, physical therapy, and medication.  Therefore,
it is my recommendation that he undergo an MRI evaluation of his right knee and right
ankle at this time.

Mr. Flores is unable to return to his regular duty as a laborer until the results of
the MRI evaluation have been completed.  He is able to do sedentary sit down type of
work in which he would be able to sit or stand as needed and avoid heavy lifting over 20
pounds.  Further treatment and diagnosis would be pending the results of the MRI
evaluations.  If there are any further questions regarding this case, please contact my
office.

Sincerely,

R. Joseph Tamimie, M.D., FACOEM
Medical Director
Occupational Medicine Clinic

RJT/drm
Attachment

04/07/2011 03:41 PM

EJ Occupational Medicine Clinic
3601 Houma Blvd.
Suite #203
Metairie, LA  70006
504-779-2667

**Patient Name:**  Wence Flores       **Date:**  03/30/2011
**Employer:**  Louisiana Workers Comp Company    **SS#:** ▉▉▉▉0930
**X-Ray #:**  28437       **DOB:** ▉▉▉▉1953

## X-Ray Ankle 3 Views

Degenerative changes with osteophytic spurring noted about the achilles insertion of the calcaneus and anterior aspects of the talus,navicular,tibia,and cuniforms of the right foot.Calcification within the posterior tibialis artery.No acute fracture or bony abnormality.

**Radiographic Summary:**
DEGENERATIVE CHANGES OF RIGHT ANKLE

## X-Ray Knee 4 views

Minimal degenerative changes about the tibial plateau,femoral condyles and patella without acute fracture or bony abnormality.

**Radiographic Summary:**
DEGENERATIVE CHANGES OF RIGHT KNEE

Ři JOSEPH TAMIMIE, M.D.

# ADVANCED MEDICAL CARE AND WELLNESS

2424 Williams Blvd., Ste. A, Kenner, LA 70062
Ph: (504) 464-0719 Fax: (504) 464-1721

**DATE:**   01/14/2011

**PATIENT:**  Wence Flores          **DATE OF BIRTH:** ██/1953

**RESTRICTIONS:**   Disabled- As the result of the injury to Mr. Flores's  right
ankle Mr. Flores is presently disabled until further notice.

_____

// Lyle J. Schween, D.C.          // Kimberly Melancon, D.C.
/X/ Jerome Kurpel, M.D.          // John Watermeier, M.D.

**Younger and Associates, Inc.**
REGIONAL SPECIALISTS IN SUCCESSFUL CASE MANAGEMENT
P.O. Box 1181
Mandeville, LA 70470-1181
Email: jlillis@yandainc.com

Phone: (504) 302-0944                                    Fax: (985) 893-2616

**August 16, 2011**

Dr. John J. Watermeier
2424 Williams Blvd., Ste. A
Kenner, LA 70062

**Re:**   Wence Flores
          Claim No: 161578

Dear Dr. Watermeier:

Thank you for taking the time to meet with me on August 16, 2011 to discuss
Ms. Flores' medical and work status.  Please allow this correspondence to
confirm the findings of the rehabilitation conference.  If I have <u>misunderstood
or omitted</u> any information, please make the necessary changes and return a
copy to my office.  If all information is accurate as is, please sign and fax to my
attention at 985-893-2616.  If I do not receive a response within 10 days, I will
assume you are in agreement with the findings as noted.

At the time of the conference you reported the following, based on your last
examination and treatment of Mr. Flores.

1.   Mr. Flores has reached maximum medical improvement as of July 15,
     2011 (one year post injury).
2.   Mr. Flores is prescribed Lodine (anti inflammatory) and Ultram (non
     narcotic pain medication) at this time.  Mr. Flores is capable of
     returning to work while taking these medications.
3.   Diagnosis:  Traumatic right ankle arthropathy.
4.   Mr. Flores work status was addressed.  The FCE was reviewed.  Mr.
     Flores is released to return to work within the guidelines of the FCE.
5.   Mr. Flores EMG in May 2011 showed no abnormality.  The results were
     consistent with a systematic disease such as diabetes.  Mr. Flores is a
     diabetic.

I am in agreement with the conference summary above.


_____          _____
John Watermeier, MD                       Date

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/29/2018

For Claim Number 161578

Claimant Flores, Wence

## Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|----------|--------|-------------|-------------|---------|---------|----------|
| 02/23/11 | 41084-2 | TAMIMIE, R JOSEPH | $741.00 | 03/11/11 | 03/11/11 | 4022250 |
| 03/23/11 | 10763-0 | AMERICAN RADIOLOGICAL SERVICE | $72.73 | 02/10/11 | 02/10/11 | 4029425 |
| 03/25/11 | 33837-5 | KURPEL, JEROME | $182.00 | 01/14/11 | 01/14/11 | 4029894 |
| 04/01/11 | 11169-0 | LOUISIANA REHAB PRODUCTS INC | $110.05 | 03/25/11 | 03/25/11 | 4031569 |
| 04/04/11 | 33837-5 | KURPEL, JEROME | $116.00 | 03/21/11 | 03/21/11 | 4031851 |
| 04/04/11 | 33837-5 | KURPEL, JEROME | $159.00 | 03/15/11 | 03/15/11 | 4031851 |
| 04/04/11 | 33837-5 | KURPEL, JEROME | $161.00 | 03/01/11 | 03/01/11 | 4031851 |
| 04/04/11 | 33837-5 | KURPEL, JEROME | $178.00 | 03/09/11 | 03/09/11 | 4031851 |
| 04/04/11 | 33837-5 | KURPEL, JEROME | $48.00 | 03/04/11 | 03/04/11 | 4031851 |
| 04/04/11 | 33837-5 | KURPEL, JEROME | $68.00 | 02/04/11 | 02/04/11 | 4031851 |
| 04/04/11 | 33837-5 | KURPEL, JEROME | $102.00 | 01/17/11 | 01/17/11 | 4031851 |
| 04/06/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $184.32 | ^01/14/11 | 03/10/11 | 4033270 |
| 04/06/11 | 33837-5 | KURPEL, JEROME | $183.00 | 03/25/11 | 03/25/11 | 4033178 |
| 04/06/11 | 33837-5 | KURPEL, JEROME | $159.00 | 03/23/11 | 03/23/11 | 4033178 |
| 04/12/11 | 33837-5 | KURPEL, JEROME | $159.00 | 03/29/11 | 03/29/11 | 4033905 |
| 04/14/11 | 31496-4 | DIETZ, THOMPSON | $91.80 | 04/04/11 | 04/04/11 | 4035084 |
| 04/18/11 | 38811-0 | MCCARTNEY, MICHAEL D. | $492.30 | 03/30/11 | 03/30/11 | 4035548 |
| 04/20/11 | 32337-2 | DIETZ, THOMPSON | $723.60 | 04/04/11 | 04/04/11 | 4036790 |
| 05/04/11 | 33837-1 | ADVANCED MEDICAL CARE & WELLNESS CENTER | $250.00 | 04/26/11 | 04/26/11 | 4040394 |
| 05/19/11 | 33837-10 | WATERMEIER, JOHN G. | $250.00 | 06/09/11 | 06/09/11 | 4044141 |
| 05/26/11 | 33837-5 | KURPEL, JEROME | $172.00 | 05/05/11 | 05/05/11 | 4045823 |
| 06/07/11 | 33837-5 | KURPEL, JEROME | $68.00 | 01/21/11 | 01/21/11 | 4048280 |
| 06/07/11 | 33837-5 | KURPEL, JEROME | $48.00 | 04/06/11 | 04/06/11 | 4048280 |
| 06/08/11 | 33837-5 | KURPEL, JEROME | $117.00 | 05/12/11 | 05/12/11 | 4049388 |
| 06/22/11 | 13321-0 | YOUNGER & ASSOCIATES INC | $314.28 | 06/09/11 | 06/09/11 | 4053477 |
| 06/28/11 | 33837-5 | KURPEL, JEROME | $207.00 | 05/19/11 | 05/19/11 | 4054234 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/29/2018
TIME: 04:21 pm

REPORT: CL150R
PAGE 2
OF 4

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/29/2018

For Claim Number 161578

Claimant Flores, Wence

Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 06/28/11 | 33837-10 | WATERMEIER, JOHN G. | $105.00 | 05/24/11 | 05/24/11 | 4054189 |
| 07/11/11 | 33837-5 | KURPEL, JEROME | $68.00 | 06/27/11 | 06/27/11 | 4057615 |
| 07/15/11 | 33837-5 | KURPEL, JEROME | $48.00 | 06/16/11 | 06/24/11 | 4059257 |
| 07/20/11 | 33837-10 | WATERMEIER, JOHN G. | $250.00 | 08/16/11 | 08/16/11 | 4060802 |
| 07/21/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $257.88 | 03/14/11 | 06/29/11 | 4061066 |
| 07/21/11 | 41296-1 | LOZANO, PEDRO J. | $972.00 | 05/10/11 | 05/10/11 | 4060983 |
| 08/01/11 | 25946-8 | KIRSCH, ARTHUR | $566.10 | 06/28/11 | 06/29/11 | 4063096 |
| 08/19/11 | 33837-10 | WATERMEIER, JOHN G. | $105.00 | 07/28/11 | 07/28/11 | 4068102 |
| 09/01/11 | 33837-5 | KURPEL, JEROME | $197.00 | 08/01/11 | 08/01/11 | 4071834 |
| 09/12/11 | 13321-0 | YOUNGER & ASSOCIATES INC | $319.87 | 08/16/11 | 08/16/11 | 4074053 |
| 09/13/11 | 13321-0 | YOUNGER & ASSOCIATES INC | $350.00 | 08/24/11 | 08/24/11 | 4074237 |
| 09/15/11 | 33837-1 | ADVANCED MEDICAL CARE & WELLNESS CENTER | $159.00 | 04/14/11 | 04/14/11 | 4075365 |
| 09/22/11 | 9011-0 | LUMP SUM SETTLEMENT | $10,000.00 | 09/21/11 | 09/21/11 | 4077399 |
| 09/22/11 | 33837-5 | KURPEL, JEROME | $375.95 | 01/17/11 | 01/17/11 | Mltiple |

TOTAL: $19,132.88

* denotes a canceled transaction, and is not included in the total calculations

DATE:  06/29/2018
TIME:  04:21 pm

REPORT:  CL150R
PAGE  3
OF  4

## LOUISIANA WORKERS' COMPENSATION CORPORATION

### Claim Payments Report

For Payment Dates 10/01/1992 Through 06/29/2018

For Claim Number 161578

Claimant Flores, Wence

Indemnity Payments

| Payment Date | Comp Code | Type Comp | Days Pd | From Date | Thru Date | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 03/29/2011 | TT | REGULAR | 3 | 03/30/2011 | 04/01/2011 | $247.29 | $0.00 | $247.29 | 4030269 |
| 03/30/2011 | TT | INITIAL | 75 | 01/14/2011 | 03/29/2011 | $6,182.15 | $0.00 | $6,182.15 | 4031345 |
| 04/05/2011 | TT | REGULAR | 7 | 04/02/2011 | 04/08/2011 | $577.00 | $0.00 | $577.00 | 4032211 |
| 04/12/2011 | TT | REGULAR | 7 | 04/09/2011 | 04/15/2011 | $577.00 | $0.00 | $577.00 | 4033974 |
| 04/19/2011 | TT | REGULAR | 7 | 04/16/2011 | 04/22/2011 | $577.00 | $0.00 | $577.00 | 4035811 |
| 04/26/2011 | TT | REGULAR | 7 | 04/23/2011 | 04/29/2011 | $577.00 | $0.00 | $577.00 | 4037584 |
| 05/03/2011 | TT | REGULAR | 7 | 04/30/2011 | 05/06/2011 | $577.00 | $0.00 | $577.00 | 4039415 |
| 05/07/2011 | TT | REGULAR | 7 | 05/07/2011 | 05/13/2011 | $577.00 | $0.00 | $577.00 | 4041219 |
| 05/17/2011 | TT | REGULAR | 7 | 05/14/2011 | 05/20/2011 | $577.00 | $0.00 | $577.00 | 4042847 |
| 05/24/2011 | TT | REGULAR | 7 | 05/21/2011 | 05/27/2011 | $577.00 | $0.00 | $577.00 | 4044668 |
| 05/31/2011 | TT | REGULAR | 7 | 05/28/2011 | 06/03/2011 | $577.00 | $0.00 | $577.00 | 4046438 |
| 06/07/2011 | TT | REGULAR | 7 | 06/04/2011 | 06/10/2011 | $577.00 | $0.00 | $577.00 | 4048444 |
| 06/14/2011 | TT | REGULAR | 7 | 06/11/2011 | 06/17/2011 | $577.00 | $0.00 | $577.00 | 4050456 |
| 06/21/2011 | TT | REGULAR | 7 | 06/18/2011 | 06/24/2011 | $577.00 | $0.00 | $577.00 | 4052409 |
| 06/28/2011 | TT | REGULAR | 7 | 06/25/2011 | 07/01/2011 | $577.00 | $0.00 | $577.00 | 4054380 |
| 07/05/2011 | TT | REGULAR | 7 | 07/02/2011 | 07/08/2011 | $577.00 | $0.00 | $577.00 | 4055996 |
| 07/12/2011 | TT | REGULAR | 7 | 07/09/2011 | 07/15/2011 | $577.00 | $0.00 | $577.00 | 4058020 |
| 07/19/2011 | TT | REGULAR | 7 | 07/16/2011 | 07/22/2011 | $577.00 | $0.00 | $577.00 | 4059760 |
| 07/26/2011 | TT | REGULAR | 7 | 07/23/2011 | 07/29/2011 | $577.00 | $0.00 | $577.00 | 4061549 |
| 08/02/2011 | TT | REGULAR | 7 | 07/30/2011 | 08/05/2011 | $577.00 | $0.00 | $577.00 | 4063307 |
| 08/09/2011 | TT | REGULAR | 7 | 08/06/2011 | 08/12/2011 | $577.00 | $0.00 | $577.00 | 4065001 |
| 08/16/2011 | TT | REGULAR | 7 | 08/13/2011 | 08/19/2011 | $577.00 | $0.00 | $577.00 | 4066797 |
| 08/23/2011 | TT | REGULAR | 7 | 08/20/2011 | 08/26/2011 | $577.00 | $0.00 | $577.00 | 4068645 |
| 08/30/2011 | TT | REGULAR | 7 | 08/27/2011 | 09/02/2011 | $577.00 | $0.00 | $577.00 | 4070639 |
| 09/06/2011 | TT | REGULAR | 7 | 09/03/2011 | 09/09/2011 | $577.00 | $0.00 | $577.00 | 4072356 |
| 09/13/2011 | TT | REGULAR | 7 | 09/10/2011 | 09/16/2011 | $577.00 | $0.00 | $577.00 | 4074276 |
| 09/20/2011 | TT | REGULAR | 7 | 09/17/2011 | 09/23/2011 | $577.00 | $0.00 | $577.00 | 4076072 |
| 09/27/2011 | TT | REGULAR | 7 | 09/24/2011 | 09/30/2011 | $577.00 | $0.00 | $577.00 | 4077940 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/29/2018

TIME: 04:21 pm

REPORT: CL15OR

PAGE 4

OF 4

## LOUISIANA WORKERS' COMPENSATION CORPORATION

### Claim Payments Report

For Payment Dates 10/01/1992 Through 06/29/2018

For Claim Number 161578

Claimant Flores, Wence

**Indemnity Payments**

| Payment Date | Comp Code | Type Comp | Thru Date | From Date | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 10/04/2011 | TT | REGULAR | 10/07/2011 | 10/01/2011 | 7 | $577.00 | $0.00 | $577.00 | 4079809 |
| 10/11/2011 | TT | REGULAR | 10/14/2011 | 10/08/2011 | 7 | $577.00 | $0.00 | $577.00 | 4081862 |
| 10/18/2011 | TT | REGULAR | 10/21/2011 | 10/15/2011 | 7 | $577.00 | $0.00 | $577.00 | 4083759 |
| 10/25/2011 | TT | REGULAR | 10/28/2011 | 10/22/2011 | 7 | $577.00 | $0.00 | $577.00 | 4085652 |
| 11/01/2011 | TT | REGULAR | 11/04/2011 | 10/29/2011 | 7 | $577.00 | $0.00 | $577.00 | 4087602 |
| 11/08/2011 | TT | REGULAR | 11/11/2011 | 11/05/2011 | 7 | $577.00 | $0.00 | $577.00 | 4089691 |
| 11/15/2011 | TT | REGULAR | 11/18/2011 | 11/12/2011 | 7 | $577.00 | $0.00 | $577.00 | 4091582 |
| 11/22/2011 | TT | REGULAR | 11/25/2011 | 11/19/2011 | 7 | $577.00 | $0.00 | $577.00 | 4093467 |
| 11/29/2011 | TT | REGULAR | 12/02/2011 | 11/26/2011 | 7 | $577.00 | $0.00 | $577.00 | 4094876 |
| TOTALS (excluding canceled transactions denoted by *): | | | | | | $26,624.44 | $0.00 | $26,624.44 | |

* denotes a canceled transaction, and is not included in the total calculations