# JOHNSON, RAHMAN & THOMAS

**Employees of Louisiana Workers' Compensation Corporation**

2237 S. Acadian Thruway | P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone: (225) 231-0875
Facsimile: (225) 231-0986
Fax Server: (225) 929-5613

July 3, 2018

*Via UPS Next Day Air*

Counsel for BP
**Attn: Mr. J. Andrew Langan**
Kirkland & Ellis LLP
300 N. LaSalle St., Suite 2400
Chicago, IL 60654

*Via UPS Next Day Air*

MDL 2179 Plaintiffs' Steering Committee
**Attn: Mr. Steven J. Herman**
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

      In Re:  Oil Spill by the Oil Rig "Deepwater Horizon": in the Gulf of Mexico,
              On April 20, 2010
              MDL No.    :     10-2179; Section J

              Louisiana Workers' Compensation Corporation v. BP, PLC, et al
              Civil Action No.:    17-cv-03199

              Workers' Compensation Claim of Gilberto Garay
              LWCC Claim No.: 159822

Dear Counsel:

    In compliance with Pretrial Order No. 66, with respect to the workers' compensation claim of Gilberto Garay, enclosed please find the following documents:

1.     Individual Particularized Statement of Claim;
2.     Petition for Damages and related documents;
3.     First Report of Injury;
4.     Claim for Compensation filed by injured worker;
5.     Accident report & BP accident report;
6.     Recent medical records; and

Mr. J. Andrew Langan
Mr. Steven Herman
July 3, 2018
Page 2

      7.      Claim payment report.

      In total LWCC has paid $24,941.41 to and on behalf of Mr. Garay as a result of his injuries suffered during the clean-up efforts following the Deepwater Horizon explosion. Louisiana Workers' Compensation Corporation is seeking recovery of all payments made to and on behalf of Mr. Garay.

      I hope this is satisfactory for your needs, however, in the event you have any questions or require any additional information, please do not hesitate to call.

      With kind regards, I am

                      Very truly yours,

                      David K. Johnson

DKJ/fhj
Enclosures
cc:    Linda Dantin

## EXHIBIT A

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
**Civil Action No. 10-MD-2179-CJB-SS**

## PTO 66 PARTICULARIZED STATEMENT OF CLAIM
## FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** Louisiana Workers' Compensation Corporation

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.     YOUR BACKGROUND INFORMATION

1.     Current address:

Address Line 1:     2237 S. Acadian Thruway

Address Line 2:

City:   Baton Rouge          State:   LA          Zip:   70808

2.     Telephone number:   (225) 924-7788

3.     Maiden or other names used or by which you have been known, and the dates during which you were known by such names:     N/A

4.     Date and Place of Birth:          N/A

5.     Male_____     Female_____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---------|--------------------|
| N/A | |
| | |
| | |

7. Employment Information:

A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|----------|---------|---------------------|----------------------|
| N/A | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _____ If "Yes," when were you out of work and why? ___N/A_____

_____

**B.** **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.    Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes _X_    No _____    (*Indirectly, see attached correspondence*)

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore _____    Offshore _X_    Both _____

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes _____    No _X_

12.    Did you handle hazardous materials as part of your cleanup work?

Yes _____    No _____

13.    Please set forth the following information about your cleanup work:

A.    Your employer(s): _Lawson Environmental Service, LLC_

B.    Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_Kimberly Johnson_

C.    A description of the work performed for employer(s) identified in Question No. 13(A): _offloading containment boom_

D.    The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _precise work locations + dates unknown_

E.      The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _Deron Barge 3_

F.      Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _Unknown_

### 2.    Residents/Tourists

14.    Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

     Yes_____      No_____

15.    Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

     Yes_____      No_____

16.    List all address(es) at which you resided in 2010: _____

_____

## C.    INFORMATION ABOUT YOUR B3 CLAIM

17.    Are you claiming that you suffered damages from (*Check all that apply*):

     _____ Bodily injury from exposure to oil and/or dispersants

     __X__ Bodily injury other than from exposure to oil and/or dispersants

     _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D. EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____        Dispersants_____        Both_____

19. How were you exposed? (*Check all that apply*)

    A.    Inhalation              Yes_____      No_____

    B.    Dermal (skin) contact   Yes_____      No_____

    C.    Ingestion               Yes_____      No_____

    D.    Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____        Month: _____        Year: _____

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    _____

    _____

    _____

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    _____

    _____

    _____

    _____

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    _____

    _____

    _____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____     No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.     NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

A.     The nature of your injury: _See attached medical records_

B.     The date(s) of your injury: _9/5/2010_

C.     The location(s) of your injury: _on Devon Barge 3_

D.     The work that you were performing when you sustained your injury: _____
_Responder - collecting oil contaminents_

_____

E.     Identify any individual(s) who witnessed your injury: _____
_See attached accident reports + statements_

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
_See attached accident reports + statements_

_____

_____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_See attached medical reports_

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_See attached medical reports & claim for compensation_

31. On what date did you first report or seek treatment for your injury or illness: 9/5/2010

32. On what date was your injury first diagnosed: 9/5/2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|  | See attached medical reports + Claim payment report |

34.     Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      | *See attached medical reports & Claim payment report* |
|      |  |
|      |  |
|      |  |

35.     Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No _____. If "*Yes,*" *Unknown*

        A.      When? _____

        B.      Who diagnosed the injury (or condition) at that time? _____

                _____

                _____

        C.      Who treated the injury (or condition) at that time? _____

36.     Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

        Yes _____ No_____. If "*Yes,*"

        A.      What date did you first experience such injury or condition? _____

        B.      What injury (or condition) was made worse? _____

                _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|      | Unknown |
|      |         |
|      |         |
|      |         |
|      |         |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__ No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

recovery of medical expenses & weekly benefits per attached claim payment report

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes __X__ No _____

If "Yes":

A. From whom did you receive this compensation or reimbursement? _____

LWCC

B.    When did you receive this compensation or reimbursement?_____

_____ *See attached claim payment report*

C.    What was the amount of the compensation or reimbursement?_____

_____ *See attached claim payment report*

### G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

Case 2:10-md-02179-CJB-DPC   Document 25047-9   Filed 10/11/18   Page 13 of 87

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
       caused the damages you allege in response to Question No. 47.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____July 5_____ , 2018

Location (City and State): _____Baton Rouge, La_____

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_____Michael Stiltner_____
Print Name

_____SVP/General Counsel_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

## CITATION

GILBERTO GARAY

Versus

LAWSON ENVIRONMENTAL SERVICE LLC, ET AL



Case: 0162759
Division: B
32nd Judicial District Court
Parish of Terrebonne :
State of Louisiana

A Resident of TERREBONNE Parish

TO: LAWSON ENVIRONMENTAL SERVICE LLC, THROUGH ITS AGENT FOR SERVICE OF PROCESS: CECIL B. LAWSON
2108 DENLEY ROAD
HOUMA, LA 70363

You are hereby summoned to comply with the demand of the ORIGINAL PETITION, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

A, true and faithful copY whereof accompaniES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 6TH day of JANUARY, 2011.

J. Robert Boudreaux, Clerk of Court

BY: /s/ Holly O. Gaudet
Deputy Clerk of Court

A true copy:

Clerk's office, Houma, Louisiana

JAN 0 6 2011                    20__
(L.S.) Holly O. Gaudet
Deputy Clerk of Court

---

### SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the ____ day of _____, 20__ | together with a true copy thereof and a true copy of pleadings mentioned above and on the ____ day of _____, 20__ |
| I served the same on the said _____ | I served the same at the domicile of the said _____ |
| IN PERSON in the Parish of _____ | Situated in the Parish of _____ |
| LA., at about ____ miles from the courthouse of The said Parish. | LA. at about ____ miles from the courthouse of the Parish of _____, LA. |
| WHEREOF, I make this my return on this day of ____ _____, 20__. | by leaving the said true copies in the hands of _____ a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ |
| Deputy Sheriff | who was absent at the time of service as determined from the interrogation of the said _____ relative thereto. |
| Parish of _____ | WHEREOF, I make this my return on this ____ day of ____ _____, 20__. |
| | Deputy Sheriff |
| | Parish of _____ |

RETURN AND FILED:

_____
Deputy Clerk of Court

FEE:      $_____
MILEAGE:  $_____
Total:    $_____

Requested By: JERRY L. HERMANN
7910 MAIN STREET, STE. 400, P.O. BOX 3760
HOUMA, LA 70361. 985/851-3311

[ SERVICE ]

GILBERTO GARAY

VS. NO. _____ 162759

LAWSON ENVIRONMENTAL SERVICE,
LLC and BP AMERICA PRODUCTION
COMPANY

32ND JUDICIAL DISTRICT COURT

PARISH OF TERREBONNE

STATE OF LOUISIANA

## PETITION FOR DAMAGES

The petition of Gilberto Garay, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana, respectfully represents:

1.

Made defendants herein are the following:

A.   **LAWSON ENVIRONMENTAL SERVICE, LLC, (LES),** a company organized and existing under the laws of the State of Louisiana and having its principal place of business in the Parish of Terrebonne, State of Louisiana; and

B.   **BP AMERICA PRODUCTION COMPANY, (BP),** a foreign corporation authorized to do and doing business in the Parish of Terrebonne, State of Louisiana.

2.

This claim arises under the general maritime law of the United States, the Jones Act, 46 U.S.C.A. §§30104-30105 (formerly 46 App. U.S.C.A. §688), and under the laws of the State of Louisiana. It is brought in state court pursuant to the "savings to suitors" clause of 28 U.S.C.A. §1333(1), and pursuant to the laws of the State of Louisiana.

3.

Defendants are justly and truly indebted unto petitioner for the following:

4.

In April, 2010, the BP-chartered drilling rig known as the Deepwater Horizon blew up off the Louisiana coast in the Gulf of Mexico, causing an unprecedented release of oil and contaminants into the Gulf and surrounding wetlands. The cause of the blow-up and oil spill was the negligence of BP and its subcontractors.

5.

On or about September 5, 2010, petitioner, Gilberto Garay, was an employee, seaman and member of the crew of the De-Con 3, a special purpose vessel which was anchored in the navigable and territorial waters of Terrebonne Parish, State of Louisiana off the coast of Terrebonne Parish. The De-Con 3, a group of approximately

eight barges lashed together, was owned, operated and/or chartered by Lawson Environmental Service, BP and/or other as yet unnamed entities to assist in the oil clean-up work.

6.

Petitioner's job duties contributed to the function of the De-Con 3 vessel. The primary purpose of the vessel was to decontaminate oiled booms which were used to capture the oil emitted in the aftermath of the collapse of the Deepwater Horizon.

7.

The De-Con 3 was and is a vessel in navigation, capable of providing transportation across navigable waterways. Although it was anchored at the time of petitioner's casualty, the De-Con 3 was capable of being moved as conditions dictated.

8.

On or about September 5, 2010, at approximately 10:00 o'clock a.m., a vessel of opportunity anchored at the D-Con 3 for the purpose of offloading contaminated boom.

9.

The D-Con 3 was not suited, outfitted or properly manned for its intended task of offloading contaminated boom.

10.

As petitioner was performing his work, one of the outriggers on the vessel of opportunity fell, striking him on his head and shoulder and knocking him to the deck.

11.

At all times pertinent herein, BP had in full force and effect a charter agreement with LES for the hire of the De-Con 3 and with the owner of the vessel of opportunity for oil spill related clean-up and decontamination. BP, as to third parties, such as Mr. Garay, became legally obligated as a matter of law for the torts of both vessels and their crews.

12.

At all times pertinent herein, the De-Con 3 was unseaworthy. It did not have adequate equipment, crew or supervision to safely perform the task of offloading and decontaminating boom. It was also equipped with decontaminant chemicals that caused burns to petitioner and other workers.

13.

As a result of the accident, petitioner suffered injuries to his head, neck, back, shoulder, arm, wrists, legs and other parts of his body. Further, during the course of his employment with LES, petitioner suffered chemical burns from the products used in the decontamination process.

14.

The sole cause of the accident and injuries was the negligence and/or fault of Lawson Environmental Service and BP, in solido, whether each of them acted separately or each of them acted together to produce the harm:

A.   LAWSON ENVIRONMENTAL SERVICE, LLC

    1.   Failure to provide a safe place to work;

    2.   Failure to provide proper equipment and manpower to assure that the outriggers on vessels being offloaded were properly attached and that the boom was safely offloaded;

    3.   Failure to provide proper supervision for the job to assure that the boom was safely offloaded;

    4.   Failure to warn petitioner of the danger of insecure outriggers;

    5.   Using decontamination fluid that caused chemical burns to its employees;

    6.   Failure to inspect the vessel of opportunity to assure that its rigging was properly secured;

    7.   Failure to pay maintenance and cure; and

    8.   All other acts of fault and/or negligence to be shown more particularly at trial.

B.   BP AMERICA PRODUCTION COMPANY

    1.   Causing the explosion of the Deepwater Horizon and the release of oil and contaminants into the waters of Louisiana, necessitating a massive clean-up effort;

    2.   Failure to provide a safe place to work;

    3.   Being the owner, owner pro hac vice and/or charterer of the M/V De-Con 3 and the vessel of opportunity and responsible to their crews for providing a safe place to work;

    4.   Failure to provide adequate vessels, equipment, manpower and facilities to conduct the clean-up operation;

    5.   Failure to properly secure the outrigger on the vessel of opportunity and safely offload the boom;

    6.   Failure to properly supervise the crew;

    7.   Failure to warn petitioner of the danger of the falling outrigger;

8. Having the care, custody and control of a defective vessel and rigging which it knew or should have known was defective had it exercised due and reasonable care and proper inspection;

9. Failure to provide a safe and proper means for handling decontaminated boom;

10. In its capacity as the employer of workers of the M/V De-Con 3, under the doctrine of respondeat superior; and

11. All other acts of fault and/or negligence to be shown more particularly at trial.

15.

As a result of the accident, petitioner Garay suffered injuries and damages as follows:

A. medical expenses, past and future;

B. physical and mental pain and suffering, past and future;

C. disability;

D. loss of earnings, past and future;

E. loss of earning capacity, past and future;

F. loss of life's pleasures;

G. punitive damages for failure to pay maintenance and cure; and

H. such other damages as allowed by law.

16.

Despite numerous and amicable demands, none of the defendants has timely paid or agreed to timely pay maintenance and cure and/or workers' compensation benefits to petitioner. He is left in necessitous circumstances through the fault of defendants in not timely paying his maintenance and cure. The defendants' fault is arbitrary and capricious. The defendants are aware of petitioner's address, his representation by counsel, his whereabouts and yet defendants have refused to timely pay maintenance and cure or compensation benefits to Mr. Garay.

WHEREFORE, petitioner, GILBERTO GARAY, prays that this petition be served on defendants, LAWSON ENVIRONMENTAL SERVICES, LLC and BP AMERICA PRODUCTION COMPANY, and after due proceedings are had, that there be judgment in favor of petitioner, GILBERTO GARAY, and against defendants, LAWSON ENVIRONMENTAL SERVICE, LLC and BP AMERICA PRODUCTION COMPANY, for all such damages as are reasonable in the premises, for all costs of these proceedings,

together with legal interest from date of judicial demand, and for all other general and equitable relief.

Respectfully Submitted,

JERRY L. HERMANN
KOPFLER & HERMANN (L.C.)
7910 Main Street, Ste. 400
P. O. Box 3760
Houma, Louisiana 70361
Phone: (985) 851-3311
Fax: 985-851-4521

_____
JERRY L. HERMANN (#6823)

**PLEASE SERVE:**

**LAWSON ENVIRONMENTAL SERVICE, LLC**
Through its agent for service of process:
Cecil B. Lawson
2108 Denley Road
Houma, LA 70363

**BP AMERICA PRODUCTION COMPANY**
Through its agent for service of process:
C.T. Corporation Systems
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

FILED
JAN - 5 2011
/S/ KAREN L. PRICE
Deputy Clerk of Court
Parish of Terrebonne, LA

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. JAN 0 6 2011 , 20___
BY_____
Deputy Clerk of Court

**MAIL TO:**

LOUISIANA WORKERS' COMPENSATION CORPORATION
2237 S. ACADIAN THRUWAY
SUITE 102
BATON ROUGE, LA 70808
225-924-7788

**EMPLOYER REPORT**
**OF**
**INJURY/ILLNESS**

_____-0940
Employee Social Security Number
_____203732801_____
Employer Federal ID Number
117980 / 159822
Insurance Policy No. / Claim No.

This report is completed by the Employer for each injury/illness identified by them or their employee as occupational. A copy is to be provided to the employee and the insurer immediately. **Forms for cases resulting in more than 7 days of disability or death** are to be sent to the OWCA **by the 10th day after the incident** or as requested by the OWCA.

PURPOSE OF REPORT: (Check all that apply)

☒ More than 7 days of disability    ☐ Possible dispute      ☐ Medical Only

☐ Injury resulted in death    ☐ Lump Sum Compromise/Settlement    **(no copy needed by OWCA)**

☐ Amputation or disfigurement    ☐ Other

| 1. Date of Report MM/DD/YY | 2. Date / Time of Injury MM/DD/YY  Time: | 3. Normal Starting Time Day of Accident | 4. If Back to Work - Give Date: MM/DD/YY | 5. At same wage? | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|---|
| 09/16/10 | 09/05/10  08:20 ☒ AM ☐ PM | ☐ AM ☐ PM | 09/05/10 | ☐ Yes ☒No | Date Received |
| 6. If Fatal Injury, Give Date of Death: MM/DD/YY | 7. Date Employer Knew of Injury MM/DD/YY | | 8. Date Disability Began MM/DD/YY | 9. Last Full Day Paid MM/DD/YY | |

| 10. Employee Name:  First  Middle  Last | 11. | 12. Employee Phone # | S.I.C. |
|---|---|---|---|
| GILBERTO    GARAY | ☒ Male ☐ Female | 504-235-3653 | |

| 13. Address and Zip Code | 14. Parish of Injury: | State-Parish |
|---|---|---|
| 2826 OAK GROVE METAIRIE, LA 70009  JEFFERSON | | |

| 15. Date of Hire: | 16. Age at Illness/Injury | 17. Occupation | 18. Dept/Division Employed | Occupation |
|---|---|---|---|---|
| | 32 | TECHNICIANS, N.E.C. | | |

| 19. Place of Injury-Employers Premises  ☐ Yes ☒ No | 20. Indicate Location-Street, City, Parish and State | Nature |
|---|---|---|
| | VISSEL DECAN , | |

21. What work activity was the employee doing when the incident occurred? (Give weight, size, and shape of materials or equipment involved. Tell what he was doing with them. Indicate if correct procedures were followed.)

The employee was on the shrimp boat about to dock. Before
the boat docked the skimmer fell to the barge and struck
the employee on his head. He fell face down onto the barge.
Vendor: Unknown

Part of Body
Source
Event
X CCI
555555

22. What caused incident to happen? (Describe fully the events which resulted in injury or disease. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led to or contributed to this injury or illness.)

| 23. Part of Body Injured and Nature of Injury or Illness (ex. left leg; multiple fractures) | 24. If Occ Disease-Give Date Diagnosed: |
|---|---|
| BRUISES/CONTUSIONS  MULT BODY PARTS | |

| 25. Physician and Address | 26. If Hospitalized, give name & address of facility |
|---|---|
| | |

| 27. Employer's Name | 28. Person Completing This Report - Please print |
|---|---|
| LAWSON ENVIRONMENTAL SERVICE LLC | KIMBERLY JOHNSON |

| 29. Employer's Address and Zip Code | 30. Employer's Telephone Number |
|---|---|
| 2108 DENLEY ROAD HOUMA, LA 70363  TERREBONNE | 985-601-1266 |

| 31. Employer's Mailing Address - If Different From Above | 32. Nature of Business-Type of Mfg., Trade, Construction, Service, etc. |
|---|---|
| | SANITARY SERVICES, NEC |

33. Wage Information (optional):    Employee was paid   ☐ Daily   ☐ Weekly   ☐ Monthly   ☒ Other    The average weekly wage was $_____ per week.

LDOL-WC-1007
REV. 1/98

NAME OF WORKERS' COMPENSATION INSURER:    LOUISIANA WORKERS' COMPENSATION CORPORATION
PHONE NUMBER:    225-924-7788

**COMPLETE BOTH SIDES**

Policy # 117980          cmp
                    Gilberto Garay

# LAWSON ENVIRONMENTAL SERVICE, L.L.C.

## INCIDENT REPORT

Report No:

**1. TYPE OF INCIDENT - CHECK ALL THAT APPLY**

| | | |
|---|---|---|
| ☑ INJURY/ILLNESS | ☐ VEHICLE DAMAGE | ☐ HIGH LOSS POTENTIAL (NEAR MISS) | ☐ FIRE |
| ☐ SPILL/RELEASE | ☐ PROPERTY LOSS/DAMAGE | ☐ PERMIT OR EQUIV. EXCEEDANCE | ☐ OTHER |

**2. GENERAL INFORMATION**

PROJECT: Decon 3 Dulac    TASK: Decon VOO boat and containment boom

COMPANY OR SUBCONTRACTOR NAME(S): Lawson Environmental Service

DATE OF INCIDENT: 9-5-10    DAY OF WEEK: Sunday    MILITARY TIME: 0820

SUPERVISOR ON DUTY: Kimberly Johnson    PHONE: 985-601-1266

LOCATION OF INCIDENT: Low profile deck barge

WEATHER/LIGHTING CONDITIONS: clear sky wind 10 knots

**3. DESCRIBE WHAT HAPPENED (step by step, use additional pages if necessary)**

We were going to flip Kline Terrabones boat around to get the boom off the outriggers on starboard side. My supervisor told him to to tie off the outriggers good. One deckhand when we flipped it around the outrigger fell on my employee striking him in the head and shoulder. The captain said it came undone, which wouldn't have made a difference if the deck hand would have tied it off good. The sheriffs office came out & took them away, the operator was taking Lomtab and smelled like alchol.

**4. IMMEDIATE CORRECTIVE ACTIONS (use additional pages if necessary)**

We make them take their boom down before they came into the decon area.

**5. AFFECTED EMPLOYEE INFORMATION (incl. use injured person or employees whose activities resulted in incident)**

NAME: Gilberto Garay    COMPANY: Lawson Environmental

HOME ADDRESS: 2826 Oak Grove Dr Metarie LA

SOCIAL SECURITY #: 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    HOME PHONE #: 504-235-3653    MARITAL STATUS:

JOB CLASSIFICATION: Technician    YEARS IN JOB CLASSIFICATION: started 8-27-10

NUMBER OF HOURS WORKED PRIOR TO INCIDENT: 1 hour    DATE OF HIRE: 8-26-10    DATE OF BIRTH: 10-3-77

DID INCIDENT RELATE TO ROUTINE TASK FOR JOB CLASSIFICATION?    ☑ YES    ☐ NO

**6. INJURY/ILLNESS INFORMATION**

NATURE OF INJURY OR ILLNESS: head - neck - shoulder injury

OBJECT/EQUIPMENT/SUBSTANCE CAUSING HARM: Outrigger

FIRST AID PROVIDED: ☑ YES    ☐ NO    IF YES, WHERE: ☑ ON SITE    ☑ OFF SITE Emergency

IF YES, WHO PROVIDED FIRST AID? Medic & Emergency room

WILL THE INJURY/ILLNESS RESULT IN: ☐ RESTRICTED DUTY    ☐ LOST TIME    ☑ UNKNOWN

Policy #117980

Emp: Gilberto Garay

# LAWSON ENVIRONMENTAL SERVICE, L.L.C.
## INCIDENT REPORT (Continued)

### 7. TREATMENT OR EVALUATION INFORMATION (Attach Provider's Report/Statement)

WAS TREATMENT OR EVALUATION PROVIDED? ☑ YES ☐ NO   ☑ FIRST AID ☑ EVALUATION ☑ MEDICAL TREATMENT

IF YES, WHERE?   ☑ ON SITE   ☐ DR'S OFFICE ☑ HOSPITAL ☐ OTHER:

NAME OF PERSON(S) PROVIDING TREATMENT OR EVALUATION:

ADDRESS WHERE TREATMENT OR EVALUATION WAS PROVIDED:

TYPE OF TREATMENT OR EVALUATION: CT scan

### 8. PROPERTY LOSS OR DAMAGE INFORMATION

PROPERTY OR VEHICLE INVOLVED:                    EQUIPMENT NO.:

DESCRIPTION OF LOSS OR DAMAGE:                   ESTIMATED $ LOST:

### 9. SPILL OR RELEASE INFORMATION

SUBSTANCE SPILLED OR RELEASED:          FROM WHERE:          TO WHERE:

ESTIMATED QUANTITY/DURATION:

REPORTABLE QUANTITY (RQ):          RQ EXCEEDED? ☐ YES ☐ NO

RELEASED TO WATERS OF STATE? ☐ YES ☐ NO   CERCLA HAZARDOUS SUBSTANCE? ☐ YES ☐ NO

RESPONSE ACTIONS TAKEN:

### 10. WITNESS INFORMATION (Attach witness statement(s))

NAME: Kimberly Johnson   EMPLOYEE ID#:          COMPANY: Lawson Environmental

HOME ADDRESS: 244 Texas Gulf Rd Bourg LA     HOME PHONE #: 985-601-1266

NAME: Kelly Callahan   EMPLOYEE ID#:          COMPANY: Lawson Environmental

HOME ADDRESS:                    HOME PHONE #: 985 601 1245

### 11. PERSONS PREPARING REPORT (Employee and Supervisor to Complete Report)

EMPLOYEE'S NAME (PRINT): Kimberly Johnson   SIGN: Kimberly Johnson   DATE: 9-5-10

EMPLOYEE'S NAME (PRINT):          SIGN:          DATE:

SUPERVISOR'S NAME (PRINT):          SIGN:          DATE:

### 12. PERSONNEL NOTIFIED (Notify Health and Safety Manager Immediately)

| MANAGEMENT | NAME(S) | DATE/TIME |
|---|---|---|
| ☐ SITE SUPERVISOR | Michael Van Fleet | |
| ☐ PROJECT MANAGER | Jeremy Smith | |
| ☐ HEALTH AND SAFETY MANAGER | Gilbert M. Ropes | |
| ☐ OTHER PERSONNEL NOTIFIED | | |
| RECEIVED BY H&S REP (NAME): | | DATE/TIME: |

*All incidents require immediate notification to the Site Supervisor. Completed Incident Report due to the Project Manager and the Health and Safety Manager by the end of the work shift or prior to leaving site the day of the incident. All spills and releases require immediate notification to the Project Manager and Corporate Environmental Compliance Manager.*

Policy # 11798D                    Emp: Gilberto Garay

# LAWSON ENVIRONMENTAL SERVICE, L.L.C.
## INCIDENT INVESTIGATION

Refer to Incident Report No: _____

### 1. GENERAL INFORMATION

| COMPANY: | DATE OF INCIDENT: | DATE OF INVESTIGATION REPORT: |
|---|---|---|

| INCIDENT COST: | ESTIMATED: $ | ACTUAL: $ |
|---|---|---|

OSHA RECORDABLE:  ☐ YES   ☐ NO   # RESTRICTED DAYS:          # DAYS AWAY FROM WORK

WAS THE ACTIVITY ADDRESSED IN AN AHA?:      ☐ YES (Attach a copy)     ☐ NO

### 2. CAUSE ANALYSIS

IMMEDIATE CAUSES – WHAT ACTIONS AND CONDITIONS CONTRIBUTED TO THIS EVENT? (SEE EXAMPLES NEXT PAGE)

Drug & Alchol being taken while operating boat

BASIC CAUSES – WHAT SPECIFIC PERSONAL OR JOB FACTORS CONTRIBUTED TO THIS EVENT? (SEE EXAMPLES NEXT PAGE)

Loratab

### 3. ACTION PLAN

REMEDIAL ACTIONS – WHAT HAS BEEN AND/OR SHOULD BE DONE TO CONTROL THE CAUSES LISTED? INCLUDE MANAGEMENT PROGRAMS (SEE ATTACHED LIST) FOR CONTROL OF INCIDENTS IF APPLICABLE.

| ACTION | PERSON RESPONSIBLE | TARGET DATE | DATE COMPLETE | VERIFIED BY |
|---|---|---|---|---|
| no more Captains operating while taking a controlled substance | | | | |

### 4. PERSONNEL PERFORMING INVESTIGATION (PM, Supervisor, Employee, etc.)

| NAME: (PRINT) Gilbert M. Reyes | SIGN: | DATE: 09/05/10 |
|---|---|---|
| NAME: (PRINT) Kimberly Johnson | SIGN: | DATE: 09/05/10 |
| NAME: (PRINT) | SIGN: | DATE: |

### 5. MANAGEMENT REVIEW

| PROJECT MANAGER (PRINT) | SIGN: | DATE: |
|---|---|---|

COMMENTS:

| Gilbert M. Reyes | SIGN: | 09/05/10 |
|---|---|---|
| HEALTH & SAFETY MANAGER (PRINT) | | DATE: |

COMMENTS:

NOTE:  Attach additional information as necessary.  Project Manager to forward copy of Investigation Report to the Health and Safety Manager as soon as possible, but no later than 48 hours after the incident.

## LAWSON ENVIRONMENTAL SERVICE, L.L.C.

C:\Users\kimberly ann hocpaul\AppData\Local\Microsoft\Windows\Temporary Internet Files\Low\Content.IE5\US2NQ2D4\LES+INCIDENT+REPORT[1].doc                    Rev. 0

Policy# 117980                    Emp: Gilberto Garay

# INCIDENT INVESTIGATION (Continued)

## EXAMPLES OF IMMEDIATE CAUSES

### SUBSTANDARD ACTIONS

1. Operating Equipment without Authority
2. Failure to Warn
3. Failure to Secure
4. Operating at Improper Speed
5. Making Safety Devices Inoperable
6. Using Defective Equipment
7. Failure to Use PPE Properly
8. Improper Loading
9. Improper Placement
10. Improper Lifting
11. Improper Position for Task
12. Servicing Equipment in Operation
13. Horseplay
14. Under Influence of Alcohol/Drugs
15. Using Equipment Improperly
16. Failure to Follow Procedure

### SUBSTANDARD CONDITIONS

1. Inadequate Guards or Barriers
2. Inadequate or Improper Protective Equipment
3. Defective Tools, Equipment, or Materials
4. Congestion or Restricted Action
5. Inadequate Warning System
6. Fire and Explosion Hazards
7. Poor Housekeeping/Disorder
8. Noise Exposure
9. Exposure to Radiation/Hazardous Materials
10. Exposure to Temperature Extremes
11. Inadequate Illumination
12. Inadequate Ventilation
13. Hazardous Environmental Conditions

## EXAMPLES OF BASIC CAUSES

### PERSONAL FACTORS

1. Inadequate Physical/Physiological Capability
2. Inadequate Mental/Psychological Capability Knowledge
3. Physical or Psychological Stress
4. Mental or Psychological Stress
5. Lack of Knowledge
6. Lack of Skill
7. Improper Motivation

### JOB FACTORS

1. Inadequate Leadership/Supervision
2. Inadequate Engineering
3. Inadequate Purchasing
4. Inadequate Maintenance
5. Inadequate Tools/Equipment
6. Inadequate Work Standards
7. Excessive Wear and Tear
8. Abuse or Misuse

## MANAGEMENT PROGRAMS FOR CONTROL OF INCIDENTS

1. Leadership and Administration
2. Management Training
3. Planned Inspections and Maintenance
4. Task Analysis and Procedures
5. Task Observation
6. Emergency Preparedness
7. Rules and Work Permits
8. Accident/Incident Analysis
9. Personal Protective Equipment
10. Health Control
11. Program Audits
12. Engineering and Change Management
13. Personal Communications
14. Group Communications
15. General Promotion/Awareness
16. Hiring and Placement
17. Purchasing Controls
18. Off-the-Job Safety

## NOTIFICATION REMINDER

**Fatalities or hospitalization (admittance) of three or more individuals requires notification to OSHA within 8 hours. Contact the Health and Safety Manager to make the notification. If unavailable, the senior operations person on site should make the notification.**

Policy# 117980

Emp. Gilberto Garay

| ◯ bp | **Preliminary HSSE Incident Report**<br>"Short Form" | 🔵 |

Place an "x" in the appropriate box or boxes that best classify the incident.

| **Safety/Health** | **Transportation** | **Loss/Damage** | **Other** | ID# |
|---|---|---|---|---|
| ☒ Occupational Injury | ☐ Air | ☐ Equipment/Property Damage | ☐ Security | |
| ☐ Occupational Illness | ☒ Maritime | ☐ Fire/Explosion | ☐ Other | |
| ☐ Near Miss | ☐ Road | ☐ Near Miss | ☐ Near Miss | |
| | ☐ Near Miss | | | |

**Section 1: Worker Information (when applies)**

Name (Last, First, Middle) _Garay Gilberto_
Date of Birth (Month/Day/Year) _77_
Sex ☒ Male ☐ Female
Race/Ethnicity ☐ White ☐ Black ☐ Asian ☒ Hispanic ☐ Other

Worker contact phone #
☐ BP Employee ☒ Contractor ☐ Other
☐ Federal/State/Local ☐ Volunteer
Last four digits of SS# _0740_
Job Title: _Responder_

Supervisors Name: _Kimberly Orford_
Supervisors Phone #: _985-601-1266_
Employer Name: _Lawson Env. Serv._
Employer Address: _2168 Dailey Rd. Harvey_
Employers phone #: _985-870-0420_

**Section 2: General Incident Details**

Date / Time Incident Occurred: _9/5/10_ @ _8:20_ (AM)/PM
Date / Time Incident Reported: _9/5/10_ @ _8:20_ (AM)/PM

Incident Reported To: _Safety Personnel_

Command Site: ☐ Houston ☒ Houma ☐ New Orleans
☐ Mobile ☐ St. Petersburg
☐ Key West ☐ Pensacola ☐ Other

Staging Site: _Dulac LA_

Location where work was taking place (Name of Vessel, Beach, etc.) _Decon Barge 5_

**Activity being performed: Onshore**
☐ Beach cleanup
☒ Other _Vessel Decon_
☐ Wildlife cleanup

**Activity being performed: Offshore**
☐ Oil skimming   ☐ Dispersant application
☐ In-situ burning   ☐ Wellhead containment/repair
☐ Boom deployment   ☒ Other _Decon_

Describe the circumstances that led to the incident: _Vessel To. E's. Decon Capt. and Deck Hand Were Told To Tie-Off Out Rigger Two Times, they still failed To Tie-Off Out Rigger, Responder Was Walking By And Out Rigger Fell On Responders Head And Lower Neck Area._

Has the condition causing the incident been corrected or made safe? _____ Yes _____ No. If "yes" how?

Were there any witnesses to the incident? __✓__ Yes _____ No. If "yes" please list their name and company.

What was learned from this incident? (How could it be prevented in the future) _Captain And Deck Hand Should Of Tied Off Out Rigger As Told Two Times._

**Section 3: Injury Details (if this incident caused an injury or illness, complete this section)**

Describe the injury and body part affected (e.g., 1 inch scratch to right forearm) affected _Head, Neck, Back_

Specific activity being performed when injury occurred (e.g. unloading boom from truck, walking on gangway, bending over picking up debris, etc.) _Gathering Materials For Decontamination Of Vessel And Dirty Barricade Boom._

Describe the treatment received: (e.g., antiseptic and band aid applied) _Hospitalization._

_at pulse 9:00am_
_124 blood pressure  Pain 1-10 (8)_

Policy # 117980                    Emp: Gilberto Garay

| ○ bp | **Preliminary HSSE Incident Report** "Short Form" | 🏴 |

**Section 4: Illness Details (if this incident caused an illness or symptoms, complete this section)**

Describe the workers' symptoms or illness (e.g. nausea and vomiting, heat rash, etc.) Aching In The Head, Back, Neck, Nausea

Specific work activity being performed at the time of illness/symptoms prior to illness/symptoms Gathering Materials To Board Vessel/Barge Decontamination

Describe the treatment received (e.g. rest and stop work for the day, hospitalization, etc.) Hospitalization.
8166 MAIN STREET HOUMA, CA 70360 TERREBONNE GEN. MEDICAL

**Section 5: Exposure (if this incident resulted in a illness, complete this section)**

If an exposure:
How long did the task or event last? _____ minutes/hours    How often do they do this task or event? _____ minutes/hours
Is the task or event routine or non-routine. _____ Yes _____ NO
If OCS facility/MODU, was MMS District Office notified. Yes _____ NO

Route of exposure (check all that apply): ☐ Dermal    ☐ Ingestion    ☐ Inhalation

Type of chemical    ☐ Chemical dispersant    ☐ Oil/dispersant polluted water    ☐ Smoke from oil burning
☐ Cleaning agents    ☐ Other chemical
Was sampling of air, water, etc. conducted? If so, please describe:

**Section 6: Material Release (if this incident resulted in a material release, complete this section)**

Type of material released: _____

Volume of material released: _____    Volume of material recovered: _____

Released to: ____ skid pan ____ containment area ____ sea ____ air  other _____

Was the material cleaned up? ____ Yes ____ No. If "Yes", how?

**Section 7: Disposition**

☐ Treated in the field and released    ☐ Transported to urgent care clinic
☐ Treated at field medical station and released    ☐ Transferred to emergency department/emergency room

If off site treatment is required, where did they get sent _____
If off site treatment or follow up on treatment received is assigned to:
Name: _____    Company _____    Contact # _____    Email _____
Name: _____    Company _____    Contact # _____    Email _____
Name: _____    Company _____    Contact # _____    Email _____

Person providing Information:    Gilberto Garay       (Signature)       Date: 9/5/10
                                 (Print)

Person reviewing incident:       Gilbert M. Reyes     (Signature)       Date: 9/5/10
                                 (Print)

Responsible Supervisor:          Gill                 (Signature)       Date: _____
                                 (Print)

Note to Reviewer: Set a positive tone for the obtaining of information and conduct questioning from learning approach. Do not overwhelm the person providing you the information.
• Email completed form to: MC252_HOUMA_SAFETY@bp.com

Policy # 117980                    Emp. Gilberto Garay

## EMPLOYEE/WITNESS STATMENT FORM

**Employee Information**

Kelly James Callahan _____ 5128
Employee (Please Print)          Social Security No.          Job Number & Cost

2747 Bayou Dularge Rd.    Theriot    LA.    70397 ('985)
Mailing Address (Street or P.O. Box)    City    State    Zip Code    Home Telephone Number

**Initial Witness Statement**

3/5/2010          08:30          Decon #3          Dulac
Date of Incident    Time of Incident    Location of Incident (Unit / Elevation / Area)

Hate head and Back    Shrimp Boat Skimmer    Mike Van Fleet
Nature (Injury / Illness / Near Miss / Etc.)    Equipment/Apparatus Involved    Supervisor / Representative

List of Witnesses

Please provide information describing the incident. Include information regarding the timing of events, employee-owner location, work activities performed, weather conditions and/or additional information as it pertains to the incident and sign when complete.

I was 10 feet away and seen him fall to the ground
with the skimmer on top of him. He was on the small
Decon barge getting rope off the skimmer. Boat The wind was
blowing 15 to 20 kt other then that every thing was good.

                        Kelly Callahan
                        Kelly Callal

Policy # 1171980          Emp: Gilberto Garay

## EMPLOYEE/WITNESS STATMENT FORM

**Employee Information**

Brian K. Garvin _____ 4146
*Employee (Name Print)*          *Social Security No.*          *Job Number & Cont.*

35375 Hwy. 75   Plaquemine   La.   70764   225 385-8749
*Mailing Address (Street or P.O. Box)*   *City*   *State*   *Zip Code*   *Home Telephone Number*

**Initial Witness Statement**

9-5-10        8:30 A.M.        Decon Barge
*Date of Incident*   *Time of Incident*        *Location of Incident (Unit / Elevation / Area)*

Head/Neck Injury?   Shrimp Boat Skimmer     Mike Van Fleet
*Incident (Injury / Illness / Near Miss /Spill)*   *Specify for Equipment Involved*        *Foreman / Supervisor*

_____
*List of Witnesses*

**Please provide information describing the incident. Include information regarding the timing of events, employee-owner location, work activities performed, weather conditions and/or additional information as it pertains to the incident and sign when complete.**

The shrimp boat was turning around to remove
the boom off of the opposite side of the boat
Before the boat was docked (tie off), the
skimmer fell to the barge stiking my
co-worker in the head, knocking him face
down on the barge.

Policy # 111980                          Gilberto Garay

## EMPLOYEE/WITNESS STATEMENT FORM

**Employee Information**

Kimberly Johnson          [redacted] 8202          Job Number & Craft
Employee (Please Print)          Social Security No.

244 Texas Gulf Rd    Bang          LA    70343  (985) 601-1260
Mailing Address (Street or P.O. Box)          City    State    Zip Code    Home Telephone Number

**Initial Witness Statement**

9-5-10          08:20          Dawn 3 Dulac Lower Lewprotectedatbarge
Date of Incident          Time of Incident          Location of Incident (Unit / Elevation / Area)

outriggers          Michael Van Tiket
Incident (Injury / Illness / Near Miss / Env.)          Specific Equipment Involved          Foreman / Supervisor

List of Witnesses

Please provide information describing the incident. Include information regarding the timing of events, employee-owner location, work activities performed, weather conditions and/or additional information as it pertains to the incident and sign when complete.

We were taking containment boom off LA1963CA
(capt Kline Terrabone) we had to flip him around to get
the boom off the other side. My supervisor told him
to tie off his outriggers. when we were flipping
him the outriggers fell and struck my
responder in the head, shulder, & back of neck
knocking him to the barge floor face 1st
The captain said it came undogged. if the deck
hand would have tie it up better it would not
have fell. Wind was about 10 Knots

Notice of Controversion of Right
to Compensation

**U.S. Department of Labor**

Employment Standards Administration
Office of Workers' Compensation Programs
Longshore and Harbor Workers' Compensation

This report is required to obtain or retain benefits and is authorized by law and regulation (33 USC 914(d), (e); 20 CFR 702.251).   OMB No. 1215-0023
Failure to report when controverting right to compensation can result in liability for 10 percent additional compensation.

**Instructions:**   This form may be used by the employer/carrier to controvert the right to compensation.
33 USC 914(a) requires the employer to pay compensation promptly and without an award unless the
right to such compensation is controverted by the filing of this form. Failure either to pay each installment
of compensation, or controvert the right to such compensation, within fourteen days after it becomes due
may result in liability for additional compensation equal to ten percent of each installment not paid when
due (33 USC 914(d), (e). If the right to compensation is controverted, this form should be submitted in
triplicate to the District Director, and the reasons for such controversion should be fully stated in item 12.

| | |
|---|---|
| 1. OWCP File No. | |
| 2. Employer File No. | |
| 3. Carrier File No.  159822 | |

| 4. Claimant's Name and Address | 5. Claim File or Injury Reported Under (check one) |
|---|---|
| GILBERTO  GARAY<br>2826 OAK GROVE<br>METAIRIE, LA  70009  UNITED STATES | [X] LHWCA  [ ] OCS |

| 6. Employee's Name and Address<br>If different from Claimant's | 7. Employer's Name, Address and Phone Number | [ ] DCWCA  [ ] NFIA |
|---|---|---|
| SAME | LAWSON ENVIRONMENTAL SERVICE<br>LLC<br>2108 DENLEY ROAD<br>HOUMA, LA  70363<br>504-570-3172  UNITED STATES | [ ] DBA |

| 8. Carrier's Name, Address and Phone Number | 9. Nature of Injury or Occupational Disease |
|---|---|
| LOUISIANA WORKERS'<br>COMPENSATION CORPORATION<br>2237 S. ACADIAN THRUWAY<br>BATON ROUGE, LA  70808<br>800-267-2410  UNITED STATES | BRUISES/CONTUSIONS  MULT BODY PARTS |

| 10. Date of Injury (Month, Day, Year) | 11. Date of Employer's First Knowledge of Injury (Month, Day, Year) |
|---|---|
| SEPTEMBER 5, 2010 | |

12. Right to compensation is controverted for the following reason(s)

LWCC HAS JUST RECEIVED NOTICE OF THIS CLAIM.  JURISDICTION IS UNDER INVESTIGATION.  THIS IS A BP OIL SPILL.  CLAIM
REPORTED AS A LA STATE CLAIM.

| 13. Authorized Signature | 14. Print Name and Phone Number |
|---|---|
| | FRANZISKA CASEY  225-231-0723 |
| 15. Title | 16. Date of this Notice (Month, Day, Year) |
| CLAIMS DEPARTMENT | SEPTEMBER 21, 2010 |

17.  **(OWCP USE)** A copy of this form was mailed to the claimant and/or representative

on _____   Initials _____

**Public Burden Statement**

The following statement is made in accordance with the Privacy Act of 1974 (5 USC 522a) and the Paperwork Reduction Act of 1995,
as amended. The authority for requesting the following information is 20 CFR 702.251. Use of this form is optional, however
furnishing the information is required in order to obtain and/or retain benefits. According to the Paperwork Reduction Act of
1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it
displays a valid OMB control number. The valid OMB control number for this information collection is 1215-0023. The time required
to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the
collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information,
including suggestions for reducing this burden, to the U.S. Department of Labor, Division of Longshore and Harbor Worker's
Compensation, Room C4315, 200 Constitution Avenue, N.W., Washington, D.C. 20210.
**DO NOT SEND COMPLETED FORMS TO THIS OFFICE.**

Form LS-207
Rev. December 2008

**Employer's First Report of Injury Or Occupational Illness**
(See Instructions on reverse - Leave Items 1 and 2 blank)

**U.S. Department of Labor**
Employment Standards Administration
Office of Worker's Compensations Programs

OMB No. 1215-0031

| 1. OWCP No. | 2. Carrier's No. | 3. Date and Time of Accident |
|---|---|---|
| | 159822-T4 | Mo. 09  Day 05  Yr. 10  Hour 08:20 AM |

**4. Name of Injured/Deceased Employee (Type or print - first, M.I., last)**

GILBERTO   GARAY            504-235-3653
Telephone

**5. Employee's Address (No., street, city, state, Zip code)**

2826 OAK GROVE
METAIRIE, LA  70009

**6. Injury is Reported Under the following Act (Mark one)**

A [X] Longshore and Harbor Workers' Compensation Act

B [ ] Defense Base Act

C [ ] Nonappropriated Fund Instrumentalities Act

D [ ] Outer Continental Shelf Lands Act

**7. Indicate Where Injury Occurred (Longshore Act only) (Mark one)**

A [X] Aboard Vessel or Over Navigable Waters

B [ ] Pier/Wharf

C [ ] Dry Dock

D [ ] Marine Terminal

E [ ] Building Way

F [ ] Marine Railway

G [ ] Other Adjoining Area

**8. Sex** [X] M  [ ] F

**9. Date of Birth**  10/03/77

**10. Social Security No. (Required by Law)**  ___ - __ - 0 9 4 0

**11. Did Injury Cause Death?**  [X] No   [ ] Yes - If yes, skip to 16

**12. Did Injury Cause Loss of Time Beyond Day or Shift of Accident**  [ ] Yes  [ ] No

**13. Date and Hour Employee First Lost Time Because of Injury**  Mo. Day Yr. Hour

**14. Did employee Stop Work Immediately?** [ ] Yes  [ ] No

**15. Date and Hour Employee Returned to Work**  09/05/10

**16. Was Employee Doing Usual Work When Injured/Killed? (If no, explain in Item 26)** [ ] Yes [ ] No

**17. Did Injury/Death Occur on Employer's Premises** [ ] Yes  [X] No

**18. Dept. in Which Employee Normally Works(ed)**

**19. Occupation**  TECHNICIANS, N.E.C.

**20. Date and Hour Pay Stopped**

**21. Which Days Usually Worked Per Week? (Mark (X) days)**  S  M  T  W  T  F  S

**22. Date Employer or Foreman First Knew of accident**

**23. Wages or Earnings (Include overtime, allowances, etc.)**

| | |
|---|---|
| a. Hourly | $ |
| b. Daily | $ |
| c. Weekly | $ |
| d. Yearly | $ |

**24. Exact Place Where Accident Occurred (See Instructions on reverse). This item should specify area if accident was in maritime employment and occurred in area adjoining navigable waters.**

VESSEL DECAN

**25. How was Knowledge of Accident or Occupational Illness Gained**

**26. Describe in full how the accident occurred (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and hou it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident.**

THE EMPLOYEE WAS ON THE SHRIMP BOAT ABOUT TO DOCK. BEFORE THE BOAT DOCKED THE SKIMMER FELL TO THE BARGE AND STRUCK THE EMPLOYEE ON HIS HEAD. HE FELL FACE DOWN ONTO THE BARGE. VENDOR: UNKNOWN

**27. Nature of Injury (Name part of body affected - fractured left leg, bruised right thumb, etc.) If there was amputation of a member of the body, describe.**

BRUISES/CONTUSIONS  MULT BODY PARTS

**28. Has Medical Attention Been Authorized** [ ] Yes [ ] No

**29. Enter Date of Authorization**

**30. Was First Treating Physician Chosen by Employee?** [ ] Yes [ ] No

**31. Has Insurance Carrier Been Notified?** [ ] Yes [ ] No

Name

**32. Physician**

Address - Enter Name, Street, City, State, State, ZIP Code

HOUMA, LA 70360

**33. Hospital**

**34. Insurance Carrier**

LOUISIANA WORKERS' COMPENSATION CORPORATION

2237 S. ACADIAN THRUWAY
SUITE 102
BATON ROUGE, LA  70808

**35. Employer**

LAWSON ENVIRONMENTAL SERVICE LLC

2108 DENLEY ROAD
HOUMA, LA  70363

**36. Nature of Employer's Business**  LIMITED LIABILITY COMPANY (LLC)

**37. Signature of Person Authorized to Sign for Employer**

**38. Offical Title of Person Signing This Report**

**39. Date of This Report**  09/21/10

## U. S. Department Of Labor
### Office of Workers' Compensation Programs
### Division of Longshore and Harbor Workers' Compensation
P O Box 30728
### New Orleans, Louisiana 70190-0728
(504) 589-2671

July 20, 2011

Case No. 07-189829
Date Of Injury: 09/05/2010

CERTIFIED MAIL 70111150000091693873

Louisiana Workers' Comp. Corp.
P.O. Box 98041-9041
Baton Rouge, LA 70898

**NOTICE TO EMPLOYER AND INSURANCE CARRIER THAT CLAIM HAS BEEN FILED**

Enclosed is a copy of a claim for compensation filed by Gilberto Garay
(Claimant) under the Longshore & Harbor Workers' Compensation Act.

You should proceed to pay compensation promptly when due as provided by
Section 14 of the Longshore and Harbor Workers' Compensation Act, and to
furnish medical treatment in accordance with Sections 7(a) and (b)
thereof, unless liability to pay compensation is controverted. If any
installment of compensation is not paid within 14 days after it becomes
due, an additional amount of ten percent of the amount due must be paid.

Section 14(d) provides that if the employer controverts the right to
compensation, the employer shall file with the District Director, on or
before the 14th day after having knowledge of the alleged injury or
death, a notice stating that the right to compensation is controverted,
the name of the claimant, the name of the employer, the date of the
alleged injury or death, and the grounds upon which the right to
compensation is controverted.

Forms of notice of controversy are enclosed to controvert the claim in
the event that the right to compensation is denied and the claim is to
be opposed. If the right to compensation is not denied, you should
proceed to pay compensation immediately as required by the Act.

Sincerely,

Luanne M. Wilton
Worker's Compensation Assistant

cc:   Mr. Gilberto Garay
      2826 Oakgrove Dr.
      Metairie, LA 70003

      Jerry L Hermann, Esq.
      P O Box 3760
      Houma, LA 70361

Form LS-215a

# U. S. Department Of Labor
### Employment Standards Administration
#### Office of Workers' Compensation Programs
### Division of Longshore and Harbor Workers' Compensation
P O Box 30728
New Orleans, Louisiana 70190-0728
(504) 589-2671

July 20, 2011

Jerry L Hermann, Esq.
P O Box 3760
Houma, LA 70361

> File Number: 07-189829
> Injured Employee: Gilberto Garay
> Date of Injury: 09/05/2010
> Employer: Lawson Environmental Service

To Whom It May Concern:

This letter will acknowledge the claim and power of attorney
submitted on behalf of the employee.  A copy is being sent to the
insurance carrier.

By copy of this letter to the insurance carrier, it is requested
that they forward all previous and future medical reports, LS-
forms and all other correspondence relative to this case directly
to you.  All correspondence should be copied to this office for
inclusion in our file.

Sincerely,

Luanne M. Wilton
Worker's Compensation Assistant

//LW


cc:  Louisiana Workers' Comp. Corp.
     P.O. Box 98041-9041
     Baton Rouge, LA 70898


     Mr. Gilberto Garay
     2826 Oakgrove Dr.
     Metairie, LA 70003


## Include your address, ZIP code, and file number on all correspondence.

Form LS-215a



**Employee's Claim for Compensation**

**U.S. Department of Labor**
Office of Workers' Compensation Programs

See Instructions On Reverse

OMB No.1240-0014

| . Name of person making claim (Type or print) | | | 1. OWCP No. |
|---|---|---|---|
| First | MI. | Last | |
| Gilberto | E | Garay | 2. Carrier's No. |

. Claimant's address (number, street, city, state, ZIP code)

line1: 4021 Hessmer Avenue — Metairie — LA — 70002

line2: Apt. 215

4. Date of Injury: 9/5/10

6. Marital Status: [ ] Married   [X] Single

| . Sex | 8. Date of Birth | 9. Social Security Number (Required by law) | 10. Did injury cause loss of time beyond day or shift of accident? |
|---|---|---|---|
| [X] Male  [ ] Female | ███77 | ███-0940 | [X] Yes   [ ] No |

1. On date of injury give: a. Hour began work 6:00 [X]AM [ ]PM   b. Hour of accident 8:00 [X]AM [ ]PM   Did you stop work immediately? [X] yes [ ] No

12. Date and hour you stopped? (mm/dd/yyyy) 9/5/10   (hh:mm am/pm) 8:20am

3. Date and hour you returned to work (mm/dd/yyyy) ---   (hh:mm am/pm) ---

14. Occupation (Job title: longshore worker, welder, etc.): Decontamination responder BP oil spill

15. Injured while doing regular work? [X] Yes [ ] No (if "No", explain in Item 24)

| 6. Wages or earnings when injured (include overtime allowances, etc.) | a. Weekly $1008.00 | b. Total earnings during year immediately before injury. $17,855.00 | 17. Has 3rd party or other claim been made because of this injury? [X] Yes [ ] No |

8. Number of years you worked for this employer: 10 days

19. Number of days usually worked per week: 7

20. Name of supervisor at time of accident? Kimberly Johnson/Mike VanFleet

1. Earliest date supervisor or employer knew of accident (mm/dd/yyyy) 9/5/10

22. Were you employed elsewhere during the week injured? [X] No [ ] Yes   (If "Yes", state where and when on reverse.)

3. Exact place where accident occurred (Street address, city, town, name of vessel, pier, terminal, etc.)
On the De-Con 3 in the Houma Navigational Channel

4. Describe in full how the accident occurred (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident. If more space is needed, continue on reverse.)

As Mr. Garay was performing his work, one of the outriggers on a vessel of opportunity fell, striking him on the head and shoulders, and knocking him to the deck of the De-Con 3.

5. Nature of injury (name part of body affected - fractured left leg, bruised right thumb, etc. If there was a loss or loss of use of a part of the body, describe.)

Neck, back and right arm pain; headaches; cervical disc disease at C6-C7; nose injury.

6. Have you received medical attention for this injury? [X] Yes [ ] No (If "Yes", give name and address of doctor, clinic, hospital, etc.)

Dr. Russell O'Steen, Dr. Donald Gervais, Terrebonne General Medical Center

27. Were you treated by a physician of your choice? [X] Yes [ ] No

8. Was such treatment provided by employer? [X] Yes [ ] No

29. Are you still disabled on account of this injury? [X] yes [ ] No

30. Have you worked during the period of disability? [ ] Yes [X] No

1. Have you received any wages since becoming disabled? [ ] Yes [X] No   (if "Yes", give dates on reverse)

32. Has injury resulted in permanent disability, amputation or serious disfigurement? [X] Yes (Describe on reverse.) [ ] No

3. Name of employer (individual or firm name)
Lawson Environmental Service, LLC

34. Nature of employer's business
Decontamination of oil clean up booms, vessels

5. Address of employer (Number, street, city, state, ZIP code)
2108 Denley Road, Houma, LA 70363

36. If accident occurred outside the U.S., state whether you are a U.S. Citizen [X] Yes [ ] No

7. I hereby make claim for compensation benefits, monetary and medical, under the
Longshore & Harbor Workers Compensation Act

Signature of claimant or person acting in his/her behalf

38. Date of this claim (mm/dd/yyyy) 7/15/11

Section 31(a)(1) of the Longshore Act, 33 U.S.C. 931(a)(1) provides, as follows: Any claimant or representative of a claimant who knowingly and willfully makes a false statement or representation for the purpose of obtaining a benefit or payment under this Act shall be guilty of a felony, and on conviction thereof shall be punished by a fine not to exceed $10,000, by imprisonment not to exceed five years, or by both.

Form LS-203
Rev. Sept. 1998

# Instructions

Use this form to file a claim under any one of the following laws:

Longshore and Harbor Workers' Compensation Act
Defense Base Act
Outer Continental Shelf Lands Act
Nonappropriated Fund Instrumentalities Act

Applicant may leave items 1. and 2. blank.

Except as noted below, a claim may be filed within one year after the injury or death (33 U.S.C. 913(a)). If compensation has been paid without an award, a claim may be filed within one year after the last payment. The time for filing a claim does not begin to run until the employee or beneficiary knows, or should have known by the exercise of reasonable diligence, of the relationship between the employment and the injury. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The information will be used to determine an injured worker's entitlement to compensation and medical benefits.

In case of hearing loss, a claim may be filed within one year after receipt by an employee of an audiogram, with the accompanying report thereon, indicating that the employee has suffered a loss of hearing.

In cases involving occupational disease which does not immediately result in death or disability, a claim may be filed within two years after the employee or claimant becomes aware, or in the exercise of reasonable diligence or by reason of medical advice should have been aware, of the relationship between the employment, the disease, and the death or disability.

To file a claim for compensation benefits, complete and sign two copies of this form and send or give both copies to the Office of Workers' Compensation Programs District Director in the city serving the district where the injury occurred. District Offices of OWCP are located in the following cities.

| Baltimore | Honolulu | New Orleans | Philadelphia |
| Boston | Houston | New York | San Francisco |
| Chicago | Jacksonville | Norfolk | Seattle |
| | Long Beach | | Washington, D.C. |

Use the space below to continue answers. Please number each answer to correspond to the number of the item being continued.

32. Neck injury requiring future surgery.

## PRIVACY ACT NOTICE

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a) you are hereby notified that (1) the Longshore and Harbor Workers' Compensation Act, as amended and extended (33 U.S.C. 901 et seq.) (LHWCA) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor, which receives and maintains personal information on claimants and their immediate families. (2) Information which the Office has will be used to determine eligibility for and the amount of benefits payable under the LHWCA. (3) Information may be given to the employer which employed the claimant at the time of injury, or to the insurance carrier or other entity which secured the employer's compensation liability. (4) Information may be given to physicians and other medical service providers for use in providing treatment and medical/vocational rehabilitation, making evaluations and for other purposes relating to the medical management of the claim. (5) Information may be given to the Department of Labor's Office of Administrative Law Judges (OALJ), or other person, board or organization, which is authorized or required to render decisions with respect to the claim or other matter arising in connection with the claim. (6) Information may be given to Federal, state and local agencies for law enforcement purposes, to obtain information relevant to a decision under the LHWCA, to determine whether benefits are being or have been paid properly, and, where appropriate, to pursue salary/administrative offset and debt collection actions required or permitted by law. (7) Disclosure of the claimant's Social Security Number (SSN) or tax identifying number (TIN) on this form is mandatory. The SSN and/or TIN and other information maintained by the Office may be used for identification, and for other purposes authorized by law. (8) Failure to disclose all requested information may delay the processing of the claim, the payment of benefits, or may result in an unfavorable decision or reduced level of benefits.

Note: The notice applies to all forms requesting information that you might receive from the Office in connection with the processing and/or adjudication of the claim you filed under the LHWCA and related statutes.

## Public Burden Statement

We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the U.S. Department of Labor, Division of Longshore and Harbor Workers' Compensation, 200 Constitution Avenue, NW, Washington, DC 20210.    DO NOT SEND THE COMPLETED FORM TO THIS OFFICE

STATE OF LOUISIANA

PARISH OF TERREBONNE

## POWER OF ATTORNEY

I, Gilberto Garay, hereby appoint the law firm of KOPFLER & HERMANN, (L.C.) as my attorney and do grant and confer upon them the power to enter into and execute any agreements or documents on my behalf before the United States Department of Labor, pertaining to a claim for compensation that I have against Lawson Environmental Services, LLC, arising out of an accident in which I was involved on September 5, 2010.

Houma, Louisiana, this 15th day of July, 2011.

_____
GILBERTO GARAY

WITNESSES:

_Donna M. Brunet_

_Anise Brun_

SOWRN TO AND SUBSCRIBED before
me this ___15___ day of July, 2011.

_____
NOTARY PUBLIC

Notice Of Final Payment Or Suspension Of **U.S. Department of Labor**
Compensation Payments

Employment Standards Administration
Office of Workers' Compensation Programs

| INSTRUCTIONS: This notice must be filed with the District Director within 16 days after compensation has been stopped or suspended. Use of this form is mandatory. Failure to timely file this form shall result in assessment of a penalty of $110.00. (33 U.S.C. 914(g)). This form is to be used to report disability or death compensation payments, as well as other statutory payments. The information will be used to verify the sufficiency of compensation paid under the Act. | OMB No. 1215-0024 |
|---|---|
| | 1. OWCP No. 07-189829 |
| | 2. Carrier's No. 159822 |

| 3. Name and address of Employee or other beneficiary (Type or Print) **Place within brackets** | a. Address of the OWCP District Office where this form is filed |
|---|---|
| ⌐ GILBERTO GARAY P.O. BOX 3760 HOUMA, LA 70361 ⌐ ⌐ ¬ | U.S. DEPT OF LABOR-OWCP |

> **CARRIER - Original (Copy 1) should be sent to the District Director. Copies 2, 3, 4 and 5 should be sent to the parties listed at the bottom of the form. Check the boxes at the bottom of the page to indicate parties copied.**

| 4. Name of employer LAWSON ENVIRONMENTAL SERVICE LLC | 5. Address of employer 2108 DENLEY ROAD HOUMA, LA 70363 | | |
|---|---|---|---|
| 6. Date of Injury 09/05/10 | 7. Date employee first lost pay because of injury 09/06/10 | 7a. Date of first payment of compensation 10/27/10 | 8. Date physician found employee able to return to work |

| 9. Date employee returned to work 10/01/11 | 10. Was compensation paid at the maximum rate? ☐ Yes ☒ No Average weekly wage $ 280.00   multiplied by 2/3 = Compensation rate $ 280.00 |
|---|---|

| 11. State reason or reasons for termination or suspension of payments LAST PAYMENT FOR MAINTENANCE. | 12. Date last payment made 09/26/11 |
|---|---|
| | 13. Date of this notice 09/26/11 |

**14. ENTER ALL PAYMENTS MADE ON ACCOUNT OF DISABILITY**

| TYPE OF DISABILITY a | FROM (Mo.,day, yr.) b | THROUGH (Mo.,day, yr.) c | AMOUNT PAID PER WEEK d | NUMBER OF WEEKS PAID e | TOTAL f |
|---|---|---|---|---|---|
| Temporary total | See attached page(s) | | | | |
| Temporary total | | | | | |
| Temporary partial | | | | | |
| Permanent partial (Non-schedule) | | | | | |
| Permanent total | | | | | |
| Permanent partial (Schedule loss, facial or other disfigurement) | Percent | Part of body | | | |
| Attach continuation sheet to show additional periods, rates and amounts paid and enter total here. ──────────> | | | | | 8,220.00 |
| | | | | TOTAL PAID──> | 8,220.00 |

**15. ENTER ALL PAYMENTS MADE ON ACCOUNT OF DEATH**

| a. Dependent name and date of birth | b. AMOUNT | c. OTHER PAYMENTS | d. AMOUNT |
|---|---|---|---|
| | | Funeral Expenses | .00 |
| | | Sec. 44(c)(1) payment to the Special Fund | .00 |
| **(Attach continuation sheet)** | | TOTAL (cols. b + d)────> | 0.00 |

**16. ENTER OTHER PAYMENTS**

| a. Attorney fees .00 | d. Sec. 8(i) Settlement .00 |
|---|---|
| b. Compensation for late payment per Sec. 14(e) or (f). .00 | e. Commutation .00 |
| c. Interest .00 | TOTAL (cols. a, b, c, d, e)────> 0.00 |

| 17. Name of insurance carrier or self-insured employer and claim administrator LOUISIANA WORKERS' COMPENSATION CORPORATION BECKY CAUSEY | a. Address and phone number of person whose name is shown in Box 19. 2237 S. ACADIAN THRUWAY SUITE 102 BATON ROUGE, LA 70808      225-231-0793 |
|---|---|
| 18. Signature of person authorized to sign for employer or carrier | 19. Name and Title of person whose signature appears in Box 18 BECKY CAUSEY CLAIMS REPRESENTATIVE |

| **EMPLOYEE - PLEASE READ CAREFULLY** | Any claim for compensation, to be valid, must be filed IN WRITING with the District Director, OWCP, WITHIN ONE YEAR after the date of injury or date of last payment of compensation. If you have serious disfigurement of the face, head, or neck or other normally exposed areas which may handicap you in securing or maintaining employment, or any impairment of the body or other disability from the injury for which you have not received compensation, you should inform the District Director. (Address in 3a above) |
|---|---|

**Public Burden Statement**

The following statement is made in accordance with the Privacy Act of 1974 (5 USC 522a) and the Paperwork Reduction Act of 1995, as amended. The authority for requesting the following information is 20 CFR 702.235. According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 1215-0024. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the U.S. Department of Labor, Division of Longshore and Harbor Workers' Compensation, Room C4315, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

**DO NOT SEND COMPLETED FORMS TO THIS OFFICE**

| ☐ 1 - District Director | ☐ 2 - Employer | ☐ 3 - Insurance Carrier | Form LS-208 Rev. November 2008 |
|---|---|---|---|
| ☐ 4 - Employee | ☐ 5 - Employee's Representative | | |

The LS-206 dated June 1986 is being replaced by LS-208 dated November 2008. All previous copies will be destroyed or cannot be used.

**Employee Name: GILBERTO GARAY   Carrier's No.: 159822**

| 14. TYPE OF DISABILITY<br>a | FROM<br>(Mo.,day, yr.)<br>b | THROUGH<br>(Mo.,day, yr.)<br>c | AMOUNT PAID<br>PER WEEK<br>d | NUMBER OF<br>WEEKS PAID<br>e | TOTAL<br>f |
|---|---|---|---|---|---|
| Temporary Total | 09/06/2010 | 09/09/2011 | 140.00 | 52 5/7 | 7,380.00 |
| Temporary Total | 09/10/2011 | 09/30/2011 | 280.00 | 3 | 840.00 |
| Total Paid | | | | | 8,220.00 |

**Southeast Neuroscience Center- Houma**
8120 Main Street Suite 400  Houma, LA  70360
(985) 917-3007  Fax: (985) 917-3010

*April 5, 2012*
*Page 1*
*Chart Document*

**Gilberto Garay**
Male  DOB: ███████1977                    1009378

Home: (504) 235-3653
Ins: Herman, Jerry

---

**04/02/2012 - Office Visit: Follow Up**
**Provider: Donald Gervais MD**
**Location of Care: Southeast Neuroscience Center- Houma**

**Referral Source:** Jerry Herman, Esq.
**PCP:** William Kinnard, MD          **Reason for Visit:** Follow Up
**Chief Complaint:** neck pain & back pain
**HPI:** The patient is a 34-year-old right-handed Hispanic male who presents with a history of cervical disc disease at C6-C7. Patient states the vimpat starter pack is not helping with neck pain.   Pain is constant and worse with movement. Rates neck pain a 10/10.

He notes worsening pain in the neck and low back not helped with the Vimpat.  He was on Ultram ER 300 mg that is better.  He is off Lortab/Butrans now.

He

DOI 9/25/11

**Medications**
VIMPAT TABS (LACOSAMIDE TABS) starter pack
ULTRAM ER 300 MG XR24H-TAB (TRAMADOL HCL) 1 po q day for severe pain

**Past History**
**Past Medical History (reviewed - no changes required):** Unremarkable

**Surgical History (reviewed - no changes required):** Unremarkable

**Family History (reviewed - no changes required):**  Mother is living in good health.  Father is living with heart disease.  He has three sisters who are healthy.
**Social History (reviewed - no changes required):** The patient is single.  He works in maintenance.  He has one child.  He is literate.  He has a 12th grade education and drinks alcohol.  He denies tobacco.

**Risk Factors:**

Tobacco use:  never smoker
Alcohol use:  yes
   Drinks per day:  1
   Counseled to quit/cut down alcohol use:  yes

**Review of Systems**
**General:** Denies fever, chills, sweats, anorexia, fatigue, weakness, malaise, weight loss, sleep disorder

**Southeast Neuroscience Center- Houma**
8120 Main Street Suite 400  Houma, LA  70360
(985) 917-3007  Fax: (985) 917-3010

April 5, 2012
Page 2
Chart Document

**Gilberto Garay**
Male  DOB: ████/1977                    1009378

Home: (504) 235-3653
Ins: Herman, Jerry

**Eyes:** Denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia
**Ear/Nose/Throat:** c/o nose pain from accident
**Cardiovascular:** Complains of chest pains; Denies palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema
**Respiratory:** Denies cough, dyspnea at rest, excessive sputum, hemoptysis, wheezing, pleurisy
**Gastrointestinal:** Denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, jaundice, gas/bloating, indigestion/heartburn, dysphagia, odynophagia
**Genitourinary:** Denies dysuria, hematuria, discharge, urinary frequency, urinary hesitancy, nocturia, incontinence, genital sores, decreased libido, erectile dysfunction
**Musculoskeletal:** Complains of back and neck
**Skin:** denies rash, itching, dryness, suspicious lesions
**Neurologic:** Complains of paresthesias, frequent headaches; Denies paralysis, seizures, tremors, vertigo, transient blindness, frequent falls, difficulty walking
**Psychiatric:** Denies depression, anxiety, memory loss, suicidal ideation, hallucinations, paranoia, phobia, confusion
**Endocrine:** denies cold intolerance, heat intolerance, polydipsia, polyphagia, polyuria, weight change
**Hematologic/Lymphatic:** denies abnormal bruising, bleeding, enlarged lymph nodes
**Allergic/Immunologic:** denies urticaria, hay fever, persistent infections, HIV exposure

## Vital Signs:

Patient Profile: 34 Years Old Male
Height:            74 inches
Weight:          282 pounds
BMI:               36.34
Pulse rate:      71 / minute
Pulse rhythm:  regular
BP sitting:       143 / 82  (left arm)

Pt. in pain?    yes
  Location:     neck
  Intensity:    10

## Physical Exam

**General:**
   well developed, well nourished, in no acute distress
**Head:**
   normocephalic and atraumatic
**Nose:**
   no deformity, discharge, inflammation, or lesions
**Mouth:**
   no deformity or lesions with good dentition
**Neck:**
   decreased ROM with left neck spasms.
**MSK:**
   decreased ROM.
**Pulses:**

**Southeast Neuroscience Center- Houma**
8120 Main Street Suite 400  Houma, LA  70360
(985) 917-3007  Fax: (985) 917-3010

April 5, 2012
Page 3
Chart Document

**Gilberto Garay**
Male  DOB: ▓▓▓/1977                    1009378

Home: (504) 235-3653
Ins: Herman, Jerry

pulses normal in all 4 extremities
**Skin:**
    intact without lesions or rashes
**Psych:**
    alert and cooperative; normal mood and affect; normal attention span and concentration


## Detailed Neurologic Exam

### General Neurologic Exam:

**Speech:**
    Speech is fluent.
**Cognition:**
    Cognition is intact.
**CN 2-12:**
    Pupils are equal, round, and reactive to light. The fundi are normal and spontaneous venous pulsations
are present. Extraocular movements are intact. Visual fields are full to visual confrontation. Trigeminal
sensation is intact and the muscles of mastication are normal. The face is symetric.Palate elevates in the
midline. Voice is normal. Shoulder shrug is normal. The tongue has normal motion without fasciculations.
**Cerebellar:**
    Finger to nose and heel to shin are normal.

### Motor Exam:

**Gait:**
    Gait is normal.
**Posture:**
    Posture is normal.
**Spasm:**
    left cervical.
**Strength:**
    Strength in the upper and lower extremities is normal.

### Sensory Exam:

**Sensation to Pin:**
    Normal sensation to pin prick in the upper and lower extremities.
**Vibratory Sensation:**
    Normal vibratory sensation in the upper and lower extremities.
**Light Touch:**
    No evidence for sensory loss.

### Reflex Exam:

**Deep Tendon Reflexes:**
    Deep tendon reflexes in the upper and lower extremities are decreased but equal.
**Toes:**
    Toes are downgoing bilaterally.
**Clonus:**
    Clonus is absent.

**Southeast Neuroscience Center- Houma**
8120 Main Street Suite 400  Houma, LA  70360
(985) 917-3007  Fax: (985) 917-3010

April 5, 2012
Page 4
Chart Document

**Gilberto Garay**
Male  DOB: ▇▇/1977                         1009378

Home: (504) 235-3653
Ins: Herman, Jerry

**Non-organic:**
   Inconsistent behavioral responses are absent.


## Impression & Recommendations:

**Problem # 1:**  CERVICALGIA (ICD-723.1)
His neck is worse.

His updated medication list for this problem includes:
   Ultram Er 300 Mg Xr24h-tab (Tramadol hcl) ..... 1 po q day for severe pain


**Problem # 2:**  BACK PAIN, LUMBAR (ICD-724.2)
He has ongoing despite his medication.  He saw Kinnard who recommended no surgical intervention.
Previous nerve root blocks helped for some time but wore off.  Since the NSAID's are not helpful and the
Ultram is only partially helpful, I will retart therapy with Rusty O'Steen.  I will eventually wean the Ultram as
well.

His updated medication list for this problem includes:
   Ultram Er 300 Mg Xr24h-tab (Tramadol hcl) ..... 1 po q day for severe pain


**Medications Added to Medication List This Visit:**
1)  Vimpat Tabs (Lacosamide tabs) .... Starter pack



**Electronically signed by Donald Gervais MD on 04/02/2012 at 9:06 AM**



**SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
**HOUMA          THIBODAUX          MORGAN CITY**

# Follow Up Visit

**Name:**                  **Gilberto Garay**               **#1009378**
**Date of Birth:**                    ▓▓/1977
**Date of Consultation:**     **8/4/11**
**Date of Injury:**              **9/25/10**

**Chief Complaint:**        "I'm worse."

*History of Present Illness:*        The patient is a 32-year-old right-handed male I follow for a history of musculoskeletal pain. The patient has had ongoing complaints of musculoskeletal pain, particularly in his right greater than left neck. The patient feels the Amrix has been helpful for spasms. He has significant pain. He has been using a bit more Lortab because of his symptoms. He stopped his other medicines because it was not helpful.

*Allergies:* None

*Medications:*
1. Butrans 20 mcg per hour patch
2. Lortab 7.5 one PO BID but sometimes he takes it up to four times a day.

*Past Medical History:* None

*Past Surgical History:* None.

*Review of systems:* The reader is referred to the history obtained on 7/21/11 for ROS, medical, family and social histories. Any changes are detailed in the HPI above.

*General Medical Examination:*
    Vital Signs:        Blood Pressure: 132/80    Heart Rate: 56    Weight: 279#
    MS Survey:        Reveals tenderness in the left greater than right neck with pain on neck flexion. He has
                tenderness in the buttock area as seen, as well.

*Neurological Examination:*
    Mental Status:        alert and oriented to person, place, time, and situation; language intact without overt aphasia,
                though it is somewhat limited as he only speaks Spanish. No apraxia, or agnosia; attention
                good.

    Cranial Nerves:
      I:        not tested.
      II:        no field cuts; no papilledema; normal venous pulsations seen; no retinal changes; pupils
           react from 5 mm to 2 mm both directly and consensually.

| | III, IV, VI: | gaze is conjugate without preference; full range of ocular motion is noted without nystagmus. |
| | V: | $V_1$ to $V_3$ have normal sensation; masseters and pterygoids are strong bilaterally. |
| | VII: | no facial asymmetries; no flattening of the nasolabial folds or forehead corrugations; no hyperacusis found; lacrimation present bilaterally. |
| | VIII: | hearing intact to low and high pitches. |
| | IX, X: | normal palatal elevation is noted. |
| | XI: | sternocleidomastoids and upper trapezii muscles are strong bilaterally. |
| | XII: | tongue protrusion is midline without fasciculations. |

**Motor:**

| | Tone: | normal tone is found throughout; fine motor function is dexterous bilaterally. |
| | Mass: | no muscular atrophy or fasciculations seen. |
| | Strength: | both proximal and distal muscle groups are strong bilaterally. |

**Reflexes:**

| | RIGHT | LEFT |
|---|---|---|
| Biceps ($C_5$) | 1 | 1 |
| Brachioradialis ($C_6$) | 1 | 1 |
| Triceps ($C_7$) | 1 | 1 |
| Finger Flexors ($C_8$) | Not done | Not done |
| Patellae ($L_4$) | 1 | 1 |
| Ankles ($S_1$) | 1 | 1 |
| Snout | Not done | Not done |
| Palmomental | Not done | Not done |
| Jaw jerk | Not done | Not done |

*Key: 1-2 = normoactive; <1 =hypoactive; 3 = hyperactive; 4 = clonus*

**Plantar Responses:** Down going bilaterally.

**Cerebellar:** Finger-to-nose intact; no abnormal movements noted at rest or with action; heel-to-shin intact; Romberg sign absent (normal response).

**Gait:** Trajectory is straight; patient can toe and heel walk without difficulties; tandem gait normal.

**Sensation:** Reveals decreased sensation in the right C6 distribution.

### Labs & Imaging Studies:
None recent.

None new.

EMG on 1/24/11 of his upper extremities were noted.

MRI of the cervical spine dated 11/19/10 was reviewed.

### Impression:
1. Cervical disc disease at C6-C7.
2. Lumbar spondylolisthesis at L4-L5.

I would like to get a surgical opinion from Dr. Chris Cenac, Jr. as he has not had a surgical evaluation as of yet. He has had ongoing complaints that have not responded to conservative measures including therapy and injections. We will bump up his Lortab 7.5/500 to 1 PO q 6; dispense #90. He will continue the Butrans patches 20mcg per hour. I will see what Dr. Cenac says regarding possible surgical intervention. I have asked the patient to bring the CD Rom with him of all of his imaging studies so Dr. Cenac has something to review at the time of his evaluation.

Thanks for allowing me to assist.


_____

**Donald S. Gervais, Jr., M.D.**

DSG/LC24 (0596)cp-dg

cc:   Rusty O'Steen, D.C. –f-985-876-9371
       Gilberto Garay
       Jerry Herman, Esq.-f-985-851-4521
       Chris Cenac, Jr., MD – f-876-9771

---

** This letter was dictated but not read, and may contain transcription and dictation errors.**

Garay, Gilberto   8 4 11 (GER)                    3



William H. Kinnard, M.D.
H. Lawrence Haydel, II, M.D.
Michael A. LaSalle, M.D.
Brett E. Casey, M.D.
Christopher E. Cenac, Jr., M.D.

Dexter A. Gary, M.D., Retired
Richard M. Landry, M.D., Retired
Gary T. Guidry, M.D., Retired

A Medical Corporation

September 13, 2011

Dr. Donald Gervais
8120 Main Street, Suite 400
Houma, Louisiana 70360

Re: Gilberto Garay
    DOB: ███/77

Dear Dr. Gervais:

Gilberto Garay was evaluated at Houma Orthopedic Clinic on September 13, 2011. He presents today with an interpreter. He speaks Spanish. He reports an injury that occurred on September 5, 2011 while employed Les Enforcement. He states he was on a barge when an outrigger from a nearby shrimp boat struck him while he was standing on the barge. He reports pain in his head, neck, right wrist and lower back. He was initially evaluated at Terrebonne General Hospital where x-rays were obtained and he was released.

His x-ray reports from Terrebonne General Hospital indicates that he had a CT scan of his head, x-rays of his cervical spine, lumbar spine and right wrist. The reports from Terrebonne General indicate that all studies were negative.

He states the following day he noted increased pain with nausea and states that he returned to Terrebonne General once again. He has also received treatment by Dr. Russell O'Steen a chiropractor that has included decompression and electrical stimulation. He has also been evaluated and treated by you. He states that MRI studies were performed through the Imaging Center in Gray, as well as, an EMG. He reports 2 injections that were done into the left side of his neck that provided little help and he has been on various medications but appears to currently be on Lortab.

1001 School St.
Houma, LA 70360-4691
(985) 868-1540
FAX (985) 876-0759

1216 Victor II Blvd,
Suite 200
Morgan City, LA 70380
(985) 384-7001
FAX (985) 384-7009

79144

Page 2

September 13, 2011

Re: Gilberto Garay

His physical examination notes a normal gait pattern.  He is sitting in the room comfortable.  He has marked tenderness to palpation both at the base of the neck and in the lumbar spine even to light touch.  I detect no evidence of spasm.  His neurologic exam is intact.  Voluntary lack of forward flexion is noted secondary to pain.  Motor strength testing is normal.

MRI studies performed through the Imaging Center have been reviewed.  He has evidence of mild preexisting degenerative changes with no evidence of disc herniation.

It is now one year since the date of injury from what I assume is a soft tissue injury.  I would defer any other treatment recommendations to Dr. Gervais but at this point I feel that his diagnosis is a cervical and lumbar strain.

Thank you for this referral.

Sincerely,

William H. Kinnard, M.D.

WHK/ch

cc: LWCC

 **SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
**HOUMA          THIBODAUX          MORGAN CITY**

*Total neuro-care. Total neuro-excellence.*

# Follow Up Visit

| | | |
|---|---|---|
| **Name:** | **Gilberto Garay** | **#1009378** |
| **Date of Birth:** | ████1977 | |
| **Date of Consultation:** | 8/4/11 | |
| **Date of Injury:** | 9/25/10 | |

**Chief Complaint:**     "I'm worse."

***History of Present Illness:***     The patient is a 32-year-old right-handed male I follow for a history of musculoskeletal pain. The patient has had ongoing complaints of musculoskeletal pain, particularly in his right greater than left neck. The patient feels the Amrix has been helpful for spasms. He has significant pain. He has been using a bit more Lortab because of his symptoms. He stopped his other medicines because it was not helpful.

***Allergies:*** None

***Medications:***
    1. Butrans 20 mcg per hour patch
    2. Lortab 7.5 one PO BID but sometimes he takes it up to four times a day.

***Past Medical History:*** None

***Past Surgical History:*** None.

***Review of systems:*** The reader is referred to the history obtained on 7/21/11 for ROS, medical, family and social histories. Any changes are detailed in the HPI above.

***General Medical Examination:***
    **Vital Signs:**    Blood Pressure: 132/80    Heart Rate: 56    Weight: 279#
    **MS Survey:**    Reveals tenderness in the left greater than right neck with pain on neck flexion. He has tenderness in the buttock area as seen, as well.

***Neurological Examination:***
    **Mental Status:**    alert and oriented to person, place, time, and situation; language intact without overt aphasia, though it is somewhat limited as he only speaks Spanish. No apraxia, or agnosia; attention good.

    **Cranial Nerves:**
        **I:**    not tested.
        **II:**    no field cuts; no papilledema; normal venous pulsations seen; no retinal changes; pupils react from 5 mm to 2 mm both directly and consensually.



| | |
|---|---|
| III, IV, VI: | gaze is conjugate without preference; full range of ocular motion is noted without nystagmus. |
| V: | $V_1$ to $V_3$ have normal sensation; masseters and pterygoids are strong bilaterally. |
| VII: | no facial asymmetries; no flattening of the nasolabial folds or forehead corrugations; no hyperacusis found; lacrimation present bilaterally. |
| VIII: | hearing intact to low and high pitches. |
| IX, X: | normal palatal elevation is noted. |
| XI: | sternocleidomastoids and upper trapezii muscles are strong bilaterally. |
| XII: | tongue protrusion is midline without fasciculations. |

**Motor:**

| | |
|---|---|
| Tone: | normal tone is found throughout; fine motor function is dexterous bilaterally. |
| Mass: | no muscular atrophy or fasciculations seen. |
| Strength: | both proximal and distal muscle groups are strong bilaterally. |

**Reflexes:**

| | RIGHT | LEFT |
|---|---|---|
| Biceps ($C_5$) | 1 | 1 |
| Brachioradialis ($C_6$) | 1 | 1 |
| Triceps ($C_7$) | 1 | 1 |
| Finger Flexors ($C_8$) | Not done | Not done |
| Patellae ($L_4$) | 1 | 1 |
| Ankles ($S_1$) | 1 | 1 |
| Snout | Not done | Not done |
| Palmomental | Not done | Not done |
| Jaw jerk | Not done | Not done |

*Key: 1–2 = normoactive; <1 = hypoactive; 3 = hyperactive; 4 = clonus*

| | |
|---|---|
| **Plantar Responses:** | Down going bilaterally. |
| **Cerebellar:** | Finger-to-nose intact; no abnormal movements noted at rest or with action; heel-to-shin intact; Romberg sign absent (normal response). |
| **Gait:** | Trajectory is straight; patient can toe and heel walk without difficulties; tandem gait normal. |
| **Sensation:** | Reveals decreased sensation in the right C6 distribution. |

***Labs & Imaging Studies:***
None recent.

None new.

EMG on 1/24/11 of his upper extremities were noted.

MRI of the cervical spine dated 11/19/10 was reviewed.

***Impression:***
1. Cervical disc disease at C6-C7.
2. Lumbar spondylolisthesis at L4-L5.

I would like to get a surgical opinion from Dr. Chris Cenac, Jr. as he has not had a surgical evaluation as of yet. He has had ongoing complaints that have not responded to conservative measures including therapy and injections. We will bump up his Lortab 7.5/500 to 1 PO q 6; dispense #90. He will continue the Butrans patches 20mcg per hour. I will see what Dr. Cenac says regarding possible surgical intervention. I have asked the patient to bring the CD Rom with him of all of his imaging studies so Dr. Cenac has something to review at the time of his evaluation.



Thanks for allowing me to assist.

**Donald S. Gervais, Jr., M.D.**

DSG/LC24 (0596)cp-dg

cc:   Rusty O'Steen, D.C. –f-985-876-9371
       Gilberto Garay
       Jerry Herman, Esq.-f-985-851-4521
       Chris Cenac, Jr., MD – f-876-9771

> ** This letter was dictated but not read, and may contain transcription and dictation errors.**

 **SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
**HOUMA          THIBODAUX          MORGAN CITY**

# Follow Up Visit

| | | |
|---|---|---|
| **Name:** | **Gilberto Garay** | **#1009378** |
| **Date of Birth:** | /1977 | |
| **Date of Consultation:** | **7/21/11** | |
| **Date of Injury:** | **9/25/10** | |

*Chief Complaint:*           "I'm hurting."

*History of Present Illness:*

     The patient is a 33 -year-old right handed Hispanic male followed for a history of musculoskeletal complaints, left greater than right, C6/C7 level, as well as low back pain. T he patient has undergone injections, as well as facet blocks, and neurolysis procedure with no particular sustained benefit. He admits to ongoing spasms. The patient feels he has tightness in his muscles on the left as well as the right. The patient feels the Butrans patch is helpful.

*Allergies:* None

*Medications:*
1. Vimpat 50 mg one PO Q day.
2. Butrans 20 mcg per hour patch
3. Gabapentin 300 mg one PO TID.
4. Lortab 7.5 one PO BID.

*Past Medical History:* None

*Past Surgical History:* None.

*Review of systems:* The reader is referred to the history obtained on 5/15/11 for ROS, medical, family and social histories. Any changes are detailed in the HPI above.

*General Medical Examination:*

| | |
|---|---|
| Vital Signs: | Blood Pressure:  133/89     Heart Rate:  77     Weight: 273# |
| HEENT: | He has mild right nasal deviation noted on the left. He has tenderness in the left nares. |
| Cardiovascular: | Regular rate and rhythm; no murmurs, rubs, or gallops; pulses are palpable in the arms and legs bilaterally. |
| Chest: | Clear to auscultation bilaterally. |
| Extremities: | No clubbing, cyanosis, or edema. |
| Skin: | No lesions. |
| MS Survey: | reveals tenderness in the left levator scapula and trapezius muscle. He has pain on neck flexion. There is also tenderness in the left buttock area. |

*Neurological Examination:*

**Mental Status:**  alert and oriented to person, place, time, and situation; language intact without overt aphasia, though it is somewhat limited as he only speaks Spanish.  No apraxia, or agnosia; attention good.

**Cranial Nerves:**

| | |
|---|---|
| **I:** | not tested. |
| **II:** | no field cuts; no papilledema; normal venous pulsations seen; no retinal changes; pupils react from 5 mm to 2 mm both directly and consensually. |
| **III, IV, VI:** | gaze is conjugate without preference; full range of ocular motion is noted without nystagmus. |
| **V:** | $V_1$ to $V_3$ have normal sensation; masseters and pterygoids are strong bilaterally. |
| **VII:** | no facial asymmetries; no flattening of the nasolabial folds or forehead corrugations; no hyperacusis found; lacrimation present bilaterally. |
| **VIII:** | hearing intact to low and high pitches. |
| **IX, X:** | normal palatal elevation is noted. |
| **XI:** | sternocleidomastoids and upper trapezii muscles are strong bilaterally. |
| **XII:** | tongue protrusion is midline without fasciculations. |

**Motor:**

| | |
|---|---|
| **Tone:** | normal tone is found throughout; fine motor function is dexterous bilaterally. |
| **Mass:** | no muscular atrophy or fasciculations seen. |
| **Strength:** | both proximal and distal muscle groups are strong bilaterally. |

**Reflexes:**

| | RIGHT | LEFT |
|---|---|---|
| Biceps ($C_5$) | 1 | 1 |
| Brachioradialis ($C_6$) | 1 | 1 |
| Triceps ($C_7$) | 1 | 1 |
| Finger Flexors ($C_8$) | Not done | Not done |
| Patellae ($L_4$) | 1 | 1 |
| Ankles ($S_1$) | 1 | 1 |
| Snout | Not done | Not done |
| Palmomental | Not done | Not done |
| Jaw jerk | Not done | Not done |

*Key: 1-2 = normoactive; <1 = hypoactive; 3 = hyperactive; 4 = clonus*

**Plantar Responses:**  Down going bilaterally.

**Cerebellar:**  Finger-to-nose intact; no abnormal movements noted at rest or with action; heel-to-shin intact; Romberg sign absent (normal response).

**Gait:**  Trajectory is straight; patient can toe and heel walk without difficulties; tandem gait normal.

**Sensation:**  Reveals decreased sensation in the right C6 distribution.

*Labs & Imaging Studies:*
None recent.

None new.

EMG on 1/24/11 of his upper extremities were noted.

MRI of the cervical spine dated 11/19/10 was reviewed.

*Impression/Plan:*
1. Cervical disc disease at C6/C7.
2. Low back pain.

Garay, Gilberto  7 21 11 (GER)                    2

*Discussion:*

My plan is to give him a trial of Amrix 15mg one PO qhs.  We will hold off on further injections.  He does not really have a surgical lesion at this point, so we will hold off.

_____

**Donald S. Gervais, Jr., M.D.**

DSG/EC02(0313)cp-dg

cc:   Rusty O'Steen, D.C. –f-985-876-9371
      Gilberto Garay
      Jerry Herman, Esq.-f-985-851-4521

_____

** This letter was dictated but not read, and may contain transcription and dictation errors.**

35485

 **SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6685
**HOUMA           THIBODAUX           MORGAN CITY**

*Total neuro-care. Total neuro-excellence.*

## Left C6 and Left C7 Facet Neurolysis

| | | |
|---|---|---|
| **Patient:** | **Gilberto Garay** | **#1009378** |
| **Date of Birth:** | ████77 | |
| **Date of Procedure:** | 6/21/11 | |

**Procedure in detail:** Full informed consent was obtained before the procedure. Risks and benefits were explained in advance and the patient's questions were answered before the procedure. Five (5) cc of 1% Lidocaine were injected into the skin for local anesthesia. Sterile technique was used throughout the procedure. Using fluoroscopy for guidance, a 25-gauge, 3.5 inch spinal needle was advanced towards the medial branch/inferior articulating facet of the left C5-6 and left C6-7 facet joints. Confirmation of needle placement was made by oblique fluoroscopic views. Next, 1cc 10% Saline and 1cc Sensorcaine was injected at each level for a total of two injections. The patient tolerated the procedure well.

**Fluoroscopy Report (6/21/11):** Fluoroscopic guidance was performed for the facet neurolysis. There is bilateral facet arthropathy at C4-5, C5-6 and at C6-7. No fractures or bone lesions were seen. There was no abnormal thickening at the prevertebral soft tissues.

Fluoroscopy time two minutes.

_____

**Wendy S. Gervais, M.D.**
WSG/r-dg

**This letter was dictated but not read, and may contain transcription and dictation errors.**

71146

 **SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office: 985.917.3010 fax: 1.866.891.6585
HOUMA          THIBODAUX          MORGAN CITY

# Left C6 and Left C7 Nerve Root Blocks/Transforaminal Epidural Steroid Injections

**Patient:**          Gilberto Garay          #1009378
**Date of Birth:**          ███77
**Date of Procedure:** 2/10/11

**Procedure in detail:** Full informed consent was obtained before the procedure. Risks and benefits were explained in advance. Sterile technique was used throughout the procedure. Five (5) cc of 1% Lidocaine were injected into the skin for local anesthesia. Sterile technique was used throughout the procedure. Using fluoroscopy for guidance, 5 cc of 1% Lidocaine was injected into the skin for local anesthesia. A 25-gauge, 3.5 inch spinal needle was advanced into the left neural foramen at C5-6 and at C6-7. Confirmation of needle placement was made by oblique fluoroscopic views and by injecting Omnipaque. Approximately 4cc Omnipaque was used during the procedure. Following the injection of Omnipaque, contrast outlined the transforaminal epidural space at each level and no vascular filling was seen. Next, 0.5cc Kenalog and 1.5 cc Sensorcaine was injected at each level for a total of two injections. The patient tolerated the procedure well.

**Fluoroscopy Report (2/10/11):** Fluoroscopic guidance was performed for the nerve root blocks. No fractures or bone lesions were seen. There is bilateral facet arthropathy at every cervical level from C4-5 through C6-7. There was no abnormal thickening of the prevertebral soft tissues.

---

**Wendy S. Gervais, M.D.**
WSG/r-dg

**This letter was dictated but not read, and may contain transcription and dictation errors.**



**SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
HOUMA          THIBODAUX          MORGAN CITY

# Follow Up Visit

| | | |
|---|---|---|
| **Name:** | **Gilberto Garay** | **#1009378** |
| **Date of Birth:** | ████/1977 | |
| **Date of Consultation:** | 12/2/2010 | |
| **Date of Injury:** | 9/25/10 | |

*Chief Complaint:*      "I've got some problems."

*History of Present Illness:*
    The patient has complained of ongoing musculoskeletal complaints with electrical like sensations in his hands in particular. He admits to pain in the right buttock area radiating down his leg, particularly when he turns his neck or bends over. The patient admits to some symptoms on the left as well. We had ordered some EMGs of his upper and lower extremities. These are still pending. The patient has had imaging of his cervical spine done most recently on 11/19/10. This revealed C6-C7 changes with some facet arthropathy and disc bulges. No imaging of the lumbar spine has been done yet.

*Allergies:*  None

*Medications:*
1. Soma 350 mg one TID
2. Vimpat 50 mg one PO BID.
3. Phenergan 25 mg one PO with headache.
4. Duragesic patch 75 mg 1 to CW q 3 days.
5. Gabapentin 300 mg one Q6H PRN.

*Past Medical History:*  None

*Past Surgical History:*  None.

*Review of systems:*  The reader is referred to the history obtained on 9/16/10 for ROS, medical, family and social histories. Any changes are detailed in the HPI above.

*General Medical Examination:*

| Vital Signs: | Blood Pressure: 113/81    Heart Rate: 96    Weight: 252# |
|---|---|
| HEENT: | Atraumatic and normocephalic; temporal arteries non-tender to palpation; oropharynx clear; discs sharp by direct ophthalmoscopy bilaterally. |
| Cardiovascular: | Regular rate and rhythm; no murmurs, rubs, or gallops; pulses are palpable in the arms and legs bilaterally. |
| Chest: | Clear to auscultation bilaterally. |
| Extremities: | No clubbing, cyanosis, or edema. |

63289

Skin:                No lesions.

MS Survey/Neck:      Reveals tenderness in the cervical paraspinous musculoskeletal and trapezius muscle in particular. He has pain on neck flexion. Negative L'Hermitte's, negative Kernig's and negative Spurling's sign however today. He also has tenderness in the buttock area as seen previously.

### Neurological Examination:

Mental Status:       alert and oriented to person, place, time, and situation; language intact without overt aphasia, though it is somewhat limited as he only speaks Spanish. No apraxia, or agnosia; attention good.

Cranial Nerves:

I:          not tested.

II:         no field cuts; no papilledema; normal venous pulsations seen; no retinal changes; pupils react from 5 mm to 2 mm both directly and consensually.

III, IV, VI:   gaze is conjugate without preference; full range of ocular motion is noted without nystagmus.

V:          $V_1$ to $V_3$ have normal sensation; masseters and pterygoids are strong bilaterally.

VII:        no facial asymmetries; no flattening of the nasolabial folds or forehead corrugations; no hyperacusis found; lacrimation present bilaterally.

VIII:       hearing intact to low and high pitches.

IX, X:      normal palatal elevation is noted.

XI:         sternocleidomastoids and upper trapezii muscles are strong bilaterally.

XII:        tongue protrusion is midline without fasciculations.

Motor:

Tone:       normal tone is found throughout; fine motor function is dexterous bilaterally.

Mass:       no muscular atrophy or fasciculations seen.

Strength:   both proximal and distal muscle groups are strong bilaterally.

Reflexes:

|                         | RIGHT    | LEFT     |
|-------------------------|----------|----------|
| Biceps ($C_5$)          | 1        | 1        |
| Brachioradialis ($C_6$) | 1        | 1        |
| Triceps ($C_7$)         | 1        | 1        |
| Finger Flexors ($C_8$)  | Not done | Not done |
| Patellae ($L_4$)        | 1        | 1        |
| Ankles ($S_1$)          | 1        | 1        |
| Snout                   | Not done | Not done |
| Palmomental             | Not done | Not done |
| Jaw jerk                | Not done | Not done |

*Key: 1-2 = normoactive; <1 =hypoactive; 3 = hyperactive; 4 = clonus*

Plantar Responses:   Down going bilaterally.

Cerebellar:          Finger-to-nose intact; no abnormal movements noted at rest or with action; heel-to-shin intact; Romberg sign absent (normal response).

Gait:                Trajectory is straight; patient can toe and heel walk without difficulties; tandem gait normal.

Sensation:           Reveals decreased sensation in the right C6 distribution.

### Labs & Imaging Studies:
MRI of the cervical spine dated 11/19/10 was reviewed.

### Impression/Plan:
1.  Cervical disc disease at C6-C7.
2.  Suspected lumbar radicular disease.

*Discussion:*

      My plan is to set him up for EMG of his upper and lower extremities as previously ordered.  I want to switch his medication off of the Vimpat and Flexeril and place him on Gabapentin 300 mg one PO Q6 hours for his neuropathic pain.  He is not tolerating the Vimpat.  We will see if we can get better control with the above.  Before we proceed with any more invasive treatments, we will see what his EMG shows.  He will continue therapy with Rusty O'Steen, D.C.

---

**Donald S. Gervais, Jr., M.D.**

DSG/r-dg

cc:   Rusty O'Steen, D.C. f-12/6/10@9858769371
      Gilberto Garay
      Jerry Herman, Esq.-f-12/6/10@9858514521

---

\*\* This letter was dictated but not read, and may contain transcription and dictation errors.\*\*

---

65259



**SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
HOUMA          THIBODAUX          MORGAN CITY

# Follow Up Visit

| | | |
|---|---|---|
| **Name:** | **Gilberto Garay** | **#1009378** |
| **Date of Birth:** | ▇▇▇/1977 | |
| **Date of Consultation:** | 5/18/11 | |
| **Date of Injury:** | 9/25/10 | |

**Chief Complaint:**     "I've got some problems."

*History of Present Illness:*     The patient is a 33-year-old right-handed male followed for a history of an accident with secondary cervical disc disease, as well as low back pain. I have been focusing predominately on his left neck issues more than anything else as this is the most significant issue. The patient underwent a series of two epidural steroid injections S/P facet blocks which were helpful for a day or two completely and then completely went away. He also has ongoing complaints in his buttock area.

The patient has been taking Lortab, as well as Butrans patches with only partial control of his symptoms. Unfortunately, the patient tested positive for a urine tox because he is taking these medications. I did dictate a letter to Jefferson Parish Parole Officer for the above. The patient was involved in some type of questionable activity at a Jefferson Parish Bar.

*Allergies:* None

*Medications:*
1. Vimpat 50 mg one PO Q day.
2. Phenergan 25 mg one PO with headache.
3. Gabapentin 300 mg one PO TID.
4. Lortab 7.5 one PO BID.

*Past Medical History:* None

*Past Surgical History:* None.

*Review of systems:* The reader is referred to the history obtained on 3/25/11 for ROS, medical, family and social histories. Any changes are detailed in the HPI above.

*General Medical Examination:*

| | |
|---|---|
| Vital Signs: | Blood Pressure:   132/83     Heart Rate:  88     Weight: 265# |
| HEENT: | He has mild right nasal deviation noted on the left. He has tenderness in the left nares. |
| Cardiovascular: | Regular rate and rhythm; no murmurs, rubs, or gallops; pulses are palpable in the arms and legs bilaterally. |
| Chest: | Clear to auscultation bilaterally. |
| Extremities: | No clubbing, cyanosis, or edema. |
| Skin: | No lesions. |

655260

**MS Survey:**          Reveals tenderness in the left neck, as well as buttock area as seen previously.

## Neurological Examination:

**Mental Status:**          alert and oriented to person, place, time, and situation; language intact without overt aphasia, though it is somewhat limited as he only speaks Spanish. No apraxia, or agnosia; attention good.

**Cranial Nerves:**

**I:**          not tested.

**II:**          no field cuts; no papilledema; normal venous pulsations seen; no retinal changes; pupils react from 5 mm to 2 mm both directly and consensually.

**III, IV, VI:**          gaze is conjugate without preference; full range of ocular motion is noted without nystagmus.

**V:**          $V_1$ to $V_3$ have normal sensation; masseters and pterygoids are strong bilaterally.

**VII:**          no facial asymmetries; no flattening of the nasolabial folds or forehead corrugations; no hyperacusis found; lacrimation present bilaterally.

**VIII:**          hearing intact to low and high pitches.

**IX, X:**          normal palatal elevation is noted.

**XI:**          sternocleidomastoids and upper trapezii muscles are strong bilaterally.

**XII:**          tongue protrusion is midline without fasciculations.

**Motor:**

**Tone:**          normal tone is found throughout; fine motor function is dexterous bilaterally.

**Mass:**          no muscular atrophy or fasciculations seen.

**Strength:**          both proximal and distal muscle groups are strong bilaterally.

**Reflexes:**

| | RIGHT | LEFT |
|---|---|---|
| Biceps ($C_5$) | 1 | 1 |
| Brachioradialis ($C_6$) | 1 | 1 |
| Triceps ($C_7$) | 1 | 1 |
| Finger Flexors ($C_8$) | Not done | Not done |
| Patellae ($L_4$) | 1 | 1 |
| Ankles ($S_1$) | 1 | 1 |
| Snout | Not done | Not done |
| Palmomental | Not done | Not done |
| Jaw jerk | Not done | Not done |

*Key: 1-2 = normoactive; <1 = hypoactive; 3 = hyperactive; 4 = clonus*

**Plantar Responses:**   Down going bilaterally.

**Cerebellar:**          Finger-to-nose intact; no abnormal movements noted at rest or with action; heel-to-shin intact; Romberg sign absent (normal response).

**Gait:**          Trajectory is straight; patient can toe and heel walk without difficulties; tandem gait normal.

**Sensation:**          Reveals decreased sensation in the right C6 distribution.

## Labs & Imaging Studies:
None new.

EMG on 1/24/11 of his upper extremities were noted.

MRI of the cervical spine dated 11/19/10 was reviewed.

## Impression:
1. Cervical disc disease at the left C6 and C7 level.

My plan is to set him up for a neurolysis procedure X 1. This should be a more long acting procedure and we will cancel third nerve root block. We will do this with 10% normal saline. In regard to his current medical status, I do feel he may be a candidate for surgery in the future, particularly at the left C6-C7 level. He may

Garay, Gilberto   5 18 11 (GER)                    2

65261

need a cervical laminectomy infusion at those levels.  He may also need intervention at the lumbar spine.  We will see how he responds to nerve root neurolysis procedure.

In regard to his future medical care, he will probably need ongoing medications, therapy intermittently, as well as possible repeat injections and/or diagnostic tests such as MRIs and EMGs.

In regard to his limitations for work, I do not feel he should be pushing, pulling, working over his head more than five pounds, no prolonged sitting or standing and no bending or stretching.


_____

**Donald S. Gervais, Jr., M.D.**

DSG/LA24 (7899)cp-dg

cc:   Rusty O'Steen, D.C. –f-985-876-9371
      Gilberto Garay
      Jerry Herman, Esq.-f-985-851-4521

---

| ** This letter was dictated but not read, and may contain transcription and dictation errors.** |
| --- |



**SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
HOUMA        THIBODAUX        MORGAN CITY

# Initial Consultation Report

| | | |
|---|---|---|
| **Name:** | **Gilberto Garay** | **#1009378** |
| **Date of Birth:** | █/1977 | |
| **Date of Consultation:** | **09/16/2010** | |

*Chief Complaint:*         "I've got some problems."

*History of Present Illness:*
    The patient is a 32 -year-old right handed Cuban male who states he was working on a boat for a lease company when a piece of iron fell on him.  The patient has had problems of pain in the intrascapular area, right greater than left.  He has some numbness going to his right arm.  He admits to mid to lower back pain over his thoracic spine.  It is not clear if the patient had any images, but he did get some medications from the emergency room which included Oxycodone, Promethazine, and Flexeril 5mg 1 PO t day.
    The patient states the pain has gotten worse with activity.  He notices more right sided symptoms than anything else.  He admits to headaches.

*Past Medical History:*  None

*Past Surgical History:*  None.

*History of Injuries:*  None.

*Family History:*  Mother is living in good health.  Father is living with heart disease.  He has three sisters who are healthy.

*Social History:*  The patient is single.  He works in maintenance.  He has one child.  He is literate.  He has a 12th grade education and drinks alcohol.  He denies tobacco.

*Review of Systems:*

| | |
|---|---|
| Constitutional: | The patient complains of no fever or weight loss. |
| Eyes: | The patient complains of no blurry vision. |
| CV: | The patient complains of no chest pain or claudication. |
| Respiratory: | The patient complains of no SOB, snoring, cough, or wheezing. |
| GI: | The patient complains of no bloody stool, abdominal pain, or constipation. |
| GU: | The patient complains of no dysuria, incontinence, or ED. |
| MS: | The patient admits to neck pain and back pain.  No myalgia or joint pain |
| Skin: | The patient complains of no skin rashes or birthmarks. |
| Psychiatric: | The patient complains of no depression or psychosis. |

*Neurological Review of Systems:*

| | |
|---|---|
| Visual loss: | The patient complains of no visual loss. |
| Loss of balance: | The patient admits to loss of balance. |
| Muscle Weakness: | The patient complains of no muscle weakness. |

| | | |
|---|---|---|
| Tingling/Numbness: | The patient admits to tingling in the right greater than left arm. |
| Tremors: | The patient denies tremors. |
| Headaches: | The patient complains of headaches, particularly in the right occipital area greater than the left. |
| Diplopia: | The patient denies diplopia. |

### General Medical Examination:

| | |
|---|---|
| Vital Signs: | Blood Pressure: 130/82    Heart Rate: 79    Weight: 216# |
| HEENT: | Atraumatic and normocephalic; temporal arteries non-tender to palpation; oropharynx clear; discs sharp by direct ophthalmoscopy bilaterally. |
| Cardiovascular: | Regular rate and rhythm; no murmurs, rubs, or gallops; pulses are palpable in the arms and legs bilaterally. |
| Chest: | Clear to auscultation bilaterally. |
| Extremities: | No clubbing, cyanosis, or edema. |
| Skin: | No lesions. |
| MS Survey/Neck: | He has tenderness in the right levator scapulae and right trapezius muscle greater than the left. |

### Neurological Examination:

| | |
|---|---|
| Mental Status: | alert and oriented to person, place, time, and situation; language intact without overt aphasia, though it is somewhat limited as he only speaks Spanish. No apraxia, or agnosia; attention good. |

| | |
|---|---|
| Cranial Nerves: | |
| I: | not tested. |
| II: | no field cuts; no papilledema; normal venous pulsations seen; no retinal changes; pupils react from 5 mm to 1 mm both directly and consensually. |
| III, IV, VI: | gaze is conjugate without preference; full range of ocular motion is noted without nystagmus. |
| V: | $V_1$ to $V_3$ have normal sensation; masseters and pterygoids are strong bilaterally. |
| VII: | no facial asymmetricar; no flattening of the nasolabial folds or forehead corrugations; no hyperacusis found; lacrimation present bilaterally. |
| VIII: | hearing intact to low and high pitches. |
| IX, X: | normal palatal elevation is noted. |
| XI: | sternocleidomastoids and upper trapezii muscles are strong bilaterally. |
| XII: | tongue protrusion is midline without fasciculations. |

| | |
|---|---|
| Motor: | |
| Tone: | normal tone is found throughout; fine motor function is dexterous bilaterally. |
| Mass: | no muscular atrophy or fasciculations seen. |
| Strength: | both proximal and distal muscle groups are strong bilaterally. |

Reflexes:

| | Right | Left |
|---|---|---|
| Biceps (C₅) | 1 | 1 |
| Brachioradialis (C₆) | 1 | 1 |
| Triceps (C₇) | 1 | 1 |
| Finger Flexors (C₈) | Not done | Not done |
| Patellar (L₄) | 1 | 1 |
| Ankles (S₁) | 1 | 1 |
| Snout | Not done | Not done |
| Palmomental | Not done | Not done |
| Jaw Jerk | Not done | Not done |

*Key: 1-2 = normoreactive; <1 = hyporeactive; 3 = hyperreactive; 4 = clonus*

| | |
|---|---|
| Plantar Responses: | Down going bilaterally. |
| Cerebellar: | Finger-to-nose intact; no abnormal movements noted at rest or with action; heel-to-shin intact; Romberg sign absent (normal response). |
| Gait: | Trajectory is straight; patient can toe and heel walk without difficulties; tandem gait normal. |
| Sensation: | Reveals decreased sensation in the right C6 distribution. |

Garay, Gilberto  9 16 10 NP (GER)                    2

*Labs & Imaging Studies:*
He had some imaging done at Terrebonne General, though I do not have these records.

*Impression/Plan:*
1.   Post traumatic neck pain with headaches.

*Discussion:*
My plan is to rule out cervicogenic sources, as well as mid thoracic problems.  He has problems in the lumbar spine, as well.  Will check an EMG of the upper and lower extremities in light of his symptomatology.  He has more symptoms in his arms, particularly his right arm, than his legs, but we will check to be certain.

With regard to his medications, I would like to get him off the pain medications and put him on something for his neuropathic pain.  I will be giving him more muscle relaxers, specifically Soma 350 one PO t.i.d.  Will also have him take some Vimpat 50mg one PO b.i.d. to help with the burning.  For his headache, I would like to give him some Phenergan pills to take as he has a lot of nausea with his headache.


Donald S. Gervais, Jr., M.D.

DSG/EC02(4902)cp-dg

cc:   Jerry Herman, Esq.-E-9/21/10@9852514521

┌────────────────────────────────────────────────────────────────────────┐
│ ** This letter was dictated but not read, and may contain transcription and dictation errors.** │
└────────────────────────────────────────────────────────────────────────┘

Geray, Gilberto   9 16 10 NP (GHR)                    3



**SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
HOUMA            THIBODAUX       MORGAN CITY

# Follow Up Visit

| | | |
|---|---|---|
| **Name:** | Gilberto Garay | #1009378 |
| **Date of Birth:** | ____/1977 | |
| **Date of Consultation:** | 12/2/2010 | |
| **Date of Injury:** | 9/25/10 | |

*Chief Complaint:*      "I've got some problems."

*History of Present Illness:*
    The patient has complained of ongoing musculoskeletal complaints with electrical like sensations in his hands in particular. He admits to pain in the right buttock area radiating down his leg, particularly when he turns his neck or bends over. The patient admits to some symptoms on the left as well. We had ordered some EMGs of his upper and lower extremities. These are still pending. The patient has had imaging of his cervical spine done most recently on 11/19/10. This revealed C6-C7 changes with some facet arthropathy and disc bulges. No imaging of the lumbar spine has been done yet.

*Allergies:* None

*Medications:*
1. Soma 350 mg one TID
2. Vimpat 50 mg one PO BID.
3. Phenergan 25 mg one PO with headache.
4. Duragesic patch 75 mg 1 to CW q 3 days.
5. Gabapentin 300 mg one Q6H PRN.

*Past Medical History:* None

*Past Surgical History:* None.

*Review of Systems:* The reader is referred to the history obtained on 9/16/10 for ROS, medical, family and social histories. Any changes are detailed in the HPI above.

*General Medical Examination:*

| Vital Signs: | Blood Pressure: 113/81   Heart Rate: 96   Weight: 252# |
|---|---|
| HEENT: | Anatomy symmetric pupils isocopy of anisng nontender to palpation oropharynx clear |
| Cardiovascular: | Regular rate and rhythm; no murmurs, rubs, or gallops; pulses are palpable in the arms and legs bilaterally. |
| Chest: | Clear to auscultation bilaterally. |
| Extremities: | No clubbing, cyanosis, or edema. |

| | |
|---|---|
| Skin: | No lesions. |
| MS Survey/Neck: | Reveals tenderness in the cervical paraspinous musculoskeletal and trapezius muscle in particular. He has pain on neck flexion. Negative L'Hermitte's, negative Kernig's and negative Spurling's sign however today. He also has tenderness in the buttock area as seen previously. |

### Neurological Examination:

| | |
|---|---|
| Mental Status: | alert and oriented to person, place, time, and situation; language intact without overt aphasia, though it is somewhat limited as he only speaks Spanish. No apraxia, or agnosia; attention good. |

**Cranial Nerves:**

| | |
|---|---|
| I: | not tested. |
| II: | no field cuts; no papilledema; normal venous pulsations seen; no retinal changes; pupils react from 5 mm to 3 mm both directly and consensually. |
| III, IV, VI: | gaze is conjugate without preference; full range of ocular motion is noted without nystagmus. |
| V: | $V_1$ to $V_3$ have normal sensation; masseters and pterygoids are strong bilaterally. |
| VII: | no facial asymmetries; no flattening of the nasolabial folds or forehead corrugations; no hemorrhage... present bilaterally. |
| IX, X: | normal palatal elevation is noted. |
| XI: | sternocleidomastoids and upper trapezii muscles are strong bilaterally. |
| XII: | tongue protrusion is midline without fasciculations. |

**Motor:**

| | |
|---|---|
| Tone: | normal tone is found throughout; fine motor function is dexterous bilaterally. |
| Mass: | no muscular atrophy or fasciculations seen. |
| Strength: | both proximal and distal muscle groups are strong bilaterally. |

**Reflexes:**

| | | |
|---|---|---|
| Biceps ($C_5$) | 1 | 1 |
| Brachioradialis ($C_6$) | 1 | 1 |
| Triceps ($C_7$) | 1 | 1 |
| Finger Flexors ($C_8$) | Not done | Not done |
| Patellae ($L_4$) | 1 | 1 |
| Ankles ($S_1$) | 1 | 1 |
| Snout | Not done | Not done |
| Palmomental | Not done | Not done |
| Jaw jerk | Not done | Not done |

Key: 1-3 = normoactive; <1 = hypoactive; 3 = hyperactive; 4 = clonus

Plantar Responses:   Down going bilaterally.

Cerebellar:    Finger-to-nose intact; no abnormal movements noted at rest or with action; heel-to-shin intact; Romberg sign absent (normal response).

Gait:    Trajectory is straight; patient can toe and heel walk without difficulties; tandem gait normal.

Sensation:    Reveals decreased sensation in the right C6 distribution.

### Labs & Imaging Studies:
MRI of the cervical spine dated 11/19/10 was reviewed.

### Impression/Plan:
1.  Cervical disc disease at C6-C7.
2.  Suspected lumbar radicular disease.

*Discussion:*
    My plan is to set him up for EMG of his upper and lower extremities as previously ordered. I want to switch his medication off of the Vimpat and Flexeril and place him on Gabapentin 300 mg one PO Q6 hours for his neuropathic pain. He is not tolerating the Vimpat. We will see if we can get better control with the above. Before we proceed with any more invasive treatments, we will see what his EMG shows. He will continue therapy with Rusty O'Steen, D.C.


**Donald S. Gervais, Jr., M.D.**

   Rusty O'Steen D.C. M13C610@9858514521
   Gilberto Garay
   Jerry Herman. Esq.-f-12/6/10@9858514521

---

| ** This letter was dictated but not read, and may contain transcription and dictation errors.** |
| --- |



**SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
HOUMA          THIBODAUX          MORGAN CITY

# Left C6 and Left C7 Nerve Root Blocks/Transforaminal Epidural Steroid Injections #2

**Patient:**            Gilberto Garay            #1009378
**Date of Birth:**      ████/77
**Date of Procedure:**  4/26/11

**Procedure in detail:** Full informed consent was obtained before the procedure. Risks and benefits were explained in advance. Sterile technique was used throughout the procedure. Five (5) cc of 1% Lidocaine were injected into the skin for local anesthesia.    Sterile technique was used throughout the procedure. Using fluoroscopy for guidance, 5 cc of 1% Lidocaine was injected into the skin for local anesthesia. A 25-gauge, 3.5 inch spinal needle was advanced into the left neural foramen at C5-6 and at C6-7. Confirmation of needle placement was made by oblique fluoroscopic views and by injecting Omnipaque. Approximately 4cc Omnipaque was used during the procedure. Following the injection of Omnipaque, contrast outlined the transforaminal epidural space at each level and no vascular filling was seen. Next, 0.5cc Kenalog and 1.5 cc Sensorcaine was injected at each level for a total of two injections. The patient tolerated the procedure well.

**Fluoroscopy Report (4/26/11):** Fluoroscopic guidance was performed for the nerve root blocks. No fractures or bone lesions were seen. There is bilateral facet arthropathy at every cervical level from C4-5 through C6-7. There was no abnormal thickening of the prevertebral soft tissues.

---

**Wendy S. Gervais, M.D.**
WSG/r-dg

**This letter was dictated but not read, and may contain transcription and dictation errors.**

35137



**SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
**HOUMA          THIBODAUX          MORGAN CITY**

# Follow Up Visit

**Name:**                    **Gilberto Garay**          **#1009378**
**Date of Birth:**           ████/1977
**Date of Consultation:**    **3/25/11**
**Date of Injury:**          **9/25/10**

*Chief Complaint:*           "I had my shots."

*History of Present Illness:*
    The patient is a 33-year-old right-handed male who is followed for a history of left C6-C7 disc disease greater than right as well as some low back pain. The patient underwent a cervical nerve root block on 2/10/11. He noted some response initially, particularly in the neck itself but did not help with the pain going into the arm. He admits to pain in his back as well with ongoing complaints in the buttock area. He underwent an MRI of his lumbar spine on 2/11/11 which revealed <_____> on L5, facet arthropathy at several levels; there was also some central canal stenosis but no large herniated discs.
    The patient also complains of left nasal bridge pain and left nose pain when he had the impact.

*Allergies:* None

*Medications:*
    1. Vimpat 50 mg one PO Q day.
    2. Phenergan 25 mg one PO with headache.
    3. Gabapentin 300 mg one PO TID.
    4. Lortab 7.5 one PO BID.

*Past Medical History:* None

*Past Surgical History:* None.

*Review of systems:* The reader is referred to the history obtained on 2/7/11 for ROS, medical, family and social histories. Any changes are detailed in the HPI above.

*General Medical Examination:*
    Vital Signs:      Blood Pressure:   139/89   Heart Rate:   72      Weight:  266#
    HEENT:          He has mild right nasal deviation noted on the left. He has tenderness in the left nares.
    Cardiovascular:    Regular rate and rhythm; no murmurs, rubs, or gallops; pulses are palpable in the arms and
                      legs bilaterally.
    Chest:          Clear to auscultation bilaterally.
    Extremities:      No clubbing, cyanosis, or edema.
    Skin:           No lesions.

| MS Survey/Neck: | Reveals tenderness in the left neck area greater than right.  He also has tenderness in the buttock area. |

### Neurological Examination:

| Mental Status: | alert and oriented to person, place, time, and situation; language intact without overt aphasia, though it is somewhat limited as he only speaks Spanish.  No apraxia, or agnosia; attention good. |

**Cranial Nerves:**

| I: | not tested. |
| II: | no field cuts; no papilledema; normal venous pulsations seen; no retinal changes; pupils react from 5 mm to 2 mm both directly and consensually. |
| III, IV, VI: | gaze is conjugate without preference; full range of ocular motion is noted without nystagmus. |
| V: | $V_1$ to $V_3$ have normal sensation; masseters and pterygoids are strong bilaterally. |
| VII: | no facial asymmetries; no flattening of the nasolabial folds or forehead corrugations; no hyperacusis found; lacrimation present bilaterally. |
| VIII: | hearing intact to low and high pitches. |
| IX, X: | normal palatal elevation is noted. |
| XI: | sternocleidomastoids and upper trapezii muscles are strong bilaterally. |
| XII: | tongue protrusion is midline without fasciculations. |

**Motor:**

| Tone: | normal tone is found throughout; fine motor function is dexterous bilaterally. |
| Mass: | no muscular atrophy or fasciculations seen. |
| Strength: | both proximal and distal muscle groups are strong bilaterally. |

**Reflexes:**

|  | RIGHT | LEFT |
|---|---|---|
| Biceps ($C_5$) | 1 | 1 |
| Brachioradialis ($C_6$) | 1 | 1 |
| Triceps ($C_7$) | 1 | 1 |
| Finger Flexors ($C_8$) | Not done | Not done |
| Patellae ($L_4$) | 1 | 1 |
| Ankles ($S_1$) | 1 | 1 |
| Snout | Not done | Not done |
| Palmomental | Not done | Not done |
| Jaw jerk | Not done | Not done |

*Key: 1-2 = normoactive; <1 =hypoactive; 3 = hyperactive; 4 = clonus*

| Plantar Responses: | Down going bilaterally. |
| Cerebellar: | Finger-to-nose intact; no abnormal movements noted at rest or with action; heel-to-shin intact; Romberg sign absent (normal response). |
| Gait: | Trajectory is straight; patient can toe and heel walk without difficulties; tandem gait normal. |
| Sensation: | Reveals decreased sensation in the right C6 distribution. |

### Labs & Imaging Studies:

EMG on 1/24/11 of his upper extremities were noted.

MRI of the cervical spine dated 11/19/10 was reviewed.

### Impression/Plan:

1. Cervical disc disease at left C6-C7 level on the left greater than right.
2. Lumbar pain without large disc herniation.

Garay, Gilberto  3 25 11 (GER)          2

35139

*Discussion:*

    At this point I want to focus predominantly on the patient's neck issues. We will set her up for her second left C6-C7 nerve root blocks. We will see if the second injection can better relieve the symptoms in his left arm. For his pain symptoms, I would like to have him use Hydrocodone only as needed and instead will be using a patch (Butrans) that will be put on the back of his shoulder, one week at a time, for one week.

    Please note; the patient has complained of persistent left nasal bridge nose issues as well as some right temporal area pain. This has really not been addressed. We will look into this as well considering CT of his facial bones.

---

**Donald S. Gervais, Jr., M.D.**

DSG/r-dg

cc:  Rusty O'Steen, D.C.
     Gilberto Garay
     Jerry Herman, Esq.

| ** This letter was dictated but not read, and may contain transcription and dictation errors.** |
|---|

08419

GARAY, GILBERTO                                                          ID #: 1009378

# Southeast Neuroscience Center
### 8120 Main Street, Suite 400
Houma, LA 70360
(985) 917-3007

Name:          GARAY, GILBERTO
Address:

Patient ID:        1009378
Date of Birth:     ███1977
Age:               33
Gender:            Male
Date of Exam:      3/10/2011 7:45
                   AM

Referring Physician:      D. GERVAIS
Examining Physician:      D. GERVAIS

 **Patient History:**
See clinic note dated 2-7-11.

GARAY, GILBERTO                                                              ID #: 1009378

## Sensory Nerve Conduction:

| Nerve and Site | Peak Latency | Amplitude | Segment | Latency Difference | Distance | Conduction Velocity |
|---|---|---|---|---|---|---|
| **Sural.R** | | | | | | |
| Lower leg | 4.3 ms | 10 µV | Ankle-Lower leg | 3.4 ms | 140 mm | 41 m/s |
| **Saphenous.R** | | | | | | |
| Knee | ms | µV | Lower leg-Knee | ms | mm | m/s |
| **Sural.L** | | | | | | |
| Lower leg | 4.4 ms | 10 µV | Ankle-Lower leg | 3.4 ms | 140 mm | 41 m/s |
| **Saphenous.L** | | | | | | |
| Knee | ms | µV | Lower leg-Knee | ms | mm | m/s |

GARAY, GILBERTO

ID #: 1009378

03421

## Motor Nerve Conduction:

| Nerve and Site | Latency | Amplitude | Segment | Latency Difference | Distance | Conduction Velocity |
|---|---|---|---|---|---|---|
| **Peroneal.R** | | | | | | |
| Ankle | 3.9 ms | 4.3 mV | Extensor digitorum brevis-Ankle | 3.9 ms | mm | m/s |
| Fibula (head) | 15.1 ms | 3.5 mV | Ankle-Fibula (head) | 11.2 ms | 395 mm | 35 m/s |
| Popliteal fossa | 16.6 ms | 3.5 mV | Fibula (head)-Popliteal fossa | 1.5 ms | 65 mm | 43 m/s |
| **Tibial.R** | | | | | | |
| Ankle | 6.0 ms | 5.6 mV | Abductor hallucis-Ankle | 6.0 ms | mm | m/s |
| Popliteal fossa | 17.9 ms | 7.7 mV | Ankle-Popliteal fossa | 11.9 ms | 480 mm | 40 m/s |
| **Peroneal.L** | | | | | | |
| Ankle | 9.1 ms | 0.4 mV | Extensor digitorum brevis-Ankle | 9.1 ms | mm | m/s |
| Fibula (head) | 21.1 ms | 0.7 mV | Ankle-Fibula (head) | 12.0 ms | 400 mm | 33 m/s |
| Popliteal fossa | 22.5 ms | 0.7 mV | Fibula (head)-Popliteal fossa | 1.4 ms | 55 mm | 39 m/s |
| **Tibial.L** | | | | | | |
| Ankle | 5.0 ms | 19.4 mV | Abductor hallucis-Ankle | 5.0 ms | mm | m/s |
| Popliteal fossa | 18.3 ms | 17.2 mV | Ankle-Popliteal fossa | 13.3 ms | 480 mm | 36 m/s |

## F-Wave Studies

| Nerve | M-Latency | F-Latency |
|---|---|---|
| Peroneal.R | 3.9 | 54.8 |
| Tibial.R | 17.9 | 70.5 |
| Peroneal.L | 22.5 | |
| Tibial.L | 18.3 | 69.4 |

## H-waves:

| Nerve | Latency | Amplitude (max) |
|---|---|---|

### Tibial.L

| | | |
|---|---|---|
| M-wave: | 7.1 ms | 5.4 mV |
| H-wave: | 37.6 ms | 1.5 mV |

### Tibial.R

| | | |
|---|---|---|
| M-wave: | 8.3 ms | mV |
| H-wave: | 38.8 ms | mV |

**GARAY, GILBERTO**

ID #: 1009378

08422

## Needle EMG Examination:

| Muscle | Insertional Fibs | Spontaneous Activity | | | Volitional MUAPs | | | | | Max Volitional Activity | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P.Waves | Fasc. | Other | # | Rate | Poly. | Amp | Dur | Effort | |
| Vastus medialis R | None | None | | | 1 | | | | | | |
| Adductor longus R | None | None | | | 1 | | | | | | |
| Adductor magnus R | None | None | | | 1 | | | | | | |
| Gluteus medius R | None | None | None | | 2 | Increased | 2+ | Increased | Increased | | |
| Gastrocnemius (Medial head) R | None | None | None | | 2 | Increased | 1+ | Increased | Increased | | |
| Gastrocnemius (Lateral head) R | None | None | None | | 2 | Increased | 2+ | Increased | Increased | | |
| Tibialis anterior R | None | None | None | | 2 | Increased | 2+ | Increased | Increased | | |
| Tibialis posterior R | None | None | None | | 2 | Increased | 2+ | Increased | Increased | | |
| Vastus medialis L | None | None | | | 1 | | | | | | |
| Adductor magnus L | None | None | | | 1 | | | | | | |
| Gluteus medius L | None | None | None | | 2 | Increased | 2+ | Increased | Increased | | |
| Gastrocnemius (Medial head) L | None | None | | | 1 | | | | | | |
| Gastrocnemius (Lateral head) L | None | None | | | 1 | | | | | | |
| Tibialis anterior L | None | None | None | | 2 | Increased | 1+ | Increased | Increased | | |
| Tibialis posterior L | None | None | None | | 2 | Increased | 2+ | Increased | Increased | | |

Emg Legend:   # (Recruitment Pattern): 1=Normal, 2= Mild, 3=Moderate, 4=Discrete, 5= No recruitment
Misc. Abbrev.:  CRD= Complex Repetitive Discharge, HFD= High Frequency Discharge,
MTON= Myotonia, MKYM= Myokymia, SMax= Sub-maximum

## Conclusions:
NCS revealed preserved SNAP's and CMAP's in the legs.  EMG revealed partial denervation in the right > left L5 myotomes.

## Impression:
This study revealed *right > left L5 radiculopathies that are mild* and new since his last EMG done about 2 months ago.  The previous *S1 radicular disease is persistent.*  Today's findings are concordant with his recent lumbar MRI.  These lesions are not surgical in nature.  I recommend continued conservative management.

Don Gervais, M.D.

Cc:    Jerry Herman, Esq.



**Imaging Center of South Louisiana**
165 Frontage Rd A Suite A
Gray, LA 70359
Phone: 985-580-2888
Fax: 985-851-7526

Accredited by the American College of Radiology

| **Report Provided For** | **Patient** |
|---|---|
| DONALD GERVAIS | Name: GILBERTO E GARAY |
| 8120 MAIN ST. SUITE 400 | MRN #: ISL-00000073812 |
| HOUMA, LA 70360 | Phone: 504-235-3653 |
| | DOB: ▓▓▓/1977          Gender: Male |
| Fax: 985-917-3010 | Exam Start: 2/11/2011 10:49:39AM |

## MRI LUMBAR SPINE WITHOUT CONTRAST

**CLINICAL INFORMATION:** Back pain.

MRI examination of the lumbar spine is performed utilizing a 1.5 Tesla MRI system. Pulse sequences include sagittal and axial T1 and T2 weighted images.

No prior exam is available for comparison.

**FINDINGS:** The spinal canal is small on a developmental basis. There are multiple Schmorl's nodes present. The conus appears normal in location and signal. There is 2-3 mm of retrolisthesis of L4 on L5. Alignment is otherwise normal.

L1-2: No significant abnormality.

L2-3: No significant abnormality.

L3-4: No significant abnormality.

L4-5: There is mild disc bulging of 2-3 mm. The spinal canal is mildly narrowed by disc bulging, ligamentum flavum hypertrophy and a congenitally small canal. There is bilateral facet arthropathy. Both neural foramen appear patent.

L5-S1: There is mild disc bulging. The spinal canal appear patent. The neural foramina appear patent. There is bilateral facet arthropathy.

**IMPRESSION:**

1. **BILATERAL FACET ARTHROPATHY AT THE LOWER TWO LUMBAR LEVELS.**

2. **THE SPINAL CANAL IS SMALL ON A DEVELOPMENTAL BASIS.**

3. **GRADE I RETROLISTHESIS OF L4 ON L5.**

4. **MILD CENTRAL CANAL NARROWING AT L4-5.**

**GARAY, GILBERTO E (Exam 1072252)**                    MRN #: ISL-00000073812

Interpreting Radiologist

Wendy S. Gervais, M.D.
*Electronically Signed: 2/14/11  12:45 pm*

**Thank you for referring GILBERTO GARAY to Imaging Center of South Louisiana.**



**Imaging Center of South Louisiana**
165 Frontage Rd A Suite A
Gray, LA 70359

Phone: 985-580-2888
Fax: 985-851-7526

Accredited by the American College of Radiology

| **Report Provided For** | **Patient** |
|---|---|
| DONALD GERVAIS | Name: GILBERTO E GARAY |
| 8120 MAIN ST. SUITE 400 | MRN #: ISL-00000073812 |
| HOUMA, LA 70360 | Phone: 504-235-3653 |
| | DOB: ████/1977          Gender: Male |
| Fax: 985-917-3010 | Exam Start: 2/11/2011 11:35:29AM |

**LUMBAR SPINE RADIOGRAPHS THREE VIEWS**

**DATED:** 2/11/11

**CLINICAL INFORMATION:** Back pain.

**FINDINGS:**

There is a moderate scoliosis with apex to the right. The bowel gas pattern is unremarkable. There are moderate degenerative changes within both hips. There is anterior spondylosis throughout the lumbar spine. There is bilateral facet arthropathy at the lower two lumbar levels.

**IMPRESSION:**

1. **FACET ARTHROPATHY.**

2. **SCOLIOSIS.**

3. **MODERATE DEGENERATIVE CHANGES WITHIN THE HIPS.**

Interpreting Radiologist

Wendy S. Gervais, M.D.
*Electronically Signed: 2/15/11   1:15 pm*

**Thank you for referring GILBERTO GARAY to Imaging Center of South Louisiana.**



 **SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office: 985.917.3010 fax: 1.866.891.6585
**HOUMA          THIBODAUX          MORGAN CITY**

# Left C6 and Left C7 Nerve Root Blocks/Transforaminal Epidural Steroid Injections

**Patient:**            Gilberto Garay            #1009378
**Date of Birth:**      ████/77
**Date of Procedure:**  2/10/11

**Procedure in detail:** Full informed consent was obtained before the procedure.  Risks and benefits were explained in advance.  Sterile technique was used throughout the procedure.  Five (5) cc of 1% Lidocaine were injected into the skin for local anesthesia.   Sterile technique was used throughout the procedure.  Using fluoroscopy for guidance, 5 cc of 1% Lidocaine was injected into the skin for local anesthesia.  A 25-gauge, 3.5 inch spinal needle was advanced into the left neural foramen at C5-6 and at C6-7.  Confirmation of needle placement was made by oblique fluoroscopic views and by injecting Omnipaque.  Approximately 4cc Omnipaque was used during the procedure.  Following the injection of Omnipaque, contrast outlined the transforaminal epidural space at each level and no vascular filling was seen.  Next, 0.5cc Kenalog and 1.5 cc Sensorcaine was injected at each level for a total of two injections.  The patient tolerated the procedure well.

**Fluoroscopy Report (2/10/11):** Fluoroscopic guidance was performed for the nerve root blocks.  No fractures or bone lesions were seen.  There is bilateral facet arthropathy at every cervical level from C4-5 through C6-7.  There was no abnormal thickening of the prevertebral soft tissues.

_____

**Wendy S. Gervais, M.D.**
WSG/r-dg

**This letter was dictated but not read, and may contain transcription and dictation errors.**



**SOUTHEAST NEUROSCIENCE CENTER**
8120 Main Street, Ste. 400, Houma, Louisiana 70360
985.917.3007 office; 985.917.3010 fax; 1.866.891.6585
HOUMA          THIBODAUX          MORGAN CITY

# Follow Up Visit

| | | |
|---|---|---|
| **Name:** | **Gilberto Garay** | **#1009378** |
| **Date of Birth:** | ▉▉/1977 | |
| **Date of Consultation:** | 2/7/11 | |
| **Date of Injury:** | 9/25/10 | |

*Chief Complaint:*          "I'm hurting."

*History of Present Illness:*
　　The patient is a 33-year-old right-handed Hispanic male who presents with a history of progressive musculoskeletal pains following an accident. He admits to left neck pain in particular. He is undergoing some cervical nerve root blocks starting on 2/10/11 as a series of three. In addition to left arm and neck pain, he also admits to right distal ulnar pain over his tendon. He admits to right buttock pain that has gotten progressively worse since his last visit.
　　The patient states that he nerve really addressed it but he had trauma to his face over the left nares at the time of the accident. This has really been giving him problems and he feels he has difficulty breathing. We will be getting ENT to address the above as this may be a structural issue on the face. We will consider imaging of the sinuses in light of his complaints.

*Allergies:* None

*Medications:*
1. Vimpat 50 mg one PO Q day.
2. Phenergan 25 mg one PO with headache.
3. Gabapentin 300 mg one PO TID.
4. Lortab 7.5 one PO BID.

*Past Medical History:* None

*Past Surgical History:* None.

*Review of systems:* The reader is referred to the history obtained on 12/2/10 for ROS, medical, family and social histories. Any changes are detailed in the HPI above.

*General Medical Examination:*

| | |
|---|---|
| **Vital Signs:** | Blood Pressure: 141/84   Heart Rate: 76   Weight: 266# |
| **HEENT:** | He has mild right nasal deviation noted on the left. He has tenderness in the left nares. |
| **Cardiovascular:** | Regular rate and rhythm; no murmurs, rubs, or gallops; pulses are palpable in the arms and legs bilaterally. |
| **Chest:** | Clear to auscultation bilaterally. |
| **Extremities:** | No clubbing, cyanosis, or edema. |

**Skin:**                    No lesions.
**MS Survey/Neck:**          Reveals tenderness in the cervical paraspinous musculoskeletal and trapezius muscle in particular. He has pain on neck flexion. Negative L'Hermitte's, negative Kernig's and negative Spurling's sign however today. He also has tenderness in the buttock area as seen previously.

### Neurological Examination:

**Mental Status:**           alert and oriented to person, place, time, and situation; language intact without overt aphasia, though it is somewhat limited as he only speaks Spanish. No apraxia, or agnosia; attention good.

**Cranial Nerves:**
**I:**                       not tested.
**II:**                      no field cuts; no papilledema; normal venous pulsations seen; no retinal changes; pupils react from 5 mm to 2 mm both directly and consensually.
**III, IV, VI:**             gaze is conjugate without preference; full range of ocular motion is noted without nystagmus.
**V:**                       $V_1$ to $V_3$ have normal sensation; masseters and pterygoids are strong bilaterally.
**VII:**                     no facial asymmetries; no flattening of the nasolabial folds or forehead corrugations; no hyperacusis found; lacrimation present bilaterally.
**VIII:**                    hearing intact to low and high pitches.
**IX, X:**                   normal palatal elevation is noted.
**XI:**                      sternocleidomastoids and upper trapezii muscles are strong bilaterally.
**XII:**                     tongue protrusion is midline without fasciculations.

**Motor:**
**Tone:**                    normal tone is found throughout; fine motor function is dexterous bilaterally.
**Mass:**                    no muscular atrophy or fasciculations seen.
**Strength:**                both proximal and distal muscle groups are strong bilaterally.

**Reflexes:**

| | RIGHT | LEFT |
|---|---|---|
| Biceps ($C_5$) | 1 | 1 |
| Brachioradialis ($C_6$) | 1 | 1 |
| Triceps ($C_7$) | 1 | 1 |
| Finger Flexors ($C_8$) | Not done | Not done |
| Patellae ($L_4$) | 1 | 1 |
| Ankles ($S_1$) | 1 | 1 |
| Snout | Not done | Not done |
| Palmomental | Not done | Not done |
| Jaw jerk | Not done | Not done |

*Key: 1-2 = normoactive; <1 =hypoactive; 3 = hyperactive; 4 = clonus*

**Plantar Responses:** Down going bilaterally.

**Cerebellar:**         Finger-to-nose intact; no abnormal movements noted at rest or with action; heel-to-shin intact; Romberg sign absent (normal response).

**Gait:**               Trajectory is straight; patient can toe and heel walk without difficulties; tandem gait normal.

**Sensation:**          Reveals decreased sensation in the right C6 distribution.

### Labs & Imaging Studies:
EMG on 1/24/11 of his upper extremities were noted.

MRI of the cervical spine dated 11/19/10 was reviewed.

### Impression/Plan:
1. Cervical disc disease at left C6-C7 level. He may be undergoing nerve root blocks soon.
2. Left nasal issues related to trauma, which were not previously addressed.
3. Low back pain with right buttock issues, again not previously addressed.

### Discussion:

Garay, Gilberto  2 7 11 (GER)                    2

My plan is to focus on his low back issues as he undergoes treatment of his upper extremities. For his musculoskeletal complaints we will be giving him Voltaren 1% ointment. I would also like to try a pain patch. We will try Butrans, which would be safer that Duragesic and longer acting than the Lortab. For his low back issue, we will check an MRI of his lumbar spine as well as bilateral lower extremity EMG. We will try to get this set up as quickly as possible in light of his symptoms.

---

**Donald S. Gervais, Jr., M.D.**

DSG/r-dg

cc:   Rusty O'Steen, D.C. f-9858769371
      Gilberto Garay
      Jerry Herman, Esq.-f-9858514521

---

| \*\* This letter was dictated but not read, and may contain transcription and dictation errors.\*\* |
| --- |

```
DATE:  06/29/2018                                                                           REPORT:  CL150R
TIME:  03:50 pm                                                                             PAGE    1
                                                                                            OF      4
                          LOUISIANA WORKERS' COMPENSATION CORPORATION
                                        Claim Payments Report
                             For Payment Dates 10/01/1992 Through 06/29/2018
                                         For Claim Number 159822
                                       Claimant Garay, Gilberto
```

Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|----------|--------|-------------|-------------|---------|---------|----------|
| 11/01/10 | 9001-0 | DRUGS | $250.00 | 09/16/10 | 09/16/10 | 3990905 |
| 11/01/10 | 9001-0 | DRUGS | $59.97 | 09/05/10 | 09/06/10 | 3990905 |
| 11/02/10 | 25796-15 | TERREBONNE GENERAL MEDICAL CENTER | $229.50 | 09/06/10 | 09/06/10 | 3991049 |
| 11/04/10 | 10150-0 | ACADIAN AMBULANCE SERVICE INC | $645.00 | 09/05/10 | 09/05/10 | 3992442 |
| 11/19/10 | 25796-15 | TERREBONNE GENERAL MEDICAL CENTER | $2,367.26 | 09/05/10 | 09/05/10 | 3996675 |
| 11/22/10 | 40376-1 | OSTEEN, RUSSELL B. | $1,017.00 | 09/08/10 | 09/27/10 | 3996806 |
| 02/21/11 | 27867-4 | GERVAIS, DONALD S. | $1,810.80 | 01/24/11 | 01/24/11 | 4020956 |
| 02/23/11 | 27867-4 | GERVAIS, DONALD S. | $149.40 | 02/07/11 | 02/07/11 | 4022154 |
| 02/25/11 | 27867-12 | GERVAIS, WENDY | $321.00 | 02/10/11 | 02/10/11 | 4022547 |
| 03/01/11 | 33854-0 | IMAGING CENTER OF SOUTH LOUISIANA LLC | $842.25 | 02/11/11 | 02/11/11 | 4022935 |
| 03/08/11 | 34605-0 | TECHHEALTH INC | $160.80 | 02/07/11 | 02/07/11 | 4024770 |
| 04/11/11 | 27867-4 | GERVAIS, DONALD S. | $149.40 | 03/25/11 | 03/25/11 | 4033801 |
| 04/21/11 | 34605-0 | TECHHEALTH INC | $65.00 | 03/21/11 | 03/21/11 | 4037041 |
| 04/21/11 | 34605-0 | TECHHEALTH INC | $341.90 | 03/10/11 | 03/10/11 | 4037041 |
| 05/04/11 | 27867-12 | GERVAIS, WENDY | $8.96 | 02/10/11 | 02/10/11 | 4040318 |
| 05/23/11 | 27867-12 | GERVAIS, WENDY | $444.23 | 04/26/11 | 04/26/11 | 4044408 |
| 06/06/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $462.61 | 09/08/10 | 04/27/11 | 4048208 |
| 06/06/11 | 34605-0 | TECHHEALTH INC | $446.90 | 03/25/11 | 03/25/11 | 4048168 |
| 06/06/11 | 27867-12 | GERVAIS, WENDY | $103.50 | 02/10/11 | 02/10/11 | 4048035 |
| 06/06/11 | 27867-4 | GERVAIS, DONALD S. | $149.40 | 05/18/11 | 05/18/11 | 4048072 |
| 06/06/11 | 27867-4 | GERVAIS, DONALD S. | $94.50 | 12/02/10 | 12/02/10 | 4048072 |
| 06/06/11 | 40376-1 | OSTEEN, RUSSELL B. | $1,350.00 | 10/06/10 | 04/27/11 | 4048104 |
| 06/08/11 | 34605-0 | TECHHEALTH INC | $48.00 | 05/18/11 | 05/18/11 | 4049500 |
| 06/23/11 | 10319-0 | PEOPLES DRUG STORE | $2,794.25 | 10/21/10 | 05/06/11 | 4053694 |
| 07/07/11 | 34605-0 | TECHHEALTH INC | $328.60 | 06/21/11 | 06/21/11 | 4057297 |
| 07/08/11 | 27867-4 | GERVAIS, DONALD S. | $909.90 | 03/10/11 | 03/10/11 | 4057486 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/29/2018
TIME: 03:50 pm

REPORT: CL150R
PAGE 2
OF 4

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/29/2018

For Claim Number 159822

Claimant Garay, Gilberto

Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|----------|--------|-------------|-------------|---------|---------|----------|
| 08/26/11 | 27867-4 | GERVAIS, DONALD S. | $149.40 | 07/21/11 | 07/21/11 | 4070167 |
| 08/26/11 | 27867-4 | GERVAIS, DONALD S. | $149.40 | 08/04/11 | 08/04/11 | 4070167 |
| 09/26/11 | 27867-4 | GERVAIS, DONALD S. | $149.40 | 09/13/11 | 09/13/11 | 4077609 |
| 09/27/11 | 25861-4 | KINNARD, WILLIAM, MD H. | $109.80 | 09/13/11 | 09/13/11 | 4077844 |
|          | 27867-12 | GERVAIS, WENDY | $613.28 | 06/21/11 | 06/21/11 | Mltiple |
|          |        | TOTAL: | $16,721.41 | | | |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/29/2018                                                                                        REPORT:  CL150R
TIME: 03:50 pm                                                                                          PAGE    3
                                                                                                        OF      4

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/29/2018

For Claim Number 159822

Claimant Garay, Gilberto

## Indemnity Payments

| Payment Date | Comp Code | Type Comp | From Date | Thru Date | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2010 | TT | INITIAL | 09/06/2010 | 10/27/2010 | 52 | $1,040.00 | $0.00 | $1,040.00 | 3990386 |
| 11/02/2010 | TT | REGULAR | 10/28/2010 | 11/05/2010 | 9 | $180.00 | $0.00 | $180.00 | 3992070 |
| 11/09/2010 | TT | REGULAR | 11/06/2010 | 11/12/2010 | 7 | $140.00 | $0.00 | $140.00 | 3994110 |
| 11/16/2010 | TT | REGULAR | 11/13/2010 | 11/19/2010 | 7 | $140.00 | $0.00 | $140.00 | 3996009 |
| 11/23/2010 | TT | REGULAR | 11/20/2010 | 11/26/2010 | 7 | $140.00 | $0.00 | $140.00 | 3998032 |
| 11/30/2010 | TT | REGULAR | 11/27/2010 | 12/03/2010 | 7 | $140.00 | $0.00 | $140.00 | 3999499 |
| 12/07/2010 | TT | REGULAR | 12/04/2010 | 12/10/2010 | 7 | $140.00 | $0.00 | $140.00 | 4001203 |
| 12/14/2010 | TT | REGULAR | 12/11/2010 | 12/17/2010 | 7 | $140.00 | $0.00 | $140.00 | 4003071 |
| 12/20/2010 | TT | REGULAR | 12/18/2010 | 12/24/2010 | 7 | $140.00 | $0.00 | $140.00 | 4004690 |
| 12/27/2010 | TT | REGULAR | 12/25/2010 | 12/31/2010 | 7 | $140.00 | $0.00 | $140.00 | 4006284 |
| 01/04/2011 | TT | REGULAR | 01/01/2011 | 01/07/2011 | 7 | $140.00 | $0.00 | $140.00 | 4008201 |
| 01/11/2011 | TT | REGULAR | 01/08/2011 | 01/14/2011 | 7 | $140.00 | $0.00 | $140.00 | 4010281 |
| 01/18/2011 | TT | REGULAR | 01/15/2011 | 01/21/2011 | 7 | $140.00 | $0.00 | $140.00 | 4012350 |
| 01/25/2011 | TT | REGULAR | 01/22/2011 | 01/28/2011 | 7 | $140.00 | $0.00 | $140.00 | 4014200 |
| 02/01/2011 | TT | REGULAR | 01/29/2011 | 02/04/2011 | 7 | $140.00 | $0.00 | $140.00 | 4016297 |
| 02/08/2011 | TT | REGULAR | 02/05/2011 | 02/11/2011 | 7 | $140.00 | $0.00 | $140.00 | 4018185 |
| 02/15/2011 | TT | REGULAR | 02/12/2011 | 02/18/2011 | 7 | $140.00 | $0.00 | $140.00 | 4020054 |
| 02/22/2011 | TT | REGULAR | 02/19/2011 | 02/25/2011 | 7 | $140.00 | $0.00 | $140.00 | 4022012 |
| 03/01/2011 | TT | REGULAR | 02/26/2011 | 03/04/2011 | 7 | $140.00 | $0.00 | $140.00 | 4023860 |
| 03/08/2011 | TT | REGULAR | 03/05/2011 | 03/11/2011 | 7 | $140.00 | $0.00 | $140.00 | 4025612 |
| 03/15/2011 | TT | REGULAR | 03/12/2011 | 03/18/2011 | 7 | $140.00 | $0.00 | $140.00 | 4027457 |
| 03/22/2011 | TT | REGULAR | 03/19/2011 | 03/25/2011 | 7 | $140.00 | $0.00 | $140.00 | 4029315 |
| 03/29/2011 | TT | REGULAR | 03/26/2011 | 04/01/2011 | 7 | $140.00 | $0.00 | $140.00 | 4031073 |
| 04/05/2011 | TT | REGULAR | 04/02/2011 | 04/08/2011 | 7 | $140.00 | $0.00 | $140.00 | 4033028 |
| 04/12/2011 | TT | REGULAR | 04/09/2011 | 04/15/2011 | 7 | $140.00 | $0.00 | $140.00 | 4034772 |
| 04/19/2011 | TT | REGULAR | 04/16/2011 | 04/22/2011 | 7 | $140.00 | $0.00 | $140.00 | 4036608 |
| 04/26/2011 | TT | REGULAR | 04/23/2011 | 04/29/2011 | 7 | $140.00 | $0.00 | $140.00 | 4038392 |
| 05/03/2011 | TT | REGULAR | 04/30/2011 | 05/06/2011 | 7 | $140.00 | $0.00 | $140.00 | 4040241 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/29/2018                                                                                    REPORT: CL150R
TIME: 03:50 pm                                                                                      PAGE    4
                                                                                                   OF      4

## LOUISIANA WORKERS' COMPENSATION CORPORATION

### Claim Payments Report

For Payment Dates 10/01/1992 Through 06/29/2018

For Claim Number 159822

Claimant Garay, Gilberto

### Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/2011 | TT | 05/07/2011 | 05/13/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4042012 |
| 05/17/2011 | TT | 05/14/2011 | 05/20/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4043648 |
| 05/24/2011 | TT | 05/21/2011 | 05/27/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4045466 |
| 05/31/2011 | TT | 05/28/2011 | 06/03/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4047232 |
| 06/07/2011 | TT | 06/04/2011 | 06/10/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4049254 |
| 06/14/2011 | TT | 06/11/2011 | 06/17/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4051251 |
| 06/21/2011 | TT | 06/18/2011 | 06/24/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4053213 |
| 06/28/2011 | TT | 06/25/2011 | 07/01/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4055190 |
| 07/05/2011 | TT | 07/02/2011 | 07/08/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4056832 |
| 07/12/2011 | TT | 07/09/2011 | 07/15/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4058841 |
| 07/19/2011 | TT | 07/16/2011 | 07/22/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4060571 |
| 07/26/2011 | TT | 07/23/2011 | 07/29/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4062366 |
| 08/02/2011 | TT | 07/30/2011 | 08/05/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4064151 |
| 08/09/2011 | TT | 08/06/2011 | 08/12/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4065806 |
| 08/16/2011 | TT | 08/13/2011 | 08/19/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4067587 |
| 08/23/2011 | TT | 08/20/2011 | 08/26/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4069453 |
| 08/30/2011 | TT | 08/27/2011 | 09/02/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4071456 |
| 09/06/2011 | TT | 09/03/2011 | 09/09/2011 | REGULAR | 7 | $140.00 | $0.00 | $140.00 | 4073212 |
| 09/13/2011 | TT | 09/10/2011 | 09/16/2011 | REGULAR | 7 | $280.00 | $0.00 | $280.00 | 4075093 |
| 09/26/2011 | TT | 09/17/2011 | 09/30/2011 | ONE TIME ONLY | 14 | $560.00 | $0.00 | $560.00 | 4077696 |

TOTALS (excluding canceled transactions denoted by *):   $8,220.00   $0.00   $8,220.00

* denotes a canceled transaction, and is not included in the total calculations