# JOHNSON, RAHMAN & THOMAS

**Employees of Louisiana Workers' Compensation Corporation**

2237 S. Acadian Thruway | P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone: (225) 231-0875
Facsimile: (225) 231-0986
Fax Server: (225) 929-5613

July 3, 2018

*Via UPS Next Day Air*

Counsel for BP
**Attn: Mr. J. Andrew Langan**
Kirkland & Ellis LLP
300 N. LaSalle St., Suite 2400
Chicago, IL  60654

*Via UPS Next Day Air*

MDL 2179 Plaintiffs' Steering Committee
**Attn: Mr. Steven J. Herman**
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA  70113

   In Re: Oil Spill by the Oil Rig "Deepwater Horizon": in the Gulf of Mexico,
      On April 20, 2010
      MDL No.  :  10-2179; Section J

      Louisiana Workers' Compensation Corporation v. BP, PLC, et al
      Civil Action No.:  17-cv-03199

      Workers' Compensation Claim of Marcos Gonzalez
      LWCC Claim No.:  159439

Dear Counsel:

   In compliance with Pretrial Order No. 66, with respect to the workers' compensation claim of Marcos Gonzalez, enclosed please find the following documents:

1. Individual Particularized Statement of Claim;
2. Joint Petition for Approval of Settlement, Judgment and related documents;
3. First Report of Injury;
4. Claim for Compensation filed by injured worker;
5. Recent medical records; and
6. Claim payment report.

Writer's Direct Line:  (225) 231-0755 | Writer's Email: djohnson@lwcc.com

Mr. J. Andrew Langan.
Mr. Steven Herman
July 3, 2018
Page 2


In total LWCC has paid $23,127.44 to and on behalf of Mr. Gonzalez as a result of his injuries suffered during the clean-up efforts following the Deepwater Horizon explosion. Louisiana Workers' Compensation Corporation is seeking recovery of all payments made to and on behalf of Mr. Gonzalez.

I hope this is satisfactory for your needs, however, in the event you have any questions or require any additional information, please do not hesitate to call.

With kind regards, I am

Very truly yours,

David K. Johnson

DKJ/fhj
Enclosures
cc:    Linda Dantin

EXHIBIT A

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:**  Louisiana Workers' Compensation Corporation

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:**  Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity.  If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.  YOUR BACKGROUND INFORMATION**

1.  Current address:
    Address Line 1:  2237 S. Acadian Thruway
    Address Line 2:  _____
    City:  Baton Rouge   State:  LA   Zip:  70808

2.  Telephone number:  (225) 924-7788

3.  Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  N/A

4.  Date and Place of Birth:  N/A

5.  Male_____  Female_____

6.   Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---------|-------------------|
| N/A | |
| | |
| | |

7.   Employment Information:

A.   Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|----------|---------|---------------------|----------------------|
| N/A | | | |
| | | | |
| | | | |
| | | | |

8.   Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _____ If *"Yes,"* when were you out of work and why?   N/A _____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes _X_        No_____   (Indirectly, see attached correspondence)

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore _X_        Offshore_____        Both_____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____        No_ Y _

12.     Did you handle hazardous materials as part of your cleanup work?

Yes_____        No_____

13.     Please set forth the following information about your cleanup work:

A.      Your employer(s):__ Ashland Services, LLC __

B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):
_____ unknown _____

C.      A description of the work performed for employer(s) identified in Question No.
13(A):_____ Oil Spill Clean-up _____

D.      The date(s), time(s), and location(s) you performed the work described in Question
No. 13(C):_____ unknown _____

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _none_____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _unknown_____

_____

**2.   Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____   No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____   No_____

16.   List all address(es) at which you resided in 2010:_____

_____

**C.   INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

_____Bodily injury from exposure to oil and/or dispersants

__X__Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.      EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____                    Dispersants_____              Both_____

19.     How were you exposed? (*Check all that apply*)

A.      Inhalation                  Yes_____        No_____

B.      Dermal (skin) contact       Yes_____        No_____

C.      Ingestion                   Yes_____        No_____

D.      Other (please describe):    _____

20.     What was the date(s) of your exposure?

Day: _____      Month: _____      Year: _____

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

_____

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____

_____

_____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____ No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E. NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

A. The nature of your injury: *see attached medical reports*

B. The date(s) of your injury: *5/5/2010*

C. The location(s) of your injury: *Mobile, AL*

D. The work that you were performing when you sustained your injury: _____

*in transit to work site - traffic accident*

E. Identify any individual(s) who witnessed your injury: _____

*unknown*

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

*see eemployees claim for compensation*

_____

_____

**F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.   Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_____ See attached medical reports _____

_____

30.   Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_____ See attached medical reports and Claim for compensation _____

_____

_____

31.   On what date did you first report or seek treatment for your injury or illness: _____ 5/26/2010 _____

32.   On what date was your injury first diagnosed: _____ 5/26/2010 _____

33.   Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|      | See attached medical records & Claim payment report |

34.   Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      | *See attached medical records & Claim payment report* |
|      |         |
|      |         |
|      |         |

35.   Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____  No _____. If *"Yes,"*  **Unknown**

   A.   When? _____

   B.   Who diagnosed the injury (or condition) at that time? _____
        _____
        _____

   C.   Who treated the injury (or condition) at that time? _____

36.   Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____  No _____. If *"Yes,"*

   A.   What date did you first experience such injury or condition? _____

   B.   What injury (or condition) was made worse? _____
        _____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|      | Unknown |
|      |         |
|      |         |
|      |         |
|      |         |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes ___X___   No _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____ recovery of medical expenses per attached claim payment report _____

_____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes ___X___   No _____

If "Yes":

A.      From whom did you receive this compensation or reimbursement? _____

_____ LWCC _____

B.    When did you receive this compensation or reimbursement?_____

_____ *See attached claim payment report*

C.    What was the amount of the compensation or reimbursement?_____

_____ *See attached claim payment report*

## G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____July 5_____, 2018

Location (City and State): ___Baton Rouge, La.___

_____

Signature of Plaintiff*

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

___Michael Shelton___

Print Name

___SVP/General Counsel___

Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

MARCOS GONZALEZ

VERSUS

ASHLAND SERVICES, LLC

DOCKET NO. 10-06774    DISTRICT 07

OFFICE OF WORKERS' COMPENSATION

STATE OF LOUISIANA

## ORDER OF APPROVAL

  **CONSIDERING** the foregoing petition, exhibits and affidavits and having found that a bona fide dispute exists between the Employee, Marcos Gonzalez and with Employer, Ashland Services, LLC and its Insurer, Louisiana Workers' Compensation Corporation, and being of the opinion that the compromise settlement proposed is fair and equitable and that it is entered into primarily to avoid the litigation and is in substantial accord with the terms of Title 23, Chapter 10, Revised Statutes of Louisiana and that Employee hereby respectfully waives the requirement of LSA-R.S. 23:1271 (A)(3) which provides that six (6) months must lapse after termination of temporary total disability for approval of this settlement, the law and evidence being in favor of petitioners.

  **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment herein in favor of Marcos Gonzalez and against Ashland Services, LLC and its Insurer, Louisiana Workers' Compensation Corporation, ordering Employer and Insurer to pay to Employee, Marcos Gonzalez, the sum of Twenty Thousand Three Hundred and 00/100 ($20,300.00) dollars. Also, all medical treatment and expenses, including prescription medications are the responsibility of the Employee, and he understands and agrees to be responsible for payment of any and all medical expenses other than those listed in the Claim Payments Report attached to the joint petition as Exhibit "C".

  Employee agrees that Employer and Insurer will not pay any medical or weekly indemnity benefits nor will they pay any type of death benefits in the event that the Employee's death follows the date of this settlement.

  This settlement constitutes a full and final payment, settlement, satisfaction and compromise of any and all claims for worker's compensation, including any and all past and future medical expenses, any and all death benefits, any and all vocational rehabilitation expenses, any and all penalties, any and all attorneys' fees, any and all weekly or monthly

13

benefits under Section 1221 and expenses due and to become due the said Marcos Gonzalez by Ashland Services, LLC and/or Louisiana Workers' Compensation Corporation, or either of them, arising under the Louisiana Workers' Compensation Law or any other laws of Louisiana or however, arising, on account of and/or growing out of the alleged accident and injuries to Marcos Gonzalez which occurred on or about May 5, 2010 or at any other time, or anything else that may have occurred to Marcos Gonzalez while employed by Ashland Services, LLC.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon the said payment by Employer and Insurer of Twenty Thousand Three Hundred and 00/100 ($20,300.00) dollars to Employee, Marcos Gonzalez, Employer and Insurer, shall be forever released and relieved from all past, present, and future medical expenses, rehabilitative expenses, workers' compensation benefits, penalties, attorney fees and any and all claims of whatsoever nature and kind, arising heretofore or which my hereafter arise under Title 23, Chapter 10, Revised Statutes of Louisiana, growing out of any accidents or injuries or out of any medical treatment provided as a result of any accidents or injuries occurring prior to the date of this agreement.

JUDGMENT READ, RENDERED AND SIGNED in Harahan, Louisiana on this _____ day of _____, 2011.

_____
JUDGE, DISTRICT 07
OFFICE OF WORKERS' COMPENSATION

DISTRICT 7 - HARAHAN
2011 APR -7 PM 1:58
OWCA
RECEIVED

**TRUE COPY**

14

| | | |
|---|---|---|
| **MARCOS GONZALEZ** | **DOCKET NO. 10-06774** | **DISTRICT 07** |
| **VERSUS** | **OFFICE OF WORKERS' COMPENSATION** | |
| **ASHLAND SERVICES, LLC** | **STATE OF LOUISIANA** | |

## <u>MOTION AND ORDER TO DISMISS WITH PREJUDICE</u>

Employee, Marcos Gonzalez, who, upon suggesting to this Honorable Court that all

claims and causes of action present in this litigation have been amicably resolved in accordance

with the Joint Petition of Compromise Settlement, and as such, move this Honorable Court for an

Order dismissing this litigation, with prejudice, each party to bear its own costs.

Respectfully submitted:

_____

**MARCOS GONZALEZ Employee**

_____

**PETER R. BRIGANDI**, Bar Roll No. _24317_
**The Brigandi Law Firm, L.L.C.**
1630 Franklin Street
Gretna, Louisiana 70053
Telephone No. (504) 263-1770
Counsel for Employee, Marcos Gonzalez

**RENEE C. WILLIS**, Bar Roll No. 22310
**JOHNSON, STILTNER & RAHMAN**
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone No. (225) 231-0557
Counsel for Defendants, Ashland Services, LLC and
Louisiana Workers' Compensation Corporation

19

| | |
|---|---|
| **MARCOS GONZALEZ** | **DOCKET NO. 10-06774    DISTRICT 07** |
| **VERSUS** | **OFFICE OF WORKERS' COMPENSATION** |
| **ASHLAND SERVICES, LLC** | **STATE OF LOUISIANA** |

### ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS:

IT IS HEREBY ORDERED that the claim of Marcos Gonzalez, against Ashland Services,

LLC and Louisiana Workers' Compensation Corporation be dismissed, with prejudice.

SIGNED this ____ day of ~~March~~, 2011, in Harahan, Louisiana.

JUDGE, DISTRICT 07
OFFICE OF WORKERS' COMPENSATION

OWCA
RECEIVED
2011 APR -7 PM 1:50
DISTRICT 7 - HARAHAN

**TRUE COPY**

MARCOS GONZALEZ                    DOCKET NO. 10-06774     DISTRICT 07

VERSUS                             OFFICE OF WORKERS' COMPENSATION

ASHLAND SERVICES, LLC             STATE OF LOUISIANA

### RELEASE OF ALL CLAIMS

Pursuant to the Order hereinbefore set forth, for and in consideration of the payment to Marcos Gonzalez by Ashland Services, LLC and Louisiana Workers' Compensation Corporation of the total sum of Twenty Thousand Three Hundred and 00/100 ($20,300.00) dollars to Marcos Gonzalez and his attorney Peter R. Brigandi, which receipt is hereby acknowledged this _23_ day of _March_, 2011.

I do hereby release, acquit and forever discharge Ashland Services, LLC and Louisiana Workers' Compensation Corporation and any and all of their agents, (including but not limited to vocational counselors, rehabilitation nurses, investigators and physicians), representatives, officers, stockholders, directors and employees from any and all liability under the laws of Louisiana or any other state for compensation, medical, surgical or hospital expenses, vocational rehabilitation expenses, any and all monies, including co-payments paid by Marcos Gonzalez and/or any monies paid by any health insurance carrier, any and all death benefits, any and all penalties, any and all attorneys' fees, and all other amounts, if any, which might be due me by reason of the alleged accident which occurred on or about May 5, 2010 or any action subsequent to the accidents by the parties released in this instrument or of any accident prior to the date hereof.

It is my intent and the intent of all parties hereto that this settlement will fully and finally resolve all claims I have under the Louisiana Workers' Compensation law arising out of the

21

accident on or about May 5, 2010, or any other accident or occupational disease which occurred at any time during my employment with my Employer. I hereby acknowledge, understand and intend that the amount being received in this settlement is in full, final and complete satisfaction of all such claims in their entirety against all parties hereto and all such other entities that might have any obligation or responsibility under the Louisiana Workers' Compensation law arising out of the accident on or about May 5, 2010, or any other accident or occupational disease which occurred at any time during my employment with my Employer.

I do further agree to indemnify and hold forever harmless the said Ashland Services, LLC and Louisiana Workers' Compensation Corporation from any and all claims that may be made or asserted by me or by any provider of medical, surgical and hospital services, any and all prescriptions, any and all medicines, any and all mileage, any and all attorney fees and/or penalties, any and all monies, including co-payments that are or have been paid or owed to a health insurance carrier, any and all vocational rehabilitation, any and all death benefits, any and all medical or non-medical treatment or any type of weekly or monthly indemnity benefits of any kind provided on account of or following the work accident on or about May 5, 2010 or any other accident or occupational disease which occurred at any time during my employment with my Employer whether such claim is made by way of an action based upon statutory lien, indemnity, contribution, subrogation or otherwise.

I understand that this settlement will release the Employer and Insurer from any obligation to pay past or future weekly benefits and past or future medical benefits, including any and all death benefits, for the accident on or about May 5, 2010 or any other accident or occupational disease which occurred at any time during my employment with my Employer. I understand that the Employer and Insurer are not responsible for any medical treatment and that I

22

am responsible for any and all medical expenses, whether incurred prior to or after that date of settlement, whether paid or unpaid, including any and all prescriptions to or on behalf of Employee.   I further understand that any medical bills, prescriptions or any other medical expenses are my responsibility and will not be paid by Employer and/or Insurer.

I further release Employer and Insurer from any obligation for payment of any future or past medical expenses, weekly benefits, any and all vocational rehabilitation benefits, any and all penalties, any and all attorney's fees, any and all death benefits or anything whatsoever to which I or any of my representatives or heirs would be entitled under the Louisiana Workers' Compensation Act. I accept and understand that Employer and Insurer will not pay any further medical or weekly indemnity benefits nor will they pay any type of death benefits in the event that my death follows the date of this settlement.

The statements and representations contained herein are to be considered contractual in nature and not mere representations of fact.

This agreement shall be binding upon Employee's heirs, representatives, assigns, successors, ascendants and descendants, and Employee agrees to hold Employer and Insurer harmless from any claims by such persons or entities.

Thus done and signed at Gretna, Louisiana, this _23_ day of March, 2011, in the presence of the undersigned competent witnesses and me, notary, after due reading of the whole.

WITNESSES:

_Letty Huerta_ - Letty Huerta

_LaTonya Gibson_ - LaTonya Gibson

_MARCOS GONZALEZ_

NOTARY PUBLIC

55414

23

MAIL TO:
LOUISIANA WORKERS' COMPENSATION CORPORATION
2237 S. ACADIAN THRUWAY
SUITE 102
BATON ROUGE, LA  70808
225-924-7788

**███████-9999**
Employee Social Security Number
352269767
Employer Federal ID Number
135333 / 159439
Insurance Policy No. / Claim No.

## EMPLOYER REPORT
## OF
## INJURY/ILLNESS

This report is completed by the Employer for each injury/illness identified by them or their employee as occupational.
A copy is to be provided to the employee and the insurer immediately.   **Forms for cases resulting in more than 7 days**
**of disability or death** are to be sent to the OWCA **by the 10th day after the incident**  or as requested by the OWCA.

PURPOSE OF REPORT: (Check all that apply)
☒ More than 7 days of disability          ☐ Possible dispute                           ☐ Medical Only
☐ Injury resulted in death                 ☐ Lump Sum Compromise/Settlement   **(no copy needed by OWCA)**
☐ Amputation or disfigurement          ☐ Other

| 1. Date of Report MM/DD/YY | 2. Date / Time of Injury MM/DD/YY   Time: | 3. Normal Starting Time Day of Accident | 4. If Back to Work - Give Date: MM/DD/YY | 5. At same wage? | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|---|
| 08/25/10 | 05/05/10   ☐ AM ☐ PM | ☐ AM ☐ PM | Still out | ☐ Yes  ☐No | Date Received |
| 6. If Fatal Injury, Give Date of Death: MM/DD/YY | 7. Date Employer Knew of Injury MM/DD/YY | 8. Date Disability Began MM/DD/YY | 9. Last Full Day Paid MM/DD/YY | | |

| 10. Employee Name:   First   Middle   Last | | 11. | 12. Employee Phone # | S.I.C. |
|---|---|---|---|---|
| MARCOS        GONZALEZ | | ☒ Male   ☐ Female | | |

| 13. Address and Zip Code | 14. Parish of Injury: | State-Parish |
|---|---|---|
| C/O ASHLAND SERVICES LLC 1821 COMMERCIAL DRIVE HARVEY, LA 70058   JEFFERSON | | |

| 15. Date of Hire | 16. Age at Illness/Injury | 17. Occupation | 18. Dept/Division Employed | Occupation |
|---|---|---|---|---|
| | | OCC NOT REPORTD/NON CLASSIFAB | | |

| 19. Place of Injury-Employer's Premises    ☐ Yes ☒ No | 20. Indicate Location-Street, City, Parish and State | Nature |
|---|---|---|
| | UNKNOWN | |

21. What work activity was the employee doing when the incident occurred? (Give weight, size, and shape of materials or equipment involved. Tell what he was doing with them. Indicate if correct procedures were followed.)

The employee was in a company vehicle.

Part of Body

Source

Event

NCCI   555555

22. What caused incident to happen? (Describe fully the events which resulted in injury or disease.  Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved.  Give full details on all factors which led to or contributed to this injury or illness.)

The company vehicle was rear ended by another company vehicle.

| 23. Part of Body Injured and Nature of Injury or Illness (ex. left leg; multiple fractures) | 24. If Occ Disease-Give Date Diagnosed: |
|---|---|
| NONSPECIF INJ/DISORDERS N.E.C. NONCLASSIFIABLE | |

| 25. Physician and Address | 26. If Hospitalized, give name & address of facility |
|---|---|
| | |

| 27. Employer's Name | 28. Person Completing This Report - Please print |
|---|---|
| ASHLAND SERVICES LLC | |

| 29. Employer's Address and Zip Code | 30. Employer's Telephone Number |
|---|---|
| 1821 COMMERCIAL DR STE M/O HARVEY, LA 70058      JEFFERSON | 832-794-0000 |

| 31. Employer's Mailing Address - If Different From Above | 32. Nature of Business-Type of Mfg., Trade, Construction, Service, etc. |
|---|---|
| | SHIP BUILDING AND REPAIRING |

33. Wage Information (optional):          Employee was paid  ☐ Daily  ☐ Weekly  ☐ Monthly  ☒ Other      The average weekly wage was $_____ per week.

LDOL-WC-1007
REV. 1/98

NAME OF WORKERS' COMPENSATION INSURER:   LOUISIANA WORKERS' COMPENSATION CORPORATION
PHONE NUMBER:   225-924-7788

**COMPLETE BOTH SIDES**

# CITATION

Marcos Gonzalez        Docket: 10-06774      District: 7

Vs                  Office of Workers' Compensation

LWCC             State of Louisiana
Ashland Services, LLC

To:                  Date: 11/8/2010
LWCC
2237 S. Acadian Thruway
Baton Rouge, LA 70808

**YOU HAVE BEEN SUED:**

Attached to this citation is a copy of the claim form/petition and an answer form. The claim form/petition tells what is being asked of you, and the answer form is to assist you in filing your answer.

You must either do what the claim form/petition asks, or, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings with the Office of Workers' Compensation.

If you do not do what the petition asks, or if you do not file an answer or legal pleadings within fifteen (15) days of receipt of this citation, a judgment of default may be entered against you without further notice. If you do file an answer or legal pleading within the fifteen (15) days, a scheduling conference will be scheduled. You will be notified of the location, date, and time of the hearing.

Please be aware that R.S. 23:1293 strictly limits how much information this office can discuss with you prior to referral of this matter to a Workers' Compensation Judge. If we can be of further assistance, please contact the Office of Workers' Compensation at (504) 736-8606.

Please mail your answer to:   Office of Workers' Compensation
                           District 7
                           880 West Commerce Road, Ste 401
                           Harahan, LA 70123

A copy of your answer must also be mailed to the party that initiated this case and to their attorney, if represented. Please be sure to complete the certificate of service portion of the attached answer form.

                                 Brenda Williams
                                 Records Manager

# CITATION

Marcos Gonzalez                                     Docket: 10-06774                    District: 7

Vs                                                  Office of Workers' Compensation

LWCC                                                State of Louisiana
Ashland Services, LLC


To:                                                 Date: 11/8/2010
Ashland Services, LLC
2520 Orbit Court
Harvey, LA  70058

**YOU HAVE BEEN SUED:**

Attached to this citation is a copy of the claim form/petition and an answer form.  The claim form/petition tells what is being asked of you, and the answer form is to assist you in filing your answer.

You must either do what the claim form/petition asks, or, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings with the Office of Workers' Compensation.

If you do not do what the petition asks, or if you do not file an answer or legal pleadings within fifteen (15) days of receipt of this citation, a judgment of default may be entered against you without further notice.  If you do file an answer or legal pleading within the fifteen (15) days, a scheduling conference will be scheduled.  You will be notified of the location, date, and time of the hearing.

Please be aware that R.S. 23:1293 strictly limits how much information this office can discuss with you prior to referral of this matter to a Workers' Compensation Judge.  If we can be of further assistance, please contact the Office of Workers' Compensation at (504) 736-8606.

Please mail your answer to:   Office of Workers' Compensation
                              District 7
                              880 West Commerce Road, Ste 401
                              Harahan, LA 70123

A copy of your answer must also be mailed to the party that initiated this case and to their attorney, if represented.  Please be sure to complete the certificate of service portion of the attached answer form.

                                                    Brenda Williams
                                                    Records Manager

## LOUISIANA WORKFORCE COMMISSION
## WORKERS' COMPENSATION CLAIM/PETITION ANSWER

| | | | |
|---|---|---|---|
| Employee: | Marcos Gonzalez | Docket: | 10-06774 |
| Employer: | Ashland Services, LLC | Date: | 11/8/2010 |
| Insurance Carrier: | LWCC | District: | 7 |

The employer and/or carrier named above, for answer to the citation, respectfully states:
(Circle "admit" or "deny" on all questions which apply to this claim. Questions #1 through #4 must be answered if employer/insurer is being sued. Use item #12 if any or all of items #1 through #11 do not apply to this claim.)

**ADMIT / DENY**  1.   Claimant sustained an injury or occupational disease on or about the date set forth in the claim for compensation.

**ADMIT/ DENY**  2.   Claimant was my employee at the time of the alleged injury or occupational disease

**ADMIT / DENY**  3.   At the time of the alleged injury or occupational disease, the employee was performing service arising out of and in the course of his employment.

**ADMIT / DENY**  4.   Compensation has been paid.  If admitted, state weekly amount and inclusive dates:
$_____ from _____ through _____.

**ADMIT / DENY**  5.   The average weekly wage as set forth in the claim for compensation is correct.  If denied, state the correct average weekly wage and attach hereto a wage statement or state reason why not furnished
_____
_____
_____

**ADMIT / DENY**  6.   Claimant was temporarily disabled for the period stated in the claim for compensation. If denied, state temporary disability period admitted, if any:_____

**ADMIT / DENY**  7.   Claimant is permanently disabled to the extent and for the period stated in the claim for compensation.  If denied, state disability period admitted, If any:_____
_____
_____

**ADMIT / DENY**  8.   The claimant sustained an injury resulting in a loss of earning capacity as stated in the claim for compensation.  If denied, state any loss admitted, if any:_____
_____

**ADMIT / DENY**  9.   Rehabilitation services were offered and refused.  What services were offered?
_____

**ADMIT / DENY**  10.  Rehabilitation services were requested, but not provided.   What services are being requested?
_____

**ADMIT / DENY**  11.  At the time of the alleged injury or occupational disease, workers' compensation insurance was provided by
_____

## LOUISIANA WORKFORCE COMMISSION
## WORKERS' COMPENSATION CLAIM/PETITION ANSWER

12   Other Matters in dispute. Explain. (Use extra sheet if necessary   _____

_____

_____

_____

_____

_____

**Affirmative Defenses: (Circle and explain)**
**A.** Willful intent to injure himself or others   **B.** Intoxication   **C.** Failure to use safety Devices
**D.** Initial Aggressor              **E.** Other matters in dispute (Use extra sheet if necessary):

_____

_____

_____

_____

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing answer has been served upon opposing counsel of record or upon unrepresented claimant by placing same in U.S. mail, postage prepaid and properly addressed, on this _____ day of _____, 20 ___.

_____
(Signature of defendant or their representative)

Date Submitted:   _____

By:          _____

Title:         _____

Employer/Carrier:  _____

Address:       _____

City/State/Zip:   _____

Telephone:      _____

Mail To:
LOCAL DISTRICT OFFICE
OR
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70804-9040
For information call (225) 342-7585
or Toll Free (800) 201-3457.

Docket Number: _10-0 6229_

| | |
|---|---|
| 1. | Social Security No. ___-___- 4043 |
| 2. | Date of Injury/Illness  5 . 5 . 10 |
| 3. | Part(s) of Body Injured back, head, face, teeth mouth |
| 4. | Date of This Request 07 . 27 . 2010 |
| 5. | Date of Hire 04 . 25 . 2010 |
| 6. | Date of Birth ___ ___ 1961 |

## DISPUTED CLAIM FOR COMPENSATION

7. This claim is submitted by:
✓ Employee  — Employer  — Insurer  — Dependent  — Health Care Provider  — LWC  — Other _____

GENERAL INFORMATION
Claimant files this dispute with the Office of Workers' Compensation. This office must be notified immediately in writing of changes in address. An employee may be represented by an attorney, but it is not required.

### EMPLOYEE
8. Name Marcos Gonzalez
Street or Box 9201 Palm Apt # 231
City New Orleans
State La.          Zip 70118
Phone (504) 905-4886

### EMPLOYER'S ATTORNEY
9. Name Peter Brigandi
Street or Box 1630 Franklin St
City Gretna
State La.          Zip 70053
Phone 504 263-1770

2010 JUL 30
OWCA RECEIVED
DISTRICT 7 - HARAHAN

### EMPLOYER
10. Name Ashland Services
Attn: _____
Street or Box 1821 Commercial Dr. Suite M
City Harvey
State La.          Zip 70058
Phone (504) 340-2792

### INSURER/ADMINISTRATOR (circle one)
11. Name LWCC
Attn: _____
Street or Box 2237 South Acadian Thruway
City Baton Rouge
State LA          Zip 70808
Phone (225) 924-7788

### EMPLOYER/INSURER'S ATTORNEY (circle one)
12. Name _____
Attn: _____
Street or Box _____
City _____
State _____ Zip _____
Phone (   ) _____

### DEPENDENT/HCP/OTHER (circle one)
13. Name _____
Relationship _____
Street or Box _____
City _____
State _____ Zip _____
Phone (   ) _____

14. EMPLOYMENT DATA
Occupation: Laborer
Average Weekly Wage $ 1250.00  Workers' Compensation Rate $ _____

LWC-WC-1008
REV. 2/09

COMPLETE BOTH PAGES

1A. TO BE COMPLETED BY INJURED EMPLOYEE OR DEPENDENT:

**(A) ACCIDENT DATA**

Date, time and place of accident: May 5th 2010 around 10am - 10:30am
in or around Orange Beach Alabama.

Parish of Residence at time of injury/illness: Jefferson Parish

Accident reported on 5.5.10 to _____ whose position with the employer is _____

Describe the accident and injury in detail (persons/equipment involved, type of injury, etc.) Employees were
traveling in company van. There were about 10-12
workers in the van. The driver rear-ended another van
at a red light. The driver and side passenger were the only ones restrain
by seat belt.

List the names, addresses, telephone numbers of any witnesses.

_____

_____

**(B) MEDICAL DATA**

State the names, addresses, and telephone numbers of hospitals, clinics and doctors who have provided medical attention.
SBMC-1413 N. McKenzie St. Foley AL. 36535 - Dr. Paul Glisson - (251) 947-1955
LA. Primary Care - 3801 Canal St. Suite 100 New Orleans LA. 70119 - Dr. Fernando
Martinez (504) 355-4950

**(C) THE BONA-FIDE DISPUTE**

Check the following that apply and fill in the blanks:

- [X] 1. No wage benefits have been paid
- [X] 2. No medical treatment has been authorized
- [ ] 3. Occupational Disease
- [ ] 4. Workers' Compensation Rate is incorrect - Should be $ _____
- [ ] 5. Wage benefits terminated or reduced on _____
- [ ] 6. Medical treatment (Procedure/Prescription) _____
  recommended by _____ not authorized.
- [ ] 7. Choice of physician (specialty) _____
- [ ] 8. Disability status _____
- [ ] 9. Vocational Rehabilitation - specify _____
- [ ] 10. Offset/Credit _____
- [ ] 11. Refusal to authorize/submit to evaluation with choice of physician/independent Medical Examination (L. R. S. 23:1121, 1124(B), or 1817.1(F)) _____
- [ ] 12. Other: _____

_____

_____

**NOTE:** You may attach a letter or petition with additional information with this disputed claim or
when later amending this disputed claim (Form LWC-WC-1008). You must provide a
copy of this claim and any amendment to all opposing parties.

The information given above is true and correct to the best of my knowledge and belief.

_____  7/28/10
SIGNATURE OF CLAIMANT/ATTORNEY           DATE
(circle one)

LWC-WC-1008
REV. 2/08

COMPLETE BOTH PAGES

**LOUISIANA WORKFORCE COMMISSION**
**OFFICE OF WORKERS' COMPENSATION**
**DISTRICT 7**
**880 WEST COMMERCE ROAD, STE 401**
**HARAHAN, LA 70123**

## WAIVER OF CITATION AND
## ACCEPTANCE OF SERVICE

MARCOS GONZALEZ                          DOCKET:    10-06774

VS                                                       DATE:      11/8/2010

LWCC                                                  DISTRICT:  7
ASHLAND SERVICES, LLC


Now into Court comes Ashland Services, LLC through its legal

representative_____ who acknowledges receipt of the disputed

claim form in the above-captioned matter and waives citation and accepts service, reserving all

other rights and legal delays, this day of _____.


                              Ashland Services, LLC
                              Through agent,   _____



                                                                        LWC-WC-HR19

**LOUISIANA WORKFORCE COMMISSION**
**OFFICE OF WORKERS' COMPENSATION**
**DISTRICT 7**
**880 WEST COMMERCE ROAD, STE 401**
**HARAHAN, LA 70123**

## WAIVER OF CITATION AND
## ACCEPTANCE OF SERVICE

MARCOS GONZALEZ                              DOCKET:   10-06774

VS                                                       DATE:       11/8/2010

LWCC                                                  DISTRICT:  7
ASHLAND SERVICES, LLC


Now into Court comes LWCC through its legal

representative_____ who acknowledges receipt of the disputed

claim form in the above-captioned matter and waives citation and accepts service, reserving all

other rights and legal delays, this day of _____.


                             LWCC
                             Through agent,    _____




                                                                              LWC-WC-HR19



**LOUISIANA PRIMARY CARE CONSULTANTS**

Phone 504.355.4950 • Fax 504.355.4955
3801 Canal Street, Suite 100
New Orleans, LA 70119

Norman D. Ott, M.D.
American Board Of Internal Medicine

# CONFIDENTIAL

March 16, 2011

**Marco Gonzales**
**SSN**   9043
**D/A**   0▒▒/10

Mr. Gonzales returned on January 06, 2011, noting his medication and treatment to be helpful. He has no radiating pain, numbness, tingling or weakness of the extremities. His neck, back and scapular pain are all improved. Of note: His cervical and lumbar spine MRIs are currently pending. On examination, he is with full cervical flexion and extension with no pain, tenderness or spasm at the cervical, trapezius or thoracic level. He does have limited lumbar flexion with finger-to-floor distance of six inches. He can fully extend the lumbar spine. Both maneuvers are causing lumbar pain. There was also tenderness bilaterally in the lumbar muscles with no spasm. Sacroiliac involvement is positive for tenderness over both sides to palpation. Range of motion with both shoulders is full with no pain. There is right suprascapular tenderness when palpating. Reflexes are 3+ bilaterally of the upper and lower limbs. Straight leg raising is negative. He is diagnosed with slow improvement with injuries. We will generally caution him as to exertional activity, but he is cleared for work. We will treat him conservatively here at the office and ask him to return in one month.

On February 17, 2011 he made his next follow-up. His medication and treatment continue to provide relief. He is reporting no radiation of pain, numbness, tingling or weakness of the extremities. Neck, back and right scapular pain overall are unimproved. Again, his MRIs are still pending. He notes that the right scapular area is very bothersome. On examination, he is with normal cervical flexion and extension with no pain, tenderness or spasm. As lumbar flexion is performed, his motion is limited to 85 degrees and extension of the lumbar spine is limited to 30 degrees due to pain in the lumbar region. The thoracic, lumbar, sacroiliac and coccyx regions are nontender. Range of motion of both shoulders is normal with no pain. There is positive point tenderness over the right scapula region. Neurologically, lower extremities are negative for the straight leg raise test. Reflexes of the upper and lower limbs are 3+ bilaterally. He is today diagnosed with the static musculoskeletal injuries. We will again note that the cervical and lumbar spine MRIs are pending. We would like to get those to rule out any further pathology as his symptoms are currently static and unimproved. We will ask for an x-ray of that right scapular region. We will generally caution him as to exertional activity, but again will give him clearance for work. A four week follow-up has been scheduled and we have recommended conservative care here at the office.

**NEW ORLEANS**
3801 Canal Street, Suite 100
New Orleans, LA 70019
504.355.4950

**WESTBANK**
2439 Manhattan Blvd., Suite 100
Harvey, LA 70058
504.362.4999



# LOUISIANA
## PRIMARY CARE
### CONSULTANTS

Phone 504.355.4950 • Fax 504.355.4955

Norman D. Ott, M.D.
American Board Of Internal Medicine

3801 Canal Street, Suite 100
New Orleans, LA 70119

Gonzales, Marco
03/16/11
Page 2

As of this date, we have not yet received any MRI reports for Mr. Gonzales as previously recommended. It appears that he will not return for further follow-up. We will go ahead and respectively close his file currently and give him the option to return as needed.

Norman D. Ott, III, M.D.

**NEW ORLEANS**
3801 Canal Street, Suite 100
New Orleans, LA 70019
**504.355.4950**

**WESTBANK**
2439 Manhattan Blvd., Suite 100
Harvey, LA 70058
**504.362.4999**



# LOUISIANA PRIMARY CARE CONSULTANTS

271 59

Norman D. Ott, M.D.
American Board Of Internal Medicine

CONFIDENTIAL

June 01, 2010

Marco Gonzales
SS#   9043
D/A   05/05/10
IOV   05/26/10 Dr. Fernando Martinez

**CHIEF COMPLAINT:**
1. Pain in the second finger of the right joint in the metacarpal phalangeal joint.
2. Loose painful left lower tooth.
3. Left shoulder pain.
4. Left scapular pain.

**HISTORY OF PRESENT ILLNESS:** This forty-nine year old Hispanic male patient was initially evaluated in the office on 05/26/10. He was a restrained rear seat passenger, sitting on the driver's side of a vehicle, which rear ended the vehicle in front of it at approximately thirty-five to forty miles an hour while trying to speed through a traffic light. There was inflatable bag deployment and he has had no medical evaluation. Damage to both vehicles was severe and neither was drivable. He hit his face on the back of the seat in front.

**MEDICATIONS:** Over-the-counter ibuprofen.

**ALLERGIES:** None known of.

**SOCIAL HISTORY:** He is originally from Bolivia. He works as a contract worker for a shore clean-up crew. Tobacco: one to two cigarettes per day; Alcohol: two beers every week.

**PAST MEDICAL HISTORY:** Negative.

**PAST SURGICAL HISTORY:** Left inguinal hernia repair 2007.

**REVIEW OF SYSTEMS:** He has chronic low back pain preceding this accident, which has not been exacerbated.

**PHYSICAL EXAMINATION:**
Blood Pressure: 127/80

# LOUISIANA
## PRIMARY CARE CONSULTANTS

27160

Norman D. Ott, M.D.
American Board Of Internal Medicine

Gonzales, Marco
05/26/10
Page 2

Weight: 177
General: Well-developed, well-nourished, no acute distress, with normal gait.

HEENT: There is a loose left lower tooth.
SKIN: No lesions.
NECK: No masses or bruit.
HEART: Regular rate and rhythm. No murmurs.
CERVICAL SPINE: Range of motion is normal with no pain or tenderness; however, there is spasm of the left trapezius muscle.
THORACIC SPINE: Negative.
LUMBAR SPINE: Negative.
ABDOMEN: Soft. No masses or tenderness. Bowel sounds are present.
MUSCULOSKELETAL: There is tenderness and spasm over the right suprascapular region.
NEUROLOGICALLY: Cranial nerves II-XII are intact. Sensory and motor show no deficits. Deep tendon reflexes are brisk bilaterally. Straight leg raise test is negative.

CLINICAL IMPRESSION: A motor vehicle accident of 05/05/10 causing:
1. Painful loose left lower tooth.
2. Facial contusion.
3. Right suprascapular tenderness and spasm.
4. Left trapezius spasm.

Other preceding non-related, non-exacerbated problems:
1. Chronic low back pain.

RECOMMENDATIONS:
I prescribed Naprosyn 500 mg for pain.

He was started on a conservative treatment program in the office.

He may work with no limitations, but was advised on general precautions in his daily activity and at work.

He is to consult the dentist for evaluation of his loose painful left lower tooth.

Louisiana Primary Care Consultants
3801 Canal Street · Suite 100 · New Orleans, Louisiana 70119 · 504-355-4950 (office) · 504-355-49

# LOUISIANA
## PRIMARY CARE
## CONSULTANTS

27161

*Norman D. Ott, M.D.*
*American Board Of Internal Medicine*

Gonzales, Marco
05/26/10
Page 3

I have scheduled him for a follow-up in the office in two weeks.

Fernando J. Martinez Jr., M.D.

27162

## PATIENT INFORMATION, HISTORY & PHYSICAL

AGE: 49

MALE / FEMALE

NAME: Marco Gonzales

ADDRESS: 8201 Palm St.
N.O., La. 70118

DATE OF BIRTH: ___ 61

DATE OF ACCIDENT: 5/5/10

DATE: 5/26/10   BP: 127/80 WT: 177

PATIENT #: _____

ATTORNEY: P. Brigandi

PHONE #: 905-4886

OCCUPATION: Laborer Contract.

S.S.N. #: ___-___-9043

DRIVER   PASSENGER   OTHER

DESCRIPTION OF ACCIDENT: His vehicle rear ended another vehicle while speeding through intersection that hit his face on steeling in front.

{ } REST { } LOC { } HEADACHES { } NAUSEA / VOMITING / DIZZINESS

VEHICLE DAMAGE:   {✓} HEAVY   { } MEDIUM   { } LIGHT

OTHERS INVOLVED: Jorge Sanchez EMPLOYER: Iceland.
Miguel Casado, Miguel Santana ADDRESS: _____

_____ PHONE #: _____

CURRENT SYMPTOMS: Loose Tooth lower Left, R. Trap R Sh
pain

E.R. TREATMENT: Ø   X-RAYS: { } YES {✓} NO

PRESENT MEDICATION: OTC   ALLERGIES: Ø
Ibuprofen

PAST ACCIDENTS: { } YES {✓} NO   WHEN: _____
INJURIES: _____   TREATMENT { } YES { } NO _____
BY WHOM: _____   RESIDUAL SYMPTOMS { } YES { } NO
SYMPTOMS NOW WORSE: { } YES { } NO   WHERE _____

PAST MEDICAL HISTORY: L Inguinal hernia repair 2007.

SURGICAL HISTORY: hernia repair

WORK MISSED DUE TO THIS ACCIDENT: { } YES {✓} NO   EXPLAIN: _____

I have stated and read the above information and found it to be true and correct to the best of my knowledge. I understand that I am solely responsible for the bill that I incur at this facility for the above stated patient or myself.

DATE: 5/26/10   SIGNATURE: MARCOS GONZALES

TAKEN BY: P. Mulet

*Phalanx*

over. — *serious — Not drivable*
*Not drivable*

# PHYSICAL EXAMINATION

Patient Name: Marcos Gonzalez          Date: 5/26/10

Chief Complaint: R 2nd PIP joint pain, Loose painful L lower teeth.
L Sh/L Scapula pain

History of Present Illness: Rear/owned Rear seat passenger Drivers side. Front
Hit by vehicle that ran red light whose driver was on cell phone.
His vehicle rear ended vehicle in front - 35-30 mph while
trying to speed through light.                    (H) Infl Bag Depl.
                                                  ∅ Medical eval.

Meds: OTC Ibuprofen.    Allergies ∅

Social History: Bolivian, Contract worker Coast Cleanup.

Past Medical History: ∅ Allergies∅    Tobacco 1 ppd. Etoh: 2 beer / wk.

Past Surgical History: L Ing Hernia repair 2007.

ROS: _____ neg._____ Chronic Low Back Pain preceeds
                         Accident

Vitals: B/P: 127/80    H:_____ R:_____ T:_____ HT:_____ WT: 177.

General: WDWN M∂D. Normal gait

HEENT: _____ nl ·  _____ Loose L lower Tooth.

Skin: _____ ∅ lesion ·

Neck: _____ nl ·

Heart: _____ Reg ∅ (m)

Lungs: _____ Clear

LMP: _____    Pregnant: YES    NO

27164

# PATIENT PAIN DRAWING

Mark the areas on your body where you feel the sensations described below, using the corresponding symbol. Include all affected areas.

| SENSATIONS: | ACHING | NUMBNESS | PINS & NEEDLES | BURNING | STABBING |
|---|---|---|---|---|---|
| SYMBOLS: | A | N | P | B | S |



RIGHT        LEFT        LEFT        RIGHT

FRONT        BACK

Any other pain: _____

_____

_____

_____

Patient's Signature

# CERVICAL SPINE

### RANGE OF MOTION

PAIN 

27165

| Forward Flexion | 55 | 55 | 45 | 40 | 35 | 30 | | |
| Backward Extension | 50 | 45 | 40 | 35 | 30 | 25 | 20 | 15 |
| Lateral Flexion | 40 | 35 | 30 | 25 | 20 | 15 | 10 | 5 |
| Rotation | 55 | 45 | 40 | 35 | 30 | 25 | 20 | |

| | TENDERNESS | | SPASMS | |
| | Left | Right | Left | Right |
| Paraspinous Muscles | | | | |
| Trapezius Muscles | | | | |
| Sternocleidomastoid Muscles | | | | |

# THORACIC SPINE

| | TENDERNESS | | SPASMS | |
| | Left | Right | Left | Right |
| Paraspinous Muscles | | | | |



# LUMBAR SPINE

### RANGE OF MOTION

PAIN

| Forward Flexion | 95 | 85 | 75 | 65 | 60 | 55 | 50 | |
| Backward Extension | 35 | 30 | 25 | 20 | 15 | 10 | 5 | |
| Lateral Flexion | 40 | 35 | 30 | 25 | 20 | 15 | 10 | 5 |
| Rotation | 35 | 30 | 25 | 20 | 15 | 10 | 5 | |

| | TENDERNESS | | SPASMS | |
| | Left | Right | Left | Right |
| Paraspinous Muscles | | | | |
| Sacroiliac Joints | | | | |
| Coccyx | | | | |

27166

Patient Name: _____

Abdomen: _____ *wl.* _____

Rectal: _____

Pelvic: _____

Musculoskeletal: ____ Tender / R. Suprascapular .
_____ Spasm _____

_____

_____

_____

_____

_____

Extremities: _____ *wl.* _____

_____

_____

_____

Nerv: *wl*  Sensory: *wl*  Motor: *wl*  DTR: +4  SLR: Ø

Lab Results: _____

X-Rays: _____

_____

_____

27167

## PHYSICAL EXAMINATION

DATE _5/26/10_

Other: _____

_____

_____

**Diagnosis:   Accident of** ___5/5/10___         **Causing:**

1. Lose L Lower tooth            5. _____
2. Facial Contusion             6. _____
3. R Suprespnal Tend/SP         7. _____
4. _____              8. _____

**Medication** _Narrosyn 50q #30_

Areas To Be Treated    2-3  X / Weekly

✓ Cervical ___ Thoracic ___ Lumbar ___ Shoulder ___ Knee ___ Other

**Treatment Orders**    R Scap MHP; RSh wheel.

✓ MHP/CRYO  ✗ EGS ___ Ultrasound ___ T-Band ___ T-Putty ___ Bike ___ Treadmill ___ TENS

**X-Ray Of:** _____

**Work Limitations:** (NO) Yes _____

**Return In** _2_ Weeks / Discharge / Consult With   Dentist — Loose Lower left Tooth —

**Doctor's Signature** _____

**RE-EVALUATION**

PATIENT: _Marco. Gonzales_    DATE: _6/14/10_   *spanish 7168*

D.O.A.: _5/5/10_  B/P: _128/86_  P: _67_  WT: _184_   *sum to no control*
*RTN Wed 1 pm*

Any new accidents or injuries - Y / N _____ Treatment / Medication helping - Y / N _____
Working - Y / N ; Any radiating pain - Y / N _____ Any N / T / W _____

**CURRENT COMPLAINTS:**

_____
_____

| PE: | R.O.M. PAIN | | | | TENDERNESS | | | SPASM | |
|-----|------|------|------|------|------|------|------|------|------|
| | | | | | L | R | | L | R |
| C. Flexion | ____ | | ____ | C. PRSP. M. | | | | | |
| C. Extension | ____ | | ____ | TRAP. M. | ____ | ____ | | ____ | ____ |
| L. Flexion | ____ | | ____ | T. PRSP. M. | ____ | ____ | | ____ | ____ |
| L. Extension | ____ | | ____ | L. PRSP. M. | ____ | ____ | | ____ | ____ |
| Shoulder L /R | ____ | | ____ | SI/ COCCYX | ____ | ____ | | ____ | ____ |

| NEURO: | CERVICAL | | | LUMBAR | | | | |
|--------|----------|------|--------|--------|------|------|
| | Left | Right | | Left | Right | | |
| Motor | ____ | ____ | Motor | ____ | ____ | Heart - RRR / OTHER: _____ |
| Sensory | ____ | ____ | Sensory | ____ | ____ | Lungs - C T A / OTHER: _____ |
| D T R | ____ | ____ | S L R | ____ | ____ | Abdomen - Soft, NT / Other: _____ |
| | | | D T R | ____ | ____ | |

DIAGNOSIS: _____
MEDICATION: _____
X-RAYS OF: _____ REFERRAL: MRI - C  T  L / OTHER: _____
WORK: YES / NO: _____ RESTRICTIONS: _____

____CONTINUE  TREATMENT (AS BEFORE) / OTHER: _____

**TREATMENT ORDERS:**
____MHP/CRYO ____ULTRASOUND ____EGS ____PARAFFIN ____EXERCISES (MCKENZIE / BANDAID)
____ T-BAND ____ T-PUTTY ____ BIKE ____ TREADMILL ____ TENS

**AREAS TO BE TREATED**
____CERVICAL ____ THORACIC ____LUMBAR _____ SHOULDER _____ KNEE; OTHER: _____

RETURN IN _____ WEEKS / DISCHARGE / CONSULT WITH: _____

DOCTOR'S SIGNATURE_____

27169

### RE-EVALUATION

PATIENT: _Marco Gonzales_   DATE: _6/16/10_

D.O.A: _5/5/10_   B/P: _115/79_   P: _81_   WT: _181_

Any new accidents or injuries - Y (N)   Treatment / Medication helping (Y) / N
Working - Y (N), Any radiating pain - Y / (N)   Any N / T / W _0_

**CURRENT COMPLAINTS:**

_Neck up L lower tooth still loose painful when chews. R Index finger still painful in MCP joint region. R shoulder pain worsed._

PE: _Facial pain resolved. R sh imp._

| | R.O.M. PAIN | | TENDERNESS | | | SPASM | |
|---|---|---|---|---|---|---|---|
| | | | | L | R | L | R |
| C. Flexion | F | 0 | C. PRSP. M. | 0 | 0 | 0 | 0 |
| C. Extension | F | 0 | TRAP. M. | 0 | + | | + |
| L. Flexion | | | T. PRSP. M. | | | | |
| L. Extension | | | L. PRSP. M. | | | | |
| Shoulder L /R | F / F | 0 / 0 | SI/ COCCYX | | | | |

NEURO:   CERVICAL   LUMBAR
Left  Right        Left  Right

_L lower tooth still loose_
_tender R Index MCP region_

Motor ___ ___   Motor ___ ___   Heart - RRR / OTHER: _R Hand grip 35 - 30 lb_

Sensory ___ ___   Sensory ___ ___   Lungs - C T A / OTHER: _____

D T R ___ ___   S L R ___ ___   Abdomen - Soft, NT / Other: _____

DIAGNOSIS: _Injury, L lower tooth still a problem needs dentist evaluation_
MEDICATION: _____
X-RAYS OF: _R Hand Attn index_   REFERRAL: MRI -  C  T  L / OTHER: _____
WORK: YES / NO: _____   RESTRICTIONS: _____

____CONTINUE  TREATMENT (AS BEFORE) / OTHER: _____

**TREATMENT ORDERS:**

✓ MHP/CRYO ___ULTRASOUND ___EGS ___PARAFFIN ___EXERCISES (MCKENZIE / BANDAID)
___T-BAND ___T-PUTTY ___BIKE ___TREADMILL ___TENS   _R Sh wheel._
_R Scap MHP._
**AREAS TO BE TREATED**
✓ CERVICAL ___THORACIC ___LUMBAR ___SHOULDER ___KNEE; OTHER: _____

RETURN IN _4_ WEEKS / DISCHARGE / CONSULT WITH: _____

DOCTOR'S SIGNATURE _____

_Dentist Eval Pending_



**LOUISIANA PRIMARY CARE CONSULTANTS**

27178

Phone 504.355.4950 • Fax 504.355.4955

Norman D. Ott, M.D.
American Board Of Internal Medicine

3801 Canal Street, Suite 100
New Orleans, LA 70119

**CONFIDENTIAL**                    August 06, 2010

Marco Gonzales
SSN   9043
D/A   05/05/10

This forty-nine year old male returned on June 16, 2010 for a formal follow-up examination. His treatment and medication have been helpful. He is with no radiating pain, numbness, tingling or weakness of the extremities. He tells Dr. Martinez, the examining physician, that his neck is improved. His left lower tooth is still loose and painful when he chews. His right index finger is still painful at the MCP joint region. The right scapular area is painful, but improved. On examination, he is with resolved facial pain. He does report that his right shoulder is unimproved. He is able to fully flex and extend the cervical spine with no pain; however, when palpating, Dr. Martinez does find right trapezius tenderness and spasm. Range of motion of both shoulders when abducting is full with no pain. The left lower tooth is still loose. There is tenderness being palpated in the right index MCP region. Right hand grip is 25-30 kg. Overall his symptoms are improving. He is still with left lower tooth problem and needs a dental evaluation for this. We will ask for an x-ray of the right hand, attention to the index finger. We will continue him with conservative care. We will again re-recommend the dental consult and we will see Mr. Gonzales back in four weeks.

It is my understanding that Mr. Gonzales will not be returning back to the office for ongoing care. As a note: We did receive his June 16, 2010 x-ray report, in which that report was dated June 18, 2010, noting a negative right hand x-ray for fracture.

As Mr. Gonzales will not be returning for further follow-up, his file is now formally closed with the option to return as medically needed.

Norman D. Ott, III, M.D.

**NEW ORLEANS**
3801 Canal Street, Suite 100
New Orleans, LA 70019
**504.355.4950**

**WESTBANK**
2439 Manhattan Blvd., Suite 100
Harvey, LA 70058
**504.362.4999**

**LOUISIANA PRIMARY CARE CONSULTANTS**

27175

c/fr mb6, EGS

Treatment Record

Patient Name: Marco Gonzales  Treatment Orders: 2-3x/wk.

S.S. No.

Date of Injury: 5/5/10

Date of Visit: 5/26/10

P. Brigandi  905-4886

| Date | Initials | | | | Serviced By |
|------|----------|---|---|---|------|
| 5·26·10 | MG | MHP | EGS electropads x1 | sh·wheel | TB/CF |
| 6.2.10 | MG | MHP /mo | EGS | sh wheel | MD |
| 6·7·10 | MG | MHP | EGS | sh wheel | CF |
| | | | called pt | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Next Appointment: 6/10/10  Expiration Date: 7·00

6/14/10  7300

# LOUISIANA PRIMARY CARE CONSULTANTS

Treatment Record R) Scapula matp

C)tr mHt EGS#

Patient Name Marco Gonzales     Treatment Orders R) Sti What
S.S. No. _____
Date of Injury 5/5/10                                    2 3x/wk
Date of Visit 6/14/10
    P. Brigandi                              905-4886

| Date | Initials | X MARCOS, | N. | | Serviced By |
|------|----------|-----------|-----|---|-------------|
| 6·14·10 | MG | mHP | EGS | No Sh) Nhr/de | TB |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Next Appointment: 6/16/10     Expiration Date: 1:00

# LOUISIANA PRIMARY CARE CONSULTANTS

### Treatment Record

Patient Name **Marco Gonzales**          Treatment Orders _____ 2-3x/wk _____

S.S. No. _____

Date of Injury _____ 5|5|10 _____

Date of Visit _____ 6|16|10 _____

P. Brigandi          905-4886

| Date | Initials | X MARCO GON... ...KEJ. | | | Serviced By |
|------|----------|-------------------------|---|---|-------------|
| 6·16·10 | MG | mHP | sh wheel | | TB |
| 6.24.10 | MG. | MHP | sn wheel | | (MD) |
| 7·1·10 | MG | mHP | Sh)wheel | | (MP) |
| 7·8·10 | MG | mHP | Sh)wheel | | (MP) |
| | | 7·20·10 called pt (CWP) | | | |
| 7·22·10 | MG | MHP | Sh)wheel | | AB/CWP |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Next Appointment: _____ 7-22-2010 _____  Expiration Date: _____ 11:00 am _____

R/S  7·24·10 (CWP)          12:00

27178



# LOUISIANA PRIMARY CARE CONSULTANTS

Norman D. Ott, M.D.
American Board of Internal Medicine

August 26, 2010

LWCC
Ansel Bradford
P.O. Box 98054
Baton Rouge, Louisiana 70898

RE: Marco Gonzales
D/A:05/06/2010
Claim #:

Dear Sir/Madam:

Please accept this letter as form of lien for medical treatment rendered to Marco Gonzales.

I request that medical services rendered to Marco Gonzales be paid in full out of any **Settlement/Judgement** referencing the May 06, 2010 motor vehicle accident (claim# ).

Enclosed you will find a courtesy copy of the medical records and bills needed to initiate this request.

If additional information is needed feel free to contact the office at 504-355-4950.

Sincerely,

Chris Jones
Administrator

## LOUISIANA WORKERS' COMPENSATION CORPORATION

### Claim Payments Report

For Payment Dates 10/01/1992 Through 07/02/2018

For Claim Number 159439

Claimant Gonzalez, Marcos

**Medical Payments**

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|----------|--------|-------------|-------------|---------|---------|----------|
| 09/27/10 | 40446-1 | LOUISIANA PRIMARY CARE CONSULTANTS | $835.60 | 05/26/10 | 08/06/10 | 3980832 |
| 10/25/10 | 19518-0 | PHARMACY ASSOCIATES, INC. | $16.42 | 09/14/10 | 09/14/10 | 3988774 |
| 10/25/10 | 19518-0 | PHARMACY ASSOCIATES, INC. | $10.45 | 09/03/10 | 09/03/10 | 3988774 |
| 03/03/11 | 40446-2 | OTT, NORMAN D. | $1,888.97 | 08/26/10 | 02/22/11 | 4024262 |
| 03/30/11 | 9011-0 | LUMP SUM SETTLEMENT | $20,300.00 | 05/05/10 | 03/28/11 | 4031333 |
| 05/05/11 | 40446-2 | OTT, NORMAN D. | $76.00 | 03/01/11 | 03/01/11 | 4040551 |
| | | TOTAL: | $23,127.44 | | | |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018                                                                REPORT:  CL150R
TIME:  08:57  am                                                                PAGE        2
                                                                                OF          2

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 07/02/2018

For Claim Number 159439

Claimant Gonzalez, Marcos

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS (excluding canceled transactions denoted by *): | | | | | | | | | |

* denotes a canceled transaction, and is not included in the total calculations