# JOHNSON, RAHMAN & THOMAS

**Employees of Louisiana Workers' Compensation Corporation**

2237 S. Acadian Thruway | P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone: (225) 231-0875
Facsimile: (225) 231-0986
Fax Server: (225) 929-5613

July 3, 2018

*Via UPS Next Day Air*

Counsel for BP
**Attn: Mr. J. Andrew Langan**
Kirkland & Ellis LLP
300 N. LaSalle St., Suite 2400
Chicago, IL 60654

*Via UPS Next Day Air*

MDL 2179 Plaintiffs' Steering Committee
**Attn: Mr. Steven J. Herman**
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

    In Re:  Oil Spill by the Oil Rig "Deepwater Horizon": in the Gulf of Mexico,
           On April 20, 2010
           MDL No.    :    10-2179; Section J

           Louisiana Workers' Compensation Corporation v. BP, PLC, et al
           Civil Action No.:    17-cv-03199

           Workers' Compensation Claim of Michael Higginbotham
           LWCC Claim No.:  160201

Dear Counsel:

    In compliance with Pretrial Order No. 66, with respect to the workers' compensation claim of Michael Higginbotham, enclosed please find the following documents:

1.     Individual Particularized Statement of Claim;
2.     Employers and BP accident reports;
3.     First Report of Injury;
4.     Claim for Compensation filed by injured worker;
5.     Wage records; and
6.     Recent medical records; and

Mr. J. Andrew Langan
Mr. Steven Herman
July 3, 2018
Page 2

      7.      Claim payment report.

      In total LWCC has paid $368,184.74 to and on behalf of Mr. Higginbotham as a result of his injuries suffered during the clean-up efforts following the Deepwater Horizon explosion. Louisiana Workers' Compensation Corporation is seeking recovery of all payments made to and on behalf of Mr. Higginbotham. Please note, payments continue to be made to and on behalf of Mr. Higginbotham as such become due.

      I hope this is satisfactory for your needs, however, in the event you have any questions or require any additional information, please do not hesitate to call.

      With kind regards, I am

                            Very truly yours,

                            David K. Johnson

DKJ/fhj
Enclosures
cc:     Linda Dantin

**EXHIBIT A**

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:** Louisiana Workers' Compensation Corporation

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1.    Current address:

    Address Line 1:  2237 S. Acadian Thruway

    Address Line 2:

    City:  Baton Rouge    State:  LA    Zip:  70808

2.    Telephone number:  (225) 924-7788

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  N/A

4.    Date and Place of Birth:  N/A

5.    Male_____    Female_____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---------|---------------------|
| N/A | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|----------|---------|---------------------|------------------------|
| N/A | | | |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _____ If *"Yes,"* when were you out of work and why?    N/A _____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.     Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes __X__     No_____     (Indirectly, see attached correspondence)

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____     Offshore __X__     Both_____

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____     No__X__

12.    Did you handle hazardous materials as part of your cleanup work?

Yes_____     No_____

13.    Please set forth the following information about your cleanup work:

A.     Your employer(s): _Lawson Environmental Service, LLC_

B.     Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_David Suzanne_

C.     A description of the work performed for employer(s) identified in Question No. 13(A): _Boat Captain_

D.     The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _See attached wage records_

E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _names unknown, Maybe Boomer II_

F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _unknown_

_____

**2.    Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

      Yes_____    No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

      Yes_____    No_____

16.   List all address(es) at which you resided in 2010:_____

      _____

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

      _____Bodily injury from exposure to oil and/or dispersants

      __X__Bodily injury other than from exposure to oil and/or dispersants

      _____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both_____

19.    How were you exposed? (*Check all that apply*)

A.    Inhalation                    Yes_____      No_____

B.    Dermal (skin) contact        Yes_____      No_____

C.    Ingestion                    Yes_____      No_____

D.    Other (please describe):    _____

20.    What was the date(s) of your exposure?

Day: _____      Month: _____      Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____

_____

_____

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25. *For cleanup workers only:* Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____ No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E. NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

A. The nature of your injury: _See attached medical records_

B. The date(s) of your injury: _10/7/2010_

C. The location(s) of your injury: _California Point_

D. The work that you were performing when you sustained your injury:_____

_Retrieving boom — boats collided_

_____

E. Identify any individual(s) who witnessed your injury:_____

_See accident reports_

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

_See accident reports_

_____

_____

## F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS

29.    Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_____See attached medical records_____

_____

_____

30.    Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_____See attached medical records and_____

_____accident reports_____

_____

_____

_____

31.    On what date did you first report or seek treatment for your injury or illness: _____10/7/2010_____

32.    On what date was your injury first diagnosed: _____10/7/2010_____

_____

33.    Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
|      | See attached medical records + |
|      | Claim payment report |

34.   Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|  | *See attached medical records & claim payment report* |
|  |  |
|  |  |
|  |  |

35.   Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No _____ . If *"Yes,"*  *Unknown*

     A.   When? _____

     B.   Who diagnosed the injury (or condition) at that time? _____

           _____

           _____

     C.   Who treated the injury (or condition) at that time? _____

36.   Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

     Yes _____ No _____ . If *"Yes,"*

     A.   What date did you first experience such injury or condition? _____

     B.   What injury (or condition) was made worse? _____

           _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| | *unknown* |
| | |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes __X__  No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

   _____ *recovery of medical expenses and weekly*
   *benefits per attached claim payment*
   *report*

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes __X__  No _____

   If "Yes":

   A.  From whom did you receive this compensation or reimbursement? _____
   
   _____ *LWCC*

B.  When did you receive this compensation or reimbursement?_____

_____ *See attached claim payment report*

C.  What was the amount of the compensation or reimbursement?_____

_____ *See attached claim payment report*

## G.  CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.  Is your claim based on a breach of contract?

Yes_____   No_____

42.  Was the contract that you claim was breached made as part of the VoO Program?

Yes_____   No_____

43.  Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.  Describe how the contract was breached:_____

_____

_____

45.  *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.  *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.  Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _July 5_____, 2018

Location (City and State): ____Baton Rouge, La.____

____*[signature]*_____
Signature of Plaintiff*

*__*Plaintiff's Attorney *Cannot* Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.__*

____Michael Stolter_____
Print Name

____SVP/General Counsel____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than __Monday, July 9, 2018__, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**Employer's First Report of Injury Or Occupational Illness**
(See Instructions on reverse - Leave Items 1 and 2 blank)

**U.S. Department of Labor**
Employment Standards Administration
Office of Worker's Compensations Programs

OMB No. 1215-0031

| 1. OWCP No. | 2. Carrier's No. 160201-T6 | 3. Date and Time of Accident | | | |
|---|---|---|---|---|---|
| | | Mo. 10 | Day 07 | Yr. 10 | Hour |

| 4. Name of Injured/Deceased Employee (Type or print - first, M.I., last) | 5. Employee's Address (No., street, city, state, Zip code) |
|---|---|
| HIGGINBOTHAM   MICHAEL        337-488-9940 Telephone | 405 S. PHILBRICK AVE. IOWA, LA 70647 |

**6. Injury is Reported Under the following Act (Mark one)**

A [X] Longshore and Harbor Workers' Compensation Act

B [ ] Defense Base Act

C [ ] Nonappropriated Fund Instrumentalities Act

D [ ] Outer Continental Shelf Lands Act

**7. Indicate Where Injury Occurred (Longshore Act only) (Mark one)**

A [X] Aboard Vessel or Over Navigable Waters

B [ ] Pier/Wharf

C [ ] Dry Dock

D [ ] Marine Terminal

E [ ] Building Way

F [ ] Marine Railway

G [ ] Other Adjoining Area

**8. Sex** [X] M [ ] F

**9. Date of Birth** ▓/59

**10. Social Security No. (Required by Law)** ▓▓▓ - ▓▓ - 1 6 1 4

**11. Did Injury Cause Death?** [X] No [ ] Yes - If yes, skip to 16

**12. Did Injury Cause Loss of Time Beyond Day or Shift of Accident** [X] Yes [ ] No

| 13. Date and Hour Employee First Lost Time Because of Injury | Mo. 10 | Day 07 | Yr. 10 | Hour |
|---|---|---|---|---|

| 14. Did employee Stop Work Immediately? | 15. Date and Hour Employee Returned to Work | 16. Was Employee Doing Usual Work When Injured/Killed? (If no, explain in Item 26) |
|---|---|---|
| [X] Yes [ ] No | | [ ] Yes [ ] No |

| 17. Did Injury/Death Occur on Employer's Premises | 18. Dept. in Which Employee Normally Works(ed) | 19. Occupation |
|---|---|---|
| [ ] Yes [X] No | | CAPTAIN/OFFICER-FISHING VESSLFISHING VESSELS |

| 20. Date and Hour Pay Stopped 10/07/10 | 21. Which Days Usually Worked Per Week? (Mark (X) days) | 22. Date Employer or Foreman First Knew of accident 10/07/10 |
|---|---|---|
| | S M T W T F S   X X X X X X X | |

| 23. Wages or Earnings (Include overtime, allowances, etc.) | 24. Exact Place Where Accident Occurred (See Instructions on reverse). This item should specify area if accident was in maritime employment and occurred in area adjoining navigable waters. VENICE | 25. How was Knowledge of Accident or Occupational Illness Gained  X |
|---|---|---|
| a. Hourly $ | | |
| b. Daily $ | | |
| c. Weekly $ | | |
| d. Yearly $ | | |

**26. Describe in full how the accident occurred** (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident.

THE EMPLOYEE WAS OPERATING BOOMER II VESSEL.   THE EMPLOYEE WAS DISTRACTED BY FLYING PAPERS, CAUSING HIM TO CRASH INTO A VESSEL.

**27. Nature of Injury** (Name part of body affected - fractured left leg, bruised right thumb, etc.) If there was amputation of a member of the body, describe.

BRUISES/CONTUSIONS  MULT BODY PARTS

| 28. Has Medical Attention Been Authorized? [ ] Yes [ ] No | 29. Enter Date of Authorization | 30. Was First Treating Physician Chosen by Employee? [ ] Yes [ ] No | 31. Has Insurance Carrier Been Notified? [ ] Yes [ ] No |
|---|---|---|---|

Name

**32. Physician**     Address - Enter Name, Street, City, State, State, ZIP Code

**33. Hospital**

| 34. Insurance Carrier LOUISIANA WORKERS' COMPENSATION CORPORATION | 2237 S. ACADIAN THRUWAY SUITE 102 BATON ROUGE, LA 70808 |
|---|---|

| 35. Employer LAWSON ENVIRONMENTAL SERVICE LLC | 2108 DENLEY ROAD HOUMA, LA 70363 |
|---|---|

| 36. Nature of Employer's Business LIMITED LIABILITY COMPANY (LLC) | 37. Signature of Person Authorized to Sign for Employer |
|---|---|

| 38. Offical Title of Person Signing This Report | 39. Date of This Report 10/08/10 |
|---|---|

Notice of Controversy of Right
to Compensation

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs
Longshore and Harbor Workers' Compensation

This report is required to obtain or retain benefits and is authorized by law and regulation (33 USC 914(d), (e); 20 CFR 702.251).
Failure to report when controverting right to compensation can result in liability for 10 percent additional compensation.

OMB No. 1215-0023

**Instructions:** This form may be used by the employer/carrier to controvert the right to compensation. 33 USC 914(a) requires the employer to pay compensation promptly and without an award unless the right to such compensation is controverted by the filing of this form. Failure either to pay each installment of compensation, or controvert the right to such compensation, within fourteen days after it becomes due may result in liability for additional compensation equal to ten percent of each installment not paid when due (33 USC 914(d), (e). If the right to compensation is controverted, this form should be submitted in triplicate to the District Director, and the reasons for such controversion should be fully stated in item 12.

1. OWCP File No.

2. Employer File No.

3. Carrier File No.

160201

4. Claimant's Name and Address

MICHAEL HIGGINBOTHAM
405 S. PHILBRICK AVE.
IOWA, LA  70647  UNITED STATES

5. Claim File or Injury Reported Under (check one)

[X] LHWCA    [ ] OCS

[ ] DCWCA    [ ] NFIA

[ ] DBA

6. Employee's Name and Address
If different from Claimant's

SAME

7. Employer's Name, Address and Phone Number

LAWSON ENVIRONMENTAL SERVICE
LLC
2108 DENLEY ROAD
HOUMA, LA  70363
504-570-3172  UNITED STATES

8. Carrier's Name, Address and Phone Number

LOUISIANA WORKERS'
COMPENSATION CORPORATION
2237 S. ACADIAN THRUWAY
BATON ROUGE, LA  70808
800-267-2410  UNITED STATES

9. Nature of Injury or Occupational Disease

BRUISES/CONTUSIONS  MULT BODY PARTS

10. Date of Injury (Month, Day, Year)

OCTOBER 7, 2010

11. Date of Employer's First Knowledge of Injury (Month, Day, Year)

OCTOBER 7, 2010

12. Right to compensation is controverted for the following reason(s)

Claim is under investigation regarding jurisdiction issues.  It appears that claimant is a Jones Act Seaman.
Claimant was a boat captain at time of accident.

13. Authorized Signature

14. Print Name and Phone Number

FRANZISKA CASEY 225-231-0723

15. Title

CLAIMS DEPARTMENT

16. Date of this Notice (Month, Day, Year)

OCTOBER 14, 2010

17. (OWCP USE) A copy of this form was mailed to the claimant and/or representative

on _____   Initials _____

**Public Burden Statement**
The following statement is made in accordance with the Privacy Act of 1974 (5 USC 522a) and the Paperwork Reduction Act of 1995, as amended. The authority for requesting the following information is 20 CFR 702.251. Use of this form is optional, however furnishing the information is required in order to obtain and/or retain benefits. According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 1215-0023. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Division of Longshore and Harbor Worker's Compensation, Room C4315, 200 Constitution Avenue, N.W., Washington, D.C. 20210.
**DO NOT SEND COMPLETED FORMS TO THIS OFFICE.**

Form LS-207
Rev. December 2008

10/22/10 at 16:32:42.54

## Lawson Environmental Srvc.
### Payroll Register
### For the Period From Apr 1, 2010 to Dec 31, 2010

Filter Criteria Includes: 1) Employee IDs: Michael Higginbotham. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross / State / HealthIns / CarAllowan / VAC_Taken / SUI_ER | Fed_Income / K401 / Perdiem / Bonus / Soc_Sec_ER / K401_ER | Soc_Sec / Advance / Reimbursme / VAC_Accrue / Medicare_E / HealthIns_C | Medicare / ChildSuppo / Adjustment / VAC_Remain / FUTA_ER |
|---|---|---|---|---|---|---|---|---|
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 7010 / 6/18/10 | Regular / Overtime | 40.00 / 8.00 | 600.00 / 180.00 | 1,018.00 | 780.00 / -15.87 / / / / -0.86 | -16.46 / / 330.00 / / -48.36 | -48.36 / / / / -11.31 | -11.31 / / / / -6.24 |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 7091 / 6/25/10 | Regular / Overtime | 40.00 / 50.00 | 600.00 / 1,125.00 | 1,595.63 | 1,725.00 / -51.30 / / / / -1.90 | -156.11 / / 210.00 / / -106.95 | -106.95 / / / / -25.01 | -25.01 / / / / -13.80 |
| Total 4/1/10 thru 6/30/1 | Regular / Overtime | 80.00 / 58.00 | 1,200.00 / 1,305.00 | 2,613.63 | 2,505.00 / -67.17 / / / / -2.76 | -172.57 / / 540.00 / / -155.31 | -155.31 / / / / -36.32 | -36.32 / / / / -20.04 |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 7210 / 7/2/10 | Regular / Overtime | 40.00 / 44.00 | 600.00 / 990.00 | 1,496.26 | 1,590.00 / -46.24 / / / / -1.75 | -135.86 / / 210.00 / / -98.58 | -98.58 / / / / -23.06 | -23.06 / / / / -12.72 |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 7458 / 7/9/10 | Regular / Overtime | 40.00 / 8.00 | 600.00 / 180.00 | 808.00 | 780.00 / -15.87 / / / / -0.86 | -16.46 / / 120.00 / / -48.36 | -48.36 / / / / -11.31 | -11.31 / / / / -6.24 |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 7606 | Regular / Overtime | 40.00 / 28.50 | 600.00 / 641.25 | 1,209.59 | 1,241.25 / -33.16 | -83.54 / / 180.00 | -76.96 | -18.00 |

10/22/10 at 16:32:42.59

Page: 2

**Lawson Environmental Srvc.**
**Payroll Register**
**For the Period From Apr 1, 2010 to Dec 31, 2010**

Filter Criteria Includes: 1) Employee IDs: Michael Higginbotham. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross / State / HealthIns / CarAllowan / VAC_Taken / SUI_ER | Fed_Income / K401 / Perdiem / Bonus / Soc_Sec_ER / K401_ER | Soc_Sec / Advance / Reimbursme / VAC_Accrue / Medicare_E / HealthIns_C | Medicare / ChildSuppo / Adjustment / VAC_Remain / FUTA_ER |
|---|---|---|---|---|---|---|---|---|
| 7/16/10 | | | | | -1.37 | -76.96 | -18.00 | -9.93 |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 7838 | Regular / Overtime | 40.00 / 53.50 | 600.00 / 1,203.75 | 1,653.59 | 1,803.75 / -54.26 | -167.92 / 210.00 | -111.83 | -26.15 |
| 7/23/10 | | | | | -1.74 | -111.83 | -26.15 | -7.07 |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 8084 | Regular / Overtime | 40.00 / 44.00 | 600.00 / 990.00 | 1,333.21 | 1,590.00 / -46.24 | -135.86 / 210.00 | -98.58 / -163.05 / -98.58 | -23.06 / -23.06 |
| 7/28/10 | | | | | | | | |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 8279 | Regular / Overtime | 40.00 / 44.00 | 600.00 / 990.00 | 1,496.26 | 1,590.00 / -46.24 | -135.86 / 210.00 / -98.58 | -98.58 / -23.06 | -23.06 |
| 8/6/10 | | | | | | | | |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 8660 | Regular / Overtime | 40.00 / 14.00 | 600.00 / 315.00 | 939.46 | 915.00 / -20.93 | -34.61 / 150.00 / -56.73 | -56.73 | -13.27 / -13.27 |
| 8/13/10 | | | | | | | | |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 / 8997 | Regular | 6.00 | 90.00 | 113.11 | 90.00 | 30.00 / -5.58 | -5.58 | -1.31 / -1.31 |
| 8/20/10 | | | | | | | | |
| Michael Higginbotham / Michael Higginbotham / XXX-XX-1614 | Regular / Overtime | 40.00 / 44.00 | 600.00 / 990.00 | 1,496.26 | 1,590.00 / -46.24 | -135.86 / 210.00 | -98.58 | -23.06 |

10/22/10 at 16:32:42.61

**Lawson Environmental Srvc.**
**Payroll Register**
**For the Period From Apr 1, 2010 to Dec 31, 2010**

Filter Criteria Includes: 1) Employee IDs: Michael Higginbotham. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID Employee Masked SS No Reference Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross State Healthins CarAllowan VAC_Taken SUI_ER | Fed_Income K401 Perdiem Bonus Soc_Sec_ER K401_ER | Soc_Sec Advance Reimbursme VAC_Accrua Medicare_E Healthins_C | Medicare ChildSuppo Adjustment VAC_Remain FUTA_ER |
|---|---|---|---|---|---|---|---|---|
| 9200 8/27/10 | | | | | | -98.58 | -23.06 | |
| Michael Higginbotham Michael Higginbotham XXX-XX-1614 9496 9/3/10 | Regular Overtime | 40.00 44.00 | 600.00 990.00 | 1,496.26 | 1,590.00 -46.24 | -135.86 210.00 -98.58 | -98.58 -23.06 | -23.06 |
| Michael Higginbotham Michael Higginbotham XXX-XX-1614 9772 9/10/10 | Regular Overtime | 40.00 44.00 | 600.00 990.00 | 1,496.26 | 1,590.00 -46.24 | -135.86 210.00 -98.58 | -98.58 -23.06 | -23.06 |
| Michael Higginbotham Michael Higginbotham XXX-XX-1614 10091 9/15/10 | Regular Overtime | 32.00 52.00 | 480.00 1,170.00 | 1,540.42 | 1,650.00 -48.49 | -144.86 210.00 -102.30 | -102.30 -23.93 | -23.93 |
| Michael Higginbotham Michael Higginbotham XXX-XX-1614 10274 9/24/10 | Regular Overtime | 40.00 44.00 | 600.00 990.00 | 1,496.26 | 1,590.00 -46.24 | -135.86 210.00 -98.58 | -98.58 -23.06 | -23.06 |
| Total 7/1/10 thru 9/30/1 | Regular Overtime | 478.00 464.00 | 7,170.00 10,440.00 | 16,574.94 | 17,610.00 -496.39 -5.72 | -1,398.41 2,370.00 -1,091.82 | -1,091.82 -163.05 -255.39 | -255.39 -35.96 |

10/22/10 at 16:32:42.64

## Lawson Environmental Srvc.
### Payroll Register
### For the Period From Apr 1, 2010 to Dec 31, 2010

Filter Criteria Includes: 1) Employee IDs: Michael Higginbotham. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross / State / Healthins / CarAllowan / VAC_Taken / SUI_ER | Fed_Income / K401 / Perdiem / Bonus / Soc_Sec_ER / K401_ER | Soc_Sec / Advance / Reimbursme / VAC_Accrue / Medicare_E / HealthIns_C | Medicare / ChildSuppo / Adjustment / VAC_Remain / FUTA_ER |
|---|---|---|---|---|---|---|---|---|
| Michael Higginbotham<br>Michael Higginbotham<br>XXX-XX-1614<br>10634<br>10/1/10 | Regular<br>Overtime | 40.00<br>44.00 | 600.00<br>990.00 | 1,496.26 | 1,590.00<br>-46.24 | -135.86<br><br>210.00<br><br>-98.58 | -96.58<br><br><br><br>-23.06 | -23.06 |
| Michael Higginbotham<br>Michael Higginbotham<br>XXX-XX-1614<br>10915<br>10/8/10 | Regular | 30.00 | 450.00 | 501.57 | 450.00<br>-4.00 | <br><br>90.00<br><br>-27.90 | -27.90<br><br><br><br>-6.53 | -6.53 |
| Michael Higginbotham<br>Michael Higginbotham<br>XXX-XX-1614<br>11099<br>10/15/10 | Regular | 12.00 | 180.00 | 196.23 | 180.00 | <br><br>30.00<br><br>-11.16 | -11.16<br><br><br><br>-2.61 | -2.61 |
| Total 10/1/10 thru 12/31 | Regular<br>Overtime | 82.00<br>44.00 | 1,230.00<br>990.00 | 2,194.06 | 2,220.00<br>-50.24 | -135.86<br><br>330.00<br><br>-137.64 | -137.64<br><br><br><br>-32.20 | -32.20 |
| Report Date Total for<br>Michael Higginbotham | Regular<br>Overtime | 640.00<br>566.00 | 9,600.00<br>12,735.00 | 21,382.63 | 22,335.00<br>-613.80<br><br><br>-8.48 | -1,706.84<br><br>3,240.00<br><br>-1,384.77 | -1,384.77<br>-163.05<br><br><br>-323.91 | -323.91<br><br><br><br>-56.00 |
| YTD Total for<br>Michael Higginbotham | Regular<br>Overtime | 640.00<br>566.00 | 9,600.00<br>12,735.00 | 21,382.63 | 22,335.00<br>-613.80 | -1,706.84<br><br>3,240.00 | -1,384.77<br>-163.05 | -323.91 |

10/22/10 at 16:32:42.67

**Lawson Environmental Srvc.**
**Payroll Register**
**For the Period From Apr 1, 2010 to Dec 31, 2010**

Filter Criteria Includes: 1) Employee IDs: Michael Higginbotham. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID Employee Masked SS No Reference Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross State Healthlns CarAllowan VAC_Taken SUI_ER | Fed_Income K401 Perdiem Bonus Soc_Sec_ER K401_ER | Soc_Sec Advance Reimbursme VAC_Accrue Medicare_E Healthlns_C | Medicare ChildSuppo Adjustment VAC_Remain FUTA_ER |
|---|---|---|---|---|---|---|---|---|
| | | | | | -8.48 | -1,384.77 | -323.91 | -56.00 |
| Summary Total 4/1/10 thru 6/30/10 | Regular Overtime | 80.00 58.00 | 1,200.00 1,305.00 | 2,613.63 | 2,505.00 -67.17 | -172.57 540.00 | -155.31 | -155.31 -36.32 |
| | | | | | -2.76 | -155.31 | -36.32 | -20.04 |
| Summary Total 7/1/10 thru 9/30/10 | Regular Overtime | 478.00 484.00 | 7,170.00 10,440.00 | 16,574.94 | 17,610.00 -496.39 | -1,398.41 2,370.00 | -1,091.82 -163.05 | -255.39 |
| | | | | | -5.72 | -1,091.82 | -255.39 | -35.96 |
| Summary Total 10/1/10 thru 12/31/10 | Regular Overtime | 82.00 44.00 | 1,230.00 990.00 | 2,194.06 | 2,220.00 -50.24 | -135.86 330.00 | -137.64 | -137.64 -32.20 |
| | | | | | | -137.64 | -32.20 | |
| Report Date Final Total 4/1/10 thru 12/31/10 | Regular Overtime | 640.00 566.00 | 9,600.00 12,735.00 | 21,382.63 | 22,335.00 -613.80 | -1,706.84 3,240.00 | -1,384.77 -163.05 | -323.91 |
| | | | | | -8.48 | -1,384.77 | -323.91 | -56.00 |
| Final YTD Total | Regular Overtime | 640.00 566.00 | 9,600.00 12,735.00 | 21,382.63 | 22,335.00 -613.80 | -1,706.84 3,240.00 | -1,384.77 -163.05 | -323.91 |
| | | | | | -8.48 | -1,384.77 | -323.91 | -56.00 |

10/22/10 at 16:32:42.70

**Lawson Environmental Srvc.**
**Payroll Register**
**For the Period From Apr 1, 2010 to Dec 31, 2010**
Filter Criteria includes: 1) Employee IDs: Michael Higginbotham. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID Employee Masked SS No Reference Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross State HealthIns CarAllowan VAC_Taken SUI_ER | Fed_Income K401 Perdiem Bonus Soc_Sec_ER K401_ER | Soc_Sec Advance Reimbursme VAC_Accrue Medicare_E HealthIns_C | Medicare ChildSuppo Adjustment VAC_Remain FUTA_ER |
|---|---|---|---|---|---|---|---|---|

#160201

bp

## Preliminary HSSE Incident Report
### "Short Form"

4/5

Place an "x" in the appropriate box or boxes that best classify the incident.

ID#

### Section 1: Worker Information (when in US)

**Name (Last, First, Middle)** Higginbottam   Mike

**Date of Birth (Month/Day/Year)** / /

**Sex** ☒ Male ☐ Female

**Race/Ethnicity** ☐ White ☐ Black ☐ Asian ☐ Hispanic ☐ Other

**Worker contact phone #**

☐ BP Employee ☒ Contractor ☐ Other
☐ Federal/State/Local ☐ Volunteer

**Last four digits of SS#** 1614

**Job Title:** Boat Captain

**Supervisors Name:** David Suzanne
**Supervisors Phone #:** 985 255 9679

**Employer Name:** Lawson Environmental

**Employer Address** Houma LA
**Employers phone #** 985 876 0420

### Section 2: Incident Information

**Date / Time Incident Occurred:** 10-7-10 @ 1400 AM / PM

**Date / Time Incident Reported:** 10-7-10 @ 1915 AM / PM

**Incident Reported To:** Kevin Fontenot

**Command Site:**
☐ Houston  ☐ Houma  ☒ New Orleans
☐ Mobile  ☐ St. Petersburg
☐ Key West  ☐ Pensacola  ☐ Other

**Staging Site:** Venice

**Location where work was taking place (Name of Vessel, Beach, etc.)** California Point

**Activity being performed: Onshore**
☐ Beach cleanup  ☐ Other_____
☐ Wildlife cleanup

**Activity being performed: Offshore**
☐ Oil skimming  ☐ Dispersant application
☐ In-situ burning  ☐ Wellhead containment/repair
☐ Boom deployment  ☐ Other

**Describe the circumstances that led to the incident:** 1st boat was stopped 2nd boat hit Port side of 1st boat with starboard side.

**Has the condition causing the incident been corrected or made safe?** _____ Yes _____ No. If "yes" how?

**Were there any witnesses to the incident?** ✓ Yes _____ No. If "yes" please list their name and company. See attached

**What was the learned from this incident? (How could it be prevented in the future)**

### Section 3: Injury Details (if the incident resulted in a injury or illness complete this section)

**Describe the injury and body part affected (e.g., 1 inch scratch to right forearm) affected** Head, neck

**Specific activity being performed when injury occurred (e.g. unloading boom from truck, walking on gangway, bending over picking up debris, etc)** Operating Boomer II

**Describe the treatment received: (e.g., antiseptic and band aid applied)** Transported to Westbank medical

 bp        **Preliminary HSSE Incident Report**
                               "Short Form"                              

**Section 4: Illness Details (This section caused by illness - symptoms complete this section)**

Describe the workers' symptoms or illness (e.g. nausea and vomiting, heat rash, etc.)

Specific work activity being performed at the time of illness/symptoms prior to illness/symptoms

Describe the treatment received (e.g. rest and stop work for the day, hospitalization, etc.)

**Section 5: Exposure (This section used for chemical exposure complete this section)**

If an exposure:
How long did the task or event last? _____ minutes/hours.  How often do they do this task or event? _____ minutes/hours
Is the task or event routine or non-routine.  _____ Yes  _____ NO _____
If OCS facility/MODU, was MMS District Office notified. _____ Yes  _____ NO _____

Route of exposure (check all that apply):    ☐ Dermal    ☐ Ingestion    ☐ Inhalation

Type of chemical    ☐ Chemical dispersant        ☐ Oil/dispersant polluted wate    ☐ Smoke from oil burning
                    ☐ Cleaning agents            ☐ Other chemical
Was sampling of air, water, etc. conducted? If so, please describe:

**Section 6: Material Release (This section used for material release complete this section)**

Type of material released:

Volume of material released: _____        Volume of material recovered: _____

Released to:  _____ skid pan  _____ containment area  _____ sea  _____ air  other _____

Was the material cleaned up?  _____ Yes  _____ No. If "Yes", how?

**Section 7: Disposition**

☐ Treated in the field and released            ☒ Transported to urgent care clinic
☐ Treated at field medical station and released ☐ Transferred to emergency department/emergency room

If off site treatment is required, where did they get sent  Westbank  Oshner Westbank
If off site treatment or follow up on treatment received is assigned to:
Name: _____  Company _____  Contact # _____  Email _____
Name: _____  Company _____  Contact # _____  Email _____
Name: _____  Company _____  Contact # _____  Email _____

Person providing information:    _Kevin Fontenot_    _[signature]_    Date:  _10-7-10_
                                    (Print)            (Signature)

Person reviewing incident:     _____    _____    Date: _____
                                    (Print)            (Signature)

Responsible Supervisor:        _____    _____    Date: _____
                                    (Print)            (Signature)

Note to Reviewer:  Set a positive tone for the obtaining of information and conduct questioning from learning approach.  Do not overwhelm the person providing you the information.
•   Email completed form to: MC252_HOUMA_SAFETY@bp.com

Managed Doc #: UPS-US-SW-GOM-HSE-DOC-00700-Rev 4                          Page 2 of 2

# LAWSON ENVIRONMENTAL SERVICE, L.L.C.

## INCIDENT REPORT

Report No:

### 1. TYPE OF INCIDENT -- CHECK ALL THAT APPLY

- [x] INJURY/ILLNESS
- [x] VEHICLE DAMAGE
- [ ] HIGH LOSS POTENTIAL (NEAR MISS)
- [ ] FIRE
- [ ] SPILL/RELEASE
- [ ] PROPERTY LOSS/DAMAGE
- [ ] PERMIT OR EQUIV. EXCEEDANCE
- [ ] OTHER

### 2. GENERAL INFORMATION

PROJECT:                                        TASK:

COMPANY OR SUBCONTRACTOR NAME(S): Les

DATE OF INCIDENT: 10-7-2010    DAY OF WEEK: Thursday    MILITARY TIME: 14:00

SUPERVISOR ON DUTY: David Suzanne    PHONE:

LOCATION OF INCIDENT:

WEATHER/LIGHTING CONDITIONS: Day Light + Clear

### 3. DESCRIBE WHAT HAPPENED (step by step, use additional pages if necessary)

We were moving from one location to the next location to retrieve Boom. The Boat in Front of me stopped very shortly and I was unable to avoid colliding with the Back of the Boat.

### 4. IMMEDIATE CORRECTIVE ACTIONS (use additional pages if necessary)

### 5. AFFECTED EMPLOYEE INFORMATION (include injured person or employees whose activities resulted in incident)

NAME: Mille Higginbotham    ID#:    COMPANY: Les

HOME ADDRESS: 405 S Philbrick Ave    Iowa La 70647

SOCIAL SECURITY #: 1414    HOME PHONE #: 33 2 188 9940    MARITAL STATUS: Merried

JOB CLASSIFICATION: Director    YEARS IN JOB CLASSIFICATION:

NUMBER OF HOURS WORKED PRIOR TO INCIDENT: 24    DATE OF HIRE: June 8    DATE OF BIRTH: 59

DID INCIDENT RELATE TO ROUTINE TASK FOR JOB CLASSIFICATION?:    [ ] YES    [ ] NO

### 6. INJURY/ILLNESS INFORMATION

NATURE OF INJURY OR ILLNESS: Broke Nose Broke CheekBone Lacerations + Bruises

OBJECT/EQUIPMENT/SUBSTANCE CAUSING HARM:

FIRST AID PROVIDED?: [x] YES    [ ] NO    IF YES, WHERE: [x] ON SITE    [ ] OFF SITE

IF YES, WHO PROVIDED FIRST AID?: Acadian Ambulance

WILL THE INJURY/ILLNESS RESULT IN:    [ ] RESTRICTED DUTY    [ ] LOST TIME    [x] UNKNOWN

# LAWSON ENVIRONMENTAL SERVICE, L.L.C.
## INCIDENT REPORT (Continued)

### 7. TREATMENT OR EVALUATION INFORMATION (Attach Provider's Report/Statement)

WAS TREATMENT OR EVALUATION PROVIDED? ☑ YES ☐ NO    ☐ FIRST AID    ☐ EVALUATION    ☐ MEDICAL TREATMENT

IF YES, WHERE?    ☑ ON SITE    ☐ DR'S OFFICE    ☐ HOSPITAL    ☐ OTHER:

NAME OF PERSON(S) PROVIDING TREATMENT OR EVALUATION:

ADDRESS WHERE TREATMENT OR EVALUATION WAS PROVIDED:

TYPE OF TREATMENT OR EVALUATION:

### 8. PROPERTY LOSS OR DAMAGE INFORMATION

PROPERTY OR VEHICLE INVOLVED:                    EQUIPMENT NO.:

DESCRIPTION OF LOSS OR DAMAGE:                   ESTIMATED $ LOST:

### 9. SPILL OR RELEASE INFORMATION

SUBSTANCE SPILLED OR RELEASED:         FROM WHERE:        TO WHERE:

ESTIMATED QUANTITY/DURATION:

REPORTABLE QUANTITY (RQ):              RQ EXCEEDED? ☐ YES  ☐ NO

RELEASED TO WATERS OF STATE? ☐ YES ☐ NO    CERCLA HAZARDOUS SUBSTANCE? ☐ YES ☐ NO

RESPONSE ACTIONS TAKEN:

### 10. WITNESS INFORMATION  (Attach witness statement(s))

NAME:                  EMPLOYEE ID# :            COMPANY:

HOME ADDRESS:                                   HOME PHONE #:

NAME:                  EMPLOYEE ID# :            COMPANY:

HOME ADDRESS:                                   HOME PHONE #:

### 11. PERSONS PREPARING REPORT (Employee and Supervisor to Complete Report)

EMPLOYEE'S NAME (PRINT): *Michael Higginbotham*    SIGN: _____    DATE: *10-8-2010*

EMPLOYEE'S NAME (PRINT):           SIGN:           DATE:

SUPERVISOR'S NAME (PRINT):         SIGN:           DATE:

### 12. PERSONNEL NOTIFIED (Notify Health and Safety Manager immediately)

| MANAGEMENT | NAME(S) | DATE/TIME |
|---|---|---|
| ☐ SITE SUPERVISOR | | |
| ☐ PROJECT MANAGER | | |
| ☐ HEALTH AND SAFETY MANAGER | | |
| ☐ OTHER PERSONNEL NOTIFIED | | |

RECEIVED BY H&S REP (NAME):                        DATE/TIME:

*All incidents require immediate notification to the Site Supervisor.  Completed Incident Report due to the Project Manager and the Health and Safety Manager by the end of the work shift or prior to leaving site the day of the incident.  All spills and releases require immediate notification to the Project Manager and Corporate Environmental Compliance Manager.*

| Employer's First Report of Injury<br>Or Occupational Illness<br>(See Instructions on reverse - Leave Items 1 and 2 blank) | **U.S. Department of Labor**<br>Employment Standards Administration<br>Office of Worker's Compensations Programs |
|---|---|

OMB No. 1215-0031

| 1. OWCP No. | 2. Carrier's No.<br>160201-T6 | 3. Date and Time of Accident |
|---|---|---|

3. Date and Time of Accident: Mo. **10**  Day **07**  Yr. **10**  Hour

**4. Name of Injured/Deceased Employee** (Type or print - first, M.I., last)

MICHAEL  HIGGINBOTHAM    337-488-9940
Telephone

**5. Employee's Address** (No., street, city, state, Zip code)

405 S. PHILBRICK AVE.
IOWA, LA. 70647

**6. Injury is Reported Under the following Act** (Mark one)

A [X] Longshore and Harbor Workers' Compensation Act

B [ ] Defense Base Act

C [ ] Nonappropriated Fund Instrumentalities Act

D [ ] Outer Continental Shelf Lands Act

**7. Indicate Where Injury Occurred** (Longshore Act only) (Mark one)

A [X] Aboard Vessel or Over Navigable Waters

B [ ] Pier/Wharf

C [ ] Dry Dock

D [ ] Marine Terminal

E [ ] Building Way

F [ ] Marine Railway

G [ ] Other Adjoining Area

**8. Sex** [X] M  [ ] F

**9. Date of Birth** ▓▓/59

**10. Social Security No.** (Required by Law)  ▓▓▓ - ▓▓ - 1 6 1 4

**11. Did Injury Cause Death?** [X] No   [ ] Yes - If yes, skip to 16

**12. Did Injury Cause Loss of Time Beyond Day or Shift of Accident** [X] Yes  [ ] No

**13. Date and Hour Employee First Lost Time Because of Injury**  Mo. **10** Day **07** Yr. **10** Hour

**14. Did employee Stop Work Immediately?** [X] Yes  [ ] No

**15. Date and Hour Employee Returned to Work**

**16. Was Employee Doing Usual Work When Injured/Killed?** (If no, explain in Item 26) [ ] Yes  [ ] No

**17. Did Injury/Death Occur on Employer's Premises** [ ] Yes  [X] No

**18. Dept. in Which Employee Normally Works(ed)**

**19. Occupation**  CAPTAIN/OFFICER-FISHING VESSLFISHING VESSELS

**20. Date and Hour Pay Stopped**  10/07/10

**21. Which Days Usually Worked Per Week?** (Mark (X) days)

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | X | X | X | X | X | X |

**22. Date Employer or Foreman First Knew of accident**  10/07/10

**23. Wages or Earnings** (Include overtime, allowances, etc.)

| a. Hourly | $ |
| b. Daily | $ |
| c. Weekly | $ |
| d. Yearly | $ |

**24. Exact Place Where Accident Occurred** (See Instructions on reverse). This item should specify area if accident was in maritime employment and occurred in area adjoining navigable waters.

VENICE

**25. How was Knowledge of Accident or Occupational Illness Gained**

X

**26. Describe in full how the accident occurred** (Relate the events which resulted in the injury or occupational  disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects  or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident.

THE EMPLOYEE WAS OPERATING BOOMER II VESSEL.   THE EMPLOYEE WAS DISTRACTED BY FLYING PAPERS, CAUSING HIM TO CRASH INTO A VESSEL.

**27. Nature of Injury** (Name part of body affected - fractured left leg, bruised right thumb, etc.) If there was amputation of a member of the body, describe.

BRUISES/CONTUSIONS  MULT BODY PARTS

**28. Has Medical Attention Been Authorized** [ ] Yes  [ ] No

**29. Enter Date of Authorization**

**30. Was First Treating Physician Chosen by Employee?** [ ] Yes  [ ] No

**31. Has Insurance Carrier Been Notified?** [ ] Yes  [ ] No

Name                                      Address - Enter Name, Street, City, State, State, ZIP Code

**32. Physician**

**33. Hospital**

**34. Insurance Carrier**  LOUISIANA WORKERS' COMPENSATION CORPORATION

2237 S. ACADIAN THRUWAY
SUITE 102
BATON ROUGE, LA  70808

**35. Employer**  LAWSON ENVIRONMENTAL SERVICE LLC

2108 DENLEY ROAD
HOUMA, LA  70363

**36. Nature of Employer's Business**  LIMITED LIABILITY COMPANY (LLC)

**37. Signature of Person Authorized to Sign for Employer**

**38. Offical Title of Person Signing This Report**

**39. Date of This Report**  10/27/10

**Payment Of Compensation Without Award**
(Longshore and Harbor Workers' Compensation Act,
as extended)

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-0022

NOTE: This notice is to be filed with the District Director when the first payment is made. A copy should be sent to the payee(s) AND to their attorney.

| FOR OFFICE USE | |
| --- | --- |
| 1. OWCP No. | 2. CARRIER'S No. |
| 07-190059 | 160201 |

3. Name of injured person (First, middle, last - please print or type)

MICHAEL HIGGINBOTHAM

4. Address of injured person   (Number, street, city, state and ZIP code)

405 S. PHILBRICK AVE.
IOWA, LA  70647

5. Date of accident or first illness       (Month, day, year)

10/07/2010

6. Date disability began       (Month, day, year)

10/08/2010

7. Name of injured, or dependents of injured, to whom compensation will be paid

MICHAEL HIGGINBOTHAM;

8.

Average weekly wage $       1504.41

multiplied by 2/3 compensation rate $       1002.95

(Mark if maximum rate is being paid)       ☐ Yes   ☒ No

9. Compensation will be paid from -       Enter month, day, year

10/08/2010

until notice is given that payment has been stopped or suspended

10. Date of first payment       (Month, day, year)

10/27/2010

11. Has medical care and treatment been provided by a physician or hospital chosen by the injured person?

(Mark appropriate box)       ☒ Yes   ☐ No

12. Name and address of employer (Name, Number, Street, City, State, ZIP code and Country)

LAWSON ENVIRONMENTAL SERVICE LLC
2108 DENLEY ROAD
HOUMA, LA  70363
UNITED STATES

13. Name and address of insurance carrier and/or claim administrator(Name, Number, Street, City, State, ZIP code and Country)

LOUISIANA WORKERS' COMPENSATION CORPORATION
2237 S. ACADIAN THRUWAY
BATON ROUGE, LA  70808
UNITED STATES

14. Authorized signature

| 15. Type or print title and name of person whose signature appears in item 14 | Phone Number | 16. Date signed(mm-dd-yyyy) |
| --- | --- | --- |
| CLAIMS REPRESENTATIVE       BECKY CAUSEY | 1-877-592-2866 | 10-28-2010 |

### Public Burden Statement

The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a) and the Paperwork Reduction Act of 1995, as amended.The authority for requesting the following information is 20CFR 702.234. Use of this form is optional, however furnishing the information is required in order to obtain and/or retain benefits. According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 1215-0022. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S.Department of Labor, Division of Longshore and Harbor Workers' Compensation, Room C4315, 200 Constitution Avenue, N.W, Washington, D.C. 20210.

**DO NOT SEND THE COMPLETED FORM TO THIS OFFICE.**

Form LS-206
Rev. Dec. 2008

Notice Of Final Payment Or Suspension Of
Compensation Payments

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

| | |
|---|---|
| **INSTRUCTIONS: This notice must be filed with the District Director within 16 days after** compensation has been stopped or suspended. Use of this form is mandatory. Failure to timely file this form shall result in assessment of a penalty of $110.00. (33 U.S.C. 914(g)). This form is to be used to report disability or death compensation payments, as well as other statutory payments. The information will be used to verify the sufficiency of compensation paid under the Act. | OMB No. 1215-0024 |
| | 1. OWCP No. 07-190059 |
| | 2. Carrier's No. 160201 |

| 3. Name and address of Employee or other beneficiary (Type or Print) | a. Address of the OWCP District Office where this form is filed |
|---|---|
| Place within brackets ⌐ ⌐ MICHAEL HIGGINBOTHAM 405 S. PHILBRICK AVE. IOWA, LA  70647 ⌐ | U.S. DEPT OF LABOR-OWCP |

> **CARRIER - Original (Copy 1) should be sent to the District Director. Copies 2, 3, 4 and 5 should be sent to the parties listed at the bottom of the form. Check the boxes at the bottom of the page to indicate parties copied.**

| 4. Name of employer | 5. Address of employer |
|---|---|
| LAWSON ENVIRONMENTAL SERVICE LLC | 2108 DENLEY ROAD HOUMA, LA  70363 |

| 6. Date of injury | 7. Date employee first lost pay because of injury | 7a. Date of first payment of compensation | 8. Date physician found employee able to return to work |
|---|---|---|---|
| 10/07/10 | 10/08/10 | 10/27/10 | |

| 9. Date employee returned to work | 10. Was compensation paid at the maximum rate? |
|---|---|
| 12/10/11 | ☐ Yes  ☒ No  Average weekly wage $ 1,504.41 multiplied by 2/3 = Compensation rate $ 1,002.95 |

| 11. State reason or reasons for termination or suspension of payments | |
|---|---|
| CLMT FILED SUIT RE JONES ACT SEAMAN STATUS. | 12. Date last payment made 12/06/11 |
| | 13. Date of this notice 12/08/11 |

14.                                              **ENTER ALL PAYMENTS MADE ON ACCOUNT OF DISABILITY**

| TYPE OF DISABILITY a | FROM (Mo.,day, yr.) b | THROUGH (Mo.,day, yr.) c | AMOUNT PAID PER WEEK d | NUMBER OF WEEKS PAID e | TOTAL f |
|---|---|---|---|---|---|
| Temporary total | See attached page(s) | | | | |
| Temporary total | | | | | |
| Temporary partial | | | | | |
| Permanent total (Non-schedule) | | | | | |
| Permanent total | | | | | |
| Permanent partial (Schedule loss, facial or other disfigurement) | Percent | Part of body | | | |
| Attach continuation sheet to show additional periods, rates and amounts paid and enter total here. --------------> | | | | | 61,323.23 |
| | | | | TOTAL PAID—> | 61,323.23 |

15.                                              **ENTER ALL PAYMENTS MADE ON ACCOUNT OF DEATH**

| a. Dependent name and date of birth | b. AMOUNT | c. OTHER PAYMENTS | d. AMOUNT |
|---|---|---|---|
| | | Funeral Expenses | .00 |
| | | Sec. 44(c)(1) payment to the Special Fund | .00 |
| (Attach continuation sheet) | | TOTAL (cols. b + d)————> | 0.00 |

16.                                              **ENTER OTHER PAYMENTS**

| | | | |
|---|---|---|---|
| a. Attorney fees | .00 | d. Sec. 8(i) Settlement | .00 |
| b. Compensation for late payment per Sec. 14(e) or (f). | .00 | e. Commutation | .00 |
| c. Interest | .00 | TOTAL (cols. a, b, c, d, e)————> | 0.00 |

| 17. Name of insurance carrier or self-insured employer and claim administrator | a. Address and phone number of person whose name is shown in Box 19. |
|---|---|
| LOUISIANA WORKERS' COMPENSATION CORPORATION BECKY HARRIS | 2237 S. ACADIAN THRUWAY SUITE 102 BATON ROUGE, LA  70808      225-231-0793 |
| 18. Signature of person authorized to sign for employer or carrier | 19. Name and Title of person whose signature appears in Box 18 BECKY HARRIS CLAIMS REPRESENTATIVE |

| | |
|---|---|
| **EMPLOYEE - PLEASE READ CAREFULLY** | Any claim for compensation, to be valid, must be filed in WRITING with the District Director, OWCP, WITHIN ONE YEAR after the date of injury or date of last payment of compensation. If you have serious disfigurement of the face, head, or neck or other normally exposed areas which may handicap you in securing or maintaining employment, or any impairment of the body or other disability from the injury for which you have not received compensation, you should inform the District Director. (Address in 3a above) |

**Public Burden Statement**
The following statement is made in accordance with the Privacy Act of 1974 (5 USC 522a) and the Paperwork Reduction Act of 1995, as amended. The authority for requesting the following information is 20 CFR 702.235. According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 1215-0024. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the U.S. Department of Labor, Division of Longshore and Harbor Workers' Compensation, Room C4315, 200 Constitution Avenue, N.W., Washington, D.C. 20210.
**DO NOT SEND COMPLETED FORMS TO THIS OFFICE**

| | | | |
|---|---|---|---|
| ☐ 1 - District Director | ☐ 2 - Employer | ☐ 3 - Insurance Carrier | Form LS-208   Rev. November 2008 |
| ☐ 4 - Employee | ☐ 5 - Employee's Representative | | |

The LS-208 dated June 1998 is being replaced by LS-208 dated November 2008. All previous copies will be destroyed or cannot be used.

**Employee Name: MICHAEL HIGGINBOTHAM   Carrier's No.: 160201**

| 14. TYPE OF DISABILITY a | FROM (Mo.,day, yr.) b | THROUGH (Mo.,day, yr.) c | AMOUNT PAID PER WEEK d | NUMBER OF WEEKS PAID e | TOTAL f |
|---|---|---|---|---|---|
| Temporary Total | 10/08/2010 | 12/09/2011 | 1,002.95 | 61 1/7 | 61,323.23 |
| Total Paid | | | | | 61,323.23 |

**Employee's Claim for Compensation**

**U.S. Department of Labor**
Office of Workers' Compensation Programs



| See Instructions On Reverse | Print | Reset | | OMB No.1240-0014 |
|---|---|---|---|---|

**3. Name of person making claim (Type or print)**
First / MI. / Last
MICHAEL    HIGGINBOTHAM

**1. OWCP No.** 07-190059

**2. Carrier's No.** 160201

**5. Claimant's address (number, street, city, state, ZIP code)**
line1: 405 S. PHILBRICK AVE., IOWA, LA 70647
line2:                                                           United States

**4. Date of Injury** 10/7/10

**6. Marital Status** ☑ Married ☐ Single

**7. Sex** ☑ Male ☐ Female

**8. Date of Birth** ████/1959

**9. Social Security Number (Required by law)** ███-██-1614

**10. Did injury cause loss of time beyond day or shift of accident?** ☑ Yes ☐ No

**11. On date of injury give**
a. Hour began work 6:00 ☑ AM ☐ PM
b. Hour of accident 2:00 ☐ AM ☑ PM

**c. Did you stop work immediately?** ☑ Yes ☐ No

**12. Date and hour you stopped?** (mm/dd/yyyy) 10/7/10 (hh:mm am/pm)

**13. Date and hour you returned to work** (mm/dd/yyyy) N/A (hh:mm am/pm)

**14. Occupation (Job title: longshore worker, welder, etc.)** DISABLED    VESSEL CAPTAIN

**15. Injured while doing regular work?** ☑ Yes ☐ No (if "No," explain in item 24)

**16. Wages or earnings when injured (include overtime allowances, etc.)**
a. Weekly $1890 00/24
b. Total earnings during year immediately before injury $38,718 00/24

**17. Has 3rd party or other claim been made because of this injury?** ☑ Yes ☐ No

**18. Number of years you worked for this employer** 6/8/10

**19. Number of days usually worked per week** 7

**20. Name of supervisor at time of accident?** JARED SMITH

**21. Earliest date supervisor or employer knew of accident** (mm/dd/yyyy) 10/7/10

**22. Were you employed elsewhere during the week injured?** ☐ Yes ☑ No (If "Yes," state when and where on reverse.)

**23. Exact place where accident occurred (Street address, city, town, name of vessel, pier, terminal, etc.)**
ABOARD M/V BOOMER II ON CALIFORNIA BAY IN PLAQUEMINES PARISH

**24. Describe in full how the accident occurred** (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident. If more space is needed, continue on reverse.)
BOAT CAPTAIN FOR M/V BOOMER II. BOAT COLLISION BETWEEN M/V BOOMER II AND M/V CAPT. CHRISTO.
I STRUCK CENTER CONSOLE WITH HEAD, FACE, AND BODY WHEN M/V CAPT. CHRISTO STOPPED IN FRONT OF ME.

**25. Nature of injury (name part of body affected - fractured left leg, bruised right thumb, etc. If there was a loss or loss of use of a part of the body, describe.)**
multiple facial fractures, right orbital fracture, right maxillary fracture, bilateral shoulders, headaches, Traumatic brain injury, Post concussion syndrome, Body as whole.

**26. Have you received medical attention for this injury?** ☑ Yes ☐ No (if "Yes," give name and address of doctor, clinic, hospital, etc.)
Ochsner Medical Center, St. Patrick's Hospital, Neuro Assoc. Geoffrey Collins, M.D, James Quinn, Ph.D., Performance Rehab, Industrial Strength

**27. Were you treated by a physician of your choice?** ☑ Yes ☐ No

**28. Was such treatment provided by employer?** ☑ Yes ☐ No

**29. Are you still disabled on account of this injury?** ☑ Yes ☐ No

**30. Have you worked during the period of disability?** ☐ Yes ☑ No

**31. Have you received any wages since becoming disabled?** ☑ Yes ☐ No (if "Yes," give dates on reverse.)

**32. Has injury resulted in permanent disability, amputation or serious disfigurement?** ☑ Yes (Describe on reverse.) ☐ No

**33. Name of employer (individual or firm name)** LAWSON ENVIRONMENTAL SERVICE, LLC

**34. Nature of employer's business** OPERATIONS RELATED TO HAZARDOUS MATERIAL CLEAN UP

**35. Address of employer (Number, street, city, state, ZIP code)**
2108 DENLEY ROAD, HOUMA, LA 70363

**36. If accident occurred outside the U.S., state whether you are a U.S. Citizen** N/A ☐ Yes ☐ No

**37. I hereby make claim for compensation benefits, monetary and medical, under the**
Signature of claimant or person acting in his/her behalf _[signature]_

**38. Date of this claim** (mm/dd/yyyy)

**Section 31(a)(1) of the Longshore Act.** 33 U.S.C. 931(a)(1) provides, as follows: Any claimant or representative of a claimant who knowingly and willfully makes a false statement or representation for the purpose of obtaining a benefit or payment under this Act shall be guilty of a felony, and on conviction thereof shall be punished by a fine not to exceed $10,000, by imprisonment not to exceed five years, or by both.

Form LS-203
Rev. Sept. 1998

04/11/2012 08:58 AM

## Instructions

• Use this form to file a claim under any one of the following laws:

    Longshore and Harbor Workers' Compensation Act
    Defense Base Act
    Outer Continental Shelf Lands Act
    Nonappropriated Fund Instrumentalities Act

- Applicant may leave items 1. and 2. blank.

Except as noted below, a claim may be filed within one year after the injury or death (33 U.S.C. 913(a)).  If compensation has been paid without an award, a claim may be filed within one year after the last payment. The time for filing a claim does not begin to run until the employee or beneficiary knows, or should have known by the exercise of reasonable diligence, of the relationship between the employment and the injury.  Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The information will be used to determine an injured worker's entitlement to compensation and medical benefits.

In case of hearing loss, a claim may be filed within one year after receipt by an employee of an audiogram, with the accompanying report thereon, indicating that the employee has suffered a loss of hearing.

In cases involving occupational disease which does not immediately result in death or disability, a claim may be filed within two years after the employee or claimant becomes aware, or in the exercise of reasonable diligence or by reason of medical advice should have been aware, of the relationship between the employment, the disease, and the death or disability.

To file a claim for compensation benefits, complete and sign two copies of this form and send or give both copies to the Office of Workers' Compensation Programs District Director in the city serving the district where the injury occurred.  District Offices of OWCP are located in the following cities.

| | | | |
|---|---|---|---|
| Baltimore | Honolulu | New Orleans | Philadelphia |
| Boston | Houston | New York | San Francisco |
| Chicago | Jacksonville | Norfolk | Seattle |
| | Long Beach | | Washington, D.C. |

Use the space below to continue answers. Please number each answer to correspond to the number of the item being continued.

### Privacy Act Notice

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a) you are hereby notified that (1) the Longshore and Harbor Workers' Compensation Act, as amended and extended (33 U.S.C. 901 et seq.) (LHWCA) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor, which receives and maintains personal information on claimants and their immediate families. (2) Information which the Office has will be used to determine eligibility for and the amount of benefits payable under the LHWCA. (3) Information may be given to the employer which employed the claimant at the time of injury, or to the insurance carrier or other entity which secured the employer's compensation liability. (4) Information may be given to physicians and other medical service providers for use in providing treatment or medical/vocational rehabilitation, making evaluations and for other purposes relating to the medical management of the claim. (5) Information may be given to the Department of Labor's Office of Administrative Law Judges (OALJ), or other person, board or organization, which is authorized or required to render decisions with respect to the claim or other matter arising in connection with the claim. (6) Information may be given to the Federal, state and local agencies for law enforcement purposes, to obtain information relevant to a decision under the LHWCA, to determine whether benefits are being or have been paid properly, and where appropriate, to pursue salary/administrative offset and debt collection actions required or permitted by law. (7) Disclosure of the claimant's Social Security Number (SSN) or tax identifying number (TIN) on this form is mandatory.  The SSN and/or TIN and other information maintained by the Office may be used for identification, and for other purposes authorized by law. (8) Failure to disclose all requested information may delay the processing of the claim, the payment of benefits, or may result in an unfavorable decision or reduced level of benefits.

**Note:** The notice applies to all forms requesting information that you might receive from the Office in connection with the processing and/or adjudication of the claim you filed under the LHWCA and related statutes.

### Public Burden Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Use of this form is optional, however furnishing the information is required in order to obtain and/or retain benefits. ( 33 U.S. C.913(a) ). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, 200 Constitution Avenue, NW, Room C-4315, Washington, D.C. 20210, and reference the OMB Control Number.           DO NOT SEND THE COMPLETED FORM TO THIS OFFICE

## U. S. Department Of Labor
Office of Workers' Compensation Programs
Division of Longshore and Harbor Workers' Compensation
P O Box 30728
New Orleans, Louisiana 70190-0728
(504) 589-2671

April 5, 2012

Case No. 07-190059
Date Of Injury: 10/07/2010

CERTIFIED MAIL 7011 2000 0001 8953 5835

Louisiana Workers' Comp. Corp.
P.O. Box 98041-9041
Baton Rouge, LA 70898

**NOTICE TO EMPLOYER AND INSURANCE CARRIER THAT CLAIM HAS BEEN FILED**

Enclosed is a copy of a claim for compensation filed by Michael
Higginbotham (Claimant) under the Longshore & Harbor Workers'
Compensation Act.

You should proceed to pay compensation promptly when due as provided by
Section 14 of the Longshore and Harbor Workers' Compensation Act, and to
furnish medical treatment in accordance with Sections 7(a) and (b)
thereof, unless liability to pay compensation is controverted.  If any
installment of compensation is not paid within 14 days after it becomes
due, an additional amount of ten percent of the amount due must be paid.

Section 14(d) provides that if the employer controverts the right to
compensation, the employer shall file with the District Director, on or
before the 14th day after having knowledge of the alleged injury or
death, a notice stating that the right to compensation is controverted,
the name of the claimant, the name of the employer, the date of the
alleged injury or death, and the grounds upon which the right to
compensation is controverted.

Forms of notice of controversy are enclosed to controvert the claim in
the event that the right to compensation is denied and the claim is to
be opposed.  If the right to compensation is not denied, you should
proceed to pay compensation immediately as required by the Act.

Sincerely,

Luanne M. Wilton
Worker's Compensation Assistant


cc:  Mr. Michael Higginbotham
     405 S. Philbrick Ave.
     Iowa, LA 70647

Form LS-215a

| Notice of Controversion of Right to Compensation | **U.S. Department of Labor**<br>Employment Standards Administration<br>Office of Workers' Compensation Programs<br>Longshore and Harbor Workers' Compensation |
|---|---|

This report is required to obtain or retain benefits and is authorized by law and regulation (33 USC 914(d), (e); 20 CFR 702.251). Failure to report when controverting right to compensation can result in liability for 10 percent additional compensation.

OMB No. 1215-0023

**Instructions:** This form may be used by the employer/carrier to controvert the right to compensation. 33 USC 914(a) requires the employer to pay compensation promptly and without an award unless the right to such compensation is controverted by the filing of this form. Failure either to pay each installment of compensation, or controvert the right to such compensation, within fourteen days after it becomes due may result in liability for additional compensation equal to ten percent of each installment not paid when due (33 USC 914(d), (e). If the right to compensation is controverted, this form should be submitted in triplicate to the District Director, and the reasons for such controversion should be fully stated in item 12.

1. OWCP File No.
07-190059

2. Employer File No.

3. Carrier File No.
160201

4. Claimant's Name and Address
MICHAEL HIGGINBOTHAM
405 S. PHILBRICK AVE.
IOWA, LA 70647 UNITED STATES

5. Claim File or Injury Reported Under (check one)

[X] LHWCA    [ ] OCS

[ ] DCWCA    [ ] NFIA

[ ] DBA

6. Employee's Name and Address If different from Claimant's
SAME

7. Employer's Name, Address and Phone Number
LAWSON ENVIRONMENTAL SERVICE LLC
2108 DENLEY ROAD
HOUMA, LA 70363
504-570-3172 UNITED STATES

8. Carrier's Name, Address and Phone Number
LOUISIANA WORKERS'
COMPENSATION CORPORATION
2237 S. ACADIAN THRUWAY
BATON ROUGE, LA 70808
800-267-2410 UNITED STATES

9. Nature of Injury or Occupational Disease
BRUISES/CONTUSIONS MULT BODY PARTS

10. Date of Injury (Month, Day, Year)
OCTOBER 7, 2010

11. Date of Employer's First Knowledge of Injury (Month, Day, Year)
OCTOBER 7, 2010

12. Right to compensation is controverted for the following reason(s)

AS OF TODAY MEDICAL BENEFITS HAVE BEEN TERMINATED DUE TO THE JA SUIT FILED BY PLTF ATTY.

13. Authorized Signature

14. Print Name and Phone Number
BECKY HARRIS 225-231-0793

15. Title
CLAIMS DEPARTMENT

16. Date of this Notice (Month, Day, Year)
APRIL 13, 2012

17. (OWCP USE) A copy of this form was mailed to the claimant and/or representative

on _____ Initials _____

**Public Burden Statement**
The following statement is made in accordance with the Privacy Act of 1974 (5 USC 522a) and the Paperwork Reduction Act of 1995, as amended. The authority for requesting the following information is 20 CFR 702.251. Use of this form is optional, however furnishing the information is required in order to obtain and/or retain benefits. According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 1215-0023. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Division of Longshore and Harbor Worker's Compensation, Room C4315, 200 Constitution Avenue, N.W., Washington, D.C. 20210.
**DO NOT SEND COMPLETED FORMS TO THIS OFFICE.**

Form LS-207
Rev. December 2008

**Employer's First Report of Injury Or Occupational Illness**
(See Instructions on reverse - Leave Items 1 and 2 blank)

**U.S. Department of Labor**
Employment Standards Administration
Office of Worker's Compensations Programs

OMB No. 1215-0031

| 1. OWCP No. | 2. Carrier's No. | 3. Date and Time of Accident | | | |
|---|---|---|---|---|---|
| 07-190059 | 160201-T6 | Mo. 10 | Day 07 | Yr. 10 | Hour |

4. Name of Injured/Deceased Employee (Type or print - first, M.I., last)
MICHAEL   HIGGINBOTHAM   337-488-9940
Telephone

5. Employee's Address (No., street, city, state, Zip code)
405 S. PHILBRICK AVE.
IOWA, LA 70647

6. Injury is Reported Under the following Act (Mark one)

A [X] Longshore and Harbor Workers' Compensation Act

B [ ] Defense Base Act

C [ ] Nonappropriated Fund Instrumentalities Act

D [ ] Outer Continental Shelf Lands Act

7. Indicate Where Injury Occurred (Longshore Act only) (Mark one)

A [X] Aboard Vessel or Over Navigable Waters

B [ ] Pier/Wharf

C [ ] Dry Dock

D [ ] Marine Terminal

E [ ] Building Way

F [ ] Marine Railway

G [ ] Other Adjoining Area

8. Sex [X] M [ ] F

9. Date of Birth ___/59

10. Social Security No. (Required by Law)
___-___-1 6 1 4

11. Did Injury Cause Death?
[X] No [ ] Yes - If yes, skip to 16

12. Did Injury Cause Loss of Time Beyond Day or Shift of Accident
[X] Yes [ ] No

13. Date and Hour Employee First Lost Time Because of Injury
Mo. 10 Day 07 Yr. 10 Hour

14. Did employee Stop Work Immediately?
[X] Yes [ ] No

15. Date and Hour Employee Returned to Work
12/10/11

16. Was Employee Doing Usual Work When Injured/Killed? (If no, explain in Item 26)
[ ] Yes [ ] No

17. Did Injury/Death Occur on Employer's Premises
[ ] Yes [X] No

18. Dept. in Which Employee Normally Works(ed)

19. Occupation
CAPTAIN/OFFICER-FISHING VESSLFISHING VESSELS

20. Date and Hour Pay Stopped
10/07/10

21. Which Days Usually Worked Per Week? (Mark (X) days)

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| X | X | X | X | X | X | X |

22. Date Employer or Foreman First Knew of accident
10/07/10

| 23. Wages or Earnings (Include overtime, allowances, etc.) | |
|---|---|
| a. Hourly | $ |
| b. Daily | $ |
| c. Weekly | $ |
| d. Yearly | $ |

24. Exact Place Where Accident Occurred (See Instructions on reverse). This item should specify area if accident was in maritime employment and occurred in area adjoining navigable waters.
VENICE, LA

25. How was Knowledge of Accident or Occupational Illness Gained
X

26. Describe in full how the accident occurred (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident.
THE EMPLOYEE WAS OPERATING BOOMER II VESSEL.   THE EMPLOYEE WAS DISTRACTED BY FLYING PAPERS, CAUSING HIM TO CRASH INTO A VESSEL.

27. Nature of Injury (Name part of body affected - fractured left leg, bruised right thumb, etc.) If there was amputation of a member of the body, describe.
BRUISES/CONTUSIONS  MULT BODY PARTS

28. Has Medical Attention Been Authorized
[ ] Yes [ ] No
Name

29. Enter Date of Authorization

30. Was First Treating Physician Chosen by Employee?
[ ] Yes [ ] No
Address - Enter Name, Street, City, State, State, ZIP Code

31. Has Insurance Carrier Been Notified?
[ ] Yes [ ] No

32. Physician

33. Hospital

34. Insurance Carrier
LOUISIANA WORKERS' COMPENSATION CORPORATION
2237 S. ACADIAN THRUWAY
SUITE 102
BATON ROUGE, LA 70808

35. Employer
LAWSON ENVIRONMENTAL SERVICE LLC
2108 DENLEY ROAD
HOUMA, LA 70363

36. Nature of Employer's Business
LIMITED LIABILITY COMPANY (LLC)

37. Signature of Person Authorized to Sign for Employer

38. Offical Title of Person Signing This Report

39. Date of This Report
12/19/12

MICHAEL HIGGINBOTHAM                  :    32ᴺᴰ JUDICIAL DISTRICT COURT
and REBECCA HIGGINBOTHAM

VS. NO. 164930                        :    PARISH OF TERREBONNE

LAWSON ENVIRONMENTAL
SERVICE, LLC & UNITED STATES
ENVIRONMENTAL SERVICES, LLC          :    STATE OF LOUISIANA

FILED: ___MAR 1 4 2014___            :    _____
                                          DEPUTY CLERK

**********************************************************************

## UNCONTESTED MOTION AND ORDER
## FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, comes MICHAEL HIGGINBOTHAM and REBECCA HIGGINBOTHAM, who moves this Honorable Court, through undersigned counsel, to voluntarily dismiss their action, without prejudice, for the following reasons, to-wit:

1.

Petitioners filed suit against his employer, LAWSON ENVIRONMENTAL SERVICE, LLC, alleging a cause of action pursuant to the Jones Act, 46 U.S.C. § 688, and the defendant UNITED STATES ENVIRONMENTAL SERVICES, LLC.

2.

Prior to filing this action against his employer, LAWSON ENVIRONMENTAL SERVICE, LLC, the petitioner had filed and had pending, a Longshore Harbor Workers claim and was receiving indemnity benefits, which upon filing the present action, petitioners indemnity benefits were terminated and converted to maintenance and cure benefits.

3.

Petitioner, MICHAEL HIGGINBOTHAM's deposition was taken on August 19, 2013, and after extensive written discovery having taken place, it is the desire of the petitioners, MICHAEL HIGGINBOTHAM and REBECCA HIGGINBOTHAM, to seek a voluntary Order of dismissal, without prejudice, of this action against both named defendants, and to proceed with his longshoreman claim against his employer, LAWSON ENVIRONMENTAL SERVICE, LLC, pursuant to LA Code of Civil Procedure Article 1671.

4.

The defendants, UNITED STATES ENVIRONMENTAL SERVICES, LLC, and LAWSON ENVIRONMENTAL SERVICE, LLC, the employer of the petitioner voice no objection to granting

SCANNED

MAR 18 2014

petitioner's Motion to Voluntarily Dismiss, Without Prejudice.

Wherefore, petitioners, MICHAEL HIGGINBOTHAM and REBECCA HIGGINBOTHAM, pray that this Honorable Court grant their Motion and voluntarily dismiss their action without prejudice.

Respectfully submitted,

STEVEN W. HALE & ASSOCIATES, INC.

STEVEN W. HALE, T.A. (La. Bar No. 6425)

W. TAYLOR HALE (La. Bar No. 31762)
1735 Ryan Street
Lake Charles, LA 70601
Ph. (337) 433-0612
Fax (337) 433-0613
Email: steven@halelawfirm.com
taylor@halelawfirm.com

ATTORNEYS FOR PETITIONERS
MICHAEL HIGGINBOTHAM and
REBECCA HIGGINBOTHAM

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Uncontested Motion for Voluntary Dismissal Without Prejudice, and Proposed Order, has this day been forwarded by United States mail, postage prepaid, properly addressed to all known counsel of record herein.

Lake Charles, Louisiana, this 10th day of March, 2014.

STEVEN W. HALE

FILED
MAR 14 2014

SCANNED
MAR 18 2014

MICHAEL HIGGINBOTHAM                     :    32ND JUDICIAL DISTRICT COURT
and REBECCA HIGGINBOTHAM

VS. NO. 164930                           :    PARISH OF TERREBONNE

LAWSON ENVIRONMENTAL
SERVICE, LLC & UNITED STATES
ENVIRONMENTAL SERVICES, LLC              :    STATE OF LOUISIANA

FILED:    MAR 1 4 2014                   :    _____
                                              DEPUTY CLERK
          ORDER UNSIGNED


## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that the above-numbered and

entitled matter is hereby dismissed, without prejudice, as to Defendants, LAWSON

ENVIRONMENTAL SERVICE, LLC, and UNITED STATES ENVIRONMENTAL

SERVICES, LLC, reserving to Plaintiffs, MICHAEL HIGGINBOTHAM, and REBECCA

HIGGINBOTHAM, any and all rights that they may have in this matter against LAWSON

ENVIRONMENTAL SERVICES, LLC for Longshore Harbor Worker benefits, and any other

party, whether named or unnamed, with the court costs to be paid by petitioner.

Houma
Lake Charles, Louisiana this 18th day of March, 2014.


RECEIVED FROM JUDGE
MAR 1 2 2014
_____
Deputy Clerk of Court

_____
DISTRICT JUDGE
"E"


This certifies that all costs in this
matter have been paid.
MAR 1 4 2014
_____
Deputy Clerk of Court

SCANNED
MAR 1 2 2014



**Michael Dole, MD**
Diagnostic Pain Management

5408 Proving Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified in PM&R
- Most Insurances Accepted

### Office Followup

**Patient:** HIGGINBOTHAN, MICHAEL
**Date of Examination:** 5/23/2018

**Date of Birth:** 1959
**Evaluating Physician:** Michael Dole, MD

**HISTORY OF PRESENT ILLNESS:** Continues with facial pain secondary to fractures, right knee pain. All secondary to work-related injury in 2010. Right shoulder surgery is pending for Dr. Noble in Lake Charles. This appears to be part of his work-related injury. Urine drug test from 4/25/2018 shows significant inconsistencies. However, confirmatory LC-MS testing not approved. I suspect a cross reaction but not able to appropriately evaluate this given insurance company's lack of approval of necessary confirmatory LC-MS testing. He reports improvements in walking distance, time out of bed, and social engagement. Pill count is consistent with refill date. PMP profile reviewed.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office follow up encounter form.

**PLAN:**
1. Percocet 10 every 4 up to 6 per day.
2. Gabapentin 300 b.i.d.
3. We will continue to monitor on a monthly basis given that he is in a high-risk category per risk stratification profile.
4. I have had an extended discussion with him as documented on individual treatment plan.

Michael Dole, MD
MWD:cenlatrans/ltb

cc:     Workers' Compensation

D: 5/23/2018 T: 5/24/2018

5/23/2018   DOB ⬛/1959

HIGGINBOTHAM, MICHAEL

HIGMI000
LWC03

BATCH

**WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!**

**Patient Name:** Michael Higginbotham

**Current Mailing Address:** 405 S Philbrick  Iowa, La 70647

**Today's Date:** May 23 2018

**Phone Number:** 337 488 9940
**Alternate Phone Number:** 337 304 8071

**Please check symptoms Leaving Item blank indicates none of these symptoms**

- Fevers or chills
- Chest Pains
- Bruising
- Constipation
- Diarrhea
- Nausea/vomiting
- Rash/ Sores
- Urinary Retention
- Painful urination
- Fainting/passing out
- Shortness of Breath

- Sore throat
- Cough
- Hallucinations
- Dizziness
- Numbness
- Swollen glands
- Anemia
- ☑ Can't Sleep
- Late for work
- Lost your job
- Forgetful

- Change in appetite
- Weight loss or gain
- Skipping work or school
- Loss of memory
- Mood swings
- ☑ High anxiety
- Nervous
- ☑ Restless
- Taking meds from Someone else

- Confused
- Shaky
- Tremors
- Panic attack
- Feelings of depression
- Thoughts of suicide
- Increasing pain meds
- Sleeping too much
- Other:

**PHYSICIAN/NURSE PRACTITIONER COMMENTS**

5/11/2018

② knee pain
DB1
Cont meds
shoulder surgery pending →
is 6/14
John Worley

**WHAT IS YOUR PAIN TODAY?**
"0" is no pain and "10" is the worst pain possible
0 1 2 3 4 5 6 (7) 8 9 10

**WHAT MAKES YOUR PAIN BETTER?**
☑Meds ☑Rest ☑Lying down
Other:

**WHAT MAKES YOUR PAIN WORSE?**
☑Standing ☑Bending Walking Turning
☑Other: Sitting

**Where is pain located?** Mark All that Apply:
Head ☑Neck Back ☑Arm R/L Leg R/L
Other:

**How long have you had this pain?**
7 yrs 8 months/years

Is the pain ☑constant or occasional?
Are your pain Medications working? ☑YES NO

**Which term best describes your pain?**
Mark All that Applies: stabbing sharp
dull ☑aching burning numb ☑stiff
Other:

Do you have new pain since your last visit? ☑NO YES
If YES - Give location and describe the pain:

HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE YOUR LAST VISIT? NO ☑YES - WERE YOU GIVEN ANY MEDICINE? ☑NO YES
If "YES" – Explain the reason for your visit: Shoulder Injury
Name of Medication:

Any changes in your Health History? ☑NO YES
Do you use Tobacco? NO ☑YES Amount 1½ pack day

The information provided above is accurate and true

**Patient Signature**

**Treating Provider Signature**

**Medical Assistant Signature assisting patient with this form (if applicable)**

5/23/2018    DOB ▓▓▓/1959

**Physical Exam**                    HIGMI000

HIGGINBOTHAM MICHAEL
Weight lbs _228_   Height: _5 6_  BP _175/116_  Pulse: _81_  Allergies _(illegible list)_  WC03

Chief Complaint(Reference Diagnosis Listing-circle current problem): Dx  #1  #2  #3  #4  #5  #6

_traumatic brain injury, having shoulder surgery June 7, 2018 abandull (illegible)_

| Constitutional | Physical appearance / Grooming / Deformities  ☑appropriate  ☐ abnormal: |
|---|---|
| CV | Pulses intact? ☐Yes ☐ No: ☑R/DP   Edema or Cyanosis? ☐ yes ☐ no:   Location _____ ☐ RRR |
| Lymphatic | Palpable Nodes ☑No ☐Yes   Location _____ |
| Respiratory | ☑Unlabored   ☐CTA |
| Skin | WNL 1 2 3 4 5 6  Warm / Dry 1 2 3 4 5 6   Lesions 1 2 3 4 5 6 · Bruising/Discoloration 1 2 3 4 5 6 |
| Neurologic | A&Ox4 ☐ |
| Anatomical Reference: | Atrophy ____ Tone/Spasticity ____  CN II-XII intact _____ |
|  | Cerebellar:  UE coordination  ☐WNL  ☐ Impaired _____ |
| 1: head/neck | |
| 2: spine/trunk |  Finger to Nose  ☐WNL  ☐ Impaired _____ |
| 3. RUE | Fibromyalgia tender points: cerv  occiput  traps  pecs  troch  lumbar  knees |
| 4. LUE | Other: _____ |
| 5. RLE | |
| 6. LLE | Mood: ☐normal ☐depressed ☑flat ☐anxious ☐judgement/insight   Clonus Y / N |
| | Comment |
| Psychiatric | 1 2 3 4 5 6  Assessment of muscle strength/ tone |
| | ☐WNL  ☐RUE____  ☐LUE____  ☐RLE____  ☐LLE____ |
| Musculoskeletal | 1 2 3 4 5 6  Assessment of sensation |
| | ☐WNL  ☐RUE____  ☐LUE____  ☐RLE____  ☐LLE____ |
| | 1 2 3 4 5 6)  Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis ☐WNL |
| | 1 2 3 4 5 6  Assessment of ROM, positive: ☐WNL |
| | 1 2 3 4 5 6  Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity |
| | Cervical/ lumbar tenderness to PSP +/-  Spurling maneuver +/-   SLR +/-  Seated / Supine |
| | Examination of gait and station ☐WNL  ☑Antalgic  ☐_____ cane/ walker/ wheelchair |
| | Other: _Pre 8X (15) - rl._ |

DTR's 2 2 75

Treating Provider's Signature: _____   Date: _5/__/__

[ ] Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

5/23/2018    DOB [ ]/1959    ESTABLISHED PATIENT/TREATMENT PLAN    HIGMI000

HIGGINBOTHAM, MICHAEL                                    LWC03

Reviewed & discussed test results from prior orders [ ] Imaging films and reports [ ] Previous lab results [ ] Other

*New Diagnosis/Condition:*

| ☐ Risk Potential for Abuse & Diversion is Moderate due to: | ☐ Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ]Initial SOAPP-R 10-20 | [ ]Anonymous callers reporting abuse, unconfirmed |
| [ ]Pain well-controlled 40mg-100mg Morphine equivalent | [ ]D/C'd or falling out with prior pain doctor |
| [ ]h/o depression, stable | [ ]Depression- not stable |
| [ ]h/o inconsistent UDT, but last 2 LCMS consistent | [ ]h/o bipolar disorder |
| [ ]h/o self-escalation, but stable for past 6 months | [ ]High risk referral source |
| | [ ]Inconsistent UDT/LCMS |
| | [ ]Repeat inconsistent UDT |
| **RISK STATUS: [ ]IMPROVED [ ]NOT IMPROVED  FROM LAST VISIT** | [ ]Initial SOAPP-R > 21 |
| | [ ]Multiple prescribers of CDS meds on PMP |
| **Today's UDT Analyzer Results:** | [ ]Pain controlled >100mg Morphine equivalent |
| | [ ]Pain not controlled on > 80mg Morphine equivalent |
| | [ ]Personal or family h/o substance abuse |
| | [ ]Repeat self-escalation of meds |
| | [ ]s/p gastric bypass |
| | [ ]Self escalating meds |
| | [ ]Tattoos > 2, or tattoos on neck/face |
| | [ ]UDT + THC once |
| | [ ]2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Improve Quality of Sleep | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

**Counseling – Discussed today:** [ ]General tenets of opioid agreement [ ]Plan of Care Developed today  [ ]Encouraged HEP
[ ]Weight loss                              [ ]RTW              [ ]Dangers of ETOH & CDS      [ ]LAN speech
[ ]Tobacco cessation    [ ]Limitations of pain management  [ ]Common & remote side effects of meds
[ ]Need to bring medication in original bottles to all office visits

**Additional Work Up Ordered Today:** [ ]Peripheral Neuropathy w/u   [ ]PMP checked today      [ ]EMG _____
[ ] X-ray _____    [ ]MRI of LS/ Cervical / Thoracic Spine_____
[ ]CBC and CMP to monitor side effects of chronic NSAID and APAP therapy [ ]Consult– Refer to:
[ ] Other_____    [ ]Obtain/Review medical records _____
REVISIONS TO TREATMENT PLAN _____

Follow up____ Weeks / months /UTS PRN  D/C 1 2 Provider Signature:_____  Date:_____

LAST FILL DATE _____    REFILL DUE DATE _____

Total Visit Time: ____(minutes)    Counseling & Coordination of Care time ____(minutes)



# Michael Dole, MD
## Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified in PM&R
- Most Insurances Accepted

## Office Followup

**Patient:**        **HIGGINBOTHAM, MICHAEL**
**Date of Examination:**    **4/25/2018**

**Date of Birth:**       ████1959
**Evaluating Physician:**    Michael Dole, MD

**HISTORY OF PRESENT ILLNESS:** Continues with headaches and facial pain secondary to fractures and TBI, right knee pain and depressed mood secondary to work-related injury from 2010. Urine drug test confirmation has not been approved. Prior testing has shown significant inconsistencies. Still not able to get necessary approval for needed urine drug testing. Today's urine drug test is positive for oxycodone but also positive for nonprescribed opiates, which the patient denies. It is impossible to tell if he is taking nonprescribed medications given that confirmatory testing has not been approved.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office follow up encounter form.

## PLAN:
1. Percocet 10 every 4 six per day.
2. Gabapentin b.i.d.
3. I have had an extended discussion with the patient as documented on individual treatment plan. Reviewed work abilities, answered all questions, and discussed with patient at length. Counseled and coordinated care 30 of 46 minutes.

Michael Dole, MD
MWD:cenlatrans/ltb

cc:    Workers' Compensation

D: 4/25/2018 T: 4/26/2018

4/25/2018   DOB ▓▓▓/1959

HIGGINBOTHAM, MICHAEL

HIGMI000
LWC03

## WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!

**Patient Name:** *Mike Higginbotham*

**Current Mailing Address:** *4705 S Philbrick Ave Iowa La*

**Today's Date:** *April 25, 2018*

**Phone Number:** *337 468 9930*

**Alternate Phone Number:** *304 8071*

**PHYSICIAN/NURSE PRACTITIONER COMMENTS**

TBI and ℞ knee pain 2° work injury 10/7/10. ℞ shoulder injury - not work related. Appt 5/3/18 Dr. Collins to do ℞ surgical repair. Continue meds

### Please check symptoms Leaving Item blank indicates none of these symptoms

- □ Fevers or chills
- □ Chest Pains
- □ Bruising
- □ Constipation
- □ Diarrhea
- □ Nausea/vomiting
- □ Rash/ Sores
- □ Urinary Retention
- □ Painful urination
- □ Fainting/passing out
- □ Shortness of Breath

- □ Sore throat
- □ Cough
- □ Hallucinations
- □ Dizziness
- □ Numbness
- □ Swollen glands
- □ Anemia
- ☑ Can't Sleep
- □ Late for work
- □ Lost your job
- □ Forgetful

- □ Change in appetite
- □ Weight loss or gain
- □ Skipping work or school
- □ Loss of memory
- □ Mood swings
- ☑ High anxiety
- □ Nervous
- ☑ Restless
- □ Taking meds from Someone else

- □ Confused
- □ Shaky
- □ Tremors
- □ Panic attack
- □ Feelings of depression
- □ Thoughts of suicide
- ☑ Increasing pain meds
- □ Sleeping too much
- □ Other:

### WHAT IS YOUR PAIN TODAY?
"0" is no pain and "10" is the worst pain possible

0 1 2 3 4 5 6 7 (8) 9 10

**WHAT MAKES YOUR PAIN BETTER?**
☑ Meds ☑ Rest □ Lying down
□ Other:

**WHAT MAKES YOUR PAIN WORSE?**
□ Standing ☑ Bending □ Walking ☑ Turning
□ Other:

**Where is pain located?** *Mark All that Apply:*
□ Head □ Neck □ Back □ Arm ℞/L □ Leg (℞)
□ Other:

**How long have you had this pain?**
*7 yrs* months/years

Is the pain ☑ constant or □ occasional?
Are your pain Medications working?
☑ YES  □ NO

**Which term best describes your pain?**
*Mark All that Applies:* ☑ stabbing ☑ sharp
□ dull □ aching ☑ burning □ numb ☑ stiff
□ Other:

Do you have new pain since your last visit? ☑ NO  □ YES
If YES - Give location and describe the pain:

HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE
YOUR LAST VISIT? □ NO  ☑ YES - WERE YOU GIVEN ANY MEDICINE? ☑ NO  □ YES
If "YES" – Explain the reason for your visit:

**Name of Medication:** *Dr. J.P. Collins   Ortho*

Any changes in your Health History? ☑ NO  □ YES
Do you use Tobacco? □ NO  ☑ YES Amount *1 pack day*

The information provided above is accurate and true

**Patient Signature** *[signature]*

**Treating Provider Signature** *[signature] MD 4/25/18*

Medical Assistant Signature assisting patient with this form (if applicable)

4/25/2018     DOB ▓▓▓▓ 1959

HIGGINBOTHAM, MICHAEL                    **Physical Exam**                    HIGMI000
Weight lbs: 228   Height: 5 6   BP: 58 / 90   Pulse: 52   Allergies: *Named list*     AWC03

Chief Complaint (Reference Diagnosis Listing-circle current problem):   Rx  #1  #2  #3  #4  #5  #6

*Tramatic brain injury dramblee*

| Constitutional | Physical appearance / Grooming / Deformities   ☑appropriate   ☐ abnormal: |
|---|---|
| CV | Pulses intact? ☑Yes ☐ No: CR/DP   Edema or Cyanosis? ☐ yes ☐ no:   Location      ☐ RRR |
| Lymphatic | Palpable Nodes ☑No ☐Yes   Location |
| Respiratory | ☐Unlabored   ☐CTA |
| Skin | WNL 1 2 ③4 5 6   Warm/ Dry 1 2 ③4 5 6   Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |
| Neurologic | A&Ox4 ☑ |

| Anatomical Reference: | | | | |
|---|---|---|---|---|
| | Atrophy | Tone/Spasticity | CN II-XII intact_____ | |
| 1: head/neck | Cerebellar: | UE coordination | ☐WNL | ☐ Impaired_____ |
| 2: spine/trunk | | Finger to Nose | ☐WNL | ☐ Impaired_____ |
| 3. RUE | Fibromyalgia tender points:  cerv    occiput    traps    pecs    troch    lumbar    knees | | | |
| 4. LUE | Other: | | | DTR's |
| 5. RLE | | | | Clonus  Y / N |
| 6. LLE | Mood:  ☐normal ☐depressed ☐flat ☑anxious ☐judgement/insight | | | |
| | Comment | | | |

| Psychiatric | |
|---|---|
| Musculoskeletal | 1 2 3 4 5 6   Assessment of muscle strength/ tone<br>☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____<br>1 2 3 4 5 6   Assessment of sensation<br>☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____<br><br>1 2 3 4 5 6   Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/<br>effusions/ synovitis   ☐WNL                                    *R knee* *R shoulder*<br>1 2 3 4 5 6   Assessment of ROM, positive: ☐WNL _____<br><br>1 2 3 4 5 6   Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity<br><br>Cervical/ lumbar tenderness to PSP  + / -   Spurling maneuver  + / -     SLR  + / -   Seated / Supine<br><br>Examination of gait and station   ☐WNL   ☑Antalgic   ☐_____ cane/ walker/ wheelchair<br><br>Other: |

Treating Provider's Signature: _____       Date: 4-25-18

☑ Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

4/25/2018    DOB _____ 1959

HIGGINBOTHAM, MICHAEL          **ESTABLISHED PATIENT/TREATMENT PLAN**          HIGMI000
                                                                              LWC03

Reviewed & discussed test results from prior orders [ ] Imaging films and reports [x] Previous lab results. [ ] Other
1-3-18

*New Diagnosis/Condition:*    _Cup only Moderate_

| [ ] Risk Potential for Abuse & Diversion is Moderate due to: | [x] Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ] Initial SOAPP-R 10-20. | [ ] Anonymous callers reporting abuse, unconfirmed |
| [ ] Pain well-controlled 40mg-100mg Morphine equivalent | [ ] D/C'd or falling out with prior pain doctor |
| [ ] h/o depression, stable | [ ] Depression- not stable |
| [ ] h/o inconsistent UDT, but last 2 LCMS consistent | [ ] h/o bipolar disorder |
| [ ] h/o self-escalation, but stable for past 6 months | [ ] High risk referral source |
| | [√] Inconsistent UDT/LCMS |
| | [√] Repeat inconsistent UDT |
| **RISK STATUS:** [ ] IMPROVED [ ] NOT IMPROVED FROM LAST VISIT | [ ] Initial SOAPP-R > 21 |
| | [ ] Multiple prescribers of CDS meds on PMP |
| | [ ] Pain controlled >100mg Morphine equivalent |
| **Today's UDT Analyzer Results:** | [ ] Pain not controlled on > 80mg Morphine equivalent |
| _Neut_ | [ ] Personal or family h/o substance abuse |
| | [ ] Repeat self-escalation of meds |
| | [ ] s/p gastric bypass |
| | [ ] Self escalating meds |
| | [ ] Tattoos > 2, or tattoos on neck/face |
| _80 kg_ | [ ] UDT + THC once |
| | [ ] 2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [√] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [√] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Improve Quality of Sleep | [√] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

**Counseling – Discussed today:** [√] General tenets of opioid agreement [√] Plan of Care Developed today [ ] Encouraged HEP
[ ] Weight loss                [√] MMLO    [√] RTW √        [√] Dangers of ETOH & CDS        [ ] LAN speech
[ ] Tobacco cessation          [√] Limitations of pain management    [√] Common & remote side effects of meds
[√] Need to bring medication in original bottles to all office visits

**Additional Work Up Ordered Today:** [ ] Peripheral Neuropathy w/u  [ ] PMP checked today        [ ] EMG _____
[ ] X-ray _____        [ ] MRI of LS/ Cervical / Thoracic Spine _____
[ ] CBC and CMP to monitor side effects of chronic NSAID and APAP therapy [ ] Consult– Refer to:
[ ] Other: _____        [ ] Obtain/Review medical records_____
REVISIONS TO TREATMENT PLAN -

Follow up _1_ Weeks /(months) UTS PRN D/C 1 2 Provider Signature: _____ Date: 4/25/18

LAST FILL DATE _3-29_    REFILL DUE DATE _4-28_  (27th)
                                                    _34_        _3-29 filled Nmoo_
Total Visit Time: _46_ (minutes)   Counseling & Coordination of Care time ___ (minutes)        _# 24_

BATCH 99

HCFA 5132

**Date of Service** 4-25-18

**Patient Name** Michael Higinbotham

**Date Of Birth** [redacted] 59

☐ Michael Dole, MD

☐ Melanie Jameson, APRN, ANP, PA

☑ Joyce Hines, APRN, FNP, PA

## MODERATE RISK TESTS ORDERED

**Alcohol, any specimen except breath**
☑ Ethyl Glucuronide (Ethyl Sulfate)

**Amphetamines**
☑ Amphetamines, ☑ Methamphetamines

**Barbiturates**
☑ Butabarbital, ☑ Butalbital, ☑ Phenobarbital, ☑ Pentobarbital

**Benzodiazepines**
☑ 7-Aminoclonazepine, ☑ AlphaHydroxyalprazolam,
☑ Desalkylflurazepam, ☑ Diazepam(Nordiazepam),
☑ Temazepam(Oxazepam), ☑ Flunitrazepam, ☑ Lorazepam

**Buprenorphine**
☑ Buprenorphine (Norbupenorphine)

**Cannabinoids**
☑ THC-COOH

**Carbamates**
☑ Carisoprodol (Meprobamate)

**Opiates/Opioids**
☑ Codeine, ☑ Fentanyl (Norfentanyl), ☑ Meperidine (Normeperidine),
☑ Gabapentin, ☑ Morphine, ☑ Oxycodone (Noroxycodone,Oxymorphone)
☑ Propoxyphene (Norpropoxyphene), ☑ Tramadon esmethyltramadol)
☑ Hydrocodone (Norhydrodocode, Dihydrocodeine), ☑ Naloxone,
☑ Hydromorphone

**Other Illicits**
☑ Benzoylecgonine, ☑ MDMA, ☑ MethyleneDioxyAmphetamine,
☑ MethyleneDioxyPyrovalerone, ☑ Methadone, ☑ Methylone,
☑ Pentadrone, ☑ Cotinine

**Sedative Hypnotics**
☑ Zaleplone, ☑ Zolpidem (Zolpidem Phenyl-4-carboxylic acid), ☑ Zipliclone

**Synthetic Cannabinoids**
☑ JWH-018, JWH-073, JWH-250

**Tapentadols**
☑ Tapentadol (Desmethyltapentadol)

**Tricyclics/Antidepressants**
☑ Cyclobenzaprine

## HIGH RISK TESTS ORDERED

**Barbiturates**
☑ Amobarbital, ☑ Secobarbital

**Opiates/Opioids**
☑ 6-Acetylmorphin (Heroin), ☑ Methadone (EDDP)

**Other Illicits**
☑ Phencyclidine

**Tricyclics/Antidepressants**
☑ Amitriptyline, ☐ Nortriptyline, ☑ clomipramine
☑ Doxepin, ☑ Ritalinic Acid(Methylphenidate)
☐ Imipramine(Desipramine)

** High risk includes all test run on the Moderate risk panel**

Other High risk History, Behavior Observed Today

☐ Medicare Incident-To (billed under Dr. Dole)

☐ Drug screen/qualitative

*[signature]*
4-25-18

**Provider Signature/Date**

Accession: 0100046994, Donor: Higginbotham, Michael, Collected on: 04/25/2018 8:25AM

5408 Provine Place
Alexandria, LA 71303
Phone #: 318-449-8333

# Michael Dole M.D.

## ☑ Qualitative testing results [_] Quantitative testing results

Printed on: 04/25/2018 8:54AM by Turner, Charlotte

| Patient Name: | Higginbotham, Michael | Accession: | 0100046994 |
| SSN: | higmi000 | Collection Date: | 04/25/2018 8:25AM |
| DOB: | ████/1959 | Test Date: | 04/25/2018 8:55AM |

**Prescribed Medications:**

Oxycodone

Gabapentin

---

## LCMS Confirmation Summary

LCMS Confirmation Result Pending

---

### Screening Results

| Test | Result | Cutoff |
|------|--------|--------|
| Benzodiazepine | Negative | >= 200 ng/mL |
| Ethyl Alcohol | Negative | >= 100 mg/dl |
| Methadone Metabolite | Negative | >= 1000 ng/mL |
| **Opiate 300** | **Positive** | >= 300 ng/mL |
| **OXYCODONE** | Positive *OK* | >= 300 NG/ML |

LCMS Confirmation Comment:

_____          _____
Technologist                                               Date
                                                                4-25-18

These are preliminary analytical test results. A more specific alternative chemical method must be used to obtain a confirmed analytical result. Liquid chromatography/ mass spectrometry (LC/MS) is preferred confirmatory method. Other chemical methods are available. Clinical consideration and professional judgement should be applied to any drug-of-abuse test results, particularly when preliminary positive results are used. For all LCMS reports, this is a Laboratory developed test and it is not approved by the FDA.

# MD  Michael Dole, MD
## Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

HCFA  4/6/2018  000000115

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified in PM&R
- Most Insurances Accepted

## Office Followup

**Patient:**                          **HIGGINBOTHAN, MICHAEL**
**Date of Examination:**              **3/29/2018**

**Date of Birth:**                    ●/1959
**Evaluating Physician:**             **Michael Dole, MD**

**HISTORY OF PRESENT ILLNESS:**  Continues with right knee pain.
Has gotten worse over the past month. Also recently dislocated his right
shoulder.  He reports improvements in walking distance, time out of bed.
Urine drug test has not been approved.  I note that his risk stratification
profile puts him in a high-risk category.  We have repeatedly requested
necessary urine drug testing and have been repeatedly denied by his
insurance company.  His PMP profile is reviewed.  Pill counts are
reviewed, consistent with refill dates.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are
reviewed and noted on handwritten office followup encounter form.

**IMPRESSION:**
1.  Traumatic brain injury with facial pain.
2.  Facial fractures.
3.  Right knee pain.
4.  Chronic pain.
5.  Depressed mood.

**PLAN:**
1.  Will increase Percocet to 10 every 4 six per day p.r.n., gabapentin
    b.i.d.
2.  The patient is not at MMI, unable to return to work.
3.  I have had an extended discussion with him as documented on
    individual treatment plan.

Michael Dole, MD
MWD:cenlatrans/hjl

cc:    Workers' Compensation

D: 3/29/2018 T: 3/29/2018

BATCH 98

3/29/2018    DOB ~~████~~/1959                                    HIGMI000

HIGGINBOTHAM, MICHAEL                                           LWC03

**WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!**

| Patient Name: Michael Higginbotham | Today's Date: 3/29/18 |
|---|---|

Current *Mailing* Address:

405 S Philbrick Ave Iowa LA 70647

Phone Number: 337-488-9940
Alternate Phone Number: 337-304-8077

**Please check symptoms Leaving item blank indicates none of these symptoms**

PHYSICIAN/NURSE PRACTITIONER COMMENTS

| | | | |
|---|---|---|---|
| □ Fevers or chills | □ Sore throat | □ Change in appetite | □ Confused |
| □ Chest Pains | □ Cough | □ Weight loss or gain | □ Shaky |
| □ Bruising | □ Hallucinations | □ Skipping work or school | □ Tremors |
| □ Constipation | □ Dizziness | | □ Panic attack |
| □ Diarrhea | □ Numbness | □ Loss of memory | □ Feelings of depression |
| □ Nausea/vomiting | □ Swollen glands | □ Mood swings | |
| □ Rash/ Sores | □ Anemia | ☑ High anxiety | □ Thoughts of suicide |
| □ Urinary Retention | | □ Nervous | ☑ Increasing pain meds |
| □ Painful urination | ☑ Can't Sleep | □ Restless | |
| □ Fainting/passing out | □ Late for work | □ Taking meds from Someone else | □ Sleeping too much |
| □ Shortness of Breath | □ Lost your job | | □ Other: |
| | □ Forgetful | | |

4/6/2018

000000116

*(handwritten comments:)* #31 R knee pain

Shoulder pain - dislocation

# Percocet.

**WHAT IS YOUR PAIN TODAY?**
"0" is no pain and "10" is the worst pain possible

0 1 2 3 4 5 6 7 8 (9) 10

**WHAT MAKES YOUR PAIN BETTER?**
☑Meds □Rest □Lying down
□Other:

**WHAT MAKES YOUR PAIN WORSE?**
□Standing ☑Bending □Walking ☑Turning
□Other:

**Where is pain located?** *Mark All that Apply:*
☑Head ☑Neck ☑Back ☑Arm R/L ☑Leg R/L
□Other:

**How long have you had this pain?**
7          months/years

Is the pain ☑constant or □ occasional?
Are your pain Medications working?
☑YES   □ NO

Which term best describes your pain?
*Mark All that Applies:* □stabbing □sharp
□dull ☑aching ☑burning □numb ☑stiff
□Other:

Do you have new pain since your last visit? □ NO  ☑YES
If YES - Give location and describe the pain: Left knee swelling / Right shoulder dislocation

HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE YOUR LAST VISIT? □ NO  ☑YES - WERE YOU GIVEN ANY MEDICINE? ☑NO  □ YES
If "YES" – Explain the reason for your visit: Severe knee pain / 3/10/18 / Shoulder dislocation from accident 3/24/18
Name of Medication: Received shot

Any changes in your Health History? ☑NO  □ YES
Do you use Tobacco? □NO ☑YES Amount  1 pk

The information provided above is accurate and true

*Patient Signature* Michael Higginbotham

Medical Assistant Signature assisting patient with this form (if applicable)

Treating Provider Signature

BATCH 98
HCFA 4/6/2018
00000001117

3/29/2018    DOB � 1959    HIGMI000

HIGGINBOTHAM, MICHAEL    **Physical Exam**    LWC03

Weight lbs: 227    Height: 5'6    BP 153/102    Pulse: 53    Allergies: all med list

Chief Complaint(Reference Diagnosis Listing-circle current problem): Dx #1 #2 #3 #4 #5 #6

traumatic brain injury - dx and □□□

| Constitutional | Physical appearance / Grooming / Deformities  ☑appropriate   □ abnormal: |
| --- | --- |
| CV | Pulses intact? ☑Yes □ No: ___ ☑R/DP   Edema or Cyanosis? ☑ yes □ no:   Location ___   □ RRR |
| Lymphatic | Palpable Nodes ☑No □Yes   Location |
| Respiratory | ☑Unlabored   □CTA |
| Skin | WNL ☑2 3 4 5 6   Warm / Dry ☑2 3 4 5 6   Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |
| Neurologic | A&Ox4 ☑ |

| Anatomical Reference: | Atrophy ___ Tone/Spasticity ___   CN II-XII intact ___ |
| --- | --- |
| 1: head/neck | Cerebellar:   UE coordination  □WNL   □ Impaired ___ |
| 2: spine/trunk | Finger to Nose   □WNL   □ Impaired ___ |
| 3. RUE | Fibromyalgia tender points:  cerv   occiput   traps   pecs   troch   lumbar   knees |
| 4. LUE | Other: ___ |
| 5. RLE | |
| 6. LLE | Mood:   □normal □depressed □flat □anxious ☑judgement/insight  cel -  Comment |

DTR's
Clonus  Y / N

| Psychiatric | |
| --- | --- |
| Musculoskeletal | 1 2 3 4 5 6  Assessment of muscle strength/ tone   □WNL   □RUE___   □LUE___   □RLE___   □LLE___ |
| | 1 2 3 4 5 6  Assessment of sensation   □WNL   □RUE___   □LUE___   □RLE___   □LLE___ |
| | 1 2 3 4 5 6  Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis  □WNL |
| | 1 2 3 4 5 6  Assessment of ROM, positive: □WNL   Shrg ® shoulder ® knee |
| | 1 2 3 4 5 6  Assessment of stability, positive for □WNL □dislocation □Subluxation □laxity |
| | Cervical/ lumbar tenderness to PSP  +/-   Spurling maneuver +/-   SLR +/-   Seated / Supine |
| | Examination of gait and station  □WNL   ☑Antalgic   □___   cane/ walker/  wheelchair |
| | Other: ___ |

Treating Provider's Signature: ___    Date: ___

| | Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

3/29/2018   DOB ████ 1959

**ESTABLISHED PATIENT/TREATMENT PLAN**

HIGMI000
LWC03

HIGGINBOTHAM, MICHAEL

Reviewed & discussed test results from prior orders [ ] Imaging films and reports   [ ] Previous lab results   [ ] Other

***New Diagnosis/Condition:***   *(not opened.)*

| [ ] Risk Potential for Abuse & Diversion is Moderate due to: | [ ] Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ] Initial SOAPP-R 10-20 | [ ] Anonymous callers reporting abuse, unconfirmed |
| [ ] Pain well-controlled 40mg-100mg Morphine equivalent | [ ] D/C'd or falling out with prior pain doctor |
| [ ] h/o depression, stable | [ ] Depression- not stable |
| [ ] h/o inconsistent UDT, but last 2 LCMS consistent | [ ] h/o bipolar disorder |
| [ ] h/o self-escalation, but stable for past 6 months | [ ] High risk referral source |
| | [ ] Inconsistent UDT/LCMS |
| | [ ] Repeat inconsistent UDT |
| **RISK STATUS: [ ] IMPROVED [ ] NOT IMPROVED  FROM LAST VISIT** | [ ] Initial SOAPP-R > 21 |
| | [ ] Multiple prescribers of CDS meds on PMP |
| | [ ] Pain controlled >100mg Morphine equivalent |
| **Today's UDT Analyzer Results:** | [ ] Pain not controlled on > 80mg Morphine equivalent |
| | [ ] Personal or family h/o substance abuse |
| | [ ] Repeat self-escalation of meds |
| | [ ] s/p gastric bypass |
| | [ ] Self escalating meds |
| | [ ] Tattoos > 2, or tattoos on neck/face |
| | [ ] UDT + THC once |
| | [ ] 2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Improve Quality of Sleep | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

Counseling – Discussed today: [ ] General tenets of opioid agreement  [ ] Plan of Care Developed today    [ ] Encouraged HEP
[ ] Weight loss                [ ] MM     [ ] RTW          [ ] Dangers of ETOH & CDS        [ ] LAN speech
[ ] Tobacco cessation          [ ] Limitations of pain management      [ ] Common & remote side effects of meds
[ ] Need to bring medication in original bottles to all office visits

Additional Work Up Ordered Today: [ ] Peripheral Neuropathy w/u   [ ] PMP checked today          [ ] EMG _____
[ ] X-ray _____      [ ] MRI of LS/ Cervical / Thoracic Spine _____
[ ] CBC and CMP to monitor side effects of chronic NSAID and APAP therapy  [ ] Consult– Refer to:
[ ] Other: _____                              [ ] Obtain/Review medical records _____
REVISIONS TO TREATMENT PLAN -

Follow up ___ Weeks / months / UTS /PRN   D/C 1  2 Provider Signature: _____    Date: _____

LAST FILL DATE _____      REFILL DUE DATE  4/1 _____

Total Visit Time: ___ (minutes)   Counseling & Coordination of Care time ___ (minutes)



**Michael Dole, MD**
Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified in PM&R
- Most Insurances Accepted

## Office Followup

**Patient:**                      **HIGGINBOTHAM, MICHAEL**
**Date of Examination:**         3/1/2018

**Date of Birth:**                ▬/1959
**Evaluating Physician:**      Michael Dole, MD

**HISTORY OF PRESENT ILLNESS:** Continues with knee pain, facial pain secondary to work-related injury. He reports improvements in walking distance, time out of bed, and social engagement. Reports that he took a few extra pain medicines, but he did have some old ones put away and has been able to make them stretch. Did not bring his pain medicines for pill count. He is also reporting difficulty with sleep. Continues to have depression secondary to his work-related injury. Has not been able to get in to see Dr. Quillin. Apparently insurance has not approved this. Urine drug test from 12/7/2017 is reviewed. It shows moderate inconsistencies. I note that his insurance company continues to deny necessary confirmatory urine drug tests, which is one of the most effective ways of monitoring compliance with medication strategy. Given his individual risk stratification profile, he should be having urine drug testing minimum of 4-6 times a year. He needs LC-MS testing in order to appropriately monitor what he is taking. His pain continues from his work-related injury from 2010. PMP profile is reviewed.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office follow up encounter form.

**IMPRESSION:**
1. Traumatic brain injury.
2. Facial pain secondary to fractures.
3. Right knee pain.
4. Chronic pain syndrome.
5. Depressed mood with anxiety secondary to work-related injury.

Continued...

HIGGINBOTHAM, MICHAEL
3/1/2018
Page 2

**PLAN:**
1. Percocet 10 q.i.d. p.r.n.
2. Gabapentin b.i.d.
3. The patient is not at MMI, unable to return to work.
4. Return, 1 month.
5. I have had an extended discussion with the patient as documented on individual treatment plan.
6. Spent 34 of 46 minutes counseling and coordinating care.
7. Check urine drug testing as noted above.


Michael Dole, MD
MWD:cenlatrans/ltb

cc:      Workers' Compensation

D: 3/1/2018 T: 3/2/2018

3/1/2018    DOB ▬▬▬1959

HIGGINBOTHAM, MICHAEL

HIGMI000
LWC03

**WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!**

Patient Name: _Michael Higinbotham_

Current *Mailing Address:*

_405 S Philbrick Ave Iowa La, 70547_

Today's Date: _Mar 1 2018_

Phone Number: _337 488 9946_
Alternate Phone Number: _304-8077_

Please check symptoms Leaving item blank indicates none of these symptoms

PHYSICIAN/NURSE PRACTITIONER COMMENTS

| | | | |
|---|---|---|---|
| □ Fevers or chills | □ Sore throat | □ Change in appetite | □ Confused |
| □ Chest Pains | □ Cough | □ Weight loss or gain | □ Shaky |
| □ Bruising | □ Hallucinations | □ Skipping work or school | □ Tremors |
| □ Constipation | □ Dizziness | | □ Panic attack |
| □ Diarrhea | □ Numbness | □ Loss of memory | □ Feelings of depression |
| □ Nausea/vomiting | □ Swollen glands | □ Mood swings | |
| □ Rash/ Sores | □ Anemia | ☑ High anxiety | □ Thoughts of suicide |
| □ Urinary Retention | | □ Nervous | □ Increasing pain meds |
| □ Painful urination | ☑ Can't Sleep | ☑ Restless | |
| □ Fainting/passing out | □ Late for work | □ Taking meds from Someone else | □ Sleeping too much |
| □ Shortness of Breath | □ Lost your job | | □ Other: |
| | □ Forgetful | | |

*(handwritten comments, right column):* Fixed pain ® knee pain. Took a few extra pain pills ... ®s

**WHAT IS YOUR PAIN TODAY?**
"0" is no pain and "10" is the worst pain possible

0 1 2 3 4 5 6 7 8 ⑨ 10

**WHAT MAKES YOUR PAIN BETTER?**
☑Meds ☑Rest □Lying down
□Other:

**WHAT MAKES YOUR PAIN WORSE?**
☑Standing ☑Bending □Walking □Turning
□Other:

Where is pain located? Mark All that Apply:
□Head □Neck ☑Back □Arm Ⓡ/L ☑Leg Ⓡ/L
□Other:

How long have you had this pain?
_7yrs_ months/years

Is the pain ☑constant or □ occasional?
Are your pain Medications working?
☑YES □ NO

Which term best describes your pain?
Mark All that Applies: ☑stabbing ☑sharp
□dull ☑aching □burning □numb ☑stiff
□Other:

Do you have new pain since your last visit? ☑NO □ YES
If YES - Give location and describe the pain:

HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE YOUR LAST VISIT? ☑NO □ YES - WERE YOU GIVEN ANY MEDICINE? □ NO □ YES
If "YES" – Explain the reason for your visit:
**Name of Medication:**

Any changes in your Health History? □ NO □ YES
Do you use Tobacco? □ NO ☑YES Amount _½ pack day_

The information provided above is accurate and true

Patient Signature _[signature]_

Medical Assistant Signature assisting patient with this form (if applicable)

Treating Provider Signature _[signature]_

3/1/2018     DOB ███ 1959                                        HIGMI000

**HIGGINBOTHAM, MICHAEL**                    **Physical Exam**          WC03

Weight lbs: 239  Height: 5'6"  BP: 199/143  Pulse: 64  Allergies: *See med list*

Chief Complaint/Reference Diagnosis Listing-circle current problem): Dx #1 #2 #3 #4 #5 #6
*Traumatic brain injury dimmed*

| | |
|---|---|
| **Constitutional** | Physical appearance / Grooming / Deformities ☐appropriate ☐ abnormal: |
| **CV** | Pulses intact? ☐Yes ☐ No: PT/DP  Edema or Cyanosis? ☐ yes ☐ no: Location ☐ RRR |
| **Lymphatic** | Palpable Nodes ☑No ☐Yes  Location |
| **Respiratory** | ☑Unlabored  ☐CTA |
| **Skin** | WNL 1 2 ③ 5 6   Warm/ Dry 1 2 ③ 5 6   Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |
| **Neurologic** | A&Ox4 ☐ |

Anatomical Reference:

1: head/neck
2: spine/trunk
3. RUE
4. LUE
5. RLE
6. LLE

Atrophy        Tone/Spasticity        CN II-XII intact
Cerebellar:  UE coordination  ☐WNL  ☐ Impaired
             Finger to Nose  ☐WNL  ☐ Impaired
Fibromyalgia tender points: cerv   occiput   traps   pecs   troch   lumbar   knees
Other:

DTR's
Clonus  Y / N

Mood: ☐normal ☐depressed ☑flat ☐anxious ☑judgement/insight
Comment

**Psychiatric**

**Musculoskeletal**

1 2 3 4 5 6  Assessment of muscle strength/ tone
              ☐WNL  ☐RUE___  ☐LUE___  ☐RLE___  ☐LLE___
1 2 3 4 5 6  Assessment of sensation
              ☐WNL  ☐RUE___  ☐LUE___  ☐RLE___  ☐LLE___
1 2 3 4 5 6  Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis  ☐WNL
1 2 3 4 5 6  Assessment of ROM, positive: ☐WNL
1 2 3 4 5 6  Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity
Cervical/ lumbar tenderness to PSP +/-  Spurling maneuver +/-  SLR +/- Seated / Supine
Examination of gait and station ☐WNL  ☑Antalgic  ☐_____  ☐cane/ walker/ wheelchair
Other:

Treating Provider's Signature: _____  Date: 3/1/18

[ ] Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

3/1/2018   DOB _____/1959

**ESTABLISHED PATIENT/TREATMENT PLAN**

HIGMI000

HIGGINBOTHAM, MICHAEL

LWC03

Reviewed & discussed test results from prior orders [ ] Imaging films and reports [ ] Previous lab results   [ ] Other _____

**New Diagnosis/Condition:** _____

| ☐ Risk Potential for Abuse & Diversion is Moderate due to: | ☐ Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ] Initial SOAPP-R 10-20 | [ ] Anonymous callers reporting abuse, unconfirmed |
| [ ] Pain well-controlled 40mg-100mg Morphine equivalent | [ ] D/C'd or falling out with prior pain doctor |
| [ ] h/o depression, stable | [ ] Depression- not stable |
| [ ] h/o inconsistent UDT, but last 2 LCMS consistent | [ ] h/o bipolar disorder |
| [ ] h/o self-escalation, but stable for past 6 months | [ ] High risk referral source |
|  | [ ] Inconsistent UDT/LCMS |
| **RISK STATUS: [ ] IMPROVED [ ] NOT IMPROVED  FROM LAST VISIT** | [ ] Repeat inconsistent UDT |
|  | [ ] Initial SOAPP-R > 21 |
|  | [ ] Multiple prescribers of CDS meds on PMP |
| **Today's UDT Analyzer Results:** | [ ] Pain controlled >100mg Morphine equivalent |
|  | [ ] Pain not controlled on > 80mg Morphine equivalent |
|  | [ ] Personal or family h/o substance abuse |
|  | [ ] Repeat self-escalation of meds |
|  | [ ] s/p gastric bypass |
|  | [ ] Self escalating meds |
|  | [ ] Tattoos > 2, or tattoos on neck/face |
|  | [ ] UDT + THC once |
|  | [ ] 2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Improve Quality of Sleep | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

Counseling—Discussed today:  [ ] General tenets of opioid agreement   [ ] Plan of Care Developed today   [ ] Encouraged HEP
[ ] Weight loss   [ ] MMI   [ ] RTW _____   [ ] Dangers of ETOH & CDS   [ ] LAN speech
[ ] Tobacco cessation   [ ] Limitations of pain management   [ ] Common & remote side effects of meds
[ ] Need to bring medication in original bottles to all office visits

Additional Work Up Ordered Today: [ ] Peripheral Neuropathy w/u   [ ] PMP checked today   [ ] EMG _____
[ ] X-ray _____   [ ] MRI of LS/ Cervical / Thoracic Spine _____
[ ] CBC and CMP to monitor side effects of chronic NSAID and APAP therapy  [ ] Consult– Refer to:
[ ] Other: _____   [ ] Obtain/Review medical records _____
REVISIONS TO TREATMENT PLAN :

Follow up ___ Weeks / months / UTS PRN  D/C 1  2 Provider Signature: _____   Date: _____

LAST FILL DATE _____   REFILL DUE DATE _____

Total Visit Time: 46 (minutes)   Counseling & Coordination of Care time 34 (minutes)



# Michael Dole, **MD**
### Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified in PM&R
- Most Insurances Accepted

## Office Followup

**Patient:**      **HIGGINBOTHAM, MICHAEL**
**Date of Examination:**      1/31/2018

**Date of Birth:**      ▇/1959
**Evaluating Physician:**      Michael Dole, MD

**HISTORY OF PRESENT ILLNESS:** Continues with headache, facial pain, and right knee pain secondary to work-related injury of 10/7/2010. Patient reports improvements in walking distance, time out of bed, and social engagement. Recently got over the flu. He cut back on his pain medicines a little bit while he had the flu. Recovering now. Urine drug test from 12/7/2017 shows moderate inconsistencies. I also note that it was not approved through Workers' Compensation. Today, we only received approval for cup testing. Results are noted. Again, I note that it is very difficult to appropriately monitor the patient's compliance with medication strategy. He has had significant inconsistent urine drug tests in the past that place him in a high-risk category. In spite of our repeated documentations and requests for approval for appropriate medical treatment, this continues to be denied through his insurance company. PMP profile is reviewed. Pill count consistent with refill date.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office followup encounter form.

**IMPRESSION:**
1. Traumatic brain injury.
2. Multiple facial fractures with pain.
3. Right knee pain.
4. Chronic pain syndrome.
5. Depressed mood.

Continued...

**HIGGINBOTHAM, MICHAEL**
**1/31/2018**
**Page 2**

**PLAN:**
1. Gabapentin 300 b.i.d., Percocet 10 q.i.d. p.r.n.
2. The patient is not at MMI, unable to return to work.
3. Urine drug testing results noted.
4. I have had an extended discussion with the patient as documented on
   individual treatment plan.

Michael Dole, MD
MWD:cenlatrans/hjl

cc:    Workers' Compensation

D: 2/1/2018 T: 2/1/2018

1/31/2018     DOB ▬▬ 1959

HIGGINBOTHAM, MICHAEL

HIGMI000
LWC03

**WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!**

| Patient Name: *Michael Higginbotham* | Today's Date: 6-31-2018 |

Current *Mailing Address:* 405 S Philbrick Rd Iowa La 70647

Phone Number: 337-168-99-00
Alternate Phone Number:

**Please check symptoms Leaving item blank indicates none of these symptoms**

- □ Fevers or chills
- □ Chest Pains
- □ Bruising
- □ Constipation
- □ Diarrhea
- □ Nausea/vomiting
- □ Rash/ Sores
- □ Urinary Retention
- □ Painful urination
- □ Fainting/passing out
- □ Shortness of Breath

- □ Sore throat
- □ Cough
- □ Hallucinations
- □ Dizziness
- □ Numbness
- □ Swollen glands
- □ Anemia
- · □ Can't Sleep
- □ Late for work.
- □ Lost your job
- □ Forgetful

- □ Change in appetite
- □ Weight loss or gain
- □ Skipping work or school
- □ Loss of memory
- □ Mood swings
- □ High anxiety
- □ Nervous
- □ Restless
- □ Taking meds from Someone else

- □ Confused
- □ Shaky
- □ Tremors
- □ Panic attack
- □ Feelings of depression
- □ Thoughts of suicide
- · □ Increasing pain meds
- □ Sleeping too much
- □ Other:

PHYSICIAN/NURSE PRACTITIONER COMMENTS

*Recent Bro*

*wife* †s *8*
*e 1SUS*

**WHAT IS YOUR PAIN TODAY?.**
"0" is no pain and "10" is the worst pain possible

0 1 2 3 4 5 6 7 8 9 10

**WHAT MAKES YOUR PAIN BETTER?**
☑Meds □Rest □Lying down
□Other:

**WHAT MAKES YOUR PAIN WORSE?**
☑Standing ☑Bending □Walking ☑Turning
□Other:

Where is pain located? *Mark All that Apply:*
☑Head ☑Neck □Back ☑Arm R/L □Leg R/L
□Other:

How long have you had this pain?
___7yrs___ months/years

Is the pain ☑constant or □ occasional?
Are your pain Medications working?
☑YES □ NO

Which term best describes your pain?
*Mark All that Applies:* ☑stabbing /☑sharp
□dull ☑aching ☑burning □numb □stiff
□Other:

Do you have new pain since your last visit? ☑NO □ YES
If YES - Give location and describe the pain:

HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE
YOUR LAST VISIT? ☑NO □ YES - WERE YOU GIVEN ANY MEDICINE? □ NO □ YES
If "YES" – Explain the reason for your visit: ·
Name of Medication:

Any changes in your Health History? ☑NO □ YES

Do you use Tobacco? □ NO ☑YES Amount *1½ pack d/y*

The information provided above is accurate and true

*Patient Signature*

Treating Provider Signature

Medical Assistant Signature assisting patient with this form (if applicable)

1/31/2018     DOB ▬▬▬1959

**HIGGINBOTHAM, MICHAEL**                          HIGMI000

Weight lbs: _235_   Height: _5 6_   BP _183 / 107_   Pulse: _66_   Allergies: _seemed list_   LWC03

**Physical Exam**

Chief Complaint(Reference Diagnosis Listing-circle current problem): Dx   #1   #2   #3   #4   #5   #6

_Thumatic Brain Injury Mamee_

| Constitutional | Physical appearance / Grooming / Deformities ☐appropriate ☐ abnormal: |
|---|---|
| **CV** | Pulses intact? ☑Yes ☐ No:   ☐R/DP   Edema or Cyanosis? ☐ yes ☐ no:   Location _____ ☐ RRR |
| **Lymphatic** | Palpable Nodes ☑No ☐Yes   Location |
| **Respiratory** | ☐Unlabored   ☐CTA |
| **Skin** | WNL 1 2/3/4/5 6   Warm / Dry 1 2/3/4/5 6   Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |
| **Neurologic** | A&Ox4 ☑ |

**Anatomical Reference:**

1: head/neck
2: spine/trunk
3. RUE
4. LUE
5. RLE
6. LLE

Atrophy          Tone/Spasticity          CN II-XII intact_____

Cerebellar:     UE coordination     ☐WNL     ☐ Impaired_____

                Finger to Nose        ☐WNL     ☐ Impaired_____

Fibromyalgia tender points:  cerv     occiput     traps     pecs     troch     lumbar     knees

Other:                                                                           DTR's

                                                                          Clonus  Y / N

Mood:  ☐normal ☐depressed ☐flat ☐anxious ☐judgement/insight

Comment

| **Psychiatric** | |
|---|---|
| **Musculoskeletal** | 1 2 3 4 5/6  Assessment of muscle strength/ tone<br>☐WNL ☐RUE_____ ☐LUE_____ ☐RLE_____ ☐LLE_____<br>1 2 3 4 5/6  Assessment of sensation<br>☐WNL ☐RUE_____ ☐LUE_____ ☐RLE_____ ☐LLE_____<br><br>1 2 3 4 5 6  Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis  ☐WNL<br>1 2 3 4 5 6  Assessment of ROM, positive: ☐WNL<br><br>1 2 3 4 5 6  Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity<br><br>Cervical/ Lumbar tenderness to PSP  +/-   Spurling maneuver +/-     SLR +/-   Seated / Supine<br>Examination of gait and station  ☐WNL   ☐Antalgic   ☐_____ cane/ walker/ wheelchair<br><br>Other: |

Treating Provider's Signature: _____   Date: _1/31/18_

] ] Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

1/31/2018    DOB ~~~~~~~/1959          ESTABLISHED PATIENT/TREATMENT PLAN          HIGMI000

HIGGINBOTHAM, MICHAEL                                                                LWC03

Reviewed & discussed test results from prior orders [ ] Imaging films and reports [ ] Previous lab results  [ ] Other

New Diagnosis/Condition:

*12/17 ✓ — not approved*

| □ Risk Potential for Abuse & Diversion is Moderate due to: | □ Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ]Initial SOAPP-R 10-20 | [ ]Anonymous callers reporting abuse, unconfirmed |
| [ ]Pain well-controlled 40mg-100mg Morphine equivalent | [ ]D/C'd or falling out with prior pain doctor |
| [ ]h/o depression, stable | [ ]Depression- not stable |
| [ ]h/o inconsistent UDT, but last 2 LCMS consistent | [ ]h/o bipolar disorder |
| [ ]h/o self-escalation, but stable for past 6 months | [ ]High risk referral source |
| | [ ]Inconsistent UDT/LCMS |
| RISK STATUS: [ ]IMPROVED  [✓]NOT IMPROVED  FROM LAST VISIT | [ ]Repeat inconsistent UDT |
| | [ ]Initial SOAPP-R > 21 |
| Today's UDT Analyzer Results:  *not approved* | [ ]Multiple prescribers of CDS meds on PMP |
| | [ ]Pain controlled >100mg Morphine equivalent |
| | [ ]Pain not controlled on > 80mg Morphine equivalent |
| | [ ]Personal or family h/o substance abuse |
| *9-Day* | [ ]Repeat self-escalation of meds |
| | [ ]s/p gastric bypass |
| | [ ]Self escalating meds |
| | [ ]Tattoos > 2, or tattoos on neck/face |
| | [ ]UDT + THC once |
| | [ ]2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |
| Ambulation | [✓] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |
| Ability to get out of bed | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |
| Improve Quality of Sleep | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |

Counseling – Discussed today: [✓]General tenets of opioid agreement    [ ]Plan of Care Developed today    [✓]Encouraged HEP
[ ]Weight loss    [ ]MMP    [ ]RTW    [ ]Dangers of ETOH & CDS    [ ] bean speech
[ ]Tobacco cessation    [ ]Limitations of pain management    [ ]Common & remote side effects of meds
[ ]Need to bring medication in original bottles to all office visits

Additional Work Up Ordered Today: [ ]Peripheral Neuropathy w/u    [ ]PMP checked today    [ ]EMG
[ ] X-ray _____    [ ]MRI of LS/ Cervical / Thoracic Spine_____
[ ]CBC and CMP to monitor side effects of chronic NSAID and APAP therapy  [ ]Consult– Refer to:
[ ]Other: _____    [ ]Obtain/Review medical records _____
REVISIONS TO TREATMENT PLAN _____

Follow up _____ Weeks /months  UTS  PRN  D/C  1  2  Provider Signature: _____    Date: 1/31/18

LAST FILL DATE _____    REFILL DUE DATE _____

Total Visit Time: 47 (minutes)    Counseling & Coordination of Care time 35 (minutes)    ⃝ D



# Michael Dole, MD
## Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified in PM&R
- Most Insurances Accepted

### Office Followup

**Patient:** **HIGGINBOTHAM, MICHAEL**
**Date of Examination:** 1/3/2018

**Date of Birth:** 1959
**Evaluating Physician:** Michael Dole, MD

**HISTORY OF PRESENT ILLNESS:** Continues with facial pain secondary to work-related injury. Traumatic brain injury, right knee pain, and depression secondary to work-related injury of 10/7/2010. Urine drug test confirmation has not been approved. Test from 12/7/2017 shows moderate inconsistencies. Today's test only cup testing was approved, which is simply not adequate to appropriately monitor his compliance with medication strategy. Positive for oxycodone. Pill count is consistent with refill date. PMP profile is reviewed. No overlapping prescribers noted.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office follow up encounter form.

**PLAN:**
1. Percocet 10 q.i.d. p.r.n.
2. Gabapentin 300 b.i.d.
3. The patient is not at MMI, unable to return to work.
4. I have had an extended discussion with the patient as documented on individual treatment plan.
5. Counseled and coordinated care 37 of 46 minutes.

Michael Dole, MD
MWD:cenlatrans/ltb

cc:     Workers' Compensation     

D: 1/3/2018 T: 1/4/2018

1/3/2018      DOB ████/1959                                    HIGMI000

HIGGINBOTHAM, MICHAEL                                          LWC03

**WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!**

Patient Name:

Michael Higginbotham

Today's Date:
Jan 3, 2018

Current *Mailing* Address:

405 S Philbrick Ave, Touk, La 70647

Phone Number:
337 786 9980
Alternate Phone Number:
337 301 8091

PHYSICIAN/NURSE PRACTITIONER COMMENTS

**Please check symptoms Leaving item blank indicates none of these symptoms**

| | | | |
|---|---|---|---|
| □ Fevers or chills | ☑ Sore throat | □ Change in appetite | □ Confused |
| □ Chest Pains | □ Cough | □ Weight loss or gain | □ Shaky |
| □ Bruising | □ Hallucinations | □ Skipping work or school | □ Tremors |
| □ Constipation | □ Dizziness | | □ Panic attack |
| □ Diarrhea | □ Numbness | □ Loss of memory | □ Feelings of depression |
| □ Nausea/vomiting | ☑ Swollen glands | ☑ Mood swings | |
| □ Rash/ Sores | □ Anemia | ☑ High anxiety | □ Thoughts of suicide |
| □ Urinary Retention | | □ Nervous | □ Increasing pain meds |
| □ Painful urination | ☑ Can't Sleep | □ Restless | |
| □ Fainting/passing out | □ Late for work | □ Taking meds from Someone else | □ Sleeping too much |
| □ Shortness of Breath | □ Lost your job | | □ Other: |
| | □ Forgetful | | |

*Failed pam* (handwritten)

**WHAT IS YOUR PAIN TODAY?**
"0" is no pain and "10" is the worst pain possible

0 1 2 3 4 5 6 7 8 9 10

**WHAT MAKES YOUR PAIN BETTER?**
☑ Meds ☑ Rest □ Lying down
□ Other:

**WHAT MAKES YOUR PAIN WORSE?**
☑ Standing ☑ Bending □ Walking □ Turning
□ Other:

*Wife has priority tumor* (handwritten)

**Where is pain located?** Mark All that Apply:
☑ Head ☑ Neck □ Back □ Arm R/L ☑ Leg R/L
□ Other:

**How long have you had this pain?**
7 yrs months/years

**Is the pain ☑ constant or □ occasional?**
Are your pain Medications working?
☑ YES   □ NO

**Which term best describes your pain?**
*Mark All that Applies:* □ stabbing ☑ sharp
□ dull ☑ aching ☑ burning □ numb □ stiff
□ Other:

Do you have new pain since your last visit? ☑ NO   □ YES
If YES - Give location and describe the pain:

**HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE YOUR LAST VISIT?** □ NO   ☑ YES - WERE YOU GIVEN ANY MEDICINE? □ NO   ☑ YES
If "YES" – Explain the reason for your visit:
Name of Medication: Blood Pressure

Any changes in your Health History? ☑ NO   □ YES
Do you use Tobacco? □ NO   ☑ YES   Amount 1 1/2 packs day

The information provided above is accurate and true

*Patient Signature* [signature]

Treating Provider Signature [signature]

Medical Assistant Signature assisting patient with this form (if applicable)

1/3/2018    DOB ████1959

HIGGINBOTHAM, MICHAEL

**Physical Exam**

HIGMI000
LWC03

| Weight lbs: 231 | Height: 5'6" | BP: 181 / 106 | Pulse: 55 | Allergies: NMTCA |

Chief Complaint(Reference Diagnosis Listing-circle current problem): Dx  #1 ②  #2 ②  #3 ③  #4 ④  #5 ⑤  #6

Brain injury, Ulnar

| | |
|---|---|
| **Constitutional** | Physical appearance / Grooming / Deformities   ☑appropriate   ☐ abnormal: |
| **CV** | Pulses intact? ☐Yes ☐ No: ☑PR/DP   Edema or Cyanosis? ☐ yes ☐ no:   Location _____   ☐ RRR |
| **Lymphatic** | Palpable Nodes ☑No ☐Yes   Location _____ |
| **Respiratory** | ☐Unlabored   ☐CTA |
| **Skin** | WNL 1 2③④5 6   Warm/Dry 1 2④⑤5 6   Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |
| **Neurologic** | A&Ox4 ☑ |
| **Anatomical Reference:** | Atrophy _____   Tone/Spasticity _____   CN II-XII intact _____ |
| 1: head/neck | Cerebellar:   UE coordination   ☐WNL   ☐ Impaired _____ |
| 2: spine/trunk | Finger to Nose   ☐WNL   ☐ Impaired _____ |
| 3. RUE | Fibromyalgia tender points: cerv   occiput   traps   pecs   troch   lumbar   knees |
| 4. LUE | Other: |
| 5. RLE | |
| 6. LLE | Mood:   ☐normal ☐depressed ☐flat ☑anxious ☐judgement/insight |
| **Psychiatric** | Comment |
| **Musculoskeletal** | 1 2 3 4 5 6   Assessment of muscle strength/ tone   ☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____ |
| | 1 2 3 4 5 6   Assessment of sensation   ☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____ |
| | 1 2 3 4 5 6   Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis   ☐WNL |
| | 1 2 3 4 5 6   Assessment of ROM, positive: ☐WNL _____ |
| | 1 2 3 4 5 6   Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity |
| | Cervical/ lumbar tenderness to PSP + / -   Spurling maneuver + / -   SLR + / -   Seated / Supine |
| | Examination of gait and station   ☐WNL   ☑Antalgic   ☐_____   cane/ walker/ wheelchair |
| | Other: |

Treating Provider's Signature: _____   Date: 1/3/18

[ ] Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

1/3/2018        DOB        /1959        **ESTABLISHED PATIENT/TREATMENT PLAN**        HIGMI000

HIGGINBOTHAM, MICHAEL        LWC03

Reviewed & discussed test results from prior orders [ ] Imaging films and reports  [ ] Previous lab results  [ ] Other _____

*New Diagnosis/Condition:* _____ *12/7 - noted 10% approved*

| Risk Potential for Abuse & Diversion is Moderate due to: | Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ]Initial SOAPP-R 10-20 | [ ]Anonymous callers reporting abuse, unconfirmed |
| [ ]Pain well-controlled 40mg-100mg Morphine equivalent | [ ]D/C'd or falling out with prior pain doctor |
| [ ]h/o depression, stable | [ ]Depression- not stable |
| [ ]h/o inconsistent UDT, but last 2 LCMS consistent | [ ]h/o bipolar disorder |
| [ ]h/o self-escalation, but stable for past 6 months | [ ]High risk referral source |
| | [ ]Inconsistent UDT/LCMS |
| | [ ]Repeat inconsistent UDT |
| RISK STATUS: [ ]IMPROVED  [ ]NOT IMPROVED  FROM LAST VISIT | [ ]Initial SOAPP-R ≥ 21 |
| | [ ]Multiple prescribers of CDS meds on PMP |
| | [ ]Pain controlled >100mg Morphine equivalent |
| Today's UDT Analyzer Results: | [ ]Pain not controlled on > 80mg Morphine equivalent |
| | [ ]Personal or family h/o substance abuse |
| | [ ]Repeat self-escalation of meds |
| | [ ]s/p gastric bypass |
| | [ ]Self escalating meds |
| | [ ]Tattoos > 2, or tattoos on neck/face |
| | [ ]UDT + THC once |
| | [ ]2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [✓] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[✓] Failed to improve as expected: |
| Improve Quality of Sleep | [✓] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

Counseling – Discussed today: [ ]General tenets of opioid agreement   [ ]Plan of Care Developed today    [ ]Encouraged HEP
[ ]Weight loss        [✓]MMI    [ ]RTW_____    [✓]Dangers of ETOH & CDS        [ ]LAN speech
[ ]Tobacco cessation        [ ]Limitations of pain management    [ ]Common & remote side effects of meds
[ ]Need to bring medication in original bottles to all office visits

Additional Work Up Ordered Today: [ ]Peripheral Neuropathy w/u   [ ]PMP checked today            [ ]EMG _____
[ ] X-ray _____        [ ]MRI of LS/ Cervical / Thoracic Spine_____
[ ]CBC and CMP to monitor side effects of chronic NSAID and APAP therapy [ ]Consult– Refer to:
[ ] Other:_____                [ ]Obtain/Review medical records_____
REVISIONS TO TREATMENT PLAN -

Follow up____1____ Weeks / months  UTS  PRN   D/C 1  2  Provider Signature:_____  Date: 1/3/18

LAST FILL DATE _____        REFILL DUE DATE _____

Total Visit Time: 46 (minutes)        Counseling & Coordination of Care time 37 (minutes)



# Michael Dole, MD
## Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified in PM&R
- Most Insurances Accepted

**Office Followup**

| | |
|---|---|
| **Patient:** | **HIGGINBOTHAM, MICHAEL** |
| **Date of Examination:** | **11/9/2017** |

| | |
|---|---|
| **Date of Birth:** | ████1959 |
| **Evaluating Physician:** | **Michael Dole, MD** |

**HISTORY OF PRESENT ILLNESS:** Continues with facial pain secondary to severe fractures with TBI, right knee pain, all secondary to work-related injury of 10/7/2010. He reports improvements in walking distance, time out of bed, and social engagement with current medications. Last urine drug test from 8/28/2017 shows moderate inconsistencies. We have been doing these urine drug tests at our own expense because Workers' Compensation continues to refuse to cover them. I note that they are needed per medical necessity, Louisiana Law, Louisiana Workers' Compensation Guidelines, and further accentuated by national opiate issues. Given the patient's individual risk stratification profile, he needs to have this testing done a minimum of 4-6 times per year. Today we only received approval to do a cup test, which is not adequate to appropriately monitor his compliance with medication strategy. He did not bring his medicines for pill count. His PMP profile is reviewed and noted.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office follow up encounter form.

**IMPRESSION:**
1. Traumatic brain injury (TBI).
2. Multiple facial fractures with chronic pain.
3. Right knee pain.
4. Chronic pain syndrome.
5. Depressed mood.



Continued...

**HIGGINBOTHAM, MICHAEL**
**11/9/2017**
Page 2

**PLAN:**
1. Percocet 10 t.i.d. p.r.n.
2. Gabapentin b.i.d.
3. The patient is not at MMI, unable to return to work. I spent an extended period of time counseling and coordinating care as documented on individual treatment plan.


Michael Dole, MD
MWD:cenlatrans/ltb

cc:    Workers' Compensation

D: 11/9/2017 T: 11/10/2017

11/9/2017     DOB ████/1959

HIGGINBOTHAM, MICHAEL

HIGMI000
LWC03

**WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!**

Patient Name: *Michael Higginbotham*

Current Mailing Address: *4105 S Philbrick Ave Iowa Le 70647*

Today's Date: *Nov 9 2017*

Phone Number: *337 488 9940*

Alternate Phone Number: *337 304 8071*

**Please check symptoms Leaving Item blank indicates none of these symptoms**

PHYSICIAN/NURSE PRACTITIONER COMMENTS

- ☐ Fevers or chills
- ☐ Chest Pains
- ☐ Bruising
- ☐ Constipation
- ☐ Diarrhea
- ☐ Nausea/vomiting
- ☐ Rash/ Sores
- ☐ Urinary Retention
- ☐ Painful urination
- ☐ Fainting/passing out
- ☐ Shortness of Breath

- ☐ Sore throat
- ☐ Cough
- ☐ Hallucinations
- ☐ Dizziness
- ☐ Numbness
- ☐ Swollen glands
- ☐ Anemia
- ☑ Can't Sleep
- ☐ Late for work
- ☐ Lost your job
- ☐ Forgetful

- ☐ Change in appetite
- ☐ Weight loss or gain
- ☐ Skipping work or school
- ☐ Loss of memory
- ☐ Mood swings
- ☐ High anxiety
- ☐ Nervous
- ☑ Restless
- ☐ Taking meds from Someone else

- ☐ Confused
- ☐ Shaky
- ☐ Tremors
- ☐ Panic attack
- ☐ Feelings of depression
- ☐ Thoughts of suicide
- ☐ Increasing pain meds
- ☐ Sleeping too much
- ☐ Other:

**WHAT IS YOUR PAIN TODAY?**
"0" is no pain and "10" is the worst pain possible

0 1 2 3 4 5 6 7 (8) 9 10

**WHAT MAKES YOUR PAIN BETTER?**
☑ Meds ☐ Rest ☐ Lying down
☐ Other:

**WHAT MAKES YOUR PAIN WORSE?**
☑ Standing ☑ Bending ☐ Walking ☐ Turning
☐ Other:

**Where is pain located?** Mark All that Apply:
☐ Head ☐ Neck ☐ Back ☑ Arm R/L ☐ Leg R/L
☐ Other:

**How long have you had this pain?**
*14/15* months/years

Is the pain ☑ constant or ☐ occasional?
Are your pain Medications working?
☑ YES ☐ NO

**Which term best describes your pain?**
Mark All that Applies: ☐ stabbing ☐ sharp
☑ dull ☑ aching ☐ burning ☐ numb ☑ stiff
☐ Other:

Do you have new pain since your last visit? ☑ NO   ☐ YES
If YES - Give location and describe the pain:

HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE YOUR LAST VISIT? ☑ NO   ☐ YES - WERE YOU GIVEN ANY MEDICINE? ☐ NO   ☐ YES
If "YES" – Explain the reason for your visit:
Name of Medication:

Any changes in your Health History? ☑ NO   ☐ YES
Do you use Tobacco? ☐ NO   ☑ YES   Amount *1 pack day*

The information provided above is accurate and true

Patient Signature

Treating Provider Signature

Medical Assistant Signature assisting patient with this form (if applicable)

11/9/2017   DOB ▮▮/1959

HIGGINBOTHAM, MICHAEL

**Physical Exam**                    HIGM1000

Weight lbs: *125*   Height: *5 6*   BP: *176/120*   Pulse: *94*   Allergies: *NKMEA*   LWC03

Chief Complaint(Reference Diagnosis Listing-circle current problem): Dx #1 #2 #3 #4 #5 #6

*Traumatic brain injury. Mandell*

| Constitutional | Physical appearance / Grooming / Deformities   ☑appropriate   ☐ abnormal: |
|---|---|
| **CV** | Pulses intact? ☐Yes ☐ No: ☑R/DP   Edema or Cyanosis? ☐ yes ☐ no:   Location   ☐ RRR |
| **Lymphatic** | Palpable Nodes ☑No ☐Yes   Location |
| **Respiratory** | ☑Unlabored   ☐CTA |
| **Skin** | WNL 1 2 ☑4 5 6   Warm/ Dry 1 2 ☑4 5 6   Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |
| **Neurologic** | A&Ox4 ☑ |

| Anatomical Reference: | | |
|---|---|---|
| | Atrophy   Tone/Spasticity   CN II-XII intact_____ | |
| 1: head/neck | Cerebellar:   UE coordination   ☐WNL   ☐ Impaired_____ | |
| 2: spine/trunk | | Finger to Nose   ☐WNL   ☐ Impaired_____ |
| 3. RUE | Fibromyalgia tender points:  cerv   occiput   traps   pecs   troch   lumbar   knees | DTR's |
| 4. LUE | Other: | |
| 5. RLE | | |
| 6. LLE | | Clonus  Y / No |

Mood:  ☐normal ☐depressed ☑flat ☐anxious ☑judgement/insight
Comment   *a*

| **Psychiatric** | |
|---|---|
| | 1 2 3 4 5 6   Assessment of muscle strength/ tone |
| | ☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____ |
| **Musculoskeletal** | 1 2 3 4 5 6   Assessment of sensation |
| | ☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____ |
| | 1 2 3 4 5 6   Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis   ☐WNL |
| | 1 2 3 4 5 6   Assessment of ROM, positive: ☐WNL_____ |
| | 1 2 3 4 5 6   Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity |
| | Cervical/ lumbar tenderness to PSP  +/-   Spurling maneuver  +/-   SLR  +/-   Seated / Supine |
| | Examination of gait and station   ☐WNL   ☑Antalgic   ☐_____   cane/ walker/ wheelchair |
| | Other: |

Treating Provider's Signature:_____   Date:_____ *v/q/17*

| | Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

11/9/2017    DOB [redacted]/1959    **ESTABLISHED PATIENT/TREATMENT PLAN**    HIGMI000

**HIGGINBOTHAM, MICHAEL**                                                    LWC03

Reviewed & discussed test results from prior orders [ ] Imaging films and reports [✓] Previous lab results  [ ] Other

***New Diagnosis/Condition:***                            *App - not inc - not covered*

| ☐ Risk Potential for Abuse & Diversion is Moderate due to: | ☐ Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ]Initial SOAPP-R 10-20 | [ ]Anonymous callers reporting abuse, unconfirmed |
| [ ]Pain well-controlled 40mg-100mg Morphine equivalent | [ ]D/C'd or falling out with prior pain doctor |
| [ ]h/o depression, stable | [ ]Depression- pot stable |
| [ ]h/o inconsistent UDT, but last 2 LCMS consistent | [ ]h/o bipolar disorder |
| [ ]h/o self-escalation, but stable for past 6 months | [ ]High risk referral source |
| | [ ]Inconsistent UDT/LCMS |
| | [ ]Repeat inconsistent UDT |
| **RISK STATUS: [ ]IMPROVED [ ]NOT IMPROVED  FROM LAST VISIT** | [ ]Initial SOAPP-R > 21 |
| | [ ]Multiple prescribers of CDS meds on PMP |
| | [ ]Pain controlled >100mg Morphine equivalent |
| **Today's UDT Analyzer Results:** | [ ]Pain not controlled on > 80mg Morphine equivalent |
| | [ ]Personal or family h/o substance abuse |
| | [ ]Repeat self-escalation of meds |
| | [ ]s/p gastric bypass |
| | [ ]Self escalating meds |
| | [ ]Tattoos > 2, or tattoos on neck/face |
| | [ ]UDT + THC once |
| | [ ]2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [✓] Failed to improve as expected: |
| Ambulation | [✓] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |
| Ability to get out of bed | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |
| Improve Quality of Sleep | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain |
| | [ ] Improved since last visit by ___% |
| | [ ] Failed to improve as expected: |

**Counseling – Discussed today:** [ ]General tenets of opioid agreement [✓]Plan of Care Developed today    [ ]Encouraged HEP
[ ]Weight loss         [ ]MMI ☑    [ ]RTW ☑    [✓]Dangers of ETOH & CDS         [ ]LAN speech
[ ]Tobacco cessation   [ ]Limitations of pain management  [ ]Common & remote side effects of meds
[ ]Need to bring medication in original bottles to all office visits

**Additional Work Up Ordered Today:** [ ]Peripheral Neuropathy w/u  [ ] PMP checked today        [ ]EMG _____
[ ] X-ray _____  [ ]MRI of LS/ Cervical / Thoracic Spine_____
[ ]CBC and CMP to monitor side effects of chronic NSAID and APAP therapy [ ]Consult– Refer to:_____
[ ] Other: _____                                    [ ]Obtain/Review medical records_____
REVISIONS TO TREATMENT PLAN _____

Follow up_____ [ ] Weeks / months  UTS /PRN  D/C 1  2 Provider Signature: _____  Date: _____

LAST FILL DATE _____    REFILL DUE DATE _____

Total Visit Time: __46__(minutes)    Counseling & Coordination of Care time __30__(minutes)



# Michael Dole, MD
## Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

• EMG/NCS Studies

• Low Back Pain

• Neck Pain

• Muscle & Joint Disorders

• CVA Rehabilitation

• TBI Rehabilitation

• SCI Rehabilitation

• Amputee Management

• Comprehensive Pain Management

• Work Related Injuries

• Disability Evaluation Ratings

• Independent Medical Evaluations

• Board Certified in PM&R

• Most Insurances Accepted

### Office Followup

**Patient:** HIGGINBOTHAM, MICHAEL
**Date of Examination:** 10/26/2017

**Date of Birth:** ████/1959
**Evaluating Physician:** Michael Dole, MD

**HISTORY OF PRESENT ILLNESS:** Reports increased facial and knee pain secondary to work-related injury of 10/7/2010, history of TBI. Urine drug test confirmation has not been covered. Most recent one shows moderate inconsistencies. Did not bring his medicines for pill count today. PMP profile is reviewed. I have had an extended discussion with the patient as documented on individual treatment plan. He reports improvements in walking distance, time out of bed, and social engagement with current medications. He states that he has not been abusing his medications. He does report increased pain because of increased activity and change in weather. I have had an extended discussion, reviewing general tenants of opiate agreement. Given his individual risk stratification profile, he should be having urine drug testing a minimum of 4-6 times a year. Cup test for drug test is not adequate to appropriately monitor his compliance with medication strategy.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office followup encounter form.

**IMPRESSION:**
1. Traumatic brain injury (TBI).
2. Facial fractures with pain.
3. Right knee pain.
4. Chronic pain syndrome.
5. Depressed mood.

Continued...

**HIGGINBOTHAM, MICHAEL**
**10/26/2017**
**Page 2**

**PLAN:**
1. Percocet 10 t.i.d. p.r.n., gabapentin b.i.d.
2. The patient is not at MMI, unable to return to work.
3. Counseled and coordinated 33 of 47 minutes.
4. Return to clinic in 1 month with urine drug test pending insurance approval.

Michael Dole, MD
MWD:cenlatrans/hjl

cc:    Workers' Compensation

D: 10/26/2017 T: 10/26/2017

10/26/2017    DOB ███1959                                                          HIGMI000

HIGGINBOTHAM, MICHAEL **WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!** WC03

| Patient Name: | Today's Date: |
|---|---|
| Michael Higginbotham | 10-26-2017 |

Current *Mailing Address:*
405 s philbrick Rd
Foue La 70647

Phone Number: 337 988 9940
Alternate Phone Number: 337 304 8079

**Please check symptoms Leaving item blank indicates none of these symptoms**

- □ Fevers or chills
- □ Chest Pains
- □ Bruising
- □ Constipation
- □ Diarrhea
- □ Nausea/vomiting
- □ Rash/ Sores
- □ Urinary Retention
- □ *Painful urination*
- □ Fainting/passing out
- □ Shortness of Breath

- □ Sore throat
- □ Cough
- □ Hallucinations
- □ Dizziness
- □ Numbness
- □ Swollen glands
- □ Anemia
- ☑ *Can't Sleep*
- □ Late for work
- □ Lost your job
- □ Forgetful

- □ Change in appetite
- □ Weight loss or gain
- □ Skipping work or school
- □ Loss of memory
- □ Mood swings
- ☑ High anxiety
- ☑ Nervous
- ☑ Restless
- □ Taking meds from Someone else

- □ Confused
- □ Shaky
- □ Tremors
- □ Panic attack
- □ Feelings of depression
- □ Thoughts of suicide
- ☑ Increasing pain meds
- □ Sleeping too much
- □ Other:

PHYSICIAN/NURSE PRACTITIONER COMMENTS

*(handwritten notes)* UDS / Table 2-3 cron pills ble ↑ pain / It has been more acute

**WHAT IS YOUR PAIN TODAY?**
"0" is no pain and "10" is the worst pain possible

0 1 2 3 4 5 6 7 8 9 10 (8,9 circled)

**WHAT MAKES YOUR PAIN BETTER?**
☑ Meds □ Rest □ Lying down
□ Other:

**WHAT MAKES YOUR PAIN WORSE?**
☑ Standing □ Bending □ Walking ☑ Turning
☑ Other: Sitting

Where is pain located? *Mark All that Apply:*
☑ Head □ Neck □ Back ☑ Arm R/L □ Leg R/L
□ Other:

How long have you had this pain?
7 yrs months/years

Is the pain ☑ constant or □ occasional?
Are your pain Medications working?
☑ YES ☑ NO

Which term best describes your pain?
*Mark All that Applies:* ☑ stabbing □ sharp
□ dull □ aching ☑ burning □ numb ☑ stiff
□ Other:

Do you have new pain since your last visit? □ NO ☑ YES
If YES - Give location and describe the pain: RA RL Joint Pain Increased

HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE YOUR LAST VISIT? □ NO ☑ YES - WERE YOU GIVEN ANY MEDICINE? ☑ NO □ YES
If "YES" – Explain the reason for your visit:
Name of Medication:

Any changes in your Health History? ☑ NO □ YES
Do you use Tobacco? □ NO ☑ YES Amount 1 pack day

The information provided above is accurate and true

*Patient Signature* *(signature)*

Treating Provider Signature *(signature)*

Medical Assistant Signature assisting patient with this form (if applicable) *(signature)*

10/26/2017   DOB ____/1959

**Physical Exam**

HIGGINBOTHAM MICHAEL                                                    HIGMI000

Weight lbs 265   Height: 5 6   BP 179 / 112   Pulse: ___   Allergies: ___ LWC03

*Chief Complaint(Reference Diagnosis Listing-circle current problem): Dr.* #1 #2 #3 #4 #5 #6

Traumatic brain injury cranial ___

| Constitutional | Physical appearance / Grooming / Deformities  ☐appropriate  ☐ abnormal: |
|---|---|
| CV | Pulses intact? ☐Yes ☐ No: ☐PT/DP  Edema or Cyanosis? ☐ yes ☐ no:  Location ___ ☐ RRR |
| Lymphatic | Palpable Nodes ☐No ☐Yes  Location ___ |
| Respiratory | ☐Unlabored  ☐CTA |
| Skin | WNL 1 2 3 4 5 6    Warm / Dry 1 2 3 4 5 6   Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |

| Neurologic | A&Ox4 ☐ |
|---|---|
| Anatomical Reference: | Atrophy _____ Tone/Spasticity _____   CN II-XII intact _____ |
| 1: head/neck | Cerebellar:    UE coordination    ☐WNL    ☐ Impaired _____ |
| 2: spine/trunk |               Finger to Nose    ☐WNL    ☐ Impaired _____ |
| 3. RUE | Fibromyalgia tender points:  cerv   occiput   traps   pecs   troch   lumbar   knees |
| 4. LUE | Other: |
| 5. RLE | DTR's |
| 6. LLE | Clonus  Y / N |
|  | Mood: ☐normal ☐depressed ☐flat ☐anxious ☐judgement/insight |
|  | Comment |

| Psychiatric | |
|---|---|
| | 1 2 3 4 5 6   Assessment of muscle strength/ tone |
| | ☐WNL   ☐RUE___   ☐LUE___   ☐RLE___   ☐LLE___ |
| | 1 2 3 4 5 6   Assessment of sensation |
| | ☐WNL   ☐RUE___   ☐LUE___   ☐RLE___   ☐LLE___ |
| Musculoskeletal | 1 2 3 4 5 6   Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis  ☐WNL |
| | 1 2 3 4 5 6   Assessment of ROM, positive: ☐WNL ___ |
| | 1 2 3 4 5 6   Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity |
| | Cervical/ lumbar tenderness to PSP  +/-   Spurling maneuver +/-   SLR +/-   Seated / Supine |
| | Examination of gait and station  ☐WNL   ☐Antalgic   ☐ ___  cane/ walker/ wheelchair |
| | Other:  Did not brin ___ |

Treating Provider's Signature: _____   Date: _____

[ ] Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

10/26/2017   DOB ▓▓▓1959   **ESTABLISHED PATIENT/TREATMENT PLAN**   HIGMI000

**HIGGINBOTHAM, MICHAEL**   LWC03
Reviewed & discussed test results from prior orders [ ] Imaging films and reports [ ] Previous lab results [ ] Other

*New Diagnosis/Condition:*

| ☐ Risk Potential for Abuse & Diversion is Moderate due to: | ☐ Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ]Initial SOAPP-R 10-20 | [ ]Anonymous callers reporting abuse, unconfirmed |
| [ ]Pain well-controlled 40mg-100mg Morphine equivalent | [ ]D/C'd or falling out with prior pain doctor |
| [ ]h/o depression, stable | [ ]Depression- not stable |
| [ ]h/o inconsistent UDT, but last 2 LCMS consistent | [ ]h/o bipolar disorder |
| [ ]h/o self-escalation, but stable for past 6 months | [ ]High risk referral source |
| | [ ]Inconsistent UDT/LCMS |
| | [ ]Repeat inconsistent UDT |
| **RISK STATUS: [ ]IMPROVED [ ]NOT IMPROVED   FROM LAST VISIT** | [ ]Initial SOAPP-R > 21 |
| | [ ]Multiple prescribers of CDS meds on PMP |
| | [ ]Pain controlled >100mg Morphine equivalent |
| **Today's UDT Analyzer Results:** | [ ]Pain not controlled on > 80mg Morphine equivalent |
| | [ ]Personal or family h/o substance abuse |
| | [ ]Repeat self-escalation of meds |
| | [ ]s/p gastric bypass |
| | [ ]Self escalating meds |
| | [ ]Tattoos > 2, or tattoos on neck/face |
| | [ ]UDT + THC once |
| | [ ]2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [✓]Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [✓]Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Improve Quality of Sleep | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [✓]Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

Counseling – Discussed today: [✓]General tenets of opioid agreement   [✓]Plan of Care Developed today   [✓]Encouraged HEP
[ ]Weight loss   [ ]MMI   [ ]RTW   [ ]Dangers of ETOH & CDS   [ ]LAN speech
[✓]Tobacco cessation   [✓]Limitations of pain management   [ ]Common & remote side effects of meds
[ ]Need to bring medication in original bottles to all office visits

Additional Work Up Ordered Today: [ ]Peripheral Neuropathy w/u   [ ]PMP checked today   [ ]EMG ___
[ ] X-ray ___   [ ]MRI of LS/ Cervical / Thoracic Spine ___
[ ] CBC and CMP to monitor side effects of chronic NSAID and APAP therapy   [ ]Consult– Refer to:
[ ] Other: ___   [ ]Obtain/Review medical records
REVISIONS TO TREATMENT PLAN –

Follow up __2__ Weeks / months  UTS PRN  D/C 1 2  Provider Signature: _____   Date: 10/26/

LAST FILL DATE _____   REFILL DUE DATE _____

Total Visit Time: 55 (minutes)   Counseling & Coordination of Care time __47__ (minutes)

# MD

## Michael Dole, MD
### Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 21303
Phone: 318.449.8333
Fax: 318.449.8328

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified in PM&R
- Most Insurances Accepted

**Office Followup/Addendum**

**Patient:** HIGGINBOTHAM, MICHAEL
**Date of Examination:** 9/26/2017

**Date of Birth:** ██/1959
**Evaluating Physician:** Michael Dole, MD

**HISTORY OF PRESENT ILLNESS:** Continues with facial pain and history of TBI secondary to work-related injury of 10/7/2010. Patient reports improvements in walking distance, time out of bed, and social engagement with current medications. His urine drug test from 8/28/2017 confirmation was not approved. Does show evidence of moderate inconsistencies. Pill count performed today consistent with refill date. Urine drug test positive for oxycodone. However, without LC-MS we are not able to accurately assess compliance with medication management.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office followup encounter form.

**IMPRESSION:**
1. Traumatic brain injury (TBI).
2. Facial fractures with chronic pain.
3. Chronic pain syndrome.
4. Depressed mood.

**PLAN:**
1. Percocet 10 t.i.d. p.r.n., gabapentin b.i.d.
2. Monitor monthly.
3. The patient is not at MMI, unable to return to work.
4. I have had an extended discussion with the patient, counseling 34 of 46 minutes.

Michael Dole, MD
MWD:cenlatrans/hjl

cc:   Workers' Compensation

D: 9/26/2017 T: 9/26/2017

9/26/2017      DOB [redacted]/1959

HIGGINBOTHAM, MICHAEL

HIGMI000
LWC03

**WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!**

**Patient Name:** Michael W. Higginbotham

**Current Mailing Address:** 405 S Philbrick Ave
Iowa, La 70647

**Today's Date:** Sept 26 2019

**Phone Number:** 337-788-994

**Alternate Phone Number:** 337 304 807

Please check symptoms Leaving item blank indicates none of these symptoms

- ☐ Fevers or chills
- ☐ Chest Pains
- ☐ Bruising
- ☐ Constipation
- ☐ Diarrhea
- ☐ Nausea/vomiting
- ☐ Rash/ Sores
- ☐ Urinary Retention
- ☐ Painful urination
- ☐ Fainting/passing out
- ☐ Shortness of Breath

- ☐ Sore throat
- ☐ Cough
- ☐ Hallucinations
- ☐ Dizziness
- ☐ Numbness
- ☐ Swollen glands
- ☐ Anemia
- ☒ Can't Sleep
- ☐ Late for work
- ☐ Lost your job
- ☐ Forgetful

- ☐ Change in appetite
- ☐ Weight loss or gain
- ☐ Skipping work or school
- ☐ Loss of memory
- ☐ Mood swings
- ☐ High anxiety
- ☐ Nervous
- ☒ Restless
- ☐ Taking meds from Someone else

- ☐ Confused
- ☐ Shaky
- ☐ Tremors
- ☐ Panic attack
- ☐ Feelings of depression
- ☐ Thoughts of suicide
- ☐ Increasing pain meds
- ☐ Sleeping too much
- ☐ Other:

**PHYSICIAN/NURSE PRACTITIONER COMMENTS**

Work related injury with pain - Hx- TBI; Multi facial fracts. Also hx @ knee pain - w.c. denied full wkt - with 1/10 filled out. Cig only. Meds reduce pain 30% - Follow 1 month

**WHAT IS YOUR PAIN TODAY?**
"0" is no pain and "10" is the worst pain possible

0  1  2  3  4  5  6 (7) 8  9  10

**WHAT MAKES YOUR PAIN BETTER?**
☒Meds ☐Rest ☐Lying down
☐Other:

**WHAT MAKES YOUR PAIN WORSE?**
☐Standing ☐Bending ☐Walking ☐Turning
☐Other: Sitting

Where is pain located? Mark All that Apply:
☒Head ☒Neck ☐Back ☐Arm (R)/L ☐Leg R/L
☐Other:

How long have you had this pain?
2 yrs ____ months/years

Is the pain ☒constant or ☐ occasional?
Are your pain Medications working?
☒YES  ☐ NO

Which term best describes your pain?
Mark All that Applies: ☐stabbing ☐sharp
☐dull ☒aching ☐burning ☐numb ☐stiff
☐Other:

Do you have new pain since your last visit? ☒NO  ☐ YES
If YES - Give location and describe the pain:

HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE YOUR LAST VISIT? ☒NO  ☐ YES - WERE YOU GIVEN ANY MEDICINE? ☐ NO  ☐ YES
If "YES" – Explain the reason for your visit:
**Name of Medication:**

Any changes in your Health History? ☒NO  ☐ YES
Do you use Tobacco? ☐ NO  ☒ YES  Amount  1 pack a day

The information provided above is accurate and true

**\*Patient Signature** [signature]

**Treating Provider Signature**

Medical Assistant Signature assisting patient with this form (if applicable) [signature]

[signature] NP 9-26-17

9/26/2017     DOB ▓▓/1959                                          HIGMI000

HIGGINBOTHAM, MICHAEL                  **Physical Exam**

Weight lbs: 232   Height: 5'6"   BP: 166/112   Pulse: 70   Allergies: LWC03 / CMCα

*Chief Complaint(Reference Diagnosis Listing-circle current problem): Dx  #1  #2  #3  #4  #5  #6*

Traumatic Brain injury - progrmmy

| Constitutional | Physical appearance / Grooming / Deformities  ☑appropriate  ☐ abnormal: |
|---|---|
| CV | Pulses intact? ☑Yes ☐ No:  C/R/DP   Edema or Cyanosis? ☐ yes,☑ no:   Location              ☐ RRR |
| Lymphatic | Palpable Nodes ☑No ☐Yes  Location |
| Respiratory | ☐Unlabored   ☐CTA |
| Skin | WNL 1 2 3 4 5 6    Warm/ Dry 1 2 3 4 5 6    Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |
| Neurologic | A&Ox4 ☑ |

| Anatomical Reference: | Atrophy      Tone/Spasticity       CN II-XII intact |
|---|---|
| 1: head/neck | Cerebellar:   UE coordination   ☐WNL    ☐ Impaired |
| 2: spine/trunk | Finger to Nose      ☐WNL    ☐ Impaired |
| 3. RUE | Fibromyalgia tender points: cerv    occiput    traps    pecs    troch    lumbar    knees |
| 4. LUE | Other: |
| 5. RLE | |
| 6. LLE | Mood:   ☑normal ☐depressed ☐flat ☐anxious ☐judgement/insight |
| | Comment |

DTR's
Clonus  Y / N

| Psychiatric | 1 2 3 4 5 6   Assessment of muscle strength/ tone |
|---|---|
| | ☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____ |
| | 1 2 3 4 5 6   Assessment of sensation |
| Musculoskeletal | ☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____ |
| | ①2 3 4 ⑤6   Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis   ☐WNL   facial: R knee |
| | 1 2 3 4 5 6   Assessment of ROM, positive: ☐WNL_____ |
| | 1 2 3 4 5 6   Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity |
| | Cervical/ lumbar tenderness to PSP +/-   Spurling maneuver +/-    SLR +/-  Seated / Supine |
| | Examination of gait and station   ☐WNL   ☑Antalgic   ☐_____   cane/ walker/ wheelchair |
| | Other: |

Treating Provider's Signature: _____     Date: 9-26-77

✓ Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

9/26/2017     DOB [redacted] 1959     **ESTABLISHED PATIENT/TREATMENT PLAN**     HIGMI000

**HIGGINBOTHAM, MICHAEL**     LWC03
Reviewed & discussed test results from prior orders [ ] Imaging films and reports [✓] Previous lab results  [ ] Other
*8/28/17*

**New Diagnosis/Condition:** *Moderate*

| | |
|---|---|
| ☐ **Risk Potential for Abuse & Diversion is Moderate due to:** | ☐ **Risk Potential for Abuse & Diversion is High due to:** |
| [ ] Initial SOAPP-R 10-20 | [ ] Anonymous callers reporting abuse, unconfirmed |
| [ ] Pain well-controlled 40mg-100mg Morphine equivalent | [ ] D/C'd or falling out with prior pain doctor |
| [ ] h/o depression, stable | [ ] Depression- not stable |
| [ ] h/o inconsistent UDT, but last 2 LCMS consistent | [ ] h/o bipolar disorder     *Hx: TBI* |
| [ ] h/o self-escalation, but stable for past 6 months | [ ] High risk referral source |
| | [✓] Inconsistent UDT/LCMS |
| | [✓] Repeat inconsistent UDT |
| **RISK STATUS:** [ ] IMPROVED [✓] NOT IMPROVED FROM LAST VISIT | [ ] Initial SOAPP-R > 21 |
| | [✓] Multiple prescribers of CDS meds on PMP |
| **Today's UDT Analyzer Results:** | [ ] Pain controlled >100mg Morphine equivalent |
| | [ ] Pain not controlled on > 80mg Morphine equivalent |
| | [ ] Personal or family h/o substance abuse |
| | [ ] Repeat self-escalation of meds |
| | [ ] s/p gastric bypass |
| | [ ] Self escalating meds |
| | [✓] Tattoos > 2, or tattoos on neck/face |
| | [ ] UDT + THC once |
| | [✓] 2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [✓] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [✓] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Improve Quality of Sleep | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [✓] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

**Counseling – Discussed today:** [ ] General tenets of opioid agreement  [ ] Plan of Care Developed today  [ ] Encouraged HEP
[ ] Weight loss  [ ] DAME ✓  [ ] RTW *unable*  [ ] Dangers of ETOH & CDS  [ ] LAN speech
[ ] Tobacco cessation  [ ] Limitations of pain management  [ ] Common & remote side effects of meds
[ ] Need to bring medication in original bottles to all office visits

**Additional Work Up Ordered Today:** [ ] Peripheral Neuropathy w/u  [✓] PMP checked today  [ ] EMG
[ ] X-ray _____  [ ] MRI of LS/ Cervical / Thoracic Spine _____
[ ] CBC and CMP to monitor side effects of chronic NSAID and APAP therapy  [ ] Consult– Refer to:
[ ] Other: _____  [ ] Obtain/Review medical records _____
**REVISIONS TO TREATMENT PLAN -**

Follow up ___ Weeks (months) OTS PRN  D/C 1 2  Provider Signature: _____  Date: 9-26-17

LAST FILL DATE 8-31   REFILL DUE DATE 9-30 (34%)

Total Visit Time: 46 (minutes)   Counseling & Coordination of Care time: 34 (minutes)

# Michael Dole, MD
## Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

* EMG/NCS Studies

* Low Back Pain

* Neck Pain

* Muscle & Joint Disorders

* CVA Rehabilitation

* TBI Rehabilitation

* SCI Rehabilitation

* Amputee Management

* Comprehensive Pain Management

* Work Related Injuries

* Disability Evaluation Ratings

* Independent Medical Evaluations

* Board Certified in PM&R

* Most Insurances Accepted

**Office Followup**

| | |
|---|---|
| **Patient:** | **HIGGINBOTHAM, MICHAEL** |
| **Date of Examination:** | 8/28/2017 |
| **Date of Birth:** | ▇1959 |
| **Evaluating Physician:** | Michael Dole, MD |

**HISTORY OF PRESENT ILLNESS:** Continues with facial pain secondary to TBI and fractures due to work-related injury 10/11/2010. The patient reports improvements in walking distance, time out of bed, and social engagement with current medications. PMP profile is reviewed. No overlapping prescribers noted. Still having trouble getting necessary urine drug testing approved through Workers' Compensation. I note that this is necessary per Louisiana Law, Louisiana Workers' Compensation Guidelines, and medical necessity which is further dictated by national opiate crisis. The patient reports doing some exercise, has been trying to quit smoking, and has lost some weight.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office follow up encounter form.

**IMPRESSION:**
1. Traumatic brain injury.
2. Multiple facial fractures.
3. Right knee pain.
4. Chronic pain syndrome.
5. Depressed mood.

**PLAN:**
1. Percocet 10 t.i.d. p.r.n.
2. Gabapentin 300 b.i.d.
3. The patient is not at MMI, unable to return to work.
4. I have had an extended counseling session with him as documented on individual treatment plan.

Michael Dole, MD
MWD:cenlatrans/ltb

cc:   Workers' Compensation
      Steven Hale, Esq.                    D: 8/28/2017 T: 8/28/2017

8/28/2017     DOB ▮▮▮▮▮/1959

HIGGINBOTHAM, MICHAEL

HIGMI000
LWC03

## WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!

**Patient Name:** _Michael Higginbotham_

**Current Mailing Address:** _405 s Philbrick No. Iowa, La 70647_

**Today's Date:** _Aug 28_

**Phone Number:** _337 988 99 4▮_
**Alternate Phone Number:** _337 304 80 2▮_

**PHYSICIAN/NURSE PRACTITIONER COMMENTS**

**Please check symptoms Leaving item blank indicates none of these symptoms**

- □ Fevers or chills
- □ Chest Pains
- □ Bruising
- □ Constipation
- □ Diarrhea
- □ Nausea/vomiting
- □ Rash/ Sores
- □ Urinary Retention
- □ Painful urination
- □ Fainting/passing out
- □ Shortness of Breath

- □ Sore throat
- □ Cough
- □ Hallucinations
- □ Dizziness
- □ Numbness
- □ Swollen glands
- □ Anemia
- □ Can't Sleep
- □ Late for work
- □ Lost your job
- □ Forgetful

- □ Change in appetite
- ☑ Weight loss or gain
- □ Skipping work or school
- □ Loss of memory
- □ Mood swings
- □ High anxiety
- ☑ Nervous
- ☑ Restless
- □ Taking meds from Someone else

- □ Confused
- □ Shaky
- □ Tremors
- □ Panic attack
- □ Feelings of depression
- □ Thoughts of suicide
- □ Increasing pain meds
- □ Sleeping too much
- □ Other:

### WHAT IS YOUR PAIN TODAY?
*"0" is no pain and "10" is the worst pain possible*

0 1 2 3 4 5 6 7 (8) 9 10

**WHAT MAKES YOUR PAIN BETTER?**
☑ Meds □ Rest □ Lying down
□ Other:

**WHAT MAKES YOUR PAIN WORSE?**
☑ Standing □ Bending ☑ Walking ☑ Turning
□ Other:

**Where is pain located?** *Mark All that Apply:*
☑ Head □ Neck □ Back ☑ Arm R/L □ Leg R/L
□ Other:

**How long have you had this pain?**
_7 yrs   2 months/years_

**Is the pain** ☑ constant or □ occasional?
**Are your pain Medications working?**
☑ YES   □ NO

**Which term best describes your pain?**
*Mark All that Applies:* ☑ stabbing □ sharp
□ dull ☑ aching □ burning ☑ numb ☑ stiff
□ Other:

Do you have new pain since your last visit? □ NO  ☑ YES
If YES - Give location and describe the pain:
_Left Arm Leg & Hip._

HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE
YOUR LAST VISIT? ☑ NO   □ YES - WERE YOU GIVEN ANY MEDICINE? □ NO   □ YES
If "YES" — Explain the reason for your visit:
**Name of Medication:**

Any changes in your Health History? □ NO  ☑ YES
Do you use Tobacco? □ NO  ☑ YES  Amount _1 pack day_

The information provided above is accurate and true

**Patient Signature** _[signature]_

**Medical Assistant Signature** assisting patient with this form (if applicable) _[signature]_

**Treating Provider Signature** _[signature]_

8/28/2017    DOB [redacted]5/1959

HIGGINBOTHAM, MICHAEL                    **Physical Exam**                    HIGMI000
                                                                              LWC03

Weight lbs: 232   Height: 5 6   BP: 168/119   Pulse: 66   Allergies: see med list

Chief Complaint (Reference Diagnosis Listing-circle current problem): Dx  #1 [circled]  #2  #3  #4  #5  #6

Traumatic brain injury. arthritis

| Constitutional | Physical appearance / Grooming / Deformities ✓ appropriate ☐ abnormal: |
| Constitutional | |
| CV | Pulses intact? ☐ Yes ☐ No: CR/DP    Edema or Cyanosis? ☐ yes ☐ no:   Location _____ ☐ RRR |
| Lymphatic | Palpable Nodes ☐ No ☐ Yes   Location |
| Respiratory | ☐ Unlabored   ☐ CTA |
| Skin | WNL 1 2 3 5 6   Warm/Dry 1 2 3 5 6   Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |
| Neurologic | A&Ox4 ☐ |
| Anatomical Reference: | Atrophy _____   Tone/Spasticity _____   CN II-XII intact _____ |
| | Cerebellar:   UE coordination   ☐ WNL   ☐ Impaired _____ |
| 1: head/neck | |
| 2: spine/trunk | Finger to Nose   ☐ WNL   ☐ Impaired _____ |
| 3. RUE | Fibromyalgia tender points:  cerv    occiput    traps    pecs    troch    lumbar    knees |
| 4. LUE | Other: |
| 5. RLE | |
| 6. LLE | Mood: ☐ normal ☐ depressed ☐ flat ☐ anxious ☐ judgement/insight |
| | Comment |
| Psychiatric | |
| Musculoskeletal | 1 2 3 4 5 6   Assessment of muscle strength/ tone |
| | ☐ WNL  ☐ RUE ____  ☐ LUE ____  ☐ RLE ____  ☐ LLE ____ |
| | 1 2 3 4 5 6   Assessment of sensation |
| | ☐ WNL  ☐ RUE ____  ☐ LUE ____  ☐ RLE ____  ☐ LLE ____ |
| | 1 2 3 4 5 6   Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis  ☐ WNL |
| | 1 2 3 4 5 6   Assessment of ROM, positive: ☐ WNL _____ |
| | 1 2 3 4 5 6   Assessment of stability, positive for ☐ WNL ☐ dislocation ☐ Subluxation ☐ laxity |
| | Cervical/ lumbar tenderness to PSP + / -    Spurling maneuver + / -    SLR + / -   Seated / Supine |
| | Examination of gait and station   ☐ WNL   ☐ Antalgic   ☐ _____ cane/ walker/ wheelchair |
| | Other: |

DTR's
Clonus  Y / N

Treating Provider's Signature: _____    Date: _____

[ ] Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

8/28/2017     DOB _____/1959

HIGGINBOTHAM, MICHAEL          **ESTABLISHED PATIENT/TREATMENT PLAN**          HIGMI000
                                                                               LWC03

Reviewed & discussed test results from prior orders [ ] Imaging films and reports [✓] Previous lab results   [ ] Other

**New Diagnosis/Condition:**     _6/1/17 lac lens uf_

| [ ] Risk Potential for Abuse & Diversion is Moderate due to: | [ ] Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ] Initial SOAPP-R 10-20 | [ ] Anonymous callers reporting abuse, unconfirmed |
| [ ] Pain well-controlled 40mg-100mg Morphine equivalent | [ ] D/C'd or falling out with prior pain doctor |
| [ ] h/o depression, stable | [ ] Depression- not stable |
| [ ] h/o inconsistent UDT, but last 2 LCMS consistent | [ ] h/o bipolar disorder |
| [ ] h/o self-escalation, but stable for past 6 months | [ ] High risk referral source |
|  | [ ] Inconsistent UDT/LCMS |
|  | [ ] Repeat inconsistent UDT |
| **RISK STATUS: [ ] IMPROVED [ ] NOT IMPROVED FROM LAST VISIT** | [ ] Initial SOAPP-R > 21 |
|  | [ ] Multiple prescribers of CDS meds on PMP |
| **Today's UDT Analyzer Results:** | [ ] Pain controlled >100mg Morphine equivalent |
|  | [ ] Pain not controlled on > 80mg Morphine equivalent |
|  | [ ] Personal or family h/o substance abuse |
|  | [ ] Repeat self-escalation of meds |
|  | [ ] s/p gastric bypass |
|  | [ ] Self escalating meds |
|  | [ ] Tattoos > 2, or tattoos on neck/face |
|  | [ ] UDT + THC once |
|  | [ ] 2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Improve Quality of Sleep | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

Counseling – Discussed today: [✓] General tenets of opioid agreement   [✓] Plan of Care Developed today   [ ] Encouraged HEP
[✓] Weight loss          [✓] MMI ∅      [ ] RTW ___         [ ] Dangers of ETOH & CDS        [ ] LAN speech
[✓] Tobacco cessation    [ ] Limitations of pain management     [ ] Common & remote side effects of meds
[✓] Need to bring medication in original bottles to all office visits

Additional Work Up Ordered Today: [ ] Peripheral Neuropathy w/u   [ ] PMP checked today          [ ] EMG _____
[ ] X-ray _____        [ ] MRI of LS/ Cervical / Thoracic Spine _____
[ ] CBC and CMP to monitor side effects of chronic NSAID and APAP therapy   [ ] Consult– Refer to:
[ ] Other: _____                                      [ ] Obtain/Review medical records _____

REVISIONS TO TREATMENT PLAN _____

Follow up _____ Weeks / months  UTS  PRN  D/C 1  2  Provider Signature: _____ Date: _____

LAST FILL DATE _____        REFILL DUE DATE _____

Total Visit Time: ____ (minutes)      Counseling & Coordination of Care time ____ (minutes)

5408 Provine Place
Alexandria, LA 71303
Phone #: 318-449-8333

## Michael Dole M.D.

### ☒ Qualitative testing results [_] Quantitative testing results

Printed on: 08/28/2017 10:37AM by Turner, Charlotte

| | | | |
|---|---|---|---|
| Patient Name: | Higginbotham, Michael | Accession: | 0100042786 |
| SSN: | higmi000 | Collection Date: | 08/28/2017 10:18AM |
| DOB: | ███/1959 | Test Date: | 08/28/2017 10:38AM |

**Prescribed Medications:**

Oxycodone

Amitriptyline

Gabapentin

Sertraline

**LCMS Confirmation Summary**

LCMS Confirmation Result Pending

**Screening Results**

| Test | Result | | Cutoff |
|---|---|---|---|
| Benzodiazepine | Negative | | >= 200 ng/mL |
| Ethyl Alcohol | Negative | | >= 100 mg/dl |
| Methadone Metabolite | Negative | | >= 1000 ng/mL |
| Opiate 300 | Negative | | >= 300 ng/mL |
| **OXYCODONE** | **Positive** | | **>= 300 NG/ML** |

_____           _____
Technologist                                      Date
8.28.17

These are preliminary analytical test results. A more specific alternative chemical method must be used to obtain a confirmed analytical result. Gas chromatography/ mass spectrometry (GC/MS) is preferred confirmatory method. Other chemical methods are available. Clinical consideration and professional judgement should be applied to any drug-of-abuse test results, particularly when preliminary positive results are used.

# MD

## Michael Dole, MD
### Diagnostic Pain Management

5408 Provine Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified In PM&R
- Most Insurances Accepted

## Office Followup

**Patient:** **HIGGINBOTHAM, MICHAEL**
**Date of Examination:** 8/1/2017

**Date of Birth:** ▮▮/1959
**Evaluating Physician:** Michael Dole, MD

**HISTORY OF PRESENT ILLNESS:** Continues with severe facial pain secondary to TBI, right knee pain. Depression secondary to work-related injury all stemming from work-related accident of 10/7/2010. The patient reports significant improvements in walking distance, time out of bed, and social engagement with current medications. Urine drug test has not been approved. Previous drug test from May had shown significant inconsistencies. I have subsequently reviewed case with Dr. Quillin. His PMP profile is reviewed. Also have done pill counts today which are consistent with refill dates.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office follow up encounter form.

**IMPRESSION:**
1. Traumatic brain injury.
2. Multiple facial fractures.
3. Right knee pain.
4. Chronic pain syndrome.

**PLAN:**
1. Gabapentin 300 b.i.d.
2. Percocet 10 t.i.d.
3. The patient is not at MMI, unable to return to work. Needs to have urine drug testing per Louisiana Law, Louisiana Workers' Compensation Guidelines, and medical necessity. To date, have not been able to get this necessary treatment approved.

Michael Dole, MD
MWD:cenlatrans/ltb

cc:   Workers' Compensation
      Steven Hale, Esq.
D: 8/1/2017 T: 8/2/2017

8/1/2017   DOB ███████/1959

HIGGINBOTHAM, MICHAEL

HIGMI000

LWC03

## WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!

**Patient Name:** Michael Higginbotham

**Current Mailing Address:** 405 S philbrick Ave Iowa La, 70647

**Today's Date:** Aug 1 2017

**Phone Number:** 3375 66 9946

**Alternate Phone Number:** 304-807

### Please check symptoms Leaving item blank indicates none of these symptoms

- □ Fevers or chills
- □ Chest Pains
- □ Bruising
- □ Constipation
- □ Diarrhea
- □ Nausea/vomiting
- □ Rash/Sores
- □ Urinary Retention
- □ Painful urination
- □ Fainting/passing out
- □ Shortness of Breath

- □ Sore throat
- □ Cough
- □ Hallucinations
- □ Dizziness
- □ Numbness
- □ Swollen glands
- □ Anemia
- ☑ Can't Sleep
- □ Late for work
- □ Lost your job
- □ Forgetful

- □ Change in appetite
- ☑ Weight loss or gain
- □ Skipping work or school
- □ Loss of memory
- □ Mood swings
- □ High anxiety
- □ Nervous
- □ Restless
- □ Taking meds from Someone else

- □ Confused
- □ Shaky
- □ Tremors
- □ Panic attack
- □ Feelings of depression
- □ Thoughts of suicide
- □ Increasing pain meds
- □ Sleeping too much
- □ Other:

**PHYSICIAN/NURSE PRACTITIONER COMMENTS**

(?) Worse pain TWE

### WHAT IS YOUR PAIN TODAY?

**"0" is no pain and "10" is the worst pain possible**

0 1 2 3 4 5 6 7 8 9 10

**WHAT MAKES YOUR PAIN BETTER?**
☑ Meds ☑ Rest □ Lying down
□ Other:

**WHAT MAKES YOUR PAIN WORSE?**
☑ Standing ☑ Bending ☑ Walking □ Turning
☑ Other: Sitting

**Where is pain located?** Mark All that Apply:
□ Head ☑ Neck ☑ Back □ Arm R/L ☑ Leg R/L
□ Other:

**How long have you had this pain?**
7 yrs months/years

**Is the pain ☑ constant or □ occasional?**
**Are your pain Medications working?**
☑ YES □ NO

**Which term best describes your pain?**
Mark All that Applies: □ stabbing ☑ sharp
□ dull ☑ aching □ burning ☑ numb □ stiff
□ Other:

**Do you have new pain since your last visit?** □ NO ☑ YES
If YES - Give location and describe the pain: Left Arm Left side Neck Left Leg

**HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE YOUR LAST VISIT?** □ NO ☑ YES - WERE YOU GIVEN ANY MEDICINE? □ NO ☑ YES
If "YES" – Explain the reason for your visit: Stroke

**Name of Medication:** Stroke

**Any changes in your Health History?** □ NO ☑ YES

**Do you use Tobacco?** □ NO ☑ YES **Amount** 1/2 pack day

The information provided above is accurate and true.

**\*Patient Signature** _[signature]_

_[signature]_ Medical Assistant signature assisting patient with this form (if applicable)

**Treating Provider Signature** _[signature]_

8/1/2017     DOB _____/1959

HIGGINBOTHAM, MICHAEL                                          **Physical Exam**                          HIGMI000
Weight lbs: 250   Height: 5-10   BP: 174 /114   Pulse: 13   Allergies: _____   LWC03
**Chief Complaint (Reference Diagnosis Listing-circle current problem): Dx    #1   #2   #3   #4   #5   #6**

Traumatic brain injury, mandible

| Constitutional | Physical appearance / Grooming / Deformities   ☑appropriate   ☐ abnormal: |
|---|---|
| **CV** | Pulses intact? ☑Yes ☐ No: CR/DP   Edema or Cyanosis? ☐ yes ☐ no:   Location _____   ☐ RRR |
| **Lymphatic** | Palpable Nodes ☑No ☐Yes   Location |
| **Respiratory** | ☑Unlabored   ☐CTA |
| **Skin** | WNL 1 2 3 4 5 6    Warm/ Dry 1 2 3 4 5 6    Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |
| **Neurologic** | A&Ox4 ☐ |

| Anatomical Reference: | Atrophy      Tone/Spasticity      CN II-XII intact _____ |
|---|---|
| 1: head/neck | Cerebellar:     UE coordination     ☐WNL   ☑ Impaired _____ |
| 2: spine/trunk |          Finger to Nose     ☐WNL   ☑ Impaired _____ |
| 3. RUE | Fibromyalgia tender points:  cerv     occiput     traps     pecs     troch     lumbar     knees |
| 4. LUE | Other: |
| 5. RLE | |
| 6. LLE | Clonus  Y / N |

Mood:   ☐normal ☐depressed ☐flat ☑anxious ☐judgement/insight
Comment

| **Psychiatric** | |
|---|---|
| | 1 2 3 4 5 6   Assessment of muscle strength/ tone<br>☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____ |
| **Musculoskeletal** | 1 2 3 4 5 6   Assessment of sensation<br>☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____ |
| | 1 2 3 4 5 6   Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis   ☐WNL |
| | 1 2 3 4 5 6   Assessment of ROM, positive: ☐WNL _____ |
| | 1 2 3 4 5 6   Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity |
| | Cervical/ lumbar tenderness to PSP +/-   Spurling maneuver +/-     SLR +/- . Seated / Supine |
| | Examination of gait and station ☐WNL   ☐Antalgic     ☐_____ cane/ walker/ wheelchair |
| | Other: |

Treating Provider's Signature: _____     Date: _____

] ] Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

8/1/2017     DOB _____1959          **ESTABLISHED PATIENT/TREATMENT PLAN**          HIGMI000

HIGGINBOTHAM, MICHAEL                                                                    LWC03

Reviewed & discussed test results from prior orders [ ] Imaging films and reports  [ ] Previous lab results [ ] Other ____

*New Diagnosis/Condition:* _____ *RA — not approved, 6/1? - some*

| ☐ Risk Potential for Abuse & Diversion is Moderate due to: | ☐ Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ] Initial SOAPP-R 10-20 | [ ] Anonymous callers reporting abuse, unconfirmed |
| [ ] Pain well-controlled 40mg-100mg Morphine equivalent | [ ] D/C'd or falling out with prior pain doctor |
| [ ] h/o depression, stable | [ ] Depression- not stable |
| [ ] h/o inconsistent UDT, but last 2 LCMS consistent | [ ] h/o bipolar disorder |
| [ ] h/o self-escalation, but stable for past 6 months | [ ] High risk referral source |
| | [ ] Inconsistent UDT/LCMS |
| | [ ] Repeat inconsistent UDT |
| **RISK STATUS:** [ ] IMPROVED  [ ] NOT IMPROVED  FROM LAST VISIT | [ ] Initial SOAPP-R > 21 |
| | [ ] Multiple prescribers of CDS meds on PMP |
| Today's UDT Analyzer Results: *not approved* | [ ] Pain controlled >100mg Morphine equivalent |
| | [ ] Pain not controlled on > 80mg Morphine equivalent |
| | [ ] Personal or family h/o substance abuse |
| | [ ] Repeat self-escalation of meds |
| | [ ] s/p gastric bypass |
| | [ ] Self escalating meds |
| | [ ] Tattoos > 2, or tattoos on neck/face |
| | [ ] UDT + THC once |
| | [ ] 2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[✓] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [✓] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Improve Quality of Sleep | [✓] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

**Counseling – Discussed today:** [ ] General tenets of opioid agreement   [✓] Plan of Care Developed today   [✓] Encouraged HEP
[✓] Weight loss   [ ] BMI   [ ] BTW   [ ] Dangers of ETOH & CDS   [ ] LAN speech
[ ] Tobacco cessation   [ ] Limitations of pain management   [ ] Common & remote side effects of meds
[✓] Need to bring medication in original bottles to all office visits

**Additional Work Up Ordered Today:** [ ] Peripheral Neuropathy w/u   [ ] PMP checked today          [ ] EMG _____
[ ] X-ray _____   [ ] MRI of LS/ Cervical / Thoracic Spine _____
[ ] CBC and CMP to monitor side effects of chronic NSAID and APAP therapy   [ ] Consult– Refer to: _____
[ ] Other: _____                                    [ ] Obtain/Review medical records _____

REVISIONS TO TREATMENT PLAN _____

Follow up _____ Weeks / months   UTS   PRN   D/C   1   2   Provider Signature: _____   Date: 8/1/17

LAST FILL DATE _____          REFILL DUE DATE _____

Total Visit Time: 46 (minutes)        Counseling & Coordination of Care time ____ (minutes)



# Michael Dole, MD
## Diagnostic Pain Management

5408 Proving Place
Alexandria, LA 71303
Phone: 318.449.8333
Fax: 318.449.8328

- EMG/NCS Studies
- Low Back Pain
- Neck Pain
- Muscle & Joint Disorders
- CVA Rehabilitation
- TBI Rehabilitation
- SCI Rehabilitation
- Amputee Management
- Comprehensive Pain Management
- Work Related Injuries
- Disability Evaluation Ratings
- Independent Medical Evaluations
- Board Certified in PM&R
- Most Insurances Accepted

### Office Followup

**Patient:** HIGGINBOTHAM, MICHAEL
**Date of Examination:** 7/3/2017

**Date of Birth:** ■1959
**Evaluating Physician:** Michael Dole, MD

**HISTORY OF PRESENT ILLNESS:** Continues with severe facial and right knee pain secondary to work-related injury of 10/7/2010. Patient reports improvements in walking distance, time out of bed, and social engagement with current medications. Urine drug test from 6/1/2017 shows significant inconsistencies. Unfortunately, we have not been able to get necessary insurance approval for confirmatory testing. Thus, it is difficult to determine the patient's compliance with medication strategy. Given that he is in the high-risk category, he should be having urine drug testing a minimum of 4-6 times a year. His pill counts today are consistent with refill dates.

HPI, PMH, ROS, PE, impression, plan, allergies, medications are reviewed and noted on handwritten office followup encounter form.

**IMPRESSION:**
1. Traumatic brain injury.
2. Multiple facial fractures.
3. Right knee pain.
4. Chronic pain syndrome.
5. Depressed mood.

**PLAN:**
1. Neurontin 300 t.i.d., Percocet 10 t.i.d.
2. The patient is not at MMI, unable to return to work.
3. Will monitor monthly given the extreme complexity of his case.
4. Will also seek necessary urine drug testing as required by Louisiana law, Louisiana Workers' Compensation Guidelines, and medical necessity.

Michael Dole, MD
MWD:cenlatrans/hjl

cc:    Workers' Compensation
       Steven Hale, Esq.

D: 7/3/2017 T: 7/5/2017

7/3/2017        DOB ▮▮▮/1959                                    HIGMI000

HIGGINBOTHAM, MICHAEL                                          LWC03

## WELCOME BACK - UPDATE US ON HOW YOU ARE DOING TODAY!

| Patient Name: *Michael Higginbotham* | Today's Date: *July 3, 2017* |
|---|---|

Current *Mailing* Address: *4055 Philbrick Ave  York La   70657*

Phone Number: *337 988 9982*
Alternate Phone Number: *832 304 8077*

**Please check symptoms Leaving item blank indicates none of these symptoms**

PHYSICIAN/NURSE PRACTITIONER COMMENTS

- ▢ Fevers or chills
- ▢ Chest Pains
- ▢ Bruising
- ▢ Constipation
- ▢ Diarrhea
- ▢ Nausea/vomiting
- ▢ Rash/ Sores
- ▢ Urinary Retention
- ▢ Painful urination
- ▢ Fainting/passing out
- ▢ Shortness of Breath

- ▢ Sore throat
- ▢ Cough
- ▢ Hallucinations
- ▢ Dizziness
- ▢ Numbness
- ▢ Swollen glands
- ▢ Anemia
- ☑ Can't Sleep
- ▢ Late for work
- ▢ Lost your job
- ▢ Forgetful

- ▢ Change in appetite
- ▢ Weight loss or gain
- ▢ Skipping work or school
- ▢ Loss of memory
- ▢ Mood swings
- ▢ High anxiety
- ▢ Nervous
- ☑ Restless
- ▢ Taking meds from Someone else

- ▢ Confused
- ▢ Shaky
- ▢ Tremors
- ▢ Panic attack
- ▢ Feelings of depression
- ▢ Thoughts of suicide
- ▢ Increasing pain meds
- ▢ Sleeping too much
- ▢ Other:

*Ⓡ knee pain continues - W.C. will only approve UDT with admission of a 10/10 form present reduces pain 20-30% Follow 1 month*

### WHAT IS YOUR PAIN TODAY?
"0" is no pain and "10" is the worst pain possible

0  1  2  3  4  5  6  7 (8) 9  10

**WHAT MAKES YOUR PAIN BETTER?**
☑ Meds  ▢ Rest  ☑ Lying down
▢ Other:

**WHAT MAKES YOUR PAIN WORSE?**
☑ Standing  ☑ Bending  ☑ Walking  ▢ Turning
▢ Other:

**Where is pain located?** Mark All that Apply:
☑ Head  ▢ Neck  ☑ Back  ☑ Arm R/L  ☑ Leg R/L
▢ Other:

**How long have you had this pain?**
*7 yrs* _____ months/years

**Is the pain** ☑ constant or ▢ occasional?
**Are your pain Medications working?**
▢ YES  ☑ NO

**Which term best describes your pain?**
Mark All that Applies: ☑ stabbing  ☑ sharp
▢ dull  ☑ aching  ☑ burning  ▢ numb  ▢ stiff
▢ Other:

**Do you have new pain since your last visit?** ▢ NO  ☑ YES
**If YES - Give location and describe the pain:** *Left ankle*

**HAVE YOU BEEN TO THE EMERGENCY ROOM OR HAVE YOU SEEN ANOTHER DOCTOR SINCE YOUR LAST VISIT?** ☑ NO  ▢ YES - WERE YOU GIVEN ANY MEDICINE? ▢ NO  ▢ YES
**If "YES" — Explain the reason for your visit:**
**Name of Medication:**

**Any changes in your Health History?** ☑ NO  ▢ YES
**Do you use Tobacco?** ▢ NO  ☑ YES  Amount *1 ½ pack a day*

| The information provided above is accurate and true | Treating Provider Signature |
|---|---|
| *Patient Signature  (signature) | (signature)  7-3-17 |
| Medical Assistant Signature assisting patient with this form (if applicable)  (signature) | |

| 7/3/2017 | DOB ~~1959~~ | **Physical Exam** | HIGMI000 |
|---|---|---|---|

**HIGGINBOTHAM, MICHAEL**

Weight lbs: 234  Height: 5'6  BP: 158 / 103  Pulse: 59  Allergies: LWC03 Lyrica

Chief Complaint(Reference Diagnosis Listing-circle current problem): Dx  #1  #2  #3  #4  #5  #6

Traumatic Brain Injury. Nesang

| Constitutional | Physical appearance / Grooming / Deformities  ☑appropriate  ☐ abnormal: |
|---|---|
| **CV** | Pulses intact? ☑Yes ☐ No:  C/B/DP   Edema or Cyanosis? ☐ yes ☑ no:   Location _____ ☐ RRR |
| **Lymphatic** | Palpable Nodes ☑No ☐Yes   Location _____ |
| **Respiratory** | ☐Unlabored   ☐CTA |
| **Skin** | WNL 1 2 ③ ④ 5 6   Warm/ Dry 1 2 ③ ④ 5 6   Lesions 1 2 3 4 5 6   Bruising/Discoloration 1 2 3 4 5 6 |

| Neurologic | A&Ox4 ☑ |
|---|---|

| Anatomical Reference:<br>1: head/neck<br>2: spine/trunk<br>3. RUE<br>4. LUE<br>5. RLE<br>6. LLE | Atrophy _____ Tone/Spasticity _____ CN II-XII intact _____<br><br>Cerebellar:   UE coordination   ☐WNL   ☐ Impaired _____<br><br>Finger to Nose   ☐WNL   ☐ Impaired _____<br><br>Fibromyalgia tender points: cerv    occiput    traps    pecs    troch    lumbar    knees<br><br>Other: _____<br><br>Mood: ☑normal ☐depressed ☐flat ☐anxious ☐judgement/insight<br>Comment _____ |

DTR's 🙂

Clonus Y / N

| Psychiatric | |
|---|---|
| **Musculoskeletal** | 1 2 3 4 5 6   Assessment of muscle strength/ tone<br>☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____<br>1 2 3 4 5 6   Assessment of sensation<br>☐WNL   ☐RUE_____   ☐LUE_____   ☐RLE_____   ☐LLE_____<br>1 2 3 4 ⑤ 6   Inspection/ palpation/ misalignment/ asymmetry/ crepitation/ defects/ tenderness/ masses/ effusions/ synovitis   ☐WNL   ℞ lum_____<br>1 2 3 4 5 6   Assessment of ROM, positive: ☐WNL_____<br><br>1 2 3 4 5 6   Assessment of stability, positive for ☐WNL ☐dislocation ☐Subluxation ☐laxity<br><br>Cervical/ lumbar tenderness to PSP + / -   Spurling maneuver + / -    SLR + / -   Seated / Supine<br><br>Examination of gait and station   ☐WNL   ☑Antalgic   ☐ ℞ lum_____ cane/ walker/ wheelchair<br><br>Other: _____ |

Treating Provider's Signature: _____   Date: 7-3-17

☑ Incident to Dr. Michael Dole during Dr. Dole's office hours (present in office)

7/3/2017      DOB ████1959      **ESTABLISHED PATIENT/TREATMENT PLAN**      HIGMI000

**HIGGINBOTHAM, MICHAEL**      LWC03

Reviewed & discussed test results from prior orders [ ] Imaging films and reports [x] Previous lab results [ ] Other

5/3/17

*New Diagnosis/Condition:*

| ☐ Risk Potential for Abuse & Diversion is Moderate due to: | ☐ Risk Potential for Abuse & Diversion is High due to: |
|---|---|
| [ ]Initial SOAPP-R 10-20 | [ ]Anonymous callers reporting abuse, unconfirmed |
| [ ]Pain well-controlled 40mg-100mg Morphine equivalent | [ ]D/C'd or falling out with prior pain doctor |
| [ ]h/o depression, stable | [ ]Depression- not stable |
| [ ]h/o inconsistent UDT, but last 2 LCMS consistent | [ ]h/o bipolar disorder |
| [ ]h/o self-escalation, but stable for past 6 months | [ ]High risk referral source |
| | [ ]Inconsistent UDT/LCMS |
| | [ ]Repeat inconsistent UDT |
| RISK STATUS: [ ]IMPROVED [X]NOT IMPROVED  FROM LAST VISIT | [ ]Initial SOAPP-R > 21 |
| | [ ]Multiple prescribers of CDS meds on PMP |
| Today's UDT Analyzer Results: | [ ]Pain controlled >100mg Morphine equivalent |
| | [ ]Pain not controlled on > 80mg Morphine equivalent |
| | [ ]Personal or family h/o substance abuse |
| | [ ]Repeat self-escalation of meds |
| O.V. only | [ ]s/p gastric bypass |
| | [ ]Self escalating meds |
| | [ ]Tattoos > 2, or tattoos on neck/face |
| | [ ]UDT + THC once |
| | [ ]2 or more CDS Meds or Benzodiazepine + Opiate |

| FUNCTION | PROGRESS |
|---|---|
| Ability to do work/housework | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ambulation | [X] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Ability to get out of bed | [X] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Improve Quality of Sleep | [X] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Social Engagement | [X] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |
| Standing | [ ] Goals achieved – goal now is to maintain current function with minimum to no pain<br>[ ] Improved since last visit by ___%<br>[ ] Failed to improve as expected: |

Counseling – Discussed today: [X]General tenets of opioid agreement  [ ]Plan of Care Developed today      [ ]Encouraged HEP
[ ]Weight loss                  [ ]MMI ☐  [ ]RTW ___         [X]Dangers of ETOH & CDS      [ ]LAN speech
[ ]Tobacco cessation   [ ]Limitations of pain management    [X]Common & remote side effects of meds
[ ]Need to bring medication in original bottles to all office visits

**Additional Work Up Ordered Today:** [ ]Peripheral Neuropathy w/u  [ ]PMP checked today          [ ]EMG _____
[ ] X-ray _____          [ ]MRI of LS/ Cervical / Thoracic Spine_____
[ ]CBC and CMP to monitor side effects of chronic NSAID and APAP therapy  [ ]Consult– Refer to:
[ ] Other:_____          [ ]Obtain/Review medical records_____
REVISIONS TO TREATMENT PLAN -

Follow up ___1___ Weeks / months / UTS PRN  D/C 1 2 Provider Signature: _____  Date: 7-3-17

LAST FILL DATE _6·5_   REFILL DUE DATE _7-4_

Total Visit Time: _46_ (minutes)   Counseling & Coordination of Care time _30_ (minutes)

JAMES W. QUILLIN, PH.D., M.P.
A PROFESSIONAL PSYCHOLOGY CORPORATION

1016 CALAIS CIRCLE, ALEXANDRIA, LOUISIANA 71303
TELEPHONE 318/442-7355
FACSIMILE 318/442-4407

James W. Quillin, PhD, MP
Medical Psychology

Paige L.Quillin, LCSW
Behavioral Pain Management

Lauren Drerup Stokes, PhD
Pediatric and Clinical Psychology

August 23, 2016

LWCC
Attention: Ms. Becky Harris
22375 South Acadian Thruway
Baton Rouge, LA 70808

Re: Michael Higginbotham

Dear Ms. Harris:

This is in response to your request for my comments regarding Dr. Strother's evaluation of the above-captioned patient. Please forgive the delay in responding to your request.

I have carefully reviewed the report as noted above. Quite honestly most of the report is not relevant to my current treatment of him. He has been seen more recently for posttraumatic stress and depression at this time. The objective studies cited by Dr. Strother, in particular, the MCMI and DAPS, do indeed support this patient's subjective report and my clinical impression of this condition. With respect to treatment I agree with Dr. Strother that he does have mood and emotional symptoms related to his adjust to the accident and this does indeed warrant treatment. He has indeed had treatment designed for the purpose of functional restoration but has continued to have persistent symptoms nonetheless. Continued treatment is indicated. Dr. Strother suggest 12 weeks of CBT might be helpful. I don't have any fundamental disagreement with the need for further CBT but this will need to be augmented by his psychopharmacologic protocol in order to try to optimize outcome and achieve the sort of functional improvement desired by all.

Once again, Ms. Harris, please excuse the delay in responding to your request. I hope this information is of assistance to you with respect to this matter.

Sincerely,

James W. Quillin, PhD, MP

JWQ/mlv



**JEFFERSON NEUROBEHAVIORAL GROUP**
Darren Strother, PhD, MP
dstrother@JeffersonNeuro.com

LOUISIANA
MISSISSIPPI
ALABAMA
TEXAS

107 REGENCY SQUARE
LAFAYETTE, LOUISIANA 70508
337.235.5676 TEL
337.235.5642 FAX
JeffersonNeuro.com

## NEUROPSYCHOLOGICAL EVALUATION

| | |
|---|---|
| **Patient's Name:** | Michael Higginbotham |
| **Gender:** | Male |
| **Age:** | 57 years old |
| **Date of Birth:** | ██59 |
| **Education:** | 16 years |
| **Handedness:** | Right |
| **Date of Accident/Injury:** | 10/7/10 |
| **Dates of Testing:** | 3/15 & 3/16/16 |
| **Location:** | Lafayette, LA |
| **Psychometrist:** | Richard Nelson, MS |
| **Date of Report:** | 5/23/16 |
| **Referred By:** | Becky Harris, Case Manager |

## PROCEDURES ADMINISTERED

- Review of Records
- Clinical Interview
- Comprehension-Commands
- Modified Somatic Perception Questionnaire
- MMPI-2
- NAB Screening & Orientation
- Portland Digit Recognition Test
- Rey-Osterreith Complex Figure

- Stroop Color-Word Test
- TOMM
- Vision Screener
- Wechsler Adult Intelligence Scale
- Wechsler Memory Scale
- Wide Range Achievement Test
- Word Memory Test

CLINICAL PSYCHOLOGY  •  NEUROPSYCHOLOGY  •  MEDICAL PSYCHOLOGY
RESEARCH  -  ASSESSMENT  -  INTERVENTION  -  FORENSIC CONSULTATION  -  REHABILITATION

## REFERRAL INFORMATION

Michael Higginbotham is a 57-year-old patient who was initially seen in through this office for a neuropsychological evaluation in August 2014 at the request of Becky Harris, Case Manager. He was referred for a re-evaluation by Ms. Harris in the context of his worker's compensation claim. Therefore, he was informed that the results would be shared with case managers, nurses, doctors, attorneys, and others involved in the case. In this regard, he was explicitly informed that the results of the current evaluation would not be confidential. He understood this and agreed to participate.

*The information contained in the following section was provided by Mr. Higginbotham during his interview with this examiner.*

## RELEVANT HISTORY

Mr. Higginbotham was injured in a work-related boating accident on 10/7/10. The accident resulted in a number of facial fractures as well as nondisplaced skull fracture. He completed a neuropsychological evaluation through this office in August 2014. The results of that evaluation did not reveal cognitive impairments from the accident. Conclusions at that time were pain disorder associated with both psychological factors and a general medical condition and adjustment disorder with mixed anxiety and depressed mood. He was not considered disabled from either a cognitive or psychological perspective. Twelve weeks of cognitive-behavioral therapy was recommended, targeting behavioral activation to assist with functional restoration.

*The following information represents an updated history since Mr. Higginbotham's initial evaluation through this office. For a detailed review of prior history, readers are directed to the initial evaluation report.*

### Physical Functioning

Since his last evaluation, Mr. Higginbotham has undergone injections for the right knee, which provided some pain relief. He continues to be followed by Dr. Dole for pain management. Regarding physical functioning, Mr. Higginbotham reports pain in both knees (right >left) that is constant and rated as about 7/10 (10 = worst). He also reports constant pain in the right shoulder, which he again rates as 7/10 in terms of intensity. Right shoulder pain limits his range of motion. He experiences intense headaches 4-5 times per day, which tend to worsen with physical exertion. During these episodes, he has photosensitivity and must move to a dark, quiet room. At times, the intensity of these headaches reaches 10/10. He infrequently experiences nausea with headaches. He also reports poor eyesight and uses reading glasses to

aid vision. He experiences episodes of blurred vision, particularly during the morning hours, and has difficulty driving at night due to the headlights of other vehicles. This causes headaches. He reports weight gain (about 25 pounds) over the last 2-3 years. He also reports occasional episodes of soreness in the back and neck, which he suspects is secondary to inactivity.

## Emotional Functioning

He sees Dr. Quillin about once a month for treatment of PTSD (Zoloft) and sleep problems (Temazepam). When asked about his typical mood/emotional functioning, Mr. Higginbotham states, "Typically, I am in a good mood." He does experience positive emotions, and he denies any thoughts of harm whatsoever. There are times when he feels depressed and questions his circumstances (e.g., "Why me?"). He acknowledges some difficulty initiating tasks. However, he denies major mood symptoms. He describes himself as somewhat stressed, which he attributes to concern about his future. He acknowledges being "tired of dealing with this [workers comp claim]." He notes that he feels he has done everything asked by his workers compensation carrier and his doctors. He thinks about the accident 1-2 times per week, but tries not to dwell on the subject. He denies having any stress reactions when thinking about the accident. He denies any panic attacks or flashbacks. Diminished physical functioning contributes to some frustration.

## Cognitive Functioning

Mr. Higginbotham describes his attention as "so, so." His wife tells him that his attention span is shorter than it has been in the past. He describes himself as very forgetful, and this is "somewhat of a concern." At times, he loses his train of thought. He has difficulty recalling time/dates of events (e.g., surgeries). Occasionally, he has word finding problems, but he denies that this is significant. He uses a notebook to make notes and keep track of things. He has no family history of dementia.

## Daily Living

Mr. Higginbotham is fully independent in all activities of daily living. He cooks independently. He drives, though he limits this in time and distance; he does not drive at night secondary to vision problems as noted above. He infrequently rides his motorcycle (about once per month around the block) due to pain associated with driving. His pain medication does allow him to get out of the house and interact socially more. He remains involved in a family oriented motorcycle club, and he does tinker with his motorcycle when he can. He maintains contact with family and friends. He is able to care for his lawn, using both a riding mower and edger/tremor, though he must rest for the remainder of the day when doing so. He states, "I am

kind of bored during the day." He has been unable to pass the physical examination required for his CDL. He does try to get out of the house regularly. About 3 weeks prior to this evaluation, he began going to the gym 3 times per week in an effort to lose weight.

Pain disrupts sleep 2-3 times per week. He also reports sleep problems related to nightmares; although he has no recall of the dreams themselves, his wife has reportedly explained to him that he tends to scream "help me, help me" and thrash during sleep. At times, he awakens sweating and has difficulty falling back asleep. However, at other times he is able to fall back asleep immediately. He is bothered by being unable to remember dreams/nightmares. He reportedly saw a hypnotist once in an effort to try to remember his dreams, but this was of no benefit. At times, he does not feel rested. "Depends on the kind of night I had." He naps 2-3 times per week, depending on his sleep the night prior and his physical activity during the day. Appetite is said to be normal.

*Psychosocial*

Mr. Higginbotham has been married for 34 years. He reports a positive relationship with his wife. In December, 2015, his mother-in-law was killed in a motor vehicle accident, and understandably he reports some stress related to that accident. Otherwise, "everything is good." He lives with his wife. They have 2 adult children who live independently. He reports having a good, supportive relationship with all family members.

He has no interval legal history since his last evaluation.

Since his last evaluation, he has not had any surgeries, hospitalizations, or major illnesses. He denies any other mental health problems. He has not consumed alcohol in more than one year. He denies any illicit substance use or prescription medication abuse. He notes that he is very careful to adhere to his medication regimen as instructed by his doctors. He smokes about one pack of filtered cigarettes per day and as much as 2 packs per day when pain is intense. He is currently in the process of trying to quit his use of nicotine. He hopes to stop all nicotine use by the end of July.

*At the end of the interview, Mr. Higginbotham was asked if there were any symptoms or problems that were not covered and he responded no.*

*Mr. Higginbotham reports that he takes the following medications. This list was taken directly from his handwritten form.*

| Medication | Dosage | Frequency |
|---|---|---|

---

| Zoloft | 100 mg | 1 x day |
| Oxycodone | 10/325 | 4 x day |
| Temazepam | 30 mg | 1 x day |

## REVIEW OF RECORDS

*In preparation of this report, the following records were provided and reviewed:*

### Michael Dole, MD

Mr. Higginbotham was seen on 8/5/14 with continued complaints of severe headaches and knee pain. This record notes that he had recently gone to the ER whereupon he was given a steroid injection. According to this record, "urine drug test confirmation from May 16, 2014, shows mild inconsistencies. Urine drug test performed in office per high risk panel is positive for opiates. Point of care cup shows inconsistencies." It is not entirely clear what these inconsistencies were, but they appear to have involved his use or nonuse of hydrocodone and possibly morphine. He was seen again on 9/3/14. This record notes, "Urine drug test from August 5, 2014, is reviewed. Inconsistencies are noted." Apparently, Mr. Higginbotham had gone to the ER around that time, "but does not have any real memory of it." Dr. Dole placed family members in charge of opiate-based medications. At a follow-up on 11/20/14, a urine drug test completed in the office was positive for Roxicodone. These results apparently were inconsistent with his medication regimen. At a follow-up on 12/16/14, depression with some suicidal ideation was noted, for which further evaluation by Dr. Quillin was recommended. According to this record, "urine drug test from November 20, 2014, shows minor inconsistencies."

At a follow-up on 2/10/15, Dr. Dole discussed decreasing the patient's medications and ultimately attempting to wean him off of medications at that time. Handwritten notes pertaining to the visit note that he had lost a friend that Saturday. This record also notes that the patient was fearful of side effects of his medications. At a follow-up on 3/10/15, "urine drug test confirmation from February 10, 2015, shows minor inconsistencies. Results reviewed with the patient. Overall results suggest the patient has been compliant with medications." This record notes that Mr. Higginbotham had begun exercising. Because his activity level had increased significantly, Dr. Dole felt it best to leave him on Roxicodone 4 times a day.

At a follow-up on 4/8/15, handwritten notes document "had minor MVA on motorcycle on 3/28 – minor injuries to right side of body – did not go to the ER." On 5/13/15, Dr. Dole noted that the patient denied having symptoms of rebound headaches. This record notes that attempts to reduce Percocet resulted in more time in bed and difficulty concentrating because pain

interfered with thinking. With Percocet, Mr. Higginbotham was able to be more active and "engaged in his life." Dr. Dole opined that the patient suffered a "decline in coping skills due to his worsening posttraumatic depression due to his work related injury." Spinal stimulator was helping some with his pain. "Severe inconsistencies on his urine drug test" were noted at a follow-up on 6/9/15. Apparently, Mr. Higginbotham denied taking the substances that were indicated on the drug test. Mr. Higginbotham had discontinued Lyrica secondary to side effects. He recommended a risk assessment profile with Dr. Quillin to determine if the patient was safe to be treated with controlled substances. Handwritten notes indicate that a urine drug screen on 5/13/15 was positive for alcohol and opioids. At a follow-up on 7/7/15, Mr. Higginbotham reported that he had discontinued all alcohol use. He reported having to spend more time in bed and having difficulty completing even basic household and self-care tasks since his Percocet was decreased. This record notes difficulty sleeping due to pain. His Percocet was increased. He was seen for a follow-up on 7/7/15. At that point, he continued to deny alcohol use and his wife corroborated this report. This record goes on to note that he had been taking Nyquil for 2 days prior to the appointment and used scope mouthwash "both high in alcohol content."

At a follow-up on 8/5/15, Dr. Dole describes the results of the urine drug test from 5/13/15 that revealed "severe inconsistencies." Mr. Higginbotham was advised to discontinue alcohol as this would interfere significantly with treatment. His urine drug test performed in the office today is positive for Oxycodone but also positive for non-prescribed opiates." Mr. Higginbotham denied taking non-prescribed medications.

He was seen for a follow-up on 11/3/15. According to this record, a urine drug screen from 8/5/15 was consistent with prescribed medications. A urine drug screen in the office at the 11/3/15 visit was positive for Oxycodone but negative for benzodiazepines. This record notes that he was grieving the loss of a friend and the son of another friend. At a follow-up on 12/1/15, Dr. Dole described the results of a urine drug test completed at the prior visit, which he described as revealing "severe inconsistencies." Mr. Higginbotham denied substance abuse. Dr. Dole recommended a formal risk assessment with Dr. Quillin. Handwritten notes for this visit state, "does not drink any alcohol but then states has occasional beer and has occasionally taken Nyquil when cannot sleep." This record also notes that temazepam was not helping unless taken 2 at a time.

Results of a urine drug screen collected on 11/3/15 were negative for sertraline. Results were positive for alcohol.

Mr. Higginbotham returned to Dr. Dole on 2/4/16. According to this record, "urine drug test confirmation from 11/3/2015, shows severe inconsistencies, positive for metabolites of alcohol. These metabolites are only reliably measured with LC-MS testing which has not been approved with workers compensation." Dr. Dole noted consultation with Dr. Quillin. "... We elected to give him another trial on controlled substances." Percocet was reinitiated. Apparently, a urine drug screen in the office on that date was severely inconsistent. It appears that results were positive for alcohol.

### Adolfo Cuadra, MD

An SMO evaluation was completed on 1/9/15. Mr. Higginbotham reported pain, primarily headaches secondary to a work accident on 10/7/10. He also reported pain in the shoulder, elbow, low back, hip, and knee. Impressions were posttraumatic headaches, occipital neuralgia, rebound headaches, right knee osteoarthritis, and right shoulder osteoarthritis. Dr. Cuadra opined that headaches might be rebound in nature, "as he has been taking opioids for a long period of time, and... This can perpetuate this headache condition." He also suspected that the patient might be experiencing narcotic induced hypogonadism. Dr. Cuadra recommended managing the patient's symptoms with nonnarcotic analgesics and preventative medications. He also recommended smoking cessation and regular exercise. Continued use of his neurostimulator was recommended as well.

### James Quillin, PhD, MP

Mr. Higginbotham returned to Dr. Quillin on 7/7/15. This record notes that he had abstained from alcohol for several months prior to the visit. He reported chronic depression and poor sleep with nightmares. Impressions were chronic major depression, history of post concussive syndrome, posttraumatic nightmares, and chronic pain syndrome. He was prescribed Zoloft. Depressive symptoms had improved some at a follow-up on 8/3/15. Zoloft was increased to 100 mg and a prescription for temazepam 15 mg was provided to facilitate sleep.

Zoloft was said to be helpful at a follow-up on 9/4/15. Sleep remains problematic, for which temazepam was increased to 30 mg.

Mr. Higginbotham return to Dr. Quillin on 2/5/16. Mood was said to be reasonably stable and he was sleeping adequately at that point. Impressions were major depression chronic, stable, history of post concussive syndrome, posttraumatic nightmares, improved, and chronic pain syndrome. He was given prescriptions for Zoloft 30 mg and temazepam 30 mg.

## BEHAVIORAL OBSERVATIONS

Mr. Higginbotham was evaluated over 2 days. He drove himself to the appointment and arrived alone. On each occasion, he arrived on time and was well groomed and appropriately dressed. He is right-handed. He walked independently but with a slight limp. He brought reading glasses with him to the evaluation. He reported that he sometimes experiences double vision but denied that this interfered during test administration. There were no hearing problems reported or observed.

He interacted with the psychometrist in a friendly and socially appropriate manner. He was oriented to person, place, and time. His affect was normal and his emotions seemed stable and appropriate. There was no behavioral evidence of bizarre or unusual thinking. Speech was spontaneous and verbal responses were linear and appropriate in content. During a memory measure (CVLT-II), Mr. Higginbotham became frustrated and discontinued testing. It should be noted that he remained friendly and appropriate throughout this time; he simply indicated that he had become frustrated and was no longer able to perform his best. Testing was discontinued at that point.

## RESULTS AND DISCUSSION

Neuropsychological and psychological tests were administered as part of this evaluation. These tests were selected because they are generally well-constructed, valid, and reliable measures of some aspect of mental functioning. These tests provide information about the patient's functioning within a given domain (sometimes multiple domains) and also have been found to potentially reflect various forms of brain damage through impaired scores. Thus, impaired level scores when properly interpreted in light of the medical history, overall test results and research on the injury/disease in question, can be an indication of brain impairment. However, it should be noted that it is generally the consensus among neuropsychologists that neuropsychological tests are more sensitive than they are specific. Test abnormalities are sometimes found when multiple neuropsychological measures are administered in patients without brain impairment. It is the role and responsibility of the neuropsychologist to determine the most likely cause of a given deficit in the context of the medical records and available research on the disease/injury. This process includes the careful consideration of alternate causes for a given test result or deficit. No test result can be or should be used in isolation to rule out or diagnose brain or emotional dysfunction.

In this "Results and Discussion" section of this report, test results are reported in isolation. These findings are integrated (as above, with consideration of all available clinical information,

research on the neuropsychology of the disease/injury and alternate explanations for the result) and a clinical opinion reported only in the summary section of this report.

*Measures of Response Validity:*

Currently, it is standard for neuropsychologists to administer tests that check the validity of a patient's response on cognitive testing. Unlike most neuropsychological measures, the cut-offs on the measures and indicators of invalid cognitive test performance are designed to be more specific than sensitive. This means that some persons who respond invalidly may pass some or all of these measures. In contrast, persons who give good effort almost always perform normally.

| Portland Digit Recognition Test | | TOMM | |
|---|---|---|---|
| *Easy* | 32/36 | *Trial 1* | 48/50 |
| *Hard* | 14/18 | *\*Trial 2* | 50/50 |
| | | *\*Retention* | 50/50 |
| | | | *\*Cutoff 45/50* |

Three symptom validity tests were administered in this evaluation. On the TOMM, Mr. Higginbotham scored 50 out of 50 on Trial 2 and 50 out of 50 on the retention trial. On the abbreviated version of the PDRT, he made 32 correct responses on easy items and 14 correct responses on hard items. On the WMT, his immediate recognition score was 97.5 percent, delayed recognition was 100 percent, and consistency score was 97.5 percent. These scores are within normal limits.

Standardized cognitive instruments with embedded validity measures were administered as part of this evaluation. There is no indication of invalid performance among these embedded validity measures.

On the MMPI, his score on scale 3 (T = 101) has high specificity for intentional exaggeration among pain patients (FP = .04). His remaining scores on this measure are absent of any empirical data indicating intentional magnification of symptoms.

*General Intellectual Ability:*

WAIS-IV

| *Verbal Comprehension* | 95 | *Full Scale Intelligence Quotient* | 98 |
|---|---|---|---|

|  |  |
|---|---|
| *Perceptual Reasoning* | *109* |
| *Processing Speed* | *86* |
| *Working Memory* | *102* |

| Verbal Subtests: | | SS | %ile |
|---|---|---|---|
| *Similarities* | Verbal analogic reasoning abilities | 8 | (25) |
| *Vocabulary* | Word knowledge | 9 | (37) |
| *Information* | General Fund of knowledge | 10 | (50) |

| Perceptual Reasoning Subtests: | | SS | %ile |
|---|---|---|---|
| *Block Design* | Visual spatial analysis | 11 | (63) |
| *Matrix Reasoning* | Abstract fluid reasoning | 11 | (63) |
| *Visual Puzzles* | Analysis/synthesis of abstract visual stimuli | 13 | (84) |

| Working Memory Subtests: | | SS | %ile |
|---|---|---|---|
| *Digit Span* | Short-term auditory memory | 12 | (75) |
| *Arithmetic* | Numerical reasoning ability | 9 | (37) |

| Processing Speed Subtests: | | SS | %ile |
|---|---|---|---|
| *Symbol Search* | Visual scanning and processing | 5 | (5) |
| *Coding* | Visual motor speed | 10 | (50) |

The Wechsler Adult Intelligence Scale is the most commonly used test of individual adult intelligence administered by psychologists. The WAIS-IV, as ordinarily administered consists of 10 subtests composed of 5 verbal subtests and 5 predominately nonverbal or performance subtests. The WAIS-IV can be divided into 4 major functional categories consisting of: [1] Those measuring old, over learned verbal capacities (Information, Similarities, and Vocabulary); [2] Those involving spatial problem-solving (Visual Puzzles, Block Design, and Matrix Reasoning); [3] Working Memory abilities (Arithmetic and Digit Span); and [4] Processing Speed (Coding and Symbol Search). Each subtest has a Mean or Average of 10. An Average IQ score is 100.

---

Mr. Higginbotham's performance on the WAIS-IV produced a full-scale intelligence quotient of 98, which falls in the average range. The difference between his verbal comprehension and perceptional reasoning ability is statistically significant. Examination of his performance across individual subtests reveals a relative weakness in visual scanning and processing and a relative strength in analysis/synthesis of abstract visual stimuli.

**Attention and Concentration:**

| | |
|---|---|
| WMS-IV Visual Working Memory | 109 |
| WAIS-IV Working Memory | 102 |
| WAIS-IV Digit Span | 12 |
| WAIS-IV Processing Speed | 86 |

| Stroop Test | Raw Score | Age Corrected | T- Score |
|---|---|---|---|
| Words | 75 | 83 | 37 |
| Colors | 60 | 64 | 37 |
| C/W | 31 | 36 | 36 |
| Interference | 0 | | 50 |

Attention is a complex multidimensional construct, which requires assessment of several somewhat dissociable components. The capacity to focus or channel attentional resource includes arousal, focused attention, and sustained attention. Processing speed is also a component of this capacity sometimes referred to as deployment. Processing speed refers to how quickly someone can bring cognitive resources to bear on a task and manipulate information in working memory. The WAIS-IV processing speed factor score of 86 is in the low average range of performance. Focused attention was assessed by the Stroop Color Word Test. On the Stroop Color and Word Test, he read 83 words, identified 64 colors, and identified 36 colors with word interference (see T- scores above, including the interference estimate). This performance is below normal limits.

More complex attentional processes include the patient's ability to hold information in mind and then process it, even if distracted or required to divide attention among tasks, sometimes referred to as encoding/capacity. Span of attention refers to the patient's capacity to hold information in mind for a brief period of time. Verbal memory span was measured using the

Digit Span Forward (50th percentile), and the WMS-IV Logical Memory I (scaled score = 7, 16th percentile). Mental manipulation/divided attention refer to the patient's ability to hold information in mind, perform operations on it, and output the results. This area was evaluated with the WMS-III and WAIS-IV subtests comprising the Working Memory Factors (index scores of 109 and 102, respectively), and backward spans (11 digits, 84th percentile).

*Motor Functions:*

WAIS-IV Coding          10

The motor functioning part of the examination measures finger-tapping speed, dexterity, and visual motor integration skills. These tasks are sensitive to brain injury especially to the frontal lobes.

Mr. Higginbotham is right-handed. His overall body coordination appeared normal. His current age-corrected WAIS-IV Coding score of 10 is in the average range.

*Visual Perceptual & Constructional Functions:*

Block Design          11

Integrative visual skills including visual analysis, visual construction, and spatial organization and planning were evaluated. The Rey-Osterreith Figure is an evaluation that measures visual organizational capacities, visual motor integration and planning, and visual memory. On a copy of the figure, Mr. Higginbotham's age-corrected percentile of >16th is in the average range of performance. His WAIS-IV Block Design score of 11 indicates average visual/spatial capacities.

*Language Functions:*

WAIS-IV Vocabulary          9

Follow a 3-Step Command          Able

In the course of conversation with the psychometrist, Mr. Higginbotham showed normal fluency, articulation, animation, and word finding. No paraphasic errors were observed. Mr. Higginbotham was able to follow a 3-step command on the Neurobehavioral Cognitive Status Examination.

Mr. Higginbotham's age-corrected WAIS-IV Vocabulary score of 9 indicates average word-knowledge.

**Academic Skills:**

| WRAT-4 | Percentile | Grade Level |
|---|---|---|
| Word Reading | (32) | 11.9 |
| Sentence Comprehension | (81) | >12.9 |
| Reading Composite | (58) | N/A |

Current reading level was measured by the Wide Range Achievement Test (WRAT-4). Mr. Higginbotham's reading skills are at the 58th percentile. These findings are within expected levels given his educational history.

**Memory and New Learning:**

WMS-IV Primary Indices

| | |
|---|---|
| Auditory Memory | 88 |
| Visual Memory | 112 |
| Visual Working Memory | 109 |
| Immediate Memory | 105 |
| Delayed Memory | 94 |

| WMS-IV Paired Associates | | | WMS-IV Logical Memory | | |
|---|---|---|---|---|---|
| Trials | Correct | | | Correct | Correct |
| 1 | 4 | | Story 1 | | Story 2 |
| 2 | 11 | | 1st Recall 9 | | 1st Recall 9 |
| 3 | 8 | | Recall 30 min 6 | | 30 Min. Recall 0 |
| 4 | 12 | | | | |
| Recall 30 Min. | 10 | | | | |

Memory function encompasses short term and long term (or remote memory) forms. Learning processes of encoding, consolidation and retrieval are examined in visual and verbal modalities. These memory functions are among the most sensitive to brain injury and are measured on parts of the many specialized neuropsychological tests including comprehensive memory batteries, like the Wechsler Memory Scale (WMS-IV). Mr. Higginbotham obtained an Auditory Memory Index score of 88 and a Visual Memory Index score of 112. Both of these scores fall within normal limits.

On an immediate recall of the Rey-Osterreith figure Mr. Higginbotham had a T-score of 53, which is in the average range. A 30-minute delayed recall of the figure was in the high average range of performance with a T-score of 58.

Mr. Higginbotham was administered the CVLT-II to assess verbal learning and memory. During trial 5 of this measure, he discontinued the test, stating that the test was repetitive and that he could no longer perform his best. It is worth noting that his performances across the first 4 learning trials was well within normal limits, with scores ranging from average (Trial 1: z = -.05) to above average (Trial 4: z = +1). Despite not completing the last trial, his total score for Trials 1-5 is within normal limits (T = 43).

*Executive Functions:*

WAIS-IV Similarities              8

WAIS-IV Matrix Reasoning          11


Executive or higher cognitive functions refers to a variety of cognitive faculties normally attributed to the more recently developed aspects of the human nervous system (e.g., the frontal lobes), including initiation, mental flexibility and abstract reasoning. Mental flexibility is measured by several tasks. His age-corrected WAIS-IV Similarities subtest score of 8 indicates average verbal analogic reasoning abilities. His WAIS-IV Matrix Reasoning subtest score of 11 indicates average abstract fluid (visual) reasoning ability.

*Social-Emotional Functioning:*

MMPI-2

| VRIN | TRIN | F | $F_B$ | $F_P$ | FBS (Raw) | L | K |
|------|------|----|----|----|----|----|----|
| 54 | 50 | 64 | 51 | 41 | 26 | 43 | 49 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 88 | 83 | 101 | 90 | 62 | 61 | 85 | 89 | 75 | 48 |

Social-emotional functioning was evaluated via clinical interview, as well as standardized assessment instruments. The results of the interview are discussed above. As noted under the *Measures of Response Validity* section of this report, there is indication of symptom exaggeration on the MMPI-2. On this measure, Mr. Higginbotham responded consistently across similar items, suggesting adequate understanding and attention to content. His pattern of scores across clinical scales is consistent with psychological complication of subjective physical complaints. There is indication of preoccupation with physical health and hypervigilance for somatic symptoms. Mr. Higginbotham endorsed broad somatic complaints that are unlikely to be explained by a single medical cause. The elevations on scales 1 and 3 suggests that presence of somatization, wherein emotional distress is expressed through somatic complaints. Patients with this profile often lack psychological mindfulness and tend to ascribe problems to physical causes. The presence of psychological overlay on physical complaints represents a risk factor for poor response to medical treatment—particularly treatment that is symptom-focused. There is also indication of stress and psychological discomfort. He endorsed items reflecting emotional turmoil and general tension. Patients with this profile typically rationalize/intellectualize their problems and tend to be resistant to psychological explanations for their difficulties, which can lead to reluctance to persist in treatment.

The Modified Somatic Perception Questionnaire (MSPQ) was completed to assess for the presence of unusual symptoms indicative of psychological complication of physical complaints. His score on the MSPQ is not at a level that suggests prominent psychological complication in physical symptom reports.

## SUMMARY AND RECOMMENDATIONS

*Diagnosis:* F45.1 Somatic Symptom Disorder with Predominant Pain

Michael Higginbotham is a 57-year-old male who was injured in a work-related boating accident on 10/7/10. He completed a neuropsychological SMO evaluation through this office on August 1, 2014. The results of that evaluation were consistent with pain disorder associated with both psychological factors and a general medical condition and adjustment disorder with

mixed anxiety and depressed mood. Twelve weeks of cognitive-behavioral therapy was recommended. Mr. Higginbotham was referred for a neuropsychological re-evaluation in the context of this history.

This evaluation consisted of clinical interview with Mr. Higginbotham, review of available treatment records, cognitive/neuropsychological testing (including symptom validity testing), and assessment of personality and emotional functioning. Conclusions were reached with consideration of information from each of these sources.

Mr. Higginbotham began seeing James Quillin, PhD, MP for treatment of mood symptoms in May 2011. About 2 years later, Dr. Quillin opined that he had reached MMI from a psychological perspective (5/20/13). He has continued to follow up for treatment since that time, which appears to primarily involve pharmacologic management of mood and sleep. During clinical interview, Mr. Higginbotham described his mood as typically "good." He acknowledged some features of low mood, primarily in the form of frustration and irritability, which he attributed to his workers compensation claim and reduced physical functioning. He also went on to describe treatment for PTSD. As noted from the last evaluation through this office, Mr. Higginbotham does not have PTSD, and records provided for review do not document this disorder. He reports some sleep disturbances, which he describes as nightmares despite his being unable to recall any of the content of the dreams; apparently, he perceives these episodes as nightmares because of his wife's description (e.g., thrashing and yelling "help me" during sleep). His inability to recall the content of these dreams would argue against them being symptomatic of PTSD. More importantly, he denies any other features of PTSD. He does not experience stress reactions or re-experiencing episodes, and there is no avoidant behavior reported. Simply put, he does not have PTSD.

The results of cognitive/neuropsychological testing are generally within normal limits and do not reflect deficits from the work accident. With regard to emotional functioning, Mr. Higginbotham's report during clinical interview suggests that he has adjusted relatively well. He does report some psychological tension and stress, which appears to be multiply determined. He attributes some of these symptoms to his reduced physical functioning and his worker's compensation claim. There have also been psychosocial stressors unrelated to the work accident that have certainly contributed to some mood/emotional symptoms as well. It is worth noting that he describes his general mood at this point as "typically...good." He reports good coping mechanisms and good psychosocial support. He has attempted to remain active and engaged within medical restrictions. He is able to get out of the house regularly and has actually begun going to the gym a few times per week. These efforts should be encouraged as they represent an appropriate approach to recovery.

At this point, I would consider Mr. Higginbotham to be at MMI related to the work accident from a cognitive and psychological perspective. He is capable of working in any capacity for which he is qualified and medically cleared. I would not anticipate any substantive improvement in emotional functioning unless efforts are directed at returning him to the workforce. Expanding functional activities is known to contribute to improved emotional functioning, and assistance to this end represents potential for additional improvement. Should an attempt to return him to gainful employment be attempted, a brief course of cognitive-behavioral therapy (10-12 visits) would be helpful to assist with adjustment. With respect to medication management of mood symptoms, at this point, it is not entirely clear if he is actually taking sertraline, as a urine drug screen collected on 11/3/15 was negative for the medication. I would recommend confirmation of compliance with the prescribed medication through lab work. Assuming he is not taking the medication, I do not see a need for continued follow up for emotional functioning. If he is found to be compliant with the medication, then targeting a date for discharge over approximately 6 months would be reasonable in allowing titration downward on dosage and monitoring his adjustment.

Lastly, some discussion regarding treatment compliance is warranted. Medical records provided for review document chronic noncompliance with treatment. Prior to his last evaluation, there were medical records noting inconsistent urine drug screens, including results that were positive for non-prescribed medications, alcohol, and illicit substances (cocaine). It appears that this has persisted since that time. Updated treatment notes reflect continued problematic UDS's, including results negative for prescribed medications, positive for non-prescribed medications, and positive for alcohol. Mr. Higginbotham's explanations have been contradictory. For example, Dr. Dole (11/3/15) wrote, "does not drink any alcohol but then states has occasional beer..." Other UDS's positive for alcohol were attributed to his use of Nyquil. This history is indicative of alcohol use disorder as his use of alcohol has persisted against medical advice (Dole, 8/5/15) and in a context with elevated risk to his safety. Again, this pattern reflects a rather chronic issue. My understanding is that Dr. Quillin has completed a formal risk assessment, and treating doctors elected to give Mr. Higginbotham another trial on controlled substances. It is unclear what type of assessment was completed, but his history alone places him at increased risk of continued noncompliance. An evaluation by an addictionologist might be helpful to further clarify the clinical picture, particularly in light of his current treatment with medications of abuse. Treatment with medications of abuse and those with elevated safety risks should be done with extreme caution.

The opinions expressed in this report are based in part on information provided to the examiner. The examiner reserves the right to change his opinion upon receipt of new information.

Thank you for this interesting consultation.

Darren M. Strother, PhD, MP
Clinical Neuropsychologist
Medical Psychologist

**This report is not to be shown or given to patients
without direct consultation with Dr. Strother.**

*This report is subject to transcription error.*

**ESTABLISHED PATIENT ENCOUNTER**
**PATIENT:**       **MICHAEL HIGGINBOTHAM**
**MR#:**             **19223**
**REFERRED BY:**  **Michael Dole, MD**
**DATE:**            **02/05/2016**

**CC:**  Aberrant UDT.

**HPI:**  Mr. Higginbotham returns today.  He is doing fair.  He is hopeful of settling his claim soon.  His mood status is reasonably stable and he is sleeping adequately.  We are going to continue his current psychopharmacologic protocol.  He does not have any difficulty with it.  I will follow up with him in 3 months.  He understands to contact me in the interim should the need arise and is readily agreeable.

**EXAMINATION:**

> **CONSTITUTIONAL:** Vitals: BP = 160/109, HR = 72, R = 18, Weight = 235, BMI = 38.9.

> **LABS:**            None.

> **OBJECTIVE:**      QIDS-SR = 15 (Δ+6).

**IMPRESSION:**

> 1)   Major Depression Chronic Stable.
>
> 2)   History of Postconcussive Syndrome.
>
> 3)   Posttraumatic Nightmares Improved.
>
> 4)   Chronic Pain Syndrome.

**PLAN:**

> 1)   Prescription for Zoloft 30 mg 1 tab q daily with 2 additional refills.
>
> 2)   Prescription for temazepam 30 mg 1 cap q.h.s. p.r.n.
>
> 3)   Coordinate care with Dr. Dole as medically indicated.

BATCH 56   2/18/2016

0000142

Re: **MICHAEL** HIGGINBOTHAM
Page 2

       4)    RTC in 3 months.


                          James W. Quillin, PhD, MP

Dictated but not read.
JWQ/am2590

cc:  LWCC
Michael W. Dole, MD
Stephen Hale, Attorney-At-Law

BATCH 56   2/18/2016   000143

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION
Claim Payments Report
For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

REPORT: CL150R
PAGE 1
OF 19

## Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 10/22/10 | 40381-1 | BIENVENU, HAROLD G, III | $341.00 | 10/11/10 | 10/11/10 | 3988656 |
| 10/31/10 | 40381-1 | BIENVENU, HAROLD G, III | $166.00 | 10/12/10 | 10/12/10 | 3990694 |
| 10/31/10 | 10783-6 | BROWN, ROBERT N. | $122.00 | 10/11/10 | 10/11/10 | 3990682 |
| 11/09/10 | 25948-5 | CHRISTUS ST PATRICK HOSPITAL | $463.31 | 10/11/10 | 10/11/10 | 3993122 |
| 11/16/10 | 36885-3 | PERFORMANCE REHABILITATION SERVICES LLC | $391.38 | 10/29/10 | 10/29/10 | 3995135 |
| 11/16/10 | 36650-0 | ACADIAN AMBULANCE SERVICE OF NEW ORLEANS | $890.30 | 10/07/10 | 10/07/10 | 3995069 |
| 11/17/10 | 19518-0 | PHARMACY ASSOCIATES, INC. | $19.89 | 11/09/10 | 11/09/10 | 3996200 |
| 11/24/10 | 9001-0 | DRUGS | $149.57 | 10/09/10 | 10/29/10 | 3996226 |
| 11/29/10 | 10734-3 | SHAMIEH, FAYEZ K. | $194.65 | 11/09/10 | 11/09/10 | 3998312 |
| 12/06/10 | 25529-4 | OCHSNER MEDICAL CENTER - WESTBANK | $2,343.15 | 10/07/10 | 10/07/10 | 4000138 |
| 12/09/10 | 10734-3 | SHAMIEH, FAYEZ K. | $183.60 | 11/22/10 | 11/22/10 | 4001615 |
| 12/09/10 | 25965-3 | VAN HOOSE, JOHN | $56.00 | 10/28/10 | 10/28/10 | 4001530 |
| 12/14/10 | 25965-5 | TOWNSEND, GAULT | $47.00 | 10/29/10 | 10/29/10 | 4002050 |
| 12/15/10 | 10783-6 | BROWN, ROBERT N. | $255.00 | 11/22/10 | 11/22/10 | 4003220 |
| 12/15/10 | 35745-0 | SOUTH RYAN MRI LLC | $1,820.00 | 11/22/10 | 11/22/10 | 4003264 |
| 12/28/10 | 40381-0 | HAROLD G BIENVENU III MD | $50.00 | 11/09/10 | 11/09/10 | 4006555 |
| 12/03/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $13.84 | 12/17/10 | 12/17/10 | 4006981 |
| 01/04/11 | 25948-5 | CHRISTUS ST PATRICK HOSPITAL | $4,385.97 | 10/28/10 | 10/29/10 | 4007305 |
| 01/11/11 | 10734-2 | ODENHEIMER, REYNARD C. | $837.25 | 12/08/10 | 12/08/10 | 4009371 |
| 01/14/11 | 40052-0 | INGENIX HEALTH INTELLIGENCE INC | $188.74 | 10/11/10 | 10/11/10 | 4010987 |
| 01/18/11 | 25877-0 | LAKE CHARLES ANESTHESIOLOGY APMC | $700.00 | 10/29/10 | 10/29/10 | 4011389 |
| 01/19/11 | 36650-0 | ACADIAN AMBULANCE SERVICE OF NEW ORLEANS | $81.20 | 10/07/10 | 10/07/10 | 4012460 |
| 01/15/11 | 25968-0 | THE EYE CLINIC APMC INC | $141.30 | 11/16/10 | 11/16/10 | 4019070 |
| 02/17/11 | 40052-0 | INGENIX HEALTH INTELLIGENCE INC | $1,017.49 | 10/28/10 | 10/29/10 | 4020602 |
| 02/18/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $716.50 | 10/08/10 | 12/08/10 | 4020821 |
| 07/09/11 | 10734-0 | FAYEZ K SHAMIEH MD AMC | $89.25 | 04/15/11 | 04/15/11 | 4040878 |

```
DATE:  07/02/2018                                                                                    REPORT:  CLI150R
TIME:  08:55 am                                                                                      PAGE       2
                                                                                                            OF
                          LOUISIANA WORKERS' COMPENSATION CORPORATION                                          19

                                          Claim Payments Report
                                   For Payment Dates 10/01/1992 Through 07/02/2018
                                              For Claim Number 160201
                                          Claimant Higginbotham, Michael
```

## Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 06/06/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $45.47 | 05/17/11 | 05/17/11 | 4048115 |
| 06/14/11 | 16559-1 | QUILLIN, JAMES W. | $257.00 | 05/16/11 | 05/16/11 | 4050350 |
| 06/20/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $63.82 | 06/08/11 | 06/14/11 | 4052156 |
| 06/24/11 | 10734-2 | ODENHEIMER, REYNARD C. | $377.40 | 06/01/11 | 06/01/11 | 4053879 |
| 06/29/11 | 26146-2 | LAKE CHARLES MEMORIAL HOSPITAL | $2,974.32 | 06/01/11 | 06/01/11 | 4055371 |
| 06/30/11 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 06/06/11 | 06/06/11 | 4055463 |
| 07/05/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $54.28 | 06/30/11 | 06/30/11 | 4055957 |
| 07/14/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $513.57 | 05/13/11 | 06/30/11 | 4059236 |
| 07/20/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $16.27 | 07/15/11 | 07/15/11 | 4060789 |
| 07/21/11 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 06/30/11 | 06/30/11 | 4060945 |
| 08/08/11 | 10734-2 | ODENHEIMER, REYNARD C. | $89.25 | 07/15/11 | 07/15/11 | 4064715 |
| 08/10/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $40.86 | 07/28/11 | 07/28/11 | 4066006 |
| 08/22/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $16.27 | 08/03/11 | 08/03/11 | 4068403 |
| 08/22/11 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 07/28/11 | 07/28/11 | 4068344 |
| 09/06/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $1,074.06 | 07/15/11 | 08/25/11 | 4072335 |
| 09/06/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $94.67 | 08/17/11 | 08/26/11 | 4072294 |
| 09/06/11 | 10792-19 | COLLINS, GEOFFREY J. | $331.31 | 08/03/11 | 08/03/11 | 4072250 |
| 09/23/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $55.33 | 09/01/11 | 09/02/11 | 4075518 |
| 09/27/11 | 10734-2 | ODENHEIMER, REYNARD C. | $89.25 | 09/09/11 | 09/09/11 | 4077746 |
| 09/28/11 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 08/25/11 | 08/25/11 | 4078946 |
| 10/04/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $148.31 | 09/21/11 | 09/27/11 | 4079742 |
| 10/07/11 | 34712-3 | MILLS, SCOTT | $91.80 | 09/23/11 | 09/23/11 | 4081222 |
| 10/14/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $680.34 | 08/26/11 | 09/29/11 | 4083349 |
| 10/14/11 | 41305-1 | DOLE, MICHAEL W. | $350.00 | 09/27/11 | 09/27/11 | 4083262 |
| 10/19/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $31.60 | 10/07/11 | 10/07/11 | 4084774 |
| 04/24/11 | 10792-14 | TOMEK, BARBARA C. | $804.00 | 09/23/11 | 09/23/11 | 4085392 |

* denotes a canceled transaction, and is not included in the total calculations

```
DATE: 07/02/2018                                                    REPORT: CL150R
TIME: 08:55 am          LOUISIANA WORKERS' COMPENSATION CORPORATION    PAGE   3
                                Claim Payments Report                   OF    19
                     For Payment Dates 10/01/1992 Through 07/02/2018
                                For Claim Number 160201
                           Claimant Higginbotham, Michael
```

Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 10/31/11 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 09/27/11 | 09/27/11 | 4087313 |
| 11/02/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $0.00 | 10/18/11 | 10/21/11 | 4088696 |
| 11/02/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $141.66 | 10/17/11 | 10/28/11 | 4088696 |
| 11/03/11 | 10792-19 | COLLINS, GEOFFREY J. | $72.00 | 08/31/11 | 08/31/11 | 4088825 |
| 11/07/11 | 10792-19 | COLLINS, GEOFFREY J. | $241.67 | 09/29/11 | 09/29/11 | 4089383 |
| 11/10/11 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 10/26/11 | 10/26/11 | 4090838 |
| 11/15/11 | 10734-2 | ODENHEIMER, REYNARD C. | $168.82 | 10/18/11 | 10/18/11 | 4090838 |
| 11/16/11 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 10/26/11 | 10/26/11 | 4091417 |
| 11/17/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $117.77 | 11/15/11 | 11/15/11 | 4092526 |
| 11/30/11 | 16559-1 | QUILLIN, JAMES W. | $3,360.00 | 07/19/11 | 09/15/11 | 4092839 |
| 11/30/11 | 41305-1 | DOLE, MICHAEL W. | $287.00 | 11/15/11 | 11/15/11 | 4095894 |
| 12/02/11 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $353.94 | 10/18/11 | 11/17/11 | 4095869 |
| 12/02/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $8.13 | 11/17/11 | 11/17/11 | 4096373 |
| 12/07/11 | 10734-2 | ODENHEIMER, REYNARD C. | $57.80 | 11/17/11 | 11/17/11 | 4096341 |
| 12/09/11 | 33288-1 | LOUNSBERRY, KRISTINA | $444.00 | 07/14/11 | 07/14/11 | 4097746 |
| 12/12/11 | 10792-14 | TOMEK, BARBARA C. | $68.00 | 11/29/11 | 11/29/11 | 4098157 |
| 12/13/11 | 25538-0 | OCHSNER CLINIC LLC | $68.00 | 11/29/11 | 11/29/11 | 4098260 |
| 12/13/11 | 25538-0 | OCHSNER CLINIC LLC | $114.00 | 10/07/10 | 10/07/10 | 4098567 |
| 12/16/11 | 10792-16 | IMPERIAL CALCASIEU MEDICAL GROUP LLP | $260.00 | 10/07/10 | 10/07/10 | 4098567 |
| 12/16/11 | 16559-1 | QUILLIN, JAMES W. | $56.00 | 11/29/11 | 11/29/11 | 4098821 |
| 12/16/11 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 11/15/11 | 11/15/11 | 4099941 |
| 12/22/11 | 39047-1 | MECHE, SCOTT | $175.95 | 12/02/11 | 12/02/11 | 4099963 |
| 12/22/11 | 39047-1 | MECHE, SCOTT | $72.25 | 12/05/11 | 12/05/11 | 4101615 |
| 12/22/11 | 39047-1 | MECHE, SCOTT | $51.00 | 12/07/11 | 12/07/11 | 4101615 |
| 12/29/11 | 19518-0 | PHARMACY ASSOCIATES, INC. | $385.78 | 12/01/11 | 12/15/11 | 4103121 |
| 12/31/11 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 12/14/11 | 12/14/11 | 4103179 |
| 01/05/12 | 41305-1 | DOLE, MICHAEL W. | $68.00 | 12/14/11 | 12/14/11 | 4104392 |

* denotes a cancelled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report
For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

REPORT: CL150R
PAGE 4
OF 19

## Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 01/05/12 | 10792-19 | COLLINS, GEOFFREY J. | $2,455.56 | 11/10/11 | 12/01/11 | 4104497 |
| 01/06/12 | 39047-1 | MECHE, SCOTT | $154.12 | 12/12/11 | 12/13/11 | 4104602 |
| 01/17/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $825.29 | 01/11/12 | 01/12/12 | 4106859 |
| 01/23/12 | 40291-0 | MILLENNIUM HEALTH LLC | $38.00 | 11/15/11 | 11/15/11 | 4108315 |
| 01/23/12 | 10792-19 | COLLINS, GEOFFREY J. | $51.00 | 12/08/11 | 12/08/11 | 4108203 |
| 01/24/12 | 35064-0 | SURGICAL ANESTHESIA OF BATON ROUGE LLC | $440.00 | 12/01/11 | 12/01/11 | 4108620 |
| 01/24/12 | 39047-1 | MECHE, SCOTT | $110.21 | 12/01/11 | 12/01/11 | 4108532 |
| 01/27/12 | 41305-0 | MICHAEL DOLE MD APMC | $287.00 | 01/11/12 | 01/11/12 | 4108055 |
| 01/30/12 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 01/11/12 | 01/11/12 | 4110238 |
| 01/31/12 | 39047-1 | MECHE, SCOTT | $95.78 | 12/12/11 | 12/13/11 | 4110373 |
| 02/07/12 | 39047-1 | MECHE, SCOTT | $51.00 | 01/23/12 | 01/23/12 | 4112233 |
| 02/10/12 | 40291-1 | PESCE, AMADEO | $38.00 | 09/27/11 | 09/27/11 | 4113755 |
| 02/10/12 | 40291-1 | PESCE, AMADEO | $38.00 | 01/11/12 | 01/11/12 | 4113755 |
| 02/14/12 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $96.90 | 01/27/12 | 02/07/12 | 4114247 |
| 02/15/12 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $295.29 | 11/22/11 | 12/21/11 | 4115234 |
| 02/15/12 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $186.15 | 11/23/11 | 02/07/12 | 4115234 |
| 02/17/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $186.03 | 02/07/12 | 02/07/12 | 4115539 |
| 02/17/12 | 40701-0 | IMPERIAL CALCASIEU SUGICAL CENTER | $7,463.38 | 12/01/11 | 12/01/11 | 4115536 |
| 02/17/12 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 02/07/12 | 02/07/12 | 4115950 |
| 02/24/12 | 15934-0 | ROTECH HEALTHCARE INC | $1,380.00 | 08/23/11 | 08/23/11 | 4117405 |
| 02/24/12 | 41305-1 | DOLE, MICHAEL W. | $105.00 | 02/07/12 | 02/07/12 | 4117375 |
| 02/29/12 | 39047-1 | MECHE, SCOTT | $52.70 | 12/21/11 | 12/21/11 | 4118691 |
| 03/06/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $22.25 | 02/17/12 | 02/17/12 | 4119427 |
| 03/06/12 | 10734-2 | ODENHEIMER, REYNARD C. | $89.25 | 01/12/12 | 01/12/12 | 4119330 |
| 03/15/12 | 41305-1 | DOLE, MICHAEL W. | $189.00 | 03/06/12 | 03/06/12 | 4122412 |
| 03/20/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $161.64 | 03/06/12 | 03/06/12 | 4123043 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report
For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

REPORT: CL150R
PAGE 5
OF 19

Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 03/23/12 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 03/06/12 | 03/06/12 | 4124360 |
| 03/23/12 | 10734-3 | SHAHIEH, FAYEZ K. | $141.10 | 03/08/12 | 03/08/12 | 4124365 |
| 04/03/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $50.03 | 03/20/12 | 03/20/12 | 4126465 |
| 04/04/12 | 34159-1 | WOLF, ERICH | $122.00 | 03/28/12 | 03/28/12 | 4127416 |
| 04/20/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $82.24 | 04/03/12 | 04/03/12 | 4131209 |
| 04/23/12 | 40291-0 | MILLENNIUM HEALTH LLC | $38.00 | 03/06/12 | 03/06/12 | 4131276 |
| 04/24/12 | 16559-1 | QUILLIN, JAMES W. | $274.00 | 09/27/11 | 09/27/11 | 4131464 |
| 04/26/12 | 10783-8 | OLSAN, ADAM D. | $215.00 | 03/30/12 | 03/30/12 | 4132648 |
| 05/24/12 | 25948-5 | CHRISTUS ST PATRICK HOSPITAL | $3,528.70 | 03/30/12 | 03/30/12 | 4139734 |
| 06/26/12 | 42296-0 | CHRISTUS HEALTH | $5,703.77 | 10/11/10 | 10/29/10 | 2378865A |
| 06/18/12 | 19518-0 | PHARMACY ASSOCIATES, INC. | $4.03 | 11/09/10 | 12/15/11 | 12859A |
| 12/18/12 | 40701-0 | IMPERIAL CALCASIEU SUGICAL CENTER | $1,157.63 | 10/11/10 | 10/29/10 | 240576A |
| 09/15/13 | 10792-19 | COLLINS, GEOFFREY J. | $66.90 | 11/29/11 | 11/29/11 | 4203136 |
| 07/09/14 | 42346-0 | HEALTH E SYSTEMS | $265.15 | 07/02/14 | 07/02/14 | 4311860 |
| 07/23/14 | 39440-1 | STROTHER, DARREN | $2,925.00 | 07/31/14 | 07/31/14 | 4314757 |
| 08/20/14 | 42346-0 | HEALTH E SYSTEMS | $590.35 | 08/05/14 | 08/05/14 | 4320895 |
| 09/08/14 | 42346-0 | HEALTH E SYSTEMS | $572.00 | 09/04/14 | 09/04/14 | 4324333 |
| 09/08/14 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 08/05/14 | 08/05/14 | 4324200 |
| 10/17/14 | 42346-0 | HEALTH E SYSTEMS | $123.11 | 10/03/14 | 10/03/14 | 4333608 |
| 10/28/14 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 09/03/14 | 09/03/14 | 4335368 |
| 10/18/14 | 41305-1 | DOLE, MICHAEL W. | $105.00 | 09/29/14 | 09/29/14 | 4340019 |
| 11/01/14 | 39440-1 | STROTHER, DARREN | $572.00 | 07/31/14 | 08/11/14 | 4342774 |
| 11/16/14 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 10/23/14 | 10/23/14 | 4345939 |
| 12/19/14 | 42346-0 | HEALTH E SYSTEMS | $575.64 | 11/28/14 | 12/01/14 | 4347175 |
| 12/14/15 | 42346-0 | HEALTH E SYSTEMS | $575.68 | 12/19/14 | 12/22/14 | 4352574 |
| 11/21/15 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 11/20/14 | 11/20/14 | 4354069 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report
For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

REPORT: CL150R
PAGE 6
OF 19

## Medical Payments

| Pmt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|--------|--------|-------------|-------------|---------|---------|----------|
| 02/03/15 | 9001-0 | DRUGS | $109.43 | 06/05/14 | 06/05/14 | 4356184 |
| 02/09/15 | 42346-0 | HEALTH E SYSTEMS | $141.28 | 11/03/14 | 11/03/14 | 4357463 |
| 02/09/15 | 42346-0 | HEALTH E SYSTEMS | $144.46 | 01/31/15 | 01/31/15 | 4357463 |
| 02/17/15 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 12/16/14 | 12/16/14 | 4358989 |
| 02/25/15 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 02/10/15 | 02/10/15 | 4361119 |
| 03/03/15 | 25752-0 | HEADACHE & PAIN CENTER AMC | $1,500.00 | 01/19/15 | 01/19/15 | 4361780 |
| 03/25/15 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $733.60 | 06/05/14 | 12/19/14 | 4367181 |
| 03/25/15 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $288.40 | 01/19/15 | 03/10/15 | 4367181 |
| 04/01/15 | 39440-0 | BIANCHINI-STROTHER LLC | $630.00 | 07/31/14 | 08/11/14 | 4368683 |
| 04/08/15 | 42346-0 | HEALTH E SYSTEMS | $118.63 | 03/30/15 | 03/30/15 | 4370142 |
| 04/14/15 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 03/10/15 | 03/10/15 | 4374757 |
| 04/03/15 | 42346-0 | HEALTH E SYSTEMS | $341.03 | 05/27/15 | 05/27/15 | 4381977 |
| 05/04/15 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 05/13/15 | 05/13/15 | 4381999 |
| 05/08/15 | 41305-1 | DOLE, MICHAEL W. | $105.00 | 04/08/15 | 04/08/15 | 4382193 |
| 06/19/15 | 41305-1 | DOLE, MICHAEL W. | $348.65 | 05/27/15 | 05/27/15 | 4385111 |
| 06/19/15 | 42346-0 | HEALTH E SYSTEMS | $118.66 | 06/19/15 | 06/19/15 | 4387871 |
| 07/01/15 | 42346-0 | HEALTH E SYSTEMS | $420.19 | 07/07/15 | 07/08/15 | 4390931 |
| 07/16/15 | 42346-0 | HEALTH E SYSTEMS | $86.11 | 07/08/15 | 07/08/15 | 4392456 |
| 06/23/15 | 42346-0 | HEALTH E SYSTEMS | $86.12 | 07/10/15 | 07/10/15 | 4392456 |
| 07/30/15 | 42346-0 | HEALTH E SYSTEMS | -$157.49 | 07/08/15 | 07/10/15 | 4394040 |
| 07/03/15 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 06/09/15 | 06/09/15 | 4394220 |
| 07/17/15 | 42346-0 | HEALTH E SYSTEMS | $503.16 | 08/03/15 | 08/05/15 | 4397435 |
| 07/28/15 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 08/05/15 | 08/05/15 | 4400320 |
| 07/31/15 | 16559-1 | QUILLIN, JAMES W. | $257.00 | 07/07/15 | 07/07/15 | 4400468 |
| 08/01/15 | 41305-1 | DOLE, MICHAEL W. | $68.00 | 07/07/15 | 07/07/15 | 4400618 |
| 08/15/15 | 42346-0 | HEALTH E SYSTEMS | $529.87 | 09/04/15 | 09/09/15 | 4403956 |
| 09/16/15 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 08/03/15 | 08/03/15 | 4404771 |

* denotes a canceled transaction, and is not included in the total calculations

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 07/02/2018

For Claim Number 160201

Claimant Higginbotham, Michael

## Medical Payments

| Payment Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 10/15/15 | 42346-0 | HEALTH E SYSTEMS | $433.31 | 10/05/15 | 10/05/15 | 4411256 |
| 10/26/15 | 42346-0 | HEALTH E SYSTEMS | $25.18 | 10/09/15 | 10/09/15 | 4413030 |
| 11/03/15 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 09/04/15 | 09/04/15 | 4414813 |
| 11/12/15 | 42346-0 | HEALTH E SYSTEMS | $443.51 | 11/05/15 | 11/05/15 | 4417674 |
| 11/20/15 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 11/03/15 | 11/03/15 | 4419357 |
| 11/24/15 | 42346-0 | HEALTH E SYSTEMS | $86.21 | 11/08/15 | 11/08/15 | 4420653 |
| 12/01/15 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 10/07/15 | 10/07/15 | 4421061 |
| 12/10/15 | 42346-0 | HEALTH E SYSTEMS | $146.79 | 12/03/15 | 12/03/15 | 4423881 |
| 12/16/15 | 42346-0 | HEALTH E SYSTEMS | $25.17 | 12/10/15 | 12/10/15 | 4425412 |
| 01/07/16 | 39440-1 | STROTHER, DARREN | $3,252.00 | 02/04/16 | 02/04/16 | 4430023 |
| 01/12/16 | 42346-0 | HEALTH E SYSTEMS | $260.95 | 01/05/16 | 01/05/16 | 4430581 |
| 02/01/16 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 12/01/15 | 12/01/15 | 4435202 |
| 02/09/16 | 42346-0 | HEALTH E SYSTEMS | $348.79 | 02/04/16 | 02/04/16 | 4437300 |
| 02/22/16 | 42346-0 | HEALTH E SYSTEMS | $96.19 | 02/08/16 | 02/08/16 | 4440055 |
| 03/01/16 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 01/05/16 | 01/05/16 | 4441768 |
| 03/01/16 | 16559-1 | QUILLIN, JAMES W. | $127.00 | 01/05/16 | 01/05/16 | 4441671 |
| 03/09/16 | 42346-0 | HEALTH E SYSTEMS | $375.02 | 03/02/16 | 03/02/16 | 4444609 |
| 04/05/16 | 41305-1 | DOLE, MICHAEL W. | $105.00 | 03/02/16 | 03/02/16 | 4448170 |
| 04/05/16 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 02/04/16 | 02/04/16 | 4449874 |
| 04/05/16 | 16559-0 | JAMES W QUILLIN PHD MP APPC | $127.00 | 02/05/16 | 02/05/16 | 4449808 |
| 04/11/16 | 42346-0 | HEALTH E SYSTEMS | $375.02 | 03/31/16 | 03/31/16 | 4451397 |
| 05/11/16 | 42346-0 | HEALTH E SYSTEMS | $350.49 | 04/28/16 | 04/28/16 | 4458853 |
| 05/27/16 | 42346-0 | HEALTH E SYSTEMS | $96.25 | 05/11/16 | 05/11/16 | 4462301 |
| 05/27/16 | 42346-0 | HEALTH E SYSTEMS | $350.15 | 05/25/16 | 05/25/16 | 4463848 |
| 06/06/16 | 41305-1 | DOLE, MICHAEL W. | $105.00 | 03/30/16 | 03/30/16 | 4463890 |
| 06/27/16 | 42346-0 | HEALTH E SYSTEMS | $350.15 | 06/22/16 | 06/22/16 | 4468936 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

Case 2:19-cv-02179-CJB-DPC Document 25047-13 Filed 10/11/19 Page 122 of 133

REPORT: CI1150R
PAGE  8
OF   19

**LOUISIANA WORKERS' COMPENSATION CORPORATION**

**Claim Payments Report**

For Payment Dates 10/01/1992 Through 07/02/2018

For Claim Number 160201

Claimant Higginbotham, Michael

**Medical Payments**

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 06/30/16 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 04/28/16 | 04/28/16 | 4470197 |
| 07/14/16 | 16559-1 | QUILLIN, JAMES W. | $300.00 | 07/12/16 | 07/12/16 | 4473507 |
| 07/22/16 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 06/22/16 | 06/22/16 | 4475145 |
| 07/25/16 | 42346-0 | HEALTH E SYSTEMS | $97.15 | 07/16/16 | 07/16/16 | 4475411 |
| 08/08/16 | 35756-0 | MOSS BLUFF CHIROPRACTIC | $99.46 | 07/16/16 | 07/16/16 | 4478408 |
| 09/02/16 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $161.00 | 12/24/15 | 07/09/15 | 4484287 |
| 09/02/16 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $554.40 | 07/09/15 | 07/09/15 | 4484287 |
| 09/06/16 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $201.60 | 06/16/16 | 06/16/16 | 4484469 |
| 09/06/16 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $123.20 | 04/30/15 | 07/14/16 | 4484469 |
| 09/06/16 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $78.40 | 07/07/15 | 06/15/16 | 4484469 |
| 09/06/16 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $1,523.20 | 04/08/15 | 07/14/16 | 4484469 |
| 09/13/16 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 07/14/16 | 07/14/16 | 4486131 |
| 11/11/16 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 08/08/16 | 08/08/16 | 4492328 |
| 03/28/17 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 02/08/17 | 02/08/17 | 4522249 |
| 04/17/17 | 42346-0 | HEALTH E SYSTEMS | $105.00 | 04/07/17 | 04/07/17 | 4532608 |
| 05/02/17 | 41305-1 | DOLE, MICHAEL W. | $67.56 | 03/09/17 | 03/09/17 | 4535717 |
| 05/15/17 | 42346-0 | HEALTH E SYSTEMS | $166.00 | 03/09/17 | 03/09/17 | 4538586 |
| 05/23/17 | 41305-1 | DOLE, MICHAEL W. | $67.56 | 05/05/17 | 05/05/17 | 4540279 |
| 05/31/17 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 05/02/17 | 05/02/17 | 4542631 |
| 06/12/17 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 04/03/17 | 04/03/17 | 4544851 |
| 06/21/17 | 42346-0 | HEALTH E SYSTEMS | $67.56 | 06/05/17 | 06/05/17 | 4547488 |
| 07/10/17 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 06/01/17 | 06/01/17 | 4550813 |
| 08/02/17 | 42346-0 | HEALTH E SYSTEMS | $67.56 | 07/03/17 | 07/03/17 | 4556641 |
| 08/09/17 | 42346-0 | HEALTH E SYSTEMS | $18.29 | 07/26/17 | 07/26/17 | 4558182 |
| 11/29/17 | 41305-1 | DOLE, MICHAEL W. | $67.56 | 08/02/17 | 08/02/17 | 4561626 |
| 08/13/17 | 42346-0 | HEALTH E SYSTEMS | $166.00 | 07/03/17 | 07/03/17 | 4565748 |
| 09/15/17 | 41305-1 | DOLE, MICHAEL W. | $331.08 | 09/01/17 | 09/01/17 | 4565874 |
| | | | $166.00 | 08/28/17 | 08/28/17 | |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

**LOUISIANA WORKERS' COMPENSATION CORPORATION**

**Claim Payments Report**

For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

REPORT: CL150R
PAGE 9
OF 19

## Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 09/26/17 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 08/01/17 | 08/01/17 | 4567807 |
| 10/09/17 | 42346-0 | HEALTH E SYSTEMS | $51.60 | 10/04/17 | 10/04/17 | 4570861 |
| 10/10/17 | 41305-1 | DOLE, MICHAEL W. | $216.00 | 09/26/17 | 09/26/17 | 4570943 |
| 11/21/17 | 42346-0 | HEALTH E SYSTEMS | $252.78 | 11/10/17 | 11/10/17 | 4581102 |
| 12/12/17 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $1,411.00 | 07/01/16 | 10/04/17 | 4584707 |
| 12/19/17 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 10/26/17 | 10/26/17 | 4586095 |
| 12/20/17 | 42346-0 | HEALTH E SYSTEMS | $318.31 | 12/08/17 | 12/08/17 | 4587172 |
| 11/03/18 | 42346-0 | HEALTH E SYSTEMS | $318.31 | 11/09/17 | 11/09/17 | 4589707 |
| 11/03/18 | 41305-1 | DOLE, MICHAEL W. | $216.00 | 12/07/17 | 12/07/17 | 4589707 |
| 01/15/18 | 42346-0 | HEALTH E SYSTEMS | $166.00 | 12/07/17 | 12/07/17 | 4589707. |
| 01/22/18 | 41305-1 | DOLE, MICHAEL W. | $318.31 | 01/05/18 | 01/05/18 | 4591672 |
| 02/13/18 | 41305-1 | DOLE, MICHAEL W. | $216.00 | 01/03/18 | 01/03/18 | 4592941 |
| 03/13/18 | 42346-0 | HEALTH E SYSTEMS | $318.31 | 02/02/18 | 02/02/18 | 4597990 |
| 03/27/18 | 41305-1 | DOLE, MICHAEL W. | $318.31 | 03/02/18 | 03/02/18 | 4604266 |
| 04/03/18 | 42346-0 | HEALTH E SYSTEMS | $216.00 | 01/31/18 | 01/31/18 | 4607269 |
| 04/03/18 | 41305-1 | DOLE, MICHAEL W. | $449.12 | 03/29/18 | 03/29/18 | 4608931 |
| 04/24/18 | 41305-1 | HEALTH E SYSTEMS | $166.00 | 03/01/18 | 03/01/18 | 4613393 |
| 05/08/18 | 42346-0 | DOLE, MICHAEL W. | $449.53 | 04/27/18 | 04/27/18 | 4616767 |
| 05/16/18 | 41305-1 | HEALTH E SYSTEMS | $216.00 | 04/25/18 | 04/25/18 | 4619237 |
| 05/23/18 | 41305-1 | DOLE, MICHAEL W. | $166.00 | 03/29/18 | 03/29/18 | 4620795 |
| 05/05/18 | 42346-0 | HEALTH E SYSTEMS | $449.56 | 05/29/18 | 05/29/18 | 4622825 |
| 06/21/18 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $754.35 | 12/07/17 | 04/26/18 | 4627111 |
| 06/21/18 | 9004-0 | TRAVEL & AMBULANCE SERVICE | $125.73 | 05/23/18 | 05/29/18 | 4627111 |

TOTAL: $93,519.72

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018

TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 07/02/2018

For Claim Number 160201

Claimant Higginbotham, Michael

REPORT: CL150R

PAGE   10

OF   19

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2010 | TT | 10/08/2010 | 10/29/2010 | ONE TIME ONLY | 22 | $3,152.13 | $0.00 | $3,152.13 | 3990380 |
| 11/02/2010 | TT | 10/30/2010 | 11/05/2010 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 3991345 |
| 11/09/2010 | TT | 11/06/2010 | 11/12/2010 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 3993401 |
| 11/16/2010 | TT | 11/13/2010 | 11/19/2010 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 3995320 |
| 11/23/2010 | TT | 11/20/2010 | 11/26/2010 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 3997342 |
| 11/30/2010 | TT | 11/27/2010 | 12/03/2010 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 3998808 |
| 12/07/2010 | TT | 12/04/2010 | 12/10/2010 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4000509 |
| 12/14/2010 | TT | 12/11/2010 | 12/17/2010 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4002380 |
| 12/20/2010 | TT | 12/18/2010 | 12/24/2010 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4003997 |
| 12/27/2010 | TT | 12/25/2010 | 12/31/2010 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4005603 |
| 01/04/2011 | TT | 01/01/2011 | 01/07/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4007500 |
| 01/11/2011 | TT | 01/08/2011 | 01/14/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4009606 |
| 01/18/2011 | TT | 01/15/2011 | 01/21/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4011679 |
| 01/25/2011 | TT | 01/22/2011 | 01/28/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4013525 |
| 02/01/2011 | TT | 01/29/2011 | 02/04/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4015605 |
| 02/08/2011 | TT | 02/05/2011 | 02/11/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4017521 |
| 02/15/2011 | TT | 02/12/2011 | 02/18/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4019389 |
| 02/22/2011 | TT | 02/19/2011 | 02/25/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4021359 |
| 03/01/2011 | TT | 02/26/2011 | 03/04/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4023173 |
| 03/08/2011 | TT | 03/05/2011 | 03/11/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4024953 |
| 03/15/2011 | TT | 03/12/2011 | 03/18/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4026801 |
| 03/22/2011 | TT | 03/19/2011 | 03/25/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4028681 |
| 03/29/2011 | TT | 03/26/2011 | 04/01/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4030419 |
| 04/05/2011 | TT | 04/02/2011 | 04/08/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4032372 |
| 04/12/2011 | TT | 04/09/2011 | 04/15/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4034128 |
| 04/19/2011 | TT | 04/16/2011 | 04/22/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4035969 |
| 04/26/2011 | TT | 04/23/2011 | 04/29/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4037737 |
| 05/03/2011 | TT | 04/30/2011 | 05/06/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4039581 |

* denotes a canceled transaction, and is not included in the total calculations

DATE:  07/02/2018
TIME:  08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 07/02/2018

For Claim Number 160201

Claimant Higginbotham, Michael

REPORT:  CL150R
PAGE   11
OF     19

## Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/2011 | TT | 05/07/2011 | 05/13/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4041376 |
| 05/17/2011 | TT | 05/14/2011 | 05/20/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4043003 |
| 05/24/2011 | TT | 05/21/2011 | 05/27/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4044820 |
| 05/31/2011 | TT | 05/28/2011 | 06/03/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4046588 |
| 06/07/2011 | TT | 06/04/2011 | 06/10/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4048596 |
| 06/14/2011 | TT | 06/11/2011 | 06/17/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4050611 |
| 06/21/2011 | TT | 06/18/2011 | 06/24/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4052558 |
| 06/28/2011 | TT | 06/25/2011 | 07/01/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4054536 |
| 07/05/2011 | TT | 07/02/2011 | 07/08/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4056163 |
| 07/12/2011 | TT | 07/09/2011 | 07/15/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4058173 |
| 07/19/2011 | TT | 07/16/2011 | 07/22/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4059911 |
| 07/26/2011 | TT | 07/23/2011 | 07/29/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4061707 |
| 08/02/2011 | TT | 07/30/2011 | 08/05/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4063470 |
| 08/09/2011 | TT | 08/06/2011 | 08/12/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4065153 |
| 08/16/2011 | TT | 08/13/2011 | 08/19/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4066947 |
| 08/23/2011 | TT | 08/20/2011 | 08/26/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4068791 |
| 08/30/2011 | TT | 08/27/2011 | 09/02/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4070792 |
| 09/06/2011 | TT | 09/03/2011 | 09/09/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4072518 |
| 09/13/2011 | TT | 09/10/2011 | 09/16/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4074426 |
| 09/20/2011 | TT | 09/17/2011 | 09/23/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4076221 |
| 09/27/2011 | TT | 09/24/2011 | 09/30/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4078095 |
| 10/04/2011 | TT | 10/01/2011 | 10/07/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4079963 |
| 10/11/2011 | TT | 10/08/2011 | 10/14/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4082015 |
| 10/18/2011 | TT | 10/15/2011 | 10/21/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4083913 |
| 10/25/2011 | TT | 10/22/2011 | 10/28/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4085804 |
| 11/01/2011 | TT | 10/29/2011 | 11/04/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4087759 |
| 11/08/2011 | TT | 11/05/2011 | 11/11/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4089849 |
| 11/15/2011 | TT | 11/12/2011 | 11/18/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4091741 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report
For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

REPORT: CLI50R
PAGE 12
OF 19

**Indemnity Payments**

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/2011 | TT | 11/19/2011 | 11/25/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4093616 |
| 11/29/2011 | TT | 11/26/2011 | 12/02/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4095028 |
| 12/06/2011 | TT | 12/03/2011 | 12/09/2011 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4096987 |
| 06/17/2014 | TT | 06/02/2014 | 06/20/2014 | REGULAR | 19 | $2,722.29 | $0.00 | $2,722.29 | 4306749 |
| 06/24/2014 | TT | 06/21/2014 | 06/27/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4308194 |
| 07/01/2014 | TT | 06/28/2014 | 07/04/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4309831 |
| 07/08/2014 | TT | 07/05/2014 | 07/11/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4311071 |
| 07/15/2014 | TT | 07/12/2014 | 07/18/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4312485 |
| 07/22/2014 | TT | 07/19/2014 | 07/25/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4314000 |
| 07/29/2014 | TT | 07/26/2014 | 08/01/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4315490 |
| 08/05/2014 | TT | 08/02/2014 | 08/08/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4317074 |
| 08/12/2014 | TT | 08/09/2014 | 08/15/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4318653 |
| 08/19/2014 | TT | 08/16/2014 | 08/22/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4320160 |
| 08/26/2014 | TT | 08/23/2014 | 08/29/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4321580 |
| 09/02/2014 | TT | 08/30/2014 | 09/05/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4322949 |
| 09/09/2014 | TT | 09/06/2014 | 09/12/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4324681 |
| 09/16/2014 | TT | 09/13/2014 | 09/19/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4326236 |
| 09/23/2014 | TT | 09/20/2014 | 09/26/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4327794 |
| 09/30/2014 | TT | 09/27/2014 | 10/03/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4329312 |
| 10/07/2014 | TT | 10/04/2014 | 10/10/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4330896 |
| 10/14/2014 | TT | 10/11/2014 | 10/17/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4332632 |
| 10/21/2014 | TT | 10/18/2014 | 10/24/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4334095 |
| 10/28/2014 | TT | 10/25/2014 | 10/31/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4335663 |
| 11/04/2014 | TT | 11/01/2014 | 11/07/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4337165 |
| 11/11/2014 | TT | 11/08/2014 | 11/14/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4337761 |
| 11/18/2014 | TT | 11/15/2014 | 11/21/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4340329 |
| 11/24/2014 | TT | 11/22/2014 | 11/28/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4341605 |
| 12/02/2014 | TT | 11/29/2014 | 12/05/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4343278 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018

TIME: 08:55 am

REPORT: CI150R

PAGE 13

OF 19

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 07/02/2018

For Claim Number 160201

Claimant Higginbotham, Michael

**Indemnity Payments**

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 12/09/2014 | TT | 12/06/2014 | 12/12/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4344751 |
| 12/16/2014 | TT | 12/13/2014 | 12/19/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4346280 |
| 12/22/2014 | TT | 12/20/2014 | 12/26/2014 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4347501 |
| 12/23/2014 | TT | 12/27/2014 | 01/02/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4348471 |
| 01/06/2015 | TT | 01/03/2015 | 01/09/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4350344 |
| 01/13/2015 | TT | 01/10/2015 | 01/16/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4351856 |
| 01/20/2015 | TT | 01/17/2015 | 01/23/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4353369 |
| 01/27/2015 | TT | 01/24/2015 | 01/30/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4354859 |
| 02/03/2015 | TT | 01/31/2015 | 02/06/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4356332 |
| 02/10/2015 | TT | 02/07/2015 | 02/13/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4357838 |
| 02/17/2015 | TT | 02/14/2015 | 02/20/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4359182 |
| 02/24/2015 | TT | 02/21/2015 | 02/27/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4360491 |
| 03/03/2015 | TT | 02/28/2015 | 03/06/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4361935 |
| 03/10/2015 | TT | 03/07/2015 | 03/13/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4363483 |
| 03/17/2015 | TT | 03/14/2015 | 03/20/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4364970 |
| 03/24/2015 | TT | 03/21/2015 | 03/27/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4366462 |
| 03/31/2015 | TT | 03/28/2015 | 04/03/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4367942 |
| 04/07/2015 | TT | 04/04/2015 | 04/10/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4369389 |
| 04/14/2015 | TT | 04/11/2015 | 04/17/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4370950 |
| 04/21/2015 | TT | 04/18/2015 | 04/24/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4372480 |
| 04/28/2015 | TT | 04/25/2015 | 05/01/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4373819 |
| 05/05/2015 | TT | 05/02/2015 | 05/08/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4375302 |
| 05/12/2015 | TT | 05/09/2015 | 05/15/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4376723 |
| 05/19/2015 | TT | 05/16/2015 | 05/22/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4378301 |
| 05/26/2015 | TT | 05/23/2015 | 05/29/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4379622 |
| 06/02/2015 | TT | 05/30/2015 | 06/05/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4381166 |
| 06/09/2015 | TT | 06/06/2015 | 06/12/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4382691 |
| 06/16/2015 | TT | 06/13/2015 | 06/19/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4384127 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

**LOUISIANA WORKERS' COMPENSATION CORPORATION**

Claim Payments Report
For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

REPORT: CL150R
PAGE 14
OF 19

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 06/22/2015 | TT | 06/20/2015 | 06/26/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4385473 |
| 06/27/2015 | TT | 06/27/2015 | 07/03/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4387121 |
| 07/07/2015 | TT | 07/04/2015 | 07/10/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4388509 |
| 07/14/2015 | TT | 07/11/2015 | 07/17/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4390044 |
| 07/21/2015 | TT | 07/18/2015 | 07/24/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4391591 |
| 07/28/2015 | TT | 07/25/2015 | 07/31/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4393068 |
| 08/04/2015 | TT | 08/01/2015 | 08/07/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4394698 |
| 08/11/2015 | TT | 08/08/2015 | 08/14/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4396232 |
| 08/18/2015 | TT | 08/15/2015 | 08/21/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4397836 |
| 08/25/2015 | TT | 08/22/2015 | 08/28/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4399367 |
| 09/01/2015 | TT | 08/29/2015 | 09/04/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4400998 |
| 09/08/2015 | TT | 09/05/2015 | 09/11/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4402271 |
| 09/15/2015 | TT | 09/12/2015 | 09/18/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4404094 |
| 09/22/2015 | TT | 09/19/2015 | 09/25/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4405657 |
| 09/29/2015 | TT | 09/26/2015 | 10/02/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4407225 |
| 10/06/2015 | TT | 10/03/2015 | 10/09/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4408789 |
| 10/13/2015 | TT | 10/10/2015 | 10/16/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4410358 |
| 10/20/2015 | TT | 10/17/2015 | 10/23/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4411867 |
| 10/27/2015 | TT | 10/24/2015 | 10/30/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4413453 |
| 11/03/2015 | TT | 10/31/2015 | 11/06/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4415087 |
| 11/10/2015 | TT | 11/07/2015 | 11/13/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4416714 |
| 11/17/2015 | TT | 11/14/2015 | 11/20/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4418337 |
| 11/23/2015 | TT | 11/21/2015 | 11/27/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4419716 |
| 12/01/2015 | TT | 11/28/2015 | 12/04/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4421392 |
| 12/08/2015 | TT | 12/05/2015 | 12/11/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4422959 |
| 12/15/2015 | TT | 12/12/2015 | 12/18/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4424588 |
| 12/21/2015 | TT | 12/19/2015 | 12/25/2015 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4426009 |
| 12/28/2015 | TT | 12/26/2015 | 01/01/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4427427 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

REPORT: CL150R
PAGE 15
OF 19

Claim Payments Report
For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 01/05/2016 | TT | 01/02/2016 | 01/08/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4429074 |
| 01/12/2016 | TT | 01/09/2016 | 01/15/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4430730 |
| 01/19/2016 | TT | 01/16/2016 | 01/22/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4432369 |
| 01/26/2016 | TT | 01/23/2016 | 01/29/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4434045 |
| 02/02/2016 | TT | 01/30/2016 | 02/05/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4435747 |
| 02/09/2016 | TT | 02/06/2016 | 02/12/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4437447 |
| 02/16/2016 | TT | 02/13/2016 | 02/19/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4438941 |
| 02/23/2016 | TT | 02/20/2016 | 02/26/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4440212 |
| 03/01/2016 | TT | 02/27/2016 | 03/04/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4442037 |
| 03/08/2016 | TT | 03/05/2016 | 03/11/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4443734 |
| 03/15/2016 | TT | 03/12/2016 | 03/18/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4445490 |
| 03/22/2016 | TT | 03/19/2016 | 03/25/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4447085 |
| 03/29/2016 | TT | 03/26/2016 | 04/01/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4448523 |
| 04/05/2016 | TT | 04/02/2016 | 04/08/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4450159 |
| 04/12/2016 | TT | 04/09/2016 | 04/15/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4451785 |
| 04/19/2016 | TT | 04/16/2016 | 04/22/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4453363 |
| 04/26/2016 | TT | 04/23/2016 | 04/29/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4454937 |
| 04/27/2016 | TT | 04/16/2016 | 04/22/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4455765 |
| 05/03/2016 | TT | 04/30/2016 | 05/06/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4456572 |
| 05/10/2016 | TT | 05/07/2016 | 05/13/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4458112 |
| 05/17/2016 | TT | 05/14/2016 | 05/20/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4459675 |
| 05/24/2016 | TT | 05/21/2016 | 05/27/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4461234 |
| 05/31/2016 | TT | 05/28/2016 | 06/03/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4462702 |
| 06/07/2016 | TT | 06/04/2016 | 06/10/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4464549 |
| 06/14/2016 | TT | 06/11/2016 | 06/17/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4466067 |
| 06/21/2016 | TT | 06/18/2016 | 06/24/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4467642 |
| 06/28/2016 | TT | 06/25/2016 | 07/01/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4469352 |
| 07/05/2016 | TT | 07/02/2016 | 07/08/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4470750 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

REPORT: C1150R
PAGE 16
OF 19

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 07/12/2016 | TT | 07/09/2016 | 07/15/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4472617 |
| 07/16/2016 | TT | 07/16/2016 | 07/22/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4474236 |
| 07/19/2016 | TT | 07/23/2016 | 07/29/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4475802 |
| 07/26/2016 | TT | 07/30/2016 | 08/05/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4477370 |
| 08/02/2016 | TT | 08/06/2016 | 08/12/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4478999 |
| 08/09/2016 | TT | 08/13/2016 | 08/19/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4480376 |
| 08/16/2016 | TT | 08/20/2016 | 08/26/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4481845 |
| 08/23/2016 | TT | 08/27/2016 | 09/02/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4483322 |
| 08/30/2016 | TT | 09/03/2016 | 09/09/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4484631 |
| 09/06/2016 | TT | 09/10/2016 | 09/16/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4486442 |
| 09/13/2016 | TT | 09/17/2016 | 09/23/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4488004 |
| 09/20/2016 | TT | 09/24/2016 | 09/30/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4489663 |
| 09/27/2016 | TT | 10/01/2016 | 10/07/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4491170 |
| 10/04/2016 | TT | 10/08/2016 | 10/14/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4492618 |
| 10/11/2016 | TT | 10/15/2016 | 10/21/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4494132 |
| 10/18/2016 | TT | 10/22/2016 | 10/28/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4495684 |
| 10/25/2016 | TT | 10/29/2016 | 11/04/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4497204 |
| 11/01/2016 | TT | 11/05/2016 | 11/11/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4498776 |
| 11/08/2016 | TT | 11/12/2016 | 11/18/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4500422 |
| 11/15/2016 | TT | 11/19/2016 | 11/25/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4501732 |
| 11/21/2016 | TT | 11/26/2016 | 12/02/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4503236 |
| 11/29/2016 | TT | 12/03/2016 | 12/09/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4504889 |
| 12/06/2016 | TT | 12/10/2016 | 12/16/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4506457 |
| 12/13/2016 | TT | 12/17/2016 | 12/23/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4508060 |
| 12/20/2016 | TT | 12/24/2016 | 12/30/2016 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4509247 |
| 12/27/2016 | TT | 12/31/2016 | 01/06/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4510558 |
| 01/03/2017 | TT | 01/07/2017 | 01/13/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4512211 |
| 01/10/2017 | TT | 01/14/2017 | 01/20/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4513726 |
| 01/17/2017 | TT | | | | | | | | |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 07/02/2018

For Claim Number 160201

Claimant Higginbotham, Michael

REPORT: CL150R
PAGE 17
OF 19

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 01/24/2017 | TT | 01/21/2017 | 01/27/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4515270 |
| 01/31/2017 | TT | 01/28/2017 | 02/03/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4516763 |
| 02/07/2017 | TT | 02/04/2017 | 02/10/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4518289 |
| 02/14/2017 | TT | 02/11/2017 | 02/17/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4519702 |
| 02/21/2017 | TT | 02/18/2017 | 02/24/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4521114 |
| 02/28/2017 | TT | 02/25/2017 | 03/03/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4522501 |
| 03/07/2017 | TT | 03/04/2017 | 03/10/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4524018 |
| 03/14/2017 | TT | 03/11/2017 | 03/17/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4525526 |
| 03/21/2017 | TT | 03/18/2017 | 03/24/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4527054 |
| 03/28/2017 | TT | 03/25/2017 | 03/31/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4528570 |
| 04/04/2017 | TT | 04/01/2017 | 04/07/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4530074 |
| 04/11/2017 | TT | 04/08/2017 | 04/14/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4531596 |
| 04/18/2017 | TT | 04/15/2017 | 04/21/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4533063 |
| 04/25/2017 | TT | 04/22/2017 | 04/28/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4534508 |
| 05/02/2017 | TT | 04/29/2017 | 05/05/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4536033 |
| 05/09/2017 | TT | 05/06/2017 | 05/12/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4537630 |
| 05/16/2017 | TT | 05/13/2017 | 05/19/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4538978 |
| 05/23/2017 | TT | 05/20/2017 | 05/26/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4540550 |
| 05/30/2017 | TT | 05/27/2017 | 06/02/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4541919 |
| 06/06/2017 | TT | 06/03/2017 | 06/09/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4543651 |
| 06/13/2017 | TT | 06/10/2017 | 06/16/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4545249 |
| 06/20/2017 | TT | 06/17/2017 | 06/23/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4546805 |
| 06/27/2017 | TT | 06/24/2017 | 06/30/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4548339 |
| 07/03/2017 | TT | 07/01/2017 | 07/07/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4549616 |
| 07/11/2017 | TT | 07/08/2017 | 07/14/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4551224 |
| 07/18/2017 | TT | 07/15/2017 | 07/21/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4552796 |
| 07/25/2017 | TT | 07/22/2017 | 07/28/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4554306 |
| 08/01/2017 | TT | 07/29/2017 | 08/04/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4555850 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 07/02/2018

For Claim Number 160201

Claimant Higginbotham, Michael

REPORT: CL150R
PAGE 18
OF 19

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 08/08/2017 | TT | 08/05/2017 | 08/11/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4557415 |
| 08/15/2017 | TT | 08/12/2017 | 08/18/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4558977 |
| 08/22/2017 | TT | 08/19/2017 | 08/25/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4560415 |
| 08/29/2017 | TT | 08/26/2017 | 09/01/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4561941 |
| 09/05/2017 | TT | 09/02/2017 | 09/08/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4563270 |
| 09/12/2017 | TT | 09/09/2017 | 09/15/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4564938 |
| 09/19/2017 | TT | 09/16/2017 | 09/22/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4566514 |
| 09/26/2017 | TT | 09/23/2017 | 09/29/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4568120 |
| 10/03/2017 | TT | 09/30/2017 | 10/06/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4569671 |
| 10/10/2017 | TT | 10/07/2017 | 10/13/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4571234 |
| 10/17/2017 | TT | 10/14/2017 | 10/20/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4572707 |
| 10/24/2017 | TT | 10/21/2017 | 10/27/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4574179 |
| 10/31/2017 | TT | 10/28/2017 | 11/03/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4575746 |
| 11/07/2017 | TT | 11/04/2017 | 11/10/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4577338 |
| 11/14/2017 | TT | 11/11/2017 | 11/17/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4578869 |
| 11/20/2017 | TT | 11/18/2017 | 11/24/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4580202 |
| 11/28/2017 | TT | 11/25/2017 | 12/01/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4581714 |
| 12/05/2017 | TT | 12/02/2017 | 12/08/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4583334 |
| 12/12/2017 | TT | 12/09/2017 | 12/15/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4584880 |
| 12/19/2017 | TT | 12/16/2017 | 12/22/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4586375 |
| 12/26/2017 | TT | 12/23/2017 | 12/29/2017 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4587542 |
| 01/02/2018 | TT | 12/30/2017 | 01/05/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4588889 |
| 01/09/2018 | TT | 01/06/2018 | 01/12/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4590600 |
| 01/16/2018 | TT | 01/13/2018 | 01/19/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4591820 |
| 01/23/2018 | TT | 01/20/2018 | 01/26/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4593369 |
| 01/30/2018 | TT | 01/27/2018 | 02/02/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4594957 |
| 02/06/2018 | TT | 02/03/2018 | 02/09/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4596550 |
| 02/13/2018 | TT | 02/10/2018 | 02/16/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4598129 |

* denotes a canceled transaction, and is not included in the total calculations

DATE: 07/02/2018
TIME: 08:55 am

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report
For Payment Dates 10/01/1992 Through 07/02/2018
For Claim Number 160201
Claimant Higginbotham, Michael

REPORT: CL150R
PAGE   19
OF     19

Indemnity Payments

| Payment Date | Comp Code | From Date | Thru Date | Type Comp | Days Pd | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 02/20/2018 | TT | 02/17/2018 | 02/23/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4599705 |
| 02/27/2018 | TT | 02/24/2018 | 03/02/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4601267 |
| 03/06/2018 | TT | 03/03/2018 | 03/09/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4602814 |
| 03/13/2018 | TT | 03/10/2018 | 03/16/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4604404 |
| 03/20/2018 | TT | 03/17/2018 | 03/23/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4605899 |
| 03/27/2018 | TT | 03/24/2018 | 03/30/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4607544 |
| 04/03/2018 | TT | 03/31/2018 | 04/06/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4609061 |
| 04/10/2018 | TT | 04/07/2018 | 04/13/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4610621 |
| 04/17/2018 | TT | 04/14/2018 | 04/20/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4612177 |
| 04/24/2018 | TT | 04/21/2018 | 04/27/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4613681 |
| 05/01/2018 | TT | 04/28/2018 | 05/04/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4615285 |
| 05/08/2018 | TT | 05/05/2018 | 05/11/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4616895 |
| 05/15/2018 | TT | 05/12/2018 | 05/18/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4618533 |
| 05/22/2018 | TT | 05/19/2018 | 05/25/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4620086 |
| 05/29/2018 | TT | 05/26/2018 | 06/01/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4621384 |
| 06/05/2018 | TT | 06/02/2018 | 06/08/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4622962 |
| 06/12/2018 | TT | 06/09/2018 | 06/15/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4624560 |
| 06/19/2018 | TT | 06/16/2018 | 06/22/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4626199 |
| 06/26/2018 | TT | 06/23/2018 | 06/29/2018 | REGULAR | 7 | $1,002.95 | $0.00 | $1,002.95 | 4627858 |

TOTALS (excluding cancelled transactions denoted by *): $274,665.02   $0.00   $274,665.02

* denotes a cancelled transaction, and is not included in the total calculations