# JOHNSON, RAHMAN & THOMAS

Employees of Louisiana Workers' Compensation Corporation

2237 S. Acadian Thruway | P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone: (225) 231-0875
Facsimile: (225) 231-0986
Fax Server: (225) 929-5613

July 3, 2018

*Via UPS Next Day Air*

Counsel for BP
**Attn: Mr. J. Andrew Langan**
Kirkland & Ellis LLP
300 N. LaSalle St., Suite 2400
Chicago, IL 60654

*Via UPS Next Day Air*

MDL 2179 Plaintiffs' Steering Committee
**Attn: Mr. Steven J. Herman**
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

    In Re:  Oil Spill by the Oil Rig "Deepwater Horizon": in the Gulf of Mexico,
           On April 20, 2010
           MDL No.    :    10-2179; Section J

           Louisiana Workers' Compensation Corporation v. BP, PLC, et al
           Civil Action No.:    17-cv-03199

           Workers' Compensation Claim of Michael Jacobs
           LWCC Claim No.:  157598

Dear Counsel:

    In compliance with Pretrial Order No. 66, with respect to the workers' compensation claim of Michael Jacobs, enclosed please find the following documents:

    1.    Individual Particularized Statement of Claim;
    2.    Joint Petition for Approval of Settlement, Judgment and related documents;
    3.    First Report of Injury;
    4.    Claim for Compensation filed by injured worker;
    5.    Recent medical records; and
    6.    Claim payment report.

Mr. J. Andrew Langan
Mr. Steven Herman
July 3, 2018
Page 2


In total LWCC has paid $35,946.91 to and on behalf of Mr. Jacobs as a result of his injuries suffered during the clean-up efforts following the Deepwater Horizon explosion. Louisiana Workers' Compensation Corporation is seeking recovery of all payments made to and on behalf of Mr. Jacobs.

I hope this is satisfactory for your needs, however, in the event you have any questions or require any additional information, please do not hesitate to call.

With kind regards, I am

Very truly yours,

David K. Johnson

DKJ/fhj
Enclosures
cc:    Linda Dantin

## EXHIBIT A

---

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:**  Louisiana Workers' Compensation Corporation

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.    YOUR BACKGROUND INFORMATION

1.    Current address:

Address Line 1:    2237 S. Acadian Thruway

Address Line 2:

City:  Baton Rouge             State:  LA         Zip:  70808

2.    Telephone number:  (225) 924-7788

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names:    N/A

4.    Date and Place of Birth:              N/A

5.    Male_____    Female_____

6.   Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| N/A | |
| | |
| | |

7.   Employment Information:

    A.   Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

8.   Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____ No_____  If "Yes," when were you out of work and why? ___N/A_____
_____

**B.      THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes _X_      No _____   ( Indirectly, see attached correspondence)

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.      Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore _X_      Offshore _____      Both _____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes _____      No _X_

12.     Did you handle hazardous materials as part of your cleanup work?

Yes _____      No _____

13.     Please set forth the following information about your cleanup work:

   A.      Your employer(s): ___Ashland Services , LLC___

   B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_____Unknown_____

   C.      A description of the work performed for employer(s) identified in Question No. 13(A): _____Oil spill Clean-up_____

   D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _____Unknown_____

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____none_____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____Unknown_____

_____

## 2.   Residents/Tourists

14.   Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No_____

16.   List all address(es) at which you resided in 2010: _____

_____

## C.   INFORMATION ABOUT YOUR B3 CLAIM

17.   Are you claiming that you suffered damages from (*Check all that apply*):

_____Bodily injury from exposure to oil and/or dispersants

___X___Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both_____

19.    How were you exposed? (*Check all that apply*)

A.    Inhalation                Yes_____      No_____

B.    Dermal (skin) contact     Yes_____      No_____

C.    Ingestion                 Yes_____      No_____

D.    Other (please describe):   _____

20.    What was the date(s) of your exposure?

Day: _____     Month: _____     Year: _____

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_____

_____

_____

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_____

_____

_____

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

_____

_____

_____

25.   *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____   No_____

26.   *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

## E.   NON-EXPOSURE PERSONAL INJURY CLAIMS

27.   For your non-exposure personal injury, please state:

A.   The nature of your injury:   see attached medical reports

B.   The date(s) of your injury:   5/5/2010

C.   The location(s) of your injury:   Mobile, AL

D.   The work that you were performing when you sustained your injury:_____
in transit to worksite, traffic accident

E.   Identify any individual(s) who witnessed your injury:_____
Unknown - see accident report

28.   Describe in as much detail as possible the circumstance(s) of your injury:_____
see attached accident reports

_____

_____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

_See attached medical records_

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

_See attached medical records_

31. On what date did you first report or seek treatment for your injury or illness: 5/5/2010

32. On what date was your injury first diagnosed: 5/5/2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
| | See attached medical records & Claim payment report. |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|  | *See attached medical records & claim payment report* |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No _____. If "*Yes,*" *Unknown*

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____

   _____

   _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No _____. If "*Yes,*"

   A. What date did you first experience such injury or condition? _____

   B. What injury (or condition) was made worse? _____

   _____

37.　　Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
|  | Unknown |
|  |  |
|  |  |
|  |  |
|  |  |

38.　　Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes __X__ No _____

39.　　Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____ recovery of medical expenses & weekly benefits per attached claim payment report _____

40.　　Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes __X__ No _____

If "Yes":

A.　　From whom did you receive this compensation or reimbursement? _____

_____ LWCC _____

B.    When did you receive this compensation or reimbursement? _____

_____ *See attached claim payment report*

C.    What was the amount of the compensation or reimbursement? _____

_____ *See attached claim payment report*

## G.    CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: ___Jul 5___, 2018

Location (City and State): ___Baton Rouge La___

_____
Signature of Plaintiff*

***Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

___Michael Stettner___
Print Name

___SVP / General Counsel___
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

MICHAEL JACOBS                        DOCKET NO. 13-01547      DISTRICT 07

VERSUS                                OFFICE OF WORKERS' COMPENSATION

ASHLAND SERVICES, LLC                 STATE OF LOUISIANA—JUDGE DUNN

<u>ORDER OF APPROVAL</u>

**CONSIDERING** the foregoing petition, exhibits and affidavits and having found that a bona fide dispute exists between the Employee, Michael J. Jacobs, and with Employer, Ashland Services, LLC, and its Insurer, Louisiana Workers' Compensation Corporation, and being of the opinion that the compromise settlement proposed is fair and equitable and that it is entered into primarily to avoid the litigation and is in substantial accord with the terms of Title 23, Chapter 10, Revised Statutes of Louisiana and that Employee hereby respectfully waives the requirement of LSA-R.S. 23:1271 (A)(3) which provides that six (6) months must lapse after termination of temporary total disability for approval of this settlement, the law and evidence being in favor of petitioners.

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment herein in favor of Michael J. Jacobs and against Ashland Services, LLC and its Insurer, Louisiana Workers' Compensation Corporation, ordering Employer and Insurer to pay to Employee **TWENTY-EIGHT THOUSAND AND 00/100 ($28,000.00) DOLLARS.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon said payment of **TWENTY-EIGHT THOUSAND AND 00/100 ($28,000.00) DOLLARS** to Employee, Employer and Insurer, shall be forever released and relieved from all past, present, and future medical expenses, rehabilitative expenses, workers' compensation benefits, and any and all claims of whatsoever nature and kind, arising heretofore or which may hereafter arise under Title 23, Chapter 10, Revised Statutes of Louisiana, growing out of any accident or injury or out of

Michael Jacobs
13-01547
October 15, 2013

any medical treatment provided as a result of any accident or injury occurring prior to the date of this agreement.

JUDGMENT READ, RENDERED AND SIGNED in Harahan, Louisiana on this _____ day of _____, 2013.

JUDGE SYLVIA DUNN
OFFICE OF WORKERS' COMPENSATION

TRUE COPY

BY _____
OFFICE OF WORKERS COMPENSATION
AUTHORIZED CERTIFICATION CLERK

8

| | |
|---|---|
| **MICHAEL JACOBS** | **DOCKET NO. 13-01547     DISTRICT 07** |
| **VERSUS** | **OFFICE OF WORKERS' COMPENSATION** |
| **ASHLAND SERVICES, LLC** | **STATE OF LOUISIANA—JUDGE DUNN** |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** comes claimant, Michael J. Jacobs, in the above-captioned

matter, and on suggesting to the court that he wishes to voluntarily dismiss his claim against

Ashland Services, LLC, and Louisiana Workers' Compensation Corporation, with prejudice, and

now moves this court to dismiss his claim against Ashland Services, LLC, and Louisiana

Workers' Compensation Corporation, with prejudice, in accordance with the terms of the Joint

Petition of Compromise Settlement.

Respectfully submitted:

D. Steven Wanko, Jr., Bar Roll No. 27677
Chase T. Villeret, Bar Roll No. 34806
19295 N. Third Street, Suite 1
Covington, Louisiana 70433
985-893-6530
Counsel for Michael J. Jacobs

Michael J. Jacobs

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served

on counsel for all parties by placing same in the United States Mail, postage prepaid, properly

addressed, this __11__ day of __October__, 2013.

Chase T. Villeret

18

2013 OCT 15  PM 2: 24

MICHAEL JACOBS        DOCKET NO. 13-01547    DISTRICT 07

VERSUS        OFFICE OF WORKERS' COMPENSATION

ASHLAND SERVICES, LLC        STATE OF LOUISIANA—JUDGE DUNN

## ORDER

**CONSIDERING THE FOREGOING MOTION TO DISMISS:**

**IT IS HEREBY ORDERED** that the claim of Michael J. Jacobs against Ashland Services, LLC, and Louisiana Workers' Compensation Corporation be dismissed, with prejudice.

**SIGNED** this _____ day of _____ 2013, in Harahan, Louisiana.

JUDGE SYLVIA DUNN
**OFFICE OF WORKERS' COMPENSATION**

TRUE COPY

BY _____
OFFICE OF WORKERS' COMPENSATION
AUTHORIZED CERTIFICATION CLERK

2013 OCT 15 PM 2: 24

19

## C I T A T I O N

Michael Jacobs

Vs

Ashland Services, LLCLWCC

Docket: 13-01547          District: 7
Employee: Michael Jacobs
Office of Workers' Compensation

State of Louisiana

To:
Ashland Services. LLC
c/o Paul D. Hale
755 Magazine Street
New Orleans, LA 70130

Date: 03/07/2013

**YOU HAVE BEEN SUED:**

Attached to this citation is a copy of the claim form/petition and an answer form.  The claim form/petition tells what is being asked of you, and the answer form is to assist you in filing your answer.

You must either do what the claim form/petition asks, or, within fifteen (15) days after you have received these documents. you must file an answer or other legal pleadings with the Office of Workers' Compensation.

If you do not do what the petition asks, or if you do not file an answer or legal pleadings within fifteen (15) days of receipt of this citation. a judgment of default may be entered against you without further notice.  If you do file an answer or legal pleading within the fifteen (15) days, a scheduling conference will be scheduled.  You will be notified of the location, date, and time of the hearing.

Please be aware that R.S. 23:1293 strictly limits how much information this office can discuss with you prior to referral of this matter to a Workers' Compensation Judge.  If we can be of further assistance, please contact the Office of Workers' Compensation at (504) 736-8606.

Please mail your answer to:   Office of Workers' Compensation
                             District 7
                             880 West Commerce Road, Ste 401
                             Harahan. LA 70123

A copy of your answer must also be mailed to the party that initiated this case and to their attorney. if represented.  Please be sure to complete the certificate of service portion of the attached answer form.

*Andre' de la Fuente*
Andre' de la Fuente
Records Manager

## LOUISIANA WORKFORCE COMMISSION
## WORKERS' COMPENSATION CLAIM/PETITION ANSWER

| | | | |
|---|---|---|---|
| Employee: | Michael Jacobs | Docket: | 13-01547 |
| Employer: | Ashland Services, LLC | Date: | 03/07/2013 |
| Insurance Carrier: | LWCC | District: | 7 |

The employer and/or carrier named above, for answer to the citation, respectfully states:
(Circle "admit" or "deny" on all questions which apply to this claim. Questions #1 through #4 must be answered if employer/insurer is being sued. Use item #12 if any or all of items #1 through #11 do not apply to this claim.)

**ADMIT / DENY**    1.    Claimant sustained an injury or occupational disease on or about the date set forth in the claim for compensation.

**ADMIT/ DENY**    2.    Claimant was my employee at the time of the alleged injury or occupational disease.

**ADMIT / DENY**    3.    At the time of the alleged injury or occupational disease, the employee was performing service arising out of and in the course of his employment.

**ADMIT / DENY**    4.    Compensation has been paid. If admitted, state weekly amount and inclusive dates:
$_____ from _____ through _____.

**ADMIT / DENY**    5.    The average weekly wage as set forth in the claim for compensation is correct. If denied, state the correct average weekly wage and attach hereto a wage statement or state reason why not furnished.
_____
_____

**ADMIT / DENY**    6.    Claimant was temporarily disabled for the period stated in the claim for compensation. If denied, state temporary disability period admitted, if any: _____

**ADMIT / DENY**    7.    Claimant is permanently disabled to the extent and for the period stated in the claim for compensation. If denied, state disability period admitted, if any: _____
_____
_____

**ADMIT / DENY**    8.    The claimant sustained an injury resulting in a loss of earning capacity as stated in the claim for compensation. If denied, state any loss admitted, if any:
_____

**ADMIT / DENY**    9.    Rehabilitation services were offered and refused. What services were offered?
_____

**ADMIT / DENY**    10.    Rehabilitation services were requested, but not provided. What services are being requested? _____
_____

**ADMIT / DENY**    11.    At the time of the alleged injury or occupational disease, workers' compensation insurance was provided by
_____

# LOUISIANA WORKFORCE COMMISSION
## WORKERS' COMPENSATION CLAIM/PETITION ANSWER

12    Other Matters in dispute. Explain. (Use extra sheet if necessary)    _____

_____

_____

_____

_____

_____

Affirmative Defenses: (Circle and explain)
**A.** Willful intent to injure himself or others      **B.** Intoxication      **C.** Failure to use Safety Devices
**D.** Initial Aggressor                **E.** Other matters in dispute (Use extra sheet if necessary):

_____

_____

_____

_____    __    _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing answer has been served upon opposing
counsel of record or upon unrepresented claimant by placing same in U.S. mail, postage prepaid
and properly addressed, on this _____ day of _____, 20 ___.

                                    _____
                                    (Signature of defendant or their representative)

Date Submitted:    _____

By:                _____

Title:             _____

Employer/Carrier:  _____

Address:           _____

City/State/Zip:    _____

Telephone:         _____

Mail To:

LOCAL DISTRICT OFFICE

OR

**OFFICE OF WORKERS' COMPENSATION**
POST OFFICE BOX 94040
BATON ROUGE, LA 70804-9040
   For information call (225) 342-7565
   or Toll Free (800) 201-3457.

| | | |
|---|---|---|
| 2 | Date of Injury/Illness | 5 . 5 . 2010 |
| 3. | Part(s) of Body Injured | neck, shoulder, back |
| 4 | Date of This Request | 3 . 6 . 2013 |
| 5. | Date of Hire | . . |
| 6 | Date of Birth | ▮▮ . ▮▮ . 1968 |

## 13-01547
Docket Number

## DISPUTED CLAIM FOR COMPENSATION

7 This claim is submitted by:
  x Employee    __ Employer    __ Insurer    __ Dependent    __ Health Care Provider    __ LWC    x Other   Wanko Law Firm

**GENERAL INFORMATION**
**Claimant files this dispute with the Office of Workers' Compensation. This office must be notified immediately in writing of changes in address. An employee may be represented by an attorney, but it is not required.**

### EMPLOYEE

8. Name   Michael Jacobs

   Street or Box   3701 Hollis Street

   City   Moss Point

   State   MS       Zip   39563

   Phone ( )

### EMPLOYEE'S ATTORNEY

9. Name   D. Steven Wanko, Jr./Chase T. Villeret

   Street or Box   19295 N. 3rd Street--Ste. 1

   City   Covington

   State   LA       Zip   70433

   Phone (985)   893-6530

### EMPLOYER

10. Name   Ashland Services

   Attn:   Paul D. Hale

   Street or Box   755 Magazine Street

   City   New Orleans

   State   LA       Zip   70130

   Phone ( 504 )   593-0715

### INSURER/ADMINISTRATOR
(circle one)

11. Name   LWCC

   Attn:

   Street or Box   2237 S. Acadian Thruway, Suite 400

   City   Baton Rouge

   State   LA       Zip   70808

   Phone ( )

### EMPLOYER/INSURER'S ATTORNEY
(circle one)

12. Name

   Attn:

   Street or Box

   City

   State       Zip

   Phone ( )

### DEPENDENT/HCP/OTHER
(circle one)

13. Name

   Relationship

   Street or Box

   City

   State       Zip

   Phone ( )

DISTRICT COURT
RECEIVED
2013 MAR -6 AM 8: 09

### 14. EMPLOYMENT DATA

   Occupation.

   Average Weekly Wage $       Workers' Compensation Rate $

LWC-WC-1008
REV 2/09

COMPLETE BOTH PAGES

15 TO BE COMPLETED BY INJURED EMPLOYEE OR DEPENDENT:

**(A) ACCIDENT DATA**

Date, time and place of accident: May 5, 2010, Baldwin Co., Mobile, Alabama

Parish of Residence at time of Injury/Illness: Jackson County, Mississippi

Accident reported on 5 / 5 / 10 to _____ whose position with the employer is _____

Describe the accident and injury in detail (person/equipment involved, type of injury, etc.)

Claimant was in transport to job when involved in an automobile accident.

List the names, addresses, telephone numbers of any witnesses.

Kevin Ellis, Jarrod Fanguy, Arthur Graham, John Gomez

**(B) MEDICAL DATA**

State the names, addresses, and telephone numbers of hospitals, clinics and doctors who have provided medical attention.

S. Baldwin Regional Med. Center, Dr. Andre Fontana

**(C) THE BONA-FIDE DISPUTE**

Check the following that apply and fill in the blanks:

- _ 1    No wage benefits have been paid
- _ 2    No medical treatment has been authorized
- _ 3    Occupational Disease
- _ 4    Workers' Compensation Rate is Incorrect - Should be $_____
- X 5    Wage benefits terminated or reduced on 09 / 28 / 2011
- _ 6    Medical treatment (Procedure/Prescription) _____
       recommended by _____ not authorized.
- _ 7    Choice of physician (specialty) _____
- X 8    Disability status SEB
- _ 9    Vocational Rehabilitation - specify _____
- _ 10   Offset/Credit _____
- _ 11   Refusal to authorize/submit to evaluation with choice of physician/Independent Medical Examination [L. R. S. 23:1121, 1124(B). or 1317.1(F)]
- X 12   Other: non-payment of medicals/non-authorization, penalties, costs, interest, attorney's fees

2013 MAR -6 AM 8:09
RECEIVED
DISTRICT 1 THROUGH

**NOTE:** You may attach a letter or petition with additional information with this disputed claim or when later amending this disputed claim (Form LWC-WC-1008). You must provide a copy of this claim and any amendment to all opposing parties.

The information given above is true and correct to the best of my knowledge and belief.

_____    3/6/13
SIGNATURE OF CLAIMANT/ATTORNEY    DATE
(circle one)

LWC-WC-1008
REV. 2/09

COMPLETE BOTH PAGES

| OWCA MEDIATORS: |
|---|

**MEDIATION CONFERENCE REQUEST**

In accordance with Revised Statute 23:1310.3(D), as amended by Act 53

(1) Upon joint request of the parties, or upon order of the presiding workers' compensation judge. all parties shall engage the services of either of the following:

    (a) A Louisiana Workforce Commission, office of workers' compensation administration mediator, and such mediation shall be held in the district office in which the selected mediator is assigned.

    (b) A private mediator, and such mediation shall be held at a location mutually agreeable to the parties.

(2) The selection of the mediator shall be by mutual agreement of the parties.

(3) Each party shall provide a representative. in person or via telephone, to participate in the mediation conference, who has been provided with authority to enter into negotiations in a good faith effort to resolve the issue in dispute. The attorneys for the parties may participate in the mediation conference via telephone by mutual consent of the parties.

(4) Within five days of the conclusion of the mediation conference, the parties shall certify to the court, via United States mail, electronic transmission, or facsimile transmission, that a mediation conference has occurred and the results thereof.

(5) Nothing shall prohibit the parties from requesting a mediation conference prior to the filing of a disputed claim for compensation; however, neither the request nor participation in the mediation conference shall interrupt the running of prescription.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**After parties have mutually agreed to a mediation conference and the selection of an Office of Workers Compensation mediator, please have each party sign this form and forward it to the chosen mediator:**

NAME OF EMPLOYEE/CLAIMANT:    MICHAEL JACOBS

EMPLOYER'S NAME:    ASHLAND SERVICES. LLC

DOCKET #    13-01547

SIGNATURE OF EMPLOYEE. EMPLOYER, INSURER OR ATTORNEY IF REPRESENTED    DATE

PRINTED NAME OF EMPLOYEE. EMPLOYER, INSURER OR ATTORNEY IF REPRESENTED    (   ) TELEPHONE NUMBER

SIGNATURE OF EMPLOYER/INSURER    DATE

PRINTED NAME OF EMPLOYER/INSURER OR EMPLOYER/INSURER ATTORNEY IF REPRESENTED    (   ) TELEPHONE NUMBER

**OWCA Mediators list:**

| District | Mediator |
|---|---|
| Statewide | Judy Franklin, 1001 N 23rd St. Baton Rouge, LA 70802, Phone: (225) 342-0184, Fax: (225) 342-4790 |
| District 1E | Tikisha Smith, 1401 Hudson Lane. Suite 301. Monroe, LA 71201, Phone: (318) 362-3078, Toll-free: (800) 209-7321, Fax: (318) 362-3083 |
| District 1W | Rosa Whitlock, 9234 Linwood. Shreveport LA 71106-7001, Phone: (318) 676-5331, Toll-Free: (800) 209-7173, Fax: (318) 676-5332 |
| District 2 | Amy Brown, 3724 Government Street. Alexandria, LA 71302, Phone: (318) 487-5966, Toll-Free: (800) 209-7329, Fax: (318) 487-5967 |
| District 3 | Chantell Smith, 4250 Fifth Avenue, Suite 3, Lake Charles. LA 70607-3812, Phone: (337) 475-4882, Toll-free: (888) 768-8745, Fax: (337) 475-8884 |
| District 4 | Dianne Mayo, 556 Jefferson Street, First Floor, Lafayette LA 70501-6947, Phone: (337) 262-1057, Toll-free: (800) 209-7174, Fax: (337) 262-1106 |
| District 5 | Denise Lee, 224 Florida Blvd., Suite 100, Baton Rouge, LA 70801, Phone: (225) 219-4378, Toll-free: (800) 209-7175, Fax: (225) 219-4377 |
| District 6 | Myles Donahue, 19374 N Third St. Covington, LA 70433, Phone: (985) 871-1258, Toll-Free: (888) 575-6149, Fax: (985) 871-1264 |
| District 7 | Caroline Minor, 880 West Commerce Road, Ste 401, Harahan LA 70123, Phone: (504) 736-8606, Toll-Free: (866) 253-5830, Fax: (504) 736-8608 |
| District 8 | Shannon Bruno Bishop, 1450 Poydras Street, Suite 838, Mail Box 24, New Orleans, LA 70112-2001, Phone: (504) 568-6952, Toll-Free: (800) 209-7232, Fax: (504) 568-8706 |
| District 9 | Jennifer Le Carpentier, 8026 Main Street, Suite 404, Houma, LA 70360, Phone: (985) 857-3775, Toll-free: (800) 262-1497, Fax: (985) 857-3781 |

Rev: 10:08:2010

MAIL TO:
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70804-9040
(225) 342-7565

1. Social Security No. _____ 3675

2. Date of Injury/Illness     05-05-2010

Claim Number     157598

## NOTICE OF PAYMENT

This form is to be completed by the Employer/Insurer and sent to the injured employee with the   first check or within 10 days of suspension/modification and/or change to SEB. A copy must be sent to the Office of Workers'   Compensation Administration within 10 days of the effective date.

3. Purpose of Form (check one):

   [X] Payment    [ ] Modification    [ ] Suspension    [ ] Change to SEB

4. Employee Name   JACOBS, MICHAEL J

5.     08-03-2010
   Effective Date

6. Part(s) of Body Injured   BACK N.E.C.,

7. Nature of Injury   BACK PAIN/HURT BACK,

8. Compensation is paid as follows:

   [X] A. Weekly payments of S        320.00  based on an average weekly wage of S        480.00  have begun.

   [ ] B. Payments restarted at S_____ per week.

   [ ] C. Payments reduced by S_____ due to:

   [ ] Social Security Benefits                    [ ] Other Workers' Compensation Benefits
   [ ] Employer Disability Benefits                [ ] Unemployment Insurance Benefits
   [ ] Third Party Recovery                        [ ] Refused Rehabilitation
   [ ] Other:_____

   [ ] D. Permanent Partial Benefits of S_____ will be paid for _____ weeks.

   [ ] E. Supplemental Earnings Benefits of S_____ will begin _____.
          The exact amount received weekly may vary.

   [ ] F. Death Benefits have begun in the amount of S_____ per week, representing _____% of wages.

   [ ] G. Payment suspended due to employee failing to cooperate.

   [ ] H. Other reasons or explanations _____

9. Submitted by:

   Preparer Name:        ANSEL BRADFORD                     Employee Name:   JACOBS, MICHAEL J
   Employer/Insurer:     LOUISIANA WORKERS' COMPENSATION CORPORATION   Employer:        ASHLAND SERVICES LLC
   Address:              2237 S. ACADIAN THRUWAY SUITE 102  Address:         1821 COMMERCIAL DR STE M/O
                         BATON ROUGE, LA 70808                               HARVEY, LA 70058-
   Phone:                225-924-7788                       Phone:
   Employer/Insurer NCCI #  555555

LDOL-WC-1002
REV. 1/98

MAIL TO:
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70807-9040
(225) 342-7565

⬛ - ⬛ - 3675
SOCIAL SECURITY NUMBER

05 - 05 - 2010
DATE OF INJURY/ILLNESS

157598
CLAIM NUMBER

### STOP PAYMENT FORM

This form is sent by the Employer/Insurer to the injured worker and the OWC within 30 days of the closure of a case.  An AMENDED COPY is required if the case re-opens or additional costs are incurred.

1. JACOBS, MICHAEL J ⬛1968     2. 09 - 13 - 2010
   (Employee)          (Date of Birth)        Date of this Notice

3. BACK N.E.C.          4. 09 - 10 - 2010
   Part(s) of body injured        Date Compensation Paid Through

5. Purpose of Form: (Check One)
   [X] Payment stopped-Employee working at equal or greater wage
   [ ] Payment stopped-Employee able to work at same or greater wage
   [ ] Payment stopped-Lump sum/Compromise settlement approved
   [ ] Other _____

   [ ] Payment stopped-Maximum period for paying SEB has expired
   [ ] Payment stopped-3rd Party recovery without notice
   [ ] Ammend or correct prior 1003

6. Length of Disability    11    Weeks  2    Days.
7. Give ICD-9 Diagnostic code(s)  847.1  847.1  401.9
8. Give CPT Procedure code(s)  99203  99283  99213

9. COSTS INCURRED FOR THIS CASE:

A. Indemnity Benefits
1. Temporary Total ..................... $ 3,611.43
2. Supplemental earnings ................. $ 0.00
3. Permanent partial .................. $ 0.00
4. Permanent total .................. $ 0.00
5. Death benefits .................. $ 0.00
6. Other benefits .................. $ 0.00

TOTAL INDEMNITY BENEFITS ........ $ 3,611.43
(Add A. ITEMS 1-6)

B. TOTAL SETTLEMENT AMOUNT .. $ 0.00

C. Medical Expenses
1. Hospital ..................... $ 1,683.95
2. Physician ..................... $ 289.07
3. Diagnostic Test/Procedures .......... $ 0.00
4. Prescription Drugs .............. $ 30.00
5. Transportation Costs .................. $ 0.00
6. Independent Medical Exams .......... $ 0.00
7. Occupational/Physical Therapy ...... $ 0.00
8. Other ..................... $ 0.00

TOTAL MEDICAL EXPENSES ........ $ 2,003.02
(Add C. ITEMS 1-8)

D. Rehabilitation Expenses
1. Medical Rehabilitation ..................... $ 0.00
2. Vocational Rehabilitation ................. $ 375.00
3. Labor Market Survey ..................... $ 0.00
4. Evaluation ..................... $ 0.00
5. Other ..................... $ 0.00

TOTAL REHABILITATION EXPENSES ..... $ 375.00
(Add D. ITEMS 1-5)

E. TOTAL FUNERAL EXPENSES ............. $ 0.00

F. Legal Expenses
1. Attorney Fees ..................... $ 324.50
2. Court Costs ..................... $ 0.00
3. Deposition Costs ..................... $ 0.00
4. Investigation Costs ..................... $ 0.00
5. Penalties and Interest ..................... $ 0.00
6. Administrative/Other Costs ................. $ 0.00

TOTAL LEGAL EXPENSES ..................... $ 324.50
(Add E. ITEMS 1-5)

G. 3RD PARTY RECOVERIES FOR COSTS .......... $ 0.00
(NOT INCLUDED ABOVE)
H. TOTAL WORKERS' COMPENSATION COSTS .. $ 6,313.95
(Add A-G)
I. BALANCE OF UNUSED RESERVES ................. $ 0.00

Submitted by:
Preparer's Name:  ANSEL BRADFORD
Employer/Insurer:  LOUISIANA WORKERS' COMPENSATION CORPORATION
Address:  2237 S. ACADIAN THRUWAY SUITE 102
BATON ROUGE LA  70808-
Phone:  (225) 924-7788
Employer/Insurer NCCI Number:  555555

Employee:  JACOBS, MICHAEL J
Employer:  ASHLAND SERVICES LLC
Address:  1821 COMMERCIAL DR STE M/O
HARVEY, LA 70058-
Phone:  .

LDOL-WC-1003(REV. 1/98)



# Van # 1.

Davin Gomez
2700 Blanche St.
Marrero, LA 70072
504-382-7527

Gerson De Jesus Baez
1556 W. Chelsea Apt. B
Harvey, LA 70058
703-986-9654

Henry Oliver Contreras
1040Tallow Tree Apt. A
Harvey, LA 70058
504-287-8601

Brandon Joseph Dumas
710 Thayer St.
New Orleans, LA 70114
504-473-0400

Jose Luis Diaz Torres
701 27th St.
Kenner, LA 70065

1821 Commercial Drive
Suite M
Harvey, LA 70058

(504) 340-2792 OFFICE
(504) 340-2793 FAX
www.ashlandservices.com



## Van # 1.

Moises Diaz Salmeron
1536 Stumpf Blvd.
Gretna, LA 70053
504-237-3917

Leeland Michael Doxie
4037 S. Woodbine
Harvey, LA 70058
504-628-6664

Johnny Charles Diaz III
2129 St. Nick Dr.
New Orleans, LA 70131
504-261-0902

**1821 Commercial Drive**
**Suite M**
**Harvey, LA 70058**

**(504) 340-2792 OFFICE**
**(504) 340-2793 FAX**
**www.ashlandservices.com**



## Van # 1.

Nelson Contreras
2832 Destrehan
Harvey, LA 70058
504-676-6065

Felipe Cornel
444 Holmes Blvd.
Gretna, LA 70056
504-270-3212

SERVICES, LLC

1821 Commercial Drive
Suite M
Harvey, LA 70058

(504) 340-2792 OFFICE
(504) 340-2793 FAX
www.ashlandservices.com

# Van # 2.

**ASHLAND**

**SERVICES, LLC**

Jarrod Fanguy
160 Jolie Oaks
Thidodaux, LA 70301
985-860-6985

Kendell Jackson
2024 Muri
New Orleans, LA 70114
504-570-9596

Walter Jackson
1102 Horale St.
New Orleans, LA 70114
504-864-5903

Kyron Kelly
805 Gov. Hall St.
Gretna, LA 70053
504-957-7551

1821 Commercial Drive
Suite M
Harvey, LA 70058

(504) 340-2792 OFFICE
(504) 340-2793 FAX
www.ashlandservices.com

# Van # 2.

Luis Ruiz
1201 Lake Ave. Apt.213
Metairie, LA 70005
504-994-0816

Oscar Lopez Escalante
4014 Jupiter
Chalmette,70043
504-610-7501

Darwin Ivan Orellana
1736 Robin St.
Marrero, LA 70072
504-273-8086

Hector A. Orellana
1736 Robin St.
Marrero, LA 70072
504-237-1896

**1821 Commercial Drive**
**Suite M**
**Harvey, LA 70058**

**(504) 340-2792 OFFICE**
**(504) 340-2793 FAX**
**www.ashlandservices.com**

# Van # 2.

**ASHLAND**
**SERVICES, LLC**

Osly Omar Ahariba
4002 S. Carrolton Ave. Apt.218
New Orleans, LA 70119
972-693-2241


Osmar Morena
4117 Trenton St. Apt. E
Metairie, LA 70002
504-307-8218


Carlos Morena
7700 Downman RD. 15-C
New Orleans, LA 70126
504-201-9625


Darwin Vigil
4951 Alcee Fortier Blvd.
New Orleans, LA 70129
330-307-8709

1821 Commercial Drive
Suite M
Harvey, LA 70058

(504) 340-2792 OFFICE
(504) 340-2793 FAX
www.ashlandservices.com

# Van # 3.



**SERVICES, LLC**

Miguel Quevada
273 Lcuise Ct.
Gretna, LA 70056
504-228-2925


Jorge Sanchez
648 Grovewood
Gretna, LA 70056
504-450-9189


Marcos Eduardo Gonzales
8201 Palm Apt. 231
New Orleans, LA 70118
504-905-4886


Stacey Hinds
520 Wall Blvd. Apt.213
Gretna, LA 70056
504-231-1470


1821 Commercial Drive
Suite M
Harvey, LA 70058
(504) 340-2792 OFFICE
(504) 340-2793 FAX
www.ashlandservices.com

## Van # 3.

SERVICES, LLC

Miguel Santana Lasado
2864 Barataria Blvd.
Marrero, LA 70072
504-906-9225


Jorge Guerrero Lopez
3732 Martinique Apt. D
Kenner, LA 70065
504-347-9422


Javier Guerrero Lopez
3732 Martinique Ave. Apt. D
Kenner, LA 70065
504-347-9422


Edel Freyre Soto
2515 Wytchwood Dr.
Metairie, LA
504-415-5028


1821 Commercial Drive
Suite M
Harvey, LA 70058

(504) 340-2792 OFFICE
(504) 340-2793 FAX
www.ashlandservices.com

## Van # 3.

**ASHLAND**

**SERVICES, LLC**

Santos Manuel Alvarez
1641 Gary Ct. Apt.C
Gretna, LA 70056
504-312-3297


Gadiel Antonio Alers Perez
400 20 St. Apt. 26
Gretna, LA 70053
787-546-1036


Charles Lopez Perez
400 20 St. Apt. 26
Gretna, LA 70053
863-307-9808


Miguel Angel Santana
2864 Barataria Blvd.
Marrero, LA 70072
504-578-2835


**1821 Commercial Drive**
**Suite M**
**Harvey, LA 70058**

**(504) 340-2792 OFFICE**
**(504) 340-2793 FAX**
**www.ashlandservices.com**

## DIAGRAM



## NARRATIVE

UNITS 1,2,3 AND 4 ARE 16 PASSENGER VANS WITH DRIVER/PASSENGER DOORS, SIDE AND REAR ENTRY. ALL 4 UNITS WERE WEST BOUND IN THE OUTSIDE LANE OF EAST BEACH BLVD. UNITS 2,3 AND 4 HAD STOPPED FOR TRAFFIC SIGNAL AT INTERSECTION OF GULF SHORES PKWY AND EAST BEACH BLVD. UNIT 1 STATED THAT HE HAD TAKEN HIS EYES OFF OF THE ROADWAY FOR A MINUTE THEN REACHED DOWN TO GET HIS CELL PHONE. AT THAT POINT IS WHEN UNIT 1 STRUCK UNIT 2 IN THE REAR CAUSING A CHAIN REACTION. DUE TO FORCE OF IMPACT, UNIT 2 STRUCK UNIT 3 CAUSING UNIT 3 TO STRIKE UNIT 4. BASED ON EVIDENCE AT THE SCENE, UNIT 1 MADE NO ATTEMPT TO STOP BEFORE STRIKING UNIT 2 IN THE REAR.

## ROADWAY ENVIRONMENT

| Unit No. | 1 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | | Workzone Law Enforcement Present? | | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 1 | Vision Obscured By | 1 | Traffic Control | 6 | Traffic Control Functioning | | Opposing Lane Separation | 2 | Traffic/way Lanes | 4 | Turn Lanes | 1 | One-Way Street | No | Total # Occupants in Unit | 0 | Total # Injured in Unit | 12 | Total # Killed in Unit | 0 |
| Total Number of Units 4 | | | | Light | | | | Weather | | | | Locate 3 | | | | Police Present? No | | DOT Railroad Crossing No. N/A | | | |

| Unit No. | 2 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 1 | Vision Obscured By | 1 | Traffic Control | 6 | Traffic Control Functioning | | Opposing Lane Separation | 2 | Traffic/way Lanes | 4 | Turn Lanes | 1 | One-Way Street | No | Total # Occupants in Unit | 4 | Total # Injured in Unit | | Total # Killed in Unit | 0 |
| Total Number of Units 4 | | | | Light 1 | | | | Weather 1 | | | | Locate 3 | | | | Police Present? No | | DOT Railroad Crossing No. N/A | | | |

| Unit No. | 3 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 1 | Vision Obscured By | 1 | Traffic Control | 6 | Traffic Control Functioning | | Opposing Lane Separation | 2 | Traffic/way Lanes | 4 | Turn Lanes | 1 | One-Way Street | No | Total # Occupants in Unit | | Total # Injured in Unit | 6 | Total # Killed in Unit | 0 |
| Total Number of Units 4 | | | | Light 1 | | | | Weather 1 | | | | Locate 3 | | | | Police Present? No | | DOT Railroad Crossing No. N/A | | | |

## UNINJURED OCCUPANTS

| Unit No | Seat Pos | Occ. Type | Safety Equip | Air-bag | Age | Sex | Ejec-tion | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Age | Sex | Ejec-tion | Unit No | Seat Pos | Occ. Type | Safety Equip | Air-bag | Age | Sex | Ejec-tion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 7 | 2 | 99 | 1 | 99 | 1 | 1 | 4 | 8 | 2 | 99 | 1 | 99 | 1 | 1 | 4 | 9 | 2 | 99 | 1 | 99 | 1 | 1 |
| 4 | 17 | 2 | 99 | 1 | 99 | 1 | 1 | | | | | | | | | | | | | | | | |

## VICTIMS

N/A ☐

| | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Injury Type | Age | Sex | Ejec-tion | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|
| **Name** KEVIN MAURICE ELLIS | 1 | 1 | 1 | 1 | 5 | 4 | 6 | 1 | 1 | 1 |
| **Address** 1400 4TH STREET SOUTH APT. 2 GREAT FALLS MT 59405 | | | | | | | | | | |
| **Taken To** SOUTH BALDWIN MEDICAL CENTER    **Taken By** MED STAR | | | | | | | | | | |
| **Medical Facility** EMS air | | | | | | | | | | |
| **Name** | 1 | 2 | 2 | 1 | 5 | 4 | 99 | 1 | 1 | 1 |
| **Address** | | | | | | | | | | |
| **Taken To** SOUTH BALDWIN MEDICAL CENTER    **Taken By** MEDSTAR | | | | | | | | | | |
| **Medical Facility** EMS air | | | | | | | | | | |
| **Name** | 1 | 3 | 2 | 1 | 6 | 4 | 99 | 1 | 1 | 1 |
| **Address** | | | | | | | | | | |
| **Taken To** SOUTH BALDWIN MEDICAL CENTER    **Taken By** MEDSTAR | | | | | | | | | | |
| **Medical Facility** EMS ground | | | | | | | | | | |
| **Name** | 1 | 4 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| **Address** | | | | | | | | | | |
| **Taken To** SOUTH BALDWIN MEDICAL CENTER    **Taken By** MEDSTAR | | | | | | | | | | |
| **Medical Facility** EMS ground | | | | | | | | | | |
| **Name** | 1 | 5 | 2 | 99 | -1 | 4 | 99 | 1 | 1 | 1 |
| **Address** | | | | | | | | | | |
| **Taken To** SOUTH BALDWIN MEDICAL CENTER    **Taken By** MEDSTAR | | | | | | | | | | |
| **Medical Facility** EMS ground | | | | | | | | | | |
| **Name** | 1 | 6 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| **Address** | | | | | | | | | | |
| **Taken To** SOUTH BALDWIN MEDICAL CENTER    **Taken By** MEDSTAR | | | | | | | | | | |
| **Medical Facility** EMS ground | | | | | | | | | | |
| **Name** | 1 | 7 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| **Address** | | | | | | | | | | |
| **Taken To** SOUTH BALDWIN MEDICAL CENTER    **Taken By** MEDSTAR | | | | | | | | | | |
| **Medical Facility** EMS ground | | | | | | | | | | |
| **Name** | 1 | 8 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| **Address** | | | | | | | | | | |
| **Taken To** SOUTH BALDWIN MEDICAL CENTER    **Taken By** MEDSTAR | | | | | | | | | | |
| **Medical Facility** EMS ground | | | | | | | | | | |
| **Name** | 1 | 9 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| **Address** | | | | | | | | | | |
| **Taken To** SOUTH BALDWIN MEDICAL CENTER    **Taken By** MEDSTAR | | | | | | | | | | |
| **Medical Facility** EMS ground | | | | | | | | | | |

May 07 10 01:59p     Diane Zoghby             2514701771          p.4

## UNIT NO 3

| Driver Full Name | ARTHUR JAMES GRAHAM JR | Street Address | 2351 GOLDEN BEAR CIRCLE | City and State | STOCKTON CA | ZIP | 35209 | Telephone | (209) 478-471G |

DOB: Month ▮▮ Day ▮▮ Year 1965   Race 1   Sex 1   DL State CA   Driver License No C1131686   DL Class C   DL Status C   Restrict Violations 97   CDL Status   Endorse Violations 97

Place of Employment: ASHLAND SERVICES

Liability Insurance Co.: PROGRESSIVE   Liability Policy No. 057463152   Residence Less Than 25 Miles: No

Driver Condition 1 | Sobriety/Officer Opinion: Alcohol No Drugs No | Type Alcohol Test Given 6 | Alcohol Test Results N/A | Type Drug Test Given 4 | Drug Test Results 97 | Maneuver 12

Most Harmful Event for MV 22 | Travel Road Name EAST BEACH BLVD | Road Code S182 | Travel Direction 4 | Unit Contributing Circumstance 97 | Total Injuries in Unit 6

Sequence of Events: Event 1 22  Event 2 22  Event 3 97  Event 4 97   First Harmful Event Location 1

Areas Damaged Are Shaded: 14 Under Carriage

Veh Year 2010 | Make FORD | Veh Model E-350 XLT | Body 98 | V.I.N. 1FBSS3BL5ADA71513

Owner's Name ENTERPRISE LEASING | License Tag Number U873CS | State FL | Year 2010

Street or R.F.D. 3700 LA PALCO DR | City NEW ORLEANS | State LA | Zip 70058

Type 4 | Usage 4 | Emergency Status 97 | Placard Required 97 | Hazardous Cargo 97 | Hazardous Cargo Released? 97

Attachment 1 | Oversized Load (Req. Permit) N/A | If Yes, Did Owner Have Permit? N/A | Contrib Defect 1 | Speed Limit 35 MPH | Est Speed 000 MPH | Citation Offense(s) Charged None

Damage Severity 2 | Towed? 3 | Vehicle Towed By Whom: 97

Towed To Where: 97

Point of Initial Impact: 6

## UNIT NO 4

| Driver Full Name | JOHN DAVID GOMEZ | Street Address | 2700 BLANCHE ST | City and State | MARRERO LA | ZIP | 70072 | Telephone | (504) 382-7527 |

DOB: Month ▮▮ Day ▮▮ Year 1982   Race 1   Sex 1   DL State LA   Driver License No 007450108   DL Class E   DL Status C   Restrict Violations 97   CDL Status   Endorse Violations 97

Place of Employment: ASHLAND SERVICES

Liability Insurance Co.: PROGRESSIVE   Liability Policy No. 057463152   Residence Less Than 25 Miles: No

Driver Condition 1 | Sobriety/Officer Opinion: Alcohol No Drugs No | Type Alcohol Test Given | Alcohol Test Results N/A | Type Drug Test Given 4 | Drug Test Results 97 | Maneuver 12

Most Harmful Event for MV 22 | Travel Road Name EAST BEACH BLVD | Road Code S182 | Travel Direction 4 | Unit Contributing Circumstance 07 | Total Injuries in Unit 2

Sequence of Events: Event 1 97  Event 2 97  Event 3 97  Event 4 97   First Harmful Event Location 1

Areas Damaged Are Shaded: 14 Under Carriage

Veh Year 2010 | Make FORD | Veh Model E-350 XLT | Body 98 | V.I.N. 1FBSS3BL4ADA22481

Owner's Name ENTERPRISE LEASING | License Tag Number B677166 | State LA | Year 2010

Street or R.F.D. 3700 LA PALCO DR | City NEW ORLEANS | State LA | Zip 70058

Type 4 | Usage 4 | Emergency Status 97 | Placard Required 97 | Hazardous Cargo 97 | Hazardous Cargo Released? 97

Attachment 1 | Oversized Load (Req. Permit) N/A | If Yes, Did Owner Have Permit? N/A | Contrib Defect 1 | Speed Limit 35 MPH | Est Speed 000 MPH | Citation Offense(s) Charged None

Damage Severity 2 | Towed? 3 | Vehicle Towed By Whom: 97

Towed To Where: 97

Point of Initial Impact: 6

## Seating Position Codes

2, 4, or 8 Passenger: 1 2 3 / 4 5 6
9 Passenger (add): 7 8 9
12 Passenger (add): 17 16 19
Bicycle, Motorcycle, A1V: 10 / 11

12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Passenger of Bus
16 - Not in Passenger Compartment
97 - Not Applicable
98 - Other (Explain)
99 - Unknown

## UNINJURED OCCUPANTS

| Unit No | Seat Pos | Occ Type | Safety Equip. | Air-bag | Age | Sex | Ejection | Unit No | Seat Pos | Occ Type | Safety Equip. | Air-bag | Age | Sex | Ejection | Unit No | Seat Pos | Occ Type | Safety Equip. | Air-bag | Age | Sex | Ejection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 4 | 2 | 99 | 1 | 99 | 1 | 1 | 2 | 5 | 2 | 99 | 1 | 99 | 1 | 1 | 2 | 6 | 2 | 99 | 1 | 99 | 1 | 1 |
| 2 | 7 | 2 | 99 | 1 | 99 | 1 | 1 | 2 | 9 | 2 | 99 | 1 | 99 | 1 | 1 | 3 | 1 | 1 | 99 | 2 | 99 | 1 | 1 |
| 4 | 1 | 1 | 99 | 2 | 8 | 1 | 1 | 4 | 2 | 2 | 99 | 2 | 99 | 1 | 1 | 4 | 3 | 2 | 99 | 2 | 99 | 1 | 1 |
| 4 | 4 | 2 | 98 | 1 | 99 | 1 | 1 | 4 | 5 | 2 | 99 | 1 | 99 | 1 | 1 | 4 | 6 | 2 | 99 | 1 | 99 | 99 | 1 |

May 07 10 01:58p     Diane Zoghby              2514701771              p.3

888 879 8937

# ALABAMA UNIFORM TRAFFIC CRASH REPORT

AST-27
REV 08/08

| | DPS Case No. | 0635002 |
|---|---|---|
| Check if Amendment ☐ | | |
| Check if Error Correction ☐ | | |

Sheet 1

| # Vehicles | # Pedestrians | # Injured | # Fatalities | # Unit 1 Type | Unit 2 Type | Local Case No. |
|---|---|---|---|---|---|---|
| 4 | 0 | 27 | 0 | 4 | 4 | 10-05003 |

## LOCATION AND TIME

| Date Month | Day | Year | Time | Day of Week | County | City | Rural | Local Zone |
|---|---|---|---|---|---|---|---|---|
| 05 | 05 | 2010 | 0958 MT | Wed | Baldwin | Gulf Shores | | 3 |

| Hwy Class | On Street, Road, Highway | At Intersection of or Between (Node 1) | And (Node 2) |
|---|---|---|---|
| 5 | EAST BEACH BLVD | EAST 1ST STREET | GULF SHORES PKWY |

| | Full Street/ Radio Beacon ←—Code | | | Node Code | | Feet From Node 1 |
|---|---|---|---|---|---|---|
| S182 | | 84 | | 68 | 25.00 Feet | |

| Mile Post | Control Access Hwy Loc | Primary Contrib Circums | Primary Contributing Unit # | First Harmful Event | First Harmful Event Location | Most Harmful Event |
|---|---|---|---|---|---|---|
| 7.0 | 97 | 59 | 1 | 22 | | 22 |

| Distance to Fixed Object | Roadway Junction/ Feature | Manner of Crash | Lat Coordinate | Long Coordinate | Coordinate Type | Hwy Side |
|---|---|---|---|---|---|---|
| N/A | 1 | 7 | NC | NC | 97 | 4 |

| School Bus Related | Crash Severity |
|---|---|
| 1 | B |

## UNIT NO 1

### DRIVER

| Driver Full Name | Street Address | City and State | ZIP | Telephone |
|---|---|---|---|---|
| KEVIN MAURICE ELLIS | 1400 4TH STREET SOUTH APT 2 | GREAT FALLS MT | 59405 | (601) 559-6235 |

| DOB Month | Day | Year | Race | Sex | DL State | Driver License No. | DL Class | DL Status | Restrict Violations | CDL Status | Endorse Violations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1982 | 2 | 1 | MT | 1009219824104 | C | | 97 | | 97 |

| Place of Employment | | | |
|---|---|---|---|
| ASHLAND SERVICES | | | |

| Liability Insurance Co. | Liability Policy No. | Residence Less Than 25 Miles |
|---|---|---|
| PROGRESSIVE | 057463152 | No |

| Driver Condition | Sobriety/ Officer Opinion | Alcohol Drugs: No | Type Alcohol | Alcohol Test Given | Alcohol Test Results | Type Drug Test Given | Drug Test Results | Maneuver |
|---|---|---|---|---|---|---|---|---|
| 1 | No | No | | 6 | N/A | 4 | 97 | 1 |

| Most Harmful Event for MV | Travel Road Name | Road Code | Travel Direction | Unit Contributing Circumstance | Total Injuries in Units |
|---|---|---|---|---|---|
| 22 | EAST BEACH BLVD | S182 | 1 | 52 | 12 |

| Sequence of Events | Event 1 | Event 2 | Event 3 | Event 4 | First Harmful Event Location |
|---|---|---|---|---|---|
| | 22 | 97 | 97 | 97 | 1 |

| Veh Year | Make | Veh Model | Body | V.I.N. |
|---|---|---|---|---|
| 2010 | FORD | E-350 XLT | 98 | 1FBSS3BL1ADA23071 |

| Owner's Name | License Tag Number | State | Year |
|---|---|---|---|
| ENTERPRISE LEASING | B677138 | LA | 2010 |

| Street or R.F.D. | City | State | Zip |
|---|---|---|---|
| 3700 LA PALCO DR | NEW ORLEANS | LA | 70058 |

| Type | Usage | Emergency Status | Placard Required | Hazardous Cargo | Hazardous Cargo Released? |
|---|---|---|---|---|---|
| 4 | 4 | 97 | 97 | 97 | 97 |

| Attachment | Oversized Load (Req. Permit) | If Yes, Did Owner Have Permit? | Contrib Defect | Speed Limit | Est Speed | Citation Offense(s) Charged |
|---|---|---|---|---|---|---|
| 1 | N/A | N/A | | 35 MPH | Unk MPH | None |

| Damage Severity | Towed? | Vehicle Towed By Whom: |
|---|---|---|
| 4 | 1 | GULF SHORES WRECKER |

| Towed To Where: |
|---|
| GULF SHORES WRECKER |

Areas Damaged Are Shaded — Under Carriage — 14

Totaled 16

Point of Initial Impact 12

## UNIT NO 2

### DRIVER

| Driver Full Name | Street Address | City and State | ZIP | Telephone |
|---|---|---|---|---|
| JARROD MICHAEL FANGUY | 111 SHELLY COURT | HOUMA LA | 70364 | (985) 860-6985 |

| DOB Month | Day | Year | Race | Sex | DL State | Driver License No. | DL Class | DL Status | Restrict Violations | CDL Status | Endorse Violations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1987 | 1 | 1 | LA | 008388538 | E | C | 97 | | 97 |

| Place of Employment | | | |
|---|---|---|---|
| ASHLAND SERVICES | | | |

| Liability Insurance Co. | Liability Policy No. | Residence Less Than 25 Miles |
|---|---|---|
| PROGRESSIVE | 057463152 | No |

| Driver Condition | Sobriety/ Officer Opinion | Alcohol Drugs: No | Type Alcohol | Alcohol Test Given | Alcohol Test Results | Type Drug Test Given | Drug Test Results | Maneuver |
|---|---|---|---|---|---|---|---|---|
| 1 | No | No | | 6 | N/A | 4 | 97 | 12 |

| Most Harmful Event for MV | Travel Road Name | Road Code | Travel Direction | Unit Contributing Circumstance | Total Injuries in Unit |
|---|---|---|---|---|---|
| 22 | EAST BEACH BLVD | S182 | 1 | 97 | 1 |

| Sequence of Events | Event 1 | Event 2 | Event 3 | Event 4 | First Harmful Event Location |
|---|---|---|---|---|---|
| | 22 | 22 | 97 | 97 | 1 |

| Veh Year | Make | Veh Model | Body | V.I.N. |
|---|---|---|---|---|
| 2010 | FORD | E-350 XLT | 98 | 1FBSS3BL9ADA48787 |

| Owner's Name | License Tag Number | State | Year |
|---|---|---|---|
| ENTERPRISE LEASING | X731349 | LA | 2011 |

| Street or R.F.D. | City | State | Zip |
|---|---|---|---|
| 3700 LA PALCO DR | NEW ORLEANS | LA | 70058 |

| Type | Usage | Emergency Status | Placard Required | Hazardous Cargo | Hazardous Cargo Released? |
|---|---|---|---|---|---|
| 4 | 4 | 97 | 97 | 97 | 97 |

| Attachment | Oversized Load (Req. Permit) | If Yes, Did Owner Have Permit? | Contrib Defect | Speed Limit | Est Speed | Citation Offense(s) Charged |
|---|---|---|---|---|---|---|
| 1 | N/A | N/A | | 35 MPH | 000 MPH | None |

| Damage Severity | Towed? | Vehicle Towed By Whom: |
|---|---|---|
| 4 | 1 | ORANGE BEACH TOWING |

| Towed To Where: |
|---|
| ORANGE BEACH TOWING |

Areas Damaged Are Shaded — Under Carriage — 14

Totaled 16

Point of Initial Impact 6

## VICTIMS

| | N/A ☐ | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Injury Type | Age | Sex | Ejec-tion | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | | 2 | 19 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To SOUTH BALDWIN MEDICAL CENTER | Taken By MEDSTAR | | | | | | | | | | |
| Medical Facility EMS ground | | | | | | | | | | | |
| Name | | 3 | 3 | 2 | 99 | 2 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To SOUTH BALDWIN MEDICAL CENTER | Taken By MEDSTAR | | | | | | | | | | |
| Medical Facility EMS ground | | | | | | | | | | | |
| Name | | 3 | 4 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To SOUTH BALDWIN MEDICAL CENTER | Taken By MEDSTAR | | | | | | | | | | |
| Medical Facility EMS ground | | | | | | | | | | | |
| Name | | 3 | 5 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To SOUTH BALDWIN MEDICAL CENTER | Taken By MEDSTAR | | | | | | | | | | |
| Medical Facility EMS ground | | | | | | | | | | | |
| Name | | 3 | 6 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To SOUTH BALDWIN MEDICAL CENTER | Taken By MEDSTAR | | | | | | | | | | |
| Medical Facility EMS ground | | | | | | | | | | | |
| Name | | 3 | 7 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To SOUTH BALDWIN MEDICAL CENTER | Taken By MEDSTAR | | | | | | | | | | |
| Medical Facility EMS ground | | | | | | | | | | | |
| Name | | 3 | 9 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To SOUTH BALDWIN MEDICAL CENTER | Taken By MEDSTAR | | | | | | | | | | |
| Medical Facility EMS ground | | | | | | | | | | | |
| Name | | 4 | 18 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To SOUTH BALDWIN MEDICAL CENTER | Taken By MEDSTAR | | | | | | | | | | |
| Medical Facility EMS ground | | | | | | | | | | | |
| Name | | 4 | 19 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To SOUTH BALDWIN MEDICAL CENTER | Taken By MEDSTAR | | | | | | | | | | |
| Medical Facility EMS ground | | | | | | | | | | | |

05/25/2010 02:01 PM
May 07 10 01:59p   Diane Zoghby          2514701771          p.6

| VICTIMS | N/A | Unit No | Seat Pos | Occ Type | Safety Equip | Air bag | Injury Type | Age | Sex | Ejec- tion | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | | 1 | 17 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To  SOUTH BALDWIN MEDICAL CENTER    Taken By  MEDSTAR | | | | | | | | | | | |
| Medical Facility  EMS ground | | | | | | | | | | | |
| Name | | 1 | 18 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To  SOUTH BALDWIN MEDICAL CENTER    Taken By  MEDSTAR | | | | | | | | | | | |
| Medical Facility  EMS ground | | | | | | | | | | | |
| Name | | 1 | 19 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To  SOUTH BALDWIN MEDICAL CENTER    Taken By  MEDSTAR | | | | | | | | | | | |
| Medical Facility  EMS ground | | | | | | | | | | | |
| Name JARROD MICHAEL FANGUY | | 2 | 1 | 1 | 99 | 2 | 4 | 7 | 1 | 1 | 1 |
| Address  111 SHELLY COURT HOUMA LA 70364 | | | | | | | | | | | |
| Taken To  SOUTH BALDWIN MEDICAL CENTER    Taken By  MEDSTAR | | | | | | | | | | | |
| Medical Facility  EMS ground | | | | | | | | | | | |
| Name | | 2 | 2 | 2 | 99 | 2 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To  SOUTH BALDWIN MEDICAL CENTER    Taken By  MEDSTAR | | | | | | | | | | | |
| Medical Facility  EMS ground | | | | | | | | | | | |
| Name | | 2 | 3 | 2 | 99 | 2 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To  SOUTH BALDWIN MEDICAL CENTER    Taken By  MEDSTAR | | | | | | | | | | | |
| Medical Facility  EMS ground | | | | | | | | | | | |
| Name | | 2 | 8 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To  SOUTH BALDWIN MEDICAL CENTER    Taken By  MEDSTAR | | | | | | | | | | | |
| Medical Facility  EMS ground | | | | | | | | | | | |
| Name | | 2 | 17 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To  SOUTH BALDWIN MEDICAL CENTER    Taken By  MEDSTAR | | | | | | | | | | | |
| Medical Facility  EMS ground | | | | | | | | | | | |
| Name | | 2 | 16 | 2 | 99 | 1 | 4 | 99 | 1 | 1 | 1 |
| Address | | | | | | | | | | | |
| Taken To  SOUTH BALDWIN MEDICAL CENTER    Taken By  MEDSTAR | | | | | | | | | | | |
| Medical Facility  EMS ground | | | | | | | | | | | |

## ROADWAY ENVIRONMENT

| Unit No. | 4 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | | Workzone Law Enforcement Present? | | 97 | Contributing Circumstances Environment | 1 | Contrib Mat'l in Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 1 | Vision Obscured By | 1 | Traffic Control | 6 | Traffic Control Functioning | 1 | Opposing Lane Separation | 2 | Traffic-by Lanes | 4 | Turn Lanes | 1 | One-Way Street | No | Total # Occupants in Unit | 10 | Total # Injured in Unit | 2 | Total # Killed in Unit | 0 |

| Total Number of Units | 4 | Light | 1 | Weather | 1 | Locale | 3 | Police Present? | No | DOT Railroad Crossing No. | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|

## INVESTIGATION

### Property Damage Description

Description  N/A

Owner:                                                     Address:
                                                          Telephone:

| Name of Photographer | N/A | Non-Vehicular Property Damage | | |
|---|---|---|---|---|
| | | EMS Response Run # | N/A | |

| Time Police Notified | Time Police Arrived | Time EMS Arrived | |
|---|---|---|---|
| 0959 MT | 1001 MT | 1003 MT | |

| Witness Full Name | N/A | Address | | Telephone |
|---|---|---|---|---|
| Witness Full Name | N/A | Address | | Telephone |

| Name of Investigating Officer | Officer ID | Agency ORI | |
|---|---|---|---|
| Charles E Smith | GS29 | AL0050400 | |
| Name of Investigating Officer | Officer ID | Agency ORI | |
| JOE TAYLOR | GS39 | AL0050400 | |

The data on this report reflects the best knowledge, opinion, and belief regarding the crash, but no warrant is made as to the factual accuracy thereof.

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Report Header | Unit Type | 4 | Van or mini-van | Vehicle | Body | 98 | Other (explain in narrative) |
| Location And Time | Co-tributing Circumstance | 59 | Other improper action (explain in narrative) | Vehicle | Census Offense | 99 | None |
| Location And Time | Contributing Unit | 10 | Unit | Vehicle | Damage Severity | 2 | Minor |
| Location And Time | Controlled Access Highway Location | 97 | Not a controlled access highway | Vehicle | Damage Severity | 4 | Major, disabled |
| Location And Time | Coordinate Status | NC | No Capability | Vehicle | Defect | 1 | None |
| Location And Time | Coordinate Type | 97 | Not applicable | Vehicle | Emergency Status | 97 | Not applicable |
| Location And Time | Crash Manner | 7 | Rear end (front-to-rear) | Vehicle | Estimated Speed Code | 030 | Stationary |
| Location And Time | Crash Severity | 8 | Non-incapacitating injury | Vehicle | Estimated Speed Code | Unk | Unknown |
| Location And Time | Distance Ness Unit | 10 | Feet | Vehicle | Hazardous Cargo | 97 | Not applicable |
| Location And Time | Harmful Event | 22 | Collision with vehicle in traffic | Vehicle | Hazardous Cargo Release Type | 97 | Not applicable |
| Location And Time | Highway Classification | 5 | Municipal | Vehicle | K12 Child Going To Or From School | 0 | Not Set |
| Location And Time | Highway Side | 4 | Westbound | Vehicle | Make | FORD | Ford |
| Location And Time | Roadway Feature | 1 | No special feature | Vehicle | Non-Motorist Action | 0 | Not Set |
| Location And Time | School Bus Related | 1 | No school bus involved | Vehicle | Non-Motorist Location | 0 | Not Set |
| Location And Time | Time Display Format | 20 | Military | Vehicle | Oversized Load | N/A | Not Applicable |
| Driver | Alcohol Test Type | 6 | No Test Given | Vehicle | Oversized Load Permit | N/A | Not Applicable |
| Driver | Commercial Driver License Status | 97 | Not applicable / unlicensed | Vehicle | Owner Name Code | 0 | Not Set |
| Driver | Commercial Driver License Status | C | Current / valid | Vehicle | Placard Requirement | 97 | Not applicable |
| Driver | Contributing Circumstance | 52 | Distracted by use of electronic communication device | Vehicle | Tag Number | 0 | Not set |
| Driver | Contributing Circumstance | 97 | Not applicable | Vehicle | Tag State | 0 | Not set |
| Driver | Driver Condition | 1 | Apparently normal | Vehicle | Tag Year | 0 | Not set |
| Driver | Driver License Class Code | 9 | Not set | Vehicle | Tow Status | 1 | Towed due to disabling damage |
| Driver | Driver License Endorsement | 97 | Not applicable | Vehicle | Tow Status | 3 | Not towed |
| Driver | Driver License Number | 0 | Not set | Vehicle | Towed Code | 0 | Not Set |
| Driver | Driver License Restriction | 97 | Not applicable | Vehicle | Towed Code | 97 | Not applicable |
| Driver | Driver License State Code | 0 | Not set | Vehicle | Unit Type | 4 | Van or mini-van |
| Driver | Driver License Status | C | Current / valid | Vehicle | Usage | 4 | Bus, passenger transport |
| Driver | Drug Test Result | 97 | Not applicable | Vehicle | VIN | 0 | Not set |
| Driver | Drug Test Type | 4 | No test given | Vehicle | Year | | Not set |
| Driver | Gender | 1 | Male | Uninjured Occupants | Age | 8 | 25 - 64 |
| Driver | Harmful Event | 22 | Collision with vehicle in traffic | Uninjured Occupants | Age | 99 | Unknown |
| Driver | Liability Ins. Policy Code | 0 | Not Set | Uninjured Occupants | Airbag | 1 | Not installed |
| Driver | Maneuver | 1 | Movement essentially straight | Uninjured Occupants | Airbag | 2 | Not deployed, no switch |
| Driver | Maneuver | 12 | Stopped for sign / signal | Uninjured Occupants | Ejection Status | 1 | Not ejected or trapped |
| Driver | Phone Number Code | 0 | Not Set | Uninjured Occupants | Gender | 1 | Male |
| Driver | Place of Employment | | Not Set | Uninjured Occupants | Gender | 99 | Unknown |
| Driver | Race | 1 | White / Caucasian | Uninjured Occupants | Occupant Type | 1 | Driver |
| Driver | Race | 2 | Black / African-American | Uninjured Occupants | Occupant Type | 2 | Passenger |
| Driver | Travel Direction | 4 | West | Uninjured Occupants | Safety Equipment | 99 | Unknown |
| Vehicle | Attachment | 1 | None | Victims | Age | 6 | 16 - 20 |

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Victims | Age | 7 | 21 - 25 | | | | |
| Victims | Age | 99 | Unknown | | | | |
| Victims | Airbag | 1 | Not installed | | | | |
| Victims | Airbag | 2 | Not deployed, no switch | | | | |
| Victims | Airbag | 8 | Deployed front, no switch | | | | |
| Victims | Ejection Status | 1 | Not ejected or trapped | | | | |
| Victims | First Aid Provider | 1 | Paramedic / EMT | | | | |
| Victims | Gender | 1 | Male | | | | |
| Victims | Injury Type | 4 | Not visible but complains of pain | | | | |
| Victims | Medical Facility Transport | 1 | EMS air | | | | |
| Victims | Medical Facility Transport | 2 | EMS ground | | | | |
| Victims | Occupant Type | 1 | Driver | | | | |
| Victims | Occupant Type | 2 | Passenger | | | | |
| Victims | Safety Equipment | 1 | None used - motor vehicle occupant | | | | |
| Victims | Safety Equipment | 99 | Unknown | | | | |
| Victims | Victim Taken By | | Not Set | | | | |
| Victims | Victim Taken To | | Not Set | | | | |
| Roadway Environment | Environmental Contributing Circumstance | 1 | None apparent | | | | |
| Roadway Environment | Light Condition | 1 | Daylight | | | | |
| Roadway Environment | Locale | 3 | Shopping or business | | | | |
| Roadway Environment | Opposing Lane Separation | 2 | Paved surface | | | | |
| Roadway Environment | Road Bridge Condition | 1 | None apparent | | | | |
| Roadway Environment | Road Surface Type | 1 | Asphalt | | | | |
| Roadway Environment | Roadway Condition | 1 | Dry | | | | |
| Roadway Environment | Roadway Curvature And Grade | 1 | Straight, level | | | | |
| Roadway Environment | Roadway Material | 1 | None | | | | |
| Roadway Environment | Roadway Material Source | 97 | Not applicable | | | | |
| Roadway Environment | Traffic Control | 6 | Traffic signals | | | | |
| Roadway Environment | Traffic Control Status | 1 | Yes | | | | |
| Roadway Environment | Trafficway Lane Count | 4 | Four lanes | | | | |
| Roadway Environment | Turn Lane Presence | 1 | None | | | | |
| Roadway Environment | Vision Obscuration | 1 | Not obscured | | | | |
| Roadway Environment | Weather Condition | 1 | Clear | | | | |
| Roadway Environment | Workzone Law Enforcement Presence | 97 | Not applicable | | | | |
| Roadway Environment | Workzone Relationship | 1 | Not in / related to workzone | | | | |
| Roadway Environment | Workzone Type | 97 | Not applicable | | | | |
| Investigation | Non-Vehicular Property Damage Severity | 1 | None visible | | | | |

## SOUTH BALDWIN REGIONAL MEDICAL CENTER
1613 North McKenzie Street
Foley, AL 36535

| | |
|---|---|
| **Patient Name: JACOBS, MICHAEL J** | **Medical Record #:** 327202 |
| **Accession #:** 27307840000100 | **ACCT #:** 2730784 |
| **Order #:** 100 | **Sex:** M    **DOB:** ▇▇/1968 |
| | **Room #:** EOP |

**Attending Physician:** PAUL B. GLISSON
**Ordering Physician:** PAUL B. GLISSON
**Exam Date:** 5/5/2010 16:03:00
**Order Name:** SHOULDER

**RADIOLOGY REPORT**

Right shoulder three views

History:  MVA

No acute fracture or dislocation is demonstrated.  If the patient continues have pain follow-up exam and/or MR imaging may be of help.

Conclusion:  No acute bony abnormalities demonstrated.

Electronically signed by
John Campbell, MD
Signed Date: 5/5/2010 4:53 PM

DD: 5/5/2010 4:53 PM
TD: 5/5/2010 4:53 PM
Report ID: 66206

---

## INITIAL ASSESSMENT FORM                                                                SBRMC

PRIORITY:  4                    Patient:  JACOBS, MICHAEL J                    Pt#: 2730784
**Semi Urgent**                 DOB:        1968      AGE:   41YRS   Sex:  M    MR#: 000327202
                                EDP:  GLISSON, PAUL
DATE:   05/05/2010              PCP:  Out of Town MD                           Worker's Comp:
                                                                              Emp. Referred:

| Presentation Time: 11:46 | Triage Time: 11:58 | Arrival Mode: AMBULATORY |
|---|---|---|

| Height: | Weight: 230 lbs.  0 oz.  104.55 kgs. LMP: | Last Tetanus: | Acc By: Other |
|---|---|---|---|

| | | **Vital Signs** |
|---|---|---|
| Chief Complaint: | MVA – AMBULATORY AT SCENE | T:   98.4   PO |
| Brief Assessment: | pt co pain in thoracic region of back and rt shoulder  past mva pt was in 2nd rwo | P:   70      monitor |
| | | R:   18.     unlabored |
| | | BP:  128/082 |
| | | O2:   96 % RA |

| NIGHT SWEATS | NO | HEMOPTYSIS | NO | Pain Intensity Scale:  2 / 10 |
|---|---|---|---|---|
| WEIGHT LOSS | NO | FEVER | NO | Pain Location:  upper back |
| ANOREXIA | NO | | | |

| Abuse | NO | DRIVER | NO |
|---|---|---|---|
| Altered Mental Status | NO | AIRBAG DEPLOYED | NO |
| Elimination Incont./Assist. | NO | C-SPINE TENDERNESS | NO |
| Hypotensive | NO | NEURO-MOTOR DEFICIT | NO |
| Requires Mobility Aid or Assis | NO | EJECTED | NO |
| Mind Altering Drugs or Alcohol | NO | HEAD TRAUMA | NO |
| Age greater than 65 yrs | NO | LOSS OF CONSCIOUSNESS | NO |
| Risk for Fall-Arm band applied. | NO | AMNESIA OF EVENT | NO |
| PNEUMONIA VACCINE WITHIN 5 Yr | NO | | |
| FLU VACCINE THIS SEASON | NO | | |
| BEST NUMBER TO CALL | NO | | |
| RESTRAINED | NO | | |

Sudden Onset:

Pre-Hospital Treatment:

Pediatric Assessment:        N/A

Past Medical History:     diabetic, htn

**Allergies:**  pcn

Medicines:     metformin, bp pill, avandia, one sugar pill,

Nurse Signature:                                                    RFW

Additional Notes:

J.D.  Rm 14  @  1549

Rev 07/30/09

# ORDER PROCEDURE FORM
## TRAUMA EMERGENCIES

**SBRMC**

Name: **JACOBS, MICHAEL J**          Pt#: **2730784**
Age: **41YRS**   DOB: ____/1968   Sex: M   MR#: **000327202**
EDP: **GLISSON, PAUL**          PCP: **Out of Town MD**

Date In: 5/5/2010          Time: _____

### Laboratory Tests

| Order Time | | Order/Split | By | Order Time | Radiology | | Order/Split | By |
|---|---|---|---|---|---|---|---|---|
| | CBC | | | | CXR (PA/LAT - Portable) | | | |
| | BMP          CMP | | | | | | | |
| | Amylase     Lipase | | | | C-Spine (X-table) (Complete) | | | |
| | Drug screen (serum), (urine) | | | | CT Head | | | |
| | ETOH | | | | R shoulder x-ray | | now | ker |
| | Cardiac Profile | | | | | | | |
| | PT/PTT | | | | | | | |
| | Type & Screen or Cross #___ Units | | | | **Cardiopulmonary** | | | |
| | UA | | | | EKG | | | |
| | Preg. Screen | | | | ABG | | | |
| | | | | | O2          LPM | | | |

### Misc. Orders

| | Medical Necessity Information |
|---|---|
| Previous Medical Records | |
| Physical Therapy - Eval & Tx | |

### Weight: lbs/kgs    Kgs: 104.5    Allergies:

| Order Time | Medication / Dosage / Route | Vol. | Headline | Adm/Init | Adm/By | Site | Time | Reassessment | Adm/Init | Adm |
|---|---|---|---|---|---|---|---|---|---|---|
| 1740 | IV Pain | | WC | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☑ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |

### Order time / IV / Solution / Add'l Medication    Start rate / cc / GPM    Location / Alternate Amount    Standby    D/C Time    Adm/User    D/C By

| | ☐ KVO Device: | | | | | | |
|---|---|---|---|---|---|---|---|
| | ☐ IV Fluid: | | | | | | |

### Procedures / Nursing Assistance

| | | |
|---|---|---|
| ☐ Cardiac Monitor Rate___ Rhythm_____ | ☐ Laceration Repair | ☐ Blood Product Administration |
| ☐ NIBP Monitor | ☐ Cast / Splint | ☐ Urinary Catheter Insertion   #___ Fr. |
| ☐ Pulse Oximetry | ☐ Central Line Placement | ☐ NGT Insertion          #___ Fr. |
| ☐ Endotracheal Intubation | ☐ Suctioning | ☐ CPR |
| ☐ Chest Tube Insertion | ☐ Cardioversion | ☐ Wound Dressings |
| ☐ Diagnostic Peritoneal Lavage | ☐ Pericardiocentesis | |

### Discharge Instructions

| Initials/Signature: | Initials/Signature: | PA/ARNP: | Physician's Signature: |
|---|---|---|---|
| | | | # 335 |

Rev 09/04/04

Skin: (See drawing) _____ (normal)
Laceration: Location: R  L _____ cm
Type: Avulsion  Flap  Linear  Jagged  Stellate  Irregular
Through  To  T & T:  Skin  Mucosa  SQ  Muscle  Tendon
            Fascia  Joint  Bone  Vermilion border
Foreign body: _____ (None)
Distal function: Deficits: Motor  Sensory  Pulse ____ normal
Other exam:

Abrasion        (A)
Ecchymosis      (E)
Laceration      (L)
Swelling        (S)

JACOBS MICHAEL J            2730784
41    M MR#:000327202 RM/BD:   /
05/05/10  DOB: ___/1968  HSV:EOP
GLISSON PAUL B

## MEDICAL DECISION MAKING

1.  Additional information obtained from:
    Old records  Family  Caretaker  PCP _____ (findings):
    _____
    _____

2.  Differential Diagnosis:  Considerations may include:

    **Trauma**                                **Skin**
    Closed head injury    Pulmonary contusion    Abrasion (s)
    Cardiac injury        Spine injury           Contusion (s)
    Fracture (s)          Tracheal injury        Foreign body (s)
    Intraabdominal injury Urological injury      Hematoma (s)
    Pneumothorax          Vascular injury        Laceration (s)

3.  Notes/Course:

    Reevaluation:  1st _____ : Resolved  Worsened  Improved  Unchanged
                   2nd _____ : Resolved  Worsened  Improved  Unchanged
                   3rd _____ : Resolved  Worsened  Improved  Unchanged

    Consultation: PCP  Surgery  Other _____
        Called: _____ a.m. p.m.  Call returned: _____ a.m. p.m.
        Findings: See consult or Summary: _____
    Patient  Family  Education  Counseling  regarding:
        Diagnosis  Treatment  Prognosis  Need for follow-up

## REVIEW of RESULTS

Report of:  CBC  Chem  ABG  UA  reviewed and normal except:

Seg _____  Bands _____
Lymp _____ Mono _____  Calcium: _____

ABG/O2 SAT:  RA _____ L  NC  Mask  NRBM
pH _____  pCO2 _____  pO2 _____  HCO3 _____  O2 Sat _____

**URINALYSIS**                    **MICRO**
SpG _____  Ketones _____      WBC _____
pH _____   Blood _____        RBC _____
Prot _____ Nitrite _____      EPI _____
Glu _____  Leuk _____         Bact _____

OTHER
Pulse oximetry interpretation:
Normal  Mild  Moderate  Severe  desaturation
PT _____  PTT _____  INR _____

XR            Interpreted by: Radiologist  Self  Both
C spine:
Pelvis:
CT:

EKG           Interpreted by: Cardiologist  Self  Both

Rhythm strip interpretation:  Rate _____  Ectopy: Y  N
NSR  SB  ST  PACs  AF  PSVT  MAT  PVCs  VT  VF

## ADDITIONAL NOTES

↑ recheck c̄
PCP if
swell or numb
to arm returns

**PROCEDURES**  (Unless otherwise indicated, all procedures were done or directly supervised by ED attending)
Risks, benefits, and alternatives (for applicable procedures below) described.  Informed consent obtained: YES  NO

☐ See procedure note on attached page for additional procedures

Based on my analysis of the history, physical exam, and data, I believe the most likely diagnosis is:
IMPRESSION   Ⓛ Thoracic Muscle STRAIN
                 S/P MVA.

☐ Critical Care time _____ minutes (Time spent performing separately billable procedures is excluded)

## DISCHARGE INSTRUCTIONS                              ☐ Discussed Radiology Overread
1.  Diagnosis-specific  Standardized  Discharge instruction sheet
2.  Smoking Cessation discussed:  plan / trigger / challenges  gave Rx
        Time: _____ min.

Not Pain                 Lortab/Flexeril for pain
Ice Back

Disposition:  Home  Admit  Transfer  to: _____  Condition:  Good  Fair  Poor  Stable
Return to the ED if _____ Worse
Follow-up with Dr _____ PCP _____ PRN in 3-4 days if not improved/resolved or earlier if worsening

☐ Seen with Student:  I have personally performed and documented the
H & P and MDM, and I have reviewed the student's ROS and PFSH.
The student has acted only as a scribe.

☐ Seen with PA:  I have directly evaluated the patient and agree or
have amended the PA's findings and assessment as documented by the PA.

p 1 of 2
©1999-2008 EPOWERdoc, Inc.
www.epowerdoc.com  888-417-3588

MVC, minor

PA/NP _____ MD/DO _____ PA/NP Student  MS4  Resident

## SOUTH BALDWIN REGIONAL MEDICAL CENTER

### GENERAL INFORMATION

```
PT NAME:  JACOBS MICHAEL J                    VIP: N         CONFIDENTIAL:
ADMIT DATE/TIME: 05/05/10 11:58   ACCT#:2730784  REC TYPE:    MR#: 000327202
DISCHARGE DATE/TIME:  05/05/10   11:58        LOCATION:       SERV: EOP
ADMIT MD:  WEINBERGER JANET                   ROOM/BED:   /   CLERK:LPE
ER/ATTEND MD: WEINBERGER JANET                               PT TYPE/ACCOM: E
PCP MD: UNKNOWN PHYSICIAN                      ADM PRIORITY:  MRSA/ISOLATION:
REASON FOR VISIT:                             ADM SOURCE: 7
MVA
COMMENTS: PSMVA
```

### PATIENT DEMOGRAPHICS

```
STREET: 3701 HOLLIS ST              DOB/AGE: ████1968   41    SS#: ████-3675
CITY:   MOSS POINT        MS        SEX: M                    RELIG: K
ZIP:    39563                       MAR STATUS: D             BIRTH PLACE:MS
HOME PHONE: (228)217-5333
```

| NEXT OF KIN | PERSON TO NOTIFY | VISIT HISTORY |
|---|---|---|

```
RELAT TO PT: G8 OTHER RELATIONSHIP   RELAT TO PT:
NAME:     JACOBS WILLIE              NAME:                  LST DATE:
STREET:   3701 HOLLIS ST             STREET:                LST SRVCD: EOP
CITY/ST: MOSS POINT        MS        CITY/ST:
ZIP:      39563                      ZIP:
H- (228)474-8372 W- (000)    -       H-        W-(000)    -
                                                            OCCUR CD:   04
                                                            DT OF INJ: 05/05/10
```

### EMPLOYER & GUARANTOR INFORMATION

```
PT EMPLOYER: ASHLAND                GUARANTOR:JACOBS MICHAEL J    SS#:████-3675
ADDRESS:   1821 COMMERCIAL DR       GRNTOR EMP: ASHLAND
CITY/STATE:  HARVEY          LA     ADDRESS:   3701 HOLLIS ST
ZIP CODE:    70058                  CITY/STATE: MOSS POINT        MS
PHONE:       (504)340-2792          ZIP CODE:    39563
                                    PHONE:     (228)217-5333
                                    REL TO PAT: 18  SELF
```

### INSURANCE COVERAGE INFORMATION

```
PRIM INS:  GRANITE STATE INS        F/C: E         SECD INS:
ADDRESS:   PO BOX 2668                              ADDRESS:

CITY/STATE:SUGARLAND            TX              CITY/STATE:
ZIP CODE:  774870000                           ZIP CODE:
PHONE:     (832)794-0000                        PHONE:

POLICY#:  ████3675                             POLICY#:
GROUP#:                                        GROUP#:
AUTH#:                                         AUTH#:
EMPLOYER: ASHLAND                              EMPLOYER:
INSUREDS NAME: JACOBS MICHAEL J                INSUREDS NAME:
REL TO PAT:  18 SELF                           REL TO PAT:
DOB: ████/1968                                 DOB:
```

```
ER HMO AUTHORIZATION    YES _____  NO _____    ER HMO AUTHORIZATION    YES _____   NO _____

BY _____  TIME _____   BY _____   TIME _____

O.O.T _____  PGR PROTOCAL _____   O.O.T _____  PGR PROTOCAL _____
```

```
ASSEMBLED _____             DIAGNOSIS CODES                   PROCEDURE CODES

CODED/ABSTRACTED _____    _____  _____  _____         _____  _____  _____

ANALYZED _____       _____  _____  _____         _____  _____  _____
```

  

```
>>>>   2730784  000327202    EOP   05/05/10   11:58
```

## Emergency Department Record

**South Baldwin Regional Medical Center**
1613 North McKenzie St.

*Systems:* HTN DM Cancer HIV Thyroid Anemia High lipids  *Neuro:* CVA Seizures
*Heart:* MI Angina CHF CAD AFib  *Lungs:* COPD Asthma  *GI:* PUD GERD Liver
*GU:* UTI's Stones  *MS:* Arthritis  *Psych:* Depression Anxiety Schizophrenia None
Operations: Appendectomy Cholecystectomy PTCA CABG Hyster_____ None
Other: _____ tol √ Recding

JACOBS MICHAEL J                2730784
41   M MR#:000327202 RM/BD:   /
05/05/10  DOB:     /1968  HSV:EOP
GLISSON PAUL B

FH: No significant FHx   SH: Smoke: Current  Past  Second-hand  Never
HTN  DM  Cancer  Stroke   ETOH: Social  Abuse  Alcoholic  None
Heart  Lung  Liver  Kidney   Illicit drugs: _____ None
Aneurysm  Coagulopathy   Lives with: Mom  Dad  Spouse  Family  SO  Alone
Sudden death _____   Lives in: Home  Assisted care  Homeless  Nursing H
                             Single  Married  Divorced  Separated  Widowed

Date  5 / 5 / 10

---

Medications: ☑ Reviewed NN
Allergies: ☑ Reviewed NN
CC: MVC (Minor)   Time seen 1730   PCP Unatt
HPI: Nurses Notes: Reviewed
Source: Patient Family Friend Guardian Nursing home Paramedic Police Interpreter
Mode of arrival: Walk in Wheelchair Friends Attendant Ambulance Helicopter Police
Timing: Occurred 4 a.m. or Minutes Hours Days Weeks Months ago
Severity: Code 1 2 3 4  Pain Mild Moderate Severe or ___/10
Duration: LOC for ___ Minutes Hours Unknown None
Context:
  Patient: Driver Passenger Pedestrian Front seat Rear seat
    Restrained Unrestrained Helmeted Ambulated at scene
    Last tetanus: UTD > 5 years Unknown
  Vehicle: Motor vehicle Motorcycle Bicycle Other _____
    Speed: Slow Moderate High Unk  Damage: None Mild Moderate Severe
    Windshield: Intact Broken Unk  Steering wheel: Intact Collapsed Unk
    Airbag: Inflated Noninflated Unk
  Mechanism: Struck Struck by: Motor vehicle Motorcycle Bicycle Stationary object
    Rear-ended Head-on Broadside _____
  Prehospital: Who: EMT Paramedic Helicopter Another hospital None
    What: CPR Intubation C collar Backboard Splints IV None
Location (of pain or injury): Specify _____ None
Associated signs and symptoms: ETOH Confusion Headache _____ None
Other history: Prehospital orders given by ED Physician:
    Rear ended by truck. Passenger in VAN, unrestrained

PE: T 98.4   P 70   BP 128/82   RR 18   O2 Sat 96%  ☑ Reviewed on NN
Constitutional: Alert ETOH Ill-appearing Distress: None Mild Moderate Severe
Head: R L Frontal Temporal Parietal Occipital Vertex
    Swelling Ecchymosis Deformity Tender Abrasion Laceration _____ normal
Neck: In collar Tender Step off Tracheal deviation JVD _____ normal
Face: Swelling Abrasions Tender: Periorbital Zygoma Arch Maxilla Mandible normal
ENT:
  Ears: R L Swelling Ecchymosis Hemotympanum Abrasion Laceration ___ normal
  Nose: Swelling Ecchymosis Deformity Tender Abrasion Laceration ___ normal
    Intranasal: Blood Abrasion Laceration Septum: Hematoma Deviation normal
  Mouth: Swelling Ecchymosis Tender Abrasion Laceration _____ normal
Respiratory: R L Bll Generalized Superior Inferior Breath sounds: Diminished normal
         R L Bll Generalized Superior Inferior Wheezes Rales Rhonchi normal
CV: Tachycardia Bradycardia Irregular S3 S4 /VI Sys Dia Murmur normal
Chest: R L Ant Post Lat or # _____ Rib Tender Swelling Crepitance normal
GI: Tenderness: Diffuse RUQ RLQ LUQ LLQ Epigastric Periumbilical Suprapubic
    Mild Moderate Severe Rebound Guarding Rigidity _____ normal
Musculoskeletal:   Scapular area.   mild.
  (R) Shoulder Clavicle Arm Elbow Forearm Wrist Hand Hip Thigh Knee Leg
    Ankle Foot Tender Swelling Deformity Deficit: Pulse Sensory Motor ___ normal
  L Shoulder Clavicle Arm Elbow Forearm Wrist Hand Hip Thigh Knee Leg
    Ankle Foot Tender Swelling Deformity · Deficit: Pulse Sensory Motor normal
  R L Back: Thoracic Lumbar Midline Paraspinous Tender Swelling _____ normal
  R L Pelvis: Tender Swelling Deformity Instability Crepitance normal
Neurologic: Oriented to: Time Person Place Not oriented Unable to test normal
    Motor function: R L Arm Leg Face Weak Unable to test normal
                                                      (see next page)

© 1999-JUNE EPOWERdoc, Inc.   p 1 of 2   Circled = positive  Not circled or / = negative  Lined out or section completely blank = not assessed

---

## REVIEW OF SYSTEMS

Level 1=0   Level 2, 3=1   Level 4=2-9   Level 5=10+

**CONSTITUTIONAL:**   None
  Fever  Chills  Weakness  Fatigue
  Loss of appetite

**EYES:**   None
  Blurred vision  Diplopia  Discharge
  Pain  Redness  Photophobia

**ENT:**   None
  Ears: Pain  Hearing loss
  Nose: Congestion  Bleeding
  Throat: Pain  Swelling

**RESPIRATORY:**   None
  Cough  SOB  Wheeze  Hemoptysis

**CV:**   None
  Chest pain  Palpitations  Syncope
  Edema  Orthopnea  PND

**GI:**   None
  Abdominal pain  Constipation
  Nausea  Vomiting  Diarrhea  Melena

**GU:**   None
  Dysuria  Hematuria  Frequency
  Male: Discharge  Testicular pain
  Female: Discharge  Bleeding  Pregnant

**NEUROLOGICAL:**   None
  Headache  Dizziness  Seizure
  Numbness  Weakness

**MUSCULOSKELETAL:**   None
  Pain or swelling in:
  (R) L  Neck  Chest wall  Rib(s)  Back
  Shoulder  Arm  Elbow  Forearm
  Wrist  Hand  Pelvis  Hip  Leg
  Knee  Ankle  Foot

**INTEGUMENTARY:**   None
  Itching  Rash  Bruises  Wounds

**ALLERGIC/IMMUNOLOGIC:**   None
  Hives  Itching

**HEMATOLOGIC:**   None
  Lymphadenopathy
  Easy: Bruising  Bleeding

**ENDOCRINE:**   None
  Weight: Gain  Loss ____ lb

**PSYCHIATRIC:**   None
  Anxiety  Depression  Hallucinations
  Sleepless  Suicidal                JW

ALL OTHERS REVIEWED & NEG ____ (inl)

**UNABLE TO OBTAIN COMPLETE**
HPI, PMH, FH, SH, or ROS DUE TO:
Altered mental status  Dementia  Medical urgency
Intubated  Other _____

JW # 335
Signature

SBRMC
1613 N. McKenzie Street, Foley, AL 36535
251-949-3400
Patient: JACOBS, MICHAEL J   DOB: ████1968   Patient #: 2730784   MRN: 000327202   Date In:
Discharge Instructions

## Illness/Injury & Medicine Topics
### MVA (MINOR ACCIDENTS) (English)
### BACK PAIN (LOW BACK PAIN) (English)
### NECK PAIN (English)
### FLEXERIL (cyclobenzaprine) (English)
### LORTAB (hydrocodone/acetaminophen) (English)

## Special Instructions

Follow up with primary care practioner as needed. Return to ED if symptoms worsen. Take motrin for pain and prescriptions, follow as written. Ice to back as needed for pain. Recheck with PCP if swelling or numbness returns.

Referred to:

*Out of Town MD
Phone:(800)580-3627
., FOLEY, AL 36535

Follow up in 2 days

Your Physician today was: WEINBERGER, JANET

### Acknowledgement

I have received and I understand the instructions as described above.

_____     _____
Patient or Guardian                    Staff

I have received my discharge
instructions and prescribed care.

5|5|10                              11:50
_____     _____
Date                                    Time

Singing River Hospital System Radiology Exam Summary Processor

CI#: 1856649  FINAL  MR UPPER EXT JNT WO CONTRAST         CI Dt/Tm: 07/12/10 1202
Unit #       Name              Sx Birthdate  Room    Physician     Srv ICD Status
A0100309123 JACOBS,MICHAEL J  M ████/1968            PESSONEY,JOH MED  9  DIS HOM

```
MR SCAN OF THE RIGHT SHOULDER, 12 JULY 2010 AT 1213:

HISTORY: Patient is being evaluated for a rotator cuff tear.

Images through the right shoulder in multiple planes were obtained.
Rotator cuff muscles and tendons appear to be intact. There is no
evidence of a tear. Subchondral cystic changes near the greater tubercle
on the humerus are present. There is no evidence of joint effusion.
Bicipital tendon is normally situated and the labrum appears to be
intact. There is some minimal osteophytic spurring of the undersurface
of the right AC joint.

CONCLUSION: Degenerative changes to the right AC joint. Subchondral
cystic changes in the humeral head near the greater tubercle. No
evidence of rotator cuff tear or strain.                              1
```

1Scn  2Scn  3    4     5      6      7Print 8Reslt 9    1End
Fwd   Bck                            Rept   View         0View

Singing River Hospital System Radiology Exam Summary Processor

CI#: 1856649   FINAL   MR UPPER EXT JNT WO CONTRAST          CI Dt/Tm: 07/12/10 1202
Unit #      Name            Sx Birthdate  Room    Physician    Srv ICD Status
A0100309123 JACOBS,MICHAEL J  M ▆▆▆/1968            PESSONEY,JOH MED  9  DIS HOM
     evidence of rotator cuff tear or strain.

     td by NP on 07/12/10 at 1340
     te by db on 07/12/10 at 1415

          Read By- NEAL POLCHOW, M.D. Radiologist
     ---------------------------------------------------------------

  1Scn    2Scn   3     4     5     6     7Print 8Reslt 9    1End
  Fwd     Bck                              Rept  View       0View

MICHAEL JACOBS ████-3675 Injury Date: 05/05/2010 Service Date: 12/15/2010

Invoice # 1557                    Date of Invoice:  12/16/2010                    Page 1

**DEMOGRAPHICS:** MICHAEL J. JACOBS is a 41 year-old Male, Beach Technician - Oil Spill Cleanup.

**CHIEF COMPLAINT:** Neck pain and bilateral shoulder pain

**HISTORY OF PRESENT ILLNESS:** The patient's primary problem is pain and numbness located in the neck, and bilateral shoulders. He describes it as dull and sharp at times. He considers it to be severe. It has been about 7 months since the onset of the pain and numbness. The patient says that it seems to be constant and variable - depending on the activity level. He has noticed that it is made worse by increased activity. It is improved with nothing. He also notes that it is accompanied by numbness is present in the fourth right digit. He feels it is not improving. His pain level is 10/10. The patient states he was a van rider for Ashland Services on 05/05/2010 when the driver wrecked the van causing his injuries.

**REVIEW OF SYSTEMS:**

**Constitutional:** Negative for recent weight loss, significantly overweight, fatigue, chills, fever.

**Eyes:** Negative for blurred vision, loss of visual acuity, double vision, inflamed eyes ("red eyes").

**ENT:** Negative for difficulty swallowing, hoarseness, swollen lymph nodes, difficulty hearing.

**Cardiovascular:** Negative for chest pain, palpitations, shortness of breath, swelling of feet, varicose veins.

**Respiratory:** Negative for pneumonia, hemoptysis, chronic cough, asthma.

**Gastrointestinal:** Negative for stomach ulcer, chronic heartburn, recent change in bowel habits, gall bladder disease, liver disease.

**Genitourinary:** Negative for frequent urination, burning on urination, kidney stones, change in urinary stream.

**Musculoskeletal:** POSITIVE for joint pain bilateral shoulders and neck. Negative for joint redness, joint swelling, muscle cramping.

**Skin and Breast:** Negative for eczema, psoriasis, unusual hair loss, breast discomfort.

**Neurological:** POSITIVE for weakness, numbness. Negative for seizures, paralysis, headache.

**Psychiatric:** Negative for anxiety, depression, insomnia, panic.

**Endocrine:** Negative for excessive hunger, excessive thirst, thyroid disease, diabetes.

**Hematologic:** Negative for anemia, easy bruising, history of blood clots.

**Immunologic:** Negative for frequent infections, swollen lymph nodes.

**PAST, FAMILY AND SOCIAL HISTORY:**

**Alcohol Use:** None.

**Drug Use:** He denies recreational drug use.

**Previous Illnesses:** None.

**Previous Surgery:** Vasectomy.

MICHAEL JACOBS ⬛-3675  Injury Date: 05/05/2010  Service Date: 12/15/2010

Invoice # 1557                   Date of Invoice: 12/16/2010                   Page 2

Tetanus Immunization: He states he had his last tetanus immunization in 2006.

Tobacco Use: He currently does not smoke and has never smoked.

Sister's Cause of Death (1): Ischemic heart disease.

Father's Cause of Death: Cardiovascular diseases.

Mother's Illnesses: Diabetes mellitus. Hypertension.

CURRENT MEDICATIONS: metformen and blood pressure medication.

ALLERGIES: None.

VITAL SIGNS: Weight: 240 lbs. Height: 72 inches. BMI: 32.6 (Obese). Blood Pressure: 134/93. Respiratory Rate: 16/min and normal. Pulse Rate: 69/min. Pulse Oximetry: 98%. Temperature: 97.9°F.

EXAMINATION:

Constitutional: the patient is right handed. He holds his right arm in a protected posture.

Right Shoulder: Apprehension test is negative. Atrophy is not present. Deformity of the shoulder is not present. Neer's test is negative. A painful arc exists during abduction. Range of motion is limited. Scarring is not present. Speed's maneuver is positive. Abduction against resistance (supraspinatus, deltoid) demonstrates diminished strength. Internal rotation against resistance (subscapularis) demonstrates diminished strength. Sulcus sign is negative. Tenderness to palpation is present over the deltoid. tenderness over the ac joint.

Right Upper Arm: Bruising is not present. Deformity is not present. Swelling is not present. Tenderness is not present.

IMAGING STUDIES:

X-ray - Right Shoulder: No fracture seen.

5/5/2010  MRI - Right Shoulder: A-C degeneration and spurring. Cystic changes to greater tubercle.

DIAGNOSIS: 1. Rotator Cuff Strain, Right (840.4). 2. AC joint degeneration.

Treatment Rendered: exam done. off work. refer to orthopedics.

PLAN OF CARE: refer to orthopedics. off work. otc for pain.

MEDICAL CAUSATION: The cause of this problem is related to work activities.

RECOMMENDED WORK STATUS: The patient's recommended work status is no work capacity. The effective date for this work status is 12/15/2010.

RECOMMENDED ACTIVITY RESTRICTIONS:

as per Dr. Fontana

MICHAEL JACOBS ⬛-3675 Injury Date: 05/05/2010 Service Date: 12/15/2010

| Invoice # 1557 | Date of Invoice: 12/16/2010 | Page 3 |
|---|---|---|

TEXT TITLE:

PHYSICIAN NOTES:

John T. Pessoney, MD

## MDNetwork - Transcription - Progress Note

**Specimen #:**

**Report Status:**

**Patient Information:**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | JACOBS, MICHAEL | **PatientID:** 336154 | **Sex:** Male | **DOB:** ███/1968 |
| **Address:** | 3701 Hollis St | **Phone #:** 2282175333 | **SSN:** ███-3675 | |
| | Moss Point,    MS    39563 | | | |

| | | | | |
|---|---|---|---|---|
| **Date Received:** | 10/18/2010 | **Physician:** | Fontana, Andre | **Information:** |

CLINIC NOTE

PATIENT: Jacobs, Michael
DOB: ███-1968
EMR #: 336154
CHART #:
DOS: 10/18/2010

SUBJECTIVE: The patient is in for continued evaluation and follow-up. This is a 41 year old male, who is here for follow up on his bilateral shoulders. He is still having continued complaints of pain in the shoulders and neck. The patient was originally treated by Dr. Passoney.

PLAN: We are going to refer the patient back to Dr. Passoney for evaluation for the shoulders and neck area. We will continue with off work. Lortab 7.5 #30 and see him in one week for follow-up.

ELECTRONICALLY AUTHENTICATED by Andre J. Fontana, M.D. on 11/03/2010
05:08 PM
Andre J. Fontana, M.D.
AJF/jht/11500010

Date Uploaded: 10-29-2010 11:33
Date Transcribed: 11/01/2010 10:25 AM

[Digital Signature Validated]

☐ Matthew D. Barber, M.D.  ☐ Michael L. Granberry, M.D.  
☐ Wayne P. Cockrell, Jr., M.D.  ☐ Charles E. Hall, Jr., M.D.  
☐ William A. Crotwell, III, M.D.  ☐ Russell A. Hudgens, M.D.  
☐ M. Preston Daugherty, Jr., M.D.  ☐ R. Lee Irvin, M.D.  
☐ Thomas R. Dempsey, M.D.  ☐ Clayton G. Lane, M.D.  
☐ David K. Donahoe, M.D.  ☐ John C. McAndrew, III, M.D.  
☐ Andre J. Fontana, M.D.  ☐ W. Christopher Patton, M.D.  

**ADC**
ALABAMA ORTHOPAEDIC CLINIC, P.C.

☐ Tim S. Revels, M  
☐ César M. Roca,  
☐ Roger M. Setzle  
☐ Suzanne White Spur  
☐ Robert J. Zarzou  
☐ Stephen C. Ashe  

**REFERRAL REQUEST**

Emergency:_____ Urgent:_____ Non Emergency:_____ Physician: _AJ_

Patient Name: _Michael Jacobs_ Account #: _336154_

Daytime Phone: (228) 217-5333 Cell: _____ Other: _____

Ins: _MC_ Eff. Date:_____ Exp. Date:_____ Precert/Ref #:____

Diagnosis: (1) _impigenent RCT shold_ _____ (3) ____

Code(s): (1)_____ (2)_____ (3)____

Special Attention To:_____ R/O:_____

MRI / CT _____ / _____ Facility

| | Body Part/Level(s) | | |
LESB / CESB _____ / _____ Facility
| | Level(s) | | |
Facet / Myelogram _____ / _____ Facility
| | Level(s) | | |
NBS / Discography _____ / _____ Facility
| | Body Part | | |
NCV: Upper Extremities _____ Left;_____ Right  EMG: Upper Extremities _____

Lower Extremities _____ Left;_____ Right  Lower Extremities _____

Date: _10/13/10_ Time: _8:30 pm_ Facility:_____

Other/Referral: Dr. _Gessney_ @ _Singin, Hura_ _To eval_

Physician's Signature: _Fontana_ MB  (228-471-1000)  Date: _10/1_

AOG - 81048

DEC-09-2010(THU) 12:29                                                              P. 004/005

[ WC Ref to Dr Passoney Auth] [Michael Jacobs] [336154]        Case 2:10-md-02179-CJB-DPC  Document 25047-16  Filed 10/11/18  Page 59 of 72        [12/9/2010] Page 1 of 1

# WC Ref to Dr Passoney Auth

**Patient Name:**   Michael Jacobs              **Create Date:**   December 3, 2010
**Patient ID:**     336154
**Sex:**            Male
**Birthdate:**      ▓▓▓▓▓▓▓ 1968

12/03/10 I called and spoke with adj Ansell Bradford@La W/C(225-231-0761)who has finally auth ref back to Dr Passoney@Singing River to Eval him.I called patient and left message for him to call me about appt.Peggy Duplan

**Electronically Signed by:** Peggy Duplan, on December 3, 2010 09:54:07 AM

[Digital Signature Validated]

## Alabama Orthopaedic Clinic PC
## Patient Information Sheet
### As of: 10/19/2010
#### For: Jacobs, Michael (336154)

**Page:** 1
**Date:** 10/19/2010
**Time:** 8:03:41 AM

**Appointment Date and Time:**  10/28/2010  2:15 pm

### Patient Information

**Patient Name**                                 Prefix  Suffix  Credentials  Preferred
Jacobs, Michael

**Maiden**                        **DOB**            **Sex**        **SSN**              **Race**
                                  ▬▬/1968          Male          ▬▬▬-3675           Unknown

**Marital Status**      **Drivers License**                    **Primary Language**   **Religion**
Unknown                                                        English              Unknown

### Address Information

**Address**
3701 Hollis St
**City/State/Zip**                          **County**                      **Country**
Moss Point, MS 39563                        Jackson                         United States
**Phone:**
**Home**              **Work**          **Cell**                  **Primary**
228-217-5333                                                      228-217-5333
**Fax**               **Pager**

**Email**

### Other Information

**Employer Name**                      **Status**      **Occupation**
Ashland Services                       FT

**Phone/Ext**            **Hire Date**

**Associated Party Name**   **Association**         **Relationship**   **Phone**        **SSN**       **DOB**
Jacobs, Michael             Financially Responsible  Self              228-217-5333     ▬▬-3675      ▬▬/1968

**Preferred Pharmacy Name**   **Address**                        **City, State**              **Phone**

### Insurance Information

**Primary Insurance Carrier**
**Insurance Company**                              **Policy Holder**
WC Louisiana Workers Comp Corp      *DOI*          Ashland Services/WC/
                                    *5/5/10*
**Policy Number**                                  **Group Number**
▬▬▬3675                                           157598  Bil Shoulders Lumbar
**PreCertification Number**                        **Start Date**        **End Date**
                                                   08/26/2010

*Adj - Ansell Bradford*
*225-231-0761*
*F - 225-231-0263*

Jacobs, Michael                                    Date

## MDNetwork - Transcription - Progress Note

**Specimen #:**                                        **Report Status:**

**Patient Information:**

| | | | | |
|---|---|---|---|---|
| **Name:** | JACOBS, MICHAEL | **PatientID:** 336154 | **Sex:** Male | **DOB:** ▓▓▓/1968 |
| **Address:** | 3701 Hollis St | **Phone #:** 2282175333 | **SSN:** ▓▓▓3675 | |
| | Moss Point,   MS   39563 | | | |

**Date Received:**   10/18/2010      **Physician:**   Fontana, Andre      **Information:**

CLINIC NOTE

PATIENT: Jacobs, Michael
DOB: ▓▓▓1968
EMR #: 336154
CHART #:
DOS: 10/18/2010

SUBJECTIVE: The patient is in for continued evaluation and follow-up. This is a 41 year old male, who is here for follow up on his bilateral shoulders. He is still having continued complaints of pain in the shoulders and neck. The patient was originally treated by Dr. Passoney.

PLAN: We are going to refer the patient back to Dr. Passoney for evaluation for the shoulders and neck area. We will continue with off work. Lortab 7.5 #30 and see him in one week for follow-up.

ELECTRONICALLY AUTHENTICATED by Andre J. Fontana, M.D. on 11/03/2010
05:08 PM
Andre J. Fontana, M.D.
AJF/jht/11500010

Date Uploaded:   10-29-2010 11:33
Date Transcribed:   11/01/2010 10:25 AM

[Digital Signature Validated]

SINGING RIVER HOSPITAL SYSTEM

SINGING RIVER HOSPITAL
DEPARTMENT OF RADIOLOGY
2809 DENNY AVENUE
PASCAGOULA, MS 39581
228-809-5184       228-809-5390(fax)

```
PT NAME:  JACOBS,MICHAEL J          MR#:  0100309123
DOB:       ████/68                  ACCT#:  A1018800314
AGE:   41Y   M                      PT LOCATION: OPA
DATE: 07/12/10 1202                 RELEASED:  07/12/10 1434
ADMITTING PHYS:  PESSONEY,JOHN T     PT  :(228)217-5333
ORDERING PHYS:  PESSONEY,JOHN T     (228)471-1000
Special Handling:                   PT TYPE:OPA
```

---

```
Chk-in #   Order   Exam
1856649^   0001    45350 ,MR UPPER EXT JNT WO CONTRAST
                   Ord Diag: 840.4-SPRAIN ROTATOR CUFF
```

MR SCAN OF THE RIGHT SHOULDER, 12 JULY 2010 AT 1213:

HISTORY: Patient is being evaluated for a rotator cuff tear.

Images through the right shoulder in multiple planes were obtained.
Rotator cuff muscles and tendons appear to be intact. There is no
evidence of a tear. Subchondral cystic changes near the greater tubercle
on the humerus are present. There is no evidence of joint effusion.
Bicipital tendon is normally situated and the labrum appears to be
intact. There is some minimal osteophytic spurring of the undersurface
of the right AC joint.

CONCLUSION: Degenerative changes to the right AC joint. Subchondral
cystic changes in the humeral head near the greater tubercle. No
evidence of rotator cuff tear or strain.

td by NP on 07/12/10 at 1340
te by db on 07/12/10 at 1415

        Read By- NEAL POLCHOW, M.D. Radiologist
-----------------------------------------------------------------------

FINAL REPORT

---

*** RADIOLOGY REPORT ***

## MDNetwork - Transcription - Progress Note

**Specimen #:**                                    **Report Status:**

**Patient Information:**

| | | | | |
|---|---|---|---|---|
| **Name:** | JACOBS, MICHAEL | **PatientID:** 336154 | **Sex:** Male | **DOB:** ▓▓/1968 |
| **Address:** | 3701 Hollis St | **Phone #:** 2282175333 | **SSN:** ▓▓▓-3675 | |
| | Moss Point,    MS    39563 | | | |

**Date Received:**   10/04/2010        **Physician:**   Fontana, Andre        **Information:**

CLINIC NOTE

PATIENT: Jacobs, Michael
DOB: ▓▓1968
EMR #: 336154
CHART #:
DOS: 10/04/2010

SUBJECTIVE:  41 year old male follow-up on the neck. He says Workman's Comp
assessment 8/23/10 shows return to work full duty, but he says he should be off. We will go
ahead and correct that for him. We have not been able to get the MRI on the neck because
work comp has denied but he has a medical form from where he was treated for his neck
during the time of the original injury, so I think his neck is work related.

PLAN:  We are going to try to contact he work comp people so we can go ahead and get this
MRI. We need the MRI scan to clear his neck so we can continue with further treatment.
He will continue with off work. See him back in a week for follow-up.

ELECTRONICALLY AUTHENTICATED by Andre J. Fontana, M.D. on 10/13/2010
08:04 AM
Andre J. Fontana, M.D.
AJF/kdt/11346804

Date Uploaded:   10-08-2010 03:59
Date Transcribed:   10/12/2010 03:20 PM

## MDNetwork - Transcription - Physical Therapy

**Specimen #:**                                            **Report Status:**

**Patient Information:**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | JACOBS, MICHAEL | | **PatientID:** 336154 | | **Sex:** Unknown | **DOB:** ▉▉/1968 |
| **Address:** | 3701 Hollis St | | **Phone #:** 2282175333 | | **SSN:** ▉▉▉-3675 | |
| | Moss Point,  MS  39563 | | | | | |

| **Date Received:** | 08/27/2010 | **Physician:** | Fontana, Andre | **Information:** |
|---|---|---|---|---|

PHYSICAL THERAPY CLINIC NOTE

PATIENT: Jacobs, Michael
DOB: ▉▉1968
EMR #: 336154
CHART #:
DOS: 08/27/2010

This is a 41-year-old male referred to physical therapy by Dr. Andre Fontana with a diagnosis of cervical strain and bilateral shoulder strain and impingement from a work-related injury 05/05/2010.

WORK: The patient is an oil spill clean up worker who was involved in a multiple-car accident on 05/05/2010. He is 6 feet 2 inches, 238 pounds.

INSURANCE: Workman's Compensation.

PRIMARY COMPLAINT: Neck and shoulder pain following the rear-end collision of multipole cars.

DIAGNOSTIC EXAM: MRI and x-ray.

PAST MEDICAL HISTORY: Past history for type 2 diabetes, hypertension currently under control with medication.

MEDICATIONS: He is also on pain medicine.

MEDICAL ALLERGIES: NONE.

PAST SURGICAL HISTORY: Surgical history is unremarkable.

SOCIAL: He is a nonsmoker. He does not exercise regularly.

SUBJECTIVE: He reports pain with all activity. Pain level 9/10. He denies any radicular symptoms. Neck pain is worse than shoulder pain.

OBJECTIVE: The patient ambulates to the clinic under his own power today. No obvious acute pain or distress upon entering the clinic. Pleasant male, alert and oriented x 3.

Posture reveals a mild forward head. There is no edema, discoloration, or bruising noted.

Range of motion:
Cervical spine:
Flexion: 75 percent.
Extension: 50 percent.
Side flexion, right and left: 50 percent.
Rotation, right and left: 50 percent.

Strength is 5/5 cervical spine.

Palpation revealed tenderness in the paracervicals, trapezius, and bicipital tendon.

Neurologic and vascular exam normal in the upper and lower extremities.

Flexibility within normal limits.

Accessory movements normal.

SPECIAL TESTS: Negative vertebral distraction. Negative vertebral compression.

[Digital Signature Validated]

ASSESSMENT:  Cervical strain, bilateral shoulder strain.

PHYSICAL THERAPY DIAGNOSIS:  Musculoskeletal pattern D.

PROBLEMS:
1. Decreased range of motion.
2. Neck pain.
3. Inability to perform ADLs of choice and work-related tasks.

GOALS OF TREATMENT:
Four to six weeks:
1. Full range of motion.
2. Full strength.
3. Pain level less than or equal to 3/10.
4. Resumption of all ADLs of choice.

PROGNOSIS:  Motivation is fair to good.


PLAN OF TREATMENT:  Three times a week for two weeks.  At that point, reassess for
further need for physical therapy.  I did talk to Dr. Fontana today about the x-rays.  He said
that he thinks everything looks okay but he plans on doing a CT scan to rule out any
further complications at the cervical region.  Treatment to include and as performed today:
Moist heat pack with interferential current electrical stimulation, therapeutic exercises for
cervical range of motion, shoulder range of motion.  Also we placed patient in rigid collar
today until he has his CT scan done per Dr. Fontana's verbal orders.


_____
Paul A. Mavrakos, P.T.
PAM/jj/11068461

Date Uploaded:   08-31-2010 06:49
Date Transcribed:   09/01/2010 07:49 AM

[Digital Signature Validated]

## MDNetwork - Transcription - Progress Note

**Specimen #:**                                              **Report Status:**

**Patient Information:**

| | | | |
|---|---|---|---|
| **Name:** | JACOBS, MICHAEL | **PatientID:** 336154 | **Sex:** Male |
| **Address:** | 3701 Hollis St | **Phone #:** 2282175333 | **SSN:** ___;3675 |
| | Moss Point,    MS    39563 | | |

**DOB:** ___1968

---

**Date Received:**   09/07/2010       **Physician:**   Fontana, Andre       **Information:**

---

CLINIC NOTE

PATIENT: Jacobs, Michael
DOB: 1___-1968
EMR #: 336154
CHART #:
DOS: 09/07/2010

**SUBJECTIVE:**  This is a 40 year old male, who is here for follow up on his cervical spine. He says the therapy seems to be making it worse.

**PHYSICAL EXAM:**  He continues to have significant spasm and restricted range of motion.

**X-RAYS:**  Re-x-ray of the cervical spine shows significant degenerative disc disease.

**PLAN:**  MRI scan, Lortab 5 for pain #35, and see him back for follow-up.

---
Andre J. Fontana, M.D.
AJF/jht/11133474

Date Uploaded:   09-09-2010 01:34
Date Transcribed:   09/13/2010 07:09 AM

[Digital Signature Validated]

## MDNetwork - Transcription - Physical Therapy

**Specimen #:**            **Report Status:**

**Patient Information:**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | JACOBS, MICHAEL | **PatientID:** 336154 | **Sex:** Unknown | **DOB:** ██/1968 |
| **Address:** | 3701 Hollis St | **Phone #:** 2282175333 | **SSN:** ███-3675 | |
| | Moss Point,   MS   39563 | | | |

---

**Date Received:**   08/27/2010     **Physician:**   Fontana, Andre     **Information:**

---

PHYSICAL THERAPY CLINIC NOTE

PATIENT: Jacobs, Michael
DOB: ██-1968
EMR #: 336154
CHART #:
DOS: 08/27/2010

This is a 41-year-old male referred to physical therapy by Dr. Andre Fontana with a diagnosis of cervical strain and bilateral shoulder strain and impingement from a work-related injury 05/05/2010.

WORK: The patient is an oil spill clean up worker who was involved in a multiple-car accident on 05/05/2010. He is 6 feet 2 inches, 238 pounds.

INSURANCE: Workman's Compensation.

PRIMARY COMPLAINT: Neck and shoulder pain following the rear-end collision of multipole cars.

DIAGNOSTIC EXAM: MRI and x-ray.

PAST MEDICAL HISTORY: Past history for type 2 diabetes, hypertension currently under control with medication.

MEDICATIONS: He is also on pain medicine.

MEDICAL ALLERGIES: NONE.

PAST SURGICAL HISTORY: Surgical history is unremarkable.

SOCIAL: He is a nonsmoker. He does not exercise regularly.

SUBJECTIVE: He reports pain with all activity. Pain level 9/10. He denies any radicular symptoms. Neck pain is worse than shoulder pain.

OBJECTIVE: The patient ambulates to the clinic under his own power today. No obvious acute pain or distress upon entering the clinic. Pleasant male, alert and oriented x 3.

Posture reveals a mild forward head. There is no edema, discoloration, or bruising noted.

Range of motion:
Cervical spine:
Flexion: 75 percent.
Extension: 50 percent.
Side flexion, right and left: 50 percent.
Rotation, right and left: 50 percent.

Strength is 5/5 cervical spine.

Palpation revealed tenderness in the paracervicals, trapezius, and bicipital tendon.

Neurologic and vascular exam normal in the upper and lower extremities.

Flexibility within normal limits.

Accessory movements normal.

SPECIAL TESTS: Negative vertebral distraction. Negative vertebral compression.

[Digital Signature Validated]

ASSESSMENT: Cervical strain, bilateral shoulder strain.

PHYSICAL THERAPY DIAGNOSIS: Musculoskeletal pattern D.

PROBLEMS:
1. Decreased range of motion.
2. Neck pain.
3. Inability to perform ADLs of choice and work-related tasks.

GOALS OF TREATMENT:
Four to six weeks:
1. Full range of motion.
2. Full strength.
3. Pain level less than or equal to 3/10.
4. Resumption of all ADLs of choice.

PROGNOSIS: Motivation is fair to good.

PLAN OF TREATMENT: Three times a week for two weeks. At that point, reassess for
further need for physical therapy. I did talk to Dr. Fontana today about the x-rays. He said
that he thinks everything looks okay but he plans on doing a CT scan to rule out any
further complications at the cervical region. Treatment to include and as performed today:
Moist heat pack with interferential current electrical stimulation, therapeutic exercises for
cervical range of motion, shoulder range of motion. Also we placed patient in rigid collar
today until he has his CT scan done per Dr. Fontana's verbal orders.

_____
Paul A. Mavrakos, P.T.
PAM/jj/11068461

Date Uploaded:   08-31-2010 06:49
Date Transcribed:   09/01/2010 07:49 AM

[Digital Signature Validated]

## MDNetwork - Transcription - Progress Note

**Specimen #:**                                      **Report Status:**

**Patient Information:**

| | | | | |
|---|---|---|---|---|
| **Name:** | JACOBS, MICHAEL | **PatientID:** 336154 | **Sex:** Unknown | **DOB:** ▮▮/1968 |
| **Address:** | 3701 Hollis St<br>Moss Point,   MS   39563 | **Phone #:** 2282175333 | **SSN:** ▮▮▮▮3675 | |

**Date Received:**   08/23/2010        **Physician:**   Fontana, Andre        **Information:**

HISTORY AND PHYSICAL

PATIENT: Jacobs, Michael
DOB: ▮▮▮▮1968
EMR #: 336154
CHART #:
DOS: 08/23/2010

PRESENT ILLNESS:  41-year-old male presents to the office stating he injured his neck and bilateral shoulders on 5/5/10 while working for Ashland Services.  He states he was in a five van pile up.  He was riding in the van, rear ended.  He said he was looking at a picture on a cell phone and his head slammed into the seat in front of him.  He saw his personal MD, Dr. Ellis, in Mosspoint, worker's compensation denied him and then finally referred him to Dr. Pessoney on June 10, 2010.  He underwent examination and was diagnosed with a rotator cuff tear.  No treatment for the left shoulder or neck.  Initially placed on light duty, eventually underwent an MRI of the shoulder 7/12/10, diagnosed as having some arthritis.  He has continued to be off work and now referred to orthopedics.

He is complaining of neck pain, tightness radiating bilaterally into the arms.  Occasional headaches, numbness and tingling in the hands, weakness.  A lot of pain in the right shoulder.  Complaining of right shoulder pain, painful range of motion.

PHYSICAL EXAM:  Neck forward flexion 30, extension 20, rotation 25 left and right.  Sensory appears to be intact.  Grip strength is intact.   He has some pain with range of motion of the right shoulder with impingement.

X-RAYS:  We have gone over the MRI of his shoulder, showing what appears to be degenerative changes in the right AC joint, subchondral cystic changes in the humeral head near the greater tubercle.  No evidence of rotator cuff tear or strain.

The patient also has an x-ray of the shoulder showing no evidence of fracture or dislocation.

X-rays of the cervical spine, AP, lateral and oblique shows significant degenerative disc disease

AP and axillary lateral of the shoulder showing some AC joint arthritis.

Reviewing emergency department records, shows no indication of neck pain, as a complaint.  The complaint was right shoulder pain and numbness in the right arm.  There was a complaint of some pain in the scapular area of the right shoulder with tenderness.  There were no neck complaints.

When the patient was evaluated by Dr. John Pessoney he states he was injured about 6/25/10.  The patient had positive complaints for joint pain and complained of weakness and numbness in the arm.  Exam of the cervical spine showed no obvious abnormalities but he did have problems with the shoulder.

IMPRESSION:
1.  CERVICAL RADICULOPATHY WITH ASSOCIATED IMPINGEMENT SYNDROME OF THE SHOULDER.

PLAN:  We have talked about treatment options.   We are going to go ahead and try some therapy three times a week over the next two weeks.  Lortab 5 mg for pain #35.

Andre J. Fontana, M.D.
AJF/ash/11025867

[Digital Signature Validated]

## ALABAMA ORTHOPAEDIC CLINIC, P.C.

Patient: Jacobs, Micheal
Account: 786154

Date of Service: 8-31-2010
Physician: Fontana
Team: Scearce/ Mavrakos/ Helton/ Bradley

(RT)/ LT / (Shoulder)/ Elbow / Wrist / Hand / Fingers / Hip / Knee / Ankle / Foot / Lumbar / Thoracic / (Cervical)

| Modalities | Parameters / Region |
|---|---|
| Fluidotherapy | |
| Sterile Whirlpool | |
| Paraffin | |
| Hot Pack | |
| Cold Pack | x 15' to begin |
| E. Stim. IFC/Galvanic | |
| Traction Lumb/Cerv | |
| Vasopneumatic Compression | |
| Iontophoresis | Region: |
| | 60/60mA Dexamethasone/Ketoprophen |
| | 1.5cc / 2.0cc / 2.5cc / 3.0cc |
| Ultrasound | 1 Mhz / 3 Mhz Region: |
| TENS Setup | |

**Procedures:**
Re-evaluation/ ROM Measure/ DC Summary

3 Therapeutic Ex. (15 Min per unit)
Start: 0625    Stop: 0750

(Logged) / PROM / AROM / AAROM / HEP

Work Conditioning (Logged)
Kinetic Ex
Group Therapy
Neuromuscular Re-education

STM / MFR

Mobilization (Joint)
Mobilization (S.Tissue)
Gait Training
Ther. Massage
Orthotics    Digitized / Fitting / Adjustment
Debridement
Other Procedure
Patient Education

**Comments:**

Diagnosis: 847.0 / 723.1 / 726.10

Subjective: Pt states there is no Δ in symptoms @ this time

Pain was a 9/10 now is a 9/10.
Pain Location:
Tenderness:

| Objective: | MMT (0-5) | ROM % / Degrees |
|---|---|---|
| Flexion/Extension | / | / |
| Pronation/Supination | / | / |
| Abduction/Adduction | / | / |
| External/Internal Rotation | / | / |
| R / L Rotation | / | / |
| R / L Lateral Flexion | / | / |
| Dorsiflexion/Plantarflexion | / | / |
| Inversion/Eversion | / | / |

Gait:
Girth Measurements:

Assessment: Initiated gentle thereal Patient c/o 9/10 pain c all

| | |
|---|---|
| ROM: | increased / decreased / same |
| Pain: | increased / decreased / same |
| Strength: | increased / decreased / same |
| Gait: | improved / worse / same |
| Posture: | improved / worse / same |
| Edema: | improved / worse / same |
| Tactile Cueing required for Ther Ex. | |
| Verbal Cueing required for Ther. Ex. | |
| Progressing toward LTG / STG's | |
| Skilled Intervention required for | |
| Ready for progression to | |

Plan:    Continue: TIW / BIW / QW / QD / PRN
Add / Discontinue the following treatment:

Progress with:
Return to MD:
Reassessment:
Medically necessary 1X only treatment

Signature:

Time In: 0610    Time Out: 0755

59250

DATE: 06/29/2018
TIME: 04:09 pm

REPORT: CL150R
PAGE 1
OF 2

LOUISIANA WORKERS' COMPENSATION CORPORATION
Claim Payments Report
For Payment Dates 10/01/1992 Through 06/29/2018
For Claim Number 157598
Claimant Jacobs, Michael

Medical Payments

| Pymnt Dt | Vendor | Vendor Name | Amount Paid | From Dt | Thru Dt | Check No |
|---|---|---|---|---|---|---|
| 06/23/10 | 18798-0 | BALDWIN EMERGENCY PHYSICIANS P C | $87.06 | 05/05/10 | 05/05/10 | 3954900 |
| 07/07/10 | 32296-1 | SOUTH BALDWIN REGIONAL MEDICAL CENTER | $731.20 | 05/05/10 | 05/05/10 | 3958527 |
| 07/08/10 | 13321-0 | YOUNGER & ASSOCIATES INC | $375.00 | 06/25/10 | 06/25/10 | 3958792 |
| 07/27/10 | 25939-5 | MEDWORKS | $152.72 | 06/24/10 | 06/24/10 | 3963351 |
| 07/27/10 | 25939-5 | MEDWORKS | $79.29 | 07/14/10 | 07/14/10 | 3963351 |
| 09/03/10 | 25939-0 | SINGING RIVER HEALTH SYSTEM | $952.75 | 07/12/10 | 07/12/10 | 3975209 |
| 10/04/10 | 26136-0 | ALABAMA ORTHOPAEDIC CLINIC PC | $187.10 | 09/07/10 | 09/07/10 | 3982855 |
| 10/05/10 | 35403-0 | THIRD PARTY SOLUTIONS INC | $58.37 | 08/23/10 | 08/23/10 | 3983215 |
| 10/06/10 | 26136-0 | ALABAMA ORTHOPAEDIC CLINIC PC | $142.24 | 09/02/10 | 09/02/10 | 3984269 |
| 10/06/10 | 26136-0 | ALABAMA ORTHOPAEDIC CLINIC PC | $142.24 | 09/07/10 | 09/07/10 | 3984269 |
| 10/14/10 | 26136-0 | ALABAMA ORTHOPAEDIC CLINIC PC | $673.47 | 08/23/10 | 08/31/10 | 3986610 |
| 10/18/10 | 26136-0 | ALABAMA ORTHOPAEDIC CLINIC PC | $200.00 | 08/27/10 | 08/27/10 | 3986959 |
| 10/27/10 | 26136-0 | ALABAMA ORTHOPAEDIC CLINIC PC | $203.54 | 10/04/10 | 10/04/10 | 3990196 |
| 11/01/10 | 35403-0 | THIRD PARTY SOLUTIONS INC | $50.99 | 09/07/10 | 09/07/10 | 3990852 |
| 11/24/10 | 35403-0 | THIRD PARTY SOLUTIONS INC | $38.34 | 10/18/10 | 10/18/10 | 3998180 |
| 11/30/10 | 26136-1 | FONTANA, ANDRE J. | $60.62 | 10/18/10 | 10/18/10 | 3998464 |
| 01/06/11 | 25939-5 | MEDWORKS | $79.29 | 12/15/10 | 12/15/10 | 4008523 |
| 03/07/11 | 17529-0 | SINGING RIVER RADIOLOGY GROUP | $121.26 | 07/12/10 | 07/12/10 | 4024486 |
| 09/18/13 | 9011-0 | LUMP SUM SETTLEMENT | $28,000.00 | 09/17/13 | 09/17/13 | 4249077 |

TOTAL: $32,335.48

* denotes a canceled transaction, and is not included in the total calculations

DATE: 06/29/2018
TIME: 04:09 pm

REPORT: CL150R
PAGE       2
OF         2

LOUISIANA WORKERS' COMPENSATION CORPORATION

Claim Payments Report

For Payment Dates 10/01/1992 Through 06/29/2018

For Claim Number 157598

Claimant Jacobs, Michael

Indemnity Payments

| Payment Date | Comp Code | Type Comp | Days Pd | From Date | Thru Date | Gross | Adjust | Net | Check No |
|---|---|---|---|---|---|---|---|---|---|
| 08/03/2010 | TT | REGULAR | 3 | 08/04/2010 | 08/06/2010 | $137.14 | $0.00 | $137.14 | 3965401 |
| 08/03/2010 | TT | INITIAL | 34 | 07/01/2010 | 08/03/2010 | $1,554.29 | $0.00 | $1,554.29 | 3965402 |
| 08/03/2010 | TT | REGULAR | 7 | 06/24/2010 | 06/30/2010 | $320.00 | $0.00 | $320.00 | 3965403 |
| 08/10/2010 | TT | REGULAR | 7 | 08/07/2010 | 08/13/2010 | $320.00 | $0.00 | $320.00 | 3967409 |
| 08/17/2010 | TT | REGULAR | 7 | 08/14/2010 | 08/20/2010 | $320.00 | $0.00 | $320.00 | 3969623 |
| 08/24/2010 | TT | REGULAR | 7 | 08/21/2010 | 08/27/2010 | $320.00 | $0.00 | $320.00 | 3971721 |
| 08/31/2010 | TT | REGULAR | 7 | 08/28/2010 | 09/03/2010 | $320.00 | $0.00 | $320.00 | 3973783 |
| 09/07/2010 | TT | REGULAR | 7 | 09/04/2010 | 09/10/2010 | $320.00 | $0.00 | $320.00 | 3975498 |

TOTALS (excluding canceled transactions denoted by *):     $3,611.43     $0.00     $3,611.43

* denotes a canceled transaction, and is not included in the total calculations