# EXHIBIT A

***In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010***
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Crystal Robinson

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot recall** all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A. YOUR BACKGROUND INFORMATION

1. Current address: 754 El Camindo Dr.
   Address Line 1: _____
   Address Line 2: _____
   City: Cantonment  State: FL  Zip: 32533
2. Telephone number: (850) 281-3021
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A
4. Date and Place of Birth: 01/15/1985
5. Male ____  Female ✓

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 101 OAKWOOD DR. SLIDELL, LA 70460 | 2010 - 2013 |
| 754 EL CAMINO DR. CANTONMENT, FL 32533 | 2 YEARS 2012 - 2014 |
| 1839 HWY 297A CANTONMENT FL 32533 | 1992-2003 |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer).

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓ No ___ If "Yes," when were you out of work and why? ___WAS A STAY AT HOME MOM___

B.  **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes_____   No __X__ CRYSTAL NEVER WORKED FOR ANY COMPANIES DOING CLEAN UP WORK.

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   1.  **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.  Was your cleanup work performed onshore (on land) or offshore (on the water)?

     Onshore_____   Offshore_____   Both_____

11.  Were you hired as part of the Vessels of Opportunity ("VoO") Program?

     Yes_____   No __✓__

12.  Did you handle hazardous materials as part of your cleanup work?

     Yes_____   No __✓__

13.  Please set forth the following information about your cleanup work:

     A.  Your employer(s):_____

     B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A):

         _____

     C.  A description of the work performed for employer(s) identified in Question No. 13(A):_____

         _____

     D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

         _____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ✓   No____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes____   No____

16. List all address(es) at which you resided in 2010: 101 OAKWOOD DR SLIDELL LA, 70460 & 1190 CONFERENCE RD CANTONMENT FL, 52553

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    ✓ Bodily injury from exposure to oil and/or dispersants

    ____ Bodily injury other than from exposure to oil and/or dispersants

    ____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

## D. EXPOSURE CLAIMS

18. Were you exposed to oil, dispersants, or both?

    Oil _____    Dispersants _____    Both ✓

19. How were you exposed? (*Check all that apply*)

    A. Inhalation           Yes ✓    No _____
    B. Dermal (skin) contact Yes ✓    No _____
    C. Ingestion            Yes ✓    No _____
    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____   Month: _____   Year: _____

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    _____
    _____
    _____

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    _____
    _____
    _____
    _____

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    _____
    _____
    _____

(EXPOSURE)

TO THE BEST OF MY MEMORY CRYSTAL WAS DIRECTLY EXPOSED TO EITHER OIL OR DISPERSANTS AT LEAST 24 SEPERATE OCCASIONS THAT I PERSONALY WITNESSED THERE WERE OTHER TIMES THAT SHE VISITED THE BEACH OR GULFCOAST ALONE OR WITH KIDS OR RELATIVES.

THE DATES I HAVE LISTED ARE DATES THAT I CAN REMEMBER BASED ON OUR REGULAR WEEKEND VISITS FROM SLIDELL LA, TO PENSACOLA TO SEE OUR FAMILIE'S, THEY ARE ALSO SPECIAL OCCASIONS SUCH AS ANNIVERSERY, HOLIDAYS, BIRTHDAYS EXT...

1. 4/24 AND 4/25 CRYSTAL & I VISITED PENSACOLA BEACH BOTH DAYS AND WALKED ANKLE DEEP IN THE WATER FOR 1 1/2 - 2 HRS BOTH DAYS.

2. 5/09 AND 5/10 CRYSTAL AND I VISITED THE BEACH ON BOTH DAYS BUT ONLY SAT IN THE SAND WE DID NOT ENTER THE WATER.

3. 5/29 CRYSTAL AND I VISITED PENSACOLA BEACH AND I BELIEVE THIS WAS THE FIRST DAY WE STARTED TO SEE TAR BALLS. WE DID NOT ENTER THE WATER THIS DAY.

4. 6/20 WE VISITED PENSACOLA BEACH EARLY IN THE MORNING THERE WERE SEVERAL CLEANUP WORKERS PRESENT. I DO REMEMBER CRYSTAL WALKING ON WATERS EDGE THIS VISIT.

5. 7/4 CRYSTAL & I TOOK THE KIDS TO THE BEACH AROUND LUNCH TIME TO EAT LUNCH. WE ALL WALKED ON BEACH FOR LESS THAN AN HOUR DO TO A FOUL ODOR. A FEW DAYS AFTER THE VISIT CRYSTAL DEVELOPE A RASH ON HER BACK AND COMPLAINED OF SHORTNESS OF BREATH BUT WASN'T SERIOUS ENOUGH FOR HER TO VISIT DR.

6. 8/8 Crystal and I took the kids to the Pensacola Beach and sat in the sand with kids. I remember there still being a foul smell and Crystal and one of the kids complained of having a sore throat following this visit.

9/11 Crystal and I visited Pensacola Beach around lunch time. Crystal did set in the water on this visit.

11/12 Crystal and I went out to dinner on Pensacola Beach and walked down the beach for a couple hrs.

12/3 Crystal and I visited @ Pensacola Beach and ate lunch and shopped.

1/15 Crystal and I had dinner together for her birthday.

3/5 and 3/6 Crystal and I took kids to the Pensacola Beach. We did all swam in the Gulf on this visit.

3/19 Crystal & I took kids to the beach and all swam.

4/27, 4/28, 4/29 Crystal and I took the kids to the beach and all swam.

5/4, 5/5 Crystal & I went to Pensacola Beach and both swam in Gulf.

These are the dates I can remember though I know there are several more. There were several occasions that Crystal would travel back to Pensacola from Louisiana just her and the kids while I worked. There were also a few occasions she took the kids to before to visit the beach after the oil spill and on them occasions she complained of a sore throat. There were 3 visits I know occurred between May and July of 2010 I remember the kids wanting to see the tar balls.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____
_____
_____
_____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25*, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:
_____
_____
_____

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____
    _____
    _____

    E. Identify any individual(s) who witnessed your injury: ADAM ROBINSON DAYTON, TALAN, & AIDAN ROBINSON

28. Describe in as much detail as possible the circumstance(s) of your injury: DURING THE TIMES OF CRYSTAL EXPOSURE SHE COMPLAINED OF SORE THROAT, SHORTNESS OF BREATH AND RASHES. SHE WAS LATER DIAGNOSED WITH MYLODYSPLASIC SYNDROM.

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

CRYSTAL WAS DIAGNOSED WITH MYLODISPASTIC SYNDROM.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

MYLODISPASTIC SYNDROM IS A CANCER CAUSED BY EXPOSURE TO BENZENE AND OTHER CARCINAGENS FOUND IN OIL AND THE DISPERCENTS USED BY BP. MYLODISPASTIC SYNDRUM PROGRESSES INTO ACUTE MYLOED LUKEMIA IN WHICH CRYSTAL EVENTUALL DIED FROM.

31. On what date did you first report or seek treatment for your injury or illness: CRYSTAL RECIEVE TREATMENT DURING HER PREGNANCY MY DAUGHTER WAS BORN ON 7-6-12

32. On what date was your injury first diagnosed: AROUND 9-12

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| DR. ANDREWS | ADVANCED WOMENS CARE PENSACOLA FL |
| DR. THORP | PRENATAL SPECIALIST PENSACOLA FL |

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes _____ No ✓

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

   _____

   _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes _____ No ✓

   If "Yes":

   A. From whom did you receive this compensation or reimbursement? _____

   _____

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
|  | WOODLANDS MEDICAL CENTER PENSACOLA FL |
|  |  |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __✓__. If "*Yes*,"

    A. When? _____

    B. Who diagnosed the injury (or condition) at that time? _____
    _____
    _____

    C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____ No_____. If "*Yes*,"

    A. What date did you first experience such injury or condition? _____
    B. What injury (or condition) was made worse? _____
    _____

  B. When did you receive this compensation or reimbursement?_____

  _____

  C. What was the amount of the compensation or reimbursement?_____

  _____

G. **CONTRACT CLAIMS**

 *(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a **breach of contract**?

 Yes\_\_\_\_\_ No\_✓\_\_\_

42. Was the contract that you claim was breached made as part of the VoO Program?

 Yes\_\_\_\_\_ No\_\_\_\_\_

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

 _____

 _____

44. Describe how the contract was breached:_____

 _____

 _____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

 _____

 _____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

 _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

 _____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

# ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: June 25, 2018

Location (City and State): Lake Butler FL

Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Adam Robinson
Print Name

Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |