Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 1 of 12

# EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Wilbert Devon Pritchett Jr.

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A. YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: P.O BOX 64 PINEHILL AL
   Address Line 2: _____
   City: PINE HILL   State: AL   Zip: 36769
2. Telephone number: (334) 357-9034
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____
4. Date and Place of Birth: 11/17/1981
5. Male ✓   Female ____

Case 2:10-md-02179-CJB-DPC Document 25049-1 Filed 10/11/18 Page 2 of 5
Case 2:17-cv-03231-CJB-JCW Document 79 Filed 07/05/18 Page 2 of 5
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 4 of 12

  E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

  F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

 **2.** **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes ✓  No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes ✓  No_____

16. List all address(es) at which you resided in 2010:_____

**C.** **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

  [✓] Bodily injury from exposure to oil and/or dispersants

  [ ] Bodily injury other than from exposure to oil and/or dispersants

  [ ] A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

Case 2:10-md-02179-CJB-DPC Document 25049-1 Filed 10/11/18 Page 3 of 5
Case 2:17-cv-03231-CJB-JCW Document 79 Filed 07/05/18 Page 3 of 5
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 5 of 12

D. **EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?
    Oil _____   Dispersants _____   Both ✓

19. How were you exposed? (*Check all that apply*)

    A. Inhalation          Yes ✓   No _____
    B. Dermal (skin) contact  Yes ✓   No _____
    C. Ingestion           Yes ✓   No _____
    D. Other (please describe): _____

20. What was the date(s) of your exposure?
    Day: _____   Month: _____   Year: _____

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    The HoLD TIme 7 DaYS AWEEK 12 HRs A DAY

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    RT LEG  LT LEG  EYES  LUGG

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    OIC

B. When did you receive this compensation or reimbursement? **I didn't**

C. What was the amount of the compensation or reimbursement? **n/A**

### G. CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____ No __✓__

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____ No __✓__

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    **n/A**

44. Describe how the contract was breached: **n/A**

45. *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

    **no.**

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

Case 2:10-md-02179-CJB-DPC Document 25049-1 Filed 10/11/18 Page 5 of 5
Case 2:17-cv-03231-CJB-JCW Document 79 Filed 07/09/14:34:08 06-18-2018 13/14
Case 2:10-md-02179-CJB-JCW Document 24282-1 Filed 04/09/18 Page 11 of 12

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

_____