

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| This Document relates to: | JUDGE BARBIER |
| Civil Action No. 2:17-cv-3681 | Mag. JUDGE WILKINSON |
| Craig Michael Burkett v. BP Exploration & Production, Inc. et al | |

### RESONSE TO RULE TO SHOW CAUSE RE: COMPLIANCE WITH PTO 66

Plaintiff Craig Michael Burkett hereby responds to the Rule to Show Cause dated September 20, 2018, as follows; Plaintiff timely responded with a completed form labeled "PTO 66 PATICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS" attached as Exhibit "A".

Plaintiff read "PTO 66 PATICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS" and understood the last page labeled "ATTESTATION" to allow a supplement to the responses if they were incorrect or incomplete.

Plaintiff is representing himself Pro Se as he has been unable to locate any attorney that is accepting new cases such as his. Plaintiff has answered the "PTO 66 PATICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS" to the best of his ability as a layman without any training in the legal profession. Plaintiff contacted members of the Plaintiff's Steering Committee for guidance and unfortunately

they are not able to provide legal assistance. This has left Plaintiff trying to navigate some very complex questions that may need additional or supplemented information at times.

Once Plaintiff was notified that his answer was deficient, he began researching the need to specify damages as well as list an amount along with the process of doing so. Plaintiff contacted the Plaintiff's Steering Committee representative who directed him to fill out "PTO 66 PATICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS" again and amend or supplement any answers previously provided that Plaintiff wished to change. The Plaintiff's Steering Committee representative explained that this was the process to amend the answers and is the process to respond so my case isn't dismissed. Attached is Exhibit B where I have completed the "PTO 66 PATICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS again as instructed and have amended question 39 to provide a more complete answer.

Plaintiff is representing himself Pro Se as he has been unable to locate any attorney that is accepting new cases since filing the case. Plaintiff respectfully reminds the court of his Pro Se status and asks for any leniency the court can allow the Plaintiff as he navigates these complex legal questions.

Considering the above information, Plaintiff respectfully requests the court accept the amended reply as supplemented in Exhibit "B" and allow Plaintiff's case to remain active and move forward.

Dated: 10/11/2018

Respectfully Submitted,

CRAIG MICHAEL BURKETT
PO BOX 1794
METAIRIE, LA 70004
(504) 874-7663

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response to Rule to Show Cause Order for PTO 66 has been served on counsel by filing the foregoing response with the Clerk of Court of the United States for District Court the Eastern District of Louisiana, which will send a notice of filing in accordance with the procedures established. Copies will also be sent to the address listed for counsel in PTO 66 PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFF'S.

CRAIG MICHAEL BURKETT