*Amended Exhibit B1*

# EXHIBIT A

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Craig Michael Burkett

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 1312 Airline Park Blvd.
   Address Line 2: Metairie, LA 70003
   City: Metairie   State: LA   Zip: 70003
2. Telephone number: 504-874-7603
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Craig Burkett, Craig M. Burkett, Craig Michael Burkett, 1976 to present
4. Date and Place of Birth: 12/21/76 New Orleans Hospital Hotel Dieu
5. Male ✓   Female _____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 1312 Airline Park Blvd Metairie, LA 70003 | exact dates are unknown |
| 2344 Missouri St. Metairie, LA 70003 | exact dates are unknown |
| 404 Clearview Pkwy Metairie, LA 70001 | exact dates are unknown |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Jefferson Parish | 1221 Elmwood Park Blvd. Metairie, LA 70123 | 12/16/95 to present | Fire Supression and emergency response |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓  No ___.  If "Yes," when were you out of work and why? Job related injuries. Twisted ankle, cervical spine injury, and bursae sac inflammation to elbow. Dates are unknown

B.  **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes ✓   No ____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

1.  **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore ____   Offshore ✓   Both ____ *assigned to task force to handle special assignments of any type.*

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes ✓   No ____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes ____   No ✓

13. Please set forth the following information about your cleanup work: *BP/*

    A. Your employer(s): *Danos and Curole*

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):
    *Sandra Adamoli*

    C. A description of the work performed for employer(s) identified in Question No. 13(A): *assigned to task force for special assignments. No specific assignments given*

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): *9/2010 to 10/10 Grand Isle, LA*

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____  No__✓__

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____  No__✓__

16. List all address(es) at which you resided in 2010: 404 Clearview Pkwy Metairie, LA 70001, 1312 Airline Park Blvd Metairie, LA 70003

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __✓__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

### D. EXPOSURE CLAIMS

18. Were you exposed to oil, dispersants, or both?

    Oil_____    Dispersants_____    Both ✓

19. How were you exposed? (*Check all that apply*)

    A. Inhalation           Yes ✓   No____
    B. Dermal (skin) contact Yes ✓   No____
    C. Ingestion            Yes '   No____
    D. Other (please describe): This is a claim for general exposure not a specific incident

20. What was the date(s) of your exposure?
    Day: ____   Month: Sept/Oct   Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Unknown

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Grand Isle, LA

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Throughout the day

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: *Just general exposure from working in the area at the time.*

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____   No __✓__

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____

E.  **NON-EXPOSURE PERSONAL INJURY CLAIMS** N/A

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____

    _____
    _____

    E. Identify any individual(s) who witnessed your injury:_____

    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
    _____
    _____
    _____

F. **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: loss of lung capacity from previous years on documented test (lung airway) often produced unexplained mucous as well as feeling of not able to get enough air in lungs. Also unexplained break out of rashes and swelling all over my body for several years after cleanup work.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

I had never had any of the described illness prior to the clean up work

31. On what date did you first report or seek treatment for your injury or illness: First lung test approx 12 months more a less after clean up work, sought treatment for rashes approx 12 months more a less after

32. On what date was your injury first diagnosed: 12 months more a less after clean up

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|------|---------|
| Dr. Rashid Tamimie | 3601 Houma Blvd Metairie, LA 70002 |
| M. Afterhour Care | 1500 Clearview Pkwy Metairie, LA 70001 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __✓__. If "*Yes*,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   _____
   _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No __✓__. If "*Yes*,"

   A. What date did you first experience such injury or condition? _____
   B. What injury (or condition) was made worse? _____
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| | none |
| | |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes _____ No  X

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

    see attached Exhibit B1

    _____

    _____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes _____ No  X

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? _____

    _____

    B.    When did you receive this compensation or reimbursement?_____

_____

    C.    What was the amount of the compensation or reimbursement?_____

_____

**G.**    **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

_____

48.  Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: Oct 9, 2018

Location (City and State): Metairie, LA

_____
Signature of Plaintiff*

*__Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.__*

Craig Burkett
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

EXHIBIT B1
Craig Burkett
(Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of his physical injuries as detailed in his complaint and further herein including but not limited to lung and respiratory irritation. Plaintiff is also seeking compensation for related out of pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood – based illnesses and particularly cancer, which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued during his employment as a cleanup worker, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages. Plaintiff is seeking no less and Eight Hundred Thousand ($800,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.