IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE | § | |
| GULF OF MEXICO | § | |
| ON APRIL 20, 2010 | § | |
| | § | |
| | § | |
| This Document Relates to: | § | |
| | § | SECTION J |
| 2:16 CV05195; 2:16-cv-05463; 2:16-cv-05224; | § | |
| 2:16-cv-05173; 2:16-cv-05170 ; 2:16-cv-05357; | § | |
| 2:16-cv-05216; 2:16-cv-04631; 2:16-cv-05175; | § | JUDGE BARBIER |
| 2:16-cv-05374; 2:16-cv-05459 ; 2:16-cv-05447; | § | |
| 2:16-cv-05371; 2:16-cv-05210; 2:16-cv-05178; | § | |
| 2:16-cv-05220; 2:16-cv-05222; 2:16-cv-05188; | § | |
| 2:16-cv-05176; 2:16-cv-05360 ; 2:16-cv-05455; | § | |
| 2:16-cv-05233; 2:16-cv-05231; 2:16-cv-05227; | § | |
| 2:16-cv-05342; 2:16-cv-05192; 2:16-cv-05369; | § | |
| 2:16-cv-05373 | § | MAG. JUDGE WILKINSON |

**Plaintiffs' Motion for Leave to Amend PTO 65 Verified
Statement Regarding Causation and Damages (B1 Claims) Sworn Statement**

Plaintiffs, S.C.P.P. Acuicola La Palma Real, S.C. de R.L. and all those identified in the attached Exhibit A, respectfully files this Motion for Leave to Amend PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement:

The Plaintiffs request permission to file an amended PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement in its individual case relating to *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* and request such filing relate back to its original filing. Plaintiffs file this Motion for Leave to Amend their PTO 65 Sworn Statement pursuant to Rec. Doc. 23825 and states the following as the basis for this motion:

1

1. Claimants do not reside in the United States of America and were unable to time return the statement by the court imposed deadline. Claimants completed, signed, and returned the sworn statement as soon as practical and such statements were filed regarding damages. This motion is filed in good faith.

2. Claimants move pursuant to Federal Rule of Civil Procedure, and the Court's discretion, to amend its timely filed PTO 65 verified statement to include the wet ink signature.

3. No prejudice will result from the acceptance of the late filed statement, because no action has been taken in the proceeding that might prejudice any other party to the proceeding and the Court has not entered a final judgment in this case.

WHEREFORE, Plainittiffs respectfully move this Court for an Order granting the Motion for Leave to Amend its PTO 65 Verified Statement and accepting Exhibit A, as properly and timely filed.

Respectfully submitted,

### THE BUZBEE LAW FIRM

By: /S/ Caroline Adams
Anthony G. Buzbee (TA)
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing motion and attached memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this October 12, 2018.

                                          */S/ Caroline Adams*
                                          Caroline E. Adams