Exhibit A

| No. | Name | Cause No. |
|---|---|---|
| 1 | S.C.P.P. Acuicola La Palma Real, S.C. de R.L. | 2:16-cv-05195 |
| 2 | S.C.P.P. Playa Salinas, S.C. de R.L. | 2:16-cv-05463 |
| 3 | S.C.P.P. Boca del Estero, S.C. de R.L. | 2:16-cv-05224 |
| 4 | S.C.P.P. Atlizintla, S.C. de R.L. | 2:16-cv-05173 |
| 5 | Nueva Esperanza de Rodriguez, S.C. de R.S. | 2:16-cv-05170 |
| 6 | S.C.P.P. Almejeros de Alvarado, S.C. de R.L. | 2:16-cv-05357 |
| 7 | Tecomate S.C. de R.L. | 2:16-cv-05216 |
| 8 | Hernandez, Edith | 2:16-cv-04631 |
| 9 | Herrera, Maria | 2:16-cv-05175 |
| 10 | Mujeres Esperimentando, S.C. de R.L. | 2:16-cv-05374 |
| 11 | Paso Nacional, S.C. de R.L. | 2:16-cv-05459 |
| 12 | S. La Jaivita, S.C. de R.L. | 2:16-cv-05447 |
| 13 | S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R.L. | 2:16-cv-05371 |
| 14 | S.C. P.P. Cocal Dorado, S.C. de R.L. | 2:16-cv-05210 |
| 15 | S.C.P.P. Grupo Pesquero de Salinas, S.C. de R.L. | 2:16-cv-05178 |
| 16 | S.C. P.P. La Mujer Costena, S.C. de R.L. | 2:16-cv-05220 |
| 17 | S.C.P.P. Laguna de Tacosta, S.C. de R.L. | 2:16-cv-05222 |
| 18 | S.C. P.P. Acuicola Turistica y Forestal y Ganadera La Esperanza S.C. de R.L. de C.V. | 2:16-cv-05188 |
| 19 | S.C.P.P. Acuicola y Pesquera La Campanita, S.C. de R.L. | 2:16-cv-05176 |
| 20 | S.C.P.P. Cangrejeros del Manglar, S.C. de R.L. | 2:16-cv-05360 |
| 21 | S.C.P.P. Libres de las Escolleras, S.C. de R.L. | 2:16-cv-05455 |
| 22 | Laguna Y Puerto de Alvarado, S.C. de R.L. | 2:16-cv-05233 |
| 23 | Mujeres del Cabezo de la Palangana, S.C. de R.L. | 2:16-cv-05231 |
| 24 | S.C.P.P. El Jurel, S.C. de R.L. | 2:16-cv-05227 |
| 25 | Laguna de Pinolapa, S.C. de R.L. | 2:16-cv-05342 |
| 26 | La Virtud de Pescar S.C. de R.L. de C.V. | 2:16-cv-05192 |
| 27 | S. La Flota, S.C. de R.L. | 2:16-cv-05369 |
| 28 | S.C.P.P. La Nueva Fe, S.C. de. R.L. | 2:16-cv-05373 |