CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2014-673　　　　　DIVISION "C"　　　　　SECTION 10

HOWELL CONSTRUCTION, INC.

VERSUS

ANDRY, LERNER, ET AL

## JUDGMENT WITH INCORPORATED REASONS

This matter came for hearing on Motion for Summary Judgment filed by defendants, Andry, Lerner, LLC, Andry Law Group, LLC, Jonathan B. Andry, and Continental Casualty Company.

Present:　Lewis Unglesby, attorney for defendants

　　　　　Robert Matthews, attorney for plaintiffs

After considering the pleadings, the arguments of counsel, the law, and upon finding that, as a matter of law, plaintiff will be unable to prove that defendants were negligent in the handling of plaintiff's BP oil spill claim, and upon further finding that plaintiff will be unable to prove that it suffered any loss caused by defendants' alleged negligence, and therefore:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment filed by defendants, Andry, Lerner, LLC, Andry Law Group, LLC, Jonathan B. Andry, and Continental Casualty Company be, and the same is hereby GRANTED, and these proceedings are DISMISSED as to defendants, Andry, Lerner, LLC, Andry Law Group, LLC, Jonathan B. Andry, and Continental Casualty Company.

JUDGMENT READ, RENDERED, AND SIGNED in New Orleans, Louisiana, this 6th day of February, 2018.

JUDGE SIDNEY H. CATES, IV

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS

**EXHIBIT 2**