UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |
| Claimant ID 100243047, Claim ID 254194 | |

### CLAIMANT ID 100243047's MOTION TO CLARIFY, ALTER, OR AMEND THE COURT'S OCTOBER 3, 2018 ORDER

Pursuant to Federal Rules of Civil Procedure 23 and 59(e), as well as this Court's supervisory authority under the Settlement Agreement, Claimant ID 100243047 moves the Court to clarify that its October 3, 2018 Order (Rec. Doc. 24945) does not apply to Claim ID 254194 because the Moratoria Team has not completed its review of whether the Claim seeks to recover Moratoria Losses and should thus remain subject to any Moratoria Hold.

As set forth more fully in the accompanying Memorandum of Law, Claimant is in the unique position of having a multi-million dollar Business Economic Loss claim for which the Settlement Program (before the Order) was still actively considering whether to release a Moratoria Hold because the Claim does not seek to recover any Moratoria Losses.

Unlike other Remaining Moratoria Hold Claims, this Claim has not received the review required by Section 5.10.3.1.1 of the Settlement Agreement. In fact, the Moratoria Team has stated that the Claim "will be released" if Claimant provides sufficient evidence that the claiming facility did not sell products used in offshore oil and gas activities in the Gulf of Mexico from 2007–2011. In response, Claimant submitted definitive evidence, including expert testimony,

1

demonstrating that the facility sold *no* such products.  Because the Moratoria Team did not have time to review this evidence—some of which was submitted on October 1—Claimant submits that the Order is premature with respect to this particular Claimant.

The Order cut short the Settlement Program's ongoing review of the Claim based on the factual assumption that the Settlement Program "has no ability to process" any remaining Moratoria Hold claims because BP and Class Counsel cannot agree on guidance under Exhibit 16 for making compensation determinations when a claim involves Moratoria Losses. Order at 2.  But that factual assumption is not accurate in this particular case.  Here, the Settlement Program *does* have the ability to decide—based on affidavits and other evidence that Claimant submitted—that the Moratoria Hold should be released.  That determination does not depend in any way on guidance under Exhibit 16.

WHEREFORE, Claimant ID 100243047 respectfully asks the Court to clarify that its October 3, 2018 Order does not apply to Claim ID 254194 because the Moratoria Team has not completed its review of whether or not the Claim seeks to recover Moratoria Losses.

Respectfully submitted, this 12th day of October, 2018.

> */s/ Jeffrey W. Willis*
> Jeffrey W. Willis
> Georgia Bar No. 766575
> Michael L. Eber
> Georgia Bar No. 859338
> ROGERS & HARDIN LLP
> 2700 International Tower
> Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1604
> Telephone: (404) 522-4700
> Facsimile: (404) 525-2224
> Email: jwillis@rh-law.com
>            meber@rh-law.com
>
> *Counsel for Claimant ID 100243047*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I filed and served the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Court for the Eastern District of Louisiana thereby effecting service on all counsel of record.

>*/s/ Jeffrey W. Willis*
>Jeffrey W. Willis
>Georgia Bar No. 766575
>ROGERS & HARDIN LLP
>2700 International Tower
>Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1604
>Telephone: (404) 522-4700
>Facsimile: (404) 525-2224
>Email: jwillis@rh-law.com
>
>*Counsel for Claimant ID 100243047*