# Exhibit 2

# ROGERS & HARDIN

March 27, 2018

Jeffrey W. Willis
Direct: 404.420.4619
Direct Fax: 404.230.0978
Email: jwillis@rh-law.com

**BY ELECTRONIC SUBMISSION**

Claims Administration Reviewer
Deepwater Horizon Economic Claims Center

Re:   Mueller Water Products, Inc. (Claimant ID 100243047); Claim ID 254194

Dear Claims Administration Reviewer:

We represent Mueller Water Products, Inc. (the "Claimant") in the Deepwater Horizon Economic and Property Damages Settlement Program (the "Settlement Program"), and write in further response to the Preliminary Notice Regarding Moratoria Losses Review (the "Notice") issued to Claimant for Claim ID 254194 (the "Claim"), which is a ductile iron pipe manufacturing plant located in Bessemer, Alabama (the "Bessemer facility").[1]

The Claim is subject to no Moratoria Loss review, and the Moratoria hold should be removed. The Settlement Program issued the Notice because the Claim had erroneously been assigned NAICS code 332911, Industrial Value Manufacturing, which is one of the codes listed on Exhibit 19. Businesses that fall within the NAICS codes on Exhibit 19 "shall be subject to automatic review to determine whether their losses, or any portion thereof, constitute Moratoria Losses." Settlement Agreement § 5.10.3.1.1. However, as has already been demonstrated, the business engaged in *no* such manufacturing whatsoever and the Claim can include *no* losses from such activity.

Under Section 5.10.3.1.2 of the Settlement Agreement, the Claim is subject to moratoria loss review only if it engaged in one of the activities marked with an "x" that are listed under the NAICS codes on Exhibit 19. *Id.* § 5.10.3.1.2. The single activity so marked under NAICS code 332911 is "Valves, industrial-type (e.g., check, gate, glove, relief, safety), manufacturing." As has already been shown through Claimant's 10-K, the Bessemer facility's entire business segment manufactured, not Valves, industrial type, but "ductile iron pipe, restraint joint products, and other ductile iron products," and sold its products, not to the oil and gas industry, but to "waterworks distributors, contractors, municipalities, utilities and other governmental agencies."

The attached Affidavit of Marietta Edmunds Zakas, Claimant's Chief Financial Officer, further establishes that, at all times from 2007 through 2011, the Bessemer facility manufactured

---

[1] This letter supplements Claimant's previous submissions, including the Claim Form, which states that the business provided no significant support to the oil and gas offshore industry in the Gulf, as well as our letter of June 7, 2017, which quotes Claimant's Form 10-K for the fiscal year ended September 30, 2010 and makes clear that the business did not manufacture any of the product that triggered the Moratoria Hold.

ROGERS & HARDIN

Claims Administration Reviewer
March 27, 2018
Page 2

ductile iron pipe, *and no other products*. Affidavit of Marietta Edmunds Zakas ¶ 4, attached as Exhibit A. The Bessemer facility produced no valves, industrial-type whatsoever. *Id.*

Claimant did not, therefore, "provide significant services, goods, and/or supplies to businesses in the offshore oil & gas industry in the Gulf of Mexico" through the manufacture of "Valves, industrial-type (e.g., check, gate, glove, relief, safety)." Accordingly, the Claim is not subject to Moratoria Loss review, the Moratoria hold should be removed, and the Claim should be processed under the Business Economic Loss framework of the Settlement Agreement. *See* Settlement Agreement § 5.10.3.1.2.

Thank you for your attention to this matter, and please feel free to contact me if you have any questions.

Sincerely,

Jeffrey W. Willis

Attachment

# Exhibit A

## AFFIDAVIT OF MARIETTA EDMUNDS ZAKAS

Before the undersigned officer, duly authorized to administer oaths, comes Marietta Edmunds Zakas, who being duly sworn, says:

1. I am over 21 years of age, and my testimony herein is based on my personal knowledge and upon business records of Mueller Water Products, Inc. ("Mueller Water Products").

2. I am the Executive Vice President and Chief Financial Officer of Mueller Water Products. I have served continuously in senior positions within Muller Water Products since 2006.

3. In preparing this Affidavit, I have relied on my personal knowledge of the company's business and products, my review of the company's Form 10-K for the 2010 fiscal year, and my review of the production volume for the facility in Bessemer, Alabama (the "Bessemer facility") for which we have filed a claim with the Deepwater Horizon Court Supervised Settlement Program.

4. At all times from 2007 through 2011, the Bessemer facility was a manufacturer of ductile iron pipe. The Bessemer facility produced only ductile iron pipe. The Bessemer facility produced no valves, industrial-type (e.g., check, gate, globe, relief, safety) whatsoever. Nor did the Bessemer facility otherwise provide significant services, goods, and/or supplies to businesses in the offshore oil and gas industry in the Gulf of Mexico.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Marietta Edmunds Zakas

Sworn to and subscribed before me
this 26th day of March, 2018.

_____
Notary Public

My Commission Expires:
February 17, 2020