# Exhibit 5

# ROGERS & HARDIN

October 1, 2018

Jeffrey W. Willis
Direct: 404.420.4619
Direct Fax: 404.230.0978
Email: jwillis@rh-law.com

**BY ELECTRONIC SUBMISSION**

Claims Administration Reviewer
Deepwater Horizon Economic Claims Center

Re:   <u>Mueller Water Products, Inc. (Claimant ID 100243047); Claim ID 254194</u>

Dear Claims Administration Reviewer:

We submit this for the Moratoria Team's use in connection with the claim of Mueller Water Products, Inc. (the "Claim"). The Claim is based on the losses of a single Mueller facility, an iron foundry in Bessemer, Alabama.

Thank you for providing the information from the Moratoria Team regarding the Claim on May 29. The information indicates that the Claims Administrator assigned NAICS Code 332911 (Industrial Valve Manufacturing), an Exhibit 19 NAICS Code, to the Claim, which triggers Potential Moratoria Review to determine whether the claim requires full Moratoria Losses Review. As further noted in the information, "Valves, industrial-type (e.g., check, gate, globe, relief, safety), manufacturing" is an X-marked business activity on Exhibit 19, Section I. Finally, the information includes the Moratoria Team's observation that the Claimant operates through two business segments, Mueller Co. and Anvil, and that some of Claimant's types of products and services are utilized in the offshore oil and gas industry in the Gulf of Mexico, and that the Claim therefore may include Moratoria losses. We address each issue below.

Two key facts are relevant to the Moratoria Team's questions. First, as shown by an affidavit and business records submitted by the Claimant, the Bessemer facility produced no "Valves, industrial-type" whatsoever. This fact resolves the specific inquiry that the Moratoria Team is required to make based on the NAICS Code assigned by the Claims Administrator. Second, the Bessemer facility is an iron foundry and produced only one type of product, ductile iron pipe. As is clear in the Settlement Agreement itself, the Parties recognized that that the manufacture of ductile iron pipe would not result in Moratoria Losses—a recognition that is confirmed by ample factual evidence enclosed with this letter.

1.   *The Bessemer Facility Produced No Products Marked On Exhibit 19*

Exhibit 19 includes the NAICS Code that was assigned by the Claims Administrator to the Claim, NAICS Code 332911 (Industrial Valve Manufacturing). Under that NAICS Code, only one activity is marked with an X: "Valves, industrial-type (e.g., check, gate, globe, relief, safety), manufacturing."

ROGERS & HARDIN

Claims Administration Reviewer
October 1, 2018
Page 2

The Bessemer facility manufactured no such products from 2007 through 2011. On March 27, 2018, we submitted the first Affidavit of Marietta Edmunds Zakas, the Executive Vice President and Chief Financial Officer of Muller Water Products. In preparing her first Affidavit, Ms. Zakas reviewed, among other things, the production volume for the Bessemer facility for 2007 through 2011. (First Zakas Aff. ¶ 3). At all times during this period, the Bessemer facility was a ductile iron foundry that produced only one product type: ductile iron pipe. (Id. ¶ 4). The Bessemer facility produced no valves, industrial-type (e.g., check, gate, globe, relief, safety) whatsoever. (Id.).

Therefore, the Claim involves no losses resulting from any business activity that is marked on Exhibit 19 under the NAICS Code assigned by the Claims Administrator.

2.    *The Settlement Agreement Recognizes That The Manufacture Of Ductile Iron Pipe Would Not Result In Moratoria Losses*

On the issue of whether a business activity indicates Potential Moratoria Losses, the Settlement Agreement controls. Exhibit 19 to the Settlement Agreement identifies over 180 industry types that are subject to review by the Claims Administrator for Potential Moratoria Losses. Those industry types are marked with an "X" where they appear beneath their NAICS Codes on Exhibit 19, some under Section I for "automatic" review and others under Section II for "possible" review.

The manufacture of ductile iron pipe is not one of the over 180 business activities that are marked with an "X" on Exhibit 19. In fact, ductile iron pipe is not mentioned anywhere on Exhibit 19. Nor does NAICS Code 331511—the NAICS Code for Iron Foundries, including "Ductile iron foundries"—appear anywhere on Exhibit 19.

The Parties went to great lengths to identify over 180 types of business activities that could conceivably lead to Moratoria Losses. The omission of ductile iron pipe manufacturing from Exhibit 19 is compelling evidence that the Parties to the Settlement Agreement recognized that the manufacture of ductile iron pipe would not generate Moratoria Losses and would not warrant review for such losses.

3.    *Ductile Iron Pipe Is Not Used In Offshore Oil and Gas Activities*

We enclose two additional affidavits that explain what ductile iron pipe is and how it is used: (1) the Second Affidavit of Marietta Edmunds Zakas, Mueller Water Products' Executive Vice President and Chief Financial Officer (attached as Exhibit A), and (2) the Affidavit of Robert Schaaf, a chemical engineer and current Chairman of the Los Angeles Basin Section of the Society of Petroleum Engineers who has extensive experience with water systems in the offshore oil and gas industry (attached as Exhibit B).

# ROGERS & HARDIN

Claims Administration Reviewer
October 1, 2018
Page 3

Ductile iron pipe is produced primarily for the transmission and distribution of potable water in municipal water systems. (Second Zakas Aff. ¶ 5; Schaaf Aff. ¶ 5).[1] Its secondary use is for the transport of wastewater in municipal wastewater systems. (Id.). These two uses comprise almost all of the usages of ductile iron pipe. (Schaaf Aff. ¶ 5). Ductile iron pipe is typically laid underground, though a small percentage is installed above-ground over short distances to connect two areas that are separated by a small body of water, such as a stream or a ravine. (Id.). A very small percentage is laid underwater across very small bodies of water, such as a pond or small lake. (Id.).

From 2004 through 2011, Mr. Schaaf managed all exploration and implementation projects (including offshore projects) for Aera Energy, LLC, an oil and natural gas exploration and production company jointly owned by Shell Oil Company and ExxonMobil. He has had leading design and engineering roles on major oil and gas operations in California, the Gulf of Mexico, California, Africa, and the Middle East. He has overseen the design, installation, and operation of numerous pipelines on offshore oil platforms including pipelines for water treatment, waterflooding, and wastewater systems. Mr. Schaaf is very familiar with the different types of materials used in offshore oil and gas activities. In all his experience, Mr. Schaaf has never seen or heard of ductile iron pipe being used in offshore oil rig water or wastewater systems, discharge systems, vessels that support offshore oil and gas activities, or pipelines between rigs or from rigs to shore. (Schaaf Aff. ¶¶ 2-3).

As stated in Mr. Schaaf's affidavit, ductile iron pipe is unsuitable for use in offshore oil and gas activities for numerous reasons. First, ductile iron pipe is heavier than other available types of piping, such as steel, aluminum, brass, polyvinyl chloride (PVC), and fiberglass. On offshore rigs and vessels, all other factors being equal, lighter weight material is preferred. Second, ductile iron pipe is brittle compared to these other types of piping. Therefore, it simply is not used in environments, like those of offshore vessels, oil rigs, and the ocean floor, that are subjected to significant (and often extreme) degrees of movement caused by ocean currents and wind. Third, ductile iron pipe has limited definitive design specifications. Materials used in offshore operations must meet certain standards, typically those of the API, for pressure, temperature, and torque, among other things. Fourth, ductile iron pipe can handle only limited amounts of pressure. Many offshore pipelines are required to handle higher pressures than ductile iron is capable of handling. Fifth, iron pipe in general is not suitable for saltwater environments like the Gulf of Mexico because saltwater corrodes iron. While coatings applied to ductile iron can sufficiently inhibit corrosion in some environments (such as underground municipal water systems near coastal areas), ductile iron pipe is

---

[1] As the Moratoria Team suggested, we also have enclosed a list of customers of the Bessemer facility for the years 2007-2011 as Exhibit C. The list contains 628 customers ranked in order of sales volume. The list confirms that virtually all sales were to waterworks suppliers and waterworks contractors. One customer on the list, Kiewit Corporation, is an international conglomerate whose services include construction and engineering for water and wastewater projects as well as oil and gas projects. Kiewit's purchases represent a miniscule portion of the Bessemer facility's total sales from 2007-11, less than two-tenths of one percent. As shown below, those purchases of ductile iron pipe would not have been for offshore oil and gas activities in the Gulf of Mexico.

# ROGERS & HARDIN

Claims Administration Reviewer
October 1, 2018
Page 4

not graded for use in ocean environments because the corrosion factors are far too extreme for this type of material.  (Schaaf Aff. ¶ 7).

For each of these reasons, it is a virtual certainty that ductile iron pipe was not used in offshore oil and gas activities in the Gulf of Mexico from 2007 to 2011.  (Schaaf Aff. ¶ 8).

4.   *The Products Flagged By The Moratoria Team Are Not Relevant to the Claim*

As noted by the Moratoria Team, Mueller Water Products is a conglomerate with two business segments, Mueller Co. and Anvil.  Listed by the Moratoria Team are various products sold by Mueller Co. and Anvil that according to the Moratoria Team are heavily utilized in the offshore oil and gas industry in the Gulf of Mexico.

Importantly, the Bessemer facility produced only ductile iron pipe (First Zakas Aff. ¶ 4), which is not among the products listed by the Moratoria Team.  Further, the Bessemer facility had no relationship to the other products produced by Mueller Co. or Anvil other than common parent ownership.  (Second Zakas Aff. ¶ 5).

In summary, the Bessemer facility engaged in no activities covered by Exhibit 19, the Parties recognized that the manufacture of ductile iron pipe does not require Moratoria Review, and ductile iron pipe is not used in offshore oil and gas activities.  It is abundantly clear, therefore, that the Claim includes no Moratoria Losses.  The Claimant respectfully requests that the Moratoria Team release the Claim to the Claims Administrator for processing.

Sincerely,

Jeffrey W. Willis

JWW/
Enclosures

# Exhibit A

## <u>SECOND AFFIDAVIT OF MARIETTA EDMUNDS ZAKAS</u>

Before the undersigned officer, duly authorized to administer oaths, comes Marietta Edmunds Zakas, who being duly sworn, says:

1.      I am over 21 years of age, and my testimony herein is based on my personal knowledge and upon business records of Mueller Water Products, Inc. ("Mueller Water Products").

2.      I am the Executive Vice President and Chief Financial Officer of Mueller Water Products, a manufacturer of a broad range of water infrastructure and flow control products for use in water distribution networks and treatment facilities.  I have served continuously in senior positions within Muller Water Products since 2006.

3.      In preparing this Affidavit, I have relied on my personal knowledge of the company's business and products, my review of the company's Form 10-Ks, my review of the 2007-11 product volume for the Bessemer, Alabama facility on which this claim is based, and my review of certain portions of the North American Industry Classification System ("NAICS").

4.      The Bessemer facility is a ductile iron foundry and, as stated in my first Affidavit, at all times from 2007 through 2011 produced ductile iron pipe.  Based on my review of NAICS materials, the NAICS code applicable to the activities of the Bessemer facility is 331511 – Iron Foundries, whose listed industries include "Ductile iron foundries."  The Claims Administrator assigned NAICS code 332911 – Industrial Valve Manufacturing, to the claim, perhaps based in part on the IRS business activity code shown on Mueller Water Products' tax returns, 332900.  At certain facilities other than Bessemer, different business segments and entities of Mueller Water Products (such as Anvil and Mueller Co) produced (i) valves for water and gas systems which were used to control transmission of potable (drinkable) water, non-potable water or gas,

as well as some valves used in water distribution and water treatment and (ii) products used for HVAC, plumbing, and industrial oil, gas and fire protection industries.  The Bessemer facility had no relationship to these other products, segments or entities other than common parent ownership.

5.      Ductile iron pipe is produced primarily for the transmission and distribution of potable water in municipal water systems.  A relatively small percentage of ductile iron pipe is used by municipalities for wastewater transmission.  To my knowledge, ductile iron pipe has no application to offshore oil and gas drilling, production, or transmission.

6.      From 2007 through 2011, all or virtually all ductile iron pipe produced by the Bessemer facility was purchased for the construction or repair of water and wastewater infrastructure.  Sales were made to waterworks distributors, waterworks contractors, municipalities, utilities, and other governmental agencies.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Marietta Edmunds Zakas

Sworn to and subscribed before me
this _25_ day of September, 2018.

_____
Notary Public

My Commission Expires:
_February 22, 2020_



# Exhibit B

STATE OF CALIFORNIA
COUNTY OF ORANGE

AFFIDAVIT

My name is Robert Schaaf.  I am over twenty-one years of age and am competent to give this Affidavit.  I swear and affirm that the following facts are true to the best of my knowledge and belief:

1.      I have been engaged by Mueller Water Products, Inc. in connection with its claim filed with the Deepwater Horizon Economic and Property Damages Settlement.  In particular, I have been asked to determine and testify whether products manufactured from 2007 through 2010 at the Bessemer, Alabama facility of Mueller Water Products, Inc. (the "Bessemer Facility") were used in offshore oil and gas activities in the Gulf of Mexico.  For the reasons I give below, I believe it to be a virtual certainty that the Bessemer Facility's products were not used in offshore oil and gas activities in the Gulf of Mexico.

2.      I have a Bachelor's of Science in Chemical Engineering from the University of Southern California.  I am the Chairman of the Los Angeles Basin Section of the Society of Petroleum Engineers.  From 2004 to 2011, I managed all exploration and implementation projects in the Los Angeles Basin (including offshore) for Aera Energy, LLC, an oil and natural gas exploration and production company jointly owned by Shell Oil Company and ExxonMobil.  I was a project manager, engineer, and senior advisor for Chevron from 1979 to 2004.

3.      I have over 30 years' experience with petroleum engineering and oil and gas operations.  My expertise includes offshore oil and gas exploration, drilling, and production.  I have had leading design and engineering roles on major oil and gas operations in California (onshore and offshore), the Gulf of Mexico, Texas, Louisiana, West Africa, and the Middle East.  I have overseen the design, installation, and operation of numerous pipelines on offshore oil platforms including pipelines for water treatment, waterflooding (water injection), and wastewater systems.  I am very familiar with the different types of materials used for piping in offshore oil and gas activities.

4.      Upon being engaged in this matter, I inquired about all products manufactured or sold by the Bessemer Facility during the years 2007 through 2011.  Based on publicly available information, I understand that the Bessemer Facility was a ductile iron foundry.  I further understand that the only product manufactured by the Bessemer Facility from 2007 through 2011 was ductile iron pipe.

5.      From my education and experience, I am knowledgeable about ductile iron pipe, its uses, and its limitations.  Ductile iron pipe is pipe manufactured from ductile cast iron.  It is used primarily in municipal water systems for the transport of potable water.  It is used secondarily in municipal water systems for the transport of wastewater.  These two uses comprise almost all of the usages of ductile iron pipe.  Typically, ductile iron pipe is laid underground.  A small percentage of ductile iron pipe is installed above-ground over short distances in order to connect two areas of ground that are separated by, for example, a stream or a ravine.  An even smaller percentage of ductile iron pipe is laid underwater across very small bodies of water, such as a pond or small lake.  Ductile iron pipe is not installed along the ocean floor, for numerous reasons stated later in this Affidavit.

6.      In all my experience with offshore oil rigs and offshore oil and gas activities, I have never seen or heard of ductile iron pipe being used in offshore oil rig water or wastewater systems,

1

discharge systems, vessels that support offshore oil and gas activities, or pipelines between rigs or from rigs to shore.  Moreover, it is inconceivable that ductile iron pipe would be used in such activities.

7.      What makes ductile iron pipe suitable for underground municipal water systems, which are designed to last many decades, and unsuitable for use offshore?  First, ductile iron pipe is heavier than other available types of piping, such as steel, aluminum, brass, polyvinyl chloride (PVC), and fiberglass.  On offshore rigs and vessels, all other factors being equal, lighter weight material is preferred.  Second, ductile iron pipe is brittle compared to these other types of piping.  It simply is not used in environments, like those of offshore vessels, oil rigs, and the ocean floor, that are subjected to significant (and often extreme) degrees of movement caused by ocean currents and wind.  Third, ductile iron pipe has limited definitive design specifications.  Materials used in offshore operations must meet certain standards, typically those of the API, for pressure, temperature, and torque, among other things.  Fourth, ductile iron pipe can handle only limited amounts of pressure.  Many offshore pipelines are required to handle higher pressures than ductile iron is capable of handling.  Fifth, iron pipe in general is not suitable for saltwater environments like the Gulf of Mexico because saltwater corrodes iron.  While coatings applied to ductile iron can sufficiently inhibit corrosion in some environments (such as underground municipal water systems near coastal areas, for example), ductile iron pipe is not graded for use in ocean environments because the corrosion factors are far too extreme for this type of material.

8.      For each of these reasons, it is a virtual certainty that the Bessemer facility's products were not used in offshore oil and gas activities in the Gulf of Mexico in the years 2007 through 2011.

_____
Robert Schaaf


A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (or affirmed) before me
on this _28_ day of _August_, 20_18_,
by _Robert Schaaf_____,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.


          (Seal)                                              _____
                                                             Notary Public

NICOLAS ARMANDO AGUAYO
COMMISSION # 2242185
Notary Public - California
ORANGE COUNTY
My Comm. Expires May 12, 2022

2

# Exhibit C

| Customer | Total | Pct. |
|---|---|---|
| HD SUPPLY WATERWORKS | $170,074,613 | 16.81% |
| AWWS | $77,272,594 | 7.64% |
| C & B PIPING, INC. | $60,834,033 | 6.01% |
| FORTILINE | $48,644,875 | 4.81% |
| EL CONCORDE CONSTRUCTION LTD | $21,144,465 | 2.09% |
| MICHIGAN PIPE AND VALVE | $20,838,250 | 2.06% |
| A.A. BIN HINDI CONTRACTOR | $18,840,628 | 1.86% |
| CAPITOL / T. MINA | $18,809,997 | 1.86% |
| WINWHOLESALE, INC. | $17,046,570 | 1.69% |
| S & J Construction Co., Inc. | $16,331,436 | 1.61% |
| AQUA AMERICA, INC. | $14,836,253 | 1.47% |
| SORENSEN GROSS CONST. | $11,781,894 | 1.16% |
| H.D. FOWLER | $11,562,959 | 1.14% |
| STRACK INC. | $10,125,414 | 1.00% |
| AMERICAN INFRASTRUCTURE | $10,047,658 | 0.99% |
| LAYNE HEAVY CIVIL | $9,741,209 | 0.96% |
| MCWANE | $9,566,473 | 0.95% |
| EMERALD COAST UTILITIES A | $8,830,535 | 0.87% |
| SUMMIT SUPPLY COMPANY | $7,955,999 | 0.79% |
| BUCKEYE CONSTRUCTION CO. | $7,623,312 | 0.75% |
| REYNOLDS, INC. | $7,589,316 | 0.75% |
| SOUTHERN PIPE & SUPPLY | $7,565,254 | 0.75% |
| TUGALOO PIPELINE, INC | $7,158,100 | 0.71% |
| WATER WORKS SUPPLY CORP | $6,944,383 | 0.69% |
| METRA INDUSTRIES | $6,856,539 | 0.68% |
| UTILITY SERVICE & SUPPLY, INC. | $6,801,523 | 0.67% |
| ARCHER WESTERN CONTRACTOR | $6,136,842 | 0.61% |
| HEMPHILL CONST. CO., INC. | $6,123,995 | 0.61% |
| ARGO CONSTRUCTION CO. | $5,891,055 | 0.58% |
| FIRST SUPPLY GROUP | $5,880,888 | 0.58% |
| PARK CONSTRUCTION CORP. | $5,752,606 | 0.57% |
| STATE UTILITY CONTS. INC. | $5,547,773 | 0.55% |
| RICH & SONS, G. A. | $5,540,352 | 0.55% |
| ATLAS EXCAVATING, INC. | $5,496,080 | 0.54% |
| FRU-CON CONSTRUCTION | $5,080,733 | 0.50% |
| CORCEL CORP. | $4,912,512 | 0.49% |
| DISTRIBUTION ONE, LLC | $4,896,974 | 0.48% |
| YORK WATER COMPANY | $4,798,858 | 0.47% |
| SANDERS UTILITY CONST CO., INC. | $4,683,325 | 0.46% |
| HAJOCA CORPORATION | $4,475,248 | 0.44% |
| WATER WORKS SUPPLIERS CORP. | $4,423,363 | 0.44% |
| SMITH PIPELINE INC. | $4,308,527 | 0.43% |
| FERGUSON ENT | $4,117,289 | 0.41% |
| MIDWEST MUNICIPAL SUPPLY | $4,112,647 | 0.41% |
| MINNESOTA PIPE & EQUIPMENT | $3,757,149 | 0.37% |
| SKANSKA | $3,750,900 | 0.37% |

| Customer | Total | Pct. |
|---|---|---|
| ROSETTA CONSTRUCTION, INC | $3,688,504 | 0.36% |
| JONES BROTHERS CONSTRUCTI | $3,573,329 | 0.35% |
| METROFAB PIPE INC | $3,373,269 | 0.33% |
| ALLAN A. MYERS, INC. | $3,293,858 | 0.33% |
| EMPIRE PIPE AND SUPPLY | $3,249,683 | 0.32% |
| RARITAN SUPPLY CO. | $3,181,802 | 0.31% |
| T & N CHICAGO , INC. | $3,122,430 | 0.31% |
| PIEDMONT SUPPLY , INC. | $3,099,282 | 0.31% |
| JACK L. MASSIE CONTRACTORS INC. | $3,084,163 | 0.30% |
| CATHCART CONTRACTING COMP | $3,081,189 | 0.30% |
| MAYSE CONSTRUCTION CO. | $3,029,351 | 0.30% |
| HAZAMA CORP | $2,965,036 | 0.29% |
| UTILITY PIPE SALES, INC. | $2,856,230 | 0.28% |
| ILLINOIS METER | $2,830,930 | 0.28% |
| C.A.C. INDUSTRIES, INC. | $2,821,135 | 0.28% |
| JOINT CONTRACTING COMMAND-IRAQ | $2,775,258 | 0.27% |
| Woodruff And Sons  Inc. | $2,726,521 | 0.27% |
| BEEMER CONSTRUCTION CO., INC. | $2,694,673 | 0.27% |
| PALM BEACH COUNTY | $2,686,203 | 0.27% |
| CITY OF VALDOSTA GA | $2,656,290 | 0.26% |
| X-L CONTRACTING, INC. | $2,601,010 | 0.26% |
| CLAYTON COUNTY WATER AUTH | $2,553,211 | 0.25% |
| MASCI CORP. | $2,493,285 | 0.25% |
| HARGAN CONSTRUCTION CO INC | $2,468,853 | 0.24% |
| PACT CONSTRUCTION | $2,466,237 | 0.24% |
| MID EASTERN BUILDERS, INC | $2,451,531 | 0.24% |
| TRINITY CONSTRUCTION CO. | $2,446,968 | 0.24% |
| SUMMERS-TAYLOR, INC. | $2,329,003 | 0.23% |
| CITY OF CAPE CORAL FL | $2,328,033 | 0.23% |
| Villager Construction, Inc. | $2,281,909 | 0.23% |
| MUELLER COMPANY | $2,255,908 | 0.22% |
| CAROLINA PIPE CO., INC. | $2,237,258 | 0.22% |
| HIGHLANDER CONSTRUCTION | $2,208,135 | 0.22% |
| C.O. FALTER CONSTRUCTION | $2,196,581 | 0.22% |
| SEW CONSTRUCTION | $2,152,669 | 0.21% |
| CONSOLIDATED PIPE & SUPPLY | $2,073,031 | 0.20% |
| BRI UTILITY CONSTRUCTION | $2,030,868 | 0.20% |
| SEA SIDE ENVIRONMENTAL CONSTRUCTORS | $2,015,178 | 0.20% |
| Thompson Distribution Co., Inc. | $2,011,927 | 0.20% |
| PIPE PLUS | $1,993,128 | 0.20% |
| BLAIR CONSTRUCTION, INC. | $1,980,127 | 0.20% |
| BEAUFORT JASPER WATER & SEWER AUTH. | $1,940,447 | 0.19% |
| MARONA CONSTRUCTION COMPA | $1,923,194 | 0.19% |
| K.S. TUBERIA, S.A. DE C.V | $1,885,908 | 0.19% |
| KIEWIT CORPORATION | $1,865,399 | 0.18% |
| M.J. PIPE AND SUPPLY CORP | $1,848,130 | 0.18% |

| Customer | Total | Pct. |
|---|---|---|
| Stark Excavating  Inc. | $1,837,271 | 0.18% |
| PRINCE CONTRACTING CO., INC. | $1,795,489 | 0.18% |
| MS PIPE LLC | $1,760,683 | 0.17% |
| ZIEBELL WATER SERVICE | $1,750,509 | 0.17% |
| KAMMINGA & ROODVOETS, INC | $1,731,028 | 0.17% |
| PRUETT CONSTRUCTION CO. | $1,713,674 | 0.17% |
| JOHN HOADLEY & SONS, INC. | $1,711,502 | 0.17% |
| LOS ANGELES DEPT. OF WATER/POWER | $1,704,557 | 0.17% |
| ELLER CORPORATION | $1,695,738 | 0.17% |
| GFC CONSTRUCTION | $1,687,158 | 0.17% |
| AMERICAN CAST IRON PIPE | $1,642,635 | 0.16% |
| C.B. UTILITY COMPANY, INC | $1,641,085 | 0.16% |
| MCC PIPELINE | $1,632,215 | 0.16% |
| WOOD, WALTER A. SUPPLY | $1,595,144 | 0.16% |
| COHEN INDUSTRIAL SUPPLY CO. | $1,573,187 | 0.16% |
| EAST SIDE UTILITY DISTRICT | $1,566,737 | 0.15% |
| PIPELINES INC | $1,542,813 | 0.15% |
| Upper Peninsula Concrete Pipe Co. | $1,493,187 | 0.15% |
| MID-SOUTH BUILDERS, INC. | $1,479,691 | 0.15% |
| B.R.S., INC. | $1,468,629 | 0.15% |
| CARROLL WATER AUTHORITY | $1,440,899 | 0.14% |
| DOLI CONSTRUCTION CORP. | $1,440,755 | 0.14% |
| 1000 OAKS, INC. | $1,427,714 | 0.14% |
| L/B WATER SERVICE, INC. | $1,381,099 | 0.14% |
| UNITED WATER | $1,362,645 | 0.13% |
| JORDAN EXCAVATING | $1,354,477 | 0.13% |
| OPELIKA WATER WORKS BOARD | $1,345,764 | 0.13% |
| TIPPINS CONTRACTING CO. | $1,331,800 | 0.13% |
| RUSSELL ENGINEERING, INC. | $1,321,345 | 0.13% |
| GRIFFIN PLUMBING COMPANY | $1,315,614 | 0.13% |
| METRO EQUIPMENT SERVICE, | $1,309,949 | 0.13% |
| MCMILLAN CONSTRUCTION CO LLC | $1,281,507 | 0.13% |
| ROBERTS CONTRACTING CO. | $1,261,873 | 0.12% |
| WESTNEVADA | $1,235,254 | 0.12% |
| DLB, INC. | $1,230,590 | 0.12% |
| ATLANTIC PLUMBING SUPPLY | $1,229,064 | 0.12% |
| CENTRAL BUILDERS | $1,218,683 | 0.12% |
| TEXAS STERLING CONST. INC | $1,211,210 | 0.12% |
| MARKS CONTRACTING, LTD. | $1,179,095 | |
| PRIME CONSTR. GROUP, INC | $1,159,813 | 0.11% |
| EHRET, INC | $1,157,348 | 0.11% |
| CAPCO ENTERPRISES. INC. | $1,143,575 | 0.11% |
| MULTIFACET INDUSTRIAL | $1,140,785 | 0.11% |
| MAINE WATER WORKS SUPPLY | $1,131,367 | 0.11% |
| MOORE CONST. COMPANY | $1,121,791 | 0.11% |
| GLENN JOHNSTON, INC. | $1,099,134 | 0.11% |

| Customer | Total | Pct. |
|---|---|---|
| UTILITY PIPE SALES (WINTER HAVEN) | $1,098,120 | 0.11% |
| HOBBY CONSTRUCTION CO., INC. | $1,079,281 | 0.11% |
| THE BRIAR TEAM LLC | $1,065,999 | 0.11% |
| CITY OF BOYNTON BEACH FL | $1,060,716 | 0.10% |
| SMITH SUPPLY, LLC | $1,044,027 | 0.10% |
| HAYES PIPE SUPPLY, INC | $1,012,559 | 0.10% |
| SOUTHERN UTILITY SUPPLY CO. | $998,035 | 0.10% |
| VEOLIA WATER NORTH AMERICA | $996,826 | 0.10% |
| Trine Construction Corp. | $989,350 | 0.10% |
| EUBANK CONSTRUCTION CO. | $986,536 | 0.10% |
| G & W CONSTRUCTION CO., INC. | $984,214 | 0.10% |
| Teichert Construction | $984,162 | 0.10% |
| CAMPBELL FOUNDRY COMPANY | $983,775 | 0.10% |
| FOLEY COMPANY | $978,096 | 0.10% |
| JAMES M. COX CO., INC. | $969,439 | 0.10% |
| KENNEDY COMPANIES | $950,916 | 0.09% |
| LONG UTILITY CORP | $938,762 | 0.09% |
| O & G INDUSTRIES, INC. | $937,026 | 0.09% |
| PEPPER CONTR. SERVICES | $935,822 | 0.09% |
| HALL CONTRACTING CORP. | $934,257 | 0.09% |
| BELAIR ROAD SUPPLY | $930,560 | 0.09% |
| OCEAN BAY, INC. | $925,342 | 0.09% |
| KEYS MATERIALS & SUPPLY | $919,773 | 0.09% |
| ANRICH, INC. | $880,486 | 0.09% |
| GUYMANN CONST. CO. | $857,150 | 0.08% |
| PIONEER SUPPLY | $851,831 | 0.08% |
| P. GIOIOSO & SONS | $850,096 | 0.08% |
| PUBLIC WORKS SUPPLY CO. | $844,171 | 0.08% |
| ENCORE CONSTRUCTION CO. | $835,805 | 0.08% |
| SCHIAVONE | $835,252 | 0.08% |
| TRUMBULL CORP | $822,335 | 0.08% |
| PNP SUPPLY LLC | $802,735 | 0.08% |
| MCCART PIPELINE, INC. | $802,319 | 0.08% |
| PRILLAMAN & PACE INC | $784,900 | 0.08% |
| CITY OF INDEPENDENCE MO | $756,440 | 0.07% |
| RANDSCO PIPELINE, INC. | $750,558 | 0.07% |
| LOUISVILLE WATER COMPANY | $735,277 | 0.07% |
| J. CREAMER & SON, INC, | $733,304 | 0.07% |
| ALABASTER WATER & GAS | $729,813 | 0.07% |
| Vacri Construction Co. | $724,812 | 0.07% |
| AMERICAN INDIAN BUILDERS | $718,647 | 0.07% |
| Complete Construction Co | $716,715 | 0.07% |
| ALL STAR CONSTRUCTION & EQUIPMENT | $706,429 | 0.07% |
| P. CALIACCO, INC. | $701,931 | 0.07% |
| THERMACOR PROCESS, INC. | $687,030 | 0.07% |
| PERMA PIPE INC. | $686,233 | 0.07% |

| Customer | Total | Pct. |
|---|---|---|
| CALAMAR, INC | $676,989 | 0.07% |
| CHRISTOPHER PLBG. & ELECT | $670,632 | 0.07% |
| W.R. HALL, INC. | $665,898 | 0.07% |
| JRCRUZ CORP. | $654,094 | 0.06% |
| BULLDOG CONSTRUCTION, INC | $653,470 | 0.06% |
| NESLUND & ASSOCIATES, INC | $645,355 | 0.06% |
| R.E. GRILLS CONSTRUCTION INC | $639,791 | 0.06% |
| CITIZENS THERMAL ENERGY | $635,451 | 0.06% |
| GRANDVIEW PIPE AND SUPPLY | $631,333 | 0.06% |
| MARQUES PIPELINE, INC. | $631,040 | 0.06% |
| RESOURCE UTILITY SUPPLY | $627,968 | 0.06% |
| Sunrise Equipment Co. | $623,702 | 0.06% |
| E P E, INC. | $617,580 | 0.06% |
| PICONE | $615,894 | 0.06% |
| HI LINE SUPPLY CO., INC. | $611,604 | 0.06% |
| JOHNSON BROS. CORP. | $611,100 | 0.06% |
| Sanco | $610,274 | 0.06% |
| UTILITY EQUIPMENT COMPANY | $606,949 | 0.06% |
| CEDRONE TRUCKING, INC. | $606,003 | 0.06% |
| Western Water Works Supply Company | $599,756 | 0.06% |
| J & J MUNICIPAL SUPPLY, INC. | $597,272 | 0.06% |
| DEKALB COUNTY WATER SYSTE | $597,044 | 0.06% |
| LAN-CO DEVELOPMENT INC. | $587,833 | 0.06% |
| EAST VALLEY WATER DISTRICT | $572,225 | 0.06% |
| CITY OF SYRACUSE NY | $556,912 | 0.06% |
| CRYSTAL SEWER AND WATER, | $548,360 | 0.05% |
| T.K.C. General Engineering Contractor | $546,499 | 0.05% |
| MISSION CONSTRUCTION | $523,567 | 0.05% |
| RIC-MAN CONSTRUCTION | $522,424 | 0.05% |
| ATHENS-CLARKE COUNTY | $519,457 | 0.05% |
| COMMONWEALTH EXCAVATING INC | $518,710 | 0.05% |
| ISCO INDUSTRIES | $517,346 | 0.05% |
| HEADINGS EST LLC | $511,660 | 0.05% |
| R.R. SNIPES CONSTRUCTION CO., INC. | $504,753 | 0.05% |
| ARKANSAS WATER PRODUCTS | $499,740 | 0.05% |
| Suca Pipe Supply  Inc. | $495,941 | 0.05% |
| PACE SUPPLY CORP. | $493,200 | 0.05% |
| CFW, INC. | $490,391 | 0.05% |
| Acorn Supply & Distributing, Inc | $490,276 | 0.05% |
| PARAMONT GRADING COMPANY | $485,132 | 0.05% |
| N.L. CONSTRUCTION, INC. | $482,670 | 0.05% |
| Weka, Inc. | $481,281 | 0.05% |
| SEASIDE UTILITIES INC | $478,564 | 0.05% |
| FULLERFORM COMPANY | $471,712 | 0.05% |
| RHAWN FLANGE (DELANCO) | $467,060 | 0.05% |
| WATER & SEWER PIPE & SUPPLY, INC. | $466,728 | 0.05% |

| Customer | Total | Pct. |
|---|---|---|
| MARCELLUS CONSTRUCTION | $459,910 | 0.05% |
| PALM BEACH GRADING | $452,884 | 0.04% |
| RAMSEY CONSTRUCTORS | $449,755 | 0.04% |
| GERARDI SEWER & WATER INC | $448,043 | 0.04% |
| ELITE CONTRACTOR SUPPLY LLC | $446,363 | 0.04% |
| WDF Inc. | $444,697 | 0.04% |
| CITY OF CINCINNATI OH | $444,172 | 0.04% |
| PORTLAND UTILITIES CONST. | $428,658 | 0.04% |
| SB GENERAL CONTRACTING, INC. | $424,016 | 0.04% |
| MCJUNKIN RED MAN CORPORATION | $423,964 | 0.04% |
| NORTHDALE CONSTRUCTION CO | $420,558 | 0.04% |
| QUENTZEL PLUMBING SUPPLY | $417,161 | 0.04% |
| ANATEK INC | $414,573 | 0.04% |
| GENERAL UTILTIY PIPE | $408,116 | 0.04% |
| CARVER & CARVER PLUMBING, | $407,795 | 0.04% |
| R.H. PRICE, INC. | $407,615 | 0.04% |
| W.L. HAILEY AND COMPANY, | $405,349 | 0.04% |
| PETE & STEVE CONT. & ENG. | $400,840 | 0.04% |
| MURRAY SUPPLY COMPANY | $398,027 | 0.04% |
| MILLER CONTRACTORS, INC. | $385,652 | 0.04% |
| F.A . WILHELM CONSTRUCTION  CO INC | $385,206 | 0.04% |
| METRO TEX FABRICATORS INC | $381,805 | 0.04% |
| Underground Utilities, Inc. | $375,064 | 0.04% |
| CONSOLIDATED SUPPLY | $368,772 | 0.04% |
| PROPST CONSTRUCTION CO. INC. | $368,424 | 0.04% |
| CITY OF DALTON | $359,004 | 0.04% |
| A.E. SHULL CONTRACTOR | $357,217 | 0.04% |
| CIVIL CONSTRUCTOR, INC. | $354,543 | 0.04% |
| RIC-MAN INTERNATIONAL | $353,230 | 0.03% |
| C.H. KIRKPATRICK & SONS W | $353,217 | 0.03% |
| DAVE O'MARA | $352,543 | 0.03% |
| CITY OF BIRMINGHAM | $352,425 | 0.03% |
| J. DERENZO CO. | $351,666 | 0.03% |
| Smith Jan R. Constuction Company | $340,288 | 0.03% |
| Seravalli Construction Co. | $327,471 | 0.03% |
| H.R.P. CONSTRUCTION, INC. | $325,459 | 0.03% |
| FAMCON PIPE AND SUPPLY | $322,554 | 0.03% |
| BECHTEL POWER CORP | $320,727 | 0.03% |
| THALLE CONSTRUCTION CO. | $320,087 | 0.03% |
| LARKIN CONTRACTING, INC. | $318,119 | 0.03% |
| C.D. ROBERTS CONTRACTING | $317,514 | 0.03% |
| Wilson & Sons Inc. W. F. | $315,599 | 0.03% |
| EAGLE EXCAVATION, INC. | $313,099 | 0.03% |
| SHEA J. F. COMPANY INC. | $309,428 | 0.03% |
| R.H. MOORE CO., INC. | $307,155 | 0.03% |
| Unique Plbg. Company | $305,904 | 0.03% |

| Customer | Total | Pct. |
|---|---|---|
| D'AMBRA CONSTRUCTION CO. | $303,805 | 0.03% |
| GLF CONSTRUCTION CORP | $303,566 | 0.03% |
| DIXIE UTILITY SUPPLY CO. | $302,010 | 0.03% |
| G. P.'S ENTERPRISES, INC. | $301,954 | 0.03% |
| Westmoreland County Mun. Auth. | $300,461 | 0.03% |
| DELANEY CONSTRUCTION CORP | $298,217 | 0.03% |
| TRUCKEE MEADOWS WATER AUTHORITY | $292,350 | 0.03% |
| CATERINA SUPPLY INC. | $291,263 | 0.03% |
| Trax Co. Inc. | $281,859 | 0.03% |
| CARDINAL MECHANICAL | $279,868 | 0.03% |
| Titan Pipe & Supply Co., Inc. | $278,486 | 0.03% |
| KIMMINS CONTRACTING CORP. | $277,087 | 0.03% |
| CITY OF KANSAS CITY MO | $272,128 | 0.03% |
| HISCO, INC. | $270,037 | 0.03% |
| Selge Construction Company | $268,316 | 0.03% |
| PAVILION DRAINAGE SUPPLY CO.,INC. | $266,823 | 0.03% |
| STEAMBOAT SKI RESORT | $266,790 | 0.03% |
| COASTAL PLUMBING SUPPLY CO., INC | $265,307 | 0.03% |
| Walsh Contracting Corp. | $263,473 | 0.03% |
| TRIUMPH CONSTRUCTION CORP. | $259,633 | 0.03% |
| JERLOW CONSTRUCTION CO. | $256,552 | 0.03% |
| DEIG BROS. LUMBER & CONST | $255,243 | 0.03% |
| MID COAST PIPE & SUPPLY, | $252,465 | 0.02% |
| WEAVER, LLC | $247,571 | 0.02% |
| L.W., INC | $244,716 | 0.02% |
| JAMES T. O'HARA, INC. | $244,247 | 0.02% |
| FED CORP. | $242,643 | 0.02% |
| CITY OF GAINESVILLE GA | $240,042 | 0.02% |
| CITY OF ST LOUIS MO | $237,904 | 0.02% |
| CITY OF WINSTON-SALEM NC | $235,033 | 0.02% |
| TOM GIOIOSO | $234,375 | 0.02% |
| RUSSO BROTHERS, INC. | $233,587 | 0.02% |
| CITY OF TUSCALOOSA AL | $231,973 | 0.02% |
| G.L. HOWARD, INC. | $229,382 | 0.02% |
| UTILITY PIPE SALES CO., INC | $227,147 | 0.02% |
| PIRTANO CONSTRUCTION CO., | $224,408 | 0.02% |
| SOVEREIGN ENTERPRISES | $223,884 | 0.02% |
| P.J. HAYES, INC. | $220,945 | 0.02% |
| MCLAUGHLIN BROS. CONTR. C | $219,538 | 0.02% |
| VAIL RESORTS MANAGEMENT COMPANY | $217,533 | 0.02% |
| GILMOUR SUPPLY CO., INC. | $217,304 | 0.02% |
| GRIFFIN PIPE PRODUCTS | $217,183 | 0.02% |
| FLUOR-LANE LLC | $216,077 | 0.02% |
| 101 VERTICAL FABRICATION, INC. | $215,745 | 0.02% |
| R & B COMPANY | $213,196 | 0.02% |
| MUNICIPAL UTILITIES BD OF ALBERTVIL | $212,455 | 0.02% |

| Customer | Total | Pct. |
|---|---|---|
| MCDADE WATERWORKS, INC. | $211,473 | 0.02% |
| DEICHMAN EXCAVATING CO., | $211,411 | 0.02% |
| UTILITY SYSTEMS CONSTRUCTION INC | $208,978 | 0.02% |
| AIRD DORRANCE | $207,593 | 0.02% |
| KENNY CONSTRUCTION CO. | $205,758 | 0.02% |
| AIKEN GRADING COMPANY | $203,761 | 0.02% |
| PO BOYS PLUMBING, INC. | $202,918 | 0.02% |
| AMERICAN EXCAVATING CORP. | $202,812 | 0.02% |
| Underground Pipe And Valve  Inc. | $198,669 | 0.02% |
| D & M CONTRACTING, INC. | $197,739 | 0.02% |
| DECISION DISTRIBUTION | $197,569 | 0.02% |
| ENEBAK CONSTR. CO. | $195,216 | 0.02% |
| A.R. BUTLER CONST. CO. | $194,937 | 0.02% |
| DAHME MECHANICAL | $194,735 | 0.02% |
| COMMONWEALTH CONSTRUCTION | $190,897 | 0.02% |
| HOULE, INC., C.W. | $189,518 | 0.02% |
| MCCUEN COMPANY INC | $189,327 | 0.02% |
| SNOW MACHINES INC. | $188,155 | 0.02% |
| GIANNETTI CONTRACTING | $187,550 | 0.02% |
| CUSTOM PIPE & COUPLING | $185,583 | 0.02% |
| CASH SALES | $183,539 | 0.02% |
| Sedam Contracting Corp. | $182,971 | 0.02% |
| GROVE CONSTRUCTION INC. | $180,335 | 0.02% |
| CRESCENT & SPRAGUE SUPPLY CO. | $180,258 | 0.02% |
| SAEG ENGINEERING GROUP LLC | $177,390 | 0.02% |
| CITY OF BURBANK CA | $171,916 | 0.02% |
| LANIER MUNICIPAL SUPPLY CO | $171,381 | 0.02% |
| GHAREEB NINO AND PARTNERS CO | $166,038 | 0.02% |
| F.P. KANE CONSTRUCTION INC | $165,403 | 0.02% |
| TECHNOALPIN USA | $165,250 | 0.02% |
| C.I. THORNBURG CO., INC. | $164,916 | 0.02% |
| WESTERN NEVADA SUPPLY CO. | $162,660 | 0.02% |
| PETRONGOLO CONTRACTING | $161,457 | 0.02% |
| ADHAN PIPING COMPANY | $157,693 | 0.02% |
| MEMPHIS LIGHT,GAS & WATER | $157,624 | 0.02% |
| BLENHEIM CONSTRUCTION | $154,535 | 0.02% |
| BRICCO EXCAVATING INC | $154,457 | 0.02% |
| Superior Water Co.  Inc. | $152,195 | 0.02% |
| CANYON SPRINGS ENTERPRISES | $151,300 | 0.01% |
| DANA KEPNER CO. | $148,092 | 0.01% |
| JACKSON ENERGY AUTHORITY | $145,865 | 0.01% |
| VMS Construction | $145,462 | 0.01% |
| PIPE CONNECTION | $142,767 | 0.01% |
| CIMSCO, INC. | $141,739 | 0.01% |
| Utility Systems Of America  Inc. | $141,119 | 0.01% |
| SHAW CONSTRUCTION, CORP. | $140,726 | 0.01% |

| Customer | Total | Pct. |
|---|---|---|
| WM. SCHLOSSER, INC. | $139,694 | 0.01% |
| EAGLE VALLEY, INC. | $135,205 | 0.01% |
| MOORE & SONS SITE CONTRACTORS INC. | $135,125 | 0.01% |
| HOGAN CONTRACTING CORP. | $133,261 | 0.01% |
| G.E. FRISCO CO., INC. | $131,419 | 0.01% |
| ELLIJAY-GILMER COUNTY W&S | $127,775 | 0.01% |
| L G S PLUMBING INC. | $125,452 | 0.01% |
| BEDFORD PARK, VILLAGE OF | $124,293 | 0.01% |
| GSC Atlanta, INC | $123,591 | 0.01% |
| GATLIN PLUMBING & HEATING | $123,239 | 0.01% |
| GREENVILLE WATER WORKS | $120,375 | 0.01% |
| Stillwell Enterprises  Inc. | $120,113 | 0.01% |
| VALCO S.A. | $119,804 | 0.01% |
| HOBSON CONSTRUCTION CO. | $118,301 | 0.01% |
| CITY OF HOLLYWOOD FL | $117,169 | 0.01% |
| KENKO UTILITY SUPPLY | $117,041 | 0.01% |
| D.S. EAKINS CONST. CORP. | $116,696 | 0.01% |
| ALL-TEX PIPE & SUPPLY | $110,546 | 0.01% |
| DESERT PIPELINE INC. | $110,502 | 0.01% |
| CPF UNDERGROUND UTILITIES | $109,138 | 0.01% |
| IPMM SA DE CV | $108,369 | 0.01% |
| VANDERBURGH & CO INC | $105,381 | 0.01% |
| ISI HAWAII WATER SOLUTION | $103,542 | 0.01% |
| ASPEN SKIING CO. LLC | $102,851 | 0.01% |
| INSUL-PIPE SYSTEMS | $96,478 | 0.01% |
| SPRINGFIELD W&S COMMISSION | $94,420 | 0.01% |
| ISCO INDUSTRIES, LLC | $94,187 | 0.01% |
| Woszczak Mechanical Contractors Inc. | $92,686 | 0.01% |
| M&M CONTRACTING OF JASPER | $91,990 | 0.01% |
| Scott And Ritter  Inc. | $90,840 | 0.01% |
| NORTH WALES WATER AUTHORITY | $90,800 | 0.01% |
| DEER CREEK FLANGE PIPE CO INC | $90,245 | 0.01% |
| CITY OF TRUSSVILLE AL | $88,045 | 0.01% |
| LEWIS-SMITH PLUMBING | $85,880 | 0.01% |
| CONTRACK INTERNATIONAL | $84,620 | 0.01% |
| Sigma Corporation | $84,409 | 0.01% |
| GREENLAND CONSTRUCTION | $84,206 | 0.01% |
| DUPRIEST CONSTRUCTION CO INC | $84,095 | 0.01% |
| SWEENEY EXCAVATION, INC. | $83,825 | 0.01% |
| SCOCO SUPPLY, INC. | $82,045 | 0.01% |
| G.E. KLOOS MATERIAL CO. | $82,042 | 0.01% |
| CHICAGO UNITED INDUSTRIES LTD | $79,982 | 0.01% |
| WINTER SPORTS INC. | $79,836 | 0.01% |
| REVOLI CONSTRUCTION CO. | $78,440 | 0.01% |
| AMERICAN UNDERGROUND SUPPLY | $78,028 | 0.01% |
| VAN KIRK SAND & GRAVEL, INC. | $78,011 | 0.01% |

| Customer | Total | Pct. |
|---|---|---|
| HIXSON UTILITY DISTRICT | $76,183 | 0.01% |
| PARISI, CO. | $75,553 | 0.01% |
| WHITETAIL MOUNTAIN OPERATING CORP | $74,417 | 0.01% |
| B C & D ASSOCIATES, INC. | $73,657 | 0.01% |
| GRANITE WATER WORKS | $72,565 | 0.01% |
| K C ASSOCIATES | $72,258 | 0.01% |
| TOBIN BROS.,  INC. | $71,641 | 0.01% |
| PALM BEACH ATLANTIC UNIVERSITY | $70,445 | 0.01% |
| MIDCO SUPPLY | $70,207 | 0.01% |
| GENERAL PIPING INC | $70,099 | 0.01% |
| Rockdale Pipeline Inc. | $69,697 | 0.01% |
| CITY OF SPRINGFIELD MO | $68,473 | 0.01% |
| CARSON & ROBERTS SITE CONST. & ENG. | $65,242 | 0.01% |
| STEVENSON SUPPLY CO. | $63,611 | 0.01% |
| IAP, INC. | $62,414 | 0.01% |
| RED MAN PIPE & SUPPLY CO. | $61,632 | 0.01% |
| ELLIS CONTRACTING | $61,504 | 0.01% |
| W. ROGERS COMPANY | $61,061 | 0.01% |
| Shirley Contracting Corp. | $59,268 | 0.01% |
| DREIER & MALLER, INC. | $59,186 | 0.01% |
| BEXAR METROPOLITAN WATER | $57,198 | 0.01% |
| CMC SUPPLY INC. | $57,035 | 0.01% |
| CARR CONTRACTING INC | $56,686 | 0.01% |
| CROSS CONSTRUCTION, INC. | $56,129 | 0.01% |
| JONES GENERAL CONTRACTING LLC | $55,678 | 0.01% |
| KIEFT BROTHERS,INC. | $53,203 | 0.01% |
| OLYMPIC STEEL INC | $52,890 | 0.01% |
| BURLINGTON COUNTY | $48,604 | 0.00% |
| KENTUCKY STEEL & UTILITY | $48,351 | 0.00% |
| DAVIDSON GROUP | $47,610 | 0.00% |
| TOM WILLIAMS & ASSOCIATES | $47,596 | 0.00% |
| Southern California Pipeline | $45,436 | 0.00% |
| LAUREL CONSTR. CO., INC. | $45,143 | 0.00% |
| CITY OF LEBANON PA | $44,252 | 0.00% |
| CHERRY BROTHERS CONTR. CO | $43,721 | 0.00% |
| BOYS CONTRACTING LLC | $42,463 | 0.00% |
| CITY OF HAMMOND IN | $42,456 | 0.00% |
| FULTON COUNTY PUBLIC | $42,377 | 0.00% |
| CITY OF CHARLESTON SC | $41,595 | 0.00% |
| WILLIAMS PLUMBING & HEATING, INC. | $41,320 | 0.00% |
| FERRELL PAVING, INC. | $40,759 | 0.00% |
| SUPERIOR SALES,INC. | $40,324 | 0.00% |
| J & H CONSTRUCTION CO. | $38,979 | 0.00% |
| BENMARK SUPPLY CO., INC. | $38,950 | 0.00% |
| ELMORE COUNTY BOARD OF ED | $38,905 | 0.00% |
| MUNICIPAL SUPPLY | $38,361 | 0.00% |

| Customer | Total | Pct. |
|---|---|---|
| WATERWORK SPECIALTIES, INC. | $37,846 | 0.00% |
| POTOMAC VALLEY INDUSTRIAL SUPPLY | $37,382 | 0.00% |
| E.J. PRESCOTT | $37,333 | 0.00% |
| VELLANO BROTHERS INC | $36,589 | 0.00% |
| HOLBROOK PLASTIC PIPE SUP | $35,780 | 0.00% |
| PRECAST CONCRETE SALES CO | $34,848 | 0.00% |
| SITE UTILITY CONSTRUCTION INC | $34,847 | 0.00% |
| DELTA CONSTRUCTORS, INC. | $34,782 | 0.00% |
| PACIFIC PIPELINE SUPPLY | $34,550 | 0.00% |
| MORRIS AND COMPANY, INC. | $34,183 | 0.00% |
| J. DESIGIO CONSTRUCTION, | $33,001 | 0.00% |
| BALI CONSTRUCTION, INC. | $32,830 | 0.00% |
| PERRY & FECK, LLC | $32,800 | 0.00% |
| MARC KRESMERY CONSTRUCTION LLC | $32,492 | 0.00% |
| CITY OF PALM COAST FL | $31,076 | 0.00% |
| DANELLA COMPANIES, INC. | $31,062 | 0.00% |
| J.C. SMITH INC. | $30,697 | 0.00% |
| CUSTOM FAB, INC. | $30,549 | 0.00% |
| Scott Contractor Inc. | $30,190 | 0.00% |
| BRUCE SUPPLY CORP. | $30,023 | 0.00% |
| ALSTERDA CARTAGE & CONSTR | $29,861 | 0.00% |
| NORTH PENN WATER AUTHORITY | $29,380 | 0.00% |
| SUMMIT PIPE & SUPPLY CO., INC. | $29,216 | 0.00% |
| ETNA SUPPLY | $28,939 | 0.00% |
| CAJUN CONSTRUCTORS, INC. | $28,557 | 0.00% |
| STAR PIPE PRODUCTS | $28,399 | 0.00% |
| ANYTHING METAL DIST & FAB | $27,608 | 0.00% |
| MECCON INDUSTRIES, INC. | $27,461 | 0.00% |
| WASHINGTON SUBURBAN SANITARY CO. | $27,458 | 0.00% |
| EMCO, LTD. WATERWORKS | $27,409 | 0.00% |
| NEWMONT MINING CORPORATION | $27,008 | 0.00% |
| CUTTER DRILL | $26,701 | 0.00% |
| T.N. Walker, INC | $26,693 | 0.00% |
| ACT PIPE & SUPPLY, INC. | $26,613 | 0.00% |
| PIEDMONT PIPE SUPPLY LLC | $26,560 | 0.00% |
| DAVID MANCINI & SONS | $25,822 | 0.00% |
| MECHANICAL PIPE & SUPPLY | $25,320 | 0.00% |
| CRAWFORD GRADING & PIPELINE | $25,045 | 0.00% |
| PROFESSIONAL PIPELINE CON | $24,733 | 0.00% |
| AIRY'S INC. | $24,642 | 0.00% |
| CITY OF STEAMBOAT SPRINGS CO | $24,158 | 0.00% |
| PUTNAM | $24,049 | 0.00% |
| CADDICK CONSTRUCTION CO, INC. | $23,829 | 0.00% |
| ALPHA SPECIALTY SUPPLY INC. | $23,489 | 0.00% |
| Stevens Contractors Inc. | $22,697 | 0.00% |
| NASSAU CLAY PRODUCTS, INC | $22,292 | 0.00% |

| Customer | Total | Pct. |
|---|---|---|
| S & J Supply Company | $20,777 | 0.00% |
| SRS INC | $20,747 | 0.00% |
| AJL CORPORATION | $20,585 | 0.00% |
| R C FOSTER CORPORATION | $20,374 | 0.00% |
| Schuylkill County Municipal Authority | $20,208 | 0.00% |
| VARGAS MECHANICAL INC | $19,659 | 0.00% |
| Sully-Miller Contracting Co. | $19,197 | 0.00% |
| LABOV PLBG, & HTG. SUPPLY INC | $19,168 | 0.00% |
| DOBSON BROTHERS CONSTRUCT | $18,845 | 0.00% |
| CONTRACT MANAGEMENT INC. | $18,767 | 0.00% |
| SUPERIOR PRODUCTS DIST, INC. | $18,719 | 0.00% |
| MIDWEST PIPE SUPPLY, INC. | $18,404 | 0.00% |
| U.S. CONSTRUCTION SUPPLY CORP. | $18,291 | 0.00% |
| MTH PLUMBING SUPPLY | $17,923 | 0.00% |
| AMERIPIPE SUPPLY, INC. | $17,447 | 0.00% |
| JACKSON COUNTY PUBLIC WATER | $17,162 | 0.00% |
| CITY OF ATLANTA GA | $16,690 | 0.00% |
| JIM WALTER RESOURCES | $16,592 | 0.00% |
| P.K.F. - MARK III, INC. | $16,418 | 0.00% |
| D & E CONSTRUCTION CO., INC. | $16,377 | 0.00% |
| ENGINEERED FLUID, INC. | $16,017 | 0.00% |
| PERINI CORPORATION | $15,799 | 0.00% |
| S & K AIR POWER | $15,673 | 0.00% |
| DEBEX INC. | $15,525 | 0.00% |
| KIHO USA INC. | $15,514 | 0.00% |
| CAMPANELLI ASSOCIATES CON | $15,505 | 0.00% |
| COAST PIPE SUPPLY | $15,467 | 0.00% |
| CIRKO ENGINEERING INT'L, | $14,988 | 0.00% |
| NORTH FAYETTE CO. MUNICIPAL AUTH. | $13,973 | 0.00% |
| METRO VALVE & PIPE CO. | $13,873 | 0.00% |
| MORRISTOWN WATER SYSTEM | $13,248 | 0.00% |
| EDDIE WILSON CONSTRUCTION, INC. | $13,178 | 0.00% |
| INDEPENDENT WATER WORKS | $13,107 | 0.00% |
| THERMAL PIPE SYSTEMS | $13,025 | 0.00% |
| HARRINGTON MECHANICAL LTD | $13,020 | 0.00% |
| CITY OF BESSEMER AL | $12,778 | 0.00% |
| ESI CONTRACTING CORP. | $12,682 | 0.00% |
| RONDOUT CONSTRUCTORS JV | $12,591 | 0.00% |
| VIKING SUPPLY, INC. | $12,275 | 0.00% |
| AARON J. CONNER, INC. | $12,138 | 0.00% |
| K 2 CONSTRUCTION | $11,870 | 0.00% |
| SHANK / BALFOUR | $11,839 | 0.00% |
| C & M PIPE AND SUPPLY CO. | $11,737 | 0.00% |
| FEENEY CORPORATION | $11,371 | 0.00% |
| I. W. SALES, INC | $10,848 | 0.00% |
| ULLIMAN SCHUTTE CONSTRUCTION LLC | $10,706 | 0.00% |

| Customer | Total | Pct. |
|---|---|---|
| NORMAN PLUMBING SUPPLY CO | $10,412 | 0.00% |
| DEKAYO CONSTRUCTION | $10,281 | 0.00% |
| E. KUSER, INC. | $10,020 | 0.00% |
| EAGLE VETERAN CONSTRUCTION SERVICES | $9,230 | 0.00% |
| Southern Sales & Services Co. Inc. | $8,981 | 0.00% |
| CITY OF ATHENS AL | $8,515 | 0.00% |
| PLASTIC WHOLESALE | $8,437 | 0.00% |
| PIONEER CONSTRUCTION CO., INC | $8,248 | 0.00% |
| BUSINESS PROMOTION CONSUL | $8,204 | 0.00% |
| T & K CONSTRUCTION LLC | $7,978 | 0.00% |
| West County Wastewater District | $7,867 | 0.00% |
| Wallace And Ferguson General Contractor | $7,767 | 0.00% |
| HUBBELL MECHANICAL SUPPLY | $7,350 | 0.00% |
| A.O. REED & CO. | $6,515 | 0.00% |
| TEC UTILITY SUPPLY INC | $6,315 | 0.00% |
| AMERICAN PIPE & SUPPLY CO | $6,183 | 0.00% |
| EXETER SUPPLY COMPANY | $6,102 | 0.00% |
| United Pipe & Supply Co.  Inc. | $6,089 | 0.00% |
| HBH SOLUTIONS, LLC | $5,975 | 0.00% |
| GARNEY CONSTRUCTION CO. | $5,457 | 0.00% |
| JCC CONSTRUCTION CORP | $5,321 | 0.00% |
| NORTHERN KENTUCKY WATER | $5,216 | 0.00% |
| Wendler Inc. John M. | $5,155 | 0.00% |
| INNOFAB USA | $5,013 | 0.00% |
| MID-AMERICAN WATER, INC. | $4,553 | 0.00% |
| INDUSTRIAL SERVICES INC | $4,457 | 0.00% |
| Stevens Co. Inc. T.E. | $4,424 | 0.00% |
| COBB COUNTY WATER & SEWER | $4,227 | 0.00% |
| CITY OF ERIE PA | $4,052 | 0.00% |
| CERAMIC FIBER TECHNOLOGY | $3,554 | 0.00% |
| CITY OF HARRISONBURG VA | $3,512 | 0.00% |
| CASPER COLOSIMO & SONS | $3,183 | 0.00% |
| CITY OF PORTLAND OR | $2,724 | 0.00% |
| CITY OF ROCHESTER NY | $2,685 | 0.00% |
| GERARD PACKING & BELTING | $2,528 | 0.00% |
| LASER CONSTRUCTION, INC. | $2,484 | 0.00% |
| POWER DYNAMICS | $2,254 | 0.00% |
| DOMINGUEZ GENERAL ENG. | $2,144 | 0.00% |
| MUNICIPAL WATER WORKS SUPPLY LP | $2,081 | 0.00% |
| CUMBERLAND VALLEY CONSTRUCTORS INC | $2,069 | 0.00% |
| CIMMARON INTERNATIONAL CORP | $2,012 | 0.00% |
| South Walton Utility Company | $2,006 | 0.00% |
| S.J.W.D. WATER DISTRICT | $1,979 | 0.00% |
| ATLANTIC SUPPLY & EQUIPMENT | $1,946 | 0.00% |
| HUNTSVILLE UTILITIES | $1,907 | 0.00% |
| BRENT MATERIAL COMPANY | $1,870 | 0.00% |

| Customer | Total | Pct. |
|---|---|---|
| WESTERN VIRGINIA WATER AUTHORITY | $1,843 | 0.00% |
| RANGER PIPELINES, INC. | $1,535 | 0.00% |
| J.W. D'ANGELO COMPANY | $1,135 | 0.00% |
| Industrial Threaded Products INC | $868 | 0.00% |
| R J UNDERGROUND, INC. | $716 | 0.00% |
| CONEWAGO ENTERPRISES, INC | $668 | 0.00% |
| SOUTHWEST PLUMBING SUPPLY | $306 | 0.00% |
| F.W. SPENCER & SON, INC | $267 | 0.00% |
| NATCHEZ WATER WORKS | $261 | 0.00% |
| PLUMBERS SUPPLY CO., INC. | $206 | 0.00% |
| PLANT & FLANGED EQUIPMENT | $188 | 0.00% |
| KURVERS INC | $113 | 0.00% |
| VAL-MATIC VALVE & MFG. CO. | $106 | 0.00% |
| FOX & HEARN, INC. | $106 | 0.00% |
| C. WELLS PIPELINE (CORONA, CA) | $105 | 0.00% |
| PRO FASTENING SYSTEMS INC | $101 | 0.00% |
| COBURN SUPPLY COMPANY | $78 | 0.00% |
| PVF Industrial Supply Inc | $71 | 0.00% |
| LUDLOW CONSTRUCTION CO. | $60 | 0.00% |
| PIPING SUPPLY CO INC | $45 | 0.00% |
| LANE CONSTRUCTION CORP. | $44 | 0.00% |
| Sales Promotion | $16 | 0.00% |
| STEPHEN DORECK EQUIPMENT | $5 | 0.00% |
| OKLAHOMA CITY WATER UTILITIES TRUST | $0 | 0.00% |
| APOLLO TRENCHLESS, INC. | $0 | 0.00% |
| AUSTIN ENGINEERING COMPANY | -$176 | 0.00% |
| SPECIALIZED PIPING SYSTEMS | -$308 | 0.00% |
| 4 M TRENCHING, INC. | -$520 | 0.00% |
| J & M INC. | -$1,778 | 0.00% |
| ADAMS WATER & SEWER SUPPLY, INC. | -$46,940 | 0.00% |