# Exhibit 6

# Devine, Brian P.

| | |
|---|---|
| **From:** | Jason Russell <jrussell@dhecc.com> |
| **Sent:** | Thursday, October 04, 2018 9:31 AM |
| **To:** | Devine, Brian P. |
| **Cc:** | Willis, Jeff; Tisa Adkins |
| **Subject:** | RE: Mueller Water Products, Inc. (100243047) |

Thank you, Brian.  I have notified the Moratoria Team.

**From:** Devine, Brian P. <BDevine@rh-law.com>
**Sent:** Wednesday, October 03, 2018 4:17 PM
**To:** Jason Russell <jrussell@dhecc.com>
**Cc:** Willis, Jeff <JWillis@rh-law.com>
**Subject:** Mueller Water Products, Inc. (100243047)

Jason,

I wanted to let you know that we uploaded the attached letter to the portal on Monday regarding the designation of claim 254194 for moratoria losses review. Can you please let the moratoria losses review team know that this is available? It is Doc ID 20991298.

Thanks,
Brian


**Brian P. Devine**
**Litigation Support Manager**
**ROGERS & HARDIN LLP**
**2700 International Tower | 229 Peachtree Street NE | Atlanta, GA 30303**
**T: 404.494.1412 | F: 404.230.1005 | Email: bdevine@rh-law.com**



--------------------------------------------------------------------------------

This message and any attachments are intended for the use of the addressee(s) only and may be confidential and covered by the attorney/client and other privileges. If the reader is not the intended recipient, DO NOT READ, notify sender and delete this message. In addition, be aware that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited.