# Exhibit 7

## Devine, Brian P.

| | |
|---|---|
| **From:** | Jason Russell <jrussell@dhecc.com> |
| **Sent:** | Monday, October 08, 2018 11:49 AM |
| **To:** | Devine, Brian P. |
| **Cc:** | Willis, Jeff |
| **Subject:** | DWH - Unresolved Moratoria Claims Outreach - 10.8.18 - |
| **Attachments:** | Order Regarding Remaining Claims in the Economic and Property Damages Settlement that Are Subject to Moratoria Hold.pdf |

Brian,

On 10/3/18, the Court entered the attached Order, providing that any Claimant (i) who has received a notice from the Settlement Program that his, her, or its claim is subject to a "Moratoria Hold" and (ii) that claim has not been resolved to date is excluded from the Deepwater Horizon Economic and Property Damages Settlement and, instead, may proceed with its claim in litigation before the Court by compliance with the terms of the Order. We have uploaded a copy of the Order to your claimant file and are closing your claim based on the Court's ruling that it is excluded.

If you wish to litigate your claim, follow the instructions outlined in the Order, including filing an individual complaint and Sworn Statement that complies with the requirements of Pretrial Order No. 60 (Rec. Doc. 16050) by no later than November 16, 2018.

Thank you,
Jason
**Jason Russell**
**BROWNGREER PLC**
Law Firm Contact
250 Rocketts Way
Richmond, Virginia  23231
Telephone: (804) 214-2839 Ext. 5416
Facsimile:  (804) 521-7299

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*