UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | Civil Action No. 2:10-MD-02179<br><br>SECTION J(2) |
| Applies to:<br>Civil Action No. 2:12-cv-00740 | | |
| LAWSON ENVIRONMENTAL SERVICES, LLC | * | |
| VERSUS | * * | JUDGE BARBIER |
| BP EXPLORATION AND PRODUCTION SERVICES | * | MAGISTRATE JUDGE WILKINSON |
| ************************************* | | |

# MOTION FOR LEAVE TO FILE RESPONSE TO SHOW CAUSE AFTER DEADLINE

Plaintiff, Lawson Environmental Services, LLC, through the undersigned attorneys, make this unopposed motion for leave to file out of time their Response to PTO 66 Rule to Show Cause. This motion is Plaintiff's first such motion. The grounds for the motion are as follows:

1. On April 9, 2018, this Honorable Court issued PTO No. 66, which required all plaintiffs compliant with PTO No. 63 to submit a Particularized Statement of Claim to counsel for BP and the Plaintiff's Steering Committee ("PSC").

2. Pursuant to the PTO No. 66 and before the deadline imposed by the Court, Plaintiff sent it Particularized Statement of Claim ("PTO-66 Statement") to counsel for BP and Plaintiff's Steering Committee.

3. According the submitted Exhibit 4 to this Court's Order, BP deemed Plaintiff's pleadings non-compliant with PTO No. 66 based solely on Plaintiff as failed to have responded to the damage question.

4. Plaintiff, by this Court's Order, was required to file its submission by October 11, 2018.

5. Through the inadvertence of counsel and a mistake in the calendaring of the deadline, Plaintiff failed to file its Response by the October 11, 2018.

6. Plaintiff's counsel realized the mistake on October 12, 2018 and promptly filed the Response at Document #25052.  Plaintiff's counsel then contacted this Court's staff who suggested that a Motion for Leave to File Response should be filed on behalf of Plaintiff.

7. Granting this motion will not cause undue prejudice or harm to the parties' rights or interests herein.  Plaintiff's counsel regrets any inconvenience to the Court as a result of this inadvertent omission.

For a the foregoing reasons, Plaintiff requests this Court grant leave to file the attached Response to PTO 66 Rule to Show Cause out of time.

## RELIEF REQUESTED

1. Plaintiff's motion should be and hereby is GRANTED.

2. Plaintiff may file its Response to PTO 66 Rule to Show Cause out of time.

Respectfully submitted,

**DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS**

*/s/ Kathryn W. Richard*
**KATHRYN W. RICHARD (# 26486)**
**101 Wilson Avenue**
**P.O. Box 3017**
**Houma, Louisiana  70361**
**Telephone:  (985) 876-6410**