UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | | Civil Action No. 2:10-MD-02179 |
| "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | |
| | * | SECTION J(2) |
| Applies to: Civil Action No. 2:12-cv-00740 | | |
| LAWSON ENVIRONMENTAL SERVICES, LLC | | |
| | * | |
| VERSUS | * | JUDGE BARBIER |
| | * | |
| BP EXPLORATION AND PRODUCTION SERVICES | * | MAGISTRATE JUDGE WILKINSON |
| ************************************* | | |

## ORDER

The foregoing Motion and premises considered,

**IT IS ORDERED** that Lawson Environmental Services, LLC's Motion for Leave to File Response to Show Cause after Deadline is GRANTED.

**IT IS FURTHER ORDERED** that Lawson Environmental Service, LLC be allowed to file its Response to PTO 66 Rule to Show Cause.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
**UNITED STATES DISTRICT JUDGE**