UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2010 | 2:18-cv-02626-CJB-JCW MDL 2179 |
| In regard to: Shane Maddox Bruce V Great Britain, BP plc, et al | JUDGE CARL J BARBIER MAG. JUDGE WILKINSON |

## MOTION TO AMEND AMOUNT CLAIMED

In section III paragraph 5 of the Civil Complaint, the liabilities of the Defendants sued for by the Plaintiff is listed as $5,793,433.00 after the quintuple multiplication of the liabilities due to J.A.S.T.A. [Justice Against Sponsor of Terrorism Act], but that those Defendants also falsified information and claims in defense there is also a Treble Liability the F.C.A. and those extra penalties multiply each other, the liabilities of the defendant in this action face a 15 times multiplier.

As the standing Complaint asks the court to calculate multipliers to apportion the liabilities, this motion is the place a Second Amended Complaint and/or accept the Courts modification comparable to these amounts to remedy and reconcile to a fuller extent of the Law. Plaintiff asks that the amount listed and claimed in B3 packets and forms also now reflect the both the multipliers of J.A.S.T.A. and F.C.A. multiplying total sought at least three times in seeking Judgement for this.

Shane Maddox Bruce
313 W. Prospect St.
LaFollette, TN 37766

*Certificate of Service:* I hereby certify that by the 9th of October 2018, a true copy of the document has been sent by First Class Mail to 3 parties:

| U.S. Court Eastern Louisiana Honorable Carl J. Barbier 500 Poydras Street, Room C-256 New Orleans, LA 70130 | Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 | Stephen J. Herman MDL 2179 Committee 820 O'Keefe Avenue New Orleans, LA 70133 |
|---|---|---|

Fee ___
Process ___
X  Dktd ___
CtRmDep ___
Doc. No. ___

Shane Bruce
343 W. Prospect St
LaFollette TN 37766

70130-336136

U.S. Court Eastern Louisiana
Honorable Carl B. Barbier
500 Poydras Street, Room C-256
New Orleans, LA 70130

KNOXVILLE TN 377
09 OCT 2018 PM 4 L