IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIST OF

LOUISIANA



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    CCT 1 1 2018

WILLIAM W. BLEVINS
CLERK

IN RE; OIL SPILL BY THE OIL RIG          MDL, 2179

DEEPWATER HORIZON IN THE GULF          SECTION; J[2]

OF MEXICO, ON APRIL 20,2010          JUDGE BARBIER

THIS DOCUMENT RELATES TO          MAG,JUDGE WILKINSON

REMAINING CASES IN THE B3

PLEADING BUNDLE

-------------------------------------------------------------------------------------------

QUEEN ESTHER COMMERCIAL FISHING                              PLAINTIFF

VERSE          CASE NO,16-15255    -16-15255

B,P,OIL SPILL                              DEFENDANT

-------------------------------------------------------------------------------------------

## MOTION

MOTION TO SHOW CAUSE RE; COMPLANCE WIHT PTO,66 AND PTO,63, IN THE

IN THE INTEREST OF JUSTICE, INVOLVED, SHOULD NOT, BE, DISMISSED,

COME, NOW THE PLAINTIFF RICHARD MCBRIDE ,WILL SHOW THIS HONORABLE,COURT,

IN GOOD FAITH BELIEVED THAT PLAINTIFF HAVE COMPLIED WITH THE REQUIREMENT

OF PTO,66 AND PTO,63, B--3 CLAIMS , PLAINTIFF IS A MEMBER OF OLD CLASS AND

TENDERED FOR FILING

OCT 1 1 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

MEMBER NEW CLASS , HAVE MULTIDISTRICT FILE LITIGATIONTO COURT,

SEPARATE PLEADING FOR DIFFERENT CATEGORIES OF CLAIMS LAWSUIT INDIVIDUAL

COMPLAINT,UNDER THE MORATORIA HOLD OPT,OUT ORDER,AND SWORN
STATEMENTS, I HAVE NOT, RELEASED MY CLAIM. GENERAL MARITIME LAWSUE CLAIMS

PROPERTLY DAMAGECLAIM'S, OIL POLLUTION ACT OF 1990[OPA] 33 U, S, C, 2701,

CONTRACT CLAIM'S, PERSONANL INJURY MEDICAL CLAIM'S,

1

NOTED, MUST BE NOTED THE PLAINTIFF DON'T HAVE ELECTRONICE, FILING WITH
COURT, ONLY, BY PAPER; PLAINTIFF HAVE NOT RECEIVED FROM B,P,OIL SPILL, ANY,

SUBMISSIONS  BY, THEY , COUNSEL FOR B,P, NO REPLY, ACCORDINGLY TO THE EXTENT

THAT PLAINTIFF IS NOT' INCOMPLIANT WITH PTO 66 AND 63,  BP SUBMITTED IN
CAMERA TO COURT;REPORTS ON THOSE WHO THEY SAY, DID NOT COMPLY WITH PTO
66AND 63, OR CLAIMS ADMINISTRATOR , THE PLAINTIFF, REQUEST THAT  THIS
HONORABLE, COURT PLEASE , ORDER B,P, OIL SPILL. AND COUNSEL, CLAIMS
ADMINISTRATOR ;PLEASE MAIL,A COPY OF ALL SUBMISSONS; TO

THE PLAINTIFF AT; 4318 DONOVAN, STREET MOSS POINT
,MISSISSIPPI, 39563, PLEASE; 1-228-369-5534.

2

THIS HONORABLE ; COURT DID FINE THE PLAINTIFF INCOMPLY
WITH PTO 63,ON ABOUT APRIL 12, 2017. THE PLAINTIFF IS NOT
REPRESENTED BY , AN ATTORNEY; THE PLAINTIFF WILL FULL
PROSECUT,THIS CASE IN COURT OF LAW, TO FILE IT'S OBJECTIONS
AND RESPONSES , AS CONTEMPLATED IN THE COMPLIANCE
ORDER; TO ANY  B, P, MATERIALLY DEFICIENT, BELIEVES
IDENTIFIED REASONS, B, P, OIL SPILL, WRONGFUL DENIAL MY
CLAIMS,

DATE 10/9/2018

2

Qee4 Esthel Commee-Tte
/O Rico, M≤Brib
4318 Donvvne S
Moss pout ms 3956?

QUEEN ESTHER COMMERCIAL FISHING

4318DONOVAN ST, MOSS POINT MS,39563

1--228--369--5534

3

## CERTIFICATE OF SERVICE

I QUEEN ESTHER COMMERCIAL FISHING HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED;

A TRUE AND CORRED COPY TO THE DEFENDANTS OF ORDER;66 TO SHOW CAUSE RE;

COMPLIANCE WITH PTO,66

THIS THE ------9------ DAY OF ------OCT------, 2018.

U,S, DISTRICT COURT FOR THE                    B,P,OIL SPILL, COUNSEL;

EASTERN DISTRICT OF LOUISANA                ATTN; J, ANDREW LANGAN

500 POYDRAS STREET                                 KIRKLAND, ELLIS,LLP

NEW ORLEANS,LA 70130                           300 NORTH LASALLE ST,

                                                              SUITE 2400

                                                              CHICAGO IL, 60654

QUEEN ESTHER COMMERIAL FISHING

4318 DONOVAN ST ,

MOSS POINT, 39563

1 228 369 5534

1

Queen Esther Commercial
c/o Rico Mebrd
4218 Donovan St
Moss Point MS 39563

GULFPORT MS 395
09 OCT 2018 PM 2 T

To Clerk

To U.S. District court
for The Eastern District of
Louisiana 500 poydras St
New Orleans la 70130