U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 11 2018
WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIST OF LOUISIANA

IN RE; OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20,2010

THIS DOCUMENT RELATES TO REMAINING CASES IN THE B3 PLEADING BUNDLE

MDL, 2179
SECTION; J[2]
JUDGE BARBIER
MAG,JUDGE WILKINSON

---

RICO MCBRIDE PLAINTIFF

VERSE CASE NO,16--CV-15255

B,P,OIL SPILL DEFENDANT

---

# MOTION

MOTION TO SHOW CAUSE RE; COMPLANCE WIHT PTO,66 AND PTO,63, IN THE IN THE INTEREST OF JUSTICE, INVOLVED, SHOULD NOT, BE, DISMISSED,

COME, NOW THE PLAINTIFF RICHARD MCBRIDE ,WILL SHOW THIS HONORABLE,COURT, IN GOOD FAITH BELIEVED THAT PLAINTIFF HAVE COMPLIED WITH THE REQUIREMENT OF PTO,66 AND PTO,63, B--3 CLAIMS , PLAINTIFF IS A MEMBER OF OLD CLASS AND

TENDERED FOR FILING
OCT 11 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

MEMBER NEW CLASS , HAVE MULTIDISTRICT FILE LITIGATIONTO COURT,

SEPARATE PLEADING FOR DIFFERENT CATEGORIES OF CLAIMS LAWSUIT INDIVIDUAL

COMPLAINT,UNDER THE MORATORIA HOLD OPT,OUT ORDER,AND SWORN STATEMENTS, I HAVE NOT, RELEASED MY CLAIM. GENERAL MARITIME LAWSUE CLAIMS

PROPERTLY DAMAGECLAIM'S, OIL POLLUTION ACT OF 1990[OPA] 33 U, S, C, 2701,

CONTRACT CLAIM'S, PERSONANL INJURY MEDICAL CLAIM'S,

1

NOTED, MUST BE NOTED THE PLAINTIFF DON'T HAVE ELECTRONICE, FILING WITH COURT, ONLY, BY PAPER; PLAINTIFF HAVE NOT RECEIVED FROM B,P,OIL SPILL, ANY,

SUBMISSIONS BY, THEY , COUNSEL FOR B,P, NO REPLY, ACCORDINGLY TO THE EXTENT

THAT PLAINTIFF IS NOT' INCOMPLIANT WITH PTO 66 AND 63, BP SUBMITTED IN CAMERA TO COURT;REPORTS ON THOSE WHO THEY SAY, DID NOT COMPLY WITH PTO 66AND 63, OR CLAIMS ADMINISTRATOR , THE PLAINTIFF, REQUEST THAT THIS HONORABLE, COURT PLEASE , ORDER B,P, OIL SPILL. AND COUNSEL, CLAIMS ADMINISTRATOR ;PLEASE MAIL,A COPY OF ALL SUBMISSONS; TO

THE PLAINTIFF AT; 4318 DONOVAN, STREET MOSS POINT ,MISSISSIPPI, 39563, PLEASE; 1-228-369-5534.

2

THIS HONORABLE ; COURT DID FINE THE PLAINTIFF INCOMPLY WITH PTO 63,ON ABOUT APRIL 12, 2017. THE PLAINTIFF IS NOT REPRESENTED BY , AN ATTORNEY; THE PLAINTIFF WILL FULL PROSECUT,THIS CASE IN COURT OF LAW, TO FILE IT'S OBJECTIONS AND RESPONSES , AS CONTEMPLATED IN THE COMPLIANCE ORDER; TO ANY B, P, MATERIALLY DEFICIENT, BELIEVES IDENTIFIED REASONS, B, P, OIL SPILL, WRONGFUL DENIAL MY CLAIMS,

Rico O McBride

RICO, O , MCBRIDE

4318 DONOVAN ST, MOSS POINT MS, 39563

1--228--369--5534

10/9/2018

## CERTIFICATE OF SERVICE

I RICO MCBRIDE HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF ORDER;66 TO SHOW CAUSE RE;

COMPLIANCE WITH PTO,66

THIS THE -------9----- DAY OF -----------Oct-----, 2018.

U,S, DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISANA
500 POYDRAS STREET
NEW ORLEANS,LA 70130

B,P,OIL SPILL, COUNSEL;
ATTN; J, ANDREW LANGAN
KIRKLAND, ELLIS,LLP
300 NORTH LASALLE ST,
SUITE 2400
CHICAGO IL, 60654

Rico O McBride

RICO MCBRIDE
4318 DONOVAN STREET,
MOSS POINT, 39563
1--228--369--5534

**EXHIBIT A**

***In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010***
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Rico O. McBride / The Queen Esther commercial Fishing Company

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 6517 Fredrick St.
   Address Line 2: 4318 Donovan St.
   City: Moss Point State: MS Zip: 39563
2. Telephone number: 228-627-0242
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: None
4. Date and Place of Birth: 05-15-1991 Pascagoula, MS
5. Male X Female ____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 6517 Fredrick St Moss Point, MS 39563 | 10-2012 Present |
| 3405 Chicago Ave Pascagoula, MS 39581 | 05-2009 – 10-2012 |
| 4318 Donovan St. Moss Point, MS 39563 | 05-1991 – 05-2009 still an acurtied address |
| 6619 Gregory St. Moss Point MS 39563 | 2006-2008 |

7. Employment Information:

A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Southern Hospitality Events & Rentals | Fairhope, AL | April-2, 2018 Present | Warehouse / Driver |
| McBride Trucking Co. | 6517 Fredrick St, Moss Point, MS 39563 | 10-2016 present | Owner Operator |
| Pizza Hut | 6528 Hwy 63 Moss Point, MS 39563 | 11-14/05-2016 | Delivery Driver |
| Star Tex Resources | 4205 Beasley Rd. Gautier, MS 39553 | 05-2013 - 02-2015 | helper |
| The Queen Esther Commercial Fishing | 6619 Gregory St. Moss Point, MS 39563 | 2008 - 2011 | Owner/captain |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No X If "*Yes,*" when were you out of work and why? ______

## B. THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes X No____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

### 1. Cleanup Workers

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____ Offshore_____ Both X

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes X No_____

12. Did you handle hazardous materials as part of your cleanup work?

Yes X No_____

13. Please set forth the following information about your cleanup work:

A. Your employer(s): Ashland Services, McGrath Systems, T.L. Wallace, Yates Construction, and VoO Program, the Queen Esther commercial Fishing

B. Your supervisor(s) at the employer(s) identified in Question No. 13(A): Thomas Whalen, Jeffrey, Bo, Sandy, Myself Rico McBride

C. A description of the work performed for employer(s) identified in Question No. 13(A): Work on Shore, Inland, setting out oil booms, Cleaning oil booms, Collecting oil tar balls.

D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): 05-2010 - 07-2012. Ship Island, Cat Island, Petit Bois Island, Pascagoula Point & Beach, Ocean Springs Beach, Biloxi Beach, Gulfport Beach, Waveland beach, Longbeach beach, Dauphin Island, River Road Point Cadet Biloxi, MS.

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): The Queen Esther, Bosarge Boats and vessels, Dupont Campground, Canal Rd. Campground.

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): United States Environmental Services, Vessels of opportunity

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes X No____

15. Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes X No____

16. List all address(es) at which you resided in 2010: 4318 Donovan St. 6619 Gregory St. Moss Point, MS 39563 3405 Chicago Ave. Pascagoula, MS 39581

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

X Bodily injury from exposure to oil and/or dispersants

X Bodily injury other than from exposure to oil and/or dispersants

X A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

## D. EXPOSURE CLAIMS

18. Were you exposed to oil, dispersants, or both?

Oil_____ Dispersants_____ Both X

19. How were you exposed? (*Check all that apply*)

A. Inhalation Yes X No_____

B. Dermal (skin) contact Yes X No_____

C. Ingestion Yes_____ No_____

D. Other (please describe): Depression, Mental

20. What was the date(s) of your exposure?

Day: 20 Month: May Year: 2010 - 07-2012

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

I was exposed to oil and dispersants numerous of times during the working time of the oil spill clean up and VOO Program.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

Petit Bois Island, Cat Island, Ship Island, pascagoula point and Beach. All Gulf coast beaches during the working Period 05-2010 - 07-2012.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

more than 10 hours - 16 hours a day during working hours.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: Working on the beaches, Petit Bois Island, Ship Island, Cat Island. Running nose, Red eyes, Itchy skin, Chest pains, Itchy throat, Head Ache, Short of Breath.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes X No______

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

Jeffrey don't ~~remember~~ remember dates
Thomas Whalen don't remember dates
Sandy don't Remember dates

**E. NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

A. The nature of your injury: hip, Leg, Red eyes, Chest pains Itchy skin, Itchy throat, Depression, Mental

B. The date(s) of your injury: October 2010

C. The location(s) of your injury: Pascagoula, MS

D. The work that you were performing when you sustained your injury: oil spill Clean up and Dupont Campground, Cleaning booms and Picking up tar balls.

E. Identify any individual(s) who witnessed your injury: Co workers of Ashland Services, Yates Construction, T. L. wallace, McGrath systems.

28. Describe in as much detail as possible the circumstance(s) of your injury: Inhale of oil and tar balls, Chest pains, Red eyes, and Itchy skin. Walking the beaches and Islands stepping on things.

**F. INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: Inhake of oil and tar balls. chest pains; Red eyes, and Itchy skin. head ache and Short of breathe

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

Inhake and contact of picking up tar balls oil, and oil dooms. Cleaning and decon Stations

31. On what date did you first report or seek treatment for your injury or illness: 2010 Barely Can Remember dates

32. On what date was your injury first diagnosed: 2010 Barely Can Remember dates

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Singing River Hospital | 2809 Denny Ave, Pascagoula, MS 39581 |
| | |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Singing River Hospital | 2809 Denny Ave. Pascagoula, MS 39581 |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _______ No __X__. If "*Yes*,"

A. When? ______________________________

B. Who diagnosed the injury (or condition) at that time? ______________________________

______________________________

______________________________

C. Who treated the injury (or condition) at that time? ______________________________

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

Yes _____ No __X__. If "*Yes*,"

A. What date did you first experience such injury or condition? ______________________________

B. What injury (or condition) was made worse? ______________________________

______________________________

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Singing River Hospital | 2809 Denny Ave. Pascagoula, MS 39581 |
| The Coastal Family ~~Coast~~ Health Center | 4770 Amoco Dr. Moss Point, MS 39563 |
| Dr. Ross | 4770 Amoco Dr, Moss point, MS 39563 |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes X but Loss them No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Doctor Bills

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____ No X

If "Yes":

A. From whom did you receive this compensation or reimbursement?_____

B. When did you receive this compensation or reimbursement?__________

C. What was the amount of the compensation or reimbursement?__________

## G. CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

Yes X No______

42. Was the contract that you claim was breached made as part of the VoO Program?

Yes X No______

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

55204

44. Describe how the contract was breached: Contract was breached to work the oil spill with my boat/vessel. Look at Master Vessel Charter Agreement.

45. *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

May 2010 June 2010, July 2010 was placed on hire.

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

July 27, 2010 was placed off-hire

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: damaged 2 boat motors. So ended up buying a new boat for the amount of $50,000 look at Master Vessel Charter Agreement

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

Bp Should help replaced the damages which ending me up to buying a new boat for $ 50,000 Look at Master Vessel Charter Agreement.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: April 19, 2018

Location (City and State): Moss Point, MS

[signature]
Signature of Plaintiff*

***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

Rico McBride
Print Name

Owner/ Captain
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than <u>Monday, July 9, 2018</u>, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |
|---|---|



## EIN Assistant

Your Progress: 1. Identity 2. Authenticate 3. Addresses 4. Details 5. EIN Confirmation

### Summary of your information

Please review the information you are about to submit. If any of the information below is incorrect, you will need to start a new application.

Click the "Submit" button at the bottom of the page to receive your EIN.

**Organization Type: Sole Proprietor**

**Sole Proprietor Information**

| | |
|---|---|
| Legal name: | RICO O MCBRIDE SR |
| Trade name/Doing business as: | QUEEN ESTHER COMMERCIAL FISHING |
| County: | JACKSON |
| State/Territory: | MS |
| Start date: | MAY 2009 |

**Addresses**

| | |
|---|---|
| Physical Location: | 4318 DONOVAN ST<br>MOSS POINT MS 39563 |
| Phone Number: | 228-285-1399 |

**Responsible Party**

| | |
|---|---|
| Name: | RICO O MCBRIDE SR |
| SSN/ITIN: | XXX-XX-6589 |

**Employee Information**

| | |
|---|---|
| Date wages or annuities will be paid: | MAY 2009 |
| Number of agricultural employees: | 4 |
| Number of household employees: | 1 |
| Number of other employees: | 1 |
| Tax Liability of $1000 or less during calendar year: | NO |

**Principal Business Activity**

| | |
|---|---|
| What your business/organization does: | FOOD SERVICE |
| Principal products/services: | SALE SEAFOOD |

**Additional Sole Proprietor Information**

| | |
|---|---|
| Owns a 55,000 pounds or greater highway motor vehicle: | YES |
| Involves gambling/wagering: | NO |
| Involves alcohol, tobacco or firearms: | NO |

Contract No: MOB 5 ____

MASTER VESSEL CHARTER AGREEMENT

This Master Vessel Charter Agreement (hereinafter referred to as CHARTER) is made effective as of 05/07, 2010 by and between BP America Production Company (hereinafter referred to as CHARTERER), and Rico McBride hereafter referred to as VESSEL OWNER).

**ARTICLE 1. TERM OF CHARTER**

A. Subject to the availability (as mutually agreed upon between CHARTERER and VESSEL OWNER) of the vessel described in Exhibit "A" (hereinafter referred to as VESSEL), VESSEL OWNER agrees to let and CHARTERER agrees to hire the VESSEL from time to time as may be requested by CHARTERER. VESSEL OWNER shall deliver or otherwise make available the VESSEL to CHARTERER and place the VESSEL at CHARTERER'S disposal at a mutually agreed location,. The term of the CHARTER shall commence on the date of the departure of the Vessel from the mutually agreed location of delivery into the service of Charterer, and shall be referred to as the "CHARTER TERM." CHARTERER may terminate the CHARTER at any time and the CHARTER TERM will terminate as set out in Paragraph B of this Article 1.

B. The VESSEL shall be delivered at the commencement of the CHARTER TERM, fully tanked with fuel, hydraulic fluid, lubricated, manned, provisioned and ready in all respects to perform SERVICES as required by this CHARTER. The VESSEL shall be redelivered to VESSEL OWNER at the close of each CHARTER TERM to the original point of delivery by CHARTERER, as determined by off-hire dispatch notification, unless VESSEL OWNER elects not to return directly to the point of dispatch, in which case, the CHARTER TERM shall cease immediately upon such election.

**ARTICLE 2. EMPLOYMENT AND SERVICES OF VESSEL**

A. During each CHARTER TERM, the VESSEL shall be employed exclusively for CHARTERER'S use as a vessel of opportunity in the carriage of CHARTERER'S employees, contractors, business invitees, equipment and provisions and in the performance of various tasks associated with oil spill response and containment efforts as directed by CHARTERER (hereinafter referred to as SERVICES). Such SERVICES shall include, but not be limited to, tending or deploying boom and skimming equipment, skimming operations, recovering oiled debris, collecting garbage, assistance with wildlife operations and towing equipment. The VESSEL shall be required to attend training, participate in training exercises and drill to receive the necessary oil spill clean up credentials as appropriate to develop skills and procedures for oil spill response and containment. The VESSEL shall be available and at CHARTERER'S disposal for operation twenty-four (24) hours per day. The VESSEL shall not be used for any purpose other than performance of SERVICES during the CHARTER TERM.

B. The whole reach of the VESSEL's deck and accommodation spaces shall be at CHARTERER's disposal, reserving only proper and sufficient space for VESSEL OWNER's crew.

**ARTICLE 3. PERFORMANCE OF VOYAGES**

During the employment under this CHARTER, the VESSEL OWNER or its designated master shall perform all voyages without delay. VESSEL OWNER or its designated master shall load, stow, and trim the VESSEL. The decision to proceed on a trip in the face of adverse or changing weather or sea conditions shall be the sole decision of the VESSEL OWNER or the designated master.

**ARTICLE 4. OPERATION IN COMPLIANCE WITH LAW**

A. VESSEL OWNER warrants (i) that it has the right to CHARTER the VESSEL to CHARTERER, (ii) that the VESSEL is entitled to perform the SERVICES under all applicable law (including having all endorsements on its documentation that may be required to perform the SERVICES in accordance with applicable law)

# TRAINING RECORD

For: Vessels of Opportunity

Company / Owner (Person to be paid): Rico, O McBride

DATE: 6-20-10

Address: 4318 Donavan St

Vessel Name: Queen Esther

City, State, Zip Code: Moss point Mississippi

BP Contract #: 55204

Phone Number: 228-285-1399

Training Class: Holly wood Casino

FAX (if applicable): 228-990-5137

Traning Location: Bay Saint Louis Mississippi

EMAIL: Rico tha Cover @ Yahoo.com

| CREW MEMBER NAME - Please PRINT | Crew Member Signature | Address | Phone Number w/area code |
|---|---|---|---|
| Rico, O McBride | Rico O McB | 4318 Donavan St Moss point MS 39562 | 228-285-1399 228-990-5137 |
| | | | |
| | | | |
| | | | |
| | | | |

Must be completed, signed and submitted with invoice.
Email with invoice to: voo@danos.com
Fax with invoice to: 985-693-4698
Mail with invoice to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

money order payable to Mississippi Dept. of Wildlife, Fisheries, and Parks

**REGISTRATION VALID FOR THREE (3) YEARS**

# REGISTRATION APPLICATION

Fees Effective January 1, 2010

FOR FASTER SERVICE RENEW AT:

Any license agent location • Call 1-800-5GO-HUNT 24 hours a day • MDWFP.COM

☒ New Application
☐ Transfer
☐ Renewal
☐ Duplicate

| | | | |
|---|---|---|---|
| Less than 16 feet | $10.20 | 40 feet and over | $47.70 |
| 16 to less than 26 | $25.20 | Dealer number | $40.20 |
| 26 feet to less than 40 (circled) | $47.70 | Duplicate | $7.70 |

Present Registration Number on Boat:

• ALL SHADED AREAS **MUST** BE COMPLETED • SEE BACK FOR INSTRUCTIONS •

| First Name | Middle | Last |
|---|---|---|
| Rico | O'Neal | McBride |

| Mailing Address | City | State | Zip Code | County |
|---|---|---|---|---|
| [illegible] Donovan St | Moss Point | MS | [illegible] | Jackson |

| Date of Birth | Driver's License # | DL State | Social Security # | Home Phone |
|---|---|---|---|---|
| [illegible] | [illegible] | MS | [illegible] | [illegible] |

| Other Phone | Previous Owner | Email Address |
|---|---|---|
| | Rickie Coleman | |

ALL BOATS **MUST** HAVE A HULL IDENTIFICATION OR SERIAL NUMBER; If not, boat must be inspected. Please call your local District Office for additional information.

* SIGNATURE REQUIRED *

SIGN HERE: Rico McBride
Signature Certifies Ownership — Date

| Boats Built Prior To Nov. 1, 1972 MUST Give Serial Number: | Boats Built After Nov. 1, 1972 MUST Give 12 Digit Hull ID Number |
|---|---|
| | FGRVD377D787 |

| LENGTH | Feet | Inches | Year Boat Built | Make of Boat |
|---|---|---|---|---|
| | 27 | 0 | 1987 | Chaparral |

| HULL MATERIAL | BOAT USE | PROPULSION | FUEL TYPE | TYPE OF BOAT |
|---|---|---|---|---|
| 1. ☒ Fiberglass | 1. ☐ Personal Pleasure | 1. ☐ Outboard | 1. ☒ Gasoline | 1. ☐ Open 7. ☐ [illegible] |
| 2. ☐ Aluminum | 2. ☐ Rental/Lease | 2. ☒ Inboard/Outboard | 2. ☐ Diesel | 2. ☒ Cabin Powered 8. ☐ House Boat |
| 3. ☐ Wood | 3. ☒ Commercial Fishing | 3. ☐ Inboard | 3. ☐ Other | 3. ☐ Auxiliary 9. ☐ [illegible] |
| 4. ☐ Steel | 4. ☐ Other | 4. ☐ Other | 4. ☐ Electric | 4. ☐ Sail Boat 10. ☐ Air Boat |
| 5. ☐ Other | 5. ☐ Commercial Pleasure | 5. ☐ Sail | | 5. ☐ Jet Boat 11. ☐ Other |
| 6. ☐ Inflatable | 6. ☐ Dealer | 6. ☐ Jet | | 6. ☐ Canoe 12. ☐ [illegible] |
| | 7. ☐ Agency | | | |

Saltwater Fishing: ☒ Yes ☐ No    U.S. Citizenship: ☒ Yes ☐ No

| Co-Owner | First Name | Middle Initial | Last Name | Date of Birth | Social Security or DL Number |
|---|---|---|---|---|---|
| | None | | | | |

• OPTIONAL • OUTBOARD MOTOR & TRAILER INFORMATION • OPTIONAL •

| Motor 1 (Serial Number) | Motor 1 (Manufacturer) | Horse Power | Motor 2 (Serial Number) | Motor 2 (Manufacturer) | Horse Power |
|---|---|---|---|---|---|
| OB650255 | Mercuruier | 165 | OB680254 | Mercuruier | 165 |

Trailer Serial Number: 1PHFAJWA7H1000059

**NOTICE: Proof of Mississippi Sales Tax to accompany all new and used boats bought from an out of state or in state dealer along with dealer's invoice. A copy of a notarized or witnessed bill of sale must accompany all applications if boat is purchased from an individual. If this boat has been registered in your name in another state, please send a copy of that registration in lieu of a bill of sale.**

Model # 25T5360 - Trailer






Name of the Company (Person to be Paid) Rico McBride
Address 4318 Donovan Street
City, State, Zip Code Moss Point, MS 39563

Invoice 55204

Bill to:

Invoice Number: 9

Danos & Curole Staffing, LLC

Invoice Date: June 7, 2010

P.O. Box 1460

Larose, La 70373

Description

Name of Vessel: Queen Esther, 27' chaparell Yacht sleeping quarters, 7 people, Refrigerator, stove, shower + toil

Daily Vessel Log #: 2010

Time period covering:

Beginning Date May 9, 2010

Ending Date May 25, 2010

Location

| | Quantity | Rate | Amount |
|---|---|---|---|
| Days | 17 | 1500 | 25,500 |
| Fuel | | | 400 |
| Crew | 3 | 200 | 10,200 |
| TOTAL EXPENSES | | | 36,100 |

Name of the Company (Person to be Paid) Rico O. McBride
Address 4318 Donovan ST.
City, State, Zip Code Moss Point, Ms. 39563

Invoice

Bill to:

Danos & Curole Staffing, LLC

P.O. Box 1460

Larose, La 70373

Invoice Number: 2

Invoice Date: 6-29-2010

Description

Name of Vessel: QUEEN ESTHER, 27' Chaparell Yacht Sleeping quarters, 7 people, Refrigerator, Stove, Shower, & toilet, Fresh Water

Daily Vessel Log #: 2010

Time period covering:

Beginning Date 6-14-2010

Ending Date 6-27-2010

Location

| | Quantity | Rate | Amount |
|---|---|---|---|
| Days | 14 | 1200 | 16,800.00 |
| Fuel | | | 400.00 |
| Crew | 2 | 200 | 5,600.00 |
| TOTAL EXPENSES | | | $22,800.00 |



Name of the Company (Person to be Paid) Rico McBride
Address 4318 Donovan St.
City, State, Zip Code Moss Point, Ms. 39563

Invoice $5204

Invoice Number: 3

Bill to:

Invoice Date: 7-13-2010

Danos & Curole Staffing, LLC

P.O. Box 1460

Larose, La 70373

Description

Name of Vessel: Queen Esther, 27' Chaparell Yacht Sleeping quarters, 7 people, Refrigerator, Stove, Shower, + toilet.

Daily Vessel Log #: 2010

Time period covering:

Beginning Date 6-28-2010

Ending Date 7-12-2010

Location

| | Quantity | Rate | Amount |
|---|---|---|---|
| Days | 14 | 1200 | 16,800.00 |
| Fuel | | | 400.00 |
| Crew | 2 | 400 | 5600.00 |
| TOTAL EXPENSES | | | 22,800.00 |

Name of the Company (Person to be Paid) Rico McBride
Address 4318 Donovan ST.
City, State, Zip Code Moss PoinT, Ms. 39563

Invoice 55204

Invoice Number: 4

Invoice Date: 7-27-2010

Bill to:

Danos & Curole Staffing, LLC

P.O. Box 1460

Larose, La 70373

Description

Name of Vessel: Queen Esther 27' Chaparell Yacht sleeping quarters, 7 people, Refrigerator, Stove, Shower, & toilet.

Daily Vessel Log #: 2010

Time period covering:

Beginning Date 7-12-2010

Ending Date 7-25-2010

Location

| | Quantity | Rate | Amount |
|---|---|---|---|
| Days | 14 | 1200 | 16,800.00 |
| Fuel | | | |
| Crew | 2 | 200 | 5,600.00 |
| TOTAL EXPENSES | | | $22,400.00 |

Name of the Company (Person to be Paid) Rico McBride
Address 4318 Donovan ST.
City, State, Zip Code Moss Point, Ms. 39563

Invoice 55204

Bill to: Invoice Number: 5

Danos & Curole Staffing, LLC Invoice Date: 11-21-2010

P.O. Box 1460

Larose, La 70373

Description

Name of Vessel: Queen Esther, 27' Chaparell Yacht Sleeping quarters, 7 people, Refrigerator, stove, Shower & toilet.

Daily Vessel Log #: 2010

Time period covering:

Beginning Date 11-21-2010

Ending Date 11-21-2010

Location

| | Quantity | Rate | Amount |
|---|---|---|---|
| Days | 1 | 1200 | 1200 |
| Fuel | | | |
| Crew | 2 | 200 | 400 |
| TOTAL EXPENSES | | | 1600 |

Maybe (from Lee)

1 Rents $ | 2 Royalties $ | 3 Other Income $
4 Federal Income Tax $ | 5 Fishing Boat Proceeds $ | 6 Medical and Health Care Payments $

PAYER'S name, street address, state, ZIP code, and telephone number
DANOS & CUROLE STAFFING LLC
P.O. BOX 1460
13083 HWY 308
LAROSE LA 70373 -1460
(985) 693-5873

PAYER'S federal identification number: 06-1686194
RECIPIENT'S identification number: 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
Account Number

RECIPIENT'S name, street address, city, state, and ZIP code
RICO MCBRIDE
4318 DONOVAN STREET
MOSS POINT MS 39563

7 Nonemployee compensation $ 73600.00 | 8 Substitute payments in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale
10 Crop Insurance proceeds $ | 11 | 12
13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $
15a Section 409A deferrals $ | 15b Section 409A income $
16 State tax withheld $ $ | 17 State/Payer's state no. MS / / | 18 State income $ $

2010 Form 1099-MISC To be filed with recipient's federal income tax return when required.

1 Rents $ | 2 Royalties $ | 3 Other Income $
4 Federal Income Tax $ | 5 Fishing Boat Proceeds $ | 6 Medical and Health Care Payments $

PAYER'S name, street address, state, ZIP code, and telephone number
DANOS & CUROLE STAFFING LLC
P.O. BOX 1460
13083 HWY 308
LAROSE
LA 70373 -1460 (985) 693-5873

PAYER'S federal identification number: 06-1686194
RECIPIENT'S identification number: 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
Account Number

RECIPIENT'S name, street address, city, state, and ZIP code
RICO MCBRIDE
4318 DONOVAN STREET
MOSS POINT MS 39563

7 Nonemployee compensation $ 73600.00 | 8 Substitute payments in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale
10 Crop Insurance proceeds $ | 11 | 12
13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $
15a Section 409A deferrals $ | 15b Section 409A income $
16 State tax withheld $ $ | 17 State/Payer's state no. MS / / | 18 State income $ $

2010 Form 1099-MISC Copy 2 To be filed with recipient's state income tax return, when required.

1 Rents $ | 2 Royalties $ | 3 Other Income $
4 Federal Income Tax $ | 5 Fishing Boat Proceeds $ | 6 Medical and Health Care Payments $

PAYER'S federal identification number: 06-1686194
RECIPIENT'S identification number: 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
Account Number

PAYER'S name, street address, state, ZIP code, and telephone number
DANOS & CUROLE STAFFING LLC
P.O. BOX 1460
13083 HWY 308
LAROSE LA 70373-1460

(985) 693-5873

RECIPIENT'S name, street address, city, state, and ZIP code
RICO MCBRIDE
4318 DONOVAN STREET
MOSS POINT MS 39563

7 Nonemployee compensation $ 73600.00 | 8 Substitute payments in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale
10 Crop Insurance proceeds $ | 11 | 12
13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $
15a Section 409A deferrals $ | 15b Section 409A income $
16 State tax withheld $ $ | 17 State/Payer's state no. MS / / | 18 State income $ $

2010 Form 1099-MISC Copy B For Recipient

1 Rents $ | 2 Royalties $ | 3 Other Income $
4 Federal Income Tax $ | 5 Fishing Boat Proceeds $ | 6 Medical and Health Care Payments $

PAYER'S name, street address, state, ZIP code, and telephone number
DANOS & CUROLE STAFFING LLC
P.O. BOX 1460
13083 HWY 308
LAROSE LA 70373-1460
(985) 693-5873

PAYER'S federal identification number: 06-1686194
RECIPIENT'S identification number: 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
Account Number

7 Nonemployee compensation $ 73600.00 | 8 Substitute payments in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale

RECIPIENT'S name, street address, city, state, and ZIP code
RICO MCBRIDE
4318 DONOVAN STREET
MOSS POINT MS 39563

10 Crop Insurance proceeds $ | 11 | 12
13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $
15a Section 409A deferrals $ | 15b Section 409A income $
16 State tax withheld $ $ | 17 State/Payer's state no. MS / / | 18 State income $ $

2010 Form 1099-MISC Copy 2 To be filed with recipient's state income tax return, when required.

2657

4UPPERF* NTF 0488

[illegible] 330 [illegible] 1 OF 1 **AUTO**ALL FOR AADC 369
POWERHOUSE CHURCH OF GOD HOLY GHOST
4318 DONOVAN ST
MOSS POINT, MS 39563-3602

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>BP EXPLORATION & PRODUCTION CO.<br>150 WEST WARRENVILLE ROAD<br>#35304D<br>NAPERVILLE, IL 60563<br>(800) 284-2246 | 1 Rents<br>$ | 2 Royalties<br>$ | OMB No. 1545-0115<br>**2016**<br>Form 1099-MISC<br>**Miscellaneous Income** |
| | 3 Other income<br>$ 27,000.00 | 4 Federal income tax withheld<br>$ | |
| | 5 Fishing boat proceeds<br>$ | 6 Medical & health care payments<br>$ | |
| PAYER'S federal identification number: 34-1835527 / RECIPIENT'S identification number: 33-1020963 | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | **Copy B - For Recipient**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD HOLY GHOST<br>4318 DONOVAN ST<br>MOSS POINT, MS 39563-3602 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| | 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | Net Settlement |
| Account number (see instructions): 00546704 / FATCA filing requirement ☐ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC (keep for your records) www.irs.gov/form1099misc Department of the Treasury - Internal Revenue Service

## Instructions for Recipient - 1099-MISC (2016)

[illegible]

☐ CORRECTED (if checked)

[illegible] 1 Rents 2 Royalties OMB No. 1545-0115

GHOSTPOWER.C.O.RICHARD MCBRIDE
6619GREGORY ST.MOSS POINT.39563
P.O.BOX.5101
1.228.285.0051
501-C_3-CODE

| Field | Value |
|---|---|
| 2 Royalties | $ |
| Form 1099-MISC | 2010 |
| Miscellaneous Income | |
| 3 Other income | $ DONATION |
| 4 Federal income tax withheld | $ |
| PAYER'S federal identification number | 33-1020963 |
| RECIPIENT'S identification number | [illegible] |
| 5 Fishing boat proceeds | $ 52,000.00 |
| 6 Medical and health care payments | $ |
| RECIPIENT'S name | POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE |
| 7 Nonemployee compensation | $ |
| 8 Substitute payments in lieu of dividends or interest | $ |
| Street address (including apt. no.) | 4318DONOVAN ST.MOSS POINT.MS. |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | |
| 10 Crop insurance proceeds | $ |
| City, state, and ZIP code | 39563p.o.5101 |
| 11 | |
| 12 | |
| Account number (see instructions) | 501-c.3 code |
| 2nd TIN not. | ☐ |
| 13 Excess golden parachute payments | $ |
| 14 Gross proceeds paid to an attorney | $ |
| 15a Section 409A deferrals | $ |
| 15b Section 409A income | $ |
| 16 State tax withheld | $ $ |
| 17 State/Payer's state no. | |
| 18 State income | $ $ |

**Copy A For Internal Revenue Service Center**

File with Form 1096.

For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns.

Form 1099-MISC Cat. No. 14425J Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE813000

POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE
6619 GREGORY ST.MOSS POINT.39563
P.O.BOX5101
1-228-285-0051
501.C_3-CODE

1 Gross distribution $ 208.000.00

2a Taxable amount $DONATION

2009

Form 1099-R

Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

2b Taxable amount not determined ☐ Total distribution ☐

Copy A For Internal Revenue Service Center

File with Form 1096.

PAYER'S federal identification number: 33-1020963

RECIPIENT'S identification number:

3 Capital gain (included in box 2a) $

4 Federal income tax withheld $

RECIPIENT'S name
POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE

5 Employee contributions /Designated Roth contributions or insurance premiums $

6 Net unrealized appreciation in employer's securities $

For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G.

Street address (including apt. no.)
4318 DONOVAN ST. MOSS POINT.MS.

7 Distribution code(s)

IRA/ SEP/ SIMPLE ☐

8 Other $ %

City, state, and ZIP code
39563.P.O.BOX5101

9a Your percentage of total distribution %

9b Total employee contributions $

1st year of desig. Roth contrib.

10 State tax withheld $ $

11 State/Payer's state no.

12 State distribution $ $

Account number (see instructions)
501.C_3_CODE

13 Local tax withheld $ $

14 Name of locality

15 Local distribution $ $

Form 1099-R Cat. No. 14436Q Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

N.A.I.C.S._CODE_813000

P POWERHOUSE CHURCH OF GOD,HOLY
GHOSTPOWER.C.O.RICHARDMCBRIDE
6619 GREGORY ST.MOSS POINT.39563
P.O. BOX.5101
1-228-285-0051
501-C -3-CODE

$

2 Royalties

$

3 Other income

$DONATION

2008

Form 1099-MISC

Miscellaneous Income

4 Federal income tax withheld

$

Copy A
For
Internal Revenue
Service Center

File with Form 1096.

PAYER'S federal identification number

#33-1020963

RECIPIENT'S identification number

5 Fishing boat proceeds

$217.500.00

6 Medical and health care payments

$

RECIPIENT'S name

PoWERHOUSE CHURCH OF GOD.HOLY
GHOSTPOWER C.O. RICHARD MCBRIDE

7 Nonemployee compensation

$

8 Substitute payments in lieu of dividends or interest

$

For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Street address (including apt. no.)

$4318 DONOVAN ST.MOSS POINT.MS.

9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐

10 Crop insurance proceeds

$

City, state, and ZIP code

39563 p.o.BOX 5101

11

12

Account number (see instructions)

501-C -3 code

2nd TIN not. ☐

13 Excess golden parachute payments

$

14 Gross proceeds paid to an attorney

$

15a Section 409A deferrals

$

15b Section 409A income

$

16 State tax withheld

$

$

17 State/Payer's state no.

18 State income

$

$

Form 1099-MISC

Cat. No. 14425J

Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

N.A.I.C.S.__CODE-813000

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| POWERHOUSE CHURCH OF GOD,HOLY GHOSTPOWER,C?O RICHARD MCBRIDE 6619GREGORY MOSS POINT MS.39563 p,o,BOX5101, 1-228-285-0051 | $ | 2007 | |
| | 2 Royalties $ | Form 1099-MISC | |
| | 3 Other income $DONATION | 4 Federal income tax withheld $ | Copy B For Recipient |
| PAYER'S federal identification number 33-1020963 / RECIPIENT'S identification number | 5 Fishing boat proceeds $229,750.00 | 6 Medical and health care payments $ | |
| RECIPIENT'S name POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O. RICHARD MCBRIDE | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 4318 DONOVAN ST, MOSS POINT.MS | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code 39563, p.o. box 5101 | 11 | 12 | |
| Account number (see instructions) 1-228-285-0051 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ $ 501-c-3 / 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form 1099-MISC (keep for your records) Department of the Treasury - Internal Revenue Service

n N.A.I.C.S._CODE_*813000
a

| SWS-2 | Seafood Crew Compensation Plan Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, *attach additional pages, and they will be incorporated into this document.* Include your Claimant Number or Social Security number/employer identification number on all additional pages.

## A. CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| **Name:** | Last: McBride | First: Rico | Middle Initial: O |
| **Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** | 216CV15255 | | |
| **Address:** | Street: 6517 Fredrick St. | | |
| | City: Moss Point. | State: MS | Zip Code: 39563 |
| **Telephone Number:** | 228 627-0242 | | |
| **Social Security Number:** or **Individual Taxpayer Identification Number:** or **Employer Identification Number:** | SSN or ITIN: 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 | | |
| | EIN: 27-4753448 | | |

## B. EMPLOYMENT INFORMATION

Please include all Seafood Crew employment from 2010 in this section. For each employer, you must submit the following documentation of 2010 seafood crew employment: (1) W-2; (2) 1099; and/or (3) at least one pay check stub. Attach additional pages if you had more than two 2010 Seafood Crew employers.

| | | | |
|---|---|---|---|
| **Employer Name:** | Last Name or Full Name of Business: The Queen Esther Commercial Fishing | First: | Middle Initial: |
| **Employer Address:** | Street: 4318 Donovan St. | | |
| | City: Moss Point | State: MS | Zip Code: 39563 |
| **Employer Telephone Number:** | (228) 627-0242 | | |
| **Job Title/Description of Work:** | Owner / Captain | | |
| **2010 Dates of Work:** | went out of business on march 10, 2011 — 05/15/09 (Month/Day/Year) to Still Present owner 12/31/2010 (Month/Day/Year) | | |
| **Was your employment steady, seasonal, year-round, or intermittent?** | ☒ Steady ☐ Seasonal ☒ Year-Round ☐ Intermittent — Just didn't make Much Money due to the spill 2010 | | |
| **Vessel Name:** | The Queen Esther | | |
| **Vessel Home Port:** | The Point of Pascagoula | | |
| **Species Fished:** | Red Snappers, Speckers, Crabs, Shrimps, Flounders | | |

| | | | |
|---|---|---|---|
| **Employer Name:** | Last Name or Full Name of Business | First | Middle Initial |
| **Employer Address:** | Street | | |
| | City | State | Zip Code |
| **Employer Telephone Number:** | (   ) ___ - ____ | | |
| **Job Title/Description of Work:** | | | |
| **2010 Dates of Work:** | __/__/__ (Month/Day/Year) to __/__/__ (Month/Day/Year) | | |
| **Was your employment steady, seasonal, year-round, or intermittent?** | ☐ Steady ☐ Seasonal ☐ Year-Round ☐ Intermittent | | |
| **Vessel Name:** | | | |
| **Vessel Home Port:** | | | |
| **Species Fished:** | | | |

**C. SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| | | |
|---|---|---|
| **Date Signed:** | 03/13/2017 (Month/Day/Year) | [signature] Signature |
| | | Rico O. McBride Sr. Name (Printed or Typed) |



Fishery Closure Area=61854 mi² (160200 km²)
Approx. 26% of the Gulf of Mexico Federal Waters
Mississippi
Alabama
Louisiana
Mobile
Mobile Bay
Gulfport
Chandeleur Sound
New Orleans
Morgan City
Atchafalaya Bay
Apalachicola
Tampa
Florida
Naples
Key West
GULF of MEXICO
29°50'N 87°28'W
87°51'W @ State/Fed Water Line
29°50'N 87°51'W
29°27'N 86°31'W
28°48'N 87°00'W
27°55'N 84°46'W
27°35'N 88°14'W
27°35'N 91°20'20"W
91°20'20"W @State/Fed Water Line
26°48'N 86°20'W
86°16'W @Outer Federal Water Boundary
25°42'N 84°23'W
25°13'N @Outer Federal Water Boundary
200m
Fishery Closure Boundary as of 6pm Eastern Time 31 May 2010
DWH/BP Incident Location
Closure Points
Closure Area
Federal Water Boundary
0 30 60 120 180 240
Miles
N
S
E
W
92°0'W
91°0'W
90°0'W
89°0'W
88°0'W
87°0'W
86°0'W
85°0'W
84°0'W
83°0'W
82°0'W
81°0'W
80°0'W
31°0'N
30°0'N
29°0'N
28°0'N
27°0'N
26°0'N
25°0'N
24°0'N
Graveline Bayou East to Alabama
Queen Bess

# OIL SPILL INTAKE SHEET

Name: Rico O'NEAL McBride

Address: 4318 Donovan ST.

City: Moss Point County: Jackson State: Ms. Zip: 39563

Phone #: 228-285-1399 Cell #: 228-990-5137

Work #: ______ Pager: ______

E-mail: ______

Emergency Contact 1: Richard McBride 228-990-5137

Emergency Contact 2: Blondine M. McBride 228-285-1399

Date of Birth: 5-15-91 SSN: 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

Are you an U.S. Citizen? Yes

Do you have a Commercial Fishing License? Yes

Do you have a Recreational Saltwater Fishing License? Yes

If no, list the type of fishing license you have obtained: ______

When did you obtain your Recreational Saltwater Fishing License? ______

If you have obtained any other fishing license other than saltwater, please list the date obtained: ______

Was your Saltwater Fishing License current for the year of 2009 and 2010? ______

Are you a boat owner? Yes ✓ or No ______

Name of Boat: Queen Esther

Registration # of Boat: ______

Estimated Annual Income: ______

Are you an Employee on a boat? Yes ✓ or No ______

Name of Boat: Queen Esther

Registration # of Boat: ______

Dear all employees of The Queen Esther Commercial Fishing we are currently going out of business due to the BP oil spill from lack of sales of cash payments from seafood. We are going out of business on March 10,2011. We tried to make money during the months of January and Feburuay. Customers isn't buying so we isn't seeing any productions of the company growth.

[signature]

Owner

03-1-2011

Date

# Guide to Mississippi Saltwater Fishing

## Rules and Regulations

## 2009-2010

Mississippi Department of Marine Resources



Rico. O. McBride
4318 Donovan st
Moss point MS 39563
U.S. POSTAGE PAID
FCM LG ENV
MOSS POINT, MS
39563
OCT 09, 18
AMOUNT
$0.84
R2305H129344-03
1000
70130
USPS
C-151
To Clerk
U.S. District court for the Eastern District of Louisiana
500 Poydras street
New Orleans, LA 70130