IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIST OF

LOUISIANA

IN RE; OIL SPILL BY THE OIL RIG

DEEPWATER HORIZON IN THE GULF

OF MEXICO, ON APRIL 20,2010

THIS DOCUMENT RELATES TO

REMAINING CASES IN THE B3

PLEADING BUNDLE

MDL, 2179

SECTION; J[2]

JUDGE BARBIER

MAG,JUDGE WILKINSON

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 11 2018

WILLIAM W. BLEVINS
CLERK

-------------------------------------------------------------------------------------------------

RICHARD MCBRIDE                                    PLAINTIFF

VERSE              CASE NO,16--06635

B,P,OIL SPILL                                      DEFENDANT

-------------------------------------------------------------------------------------------------

# MOTION

MOTION TO SHOW CAUSE RE; COMPLANCE WIHT PTO,66 AND PTO,63, IN THE

IN THE INTEREST OF JUSTICE, INVOLVED, SHOULD NOT, BE, DISMISSED,


COME, NOW THE PLAINTIFF RICHARD MCBRIDE ,WILL SHOW THIS HONORABLE,COURT,

IN GOOD FAITH BELIEVED THAT PLAINTIFF HAVE COMPLIED WITH THE REQUIREMENT

OF PTO,66 AND PTO,63, B--3 CLAIMS , PLAINTIFF IS A MEMBER OF OLD CLASS AND
MEMBER NEW CLASS , HAVE MULTIDISTRICT FILE LITIGATIONTO COURT,

TENDERED FOR FILING

OCT 11 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1



___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

SEPARATE PLEADING FOR DIFFERENT CATEGORIES OF CLAIMS LAWSUIT INDIVIDUAL

COMPLAINT,UNDER THE MORATORIA HOLD OPT,OUT ORDER,AND SWORN
STATEMENTS, I HAVE NOT, RELEASED MY CLAIM. GENERAL MARITIME LAWSUE CLAIMS

PROPERTLY DAMAGECLAIM'S, OIL POLLUTION ACT OF 1990[OPA] 33 U, S, C, 2701,

CONTRACT CLAIM'S, PERSONANL INJURY MEDICAL CLAIM'S,

1

NOTED, MUST BE NOTED THE PLAINTIFF DON'T HAVE ELECTRONICE, FILING WITH
COURT, ONLY, BY PAPER; PLAINTIFF HAVE NOT RECEIVED FROM B,P,OIL SPILL, ANY,

SUBMISSIONS  BY, THEY , COUNSEL FOR B,P, NO REPLY, ACCORDINGLY TO THE EXTENT

THAT PLAINTIFF IS NOT' INCOMPLIANT WITH PTO 66 AND 63,  BP SUBMITTED IN
CAMERA TO COURT;REPORTS ON THOSE WHO THEY SAY, DID NOT COMPLY WITH PTO
66AND 63, OR CLAIMS ADMINISTRATOR , THE PLAINTIFF, REQUEST THAT  THIS
HONORABLE, COURT PLEASE , ORDER B,P, OIL SPILL. AND COUNSEL, CLAIMS
ADMINISTRATOR ;PLEASE MAIL,A COPY OF ALL SUBMISSONS; TO

THE PLAINTIFF AT; 4318 DONOVAN, STREET MOSS POINT
,MISSISSIPPI, 39563, PLEASE; 1-228-369-5534.

2

THIS HONORABLE ; COURT DID FINE THE PLAINTIFF INCOMPLY
WITH PTO 63,ON ABOUT APRIL 12, 2017. THE PLAINTIFF IS NOT
REPRESENTED BY , AN ATTORNEY; THE PLAINTIFF WILL FULL
PROSECUT,THIS CASE IN COURT OF LAW, TO FILE IT'S OBJECTIONS
AND RESPONSES , AS CONTEMPLATED IN THE COMPLIANCE
ORDER; TO ANY  B, P, MATERIALLY DEFICIENT, BELIEVES
IDENTIFIED REASONS, B, P, OIL SPILL, WRONGFUL DENIAL MY
CLAIMS,

DATE 10/9/2018 Richard MEBride

2

Richard MEBride
4318 Donovan St
Moss pout MS 39563

## CERTIFICATE OF SERVICE

I RICHARD MCBRIDE HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF ORDER;66 TO SHOW CAUSE RE;

COMPLIANCE WITH PTO,66

THIS THE ------9------ DAY OF ----October-------, 2018.

U,S, DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISANA

500 POYDRAS STREET

NEW ORLEANS,LA 70130

B,P, OIL SPILL COUNSEL

ATTN; J,ANDREW LANGAN

KIRKLAND , ELLIS LLP

300 NORTH LASALLE ST,

SUITE 2400

CHICAGO , IL 60654

RICHARD MCBRIDE

4318 DONOVAN STREET,

MOSS POINT, 39563

1--228--369--5534

10/9/2018

**DEADLINE TO SUBMIT FORM: SEPTEMBER 13, 2018**

**1. CLAIMANT AND CLAIM INFORMATION**

| Name: | RICHARD MCBRIDE | | | |
|---|---|---|---|---|
| **Claims Reconciliation Reference Number:** | | 100014590 | | |
| **HESI/Transocean New Class Claimant Number:** | | 100014590 | | |
| **Address:** | Street  4318 DONOVAN STREET | | | |
| | City  MOSS POINT | | State  MS | Zip Code  39563 |
| **Law Firm:** | N/A | | | |
| **Representative:** | McBride | | | |

**BASIS OF APPEAL**

☑ **Not all of my New Class-relevant claims are listed on the Claims Appendix.**

**REMINDER:** Not all DHEPDS claims are relevant; please do not submit appeals for Business Economic Loss (except Charterboat Operators), Individual Economic Loss (except Charterboat Crew), Vessel of Opportunity, or other non-relevant DHEPDS claim types - these have been omitted intentionally as they do not qualify under the Court-approved New Class Distribution Model.

You must provide either: (1) the DHEPDS Claim ID and claim type determined as eligible by DHEPDS that was paid to you previously; or (2) the HESI/Transocean Claim ID, claim type, and identifying information (e.g. Parcel ID, vessel registration/name, species and operator type, etc.) that is not listed. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

Omitted Claim information for further consideration:

Claim ID: *AFB 10 BA8 BB*     Claim Type: *Charterboat Crew*

Additional Identifying Information: *Sent copy of some claim form*

☐ **My final DHEPDS Eligibility Notice for the claim below indicates a different base Compensation than the value included in the Claims Appendix.** You must provide the DHEPDS Claim ID (included as Subclaim Identifier in the Claims Appendix) and claim type. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

DHEPDS Claim ID: _____     Claim Type: *Charterboat captain crew*

☑ Other: *Vessel physical damage*
*Commercial fishy crew*     *Real prop*
*personal property damage*     *wetland Real property*

*...ttach additional pages and they will be incorporated into this document. Include your Claimant Number or Social Security* number/employer identification number on all additional pages.

## A. CLAIMANT INFORMATION

| | |
|---|---|
| **Individual Claimant's Name or Business Name:** | Richard McBride |
| **Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** | 1 0 0 0 1 4 5 9 0 |

| **Address:** | **Street** 4318 DONOVAN ST | | |
|---|---|---|---|
| | **City** MOSS POINT | **State** MS | **Zip** 39563 |

| **Telephone Number:** | 228 369-5534 |
|---|---|

| **Social Security Number:** or **Individual Taxpayer Identification Number:** or **Employer Identification Number:** | **SSN or ITIN** 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 |
|---|---|
| | **EIN** 33-1020963 |

## B. CHARTERBOAT OPERATOR INFORMATION

For each vessel claimed, you must submit: (1) 2010 charterboat license; (2) proof of vessel ownership/lease 4/20/2010 - 12/31/2010; and (3) proof of gulf coast area home port 4/20/2010 - 12/31/2010.

| | |
|---|---|
| **Vessel Name:** | Queen Esther commercial Fishing |
| **Federal Registration Number:** | **State Registration Number:** M1-7493-BS |
| | M1-2196-BS |
| **Vessel Home Port:** | 6619 Gregory ST |
| **Vessel Owner/Lessee:** | **Last Name or Full Name of Business** McBride   **First** Richard   **Middle Initial** |

| **Vessel Owner/Lessee Address:** | **Street** 4318 DONOVAN ST | | |
|---|---|---|---|
| | **City** MOSS POINT | **State** MS | **Zip** 39563 |

| **Vessel Owner/Lessee Telephone Number:** | 228 369-5534 |
|---|---|

| **Vessel In-Service Dates** (with supporting documentation, e.g. copy of ship logs, reservation book, 2010 taxes): | 2007 TO 2011 OUT OF BUN BY Bp Oil spill |
|---|---|
| **Vessel Revenues** (with supporting documentation, e.g. copy of ship logs, reservation book, 2010 taxes): | 2007-1099   2009-1099   2011 2008-1099   2010-1099   -1099 |
| **Boat Captain(s) Name(s):** | Richard McBride / Rico MSR |
| **2010 Dates of Work:** | 1 / 1 / 2007 to 3 / 1 / 2011 (Month/Day/Year)   (Month/Day/Year) |

SWS - 3
v.1

1

| | |
|---|---|
| **Vessel Home Port:** | 6619 Gregory St Moss point |
| **Vessel Owner/Lessee:** | Last Name or Full Name of Business  McBride / power House Chul     First  Richard     Middle Initial |
| **Vessel Owner/Lessee Address:** | Street  4318 Donovan St |
| | City  Moss point     State  MS     Zip  39563 |
| **Vessel Owner/Lessee Telephone Number:** | (228) 369-5153 |
| **Boat Captain(s) Name(s):** | Richard McBride |
| **2010 Dates of Work:** | 1 7 2009 to 3 10 2011  (Month/Day/Year)     (Month/Day/Year) |

| | D. SIGNATURE |
|---|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| **Date Signed:** | 9, 6, 2018  (Month/Day/Year) | Richard McBride  Signature  Richard McBride  Name (Printed or Typed) |
|---|---|---|

EX 1

| **DATE OF NOTICE: AUGUST 24, 2018** |
|---|
| **POSTMARK DEADLINE TO SUBMIT RESPONSE: SEPTEMBER 13, 2018** |
| **I.  CLAIMANT AND CLAIM INFORMATION** |

| **Name:** | RICHARD MCBRIDE | | | |
|---|---|---|---|---|
| **Claims Reconciliation Reference Number:** | | 100014590 | | |
| **HESI/Transocean New Class Claimant Number:** | | 100014590 | | |
| **Address:** | Street  4318 DONOVAN STREET | | | |
| | City   MOSS POINT | | State  MS | Zip Code  39563 |
| **Law Firm:** | N/A | | | |
| **Representative:** | McBride | | | |

**II.  PURPOSE OF THIS NOTICE**

## IF ALL INFORMATION IS CORRECT AND THE PROGRAM HAS A VALID W-9 ON FILE, NO ACTION IS REQUIRED.

### If you have an attorney, you may wish to consult with your attorney well in advance of the deadline above with any questions.

This is an official Notice from the HESI/Transocean New Class Claims Administrator regarding the Claimant noted above and the specific New Class claim(s) indicated in the attached Claims Appendix.

The purpose of this Notice is to:

(1)  Confirm Claimant name and address information is accurate prior to the New Class distribution occurring later this year.

(2)  Provide Notice if a W-9 will be needed in order to process any distribution payment that may be due.

(3)  Advise all Claimants of the Court's Order regarding attorneys' fees for the HESI/Transocean Settlements.

(4)  Confirm all New Class-relevant claims, both transferred from the Deepwater Horizon Economic & Property Damages Settlement (DHEPDS) or filed in 2016 with the New Class Claims Administrator, are associated properly to your name/taxpayer identification number to ensure accurate determination of your punitive damages claims.

(5)  Provide an opportunity to advise the Claims Administrator of any discrepancies and/or update Claimant information related to the items above.

**THE CLAIMS APPENDIX RELATES TO THE NEW CLASS ONLY.** This Notice does not relate to the Old Class or how Old Class distributions will be calculated.

**THE CLAIMS APPENDIX DOES NOT CONTAIN YOUR DISTRIBUTION AMOUNT.** The Claims Appendix may contain a RECOGNIZED LOSS amount, if determined at this time, that will be used to compare your claim against all other eligible claims of the same type and will later be used to determine your pro rata distribution amount once claim calculations are final. Your ACTUAL DISTRIBUTION will not be this amount and will likely be significantly less. Additional details on the pro rata percentage for each claim type will be posted on the case website shortly before distribution occurs.

*EX 2*

| Form **W-9**<br>(Rev. November 2017)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

*Richard McBride*

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

- [ ] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate

- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

  **Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

*9318 Donovan ST*

**6** City, state, and ZIP code

*Moss Point   39563*

**7** List account number(s) here (optional)

Requester's name and address (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

| 5 | 8 | 7 | – | 2 | 3 | – | 5 | 1 | 4 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

or

**Employer identification number**

|  |  | – |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| **Sign**<br>**Here** | Signature of<br>U.S. person ▶ *Richard McBr* | Date ▶ *8/6/2018* |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)

- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

EX-3

Richard McBride

4318 Donovan St.

Moss Point. Ms 39563

1-228-285-1399

# 100014590

IN RE: DEEPWATER HORIZON, MDL No. 2179 (BP)

Gulf Claim #3277952

## PRESENTMENT

1. I,Richard McBride The Owner of The Power House Church of God Holy Ghost Power, Now Comes January 15,2013 and  Demand for the sum of $ 1 Million Dollars.

2. I filed claims for my church with the GCCF.  I was unable to recieve donations, and half seafood plates for sale through the church for donations. All the workers for The Queen Esther Commercial Fishing Company are members of my church  all donations was good due to the oil spill after the spill occured on April 20,2010. . I have problems with my medical condition due to the spill. I have some documentation on file with the deepwater horizon. I was denied all claims thru the GCCF which was unfair and wrong. In Jesus Christ Name something should be done in this matter. This matter causes emotional, physically, Emotional injury Damages for Stress, Trauma, and Emotional Distress, and was under paid caused by defendant's BP conduct to the oil spill and promises that they made to all workers and commercial fishing owners. The Church was running of the donations and fish plates that was sold to supply the church. Torn up and damage Brand New 2007 Cadillac Escalade Ext. Pulling the boats to the point for Rico McBride to work for the clean up crew and docking the boats.**My I be release from this emotional injuries and damages due to BP and their oil spill**. And any other relief to which plaintiffs may be entitled.

This the of January 15, 2013

Respectfully Submitted,

Richard McBride, Plaintiff

1

EX 4

# Post on Job
# City of Moss Point
# BUILDING PERMIT
# NO. *7369*

Date Issued: *4/21/09*     By: *Kim Tillman*

Owner: *Rickey McBride*     Remarks: *New home*

Location: *6619 Gregory St.*     *Church*

Contractor: _____

Inspection Approvals
1. Foundation

    Footing _____/_____

    Slab _____/

    1st Floor _____/_____

    2nd Floor _____/_____

    3rd Floor _____/_____

2. Framing Prior to Closing Walls

                     Date     Inspector

    1st Floor _____/_____

    2nd Floor _____/_____

    3rd Floor _____/_____

3.   Final _____/_____

# UNLAWFUL TO REMOVE OR DEFACE THIS
# CARD UNTIL CONSTRUCTION IS COMPLETE

GOODGAMES', INC.

Rickre McBride                  n Chum 10006590

PERMIT # 7369          **City of Moss Point**          ELEVATION CERT: _____
PIDN# 20129390.000          4412 Denny St., Moss Point, MS 39563          FLOODZONE X
DATE 3/2/69 - 4-21-09          Phone# 475-0300          MAP# 28059C0361G
RSDE N/A     REP. LOSS N/A     ZONE C-3   PIMV S 39,770      PERMIT FEES $10.00

Applicant name   Rickey L McBride                    Phone 1-228-990-513
Owner name   Rickey L McBride                        Phone 228-990-5137
Development address   #C 19 Gregory St

Project description   Brik. Home / Church

---

Cost of Project $ 80,000? ( Note: If cost of const. meets or exceeds 50% of mkt. value of the structure then substantial improvement requirements shall apply.
Total Sq. Ft. 2,000  Heated Area 2,000  Foundation Type CONCert
Setbacks:   Front 300   Back 300   Left 300   Right 360
Check all that apply:  New Construction X New Residential___ New Commercial___ Addition___
Accessory Structure___ Repair___ Improvement___ Demolish___ Logging___ Fill___ Grade___
Flood Protection Method: Vents___ Elevate___ Other___
Elevation Certificates: Const. drawings $50 Under Const.___ Finished Const.___

The following certificates are required and must be submitted within the specified time frame.
1. **Elevation Certificate**, based o construction drawings, certified by a registered land surveyor or professional engineer, that the lowest floor of structure will be constructed at or not less the Base Flood Elevation.
2. **Elevation Certificate**, as built, certified that the lowest floor of structure has been constructed to not less than the Base Flood Elevation. Submit prior to any vertical construction.
3. **Elevation Certificate**, based on finished construction, certified that the lowest floor is at or above the Base Flood Elevation. Submit after final inspection but prior to Certificate of Occupancy issuance.
4. **Flood- proofing Certificate**, certified by a professional engineer or architect, submitted at the time of completion of lowest floor.
5. **V-Zones only**, breakaway wall certification, to be submitted within 7 days of completion.
6. **V-Zones only**, certification of the superstructure and substructure design, must be submitted with application.
7. The proposed development is located in an identified floodway and a **no rise certification** must be submitted prior to the issuance of the permit or start of construction.
8. The proposed development includes an alteration of a watercourse and a **letter or map revision** issued by FEMA. This documentation must be submitted within 6 months of completion.

**Other permits that may be required:**
| FEDERAL | STATE |
|---|---|
| U.S. Army Corps of Engineers | Dept. of Natural Resources |
| U.S. Fish & Wildlife | Dept. of Environmental Protection |
| Environmental Protection Agency | Dept. of Public Health |
| U.S. Coast Guard | Dept. of Transportation |

SIGNATURE   Rickey L McBride

BUILDING OFFICIAL   Paul Sistrunk   4-16-09

EX-7

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

### Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982

(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER, INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| MCBRIDE | RICHARD | Nm± | |

Phone Number: 228 622-7014

E-Mail Address: Richard MCBride 1963/A/GMAil.COV

Address: 4318 Donovan St

City / State / Zip: Moss point ms 39563

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name: Richard McBride | Business Name: Power House church of God |
| Job Title / Description: CAPTAIN / Bock crewman | Type of Business: NonE profite |
| Address: 4318 Donovan St | Address: 4318 Donovan St. or P.o Box 5101 |
| City / State / Zip: Moss point. ms. 39563 | City / State / Zip: Moss point ms 39563 |
| Last 4 digits of your Social Security Number: 5141 | Last 4 digits of your Tax ID Number: 0963 |

| Attorney Name: PROSEd | Firm Name: |
|---|---|
| Address: | City / State / Zip: |
| Phone Number: | E-Mail Address: Richard McBride 1963/A/Gmail.com |

| Claim filed with BP? | YES ☑ | NO ☐ | Claim Filed with GCCF?: | YES ☑ | NO ☐ |
|---|---|---|---|---|---|
| If yes, BP Claim No.: | | | If yes, Claimant Identification No.: | | |

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☐ Personal Injury/Death

☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

2-16-CV-06635-CJB-JCW – pending

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.  Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

EX-8

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I Richard Mead Owners/part Queen Esther commercial boat 27 Foot Boat And 32 Foot Boat. Vessel owners was Boat captains. Boat crewman, Boat Deck Hands pulling 116 Foot Net. were Homported in port of pascagoula Dock And 6619 Gregory St Mosspot ms 39563. EC+ GULF coast COMmercial Fishy Form. 1982 to 2017; Started 2007-2008-2009. 2010 Queen Esther Commerce Ash April 20 2010 B.P oil Spill DAMage occured. Faulted Business Economic Loss Class Action March/Day 2011. PROFIT LOSS property damage. B. Ec+ I Believe 1015 $ 1.367.250.00 O0 AND

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I Richen Mead was personal INJURY claim form B.i.p. oil spill My Eye's Skin Rash Short Breath. Vision Loss medcin the Doctor I need Eyes operation. GULF COAST EYES Center. DR. Bowie 7101X-3111 shortcut RD pascagoa 288-762-0772. Sing River Hospital pascagoula Injury Date May. 2010 June 2010 July 2010 At point of pascagoula clean-up. TRANSFERred Boat to Job site. B.P. Pox med 15.000.00 I Appeal Need Help to appeal you

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

I Work For Rico, o Mc Bride. Is part Owner OF, Queen Esther commercial Fishing boat, 27 Foot And 32 Foot working For Vessel Opt. Removal clean up washing boat. puting boat In the water And pulling boat out of water A part of pascagoul Dock ms moss pt At 6619 Gregory St Moss pt In cortoct with Oil And chemical Dispersants Exposed to Harmful Wet Land or flood Zone Land² odors chemical Ect

*EX. 9*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☑ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☑ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☑ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: *I Believe Amount of Loss and Economic Loss and Property Damage PUNITIVE DAMAGE $ 1,807,250.00 DOLLAR*

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☑ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☑ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☑ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

*Richard McBride*
Claimant or Attorney Signature

*RICHARD McBride*
Print Name

*7/28/2017*
Date

3

## IN RE: OIL SPILL by "Deepwater Horizon"   EX- 10

MDL 2179 and Civil Action No. 10-2771          SECTION: J          JUDGE CARL BARBIER

### PLAINTIFF PROFILE FORM ("PPF")

| | | | |
|---|---|---|---|
| Last Name McBride | First Name Richard | Middle/Maiden NMI | Suffix |
| Phone Number 228-223-7014 | E-Mail Address Richard McBride 1962 @gmail.com | | |
| Address 4318 Donovan St | City / State / Zip Moss point MS 39563 | | |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name Queen Esther commend | Business Name Power House church of God, Hol, |
| Job Title / Description owner/cpa/ptinc | Type of Business None profit |
| Address 4318 Donovan St | Address 4318 Donovan St p.o.box 5701 |
| City / State / Zip Moss point MS 39563 | City / State / Zip Moss Point ms 39563 |
| Social Security Number 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 | Tax ID Number 33-1020963 |
| Attorney Name None | Firm Name Richard McBride |
| Address | City / State / Zip 4318 Donovan St Moss pot ms 39563 |
| Phone Number | E-Mail Address Richard McBride 1962@gmail |

| | | | |
|---|---|---|---|
| Claim filed with BP? YES ☑ NO ☐ | Claim Filed with GCCF?: YES ☑ NO ☐ |
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

Claim Type (Please check all that apply): ☑ Damage or destruction to real or personal property; ☑ Earnings/Profit Loss;
☑ Personal Injury/Death; ☑ Fear of Future Injury and/or Medical Monitoring; ☑ Loss of Subsistence use of Natural Resources;
☐ Removal and/or clean-up costs; ☑ Other Commeria Fishermen

| | |
|---|---|
| Original Case Caption | Original Civil Action Number 2:16cv-06685-cjb-dpc |
| Originating Court | EDLA Civil Action Number pending |

**Please check the boxes below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☑ Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☑ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ Bank, financial institution, or retail business that suffered losses as a result of the spill.

☑ Person who utilizes natural resources for subsistence.

☐ Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☑ Boat captain or crew involved in the Vessels of Opportunity program.

☑ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☑ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ Resident who lives or works in close proximity to coastal waters.
☐ Weat Hard Longzno

4614 Gresch masspo
819, Hacker wave

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any types, include the type and location of fishing grounds at issue.

EX. 11

I Richard McBride Vessel owner prost Queen Esther Commercial Fishing bower house ... of ... part owner ... 27 foot and 32 foot Vessel. owner was Captain Home port. point of passcagoula ms 6619 Gregory st Moss pt Gulf Coast Areas. Commercial Fishing from 1982 to am. Started year 2007, 2008, 2009, 2010. Queen Esther commercial fishing April 20,2010 Bip. oil spill occured. Failed Business Loss. Close Down March 15,2011. Profit Loss Property Damage ect. I Believe Amount $1,307,250.00 Dollar.

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I Richard McBride was personal injury claim. B.p. oil spill other contact with oil or chemical dispensants exposed to Harmful chemicals. odors And Emissions during post-Explosion Rash short Breath Vistion loss. Need class now Eyes. skin I Need Eye operation. DR Bowie Holly Gulf Coast Eyes center. 3111 shortcut rd passcagoula ms. 228-762-0772 Sims River Hospital passcagoula ms June Date may 2010 June 2012 July 2010 passcagoula Transfeured Boat to Job site. Bip pay me $1,300.00

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

I work For Rico. McBride is part owner Queen Esther Commercial Fishing Boat 27 foot and 32 foot To Job site pulling Boat in water and out water Docking At. point of passcagoula ms at 6619 Gregory st Mp Cleanup wash Boat oil and chemical Harmful chem ect. odors. I Believe All Damage Loss Amount of $1,307,250.00 Dollar punitive Damage

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Richard McBride                    7/28/2017
Claimant or Attorney Signature          Date

 HSI

**Must be
Postmarked
No Later Than
December 15, 2016**

HESI/Transocean Punitive Damages &
Assigned Claims Settlements
PO Box 10260
Dublin, OH 43017-5760
1-877-940-7792
GulfSpillPunitiveDamagesSettlement.com



HSI00044770060

RICHARD MCBUDE
4318 DONOVAN ST
MOSS POINT MS 39563-5602

Claim Number: AFB10BA8BB

Control Number: 2158030136

---

## PART I - GENERAL INSTRUCTIONS

1.  **IN MOST CASES YOU DO NOT NEED TO FILE A CLAIM FORM; IF YOU WERE A DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT (DHEPDS) CLAIMANT YOUR DHEPDS CLAIM WILL BE TRANSFERRED AUTOMATICALLY FOR REVIEW.** You are urged to carefully read the Distribution Model available for review or download from GulfSpillPunitiveDamagesSettlement.com.

    Old Class Assigned Claims also settled under the HESI and Transocean Settlements will not be allocated by the New Class Claims Administrator. **DO NOT FILE A NEW CLASS CLAIM** if your only potential eligibility is as an Old Class Assigned Claims class member.

    All capitalized terms used in the Claim Form shall have the same meaning as defined in the Distribution Model or Settlement Agreements; all are available for download at GulfSpillPunitiveDamagesSettlement.com or you may request mailed copies by calling 1-877-940-7792.

2.  If you are **NOT** a member of the New Class **OR** the questions in Part II - "Should I File a Claim?" indicate you do not need to file a New Class claim, **DO NOT** submit a Claim Form.

    The value of the Settlement Fund will be reduced by the amount of administrative costs and expenses used to determine claims and notify claimants; filing unnecessary claims will reduce the amount of funds available for distribution to the New Class.

3.  If after completing Part II - "Should I File a Claim?" you are not sure if you need to file a New Class claim, please contact the Claims Administrator at 1-877-940-7792 or email Questions@GulfSpillPunitiveDamagesSettlement.com.

4.  All Claim Forms must be postmarked no later than **December 15, 2016.** Do not email Claim Forms. Mail your completed and signed Claim Form addressed to the Claims Administrator at:

    HESI/Transocean Punitive Damages &
    Assigned Claims Settlements
    c/o Garden City Group, LLC
    PO Box 10260
    Dublin, OH 43017-5760

5.  All claims must be made by the individual(s) or entity that incurred the loss at the time of the Spill unless documentation can be provided demonstrating a transfer of that interest; this documentation may include, but is not limited to the following:

    **For Individuals** - In the event of death or incapacity, executors/administrators, guardians/conservators, and trustees may complete and sign the Claim Form, but they must provide proof of their authority (e.g., court appointment, power of attorney, letters testamentary/domiciliary/administration, copy of trust instrument, proof of succession, etc.).

    **For Entities** — Proof of transfer would include purchase agreement signed by all parties, dissolution documentation showing who received final disposition of assets.

**Important - The form should be completed IN CAPITAL LETTERS using BLACK or DARK BLUE ballpoint/fountain pen. Characters and marks used should be similar in the style to the following:**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 1 2 3 4 5 6 7 0

To view Garden City Group, LLC's Privacy Notice, please visit http://www.gardencitygroup.com/privacy



2

## PART I - GENERAL INSTRUCTIONS (CONTINUED)

6.  Claims will be delineated by taxpayer identification number for the claiming individual or entity in similar fashion to the handling by the Deepwater Horizon Economic & Property Damages Settlement (DHEPDS).

    The prior exception for Real Property held jointly by a married couple will continue; for this claim type only one claim by one spouse will encompass 100% of the interest in the real property owned by the married couple.

    **Please remember to consult Part II - "Should I File a Claim?" to determine if a Claim Form is actually required in order to evaluate your claim for a HESI/Transocean punitive damages award.**

7.  If you are *eligible to file* a Claim Form this is not a guarantee that your claim will yield a punitive damages award value.

8.  If Part II - "Should I File a Claim?" instructs you to file a New Class claim, you must fully complete the Claim Form and provide the required documentation. Additional documentation may be required. Failure to timely provide documentation as requested may result in rejection of your New Class claim.

## PART II - SHOULD I FILE A CLAIM?

1.  Are you a DHEPDS Class member that filed a "relevant claim type" in the DHEPDS Program (also known as the Deepwater Horizon Economic Claims Center or "DHECC" or Court Supervised Settlement Program ("CSSP") from June 4, 2012 – June 8, 2015?

    ☑ Yes - Go to Question 1a          ☐ No - Go to Question 2

    1a. Did you receive a payment from the DHEPDS Program?

    ☐ Yes - STOP; DO NOT FILE A NEW CLASS CLAIM.     ☑ No - Go to Question 1b
    Your DHEPDS claim will transfer for consideration
    automatically.

    1b. Are you still waiting for a determination on your DHEPDS claim?

    ☑ Yes - Go to Question 4          ☐ No - Go to Question 1c

    1c. Was your DHEPDS Program claim denied because you had a valid DHEPDS Opt Out?

    ☑ Yes - Go to Question 8          ☐ No - Go to Question 1d

    1d. Was your DHEPDS Program claim denied for another reason or withdrawn after issuance of an FWA Investigation Notice?

    ☐ Yes - STOP; DO NOT FILE A NEW CLASS CLAIM.     ☑ No - STOP; REQUEST ADDITIONAL ASSISTANCE.

    | New Class claim determinations/eligibility will be based solely on the submissions already made to the DHEPDS and upon the determination(s) by the DHEPDS. | Call the HESI/Transocean Helpline at 1-877-940-7792 or email Questions@GulfSpillPunitiveDamagesSettlement.com to request assistance in determining if you need to file a Claim Form. Please contact the Claims Administrator at least two weeks in advance of the Claims Filing Deadline, December 15, 2016, if you require assistance. |

    Filing an additional claim cannot change your DHEPDS determination or award amount and will unnecessarily delay processing and payment of all claims in addition to increasing administrative costs, which must be paid from the Settlement Funds[2] before the pro rata distribution to New Class eligible claimants will occur.

---

[1] A "relevant claim type" as used herein means claims for Coastal Real Property (CRP), Real Property Sales (RPS), Wetlands Real Property (WRP), Vessel Physical Damage, Seafood Compensation, Business Economic Loss (BEL) for Charterboat Operators (as identified by assigned NAICS code), Individual Economic Loss (IEL) for Charterboat crew members (as identified by assigned NAICS code), and/or Loss of Subsistence.

Claims for other categories such as Vessels of Opportunity Charter Payment, BEL claims for any business other than a Charterboat Operation (including Start-Up, Failed, Individual Periodic Vendor, and Festival Vendor), IEL for any profession except a Charterboat Crew member are not eligible for punitive damages under general maritime law and will not be considered for New Class inclusion; all eligible, payable DHEPDS claims will remain part of the Old Class Assigned Claims portion of the Settlements. The Old Class Assigned Claims allocation will be administered by the DHEPDS Claims Administrator, which is unrelated to the New Class claims process.



EX. 13
3

## PART II - SHOULD I FILE A CLAIM? (CONTINUED)

Are you a person or entity that could have filed a claim with the DHEPDS (you were a DHEPDS Class member), but elected not to file a "relevant claim type" in the DHEPDS?

☐ Yes - Go to Question 4     ☑ No - Go to Question 3

Are you a person or entity who received payment from BP pursuant to a voluntary settlement with BP, other than a settlement through the Gulf Coast Claims Facility ("GCCF"), and which settlement did not include a release of claims for punitive damages against Halliburton and Transocean?

☑ Yes - COMPLETE THE CLAIM FORM BELOW.     ☐ No - Go to Question 4

> All New Class claims will be subject to eligibility and documentation requirements for each specific claim type indicated by the claimant (CRP, WRP, RPS, Oyster Leaseholder, Vessel Physical Damage, Personal Property Damage >$500, Seafood Compensation, Charterboat Operator, Charterboat Crew, or Loss of Subsistence).

Are you a person or entity that filed a valid opt-out for the DHEPDS?

☑ Yes - Go to Question 8     ☐ No - Go to Question 5

Are you a person or entity that executed a GCCF Release and Covenant Not to Sue (other than those for bodily injury only) or BP Claims Process Full and Final Release, Settlement, and Covenant Not to Sue that gave up your rights to pursue claims for punitive damages from HESI and Transocean pursuant to your signed release?

☐ Yes - STOP; DO NOT FILE A CLAIM FORM.     ☑ No - Go to Question 6

> If you gave up your right to pursue punitive damages from HESI and Transocean, you cannot be compensated from these settlements and your claim will be rejected.

Are you a person or entity that was "excluded" from participating in the DHEPDS (local governments, oil & gas industry, etc.)?

☐ Yes - Go to Question 8     ☑ No - Go to Question 7

Are you a person or entity that sustained personal property physical damage in excess of $500 as a result of the Deepwater Horizon incident, but whose claim circumstance was not recognized under the DHEPDS Claim Types?

☑ Yes - Go to Question 8     ☐ No - STOP; DO NOT FILE A CLAIM FORM.

> Such persons and entities have received no compensatory damages and are barred from asserting claims for compensatory damages in the future as a result of the DHEPDS class-wide release. Consequently, no punitive damages may be awarded under the Distribution Model.

The "Settlement Funds" refer to the combined values of the Settlement Agreements available for the benefit of the New Class.

4

## PART II - SHOULD I FILE A CLAIM? (CONTINUED)

B. Based on your prior answers, you are either (a) an individual or entity who was not a DHEPDS Class member by virtue of the type of claim; (b) an individual or entity that was a DHEPDS "excluded" party; or (c) validly Opted Out of the DHEPDS Class.

Have you preserved your rights in compliance with PTO 60?[4]

☑ **Yes - COMPLETE THE CLAIM FORM BELOW.**

Required documentation for such claimants shall include proof of claimant's timely preservation of its rights to a claim for damages by compliance with MDL-2179 Pretrial Order 60, or, if you settled your claim with Court-appointed Neutrals, provide a copy of your settlement agreement.

All New Class claims will be subject to eligibility and documentation requirements for each specific claim type indicated by the claimant (CRP, WRP, RPS, Oyster Leaseholder, Vessel Physical Damage, Personal Property Damage >$500, Seafood Compensation, Charterboat Operator, Charterboat Crew, or Loss of Subsistence).

☐ **No - STOP; IF FILED, YOUR NEW CLASS CLAIM WILL BE VALUED AT $0.**

Claims from claimants who were not included within the DHEPDS and are otherwise allowed to file a New Class claim will be assigned no value unless they adequately preserved their right to pursue damages by complying with PTO 60.

---

Certain industries noted as "excluded" in the DHEPDS Agreement were allowed to file CRP and WRP claims; if you were among those exceptions, you will be arred from filing a New Class claim for any "relevant claim type" for which you had the right to file in the DHEPDS.

MDL-2179 issued Pretrial Order 60 ("PTO 60") on March 29, 2018, requiring individuals and entities to preserve their rights to pursue a claim for damages by ling an individual law suit no later than May 2, 2018, unless an extension was granted by the Court for that party. PTO 60 is available on the "Court Documents" tab of the website, GulfSpillPunitiveDamagesSettlement.com.

## PART III - CLAIMANT INFORMATION

Claimant Name (if filing on behalf of a Business, enter the Business Name here):

RICHARD MEBRIDE

Claimant Taxpayer Identification Number (Social Security Number or Employer Identification Number):

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

Address Line 1:

4318 DONOVAN

Address Line 2:

City:

MOSS POINT

State: MS   Zip Code: 39563

Country:

JACKSON

Phone Number: 228-285-0051

Email Address:

RICHARDMEBRIDE1963@GMAIL.COM

EX.14

## PART III - CLAIMANT INFORMATION (CONTINUED)

**Claimant/Claimant Legal Representative Information (for attorney-not claims preparers)**

**Claimant/Legal Representative Name (if applicable):**
RiCHARD McBRIDE

**Representative Title:**
OWNER

**Address Line 1:**
1312 DONOVAN ST

**Address Line 2:**

**City:**
MOSS POINT

**State:** MS **Zip Code:** 39563

**Country:**
JACKSON

**Phone Number:** 228-285-0051

**Email Address:**
RiCHARdMcbride1963@6mstn.cOM

**Attorney Information:**

**Attorney Firm Name (if applicable):**
NONE

**Attorney Name:**

**Firm Contact:**

**Address Line 1:**

**Address Line 2:**

**City:** **State:** **Zip Code:**

**Country:** **Phone Number:**

## PART III - CLAIMANT INFORMATION (CONTINUED)

**Claims Preparer Information**

Claims Preparer Name (First, Middle, Last):

RICHARD MCBRIDE

Claims Preparer Contact Name:

4318 DONOVAN STREET

Address Line 2:

Address Line 3:

City:

MOSS POINT

State: MS   Zip Code: 39563

Country:

JACKSON COUNTY

Phone Number: 228-285-0851

Email Address:

RICHardmsbrid1963@gmail.com

## PART IV - CLAIM FORM

ect the applicable claim types within each of the five Claim Categories by checking the appropriate boxes and completing the uired information fields. At the end of each section is a Required Documentation Matrix; provide all required documentation with r completed, signed Claim Form. All of the Sworn Written Statements (SWS) listed in the matrix at the end of each Claim Category tion are available for download on the Claim Form page of the settlement website, GulfSpillPunitiveDamagesSettlement.com.

ling to fully complete the applicable sections of the Claim Form or provide documentation as requested will delay processing I may result in rejection of your claim; if you have questions, please contact the Claims Administrator for assistance at 1-877- -7792 or email Questions@GulfSpillPunitiveDamagesSettlement.com for assistance.

### ATTENTION: ALL NEW CLASS CLAIMANTS – REQUIRED DOCUMENTATION

quired Documentation

ddition to selecting any/all Claim Types by checking the appropriate boxes in the Claim Category sections below, all claimants st provide the required documentation listed in the matrix at the end of each Claim Category section. All of the Sworn Written tements (SWS) listed in the matrix at the end of each Claim Category section are available for download on the Claim Form e of the settlement website, GulfSpillPunitiveDamagesSettlement.com. If you have questions about what documentation is uired, please call 1-877-940-7792 or email Questions@GulfSpillPunitiveDamagesSettlement.com. Claims received without the uired documentation may be rejected.

trial Order 60 Compliance

r Class claims must be accompanied by documentation demonstrating compliance with PTO 60, which typically will be a y of a timely-filed individual lawsuit bearing a Docket Number assigned by the MDL-2179 Court UNLESS you entered into a ement directly with BP facilitated by the Court-appointed Neutrals; then you may wish to provide a copy of your settlement ement to avoid any processing delays.

r Class claims received from claimants who have not complied with the requirements of PTO 60 will receive a value of $0.

les who settled with the GCCF or BP Claims Center have released their rights to punitive damages against HESI and socean and will not be eligible to participate. Do not file a claim if you have signed a GCCF Release and Covenant Not to (other than those for bodily injury only) or BP Claims Process Full and Final Release, Settlement, and Covenant Not to Sue.



EX-15

## PART IV - CLAIM FORM (CONTINUED)

### CLAIM CATEGORY I: REAL PROPERTY

**COASTAL REAL PROPERTY** (inclusive of Personal Property loss/damage to structures on the premises due to the Spill)

Property Street Address:
06196 regory st moss point

City: mOss point    State: mS    Zip Code: 39563

Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):

Name: RICHARD McBRIDE    Percentage: 50

Name: powerHooscHooseCHurcH oF God    Percentage: 50

Describe any Personal Property/structure damage on the property associated with the Deepwater Horizon Incident (attach additional sheet if additional space is needed):

Item/Description: twO storyHouse 8.9Acer    Purchase Price: $ 89000.00

Damage Description: TOTAL LOSS    Repair/Replacement Cost: $ 400,000.00



**WETLANDS REAL PROPERTY** (inclusive of Personal Property loss/damage to structures on the premises due to the Spill)

Parcel Identification Number:
10129320000

County/Parish:
JACKSON COUNTY

Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):

Name: RICHARD McBRIDE    Percentage: 50

Name: powerHoosecHurcHoFGodAolyGhost    Percentage: 50

Describe any Personal Property/structure damage on the property associated with the Deepwater Horizon Incident (attach additional sheet if additional space is needed):

Item/Description: twO storyHoose 8-9Acer    Purchase Price: $ 89000.00

Damage Description: 8.9Acer LAnd wetLondfl000 $ 200,000.00    Repair/Replacement Cost:

COAStol Reol prDperty, FlooD zone Land,
DemanD @ 25,000, - per Acer. Oil or other SUBtance As
further Descoibe in the setelment Agreement
" oidsost ond commerciol Land

8

## REAL PROPERTY SALES

Property Street Address:

City:

Tax Property Tax Parcel Identification Number:    County/Parish:

Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):

Name:    Percentage:

Date of Purchase Contract:    Date of Purchase Contract Amendment (attach additional sheet if needed):

/    /    2 0 1 0        /    /    2 0 1 0

Date of Closing:    Closing Price:

/    /    2 0 1 0    $

## OYSTER LEASEHOLDER

Oyster Lease Number(s) (attach an additional sheet if needed):

Lease Detail/Geographic Boundaries:

Lease Issued By:

## Real Property Required Documentation Matrix:

| Documentation Required | Coastal Real Property | Wetlands Real Property | Real Property Sales | Oyster Leaseholder |
|---|---|---|---|---|
| 2010 Property Tax Bill | X | X | | |
| Deed showing ownership on 4/20/2010 | X | X | X | |
| Lease w/ Proof of Payment | X⁵ | | | |
| Purchase contract and any amendments | | | X | |
| Proof of transaction closing: HUD statement, closing statement, deed of transfer | | | X | |
| 2010 Oyster Lease(s) | | | | X |
| Oyster Leaseholder Claimant Sworn Written Statement (SWS-4) | | | | X |
| For claims including damage to Personal Property at the real property location include: Personal Property Damage Claimant Sworn Written Statement (SWS-1) and supporting documentation | X | X | | |

Required if you owned the Parcel or Deeded Boat Slip.
Required if you owned the Parcel or Deeded Boat Slip and leased it to someone else for 60 days or longer or if you leased the Parcel from someone else for days or longer at any time between April 20, 2010 and December 31, 2010.

EX.16

## PART IV - CLAIM FORM (CONTINUED)

### CLAIM CATEGORY II: PERSONAL PROPERTY DAMAGE

**A VESSEL PHYSICAL DAMAGE**

**B PERSONAL PROPERTY DAMAGE IN EXCESS OF $500**

Personal Property Required Documentation Matrix:

| Documentation Required | Personal Property Damages >$500 unrelated to Real Property | Vessel Physical Damage |
|---|---|---|
| Personal Property Damage Claimant Sworn Written Statement (SWS-1) and supporting documentation | X | |
| Vessel Physical Damage Claimant Sworn Written Statement (SWS- and supporting documentation | | X |
| 2010 Vessel Registration | | X |
| Vessel Title | | X |

---

### CLAIM CATEGORY III: COMMERCIAL FISHERMEN

| Compensable Seafood Claim Types fished in 2010: | Operator Type(s) claimed: | | |
|---|---|---|---|
| | **Non-Menhaden:** | **Menhaden:** | |
| ☐ Menhaden | ☑ Vessel Owner | ☐ Vessel Owner/Lessee | ☑ Chief Engineer |
| ☑ Shrimp | ☑ Vessel Lessee | ☑ Boat Captain | ☐ 2nd Engineer |
| ☐ Oyster | ☑ Boat Captain | ☑ Boat Pilot | ☐ Aerial Spotter |
| ☐ Finfish | ☑ Seafood Crew | ☑ Mate | ☐ Cook |
| ☐ Finfish Individual Fishing Quota | (Non-Menhaden) | ☑ Fisherman | |
| ☑ Blue Crab | ☑ Leaseholder Lost Interest | | |
| ☑ Other Seafood | (Includes Harvester if Applicable) | | |

**All Seafood Claim/Operator Types:**

2010 Vessel Name(s):

QDccnESther conmertal/fisher

2010 Vessel Owner Name(s):

RICHArd MEBRIDE

2010 Boat Captain(s) Name(s):

RicHard McBRIDE-RicO mSBRIde

2010 Home Port:

PASTpoiNtpAScoUl A  66196 recorY st moss

Vessel Registration Number (State & Federal, if known):

10

## PART IV - CLAIM FORM (CONTINUED)

**Shrimp Seafood Claim Type ONLY:**

Vessel Length:

`2 7 F O O t` `3 2 F O O t`

Cooling Mechanism: ☑ Ice ☑ Freezer

**Seafood Compensation Required Documentation Matrices:**

| Documentation Required | Menhaden Vessel Owner/ Lessee | Menhaden - All Other Operator Types |
|---|---|---|
| Proof of vessel ownership/lease 4/20/2010 - 12/31/2010 | X | |
| Vessel Commercial Fishing Licenses 2009/2010 (one per vessel claimed) | X | |
| Vessel Name/Registration Number (state & federal, all vessels claimed) | X | |
| Gulf Coast Area Home Port Proof 4/20/2010-12/31/2010 | X | |
| Vessel Boat Captain Status Claimant Sworn Written Statement (SWS-6) and supporting documentation | X | |
| 2010 Boat Captain's license, if applicable | | X |
| 2010 W-2 related to Menhaden Fishing | | X |
| 2010 Tax Returns | X | X |
| Employment Contract/Catch Share Contract for 2010 (if available) | | X |
| Vessel Log, Captain's Log, Share Sheets, Sales/Production reports, as available | X | |

| Documentation Required | Shrimp Vessel Owner | Shrimp Vessel Lessee | Shrimp Boat Captain |
|---|---|---|---|
| Proof of vessel ownership 4/20/2010 - 12/31/2010* | X | | |
| Vessel Commercial Fishing License 2009/2010 | X | X | |
| Vessel Name/Registration Number (state & fed) | X | X | |
| Gulf Coast Area Home Port or Landings Proof 4/20/2010-4/16/2012 | X | X | |
| Vessel Ownership-Lease Status Claimant Sworn Written Statement (SWS-7) and supporting documentation | X | X | |
| Vessel Boat Captain Status Claimant Sworn Written Statement (SWS-6) and supporting documentation | X | X | |
| Boat Captain's license 2009/2010 | | | X |
| Proof of Boat Captain employment 4/20/2010-4/16/2012 on vessel(s) home ported or with landings in the Gulf Coast Areas | | | X |
| 2010 Tax Returns | X | X | X |
| Proof of vessel size & cooling mechanism (ice or freezer) | X | X | X |
| Vessel Log, Captain's Log, Share Sheets, Sales/Production reports, if available | X | X | X |

* Options include: vessel registration, trip tickets with vessel registration information, federal registration information on federal fisheries permits, state/federal registration database information, saltwater products license showing vessel registration number, vessel registration receipts or registration title. In all instances the documentation must be for the proper time period.



EX. 17

11

## PART IV - CLAIM FORM (CONTINUED)

| Documentation Required | Seafood Crew | Individual Fishing Quotas (IFQ) |
|---|---|---|
| eafood Crew Compensation Plan Claimant Sworn Written Statement (SWS-2) and upporting documentation | X | |
| dividual Fishing Quota Claimant Sworn Written Statement (SWS-5) and supporting ocumentation | | X |

| Documentation Required | Oyster | | | | Finfish, Blue Crab, and Other Seafood | | |
|---|---|---|---|---|---|---|---|
| | Leaseholder Lost Interest⁷ | Vessel Owner | Vessel Lessee | Boat Captain | Vessel Owner | Vessel Lessee | Boat Captain |
| roof of vessel ownership 4/20/2010 - 12/31/2010 | | X | | | X | | |
| roof of oyster bed leasehold 4/20/2010 – 2/31/2010 | X | | | | | | |
| essel Commercial Fishing License 2009/2010 | | X | X | | X | X | |
| essel Name/Registration Number (state & federal) | | | X | | X | X | |
| ulf Coast Area Home Port Proof 4/20/2010-2/31/2010 | | | | | X | X | |
| yster Leaseholder Claimant Sworn Written tatement (SWS-4) and supporting documentation | | X | X | | X | X | |
| essel Boat Captain Status Claimant Sworn ritten Statement (SWS-6) and supporting ocumentation | | X | X | | X | X | |
| oat Captain's license 2009/2010 (issued before /20/2010 for Oyster claims) | | | | X | | | X |
| roof of Boat Captain employment 4/20/2010-/10/2012 on vessel(s) home ported or with andings in the Gulf Coast Areas | | | | X | | | X |
| 010 Tax Returns | X | X | X | X | X | X | X |
| essel Log, Captain's Log, Share Sheets, Sales/ roduction reports, if available | | X | X | X | X | X | X |
| roof of Gulf Coast Area landings 2010 | | X | X | X | | | |
| ontract/agreement for harvesting for Zone A, B, or leases | X | | | | | | |
| yster Leaseholder Claimant Sworn Written tatement (SWS-4) and supporting documentation | X | | | | | | |

### CLAIM CATEGORY IV: CHARTERBOAT

☐ CHARTERBOAT OPERATOR

☐ CHARTERBOAT CREW

---

yster Leaseholder Lost Interest and Vessel Lessee/Operator claims will be combined and will use the Oyster Combined Harvester and Leaseholder median; umentation for both of the appropriate categories should be provided by the claimant.





12

## PART IV - CLAIM FORM (CONTINUED)

Charterboat Required Documentation Matrix:

| Documentation Required | Charterboat Operator | Charterboat Crew |
|---|---|---|
| Charterboat License | X | |
| Vessel ownership/lease 4/20/2010 - 12/31/2010 | X | |
| Name/Registration Number (state & federal, all vessels claimed) | X | |
| Coast Area Home Port Proof 4/20/2010 - 12/31/2010 | X | |
| Charterboat Operator/Crew Claimant Sworn Written Statement (SWS-3) (parts A and B only) and supporting documentation | X | |
| Charterboat Operator/Crew Claimant Sworn Written Statement (SWS-3) (parts A and C only) and supporting documentation | | X |

### CLAIM CATEGORY V: LOSS OF SUBSISTENCE

Loss of Subsistence Required Documentation Matrix:

| Documentation Required | Loss of Subsistence |
|---|---|
| Subsistence Claimant Sworn Written Statement (SWS-8) | X |

## PART V - CERTIFICATION RELEASE & SIGNATURE

### Certification

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local enforcement agencies for possible investigation and prosecution. By submitting this Claim Form, I consent to the use and by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe and/or helpful to process my claim for compensation and any payment resulting from that claim.

_Richard McBride_

Name: _RICHARD MCBRIDE_

Title (if applicable): _____

Date: _7/28/2017_

**SWS-8**

## Loss of Subsistence Claimant Sworn Written Statement

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

| Name: | Last McBRIDE | First Richard | Middle Initial |
|---|---|---|---|

Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: 2:16CV01663 5

| Address: | Street 4318 DONOVAN | | State MISSISSIPPI | Zip Code 39563 |
|---|---|---|---|---|
| | City moss point | | | |

Telephone Number: 228 623-7814

Social Security Number: 518 7 - 23 - 5141
or
Individual Taxpayer Identification Number:
or
Employer Identification Number: EIN 33-11 20 9 63

### B. LOSS INFORMATION

Identify The Locations Normally Fished That Were Subject To Closure: *CMP island pass cost river  PASCagoula Rive*

**A.**
| Location Name GOIF COAST ARE, MISSISSIPPI Sound. HORN ISLAND |
|---|
| Street 4318 DONOVAN ST |
| City moss point | State MISSISSIPPI | Zip Code 39563 |

Identify The Species Fished: Red SNAPER. Red Fish. Cat Fish, Shrimp. etc

Identify The Amount Caught: I Beleve 1000.00 of pound of Fishing. *I dod NOT HAVE weight scal*

Identify The Equipment Used: 8-7 Foot Boat 10B85 Reel Rod *32 Foot Boat* Net, 16 Foot Net. Cast NET. ECT

**B.**
| Location Name GOIF COAST ARE, HORN ISLAND MISSISSIPPI SOUND |
|---|
| Street 6619 Gregory st moss point |
| City moss point | State MISSISSIPPI | Zip Code 39563 |

Identify The Species Fished: RedSNAP, Red Fish, cat fish *Hunt TRAP. COON*

Identify The Amount Caught: I Beleve 1000.00 OF pound. Fish. CRAbb. Ect

Identify The Equipment Used: Boot 8-7 Foot, 16 Foot Net, DRAg. 32 Foot Boot

GREGORY

SWS - 8
v.1

1



## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 7. 28 2017  (Month/Day/Year) | *Richa M Be*  Signature  *Richard McBRIde*  Name (Printed or Typed) |
| --- | --- | --- |



| SWS-7 | Vessel Ownership-Lease Status Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

**Individual Claimant's Name or Business Name:** Richard McBRIDE

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** 2:10cv06635

**Address:**
Street: 4318 DONOVAN ST
City: MOSS Point
State: Mississippi
Zip Code: 39563

**Telephone Number:** (228) 285-0051

**Social Security Number:** SSN or ITIN: 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
or
**Individual Taxpayer Identification Number:**
or
**Employer Identification Number:** EIN: 33-1020963

### B. VESSEL INFORMATION

For each vessel claimed, please submit the following: (1) proof of vessel ownership/lease 4/20/2010 - 12/31/2010; (2) a completed SWS-6; (3) vessel commercial fishing licenses 2009/2010; (4) Gulf Coast Area home port or landings proof 4/20/2010 - 12/31/2010; (5) 2010 tax returns; (6) proof of vessel size & cooling mechanism (ice or freezer); and (7) vessel log, captain's log, share sheets, sales/production reports (if available). 27 Ft vessel And 32 Ft. Vessel

**Vessel Name:** Queen Esther commercial fishing
**Home Port County:** JACKSON COUNTY
**City:** MOSS Point
**State:** mississippi
**Zip Code:** 39563
**State Registration Number:** MT-2196-BS
**Federal Registration Number:**

Indicate whether you owned or leased the vessel you identified in Section B during the period April 20, 2010, and December 31, 2010. Check only one box.

☑ I owned the vessel during the period of April 20, 2010, and December 31, 2010.

☐ I leased the vessel during the period of April 20, 2010, and December 31, 2010.

**D. SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | _7 28 2017_<br>(Month/Day/Year) | _Richad McBride_<br>Signature<br><br>_RICHARD McBRIDE_<br>Name (Printed or Typed) |
|---|---|---|

EX. 22

## Vessel Physical Damage Claimant Sworn Written Statement

SWS-2

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

| | |
|---|---|
| **Individual Claimant's Name or Business Name:** | Richard McBRIDE |
| **Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** | 21bCV06635 |
| **Address:** | Street: 4318 DONOVAN St  City: Moss point  State: MISSISSIPPI  Zip Code: 39563 |
| **Telephone Number:** | 228 623 - 7014 |
| **Social Security Number: or Individual Taxpayer Identification Number: or Employer Identification Number:** | SSN or ITIN: 589 - 23 - 5141   EIN: 33 - 1102096 3 |

### B. VESSEL INFORMATION

| | |
|---|---|
| **Vessel Name:** | QUEEN ESther commercial Fisherman |
| **Hull Identification Number for the claimed vessel:** | FGRV0378D787 |
| **What is the Federal Registration Number for the physically damaged vessel?** | |
| **What is the State Registration Number for the physically damaged vessel?** | MI-2196-85 |
| **Vessel Home Port:** | JACKSON COUNTY, mississippi  Port of Pascagoula, MS. |
| **Vessel Owner:** | Last Name or Full Name of Business: McBride   First: Richard   Middle Initial: nmI   6619 Gregory St moss p |
| **Vessel Owner Address:** | Street: 4318 DONOVAN St  City: Moss point  State: mississippi  Zip Code: 39563 |
| **Vessel Owner Telephone Number:** | 228 623 - 7014 |

SWS - 2
v.1

EX-23

## C. CERTIFICATIONS

Please provide detailed responses to the questions below in order for the Settlement Program to complete your claim. You must provide enough information for us to determine the eligibility of the claimant and vessel to receive compensation for the claimed physical damage under the Settlement Agreement. Only enter information for the items you wish to certify, if an item you wish to certify is not listed below, you may write your statement in the box labeled Additional Comments. You must make an entry into at least one of the eight certification boxes and provide documentation to support your answers where indicated.

| | |
|---|---|
| 1. Describe in detail how the physical damage to your vessel occurred. You must show that the physical damage resulted from the Spill or Spill response cleanup operations that were consistent with the National Contingency Plan or specifically ordered by the Federal On-Scene Coordinator or delegates thereof: | The Vessel is 27 foot and 32 foot Vessel WAS Physical Damage By. cleanup operation April 10, 2010 B port spill Response |
| 2. State whether the physical damage to your vessel was caused by any of the following: (1) you, (2) the vessel's captain or crew; (3) an act of God, or (4) normal wear and tear: | The physical Damage To Reveals commecial Fishermen, Boat, Vessel WAS Caused By. B.P. Oil spill. April. 20, 2010, 27 foot vessel and 32 foot Vess |
| 3. Provide the date(s) or a date range when the physical damage occurred. The physical damage must have occurred between April 20, 2010, and December 31, 2010: | The Date Range When the physical Damage occurred MAY 2010. June 20 July 2010. August 2010 september 2010 October 2010 Novem December 31, 2010 |
| 4. Describe the condition of the vessel prior to the physical damage: WAS Excellent 32 Foot Vessel was Excellent 5. State whether you owned the vessel at the time the physical damage occurred and provide proof of ownership: | The boat vessel condition. 27 foot prior To the oil spill Damage April 20, 20 condition. Rebuilt motor, new condition was Very new motor Richard McBride. Rico, O. McBride Power House Church of God, Holy Chu was owned at time of Damage |
| 6. Describe in detail the physical damage to your vessel as a result of the Spill or Spill response cleanup operations that were consistent with the National Contingency Plan or specifically ordered by the Federal On-Scene Coordinator or delegates thereof; provide contemporaneous evidence such as photos, videos, or damage reports filed: | The Queen Esther, Commeri. Fishman boat or Vessel. WAS clean-up operation Vessel oper. Docking In moss point And Driving the boat in the pascacoul to Job s Long Leg in the river under HWY 63 Brige moss point, Drive To pascagoula By River Road TR |
| 7. If you have incurred costs to repair or replace the vessel, describe the expenses incurred, provide the amounts, and state whether they were reasonable and necessary; attach documentation to support your claim, such as receipts/estimates: | Job site. Both motor Damage 27 foot boat, Use 32. Foot Vessel Same thing motor Damge. on the Job site. point of pascgoula MS. I Did some work on the boat. can't fixed them Not. Enough money. I need mone it is Reasonable And necessi To Replace both boat or Vessel |

EX 36

| | |
|---|---|
| 8. If you are seeking compensation for costs not yet incurred to repair or replace the vessel, describe the expenses not yet incurred, provide the amounts, and state whether they are reasonable and necessary; attach documentation to support your claim, such as receipts/estimates: | the Both Vessel Motor should Be 3 motor Should Be Replace in Reasonable And nessary OK A new Boat is reasonable and necess |
| 9. Additional Comments: | The April 20, 2010 oil Spill v. Damage occurred Failed both Bosiness Economic Deviation Earning |

Queen Court Connected to ... b. SIGNATURE Given on ... May A 20-2011 trailer House could be ...

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 7 28 2017 (Month/Day/Year) | Richard McBride Signature RICHARD McBRIDE Name (Printed or Typed) |
|---|---|---|

| SWS-1 | Personal Property Damage Claimant Sworn Written Statement |

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer Identification number on all additional pages.

## A. CLAIMANT INFORMATION

**Individual Claimant's Name or Business Name:** Richard McBryde

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** 2/16.CV.06.63.51

**Address:**
Street: 4318 Donovan St
City: Moss Point   State: Mississippi   Zip Code: 39563

**Telephone Number:** (228) 285-0051

**Social Security Number:** SSN or ITIN: 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
or
**Individual Taxpayer Identification Number:** EIN: 3.31-102.09163
or
**Employer Identification Number:**

## B. CERTIFICATIONS

Please provide detailed responses to the questions below in order for the Settlement Program to complete your claim. You must provide enough information for us to determine the eligibility of the claimant and property to receive compensation for the claimed physical damage under the Settlement Agreement. Only enter information for the items you wish to certify. If an item you wish to certify is not listed below, you may write your statement in the box labeled Additional Comments. You must make an entry in at least one of the eight certification boxes and provide documentation to support your answers where indicated.

**1. Describe in detail how the physical damage to your personal property occurred. You must show that the physical damage resulted from the Spill or Spill response cleanup operations that were consistent with the National Contingency Plan or specifically ordered by the Federal On-Scene Coordinator or delegates thereof:**

To 2007 Cadillac Escalade EXT. pull the Queen Estha comm. Fishing boat to # Jod site for vessel app. 07 Pontor Vessel for B.p. Jod. cleanup operation. And pull 32 footer to B.p. Job. Site. Made both boat damage. Two story House or shed new const. ____ in 2009 Halfway comm. ____ ad ____ it made ____

**2. State whether the physical damage to your personal property was caused by any of the following: (1) you, (2) someone other than yourself, (3) an act of God, or (4) normal wear and tear:**

All personal property damage was caused by resulted from April 20.2010 B.p. oil Spill. By the oil or other substances as fur the describes in the settlement agree

**3. Provide the date(s) or a date range when the physical damage occurred. The physical damage must have occurred between April 20, 2010, and December 31, 2010:**

the Date Range June 2010. May 2010 July 2010 Transporting. Queen Estha comm. Fishing bot to Jod site from Moss point to passca 2007 Cadillac Escalade EXT. 2006 Dodge Ram Truck. Damage

I Richard McBryde Belive personal property damage loss and Business economic loss (BEL) Amount of $1,307,250.00

| | |
|---|---|
| 4. Describe the condition of the personal property prior to the physical damage: | The condition of 2007 CADILLAC ESCALADE EXT. New. Excellent condition Before oil Spill work. & 2006 Dodge was very Good cond & the 6619 Gregory st two story House church conf. was Halfway complete. New 2009 |
| 5. State whether you owned the personal property at the time the physical damage occurred and provide proof of purchase including cost: | I Richard McBride OWNED and pove Hase Church OWNED Blondine MMcBride OWNED 1. 2007 CADILAC ESCADE EXT. purchase price $56,000. 2. 2006 Dodge Ram $42,000.00 3. 6619 Gregory House @ 99,000.00 |
| 6. Describe in detail the physical damage to your personal property as a result of the Spill or Spill response cleanup operations that were consistent with the National Contingency Plan or specifically ordered by the Federal On-Scene Coordinator or delegates thereof; provide contemporaneous evidence such as photos, videos, or damage reports filed: | Photos. to BiPo INVESTIGATION agencies BP Agency told me to use any for "Demoina" to Help BiPo oil & Demoina M.D. will Remove the I Richard McBride photos to the United State District court BiPo Eastern District OF LOUISIANA All Def |
| 7. If you have incurred costs to repair or replace the personal property, describe the expenses incurred, provide the amounts, and state whether they were reasonable and necessary; attach documentation to support your claim, such as receipts/estimates: | INcurred costs 2007 CADILLACE EXT. work done motors-Escade mount Front-in work TRANSMISSION Need work The #A side need replace From BiPoil Borm Job work give Rubber Boot. 2006 Dodge Ram moto |
| 8. If you are seeking compensation for costs not yet incurred to repair or replace the personal property, describe the expenses not yet incurred, provide the amounts, and state whether they are reasonable and necessary; attach documentation to support your claim, such as receipts/estimates: | I DAMAN BiP. OIL Spill Replace my 2007 CADILLAC. ESCALED. @4 4194.00 that IS REASONABLE And necessary 2006. Dodge Ram need More work done 200 6619 Gregory st two story House Replace I believe Repare or Replace 480,000.00 Home And Church IS Reasonable And necesS |
| 9. Additional Comments: | |

I PAY. DOWN. $25,000.00 An 2007-EXT.

C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| | | |
|---|---|---|
| **Date Signed:** | 7. 88 2017 <br> (Month/Day/Year) | _Richd MSBine_ <br> Signature <br><br> RICHARD McBRide <br> Name (Printed or Typed) |

EX. 29

| SWS-6 | Vessel Boat Captain Status Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

**Individual Claimant's Name or Business Name:** Richard McBride

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** 2.1.6.C.V.0.6.6.3.5

**Address:**
Street: 4318 DONOVAN ST
City:
State: MISSISSIPPI  Zip Code: 39563

**Telephone Number:** 228-623-7014

**Social Security Number: or**
**Individual Taxpayer Identification Number: or**
SSN or ITIN: 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

**Employer Identification Number:**
EIN: 33-1102096 3

### B. VESSEL INFORMATION

For each vessel claimed, please submit the following: (1) proof of vessel ownership/lease 4/20/2010 - 12/31/2010; (2) if leased vessel, a completed SWS-7; (3) vessel commercial fishing licenses 2009/2010; (4) Gulf Coast Area home port proof 4/20/2010 - 12/31/2010; (5) 2010 tax returns; (6) Shrimp Boat Captains must provide proof of vessel size & cooling mechanism (ice or freezer); (7) vessel log, captain's log, share sheets, sales/production reports (if available); and (8) proof of Gulf Coast Area landings 2010.

**Vessel Name:** Queen Esther COMMECIAL FIR
**Home Port County:** JACKSON COUNTY
**City:** MOSS POINT
**State:** MISSISSIPPI  **Zip Code:** 39563
**State Registration Number:** MI-2-1916-BS
**Federal Registration Number:**

### C. BOAT CAPTAIN INFORMATION

Indicate whether you were the sole Boat Captain for the vessel you identified in Section B during the period April 20, 2010, and December 31, 2010. Check only one box.

☐ I was the sole Boat Captain for the vessel during the period of April 20, 2010, and December 31, 2010.

☒ I was not the sole Boat Captain for the vessel during the period of April 20, 2010, and December 31, 2010.

If you were not the sole Boat Captain, identify all other Boat Captains employed on the vessel and provide their dates they served as Boat Captain to the best of your ability. Photocopy this section if you need additional space and submit the copy with this Form.

**Other Boat Captain(s):**

| | **Dates of Employment as Boat Captain:** |
|---|---|
| Name: Richard McBride | From: MAY 15 2009 To: August DECEMBER 31 2010 |
| Name: RICO. O. McBride | From: MAY 15 2009 To: December 31 20 |
| Name: | From: To: |

SWS - 6
v.1

EX-28

## D. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the Information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 7 28 2017 | _Richard McBride_ |
| | (Month/Day/Year) | Signature |
| | | RICHARD McBRIDE |
| | | Name (Printed or Typed) |

EX. 29

## SWS-2 — Seafood Crew Compensation Plan Claimant Sworn Written Statement

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security Number or Individual Taxpayer Identification number on all additional pages.

### CLAIMANT INFORMATION

| | |
|---|---|
| **Name:** Last **power HOUSE Church** First **OF GOD HOLY Ghost** Middle Initial | |
| **Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Claimant Number:** | 2.16CV10.93.2.2 |
| **Address:** Street **4318 DONOVAN** City **MOSS POINT** State **MISSISSIPPI** Zip Code **39566** | |
| **Telephone Number:** | 228 285-0051 |
| **Social Security Number:** SSN or TIN | |
| **Individual Taxpayer Identification Number:** or | |
| **Employer Identification Number:** EIN | 33-10209.63 |

### EMPLOYMENT INFORMATION

Please include all Seafood Crew employment from 2010 in this section. For each employer, you must submit the following documentation of 2010 seafood crew employment: (1) W-2s, (2) 1099s, and/or (3) at least one pay check stub. Attach additional pages if you had more than two 2010 Seafood Crew employers.

| | |
|---|---|
| **Employer Name:** Last Name or Full Name of Business **Queen Esther Commercial** First **Fishes** Middle Initial | |
| **Employer Address:** Street **4419 Gregory AO BOX 5701** City **MOSS POINT** State **MISSISSIPPI** Zip Code **39565** | |
| **Employer Telephone Number:** | 228 285-0051 |
| **Job Title/Description of Work:** | PArt OWNER / COntruct of power Boat Commerc |
| **2010 Dates of Work:** | Month/Day/Week 1/5/09 to Month/Day/Week 4 30 2017 |
| **Was your employment steady, seasonal, year-round, or intermittent?** | ☐ Steady   ☐ Seasonal   ☑ Year-Round   ☐ Intermittent |
| **Vessel Name:** | Queen Esther commercail |
| **Vessel Home Port:** | 4419 Gregory st Moss point ms the port of pascagoul ms |
| **Species Fished:** | Red fish, catfish, crabs Shrimp Flounder RedSnapper |

EX-30

| Employer Name: | Last Name or Full Name of Business | | First | | Middle Initial |
|---|---|---|---|---|---|
| Employer Address: | Work | | | | |
| | City | | State | | Zip Code |
| Employer Telephone Number: | ( ___ ) ____ - _____ | | | | |
| Job Title/Description of Work: | | | | | |
| 2010 Dates of Work: | _____ to _____ (Month/Day/Year) (Month/Day/Year) | | | | |
| Was your employment steady, seasonal, year-round, or intermittent? | ☐ Steady   ☐ Seasonal   ☐ Year-Round   ☐ Intermittent | | | | |
| Vessel Name: | | | | | |
| Vessel Home Port: | | | | | |
| Species Fished: | | | | | |

**C. SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 6.5.2017 (Month/Day/Year) | power house Church of god HFN Chief Power c/o Richard Signature |
|---|---|---|
| | | power house church of god Holy Ghost power c/o Richard MSBRIC Name (Printed or Typed) |

EX-31

| PED-1 | Parcel Eligibility Determination Form |
|---|---|

If you disagree with the Coastal or Wetlands Real Property Claim Zone Map and think your Parcel or Boat Slip should be included as an eligible parcel on the Map, submit this Parcel Eligibility Determination form. Only submit this form if you are a New Class member that was excluded from filing this claim type in the DHEPDS; if you submitted a request to include your parcel to the DHEPDS Administrator and the request was denied, that determination will not change.

**ONLY COMPLETE THIS FORM IF YOU CAN SUPPORT YOUR REQUEST WITH A SCAT OR NRD REPORT.**

## A. REASON FOR REQUESTING RECONSIDERATION OF YOUR PARCEL'S OR DEEDED BOAT SLIP'S ELIGIBILITY DESIGNATION

Check the box next to the reason you are requesting reconsideration of the designation of your Parcel or Deeded Boat Slip as ineligible.

- ☒ My Parcel or Deeded Boat Slip is not properly identified as a Parcel or Deeded Boat Slip on the Coastal or Wetlands Real Property Claim Zone Maps, but should be;
- ☒ My Parcel or Deeded Boat Slip is not designated as an Eligible Land Use Designation, but should be;
- ☒ My Parcel or Deeded Boat Slip is not within the Coastal or Wetlands Real Property Claim Zone, but my Parcel or Deeded Boat Slip was oiled and should be included.
- ☒ My Parcel or Deeded Boat Slip was identified on the Coastal or Wetlands Real Property Claim Zone Maps as non-oiled, but my Parcel or Deeded Boat Slip was oiled.

## B. CLAIMANT INFORMATION

| Name: | Last Name or Full Name of Business McBride | First Name Richard | Middle Initial |
|---|---|---|---|

Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number (if you do not yet have a Claimant Number, leave this question blank):

Social Security Number:
or
Individual Taxpayer Identification Number:
or
Employer Identification Number:

SSN or ITIN: 4 8 7 - 2 3 - 5 1 4 1

EIN: 

## C. PARCEL OR DEEDED BOAT SLIP INFORMATION

1. Identify the type of Property that is the subject of your Coastal or Wetlands Real Property Claim:

   - ☒ Residential/Commercial
   - ☒ Deeded Boat Slip
   - ☒ Wetlands  Flood Zone

2. Provide the address of the Parcel or Deeded Boat Slip (if any):

   Street: 6619 Gregory St
   City: Moss Point    State: Mississippi    Zip Code: 39563
   Parish/County: Jackson County
   Other Description: 8.9 Acer Land

3. Provide the tax assessment identification number for the Parcel or Deeded Boat Slip:

4. Provide the Parcel identification number: 201293200000

1 v.1

EX, 37

## D. DOCUMENTATION REQUIRED FOR PARCEL OR DEEDED BOAT SLIP DESIGNATION RECONSIDERATION

Consistent with the eligibility requirements of the DHEPDS, a parcel not located within the Coastal or Wetlands Real Property Claim Zone may be added to such zone if the parcel is documented as oiled pursuant to SCAT or by an official assessment conducted by the National Resources Trustees in connection with the Deepwater Horizon Incident. To be considered for zone inclusion, you must submit this form with supporting documentation from SCAT or NRD indicating the property was oiled.

If you do not provide the required documentation, the parcel will remain ineligible as being outside the Coastal or Wetlands Real Property Claim Zone and any claim submitted will be denied on this basis.

## E. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information to or submitted with this Statement and the information contained therein are true and accurate to the best of my knowledge, and that supporting documents attached my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this form, I consent to the use and disclosure by the New Class Claims Administrator and those assisting the New Class Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.

| Signature: | Richard McBride | Date: | 8.5.2017 (Month/Day/Year) |
| Name: | Last Name  McBride | First Name  Richard | Middle Initial |
| Title (if a Business): | | | |

The Claimant must sign this form personally. No one can sign on behalf of the claimant unless the claimant is a business or is deceased, a minor, or incompetent. If the claimant is a business, an authorized representative may sign. If the claimant is deceased, a minor, or incompetent, an authorized Representative that has provided documentation of such authority to the New Class Claims Administrator may sign.

If the Parcel or Deeded Boat Slip you wish to file a claim for is already included in the Coastal or Wetlands Real Property Claim Zone, PLEASE DO NOT complete this form.

Filing this form does not constitute a New Class claim; it is merely an addendum that allows you to petition for inclusion of a Parcel or Deeded Boat Slip that was not previously recognized as having been oiled or affected by oil.

If you are submitting a New Class Claim Form, make sure to complete and sign the Signature section on page 12 of the Claim Form and provide all required documentation.

ED- 1 v.1

*** REC 2017206 144601 H746A781 6!U$ CIPQYAE PQAE (F-V$B ) ***

TPQY DTE:07/25/17 SSN: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 DOC:653 UNIT:TLH PG: 001
INPUT SOCIAL SECURITY NUMBER 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 NAME R MCBRI USER CODE TLH
MODIFIED THIRD PARTY QUERY CONFIDENTIAL SOCIAL SECURITY DATA -
CLAIM NUMBER 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A

RICHARD MCBRIDE BORN:11/24/63 DISABILITY: YES
BENEFIT: DATE: 07/2017 GROSS BENEFIT: $1146.00 STATUS: PAY
MEDICARE DATA: THIRD PARTY PAYER
HOSPITAL INSURANCE NO
SUPPLEMENTAL INSURANCE YES

MODIFIED THIRD PARTY QUERY CONFIDENTIAL SUPPLEMENTAL SECURITY INCOME DATA
ON 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
***INFORMATION***
NO MATCH AS OF 09/26/14

Social Security Administration
6000 Highway 63
Moss Point, MS 39563

Fishry Lice. Hunting Lice
All Game

EX-37









2010 Fishing Boat License



BP EXPLORATION & PRODUCTION CO.
150 WEST WARRENVILLE ROAD
43504D
NAPERVILLE, IL 60563

EX. 39

DV8760 930 E1 P2 1 OF 1 **AUTO**ALL FOR AADC 395
POWERHOUSE CHURCH OF GOD HOLY GHOST
4318 DONOVAN ST
MOSS POINT, MS 39563-3602

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents | 2 Royalties | OMB No. 1545-0115 |
|---|---|---|---|
| BP EXPLORATION & PRODUCTION CO.<br>150 WEST WARRENVILLE ROAD<br>43504D<br>NAPERVILLE, IL 60563<br>(800) 284-2244 | $ | $ | **2016**<br>Form 1099-MISC |
|  | 3 Other Income<br>27,000.00 | 4 Federal income tax withheld<br>$ | Miscellaneous Income |
|  | 5 Fishing boat proceeds<br>$ | 6 Medical & health care payments<br>$ | Copy B · For Recipient |
| PAYER'S TIN   34-1835527 | RECIPIENT'S identification number   32-1020963 | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD HOLY GHOST<br>4318 DONOVAN ST<br>MOSS POINT, MS 39563-3602 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|  | 11 | 12 | |
|  | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
|  | 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | Net Settlement |
| Account number (see instructions)<br>80546704   FATCA filing | | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |
| Form 1099-MISC | (keep for your records) | www.irs.gov/form1099misc | Department of the Treasury · Internal Revenue Service |

## Instructions for Recipient · 1099-MISC (2016)

Recipient's identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

Account number. May show an account or other unique number the payer assigned to distinguish your account.

Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040NR-ES). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

Box 1. Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

Box 2. Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

Box 3. Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

Box 5. An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

Box 6. For individuals, report on Schedule C (Form 1040).

Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

Box 9. If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

Box 10. Report this amount on Schedule F (Form 1040).

Box 13. Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

Box 14. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

Box 15a. May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

Box 15b. Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This amount is subject to an additional 20% tax plus interest. See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

Boxes 16–18. Shows state or local income tax withheld from the payments.

Future developments. For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

☐ CORRECTED (if checked)

*EX. 40*

**IRS** Department of the Treasury
Internal Revenue Service
P.O. Box 2508
Cincinnati  OH   45201

In reply refer to:  0752255928
May  10, 2016  LTR 4168C    0
33-1020963   000000 00
                                    00022425
                         BODC: TE

*EXHIBIT IRS*
*CLAIM NO. 100240510*

POWER HOUSE CHURCH OF GOD HOLY
  GHOST POWER
X RICHARD MCBRIDE
PO BOX 5101
MOSS POINT  MS   39563-1101
*1-228-623-2034-7014*
*MAY-10-2016*

     Employer ID Number:   33-1020963
     Form 990 required:   NO

Dear Taxpayer:

This is in response to your request dated Apr. 29, 2016, regarding
your tax-exempt status.

We issued you a determination letter in MARCH 2003, recognizing
you as tax-exempt under Internal Revenue Code (IRC) Section 501(c)
(3).

Our records also indicate you're not a private foundation as defined
under IRC Section 509(a) because you're described in IRC Sections
509(a)(1) and 170(b)(1)(A)(i).

Donors can deduct contributions they make to you as provided in IRC
Section 170. You're also qualified to receive tax deductible bequests,
legacies, devises, transfers, or gifts under IRC Sections 2055, 2106,
and 2522.

This organization is exempt from filing the 990 series information
returns.

In the heading of this letter, we indicated whether you must file an
annual information return. If a return is required, you must file Form
990, 990-EZ, 990-N, or 990-PF by the 15th day of the fifth month after
the end of your annual accounting period. IRC Section 6033(j) provides
that, if you don't file a required annual information return or notice
for three consecutive years, your exempt status will be automatically
revoked on the filing due date of the third required return or notice.

For tax forms, instructions, and publications, visit www.irs.gov or
call 1-800-TAX-FORM (1-800-829-3676).

If you have questions, call 1-877-829-5500 between 8 a.m. and 5 p.m.,
local time, Monday through Friday (Alaska and Hawaii follow Pacific
Time).

*NAICS, code 813000*

*EX.41*

| □ CORRECTED (if checked) | | |
|---|---|---|

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**

POWERHOUSE CHURCH OF GOD, HOLY
GHOSTPOWER, C?O RICHARD MCBRIDE
6619GREGORY MOSS POINT MS.39563
p,o,BOX5101, 1-228-285-0051

**1 Rents** $

**2 Royalties** $

**3 Other income** $DONATION

**4 Federal income tax withheld** $

OMB No. 1545-0115

**2007**

Form 1099-MISC

**Miscellaneous Income**

**Copy B For Recipient**

**PAYER'S federal identification number** 33-1020963

**RECIPIENT'S identification number**

**5 Fishing boat proceeds** $229,750.00

**6 Medical and health care payments** $

**RECIPIENT'S name**
POWERHOUSE CHURCH OF GOD.HOLY
GHOSTPOWER.C.O. RICHARD MCBRIDE

**7 Nonemployee compensation** $

**8 Substitute payments in lieu of dividends or interest** $

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**Street address (including apt. no.)**
4318 DONOVAN ST, MOSS POINT.MS
**City, state, and ZIP code**
39563  P.O. box 5101

**9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ □**

**10 Crop insurance proceeds** $

**11** **12**

**Account number (see instructions)**
1-228-285-0051

**13 Excess golden parachute payments** $

**14 Gross proceeds paid to an attorney** $

**15a Section 409A deferals** $ § 501-c-3

**15b Section 409A income** $

**16 State tax withheld** $ $

**17 State/Payer's state no.**

**18 State income** $ $

Form 1099-MISC                    (keep for your records)        Department of the Treasury - Internal Revenue Service

n
a     N.A.I.C.S._CODE_*813000

EX 42

| 9595 | ☐ VOID | ☐ CORRECTED | | |
|---|---|---|---|---|

PAYER'S name, street address, city, state, ZIP code, and telephone no.

POWERHOUSE CHURCH OF GOD,HOLY
GHOSTPOWER.C.O.RICHARDMCBRIDE
6619 GREGORY ST.MOSS POINT.39563
P.O. BOX.5101
1-228-285-0051
501-C -3-CODE

OMB No. 1545-0115

2008

Form 1099-MISC

**Miscellaneous Income**

Copy A
For
Internal Revenue
Service Center

1 Rents $

2 Royalties $

3 Other Income $DONATION

4 Federal income tax withheld $

5 Fishing boat proceeds $217,500.00

6 Medical and health care payments $

File with Form 1096.

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2008 General
Instructions for
Forms 1099,
1098, 5498,
and W-2G.

PAYER'S federal identification number
#33-1020963

RECIPIENT'S identification number

7 Nonemployee compensation $

8 Substitute payments in lieu of dividends or interest $

RECIPIENT'S name

POWERHOUSE CHURCH OF GOD.HOLY
GHOSTPOWER C.O. RICHARD MCBRIDE

Street address (including apt. no.)
#4318 DONOVAN ST.MOSS POINT.MS.

City, state, and ZIP code
39563 P.O.BOX 5101

9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐

10 Crop insurance proceeds $

13 Excess golden parachute payments $

14 Gross proceeds paid to an attorney $

Account number (see instructions)
501-C -3 code

2nd TIN not. ☐

16 State tax withheld $  $

17 State/Payer's state no.

18 State income $  $

16a Section 409A deferrals $

15b Section 409A income $

Form 1099-MISC   Cat. No. 14425J   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page

N.A.I.C.S.__CODE-813000

EX43

| 9898 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE 6619 GREGORY ST.MOSS POINT.39563 P.O.BOX5101 1-228-285-0051 501.C_3-CODE | $ 208.000.00 | 2009 | |
| | 2a Taxable amount $DONATION | Form 1099-R | |
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy A For Internal Revenue Service Center |
| PAYER'S federal identification number  33-1020963 | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | |
| RECIPIENT'S name POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE | 5 Employee contributions /Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 5921, 5922, 5498, and W-2G. |
| Street address (including apt. no.) 4318 DONOVAN ST. MOSS POINT.MS. | 7 Distribution code(s)    IRA/ SEP/ SIMPLE ☐ | 8 Other $         % | |
| City, state, and ZIP code 39563.P.O.BOX5101 | 9a Your percentage of total distribution         % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld $ $ | 11 State/Payer's state no. | 12 State distribution $ $ |
| Account number (see instructions) 501-C_3_CODE | 13 Local tax withheld $ $ | 14 Name of locality | 15 Local distribution $ $ |

Form 1099-R          Cat. No. 14436Q          Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE_813000

EX-44

| 9595 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| **POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE 6619GREGORY ST.MOSS POINT.39563** P.O.BOX.5101 1.228.285.0051 501-C_3-CODE | $ | **2010** | **Miscellaneous Income** |
| | 2 Royalties $ | Form 1099-MISC | |
| | 3 Other income $ DONATION | 4 Federal income tax withheld $ | **Copy A** |
| PAYER'S federal identification number 33-1020963 | RECIPIENT'S identification number | 5 Fishing boat proceeds $ 52,000.00 | 6 Medical and health care payments $ | **For Internal Revenue Service Center File with Form 1099.** |
| RECIPIENT'S name **POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE** | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | **For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) **4318DONOVAN ST.MOSS POINT.MS.** | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code **39563P.O.5101** | 11 | 12 | |
| Account number (see instructions) **501-c.3 code** | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form 1099-MISC            Cat. No. 14425J            Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE813000

EX. 45

Dear all employees of The Queen Esther Commercial
Fishing we are currently going out of business due to the
BP oil spill from lack of sales of cash payments from
seafood. We are going out of business on March 10,2011.
We tried to make money during the months of January and
Feburuay. Customers isn't buying so we isn't seeing any
productions of the company growth.

_(signature)_

Owner

03 - 1 - 2011

Date

*EX. 48*



## Ocean Marine Group



**buyers order**

(228) 515-0200
**Buyers Order**

**Richard Mcbride**
4318 Donovan St
Moss Point, MS 39563

(228) 623-7014

richardmcbride1983@gmail.com

**July 28, 2017**

Buyers Order No    4498
Salesman  Nick Bolance

I hereby agree to purchase from you under the terms and conditions specified, the following: Delivery is to be made as soon as possible. It is agreed, however, that neither you nor the manufacturer will be liable for failure to effect delivery.

### Unit Information

| New/U | Year | Make | Model | Serial No | Stock No | Price |
|-------|------|------|-------|-----------|----------|-------|
| NEW | 2017 | Chaparral | 330 Signature | | | $309,066.00 |

| | |
|---|---|
| Unit Price (Your Purchase Price) | 309,066.00 |
| Factory Options | 0.00 |
| Customer Added Accessories | 0.00 |
| Freight | 0.00 |
| Dealer Prep / Rigging Fee | 0.00 |
| Service Contract | 0.00 |
| Other Options | 0.00 |

| | |
|---|---|
| Cash Price | 309,066.00 |
| Trade Allowance | 0.00 |
| Payoff | 0.00 |
| Net Trade | 0.00 |
| Net Sale  (Cash Price – Net Trade) | 309,066.00 |
| Sales Tax    (Includes Battery Fees/Taxes) | 21,662.55 |
| Tire Disposal Fee / Tire Tax | 0.00 |
| Trailer Tax | 0.00 |
| Property or Advalorem Tax | 0.00 |
| Filing Fees/UCC Filing | 0.00 |
| Title/Registration Fees | 0.00 |
| Document and/or Administration Fees | 399.00 |
| Credit Life Insurance | 0.00 |
| Accident & Disability | 0.00 |
| Other Insurance | 0.00 |
| Total Other Charges | 22,061.55 |
| Sub Total  (Net Sale + Other Charges) | 309,066.00 |
| Cash Down Payment | 0.00 |
| Amount to Pay/Finance | 331,127.55 |

**Trade Information**

**Deposits**

Unpaid deposit amount due on or before pick-up/delivery $428.93

Any warranties on the products sold hereby are those made by the manufacturer. The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability of fitness for all particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with sale of said products.

NOTICE TO BUYER: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

TRADE-IN NOTICE: Customer represents that all trade-in units described above, are free of any liens and encumbrances except as noted.

*With Approved Credit, interest rates and monthly payment are approximate and may vary from those determined by the Lender.

Customer Signature _____    Dealer Signature _____

Thank You For Shopping At
Ocean Marine Group



## Ocean Marine Group



(228) 818-0200
**Buyers Order**

buyers order

**Richard Mcbride**
4318 Donovan St
Moss Point, MS 39563

(228) 623-7014
richardmcbride1963@gmail.com

July 28, 2017

Buyers Order No   4488

Salesman  Nick Bolance

I hereby agree to purchase from you under the terms and conditions specified, the following: Delivery is to be made as soon as possible. It is agreed, however, that neither you nor the manufacturer will be liable for failure to effect delivery.

### Unit Information

| New/U | Year | Make | Model | Serial No | Stock No | Price |
|-------|------|------|-------|-----------|----------|-------|
| NEW | 2017 | Chaparral | 277 SSX | | | $135,570 |

| | |
|---|---|
| Unit Price (Your Purchase Price) | 135,570.00 |
| Factory Options | 0.00 |
| Customer Added Accessories | 0.00 |
| Freight | 0.00 |
| Dealer Prep / Rigging Fee | 0.00 |
| Service Contract | 0.00 |
| Other Options | 0.00 |

| | |
|---|---|
| **Cash Price** | 135,570.00 |
| Trade Allowance | 0.00 |
| Payoff | 0.00 |
| Net Trade | 0.00 |
| **Net Sale** (Cash Price - Net Trade) | 135,570.00 |
| Sales Tax      (includes Battery Fees/Taxes) | 9,517.83 |
| Tire Disposal Fee / Tire Tax | 0.00 |
| Trailer Tax | 0.00 |
| Property or Advalorem Tax | 0.00 |
| Filing Fees/UCC Filing | 0.00 |
| Title/Registration Fees | 0.00 |
| Document and/or Administration Fees | 399.00 |
| Credit Life Insurance | 0.00 |
| Accident & Disability | 0.00 |
| Other Insurance | 0.00 |
| **Total Other Charges** | 9,916.83 |
| **SUB TOTAL** (Net Sale + Other Charges) | 135,570.00 |
| **Cash Down Payment** | 0.00 |
| **Amount to Pay/Finance** | 145,486.83 |

**Trade Information**

Deposit

Unpaid deposit amount due on or before pick-up/delivery $426.93

Any warranties on the products sold hereby are those made by the manufacturer. The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability of fitness for all particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with sale of said products.

NOTICE TO BUYER: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

TRADE-IN NOTICE: Customer represents that all trade-in units described above, are free of all liens and encumbrances except as noted

*With Approved Credit, interest rates and monthly payment are approximate and may vary from those determined by the Lender.

Customer Signature _Richard McBride_          Dealer Signature _____

Thank You For Shopping At
**Ocean Marine Group**

# Butch
## Oustalet AUTOPLEX



EX. 50

17 553

| DATE | 7/13/2017 | SALESMAN | Randolph Kevin | | STOCK # |
|---|---|---|---|---|---|

**BUYER** Richard McBride — POWER HOUSE CHURCH
SS#
DR LIC # | STATE | DOB

**CO-BUYER** OF GOD HOLY GHOST POWER
SS#
DR LIC # | STATE | DOB

**ADDRESS** 4318 Donovan Street
HOME PHONE

**CITY** East Moss Point | **STATE** MS | **ZIP** 39563
BUS PHONE

**THEFT GUARD #** | **E-MAIL**
CELL PHONE

| | YEAR | MAKE | MODEL | BODY | ENG. | COLOR | MILEAGE | | | | SERIAL # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VEHICLE SOLD | 2017 | Cadillac | Escalade | Platinum | 6.2 | Black | 63 | | | | MR211940? |
| VEHICLE TRADED | | | | | | | | | | | |

**OPTIONS INSTALLED**

**OLD VEHICLE: AUCTION VALUE**

N/T

**NEW VEHICLE: MARKET VALUE** 93,990

89,682.³⁹ +F

**Representation That Trade-In Vehicle is Not Subject To Liens**

Buyer represents that Buyer has good title to the trade-in motor vehicle and that such vehicle is free from all liens, security interests, mortgages or other encumbrances except for the sum of $ _____ due to _____

Address: _____ Acct. No.: _____ Verified By: _____ Thru _____

Buyer understands that if the payoff exceeds the amount stated herein, Buyer will be responsible for paying the difference to Dealer. If the payoff is less than the amount stated herein, Buyer understands that the Dealer will be responsible for refunding the difference to Buyer.

94,484.¹¹ O.T.D

**Preferred Bank Financing**
1/3 Cash Investment

**Short Term Save $$$$$$$$$$$$$$**
Monthly Investment

I authorize an investigation of my credit and employment history and the release of information about my credit and employment history and the release of information about my credit experience.

**BUYER'S SIGNATURE X** Richard McBride DATE 7/13/2017

**CO-BUYER'S SIGNATURE X** Blondine M. McBride

7.13.2017



**BUTCH OUSTALET CHEVROLET CADILLAC**

CHEVY  CADILLAC

4012 14th Street
Pascagoula, MS 39567
Phone: (228) 762-2711
Fax: (228) 258-0019
www.butchoustalet.com

CUSTOMER #: 45801

307978

INVOICE

PAGE 1

RICHARD MCBRIDE
4318 DONOVAN ST
MOSS POINT, MS 39563
HOME:228-475-4205 CONT:228-990-5137
BUS:          CELL:

SERVICE ADVISOR: 381 PATRICK BUSBY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
|  | 07 | CADILLAC ESCALADE EX | 3GYFK62827G232285 |  | 42232/42232 | T781 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 10APR08 DD |  |  | 17:30 29OCT10 |  | 0.00 | PP | 29OCT10 |

| R.O. OPENED | READY | OPTIONS: STK:7T1113 ENG:6.2 LITER |
|-------------|-------|----|
| 13:13 07OCT10 | 16:29 29OCT10 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A SES LIGHT ON ADVISE
CAUSE: F
　　J0850 CAMSHAFT REPLACEMENT                                                    (N/C)
　　　　　　36    WG                                                               (N/C)
　　　1 12580681 INJECTOR                                                         (N/C)
　　　1 12621258 SPARK PLU                                                        (N/C)
　　16 12576400 LIFTER                                                           (N/C)
　　　2 12610046 GASKET                                                          (N/C)
　　20 11571134 BOLT                                                            (N/C)
　　10 12558840 BOLT                                                            (N/C)
　　　1 89060434 GASKET KI                                                       (N/C)
　　　1 12612350 GASKET                                                          (N/C)
　　　1 12633904 GASKET                                                          (N/C)
　　　1 89017524 FILTER                                                          (N/C)
　　　6 OIL 10W30 OIL                                                            (N/C)
　　　1 12346290 COOLANT                                                         (N/C)
　　　2 12617944 GASKET                                                          (N/C)
　　　1 12612289 PUMP                                                            (N/C)
　　　1 88861417 SEALANT                                                         (N/C)
　　　1 88862586 LUBRICANT                                                       (N/C)
　　　2 12612045 GASKET                                                          (N/C)
　　　1 12588151 VALVE                                                           (N/C)
　　　1 12608814 SENSOR                                                          (N/C)
　　　2 12630223 GASKET                                                          (N/C)
　　　1 15035747 SEAL                                                            (N/C)
　　　1 12585994 ACTUATOR                                                        (N/C)
　　　8 12627970 VALVE                                                           (N/C)
　　　1 12482063 SEAL KIT                                                        (N/C)
　　　1 12612273 CAMSHAFT                                                        (N/C)
　　*************************************************************

B CHECK STABILITY LIGHT ON ADVISE
CAUSE: F
　　55 ELECTRIC INSTRUMENTS                                                      (N/C)
　　　　　　36    WG

| STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES/SHOP SUPPLIES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| | PLEASE PAY THIS AMOUNT | |

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

X_____
CUSTOMER'S SIGNATURE

CUSTOMER SIGNATURE

*Thank You!*

CUSTOMER COPY

BUTCH
OUSTALET
**CHEVROLET CADILLAC**
CHEVY

4012 14th Street
Pascagoula, MS 39567
Phone: (228) 762-2711
Fax: (228) 258-0019
www.butchoustalet.com

CUSTOMER #: 45801

**319827**

INVOICE

PAGE 1

RICHARD MCBRIDE
PO BOX 9137
MOSS POINT, MS 39562-0001
HOME:228-475-4205 CONT:228-712-0036
BUS:          CELL:

SERVICE ADVISOR: 381 PATRICK BUSBY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
|  | 07 | CADILLAC ESCALADE EX | 3GYFK62827G232285 |  | 63332/63332 | T2331 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 10APR08 DD |  |  | 17:30 13APR12 |  | 0.00 | CASH | 20APR12 |

| R.O. OPENED | READY | OPTIONS: | STK:7T1113 ENG:6.2 LITER |
|-------------|-------|----------|---------------------------|
| 08:00 13APR12 | 11:13 20APR12 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

A CHECK ENGINE JERKS WHEN ACCEL CHECK AND ADVISE
     J1507 MOUNT, ENGINE - FRONT - BOTH - REPLACE                    (N/C)
     520     WG                                                      (N/C)
     2 15854939 MOUNT
   63332 FOUND ENGINE JERKS, BOTH FRONT MOTORS BROKEN, RUBBER TORN
REPLACED BOTH FRONT ENGINE MOUNTS
   *********************************************************

B CHECK NOISE IN FRONT END WHILE DRIVING
     E2321 BEARING AND HUB ASSEMBLY, FRONT WHEEL -
     LEFT - REPLACE                                                  (N/C)
     520     WG                                                      (N/C)
     1 22841381 W-HUB
   63332 FOUND LEFT FRONT HUB BEARING NOISY REPLACED LEFT FRONT HUB
ASSEMBLY
   *********************************************************

C M27 PERFORM 27 MULTI POINT INSPECTION
CAUSE: M27 PERFORM 27 MULTI POINT INSPECTION
     M27 M27 PERFORM 27 MULTI POINT INSPECTION               0.00    0.00
     520     C2
   *********************************************************

| | | DESCRIPTION | TOTALS |
|---|---|-------------|--------|
| I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. | STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. | LABOR AMOUNT | 0.00 |
| | | PARTS AMOUNT | 0.00 |
| | | GAS, OIL, LUBE | 0.00 |
| | | SUBLET AMOUNT | 0.00 |
| | | MISC. CHARGES/SHOP SUPPLIES | 0.00 |
| | | TOTAL CHARGES | 0.00 |
| | | LESS INSURANCE | 0.00 |
| | | SALES TAX | 0.00 |
| x _____ CUSTOMER'S SIGNATURE | CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY

Thank You!

EX, 55

```
Year: 2017                    Jackson County, Mississippi        14-JUL-17: 2:18 PM
Card:  ` 1 of  1              ** Master Summary Display **
```

```
Reco:703032   Dist: 2220                  * Legal Description *
Pidn: 20129320.000                        ---------------------
                                   Town: 7  Rang: 5  Sect: 29  CSec:
        * Owner/Address *         1-COM E/M MILL ST & N/M GREGORY ST
        -----------------         2-W 510.87' TO POB W 447.13' N
   POWER HOUSE CHURCH OF GOD HOLY  3-543' E 447' M/L S 543' M/L
   GHOST POWER TRUSTEES           4-TO POB DB 1437-633
   P O BOX 0124 5/01              5-DB 1467-684 DB 1470-503
   MOSS POINT MS                  6-DB 1550-643 DB 1629-820
                  39566-0000      7-(131 MAP759.29-01)
                                  8-
                                  9-
    * Exemptions *                   Gisp: 759.29-01-0131.00
   HS Number:      HstP:    .00%     Acrt:    5.67    Ascd:
   Xmpt Code:    0
```

```
             * Prev Values *    * Curr Values *    * Undiv Intrst *
             PLvl:   11250      Lavl:   11250      Undi:
             PBvl:    2010      Blvl:    2010      Undp:    .00%
             Ptot:   13260      Totv:   13260
```

Enter Command,Data:

EX. 54

3



OFFICIAL RECORDS JACKSON COUNTY
Terry Miller
CHANCERY CLERK
RECORDING FEE:                    $12.00
#200702811 BK:1470 PG:503-505
01/19/2007 03:24 PM 3 PGS
MDELANEY.DC Rcpt#891282

200702811 3 PGS

### STATE OF MISSISSIPPI
### COUNTY OF JACKSON

## SPECIAL WARRANTY DEED

For and in consideration of the price and sum of ten and no/ 100 ( $ 10.00
Dollars, cash in hand paid and other good and valuable consideration, the receipt of all of which
is hereby acknowledge we, Ricky L. McBride, Do Hereby Sell, Convey, and Warranty unto Richard
McBride, Blondine M. McBride, Ricky L. McBride, that certain tract, piece of parcel of land situated
in Jackson County, Mississippi being more particularly described as follows, to wit:

Correction to special warranty deed. Record official record JACKSON COUNTY 200700904 book
1467 page 684-686

**Correction Legal Description**
Town: 7 page: 5 sec: 29 C.Sec. 1- Com E/M Mill St. & N/M Gregory St. 2 W 510.87 to POB W 447.
13 N 3.   543 E 638 ( 5 393 ) W 190.60 4- 150 to POB DB 1437-570 5-C131 Map 759.29-01

That certain, tract, piece or parcel of land being situated in section 29, township 7 south, rang 5 west,
Jackson County, Mississippi, more particularly described as follows : to - wit:

Commencing at the southeast corner of said section 29 and run thence north 00 degrees 29
minutes west, along section line, a distance of 2694, 50 feet; thence run south 89 degrees 51 minutes
west a distance of 24.8 feet to an old established fence corner at the NW corner of the intersection of
Turner Street and mill road; thence continue south 89 degrees 51 minutes west, along an old
established fence and the North margin of Turner Street, a distance of 320 feet to the point of
beginning, which point of beginning is the NW corner of a tract of land this day conveyed to John
Henry Turner III. From said point of beginning continue thence South 89 degrees 51 minutes west
along said old established fence and the North margin of Turner Street , a distance of 638 feet to the
SE corner of a tract of land this day conveyed to Dorothy Turner Hollis; thence run North 0 degrees
39 minutes West, along the East Line of the said Hollis tract of land , a distance of 543 feet, more or
less, to an old established fence and the NE corner of the said Hollis tract of land; thence run North 89
degrees 59 minutes East, along said old fence, a distance of 638 feet, more or less, to a point that is
North 0 degrees 14 minutes west from the point of beginning and the NW corner of the tract of land
this day conveyed to John Henry Turner; thence run south 0 degrees 14 minutes East, along the west
line of the John Henry Turner, III Tract of land, and parallel to the West margin of Mill Road, a
distance of 543 feet, more or less, to the point of beginning. And the being a part of the land conveyed
to John H. Turner, Jr. By deed recorded in Book 39, page 639, Land Deed Records of Jackson
County, Mississippi.

This being the same as that conveyed by instrument dated March 26, 1966, recorded in Book 289,

EX # 55

**STATE OF MISSISSIPPI**

**COUNTY OF JACKSON**

   Personally appeared before me, the undersigned authority in and for the aforesaid County and State, Ricky L. McBride, who hereby acknowledge that he signed, executed and delivered the above and foregoing instrument on the date thereof and for the use and purposes therein mentioned as his voluntary act and deed.

   GIVEN under my hand and official seal, this the __11__ Day of January, 2007

(Seal)



NOTARY PUBLIC

Printed name _Jennifer Thornton_

My Commission Expires:
_6/2/2009_

**GRANTORS ADDRESS AND PHONE:**
_5612 Gregory St. Moss Point, Ms 39563_
 Phone 228 990 5137

**GRANTEES ADDRESS AND PHONE:**
_4315 Donovan St. Moss Point, Ms 39563_
 Phone 228 474 2217

EX. 56

WITNESS MY SIGNATURE, this the 19 Day of January, 2007

Ricky L. McBride



Richard McBride
4218 Donovan St
Moss Point MS 39563

U.S. POSTAGE PAID
FCM LG ENV
MOSS POINT, MS
AMOUNT
$0.26
70130
R2305H129344-03

1000   70130

Clerk
TO the of

Clerk
TO the of

U.S. DISTRICT COURT FOR
The Eastern District of Louisana
500 Poydras Street
New Orleans, LA. 70130