IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF

LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 11 2018

WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| IN RE; OIL SPILL BY THE OIL RIG | MDL, 2179 |
| DEEPWATER HORIZON IN THE GULF | SECTION; J[2] |
| OF MEXICO, ON APRIL 20, 2010 | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO | MAG, JUDGE WILKINSON |
| REMAINING CASES IN THE B3 | |
| PLEADING BUNDLE | |

---

| | | |
|---|---|---|
| JOE L THOMPSON | | PLAINTIFF |
| VERSE | CASE NO, 17--CV--02854 | |
| B,P, OIL SPILL | | DEFENDANT |

---

## MOTION

MOTION TO SHOW CAUSE RE; COMPLANCE WIHT PTO,66 AND PTO,63, IN THE

IN THE INTEREST OF JUSTICE, INVOLVED, SHOULD NOT, BE, DISMISSED,

COME, NOW THE PLAINTIFF RICHARD MCBRIDE ,WILL SHOW THIS HONORABLE,COURT,

IN GOOD FAITH BELIEVED THAT PLAINTIFF HAVE COMPLIED WITH THE REQUIREMENT

OF PTO,66 AND PTO,63, B--3 CLAIMS , PLAINTIFF IS A MEMBER OF OLD CLASS AND

TENDERED FOR FILING

OCT 11 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

MEMBER NEW CLASS, HAVE MULTIDISTRICT FILE LITIGATIONTO COURT,

SEPARATE PLEADING FOR DIFFERENT CATEGORIES OF CLAIMS LAWSUIT INDIVIDUAL

COMPLAINT,UNDER THE MORATORIA HOLD OPT,OUT ORDER,AND SWORN STATEMENTS, I HAVE NOT, RELEASED MY CLAIM. GENERAL MARITIME LAWSUE CLAIMS

PROPERTLY DAMAGECLAIM'S, OIL POLLUTION ACT OF 1990[OPA] 33 U, S, C, 2701,

CONTRACT CLAIM'S, PERSONANL INJURY MEDICAL CLAIM'S,

1

NOTED, MUST BE NOTED THE PLAINTIFF DON'T HAVE ELECTRONICE, FILING WITH COURT, ONLY, BY PAPER; PLAINTIFF HAVE NOT RECEIVED FROM B,P,OIL SPILL, ANY,

SUBMISSIONS BY, THEY, COUNSEL FOR B,P, NO REPLY, ACCORDINGLY TO THE EXTENT

THAT PLAINTIFF IS NOT' INCOMPLIANT WITH PTO 66 AND 63, BP SUBMITTED IN CAMERA TO COURT;REPORTS ON THOSE WHO THEY SAY, DID NOT COMPLY WITH PTO 66AND 63, OR CLAIMS ADMINISTRATOR, THE PLAINTIFF, REQUEST THAT THIS HONORABLE, COURT PLEASE, ORDER B,P, OIL SPILL. AND COUNSEL, CLAIMS ADMINISTRATOR ;PLEASE MAIL,A COPY OF ALL SUBMISSONS; TO

THE PLAINTIFF AT; 4318 DONOVAN, STREET MOSS POINT ,MISSISSIPPI, 39563, PLEASE; 1-228-369-5534.

2

THIS HONORABLE ; COURT DID FINE THE PLAINTIFF INCOMPLY WITH PTO 63,ON ABOUT APRIL 12, 2017. THE PLAINTIFF IS NOT REPRESENTED BY, AN ATTORNEY; THE PLAINTIFF WILL FULL PROSECUT,THIS CASE IN COURT OF LAW, TO FILE IT'S OBJECTIONS AND RESPONSES, AS CONTEMPLATED IN THE COMPLIANCE ORDER; TO ANY B, P, MATERIALLY DEFICIENT, BELIEVES IDENTIFIED REASONS, B, P, OIL SPILL, WRONGFUL DENIAL MY CLAIMS,

2

*[signature: Joel Thompson]*

JOELTHOMPSON

4318DONOVAN ST, MOSS POINT MS,39563

1--228--369--5534

## CERTIFICATE OF SERVICE

I JOELTHOMPSON HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF ORDER;66 TO SHOW CAUSE RE;

COMPLIANCE WITH PTO,66

THIS THE 9 DAY OF Oct, 2018.

U,S, DISTRICT COURT FOR THE              B,P,OIL SPILL, COUNSEL;

EASTERN DISTRICT OF LOUISANA              ATTN; J, ANDREW LANGAN

500 POYDRAS STREET                        KIRKLAND, ELLIS,LLP

NEW ORLEANS,LA 70130                      300 NORTH LASALLE ST,

                                          SUITE 2400

                                          CHICAGO IL, 60654

_Joel Thompson_

JOEL THOMPSON

4318 DONOVAN ST,

MOSS POINT, 39563

1--228--369--5534

1

Joseph Thompson
4318 Donovan St
Moss Point MS, 39563

To. Clerk
U.S. District Court For
The Eastern District of
Louisiana, 500 Poydras St
LA 70130