IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIST OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 12 2018
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| IN RE; OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20,2010 | MDL, 2179 SECTION; J[2] JUDGE BARBIER |
| THIS DOCUMENT RELATES TO REMAINING CASES IN THE B3 PLEADING BUNDLE | MAG,JUDGE WILKINSON |

----

| | | |
|---|---|---|
| ASHLEY THOMPSON | | PLAINTIFF |
| VERSE | CASE NO,17--CV-02854 | |
| B,P,OIL SPILL | | DEFENDANT |

----

## MOTION

MOTION TO SHOW CAUSE RE; COMPLANCE WIHT PTO,66 AND PTO,63, IN THE

IN THE INTEREST OF JUSTICE, INVOLVED, SHOULD NOT, BE, DISMISSED,

COME, NOW THE PLAINTIFF RICHARD MCBRIDE ,WILL SHOW THIS HONORABLE,COURT,

IN GOOD FAITH BELIEVED THAT PLAINTIFF HAVE COMPLIED WITH THE REQUIREMENT

OF PTO,66 AND PTO,63, B--3 CLAIMS , PLAINTIFF IS A MEMBER OF OLD CLASS AND TENDERED FOR FILING

1

OCT 12 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

*[signature: Ashley Thompson]*

ASHLEY THOMPSON

4318DONOVAN ST, MOSS POINT MS,39563

1--228--369--5534

MEMBER NEW CLASS , HAVE MULTIDISTRICT FILE LITIGATIONTO COURT,

SEPARATE PLEADING FOR DIFFERENT CATEGORIES OF CLAIMS LAWSUIT INDIVIDUAL

COMPLAINT,UNDER THE MORATORIA HOLD OPT,OUT ORDER,AND SWORN STATEMENTS, I HAVE NOT, RELEASED MY CLAIM. GENERAL MARITIME LAWSUE CLAIMS

PROPERTLY DAMAGECLAIM'S, OIL POLLUTION ACT OF 1990[OPA] 33 U, S, C, 2701,

CONTRACT CLAIM'S, PERSONANL INJURY MEDICAL CLAIM'S,

1

NOTED, MUST BE NOTED THE PLAINTIFF DON'T HAVE ELECTRONICE, FILING WITH COURT, ONLY, BY PAPER; PLAINTIFF HAVE NOT RECEIVED FROM B,P,OIL SPILL, ANY,

SUBMISSIONS BY, THEY , COUNSEL FOR B,P, NO REPLY, ACCORDINGLY TO THE EXTENT

THAT PLAINTIFF IS NOT' INCOMPLIANT WITH PTO 66 AND 63, BP SUBMITTED IN CAMERA TO COURT;REPORTS ON THOSE WHO THEY SAY, DID NOT COMPLY WITH PTO 66AND 63, OR CLAIMS ADMINISTRATOR , THE PLAINTIFF, REQUEST THAT THIS HONORABLE, COURT PLEASE , ORDER B,P, OIL SPILL. AND COUNSEL, CLAIMS ADMINISTRATOR ;PLEASE MAIL,A COPY OF ALL SUBMISSONS; TO

THE PLAINTIFF AT; 4318 DONOVAN, STREET MOSS POINT ,MISSISSIPPI, 39563, PLEASE; 1-228-369-5534.

2

THIS HONORABLE ; COURT DID FINE THE PLAINTIFF INCOMPLY WITH PTO 63,ON ABOUT APRIL 12, 2017. THE PLAINTIFF IS NOT REPRESENTED BY , AN ATTORNEY; THE PLAINTIFF WILL FULL PROSECUT,THIS CASE IN COURT OF LAW, TO FILE IT'S OBJECTIONS AND RESPONSES , AS CONTEMPLATED IN THE COMPLIANCE ORDER; TO ANY B, P, MATERIALLY DEFICIENT, BELIEVES IDENTIFIED REASONS, B, P, OIL SPILL, WRONGFUL DENIAL MY CLAIMS,

2

## CERTIFICATE OF SERVICE

I ASHLEY THOMPSON HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF ORDER;66 TO SHOW CAUSE RE;

COMPLIANCE WITH PTO,66

THIS THE ----9---- DAY OF ----Oct----, 2018.

| | |
|---|---|
| U,S, DISTRICT COURT FOR THE | B,P,OIL SPILL, COUNSEL; |
| EASTERN DISTRICT OF LOUISANA | ATTN; J, ANDREW LANGAN |
| 500 POYDRAS STREET | KIRKLAND, ELLIS,LLP |
| NEW ORLEANS,LA 70130 | 300 NORTH LASALLE ST, |
| | SUITE 2400 |
| | CHICAGO IL, 60654 |

*Ashley Thompson* (signature)

ASHLEY THOMPSON

4318 DONOVAN ST ,

MOSS POINT, 39563

1- 228 369 -5534

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASHLEY THOMPSON

VERSUS

B.P. OIL SPILL

CIVIL ACTION

NUMBER: 17-2854

SECTION: "J" (2)

ORDER

Considering the application and affidavit to proceed in forma pauperis,

IT IS ORDERED that:

- [x] the motion is GRANTED; the party is entitled to proceed in forma pauperis.
- [ ] the Clerk is directed to withhold issuance of summons until further order of the Court.
- [ ] the motion is MOOT; the party was previously granted pauper status.
- [ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.
- [ ] the motion is DENIED as MOOT; the filing fee has already been paid.
- [ ] the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____

New Orleans, Louisiana this 11th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

TENDERED FOR FILING

OCT 12 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Ashley Thompson
4318 Donovan St.
Moss Point MS, 39563

U.S. POSTAGE PAID
FCM LETTER
MOSS POINT, MS
39563
OCT 09, 18
AMOUNT
$0.50
R2305K131629-10

To: Clerk of court for
U.S District District of
the Eastern District of
Louisiana, 500 Poydras St
New Orleans, LA, 70130