**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater | * | MDL NO. 2179 |
| Horizon" in the Gulf of Mexico, on | * | |
| April 20, 2010 | * | SECTION: J |
| | * | |
| This filing relates to: *All Cases* | * | JUDGE CARL J. BARBIER |
| (including Civil Action No. 12-968) | * | |
| | * | |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of Arnesha Carr, a Class Member who is a minor, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement, via counsel, respectfully move this Court to: (1) approve the settlement of the claim filed on behalf Arnesha Carr as fair, reasonable, adequate, and in the best interests of the minor, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, adequate, and in the best interests of the minor.

A proposed Order accompanies this Motion.

Respectfully submitted,

**BREIT DRESCHER IMPREVENTO, P.C.**

**DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM**

By: /s/ *Jeffrey Breit*
Jeffrey Breit
Breit Drescher Imprevento, P.C.
Towne Pavilion Center II 600 22nd Street, Suite 402
Virginia Beach, VA 23451

By: /s/ *Joseph L. Bruemmer*
Matthew L. Garretson
Joseph L. Bruemmer
Garretson Resolution Group
6281 Tri-Ridge Blvd., Suite 300
Loveland, OH 45140