IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE
MEDICAL BENEFITS CLASS
ACTION SETTLEMENT AGREEMENT**

The Authorized Representative(s) of Aden Cheramie, a Class Member who is a minor, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement, via counsel, respectfully move this Court to: (1) approve the settlement of the claim filed on behalf Aden Cheramie as fair, reasonable, adequate, and in the best interests of the minor, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, adequate, and in the best interests of the minor.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **ALVENDIA, KELLY & DEMAREST, LLC** | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| By: /s/ *J. Bart Kelly, III* | By: /s/ *Joseph L. Bruemmer* |
| J. Bart Kelly, III | Matthew L. Garretson |
| Alvendia, Kelly & Demarest, LLC | Joseph L. Bruemmer |
| 909 Poydras Street, Suite 1625 | Garretson Resolution Group |
| New Orleans, LA 70112 | 6281 Tri-Ridge Blvd., Suite 300 |
| | Loveland, OH 45140 |