UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | | Civil Action No. 2:10-MD-02179 |
| "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | |
| | * | SECTION J(2) |
| Applies to:<br>Civil Action No. 2:12-cv-00740 | | |
| LAWSON ENVIRONMENTAL SERVICES, LLC | | |
| | * | |
| VERSUS | * | JUDGE BARBIER |
| | * | |
| BP EXPLORATION AND PRODUCTION SERVICES | * | MAGISTRATE JUDGE WILKINSON |
| ************************************** | | |

## ORDER

The foregoing Motion and premises considered,

**IT IS ORDERED** that Lawson Environmental Services, LLC's Motion for Leave to File Response to Show Cause after Deadline (Doc. 25055) is GRANTED.

**IT IS FURTHER ORDERED** that Lawson Environmental Service, LLC's Response to PTO 66 Rule to Show Cause (Doc. 25052) is deemed timely.

New Orleans, Louisiana this 22nd day of October, 2018.

_____
United States District Judge