# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOWELL CONSTRUCTION, INC.** | * | **CIVIL ACTION** <br> **14-CV-00121** |
| **VERSUS** | * | |
| | | **SECTION: J(2)** |
| **ANDRY LERNER, L.L.C.,** | * | |
| **ANDRY LAW GROUP, L.L.C.** | | **JUDGE BARBIER** |
| **JONATHAN B. ANDRY AND** | * | |
| **CHRISTINA E. MANCUSO** | | |
| | * | **MAG. JUDGE** <br> **WILKINSON** |

---

# O R D E R

---

The Court has considered Plaintiff's, HOWELL CONSTRUCTION, INC.'s, Motion for Leave to file Reply Memorandum; and

**IT IS HEREBY ORDERED**, that Plaintiff's motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

1