## United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 10, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

```
No. 17-30936   In re:  Deepwater Horizon
               USDC No. 2:10-MD-2179
               USDC No. 2:12-CV-1422
               USDC No. 2:13-CV-5367
               USDC No. 2:13-CV-6009
               USDC No. 2:13-cv-6010
               USDC No. 2:16-cv-6303
               USDC No. 2:16-cv-9458
               USDC No. 2:16-CV-11716
               USDC No. 2:16-CV-11744
               USDC No. 2:17-CV-5490
               USDC No. 2:17-CV-5491
               USDC No. 2:17-CV-5493
               USDC No. 2:16-CV-6330
               USDC No. 2:16-CV-5166
               USDC No. 2:16-CV-4517
               USDC No. 2:16-CV-4906
               USDC No. 2:16-CV-5826
               USDC No. 2:17-CV-5364
               USDC No. 2:17-CV-6131
               USDC No. 2:17-CV-6133
               USDC No. 2:17-CV-6134
               USDC No. 2:17-CV-6135
```

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charlene A. Vogelaar, Deputy Clerk
504-310-7648