UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION: J2 |
| | * | |
| This documents relates to | * | JUDGE BARBIER |
| No. 14-cv-00121, | * | |
| Howell Construction, Inc. | * | MAG. JUDGE WILKINSON |
| v. Andry Lerner, L.L.C., et al | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

NOW INTO COURT, through undersigned counsel, Plaintiff, HOWELL CONSTRUCTION, INC., who respectfully moves this Court for leave to file a reply memorandum to Defendants', ANDRY LERNER, LLC, ANDRY LAW GROUP, LLC, JONATHAN B. ANDRY AND CHRISTINA E. MANCUSO's Opposition to Plaintiffs Motion for Reconsideration.

WHEREFORE, Plaintiff, HOWELL CONSTRUCTION, INC., respectfully requests that this Court grant its Motion for Leave to file Reply Memorandum to Defendants', ANDRY LERNER, LLC, ANDRY LAW GROUP, LLC, JONATHAN B. ANDRY AND CHRISTINA E. MANCUSO'S, Opposition to Plaintiffs Motion for Reconsideration.

Respectfully submitted,

*/s/Jean-Paul Layrisson*
**SCANDURRO & LAYRISSON, LLC**
Jean-Paul Layrisson (Bar No. 20917)
Jean-Paul@scanlayr.com
Timothy D. Scandurro (Bar No. 20362)
Tim@scanlayr.com

1

Stephen O. Scandurro (Bar No. 20362)
Steve@scanlayr.com
Krista M. Eleew (Bar No. 34320)
Krista@scanlayr.com
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
Facsimile: (504) 529-6199

AND

**MATTHEWS & WARRINER, LLC**
*/s/ Robert H. Matthews*
Robert H. Matthews, (Bar No. 9055)
Bobby@matthewswarriner.com
Pauline M. Warriner (Bar No. 22673)
Penny@matthewswarriner.com
230 Olivier Street
New Orleans, LA 70114
Telephone: 504-523-4542
Facsimile: 504-523-6139

**COUNSEL FOR
HOWELL CONSTRUCTION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing pleading and notice of electronic filing by first class mail to all non CM/ECF participants.

*/s/ Jean-Paul Layrisson*
Jean-Paul Layrisson