# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION: J2 |
| | * | |
| This documents relates to | * | JUDGE BARBIER |
| No. 14-cv-00121, | * | |
| Howell Construction, Inc. | * | MAG. JUDGE WILKINSON |
| v. Andry Lerner, L.L.C., et al | * | |

**************************************************************************

## O R D E R

The Court has considered Plaintiff's, HOWELL CONSTRUCTION, INC.'s, Motion for Leave to file Reply Memorandum; and

**IT IS HEREBY ORDERED**, that Plaintiff's motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2018.


_____
**UNITED STATES DISTRICT JUDGE**

1