UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates to:** | * | |
| | | **JUDGE BARBIER** |
| **No. 14-cv-00121, Howell** | * | |
| **Construction, Inc. v. Andry** | | **MAG JUDGE** |
| **Lerner, L.L.C., et al** | * | **WILKINSON** |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

NOW INTO COURT, through undersigned counsel, Defendants, ANDRY LERNER, ET AL., respectfully moves this Court for leave to file the supplemental authority that became available after Defendants filed their opposition.

1.

Plaintiffs filed their complaint alleging legal malpractice by Defendants in State and Federal Court at the same time. The complaint in the Federal matter is almost identical to the petition in the State matter.

2.

In the State matter, the Trial Court granted Defendant's motion for summary judgment, which was Plaintiffs subsequently appealed to the Louisiana Fourth Circuit Court of Appeals.

3.

This Court granted Defendants Motion to Dismiss the Complaint on August 28, 2018. (2:14-CV-00121-CJB-JCW, Rec. No. 19). Plaintiffs filed a Motion to Reconsider that ruling on September 25, 2018. (2:10-md-02179-CJB-JCW, Rec. No. 24882).

4.

Defendants filed their opposition to Plaintiff's Motion to Reconsider on October 12, 2018. (2:10-md-02179-CJB-JCW, Rec. No. 25053) In Plaintiff's motion and Defendant's opposition, reference is made to the summary judgment matter pending before the Louisiana Fourth Circuit Court of Appeals.

5.

On October 25th, 2018, the Fourth Circuit rendered their opinion affirming the grant of Defendant's Summary Judgment. This opinion is attached as **Exhibit A.**

WHEREFORE, Defendant, ANDRY LERNER, et al., respectfully requests that this Court grant its Motion for Leave to file to file the Fourth Circuit Opinion as a Supplemental Authority to their Opposition to Plaintiff's Motion for Reconsideration.

                                                            *s/Jordan L. Bollinger*

                                                            LEWIS O. UNGLESBY (#12498)
                                                            JORDAN L. BOLLINGER (#35663)
                                                            UNGLESBY LAW FIRM
                                                            246 Napoleon Street
                                                            Baton Rouge, LA 70802
                                                            Telephone: (225) 387-0120
                                                            Fax: (225) 336-4355
                                                            *Counsel for Defendants, Andry Lerner, et al.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record via the court's Electronic Filing System, this 25th day of October, 2018.

*s/ Jordan L. Bollinger*
_____
Jordan L. Bollinger