UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates to: | * | SECTION: J(2) |
| No. 14-cv-00121, Howell Construction, Inc. v. Andry Lerner, L.L.C., et al | * * | JUDGE BARBIER MAG JUDGE WILKINSON |

ORDER

The Court has considered Defendants', ANDRY LERNER ET AL., Motion for Leave to File Supplemental Authority to Defendants' Opposition to Plaintiff's Motion for Reconsideration; and

**IT IS HEREBY ORDERED,** that Defendants' motion is **GRANTED.**

New Orleans, Louisiana, this _____ day of _____, 2018

_____
**UNITED STATES DISTRICT COURT JUDGE**