**Appendix 1**

**Additional Plaintiffs to Be Added to PTO 66 Compliance List**

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Assi, Mohammed | 17-cv-03027 | 24954 |
| Baldo, Lisa Marie | 17-cv-03368 | 25021 |
| Bank, Ryan Clayton | 17-cv-03372 | 25022 |
| Benoit, Bernice Ann | 17-cv-03323 | 25023 |
| Benoit, Roy Paul | 17-cv-03328 | 25024 |
| Bonilla, Sara | 17-cv-04133 | 24968 |
| Booker, Dondy | 17-cv-03051 | 24972 |
| Brown, Michael Todd | 17-cv-03366 | 25025 |
| Bruce, Shane Maddox | 18-cv-02626 | 24992 |
| Burkett, Craig Michael | 17-cv-03681 | 25050 |
| Caldwell, Stephon | 13-cv-01007 | 25038 |
| Coco, III, Malcolm Alphonse | 17-cv-03393 | 25026 |
| Couture, Jr., Raymond | 17-cv-03373 | 25027 |
| Danos, Janice Marie | 17-cv-03240 | 24960 |
| Davis, Frederick | 17-cv-03140 | 24971 |
| Dwyer, Derek Thomas | 13-cv-01010 | 25039 |
| Elliott, Cynthia Anne | 13-cv-01011 | 25042 |
| Elrod, Aiden Connor | 17-cv-03334 | 25028 |
| Elrod, Jarod Shane | 17-cv-03331 | 25029 |
| Fetterhoff, Carol Lynn | 17-cv-03350 | 25034 |
| Fetterhoff, Chayton Lee | 17-cv-03350 | 25034 |

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Fetterhoff, Chelsea Lynn | 17-cv-03350 | 25034 |
| Flair, Kimberly | 17-cv-03161 | 24959 |
| Frazier, Debra | 17-cv-03219 | 24973 |
| Gonzalez, Hector | 17-cv-03257 | 24974 |
| Gooding, John | 17-cv-03238 | 24988; 25010 |
| Green, Christopher Alan | 17-cv-03191 | 24958 |
| Griffin, Kacey W. | 17-cv-03258 | 24989 |
| Hall, Lorinzo | 17-cv-03261 | 24975 |
| Hawthorne, Ayana | 17-cv-03270 | 24976 |
| Henson, Jr James | 17-cv-03276 | 24990 |
| Hill, Sherry | 17-cv-03278 | 24977 |
| Hinton, Arlene | 17-cv-04357 | 24978 |
| Hohnadell, Gale | 17-cv-03999 | 24993 |
| Hohnadell, Kimberly | 17-cv-03999 | 24979 |
| Hooker, Jarvis | 17-cv-04065 | 24994 |
| Howard, John L | 17-cv-03347 | 24948 |
| Howze, Alfonso Cardell | 17-cv-03288 | 24995 |
| Jaouhari, Hilal | 17-cv-03302 | 24991 |
| Jones, Sammie | 17-cv-04383 | 24980 |
| Keller, Brian Edward | 17-cv-01018 | 25037 |
| Kendrick, Jared Lee | 13-cv-03928 | 25044 |
| Kiff, Hank J. | 12-cv-03179 | 25036 |
| Kirkland, Christopher | 17-cv-04391 | 24996 |

2

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Landrieu, David Joseph | 17-cv-03161 | 24959 |
| Lawson Environmental Services, LLC | 17-cv-04411 | 25052 |
| Learn, Michael | 17-cv-03322 | 24981 |
| Lee, Tiffany Monique | 16-cv-13874 | 25035 |
| Louisiana Workers' Compensation Corporation | 10-cv-02771 | 25047 |
| Martin, Jennifer Ann | 17-cv-03228 | 24961 |
| McIntosh, William Dante | 13-cv-01020 | 25043 |
| Miller, Jr., John Earl | | 62520848 |
| Murphy, Lorinzo | 13-cv-01031 | 25041 |
| Naples, John | 12-cv-02564 | 25012 |
| Nehlig, Chris Emile | 17-cv-03376 | 25030 |
| Odoms Jr., Alonzo | 16-cv-13201 | 25045;25046 |
| Peschlow, Mark | 17-cv-03598 | 25013 |
| Pettaway, John | 17-cv-03599 | 24982 |
| Pinell, Richard J DBA Billy Sue, Inc | 17-cv-03349 | 24944 |
| Pritchett Jr., Wilbert Devon | 17-cv-03231 | 25049 |
| Robin, III, Charles Raymond | 17-cv-03381 | 25031 |
| Robin, Jr., Ricky R | 17-cv-03383 | 25032 |
| Robin, Ricky Raymond | 17-cv-03389 | 25033 |
| Robinson, Crystal | 15-cv-06131 | 25048 |
| Robinson, Patrick | 17-cv-04574 | 24983 |
| Scott, Katrina | 17-cv-04579 | 24997 |

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Steiner, Machelle F | 17-cv-03387 | 24949 |
| Summers, Andrea | 17-cv-04262 | 24998 |
| Sunseri, Anthony | 17-cv-04263 | 24999 |
| Tebbs, Michael | 17-cv-04605 | 25000 |
| Terrebonne, Betty Ann | 17-cv-04549 | 25015 |
| Treme, Josh | 17-cv-04269 | 25001 |
| Triplett, Danny | 17-cv-04270 | 25002 |
| Turner, Judy A. | 17-cv-04614 | 25016 |
| Turner, Michael | 17-cv-04210 | 25003 |
| Turner, Michael Anthony | 17-cv-01035 | 25040 |
| Vaughan, Rochelle Avila | 17-cv-03250 | 24962 |
| Walker, Cynthia | 17-cv-04645 | 25004 |
| Walker, Glynn | 17-cv-04645 | 25005 |
| Walker, Roxanne | 17-cv-03012 | 24963 |
| Weathersby, Terry | 17-cv-04275 | 25006 |
| Webb, John | 17-cv-04276 | 25007 |
| Wensel, April | 17-cv-04225 | 24984 |
| Williams, Armis | 17-cv-03414 | 25008 |
| Williams, Viola | 17-cv-04237 | 25009 |