## Appendix 2

**Plaintiffs who filed no show cause filing.**

| Plaintiff Name | Civ. A. No. |
|---|---|
| Abdelfattah, Yahya Omar | 17-cv-03446 |
| Aguinaga, Stephane | 17-cv-03173 |
| Baird, Bryan Joshua | 17-cv-03178 |
| Baker, Edward Joseph | 17-cv-03685 |
| Boose, Lawyer Jr. | 17-cv-04135 |
| Chelsea Co., LLC | 12-cv-02650 |
| Claery, Robert | 17-cv-02855 |
| Dean, Michael | 17-cv-06800 |
| Duong, Thanh Chan | 16-cv-03953 |
| Ferrell, Donald Lane | 17-cv-02850 |
| Fonseca, Kim Joseph | 17-cv-03343 |
| Hackney, David | 17-cv-03175 |
| Helmholtz, Michael | 17-cv-02932 |
| Howard, Alfred | 17-cv-03286 |
| Iames, Sandra Ann | 17-cv-03217 |
| Johnny Tran, LLC | 17-cv-03351 |
| Johnson, Patricia | 17-cv-03309 |
| Kinler, Charles Bernard | 13-cv-02387 |
| Lim, Seng | 17-cv-03095 |
| Luckes, Bernard | 17-cv-02933 |
| Ly, Anh | 16-cv-03957 |
| McKinley, David | 17-cv-04562 |
| Mielke, Blair Christopher | 17-cv-03205 |
| Miles, Debra L. | 13-cv-02715 |

2

| Plaintiff Name | Civ. A. No. |
|---|---|
| Moreau, Elizabeth Renee | 16-cv-05754 |
| Nguyen, Dai V. | 16-cv-03952 |
| Nguyen, Loc | 16-cv-03955 |
| Nguyen, Nghia Ngoc | 16-cv-03954 |
| Odom, Terry Louise | 16-cv-15974 |
| Padgett, Linda | 13-cv-02357 |
| Phan, Hanh Van | 16-cv-03956 |
| Reece, Kevin | 17-cv-03172 |
| Reed, Germaine | 17-cv-03165 |
| RMC General Contractors, LLC | 11-cv-02527 |
| Rodriguez, Ramon Luis | 17-cv-04567 |
| Salter, Christopher F. | 17-cv-04289 |
| Sample, James A. | 17-cv-04290 |
| Santiny, Laila | 17-cv-04555 |
| Santiny, Nicole | 17-cv-04555 |
| Santiny, Zana | 17-cv-04555 |
| Scott, Donald Joseph II | 17-cv-04554 |
| Simmons, Candice | 17-cv-04247 |
| Veillon, John R. | 17-cv-04619 |
| Waddle, Jan Michael | 16-cv-04083 |
| Wesley, Charles | 17-cv-03326 |
| Whitted, Roderick Deon | 17-cv-04631 |