## **Appendix 3**

## **Plaintiffs with Significantly Late or No PTO 66 Submissions**

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Conerly, Jeffery | 17-cv-03170 | 24967 |
| Dorgan, Sheri Allen | 17-cv-03367 | LNFS 62552126; LNFS 62590461 |
| Evans, Glyn | 17-cv-03167 | 24967 |
| Gortney, Brian W. II | 15-cv-01047 | LNFS 62552075 |
| Harris, Tishia Maria | 17-cv-04650 | 25019 |
| Kelly, Billy Ray Jr. | 17-cv-04388 | 25018 |
| Masters, James | 12-cv-02332 | 25018 |
| Norwood, Margaret | 17-cv-03203 | 24966 |
| Phillips, Shunna | 17-cv-04305 | 25020 |
| Taylor, Mary S. | 17-cv-03201 | 24964; 24965 |
| Valdivieso, Sergio | 12-cv-02004 | LNFS 62552162; LNFS 62578042 |
| Woodland, Antonio | 17-cv-04240 | 25017 |