## Appendix 4

## Plaintiffs who are MSA Class members according to GRG

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Alvarado, Sergio A | 13-cv-01778 | 24987 |
| Bradley, Charles | 17-cv-03164 | 24967 |
| Cage, Patrick | 17-cv-03174 | 24967 |
| Collier, James | 17-cv-03415 | 24970 |
| Hicks, Ronald | 17-cv-03176 | 24967 |
| Kizzee, Anthony | 17-cv-03158 | 24967 |
| Liddell, Quient | 17-cv-04411 | 24955 |
| Locke, Joe | 17-cv-04413 | 24957 |
| McBride, Richard | 16-cv-06635 | 25060 |
| Morris, Demetria | 17-cv-04459 | 24956 |
| Taylor, Eric | 17-cv-04600 | 24969 |
| Thompson, Alvin | 17-cv-03156 | 24967 |