**Appendix 5**

**Plaintiffs with materially deficient Show Cause filings**

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Estate of Lula Richardson | 17-cv-04285 | 25014 |
| McBride, Rico O | 16-cv-15255 | 25059 |
| Phillips, Shunna | 17-cv-04305 | 25020 |
| Thompson, Joe L. | 17-cv-02854 | 25061 |