# Appendix 6
# Filed Under Seal