UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| | * | JUDGE BARBIER |
| This Document Relates To: *All Claims In Pleading Bundle B3* | * * * * | MAG. JUDGE WILKINSON |

**EX PARTE MOTION BY BP FOR LEAVE TO FILE
BP'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' PTO 66 SHOW CAUSE
SUBMISSIONS AND ITS ATTACHED APPENDIX 6 UNDER SEAL**

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production Inc. and BP America Production Company (collectively "BP") respectfully request leave to file under seal certain portions of BP's Objections and Responses To Plaintiffs' PTO 66 Show Cause Submissions and the entirety of Appendix 6, which are being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters. Pursuant to Pre-Trial Order No. 13, the Court's Order (Rec. Doc. 6822) entered on June 12, 2012, and the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573) entered on May 22, 2012, certain portions of BP's Objections and Responses To Plaintiffs' PTO 66 Show Cause Submissions and the entirety of Appendix 6 contain confidential personal and claims information that shall not be disclosed. In addition, Appendix 6 is a Particularized Statement of Claim that plaintiff Joe L. Thompson submitted but never filed on any docket, and so, out of an abundance of caution, BP is filing this Appendix under seal to protect any potentially sensitive personal information. WHEREFORE, BP respectfully prays the Court for an Order that certain portions of BP's Objections and Responses

To Plaintiffs' PTO 66 Show Cause Submissions and the entirety of Appendix 6 be filed under seal.

[*Remainder of the page intentionally left blank.*]

October 25, 2018                                   Respectfully submitted,

/s/ Don Haycraft
Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Fax No.  (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Christina L. Briesacher
(christina.briesacher@kirkland.com)
Vanessa Barsanti
(vanessa.barsanti@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

*Attorneys for BP America Production Company
and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of October, 2018.

                                                */s/ Don Haycraft*
                                                Don Haycraft