UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br><br> **SECTION J** |
| | * * | **JUDGE BARBIER** |
| **This Document Relates To:** | * * | **MAGISTRATE JUDGE WILKINSON** |
| **ALL CASES** | * * | |

# ORDER

Considering the Ex Parte Motion by Defendants BP Exploration & Production Inc. and BP America Production Company ("BP") for Leave to File BP's Objections and Responses To Plaintiffs' PTO 66 Show Cause Submissions and its attached Appendix 6 Under Seal:

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further **ORDERED** that certain portions of BP's Objections and Responses To Plaintiffs' PTO 66 Show Cause Submissions and the entirety of Appendix 6 are filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of October, 2018.

_____
**UNITED STATES DISTRICT JUDGE**