## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **Civil Action No. 2:10-MD-02179** |
| | **SECTION: J** |
| **Applies to:** | |
| **Civil Action No. 2:17-cv-06800** | **JUDGE CARL BARBIER** |
| | **MAG. JUDGE WILKINSON** |
| **Michael E. Dean v. British Petroleum (BP) Oil Company** | |

## REPLY OF PLAINTIFF MICHAEL DEAN TO BP'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' PTO 66 SHOW CAUSE SUBMISSIONS

Plaintiff, Michael E. Dean, by and through his undersigned counsel, hereby respectfully replies to BP's Objections and Responses to Plaintiffs' PTO 66 Show Cause Submissions.

BP has asserted that Michael Dean made no show cause filing in response to the Court's Order to Show Cause re: Compliance with PTO 66. Actually, Mr. Dean was improperly listed in Exhibit 3 to the Order as failing to comply with PTO 63.

Prior to the October 11, 2018, deadline, counsel filed a Motion to Correct Clerical Error that addressed Mr. Dean's situation. A copy of that Motion is attached hereto and incorporated herein as Exhibit "A". Counsel requests that this Motion be considered the "show cause" submittal for Mr. Dean.

It should be noted that Mr. Dean fully complied with PTO 66 by filing a response to the questionnaire. The PTO 66 submittal is attached hereto and incorporated herein as Exhibit "B".

Thus, Plaintiff Michael Dean respectfully requests that the Court find his show cause filing to be sufficient to satisfy the requirements of PTO 66.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiff Michael E. Dean*

Dated:   October 26, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Reply of Plaintiff Michael Dean to BP's Objections and Responses to Plaintiffs' PTO 66 Show Cause Submissions** has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on October 26, 2018.

/s/ Paul A. Dominick
Paul A. Dominick