# Exhibit B –
# Michael Dean's PTO 66

> **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
> **Civil Action No. 10-MD-2179-CJB-SS**
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM**
> **FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Michael Dean

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1.    Current address:

Address Line 1:  28 Howard St

Address Line 2:  

City: Niceville          State: FL          Zip: 32578

2.    Telephone number: 850-259-4646

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  

4.    Date and Place of Birth: 8/14/1950, Cincinnati, OH

5.    Male  X      Female

6.    Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---------|-------------------|
| See Exhibit A attached. | |
| | |
| | |

7.    Employment Information:

   A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|----------|---------|---------------------|----------------------|
| See Exhibit B attached. | | | |
| | | | |
| | | | |
| | | | |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes __X__ No_____ If *"Yes,"* when were you out of work and why? Plaintiff has been disabled since approximately January of 2011 due to Parkinson's Disease.

**B.**     **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.     Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

        Yes_____          No__X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

        **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

        Onshore_____          Offshore_____          Both_____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

        Yes_____          No_____

12.     Did you handle hazardous materials as part of your cleanup work?

        Yes_____          No_____

13.     Please set forth the following information about your cleanup work:

        A.     Your employer(s): _____

        B.     Your supervisor(s) at the employer(s) identified in Question No. 13(A):

               _____

        C.     A description of the work performed for employer(s) identified in Question No. 13(A):_____

               _____

        D.     The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

               _____

E.      The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F.      Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

### 2.    Residents/Tourists

14.    Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_X____     No_____

15.    Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____     No_X_____

16.    List all address(es) at which you resided in 2010:_____

  See Exhibit A attached.
_____

### C.    INFORMATION ABOUT YOUR B3 CLAIM

17.    Are you claiming that you suffered damages from (*Check all that apply*):

  _X_  Bodily injury from exposure to oil and/or dispersants

  _____Bodily injury other than from exposure to oil and/or dispersants

  _____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

## D.   EXPOSURE CLAIMS

18.   Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X__

19.   How were you exposed? (*Check all that apply*)

A.   Inhalation          Yes__X__          No_____

B.   Dermal (skin) contact          Yes__ __          No__X__

C.   Ingestion          Yes__ __          No__X__

D.   Other (please describe):

20.   What was the date(s) of your exposure?   See response to Question 21.

Day: _____          Month: _____          Year: _____

21.   How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Continuous environmental/residential exposure to both oil and dispersant beginning on or about 4/20/10, in the areas including but not limited to 22 Country Club Drive, Destin FL, 32541, and surrounding waters. Plantiff specifically recalls seeing dispersants spraying ovrehead from residence in approximately August 2010.

22.   What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

See response to Question 21.

23.   For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

See response to Question 21 and Exhibit C attached.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

  See Exhibit C attached. _____

_____

_____

25. *For cleanup workers only*:  Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes_____          No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.**     **NON-EXPOSURE PERSONAL INJURY CLAIMS**     N/A

27. For your non-exposure personal injury, please state:

    A.     The nature of your injury:_____

    B.     The date(s) of your injury:_____

    C.     The location(s) of your injury:_____

    D.     The work that you were performing when you sustained your injury:_____

        _____

        _____

    E.     Identify any individual(s) who witnessed your injury:_____

      _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

  N/A _____

_____

_____

**F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.     Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

　　 See Exhibit D attached.

_____

_____

30.     Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

　　 See Exhibits C and D attached.

_____

_____

_____

_____

31.     On what date did you first report or seek treatment for your injury or illness: 　 See Exhibit D attached.

32.     On what date was your injury first diagnosed:_____

　　 See Exhibit D attached.

33.     Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D attached. | |
| | |

34.   Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| See Exhibit D Attached. | |
| | |
| | |
| | |

35.   Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes __X__   No _____.  If "*Yes*,"

   A.   When? __~2006_____

   B.   Who diagnosed the injury (or condition) at that time? _Plaintiff does not recall_
   _____
   _____

   C.   Who treated the injury (or condition) at that time? _Mayo Clinic in Jacksonville, FL_

36.   Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes __X___   No_____.  If "*Yes*,"

   A.   What date did you first experience such injury or condition? _Around 8/2010_____

   B.   What injury (or condition) was made worse? _____
   _Parkinson's Disease_____

37.     Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| See Exhibit D attached. | |
| | |
| | |
| | |
| | |

38.     Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

           Yes  _X_     No  _____

39.     Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

          See Exhibit E attached._____

          _____

          _____

40.     Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

        Yes_____   No__X____

        If "Yes":

        A.      From whom did you receive this compensation or reimbursement?_____

                _____

      B.     When did you receive this compensation or reimbursement?_____

_____

      C.     What was the amount of the compensation or reimbursement?_____

_____

**G.**    **CONTRACT CLAIMS**

    *(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes_____     No__X____

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____     No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*:  Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44
      caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __7 - 7_____, 2018

Location (City and State): __Niceville, Fl__

_Michael E Dean_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

__Michael E, Dean_____          Print
Name

Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman 820 O'Keefe Ave. |
| Kirkland & Ellis LLP | New Orleans, LA 70113 |
| 300 North LaSalle St., Suite 2400 | |
| Chicago, IL 60654 | |

# PTO 66 Exhibit A

**QUESTION 6: Dean, Michael**

| Address | Dates of Residence |
|---|---|
| 22 Club Drive East<br>Destin, FL 32541 | May 2007- December 2013 |
| 28 Howard Street<br>Niceville, FL 32578 | 2013-Present |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**PTO 66 Exhibit B**

Plaintiff: Dean, Michael

| Employer | Address | Dates of Employment | Occupation / Job Duties |
|---|---|---|---|
| Self employed | 1697 Hwy 98 West<br>Mary Esther, FL 32569 | 2008-2011 | Auto broker |
| | Disabled | 2011-present | |
| | | | |
| | | | |

# Exhibit C
# Michael Dean

The Plaintiff was exposed to known-carcinogenic compounds via exposure to crude oil and the Corexit dispersants used on a constant basis for months following the Deepwater Horizon disaster as a resident of Destin, FL.  Plaintiff specifically recalls planes flying overhead releasing a liquid substance around mid-August 2010.  Because Plaintiff's subpoena powers have been suspended for the past 7 years under the Court's Order Staying Proceedings, he reserves the right to alter, amend, or supplement his responses to any of the questions within his Particularized Statement of Claim at any time up to and including the time of trial.

For general causation, Plaintiff relies in part on material and opinions provided by toxicologist Dr. Patricia Williams.  Again, as Plaintiff has not been able to conduct discovery, he is unable to state with certainly exactly which compounds were present and in which areas. Plaintiff alleges that while the crude oil itself was a threat, the mixture of the crude oil with the dispersants used, particularly in combination with the dense, humid, extremely hot air in the Gulf over the summer months, caused these dangerous chemicals (PAHs, or Polycyclic Aromatic Hydrocarbons, as well as heavy metals including but not limited to Arsenic, Chromium, Copper, Lead, Mercury, Radium,  Barium, Thorium, and Thallium) to become air-borne as they evaporated, essentially making escape from these chemicals impossible without advanced personal respiratory equipment. Plaintiff craves reference to the following studies and published articles to support his position that the chemicals to which he was exposed on a daily basis caused his injury:

- Atlas, R., and T.C. Hazen. 2011. *Oil Biodegradation and Bioremediation*: A Tale of the Two Worst Spills in U.S. History. *Environmental Science and Technology*. 45:6709-6715.

- Aurell, J., and B.K. Gullet. 2010. Aerostat Sampling of PCDD/PCDF Emissions from the Gulf  Oil Spill In Situ Burns. *Environmental Science Technology*. 44(24): 9431-9437.

- Goldstein, B.,  H.J. Osofsky, and M.Y. Lichtveld. 2011. The Gulf Oil Spill. *The New England Journal of Medicine*. 364:1334-1338.

- Gould, D.W.  et.al. 2015. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill: Findings from Two Federal Surveys. 2015. J. *Behav. Health Serv. Res*. 42(1): 6-22.

- Jones, R.K. et.al. 1992. The Evaporation of Benzene and a Series of Alkanes from Crude Oil. *NOAA/Hazardous Materials Response and Assessment Division*.

- King, B.S., J.D. Gibbins. 2011. Health Hazard Evaluation of Deepwater Horizon Response Workers. *Health Hazard Evaluation Report*.

- Klaassen, C. 2013. *Casarett & Doull's Toxicology: The Basic Science of Poisons*. New York: McGraw-Hill.

- Mehlman, M.A., 1991. Dangerous and Cancer Causing Properties of Products and Chemicals in the Oil Refining and Petrochemical Industry: Part XI-Carcinogenictiy and Environmental Hazards of Crude Oil, Gasoline, and its Components.  7(5-6):143-152.

- Morris, J.G. et. al., Psychological Responses and Resilience of People and Communities Impacted By the Deepwater Horizon Oil Spill. 2013. *Transactions of the American Clinical and Climatological Association:* 124

- Roberts, J.R. , et.al. 2014. Evaluation of Pulmonary and Systemic Toxicity of Oil Dispersant. (COREXIT EC9500A®) Following Acute Repeated Inhalation Exposure. Environmental Health Insights 2014:8 63-74.

- Rusiecki, J. et. al. The Deepwater Horizon Oil Spill Coast Guard Cohort Study. *Occupational and Environmental Medicine* 2018; 75 163-164 Published Online First: 12 Jan 2018. doi: 10.1136/oemed-2017-104687

- Rusiecki J, Alexander M, Schwartz E, *et al*. P207 Health Effects Associated With Oil Exposures from the Deepwater Horizon Response Among U.S. Coast Guard Responders. *Occup Environ Med* 2016;73:A190.

- Zock J, Rodríguez-Trigo G, Rodríguez-Rodríguez E, *et al*. Persistent Respiratory Symptoms in Clean-Up Workers 5 Years After the *Prestige* Oil Spill. *Occup Environ Med* 2012;69:508-513.

- Stewart P, Stenzel M, Banerjee S, *et al*. The NIEHS GuLF STUDY: Questionnaire Results and Use of Job Exposure Matrices to Link Inhalation and Dermal Exposure Estimates to Study Subjects. *Occup Environ Med* 2014;71:A37.

- Solomon, GM., Janssen S., *et al*. Health Effects of the Gulf Oil Spill. *JAMA* 2010. Published Online First: 2010 Sep 8;304(10):1118-9. doi: 10.1001/jama.2010.1254. Epub 2010 Aug 16.

- Blaylock Wellness Report. Vol 7, No. 8. August 2010.

- Lyons, RA, Temple JM, *et al*. Acute Health Effects of the Sea Empress Oil Spill. *Journal of Epidemiology & Community Health* 1999; 53:306-310.

For specific causation, Plaintiff plans to rely on a variety of medical professionals who have treated him and attributed his symptoms to toxic exposure, including, but not limited to, those who may be listed on Exhibit D; the fact that he had no substantially similar pre-existing health problems comparable to the ones he suffered, and continues to suffer, since BP's oil spill disaster; the fact that the Parkinson's Disease he suffered from prior to the oil spill was exacerbated so extremely after his exposure to the Corexit and oil; and the fact that so many

other residents and fishermen in the area have suffered substantially the same symptoms after similar exposure.

**Michael Dean**

**EXHIBIT D**

Michael Dean

| date | facility | treatment | documents |
|---|---|---|---|
| 8/5/2010 | Bluewater White-Wilson, 2001 Highway 29, Niceville, FL 32570 | Actinic Keratosis, seborrheic keratosis- consent for biopsy | Medical Records |
| 6/2/2011 | Mayo Clinic- 4500 San Pablo Rd. S, Jacksonville, FL 32224 | Parkinsonism, consistent with Idiopathic Parkinson's disease | Medical Records |
| 12/9/2011 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | HTN, peripheral edema, lesion, skin, skin tag | Medical Records |
| 12/20/2011 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Ventricular hypertrophy, Parkinson's disease, edema, anxiety disorder | Medical Records |
| 3/29/2012 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Acute sinusitis, acute bronchitis | Medical Records |
| 4/16/2012 | Coastal Skin & Dermatology- 12460 Emerald Coast Parkway, Miramar Beach, FL 32550 | Neoplasm of uncertain behavior of skin, artinic keratosis, seborrheic keratosis, lentigo | Medical Records |
| 4/16/2012 | Ketchum, Wood & Burget Pathology Associates- 1899 Eider Court, Talahasse, FL 32317 | Basal cell carcinoma, nodular and micronodular types, extending to the peripheral and deep margins | Surgical Pathology Report |
| 5/23/2012 | Coastal Skin & Dermatology- 12460 Emerald Coast Parkway, Miramar Beach, FL 32550 | Basal cell carcinoma of skin of ear and external auditory canal | Medical Records |

**EXHIBIT D**

Michael Dean

| | | | |
|---|---|---|---|
| 5/30/2012 | Coastal Skin & Dermatology-12460 Emerald Coast Parkway, Miramar Beach, FL 32550 | Basal cell carcinoma of skin of ear and external auditory canal | Medical Records |
| 6/20/2012 | Coastal Skin & Dermatology-12460 Emerald Coast Parkway, Miramar Beach, FL 32550 | Basal cell carcinoma of skin of ear and external auditory canal, neoplasm of uncertain behavior of skin | Medical Records |
| 8/8/2012 | Mayo Clinic- 4500 San Pablo Rd. S, Jacksonville, FL 32224 | Parkinsonism, consistent with Idiopathic Parkinson's disease | Medical Records |
| 8/8/2012 | Mayo Clinic- 4500 San Pablo Rd. S, Jacksonville, FL 32224 | Parkinsonism, consistent with Idiopathic Parkinson's disease | Medical Records |
| 9/28/2012 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Erectile dysfunction, Insomnia, Skin lesion, Shoulder pain | Medical Records |
| 9/28/2012 | Destin- White Wilson Medical Center PA- 900 Airport Rd. Destin, FL 32541 | ED, insomnia, skin lesion, shoulder pain | Medical Records |
| 12/14/2012 | Coastal Skin & Dermatology-12460 Emerald Coast Parkway, Miramar Beach, FL 32550 | Seborrheic keratosis, inflamed, actinic keratosis, sepersonal history of other malignant neoplasm of skin, lentigo | Medical Records |
| 7/9/2013 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | HTN, fatigue, ED, hypogonadism, Parkinson's Disease, shoulder rotator cuff tendonitis, PSA screening | Medical Records |

**EXHIBIT D**

Michael Dean

| | | | |
|---|---|---|---|
| 7/12/2013 | Coastal Skin & Dermatology- 12460 Emerald Coast Parkway, Miramar Beach, FL 32550 | Seborrheic keratosis, inflamed, actinic keratosis, seborrheic keratosis, asymptomatic, personal history of other malignant neoplasm of skin, hemangioma of skin and subcutaneous tissue | Medical Records |
| 7/18/2013 | Mayo Clinic- 4500 San Pablo Rd. S, Jacksonville, FL 32224 | Parkinsonism, consistent with Idiopathic Parkinson's disease | Medical Records |
| 7/18/2013 | Mayo Clinic- 4500 San Pablo Rd. S, Jacksonville, FL 32224 | Parkinsonism, consistent with Idiopathic Parkinson's disease | Medical Records |
| 9/10/2013 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Essential HTN, fatigue, BPH, Parkinsonism | Medical Records |
| 9/10/2013 | Destin- White Wilson Medical Center PA- 900 Airport Rd. Destin, FL 32541 | HTN, fatigue, BPH, Parkinsonism | Medical Records |
| 11/11/2013 | Neuroscience Center- White-Wilson- 1106 Hospital Road, Ft .Walton Beach, FL 32547 | Parkinson's Disease | Medical Records |
| 1/15/2014 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | HTN, chest pain, angina pectoris, atrial fibrrillation, Parkinsonism | Medical Records |
| 1/15/2014 | QUESTION #37, PCP: White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Essential HTN, chest pain, angina pectoris, atrial fibrillation, parkinsonism | Medical Records |

**EXHIBIT D**

Michael Dean

| | | | |
|---|---|---|---|
| 2/18/2014 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Atrial fibrillation, BPH, Parkinson's Disease, HTN, PSA screening, Vitamin D deficiency, hypogonadism, male | Medical Records |
| 3/3/2014 | Neuroscience Center- White-Wilson- 1106 Hospital Road, Ft .Walton Beach, FL 32547 | Parkinson's Disease | Medical Records |
| 4/24/2014 | Gary Gotthelf, MD- 4511 N. Davis Hwy, Ste C, Pensacola, FL 32504 | Chronic Eczematous Reaction of the Site of Contact- c/o itching on chest, arms, legs, burning, redness, blisters, irritated skin beginning on or about 8/24/10, following direct contact from water contaminated with dispersants. | Medical Report |
| 4/24/2014 | Gary Gotthelf, MD- 4511 N. Davis Hwy, Ste C, Pensacola, FL 32504 | Chronic Rhinosinusitis- fiber optic findings consistent w/ chronic rhinosinusitis. C/o post nasal drip, nasal obstruction, stuffiness, decreased sense of smell, sinus pain. Pt noted chemical smelling fumes were inhaled while dispersants were being sprayed overhead. | Medical Report |
| 5/13/2014 | Mayo Clinic- 4500 San Pablo Rd. S, Jacksonville, FL 32224 | Parkinson's disease- f/u visit | Medical Records |
| 5/13/2014 | Mayo Clinic- 4500 San Pablo Rd. S, Jacksonville, FL 32224 | Idiopathic Parkinson's disease, suspected peripheral neuropathy with dysesthesias of feet | Medical Records |
| 6/4/2014 | Neuroscience Center- White-Wilson- 1106 Hospital Road, Ft .Walton Beach, FL 32547 | Parkinson's Disease, Idiopathic peripheral neuropathy | Medical Records |

Michael Dean

**EXHIBIT D**

| | | | |
|---|---|---|---|
| 6/17/2014 | Neuroscience Center- White-Wilson- 1106 Hospital Road, Ft .Walton Beach, FL 32547 | Parkinson's Disease, Idiopathic peripheral neuropathy | Medical Records |
| 8/20/2014 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Atrial fibrillation- suspected resolved, parkinson's disease, HTN | Medical Records |
| 11/6/2014 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Vitamin D deficiency, atrial fibrillation, HTN, PSA screening, BPH, hematuria, annual medical exam | Medical Records |
| 12/24/2014 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's disease, idiopathic peripheral neuropathy | Medical Records |
| 1/8/2015 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's Disease, Idiopathic peripheral neuropathy | Medical Records |
| 1/8/2015 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Idiopathic Parkinson's disease, suspected peripheral neuropathy with dysesthesias of feet | Medical Records |
| 3/25/2015 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's disease, idiopathic peripheral neuropathy | Medical Records |
| 6/25/2015 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's disease, idiopathic peripheral neuropathy | Medical Records |

| | | | |
|---|---|---|---|
| 7/1/2015 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Insomnia, chronic constipation | Medical Records |
| 7/14/2015 | Mayo Clinic- 4500 San Pablo Rd. S, Jacksonville, FL 32224 | F/u visit Parkinson's disease- pt feels symptoms have increased | Medical Records |
| 8/6/2015 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's disease, idiopathic peripheral neuropathy | Medical Records |
| 9/17/2015 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's disease, idiopathic neruopathy | Medical Records |
| 11/24/2015 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | PSA screening, insomina, Vitamin D deficiency, slow transit constipation, nephrolithaisis, ED, annual medical exam, hypogonadism, Parkinson's disease | Medical Records |
| 1/25/2016 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's Disease, Idiopathic peripheral neuropathy, dysphagia- states he is certain his symptoms have worsened since he was exposed to oil dispersant in 2010 | Medical Records |
| 2/24/2016 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Fatigue, atrial fibrillation | Medical Records |
| 4/25/2016 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's Disease, Idiopathic peripheral neuropathy, dysphagia- states he is certain his symptoms have worsened since he was exposed to oil dispersant in 2010 | Medical Records |

**EXHIBIT D**

Michael Dean

| | | | |
|---|---|---|---|
| 5/18/2016 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's Disease, Idiopathic peripheral neuropathy | Medical Records |
| 7/15/2016 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's Disease, Idiopathic peripheral neuropathy, dysphagia- states he is certain his symptoms have worsened since he was exposed to oil dispersant in 2010 | Medical Records |
| 8/3/2016 | Mayo Clinic- 4500 San Pablo Rd. S, Jacksonville, FL 32224 | Idiopathic Parkinson's disease, mild dyskinesias, suspected mild cognitive impairment in relation to underlying Parkinson's disease, peripheral neuropathy with dysesthesias of the feet | Medical Records |
| 11/18/2016 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Parkinson's Disease, Idiopathic peripheral neuropathy, dysphagia- states he is certain his symptoms have worsened since he was exposed to oil dispersant in 2010 | Medical Records |
| 11/28/2016 | Destin- White Wilson Medical Center PA- 900 Airport Rd. Destin, FL 32541 | Medicare Annual Wellness Visit- pt feels his Parkinson's is worsening yearly. He has chronic constipation and insomnia. | Medical Records |
| 11/28/2016 | White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547 | Insomnia, Vitamin D deficiency, BPH, Parkinson's disease, HTN, annual medical exam | Medical Records |
| 3/30/2017 | **QUESTION #37, PCP: White-Wilson Medical Center, P.A.- 1005 Mar Walt Drive, Ft .Walton Beach, FL 32547** | Physician correspondence: "Mr. Dean was exposed to the chemical dispersant Corexit during the Gulf Oil Spill cleanup efforts….He was diagnosed with Parkinson's disease in 2006 and had chemical exposure during 2010 to worsen his overall condition and cause progression of his disease state." | Physician Correspondence |

**EXHIBIT D**

Michael Dean

| | | | |
|---|---|---|---|
| 9/26/13- 10/6/13 | Twin Cities Hospital- 2190 Hwy 85 North, Niceville, FL 32578 | SmaLL bowel obstructive process, choletasis, rule out biliary dyskinesia, parkinsonism, atrial fibrillation, controlled- admitted from ER following c/o N/V/abdominal pain | Medical Records |

# EXHIBIT E
# Michael Dean
# (Question 39)

Plaintiff seeks compensation for past and future medical bills, incurred as a result of his physical and mental injuries as detailed in his Complaint and further herein. Plaintiff is also seeking compensation for related out-of-pocket expenses, prescription costs, lost wages, future health monitoring, pain and suffering (including the fear of developing blood-based illnesses and particularly cancer, which Plaintiff has already been diagnosed with, and which are known to be caused by exposure to the chemicals to which Plaintiff was exposed). These damages accrued shortly after the oil spill began, and have continued to accrue to the date of this statement. Pain and suffering, mental distress, and fear of diseases are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, Plaintiff is seeking no less than Seventy Million ($70,000,000.00) dollars as compensatory damages in addition to punitive damages, to be determined by a jury.