MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 26, 2018

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination letter and the Memorandum in Support of Court Review Request submitted by claimants' counsel concerning the appeals of Vincent Carroll, Claim No. E07*******; Wiregrass 28, L.L.C., Claim No. F18*******; Stuart McWhorter, Claim No. 59C*******; Tom Paoletti, Claim No. 691*******; Jack Emerick, Claim No. 7E2*******; Western Lake, L.L.C., Claim No. 765*******; Michele Berline, Claim No. C46*******;[1] Ronald Johnson, Claim No. 5EB*******; John Sullivan, Claim No. F2B*******; Oak Grove Investments, L.L.C.,

---

[1] I note that this claim number applies to two (2) pieces of property owned by the claimant and listed as separate item numbers on the administrator's cases pending spreadsheet. This order is equally applicable to each appeal concerning those pieces of property.

MJSTAR:  1:45

Claim No. 8A2\*\*\*\*\*\*\*; Christopher Darren Crosby, Claim No. DBF\*\*\*\*\*\*\*;[2] Mark Dodson, Claim No. 991\*\*\*\*\*\*\*; Floyd McCollum, Claim No. B71\*\*\*\*\*\*\*; The Paragon Group, Inc., Claim No. 319\*\*\*\*\*\*\*; David Sullivan, Claim No. F80\*\*\*\*\*\*\*; W III & H Limited Partnership, Claim No. 4D6\*\*\*\*\*\*\*; WDC Holdings IV, L.L.C., Claim No. 3A9\*\*\*\*\*\*\*; and Peter J. Howard, Claim No. 853\*\*\*\*\*\*\* denying their claims for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator. This court finds no inconsistency of the type suggested by counsel in the treatment of these claims when compared to his other claimants who won appeals. With no specific proof of oiling of these properties and their location well beyond the affected zone, they are decidedly different from those whose appeals were granted. The Claims Administrator's determination is consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them, including equitable considerations. No basis requiring a different result has been provided.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

---

[2] I note that this claim number applies to three (3) pieces of property owned by the claimant and listed as separate item numbers on the administrator's cases pending spreadsheet. This order is equally applicable to each appeal concerning those pieces of property.