UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Claimant ID. 100227279** | MAGISTRATE JUDGE WILKINSON |
| Docket Number(s) | |
| **12-970** | |
| Short Form Joinder Number(s) | |

### ENTRY OF SETTLEMENT ORDER

On July 11, 2018, the United States Court of Appeals for the Fifth Circuit remanded to this Court Claimant's appeal in Case No. 17-30727. *See* Fifth Cir. Doc. #00514550221. The Fifth Circuit took that step to enable the Claimant and the BP Entities to settle the relevant CSSP claim. Accordingly,

This Court hereby **GRANTS** the Motion for Voluntary Dismissal and **RETAINS JURISDICTION** over the Full and Final Release, Settlement, and Covenant Not to Sue attached to this Order.

Signed this _____ day of _____, 2018.

Hon. Judge Carl J. Barbier<br>
United States District Judge