UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Claimant ID 100294503, Claim # ▮ | MAGISTRATE JUDGE WILKINSON |
| Docket Number(s) | |
| 12-970 | |
| Short Form Joinder Number(s) | |

## MOTION FOR VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and all and any of their Affiliates, other than any Natural Person or Entity that is also an Affiliate of any of the Released Parties, and Halliburton Energy Services Inc. and all and any of

1

its Affiliates, other than any Natural Person or Entity that is also an Affiliate of any of the Released Parties. Costs taxed as paid.

Pursuant to the Release Agreement, and for the purpose of satisfying the requirements of *Kokkonen v, Guardian Life Ins. Ca. of Am.*, 511 U.S. 375 (1994), concerning the obligation of a Court entering a settlement agreement to speak clearly when it wishes to retain jurisdiction, Plaintiffs ask that the order entered in connection with this Notice of Voluntary Dismissal state that the Court will retain continuing and exclusive jurisdiction over the below listed actions, claims, and short-form joinders, over the Release Agreement, and over the parties and their counsel, to interpret, implement, and enforce the Release Agreement in accordance with its terms.

Case name(s) and docket number(s):

*Claimant ID 100294503, Claim #*  *part of 12-970, MDL 2179*

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 26th day of October, 2018.

                                                            Respectfully submitted,

                                                            *John A. Baden  IV*
                                                            **John A. Baden IV**
                                                            **Motley Rice LLC**
                                                            28 Bridgeside Blvd.
                                                            Mt. Pleasant, SC 29464
                                                            Telephone: (843) 216-9000
                                                            Telecopier: (843) 216-9450
                                                            jbaden@motleyrice.com
                                                            *Counsel for Claimant ID 100294503*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion For Voluntary Dismissal(s) With Prejudice will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of October, 2018.

/s/ *John A. Baden IV*
John A. Baden IV