IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE | § | |
| GULF OF MEXICO | § | SECTION J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | |
| | § | |
| | § | MAG. JUDGE WILKINSON |

### MOTION TO ENFORCE SETTLEMENT AGREEMENT
### ON BEHALF OF CLAIMANT 100256029

CLAIMANT 100256029 respectfully moves this Court to enforce the terms of the two[1] Eligibility Notices and Full and Final Release, Settlement and Covenant Not to Sue "Releases" fully executed in the above referenced case and according to the Memorandum in Support, including settlement amounts and personal information of Claimant 100256029.

Claimant respectfully requests assistance from this Court. This Court issued its Order and Reasons on December 21, 2012, Rec. Doc. 8138 granting approval as fair, reasonable and adequate the Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, including all amendments ("Settlement Agreement"). According to the Order, the Court also retained continuing jurisdiction over the members to interpret, implement, administer and enforce the Settlement Agreement. BP and the DHECC alleged the Claimant is not a Class Member and entitled to recover under the Settlement Agreement, thus applicability is at issue. Claimant 100256029 asserts that she did not opt out and is a Class Member and there are no actions to support otherwise. Claimant turns to the Court for clarification and to request payment pursuant to the fully executed releases signed in this case.

---

[1] Claim Ids 360133 and 279653.

1

This motion seeks to enforce terms of the fully executed settlement releases. This request is based not only on bedrock principles of contract law, but also express terms of the executed Release itself.  Claimant ask this Court to enforce the clear terms of the Release and allow the Claims Administrator to pay the claims referenced in the applicable Release in Exhibits C and D on behalf of Claimant 100256029 and under the terms that existed when it was executed.

THE BUZBEE LAW FIRM

By: */S/ Caroline Adams*
Anthony G. Buzbee (TA)
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion and attached memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this October 29, 2018.

*/S/ Caroline Adams*
Caroline E. Adams