

REDACTED

| | |
|---|---|
| Home | |
| News and Developments | |
| Firm Administration | |
| Download Files | |
| Claimant Activity | |
| Reporting | |
| Notices | |
| Forms | |
| Payments | |
| Change Password / Email | |
| Log Off | |

## Claimant Details

<< Back

### Demographic Information

Edit

- **Claimant ID:** 100256029
- **Name:** Barrett (Last) | Elizabeth (First) | (M.I.) | (Suffix)
- **Business Name:** Elizabeth Barrett
- **SSN:** __ - __ - ____
- **Address 1:** *
- **Address 2:**
- **City:** *   **State:** *
- **Zip Code:** *
- **Parish/County:**
- **Country:** * United States of America
- **Date of Birth:** *

### Representation

**Represented By:** The Buzbee Law Firm

### Forms

Registration Form | Claim Forms | Sworn Written Statements

### Final Claim Filing Deadline Expired on June 8, 2015

The final deadline to file claims with the Settlement Program was June 8, 2015. Accordingly, we are no longer accepting new claim submissions at this time.

### Documents

Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file.

**For Seafood and Business Economic Loss Claims, your claim will be reviewed more quickly if you submit any financial data records in Excel format.**

View Documents | Upload

### View Documents

**Filter Documents likely associated with:** ALL     ☐ Show Excel Files only

| Doc ID | Document Type | Create Date | Page From | Page To | Doc File ID | |
|---|---|---|---|---|---|---|
| 12654652 | Supporting Document | 10/17/2013 | 1 | 1 | 19620294 | View |
| 12654653 | Correspondence from Claimant | 10/17/2013 | 1 | 1 | 19620295 | View |
| 12654654 | Financial - Commission Statements | 10/17/2013 | 1 | 1 | 19620296 | View |
| 12654655 | Supporting Document | 10/17/2013 | 1 | 1 | 19620297 | View |
| 12654656 | Supporting Document | 10/17/2013 | 1 | 1 | 19620298 | View |
| 12654657 | Affidavit/Sworn Statement | 10/17/2013 | 1 | 1 | 19620299 | View |
| 12654658 | Correspondence from Claimant | 10/17/2013 | 1 | 2 | 19620300 | View |
| 12654659 | Financial - Commission Statements | 10/17/2013 | 1 | 1 | 19620301 | View |
| 12654660 | Other Correspondence | 10/17/2013 | 1 | 1 | 19620302 | View |
| 12654661 | Transition Process Quick Payment Letter | 10/17/2013 | 1 | 2 | 19620303 | View |
| 12654662 | Transition Process Pending Claim | 10/17/2013 | 1 | 2 | 19620304 | |



EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| | Letter | | | | | View |
| 12654960 | Attorney/Claimant Representation Document | 10/17/2013 | 1 | 6 | 19620479 | View |
| 12655003 | Registration Form | 10/17/2013 | 1 | | 19620506 | View |
| 12657822 | Financial - Income Statements / Profit & Loss: Creation Date/Method Verification | 10/17/2013 | 1 | 1 | 19622229 | View |
| 13455753 | Business Economic Loss Claim Form (Purple Form) (Claim ID 279653) | 01/02/2014 | 1 | | 19983347 | View |
| 13455754 | Business Economic Loss Claim Form (Purple Form) (Claim ID 279662) | 01/02/2014 | 1 | | 19983348 | View |
| 13455835 | Claims Preparation--Supporting Detail | 01/02/2014 | 1 | 5 | 19983388 | View |
| 18066324 | Geographic Location Material - Maps | 01/02/2014 | 4 | 4 | 19983388 | View |
| 13468185 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) | 01/02/2014 | 6 | 10 | 19983388 | View |
| 13455840 | Claimant Accounting Support Invoice | 01/02/2014 | 1 | 1 | 19983391 | View |
| 13455849 | SWS-38 - Claimant Accounting Support Sworn Written Statement | 01/02/2014 | 1 | 3 | 19983394 | View |
| 13455856 | 2007 Federal Income Return Form 1040 (Individually Filed) | 01/02/2014 | 1 | 18 | 19983397 | View |
| 13467890 | 2007 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 5 | 6 | 19983397 | View |
| 13467902 | 2007 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 7 | 8 | 19983397 | View |
| 13467939 | 2007 Federal Income Return Form 1040, Schedule K-1 | 01/02/2014 | 9 | 9 | 19983397 | View |
| 13455862 | 2008 Federal Income Return Form 1040 (Individually Filed) | 01/02/2014 | 1 | 9 | 19983400 | View |
| 13467574 | 2008 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 4 | 5 | 19983400 | View |
| 13467588 | 2008 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 6 | 7 | 19983400 | View |
| 13467734 | 2008 Federal Income Return Form 1040, Schedule K-1 | 01/02/2014 | 8 | 8 | 19983400 | View |
| 13455866 | 2009 Federal Income Return Form 1040 (Individually Filed) | 01/02/2014 | 1 | 21 | 19983402 | View |
| 13466294 | 2009 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 4 | 5 | 19983402 | View |
| 13467366 | 2009 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 6 | 7 | 19983402 | View |
| 13467379 | 2009 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 8 | 9 | 19983402 | View |
| 13467388 | 2009 Federal Income Return Form 1040, Schedule K-1 | 01/02/2014 | 10 | 10 | 19983402 | View |
| 13466055 | 2010 Federal Income Return Form 1040 (Individually Filed) | 01/02/2014 | 1 | 19 | 19983404 | View |
| 13466068 | 2010 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 3 | 4 | 19983404 | View |
| 13466079 | 2010 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 5 | 6 | 19983404 | View |
| 13466089 | 2010 Federal Income Return Form 1040, Schedule C | 01/02/2014 | 7 | 8 | 19983404 | View |
| 13466098 | 2010 Federal Income Return Form 1040, Schedule K-1 | 01/02/2014 | 9 | 9 | 19983404 | View |
| 13455884 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 01/02/2014 | 1 | 13 | 19983408 | View |
| 13455888 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 01/02/2014 | 1 | 13 | 19983410 | View |
| 13455894 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 01/02/2014 | 1 | 13 | 19983413 | View |
| 13455900 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 01/02/2014 | 1 | 13 | 19983416 | View |
| 13455906 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 01/02/2014 | 1 | 21 | 19983419 | View |
| 13455911 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 01/02/2014 | 1 | 13 | 19983421 | View |
| 13455918 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 01/02/2014 | 1 | 13 | 19983424 | View |
| 13455928 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 01/02/2014 | 1 | 13 | 19983429 | View |
| 13455987 | Claims Preparation--Supporting Detail | 01/02/2014 | 1 | 5 | 19983449 | View |
| 18066440 | Geographic Location Material - Maps | 01/02/2014 | 4 | 4 | 19983449 | |

| ID | Description | Date | Col1 | Col2 | Ref | |
|---|---|---|---|---|---|---|
| 13465900 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) | 01/02/2014 | 6 | 9 | 19983449 | View |
| 13456068 | Claims Preparation--Supporting Detail (Duplicate) | 01/02/2014 | 1 | 5 | 19983468 | View |
| 18066480 | Geographic Location Material - Maps (Duplicate) | 01/02/2014 | 4 | 4 | 19983468 | View |
| 13465866 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) (Duplicate) | 01/02/2014 | 6 | 9 | 19983468 | View |
| 13456099 | SWS-38 - Claimant Accounting Support Sworn Written Statement (Duplicate) | 01/02/2014 | 1 | 3 | 19983478 | View |
| 14394079 | Employer Identification Number Verification Notice | 04/29/2014 | 1 | | 20380111 | View |
| 14569091 | Employer Identification Number Verification Notice | 05/27/2014 | 1 | 2 | 20446207 | View |
| 14572308 | SSA-89 Authorization (Duplicate) | 05/27/2014 | 1 | 1 | 20447603 | View |
| 14611981 | SSA-89 Authorization (Duplicate) | 06/02/2014 | 1 | 2 | 20464467 | View |
| 14660251 | Follow-up Employer Identification Number Verification Notice | 06/10/2014 | 1 | | 20485214 | View |
| 14661102 | SSA-89 Authorization | 06/10/2014 | 1 | 2 | 20485639 | View |
| 16193650 | Incompleteness Notice (Claim ID 279653) | 03/09/2015 | 1 | | 21241761 | View |
| 16203379 | Notice of Duplicate Claim (Claim ID 279662) | 03/10/2015 | 1 | | 21246790 | View |
| 16388124 | Correspondence from Claimant's Counsel | 04/06/2015 | 1 | 1 | 21354632 | View |
| 16396406 | SWS-22 Business Economic Loss Property Owner-Manager Sworn Written Statement | 04/07/2015 | 1 | 2 | 21361702 | View |
| 16442730 | County or City Tax Records | 04/10/2015 | 1 | 12 | 21391595 | View |
| 16442785 | Bad/Corrupt Document | 04/10/2015 | 1 | 1 | 21391616 | View |
| 16442851 | County or City Tax Records | 04/10/2015 | 1 | 12 | 21391638 | View |
| 16442857 | Bad/Corrupt Document | 04/10/2015 | 1 | 1 | 21391649 | View |
| 16451879 | SWS-27 Business Economic Loss Additional Multi-Facility Business Documentation Sworn Written Statement (Duplicate) | 04/13/2015 | 1 | 2 | 21396504 | View |
| 16526596 | Follow- Up Incompleteness Notice (Claim ID 279653) | 04/23/2015 | 1 | | 21437697 | View |
| 16788870 | 2007 Rental - Occupancy Records | 05/21/2015 | 1 | 1 | 21600329 | View |
| 16788950 | 2008 Rental - Occupancy Records | 05/21/2015 | 1 | 1 | 21600329 | View |
| 16788960 | 2009 Rental - Occupancy Records | 05/21/2015 | 1 | 1 | 21600329 | View |
| 16788967 | 2010 Rental - Occupancy Records | 05/21/2015 | 1 | 1 | 21600329 | View |
| 16788880 | 2007 Rental - Occupancy Records | 05/21/2015 | 1 | 1 | 21600338 | View |
| 16788996 | 2008 Rental - Occupancy Records | 05/21/2015 | 2 | 2 | 21600338 | View |
| 16789002 | 2009 Rental - Occupancy Records | 05/21/2015 | 3 | 3 | 21600338 | View |
| 16789007 | 2010 Rental - Occupancy Records | 05/21/2015 | 4 | 4 | 21600338 | View |
| 16788901 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 05/21/2015 | 1 | 13 | 21600358 | View |
| 16788904 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 05/21/2015 | 1 | 13 | 21600361 | View |
| 16788908 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 05/21/2015 | 1 | 13 | 21600365 | View |
| 16788915 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 05/21/2015 | 1 | 13 | 21600371 | View |
| 16788918 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 05/21/2015 | 1 | 13 | 21600374 | View |
| 16788923 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 05/21/2015 | 1 | 21 | 21600377 | View |
| 16788926 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 05/21/2015 | 1 | 13 | 21600380 | View |
| 16788928 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 05/21/2015 | 1 | 13 | 21600382 | View |
| 16788933 | Financial - Income Statements / Profit | 05/21/2015 | 1 | 13 | 21600386 | View |

| Doc ID | Description | Date | | | | |
|---|---|---|---|---|---|---|
| | & Loss (Not for Use in Calculation) | | | | | |
| 16788936 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 05/21/2015 | 1 | 13 | 21600389 | View |
| 16799600 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant | 05/22/2015 | 1 | 1 | 21607392 | View |
| 16799614 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360133) | 05/22/2015 | 1 | | 21607401 | View |
| 16799615 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360134) | 05/22/2015 | 1 | | 21607402 | View |
| 16799616 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360137) | 05/22/2015 | 1 | | 21607403 | View |
| 16799617 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360141) | 05/22/2015 | 1 | | 21607404 | View |
| 16799619 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360142) | 05/22/2015 | 1 | | 21607405 | View |
| 16799621 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360144) | 05/22/2015 | 1 | | 21607406 | View |
| 16799622 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360149) | 05/22/2015 | 1 | | 21607407 | View |
| 16799623 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360187) | 05/22/2015 | 1 | | 21607408 | View |
| 16799624 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360189) | 05/22/2015 | 1 | | 21607409 | View |
| 16799625 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360190) | 05/22/2015 | 1 | | 21607410 | View |
| 16799626 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360192) | 05/22/2015 | 1 | | 21607411 | View |
| 16799627 | Business Economic Loss Claim Form (Purple Form) (Claim ID 360193) | 05/22/2015 | 1 | | 21607412 | View |
| 16926381 | Financial - Income Statements / Profit & Loss: Creation Date/Method Verification | 06/02/2015 | 1 | 2 | 21698406 | View |
| 17389988 | Incompleteness Denial Notice (Claim ID 279653) | 07/13/2015 | 1 | | 22042889 | View |
| 17414743 | SWS-27 Business Economic Loss Additional Multi-Facility Business Documentation Sworn Written Statement | 07/16/2015 | 1 | 2 | 22060363 | View |
| 17487781 | Incompleteness Notice (Claim ID 360134) | 07/30/2015 | 1 | | 22111432 | View |
| 17487838 | Incompleteness Notice (Claim ID 360137) | 07/30/2015 | 1 | | 22111466 | View |
| 17487904 | Incompleteness Notice (Claim ID 360141) | 07/30/2015 | 1 | | 22111501 | View |
| 17487913 | Incompleteness Notice (Claim ID 360142) | 07/30/2015 | 1 | | 22111506 | View |
| 17487922 | Incompleteness Notice (Claim ID 360144) | 07/30/2015 | 1 | | 22111512 | View |
| 17487930 | Incompleteness Notice (Claim ID 360149) | 07/30/2015 | 1 | | 22111519 | View |
| 17487940 | Incompleteness Notice (Claim ID 360187) | 07/30/2015 | 1 | | 22111527 | View |
| 17487960 | Incompleteness Notice (Claim ID 360189) | 07/30/2015 | 1 | | 22111537 | View |
| 17487967 | Incompleteness Notice (Claim ID 360190) | 07/30/2015 | 1 | | 22111540 | View |
| 17503350 | Incompleteness Notice (Claim ID 360193) | 08/03/2015 | 1 | | 22121812 | View |
| 17503380 | Incompleteness Notice (Claim ID 360192) | 08/03/2015 | 1 | | 22121825 | View |
| 17633524 | 2011 Federal Income Return Form 1040 (Individually Filed) | 08/24/2015 | 1 | 16 | 22184759 | View |
| 17673406 | 2011 Federal Income Return Form 1040, Schedule C | 08/24/2015 | 3 | 4 | 22184759 | View |
| 17673437 | 2011 Federal Income Return Form 1040, Schedule C | 08/24/2015 | 5 | 6 | 22184759 | View |
| 17673686 | 2011 Federal Income Return Form 1040, Schedule C | 08/24/2015 | 7 | 8 | 22184759 | View |
| 17673700 | 2011 Federal Income Return Form 1040, Schedule K-1 | 08/24/2015 | 9 | 9 | 22184759 | View |
| 17634322 | Post-Reconsideration Incompleteness Denial Notice (Claim ID 279653) | 08/24/2015 | 1 | | 22184917 | View |
| 17716819 | County or City Tax Records | 08/28/2015 | 1 | 12 | 22203843 | View |
| 17842948 | Other Tax Document | 09/09/2015 | 1 | 1 | 22235157 | View |

| ID | Document | Date | Col4 | Col5 | Col6 | |
|---|---|---|---|---|---|---|
| 18065348 | 2010 State Sales and Use Records (Claim ID: 279653, 279662 ) | 09/09/2015 | 2 | 8 | 22235157 | View |
| 18065360 | 2010 Lodging Tax Returns | 09/09/2015 | 2 | 8 | 22235157 | View |
| 17862298 | Other Tax Document (Duplicate) | 09/10/2015 | 1 | 1 | 22240073 | View |
| 18084297 | 2010 State Sales and Use Records (Duplicate) | 09/10/2015 | 2 | 8 | 22240073 | View |
| 18084303 | 2010 Lodging Tax Returns (Duplicate) | 09/10/2015 | 2 | 8 | 22240073 | View |
| 18424100 | Denial Notice (Claim ID 360134) | 11/19/2015 | 1 | | 22453716 | View |
| 18540750 | Denial Notice (Claim ID 360137) | 12/14/2015 | 1 | | 22517686 | View |
| 18540808 | Denial Notice (Claim ID 360141) | 12/14/2015 | 1 | | 22517724 | View |
| 18540849 | Denial Notice (Claim ID 360142) | 12/14/2015 | 1 | | 22517744 | View |
| 18540866 | Denial Notice (Claim ID 360144) | 12/14/2015 | 1 | | 22517751 | View |
| 18540889 | Denial Notice (Claim ID 360149) | 12/14/2015 | 1 | | 22517760 | View |
| 18540900 | Denial Notice (Claim ID 360187) | 12/14/2015 | 1 | | 22517769 | View |
| 18540914 | Denial Notice (Claim ID 360189) | 12/14/2015 | 1 | | 22517778 | View |
| 18540936 | Denial Notice (Claim ID 360190) | 12/14/2015 | 1 | | 22517794 | View |
| 18540960 | Denial Notice (Claim ID 360192) | 12/14/2015 | 1 | | 22517812 | View |
| 18540971 | Denial Notice (Claim ID 360193) | 12/14/2015 | 1 | | 22517818 | View |
| 18576104 | Post-Re-Review Denial Notice (Claim ID 360189) | 12/21/2015 | 1 | | 22541914 | View |
| 18576145 | Post-Re-Review Denial Notice (Claim ID 360190) | 12/21/2015 | 1 | | 22541936 | View |
| 18576150 | Post-Re-Review Denial Notice (Claim ID 360192) | 12/21/2015 | 1 | | 22541938 | View |
| 18576155 | Post-Re-Review Denial Notice (Claim ID 360193) | 12/21/2015 | 1 | | 22541942 | View |
| 18576162 | Post-Re-Review Denial Notice (Claim ID 360134) | 12/21/2015 | 1 | | 22541945 | View |
| 18576172 | Post-Re-Review Denial Notice (Claim ID 360137) | 12/21/2015 | 1 | | 22541949 | View |
| 18576179 | Post-Re-Review Denial Notice (Claim ID 360141) | 12/21/2015 | 1 | | 22541954 | View |
| 18576190 | Post-Re-Review Denial Notice (Claim ID 360142) | 12/21/2015 | 1 | | 22541962 | View |
| 18577486 | Post-Re-Review Denial Notice (Claim ID 360144) | 12/21/2015 | 1 | | 22542669 | View |
| 18577503 | Post-Re-Review Denial Notice (Claim ID 360149) | 12/21/2015 | 1 | | 22542678 | View |
| 18577515 | Post-Re-Review Denial Notice (Claim ID 360187) | 12/21/2015 | 1 | | 22542684 | View |
| 18978478 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/08/2016 | 1 | 4 | 22798707 | View |
| 18978481 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/08/2016 | 1 | 13 | 22798710 | View |
| 18978487 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/08/2016 | 1 | 13 | 22798712 | View |
| 18978492 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/08/2016 | 1 | 1 | 22798714 | View |
| 18983659 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802135 | View |
| 18983660 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802136 | View |
| 18983662 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802138 | View |
| 18983664 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802139 | View |
| 18983669 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802142 | View |
| 18983670 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802143 | View |
| 18983673 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802146 | View |
| 18983674 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802147 | View |
| 18983676 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802148 | View |
| 18983678 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802150 | View |

| | | | | | |
|---|---|---|---|---|---|
| 18983681 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802153 |
| 18983685 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802157 |
| 18983686 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802158 |
| 18983688 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802160 |
| 18983690 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802162 |
| 18983692 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802164 |
| 18983695 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802167 |
| 18983697 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802169 |
| 18983698 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802170 |
| 18983699 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802171 |
| 18983700 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802172 |
| 18983701 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802173 |
| 18983705 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802176 |
| 18983707 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802177 |
| 18983709 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802179 |
| 18983713 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802181 |
| 18983717 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 2 | 22802183 |
| 18983720 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802185 |
| 18983723 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802187 |
| 18983726 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802189 |
| 18983728 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802190 |
| 18983732 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802193 |
| 18983734 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802195 |
| 18983735 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802196 |
| 18983737 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802197 |
| 18983741 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802200 |
| 18983743 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802202 |
| 18983746 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802205 |
| 18983748 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802206 |
| 18983750 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802208 |
| 18983755 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802213 |
| 18983756 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802214 |
| 18983758 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802216 |
| 18983759 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802217 |
| 18983762 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802219 |
| 18983763 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802220 |
| 18983767 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 2 | 22802223 |
| 18983772 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802227 |

| ID | Description | Date | Col1 | Col2 | Ref | |
|---|---|---|---|---|---|---|
| 18983774 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802229 | View |
| 18983778 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802231 | View |
| 18983780 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802233 | View |
| 18983782 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802234 | View |
| 18983785 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802235 | View |
| 18983788 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802237 | View |
| 18983791 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802240 | View |
| 18983792 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802241 | View |
| 18983794 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802242 | View |
| 18983796 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 2 | 22802243 | View |
| 18983800 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802246 | View |
| 18983802 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 03/09/2016 | 1 | 1 | 22802248 | View |
| 19161441 | Post-Reconsideration Denial Notice (Claim ID 360134) | 04/11/2016 | 1 | | 22910983 | View |
| 19161493 | Post-Reconsideration Denial Notice (Claim ID 360137) | 04/11/2016 | 1 | | 22911015 | View |
| 19161514 | Post-Reconsideration Denial Notice (Claim ID 360141) | 04/11/2016 | 1 | | 22911028 | View |
| 19161561 | Post-Reconsideration Denial Notice (Claim ID 360142) | 04/11/2016 | 1 | | 22911051 | View |
| 19161582 | Post-Reconsideration Denial Notice (Claim ID 360144) | 04/11/2016 | 1 | | 22911061 | View |
| 19161605 | Post-Reconsideration Denial Notice (Claim ID 360149) | 04/11/2016 | 1 | | 22911070 | View |
| 19161633 | Post-Reconsideration Denial Notice (Claim ID 360187) | 04/11/2016 | 1 | | 22911084 | View |
| 19161679 | Post-Reconsideration Denial Notice (Claim ID 360189) | 04/11/2016 | 1 | | 22911103 | View |
| 19161717 | Post-Reconsideration Denial Notice (Claim ID 360190) | 04/11/2016 | 1 | | 22911117 | View |
| 19161744 | Post-Reconsideration Denial Notice (Claim ID 360192) | 04/11/2016 | 1 | | 22911132 | View |
| 19161752 | Post-Reconsideration Denial Notice (Claim ID 360193) | 04/11/2016 | 1 | | 22911139 | View |
| 19178098 | Financial - Other | 04/13/2016 | 1 | | 22921229 | View |
| 19178193 | 2007 Rental – Annual Statement from Property Management Company | 04/13/2016 | 1 | | 22921301 | View |
| 19178199 | 2009 Rental – Annual Statement from Property Management Company | 04/13/2016 | 1 | | 22921306 | View |
| 19178204 | 2008 Rental – Annual Statement from Property Management Company | 04/13/2016 | 1 | | 22921310 | View |
| 19178209 | 2009 Rental – Annual Statement from Property Management Company | 04/13/2016 | 1 | | 22921315 | View |
| 19178217 | 2008 Rental – Annual Statement from Property Management Company | 04/13/2016 | 1 | | 22921321 | View |
| 19178222 | 2009 Rental – Annual Statement from Property Management Company | 04/13/2016 | 1 | | 22921324 | View |
| 19348584 | Accountant Compensation Calculation Schedules (DWH Settlement – PDF) (Claim ID: 360133) | 05/13/2016 | 0 | | 23025026 | View |
| 19348588 | Financial Data Used By Accountants (Excel) (Claim ID: 360133) | 05/13/2016 | 0 | | 23025029 | View |
| 19748385 | Accountant Compensation Calculation Schedules (DWH Settlement – PDF) (Claim ID: 279653) | 08/10/2016 | 0 | | 23292218 | View |
| 19748388 | Financial Data Used By Accountants (Excel) (Claim ID: 279653) | 08/10/2016 | 0 | | 23292219 | View |
| 19970465 | Eligibility Notice (Claim ID 279653) | 10/04/2016 | 1 | | 23443082 | View |
| 19970502 | Eligibility Notice (Claim ID 360133) | 10/04/2016 | 1 | | 23443108 | View |
| 19970531 | Taxpayer Identification Number Confirmation Notice | 10/04/2016 | 1 | | 23443128 | View |
| 20106406 | DWH Release Received - Hard Copy | 11/03/2016 | 1 | 41 | 23537284 | View |

| | | | | | |
|---|---|---|---|---|---|
| 20116600 | Correspondence from Claimant's Counsel | 11/03/2016 | 42 | 42 | 23537284 |
| 20116605 | Form W-9 | 11/03/2016 | 43 | 50 | 23537284 |
| 20116608 | Attorney Fee Acknowledgment Form | 11/03/2016 | 51 | 54 | 23537284 |
| 20116615 | Envelope or Other Packaging Only | 11/03/2016 | 55 | 55 | 23537284 |
| 20186965 | Notice of Closed Claim: Opt Out Claimants | 12/06/2016 | 1 | | 23592731 |

## Registration Form Submission Status
### Submitted

## Claim Types

| Claim ID | Claim Type | Details | Submission Status |
|---|---|---|---|
| 279653 | Business Economic Loss | Barrett Beach Bungalows ,19646 Gulf Blvd , ,Indian Shores ,FL | Submitted |
| 279662 | Business Economic Loss | Lizard Property Managemnet ,19646 Gulf , ,Indian Shores ,FL | Submitted |
| 360133 | Business Economic Loss | Lizard Property Management, dba 19656 Gulf Blvd. ,19656 Gulf Blvd , ,Indian Shores ,FL | Submitted |
| 360134 | Business Economic Loss | Lizard Property Management,dba 2618 Gulf Blvd #202 ,2618 Gulf Blvd, #202 , ,Indian Rocks Beach ,FL | Submitted |
| 360137 | Business Economic Loss | Lizard Property Management,,dba 2618 Gulf Blvd #501 ,\2618 Gulf Blvd #501 , ,Indian Rocks Beach ,FL | Submitted |
| 360141 | Business Economic Loss | Lizard Property Management, dba 19708 Gulf Blvd #208 ,19708 Gulf Blvd #208 , ,Indian Shores ,FL | Submitted |
| 360142 | Business Economic Loss | Lizard Property Management, dba 960 Gulf Blvd #5 ,SC960 960 Gulf Blvd #5 , ,Indian Rocks Beach ,FL | Submitted |
| 360144 | Business Economic Loss | Lizard Property Management, dba 12458 1st St W. ,12458 1st St W. , ,Treasure Island ,FL | Submitted |
| 360149 | Business Economic Loss | Lizard Property Management, dba 2618 Gulf Blvd #104 ,2618 Gulf Blvd #104 , ,Indian Rocks Beach ,FL | Submitted |
| 360187 | Business Economic Loss | Lizard Property Management, dba 19832 Gulf Blvd #A ,19832 Gulf Blvd #A , ,Indian Shores ,FL | Submitted |
| 360189 | Business Economic Loss | Lizard Property Management, dba 19832 Gulf Blvd #B ,19832 Gulf Blvd #B , ,Indian Shores ,FL | Submitted |
| 360190 | Business Economic Loss | Lizard Property Management, dba 14038 Miramar Ave #B ,14038 Miramar Ave #B , ,Madeira Beach ,FL | Submitted |
| 360192 | Business Economic Loss | Lizard Property Management, dba 812 Gulf Blvd #3 ,812 Gulf Blvd #3 , ,Indian Rocks Beach ,FL | Submitted |
| 360193 | Business Economic Loss | Lizard Property Management, dba 812 Gulf Blvd #1 ,812 Gulf Blvd #1 , ,Indian Rocks Beach ,FL | Submitted |