

REDACTED

| Home |
|---|
| News and Developments |
| Firm Administration |
| Download Files |
| Claimant Activity |
| Reporting |
| Notices |
| Forms |
| Payments |
| Change Password / Email |
| Log Off |

## Claims Events/Notices

<< Back

**Claimant Information**

- **Claimant ID:** 100256029
- **GCCF Claimant ID:** 1619026
- **Taxpayer Type:** Individual With Business
- **SSN/EIN:** *****5912
- **Represented By:** The Buzbee Law Firm
- **Portal User:** N/A

**Claim Information**

- **Claim ID:** 279653
- **Claim Type:** Business Economic Loss
- **Claimed Benchmark Period:**

(...ard Property)
(...dian Shores, FL, 33785)

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Claim Closed | 12/06/2016 | | | | |
| Eligibility Notice | 10/03/2016 | | | | |
| Claimant Requested Appeal of Incompleteness Denial | 09/10/2015 | | | | |
| Post-Reconsideration Incompleteness Denial Notice | 08/21/2015 | 09/14/2015 11:59 PM CST | | 08/24/2015 | Oil, Spill |
| Reconsideration of Incompleteness Denial Notice Requested | 07/17/2015 | | | | |
| Incompleteness Denial Notice | 07/10/2015 | 08/10/2015 11:59 PM CST | | 07/13/2015 | Oil, Spill |
| Claims Review | 05/28/2015 | | | | |
| Response to Follow-Up Incompleteness Notice Received | 05/27/2015 | | | | |
| Claim Form Signature Accepted | 05/26/2015 | | | | |
| Follow-Up Incompleteness Notice | 04/22/2015 | 05/22/2015 11:59 PM CST | | 04/23/2015 | Oil, Spill |
| Claims Review | 04/10/2015 | | | | |
| Response to Incompleteness Notice Received | 04/10/2015 | | | | |
| Incompleteness Notice | 03/06/2015 | 04/06/2015 11:59 PM CST | | 03/09/2015 | Oil, Spill |
| Claims Review | 12/01/2014 | | | | |
| Claim Form Submitted | 01/02/2014 | | | | |

EXHIBIT E