# Caroline Adams

| | |
|---|---|
| **From:** | Caroline Adams |
| **Sent:** | Friday, January 19, 2018 11:45 AM |
| **To:** | 'Patrick Hron' |
| **Subject:** | Request for Discretionary Review - Elizabeth Barrett |
| **Attachments:** | Claimant EB 100256029 RFDR.pdf; Exhibit A 100256029 DWH E&P Settlement Opt-Out.pdf; Exhibit B Denial.pdf; RE_ Buzbee Law Firm re Elizabeth Barrett.pdf |

Mr. Hron, please find Claimant Elizabeth Barrett's Request for Discretionary Review.  Based on our prior discussions and with the Administrator's team, I have tried to resolve directly with BP and the Liaison to no avail.  I have reached out to Kristopher Ritter with BP several times regarding BP's recent denial of the request to revoke the opt out that I received in November.  On December 27, 2017, additional time was requested by BP. Therefore, I have limited options to pursue this issue.  I would like to Request Discretionary Review with the Court prior to filing a motion with the Court or lawsuit for breach of contract. Will you submit for Discretionary Review? I understand that it was not technically appealed but there was no process to appeal  the closure of the case in the rules.

Your attention to this matter is appreciated.

**Caroline E. Adams**
*Attorney*
**Buzbee Law Firm**
**JPMorgan Chase Tower**
**600 Travis Street**
**Number 7300**
**Houston, Texas 77002**

**Telephone: 713.223.5393**
**Facsimile: 713.223.5909**

**Cadams@txattorneys.com**

EXHIBIT F

1

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

### CLAIMANT ELIZABETH BARRETT'S REQUEST FOR DISCRETIONARY REVIEW REGARDING CLAIMANT #100256029, CLAIM IDS 360133 and 279653

Claimant files this Request for Discretionary Review with the Court regarding the erroneous closing of Elizabeth Barrett, d/b/a Barrett Beach Bungalows and Lizard Property Management claims <u>after full and final</u> Eligibility Notices were issued, appeals deadlines passed, and the settlement documents were fully and completely executed and submitted. Claimant seeks that the case be remanded to the DHECC for processing and payment.

**BACKGROUND**

r
2
e
B
i


C
T

c

| | | | |
|---|---|---|---|
| 100256029 | 360133 | Elizabeth Barrett | Possible CSSP Determination - Eligible |
| 100256029 | 279653 | Elizabeth Barrett | Possible CSSP Determination - Eligible |

In 2012-2013, it should be noted that undersigned counsel repeatedly requested that the DHECC identify which of its firm's clients were considered opted out by the DHECC to clear up any confusion.  The DHECC was unable to provide a list of opt outs.  However, as instructed, Opt Out Notices were received in other cases in 2013.  Here, the Opt Out Notice was not received until after the determination and settlement were reached – three years later.

The crux of the issue is that Claimant did not submit or intend to submit an opt out for Elizabeth Barrett, Claimant 100256029, and at all times pursued her claims with the DHECC.  The opt out in question was specifically submitted under Liz Sells the Beaches, Inc., and not by Elizabeth Barrett.  In fact, Claimant received numerous inquiries during 2013 to 2016 to show that both Claimant and DHECC knew the Elizabeth Barrett claims were pending: (1)

1

incompleteness notices; (2) requests for Social Security confirmation from the DHECC; (3) three denials from the DHECC and motions for reconsideration were filed. At all time the DHECC confirmed that the claims were open and viable prior to the offers of eligibility.

After a numerous discussions with the DHECC, Appeals teams and BP, no resolution has been reached.  The last communication with BP was that more time was needed for client's consideration.  Therefore, Claimant now seeks Court intervention to process payment.

**ANALYSIS**

The primary issue at hand is that Elizabeth Barrett manages and operates three businesses:  (1) Liz Sells the Beaches, Inc., a separately incorporated business with its unique Employer Identification Number and Federal Income Tax Return; (2) Barrett Beach Bungalows which is reported on a Schedule C on her personal tax return and social security number; and (3) Lizard Property Management which is reported on a separate Schedule C on her personal tax return under her social security number.   Elizabeth Barrett submitted an opt out on behalf of Liz Sells the Beaches, Inc. only, as evidenced by this Opt Out Cover Letter.  See Exhibit A.



Reply to: Houston Office

October 31, 2012

Via Certified Mail:
Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

RE:   OPT OUT LETTER DUE BY NOVEMBER 1, 2012 TO COURT
        LIZ SELLS THE BEACHES, INC.
        Claimant ID: 100010545

To whom it may concern,

Enclosed please find a signed opt out letter from the above referenced claimant. Claimant wishes to be **excluded** from the Economic Class for MDL 2179 pending in the United States District Court for the Eastern District of Louisiana.

The confusion lies in that Barrett Beach Bungalows and Lizard Realty Property management are NOT "doing business as" of the corporate entity Liz Sells the Beaches. The three businesses are separate and distinct with three separate functions and revenue and expense streams as evidenced by the federal tax returns on file.  The opt out, by cover letter, was submitted ONLY on behalf of Liz Sells the Beaches, Inc.  Claimant Elizabeth Barrett prays that the Court review this claim, and authorize the DHECC to process the claim. The parties have a binding settlement and contractually agreed to settle these claims.

2

### **ATTEMPTS AT RECONCILIATION**

It should BP recently denied Claimant's request to allow any revocation of the purported opt out in question. BP declined in November of 2017.  See Exhibit B.  The denial stated that Liz Sells the Beaches, Inc. DBA Lizard Barrett Beach Bungalows Realty; Lizard Realty would not be permitted to opt out.  However, Claimant is Elizabeth Barrett dba Lizard Barrett Beach Bungalows Realty and Lizard Realty.  Counsel reached out to BP to follow up on this issue, and no response has been given.

### **CONCLUSION**

Therefore, Claimant seeks Court intervention to process payment, and respectfully requests that this Request for Discretionary Review be granted, and that the claim be remanded to the DHECC for processing.

Sincerely,

*Caroline Adams*

Caroline E. Adams

3