| | |
|---|---|
| From: | Ritter, Kristopher |
| To: | Caroline Adams |
| Subject: | RE: Buzbee Law Firm re Elizabeth Barrett |
| Date: | Wednesday, December 27, 2017 11:35:34 AM |

Caroline,

I hope you enjoyed the holiday as well. I've raised this issue with my client; given holiday schedules I'm still waiting to hear back, but will let you know when I do.

Best,
Kris


**Kristopher S. Ritter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7118

kristopher.ritter@kirkland.com

**From:** Caroline Adams [mailto:Cadams@txattorneys.com]
**Sent:** Wednesday, December 27, 2017 11:02 AM
**To:** Ritter, Kristopher <ritterk@kirkland.com>
**Subject:** RE: Buzbee Law Firm re Elizabeth Barrett

Kris, I hope you enjoyed the holiday. I am just following up for BP's position on this issue. Thank you.

**From:** Caroline Adams
**Sent:** Tuesday, December 12, 2017 4:54 PM
**To:** 'kristopher.ritter@kirkland.com'
**Subject:** RE: Buzbee Law Firm

Kris, please find the requested attachments. On October 31, 2012, Liz Sells the Beaches, Inc. submitted an opt out per the firm letter identifying the claimant as Claim # 100010545 Liz Sells the Beaches, Inc. Elizabeth Barrett also filed claims for two businesses under Claim Number 100256029 and did not submit an opt out in this name or claim number. Elizabeth Barrett proceeded in the CSSP and obtained an award in 2016. After Elizabeth Barrett executed and submitted a release, the CSSP closed the claim without an opportunity to appeal based on the alleged opt out. Out of an abundance of caution, I submitted the attached Request for Revocation of the alleged opt out for Elizabeth Barrett in order to raise the issue to BP and the Court. Will you please review and we can discuss?

**Caroline E. Adams**
*Attorney*
**Buzbee Law Firm**

EXHIBIT
G

**JPMorgan Chase Tower**

**600 Travis Street**

**Number 7300**

**Houston, Texas 77002**

**Telephone: 713.223.5393**

**Facsimile: 713.223.5909**

[Cadams@txattorneys.com](mailto:Cadams@txattorneys.com)

---

**From:** Caroline Adams
**Sent:** Tuesday, December 12, 2017 11:49 AM
**To:** 'kristopher.ritter@kirkland.com'
**Subject:** RE: Buzbee Law Firm

Apologize. I stepped out longer than expected. I have a conference at 12:30 but otherwise will be here. Thank you.

---

**From:** Caroline Adams
**Sent:** Tuesday, December 12, 2017 11:32 AM
**To:** 'kristopher.ritter@kirkland.com'
**Subject:** Buzbee Law Firm

Kris, I just tried to reach you. Will you please call me regarding Elizabeth Barrett. I received your name from Jeff Clark. Thank you,

**Caroline E. Adams**
*Attorney*
**Buzbee Law Firm**
**JPMorgan Chase Tower**
**600 Travis Street**
**Number 7300**
**Houston, Texas 77002**

**Telephone: 713.223.5393**
**Facsimile: 713.223.5909**

[Cadams@txattorneys.com](mailto:Cadams@txattorneys.com)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.