

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

Liz Sells the Beaches, Inc.                                    November 2, 2017
dba Lizard Barrett Beach Bungalows Realty; Lizard Realty
c/o The Buzbee Law Firm
600 Travis St, Suite 7300
Houston, TX 77002

    **Re:    BP Denial of Late Opt-Out Revocation Request**

Dear Liz Sells the Beaches, Inc. dba Lizard Barrett Beach Bungalows Realty; Lizard Realty:

We have received a request to revoke Liz Sells the Beaches, Inc. dba Lizard Barrett Beach Bungalows Realty; Lizard Realty's request to opt out of the Economic & Property Damages Settlement Class.   The revocation request was postmarked on 3/8/2017.

The deadline to revoke requests for exclusion ("opt-out requests") from the Economic & Property Damages Settlement Class was December 15, 2012.  Section 8.2.5 of the Settlement Agreement, however, gives BP the sole and unilateral discretion to agree to revocation requests submitted after the deadline.  It also permits the Court to order acceptance of a revocation request if there is a showing of good cause.

Pursuant to the terms of the Settlement Agreement, BP has reviewed your late revocation request and does not agree to the revocation.  Please note that this denial means that your opt-out request is still effective and you are not a member of the Settlement Class.

**If you are represented by an attorney, you may wish to consult with your attorney about this letter.  If you are not represented by an attorney and have questions about this letter, or if you believe that you have received this letter in error, please call the Claims Administrator at 1-866-992-6174.**

               Sincerely,

               Deepwater Horizon Claims Center
               Economic & Property Damages

EXHIBIT
**H**