# THE BUZBEE LAW FIRM



*www.txattorneys.com*

Reply to: Houston Office

October 31, 2012

**Via Certified Mail:**
Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

*[Stamp: RECEIVED HAMMOND NOV 0 1 2012 GARDEN CITY GROUP]*

**RE:   OPT OUT LETTER DUE BY NOVEMBER 1, 2012 TO COURT
      LIZ SELLS THE BEACHES, INC.
      Claimant ID: 100010545**

To whom it may concern,

   Enclosed please find a signed opt out letter from the above referenced claimant. Claimant wishes to be **excluded** from the Economic Class for MDL 2179 pending in the United States District Court for the Eastern District of Louisiana.

   Should you have any questions, please do not hesitate to contact the firm.

                                    Sincerely,

                                    *Caroline Adams*

                                    Caroline E. Adams

CEA/mg
Enclosure
7472

---

1910 Ice & Cold Storage Building    JPMorgan Chase Tower (Principal Office)    200 East Cano
104 21st Street (Moody Ave.)        600 Travis, Suite 7300                     Edinburg, Texas 78539
Galveston, Texas 77550              Houston, Texas 77002                       By Appointment Only
By Appointment Only                 Telephone: (713) 223-5393
                                    Facsimile: (713) 223-5909


EXHIBIT I

EXHIBIT A