# Caroline Adams

| | |
|---|---|
| **From:** | Ben Harris [bcharris@dhecc.com] |
| **Sent:** | Friday, September 18, 2015 7:54 AM |
| **To:** | Caroline Adams |
| **Cc:** | Oil Spill |
| **Subject:** | RE: Elizabeth Barrett - Claimant ID 100256029 |

Caroline,

Thank you for the clarification. The claims are filed correctly and no further action is needed on your end.

Thank you,



**Ben Harris**
**Deepwater Horizon Claims Center**
bcharris@dhecc.com
Telephone: (804) 214-2839 ext. 4253
www.deepwaterhorizoneconomicsettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Caroline Adams [mailto:Cadams@txattorneys.com]
**Sent:** Thursday, September 17, 2015 12:10 PM
**To:** Ben Harris
**Cc:** Oil Spill
**Subject:** RE: Elizabeth Barrett - Claimant ID 100256029

Ben, Elizabeth Barrett filed both Barrett Beach Bungalows and Lizard Property Management under her social security number on her 2010 tax return. A separate corporate tax return was filed for Liz Sells the Beaches S Corp under an EIN and this claim was opted out. Is there an issue with this procedure?

Liz Sells the Beaches – real estate commission on beach property sales.
Lizard Property Management – manages rentals.
Barrett Beach Bungalows – owns and leases beach bungalows.


**Caroline E. Adams**
*Attorney*
**Buzbee Law Firm**
**JPMorgan Chase Tower**
**600 Travis Street**
**Number 7300**
**Houston, Texas 77002**



Telephone: 713.223.5393
Facsimile: 713.223.5909

Cadams@txattorneys.com

---

**From:** Ben Harris [mailto:bcharris@dhecc.com]
**Sent:** Thursday, September 17, 2015 10:44 AM
**To:** Caroline Adams
**Subject:** Elizabeth Barrett - Claimant ID 100256029

Caroline,

The Claimant submitted its Claims under an SSN, but the documentation in File IDs 19983388, 19983449, and 19983394 indicates that the Claimant operates under an EIN.  As such, we need to know what Tax IDs Barrett Beach Bungalows and Lizard Property Management operate under.  We also need an explanation of the relationship between Barrett Beach Bungalows, Lizard Property Management, and Liz Sells the Beaches, Inc.

Thank you,



**Ben Harris**
**Deepwater Horizon Claims Center**
bcharris@dhecc.com
Telephone: (804) 214-2839 ext. 4253
www.deepwaterhorizoneconomicsettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*