IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON, IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § § § § | MDL NO 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br><br>MAG. JUDGE WILKINSON |

## ORDER GRANTING CLAIMANT 100256029'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

The Court, after careful consideration, hereby grants CLAIMANT 100256029's Motion to Enforce the Settlement Agreement and remands the claims to the DHECC and Administrator Juneau to issue payment on behalf of both Claim Ids 360133 and 279653 on behalf of CLAIMANT 100256029.

IT IS SO ORDERED.

_____
JUDGE CARL BARBIER

1