# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION: J<br>* |
| *This document relates to:* | *<br>* |
| ALL CASES | *   HONORABLE CARL J. BARBIER<br>* |
| (including No. 12-970) | *   MAGISTRATE JUDGE WILKINSON<br>*<br>* |

## MOTION FOR APPROVAL OF PAYMENT OF ESCROW EXPENSES, CLOSURE OF THE AGGREGATE COMMON BENEFIT FEE AND COSTS FUND, AND FINAL PRO RATA DISBURSEMENT OF REMAINING COMMON BENEFIT FEES

**NOW INTO COURT** come Plaintiffs Co-Liaison and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class who respectfully move for approval to dissolve and disburse the remaining balance of the Aggregate Common Benefit Fee and Costs Fund after making the following payments:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement,[1] an Aggregate Common Benefit Fee and Costs Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.

Trial Order Nos. 9 and 59, which costs and fees have now been awarded and approved in the aggregate by the Court.[2]

II.

Undersigned Counsel have been advised by Mr. Garrett, the Court-appointed CPA in these proceedings, of outstanding invoices for his services for the months of June 2018, July 2018 and August 2018 in the amount of $9,696.75. (Attached as Exhibit A). Mr. Garrett also advised of an outstanding $3,260.00 invoice from Adams, Jenkins and Cheatham for tax services rendered for the Aggregate Common Benefit Fee and Costs Fund. (Attached as Exhibit B).

III.

Undersigned counsel have also been advised by Mr. Garrett that he does not anticipate any further payments being made from the Aggregate Common Benefit Fee and Costs Fund. Accordingly, Mr. Garrett has advised that the time has come to dissolve the Aggregate Common Benefit Fee and Costs Fund and disburse its remaining balance for the final payment of common benefit attorney's fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59. Per Mr. Garrett, the balance of the Aggregate Common Benefit Fee and Costs Fund currently stands at $1,324,982.90.

IV.

Mr. Garrett has been advised that J.P. Morgan will handle the final disbursements of the Aggregate Common Benefit Fee and Costs Fund and make all such payments to common benefit attorneys/firms on a pro rata basis based on the total percentage of common benefit fees awarded to each common benefit firm/attorney in the instant litigation as ordered in this Court's October

---

[2] *See* Rec. Doc. 21849 & Rec. Doc. 23574.

24, 2017 Order[3] pursuant to the final pro rata distribution amounts due to each common benefit firm/attorney provided by Mr. Garrett. (Attached as Exhibit C).

V.

To effectuate the final pro rata distribution of the Aggregate Common Benefit Fee and Costs Fund, Mr. Garrett has requested $12,500.00 to cover his fee and the administrative expenses he anticipates his firm incurring during the closing out and distribution process. Additionally, Mr. Garrett has advised that an additional $3,000.00 is needed by Adams, Jenkins and Cheatham to complete the final tax services rendered for the Aggregate Common Benefit Fee and Cost Fund.

**WHEREFORE** the undersigned respectfully pray for an Order authorizing and directing J.P. Morgan to distribute $22,196.75 from the Aggregate Common Benefit Fee and Costs Fund to Mr. Garrett and $6,260.00 to Adams, Jenkins and Cheatham. Additionally, the undersigned respectfully pray for an Order authorizing and directing J.P. Morgan to close the Aggregate Common Benefit Fee and Cost Fund and make final pro rata disbursements from its remaining $1,296,526.15 balance (or such greater or lesser remaining balance [the "Remaining Balance"]) based on the total percentage of common benefit fees awarded to each common benefit firm/attorney in the instant litigation as ordered in this Court's October 24, 2017 Order[4] and as more fully set forth in Exhibit C. Any Remaining Balance after the aforementioned disbursements have been made shall be transferred to the Registry of the Court for the U.S. District Court, Eastern District of Louisiana.

---

[3] *See* Rec. Doc. 23574.
[4] *See* Rec. Doc. 23574.

This 29th day of October, 2018.

Respectfully submitted,

| | |
|---|---|
| */s/Stephen J. Herman* | */s/James Parkerson Roy* |
| Stephen J. Herman (La. Bar No. 23129) | James Parkerson Roy (La. Bar No. 11511) |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504)581-4892 | Telephone: (337)233-3033 |
| Fax. No. (504)561-6024 | Fax No. (337)233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Co-Liaison Counsel, and* | *Plaintiffs Co-Liaison Counsel, and* |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

-5-

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of October, 2018.

*/s/Stephen J. Herman and James Parkerson Roy*