# EXHIBIT A

# Philip A. Garrett CPA
# 600 Northwoods Drive
# Abita Springs, La  70420
### 985-746-9165

pgarrett@garrettco.com

Mr. Steve Herman
Herman Herman Katz and Cotlar
820 O'Keefe Ave
New Orleans, La 70113

Re: BP Deepwater Horizon MDL
June 30, 2018

| Date | Employee | Description | Hours | Value |
|---|---|---|---|---|
| 6/1/2018 | Philip A. Garrett | JP MORGAN CALL ON ADMINISTRATIVE EXPENSES | 1 | $400.00 |
| 6/6/2018 | Philip A. Garrett | TAX INFORMATION TO JONATHAN TURNER; STATE QSF | 2 | $800.00 |
| 6/25/2018 | Bridgett Rosa | UPDATE JP MORGAN ACCOUNT TO REFLECT INTEREST INCOME FOR THE YEAR | 0.75 | $131.25 |
| 6/25/2018 | Philip A. Garrett | JP MORGAN INTEREST INCOME AND EXPENSES FOR TAX ESTIMATE | 1.25 | $500.00 |
| 6/26/2018 | Philip A. Garrett | CONTINUAL INFO WITH LEGAL DEPT OF JP MORGAN TO GET THEIR OWN FEES PAID | 1 | $400.00 |
| 6/28/2018 | Philip A. Garrett | TAX RETURN SHOWING REFUNDS ; SENT OUT EMAILS TO ALL PARTIES - REVIEW OF TAX RETURNS | 3.5 | $1,400.00 |
| | | QUICKBOOKS | | $ 45.00 |
| | | COPIES | | $34.00 |
| Total | | | 9.5 | $3,710.25 |

# Philip A. Garrett CPA
# 600 Northwoods Drive
# Abita Springs, La  70420
985-746-9165

pgarrett@garrettco.com

Mr. Steve Herman
Herman Herman Katz and Cotlar
820 O'Keefe Ave
New Orleans, La 70113

Re: BP Deepwater Horizon MDL
July 1,2018 through August 31,2018

| Date | Employee | Description | Hours | Value |
|---|---|---|---|---|
| 7/31/2018 | Philip A. Garrett | EMAIL FROM JONATHAN ON STATUS OF REFUND | 0.50 | $200.00 |
| 8/6/2018 | Philip A. Garrett | RECEIVED REFUND OF $1,171,769.00. RESEARCH TAS RETURN. REFUND SHORT BY $815.63 AND DOES NOT INCLUDE REFUND FO $123,529.00 CARRYBACK | 1.25 | $500.00 |
| 8/8/2018 | Philip A. Garrett | WORK WITH FELICIA GOMEZ - ESCROW AGENT W UBS | 0.50 | $200.00 |
| 8/9/2018 | Philip A. Garrett | TAX INFO FOR SPINOFF FOR JOHN DENNISON | 1.00 | $400.00 |
| 8/10/2018 | Philip A. Garrett | 3RD AMENDMENT TO ESCROW AGREEMENT - WORK WITH JP MORGAN ; RESEARCH AND SIGN OFF. COPIES SENT TO STEVE AND JIM | 2.50 | $1,000.00 |
| 8/14/2018 | Philip A. Garrett | TOTAL ESTIMATE OF TAX REFUNDS ; GET DEPOSIT TO JP MORGAN | 1.50 | $600.00 |
| 8/16/2018 | Philip A. Garrett | CONFERENCE CALL WITH MICHELLE, JONATHAN AND FELICIA FROM NORTH CAROLINA | 0.75 | $300.00 |
| 8/28/2018 | Philip A. Garrett | MAILED REFUND TO JP MORGAN; FOLLOWUP ON ADAMS, JENKINS, & CHEATHAM BILL OF $3,260.00 | 1.00 | $400.00 |
| 8/29/2018 | Philip A. Garrett | REVIEW OF STATUS OF CASH, POTENTIAL DISTRIBUTION; AND TAX STATUS; SENT EMAIL TO JIM,STEVE AND BEN. | 1.50 | $600.00 |
| | | QUICKBOOKS  JULY AND AUGUST | | $96.00 |
| Total | | | 10.50 | $4,296.00 |

# Philip A. Garrett CPA
# 600 Northwoods Drive
# Abita Springs, La   70420
### 985-746-9165

pgarrett@garrettco.com

Mr. Steve Herman  
Herman Herman Katz and Cotlar  
820 O'Keefe Ave  
New Orleans, La 70113

Re: BP Deepwater Horizon MDL  
September 30, 2018

| Date | Employee | Description | Hours | Value |
|---|---|---|---|---|
| 9/2/2018 | Kathy Prokasy | VIEWED 2EXP1&2/183EXP5-7/181TIME6/18 FOR HAUSFELD LLP, 4TIME2EXP5&6/18 FOR BARRIOS KINGSDORF& CASTEIX | 0.50 | $42.50 |
| 9/10/2018 | Philip A. Garrett | REC'D JPMORGAN STATEMENT - TIE TO RECONCILIATION REPORT | 0.50 | $200.00 |
| 9/19/2018 | Philip A. Garrett | IRPINO QUESTIONS ON $83,000 CK - LOOKUP ON DISTRIBUTION LISTING | 0.50 | $200.00 |
| 9/19/2018 | Philip A. Garrett | PHONE CALL ON INVESTMENTS NAD TIMING | 0.50 | $200.00 |
| 9/19/2018 | Philip A. Garrett | REVIEW OF FUNDS TO BE DISBURSED AND COSTS STILL TO BE PAID - - LISTED AVAILABLE BALANCE AND CPA COSTS AND GARRETT COST | 1.00 | $400.00 |
| 9/21/2018 | Philip A. Garrett | CALL FROM JOHN ROY ABOUT FINAL DISTRIBUTION | 0.50 | $200.00 |
| 9/21/2018 | Philip A. Garrett | PHONE CONFERENCE WITH UBS PERSONNEL; AND CLAIMS ADMINISTRATOR | 1.00 | $400.00 |
|  |  | QUICKBOOKS |  | $ 48.00 |
| Total |  |  | 4.50 | $1,690.50 |