# EXHIBIT B



# ADAMS, JENKINS AND CHEATHAM
CERTIFIED PUBLIC ACCOUNTANTS AND BUSINESS CONSULTANTS

Common Benefit Fee and Cost Fund
c/o Phillip Garrett
600 Northwoods Drive
Abita Springs, LA 70420

Client ID: 3738
Invoice: 36696
Date: 06/30/2018

For professional service rendered as follows:
Preparation and review of 2017 federal and state income tax returns.           3,260.00

Preparation and review of Form 1139 to claim refund for NOL carry back.

Assistance with quarterly estimated tax calculations.

| | |
|---|---|
| Billed Time & Expenses | $3,260.00 |
| Invoice Total | $3,260.00 |
| | |
| Beginning Balance | $1,325.00 |
| Invoices | 3,260.00 |
| Receipts | (1,325.00) |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| Amount Due | $3,260.00 |

231 Wylderose Drive | Midlothian, VA 23113 | 804.323.1313