# EXHIBIT C

| Name 1 | Name 2 | Address 1 | Address 2 | City | State | Postal Code | Country | Amount |
|---|---|---|---|---|---|---|---|---|
| Anderson Kill & Olick, P.C. | | | | | | | | $ 2,339.24 |
| Andry Law Firm | | | | | | | | $ 4,678.49 |
| Bahe Cook Cantley & Jones PLC/Jones Ward | | | | | | | | $ 233.92 |
| Baron & Budd, P.C. | | | | | | | | $ 36,221.12 |
| Barrios, Kingsdorf & Casteix, LLP | | | | | | | | $ 2,293.96 |
| Beasley, Allen, Crow, Methvin, Portis & | Miles, P.C. | | | | | | | $ 50,784.67 |
| Becker and Hebert | | | | | | | | $ 818.74 |
| Beevers & Beevers, LLP | | | | | | | | $ 175.44 |
| Bilzin, Sumberg, Baena, Price & Axelrod | | | | | | | | $ 224.58 |
| Breazeale, Sachse, & Wilson, LLP | | | | | | | | $ 81.87 |
| Breit, Drescher, Imprevento & Walker, | P.C. | | | | | | | $ 48,596.03 |
| Brent Coon & Associates | | | | | | | | $ 654.99 |
| Bruno and Bruno | | | | | | | | $ 8,187.35 |
| Center for Biological Diversity | | | | | | | | $ 35.09 |
| Chhabra and Gibba, P.A. | | | | | | | | $ 701.77 |
| Colson Hicks Eidson | | | | | | | | $ 13,854.35 |
| Cossich, Sumich, Parsiola & Taylor LLC | | | | | | | | $ 27,392.23 |
| Cunningham Bounds LLC | | | | | | | | $ 71,868.59 |
| David A. Bagwell | | | | | | | | $ 1,169.62 |
| deGravelles, Palmintier, Holthaus & | Fruge, LLP | | | | | | | $ 46,603.76 |
| Diaz Law Firm | | | | | | | | $ 1,812.91 |
| Dodson, Hooks & Frederick | | | | | | | | $ 1,812.91 |
| Domengeaux Wright Roy & Edwards | | | | | | | | $ 148,092.84 |
| Duval, Funderburk, Sundbery, Lovell & | Watkins | | | | | | | $ 2,339.24 |
| Eastland Law Offices, PLLC | | | | | | | | $ 643.29 |
| Evers Law Group | | | | | | | | $ 853.82 |
| Fayard & Honeycutt, APC | | | | | | | | $ 65,498.83 |
| Finkelstein Thompson LLP | | | | | | | | $ 35.09 |
| Fishman, Haygood, Phelps, Walmsley, | Willis & Swanson LLP | | | | | | | $ 467.85 |
| Friedman Dazzio | | | | | | | | $ 233.92 |
| Gainsburgh, Benjamin, et al | | | | | | | | $ 1,637.47 |
| Gary A. Davis & Associates | (enviroattorney) | | | | | | | $ 93.57 |
| George W. Healy IV & Assoc | | | | | | | | $ 233.92 |
| Gilbert LLP | | | | | | | | $ 1,871.40 |
| Goldberg Finnegan Mester | | | | | | | | $ 116.96 |
| Gregory M. Fredilander & Assoc | | | | | | | | $ 45.28 |
| Grossman Roth, P.A. | | | | | | | | $ 224.58 |
| HHK | | | | | | | | $ 148,092.84 |
| Irpino Law Firm | | | | | | | | $ 27,542.84 |

| Firm | Amount |
|---|---|
| Jones, Swanson, Huddell & Garrison | $ 2,339.24 |
| Kershaw, Cutter & Ratinoff, LLP | $ 90.56 |
| King Krebs & Jergens | $ 23.39 |
| Koederitz Law Firm | $ 58.48 |
| Kreindler & Kreindler LLP | $ 7,017.73 |
| Lambert & Nelson, PLC | $ 35.09 |
| Lamothe Lea Aertker LLC | $ 175.44 |
| Law ofc of David Landry | $ 23.39 |
| Law Office Of Derriel C. McCorvey, LLC | $ 584.81 |
| Law Office of Lange Clark, PC | $ 135.84 |
| Law Office of Neil C. Johnston | $ 28.07 |
| Law Office of Tom Young | $ 905.58 |
| Law Office of William S. Vincent | $ 350.89 |
| Law Offices of Charles M. Tebbutt, P.C. | $ 701.77 |
| Law Offices of Roy F. Amedee, Jr. | $ 116.96 |
| Leger & Shaw | $ 16,374.71 |
| Lemmon Law Firm | $ 3,697.51 |
| Levin Papantonio | $ 40,289.98 |
| Levin, Sedran, and Berman | $ 2,339.24 |
| Lewis, Kullman, Sterbcow & Abramson | $ 55,538.46 |
| Lieff Cabraser Heimann & Bernstein, LLP | $ 32,749.41 |
| Lovelace Law Firm PA | $ 70.18 |
| Lundy, Lundy, Soileau & South | $ 36,077.16 |
| Martzell Bickford | $ 9,470.42 |
| Mason LLP/Whitfield Mason | $ 93.57 |
| Matthews, Lawson & Johnson, PLLC | $ 15,114.53 |
| McKenzie Hall & De La Piedra, PA | $ 292.41 |
| Morgan & Morgan | $ 28,070.93 |
| Motley Rice, LLC | $ 83,579.85 |
| Murray Law Firm | $ 4,678.49 |
| Musslewhite & Associates, PC | $ 257.32 |
| Penton Law Firm | $ 18,159.65 |
| Ranier Law Firm | $ 1,239.80 |
| Reeves & Mestayer | $ 116.96 |
| Reich & Binstock, LLP | $ 292.41 |
| Schechter, McElwee, Shaffer & Harris, LLP | $ 116.96 |
| Seeger Weiss | $ 935.70 |
| Shelby Rode, LLC | $ 93.57 |
| Sher Garner Cahill Richter Klein & Hilbert | $ 3,041.02 |
| Simmons, Hanly, Conroy | $ 9,356.98 |
| Spagnoletti & Co | $ 116.96 |

| Firm | | Amount |
|---|---|---|
| The Bilek Law Firm, LLP | | $ 2,764.64 |
| Thornhill Law Firm | | $ 14,439.16 |
| Waite, Schneider, Bayless & Chesley | Clerk, US District Court ATT: Financial Unit, 500 Poydras Street   New Orleans  LA   70130   United States | $ 175.44 |
| Walters, Papillion, Thomas, Cullens LLC | | $ 70.18 |
| Waltzer & Wiygul, LLP | | $ 4,852.17 |
| Waters Law Firm | | $ 1,169.62 |
| Watts Guerra Craft LLP | | $ 33,126.90 |
| Weitz & Luxenberg, PC | | $ 70,779.67 |
| Wiggins, Childs, Quinn & Pantazis, LLC | | $ 70.18 |
| Williams Law Group LLC | | $ 52,550.06 |
| Williamson & Rusnak | | $ 23,211.32 |
| | | $ 1,296,526.15 |