UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION J |
| | * * | JUDGE BARBIER |
| This Document Relates To: | * * | MAGISTRATE JUDGE WILKINSON |
| ALL CASES | * * | |

# ORDER

Considering the Ex Parte Motion by Defendants BP Exploration & Production Inc. and BP America Production Company ("BP") for Leave to File BP's Objections and Responses To Plaintiffs' PTO 66 Show Cause Submissions and its attached Appendix 6 Under Seal:

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further **ORDERED** that certain portions of BP's Objections and Responses To Plaintiffs' PTO 66 Show Cause Submissions and the entirety of Appendix 6 are filed under seal pending further order of the Court.

New Orleans, Louisiana this 29th day of October, 2018.

UNITED STATES DISTRICT JUDGE