IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE § | |
| GULF OF MEXICO § | SECTION J |
| ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| § | |
| CLAIMANT 100256029 ELIZABETH § | |
| BARRETT V. § | |
| BP EXPLORATION & PRODUCTION § | MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE UNREADACTED AND AMENDED MOTION TO ENFORCE SETTLEMENT AGREEMENT ON BEHALF OF CLAIMANT 100256029**

COMES NOW CLAIMANT 100256029, and hereby moves for leave to file under seal an Amended Motion (and Memorandum In Support of) To Enforce Settlement Agreement filed on October 29, 2018. The information contained within constitutes, reflects, discloses or contains confidential information which Plaintiff reasonably believes is subject to protection under Federal Rule of Civil Procedure 26(c), and should be considered in full by the Court prior to decision.

Wherefore mover prays that this motion be GRANTED and that the **UNREDACTED** and Amended Motion and Memorandum In Support Of thereof be filed under seal.

THE BUZBEE LAW FIRM

By:   */S/ Caroline Adams*
      Anthony G. Buzbee (TA)
      State Bar No. 24001820
      S.D. Tex. I.D. No. 22679
      Caroline E. Adams
      State Bar No. 24011198
      S.D. Tex. I.D. No. 27655
      J.P. Morgan Chase Tower
      600 Travis, Suite 7300
      Houston, Texas 77002
      Telephone: (713) 223-5393
      Facsimile: (713) 223-5909

www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion and attached memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this October 30, 2018.

*/S/ Caroline Adams*
Caroline E. Adams