IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE | § | |
| GULF OF MEXICO | § | SECTION J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | |
| CLAIMANT 100256029 ELIZABETH | § | |
| BARRETT V. | § | |
| BP EXPLORATION & PRODUCTION | § | MAG. JUDGE WILKINSON |

**ORDER GRANTING CLAIMANT 100256029'S
MOTION FOR LEAVE TO FILE UNREDACTED AND AMENDED MOITON TO
ENFORCE SETTLEMENT AGREEMENT**

The Court, after careful consideration, hereby grants CLAIMANT 100256029's Motion for leave to file an Unredacted and Amended Motion to Enforce the Settlement Agreement and remands the claims to the DHECC and Administrator Juneau to issue payment on behalf of both Claim Ids 360133 and 279653 on behalf of CLAIMANT 100256029.

IT IS SO ORDERED.

_____
JUDGE CARL BARBIER

1