# Exhibit A

**Exhibit A – Claims settled with the Court Appointed Neutrals that had full and final determinations by the DHEPDS Court Supervised Settlement Program prior to settlement**

| Claimant ID Number | Claim Number |
|---|---|
| 100000593 | 25467 |
| 100002059 | 199198 |
| 100003972 | 167589 |
| 100005698 | 70948 |
| 100005781 | 36839 |
| 100005841 | 77505 |
| 100007463 | 15225 |
| 100008163 | 116150 |
| 100008163 | 116155 |
| 100008193 | 136814 |
| 100009634 | 93974 |
| 100010229 | 286870 |
| 100012285 | 84444 |
| 100014908 | 263272 |
| 100017451 | 220643 |
| 100021165 | 135538 |
| 100021441 | 50679 |
| 100021441 | Not Provided |
| 100021801 | 129023 |
| 100026818 | 24303 |
| 100027219 | 139189 |
| 100027518 | 125544 |
| 100027518 | Not Provided |
| 100027579 | 125765 |
| 100029726 | 253894 |
| 100030821 | 130577 |
| 100030908 | 226763 |
| 100031885 | 38139 |
| 100032089 | 34962 |
| 100033253 | 7475 |
| 100033563 | 42054 |
| 100033854 | 32679 |
| 100035366 | 40170 |
| 100035555 | 23106 |
| 100038588 | 49462 |
| 100038896 | 16030 |
| 100038896 | 50104 |
| 100039845 | 190812 |
| 100040269 | 135641 |
| 100040953 | 47411 |
| 100041013 | 82344 |

Exhibit A con't

| Claimant ID Number | Claim Number |
|---|---|
| 100041024 | 21679 |
| 100041254 | 253890 |
| 100041533 | 256467 |
| 100041590 | 237839 |
| 100041590 | Not Provided |
| 100041867 | 253865 |
| 100052457 | 317121 |
| 100054252 | 251726 |
| 100082244 | 217215 |
| 100085230 | 245587 |
| 100086651 | 112521 |
| 100092886 | 116616 |
| 100093803 | 200136 |
| 100093804 | 197467 |
| 100096582 | 418283 |
| 100096952 | 88907 |
| 100099518 | 130722 |
| 100105713 | 55408 |
| 100105713 | Not Provided |
| 100109187 | 171041 |
| 100109187 | Not Provided |
| 100110849 | 167248 |
| 100114206 | 275044 |
| 100114948 | 298348 |
| 100115085 | 167071 |
| 100116854 | 72936 |
| 100116905 | 157909 |
| 100119600 | 358188 |
| 100119600 | Not Provided |
| 100120617 | 299924 |
| 100120617 | Not Provided |
| 100125081 | 283649 |
| 100125081 | Not Provided |
| 100125271 | 91010 |
| 100125271 | 219682 |
| 100125271 | Not Provided |
| 100125272 | 219794 |
| 100125272 | 219807 |
| 100125272 | Not Provided |
| 100129536 | 86441 |
| 100129668 | 138163 |
| 100130870 | 88870 |
| 100134072 | 132233 |
| 100136851 | 94337 |
| 100136851 | 94504 |
| 100136851 | 94525 |

Exhibit A con't

| Claimant ID Number | Claim Number |
|---|---|
| 100136851 | 161505 |
| 100136851 | 208512 |
| 100136851 | 208586 |
| 100136851 | 208661 |
| 100136851 | 208807 |
| 100136851 | Not Provided |
| 100139597 | 137358 |
| 100143075 | 117977 |
| 100145099 | 209873 |
| 100152924 | 272099 |
| 100154652 | 113835 |
| 100154652 | Not Provided |
| 100155653 | 155786 |
| 100155653 | 239328 |
| 100155653 | Not Provided |
| 100158187 | 132367 |
| 100160115 | 132845 |
| 100160119 | 134860 |
| 100161669 | 281420 |
| 100163121 | 238979 |
| 100166320 | 127172 |
| 100167291 | 128860 |
| 100167291 | Not Provided |
| 100168104 | 159435 |
| 100168104 | Not Provided |
| 100168149 | 129860 |
| 100172742 | 139012 |
| 100178673 | 177004 |
| 100178673 | Not Provided |
| 100179651 | 222134 |
| 100181826 | 154368 |
| 100181826 | Not Provided |
| 100195970 | 169884 |
| 100199369 | 253175 |
| 100199898 | 251669 |
| 100200817 | 244913 |
| 100201100 | 176203 |
| 100202472 | 185312 |
| 100205111 | 240014 |
| 100205114 | 217640 |
| 100205220 | 182080 |
| 100205220 | Not Provided |
| 100206399 | 211020 |
| 100207486 | 252359 |
| 100207870 | 236410 |
| 100209131 | 361947 |

Exhibit A con't

| Claimant ID Number | Claim Number |
|---|---|
| 100210312 | 239689 |
| 100220517 | 200588 |
| 100220517 | Not Provided |
| 100223850 | 204227 |
| 100223850 | Not Provided |
| 100224342 | 204771 |
| 100232563 | 215044 |
| 100232563 | Not Provided |
| 100235789 | 219873 |
| 100235789 | Not Provided |
| 100237395 | 289789 |
| 100238568 | 224209 |
| 100238568 | Not Provided |
| 100245210 | 269837 |
| 100247219 | 360320 |
| 100251473 | 242638 |
| 100252028 | 374490 |
| 100255339 | 249121 |
| 100256729 | 251233 |
| 100256729 | Not Provided |
| 100256793 | 274349 |
| 100256793 | Not Provided |
| 100258579 | 253861 |
| 100263644 | 264713 |
| 100275689 | 371052 |
| 100283889 | 297346 |
| 100289163 | 305874 |
| 100289398 | 306149 |
| 100289398 | Not Provided |
| 100290022 | 307755 |
| 100290022 | 307758 |
| 100290022 | 307780 |
| 100290022 | 307798 |
| 100290022 | 307801 |
| 100290022 | 307805 |
| 100290022 | 307811 |
| 100290022 | 307828 |
| 100290022 | 307832 |
| 100290022 | 307833 |
| 100290022 | 307835 |
| 100290022 | 307840 |
| 100290022 | 307842 |
| 100290022 | 307845 |
| 100290022 | 307847 |
| 100290022 | 307848 |
| 100290022 | 307849 |

Exhibit A con't

| Claimant ID Number | Claim Number |
|---|---|
| 100290022 | 307850 |
| 100290022 | 307852 |
| 100290022 | 307856 |
| 100290022 | 307858 |
| 100290022 | 307859 |
| 100290022 | 307860 |
| 100290022 | 307876 |
| 100290022 | 307879 |
| 100290022 | 307882 |
| 100290022 | 307885 |
| 100290022 | 307890 |
| 100290022 | 307892 |
| 100290022 | 307896 |
| 100290022 | 307899 |
| 100290022 | 307905 |
| 100290022 | 307908 |
| 100290022 | 307911 |
| 100290022 | 307915 |
| 100290022 | 307928 |
| 100290022 | 307932 |
| 100290022 | 307936 |
| 100290022 | 307937 |
| 100290022 | 307938 |
| 100290022 | 307939 |
| 100290022 | 307942 |
| 100290022 | 307943 |
| 100290022 | 307946 |
| 100290022 | 307949 |
| 100290022 | 307952 |
| 100290022 | 307957 |
| 100290022 | 307962 |
| 100290022 | 307963 |
| 100290022 | 307964 |
| 100290022 | 307965 |
| 100290022 | 307966 |
| 100290022 | 307974 |
| 100290022 | 307975 |
| 100290022 | 307976 |
| 100290022 | 307977 |
| 100290022 | 307978 |
| 100290022 | 307979 |
| 100290022 | 307981 |
| 100290022 | 307994 |
| 100290022 | 307997 |
| 100290022 | 307999 |
| 100290022 | 308002 |

| Claimant ID Number | Claim Number |
|---|---|
| 100290022 | 308005 |
| 100290022 | 308009 |
| 100290022 | 308014 |
| 100290022 | 308025 |
| 100290022 | 308027 |
| 100290022 | 308028 |
| 100290022 | 308030 |
| 100290022 | 311938 |
| 100290022 | 312064 |
| 100290022 | 312066 |
| 100290022 | Not Provided |
| 100297164 | 332982 |
| 100297490 | 324360 |
| 100324395 | 371932 |
| 100324395 | Not Provided |
| 100338177 | 394578 |
| 100338177 | Not Provided |

Exhibit A con't