# Exhibit B

**Exhibit B – Reserve Claims List**

| Claimant ID Number | Claim Number |
|---|---|
| 100000513 | 7425 |
| 100000660 | 21302 |
| 100000813 | 61632 |
| 100001004 | 37018 |
| 100001094 | 172819 |
| 100001389 | 189968 |
| 100001594 | 31351 |
| 100002063 | 261815 |
| 100002093 | 388564 |
| 100002223 | 16766 |
| 100002438 | 170901 |
| 100002448 | 28826 |
| 100003533 | 1054 |
| 100003668 | 107411 |
| 100003735 | 37892 |
| 100004776 | 72789 |
| 100005130 | 77599 |
| 100005301 | 123090 |
| 100005726 | 125096 |
| 100006076 | 19360 |
| 100006386 | 82730 |
| 100007394 | 76034 |
| 100008241 | 171173 |
| 100008244 | 161888 |
| 100008822 | 291105 |
| 100008832 | 1694 |
| 100010990 | 161025 |
| 100010990 | 161029 |
| 100010990 | 161031 |
| 100012504 | 2080 |
| 100012907 | 54349 |
| 100012991 | 72624 |
| 100014075 | 52121 |
| 100015495 | 365972 |
| 100015942 | 47156 |
| 100016632 | 8661 |
| 100017145 | 59042 |
| 100017178 | 44888 |
| 100017457 | 56257 |
| 100017458 | 47658 |
| 100017582 | 335491 |
| 100017595 | 183164 |
| 100017609 | 317452 |
| 100017956 | 358156 |

| Claimant ID Number | Claim Number |
|---|---|
| 100017956 | 358160 |
| 100017956 | 425143 |
| 100018408 | 412750 |
| 100020057 | 113206 |
| 100021409 | 3922 |
| 100021728 | 302490 |
| 100022655 | 186904 |
| 100023739 | 17031 |
| 100024319 | 312111 |
| 100024710 | 4709 |
| 100024892 | 405311 |
| 100025646 | 108498 |
| 100025875 | 53816 |
| 100025880 | 386889 |
| 100025887 | 419042 |
| 100026270 | 317389 |
| 100026410 | 46166 |
| 100026410 | 57564 |
| 100027195 | 382573 |
| 100028150 | 316656 |
| 100028192 | 387015 |
| 100028232 | 313477 |
| 100028398 | 381288 |
| 100028494 | 308229 |
| 100028948 | 316898 |
| 100029109 | 334834 |
| 100030245 | 376345 |
| 100030813 | 183544 |
| 100031188 | 162178 |
| 100031266 | 90371 |
| 100031516 | 89611 |
| 100033471 | 109734 |
| 100033512 | 7546 |
| 100033935 | 7903 |
| 100034986 | 8743 |
| 100035448 | 334368 |
| 100035483 | 117484 |
| 100035960 | 393277 |
| 100036033 | 179009 |
| 100036447 | 14270 |
| 100037150 | 264719 |
| 100037150 | 439622 |
| 100037150 | 439623 |
| 100037150 | 439624 |
| 100037150 | 439625 |
| 100037150 | 439673 |

Exhibit B con't

| Claimant ID Number | Claim Number |
|---|---|
| 100037150 | 439674 |
| 100037150 | 439675 |
| 100037150 | 439676 |
| 100037150 | 439677 |
| 100037150 | 439678 |
| 100037333 | 9891 |
| 100038208 | 419017 |
| 100041182 | 264466 |
| 100043289 | 135475 |
| 100043605 | 33423 |
| 100044509 | 129195 |
| 100045520 | 14398 |
| 100046353 | 20892 |
| 100047779 | 15885 |
| 100048053 | 15902 |
| 100049831 | 74874 |
| 100050481 | 185091 |
| 100051197 | 131688 |
| 100051387 | 82606 |
| 100051573 | 402947 |
| 100052418 | 276889 |
| 100054321 | 20434 |
| 100055132 | 176985 |
| 100055916 | 22058 |
| 100057108 | 23170 |
| 100057283 | 39510 |
| 100058919 | 61823 |
| 100059769 | 25618 |
| 100061532 | 31364 |
| 100062202 | 159399 |
| 100062229 | 376272 |
| 100062351 | 61324 |
| 100062351 | 207661 |
| 100062351 | 207662 |
| 100062351 | 207664 |
| 100062351 | 285522 |
| 100062524 | 27871 |
| 100062796 | 241645 |
| 100064164 | 236189 |
| 100064910 | 46107 |
| 100065193 | 29856 |
| 100065410 | 30083 |
| 100065964 | 173871 |
| 100066254 | 209338 |
| 100066589 | 51646 |
| 100067850 | 64476 |

Exhibit B con't

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100068924 | 425724 | |
| 100068977 | 201877 | |
| 100069205 | 32179 | |
| 100069457 | 432096 | |
| 100069667 | 33468 | |
| 100070220 | 38523 | |
| 100070390 | 72646 | |
| 100074999 | 397508 | |
| 100080852 | 382356 | |
| 100081155 | 34212 | |
| 100081155 | 191251 | |
| 100081155 | 191262 | |
| 100081155 | 191269 | |
| 100081155 | 191277 | |
| 100081417 | 34687 | |
| 100081659 | 37423 | |
| 100082577 | 38228 | |
| 100082976 | 37866 | |
| 100083657 | 49892 | |
| 100084529 | 377276 | |
| 100085525 | 58378 | |
| 100088951 | 49145 | |
| 100089393 | 53954 | |
| 100089736 | 42177 | |
| 100090895 | 202148 | |
| 100090931 | 323428 | |
| 100091053 | 232719 | |
| 100091053 | 232721 | |
| 100091053 | 232725 | |
| 100091053 | 437954 | |
| 100092283 | 274384 | |
| 100094082 | 44999 | |
| 100094162 | 45215 | |
| 100094497 | 46103 | |
| 100094579 | 169886 | |
| 100097103 | 47845 | |
| 100097416 | 48124 | |
| 100097416 | 429685 | |
| 100098072 | 261859 | |
| 100098483 | 49112 | |
| 100099307 | 57948 | |
| 100100036 | 50908 | |
| 100100680 | 52576 | |
| 100100680 | 442130 | |
| 100101570 | 52507 | |
| 100103743 | 254772 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100104439 | 396646 | |
| 100104931 | 54811 | |
| 100104936 | 54652 | |
| 100105064 | 440141 | |
| 100105444 | 55267 | |
| 100105592 | 56606 | |
| 100105769 | 111069 | |
| 100105769 | 224524 | |
| 100105769 | 224528 | |
| 100106589 | 394029 | |
| 100106951 | 56492 | |
| 100106951 | 56495 | |
| 100106951 | 56496 | |
| 100110028 | 60048 | |
| 100111142 | 92074 | |
| 100112403 | 274704 | |
| 100114866 | 64365 | |
| 100115255 | 64891 | |
| 100115255 | 217181 | |
| 100116150 | 66008 | |
| 100116389 | 87392 | |
| 100118258 | 314578 | |
| 100118552 | 229610 | |
| 100118552 | 229615 | |
| 100118552 | 229616 | |
| 100118552 | 229618 | |
| 100119450 | 153667 | |
| 100119595 | 442811 | |
| 100119843 | 188899 | |
| 100120122 | 165681 | |
| 100123057 | 79969 | |
| 100124146 | 81189 | |
| 100124146 | 81791 | |
| 100124184 | 81080 | |
| 100124959 | 398688 | |
| 100125532 | 89326 | |
| 100125674 | 91830 | |
| 100126024 | 100928 | |
| 100126191 | 101577 | |
| 100126742 | 83855 | |
| 100127361 | 215312 | |
| 100128364 | 85519 | |
| 100129696 | 389648 | |
| 100133935 | 217243 | |
| 100134924 | 93428 | |
| 100135429 | 99465 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100135429 | 99477 | |
| 100135622 | 119190 | |
| 100135774 | 288139 | |
| 100135807 | 101063 | |
| 100135837 | 97293 | |
| 100136199 | 93478 | |
| 100136275 | 93693 | |
| 100136794 | 439137 | |
| 100137423 | 94897 | |
| 100137852 | 95419 | |
| 100137950 | 95523 | |
| 100139051 | 158796 | |
| 100139132 | 98913 | |
| 100139132 | 209175 | |
| 100140583 | 98247 | |
| 100140651 | 313264 | |
| 100141377 | 424183 | |
| 100141377 | 424184 | |
| 100141377 | 424185 | |
| 100141377 | 424186 | |
| 100141377 | 424187 | |
| 100141850 | 334069 | |
| 100144723 | 102552 | |
| 100145392 | 103049 | |
| 100145621 | 104389 | |
| 100145913 | 103637 | |
| 100145913 | 422638 | |
| 100145913 | 422639 | |
| 100145913 | 422643 | |
| 100145913 | 422646 | |
| 100145913 | 422650 | |
| 100145913 | 422655 | |
| 100145913 | 422656 | |
| 100147262 | 106467 | |
| 100147506 | 106426 | |
| 100148628 | 125655 | |
| 100148762 | 107393 | |
| 100148871 | 257791 | |
| 100149765 | 114184 | |
| 100150453 | 113838 | |
| 100150590 | 179415 | |
| 100151500 | 110407 | |
| 100152299 | 116579 | |
| 100152345 | 116569 | |
| 100152637 | 111658 | |
| 100155124 | 114277 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100155293 | 115237 | |
| 100155611 | 114748 | |
| 100155863 | 114992 | |
| 100155863 | 298082 | |
| 100155863 | 298084 | |
| 100155863 | 424827 | |
| 100156164 | 116955 | |
| 100156517 | 387142 | |
| 100156677 | 115715 | |
| 100157225 | 118558 | |
| 100157477 | 271184 | |
| 100157891 | 260255 | |
| 100158112 | 188042 | |
| 100158112 | 347590 | |
| 100158551 | 119913 | |
| 100158551 | 244722 | |
| 100158551 | 244724 | |
| 100158551 | 244727 | |
| 100158551 | 244730 | |
| 100158551 | 244731 | |
| 100158551 | 244733 | |
| 100158551 | 244736 | |
| 100158551 | 244737 | |
| 100158551 | 244740 | |
| 100158551 | 244741 | |
| 100158551 | 244743 | |
| 100158551 | 244746 | |
| 100158551 | 244748 | |
| 100158551 | 244749 | |
| 100158551 | 244752 | |
| 100158551 | 424388 | |
| 100158551 | 424389 | |
| 100158551 | 424390 | |
| 100158551 | 424391 | |
| 100158551 | 424392 | |
| 100158551 | 424393 | |
| 100158551 | 424395 | |
| 100159046 | 119787 | |
| 100160651 | 132926 | |
| 100160714 | 120132 | |
| 100160729 | 120135 | |
| 100160778 | 122573 | |
| 100160820 | 120287 | |
| 100161139 | 120725 | |
| 100162593 | 122602 | |
| 100163022 | 131587 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100163022 | 424546 | |
| 100164130 | 124605 | |
| 100164525 | 153000 | |
| 100165232 | 126178 | |
| 100165780 | 126515 | |
| 100165906 | 177941 | |
| 100166533 | 164379 | |
| 100166581 | 127507 | |
| 100167035 | 153628 | |
| 100167108 | 372267 | |
| 100167589 | 418762 | |
| 100167589 | 419355 | |
| 100168733 | 152347 | |
| 100169452 | 131557 | |
| 100169928 | 135083 | |
| 100169928 | 135093 | |
| 100169971 | 132473 | |
| 100170128 | 269148 | |
| 100171030 | 135163 | |
| 100172004 | 137338 | |
| 100172421 | 165866 | |
| 100173641 | 148543 | |
| 100173955 | 162093 | |
| 100176936 | 345868 | |
| 100177365 | 151298 | |
| 100178051 | 153520 | |
| 100178765 | 151437 | |
| 100178843 | 151493 | |
| 100179569 | 156978 | |
| 100179931 | 152505 | |
| 100180179 | 276807 | |
| 100180353 | 156412 | |
| 100182390 | 155126 | |
| 100182991 | 155441 | |
| 100184426 | 157298 | |
| 100184833 | 404052 | |
| 100185019 | 284031 | |
| 100185019 | 284032 | |
| 100185019 | 284033 | |
| 100185019 | 284034 | |
| 100185315 | 157989 | |
| 100185390 | 158062 | |
| 100185449 | 158575 | |
| 100186305 | 159254 | |
| 100186362 | 443083 | |
| 100187576 | 218115 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100188324 | 166951 | |
| 100188691 | 239923 | |
| 100188866 | 214006 | |
| 100188945 | 205740 | |
| 100189329 | 198541 | |
| 100189536 | 165800 | |
| 100190627 | 170255 | |
| 100191715 | 169354 | |
| 100191796 | 269578 | |
| 100192823 | 166438 | |
| 100193730 | 167353 | |
| 100193730 | 320131 | |
| 100195328 | 169154 | |
| 100195340 | 181256 | |
| 100195524 | 177858 | |
| 100195673 | 169617 | |
| 100196090 | 170366 | |
| 100196422 | 170441 | |
| 100196873 | 171054 | |
| 100196917 | 171095 | |
| 100197066 | 171289 | |
| 100197323 | 178804 | |
| 100197950 | 172395 | |
| 100198026 | 172534 | |
| 100198060 | 172542 | |
| 100198790 | 173297 | |
| 100199351 | 242941 | |
| 100199592 | 174251 | |
| 100200020 | 174825 | |
| 100201953 | 177358 | |
| 100202453 | 178183 | |
| 100203356 | 438410 | |
| 100204031 | 181677 | |
| 100204031 | 181678 | |
| 100204615 | 181250 | |
| 100206176 | 322114 | |
| 100206201 | 183328 | |
| 100206362 | 194324 | |
| 100206719 | 425630 | |
| 100207091 | 185342 | |
| 100207628 | 390374 | |
| 100208363 | 186141 | |
| 100208411 | 204814 | |
| 100208655 | 190449 | |
| 100209074 | 187164 | |
| 100209551 | 187694 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100209920 | 418425 | |
| 100210429 | 203213 | |
| 100210868 | 189428 | |
| 100211718 | 190605 | |
| 100211895 | 190864 | |
| 100212052 | 191082 | |
| 100212911 | 192249 | |
| 100213095 | 192253 | |
| 100213166 | 322309 | |
| 100213166 | 322331 | |
| 100213166 | 322332 | |
| 100213166 | 322333 | |
| 100213166 | 322334 | |
| 100213166 | 322335 | |
| 100213166 | 322336 | |
| 100213908 | 193018 | |
| 100213908 | 439434 | |
| 100213908 | 439435 | |
| 100213908 | 439436 | |
| 100214639 | 193893 | |
| 100214656 | 193973 | |
| 100215057 | 318532 | |
| 100215257 | 195927 | |
| 100216298 | 195970 | |
| 100216423 | 226479 | |
| 100216581 | 196468 | |
| 100217018 | 196818 | |
| 100217035 | 219342 | |
| 100217235 | 204113 | |
| 100217946 | 198519 | |
| 100218085 | 197915 | |
| 100218632 | 212998 | |
| 100219339 | 203451 | |
| 100220221 | 200327 | |
| 100220931 | 201103 | |
| 100222322 | 203102 | |
| 100224371 | 205449 | |
| 100224760 | 205186 | |
| 100225009 | 217638 | |
| 100225486 | 219692 | |
| 100225486 | 219721 | |
| 100225492 | 206487 | |
| 100226289 | 207000 | |
| 100226808 | 207730 | |
| 100226828 | 207655 | |
| 100227197 | 208202 | |

| Claimant ID Number | Claim Number |
|---|---|
| 100227272 | 400098 |
| 100227272 | 400105 |
| 100227272 | 400111 |
| 100227272 | 400117 |
| 100227272 | 400139 |
| 100227272 | 400144 |
| 100227611 | 209978 |
| 100228672 | 210517 |
| 100229051 | 355339 |
| 100229751 | 211490 |
| 100230793 | 213842 |
| 100230809 | 216178 |
| 100231113 | 213108 |
| 100231975 | 214183 |
| 100233618 | 217070 |
| 100233717 | 221339 |
| 100234143 | 217528 |
| 100234712 | 218378 |
| 100234754 | 218416 |
| 100234828 | 218548 |
| 100236079 | 220802 |
| 100237030 | 221350 |
| 100237661 | 222279 |
| 100237700 | 404495 |
| 100238025 | 386535 |
| 100238059 | 223246 |
| 100238083 | 226734 |
| 100238084 | 226753 |
| 100238693 | 279208 |
| 100238696 | 372996 |
| 100238803 | 251351 |
| 100239841 | 225901 |
| 100240467 | 443081 |
| 100241241 | 227804 |
| 100241867 | 229683 |
| 100241914 | 228757 |
| 100243018 | 230445 |
| 100243047 | 254194 |
| 100243288 | 230854 |
| 100243447 | 296792 |
| 100243579 | 231118 |
| 100243875 | 256003 |
| 100244079 | 241427 |
| 100244444 | 232252 |
| 100245152 | 233330 |
| 100245558 | 233759 |

Exhibit B con't

| Claimant ID Number | Claim Number |
|---|---|
| 100245927 | 234426 |
| 100246277 | 235823 |
| 100246646 | 235438 |
| 100246928 | 235837 |
| 100246947 | 299004 |
| 100247222 | 238320 |
| 100248137 | 237803 |
| 100248744 | 238785 |
| 100248748 | 238834 |
| 100248832 | 239273 |
| 100248905 | 238994 |
| 100249188 | 239309 |
| 100249258 | 239409 |
| 100249740 | 240135 |
| 100250111 | 241046 |
| 100250478 | 241213 |
| 100250680 | 241435 |
| 100250950 | 241846 |
| 100251090 | 246629 |
| 100251119 | 242101 |
| 100251401 | 242512 |
| 100251453 | 242594 |
| 100251490 | 242670 |
| 100251666 | 243025 |
| 100252090 | 243662 |
| 100252813 | 244631 |
| 100253053 | 245331 |
| 100253053 | 364699 |
| 100253122 | 245113 |
| 100253621 | 246053 |
| 100254213 | 256993 |
| 100254304 | 250997 |
| 100254609 | 247827 |
| 100254998 | 248556 |
| 100255177 | 248836 |
| 100255229 | 250347 |
| 100255459 | 249332 |
| 100255630 | 258980 |
| 100255655 | 249609 |
| 100255752 | 249747 |
| 100256187 | 273348 |
| 100256434 | 256029 |
| 100257058 | 251781 |
| 100257128 | 252412 |
| 100257196 | 252392 |
| 100257196 | 439780 |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100257200 | 252416 | |
| 100257200 | 439781 | |
| 100257210 | 252450 | |
| 100257210 | 439782 | |
| 100257233 | 252518 | |
| 100257233 | 439783 | |
| 100257235 | 252635 | |
| 100257235 | 439784 | |
| 100257238 | 252669 | |
| 100257238 | 439785 | |
| 100257253 | 255158 | |
| 100257253 | 439787 | |
| 100257445 | 253388 | |
| 100257462 | 252675 | |
| 100257462 | 439788 | |
| 100257469 | 252660 | |
| 100257469 | 439789 | |
| 100257818 | 252741 | |
| 100257818 | 439790 | |
| 100258941 | 254342 | |
| 100259071 | 281974 | |
| 100260500 | 417868 | |
| 100260530 | 315647 | |
| 100260597 | 386360 | |
| 100261260 | 258485 | |
| 100261403 | 258787 | |
| 100261435 | 273082 | |
| 100261598 | 386338 | |
| 100261619 | 259261 | |
| 100261758 | 259679 | |
| 100261892 | 263871 | |
| 100261922 | 260216 | |
| 100261939 | 260253 | |
| 100262053 | 260534 | |
| 100262092 | 260619 | |
| 100262121 | 260735 | |
| 100262194 | 261063 | |
| 100262308 | 261540 | |
| 100262347 | 261718 | |
| 100262523 | 262234 | |
| 100262673 | 262683 | |
| 100262795 | 263558 | |
| 100263032 | 272120 | |
| 100263273 | 263787 | |
| 100263321 | 263799 | |
| 100263384 | 265000 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100263754 | 268859 | |
| 100264025 | 264955 | |
| 100264048 | 265004 | |
| 100264865 | 268176 | |
| 100264865 | 269405 | |
| 100264865 | 269406 | |
| 100264865 | 320843 | |
| 100265563 | 267677 | |
| 100265655 | 267785 | |
| 100266126 | 268614 | |
| 100266263 | 268903 | |
| 100266704 | 269479 | |
| 100267689 | 271155 | |
| 100268006 | 271960 | |
| 100268006 | 439792 | |
| 100268018 | 271985 | |
| 100268018 | 439793 | |
| 100268247 | 271895 | |
| 100270111 | 275198 | |
| 100270854 | 276399 | |
| 100271718 | 277947 | |
| 100271726 | 278286 | |
| 100273979 | 289851 | |
| 100274262 | 282639 | |
| 100274308 | 321470 | |
| 100274564 | 283731 | |
| 100276106 | 286447 | |
| 100276935 | 287596 | |
| 100278753 | 312660 | |
| 100279526 | 290697 | |
| 100279933 | 291252 | |
| 100280397 | 368056 | |
| 100281276 | 293134 | |
| 100281299 | 293156 | |
| 100281817 | 294023 | |
| 100282449 | 312426 | |
| 100282515 | 295106 | |
| 100283067 | 295882 | |
| 100283535 | 296544 | |
| 100283991 | 443089 | |
| 100284842 | 298651 | |
| 100285293 | 299313 | |
| 100285293 | 442950 | |
| 100285548 | 299778 | |
| 100285582 | 299821 | |
| 100285582 | 299822 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100285739 | 300021 | |
| 100286111 | 419644 | |
| 100286132 | 442892 | |
| 100286412 | 304872 | |
| 100286781 | 301558 | |
| 100286781 | 301559 | |
| 100286882 | 442182 | |
| 100287006 | 301985 | |
| 100287246 | 443092 | |
| 100287696 | 303967 | |
| 100287699 | 303127 | |
| 100287882 | 303392 | |
| 100288441 | 304475 | |
| 100288552 | 304756 | |
| 100288552 | 356352 | |
| 100288552 | 356361 | |
| 100288552 | 356365 | |
| 100288552 | 356372 | |
| 100288728 | 305353 | |
| 100289220 | 305824 | |
| 100289791 | 306769 | |
| 100290015 | 307283 | |
| 100290261 | 308075 | |
| 100290959 | 317823 | |
| 100290959 | 317836 | |
| 100290959 | 317843 | |
| 100290959 | 317844 | |
| 100291211 | 310441 | |
| 100291479 | 311323 | |
| 100291552 | 365168 | |
| 100292174 | 312744 | |
| 100292782 | 315473 | |
| 100292926 | 314270 | |
| 100294499 | 317094 | |
| 100295153 | 318147 | |
| 100295238 | 360771 | |
| 100295328 | 360780 | |
| 100295330 | 360783 | |
| 100295394 | 318810 | |
| 100295851 | 319862 | |
| 100295869 | 319977 | |
| 100296061 | 320460 | |
| 100297067 | 323460 | |
| 100297067 | 437940 | |
| 100297067 | 437941 | |
| 100297067 | 437942 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100297071 | 438986 | |
| 100297071 | 438987 | |
| 100297071 | 438988 | |
| 100297075 | 438999 | |
| 100297075 | 439000 | |
| 100297075 | 439001 | |
| 100297077 | 439006 | |
| 100297077 | 439007 | |
| 100297077 | 439008 | |
| 100297080 | 439038 | |
| 100297080 | 439039 | |
| 100297080 | 439040 | |
| 100298024 | 439045 | |
| 100298024 | 439046 | |
| 100298024 | 439047 | |
| 100298282 | 439052 | |
| 100298282 | 439053 | |
| 100298282 | 439054 | |
| 100298392 | 334214 | |
| 100299181 | 334144 | |
| 100299695 | 334763 | |
| 100299837 | 441152 | |
| 100300903 | 342652 | |
| 100301329 | 397196 | |
| 100301594 | 342687 | |
| 100302265 | 386487 | |
| 100302267 | 386825 | |
| 100302463 | 347116 | |
| 100302962 | 343738 | |
| 100303726 | 344482 | |
| 100303892 | 344590 | |
| 100305558 | 346790 | |
| 100306755 | 347826 | |
| 100308214 | 349899 | |
| 100311251 | 352541 | |
| 100311611 | 352861 | |
| 100311611 | 352862 | |
| 100311611 | 352865 | |
| 100311734 | 353055 | |
| 100312422 | 353774 | |
| 100312440 | 360325 | |
| 100312530 | 370558 | |
| 100312996 | 410350 | |
| 100313533 | 354664 | |
| 100313574 | 354974 | |
| 100314042 | 357148 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100314191 | 357980 | |
| 100314239 | 355467 | |
| 100315756 | 359478 | |
| 100315902 | 357660 | |
| 100316106 | 362636 | |
| 100316963 | 359522 | |
| 100317267 | 359911 | |
| 100317267 | 359916 | |
| 100317585 | 380278 | |
| 100317640 | 417411 | |
| 100318379 | 364472 | |
| 100318689 | 362094 | |
| 100318689 | 362097 | |
| 100318689 | 362109 | |
| 100318754 | 376778 | |
| 100319411 | 390270 | |
| 100320353 | 364610 | |
| 100320413 | 371512 | |
| 100320571 | 398228 | |
| 100320907 | 399622 | |
| 100320908 | 397972 | |
| 100320931 | 365796 | |
| 100321001 | 366337 | |
| 100321039 | 366028 | |
| 100321191 | 366226 | |
| 100321513 | 366863 | |
| 100322342 | 368301 | |
| 100322357 | 368324 | |
| 100322740 | 423458 | |
| 100322740 | 423459 | |
| 100322740 | 423460 | |
| 100322740 | 423461 | |
| 100322740 | 423464 | |
| 100322995 | 369383 | |
| 100323050 | 251680 | |
| 100323176 | 370615 | |
| 100323192 | 370773 | |
| 100323733 | 400245 | |
| 100323733 | 400262 | |
| 100323733 | 400268 | |
| 100323733 | 400273 | |
| 100323978 | 371167 | |
| 100324160 | 371520 | |
| 100324302 | 371773 | |
| 100324892 | 377395 | |
| 100324898 | 377093 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100324924 | 377151 | |
| 100324968 | 375648 | |
| 100325633 | 374504 | |
| 100325677 | 379415 | |
| 100325736 | 374088 | |
| 100326520 | 379186 | |
| 100326569 | 375458 | |
| 100327209 | 402418 | |
| 100327608 | 387803 | |
| 100327751 | 390307 | |
| 100328272 | 378514 | |
| 100328272 | 378554 | |
| 100328272 | 378561 | |
| 100328272 | 378625 | |
| 100328287 | 378624 | |
| 100328431 | 378799 | |
| 100328431 | 379992 | |
| 100328779 | 379411 | |
| 100328940 | 379739 | |
| 100329490 | 380685 | |
| 100329889 | 381213 | |
| 100329935 | 381405 | |
| 100330006 | 381590 | |
| 100330111 | 443101 | |
| 100330392 | 382390 | |
| 100330399 | 382407 | |
| 100330580 | 386066 | |
| 100330580 | 386078 | |
| 100330580 | 386090 | |
| 100330580 | 386117 | |
| 100330908 | 387410 | |
| 100331361 | 383878 | |
| 100331683 | 384206 | |
| 100331982 | 417755 | |
| 100332044 | 392797 | |
| 100332556 | 390168 | |
| 100332989 | 386396 | |
| 100333597 | 387199 | |
| 100333648 | 387757 | |
| 100333675 | 387266 | |
| 100333854 | 387638 | |
| 100335108 | 389686 | |
| 100335363 | 417794 | |
| 100335534 | 390485 | |
| 100335709 | 442905 | |
| 100336040 | 391154 | |

| Claimant ID Number | Claim Number | Exhibit B con't |
|---|---|---|
| 100336159 | 391291 | |
| 100336211 | 391456 | |
| 100336931 | 392462 | |
| 100337908 | 394311 | |
| 100337908 | 394316 | |
| 100337908 | 394328 | |
| 100337908 | 394342 | |
| 100337908 | 394350 | |
| 100337908 | 394356 | |
| 100337908 | 394368 | |
| 100337908 | 394376 | |
| 100337908 | 394390 | |
| 100337908 | 394397 | |
| 100338078 | 394486 | |
| 100338623 | 395225 | |
| 100338809 | 395523 | |
| 100339236 | 396180 | |
| 100340370 | 399993 | |
| 100340672 | 404068 | |
| 100340994 | 404482 | |
| 100341114 | 410467 | |
| 100343352 | 403160 | |
| 100343628 | 403391 | |
| 100343933 | 403772 | |
| 100345577 | 409539 | |
| 100348102 | 407813 | |
| 100348532 | 408180 | |
| 100348761 | 408407 | |
| 100349978 | 410099 | |
| 100350222 | 415308 | |
| 100350697 | 411300 | |
| 100351502 | 412645 | |
| 100353876 | 417253 | |
| 100354107 | 418880 | |
| 100354107 | 419474 | |
| 100354107 | 419559 | |
| 100354107 | 419603 | |
| 100354107 | 419604 | |
| 100354107 | 419734 | |
| 100354236 | 418786 | |
| 100354236 | 418795 | |
| 100354883 | 430424 | |
| 100354884 | 438191 | |
| 100355386 | 425609 | |
| 100355902 | 430887 | |
| 100355902 | 439794 | |

Exhibit B con't

| Claimant ID Number | Claim Number |
|---|---|
| 100356347 | 439574 |
| 100356431 | 354238 |
| 100356431 | 442887 |
| 100356431 | 442889 |
| 100356472 | 272574 |
| 100356533 | 442631 |
| 100356536 | 442687 |
| 100356536 | 442688 |
| 100356536 | 442689 |
| 100356536 | 442690 |
| 100356536 | 442841 |
| 100356583 | 442859 |
| 100356602 | 309241 |
| 100356602 | 309242 |
| 100356637 | 92366 |