# Exhibit C

**Exhibit C – Excluded or identified as a valid opt-out from the DHEPDS Class after a DHEPDS payment had been made**

| Claimant ID Number | Claim Number |
|---:|---:|
| 100043000 | 71736 |
| 100059927 | 71753 |
| 100060418 | 71764 |
| 100063459 | 71789 |
| 100087797 | 69778 |
| 100088370 | 70351 |
| 100095141 | 72486 |
| 100103392 | 72188 |
| 100103396 | 72190 |
| 100176960 | 174553 |
| 100176960 | 174555 |
| 100294949 | 317752 |
| 100298372 | 332367 |