# Exhibit D

**Exhibit D – Opt-out parties from the HESI and Transocean Settlements**

| Claimant ID Number | Claim Number |
|---:|---:|
| 100119805 | 78335 |
| 100312638 | 405853 |