IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20th, 2010

MDL 2179

SECTION: J(2)

This Document Relates To:

JUDGE BARBIER

Case No: 12-3048, Joseph Cannistra
Individually, and on behalf of EGES Inc.
d/b/a The Gathering Restaurant" v. BP
Exploration & Production Inc. et al

MAG. JUDGE WILKINSON

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED OCT 18 2018

WILLIAM W. BLEVINS
CLERK

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Joseph Cannistra, by and through Joseph Cannistra, appeals the decision(s) rendered by the Court, (Judge Barbier), on August 3rd, 2018, and again after the Motion for Reconsideration, filed on September 18th, 2018 addressing additional and supporting argument, and the Courts additional Order on September 18th, 2018, (Rec.Doc. 24813) once again denying the Motion for Reconsideration.

This Appellant files this appeal in good faith, and moves for 60 days to file his brief in support.

Joseph Cannistra Dated: October 10th, 2018
1247 E College Street
Pulaski, Tennessee 38478
813 – 403-8587 phone
kimmeloy@yahoo.com

U.S. COURT OF APPEALS
RECEIVED
OCT 18 2018
FIFTH CIRCUIT

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 18, 2018

Mr. William Blevins  
U. S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

        Re: Joseph Cannistra  
        USDC No. 2:12-CV-3048

Dear Mr. Blevins:

I am forwarding a notice of appeal erroneously sent to us. We have noted the date received here. When you file the notice of appeal, please use that date, see FED. R. APP. P. 4(d).

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____  
        Monica R. Washington, Deputy Clerk  
        504-310-7705

T. CAPISTRA
1247 E. College St —
Pulaski, Tennessee 38478

Fifth U.S. District Court of Appeals
600 So. MAESTRI Place
New Orleans LA 70130

NASHVILLE TN 370
15 OCT 2018 PM 3 L

7013 0830 3414 C027