## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**This Document relates to:**<br>**No. 12-970**<br><br>**Claimant ID 100118552, Claim IDs 229610, 229615, 229616, 229618** | **MDL No. 2179**<br>**SECTION J**<br>**JUDGE BARBIER**<br>**MAG. JUDGE WILKINSON** |

## CLAIMANT'S NOTICE OF APPEAL

Notice is hereby given that Claimant ID 100118552 appeals to the United States Court of Appeals for the Fifth Circuit from an order entered in this action on the 3rd day of October, 2018 regarding claims submitted in the Deepwater Horizon Economic and Property Damages Settlement that are subject to the Moratoria Hold (attached hereto as Exhibit A).

/s/WILLIAM G. CHASON
**WILLIAM G. CHASON**
State Bar No.: ASB-5462-I51C
wchason@mcdowellknight.com
**MORGAN S. HOFFERBER**
State Bar No.: ASB-1334-S42X
mhofferber@mcdowellknight.com

*Counsel for Claimant ID 100118552*

**OF COUNSEL:**
MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
11 N. Water St., Suite 13290
Mobile, AL 36602
Tel. (251) 432-5300
Fax (251) 432-5303

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing notice has been served on All Counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of November, 2018.

                                                 */s/WILLIAM G. CHASON*