# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION: J <br> * |
| *This document relates to:* | * <br> * |
| ALL CASES | * HONORABLE CARL J. BARBIER <br> * |
| (including No. 12-970) | * MAGISTRATE JUDGE WILKINSON <br> * <br> * |

## ORDER AUTHORIZING PAYMENT OF ESCROW EXPENSES, CLOSURE OF THE AGGREGATE COMMON BENEFIT FEE AND COSTS FUND, AND FINAL PRO RATA DISBURSEMENT OF REMAINING COMMON BENEFIT FEES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to transmit Twenty-Two Thousand One Hundred Ninety-Six Dollars and Seventy-Five Cents ($22,196.75) from the Aggregate Common Benefit Fee and Costs Fund to Garrett & Co. LLC for administrative expenses and/or fees and Six Thousand Two Hundred Sixty Dollars and No Cents ($6,260.00) to Adams, Jenkins and Cheatham for administrative fees incurred for the Aggregate Common Benefit Fee and Cost Fund.

**IT IS HEREBY FURTHER ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to close the Aggregate Common Benefit Fee and Costs Fund and to distribute its remaining balance of One Million Two-Hundred Ninety-Six Thousand Five Hundred Twenty-Six Dollars and Fifteen Cents ($1,296,526.15) (or such greater or lesser remaining balance [the "Remaining Balance"]) on a pro rata basis based on the total percentage of common benefit fees awarded to each common benefit firm/attorney in the instant litigation as ordered in this Court's October 24, 2017 Order[1] and as more fully set forth in Exhibit C of the instant Motion For Approval of Payment of Escrow Expenses, Closure Of The Aggregate Common Benefit Fee and Costs Fund, and Final Pro Rata Disbursement of Remaining Common Benefit Fees.  Any Remaining Balance after the aforementioned disbursements have been made shall be transferred to the Registry of the Court for the U.S. District Court, Eastern District of Louisiana.

New Orleans, Louisiana this 2nd day of November, 2018.

_____
United States District Judge

---

[1] *See* Rec. Doc. 23574.