UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL 2179 |
| | SECTION: J(2) |
| **This Document Relates To:** | |
| | JUDGE BARBIER |
| *No. 14-00121, Howell Construction, Inc. v. Andry Lerner, L.L.C., et al.* | MAG. JUDGE WILKINSON |

# ORDER

Before the Court is Defendants Andry Lerner, L.L.C., et al.'s ("Andry Lerner") Motion for Leave to File Supplemental Authority (Rec. Doc. 25109).

IT IS ORDERED that the Motion for Leave (Rec. Doc. 25109) is GRANTED.

\* \* \* \* \*

Before the Court is Howell Construction, Inc.'s Motion for Rehearing and/or Reconsideration, to Alter or amend Judgment, and/or for New Trial (Rec. Doc. 24888); Andry Lerner's opposition (Rec. Doc. 25053); and Andry Lerner's supplemental authority (Rec. Doc. 25109-2).[1]

IT IS ORDERED that the Motion for Rehearing and/or Reconsideration, to Alter or amend Judgment, and/or for New Trial (Rec. Doc. 24888), is DENIED.

---

[1] Howell Construction filed a Motion for Leave to File Reply Memorandum (Rec. Doc. 25106), which the Court denied (Rec. Doc. 25108). Howell Construction's motion provided no reasons for why its reply memorandum should be accepted. Moreover, the reply memorandum merely repeated arguments from the Motion for Rehearing and/or Reconsideration.

2

New Orleans, Louisiana, this 2nd day of November, 2018.

_____
United States District Judge

**Note to Clerk: Docket in 10-md-2179 and 14-cv-00121.**