UNITD STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** 2:17-cv-03201 | | |
| | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **ROBERT TAYLOR, MARY SMITH TAYLOR** | * | CIVIL ACTION NO.:2:17-cv-03201 |
| | * | SECTION J |
| PLAINTIFFS | | |
| | * | JUDGE BARBIER |
| **VERSUS** | | |
| | * | MAG. JUDGE WILKINSON |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, TRITON ASSSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC.** | * * * * * | |
| DEFENDANTS | | |

**PLAINTIFF, MARY TAYLOR'S RESPONSE TO DEFENDANTS BP'S OBJECTION AND RESPONSES TO PLAINTIFFS' SHOW CAUSE RESPONSES**

COMES NOW, MARY TAYLOR, Plaintiff, and files her Response to Defendant BP's Objection and Responses to Plaintiffs' PTO 66 Show Cause Responses, and for good cause respectfully states the following:

1.  As stated in Plaintiff's previous response, Robert Taylor (Plaintiff Mary Taylor's husband) did respond timely to PTO 66. Plaintiff Mary Taylor's only claim is for loss of

spousal consortium and it arises exclusively under Robert Taylor's timely filed claim for personal injury.

2. Immediately upon receipt of the Court's Order to Show Cause, counsel for the claimant investigated the issue. The Statement of Claim made pursuant PTO 66 fully described the injuries to her husband, Robert Taylor as a result of toxic exposure. The language of the Statement of Claim indicated to counsel for Mr. Taylor and plaintiff Mary Taylor that a Statement of Claim only needed to be filed on behalf the directly injured party.

3. In particular, nowhere in PTO 66 did the Court specify or delineate that the Plaintiff who was bringing a companion loss of consortium claim had to file her own particularized statement of claim. Furthermore, examination of the questions presented in Exhibit A offered no evidence or hint that the Plaintiff whom did not suffer any personal injury related to exposure was required to complete and submit her own particularized statement of claim. Had counsel known that a Plaintiff bringing a consortium claim was required to complete a particularized statement of claim, the Plaintiff would have submitted a timely response.

4. Upon receipt of the Order to Show Cause, Plaintiff Mary Taylor filed her own Statement of Claim.

5. Plaintiff Mary Taylor has timely complied with all of the Court's previous orders.

6. The Defendants are not prejudiced by the late filing of the particularized statement of claim as they have had notice of all claims made by this Plaintiff, as all other orders of this Court have been complied with and they received Robert Taylor's Statement of Claim.

WHEREFORE, the Plaintiff, MARY TAYLOR, respectfully request that this Honorable Court deny Defendant BP's Objection, and accepts the Plaintiff's submission of her particularized claim.

Dated on this 2nd day of November 2018.

                          KRUPNICK, CAMPBELL, MALONE,
                          BUSER, SLAMA, HANCOCK,
                          LIBERMAN, P.A.


                          By: /s/   Kelley B. Stewart

                          Kelley B. Stewart, Esquire
                                Florida Bar Number:  492132
                                kstewart@krupnicklaw.com
                          Michael J. Ryan, Esquire
                                Florida Bar Number:  975990
                                mryan@krupnicklaw.com
                          Joseph J. Slama, Esquire
                                Florida Bar Number:  476171
                                jslama@krupnicklaw.com
                          Jesse S. Fulton, Esquire
                                Florida Bar Number:  112495
                                jfulton@krupnicklaw.com
                          Kevin A. Malone, Esquire
                                Florida Bar Number:  224499
                                kmalone@krupnicklaw.com
                          Carlos A. Acevedo, Esquire
                                Florida Bar Number:   0097771
                                cacevedo@krupnicklaw.com
                          12 Southeast Seventh Street, Suite 801
                          Fort Lauderdale, Florida  33301-3434
                          954-763-8181 telephone
                          954-763-8292 facsimile

                          and

                          Michael G. Stag, Esquire
                                Louisiana Bar Number:  23314
                                mstag@smithstag.com
                          Merritt E. Cunningham
                                Louisiana Bar Number:  32843
                                mcunningham@smithstag.com
                          SMITH STAG, L.L.C.
                          One Canal Place, Suite 2850
                          365 Canal Street
                          New Orleans, Louisiana  70130

(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of November 2018.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com

Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*