UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL T. MORROW**<br><br>           **Plaintiff,**<br><br>     **v.**<br><br>**BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC.; HALLIBURTON ENERGY SERVICES, INC.; AND SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC.**<br><br>           **Defendants.** | **MDL No. 2179**<br><br>**SECTION: J(2)**<br><br>**Case No. 10-MD-2179**<br><br>[Closed] Case No. 2:13-cv-05083-CJB-JCW]<br>[Closed September 6th, 2018]<br><br>**JUDGE BARBIER**<br><br>**MAG. JUDGE WILKERSON** |

## MOTION TO REOPEN

**NOW COMES PLAINTIFF**, *Michael T. Morrow*, through undersigned counsel, who does respectfully moves to reopen the above captioned case, respectfully averring:

1.  Case No. Case No. 2:13-cv-05083-CJB-JCW was closed by Order of Judge Barbier dated September 6th, 2018, and served upon undersigned counsel on September 18th, 2018. Please see Notice of Electronic Filing attached as Exhibit P-1.  This notice was the first service of any document upon undersigned counsel.

2.  Neither Plaintiff, individually, nor counsel were ever provided notice of any dismissal

in this action; nor for that matter any other notice, including without limitation, Document

numbers 3, 4 or 5, nor any appurtenant attachments.

PRAYER

Upon the foregoing ground, and upon further grounds set forth in its memorandum in

support of re-opening, it is prayed that the captioned Case No. 2:13-cv-05083-CJB-JCW be

re-opened.

Dated: November 6th, 2018          Respectfully submitted by

GEORGE J. TATE, P.L.L.C.

BY:

George J. Tate , Bar Roll No. 12663
130 Main Street - P. O. Box 817
Abbeville, LA  70511-0817
Telephone No. (337) 893-8335
Telefacsimile No. (800) 214-6152
Attorney for the Plaintiff
Michael T. Morrow

Michael T. Morrow