Print | Close Window

**Subject:** Activity in Case 2:13-cv-05083-CJB-JCW Morrow v. BP Exploration & Production, Inc. et al Order Dismissing Case
**From:** Efile_Notice@laed.uscourts.gov
**Date:** Tue, Sep 18, 2018 11:32 am
**To:** Efile_Information@laed.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 9/18/2018 at 11:32 AM CDT and filed on 9/6/2018
**Case Name:** Morrow v. BP Exploration & Production, Inc. et al
**Case Number:** 2:13-cv-05083-CJB-JCW
**Filer:**
**WARNING: CASE CLOSED on 09/06/2018**
**Document Number:** 6

**Docket Text:**
**ORDERED that the Clerk is directed to CLOSE the cases listed on Exhibit A to this Order. Nothing in this Order shall be construed as a judgment under Fed. R. Civ. P. 54 or Fed. R. Civ. P. 58, nor shall this Order be construed as re-opening the time for seeking post-judgment relief or filing an appeal. Signed by Judge Carl Barbier on 9/6/2018.(jeg)**

**2:13-cv-05083-CJB-JCW Notice has been electronically mailed to:**

George J. Tate     george@gjtatelaw.com

**2:13-cv-05083-CJB-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=9/18/2018] [FileNumber=9443328-0
] [0a01514008af9d336ba55f5ed5a7cf2302600b4b393a9cf072baa01448e376eac0a
8a3e51daeef8d264bb8e3eb13f09b2880e695286b6a10071fffef43e2d651]]

Copyright © 2003-2018. All rights reserved.

"P-1"