UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL T. MORROW<br><br>        Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC.; HALLIBURTON ENERGY SERVICES, INC.; AND SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC.<br><br>        Defendants. | MDL No. 2179<br><br>SECTION: J(2)<br><br>Case No. 2:13-cv-05083-CJB-JCW<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKERSON |

### [PROPOSED] ORDER TO REOPEN

Considering the foregoing Motion to Reopen:

IT IS ORDERED that this captioned Case No. 2:13-cv-05083-CJB-JCW be hereby reopened.

Dated:_____ _____
                                                                     AUTHORITY