UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Nos. 15-4143, 15-4146, 15-4654* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

The Court previously appointed Michael J. Juneau to serve as New Class Claims Administrator under the Transocean Punitive Damages and Assigned Claims Settlement Agreement and the HESI Punitive Damages and Assigned Claims Settlement Agreement. (Rec. Doc. 15481) Considering that Michael J. Juneau was recently confirmed as a United States District Judge,

IT IS ORDERED that Patrick A. Juneau is hereby appointed to replace Michael J. Juneau as New Class Claims Administrator under the Transocean Punitive Damages and Assigned Claims Settlement Agreement and the HESI Punitive Damages and Assigned Claims Settlement Agreement.

IT IS FURTHER ORDERED that the same duties, requirements, authorizations, and protections that applied to the previous New Class Claims Administrator (*see* Rec. Doc. 15481) shall apply to Patrick A. Juneau as current New Class Claims Administrator.

New Orleans, Louisiana, this 7th day of November, 2018.

_____
United States District Judge