UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Claimant ID. 100227279** | MAGISTRATE JUDGE WILKINSON |
| Docket Number(s) | |
| **12-970** | |
| Short Form Joinder Number(s) | |

### ENTRY OF SETTLEMENT ORDER

On July 11, 2018, the United States Court of Appeals for the Fifth Circuit remanded to this Court Claimant's appeal in Case No. 17-30727. *See* Fifth Cir. Doc. #00514550221 The Fifth Circuit took that step to enable the Claimant and the BP Entities to settle the relevant CSSP claim. Accordingly,

This Court hereby **GRANTS** the Motion for Voluntary Dismissal and **RETAINS JURISDICTION** over the Full and Final Release, Settlement, and Covenant Not to Sue attached to the Motion for Voluntary Dismissal (Rec. Doc. 25114).

New Orleans, Louisiana this 7th day of November, 2018.

Hon. Judge Carl J. Barbier
United States District Judge