# EXHIBIT A

| Civil Action Number | Case Title |
|---|---|
| 2:11-cv-00348 | Plaquemines Parish School Board v. BP p.l.c. et al |
| 2:11-cv-00516 | Louisiana State v. BP Exploration & Production, Inc. et al |
| 2:11-cv-01258 | Ingram et al v. BP Exploration and Production, et al |
| 2:12-cv-00988 | Esponge et al v. BP, p.l.c. et al |
| 2:13-cv-01185 | Blake International USA Rigs, L.L.C. v. BP Exploration & Production, Inc. et al |
| 2:13-cv-01386 | Seahawk Liquidating Trust v. BP Exploration & Production Inc. et al |
| 2:13-cv-02006 | Back Elk Energy Offshore Operations, LLC v. BP Exploration & Production Inc. et al |
| 2:13-cv-02803 | Guthrie et al v. BP p.l.c. et al |
| 2:13-cv-04437 | Gaspard v. BP America Production Company et al |
| 2:13-cv-04680 | Aaron et al v. BP Exploration & Production, Inc. |
| 2:13-cv-05139 | Patel et al v. BP Exploration & Production, Inc. et al |
| 2:13-cv-05140 | Aqua and the Little Wet Bar, LLC et al v. BP Exploration & Production, Inc. et al |
| 2:13-cv-05142 | Quick Refund Service, LLC et al v. BP Exploration & Production, Inc. et al |
| 2:13-cv-05143 | MJM Marine, LP v. BP Exploration & Production, Inc. et al |
| 2:13-cv-05144 | Sunnybreeze Palms Golf Course, Inc. et al v. BP Exploration & Production, Inc. et al |
| 2:13-cv-05145 | Drilling Risk Management, Inc. v. BP Exploration & Production, Inc. et al |
| 2:13-cv-05146 | Gulf Coast Crew Boats, LLC v. BP Exploration & Production, Inc. et al |
| 2:13-cv-05147 | Shores of Panama, LLC et al v. BP Exploration & Production, Inc. et al |
| 2:13-cv-05471 | Pappas Restaurants, Inc. v. BP Exploration & Production, Inc. et al |

| Civil Action Number | Case Title |
|---|---|
| 2:13-cv-06009 | JBS Packing Company et al v. BP Exploration & Production, Inc. et al |
| 2:13-cv-06010 | Tran et al v. BP Exploration & Production, Inc. et al |
| 2:13-cv-06651 | Armstrong et al v. BP Exploration & Production, Inc. et al |
| 2:14-cv-01106 | Ice Kid II Inc et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-14910 | BP Exploration & Production, Inc. et al v. Claimant ID 100213536 |
| 2:18-cv-00468 | Claimant ID 100103606 v. BP Exploration & Production, Inc. et al |
| 2:18-cv-01758 | BP Exploration & Production, Inc. et al v. Claimant ID 100212185 |
| 2:18-cv-01759 | BP Exploration & Production, Inc. et al v. Claimant ID 100212185 |
| 2:18-cv-01760 | BP Exploration & Production, Inc. et al v. Claimant ID 100212185 |
| 2:18-cv-01761 | BP Exploration & Production, Inc. et al v. Claimant ID 100212185 |
| 2:18-cv-01777 | BP Exploration & Production, Inc. et al v. Claimant ID 100009704 |
| 2:18-cv-01778 | BP Exploration & Production, Inc. et al v. Claimant ID 100099576 |
| 2:18-cv-01780 | BP Exploration & Production, Inc. et al v. Claimant ID 100221277 |
| 2:18-cv-01804 | Claimant ID 100308560 v. BP Exploration & Production, Inc. et al |
| 2:18-cv-01805 | Claimant ID 100308560 v. BP Exploration & Production, Inc. et al |
| 2:18-cv-01806 | BP Exploration & Production, Inc. et al v. Claimant ID 100355726 |
| 2:18-cv-01807 | BP Exploration & Production, Inc. et al v. Claimant ID 100355732 |
| 2:18-cv-01808 | BP Exploration & Production, Inc. et al v. Claimant ID 100115614 |
| 2:18-cv-03374 | BP Exploration & Production, Inc. et al v. Claimant ID 100177225 |
| 2:18-cv-03380 | BP Exploration & Production, Inc. et al v. Claimant ID 100218596 |
| 2:18-cv-03504 | Claimant ID 100260569 v. BP Exploration & Production, Inc. et al |

| Civil Action Number | Case Title |
|---|---|
| 2:18-cv-03508 | BP Exploration & Production, Inc. et al v. Claimant ID 100298317 |
| 2:18-cv-03509 | BP Exploration & Production, Inc. et al v.   Claimant ID 100226602 |
| 2:18-cv-03513 | BP Exploration & Production, Inc. et al v. Claimant ID 100325563 |
| 2:18-cv-03514 | BP Exploration & Production, Inc. et al v. Claimant ID 100163430 |
| 2:18-cv-03518 | BP Exploration & Production, Inc. et al v.   Claimant ID 100288365 |
| 2:18-cv-03519 | BP Exploration & Production, Inc. et al v. Claimant ID 100263458 |
| 2:18-cv-03520 | BP Exploration & Production, Inc. et al v.   Claimant ID 100153266 |
| 2:18-cv-03521 | BP Exploration & Production, Inc. et al v. Claimant ID 100137182 |
| 2:18-cv-03522 | BP Exploration & Production, Inc. et al v. Claimant ID 100251471 |
| 2:18-cv-03523 | BP Exploration & Production, Inc. et al v.   Claimant ID 100276275 |
| 2:18-cv-03524 | BP Exploration & Production, Inc. et al v.   Claimant ID 100135737 |
| 2:18-cv-03541 | BP Exploration & Production, Inc. et al v.   Claimant ID 100216653 |
| 2:18-cv-03542 | BP Exploration & Production, Inc. et al v.   Claimant ID 100225360 |
| 2:18-cv-03544 | BP America Production Company et al v.   Claimant ID 100081545 |
| 2:18-cv-03545 | BP Exploration & Production, Inc. et al v.   Claimant ID 100128985 |
| 2:18-cv-03546 | BP Exploration & Production, Inc. et al v.   Claimant ID 100247413 |
| 2:18-cv-03547 | BP Exploration & Production, Inc. et al v.   Claimant ID 100132387 |
| 2:18-cv-03548 | BP Exploration & Production, Inc. et al v. Claimant ID 100263902 |
| 2:18-cv-03552 | Claimant ID 100204840 v. BP America    Production Company et al |
| 2:18-cv-03767 | BP Exploration & Production, Inc. et al v.   Claimant ID 100268289 |
| 2:18-cv-03768 | BP Exploration & Production, Inc. et al v. Claimant ID 100179656 |

| Civil Action Number | Case Title |
|---|---|
| 2:18-cv-03771 | BP Exploration & Production, Inc. et al v. Claimant ID 100126803 |
| 2:18-cv-03787 | Claimant ID 100154679 v. BP Exploration & Production, Inc. et al |
| 2:18-cv-03791 | BP Exploration & Production, Inc. et al v. Claimant ID 100318473 |
| 2:18-cv-03792 | BP Exploration & Production, Inc. et al v. Claimant ID 100244155 |
| 2:18-cv-03796 | BP Exploration & Production, Inc. et al v. Claimant ID 100118963 |
| 2:18-cv-03806 | BP Exploration & Production, Inc. et al v. Claimant ID 100169328 |
| 2:18-cv-03815 | BP Exploration & Production, Inc. et al v. Claimant ID 100232577 |
| 2:18-cv-03816 | BP Exploration & Production, Inc. et al v. Claimant ID 100002592 |
| 2:18-cv-03819 | BP Exploration & Production, Inc. et al v. Claimant ID 100233534 |
| 2:18-cv-03822 | BP Exploration & Production, Inc. et al v. Claimant ID 100186137 |
| 2:18-cv-03824 | BP Exploration & Production, Inc. et al v. Claimant ID 100263839 |
| 2:18-cv-03950 | BP Exploration & Production, Inc. et al v. Claimant ID 100280967 |
| 2:18-cv-03951 | BP Exploration & Production, Inc. et al v. Claimant ID 100244163 |
| 2:18-cv-03955 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03956 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03957 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03958 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03959 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03960 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03961 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03962 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |

| Civil Action Number | Case Title |
|---|---|
| 2:18-cv-03963 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03964 | BP Exploration & Production, Inc. et al v.   Claimant ID 100324166 |
| 2:18-cv-03965 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03966 | BP Exploration & Production, Inc. et al v. Claimant ID 100324166 |
| 2:18-cv-03967 | BP Exploration & Production, Inc. et al v.   Claimant ID 100324166 |
| 2:18-cv-04475 | Claimant ID 100104880 v. BP Exploration &   Production, Inc. et al |
| 2:18-cv-05899 | Claimant ID 100024160 v. BP Exploration &   Production, Inc. et al |
| 2:18-cv-05909 | BP Exploration & Production, Inc. et al v.   Claimant ID 100323192 |
| 2:18-cv-09543 | BP Exploration & Production, Inc. et al v.   Claimant ID 100054321 |
| 2:18-cv-09544 | BP Exploration & Production, Inc. et al v.   Claimant ID 100337908 |
| 2:18-cv-09545 | BP Exploration & Production, Inc. et al v.   Claimant ID 100354107 |
| 2:18-cv-09546 | Claimant ID 100030550 v. BP Exploration &   Production, Inc. et al |
| 2:18-cv-09547 | BP Exploration & Production, Inc. et al v.   Claimant ID 100323733 |
| 2:18-cv-09548 | BP Exploration & Production, Inc. et al v. Claimant ID 100323733 |
| 2:18-cv-09549 | BP Exploration & Production, Inc. et al v. Claimant ID 100323733 |