# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 05, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-31076   In re: Deepwater Horizon
                             USDC No. 2:10-MD-2179
                             USDC No. 2:13-CV-6015

Enclosed is an order entered in this case.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Allison G. Lopez, Deputy Clerk
                                    504-310-7702

Mr. Eric S. Adams
Mr. William W. Blevins
Mr. Naussera N. Zadeh