UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179; CA 18-09547 SECTION J |
| Applies to: *Case No. 18-09547* | * * * | JUDGE BARBIER MAGISTRATE WILKINSON |

**************************************

# ORDER

Considering the *Ex Parte Motion for Authority to Enroll as Counsel of Record with Incorporated Memorandum,* **("Motion")** filed by Claimant:

**IT IS ORDERED** that the Motion is Granted and that Frederick L. Bunol is authorized to enroll as counsel of record for Claimant in the above captioned proceeding.

New Orleans, Louisiana, this _____ day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE