UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179; CA 18-09548 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: *Case No. 18-09548* | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE WILKINSON |

**************************************

### *EX PARTE* MOTION TO ENROLL AS COUNSEL OF RECORD WITH INCORPORATED MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes Fayetteville Lithotripters, LP LA 1; Claimant ID: 100323733 (the "Claimant"), who requests that

THE DERBES LAW FIRM, L.L.C.
Frederick L. Bunol (29,111)
3027 Ridgelake Drive
Metairie, LA 70002
Phone: 504.837.1230
Facsimile: 504.832.0327
E-mail: Fbunol@derbeslaw.com

be enrolled as counsel of record for Claimant.

**WHEREFORE**, Claimant prays for an order authorizing Frederick L. Bunol to be enrolled as its counsel of record in the above captioned proceeding and for all other just or equitable relief.

Respectfully submitted,
THE DERBES LAW FIRM, L.L.C.

*/s/Frederick L. Bunol*
Frederick L. Bunol (29,111)
Jared S. Scheinuk (35,305)
3027 Ridgelake Drive
Metairie, LA 70002
Phone: 504.837.1230
Facsimile: 504.832.0327
*Attorneys for Fayetteville Lithotripters, LP LA 1*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record via the court's CM/ECF system on this  7   day of November 2018.

*/s/Frederick L. Bunol*
Frederick L. Bunol (29111)