UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179; CA 18-09549 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: *Case No. 18-09549* | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE WILKINSON |

**************************************

## ORDER

Considering the *Ex Parte Motion for Authority to Enroll as Counsel of Record with Incorporated Memorandum,* **("Motion")** filed by Claimant:

**IT IS ORDERED** that the Motion is Granted and that Frederick L. Bunol is authorized to enroll as counsel of record for Claimant in the above captioned proceeding.

New Orleans, Louisiana, this _____ day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE