UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION: J

This Document Relates To: 11-00348; 11-00516; 11-01258; 12-00988; 13-01185; 13-01386; 13-02006; 13-02803; 13-04437; 13-04680; 13-05139; 13-05140; 13-05142; 13-05143; 13-05144; 13-05145; 13-05146; 13-05147; 13-05471; 13-06009; 13-06010; 13-06651; 14-01106; 17-14910; 18-00468; 18-01758; 18-01759; 18-01760; 18-01761; 18-01777; 18-01778; 18-01780; 18-01804; 18-01805; 18-01806; 18-01807; 18-01808; 18-03374; 18-03380; 18-03504; 18-03508; 18-03509; 18-03513; 18-03514; 18-03518; 18-03519; 18-03520; 18-03521; 18-03522; 18-03523; 18-03524; 18-03541; 18-03542; 18-03544; 18-03545; 18-03546; 18-03547; 18-03548; 18-03552; 18-03767; 18-03768; 18-03771; 18-03787; 18-03791; 18-03792; 18-03796; 18-03806; 18-03815; 18-03816; 18-03819; 18-03822; 18-03824; 18-03950; 18-03951; 18-03955; 18-03956; 18-03957; 18-03958; 18-03959; 18-03960; 18-03961; 18-03962; 18-03963; 18-03964; 18-03965; 18-03966; 18-03967; 18-04475; 18-05899; 18-05909; 18-09543; 18-09544; 18-09545; 18-09546; 18-09547; 18-09548; 18-09549

JUDGE BARBIER
MAG. JUDGE WILKINSON

**O R D E R**

Considering the Ex Parte Motion to Withdraw Counsel filed by defendants, BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP p.l.c., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc. and for all of the reasons stated therein, it is

-2-

ORDERED that Jeffrey Bossert Clark, formerly of the law firm of Kirkland and Ellis LLP be withdrawn as counsel for defendants, BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP p.l.c., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc.

New Orleans, Louisiana this 8th day of November, 2018.

_____
DISTRICT JUDGE