IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIST OF

LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 07 2018

WILLIAM W. BLEVINS
CLERK

IN RE; OIL SPILL BY THE OIL RIG

DEEPWATER HORIZON IN THE GULF

OF MEXICO, ON APRIL 20,2010

THIS DOCUMENT RELATES TO

REMAINING CASES IN THE B3

PLEADING BUNDLE

MDL, 2179

SECTION; J[2]

JUDGE BARBIER

MAG,JUDGE WILKINSON

-------------------------------------------------------------------------------------------------

ASHLEY THOMPSON                                      PLAINTIFF

VERSE                      CASE NO,17--02854

B,P,OIL SPILL                                        DEFENDANT

-------------------------------------------------------------------------------------------------

# MOTION

MOTION TO OPPOSED DEFENDANT B.P.OIL SPILL RESPONSES COMPLANCE WIHT PTO,66 AND PTO,63, IN THE

IN THE INTEREST OF JUSTICE, INVOLVED, SHOULD NOT, BE, DISMISSED,

COME, NOW THE PLAINTIFF ASHLEY THOMPSON ,WILL SHOW THIS HONORABLE,COURT,

IN GOOD FAITH BELIEVED THAT PLAINTIFF HAVE COMPLIED WITH THE REQUIREMENT

OF PTO,66 AND PTO,63, B--3 CLAIMS , PLAINTIFF IS A MEMBER OF OLD CLASS AND

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____

TENDERED FOR FILING

NOV 07 2018

U.S. DISTRICT COURT
Eastern District of Louisiana

MEMBER NEW CLASS , HAVE MULTIDISTRICT FILE LITIGATIONTO COURT,

SEPARATE PLEADING FOR DIFFERENT CATEGORIES OF CLAIMS LAWSUIT INDIVIDUAL

COMPLAINT,UNDER THE MORATORIA HOLD OPT,OUT ORDER,AND SWORN
STATEMENTS, I HAVE NOT, RELEASED MY CLAIM. GENERAL MARITIME LAWSUE CLAIMS

PROPERTLY DAMAGECLAIM'S, OIL POLLUTION ACT OF 1990[OPA] 33 U, S, C, 2701,

CONTRACT CLAIM'S, PERSONANL INJURY MEDICAL CLAIM'S,

1

NOTED, MUST BE NOTED THE PLAINTIFF DON'T HAVE ELECTRONICE, FILING WITH
COURT, ONLY, BY PAPER; PLAINTIFF HAVE NOT RECEIVED FROM B,P,OIL SPILL, ANY,

SUBMISSIONS  BY, THEY , COUNSEL FOR B,P, NO REPLY, ACCORDINGLY TO THE EXTENT

THAT PLAINTIFF IS NOT' INCOMPLIANT WITH PTO 66 AND 63,  BP SUBMITTED IN
CAMERA TO COURT;REPORTS ON THOSE WHO THEY SAY, DID NOT COMPLY WITH PTO
66AND 63, OR CLAIMS ADMINISTRATOR , THE PLAINTIFF, REQUEST THAT  THIS
HONORABLE, COURT PLEASE , ORDER B,P, OIL SPILL. AND COUNSEL, CLAIMS
ADMINISTRATOR ;PLEASE MAIL,A COPY OF ALL SUBMISSONS; TO

THE PLAINTIFF AT; 4318 DONOVAN, STREET MOSS POINT
,MISSISSIPPI, 39563, PLEASE; 1-228-369-5534.

2

THIS HONORABLE ; COURT DID FINE THE PLAINTIFF INCOMPLY
WITH PTO 63,ON ABOUT APRIL 12, 2017. THE PLAINTIFF IS NOT
REPRESENTED BY , AN ATTORNEY; THE PLAINTIFF WILL FULL
PROSECUT,THIS CASE IN COURT OF LAW, TO FILE IT'S O

CAUSED

ON ABOUT APRIL .20. 2010. THE DEEPWATER  HORIZON DRILLING RIG EXPLODED OFF
THE COAST OF LOUISIANA. IT ESTIMATED THAT  ALMOSE FIVE MILLON BARRELS OF OIL

GUSHED FROM THE SEABED AND IN TO THE GULF OF MEXICO. AND MISSISSIPPI .ALABAMA. FLORIDA. AND TEXAS. GULF REGION. THE B.P. OIL SPILL KILLED  [ 11 ] WORKER IN THE EXPLOSION.

4

# PRAYER

PLAINTIFF PRAY THAT THIS HONORABLE COURT FINE THAT PLAINTIFF IS  INCOMPLIANCE WITH PTO 66 AND PTO 63  AS A MATTER OF LAW.

ASHLEY THOMPSON

4318 DONAVAN ST. MOSS POINT MS 39563

228 369-5534

DATE; 11-2-2018

3

## CERTIFICATE OF SERVICE

I ASHLEY THOMPSON  HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF  PLAINTIFF MOTION TO OPPOSE
.B.P. RESPONED  TO PTO. 66 AND PTO63

COMPLIANCE WITH PTO,66

THIS THE ---*2*---- DAY OF ------*NOV*---------, 2018.

U,S, DISTRICT COURT FOR THE                 B,P, OIL SPILL COUNSEL

EASTERN DISTRICT OF LOUISANA           ATTN; J,ANDREW LANGAN

500 POYDRAS STREET                     KIRKLAND , ELLIS LLP

NEW ORLEANS,LA 70130                  300 NORTH LASALLE ST,

                                       SUITE 2400

                                       CHICAGO , IL 60654


*Ashley Thompos*

ASHLEY THOMPSON 4318 DONOVAN STREET,

MOSS POINT, 39563

1--228--369--5534



US POSTAGE PAID
FCM LETTER
MOSS POINT, MS
39563
NOV 05, '18
AMOUNT
$0.50
R2305K131629-10

70130
1000

UNITED STATES
POSTAL SERVICE

Ashley Thompson
4818 Donovan St
Moss point ms 39563

Clerk office
(D, state District Court
United state District of Louisiana
Eastern District of Louisiana
500 poydras street LA
New orleans LA
70130

7016083367 CO26