UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL No. 2179 |
| IN RE:   OIL SPILL by the OIL RIG | : |  |
| "DEEPWATER HORIZON" in the | : |  |
| GULF OF MEXICO, on | : |  |
| APRIL 20, 2010 | : | SECTION: J(2) |
|  | : |  |
| **This Document Relates to**: **Case No. 2:13-cv-05083-CJB-JCW** | : |  |
|  | : | JUDGE BARBIER |
|  | : | MAG. JUDGE WILKERSON |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**This Document Relates to**: **Case No. 2:13-cv-05083-CJB-JCW**

## MOTION TO REOPEN

**NOW COMES PLAINTIFF**, *Michael T. Morrow*, through undersigned counsel, who does respectfully moves to reopen the above captioned case, respectfully averring:

1. This case was closed by Order of Judge Barbier dated September 6th, 2018, and served upon undersigned counsel on September 18th, 2018. Please see Notice of Electronic Filing attached as Exhibit P-1. This notice was the first service of any document upon undersigned counsel.

2. Neither Plaintiff nor counsel were ever provided notice of any dismissal in this action.

### PRAYER

Upon the foregoing ground, and upon further grounds set forth in its memorandum in support of re-opening, it is prayed that this captioned Case No. 2:13-cv-05083-CJB-JCW be re-opened.

Dated: November ~~6th~~ 13th, 2018        Respectfully submitted by

                                                             GEORGE J. TATE, P.L.L.C.

                                        BY: /s/   *George J. Tate*
                                                    George J. Tate , Bar Roll No. 12663
                                                    130 Main Street - P. O. Box 817
                                                    Abbeville, LA  70511-0817
                                                    Telephone No. (337) 893-8335
                                                    Telefacsimile No. (800) 214-6152
                                                    Attorney for the Plaintiff
                                                    Michael T. Morrow


                                          /s/   *Michael T. Morrow*
                                          Michael T. Morrow


### CERTIFICATE OF SERVICE

Copies have been served on all parties or their attorneys via the court's CM/ECF system, on this  13th day of November, 2018.

                                                        /s/   *George J. Tate*
                                                      George J. Tate , Bar Roll No. 12663