## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG<br>              "DEEPWATER HORIZON" in the<br>              GULF OF MEXICO, on<br>              APRIL 20, 2010 | :<br>:<br>:<br>:<br>: | MDL No. 2179<br><br><br>SECTION: J(2) |
| **This Document Relates to**: **Case No. 2:13-cv-05083-CJB-JCW** | :<br>:<br>: | <br>JUDGE BARBIER<br>MAG. JUDGE WILKERSON |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**This Document Relates to**: **Case No. 2:13-cv-05083-CJB-JCW**

## (PROPOSED) ORDER TO REOPEN

Considering the foregoing Motion to Reopen:

IT IS ORDERED that this captioned Case No. 2:13-cv-05083-CJB-JCW be hereby reopened.

Dated:_____                              _____
                                                                           AUTHORITY