UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** <br> **"Deepwater Horizon" in the Gulf** <br> **of Mexico, on April 20, 2010** | * <br> * <br> * | **MDL 2179** <br> <br> **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Nos. 18-9547, 18-9548, 18-9549* | * <br> * | **MAG. JUDGE WILKINSON** |

## ORDER

Considering the Ex Parte Motions for Authority to Enroll as Counsel of Record with Incorporated Memorandum, ("Motions") filed by Claimants (Rec. Docs. 25139, 25140, 25141):

IT IS ORDERED that the Motions are GRANTED and that Frederick L. Bunol of

THE DERBES LAW FIRM, L.L.C.
3027 Ridgelake Drive
Metairie, LA 70002
Phone: 504.837.1230
Facsimile: 504.832.0327
E-mail: Fbunol@derbeslaw.com

is authorized to enroll as counsel of record for Claimant in the above captioned proceedings.

New Orleans, Louisiana, this 13th day of November, 2018.

_____
United States District Judge