

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    NOV 09 2018

WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIST OF

LOUISIANA

| | |
|---|---|
| IN RE; OIL SPILL BY THE OIL RIG | MDL, 2179 |
| DEEPWATER HORIZON IN THE GULF | SECTION; J[2] |
| OF MEXICO, ON APRIL 20,2010 | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO | MAG,JUDGE WILKINSON |
| REMAINING CASES IN THE B3 | |
| PLEADING BUNDLE | |

---

RICHARD MCBRIDE                                   PLAINTIFF

VERSE                    CASE NO,16--06635

B,P,OIL SPILL                                   DEFENDANT

---

## MOTION

MOTION TO OPPOSED DEFENDANT B.P.OIL SPILL RESPONSES COMPLANCE WIHT PTO,66 AND PTO,63, IN THE

IN THE INTEREST OF JUSTICE, INVOLVED, SHOULD NOT, BE, DISMISSED,


COME, NOW THE PLAINTIFF RICHARD MCBRIDE ,WILL SHOW THIS HONORABLE,COURT,

IN GOOD FAITH BELIEVED THAT PLAINTIFF HAVE COMPLIED WITH THE REQUIREMENT

OF PTO,66 AND PTO,63, B--3 CLAIMS , PLAINTIFF IS A MEMBER OF OLD CLASS AND

1

TENDERED FOR FILING

NOV 09 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

MEMBER NEW CLASS , HAVE MULTIDISTRICT FILE LITIGATIONTO COURT,

SEPARATE PLEADING FOR DIFFERENT CATEGORIES OF CLAIMS LAWSUIT INDIVIDUAL

COMPLAINT,UNDER THE MORATORIA HOLD OPT,OUT ORDER,AND SWORN
STATEMENTS, I HAVE NOT, RELEASED MY CLAIM. GENERAL MARITIME LAWSUE CLAIMS

PROPERTLY DAMAGECLAIM'S, OIL POLLUTION ACT OF 1990[OPA] 33 U, S, C, 2701,

CONTRACT CLAIM'S, PERSONANL INJURY MEDICAL CLAIM'S,

1

NOTED, MUST BE NOTED THE PLAINTIFF DON'T HAVE ELECTRONICE, FILING WITH
COURT, ONLY, BY PAPER; PLAINTIFF HAVE NOT RECEIVED FROM B,P,OIL SPILL, ANY,

SUBMISSIONS  BY, THEY , COUNSEL FOR B,P, NO REPLY, ACCORDINGLY TO THE EXTENT

THAT PLAINTIFF IS NOT' INCOMPLIANT WITH PTO 66 AND 63,  BP SUBMITTED IN
CAMERA TO COURT;REPORTS ON THOSE WHO THEY SAY, DID NOT COMPLY WITH PTO
66AND 63, OR CLAIMS ADMINISTRATOR , THE PLAINTIFF, REQUEST THAT  THIS
HONORABLE, COURT PLEASE , ORDER B,P, OIL SPILL. AND COUNSEL, CLAIMS
ADMINISTRATOR ;PLEASE MAIL,A COPY OF ALL SUBMISSONS; TO

THE PLAINTIFF AT; 4318 DONOVAN, STREET MOSS POINT
,MISSISSIPPI, 39563, PLEASE; 1-228-369-5534.

2

THIS HONORABLE ; COURT DID FINE THE PLAINTIFF INCOMPLY
WITH PTO 63,ON ABOUT APRIL 12, 2017. THE PLAINTIFF IS NOT
REPRESENTED BY , AN ATTORNEY; THE PLAINTIFF WILL FULL
PROSECUT,THIS CASE IN COURT OF LAW, TO FILE IT'S O

3

CAUSED

ON ABOUT APRIL .20. 2010. THE DEEPWATER  HORIZON DRILLING RIG EXPLODED OFF
THE COAST OF LOUISIANA. IT ESTIMATED THAT  ALMOSE FIVE MILLON BARRELS OF OIL

GUSHED FROM THE SEABED AND IN TO THE GULF OF MEXICO. AND MISSISSIPPI .ALABAMA. FLORIDA. AND TEXAS. GULF REGION. THE B.P. OIL SPILL KILLED [ 11 ] WORKER IN THE EXPLOSION.

4

TRANSOCEAN. WHICH OWNED THE DEEPWATER HORIZON DRILLING RIG AND WHICH WAS FOUND PARTIALLY LIABLE ROR THE B P OIL SPILL IN 2011. REPORT BY . THE FEDERAL GOVERNMENT. THE U. N. STATE COST GUARD.

5

HALLIBURTON. THE WELL CONTRACTOR WHICH WAS FOUND PARTIALLY LIABLE IN THE B P OIL SPILL IN 2011 REPORT . REPORT BY THE FEDERAL GOVERNMENT . THE U.S. COAST GUARD.

6

CAMERON INTERNATION  THE COMPANT THAT MANUFACTURED THE UNDERWATER WELL BLOWOUT PREVENTER. WHICH APPARENTIY FAILED TO FUNCTION AS PLANNED. CAUSED THE DAMAGE

7

I PLAINTIFF  WAS  INJURY. AND DAMAGE BY. THE B,P, OIL SOILL CAUSED OF OIL SPILL RIG EXPLOSION DEEPWATER HORIZON APRIL .20 .2010.AS A RESUIT OF THE B. P. OIL SPILL RIG DIASTER . MY FINANCIAL LIVELIHOOD HAS SUFFERED. COMMERAL FISHING.SHRIMP . B P OIL SPILL . GROSS  NEGLIGENCE AND RECKLESS MISCONDUCT CAUSED ALL PLAINTIFF DAMAGE.

8

AS THE RESULT OF B P OIL SPILL PLAINTIFF WAS INJURY AND DAMAGE BY. LOSS OF SUBSISTENCE USE  NATURAL RESOURCES  UNDER CLEAN WATER ACT. SETION .27OI .2702 . UNDER OIL POLLUTION ACT. AND WILF HUNTING . IOSS 8.9 ARCE  WETLAND .OR FLOOD ZONE. AIR AND WATER  POTENTIALLY TOXIC CHEMICAL  HAVE BEEN USED TO DISPERSE THE SPILLED OIL. UNDEVELOPED PROPERTY

9

AS A RESULT OF B P OIL SPILL PLAINTIFF WAS DAMAGE .BY. THE PLAINTIFF LOSS AS START UP BUNESS ECONOMIC LOSS. FROM .2009. START UP QUEEN ESTHER COMMERCIL FISHING. PUT OUT BUNESS BY B P OIL SPILL IN 2011 . DAMAGE BY . CLOSE WATER. GULF COAST ARE MOSS POINT MISSISSIPPI . PASCAGOULA MISSISSIPPI HORN ISLAND MISSISSIPPI SOUND.E C T.

10

AS A RESULT B P OIL SPILL PLAINTIFF WAS DAMAGE. FAILED BUSSINESS . ECONOMIC LOSS BY BP OIL SPILL PUT OUT BUSINESS 2011. YEAR. QUEEN ESTHER COMMERCIL FISHER. 27 FOOT BOAT AND 32 FOOT BOAT . DAMAGE.

11

# PRAYER

THE PRAYER THIS HONOR COURT FINE THAT THE PLAINTIFF; BASE ON THE FACT. AND LAW . lOSS DAMAGE ,INJURY. PLAINTIFF. ARE DEEMED TO BE INCOMPLIANT WITH PTO 63 AND PTO 66. ARE SUBJECT TO FURTHER PROCEEDING OF THIS COURT. AS A MATTER OF LAW.

RICHARD MCBRIDE;

4318 DONOVAN ST. MOSS POINT MS 39563

228-369-5534.

NOVember 2, 2018

4

## CERTIFICATE OF SERVICE

I RICHARD MCBRIDE HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF PLAINTIFF MOTION TO OPPOSE
.B.P. RESPONED TO PTO. 66 AND PTO63

COMPLIANCE WITH PTO,66

THIS THE ____ DAY OF _NOVember_ 2018.

U,S, DISTRICT COURT FOR THE                    B,P, OIL SPILL COUNSEL

EASTERN DISTRICT OF LOUISANA              ATTN; J,ANDREW LANGAN

500 POYDRAS STREET                              KIRKLAND , ELLIS LLP

NEW ORLEANS,LA 70130                         300 NORTH LASALLE ST,

                                                              SUITE 2400

                                                         CHICAGO , IL 60654

RICHARD MCBRIDE

4318 DONOVAN STREET,

MOSS POINT, 39563                       11/2/2018

1--228--369--5534

1