U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 09 2018

WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIST OF

LOUISIANA

| | |
|---|---|
| IN RE; OIL SPILL BY THE OIL RIG | MDL, 2179 |
| DEEPWATER HORIZON IN THE GULF | SECTION; J[2] |
| OF MEXICO, ON APRIL 20,2010 | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO | MAG, JUDGE WILKINSON |
| REMAINING CASES IN THE B3 | |
| PLEADING BUNDLE | |

---

| | |
|---|---|
| ESTHER MARIE WATSON | PLAINTIFF |
| VERSE     CASE NO,16--15259 | |
| B,P,OIL SPILL | DEFENDANT |

---

## MOTION

MOTION TO OPPOSED DEFENDANT B.P.OIL SPILL RESPONSES COMPLANCE WIHT PTO,66 AND PTO,63, IN THE

IN THE INTEREST OF JUSTICE, INVOLVED, SHOULD NOT, BE, DISMISSED,

COME, NOW THE PLAINTIFF ESTHER MARIE WATSON ,WILL SHOW THIS HONORABLE,COURT,

IN GOOD FAITH BELIEVED THAT PLAINTIFF HAVE COMPLIED WITH THE REQUIREMENT

1

TENDERED FOR FILING

NOV 08 2018

U.S. DISTRICT COURT
Eastern District of Louisiana

OF PTO,66 AND PTO,63, B--3 CLAIMS , PLAINTIFF IS A MEMBER OF OLD CLASS AND MEMBER NEW CLASS , HAVE MULTIDISTRICT FILE LITIGATIONTO COURT,

SEPARATE PLEADING FOR DIFFERENT CATEGORIES OF CLAIMS LAWSUIT INDIVIDUAL

COMPLAINT,UNDER THE MORATORIA HOLD OPT,OUT ORDER,AND SWORN STATEMENTS, I HAVE NOT, RELEASED MY CLAIM. GENERAL MARITIME LAWSUE CLAIMS

PROPERTLY DAMAGECLAIM'S, OIL POLLUTION ACT OF 1990[OPA] 33 U, S, C, 2701,

CONTRACT CLAIM'S, PERSONANL INJURY MEDICAL CLAIM'S,

1

NOTED, MUST BE NOTED THE PLAINTIFF DON'T HAVE ELECTRONICE, FILING WITH COURT, ONLY, BY PAPER; PLAINTIFF HAVE NOT RECEIVED FROM B,P,OIL SPILL, ANY,

SUBMISSIONS BY, THEY , COUNSEL FOR B,P, NO REPLY, ACCORDINGLY TO THE EXTENT

THAT PLAINTIFF IS NOT' INCOMPLIANT WITH PTO 66 AND 63,  BP SUBMITTED IN CAMERA TO COURT;REPORTS ON THOSE WHO THEY SAY, DID NOT COMPLY WITH PTO 66AND 63, OR CLAIMS ADMINISTRATOR , THE PLAINTIFF, REQUEST THAT  THIS HONORABLE, COURT PLEASE , ORDER B,P, OIL SPILL. AND COUNSEL, CLAIMS ADMINISTRATOR ;PLEASE MAIL,A COPY OF ALL SUBMISSONS; TO

THE PLAINTIFF AT; 4318 DONOVAN, STREET MOSS POINT ,MISSISSIPPI, 39563, PLEASE; 1-228-369-5534.

2

THIS HONORABLE ; COURT DID FINE THE PLAINTIFF INCOMPLY WITH PTO 63,ON ABOUT APRIL 12, 2017. THE PLAINTIFF IS NOT REPRESENTED BY , AN ATTORNEY; THE PLAINTIFF WILL FULL PROSECUT,THIS CASE IN COURT OF LAW, TO FILE IT'S O

3

CAUSED

ON ABOUT APRIL .20. 2010. THE DEEPWATER  HORIZON DRILLING RIG EXPLODED OFF

2

THE COAST OF LOUISIANA. IT ESTIMATED THAT ALMOSE FIVE MILLON BARRELS OF OIL GUSHED FROM THE SEABED AND IN TO THE GULF OF MEXICO. AND MISSISSIPPI .ALABAMA. FLORIDA. AND TEXAS. GULF REGION. THE B.P. OIL SPILL KILLED [ 11 ] WORKER IN THE EXPLOSION.

4

## PRAYER

PLAINTIFF PRAY THAT THIS HONORABLE COURT FINE THAT PLAINTIFF IS INCOMPLIANCE WITH PTO 66 AND PTO 63 AS A MATTER OF LAW.

ESTHER MARIE WATSON

4342 TERRACE DR. MOSS POINT MS 39563

228 627-9194

DATE; 11-2-2018

*[Signature: Esther Marie Watson]*
11-2-2018

3

## CERTIFICATE OF SERVICE

ESTHER MARIE WATSON HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF PLAINTIFF MOTION TO OPPOSE .B.P. RESPONED TO PTO. 66 AND PTO63

COMPLIANCE WITH PTO,66

THIS THE ----8---- DAY OF ---NOV---------, 2018.

| | |
|---|---|
| U,S, DISTRICT COURT FOR THE | B,P, OIL SPILL COUNSEL |
| EASTERN DISTRICT OF LOUISANA | ATTN; J,ANDREW LANGAN |
| 500 POYDRAS STREET | KIRKLAND , ELLIS LLP |
| NEW ORLEANS,LA 70130 | 300 NORTH LASALLE ST, |
| | SUITE 2400 |
| | CHICAGO , IL 60654 |

*Esther Marie Watson*

ESTHER MARIE WATSON 4342 TERRACE DR

MOSS POINT, 39563

1--228--627-9194