| | |
|---|---|
| **From:** | Steve Herman |
| **To:** | Art Smith IV |
| **Cc:** | J Arthur Smith; cshows@pierceandshows.com |
| **Subject:** | BP MDL 2179- B3 bundle- lifting of stay? |
| **Date:** | Thursday, October 18, 2018 2:39:08 PM |

Was never lifted. But plaintiffs were required to respond to PTO 57 (if suing a Responder), PTO 63 and I think another one. (64, 66?)

Steve Herman
Herman Herman & Katz
New Orleans, LA
Office Direct: (504) 680-0554
E-Mail: sherman@hhklawfirm.com

Visit: www.gravierhouse.com

On Oct 18, 2018, at 2:28 PM, Art Smith IV <asmithiv@jarthursmith.com> wrote:

> Dear Mr. Herman:
>
> On 1/12/11 the court issued PTO No. 25, which stayed all B3 claims. I would really appreciate it if you could tell me when the stay was lifted and if you would provide me with a copy of that order. Thanks.
>
> Sincerely,
>
> Art
>
> J. Arthur Smith, IV | Associate
>
> SMITH LAW FIRM | 830 North Street | Baton Rouge, LA  70802
> Tel.: 225.383.7716 ext. 1009 | Fax: 225.383.7773 | Email: asmithiv@jarthursmith.com
>
> PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

EXHIBIT A