UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA THIBODAUX, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, CAROLINE NICOLE THIBODAUX AND TY JOSEPH THIBODAUX AND ON BEHALF OF THE ESTATE OF GLENN CLARENCE THIBODAUX | CIVIL ACTION NO: 2:14-CV-01026<br><br>JUDGE: CARL J. BARBIER |
| VERSUS | MAG. JUDGE WILKINSON |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., BP, P.L.C., BP AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., BP COMPANY NORTH AMERICA, INC., AND BP PRODUCTS NORTH AMERICA, INC. | |

### DECLARATION OF J. ARTHUR SMITH, III PURSUANT TO 28 U.S.C. 1746

**Pursuant to 28 U.S.C. 1746, I, J. Arthur Smith, III, hereby declare under penalty of perjury as follows:**

1. I, J. Arthur Smith, III, am a citizen of the United States, and the State of Louisiana, of the full age of majority, and counsel for Plaintiff in this matter.

2. I have personal knowledge of the facts recited herein.

3. On May 5, 2014, Plaintiff's complaint was filed with the Clerk of Court.

4. On about May 7, 2014, I was electronically served, via the Clerk of Court for the Eastern District of Louisiana, with a copy of PTO No. 12 (R.Doc.3-2) which required that Plaintiff register for Lexis Nexis File & Serve. I was also served, via the Clerk of Court for the Eastern District of Louisiana, with a copy of PTO No. 25 (R.Doc. 3-3) that date which categorized Plaintiff's claims within bundle B3, added the instant claims with those of plaintiffs in the "Master Complaint," and provided that all claims in B3 _were stayed._

5. My office and/or I inadvertently failed to register for Lexis Nexis File & Serve pursuant to Pre-Trial Order 12 (R.Doc.3-2).

EXHIBIT B

6. On September 5, 2014 I received an email from attorney Chris Shows. Mr. Shows is an attorney who has been assisting me in pursuing Plaintiff's claims. Mr. Shows stated in the email that he had spoken to attorney Richard Hymel, counsel for Defendant, TransOcean Offshore Deepwater Drilling, Inc., who informed him that this case was consolidated into the multi-district litigation, and that this matter had been stayed.

7. On January 2, 2015 I received an email from Richard Hymel, confirming his belief that this matter was stayed.

8. It is my understanding that on February 23, 2017, Stephen J. Herman, the Plaintiff's Liason counsel in the multi district litigation, posted a copy of PTO 63 on the Louisiana Association for Justice's "Eagles Listserv", a trial lawyer list serve.

9. However, I was never served with a copy of Pre-Trial Order 63 (R.Doc.R.Doc.22295 in the MDL litigation no. 2179), or the Compliance Order for Pre-Trial Order 63 (R.Doc.23047) issued on July 18, 2017 which dismissed Plaintiffs' claims with prejudice.

10. The Compliance Order for Pre-Trial Order 63 was entered without any prior response by Plaintiff.

11. Because of a potential abandonment concern, and because I never received notice regarding the status of the stay order issued on January 12, 2011, I had substantial discovery requests in the form of requests for admissions, requests for production of documents and interrogatories served upon Defendants BP, P.L.C., BP America, Inc., BP Corporation North America, Inc., BP Company North America, Inc., and BP Products North America, Inc. on August 18, 2017.

12. I did not receive a copy of, nor was I aware of PTO 63 or the Compliance Order for PTO 63, until an Order (R.Doc.21) was electronically served upon me via the Clerk of Court for the Eastern District of Louisiana on September 6, 2018, which directed the Clerk of Court to close the instant matter.

13. On October 18, 2018, I received an email from Mr. Herman stating that the stay of this matter was never lifted.

14. Neither my office or I ever sought to intentionally delay this matter, by not complying with Pre-Trial Order 63, or the Compliance Order for Pre-Trial Order 63.

Executed this 21 day of November, 2018.

_____
J. ARTHUR SMITH, III

Page 2 of 2