| | |
|---|---|
| **From:** | Chris Shows |
| **To:** | Art Smith IV; J Arthur Smith |
| **Subject:** | Thibodeaux stayed |
| **Date:** | Friday, September 05, 2014 3:51:37 PM |
| **Attachments:** | image005.png |
| | image006.png |

Hi Guys,

    I returned a call from a law school buddy of mine this afternoon. Richard Hymel is with the Mahtouk firm, and offshoot group that left Price & Roy some few years ago. Rich is defending TransOcean in the Angela Thibodeaux matter, and has left a phone message for Art. He saw my name on a correspondence distribution and thus called to touch base with me.

    He's calling to confirm that all agree that the Thibodeaux case has been rolled into the MDL by virtue of Barbier's order, and is thus currently subject to the stay in effect on MDL claims. He says the procedure is the clerk files the relevant PTO from the MDL into our record, (presumably pursuant to some court order) and by that means marks the record and notifies the parties of the stay order. Rich asks that we touch base with him next week and confirm that we are all on the same page on this aspect of the case.

    Let me know where you guys are on this, and if we need to do something to drill down on these circumstances. A-IV, perhaps you want to check our Thibodeaux PACER docket and confirm the PTO has been filed in by the clerk, and we can review it for particulars.

Very Truly Yours,

Chris Shows
Pierce & Shows, aplc
601 St. Joseph Street
Baton Rouge, La 70802
(225)388-9574
www.pierceandshows.com<http://www.pierceandshows.com/>

Check out our website and Facebook page!!!
  [logo] <http://www.pierceandshows.com/>     [Facebook icon]
<https://www.facebook.com/attorneychrisshows>

**EXHIBIT C**