| | |
|---|---|
| **From:** | Richard Hymel |
| **To:** | J Arthur Smith |
| **Subject:** | Angela Thibodaux et al v. Transocean et al |
| **Date:** | Friday, January 02, 2015 10:58:04 AM |
| **Attachments:** | PTO1.pdf<br>PTO11.pdf<br>PTO25.pdf |

Arthur,

Pursuant to your request, I attach the documents on which I rely for my conclusion that this case is stayed. Please note that all of the documents on which I rely were filed into the record of this matter by the Clerk of Court – see Pre-Trial Order No. 1(PTO No. 1) filed into the record as document number 3 with PTO No. 11 and PTO No. 25 attached to PTO No. 1.

PTO No.1 puts all parties on notice that all related cases are automatically consolidated with MDL 2179 without the necessity of further orders. PTO No. 11 separates the numerous cases into Pleading Bundles based on subject matter; this case falls into Pleading Bundle B3 involving claims related to post-explosion clean-up efforts. PTO No. 25 stays all individual complaints that fall within Pleading Bundle B3. Consequently, this case, which falls within Pleading Bundle B3, is stayed.

I look forward to whether you agree with my conclusion that this case is stayed.

Lastly, this will confirm our telephone conversation that you will not take any action adverse to the interests of Transocean Offshore Deepwater Drilling, Inc. without first notifying me of your intention to do so.

Richard J. Hymel | Mahtook & LaFleur, L.L.C.
1000 Chase Tower | 600 Jefferson Street
Post Office Box 3089 | Lafayette, La. 70502
Tel: (337)266-2177 | Cell: (337)962-2853
RHymel@mandllaw.com

**EXHIBIT D**