| | |
|---|---|
| **From:** | Steve Herman (laeagles listserver) |
| **To:** | LAJ Eagles Listserv |
| **Subject:** | [laeagles] BP Oil - PLEASE READ - Order re Remaining Medical ("B3") (including any remaining Clean-Up/Responder and/or VoO Contract) Cases |
| **Date:** | Thursday, February 23, 2017 2:16:35 PM |
| **Attachments:** | Pre-Tial Order No.63 - Remaining Bundle B3 Claims [Doc 22295] 2-22-2017.pdf |

**List:** laeagles **Sent by:** Steve Herman (Reply Privately)   Search

# See attached Pre-Trial Order No. 63.

Stephen J. Herman, Esq.
Herman Herman & Katz LLP
Office (direct): (504) 680-0554
E-Mail: sherman@hhklawfirm.com

To see what's new in Class Actions / BP Oil Spill Lit. /
Legal Ethics & Professionalism / Product Liability / ERISA /

Visit: www.gravierhouse.com

---

**List Members | Iafj.org | Search Depos | List Archives | Search Case Law**
**Extraordinary needs require extraordinary solutions. Click to Visit Millennium Settlements to see how we can assist you.**

jasmith@jarthursmith.com (**My Settings**)    **Unsubscribe**    powered by **TrialSmith.com**



**EXHIBIT E**