

November 15, 2018

Patrick Juneau, Old Class Claims Administrator
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Dear Mr. Juneau:

Attached please find the quarterly invoice for Old and New Class administration work completed by GCG, inclusive of pass-through invoices received for GCR and Stanley Reuter, during the period August 1, 2018 – October 31, 2018.

The breakdown of fees and expenses between the Old and New Classes is as follows:

| | |
|---|---|
| HESI and Transocean Old Classes | $ 71,860.32 |
| HESI and Transocean New Classes | $1,731,981.57 |
| Total Due | $1,803,841.89 |



As always, it has been a pleasure serving your needs. Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/15/2018 | 24924 |
| **PERIOD START** | **THROUGH DATE** |
| 8/1/2018 | 10/31/2018 |

Michael J. Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| Project Name: HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of Class Member Notifications and Correspondence | 1,277,672 | $0.0615 | $78,576.83 |
| Fulfill Case Document Requests | 255.9 Hrs. | | $16,860.50 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 925 Hrs. | | $48,713.50 |
| Format and load electronic files | 9.4 Hrs. | | $1,484.00 |
| Document Storage - Electronic (per img./record per month) | 1,725,615 | $0.002 | $3,451.23 |
| **Claim Validation** | | | |
| Process Paper Claims | 6,697.6 Hrs. | | $726,458.50 |
| Deficiency / Rejection Processing | 4.4 Hrs. | | $400.00 |
| **Contact Services** | | | |
| IVR (per minute) | 116,817 | $0.32 | $37,381.44 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 5,526 | $0.8333 | $4,605.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 2,629.2 Hrs. | | $131,460.00 |
| Old Class – Management of Call Center | 161.6 Hrs. | | $20,047.00 |
| Handling of class member communications | 35.4 Hrs. | | $4,179.50 |
| **Website Services** | | | |
| Design and Maintain Website | 6 Hrs. | | $750.00 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 257.7 Hrs. | | $45,440.00 |
| **Reporting** | 215.9 Hrs. | | $25,887.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 3,118.2 Hrs. | | $389,605.50 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |



# INVOICE

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | Quantity | Rate | Amount |
| **Fees** | | | | |
| **Systems Support** | | 185.1 Hrs. | | $32,009.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | | |
| **Quality Assurance** | | 462.1 Hrs. | | $80,937.50 |
| **Total Fees** | | | | $1,648,246.50 |
| **Total Project Expenses (See Exhibit A)** | | | | $155,595.39 |
| **Grand Total** | | | | $1,803,841.89 |



# EXHIBIT A

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| | **Description** | **Amount** |
| | **Project Expenses** | |
| | For the period: Aug 01, 2018 through Oct 31, 2018 | |
| GCR, Inc. | | $82,912.50 |
| Stanley Reuter Invoices | | $5,276.60 |
| Postage | | $55,137.86 |
| Stationery & Supplies | | $8,787.98 |
| FedEx, Messenger & Shipping | | $253.89 |
| PACER Charges | | $53.20 |
| Copy Charges | | $107.70 |
| Working Meals and Transportation | | $1,264.37 |
| Translation | | $1,801.29 |
| **Total** | | **$155,595.39** |

**Please Remit To :**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Garden City Group, LLC
Operating A/C
Signature Bank
900 Stewart Ave., 3rd Floor
Garden City, NY 11530

ABA # -
A/C # -
Tax ID # -
Swift Code -