# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

November 16, 2018

|  |  |
|---|---|
| Invoice #: | 31936 |
| Billed Through: | October 31, 2018 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | October 31, 2018 | $32,537.50 |
| CURRENT EXPENSES THROUGH: | October 31, 2018 | $120.55 |
| TOTAL CHARGES FOR THIS BILL | | $32,658.05 |
| TOTAL NOW DUE | | $32,658.05 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268
Tax ID

November 16, 2018

|  |  |
|---|---|
| Invoice #: | 31936 |
| Billed through: | October 31, 2018 |
| Account #: | 001300  01580 |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $38,331.70 |
| Less payments received since previous invoice | $38,331.70 |

## PROFESSIONAL SERVICES                                                                    Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/02/18 | MJJ | REVIEW FIFTH CIRCUIT RULING RE: SUBSTITUTION MOTION; REVIEW COURT-FILED STATUS REPORT; COMMUNICATIONS WITH CPA, GCG AND DHEPDS RE: FINANCIAL DATA; CORRESPONDENCE WITH GCG RE: DISTRIBUTION ISSUES; COMMUNICATIONS WITH COUNSEL RE: APPEAL ISSUES; COMMUNICATIONS WITH UBS RE: PRIOR ADMINISTRATIVE COSTS | 3.70 |
| 08/02/18 | PJH | REVIEW CORRESPONDENCE RE: FIFTH CIRCUIT RULING ON SUBSTITUTION MOTIONS | 0.20 |
| 08/03/18 | MJJ | COMMUNICATIONS WITH GCG RE: UPDATED APPEAL PROCESSING; CORRESPONDENCE WITH CLAIMANT, GCG AND DHEPDS RE: PROPERTY CLAIMS; COMMUNICATIONS WITH DHEPDS AND GCG RE: TAX AND DISTRIBUTION PROCEDURES; CORRESPONDENCE RE: THIRD PARTY CLAIM PROCEDURES; REVIEW APPEAL DATA REPORTED IN COURT STATUS REPORT | 2.30 |
| 08/06/18 | MJJ | COMMUNICATIONS WITH PARTIES RE: PROPOSED LIEN PROCESS; CORRESPONDENCE WITH GCG RE: WEBSITE POSTINGS; REVIEW CLAIMANT LETTER RE: PROPERTY DENIAL; CORRESPONDENCE WITH PARTIES AND GCG RE: STATUS REPORT DATA; COMMUNICATIONS WITH GCG AND DHEPDS RE: RESERVES; PHONE CALL WITH GCG RE: MISCELLANEOUS CLAIMS | 3.20 |
| 08/07/18 | MJJ | CORRESPONDENCE WITH CLAIMANT ATTORNEY RE: APPEAL OF CLAIM DENIALS; COMMUNICATIONS WITH PARTIES AND GCG RE: TAX PROCEDURES; ANALYSIS OF ADMINISTRATIVE COSTS TO DATE | 1.90 |
| 08/08/18 | MJJ | COMMUNICATIONS WITH CLAIMANTS AND GCG RE: CLAIM DEFICIENCIES; COMMUNICATIONS WITH CPA AND DHEPDS RE: ACCOUNTING ISSUES AND ESTIMATES; COMMUNICATIONS WITH GCG RE: NUMEROUS PROCESSING ISSUES; COMMUNICATIONS WITH GCG RE: INITIAL DISTRIBUTION | 2.60 |
| 08/09/18 | MJJ | ANALYSIS OF REVISED RECONCILIATION DOCUMENT; REVIEW REVISED LIEN PROCEDURES; COMMUNICATIONS WITH GCG RE: MISCELLANEOUS PROCESSING ISSUES AND AUTHORITY; REVIEW CLASS APPEAL AND LITIGATION COSTS | 1.40 |
| 08/09/18 | PJH | REVIEW NEW CLASS FAQ LETTER AND NOTICE; CORRESPONDENCE RE: COMMENTS AND EDITS RE: SAME | 1.20 |

| | | | | |
|---|---|---|---|---|
| 001300 | 01580 | | Invoice # 31936    Page   2 | |
| 08/10/18 | MJJ | COMMUNICATIONS WITH GCG RE: CHARTERBOAT FISHING CLAIMS; COMMUNICATIONS WITH GCG AND DHEPDS RE: RESERVES AND DISTRIBUTIONS; MOTION FOR APPROVAL OF THIRD PARTY LIEN PROCEDURES; MOTION FOR APPROVAL OF QUARTERLY ADMINISTRATIVE COSTS | | 3.70 |
| 08/11/18 | MJJ | CORRESPONDENCE WITH PARTIES RE: APPROVAL OF ADMINISTRATIVE COSTS | | 0.30 |
| 08/13/18 | MJJ | CORRESPONDENCE WITH PARTIES RE: PROCESSING EXPENSES; ANALYSIS OF DISTRIBUTION CALCULATIONS | | 0.40 |
| 08/15/18 | MJJ | CORRESPONDENCE WITH COURT RE: COMPARATIVE THIRD PARTY PROCEDURES; FILING MOTION TO APPROVE LIEN PROCESS; FILING OF MOTION RE: ADMINISTRATIVE COSTS; COMMUNICATIONS WITH GCG AND CPA RE: TAX ISSUES; CORRESPONDENCE WITH CLAIMANT COUNSEL AND GCG RE: NEWLY ADOPTED PROCEDURES | | 2.10 |
| 08/20/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: ONGOING CLAIMS PROCESSING ISSUES, FAQ'S, APPEALS, DOCUMENTATION DEFICIENCIES, ETC. | | 0.70 |
| 08/21/18 | MJJ | REVIEW /ANALYSIS OF ADMINISTRATIVE PAYMENTS TO DATE; PROJECTION OF FUTURE COST AND IMPACT ON DISTRIBUTIONS; ANALYSIS OF CLAIM CATEGORIES, ETC. | | 2.30 |
| 08/22/18 | MJJ | MEETING RE: COORDINATION OF OLD AND NEW CLASS, MUTUAL PROCESSING ISSUES, ETC.; REVIEW PROPERTY CLAIMS DOCUMENTATION | | 2.70 |
| 08/22/18 | PJH | CONFER WITH MJJ RE: OUTSTANDING ITEMS, PROGRESS, STATUS OF PROGRAMS, ETC | | 1.00 |
| 08/23/18 | MJJ | ANALYSIS OF BREAKDOWN OF CLAIMS TYPES; CORRESPONDENCE WITH GCG AND HALLIBURTON RE: CLAIMS TO DATE | | 0.60 |
| 08/24/18 | MJJ | COMMUNICATIONS WITH GCG AND CPA RE: TAX PROJECTIONS | | 0.40 |
| 08/28/18 | MJJ | TELEPHONE CONFERENCE WITH CLAIMANT COUNSEL RE: DISPUTED RECOVERY ISSUES | | 0.30 |
| 08/29/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: NEUTRALS SETTLEMENTS AND CLAIMS PROCESSING | | 0.50 |
| 08/30/18 | MJJ | COMMUNICATIONS WITH GCG AND UBS RE: CURRENT ADMINISTRATIVE EXPENSES | | 0.30 |
| 08/31/18 | MJJ | COMMUNICATIONS WITH CLAIMANT COUNSEL AND GCG RE: PENDING CLAIMS; REVIEW APPEAL ISSUES | | 0.90 |
| 09/04/18 | MJJ | CORRESPONDENCE WITH UBS AND GCG RE: CLARIFICATION OF VENDOR PAYMENTS | | 0.20 |
| 09/05/18 | MJJ | COMMUNICATIONS WITH GCG AND CLAIMANT COUNSEL; REVIEW NOTICES / DETERMINATION ISSUE | | 1.40 |
| 09/06/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: PREREQUISITES FOR DISTRIBUTION | | 0.20 |
| 09/07/18 | MJJ | REVIEW APPEAL ISSUES | | 2.90 |
| 09/08/18 | MJJ | REVIEW / ANALYSIS OF PROPOSED BANKRUPTCY AND LIEN DOCUMENTATION; CORRESPONDENCE WITH GCG AND DHEPDS RE: MISCELLANEOUS PROCESSING ISSUES | | 1.50 |
| 09/08/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: ISSUES RE: CLAIMS PROCESSING, COST ESTIMATES AND CLAIM DISTRIBUTIONS | | 0.80 |
| 09/11/18 | MJJ | COMMUNICATIONS WITH GCG RE: SCOPE OF GCCF RELEASES, OPT-OUTS, ETC.; COMMUNICATIONS WITH DHEPDS AND GCG RE: ECONOMIC CLAIMS; CORRESPONDENCE WITH CLAIMANT AND GCG | | 3.70 |

| | | | | | |
|---|---|---|---|---|---|
| 001300 | 01580 | | | Invoice # 31936  Page  3 | |
| | | RE: PENDING CLAIMS; REVIEW MENHADEN APPEAL BRIEF / ANALYSIS OF EXPECTATIONS ISSUE; REVIEW AUGUST LEGAL COSTS | | | |
| 09/11/18 | PJH | CONFER RE: FIFTH CIRCUIT APPEAL RE: MENHADEN CLAIMS | | | 0.40 |
| 09/12/18 | MJJ | TELEPHONE CONFERENCE WITH LEGAL COUNSEL RE: MENHADEN APPEAL; REVIEW CLASS CERTIFICATION AND DISTRIBUTION MODEL DOCUMENTS; CORRESPONDENCE WITH GCG RE: CLAIMS PROCESSING DOCUMENTATION | | | 2.70 |
| 09/12/18 | PJH | CONFER WITH MJJ AND COUNSEL RE: PENDING FIFTH CIRCUIT APPEAL AND PLAN MOVING FORWARD; REVIEW AND RESPOND TO CORRESPONDENCE FROM COUNSEL RE: PRIOR FILINGS, OBJECTIONS, AND FINAL DISPOSITIONS | | | 0.90 |
| 09/13/18 | MJJ | COMMUNICATION WITH CLAIMANT RE: PENDING PROPERTY CLAIM | | | 0.50 |
| 09/17/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: DISTRIBUTION CALCULATIONS; COMMUNICATIONS WITH GCG RE: SUBSISTENCE CLAIMS | | | 0.80 |
| 09/18/18 | MJJ | COMMUNICATIONS WITH UBS AND GCG RE: FUND MANAGEMENT; ANALYSIS OF APPEAL ISSUES AND CLAIM ALLOCATIONS | | | 1.30 |
| 09/19/18 | MJJ | CORRESPONDENCE WITH PARTIES AND GCG RE: FUND MATURITIES; ANALYSIS OF PROJECTED EXPENSES AND DISTRIBUTIONS / PLANNING FOR FUND MANAGEMENT | | | 0.70 |
| 09/19/18 | PJH | CONFER WITH COUNSEL RE: FIFTH CIRCUIT APPEAL AND BRIEF ISSUES | | | 0.20 |
| 09/20/18 | MJJ | COMMUNICATIONS WITH GCG AND DHEPDS RE: RESERVE ISSUES; COMMUNICATIONS WITH CLAIMANT RE: CHANGE IN REPRESENTATION AND PROGRAM PAYMENTS; TELEPHONE CONFERENCE WITH DHEPDS RE: DISTRIBUTION MATTERS | | | 1.40 |
| 09/21/18 | MJJ | CONFERENCE CALL WITH UBS AND OTHERS RE: FUND MANAGEMENT; REVIEW COURT ORDER RE: APPROVED PROCEDURES; COMMUNICATIONS WITH GCG AND DHEPDS RE: ADDITIONAL DISTRIBUTION ISSUES | | | 2.20 |
| 09/23/18 | MJJ | REVIEW CLAIMANT APPEALS | | | 2.60 |
| 09/24/18 | MJJ | REVIEW / ANALYSIS OF APPEALS | | | 3.80 |
| 09/25/18 | MJJ | REVIEW DRAFT FIFTH CIRCUIT BRIEF; PREPARATION OF PROPOSED REVISIONS; REVIEW AND ANALYSIS OF UBS PROPOSED INVESTMENT PLAN; COMMUNICATIONS WITH UBS RE: LIQUIDITY NEEDS | | | 3.00 |
| 09/26/18 | MJJ | COMMUNICATIONS WITH COURT AND PARTIES RE: PLAN FOR DISTRIBUTION; COMMUNICATIONS WITH GCG AND UBS RE: LIQUIDITY NEEDS AND INVESTMENT PLAN | | | 1.20 |
| 09/28/18 | MJJ | COMMUNICATION WITH GCG RE: CLAIMS PROCESSING STANDARDS | | | 0.30 |
| 10/01/18 | MJJ | COMMUNICATIONS WITH EPIQ (GCG) RE: CLAIMS PROCESSING GOING FORWARD; REVIEW COURT ORDERS RE: APPROVED PROCEDURES | | | 0.70 |
| 10/02/18 | MJJ | REVIEW DEFICIENCY APPEALS; ANALYSIS OF UP-TO-DATE ADMINISTRATIVE COSTS | | | 0.90 |
| 10/04/18 | MJJ | COMMUNICATIONS WITH EPIQ (GCG) RE: CLASS DISTRIBUTIONS | | | 0.50 |
| 10/08/18 | MJJ | REVIEW / ANALYSIS OF MISCELLANEOUS SEPTEMBER ADMINISTRATIVE COSTS | | | 0.70 |
| 10/10/18 | MJJ | COMMUNICATIONS WITH CPA RE: TAX RETURNS | | | 0.30 |
| | | | | 68.50 | $32,537.50 |

| | | | | |
|---|---|---|---|---|
| MJJ | JUNEAU, MICHAEL J. | 64.60 hrs @ | $500.00 /hr | $32,050.00 |
| PJH | HRON, PATRICK J | 3.90 hrs @ | $125.00 /hr | $487.50 |

001300     01580                                          Invoice # 31936        Page       4

| | | 68.50 | $32,537.50 |
|---|---|---|---|
| | Fee Recap Totals | | |

**EXPENSES**                                                                           **Amount**

| 08/17/18 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
|---|---|---|
| 08/22/18 | PATRICK A. JUNEAU; MEAL/MEETING WITH MIKE JUNEAU AND PATRICK HRON | 52.85 |
| 09/19/18 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 09/21/18 | FILE & SERVEXPRESS; RESPOSITORY FEE | 5.00 |
| 10/04/18 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 10/31/18 | COPYING | 47.70 |
| | | $120.55 |

**BILLING SUMMARY:**

| TOTAL FEES | $32,537.50 |
|---|---|
| TOTAL EXPENSES | $120.55 |
| TOTAL FEES & EXPENSES | $32,658.05 |
| **TOTAL NOW DUE** | **$32,658.05** |