| Date | Person | Activity | Time | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| | | **Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO** | | | | |
| 8/1/2018 | Patrick Hron | Confer Vendor re: various issues including motions for approval of third party claims and DMI processes, issues with reserve and claims with no eligible amount, motion for approval of partial distribution, etc. | 1.30 | $ 125.00 | $ 162.50 | |
| 8/1/2018 | Patrick Hron | Draft motions and proposed order re: approval of third party claims and DMI procedures, appointment of third party adjudicator. | 2.30 | $ 125.00 | $ 287.50 | |
| 8/2/2018 | Patrick Hron | Review and respond to several corresps. re: Old Class distribution reserve, calculation, etc. around DHEPDS claims pending in appellate processes, distribution accounts. | 0.50 | $ 125.00 | $ 62.50 | |
| 8/3/2018 | Patrick Hron | Further review and edit of motion, order re: third party claims and DMI procedures; further corresps. around Old Class Distribution reserve amount and confer re: same; further corresps. re: separate Entities/EINs re: distribution accounts, administrative cost reserves. | 1.80 | $ 125.00 | $ 225.00 | |
| 8/3/2018 | Patrick Hron | Final edits and corresp. re: objection as to TPC and DMI procedures before moving for approval with Court. | 1.00 | $ 125.00 | $ 125.00 | |
| 8/6/2018 | Patrick Hron | Several corresps. re: Old Class Entity EINs for distribution process. | 0.40 | $ 125.00 | $ 50.00 | |
| 8/7/2018 | Patrick Hron | Review Old Class distribution administrative cost reserve estimate spreadsheet and corresp. re: same; corresps. re: accounts to hold funds during distribution process and research re: same; review and respond to corresps. re: historical and estimated administrative costs for reserves. | 1.80 | $ 125.00 | $ 225.00 | |

| Date | Name | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 8/9/2018 | Patrick Hron | Review and respond to several corresps. re: approval of Third Party Claims and DMI processes, further inquiry re: distribution fund accounts. | 0.80 | $ 125.00 | $ 100.00 | |
| 8/10/2018 | Patrick Hron | Confers w PAJ and corresps. re: reserve estimate for Old Class partial distribution, draft motion and memorandum for approval, fund account selection, and Third Party Claim and DMI procedures and motion. | 0.80 | $ 125.00 | $ 100.00 | |
| 8/14/2018 | Patrick Hron | Corresps. re: filing of motion for approval of procedures for Third Party Claims and DMI claimants. | 0.30 | $ 125.00 | $ 37.50 | |
| 8/19/2018 | Patrick Hron | Begin drafting Old Class Partial Distribution Motion and significant Settlement Agreement research re: same. | 0.90 | $ 125.00 | $ 112.50 | |
| 8/20/2018 | Patrick Hron | Review and respond to several corresps. re: progress on motion for approval of partial distribution and accompany declaration as well as other issues. | 0.20 | $ 125.00 | $ 25.00 | |
| 8/21/2018 | Patrick Hron | Several corresps. re: scheduling meeting with PAJ, MJ re: HESI/TO progress and history, Old Class reserve calculation, motion/memorandum/declaration drafts. | 0.30 | $ 125.00 | $ 37.50 | |
| 8/22/2018 | Patrick Hron | Continue drafting of motion for partial distribution of HESI/TO Old Class funds along with memorandum in support and proposed order. | 2.00 | $ 125.00 | $ 250.00 | |
| 8/23/2018 | Patrick Hron | Continue drafting of motion for partial distribution of HESI/TO Old Class funds along with memorandum in support and proposed order. | 2.30 | $ 125.00 | $ 287.50 | |
| 8/29/2018 | Patrick Hron | Review corresps. re: lien and third party claim information and corresps. re: same. | 0.10 | $ 125.00 | $ 12.50 | |
| 8/30/2018 | Patrick Hron | Review corresps. re: inquiry and data anomalies and respond to Vendor, KA re: same; confer, research and respond on several questions re: Neutrals settlements and seafood claims in DHEPDS re: Old Class Distribution. | 1.30 | $ 125.00 | $ 162.50 | |
| 8/31/2018 | Patrick Hron | Review and respond to several corresps. re: data anomalies and events and meaning of same re: Old Class distribution. | 0.50 | $ 125.00 | $ 62.50 | |
| 9/5/2018 | Patrick Hron | Corresp. vendor re: inquiry from attorney and responses re: same; review inquiry re: Order and Judgment | 1.40 | $ 125.00 | $ 175.00 | |

| Date | Name | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | approving Old Class Distribution Model re: Neutrals settlements and eligible claims, research re: same, and several follow up corresps. re: interpretation of same. | | | | |
| 9/6/2018 | Patrick Hron | Confer PAJ re: interpretation of Order re: Neutrals activity and corresp. Vendor re: same. | 0.30 | $ 125.00 | $ 37.50 | |
| 9/7/2018 | Patrick Hron | Review and respond to inquiry re: hold back reserve calculation; review, edit, and several corresps. re: notifications re: liens, bankruptcy trustees, and attorney payment information. | 1.40 | $ 125.00 | $ 175.00 | |
| 9/10/2018 | Patrick Hron | Review and respond to inquiries and spreadsheets re: net settlement fund calculations, prior invoices, tax expenses, etc. | 0.70 | $ 125.00 | $ 87.50 | |
| 9/11/2018 | Patrick Hron | Review, research, and respond to inquiry from vendor re: Seafood Compensation Program and RTP inclusion, inquiry from claimant, inquiry re: GCCF Release relative to VoO and VPD claimants in DHEPDS | 1.70 | $ 125.00 | $ 212.50 | |
| 9/12/2018 | Patrick Hron | Confer vendor re: data anomaly issues and review and respond to corresp., data, spreadsheet of payments re: same. | 1.00 | $ 125.00 | $ 125.00 | |
| 9/13/2018 | Patrick Hron | Review and respond to inquiries re: discretionary reviews filed directly into the MDL, additional information re: neutrals activity. | 0.30 | $ 125.00 | $ 37.50 | |
| 9/14/2018 | Patrick Hron | Review, respond, and research re: inquiries from vendor re: neutrals activity and associated data relative to DHEPDS data. | 0.70 | $ 125.00 | $ 87.50 | |
| 9/18/2018 | Patrick Hron | Review and respond to corresps. re: attorney representation in DHEPDS and Old Class, scheduling confer re: banks. | 0.50 | $ 125.00 | $ 62.50 | |
| 9/20/2018 | Patrick Hron | Several confers, corresps. re: insurance proceeds and draft motion language, Order re: Third Party Claims and DMI Procedures. | 1.30 | $ 125.00 | $ 162.50 | |
| 9/21/2018 | Patrick Hron | Confer UBS, MJ, etc. re: liquidity questions and disbursement information; several corresps. re: | 0.90 | $ 125.00 | $ 112.50 | |

| Date | Name | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| | | disbursement of HESI/TO fund to payment fund and motion re: same, approval of TPC and DMI procedures. | | | | |
| 9/24/2018 | Patrick Hron | Several corresps. re: motion re: disbursement of HESI/TO funds to respective accounts and tax implications re: same. | 0.70 | $ 125.00 | $ 87.50 | |
| 9/25/2018 | Patrick Hron | Several corresps. re: disbursements and tax implications with CPA, liquidity schedule and correction of plan; confer vendor re: same. | 0.50 | $ 125.00 | $ 62.50 | |
| 10/9/2018 | Patrick Hron | Confer Vendor, PAJ re: issues around Old Class distribution, motion, declaration, etc., | 0.60 | $ 125.00 | $ 75.00 | |
| 10/10/2018 | Patrick Hron | Significant additional review and edit of motion, memorandum, proposed order, and declaration re: Old Class distribution. | 2.30 | $ 125.00 | $ 287.50 | |
| 10/11/2018 | Patrick Hron | Further drafting, review, and edit of Old Class distribution motion, memorandum, declaration, proposed order. | 0.80 | $ 125.00 | $ 100.00 | |
| 10/18/2018 | Patrick Hron | Final review, edit, and redline of Old Class distribution motion and supporting documentation; corresp. to vendor re: same. | 3.70 | $ 125.00 | $ 462.50 | |
| 10/22/2018 | Patrick Hron | Review and further redline filings re: Old Class distribution; several corresps. with vendor re: same; confer vendor re: same and further edits to filings. | 2.20 | $ 125.00 | $ 275.00 | |
| 10/24/2018 | Patrick Hron | Further review and edit of Old Class distribution filings and corresp. vendor re: same. | 0.40 | $ 125.00 | $ 50.00 | |
| 10/25/2018 | Patrick Hron | Confer vendor re: Old Class distribution filings; several corresps. with vendor re: same. | 0.70 | $ 125.00 | $ 87.50 | |
| 10/29/2018 | Patrick Hron | Further review, finalization, editing of Old Class distribution filings; various corresps. with vendor re: same. | 1.80 | $ 125.00 | $ 225.00 | |
| 10/30/2018 | Patrick Hron | Last edits and review of Old Class filing and confer vendor re: questions about same; circulate filing to Parties; review Old Class Status Report and provide redlines and edits to vendor re: same; research Local Rules and the like for LAED filing question; confer and corresps. re: HESI/TO invoices. | 2.80 | $ 125.00 | $ 350.00 | |
| | | | | | $ 5,662.50 | $ 5,662.50 |

| Date | Name | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 8/1/2018 | Patrick Juneau | HESI / TO Procedures re: Third Party Claims and Deceased, Minor and Incompetent (DMI) Claims | 0.10 | $ 700.00 | $ 70.00 | |
| 8/2/2018 | Patrick Juneau | HESI/ TO Settlement payments | 0.10 | $ 700.00 | $ 70.00 | |
| 8/2/2018 | Patrick Juneau | HESI / TO Old Class Distribution Account | 0.10 | $ 700.00 | $ 70.00 | |
| 8/3/2018 | Patrick Juneau | HESI / TO Settlement Account - LaCount email | 0.10 | $ 700.00 | $ 70.00 | |
| 8/3/2018 | Patrick Juneau | HESI / TO Settlement Basic Issues emails | 0.20 | $ 700.00 | $ 140.00 | |
| 8/7/2018 | Patrick Juneau | HESI / TO Old Class Administration Fees Reserve Estimates | 0.20 | $ 700.00 | $ 140.00 | |
| 8/7/2018 | Patrick Juneau | HESI / TO Old Class Administration Fees Reserve Estimates Draft | 0.10 | $ 700.00 | $ 70.00 | |
| 8/8/2018 | Patrick Juneau | HESI / TO Old Class Pro Rata Estimate for Declaration | 0.10 | $ 700.00 | $ 70.00 | |
| 8/8/2018 | Patrick Juneau | HESI / TO Old Class Administration Fees Reserve Draft emails | 0.10 | $ 700.00 | $ 70.00 | |
| 8/9/2018 | Patrick Juneau | Proposed Procedures for Resolving Third Party emails | 0.20 | $ 700.00 | $ 140.00 | |
| 8/10/2018 | Patrick Juneau | HESI / TO Old Class Distribution Set up email | 0.10 | $ 700.00 | $ 70.00 | |
| 8/10/22018 | Patrick Juneau | HESI / TO Old Class Reserve Claims | 0.10 | $ 700.00 | $ 70.00 | |
| 8/11/2018 | Patrick Juneau | Proposed Procedures for Resolving Third Party emails | 0.10 | $ 700.00 | $ 70.00 | |
| 8/11/2018 | Patrick Juneau | HESI / TO Quarterly Cost Motion emails | 0.20 | $ 700.00 | $ 140.00 | |
| 8/20/2018 | Patrick Juneau | HESI / TO Old Class Distribution Declaration emails | 0.20 | $ 700.00 | $ 140.00 | |

| Date | Name | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 8/21/2018 | Patrick Juneau | HESI / TO Old Class Reserve Claim email | 0.10 | $ 700.00 | $ 70.00 | |
| 8/24/2018 | Patrick Juneau | HESI / TO Reconciliation Fees | 0.10 | $ 700.00 | $ 70.00 | |
| 8/29/20148 | Patrick Juneau | HESI / TO Old Class Neutral Additions | 0.20 | $ 700.00 | $ 140.00 | |
| 9/5/2018 | Patrick Juneau | HESI / TO Old Class Neutrals Settled/ Solved | 0.20 | $ 700.00 | $ 140.00 | |
| 9/7/2018 | Patrick Juneau | HESI / TO Various Correspondence | 0.20 | $ 700.00 | $ 140.00 | |
| 9/10/2018 | Patrick Juneau | HESI / TO Old Class New Settlement Fund Estimate | 0.10 | $ 700.00 | $ 70.00 | |
| 9/11/2018 | Patrick Juneau | HESI / TO Old Class Declaration emails | 0.20 | $ 700.00 | $ 140.00 | |
| 9/12/2018 | Patrick Juneau | HESI / TO Old Class Neutral Related Payments | 0.10 | $ 700.00 | $ 70.00 | |
| 9/13/2018 | Patrick Juneau | HESI / TO Old Class Neutral Related Payments | 0.10 | $ 700.00 | $ 70.00 | |
| 9/17/2018 | Patrick Juneau | HESI / TO Old Class Neutral Related Payments and Representation | 0.10 | $ 700.00 | $ 70.00 | |
| 9/18/2018 | Patrick Juneau | Logistics Surrounding Neutrals | 0.10 | $ 700.00 | $ 70.00 | |
| 9/18/2018 | Patrick Juneau | UBS Corporate Cash Management | 0.10 | $ 700.00 | $ 70.00 | |
| 9/19/2018 | Patrick Juneau | UBS Corporate Cash Management | 0.10 | $ 700.00 | $ 70.00 | |
| 9/25/2018 | Patrick Juneau | HESI / TO Insurance Proceeds email | 0.10 | $ 700.00 | $ 70.00 | |
| 9/26/2018 | Patrick Juneau | HESI / TO Distributions | 0.10 | $ 700.00 | $ 70.00 | |
| 10/17/2018 | Patrick Juneau | HESI / TO Hurricane Michael Deadlines and Preparations | 0.10 | $ 700.00 | $ 70.00 | |
| 10/19/2018 | Patrick Juneau | HESI / TO Old Class Declaration emails | 0.10 | $ 700.00 | $ 70.00 | |

| Date | Name | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 10/22/2018 | Patrick Juneau | HESI / TO Old Class Declaration emails | 0.10 | $ 700.00 | $ 70.00 | |
| 10/30/2018 | Patrick Juneau | HESI / TO Quarterly Report Draft | 0.10 | $ 700.00 | $ 70.00 | |
| 10/30/2018 | Patrick Juneau | HESI / TO Old Class Filings | 0.10 | $ 700.00 | $ 70.00 | |
| 10/31/2018 | Patrick Juneau | HESI / TO Breakdown of Prior Expense Payments | 0.10 | $ 700.00 | $ 70.00 | |
| | | | | | $ 3,150.00 | $ 3,150.00 |
| | | | | | | |
| 8/5/2018 | Robert Levine | Accumulate time charges from staff | 1.00 | $ 175.00 | $ 175.00 | |
| | | | | | $ 175.00 | $ 175.00 |
| | | | | | | |
| 8/1/2018 | Kyle Adolph | HESI / TO Old Class Neutral Reconciliation. Email from ML. | 2.75 | $ 51.50 | $ 141.63 | |
| 8/1/2018 | Kyle Adolph | HESI / TO Old Class Neutral Reconciliation. Email from ML. | 0.50 | $ 51.50 | $ 25.75 | |
| 8/2/2018 | Kyle Adolph | HESI / TO Old Class Neutral Reconciliation. Email from ML. | 0.50 | $ 51.50 | $ 25.75 | |
| 8/2/2018 | Kyle Adolph | HESI / TO Old Class Neutral Reconciliation. Email from ML. | 1.00 | $ 51.50 | $ 51.50 | |
| 8/2/2018 | Kyle Adolph | HESI / TO Old Class Neutral Reconciliation. Email from ML. | 4.50 | $ 51.50 | $ 231.75 | |
| 8/3/2018 | Kyle Adolph | HESI / TO Old Class Neutral Reconciliation. Email from ML. | 4.75 | $ 51.50 | $ 244.63 | |
| 8/30/2018 | Kyle Adolph | HESI / TO claim research. Email from ML. | 1.75 | $ 51.50 | $ 90.13 | |
| 8/30/2018 | Kyle Adolph | HESI / TO claim research. Email from ML. | 0.75 | $ 51.50 | $ 38.63 | |
| 8/31/2018 | Kyle Adolph | HESI / TO claim research. Email from ML. | 1.75 | $ 51.50 | $ 90.13 | |

| Date | Name | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 9/4/2018 | Kyle Adolph | HESI / TO claim research. Email from ML. | 5.50 | $ 51.50 | $ 283.25 | |
| 9/5/2018 | Kyle Adolph | HESI / TO claim research. Email from ML. | 4.75 | $ 51.50 | $ 244.63 | |
| 10/2/2018 | Kyle Adolph | HESI / TO claim research. Email from ML. | 0.50 | $ 51.50 | $ 25.75 | |
| | | | | | $ 1,493.50 | $ 1,493.50 |
| | | | | | | |
| 9/5/2018 | Rebecca Gelfand | HESI / TO Old Class Neutrals Settled/ Resolved CSSP emails | 0.20 | $ 50.00 | $ 10.00 | |
| 9/6/2018 | Rebecca Gelfand | HESI / TO Old Class Neutrals Settled/ Resolved CSSP emails | 0.10 | $ 50.00 | $ 5.00 | |
| 9/7/2018 | Rebecca Gelfand | HESI / Transocean various correspondence | 0.20 | $ 50.00 | $ 10.00 | |
| 9/7/2018 | Rebecca Gelfand | HESI / Transocean various correspondence | 0.10 | $ 50.00 | $ 5.00 | |
| 9/8/2018 | Rebecca Gelfand | HESI / Transocean various correspondence | 0.10 | $ 50.00 | $ 5.00 | |
| 9/10/2018 | Rebecca Gelfand | HESI / TO - Old Class Net Settlement Fund Estimate | 0.20 | $ 50.00 | $ 10.00 | |
| 9/10/2018 | Rebecca Gelfand | HESI / TO - Old Class Declaration/Distribution | 0.10 | $ 50.00 | $ 5.00 | |
| 9/11/2018 | Rebecca Gelfand | HESI / TO - Old Class Declaration/Distribution | 0.20 | $ 50.00 | $ 10.00 | |
| 9/12/2018 | Rebecca Gelfand | HESI / TO Old Class Related Multiple payments | 0.20 | $ 50.00 | $ 10.00 | |
| 9/13/2018 | Rebecca Gelfand | HESI / TO Old Class Related Multiple payments | 0.20 | $ 50.00 | $ 10.00 | |
| 9/15/2018 | Rebecca Gelfand | HESI / TO Old Class Neutral Related Multiple Payment Claims | 0.10 | $ 50.00 | $ 5.00 | |
| 9/17/2018 | Rebecca Gelfand | HESI / TO Old Class Neutral Related Multiple Payment Claims | 0.20 | $ 50.00 | $ 10.00 | |

| Date | Name | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 9/18/2018 | Rebecca Gelfand | HESI / TO Logistics Surrounding Neutrals Payments and Representation | 0.10 | $ 50.00 | $ 5.00 | |
| 9/18/2018 | Rebecca Gelfand | UBS Corporate Cash Management Group | 0.10 | $ 50.00 | $ 5.00 | |
| 9/19/2018 | Rebecca Gelfand | UBS Corporate Cash Management Group | 0.20 | $ 50.00 | $ 10.00 | |
| 9/20/2018 | Rebecca Gelfand | HESI / Transocean Insurance Proceeds | 0.10 | $ 50.00 | $ 5.00 | |
| 9/24/2018 | Rebecca Gelfand | Tax Implications of Including Insurance Proceeds | 0.10 | $ 50.00 | $ 5.00 | |
| 9/25/2018 | Rebecca Gelfand | Tax Implications of Including Insurance Proceeds | 0.10 | $ 50.00 | $ 5.00 | |
| 9/25/2018 | Rebecca Gelfand | HESI / TO Settlement - To Insurance Proceedings | 0.10 | $ 50.00 | $ 5.00 | |
| 9/25/2018 | Rebecca Gelfand | Motion for Miscellaneous Relief | 0.10 | $ 50.00 | $ 5.00 | |
| 9/25/2018 | Rebecca Gelfand | Motion for Miscellaneous Relief | 0.10 | $ 50.00 | $ 5.00 | |
| 9/25/2018 | Rebecca Gelfand | UBS Corporate Cash Management Group | 0.10 | $ 50.00 | $ 5.00 | |
| 9/26/2018 | Rebecca Gelfand | HESI Distributions | 0.10 | $ 50.00 | $ 5.00 | |
| 9/26/2018 | Rebecca Gelfand | HESI Transocean Firm Contacts | 0.10 | $ 50.00 | $ 5.00 | |
| 9/26/2018 | Rebecca Gelfand | Draft For Neutrals | 0.10 | $ 50.00 | $ 5.00 | |
| 9/26/2018 | Rebecca Gelfand | UBS Corporate Cash Management Group | 0.10 | $ 50.00 | $ 5.00 | |
| 10/17/2018 | Rebecca Gelfand | HESI Hurricane Michael Deadlines | 0.20 | $ 50.00 | $ 10.00 | |
| 10/18/2018 | Rebecca Gelfand | HESI Old Class Declaration | 0.10 | $ 50.00 | $ 5.00 | |
| 10/19/2018 | Rebecca Gelfand | HESI Old Class Declaration | 0.10 | $ 50.00 | $ 5.00 | |

| 10/22/2018 | Rebecca Gelfand | HESI Old Class Declaration | 0.20 | $ 50.00 | $ 10.00 | |
|---|---|---|---|---|---|---|
| 10/30/2018 | Rebecca Gelfand | HESI Quarterly Report Draft | 0.10 | $ 50.00 | $ 5.00 | |
| 10/30/2018 | Rebecca Gelfand | HESI Breakdown of prior expense | 0.10 | $ 50.00 | $ 5.00 | |
| 10/30/2018 | Rebecca Gelfand | HESI Old Class Filing | 0.10 | $ 50.00 | $ 5.00 | |
| 10/31/2018 | Rebecca Gelfand | Motion of Disbursement- HESI | 0.10 | $ 50.00 | $ 5.00 | |
| 10/31/2018 | Rebecca Gelfand | Breakdown of Prior Expense- HESI | 0.10 | $ 50.00 | $ 5.00 | |
| | | | | | $ 225.00 | $ 225.00 |
| | | | | | | |
| | | | | | | $ 10,706.00 |