UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MD-2179 SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:12-cv-968 | * * * * * * | JUDGE: BARBIER |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR DISPOSITION OF CLAIM

MAY IT PLEASE THE COURT:

Movers, THE MODERN GROUP, LTD. and TIGER RENTALS, LLC. D/B/A TIGER SAFETY (hereafter sometimes referred to collectively as "TIGER"), respectfully submit this Motion for Disposition of Claim(s) made by Eddie Bill Brown ("Brown") in the "Deepwater Horizon" multidistrict litigation.

1.

Brown filed a claim seeking recovery for damages sustained during the clean-up response. He was made a defendant in the limitation of liability proceeding filed by Transocean Deepwater Drilling Inc. and filed an answer in the limitation proceeding, reasserting his claims under the general maritime law. (Exhibit A). It is believed that Brown and other clean-up responders seeking recovery were grouped in the First Amended Complaint and made part of the B3 Bundle.

2.

On April 20, 2012, Brown filed a "Direct Filing Short Form" in Case 2:10-cv-08888-CJB-JCW claiming severe and permanent injuries as a result of exposure to dispersants, petrochemicals,

and other harmful substances while participating in oil response efforts stemming from the Deepwater Horizon Explosion and subsequent oil spill. "Exposure occurred in Louisiana and surrounding waters while employed as oil spill responder in general clean-up. Employer-Global Safety Medics LLC." by attorney Noah Wexler. (Exhibit B).

3.

On March 5, 2018, Brown filed a Petition under the General Maritime Law and Jones Act in the 15th Judicial District Court, Lafayette Parish, Louisiana claiming injuries as a cleanup responder employed by Global Safety Medics, LLC, Tiger Rentals, Ltd d/b/a Tiger Safety and The Modern Group, Ltd. and permanently assigned to a commonly owned or controlled fleet of vessels chartered by BP American Production Co. in the Mississippi Canyon Block off the coast of Louisiana. Brown alleges that he was involved in the clean-up operations following the BP Deepwater Horizon/Macondo Project oil spill. He claims that between June 2010 and September 2010 he was exposed to and seriously injured by high levels of hydrocarbons and petrochemicals while working as a seaman aboard certain unidentified vessels. Brown is seeking recovery for his injuries pursuant to the general maritime laws of the United States and the Jones Act. (Exhibit C)

4.

Brown's petition was removed to the United States District Court for the Western District of Louisiana Civil Action No. 6:18-cv-00274 on March 5, 2018.

5.

Movers have filed a Motion for Summary Judgment in the Western District litigation pursuant to the doctrine of *res judicata*.

6.

After reviewing the Motion for Summary Judgment ,Magistrate Judge Whitehurst stated in her Report and Recommendation that the summary judgement should be denied due to the lack of evidence establishing that Plaintiff was part of the "B3 Bundle" of claimants dismissed by Judge Barbier's February 16, 2016 Order.

7.

The purpose of this motion is to obtain information necessary to satisfy Magistrate Judge Whitehurst's report of lack of evidence to establish that Brown was part of the "B3 Bundle" of claimants.

8.

A thorough search of the record in the multi-district litigation and its associated cases for evidence of the disposition of Brown's claim was unsuccessful.

9.

Calls to the Plaintiffs' Steering Committee for evidence were also unsuccessful.

10.

Plaintiff's initial counsel, Jerome Moroux, refused to provide information as to the disposition of the answer and claim which he filed on Brown's behalf.

11.

Communication with counsel, Noah Wexler, who filed the "Direct Filing Short Form" on 4/20/12, was again unsuccessful.

12.

A review of the filings of the multi district litigation and associated cases, calls to counsel representing Brown, and the Plaintiffs' Steering Committee provides no evidence of the

disposition of Browns claim(s); no documentation that the claim was dismissed, withdrawn, opted out or settled.   Since there is no evidence of dismissal, evidence of Brown withdrawing his claim or opting out, one other possibility is that his claim was settled as part of the Class Settlement which is sealed.

WHEREFORE, The Modern Group, Ltd, Tiger Rentals, LLC d/b/a Tiger Safety respectfully request that disposition of the claims of Eddie B. Brown be revealed and this motion be GRANTED.

Respectfully submitted:

ALLEN & GOOCH
A LAW CORPORATION

/s/  *John H. Hughes*
JOHN H. HUGHES (#14509)
P.O. Box 81129
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA  70598-1129
337-291-1290 telephone
337-291-1295 facsimile
johnhughes@allengooch.com
ATTORNEYS FOR
*Tiger Rentals, LLC. d/b/a Tiger Safety and*
*The Modern Group Ltd*