UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MD-2179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:12-cv-968 | * * * | |
| | * * * | JUDGE: BARBIER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Considering the above and foregoing Motion for Disposition of Claim,

IT IS ORDERED that the Motion for Disposition of Claims of Eddie Brown be granted and that the evidence of the disposition of the claims of Eddie B. Brown be revealed

New Orleans, Louisiana, this _____ day of November, 2018.

_____
UNTIED STATES DISTRICT COURT