# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## MOTION FOR LEAVE TO DIRECT FILE SHORT FORMS

Now into Court, through undersigned counsel comes Kenny Dukes, Pete Pierce, Bradford Harrison, David Bonner, Thomas Prine, Chancey Thompson, Jason Williams, Steven Anderson, Aaron Alutman, Robert Gable, David Eubanks, Santos Torres, Winston Woods, Danny Gatlin, Corey Benoit, Bucky Martin, Gary Bujan, Thomas McMullan, Michael Clark, William Taylor, Richard Weems, Mitchel Jones, Benjamin Lancaster and Eddie Brown ("Claimants"), identified in the attached Direct Filing Short Forms, who move this Court to allow the filing of the attached Direct Filing Short Forms in the limitation proceeding, MDL No. 2179, and as grounds thereof asserts the following:

1. No prejudice will result from the acceptance of these proposed filings;

2. The applicable limitations period for Claimants' claims have not yet run;

3. Claimants have not previously sought relief from this Court;

4. Claimants have at all times prior to this filing attempted to resolve their respective claims exclusively by and through submissions made to the Gulf Coast Claims Facility and have therefore abstained from seeking relief through the Court; and

5. Claimants have instructed undersigned counsel to assist in filing the attached Direct Filing Short Forms for their respective injuries and/or damages caused by the incidents sued upon in the aforementioned proceedings.

Wherefore Claimants respectfully request that this Court grant his Motion For Leave to file Short Forms and deem said Direct Filing Short Forms as timely filed in this action.

**DATED: APRIL 20, 2012**

                              Respectfully Submitted,

                              /s/ Michael E. Pierce
                              Michael E. Pierce
                              Texas Bar No: 24039117
                              Noah M. Wexler
                              Texas Bar No: 24060816
                              Arnold & Itkin, LLP
                              1401 McKinney, Suite 2550
                              Houston, Texas 77010
                              713.222.3800 Phone
                              713.222.3850 Fax

                              **ATTORNEY FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April 2012, a copy of the foregoing has been served upon counsel of record in this action by electronic service through the Court's CM/ECF.

                              /s/ Michael E. Pierce
                              Michael E. Pierce

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179      SECTION: J      JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Brown | Eddie | B. | |

| Phone Number | E-Mail Address |
|---|---|
| (337) 356-7339 | |

| Address | City / State / Zip |
|---|---|
| 173 Cherokee St. | Jeanerette, LA 70544 |

**INDIVIDUAL CLAIM** ☑      **BUSINESS CLAIM** ☐

| Employer Name | Business Name |
|---|---|
| Global Safety Medics LLC | |
| Job Title / Description | Type of Business |
| Oil Spill Responder | |
| Address | Address |
| 108 Dixie Dr. | |
| City / State / Zip | City / State / Zip |
| Woodstock, GA 30189 | |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| 4310 | |

| Attorney Name | Firm Name |
|---|---|
| Noah Wexler | Arnold & Itkin LLP |
| Address | City / State / Zip |
| 1401 McKinney St., Suite 2550 | Houston, TX 77010 |
| Phone Number | E-Mail Address |
| (713) 222-3800 | nwexler@arnolditkin.com |

Claim filed with BP?    YES ☐    NO ☑      Claim Filed with GCCF?:    YES ☑    NO ☐

If yes, BP Claim No.:      If yes, Claimant Identification No.: 3366905

Claim Type (Please check all that apply):
☐ Damage or destruction to real or personal property
☐ Earnings/Profit Loss
☑ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

CLAIMANT SUFFERED SEVERE AND PERMANENT INJURIES AS A RESULT OF EXPOSURE TO DISPERSANTS, PETROCHEMICALS, AND OTHER HARMFUL SUBSTANCES WHILE PARTICIPATING IN OIL RESPONSE EFFORTS STEMMING FROM THE DEEPWATER HORIZON EXPLOSION AND SUBSEQUENT OIL SPILL. EXPOSURE OCCURRED IN LOUISIANA AND SURROUNDING WATERS WHILE EMPLOYED AS OIL SPILL RESPONDER IN GENERAL CLEAN-UP. EMPLOYER-GLOBAL SAFETY MEDICS LLC.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [x] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [x] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Noah Wexler
Print Name

4-20-2012
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*