| | |
|---|---|
| EDDIE BROWN | : 15TH JUDICIAL DISTRICT COURT |
| VERSUS | : DOCKET NUMBER: _____ |
| GLOBAL SAFETY MEDICS, LLC; TIGER RENTALS, LTD d/b/a TIGER SAFETY; AND | |
| THE MODERN GROUP, LTD. | : LAFAYETTE PARISH, LOUISIANA |

## ORIGINAL PETITION
## UNDER THE GENERAL MARITIME LAW
## AND JONES ACT

NOW INTO COURT through undersigned counsel, comes petitioner, EDDIE BROWN, a person of the full age of majority and domiciled in the Parish of St Mary, State of Louisiana, who respectfully represents:

I.

This action arises under the General Maritime Law because the alleged 2010 accident occurred upon navigable waters while BROWN was working as a Jones Act Seaman for GLOBAL SAFETY MEDICS, LLC ("GLOBAL"); TIGER RENTALS, LTD d/b/a TIGER SAFETY ("TIGER"); and THE MODERN GROUP, LTD. ("MODERN") and permanently assigned to a commonly owned or controlled fleet of vessels chartered by BP America Production Co. out of Venice, LA where work was performed in the Mississippi Canyon Block off the coast of Louisiana.

II.

Made Defendants herein are:

a) **GLOBAL SAFETY MEDICS, LLC ("GLOBAL")**, a Louisiana domestic corporation, licensed to do and doing business within the state of Louisiana, which may be served through its Registered Agent for Service of Process: Rick Controy or Glynn Leger, 714 E. Kaliste Saloom Rd., Ste B-2, Lafayette, LA 70508;

b) **TIGER RENTALS, LTD d/b/a TIGER SAFETY ("TIGER")**, a foreign corporation, licensed to do and doing business within the state of Louisiana, which may be served through its Registered Agent for Service of Process: C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; and

c) **THE MODERN GROUP, LTD. ("MODERN")**, a foreign corporation, licensed to do and doing business within the state of Louisiana in Lafayette Parish, which may be served through its Registered Agent for Service of Process: C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816

Hereinafter sometimes collectively referred to as "EMPLOYERS"

Page 1 of 5

THE GLENN ARMENTOR LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA 70501
(337) 233-1471
800-960-5551

EXHIBIT 1

III.

While working in 2010 for EMPLOYERS as a Jones Act Seaman aboard the M/V Papa John, M/V Mister Jug, M/V Crossmark and M/V Premier Explorer, BROWN was exposed to and seriously injured by oil related chemicals (high levels of hydrocarbons and petrochemicals resulting in chemical bronchitis and other pulmonary issues and injuries) during June of 2010 through September, 2010 during the BP Deepwater Horizon/Macondo Prospect oil spill cleanup in the Gulf of Mexico. BROWN has had State of Louisiana and Longshore Harbor Workers Compensation Act (LHWCA) workers compensation claims pending in court since originally filing with the Louisiana Office of Workers Compensation on May 27, 2011 to the present date.

IV.

Venue is proper in this Parish as a claim for maintenance and cure is contractual, and those rights alleged herein flow out of BROWN's work agreement with EMPLOYERS; in particular BROWN's employment agreement was reached with Claude Hebert, a TIGER employee working out of the TIGER Broussard, Louisiana, Lafayette Parish, office, and BROWN's employment was out of the same Broussard, Louisiana office. Further, upon information and belief, GLOBAL is a domestic company and is domiciled in Lafayette Parish.

V.

BROWN's injuries were proximately caused by his employment with EMPLOYERS while BROWN was in the service of the fleet of vessels identified above. Accordingly the General Maritime Law of the United States imposes an absolute, non-delegable duty upon EMPLOYERS to provide BROWN with maintenance and cure during the period within which BROWN is recovering from his injuries which he sustained while employed by EMPLOYERS, as alleged herein.

VI.

BROWN is entitled to maintain this action under the Jones Act, 46 U.S.C.A. § 688, and the General Maritime Law Doctrine of maintenance and cure in this Louisiana State District Court pursuant to the Saving to Suitor's Clause, 28 U.S.C. § 1333.



THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501
(337) 233-1471
800-960-5551

Page 2 of 5

VII.

EMPLOYERS are jointly and severally liable for all damages of petitioner under the General Maritime Law.

VIII.

Because EMPLOYERS have arbitrarily and capriciously failed to pay BROWN maintenance and cure, EMPLOYERS are liable to BROWN for punitive damages and attorneys fees along with all compensatory damages which are a consequence of the failure to pay maintenance and cure.

IX.

Petitioners are entitled to and request a trial by jury on all claims, issues and demands.

WHEREFORE, petitioner, EDDIE BROWN, prays for a trial by jury and for judgment in his favor, over and against GLOBAL SAFETY MEDICS, LLC, INC.; TIGER RENTALS, LTD d/b/a TIGER SAFETY; and THE MODERN GROUP, LTD for maintenance and cure, and monetary damages as alleged above, both general and special, in the full and true sum in the amounts reasonable in the premises to be proven at trial of the merits of this matter, and punitive damages, if warranted, in favor of petitioner, plus costs of these proceedings and legal interest from the date of judicial demand and all other equitable and just relief, and if proven, attorneys fees for any egregious failure to pay benefits due under the General Maritime Law.

AND FOR ALL GENERAL AND EQUITABLE RELIEF UNDER THE LAW.

Respectfully submitted:
THE GLENN ARMENTOR LAW CORPORATION

_____
W. COREY GRIMLEY, Bar No. 27487
GLENN J. ARMENTOR, Bar No. 2541
300 Stewart Street
Lafayette, Louisiana 70501
Tel. (337) 233-1471 Fax (337) 233-5655
Attorneys for Plaintiff



THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(337) 233-1471
800-960-5551

**PLEASE SERVE THE FOLLOWING DEFENDANTS:**

**GLOBAL SAFETY MEDICS, LLC**
which may be served through its Registered Agent for Service of Process:
Rick Controy or Glynn Leger, 714 E. Kaliste Saloom Rd., Ste B-2, Lafayette, LA 70508,

**TIGER RENTALS, LTD**
which may be served through its Registered Agent for Service of Process:
C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816

**THE MODERN GROUP, LTD.**
which may be served through its Registered Agent for Service of Process:
C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816



THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501
(337) 233-1471
800-960-5551

Page 4 of 5

| | |
|---|---|
| EDDIE BROWN | : 15TH JUDICIAL DISTRICT COURT |
| VERSUS | : DOCKET NUMBER: _____ |
| GLOBAL SAFETY MEDICS, LLC;<br>TIGER RENTALS, LTD d/b/a<br>TIGER SAFETY; AND<br>THE MODERN GROUP, LTD. | : LAFAYETTE PARISH, LOUISIANA |

## REQUEST FOR NOTICE

TO THE CLERK OF COURT OF THE PARISH OF LAFAYETTE, STATE OF LOUISIANA:

PLEASE TAKE NOTICE that W. COREY GRIMLEY and GLENN J. ARMENTOR, Attorneys for Plaintiff, EDDIE BROWN, do hereby request written notice of the date of trial of the above matter, as well as notice of hearings (whether on merits or otherwise), orders, judgment, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the court, as provided in Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913, and 1914.

        Respectfully submitted:
        THE GLENN ARMENTOR LAW CORPORATION

        _____
        W. COREY GRIMLEY, Bar No. 27487
        GLENN J. ARMENTOR, Bar No. 2541
        300 Stewart Street
        Lafayette, Louisiana 70501
        Tel. (337) 233-1471 Fax (337) 233-5655
        Attorneys for Plaintiff

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501
(337) 233-1471
800-960-5551

Page 5 of 5

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet – LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed for the petitioner, counsel's authorized representative, or by the self represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suite Caption:** *Eddie Brown vs. Global Safety Medics, LLC, Tiger Rentals, LTD d/b/a Tiger Safety and The Modern Group, LTD.*

Court: 15th Judicial District Court  Docket No.: _____

Parish Filing: Lafayette  Filing Date: 2/5/18

Name of Lead Petitioner's Attorney: W. Corey Grimley

Name of Self - Represented Litigant: _____

Number of petitioners: 1   Number of defendants: 3

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- __Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Other Professional Malpractice
- X_ Maritime
- __ Wrongful Death
- __ General Negligence

- __ Auto: Property Damage
- __Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/ Wrong Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:
Maintenance and Cure claim for work injuries to Jones Act seaman.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: W. Corey Grimley   Signature _____

Address: The Glenn Armentor Law Corp., 300 Stewart Street, Lafayette, LA 70501

Phone Number: 337-233-1471   E-mail address: cgrimley@glennarmentor.com

| | |
|---|---|
| EDDIE BROWN | : 15TH JUDICIAL DISTRICT COURT |
| VERSUS | : DOCKET NUMBER: _____ |
| GLOBAL SAFETY MEDICS, LLC; TIGER RENTALS, LTD d/b/a TIGER SAFETY; AND THE MODERN GROUP, LTD. | : LAFAYETTE PARISH, LOUISIANA |

### REQUEST FOR NOTICE

TO THE CLERK OF COURT OF THE PARISH OF LAFAYETTE, STATE OF LOUISIANA:

PLEASE TAKE NOTICE that W. COREY GRIMLEY and GLENN J. ARMENTOR, Attorneys for Plaintiff, EDDIE BROWN, do hereby request written notice of the date of trial of the above matter, as well as notice of hearings (whether on merits or otherwise), orders, judgment, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the court, as provided in Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913, and 1914.

Respectfully submitted:
THE GLENN ARMENTOR LAW CORPORATION

W. COREY GRIMLEY, Bar No. 27487
GLENN J. ARMENTOR, Bar No. 2541
300 Stewart Street
Lafayette, Louisiana 70501
Tel. (337) 233-1471 Fax (337) 233-5655
Attorneys for Plaintiff

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(337) 233-1471
800-960-5551

Page 5 of 5