UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This document relates to: | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |
| *Wilfred Gallardo, Jr. v. BP Exploration & Prod., Inc., et al* *Case No. 2:16-cv-03834* | |

## DECLARATION OF WILFRED GALLARDO, JR.

New Orleans, Louisiana
December 3, 2018

I, Wilfred Gallardo, Jr., a full age of majority resident of the Parish of Jefferson, State of Louisiana, who in response to this Honorable Court's November 29, 2018 Order (Rec. Doc. 25198) to explain (1) whether Gallardo actually signed the PTO 65 statement on July 9, 2018 as represented by that document (Rec. Doc. 24713-6 at p. 5) and (2) why Gallardo failed to respond to PTO 65 by the April 11, 2018 deadline, state the following:

I was required to answer questions which were ultimately filed in this matter as my PTO 65 Verified Statement which is Record Document 24713-6 in this matter.

The questions which I answered in my PTO 65 Verified Statement (Rec. Doc. 24713-6) sought information which had been previously provided to BP and the Neutrals when I was represented by my previous attorney, Mr. Kenny Charbonnet, Esq., who is deceased. The information was previously provided in the following: my Sworn Statement dated April 18,

2016 which is Record Document 24713-29 in this matter; my Direct Filing Short Form dated January 12, 2011 which is Record Document 24713-30 in this matter; my Plaintiff Fact Sheet dated November 17, 2010 which is Record Document 24713-31 in this matter; and my Optional OSLTF Claim Form dated November 22, 2010 which is Record Document 24713-32 in this matter.

My signature found on page 5 of the document titled "Exhibit A" which is Record Document 24713-6 is a Xeroxed copy of my signature which my attorney used because I was unavailable to personally sign the document on July 9, 2018 and it was urgent that my counsel take responsive action in response to my claim being dismissed. Declarant further states that he had no opposition to the use of his Xeroxed signature on Exhibit A due to his unavailability to come to the law office personally on July 9, 2018 when the document was submitted.

Declarant refers this Court to the copy of the original affidavit in support of presentation to verify the authenticity of my signature which was offered with my PTO 65 Statement. This affidavit in support of presentation was originally signed by me and notarized by Melvin Burmaster. The document was attached to my PTO 65 response and can be found at Rec. Doc. 24713-6 at pp. 9-10.

I, Wilfred Gallardo, Jr., did not respond to PTO 65 timely because the May 25, 2018 Show Cause Order was not served upon myself or my counsel. In support of this, Record Document 24713-2 was offered with my Motion to Alter or Amend Judgment. It is a print out from File & ServeXpress which shows all of the matters uploaded to File & ServeXpress for May 25, 2018 and the Show Cause Order of this Court is missing. Attached here is a copy of my PTO 65 Verified Statement executed today.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

3rd day of December, 2018, at New Orleans, Louisiana.

_____
WILFRED GALLARDO, JR.,
DECLARANT

_____
Modesta Brown, Witness 1

_____
Stacy Boudreaux, Witness 2

SWORN TO AND SUBSCRIBED THIS 3rd DAY OF DECEMBER, 2018.

_____
Hunter Harris, Notary Public, LSBA No. 26652
My Notary Commission expires upon death.