**EXHIBIT A**

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 No. 10-MD-2179 ||||
|---|---|---|---|
| PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS) ||||
| Last Name <br> Gallardo | First Name <br> Wilfred | Middle Name/Maiden | Suffix <br> Jr. |
| Business Name | | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) <br> 0785 ||
| MDL 2179 Member Case Number <br> 16-03834 | | Attorney Name and Firm <br> Darleen Jacobs <br> Jacobs, Sarrat, Lovelace & Harris ||

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

1

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

See attached

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Land heavily oiled by BP oil + left foot print in St. Bernerd Parish.

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

Aggravated the land and residue from
BP oil is still present on the land. The
land has not been remedied by BP or
anyone.

**Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)

_Not at this time ._

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: _December 3_ , 2018

Location (City and State): _New Orleans, LA_

_[signature]_

Signature of Plaintiff*

*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

_Wilfred Gallardo Jr._

Print Name

Title/Position (if signed on behalf of a business or other entity)

**The verified statement, must be filed into the record of the plaintiff's <u>individual lawsuit</u> (as opposed to the master docket for MDL 2179) no later than <u>April 11, 2018</u>.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL 2179 |
| | SECTION J |
| | JUDGE BARBIER |
| | MAG JUDGE SHUSHAN |

## PRESENTMENT UNDER THE OIL POLLUTION ACT

Presentment under the Oil Pollution Act is now made by the undersigned presenter, through counsel, to the BP Claims Program for "Coastal real property damage" and "Wetlands real property damages" in connection with the oil spill by the oil rig "Deepwater Horizon" in accordance with the written communication of December 13, 2012 from the MDL 2179 Plaintiffs' Steering Committee.

The Presenter: Wilfred Gallardo, Jr., 1409 Velma, Metairie, Louisiana 70001, for property located in St. Bernard Parish, Louisiana.   Presenter is an owner of a 100% undivided interest in the property which wase and remains affected by the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 and for which the Presenter makes claim against BP.

### Property Description

A certain lot of ground together with all the building and improvements thereon and all of the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining situated in the Parish of St. Bernard, State of Louisiana, designated as Lot 17, located in Sections 19, 20 and 30, Township 14 South, Range 15 East, St. Bernard, Louisiana, Swift Subdivision, containing approximately 64 acres, more or less.

1

This presentment makes demand for a "sum certain" in the amount of $4,150,000 which is computed in accordance with the *Order and Reasons* of December 21, 2012, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, R. Doc. 8138 at page 14:

> The framework includes areas where oil was observed ("Category A") and areas where no oil was observed ("Category B"). Parcels in Category A receive compensation of (i) $25,000 for every acre of Oiled Primary Area (extending 50 feet inland) (ii) $10,000 for every acre of Buffer Area (extending 30 feet further inland); and (iii) $11,000 for every acre of Non-Oiled Primary Area (extending 30 feet inland from SCAT zones that do not contain the presence of oil.) An RTP of 2.5 also applies.

The Property is located in Economic Loss Settlement Zone A. The Property consists of marsh subject to tidal ebb and flow. Oil was observed on the Property. The resulting calculation based on the formulae in *Order and Reasons* is 64 (acres) X $25,000 X 2.5 = $4,000,000.

This presentment sets forth the following written description of damages, in accordance with the *Order and Reasons* of December 21, 2012, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, R. Doc. 8138 at page 14, which includes the damages recognized under 33 USC 2702(a)(2)(B),(E) including but not limited to, the damages for injury to, or economic losses resulting from destruction of, real or personal property, due to the contamination of the shoreline of the Property by the oil discharged from the Oil Rig "Deepwater Horizon" together with Damages equal to the loss of profits or impairment of earning capacity due to the injury, destruction, or loss of real property, personal property, or natural resources, which has occurred due to the contamination of the Property by the oil discharged from the Oil Rig "Deepwater Horizon," and loss of enjoyment and use.

2

Presentment is made for $150,000 for remediation and loss of plant and animal life.

The Presenter documents the losses as follows:

Sworn Affidavit of Wilfred Gallardo, Jr.

For the Presenter,

JACOBS, SARRAT, LOVELACE & HARRIS

823 St. Louis Street

New Orleans, Louisiana 70112

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater
Horizon" in the Gulf of Mexico, on
April 20, 2010

This document relates to:

No. 12-970, Bon Secour Fisheries, Inc. et al

v. BP Exploration & Production Inc et al

and All Actions

MDL 2179

Section J

Judge Barbier

Mag. Judge Shushan

*****************************************************************************

## AFFIDAVIT IN SUPPORT OF PRESENTMENT

STATE OF LOUISIANA

PARISH OF ORLEANS

Before me, undersigned authority and notary public commissioned in and for the state of
Louisiana, appeared WILFRED GALLARDO JR. (Affiant) who after being sworn did depose
and say:

1. Affiant has an ownership interest in property located on the Gulf of Mexico, in the
   state of Louisiana, Parish of St. Bernard, more particularly described as Sec. 19, 20
   and 30 Township 14 South Range 15 East consisting of ___64___ acres as
   per the 2010 appraised value of the Property.
2. The Property shoreline includes environmentally sensitive areas.
3. Affiant personally observed the Property was contaminated by oil and petroleum
   residue which Affiant is informed resulted from the oil spill by the oil rig Deepwater
   Horizon in the Gulf of Mexico on April 20, 2010.
4. The Property suffered stigma damages as a result of contamination by oil and
   petroleum residue resulting from the oil spill by the oil rig Deepwater Horizon in the
   Gulf of Mexico on April 20, 2010.
5. Affiant suffered inconvenience resulting from loss of use of the Property due to
   contamination by oil and petroleum residue resulting from the oil spill by the oil rig
   Deepwater Horizon in the Gulf of Mexico on April 20, 2010.
6. The Property requires remediation and clean-up.

7.  Affiant previously filed a written description of the claim with the U.S. District Court, Eastern District of Louisiana, through Jacobs, Sarrat, Lovelace & Harris, 823 St.Louis Street, New Orleans, Louisiana 70112.

The Affiant read the foregoing statements and declared the foregoing statements to be true, to the best of Affiant's knowledge and belief.

_____
WILDRED GALLARDO JR.

_____
NOTARY PUBLIC LSBA/LaNotary
My Commission is for