UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE WILKINSON

This document relates to:

*Wilfred Gallardo, Jr. v. BP Exploration & Prod., Inc., et al*
Case No. 2:16-cv-03834

## DECLARATION OF DARLEEN M. JACOBS, ESQ.

New Orleans, Louisiana
December 3, 2018

    I, Darleen M. Jacobs, Esq., a full age of majority resident of the Parish of Orleans, State of Louisiana, who in response to this Honorable Court's November 29, 2018 Order (Rec. Doc. 25198) to explain (1) whether Gallardo actually signed the PTO 65 statement on July 9, 2018 as represented by that document (Rec. Doc. 24713-6 at p. 5) and (2) why Gallardo failed to respond to PTO 65 by the April 11, 2018 deadline, state the following:

    I was required to answer questions which were ultimately filed in this matter as my PTO 65 Verified Statement which is Record Document 24713-6 in this matter.

    The questions which Wilfred Gallardo, Jr. answered in his PTO 65 Verified Statement (Rec. Doc. 24713-6) sought information which had been previously provided to BP and the Neutrals when Mr. Gallardo was represented by his previous attorney, Mr. Kenny Charbonnet, Esq., who is deceased. The information was previously provided in the following: Gallardo's

Sworn Statement dated April 18, 2016 which is Record Document 24713-29 in this matter; Gallardo's Direct Filing Short Form dated January 12, 2011 which is Record Document 24713-30 in this matter; Gallardo's Plaintiff Fact Sheet dated November 17, 2010 which is Record Document 24713-31 in this matter; and Gallardo's Optional OSLTF Claim Form dated November 22, 2010 which is Record Document 24713-32 in this matter.

Mr. Gallardo's signature found on page 5 of the document titled "Exhibit A" which is Record Document 24713-6 is a Xeroxed copy of his signature. Mr. Gallardo was unavailable to personally sign the document on July 9, 2018 and it was urgent that responsive action be taken in response to his claim being dismissed.

Declarant refers this Court to the copy of the original affidavit in support of presentation to verify the authenticity of Mr. Gallardo's signature which was offered with his PTO 65 Statement. This affidavit in support of presentation was originally signed by Mr. Gallardo and notarized by Melvin Burmaster. The document was attached to Mr. Gallardo's PTO 65 response and can be found at Rec. Doc. 24713-6 at pp. 9-10. Because Mr. Gallardo was unavailable a copy of his signature from this document was used for purposes of executing the PTO 65 statement on July 9, 2018 (Rec. Doc. 24713-6 at p. 5).

Mr. Gallardo did not respond to PTO 65 timely because the May 25, 2018 Show Cause Order was not served upon him or myself. In support of this, Record Document 24713-2 was offered with the Motion to Alter or Amend Judgment. It is a print out from File & ServeXpress which shows all of the matters uploaded to File & ServeXpress for May 25, 2018 and the Show Cause Order of this Court is missing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of December, 2018, at New Orleans, Louisiana.

_____
DARLEEN M. JACOBS, ESQ.,
DECLARANT

_____
Modesta Brown, Witness 1

_____
Stacy Boudreaux, Witness 2


SWORN TO AND SUBSCRIBED THIS 3rd DAY OF DECEMBER, 2018.

_____
Hunter Harris, Notary Public, LSBA No. 26652
My Notary Commission expires upon death.