UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| ENVIRO TECH SYSTEMS, LLC | * | CIVIL ACTION No. 2:18-cv-11120-CJB-JCW |
| VERSUS | * | SECTION J |
| BP A/K/A BRITISH PETROLEUM DEEPWATER HORIZON | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**MOTION TO ENROLL
TO CORRECT CIVIL DOCKET ENTRY**

**COMES NOW,** the Plaintiff, ENVIRO TECH SYSTEMS, LLC, by and through its Attorney of Record, Eugene J. Hoffman, IV, LA Bar 25710, and files this, its Motion To Enroll To Correct Civil Docket Entry as styled above. Please be advised that my office has been retained, as of the date set forth in the Complaint, to represent Plaintiff in the matter referenced above. Please send all future correspondence in this matter to my registered email address, gene.hoffman210@gmail.com.

Please note that Richard Alvin Tonry, II is a partner with the Law Firm and is my current employer. As such he filed the Complaint with my consent. I, Eugene J. Hoffman, IV shall be Lead Counsel of Record. Please consider this motion as my formal enrollment and appearance as Counsel of Record. Please forward me any pleadings in this matter.

THIS THE 30TH DAY OF NOVEMBER, 2018.

    Respectfully Submitted,

    s/ Eugene J. Hoffman, IV
    Eugene J. Hoffman, IV, LA Bar: 25710
    Tonry, Brinson & Glorioso, LLC
    Attorney for Plaintiff
    Enviro Tech Systems, LLC
    305 Reese St.
    Bay St Louis, MS 39520
    228-323-3330
    Gene.hoffman210@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| ENVIRO TECH SYSTEMS, LLC | * | CIVIL ACTION No. 2:18-cv-11120-CJB-JCW |
| VERSUS | * | SECTION J |
| BP A/K/A BRITISH PETROLEUM DEEPWATER HORIZON | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**ORDER TO ENROLL
TO CORRECT CIVIL DOCKET ENTRY**

**THIS CAUSE,** is before the Court on a Motion of the Plaintiff, ENVIRO TECH SYSTEMS, LLC, by and through its Attorney of Record, Eugene J. Hoffman, IV, LA Bar 25710, who filed a Motion to Enroll to Correct Civil Docket Entry as styled above. The Court being fully advised in the premises, does hereby find that said Motion is well-taken and should be and is hereby Granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Attorney Eugene J. Hoffman, IV, shall be Lead Counsel of Record for the Plaintiff, as employed by the Law Firm of Tonry, Brinson and Glorioso.

SO ORDERED, THIS THE _____ DAY OF _____, 2018.

_____
JUDGE