UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| ENVIRO TECH SYSTEMS, LLC | * | CIVIL ACTION No. 2:18-cv-11120-CJB-JCW |
| VERSUS | * | SECTION J |
| BP A/K/A BRITISH PETROLEUM DEEPWATER HORIZON | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## ORDER TO ENROLL
## TO CORRECT CIVIL DOCKET ENTRY

**THIS CAUSE**, is before the Court on a Motion of the Plaintiff, ENVIRO TECH SYSTEMS, LLC, by and through its Attorney of Record, Eugene J. Hoffman, IV, LA Bar 25710, who filed a Motion to Enroll to Correct Civil Docket Entry as styled above. The Court being fully advised in the premises, does hereby find that said Motion is well-taken and should be and is hereby Granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Attorney Eugene J. Hoffman, IV, shall be Lead Counsel of Record for the Plaintiff, as employed by the Law Firm of Tonry, Brinson and Glorioso.

SO ORDERED, THIS THE _____ DAY OF _____, 2018.

_____
JUDGE