AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Joseph Cannistra | ) |
| _Plaintiff/Petitioner_ | ) |
| v. | ) Civil Action No. MDL 2179 / 2:12-CV-3048 J(2) |
| Oil Spill by the Oil Rig "Deepwater Horizen" et al | ) |
| _Defendant/Respondent_ | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __n/a__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Mezza Luna Pizza off the Square 402 N. Second Street, Pulaski, Tennessee 38478

My gross pay or wages are: $ __400.00__, and my take-home pay or wages are: $ __400.00__ per (specify pay period) __month__.

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

The Incom from my work is my business, profession, or my self-employment

____ Fee ____
____ Process ____
__X__ Dktd ____
____ CtRmDep ____
____ Doc. No. ____

TENDERED FOR FILING

DEC 03 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

[Filed stamp: DEC 03 2018, WILLIAM W. BLEVINS CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA]

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____88.18__ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I own a 1989 Cadillac , and a 1997 Chevy Lumina.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Electric Bill about $300.month

Gas and water about $200. month

Phone Bill $129.36 month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

E. M. step daughter
L. C. daughter

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Mortgage Payment $ 688. Month

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: ____11/28/2018____        _____[signature]_____
                                          *Applicant's signature*

                                          ____Joseph Cannistra____
                                               *Printed name*

T. CANNISTRA
1247 E. College ST
Palaski, Tennessee 38478

U.S. District Court Clerk
500 Poydras ST Room C151
New Orleans, LA. 70130