MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 7, 2018

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination letter concerning the appeal as to Willie Slater, Claim No. 201*******, denying his claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator. No basis requiring a different result has been provided. The appeal is untimely by more than one year. Even if timely filed, however, the reasons supporting the requirements of having received prior payment of a Deepwater Horizon Economic and Property Damages Settlement ['DHEPDS'] claim or from a neutrals settlement and compliance with Pretrial Order No. 60 are set out in detail in In re Oil Spill by the Oil Rig "Deepwater Horizon",

MJSTAR:  0:50

No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018).  In addition, the United States Court of Appeals for the Fifth Circuit has recently affirmed the validity, enforceability and requirement of compliance with Pretrial Order No. 60 in <u>In Re: Deepwater Horizon</u>, ("Eduardo Pineiro Perez v. BP, P.L.C. et al." and consolidated cases), 713 F. App'x 360, 363 (5th Cir. 2018). This claimant has failed to comply with these requirements.

                    JOSEPH C. WILKINSON, JR.
                    UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**