**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J(2) |
| *No. 18-11120, Enviro Tech Systems, LLC v. BP* | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

<u>**ORDER**</u>

Considering the Motion to Enroll to Correct Civil Docket Entry (Rec. Doc. 25207),

IT IS ORDERED that Eugene J. Hoffman, IV of Tonry, Brinson & Glorioso, LLC be enrolled as Lead Attorney of record for the plaintiff Enviro Tech Systems, LLC.

Regarding counsel's request that all future correspondence be sent to his email address, the Court directs counsel's attention to the First Amended Pretrial Order No. 12 (Rec. Doc. 18627), governing electronic service of documents in the MDL.

New Orleans, Louisiana, this 7th day of December, 2018.

_____
United States District Judge