UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG     MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010     SECTION "J"

THIS DOCUMENT RELATES TO:     JUDGE BARBIER
    MAG. JUDGE WILKINSON
Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

## ORDER

The minute entry concerning the appeals of Larry and Kelly Tapp, Claim No. A94* * * * * * *; Keith Fabre, Claim No. 8FF* * * * * * *; Ned Naquin, Claim No. 92B* * * * * * *; John Forester, Claim No. D3D* * * * * * *; Gerard Comeaux, Claim No. 5D7* * * * * * *; Peter Casbarian, Claim No. 26E* * * * * * *; Mark Dawson, Claim No. 3C8* * * * * * *; Kerry Lauricella, Claim No. 946* * * * * * *; Kevin and Kelly Poteet, Claim No. 9E6* * * * * * *; Kirk Fabre, Claim No. C62* * * * * * *; George Bezmalinovic, Claim No. EBB* * * * * * *; and Dale Lebrun, Claim No. 1E6* * * * * * *, Record Doc. No. 25204, contains a typographical error in the first footnote. The footnote should read: "I note that this claim number applies to three (3) pieces of property owned by the Tapp claimants and listed as separate item numbers on the Claims Administrator's cases pending spreadsheet. <u>This order is equally applicable to each appeal concerning those pieces of property.</u>"

New Orleans, Louisiana, this   7th   day of December, 2018.

*[signature]*

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**AND**
**HESI/TRANSOCEAN CLAIMS ADMINISTRATOR**