IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-30933
_____

In re: Deepwater Horizon

-------------------------------------------------

SCOTT A. PORTER,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

**A True Copy**
**Certified order issued Nov 13, 2018**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of November 13, 2018, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT