# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

November 13, 2018

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 18-30933   In re: Deepwater Horizon  
                           USDC No. 2:10-MD-2179  
                           USDC No. 2:16-CV-4067

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____  
                           Allison G. Lopez, Deputy Clerk  
                           504-310-7702

cc w/encl:  
    Mr. Paul Allen Dominick  
    Mr. Don Keller Haycraft  
    Mr. George W. Hicks Jr.  
    Mr. Russell Keith Jarrett  
    Mr. James Andrew Langan  
    Mr. Aaron Lloyd Nielson  
    Mr. Matthew Regan  
    Mr. Devin Chase Reid  
    Mr. Kristopher Scott Ritter  
    Mr. Douglas M. Schmidt