# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 07, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-31177    In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

The joint designation of the record must be filed in the District Court within **14 days** from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. William W. Blevins
Mr. William Gray Chason
Mr. Don Keller Haycraft
Kristina Morgan Sanders Hofferber
Mr. James Andrew Langan
Mr. Devin Chase Reid