# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 23, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30912   In Re: Deepwater Horizon
                      USDC No. 2:10-MD-2179
                      USDC No. 2:16-CV-6071
                      USDC No. 2:16-CV-6200
                      USDC No. 2:16-CV-6696
                      USDC No. 2:16-CV-5533
                      USDC No. 2:16-CV-5541

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Nancy F. Dolly, Deputy Clerk
                                        504-310-7683

cc:  Mr. Jeffrey Bossert Clark Sr.
     Mr. Brent Wayne Coon
     Mr. Don Keller Haycraft
     Mr. George W. Hicks Jr.
     Mr. James Andrew Langan
     Mr. Kerry J. Miller
     Mr. Aaron Lloyd Nielson
     Mr. Matthew Regan
     Mr. Robert Alan York