IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 17-30122

———————————————

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:16-CV-6298
D.C. Docket No. 2:16-CV-6330
D.C. Docket No. 2:16-CV-7285

United States Court of Appeals
Fifth Circuit
**FILED**
October 18, 2018
Lyle W. Cayce
Clerk

In re: Deepwater Horizon

———————————

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

    Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

    Defendants - Appellees

———————————————

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

    Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

    Defendants - Appellees

_____

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

    Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana

Before KING, ELROD, and HAYNES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Nov 09, 2018

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit