# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 09, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

```
    No. 17-30122   In re: Deepwater Horizon
                   USDC No. 2:10-MD-2179
                   USDC No. 2:16-CV-6298
                   USDC No. 2:16-CV-6330
                   USDC No. 2:16-CV-7285
```

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Debbie T. Graham, Deputy Clerk

cc:
    Mrs. Caroline Elizabeth Adams
    Mr. Anthony G. Buzbee
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Don Keller Haycraft
    Mr. George W. Hicks Jr.
    Mr. Aaron Lloyd Nielson
    Mr. Matthew Regan