# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No.12-3048, Joseph Cannistra,* | * | |
| *Individually and on behalf of* | | **MAG. JUDGE WILKINSON** |
| *EGES Inc. d/b/a the "Gathering* | * | |
| *Restaurant" v. BP Exploration &* | | |
| *Production, Inc.* | | |

## ORDER

Considering the application and affidavit to proceed <u>in</u> <u>forma</u> <u>pauperis</u>,

**IT IS ORDERED** that:

☒    the motion is GRANTED; the party is entitled to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.

☐    the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐    the motion is DENIED; the party is not entitled to proceed <u>in</u> <u>forma</u> <u>pauperis</u>

for the listed reasons: _____

_____

_____

New Orleans, Louisiana, this 10th day of December, 2018.

_____
United States District Judge

2

**Note to Clerk: Mail a copy of this Order to**

**Joseph Cannistra**
**1247 E. College Street**
**Pulaski, Tennessee 38478**