UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION:  J |
| | * | |
| **Applies to:** *All Cases* | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Each year the Court has appointed or re-appointed attorneys to the Plaintiffs' Steering Committee ("PSC") for one-year terms. The most recent appointments to the PSC expired on September 30, 2018. (Rec. Doc. 23456). Considering the progress of the MDL, the Court finds it is unnecessary to appoint or re-appoint members to the PSC. The Court does, however, re-appoint **Stephen J. Herman** and **James Parkerson Roy** as Plaintiffs' Co-Liaison Counsel, effective October 1, 2018 through September 30, 2019.

New Orleans, Louisiana this 11th day of December, 2018.

_____
United States District Judge