UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J(2) |
| *No. 16-3834* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

In the Order of November 29, 2018 [Regarding the Motions for Reconsideration, Etc., of the PTO 65 Compliance Order] (Rec. Doc. 25198 at 6-7, 11-12), the Court reserved ruling on Wilfred Gallardo, Jr.'s Motion to Alter or Amend Judgment (Rec. Doc. 24713) and directed that he and his attorney file declarations under penalty of perjury explaining (1) whether Gallardo actually signed the PTO 65 statement submitted with the Motion to Alter or Amend Judgment and (2) why Gallardo failed to respond to PTO 65 by the April 11, 2018 deadline.

Gallardo and his attorney filed declarations on December 6, 2018. (Rec. Doc. 25206). They admit that the "signature on page 5 of . . . Record Document 24713-6 is a Xeroxed copy of [Gallardo's] signature which [Gallardo's] attorney used because [Gallardo] was unavailable to personally sign the document on July 9, 2018 and it was urgent that [Gallardo's attorney] take responsive action in response to my claim being dismissed." (Rec. Doc. 25206 at 2). They also state that Gallardo "did not

respond to PTO 65 timely because the May 25, 2018 Show Cause Order was not served upon [Gallardo] or [Gallardo's] counsel." (Rec. Doc. 25206 at 2).

PTO 65 explicitly stated that "[t]he plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form." (Rec. Doc. 23825-1 at 1; *see also* Rec. Doc. 23825-1 at 5, Rec. Doc. 23825 at 3). This was not done. Furthermore, the declarations do not explain why Gallardo failed to respond to PTO 65 by the April 11, 2018 deadline. As the Court noted in the November 29th Order, Gallardo's attorney was served with PTO 65 on January 11, 2018. (*See* Rec. Doc. 25198 at 6-7). PTO 65 and the attached Exhibit stated four times that responses were due by April 11, 2018. (Rec. Doc. 23825 at 1, 3; Rec. Doc. 23825-1 at 1, 5). The fact that Gallardo's attorney was not served with the Show Cause Order—which issued *after* the April 11 deadline—does not explain why Gallardo failed to timely respond to PTO 65.

Accordingly,

IT IS ORDERED that Motion to Alter or Amend Judgment (Rec. Doc. 24713) is DENIED with respect to Wilfred Gallardo, Jr. and his claims shall remain DISMISSED.[1]

New Orleans, Louisiana, this 11th day of December, 2018.

_____
United States District Judge

---

[1] The Court already denied the Motion to Alter or Amend Judgment with respect to Gilbert Johnson, Cornelius Johnson, and Patricia Bailey. (Rec. Doc. 25198 at 11).