**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| This Document Relates To: | * | |
| *All Claims In Pleading Bundle B3* | * | **MAG. JUDGE WILKINSON** |
| | * | |
| | * | |

**MOTION OF DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP") FOR ENTRY OF AN ORDER RELATING TO THE DISPOSAL OF CERTAIN MATERIALS**

BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP"), through their undersigned counsel, respectfully move this Court for an Order in the form submitted herewith, revising the requirements of ¶14 of Pretrial Order #1 ("PTO 1 ¶14") related to preservation and authorizing the authorizing the disposal of certain materials.

December 12, 2018                              Respectfully submitted,


                                              */s/ Don Haycraft*
                                              Don Haycraft (Bar #14361)
                                              R. Keith Jarrett (Bar #16984)
                                              **LISKOW & LEWIS**
                                              One Shell Square
                                              701 Poydras Street, Suite 5000
                                              New Orleans, Louisiana 70139-5099
                                              Telephone:  (504) 581-7979
                                              Fax No.  (504) 556-4108

                                              Matthew T. Regan, P.C.
                                              (matthew.regan@kirkland.com)
                                              A. Katrine Jakola, P.C.
                                              (katie.jakola@kirkland.com)
                                              J. Andrew Langan, P.C.
                                              (andrew.langan@kirkland.com)
                                              Christina L. Briesacher
                                              (christina.briesacher@kirkland.com)
                                              Vanessa Barsanti
                                              (vanessa.barsanti@kirkland.com)
                                              **KIRKLAND & ELLIS LLP**
                                              300 North LaSalle
                                              Chicago, IL 60654
                                              Telephone:  (312) 862-2000

                                              *Attorneys for BP America Production Company and*
                                              *BP Exploration & Production Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of December 2018.

*/s/ Don Haycraft*
Don Haycraft