UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | \* \* \* \* | MDL NO. 2179 |
| | \* | SECTION J |
| | \* | JUDGE BARBIER |
| **This Document Relates To:** *All Claims In Pleading Bundle B3* | \* \* \* \* | MAG. JUDGE WILKINSON |

**ORDER REGARDING THE DISPOSAL OF CERTAIN MATERIALS IN THE CUSTODY AND CONTROL OF DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP")**

WHEREAS, this Multi-District Litigation ("MDL") was instituted on August 10, 2010; and

WHEREAS, on April 4, 2016, this Court entered a Consent Decree (Rec. Doc. 16093) and a Final Judgment (Rec. Doc. 16095) resolving all claims between BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP"), the United States, and the States of Alabama, Florida, Louisiana, Mississippi, and Texas; and

WHEREAS, Paragraph 14 of Pretrial Order No. 1 (Rec. Doc. 2) ("PTO 1") provides that all parties are required to preserve evidence that may be potentially relevant to this action; and

WHEREAS, this Court recognizes the extremely limited value of requiring BP to continue to maintain certain samples that are no longer amenable to analysis; and

WHEREAS, certain samples have been analyzed, and such data and data analysis is, and will remain, available for review; and

WHEREAS, this Court has expressed an interest in helping to ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to their benefits; and

WHEREAS, BP seeks here to reduce unnecessary costs in its storage of certain materials;

THEREFORE, in light of the status of litigation, the existence of data and data analysis currently preserved and available, and the continuing preservation of certain samples that have not yet been analyzed and are relevant to ongoing litigation, but also conforming to the requirement that the Court ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to the benefits of such discovery and preservation obligations, it is hereby ORDERED that BP's Motion is GRANTED and that:

1. BP may dispose of the sample materials as set forth in Exhibit A;

2. It is FURTHER ORDERED that BP shall delay disposal of these materials until it has fulfilled, at the requestor's expense, all good faith requests for a reasonable amount of the materials that are pending as of the date of this order, or that are received by BP within 20 days of the date of this order ("timely requests"), provided that such requests are received from parties with pending claims related to this proceeding.

IT IS SO ORDERED this _____ day of _____ 2018, at New Orleans, Louisiana.

_____
Honorable Carl J. Barbier
United States District Judge