IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to : | * | Honorable CARL J. BARBIER |
| 13-CV-6015, Zadeh v. Feinberg, et al. | * * * | Magistrate Judge WILKINSON |

**NOTICE OF FILING OF SUPPLEMENTATION OF DISTRICT COURT RECORD**

Defendants-Appellees Kenneth R. Feinberg and the Gulf Coast Claims Facility ("Defendants") hereby supplement this Court's record with documents that were filed in *Zadeh v. Feinberg*, No. 8:12-ap-00771 (M.D. Fla.), including related proceedings before the Judicial Panel on Multidistrict Litigation, before the matter was transferred to MDL 2179. *See* Exhs. 1–39 (tabulated below). These documents are entered into the record in MDL 2179 for purposes of designating them for the record on appeal in *Zadeh v. Feinberg*, No. 18-31076 (5th Cir.) (appeal from No. 2:13-cv-06015 (E.D. La.)).

Defendants certify that they sought consent from Plaintiff-Appellant Naussera N. Zadeh ("Plaintiff") for supplementation of the district court record, but were unable to establish contact after making reasonable efforts. *See* Dec. 17, 2018 S. Schwartz Decl. (Exh. 40). Defendants were unable to identify Plaintiff's telephone number or e-mail address in the record or to obtain that information from other public sources. Defendants therefore provided their proposed supplementation to Plaintiff by Federal Express at the mailing address reflected in the docket. *See id.*; *see also* Dec. 6, 2018 Ltr. S. Schwartz to N. Zadeh (Exh. 41). Defendants requested that

1

Plaintiff respond by telephone. Delivery was confirmed on December 11, 2018. However, Defendants have received no contact from Plaintiff.

Defendants therefore add the following documents to the record in MDL 2179.

*Counsel Listed on the Final Page*

**Index of Relevant Docket Entries:** *Zadeh v. Feinberg*, **No. 8:12-ap-00771 (Bankr. M.D. Fla.)**

| Ex. No. | Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|---|
| 1. | 8:12-ap-00771-CPM | 1 | 08/17/2012 | Complaint by Naussera N Zadeh against Kenneth R Feinberg, Gulf Coast Claim Facility Administrator. Filing Fee Not Required. Nature of Suit: [14 (Recovery of money/property - other)]. (Bernadette) (Entered: 08/21/2012) |
| 2. | 8:12-ap-00771-CPM | 3 | 09/19/2012 | Request *To Reissue Summons in an Adversary Proceeding Issued on Defendants by Error of the Clerk of Court* Filed by Plaintiff Naussera N Zadeh. (Bernadette) Modified on 10/10/2012 (Bernadette). (Entered: 09/27/2012) |
| 3. | 8:12-ap-00771-CPM | 6 | 10/09/2012 | Amended Complaint Nature of Suit: 14 (Recovery of money/property - other) by Naussera N Zadeh against Golf Coast Claim Facility ("GCCF"), Kenneth R. Feinberg Administrator/s: Administrators/s or Representative/s & or Successors for ('BP") Settlement Agents:, Deep Water Horizon Economic Claim Center. (related document(s)1). (Bernadette) (Entered: 10/31/2012) |
| 4. | 8:12-ap-00771-CPM | 4 | 10/26/2012 | Notice of Preliminary Hearing on Plaintiff's Request To Reissue Summons in an Adversary Proceeding Issued on Defendants by Error of the Clerk of Court. Hearing scheduled for 12/5/2012 at 03:30 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. (Bernadette) (Entered: 10/26/2012) |

| Ex. No. | Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|---|
| 5. | 8:12-ap-00771-CPM | 5 | 10/28/2012 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 4)). Notice Date 10/28/2012. (Admin.) (Entered: 10/29/2012) |
| 6. | 8:12-ap-00771-CPM | 11 | 12/05/2012 | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Naussera Zadeh; Kelly Ballard; Timothy Perenich for Debtor; William Faulkner & Sarah Richardson for Pinellas County Tax Collector; Christina LeBlanc for Pinellas County Property Appraiser; Marsha Rydberg for Brian & Debra Bolves; Eric Adams for Gulf Coast Claim Facility... **RULING:** Request To Reissue Summons in an Adversary Proceeding Issued on Defendants by Error of the Clerk of Court Filed by Plaintiff Naussera N Zadeh. (Lewis, Bernadette) Modified on 10/10/2012 (Doc #3)... **GRANTED; COURT TO ISSUE ALIAS SUMMONS...BENCH ORDER SIGNED...** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court**. (Dkt) (Entered: 12/10/2012) |
| 7. | 8:12-ap-00771-CPM | 7 | 12/07/2012 | Order *Granting Motion to Reissue Summons* (related document(s)3). Signed on 12/7/2012 (Bernadette) (Entered: 12/07/2012) |
| 8. | 8:12-ap-00771-CPM | 8 | 12/07/2012 | Service of Previously Entered Order/Notice via Bankruptcy Noticing Center. Title of Previously Entered Document: Order Granting Motion to Reissue Summons Entered on the Docket December 7, 2012 (related document(s)7). (Bernadette) (Entered: 12/07/2012) |
| 9. | 8:12-ap-00771-CPM | 10 | 12/09/2012 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 8)). Notice Date 12/09/2012. (Admin.) (Entered: 12/10/2012) |

| Ex. No. | Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|---|
| 10. | 8:12-ap-00771-CPM | 12 | 06/14/2013 | Alias Summons Issued on Gulf Coast Claim Facility c/o Kenneth R. Feinberg, Administrator Date Issued 6/14/2013, Answer Due 7/15/2013 . (Bernadette) (Entered: 06/14/2013) |
| 11. | 8:12-ap-00771-CPM | 13 | 06/14/2013 | Alias Summons Issued on Gulf Coast Claim Facility c/o Kenneth R. Feinberg, Administrator Date Issued 6/14/2013, Answer Due 7/15/2013 . (Bernadette) (Entered: 06/14/2013) |
| 12. | 8:12-ap-00771-CPM | 14 | 06/21/2013 | Second Amended Complaint Nature of Suit: 14 (Recovery of money/property - other) by Naussera N Zadeh against Deep Water Horizon Economic Claim Center, Kenneth R Feinberg, Gulf Coast Claim Facility c/o Kenneth R. Feinberg, Administrator. (related document(s)6). (Bernadette) (Entered: 06/27/2013) |
| 13. | 8:12-ap-00771-CPM | 15 | 06/21/2013 | Alias Summons Service Executed on GCCF - Kenneth Feinberg, Administrator Filed by Defendant Gulf Coast Claim Facility c/o Kenneth R. Feinberg, Administrator (related document(s)13,14). (Bernadette) Modified on 6/27/2013 (Bernadette). (Entered: 06/27/2013) |
| 14. | 8:12-ap-00771-CPM | 16 (2 docs) | 07/15/2013 | Motion to Stay *Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation* Filed by Eric S Adams on behalf of Defendants Kenneth R Feinberg, Gulf Coast Claim Facility c/o Kenneth R. Feinberg, Administrator. (Attachments: # 1 TAB A) (Adams, Eric) (Entered: 07/15/2013) |
| 15. | 8:12-ap-00771-CPM | 17 | 08/09/2013 | Objection to *Conditional Transfer Order (CTO-87) and Notice of Related Actions; Motion to Vacate the Order (CTO-87); Motion to Termination and Remand and Memorandum of Law; Opposition of Removal from the Bankruptcy Court* Filed by Plaintiff Naussera N Zadeh (related document(s)16). (Lidia) (Entered: 08/14/2013) |

| Ex. No. | Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|---|
| 16. | 8:12-ap-00771-CPM | 18 | 09/06/2013 | Notice of Preliminary Hearing on Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation (related document(s)17, 16). Hearing scheduled for 10/8/2013 at 10:00 AM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. (Lidia) (Entered: 09/06/2013) |
| 17. | 8:12-ap-00771-CPM | 19 | 09/08/2013 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 18)). Notice Date 09/08/2013. (Admin.) (Entered: 09/09/2013) |
| 18. | 8:12-ap-00771-CPM | 20 | 09/17/2013 | Joinder *By Defendant "Deep Water Horizon Economic Claim Center" To Motion To Stay Proceedings Pending A Transfer Decision By The Judicial Panel On Multi District Litigation By Defendants Feinberg And Gulf Coast Claim Facility* Filed by Kenneth C. Grace on behalf of Defendant Deep Water Horizon Economic Claim Center (related document(s)16). (Grace, Kenneth) (Entered: 09/17/2013) |
| 19. | 8:12-ap-00771-CPM | 21 | 09/17/2013 | Notice of Appearance and Request for Notice as Additional Counsel Filed by J David Forsyth on behalf of Defendant Deep Water Horizon Economic Claim Center. (Forsyth, J) (Entered: 09/17/2013) |
| 20. | 8:12-ap-00771-CPM | 22 | 09/24/2013 | Ex Parte Motion to Appear pro hac vice *and Designation and Consent to Act* Filed by Eric S Adams on behalf of Defendants Kenneth R Feinberg, Gulf Coast Claim Facility c/o Kenneth R. Feinberg, Administrator. (Adams, Eric) (Entered: 09/24/2013) |

| Ex. No. | Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|---|
| 21. | 8:12-ap-00771-CPM | 23 | 09/25/2013 | Order Granting Motion To Appear pro hac vice. Upon completion of the required registration form, a temporary login and password will be issued. Filing privileges are limited to this case and any related adversary proceedings. The attorney is directed to file a statement notifying the Clerk when Attorneys involvement in this case is concluded - *William F. Sheehan, Esq. of the law firm Goodwin Procter, LLP on behalf of Defendants, Kenneth R. Feinberg and Gulf Coast Claims Facility* (Related Doc # 22). Service Instructions: Eric Adams is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) (Entered: 09/25/2013) |
| 22. | 8:12-ap-00771-CPM | 24 | 09/27/2013 | Ex Parte Motion to Appear pro hac vice *And Designation And Consent to Act* Filed by Kenneth C. Grace on behalf of Defendant Deep Water Horizon Economic Claim Center. (Grace, Kenneth) (Entered: 09/27/2013) |
| 23. | 8:12-ap-00771-CPM | 25 | 09/30/2013 | Order Granting Motion To Appear pro hac vice. Upon completion of the required registration form, a temporary login and password will be issued. Filing privileges are limited to this case and any related adversary proceedings. The attorney is directed to file a statement notifying the Clerk when Attorneys involvement in this case is concluded - *J. David Forsyth of the law firm, Sessions, Fishman, Nathan & Israel, LLC on behalf of Deep Water Horizon Economic Claim Center* (Related Doc # 24). Service Instructions: J Forsyth is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) (Entered: 09/30/2013) |

| Ex. No. | Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|---|
| 24. | 8:12-ap-00771-CPM | 26 | 10/01/2013 | Proof of Service of Order Granting Motion to Appear Pro Hac Vice. *re William F. Sheehan, Esq.* Filed by Eric S Adams on behalf of Defendants Kenneth R Feinberg, Gulf Coast Claim Facility c/o Kenneth R. Feinberg, Administrator (related document(s)23). (Adams, Eric) (Entered: 10/01/2013) |
| 25. | 8:12-ap-00771-CP | 27 | 10/02/2013 | Notice of Filing *Transfer Order from the Multidistrict Litigation Case* Filed by Eric S Adams on behalf of Defendants Kenneth R Feinberg, Gulf Coast Claim Facility c/o Kenneth R. Feinberg, Administrator. (Adams, Eric) (Entered: 10/02/2013) |
| 26. | 8:12-ap-00771-CPM | 28 | 10/04/2013 | Order Transferring Case to Eastern District of Louisiana. Service Instructions: Clerks Office to serve. (Sara M.) (Entered: 10/04/2013) |
| 27. | 8:12-ap-00771-CPM | 29 | 10/04/2013 | Proof of Service of Order Granting Motion to Appear Pro Hac Vice. Filed by Kenneth C. Grace on behalf of Defendant Deep Water Horizon Economic Claim Center (related document(s)25). (Grace, Kenneth) (Entered: 10/04/2013) |
| 28. | 8:12-ap-00771-CPM | 30 | 10/06/2013 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 28)). Notice Date 10/06/2013. (Admin.) (Entered: 10/07/2013) |

| Ex. No. | Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|---|
| 29. | 8:12-ap-00771-CPM | 31 | 10/08/2013 | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** NAUSSERA ZADEH.... **RULING:** Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation Filed by Eric S Adams on behalf of Defendants Kenneth R Feinberg, Gulf Coast Claim Facility c/o Kenneth R. Feinberg, Administrator. (Doc #16; Obj 17)... **JUDGE MCEWEN INFORMED THE DEBTOR THE HEARING HAD BEEN CANCELLED BECAUSE THE CASE WAS TRANSFERRED TO LOUISIANA....** Joinder By Defendant "Deep Water Horizon Economic Claim Center" To Motion To Stay Proceedings Pending A Transfer Decision By The Judicial Panel On Multi District Litigation By Defendants Feinberg And Gulf Coast Claim Facility Filed by Kenneth C. Grace on behalf of Defendant Deep Water Horizon Economic Claim Center (related document(s)16). (Grace, Kenneth) Doc #20 Order Transferring Case to Eastern District of Louisiana. Service Instructions: Clerks Office to serve. (Mason, Sara) Doc #28 HRG CANCELLED Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court**. (Dkt) (Entered: 10/10/2013) |
| 30. | 8:12-ap-00771-CPM | 32 | 12/06/2016 | Transcript Regarding Hearing Held 12-5-12 on Request to Reissue Summons in an Adversary Proceeding Issued on Defendants by Error of the Clerk of Court, filed by Plaintiff Naussera N. Zadeh; Modified on 10/10/2012 (Doc. #3). To purchase a copy of this transcript, please contact Johnson Transcription Service: 813-920-1466. Transcript access will be restricted through 03/6/2017. (Johnson Transcription Service) (Entered: 12/06/2016) |

| Ex. No. | Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|---|
| 31. | 8:12-ap-00771-CPM | 33 | 12/09/2016 | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent to Request Redaction of Transcript. Notice of Intent to Request Redaction of Transcript to be filed within 7 calendar days of the date of service of this notice, but an additional three days may be added if the notice is served by U.S. Mail(related document(s)32). (Lidia) (Entered: 12/09/2016) |
| 32. | 8:12-ap-00771-CPM | 34 | 12/11/2016 | BNC Certificate of Mailing. (related document(s) (Related Doc # 33)). Notice Date 12/11/2016. (Admin.) (Entered: 12/12/2016) |

**Index of Relevant Docket Entries:** *Zadeh v. Feinberg*, **FLM/8:12-ap-00771 (J.P.M.L.)**

| Ex. No. | Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|---|
| 33. | FLM/8:12-ap-00771 | 1 | 07/18/2013 | Conditional Transfer Order |
| 34. | FLM/8:12-ap-00771 | 3 | 07/25/2013 | Notice of Opposition to Conditional Transfer Order |
| 35. | FLM/8:12-ap-00771 | 5 | 07/29/2013 | Notice of Appearance |
| 36. | FLM/8:12-ap-00771 | 6 | 08/08/2013 | Motion and Brief to Vacate Conditional Transfer Order |
| 37. | FLM/8:12-ap-00771 | 7 | 08/12/2013 | Hearing Order |
| 38. | FLM/8:12-ap-00771 | 8 | 08/29/2013 | Response to Motion to Vacate CTO |
| 39. | FLM/8:12-ap-00771 | 9 | 10/02/2013 | Transfer Order |

Respectfully Submitted,

Stephen S. Schwartz
S<small>CHAERR</small> | J<small>AFFE</small> LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
sschwartz@schaerr-jaffe.com

*Counsel for Defendants-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 17th day of December, 2018.

I further certify that the above and foregoing, together with its attachments, will be served on Plaintiff by Federal Express:

Naussera N. Zadeh
428 Pasaje Ave.
Tarpon Springs, FL 34689

                                                  /s/  *Stephen S. Schwartz*
                                                  Stephen S. Schwartz
                                                  *Counsel for Defendants-Appellees*