# Exhibit 1

FILED VIA MAIL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUG 17 2012

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:10-bk-04517-CPM

ADVESSARY Case No.

**NAUSSERA N. ZADEH**
Petitioner/ plaintiff:

VS:

**KNETH R. FEINBERG Administrator/s**
**Or new Successors; etc.**
**GULF COAST CLAIM FACILITY ADMINISYRATOR**
Or representatives for ("BP") settlement agents:

## NOTICE OF ADVERSSARY COMPLAINT AND CORE PERCEDINGS:

## IN FEDERAL COURT BANKRUPTCY

Hereby the petitioner /debtor Naussera N. Zadeh in bankruptcy court in the middle district court in Tampa Florida in the above reference case number files this core adversary proceedings against the GULF COAST CLAIM FACILITY KENETH R.FEINBERG The administrator and or successor administrators appointed after and etc.arising out of the legitimate claims filed legally under the law with the said gulf coast claim facility for the losses and claims arose out of the deepwater horizon oil exploration under water explosion and disaster under the claims arose and negotiated with the Federal and the state of Florida officials and namely the honorable attorney generals' office and the newly elected honorable attorney general of the state of Florida Pam Bondi; the third party to all the claimants and the claim processed and paid under the agreement with the Florida state to the effected and thus qualified claimants with the proceed allocated for the payments under the separate agreement set aside for the payments of the claims without any court actions against the facility.

Thereby The petitioner /debtor has filed his first claim on about June of 2011 and was considered fully qualified to receive full compensation and payments under the official

agreement from the funds that has been set aside for settlement with full and complete documentations and the very same records that has been submitted to this honorable court under the chapter 13 bankruptcy protection.

However to the lack of diligence and grossly negligence by the accountants at the said claim facilities who have made continuous and erroneous calculations and mistakes without proper considerations to the all complete documents and tax returns correctly evaluate and thus calculate the proper amounts of the claim according to the proper professional practices .Upon investigation by the local claim adjusters most of the errors has been timely detected and after request for errors corrected for payments according to the rules and the figures provided by and to the federal and state officials with the agreement with the said agencies with:

- **The Gulf Coast Claim Facility (The "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the Deepwater Horizon Incident on April 20th ,2010 ("The Oil Spill").The GCCF and its Claim Administrator/s, Kenneth R. Feinberg, act for on behalf of BP Exploration &production, Inc.("BP") in fulfilling BP's Statuary obligation as a "responsible party" under Oil Pollution Act of 1990 ("OPA").**

However upon finding of the additional facts the claim facility has intentionally and deliberately has withheld and denied and delayed the first payment for the 2010 claim and again withheld ,denied and delayed the balance of the claim for the 2010 and 2011 without just compensation and reasons.

THE GULF COAST CLAIM FACILITY ADMINISTRATOR has violated their agreement with state and federal officials and has violated the ethical and used unfair deceptive practices to withhold; delay; and deny the claim by discriminating which is a taxable income and lost wages claim according to the federal and state laws in bankruptcy court protection.
The claim facility have and had the complete proof and records that has been submitted and also is before this honorable court and upon receiving of the notices to correct and to process the claims within the reasonable time of 14 days as it has been promised to the claimant.

The promised claims and payments on record with submission of additional request for evolution has never been corrected on the face of the record of the prime fascia documents and inquires submitted timely before all deadlines and the inquiries submitted by the claimant in bankruptcy .the claims for the 2010 has been paid partially and the final payment and the balance remains to be paid accordingly for 2010-2011.

1 - The payment for the balance of the 2010 and the 2011 remains to be paid according to the calculations and evaluations of the claim facility and as yet has not been paid.

2 - The debtor /petitioner is under bankruptcy protection and this honorable court has subject matter jurisdiction over the taxable future income and the earnings of the debtor under the protection of the bankruptcy court.

3 - The jurisdictions of this honorable court for this core preceding are under the bankruptcy rules and the code of the bankruptcy law.

4 - Therefore the debtor/petitioner request for hearings and with proof of the complete prime fascia evidence and with full detailed records submitted with the claim facility in the jurisdiction of the court for hearing.

### DISCRIMINATION AND GENDER BIAS AND PREJUDICE AGAINST THE CLAIMANTS:

Thus the said claim facility has violated and discriminated against the claimant within the very same class of the claimants and within the very same district and business related establishment with exact same identical occupation and income source within the exact geographical and physical business related establishment within the Pinellas county, within the state of Florida which has been badly effected as the result of the loss and the impact of the seafood industry and consumption with the proven loss of tourist industry according to the available data from the local state and federal agencies' report. In addition to the Pinellas County Local Governments' notice of legal action and suit against the BP in federal courts according to the record available.

However it is very and provably established that not only the claim facility has discriminated against the claimant in bankruptcy court and has also provablely discriminated in the payments to the gender related discrimination and is and has fully paid the claims to the female employees and still pays in addition to the full complete payments after the release of full payments settlement final offer agreements has been paid with higher amounts to the female employees than the male employees and the claimants with provable data and without the third party additional documentation not required under the law nor requested by with the discovery of the prime fascia evidence and data and witnesses..

1 - The claim facility administers have intentionally withheld the taxable income of the debtor without just cause that has adversely effected the income of the debtor in chapter 13 wage earner bankruptcy to comply with all the earning reports to satisfy the court and the trustee of the status of the estate in bankruptcy.

2- The claim facility after change in the administrator has not acted in any capacity to pay the claims of the claimant in full amount but has contributed to delay the payments with additional burden of proof that has never been requested nor ever provided with any other applicant or claimant within the state of the Florida and the same exact establishment. Thus has again discriminated against the claimant in bankruptcy.

3- The claimant's taxable income would have been higher than the court records prove and the claims shall be higher than the rest of the claimants within the same establishment and occupation within the very same class of claimants and business district.

4- The claim facility has and is still withholding the balance of the payments legally and lawfully due with provable data and documents under the law to the claimant or to the trustee for the 2010 balance and the 2011 taxable income and wages declared under the law of the federal and state income tax laws for compensation.

### The claim facility administrators and accountants have violated the very principals of the rights of the claimants that were promised to hold.

- 1-The right to equal treatment.
- 2-The right to equal access to the claim process.
- 3- The right to privacy of the claimant.
- 4-The right to the information about the claim.
- 5-The right to a fair review and determination of the claim.
- 6-the right to timely claim decisions.
- 7-The right to timely payments.
- 8- The right to ethical treatments.

### Deceptive conduct prohibited:

- Under the law of the state of Florida and statues and all the states under the federal and state regulatory police power the CPA must not engage in deceptive conduct:

- Deceptive includes fraud and misrepresentation or Omission s which a CPA either knows or should have known a capacity or tendency to deceive.

- Deceptive conduct is prohibited whether or not any one has been actually deceived.

- Deception includes not only deceptive statements but also includes in the knowing failure to disclose material facts.

### Discreditable conduct prohibited:

- (a)-Discreditable conduct when a CPA shall not engage in conduct discreditable to the accounting profession.

- (b)-Prohibited discreditable conduct, discreditable conduct includes but it is not limited to:

- (1)-Acts that reflect adversely on the CPA's honestly, integrity, trustworthiness, good moral character, or fitness as a CPA in other respects:

- (2)-Stating or implying an ability to improperly influence a government agency or official; or

- (3)-Failing to comply with any order issued by the board in the state of jurisdiction.

- There is provable air of deceit in the process of the claims by the facility and the claims adjusters and there is provable method of discrimination to the process which has been submitted for the claims to be paid by the administrators of the facility appointed to oversee the process that they have been committed to.

Hereby the debtor /petitioner requests this honorable court for hearing and for determination of the full payments of the claims of the taxable income and full settlement for the 2010 and 2011 claims remained to be paid in full amounts due.

- The debtor/ claimants reserves the right to petition the courts in jurisdiction for additional class settlement actions whatsoever permitted by the courts in jurisdictions for additional settlements appropriate.

- The claims arose out of the 2010 and 2011 are in the jurisdiction of this honorable court of bankruptcy protection for wage earner income under protection.

- The Gulf Coast Claim Facility is a private independent agency and of the jurisdiction of the federal courts and claims of the 2010 and 2011 was submitted to them in the local offices in the state of Florida in Clearwater, Pinellas county Florida.

- The claims were submitted prior to any other jurisdictions of the courts in Louisiana before the 2012 jurisdiction federal district court under the class action under way.

- Therefore the debtor /claimant request for release of the claims already on the record submitted within the jurisdiction of this honorable court for core proceedings and evidentiary hearing with the prime fascia evidentially documents on file with the GULF COAST CLAIM FACILITY who are still responsible to process the claims submitted by the claimant.

### ILLEGAL COERCIVE ACTIONS AND METHOD USED FOR SETTLEMENT:

There are provable methods of coercive actions taken against the law by the GULF COAST CLAIM FACILITY for settlement without the proper calculations of the eligible and fully documented claim against the claimant in bankruptcy court to deny the claim as whole or to hinder and delay the claimant to settle in need of the funds without the bankruptcy court approval prior to the June 4th of 2012. Many multiple requests for corrections against these corrective actions has been denied or never been responded by the G.C.C.F. in their capacity as accountants responsible for processing the claims in timely manners. The multiple and continuous request for corrections by the local claim adjusters to pay the claims had caused inter office irritation for the accountants in their headquarters and thus in dismissal of the trustworthy local claim adjusters in their honest capacity to communicate the prime fascia evidence to the G.C.C.F. and thus as the result of the failure to correct the proper method of the calculations based on the BI-WEEKLY pay structure has caused an intentional prejudice and bias against the claimant to deny his just and proper method of evaluation of his claims for full payments within the same class of claimants within the same jurisdiction and the denial of timely payments for 2010 and 2011 calendar years prior to June 4th 2012 payable.

These methods of settlements and coercive actions has been ruled illegal activity against the claimants by the federal and Florida state agencies and the United States Congress committee to oversee the payment process and distribution to the legitimate statuary claimants effected by the environmental disaster and the settlement agreement process.

Therefore the petitioner/ debtor/claimant requests this honorable court for jurisdiction and hearings and request for relief under the laws of the federal/ state /and bankruptcy law to proceed with this core adversary proceedings against the above mentioned named respondents in their capacity for full evidentiary hearings with evidence and witnesses of the claim facility for full payments without delay and applicable interest accrued with possible legal attorney cost expenses for bringing this action for payment settlement for 2010 and 2011 settlement for before the June4th 2012 .

- The gulf coast claim facility (the "GCCF") is to fulfill BP's statuary obligations as a "responsible party" under the Oil Pollution Act of 1990("OPA").

- RE-REWIEW ELECTION FORM (GCCF 1119) Date of Determination Letter: December 7th 2011 Deadline was submitted for RE-REVIEW ELECTION FORM PERIOR TO January 6th 2012.

- To accept an outstanding (GCCF 1119) Transition Process Final Payment Offer that is dated prior to June 4, 2012, that has not yet expired; and/or

- Therefore the claims has not been paid in full amounts and withheld for payments by the coercive actions of the G.C.C.F. for quick settlements instead of full payments to the claimant in bankruptcy prior to the June 4th 2012.

- This honorable also is empowered to oversee and to enforce additional agreement for settlement for 2012 and prior to June4th 2012 beyond and after June 4th for the purpose of the lost wages and future income necessary to complete the chapter 13 bankruptcy for successful completion without further delays. Since the jurisdictions are vested in federal courts for the claims against one or all the agencies responsible for payments of the all the acclaims currently under way in the class action settlements.

Debtor/claimant/petitioner
CLAIM ID: 3528637
NAUSSERA N.ZADEH

NAUSSERA N. ZADEH
428 Pasaje Ave.
Tarpon Springs FL.34689

## CERTIFICATE OF SERVISE:

1-Attorney for claimant in chapter 13:
Timothy Perenich Attorney at Law
25749 Us Highway 19 N.
Clearwater, FL.33763


2-Office of the United States Trustee:
501 East Polk Street.
Room 1200
Tampa FL.33602

3-Jon M. Waage:
Chapter 13 Trustee
PO Box 25001
Bradenton, FL. 34206-5001

4-Gulf Coast Claims Facility
P.O. Box 9658
Dublin, OH 43017-4958

5-Deepwater Horizon Economic Claims Center
P.O. Box 1439
Hammond, LA 70404-1439

6-Office of Attorney General:
Attorney General Pam Bondi
State of Florida
The Capital PL-01
Tallahassee, FL.32399-1050


## CERTIFICATE OF SERVISE:

Hereby the claimant certifies the true copy of the said documents has been sent by the Certified US Mail to the following on this day of August 9th, 2012.



NAUSSERA N. ZADEH
428 Pasaje Ave.
Tarpon Springs FL.34689