# Exhibit 2

FILED VIA MAIL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT FLORIDA
TAMPA DIVISION

SEP 19 2012

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE No. 8:10-bk-04517-CPM

ADVERSARY PROCEEDING:
CASE No. 8:12-ap-00771-CPM

NAUSSERA N.ZADEH
Petitioner/Plaintiff
VS:
GOLF GOAST CLAIM FACILITY ("GCCF")
KENNETH R. FEINBERG ADMINISTRATOR/S:
ADMINISTRATOR/S OR REPRESENTATIVE/S
& OR SUCCESSORS FOR ("BP") SETTLEMENT AGENTS;
&DEEP WATER HORIZON ECONOMIC CLAIM CENTER:

NOTICE AND REQUEST TO THE COURT:

REQUEST TO REISSUE SUMMONS IN AN ADVERSARY PROCEEDING
ISSUED ON DEFENDANTS BY ERROR OF THE CLERK OF THE COURT

Hereby the petitioner/debtor in the above case of the adversary proceeding request the honorable court to direct the clerk of the court to correct the error and reissue the summons as it has been requested by the plaintiff Naussera N.Zadeh on the defendant(S) on ("BP") golf coast claim facility & the administrator/s KENNETH R. FEINBERG & or successors for the ("BP") settlement agents etc. on the original complaint for or the above clarified defendant(S).

The summons originally issues by the clerk of the court only is directed to an individual in their capacity as the administrator not as the administrator(S) & or representative(S) for ("BP") and the same claim facility in their capacity as current or past or future and the only address provided by the courts and official website for all the above defendants and claims arose before the June 4th of 2012.

KENNETH R. FEINBERG; GULF COAST CLAIM FACILITY ADMINISTRATOR: Is not the only one defendant in the summons that has been issued by the clerk of the court in error.
The summon/s have been and requested to be issued in to all the defendants in the same claim facility as it has originally been requested IN THE OIGINAL COMPLAINT.

1

**KENNETH R. FEINBERG ADMINISTRATOR/S**
**Or new Successors; etc.**
**GULF COAST CLAIM FACILITY ADMINISTRATOR**
Or representatives for ('BP") settlement agents:
& DEEP WARWE HORIZON ECONOMIC CLAIM CENTER:

1-The petitioner /plaintiff also requests the honorable court to direct the clerk of the court to reissue the above summons before October first of the year of 2012 due to a deadline for certain pending actions in the class action in federal courts.

2- The petitioner /plaintiff received the copy of summons issued from the clerk of the court during the week of the Republican National convention and he was not familiar with the rules of the court and holidays including the Labor Day Weekend which was on a Monday. Copy of the envelope enclosed for review FOR LATE MAIL DELIVERY.

3- The petitioner /plaintiff has shown good cause for the honorable court to reissue the summons on the defendants and correct the errors as has been requested in timely manners.

4- The petitioner /plaintiff has received a letter from the counsel of the facility to reissue the summons within a reasonable time allowed by this honorable court without delay and a copy of the letter enclosed for the court for review.

RESPECTFULLY SUBMITTED:

NAUSSERA N.ZADEH

428 PASAJE AVE.
TARPON SPRINGS FL.
34689-5726

2

## Certificate of service:

Hereby the claimant/plaintiff certifies that the true copy of the said documents has been sent by the Certified US Mail delivery to the following on this day of September 17th, 2012.

1-Attorney for claimant in chapter 13:
TIMOTHY PERENICH ATTORNEY AT LAW
25749 US Highway 19 N.
CLEARWATER, FL. 33763

2-OFFICE OF UNITED STATES TRUSTEE:
501 ESAT POLK STREET
ROOM 1200
TAMPA FL. 33602

THE CLAIMANT/PLAINTIFF:
NAUSSERA N. ZADEH
428 PASAJE AVE.
TARPON SPRINGS FL.34689

NAUSSERA N. ZADEH

3-JON M. WAAGE:
CHAPTER 13 TRUSTEE:
P.O. BOX 25001
BRADENTON FL.34206-5001

4-OFFICE OF ATTORNEY GENERAL:
HONERABLE ATTORNEY GENERAL PAM BONDI
STATE OF FLORIDA:
THE CAPITAL PL-01
TALLAHASSEE, FL.32399-1050

5-GULF COAST CLAIM FACILITY "GCCF":
KENNETH R. FEINBERG ADMINISTRATOR
P.O. BOX 9658
DUBLIN, OH. 43017-4958

6-GULF COAST CLAIM FACILITY "GCCF":
KENNETH R. FEINBERG ADMINISTRATOR
5151 BLAZER PKWY., SUITE A
DUBLIN, OH. 43017-4958

7-DEEP WATER HIRIZON ECONOMIC CLAIM CENTER:
P.O. BOX 1439
HAMMOND, LA. 70404-1439

8-ATTORNEY FOR GOLF COST CLAIM FACILITY:
GOODWIN PROCTOR LLP
THE New York TIME BUILDING
620 EIGTH AVENUE
NEW YORK, NY 10018

# GOODWIN | PROCTER

David B. Pitofsky
212.813.8972
dpitofsky@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

September 12, 2012

**VIA FEDEX**

Naussera N. Zadeh
428 Pasaje Ave.
Tarpon Springs, FL 34689

RE:    **Zadeh v. Feinberg, Adversary Proceeding No. 8:12-ap-00771-CPM**
           **U.S. Bankruptcy Court, Middle District of Florida**

Dear Mr. Zadeh:

We represent the Gulf Coast Claims Facility (the "GCCF") and its Administrator, Kenneth R. Feinberg. We write in response to the summons ("Summons") and complaint ("Complaint") received by the GCCF and Mr. Feinberg for the above referenced matter. The date of issuance of the Summons reads August 21, 2012. However, the date stamped on the Express Mail envelope, within which the Summons and Complaint were served on the GCCF and Mr. Feinberg, is September 7, 2012. Thus, the Summons and Complaint were not served within the 14 day requirement pursuant to Federal Rules of Bankruptcy Procedure, Rule 7004(e). We therefore decline to answer the Summons, as it is the Plaintiff's burden to obtain a new summons and serve it, along with the complaint, within the proper time limits.

Sincerely,

*David B. Pitofsky*

David B. Pitofsky

cc:    Timothy Perenich

LIBNY/5219207.1

# GOODWIN | PROCTER

Naussera N. Zadeh
September 12, 2012
Page 2

        Office of the United States Trustee
        Jon M. Waage
        Office of the Attorney General

LIBNY/5219207.1

Middle District of Florida Live Database Case 8:12-ap-00771-CPM Doc 3 Filed 09/19/12 Page 6 of 8 Case 2:10-md-02179-CJB-DPC Document 25227-2 Filed 12/17/18 Page 7 of 8 Page 1 of 1

# U.S. Bankruptcy Court
## Middle District of Florida

In re:

NAUSSERA N ZADEH
Debtor

Bankruptcy Case No. 8:10-bk-04517-CPM

NAUSSERA N ZADEH
Plaintiff
v.
KENETH R FEINBERG
GULF COAST CLAIM FACILITY ADMINISTRATOR
Defendant

Adversary Proceeding No. 8:12-ap-00771-CPM

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>Sam M. Gibbons Federal Courthouse<br>801 N. Florida Ave. Suite 555<br>Tampa, FL 33602 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| NAUSSERA N ZADEH<br>428 PASAJE AVE.<br>TARPON SPRINGS, FL 34689 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: 08/21/2012

Lee Ann Bennett

Clerk, U.S. Bankruptcy Court

\*\*\* **Important Notice** \*\*\*
Click here to receive the second page of the summons (certificate of service).
**This certificate must be filed with the court after service has been made on the parties.**

CSD 3007

CLERK'S OFFICE, UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
SAM M. GIBBONS UNITED STATES COURTHOUSE
801 NORTH FLORIDA AVENUE, SUITE 727
TAMPA, FLORIDA 33602-3899

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

$0.450
US POSTAGE
FIRST-CLASS
062S0008252771
33602

Naussera N. Fadel
428 Pasaje Ave.
Tarpon Springs, FL 34689

34689572628