# Exhibit 4

[8ADVNH] [Adversary Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                        Case No. 8:10–bk–04517–CPM
                                              Chapter 13

Naussera N Zadeh


_____Debtor(s)_____/

Naussera N Zadeh



            Plaintiff(s)
vs.                                           Adv. Pro. No. 8:12–ap–00771–CPM


Keneth R Feinberg



_____Defendant(s)_____/


NOTICE OF HEARING


  NOTICE IS HEREBY GIVEN THAT:

   A hearing will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue,
Tampa, FL 33602 on December 5, 2012 at 03:30 PM before the Honorable Catherine Peek McEwen , United States
Bankruptcy Judge , to consider and act upon the following matter:

   Plaintiff's Request To Reissue Summons in an Adversary Proceeding Issued on Defendants by Error of the Clerk
of Court



   Appropriate Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court
should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including
tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED: October 26, 2012 .

FOR THE COURT

Lee Ann Bennett , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602