# Exhibit 5

United States Bankruptcy Court
Middle District of Florida

Zadeh,
    Plaintiff

Adv. Proc. No. 12-00771-CPM

Feinberg,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-8　　　User: lewisb　　　Page 1 of 2　　　Date Rcvd: Oct 26, 2012
　　　　　　　　　　　　　　Form ID: 8advnh　　Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2012.
```
              Deep Water Horizon,    Economic Claim Center,    P.O. Box 1439,    Hammond, LA  70404-1439
             +Gulf Coast Claim Facility,    Goodwin Proctor LLP,    The New York Time Building,    620 8th Ave.,
               New Yoek, NY 10018-1694
             +Gulf Coast Claim Facility,    Kenneth R. Feinberg, Administrator,    5151 Blazeer Pkwy., Ste. A,
               Dublin, OH 43017-9306
dft           Gulf Coast Claim Facility Administrator,    P.O. Box 9658,    Dublin, OH  43017-4958
pla          +Naussera N Zadeh,    428 Pasaje Avenue,    Tarpon Springs, FL 34689-5726
              Office of Attorney General,    Pam Bondi,    State of FL - The Capital PL-01,
               Tallahassee, FL  32399-1050
             +Timoty Perenich, Esq.,    25749 US Hwy. 19 N.,    Clearwater, FL 33763-2010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
              E-mail/PDF: filing@waage13.com Oct 27 2012 00:52:43     John Waage,    P.O. Box 25001,
               Bradenton, FL  34206-5001
              E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Oct 27 2012 00:44:17     U.S. Trustee,
               Timberlake Annex, ste. 1200,    Tampa, FL  33602
                                                                                             TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Keneth R Feinberg
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2012**　　　　　　　　　　　　　　**Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-8           User: lewisb                Page 2 of 2              Date Rcvd: Oct 26, 2012
                               Form ID: 8advnh             Total Noticed: 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2012 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0
```

**[8ADVNH]** [Adversary Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No. 8:10−bk−04517−CPM
                                                                Chapter 13

Naussera N Zadeh


_____Debtor(s)_____/

Naussera N Zadeh



        Plaintiff(s)
vs.                                                             Adv. Pro. No. 8:12−ap−00771−CPM

Keneth R Feinberg



        Defendant(s)        /

NOTICE OF HEARING


    NOTICE IS HEREBY GIVEN THAT:

    A hearing will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on December 5, 2012 at 03:30 PM before the Honorable Catherine Peek McEwen , United States Bankruptcy Judge , to consider and act upon the following matter:

    Plaintiff's Request To Reissue Summons in an Adversary Proceeding Issued on Defendants by Error of the Clerk of Court



    Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

    DATED: October 26, 2012 .

                                      FOR THE COURT
                                      Lee Ann Bennett , Clerk of Court

                                      Sam M. Gibbons United States Courthouse
                                      801 North Florida Avenue, Suite 555
                                      Tampa, FL 33602