# Exhibit 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/05/2012 03:30 PM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:10-bk-04517-CPM | Chapter 13 | 08/17/2012 |
| ADVERSARY: 8:12-ap-00771-CPM | | Pltf Atty: |
| | | Dft Atty: |
| DEBTOR: | Naussera N Zadeh | |

**HEARING:**

Zadeh v. Feinberg et al

Request To Reissue Summons in an Adversary Proceeding Issued on Defendants by Error of the Clerk of Court Filed by Plaintiff Naussera N Zadeh. (Lewis, Bernadette) Modified on 10/10/2012 (Lewis, Bernadette). Doc #3

**APPEARANCES:**:
Naussera Zadeh; Kelly Ballard; Timothy Perenich for Debtor; William Faulkner & Sarah Richardson for Pinellas County Tax Collector; Christina LeBlanc for Pinellas County Property Appraiser; Marsha Rydberg for Brian & Debra Bolves; Eric Adams for Gulf Coast Claim Facility...

**RULING:**
Request To Reissue Summons in an Adversary Proceeding Issued on Defendants by Error of the Clerk of Court Filed by Plaintiff Naussera N Zadeh. (Lewis, Bernadette) Modified on 10/10/2012 (Doc #3)...GRANTED; COURT TO ISSUE ALIAS SUMMONS...BENCH ORDER SIGNED...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.