# Exhibit 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

NAUSSERA N. ZADEH

Case No. 8:10-bk-4517-CPM

Chapter 13

Adv. Pro. No.8-12-ap-771

Debtor.*
_____/

**NAUSSERA N. ZADEH**

**Plaintiff**

Vs

**KENNETH R. FEINBERG**

**Defendant**

## ORDER

THIS PROCEEDING came on for hearing on December 5, 2012, upon the ☐ Emergency ☒ Motion ☐ Objection ☐ Application ☐ Order to Show Cause __to Reissue Summons__ (Doc. 3 ), filed by __the Plaintiff__. For the reasons stated orally and recorded in open court, the ☒ Motion ☐ Objection ☐ Application ☐ Order to Show Cause is:

| | |
|---|---|
| _____ | Denied |
| _____ | Denied as Moot |
| _____ | Overruled |
| _____ | Sustained |
| ___✓_____ | Granted |
| _____ | Approved |
| _____ | Disapproved |
| _____ | Discharged Favorably: |

* All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Other: <u>The Clerk shall issue an alias Summons to Gulf Coast Claim Facility, *</u>

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

DONE and ORDERED on December 7, 2012.

\* C/O Kenneth R. Feinberg, Administrator.

BY THE COURT

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

CC: All parties and counsel to this proceeding

2