# Exhibit 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

NAUSSERA N. ZADEH

Case No. 8:10-bk-4517-CPM

Chapter 13

Adv. Pro. No.8-12-ap-771

Debtor.*

_____/

**NAUSSERA N. ZADEH**

**Plaintiff**

**Vs**

**KENNETH R. FEINBERG**

**Defendant**

## ORDER

THIS PROCEEDING came on for hearing on December 5, 2012, upon the ☐ Emergency ☑ Motion ☐

Objection ☐ Application ☐ Order to Show Cause ___to Reissue Summons___ (Doc. 3 ),

filed by ___the Plaintiff___. For the reasons stated orally and recorded in open court, the ☑ Motion ☐

Objection ☐ Application ☐ Order to Show Cause is:

_____ Denied

_____ Denied as Moot

_____ Overruled

_____ Sustained

____✓____ Granted

_____ Approved

_____ Disapproved

_____ Discharged Favorably:

_____

* All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Other: _The Clerk shall issue an alias Summons to Gulf Coast Claim Facility, *_

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

DONE and ORDERED on _December 7, 2012._

\* C/o Kenneth R. Feinberg, Administrator.

BY THE COURT

_Catherine McEwen_

Catherine Peek McEwen
United States Bankruptcy Judge

CC: All parties and counsel to this proceeding