# Exhibit 9

```
                        United States Bankruptcy Court
                          Middle District of Florida
Zadeh,
        Plaintiff                                       Adv. Proc. No. 12-00771-CPM
Feinberg,
        Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 113A-8        User: lewisb          Page 1 of 2         Date Rcvd: Dec 07, 2012
                            Form ID: pdfdoc       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2012.
dft         +Deep Water Horizon Economic  Claim Center,   P.O. Box 1439,   Hammond, LA 70404-1439
dft          Gulf Coast Claim Facility Administrator,   c/o Kenneth R. Feinberg, Administrator,
              P.O. Box 9658,   Dublin, OH  43017-4958
dft         +Kenneth R Feinberg,   Gulf Coast Claim Facility , Administrato,   5151 Blazer Pkwy, Ste. A,
              Dublin, OH 43017-9306
pla         +Naussera N Zadeh,   428 Pasaje Avenue,   Tarpon Springs, FL 34689-5726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113A-8            User: lewisb                Page 2 of 2               Date Rcvd: Dec 07, 2012
                                Form ID: pdfdoc             Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2012 at the address(es) listed below:
NONE.                                                                                                 TOTAL: 0
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                               Case No. 8:10-bk-4517-CPM

NAUSSERA N. ZADEH
                                                     Chapter 13

                                                     Adv. Pro. No.8-12-ap-771

Debtor.*
_____/

**NAUSSERA N. ZADEH**

**Plaintiff**

**Vs**

**KENNETH R. FEINBERG**

**Defendant**

## ORDER

THIS PROCEEDING came on for hearing on December 5, 2012, upon the ☐ Emergency ☑ Motion ☐ Objection ☐ Application ☐ Order to Show Cause __to Reissue Summons__ (Doc. 3 ), filed by __the Plaintiff__. For the reasons stated orally and recorded in open court, the ☑ Motion ☐ Objection ☐ Application ☐ Order to Show Cause is:

_____ Denied

_____ Denied as Moot

_____ Overruled

_____ Sustained

____✓____ Granted

_____ Approved

_____ Disapproved

_____ Discharged Favorably:

---

* All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Other: <u>The Clerk shall issue an alias Summons to Gulf Coast Claim Facility, *</u>

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

DONE and ORDERED on December 7, 2012.

\* C/O Kenneth R. Feinberg, Administrator.

BY THE COURT

*/s/ Catherine McEwen*

Catherine Peek McEwen
United States Bankruptcy Judge

CC: All parties and counsel to this proceeding

2