# Exhibit 10

Form B 250A (12/09)

# United States Bankruptcy Court
## MIDDLE District Of FLORIDA/TAMPA DIVISION

In re **NAUSSERA N. ZADEH**
Debtor

Case No. **8:10-bk-04517-CPM**

Chapter **#13**

**NAUSSERA N. ZADEH**
Plaintiff

v.

GOLF COAST CLAIM FACILITU("GCCF")KENNETH R. FEINBERG ADMINITRATOR/SP
Defendant

Adv. Proc. No. **8:12-ap-00771-CPM**

**Alias**

## SUMMONS IN AN ADVERSARY PROCEEDING

To:("GCCF")KENNETH FEINBERG ADMINISTRATOR/S:REPRESENTATIVE/S&FOR SUCCESSORS("BP")SETTLEMENT AGENTS:

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: LEE ANN BENNETT,CLERK OF THE BANKRUPTCY COURT
SAM M. GIBBONS UNITED STATES COURTHOUSE.
801 NORTH FLORIDA AVENUE TAMPA FLORIDA 33602

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: N/A- NOT APPOINTED YET

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| Address | Room |
|---|---|
| SAM M. GIBBONS UNITED STATES COURTHOUSE. | Courtroom 8B |
| 801 NORTH FLORIDA AVENUE TAMPA FLORIDA 33602 | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

LEE ANN BENNETT (Clerk of the Bankruptcy Court)

Date: 6-14-2013 By: Bernadette L. (Deputy Clerk)

NAUSSERA N. ZADEH Plaintiff :VS.("GCCF")KENNETH FEINBERG ADMINISTRATOR/S:REPRESENTATIVE/S&FOR SUCCESSORS("BP")SETTLEMENT AGENTS:Defendant:

Adv Proc No: **8:12-ap-00771-CPM**

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, __NAUSSERA N.ZADEH__, certify that service of this summons and a copy of the complaint was made _____ by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

1-("GCCF")KENNETH FEINBERG ADMINISTRATOR/S:REPRESENTATIVE/S&FOR SUCCESSORS("BP")SETTLEMENT AGENTS:5151BLAZERPKWY.SUIT(A)DUBLIN,OH.43017-4958

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

Print Name: __NAUSSERA N.ZADEH__

Business Address: 428 PASAJE AVE. TARPON SPRINGS FLORIDA 34689