# Exhibit 16

**[8ADVNH]** [Adversary Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10−bk−04517−CPM
Chapter 13

Naussera N Zadeh

      Debtor(s)    /

Naussera N Zadeh

      Plaintiff(s)
vs.  Adv. Pro. No. 8:12−ap−00771−CPM

Kenneth R Feinberg

Gulf Coast claim Facility

Deep Water Horizon Economic Claim Center

      Defendant(s)    /

NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT:

A hearing will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on October 8, 2013 at 10:00 AM before the Honorable Catherine Peek McEwen , United States Bankruptcy Judge , to consider and act upon the following matter:

Plaintiff's Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc 16) and;

Plaintiff's Objection to Conditional Transfer Order (CTO−87) and Notice of Related Actions; Motion to Vacate the Order (CTO−87); Motion to Termination and Remand and Memorandum of Law; Opposition of Removal from the Bankruptcy Court (Doc. 17).

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED: September 6, 2013 .

> FOR THE COURT
> Lee Ann Bennett , Clerk of Court
>
> Sam M. Gibbons United States Courthouse
> 801 North Florida Avenue, Suite 555
> Tampa, FL 33602

The Clerk's office is directed to serve a copy of this order on interested parties.