# Exhibit 17

United States Bankruptcy Court
Middle District of Florida

Zadeh,
    Plaintiff

Adv. Proc. No. 12-00771-CPM

Feinberg,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-8    User: cellil    Page 1 of 1    Date Rcvd: Sep 06, 2013
                Form ID: 8advnh    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2013.
```
dft           +Deep Water Horizon Economic  Claim Center,   P.O. Box 1439,   Hammond, LA 70404-1439
dft            Gulf Coast Claim Facility c/o Kenneth R. feinberg,,   P.O. Box 9658,   Dublin, OH  43017-4958
dft           +Kenneth R Feinberg,   Gulf Coast Claim Facility , Administrato,   5151 Blazer Pkwy, Ste. A,
                Dublin, OH 43017-9306
pla           +Naussera N Zadeh,   428 Pasaje Avenue,   Tarpon Springs, FL 34689-5726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2013                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2013 at the address(es) listed below:
```
              Eric S Adams    on behalf of Defendant Kenneth R Feinberg eadams@shutts.com,   shatfield@shutts.com
              Eric S Adams    on behalf of Defendant   Gulf Coast Claim Facility c/o Kenneth R. feinberg,
               Administrator eadams@shutts.com,   shatfield@shutts.com
```
                                                                                               TOTAL: 2

**[8ADVNH]** [Adversary Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                             Case No. 8:10−bk−04517−CPM
                                                   Chapter 13

Naussera N Zadeh

       Debtor(s)     /

Naussera N Zadeh

       Plaintiff(s)
vs.                                                Adv. Pro. No. 8:12−ap−00771−CPM

Kenneth R Feinberg

Gulf Coast claim Facility

Deep Water Horizon Economic Claim Center

       Defendant(s)     /

NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT:

A hearing will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on October 8, 2013 at 10:00 AM before the Honorable Catherine Peek McEwen , United States Bankruptcy Judge , to consider and act upon the following matter:

Plaintiff's Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc 16) and;

Plaintiff's Objection to Conditional Transfer Order (CTO−87) and Notice of Related Actions; Motion to Vacate the Order (CTO−87); Motion to Termination and Remand and Memorandum of Law; Opposition of Removal from the Bankruptcy Court (Doc. 17).

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED: September 6, 2013 .

>FOR THE COURT
>Lee Ann Bennett , Clerk of Court
>
>Sam M. Gibbons United States Courthouse
>801 North Florida Avenue, Suite 555
>Tampa, FL 33602

   The Clerk's office is directed to serve a copy of this order on interested parties.