# Exhibit 18

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re | : | CASE NO. 8:10-bk-04517-CPM |
| Naussera N. Zadeh | : | CHAPTER 13 |
| Debtor. | : | |
| Naussera N. Zadeh | : | Adv. Pro. No. 8:12-ap-00771-CPM |
| Plaintiff | : | |
| vs. | : | |
| Kenneth R. Feinberg<br>Gulf Coast Claim Facility<br>Deep Water Horizon Economic<br>Claim Center | : | |
| Defendant | : | |

**JOINDER BY DEFENDANT "DEEP WATER HORIZON
ECONOMIC CLAIM CENTER" TO MOTION TO STAY PROCEEDINGS
PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON
MULTI DISTRICT LITIGATION BY DEFENDANTS FEINBERG
AND GULF COAST CLAIM FACILITY (Doc. 16)**

{00236751-1}

NOW INTO COURT, through its undersigned counsel, comes the "Deep Water Horizon Economic Claim Center" [*sic*] ("DHECC")[1], who joins, supports, and seeks the same relief requested in, the Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multi District Litigation by Defendants Feinberg and Gulf Coast Claim Facility (the "GCCF") (the "Stay Motion"), currently set for hearing on October 8, 2013 at 10:00 a.m., upon suggesting as follows:

1.

Since the debtor and plaintiff Naussera N. Zadeh ("Zadeh") has not filed a claim with the DHECC, it is difficult to discern why and on what basis the DHECC has been named as a defendant in this adversary proceeding. However, it has been, thus explaining this filing.

2.

At the appropriate time and in the appropriate forum, the DHECC will move to dismiss, or otherwise plead with respect to, the claim asserted against it by Zadeh since Zadeh has no relationship with the DHECC and based upon any other applicable grounds.

3.

The DHECC is and has been an active party in MDL Docket No. 2179, In Re: Oil Spill by the Oil Rig (Deep Water Horizon) in the Gulf of Mexico, on April 20, 2010

---

[1] The "DHECC" is a term describing the *Deepwater Horizon* Court Supervised Settlement Program established and implemented pursuant to orders of the United States District Court for the Eastern District of Louisiana, of which Patrick A. Juneau is the Claims Administrator and Trustee of the Settlement Trust.

2

{00236751-1}

("the Multidistrict Litigation"). The Multidistrict Litigation is and has been pending before the United States District Court for the Eastern District of Louisiana.

4.

For all of the reasons recited by the GCCF in the Stay Motion, the DHECC agrees that this adversary proceeding should be stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation, and joins in the Stay Motion, seeking the same relief and for the same reasons, with full reservation of all rights to seek dismissal of, or otherwise plead with respect to, the claim asserted against it by Zadeh at the appropriate time and in the appropriate forum.

WHEREFORE, the DHECC prays that this Joinder be considered by the Court and that the above entitled and captioned adversary proceeding be stayed, as requested by the GCCF.

Respectfully submitted:

_/s/ J. David Forsyth_
J. DAVID FORSYTH (LA Bar #5719)[2]
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
201 St. Charles Avenue, Suite 3815
New Orleans, LA 70170
Tel.: (504) 582-1521
Fax: (504) 582-1555
Email: jdf@sessions-law.com

---

[2] Pursuant to this Court's Local Rule 2090-1(c), we understand that an attorney residing outside the State of Florida, who is a member in good standing of the bar of any other district court may appear and be heard without formal or general admission, and that the designation and "consent-to-act" requirement is deemed satisfied by the filing of a pleading signed as co-counsel by the non-resident attorney and the Florida resident who is a member of the bar of this district. J. David Forsyth is a member in good standing of the bars of the United States District Courts for the Eastern, Middle and Western Districts of Louisiana. Kenneth Grace is a member in good standing of the bar of this district. In satisfaction of this Court's rule, this pleading is signed by each of them. However, if the Court determines or directs that anything further is required in order for J. David Forsyth to appear and be heard, we will be happy to comply.

3

{00236751-1}

/s/ Kenneth Grace
KENNETH GRACE (FL Bar #0658464)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive., Suite 195
Tampa, FL 33618
Tel.: (813) 890-2461
Fax: (866) 466-3140
Email: kgrace@sessions-law.biz

Attorneys for the *Deepwater Horizon* Court Supervised Settlement Program, and Patrick A. Juneau, in his Capacity as Claims Administrator and Trustee of the Settlement Trust

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, I electronically filed the foregoing with the CM/ECF system which will send a notice of electronic filing to all counsel of record and via U.S. Mail or email to:

Naussera N. Zadeh
428 Pasaje Avenue
Tarpon Springs, FL 34689

Eric S. Adams
Shutts & Bowen LLP
100 S. Ashley Dr., Suite 1500
Tampa, FL 33602
eadams@shutts.com

/s/ Kenneth Grace
KENNETH GRACE

4

{00236751-1}