# Exhibit 19

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

----------------------------------------------------------X
In re                                  :        CASE NO. 8:10-bk-04517-CPM
                                       :
Naussera N. Zadeh                      :        CHAPTER 13
                                       :
           Debtor.                     :
                                       :
----------------------------------------------------------X
Naussera N. Zadeh                      :        Adv. Pro. No. 8:12-ap-00771-CPM
                                       :
           Plaintiff                   :
                                       :
vs.                                    :
                                       :
Kenneth R. Feinberg                    :
Gulf Coast Claim Facility              :
Deep Water Horizon Economic            :
Claim Center                           :
                                       :
           Defendant                   :
----------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002(a), (b) and (i), 3017(a) and 9010(b), I hereby request that my appearance be entered, that I be placed on the Court's mailing list in the above-captioned adversary proceeding, and that all notices, orders and other

{00237026-1}

papers (i) issued by the Court to any creditors or other parties in interest or other entities and (ii) filed by any and all parties in interest or other entities, be sent to the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Name of party(s) represented: "Deepwater Horizon Economic Claim Center"

Dated this 17th day of September, 2013.

        Respectfully submitted:

        /s/ J. David Forsyth
        J. DAVID FORSYTH (LA BAR NO. 5719)
        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
        201 St. Charles Avenue, Suite 3815
        New Orleans, LA 70170
        Tel.: (504) 582-1521
        Fax: (504) 582-1555
        Email: jdf@sessions-law.com

        Attorneys for Deepwater Horizon Economic Claim Center

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2013, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the Debtor's counsel.

        /s/ J. David Forsyth
        J. DAVID FORSYTH

{00237026-1}