# Exhibit 20

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                         No. 8:10-bk-4517-CPM

NAUSSERA N. ZADEH,                                             Chapter 13

        Debtor.

NAUSSERA N. ZADEH                                              Adv. Pro. No. 8:12-ap-771

        Plaintiff,

        v.

KENNETH R. FEINBERG, GULF COAST CLAIMS
FACILITY, and DEEP WATER HORIZON
ECONOMIC CLAIM CENTER,

        Defendants.

### EX-PARTE MOTION TO APPEAR PRO HAC VICE
### AND DESIGNATION AND CONSENT TO ACT

Pursuant to Local Rule 2090-1, William F. Sheehan ("Movant") of the law firm Goodwin Procter, LLP, with offices at 901 New York Avenue, NW, Washington, D.C. 2001, moves for special admission to appear in this case, and in any related contested matters or additional adversary proceedings, as counsel for Defendants Kenneth R. Feinberg and Gulf Coast Claims Facility; and respectfully represents as follows:

    1.    Movant is a member in good standing of the Bar of the District of Columbia and is admitted to practice before the United States District Court for the District of Columbia; United States Court of Appeals for the D.C. Circuit; Supreme Court of the United States; United States Court of Appeals for the First Circuit; United States Court of Appeals for the Third Circuit; United States Court of Appeals for the Second Circuit; United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the Federal Circuit; United States Court of Federal Claims; United States District Court for the Eastern District of Wisconsin; United States Court of

Appeals for the Fifth Circuit; United States Court of Appeals for the Eleventh Circuit; United States Tax Court; United States Court of Appeals for the Ninth Circuit; and United States Court of Appeals for the Seventh Circuit.

2. Movant designates Eric S. Adams of Shutts & Bowen LLP, 4301 W. Boy Scout Blvd., Suite 300, Tampa, FL 33607, who is qualified to practice in this Court and who consents to designation, as local counsel.

3. Movant is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the professional behavior of members of The Florida Bar.

WHEREFORE, Movant respectfully requests entry of an order authorizing Movant to be specifically admitted to practice for purposes of this adversary proceeding.

Respectfully submitted, this 24th day of September, 2013.

_____
William F Sheehan

### DESIGNATION & CONSENT TO ACT AS LOCAL COUNEL

I, Eric S. Adams, an attorney qualified to practice in this Court, consent to designation as local counsel for William F. Sheehan, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduce of this case, and upon whom papers shall be served in accordance with Local Rule 2090-1(c)(1).

September 24, 2013

/s/ Eric S. Adams
Eric S. Adams
Florida Bar No. 0090476
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Ste. 300
Tampa, Florida 33607
Telephone: (813) 229-8900
Facsimile: (813) 229-8901
Email: eadams@shutts.com
Counsel for Defendants Kenneth R. Feinberg
and Gulf Coast Claims Facility

TPADOCS 19957148 1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following:

Naussera N. Zadeh
428 Pasaje Avenue
Tarpon Springs, FL 34689
Plaintiff *Pro Se*

**J David Forsyth**
Sessions Fishman & Nathan LLP
201 Saint Charles Avenue Suite 3500
New Orleans, LA 70170
Counsel for Defendant Deep Water Horizon Economic Claim Center

/s/ Eric S. Adams
Attorney