# Exhibit 22

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

Naussera N. Zadeh                          Case No.: 8:10-bk-04517-CPM

                        Debtor,             Chapter 13

Naussera N. Zadeh

                                            Adv. Pro. No. 8:12-ap-00771-CPM

                        Plaintiff,

vs.

Kenneth R. Feinberg
Gulf Coast Claim Facility
Deep Water Horizon Economic
Claim Center

                        Defendants,
_____/

## EX-PARTE MOTION TO APPEAR PRO HAC VICE
## AND DESIGNATION AND CONSENT TO ACT

Pursuant to Local Rule 2090-1, J. David Forsyth ("Movant") of the law firm,
Sessions, Fishman, Nathan & Israel, LLC, with offices at 201 St. Charles Avenue, Suite
3815, New Orleans, Louisiana 70170, moves for a special admission to appear in this
case, and in any related contested matters or additional adversary proceedings, as counsel
for defendant "Deep Water Horizon Economic Claim Center"[1]; and respectfully
represents as follows:

_____

[1] The "DHECC" is a term describing the *Deepwater Horizon* Court Supervised Settlement Program established and
implemented pursuant to orders of the United States District Court for the Eastern District of Louisiana, of which
Patrick A. Juneau is the Claims Administrator and Trustee of the Settlement Trust.

1.      Movant is a member in good standing of the Bar of Louisiana and is admitted to practice before the United States District Courts for the Eastern, Middle and Western Districts of Louisiana and the United States Court of Appeals for the Fifth Circuit.

2.      Movant, together with his designated local counsel, Kenneth C. Grace, previously filed a Joinder [Doc. 20] to the Motion to Stay Proceedings filed by the co-defendants [Doc. 16] which was signed both by Mover and by his designated local counsel.  As reflected in footnote 2 of that Joinder, Movant believes and understands that the filing of the initial pleading by both counsels is sufficient to comply with this Court's Local Rule 2090-1.  However, out of an abundance of caution, Movant now files this Ex-Parte Motion to Appear Pro Hac Vice and Designation and Consent to Act.

3.      Movant designates Kenneth C. Grace of Sessions, Fishman, Nathan & Israel, L.L.C., 3350 Buschwood Park Drive, Suite 195, Tampa, FL  33618-4317, who is qualified to practice in this Court and who consents to designation as local counsel.

4.      Movant is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

WHEREFORE, Movant respectfully requests entry of an order authorizing Movant to be specifically admitted to practice for purposes of this adversary proceeding.

Respectfully submitted, this 27th day of September 2013.

/s/ J. David Forsyth
J. David Forsyth

## DESIGNATION & CONSENT TO ACT AS LOCAL COUNSEL

I, Kenneth C. Grace, an attorney qualified to practice in this Court, consent to designation as local counsel for J. David Forsyth, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduce of this case, and upon whom papers shall be served in accordance with Local Rule 2090-1(c)(1).

September 27, 2103

Respectfully Submitted,

/s/ Kenneth C. Grace
Kenneth C. Grace
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Tel.: (813) 890-2461
Fax: (866) 466-3140
Email: kgrace@sessions-law.biz

Attorneys for,
Deepwater Horizon Economic Claim Center

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2013, a copy of the foregoing was forwarded by U.S. Regular Mail postage prepaid or electronic mail to counsel of record, including:

Naussera N. Zadeh
428 Pasaje Avenue
Tarpon Springs, FL  34689

Eric S. Adams
Shutts & Brown LLP
100 S. Ashley Dr., Suite 1500
Tampa, FL  33602
eadams@shutts.com

William F. Sheehan
Goodwin Procter, LLP
901 New York Avenue, NW
Washington, DC  20001

/s/ Kenneth C. Grace
Attorney