# Exhibit 23

[8advogma] [Order Granting Motion To Appear Pro Hac Vice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:    Case No. 8:10−bk−04517−CPM
          Chapter 13

Naussera N Zadeh

_____Debtor*_____/

Naussera N Zadeh

          Plaintiff(s)
                            Adv. Pro. No. 8:12−ap−00771−CPM

vs.

Kenneth R Feinberg

Gulf Coast Claim Facility

Deep Water Horizon Economic Claim Center

_____Defendant(s)_____/

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS ADVERSARY PROCEEDING came on for consideration without a hearing on the Motion to Appear Pro Hac Vice (Doc. No. 24 ) ("Motion") filed by J. David Forsyth, Esq. of the law firm, Sessions, Fishman, Nathan & Israel, LLC ("Attorney") for representation of Deep Water Horizon Economic Claim Center ("Client"). The Court finds that the Motion is well taken and should be granted. Accordingly, it is

**ORDERED**:

1. The Motion is GRANTED.

2. Attorney is hereby admitted to appear before this Court in this adversary proceeding as counsel for Client subject to Local Rule 2090−2.

3. Upon completion of the required registration form, the Clerk is directed to issue Attorney a temporary login and password with full filing privileges to the Court's electronic filing system. Electronic filing capabilities are limited only to this adversary proceeding. The login and password to the Court's electronic filing system effects the delivery of electronic notification of documents filed, however, a PACER login and password are required to view these documents. Requests for access to the Court's electronic filing system should be directed to the ECF Helpdesk, ecfhelp.tpa@flmb.uscourts.gov. PACER accounts must be set up by Attorney through the PACER website, http://www.pacer.gov.

4. Attorney is directed to file a statement notifying the Clerk when Attorney's involvement in this case is concluded.

BY THE COURT

Dated: September 30, 2013

_____
Catherine Peek McEwen
United States Bankruptcy Judge

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.