# Exhibit 24

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: | No. 8:10-bk-4517-CPM |
| NAUSSERA N. ZADEH, | Chapter 13 |
| Debtor. | |
| NAUSSERA N. ZADEH | Adv. Pro. No. 8:12-ap-771 |
| Plaintiff, | |
| v. | |
| KENNETH R. FEINBERG, GULF COAST CLAIMS FACILITY, DEEP WATER HORIZON ECONOMIC CLAIM CENTER, | |
| Defendants. | |

## PROOF OF SERVICE REGARDING ORDER
## GRANTING MOTION TO APPEAR *PRO HAC VICE*

**I HEREBY CERTIFY** that a true and correct copy of the Order Granting Motion to Appear *Pro Hac Vice* (Doc. No. 23), was served on the 1st day of October 2013 via electronic mail through the Court's CM/ECF system to all parties who are registered users and mailed to Naussera N. Zadeh, 428 Pasaje Avenue, Tarpon Springs, FL 34689; and all parties on the attached list.

Dated: October 1, 2013.

/s/ Eric S. Adams
Eric S. Adams
Florida Bar No. 0090476
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida 33607
Telephone: (813) 229-8900
Facsimile: (813) 229-8901
E-Mail: eadams@shutts.com
Attorney for KENNETH R. FEINBERG
AND GULF COAST CLAIMS FACILITY

TPADOCS 20040786 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:10-bk-04517-CPM<br>Middle District of Florida<br>Tampa<br>Tue Oct  1 08:53:22 EDT 2013 | Brian A. Bolves and Debra A. Bolves<br>c/o Victor H. Veschio, Esq.<br>2001 W. Kennedy Blvd.<br>Tampa, FL 33606-1532 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Midland Funding LLC by American InfoSource L<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Pam Dubov, Pinellas County Property Appraise<br>315 Court Street<br>2nd Floor<br>Clearwater, FL 33756-5165 | Pinellas County Tax Collector(TW)<br>P O Box 10834<br>Clearwater, FL 33757-8834 | Bank Of America<br>PO Box 25118<br>Tampa, FL  33622-5118 |
| Banker's Life Casualty Company<br>11825 N Pennsylvania St<br>Carmel, IN 46032-4555 | Brian And Debra Bolves<br>PO Box 895<br>Tampa, FL  33601-0895 | Brian and Debra Bolves<br>62 Adalia Avenue<br>Tampa, FL 33606-3302 |
| Bricklmyer, Smoker & Bolves, P.A.<br>Attn: Michael Conley<br>500 E Kennedy Blvd Ste 200<br>Tampa, FL  33602-4936 | Bristol West Insurance Group<br>PO Box 31029<br>Independence, OH  44131-0029 | Capital One<br>PO Box 26074<br>Richmond, VA  23260-6074 |
| Capital One<br>PO Box 650007<br>Dallas, TX  75265-0007 | Capital One<br>PO Box 85147<br>Richmond, VA 23276-0001 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Custom Windows And Doors Of Pasco Inc.<br>7940 US Highway 19<br>Port Richey, FL  34668-6633 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| Dillard's<br>PO Box 52005<br>Phoenix, AZ  85072-2005 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Diversified Adjustment Services<br>600 Coon Rapids Blvd NW<br>Minneapolis, MN  55433-5549 |
| Five Star Auto Center<br>K. Bouris & Son Inc.<br>4055 Louis Avenue<br>Holiday, FL  34691-5656 | GMAC<br>PO Box 3100<br>Midland, TX 79702 | Global Accpt Credit Company LP<br>PO Box 172800<br>Arlington, TX  76003-2800 |
| HSBC<br>PO Box 19360<br>Portland, OR  97280-0360 | I.C. Systems, Inc. o/b/o Endodontic Assoc<br>c/o A. Thomas Pokela Attorney at Law<br>PO Box 2621<br>Sioux Falls, SD 57101-2621 | IC Systems Inc<br>PO Box 64378<br>Saint Paul, MN  55164-0378 |

| | | |
|---|---|---|
| Investment 2234<br>P.O. Box 403357<br>Atlanta, GA 30384-3357 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kathleen Bono<br>4809 Grand Blvd Apt 12<br>New Port Richey, FL 34652-5169 |
| LVNV Funding LLC<br>PO Box 10584<br>Greenville, SC 29603-0584 | Maureen B. Murray Esquire<br>PO Box 47718<br>Jacksonville, FL 32247-7718 | Midland Funding LLC<br>by American InfoSource LP as agent<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Mtag<br>Cust for Abbott Kinney Mgmt., LLC<br>P.O. Box 409584<br>Atlanta, GA 30384-9584 | Newt Hudson Esquire<br>23 W Tarpon Ave<br>Tarpon Springs, FL 34689-3431 | Orchard Bank<br>HSBC Card Service<br>PO Box 80084<br>Salinas, CA 93912-0084 |
| Orchard Bank<br>PO Box 19360<br>Portland, OR 97280-0360 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs<br>POB 41067<br>NORFOLK VA 23541-1067 | (p)PINELLAS COUNTY TAX COLLECTOR<br>PO BOX 4006<br>SEMINOLE FL 33775-4006 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Providian<br>5040 Johnson Dr<br>Pleasanton, CA 94588-3333 | Ralph S. Marcadis Esquire<br>5104 S West Shore Blvd<br>Tampa, FL 33611-5650 |
| Round Up Funding LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Sprint<br>PO Box 105243<br>Atlanta, GA 30348-5243 |
| Tarpon Laser Concepts<br>911B Rivo Pl<br>Tarpon Springs, FL 34689 | Verizon<br>404 Brock Drive<br>Bloomington, IL 61701-2654 | Verizon<br>PO Box 165018<br>Columbus, OH 43216 |
| Verizon Florida Inc.<br>404 Brock Dr<br>Bloomington, IL 61701-2654 | Wachovia<br>PO Box 522817<br>Miami, FL 33152-2817 | West Asset Management<br>2703 N US Highway 75<br>Sherman, TX 75090-2567 |
| West Asset Management<br>PO Box 790113<br>St. Louis, MO 63179-0113 | Worldwide Asset Purchasing LLC<br>Direct Merchants Bank NA<br>9911 Covington Cross Dr<br>Las Vegas, NV 89144-7033 | Young Mtg Funding<br>1502 W Fletcher Ave Ste 113<br>Tampa, FL 33612-3308 |
| Jay B. Verona<br>Englander and Fischer, LLP<br>721 1st Ave North<br>St. Petersburg, FL 33701-3603 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Naussera N Zadeh<br>428 Pasaje Avenue<br>Tarpon Springs, FL 34689-5726 |

Timothy B. Perenich
25749 US Highway 19 N
Suite 200
Clearwater, FL 33763-2004

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank<br>PO Box 5155<br>Norcross, GA 30091-5155 | Direct Merchants<br>PO Box 21550<br>Tulsa, OK 74121-1550 | Jefferson Capital Systems, LLC<br>PO Box 23051<br>Columbus, GA 31902-3051 |
| Pinellas County Tax Collector<br>315 Court St 3rd Fl<br>Clearwater, FL 33756-5165 | Portfolio Recovery<br>PO Box 41067<br>Norfolk, VA 23541-1067 | (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | (d)Pinellas County Tax Collector(TW)<br>P O Box 10834<br>Clearwater, FL 33757-8834 | End of Label Matrix<br>Mailable recipients 60<br>Bypassed recipients 2<br>Total 62 |

[8advogma] [Order Granting Motion To Appear Pro Hac Vice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                  Case No. 8:10-bk-04517-CPM
                                        Chapter 13
Naussera N Zadeh


_____Debtor*_____/

Naussera N Zadeh



        Plaintiff(s)
                                        Adv. Pro. No. 8:12-ap-00771-CPM

vs.


Kenneth R Feinberg

Gulf Coast Claim Facility

Deep Water Horizon Economic Claim Center

_____Defendant(s)_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS ADVERSARY PROCEEDING came on for consideration without a hearing on the Motion to Appear Pro Hac Vice (Doc. No. 22 ) ("Motion") filed by William F. Sheehan, Esq. ("Attorney") for representation of Defendants, Kenneth R. Feinberg and Gulf Coast Claims Facility ("Client"). The Court finds that the Motion is well taken and should be granted. Accordingly, it is

**ORDERED**:

1. The Motion is GRANTED.

2. Attorney is hereby admitted to appear before this Court in this adversary proceeding as counsel for Client subject to Local Rule 2090-2.

3. Upon completion of the required registration form, the Clerk is directed to issue Attorney a temporary login and password with full filing privileges to the Court's electronic filing system. Electronic filing capabilities are limited only to this adversary proceeding. The login and password to the Court's electronic filing system effects the delivery of electronic notification of documents filed, however, a PACER login and password are required to view these documents. Requests for access to the Court's electronic filing system should be directed to the ECF Helpdesk, ecfhelp.tpa@flmb.uscourts.gov. PACER accounts must be set up by Attorney through the PACER website, http://www.pacer.gov.

4. Attorney is directed to file a statement notifying the Clerk when Attorney's involvement in this case is concluded.

BY THE COURT

Dated: September 25, 2013

*Catherine M. Ewen*

Catherine Peek McEwen
United States Bankruptcy Judge

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.