# Exhibit 27

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

--------------------------------------------------X
In re                                             :   CASE NO. 8:10-bk-04517-CPM
                                                  :
Naussera N. Zadeh                                 :   CHAPTER 13
                                                  :
         Debtor.                                  :
--------------------------------------------------X
Naussera N. Zadeh                                 :   Adv. Pro. No. 8:12-ap-00771-CPM
                                                  :
         Plaintiff                                :
                                                  :
vs.                                               :
                                                  :
Kenneth R. Feinberg                               :
Gulf Coast Claim Facility                         :
Deep Water Horizon Economic                       :
Claim Center                                      :
                                                  :
         Defendant                                :
--------------------------------------------------X

## PROOF OF SERVICE REGARDING ORDER
## GRANTING MOTION TO APPEAR *PRO HAC VICE*

**I HEREBY CERTIFY** that a true and correct copy of the attached Order Granting Motion to Appear *Pro Hac Vice* in the captioned adversary proceeding (Doc No. 25), was served on the 4th day of October 2013 via electronic mail through the Court's CM/ECF system to all parties to the captioned adversary proceeding who are registered users and mailed to Naussera N. Zadeh, 428 Pasaje Avenue, Tarpon Springs, FL 34689.

{00238526-1}

Dated October 4, 2013

/s/ Kenneth C. Grace
Florida Bar No.: 0658464
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2465
Facsimile: (866) 466-3140
Email: kgrace@sessions-law.biz
J. David Forsyth (LA Bar No. 5719)
Sessions, Fishman, Nathan & Israel, L.L.C.
201 St. Charles Avenue, Suite 3815
New Orleans, LA 70170
Telephone: (504) 582-1521
Facsimile: (504) 582-1555
jdf@sessions-law.com

Attorneys for Defendant,
Deepwater Horizon Economic Claim Center

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:12-ap-00771-CPM<br>Middle District of Florida<br>Tampa<br>Fri Oct  4 17:15:02 EDT 2013 | Deep Water Horizon Economic   Claim Center<br>P.O. Box 1439<br>Hammond, LA 70404-1439 | Kenneth R Feinberg<br>Gulf Coast Claim Facility , Administrato<br>5151 Blazer Pkwy, Ste. A<br>Dublin, OH 43017-9306 |
| Gulf Coast Claim Facility c/o Kenneth R. fei<br>P.O. Box 9658<br>Dublin, OH 43017-4958 | Naussera N Zadeh<br>428 Pasaje Avenue<br>Tarpon Springs, FL 34689-5726 | J David Forsyth +<br>Sessions Fishman & Nathan LLP<br>201 Saint Charles Avenue Suite 3815<br>New Orleans, LA 70170-1052 |
| Kenneth C. Grace +<br>Sessions Fishman Nathan & Israel LLC<br>3350 Buschwood Park Drive, Ste 195<br>Tampa, FL 33618-4317 | Eric S Adams +<br>Shutts & Bowen, LLP<br>3201 W Boy Scout Blvd., Ste. 300<br>Tampa, FL 3607 | End of Label Matrix<br>Mailable recipients    7<br>Bypassed recipients    0<br>Total                  7 |

Case 2:10-md-02179-CJB-DPC Document 25237-28 Filed 12/17/18 Page 5 of 6
Case 8:12-ap-00771-CPM Doc 29 Filed 10/04/13 Page 4 of 5
Case 8:12-ap-00771-CPM Doc 25 Filed 09/30/13 Page 1 of 2

[8advogma] [Order Granting Motion To Appear Pro Hac Vice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10-bk-04517-CPM
 Chapter 13
Naussera N Zadeh

_____Debtor*_____/

Naussera N Zadeh

 Plaintiff(s)

 Adv. Pro. No. 8:12-ap-00771-CPM

vs.

Kenneth R Feinberg

Gulf Coast Claim Facility

Deep Water Horizon Economic Claim Center

_____Defendant(s)_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS ADVERSARY PROCEEDING came on for consideration without a hearing on the Motion to Appear Pro Hac Vice (Doc. No. 24 ) ("Motion") filed by J. David Forsyth, Esq. of the law firm, Sessions, Fishman, Nathan & Israel, LLC ("Attorney") for representation of Deep Water Horizon Economic Claim Center ("Client"). The Court finds that the Motion is well taken and should be granted. Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. Attorney is hereby admitted to appear before this Court in this adversary proceeding as counsel for Client subject to Local Rule 2090-2.

3. Upon completion of the required registration form, the Clerk is directed to issue Attorney a temporary login and password with full filing privileges to the Court's electronic filing system. Electronic filing capabilities are limited only to this adversary proceeding. The login and password to the Court's electronic filing system effects the delivery of electronic notification of documents filed, however, a PACER login and password are required to view these documents. Requests for access to the Court's electronic filing system should be directed to the ECF Helpdesk, ecfhelp.tpa@flmb.uscourts.gov. PACER accounts must be set up by Attorney through the PACER website, http://www.pacer.gov.

Case 2:10-md-02179-CJB-DPC   Document 25237-28   Filed 12/17/18   Page 6 of 6
Case 8:12-ap-00771-CPM   Doc 29   Filed 10/04/13   Page 5 of 5
Case 8:12-ap-00771-CPM   Doc 25   Filed 09/30/13   Page 2 of 2

4. Attorney is directed to file a statement notifying the Clerk when Attorney's involvement in this case is concluded.

BY THE COURT

Dated: September 30, 2013

*Catherine M. Ewen*

Catherine Peek McEwen
United States Bankruptcy Judge

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.