# Exhibit 29

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/08/2013 10:00 AM

COURTROOM 8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:10-bk-04517-CPM | Chapter 13 | 08/17/2012 |
| ADVERSARY: 8:12-ap-00771-CPM | | Pltf Atty: |
| | | Dft Atty: Eric S Adams |
| DEBTOR: Naussera N Zadeh | | |

**HEARING:**

Zadeh v. Feinberg et al

Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation Filed by Eric S Adams on behalf of Defendants Kenneth R Feinberg, Gulf Coast Claim Facility c/o Kenneth R. feinberg, Administrator. (Doc #16; Obj 17)
Joinder By Defendant &quot;Deep Water Horizon Economic Claim Center&quot; To Motion To Stay Proceedings Pending A Transfer Decision By The Judicial Panel On Multi District Litigation By Defendants Feinberg And Gulf Coast Claim Facility Filed by Kenneth C. Grace on behalf of Defendant Deep Water Horizon Economic Claim Center (related document(s)[16]). (Grace, Kenneth) Doc #20
Order Transferring Case to Eastern District of Louisiana. Service Instructions: Clerks Office to serve. (Mason, Sara) Doc #28
HRG CANCELLED

**APPEARANCES:**:
NAUSSERA ZADEH....

**RULING:**
Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation Filed by Eric S Adams on behalf of Defendants Kenneth R Feinberg, Gulf Coast Claim Facility c/o Kenneth R. feinberg, Administrator. (Doc #16; Obj 17)...JUDGE MCEWEN INFORMED THE DEBTOR THE HEARING HAD BEEN CANCELLED BECAUSE THE CASE WAS TRANSFERRED TO LOUISIANA....


Joinder By Defendant "Deep Water Horizon Economic Claim Center" To Motion To Stay Proceedings Pending A Transfer Decision By The Judicial Panel On Multi District Litigation By Defendants Feinberg And Gulf Coast Claim Facility Filed by Kenneth C. Grace on behalf of Defendant Deep Water Horizon Economic Claim Center (related document(s)[16]). (Grace, Kenneth) Doc #20

Order Transferring Case to Eastern District of Louisiana. Service Instructions: Clerks Office to serve. (Mason, Sara) Doc #28

HRG CANCELLED

| 8:12-ap-00771-CPM | Lead BK: 8:10-bk-04517-CPM | Chapter 13 |
|---|---|---|

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.

8:12-ap-00771-CPM                Lead BK: 8:10-bk-04517-CPM                Chapter 13