Exhibit 32

United States Bankruptcy Court
Middle District of Florida

Zadeh,
        Plaintiff                                                Adv. Proc. No. 12-00771-CPM

Feinberg,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-8          User: cellil          Page 1 of 1                Date Rcvd: Dec 09, 2016
                             Form ID: noftrnsa      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
dft          +Deep Water Horizon Economic Claim Center,   P.O. Box 1439,   Hammond, LA 70404-1439
dft           Gulf Coast Claim Facility c/o Kenneth R. feinberg,,   P.O. Box 9658,   Dublin, OH 43017-4958
dft          +Kenneth R Feinberg,   Gulf Coast Claim Facility , Administrato,   5151 Blazer Pkwy, Ste. A,
              Dublin, OH 43017-9306
pla          +Naussera N Zadeh,   428 Pasaje Avenue,   Tarpon Springs, FL 34689-5726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
          Eric S Adams    on behalf of Defendant Kenneth R Feinberg eadams@shutts.com,  shatfield@shutts.com
          Eric S Adams    on behalf of Defendant  Gulf Coast Claim Facility c/o Kenneth R. feinberg,
          Administrator eadams@shutts.com,  shatfield@shutts.com
          J David Forsyth    on behalf of Defendant   Deep Water Horizon Economic  Claim Center
          jdf@sessions-law.com
          Rachel A Morris    on behalf of Defendant   Deep Water Horizon Economic  Claim Center
          rmorris@sessions-law.biz,  sfrederick@sessions-law.biz
                                                                                          TOTAL: 4

[**noftrnsa**] [Notice Regarding Filing of Transcript AP]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                Case No. 8:10–bk–04517–CPM

                                                      Chapter 13

Naussera N Zadeh


_____Debtor(s)_____/

Naussera N Zadeh



        Plaintiff(s)


vs.                                                   Adv. Pro. No. 8:12–ap–00771–CPM


Kenneth R Feinberg

et al

_____Defendant(s)_____/


NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

   Notice is hereby given that an official transcript of a proceeding held on December 5, 2012 has been filed on December 6, 2016 , by the court reporter in the above captioned matter.

   Under Administrative Order FLMB–2009–7, within seven (7) calendar days of the date of service of this notice, the parties shall file with the court a local form "Notice of Intent to Request Redaction of Transcript." Parties timely filing the local form "Notice of Intent to Request Redaction of Transcript" shall, within 21 calendar days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested. Since the "Statement" once filed, will appear as a public document on the docket, the "Statement" should be worded so as not to contain unredacted personal identifiers.

   Parties to the case who are (or represent) persons whose personal data identifier may appear in the transcript and who wish to review the unredacted transcript may either purchase a copy of the transcript from the court reporter or view a copy of the transcript at no charge in any of the clerk's three divisional offices.

   If a "Notice of Intent to Request Redaction of Transcript" has not been filed by the deadline indicated above, absent further order of the court, the transcript will be made available on the docket as a publicly accessible document, subject to applicable access charges.

   DATED on December 9, 2016 .

                         FOR THE COURT
                         Lee Ann Bennett , Clerk of Court
                         Sam M. Gibbons United States Courthouse
                         801 North Florida Avenue, Suite 555

Tampa, FL 33602

Copies Furnished to All Parties to the Hearing