# Exhibit 35

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2179__ & TITLE - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendants Kenneth R. Feinberg and Gulf Coast Claims Facility

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Zadeh v. Feinberg, et al., Case No. FLM/Bankr. 8:10-bk-04517-CPM, Adv. Proc. No. 8:12-ap-00771-CPM

*****************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| July 29, 2013 | /s/ William F. Sheehan |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** William F. Sheehan
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001-4432

Telephone No.: (202) 346-4303     Fax No.: (202) 346-4444

Email Address: wsheehan@goodwinprocter.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: | ) ) ) |
| OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) |

MDL Docket No. 2179

## PROOF OF SERVICE

I hereby certify that on this 29th day of July 2013, I served the foregoing Notice of Appearance Under on Plaintiff (who is proceeding *pro se*) and upon Defendant Deep Water Horizon Economic Claim Center by causing copies thereof to be mailed by United States Mail, first class, postage prepaid, to them as follows:

Naussera N. Zadeh
428 Pasaje Avenue
Tarpon Springs, FL 34689
Plaintiff *Pro Se*

Deep Water Horizon Economic Claim Center
935 Gravier Street
Suite 120
New Orleans, LA 70112-1608
Defendant

Bankr. M.D. Fla. No. 8:10-bk-04517-CPM,
      Adv. Proc. No. 8:12-ap-00771-CPM

July 29, 2013                                                          /s/ William F. Sheehan

                                                                       William F. Sheehan
                                                                       Goodwin Procter, LLP
                                                                       901 New York Avenue, NW
                                                                       Washington, DC 20001
                                                                       Telephone: (202)346-4303
                                                                       Facsimile: (202) 346-4444
                                                                       wsheehan@goodwinprocter.com

                                                                       Counsel for Defendants Kenneth R.
                                                                       Feinberg and Feinberg Rozen LLP