# Exhibit 40

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * * | |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| 13-CV-6015, Zadeh v. Feinberg, et al. | * * * | Magistrate Judge WILKINSON |

# DECLARATION OF STEPHEN S. SCHWARTZ

I, Stephen S. Schwartz, declare and state as follows:

1. I am counsel for Defendants-Appellees Kenneth R. Feinberg and the Gulf Coast Claims Facility in this case. I have personal knowledge of the facts stated herein.

2. The November 5, 2018 Order of the U.S. Court of Appeals for the Fifth Circuit in *Zadeh v. Feinberg*, No. 18-31076, directed the parties to file proposed designations of the record on appeal in the district court before November 19, 2018.

3. I appeared in the Fifth Circuit on December 4, 2018. In a telephonic conversation on December 6, 2018, I was informed by Majella A. Sutton of the Fifth Circuit Clerk's Office that the deadline for designations of the record on appeal would be extended to December 17, 2018.

4. Pursuant to the Fifth Circuit's directions, I accordingly endeavored to obtain Plaintiff-Appellant's consent to three matters: (1) supplementation of the district court record with filings from the matter Plaintiff-Appellant originally opened in the U.S. District Court from the Middle District of Florida, No. 8:12-ap-00771, which was later transferred to MDL 2179, (2) Defendants-Appellees' proposed designation of the record on appeal for Fifth Circuit Case No.

18-31076, and (3) a motion to supplement the record on appeal with the parties' designations, should the Fifth Circuit require such a motion.

5. I was unable to identify Plaintiff-Appellant's telephone number or e-mail address in the docket or filings in this matter, or to obtain such contact information from other public sources.

6. On December 6, 2018, I caused a letter to be sent to Plaintiff-Appellant by Federal Express. The letter was sent to Plaintiff-Appellant's mailing address, 428 Pasaje Ave., Tarpon Springs, FL 34689. The letter enclosed Defendants-Appellees' proposed supplementation of the district court record and proposed designations of the record on appeal. The letter reported the Fifth Circuit's directions on filing proposed designations, and requested that Plaintiff-Appellant respond by telephone by December 12, 2018.

7. I was informed on December 7, 2018, that the letter had been deposited with Federal Express for delivery on Saturday, December 8, 2018.

8. Although I was later informed that the letter was in fact deposited with Federal Express on December 10, 2018, I understand that it was delivered to Plaintiff-Appellant on December 11, 2018. *See* Fed. Ex. Confirmation #773909559826.

9. I have not received any contact from Plaintiff-Appellant.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE COMMONWEALTH OF VIRGINIA AND UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Arlington, Virginia, this 17th day of December, 2018.

_____
Stephen S. Schwartz