# Exhibit 2

# SCHAERR
# JAFFE LLP

December 6, 2018

Naussera N. Zadeh
428 Pasaje Ave.
Tarpon Springs, FL 34689

*via Federal Express*

      RE: *Zadeh v. Feinberg*, No. 18-31076 (5th Cir.)

Dear Mr. Zadeh,

      I represent Defendants-Appellees Kenneth R. Feinberg and the Gulf Coast Claims Facility ("Appellees") in the above-named matter. I write concerning designations of the record on appeal, pursuant to the November 5, 2018 order of the Clerk of the U.S. Court of Appeals for the Fifth Circuit. I have enclosed a copy of that order for your convenience.

      As you may know, when a court of appeals reviews a district court decision, documents filed in the district court comprise the record on appeal. The court of appeals then bases its own decision on that record on appeal. In this case, the Fifth Circuit's November 5 order directed the parties to (1) confer as to which district court documents should be designated for the Fifth Circuit's review, and (2) file their designation in the U.S. District Court for the Eastern District of Louisiana before November 19, 2018.

      The Fifth Circuit's Clerk has informed Appellees that the deadline will be extended to December 17, 2018. Because the Fifth Circuit's original deadline to designate portions of the record expired over two weeks ago, the Fifth Circuit's Clerk has informed Appellees that the parties may need to file a motion in the Fifth Circuit to supplement the record with the designated documents.

      Please find enclosed Appellees' proposed designations. Appellees' proposed designation includes relevant filings in the Eastern District of Louisiana, Case Nos. 2:10-md-2179 and 2:13-cv-06015. Appellees further intend to add to the record in the Eastern District of Louisiana by filing documents from the original case you opened in the Middle District of Florida, Case No. 8:12-ap-00771, and the related filings before the Judicial Panel on Multidistrict Litigation. Appellees will designate those filings for the record on appeal as well. I have also enclosed a list of documents to be designated in that way.

      Given December 17 deadline for filing the designation in the Eastern District of Louisiana, time is of the essence. In keeping with the Fifth Circuit's directions, I have three requests:

**Stephen S. Schwartz** | PARTNER
Office  (202) 787-1060
Mobile  (202) 779-1134
Email  sschwartz@schaerr-jaffe.com

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com

SCHAERR
JAFFE LLP

- First, please indicate whether you consent to Appellees' proposed designation. In the alternative, please provide your objections and any additional proposed designations of your own.
- Second, please indicate whether you consent to adding the listed Middle District of Florida filings to the record in the Eastern District of Louisiana.
- Third, please indicate whether you would consent to a motion to supplement the record on appeal with all designated documents from the Eastern District of Louisiana and the Western District of Florida.

I have attempted to locate your telephone number, but have not been able to do so. I therefore request that you respond to my requests by telephone before Wednesday, December 12, 2018. You may reach me at my office at (202) 787-1060, or directly at (202) 779-1134. If I do not receive any contact from you, Appellees will make their filings and represent to the Court that they were unable to establish contact with you.

Please do not hesitate to contact me to discuss further.

Sincerely,

*Stephen S. Schwartz* (signature)

Stephen S. Schwartz


Encl:  Fifth Circuit Order, Nov. 5, 2018
       Appellees' Proposed Designation of Record on Appeal
       Tables of M.D. Fla. Documents for Record Supplementation