UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | **SECTION:  J** |
| | * | |
| **Applies to:** *All Cases* | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAG. JUDGE WILKINSON** |

## ORDER

IT IS ORDERED that Steven L. Nicholas and Robert T. Cunningham, Jr.'s Motion to Substitute Member of Plaintiffs' Steering Committee (Rec. Doc. 24675) is DENIED AS MOOT in light of the Court's decision to not re-appoint the Plaintiffs' Steering Committee (Rec. Doc. 25224).

New Orleans, Louisiana this 13th day of December, 2018.

_____
United States District Judge