# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 10, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-31172   Joseph Cannistra v. BP Exploration & Prodn, Inc.
                 USDC No. 2:10-MD-2179
                 USDC No. 2:12-CV-3048

Enclosed is an order entered in this case.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Connie Brown, Deputy Clerk
                             504-310-7671

Mr. William W. Blevins
Mr. Joseph Cannistra
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. James Andrew Langan
Mr. Aaron Lloyd Nielson
Mr. Devin Chase Reid