UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| **Applies to:** *All Cases* | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE WILKINSON |

# ORDER

BP has filed a motion (Rec. Doc. 25226) requesting permission to dispose of certain samples identified in Exhibit A to the motion (Rec. Doc. 25226-2).

IT IS ORDERED that any objections to BP's Motion for Entry of an Order Relating to the Disposal of Certain Materials (Rec. Doc. 25226) shall be filed no later than Friday, January 4, 2019. If the Court receives no objections, it may enter the proposed order attached to BP's motion. (Rec. Doc. 25226-3).

New Orleans, Louisiana this 19th day of December, 2018.

_____
United States District Judge