# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | |
| | * | SECTION J |
| | * | |
| | * | |
| | * | |
| This document relates to: 12-cv-970 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge WILKINSON |
| | * | |

---

## DESIGNATIONS OF RECORD ON APPEAL
## IN FIFTH CIRCUIT CASE NO. 18-31177

*Counsel Listed on the Final Page*

## Index of Relevant MDL 2179 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 1 | 08/10/2010 | TRANSFER ORDER FROM THE MDL PANEL transferring 77 actions to the Eastern District of LA and becoming part of MDL 2179 by Clerk MDL Panel.(sek, ) (Entered: 12/10/2009)(sek, ). (Entered: 08/10/2010) |
| 2:10-md-2179 | 2 | 08/10/2010 | PRETRIAL ORDER #1 - Setting the Initial Pretrial Conference for 9/17/2010 09:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 8/10/2010. (Attachments: # 1 Schedule A, # 2 Schedule B)(Reference: All Cases)(mmm,) (Entered: 08/10/2010) |
| 2:10-md-2179 | 110 | 08/27/2010 | PRETRIAL ORDER #6: ORDERED that James Parkerson Roy & Stephen J. Herman are appointed Plaintiffs' Co-Liaison Counsel. FURTHER ORDERED that Plaintiffs' Co-Liaison Counsel shall serve as ex officio members of the Plaintiff Steering Committee, with all authority vested therein. Plaintiffs' Co-Liaison Counsel shall also be members of any Executive Committee which may hereinafter be appointed by the Court. FURTHER, Plaintiffs' Co-Liaison Counsel shall continue to formulate the Plaintiffs' Response to PTO No. 1 & continue to work with Defense Interim Liaison Counsel to make (as much as possible) joint recommendations to the Court, in furtherance of the objectives of PTO No. 1. Signed by Judge Carl Barbier on 8/27/10.(Reference: all cases)(sek, ) (Entered: 08/27/2010) |
| 2:10-md-2179 | 312 | 09/16/2010 | Minute Entry for proceedings held before Judge Carl Barbier: Conference held on 9/16/2010. Deadlines established re Master Complaints & Answers as set forth in document. Deadlines re Limitation Action also established as set forth in document. Both defense & plaintiffs' liaison counsel agree to use Lexis/Nexis for filing & service in this case. Ordered that docs # 243 & # 244 are denied. Ordered that doc # 211 is granted as set forth in document. Proposed Case Management Order No. 1 to be submitted to the Court by 9/30/10. In-Court pre-trial conference set for 10/15/10 at 9:30 a.m. Liaison counsel are to file Joint proposed tentative agenda & status report by 10/12/10. (Court Reporter |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Cathy Pepper.) (Attachments: # 1 Attendance Record) (Reference: all cases)(sek, ) (Entered: 09/21/2010) |
| 2:10-md-2179 | 506 | 10/08/2010 | PRETRIAL ORDER #8: The Court hereby appoints the following members to the Plaintiffs' Steering Committee: Brian H. Barr, Jeffrey A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Paul M. Sterbcow, Scott Summy, Mikal C. Watts. Additionally, the Court appoints Plaintiffs Liaison Counsel, James Parkerson Roy and Stephen J. Herman, together with Brian Barr and Scott Summy, to comprise the Plaintiff Executive Committee. Duties & responsibilities are as set forth in order. Signed by Judge Carl Barbier on 10/8/10.(Reference: all cases)(sek, ) (Entered: 10/08/2010) |
| 2:10-md-2179 | 569 | 10/19/2010 | PRETRIAL ORDER No. 11 (Case Management Order No.1): Instructions re filings and Deadlines are as set forth in document. Signed by Judge Carl Barbier on 10/19/10. (Attachments: #1 Exhibit A)(Reference: all cases)(sek,) (Entered: 10/19/2010) |
| 2:10-md-2179 | 879 | 12/15/2010 | MASTER COMPLAINT against All Defendants (Filing fee $ 350 receipt number 053L-2739296) filed by Plaintiffs. (Reference: All Cases in B1 Bundle)(Herman, Stephen) Modified text on 1/26/2011 (sek,). (Entered: 12/15/2010) |
| 2:10-md-2179 | 982 | 01/12/2011 | PRE-TRIAL ORDER #24: [Deeming Short-Form Joinders to be filed within the MDL and Limitation] To facilitate efficient & effective management & prosecution of coordinated actions herein, the Clerk of Court has created: a. Civil Action no. 10-8888 for the sole purpose of filing the Claim in Limitation/Short Claim Forms ("Short-Form Joinder"). b. A separate page on the MDL website: http://www.laed.uscourts.gov/OilSpill/OilSpill.htm entitled FORMS, which provides necessary forms for all claimants. Instructions and Deadlines regarding filing Short-Form Joinders are as set forth in this Order. Signed by Judge Carl Barbier on 1/12/11.(Reference: MDL 10-2179, 10-2771 & 10- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 8888)(sek, ) (Entered: 01/12/2011) |
| 2:10-md-2179 | 983 | 01/12/2011 | PRETRIAL ORDER NO. 25 - Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1 - Bundle A Cases, #2 Exhibit 2 - Bundle C Cases, #3 Exhibit 3 - Short-Form Joinder, #4 Exhibit 4- Amended PPF)(Reference: all cases)(ijg,) (Entered: 01/12/2011) |
| 2:10-md-2179 | 1128 | 02/09/2011 | First Amended Master Answer to Complaint & Petition of Triton Asset Leasing GmbH, et al for Exoneration From or Limitation of Liability (Rule 9(h)); First Amended Master Claim in Limitation (10-2771)(Rule 9(h)) & First Amended Master Complaint, Cross-Claim, & 3rd-Party Complaint for Private Economic Losses in Accordance with PTO #11 (CMO #1), Section III(B1) (B1 Bundle) re 879 Complaint *for Non-Governmental Economic Losses ("B1 Bundle")* filed by plaintiffs (Reference: B1 Bundle Cases; No.10-2771)(Herman, Stephen) Modified text on 2/9/2011 (sek,). (Entered: 02/09/2011) |
| 2:10-md-2179 | 1390 | 02/28/2011 | MOTION to Dismiss The First Amended B1 Master Claim In Limitation & 1st Amended Master Complaint by Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission)(Reference: All B1 Bundle Cases; and 2:10-cv-2771)(Miller, Kerry) Modified text on 2/28/2011 (sek, ). (Entered: 02/28/2011) |
| 2:10-md-2179 | 1395 | 02/28/2011 | MOTION to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] For Failure to State a Claim and Demand for Trial by Jury by Cameron International Corporation. Motion set for 5/11/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Notice of Submission)(Reference: All Cases in Pleading Bundle B1 and 10-2771)(Wittmann, Phillip) Modified defendant on 3/1/2011 (mmm,). (Entered: 02/28/2011) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 1414 | 02/28/2011 | MOTION to Dismiss Master Complaint for Pleading Bundle B1 by Anadarko Petroleum Corporation; Anadarko E&P Company LP; Moex offshore 2007 LLC; Moex USA Corporation. Motion set for 5/11/2011 09:30 AM before Judge Carl Barbier. (Attachments: #1 Memorandum in Support, #2 Exhibit A part 1 of 3, #3 Exhibit A part 2 of 3, #4 Exhibit A part 3 of 3, #5 Exhibit B, #6 Exhibit C, #7 Notice of Submission, #8 Proposed Order)(Reference: All Cases in Pleading Bundle B1)(Kirby, Ky) Modified filers on 3/1/2011 (mmm,). (Entered: 02/28/2011) |
| 2:10-md-2179 | 1429 | 02/28/2011 | MOTION to Dismiss Plaintiffs' Master Complaint for Economic Losses (B1 Bundle) by Halliburton Energy Services Inc. Motion set for 4/29/2011 09:30 AM before Judge Carl Barbier. (Attachments: #1 Memorandum in Support of Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint for Economic Losses, #2 Appendix Appendices 1, 2, 3 and 4, #3 Exhibit A, #4 Exhibit B, #5 Exhibit C, #6 Notice of Submission)(Reference: All B1 Bundle Cases)(Godwin, Donald) Modified text/filer on 3/1/2011 (mmm,). (Entered: 02/28/2011) |
| 2:10-md-2179 | 1433 | 02/28/2011 | MOTION to Dismiss The Plaintiffs' Bundle B1 Claims for Private Economic Losses by Weatherford U.S., L.P. Motion set for 5/11/2011 09:30 AM before Judge Carl Barbier. (Attachments: #1 Memorandum in Support, #2 Exhibit 1, #3 Notice of Submission)(Reference: 10-01222, 10-1561, 10-1556, 10 1560, 10-01573, 10-01574, 10-03113, 10-03112, 10-02984, 10 02985, 10-03274, 10-03269, 10-01752, 10-02986, 10-01850, 10-01852, 10-01855, 10-01857, 10-03272, 10-02669, 10-02654, 10-1920, 10-03095, 10-01935, 10-04207, 10-04359, 10-03114, 10-03115, 10-03105, 10-01908, 10-03085, 10-03100, 10-2114, 10-02116, 10-02770)(Goodier, Glenn) (Entered: 02/28/2011) |
| 2:10-md-2179 | 1440 | 02/28/2011 | MOTION to Dismiss Case Pleading Bundle B1 by Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc. and BP p.l.c. Motion set for 5/11/2011 09:30 AM before Judge Carl Barbier. (Attachments: #1 Memorandum in Support, #2 Exhibit 1, #3 Exhibit |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 12 Tabs A-D, # 15 Exhibit 12 Tab E, # 16 Exhibit 12 Tabs F-L, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Notice of Submission)(Reference: All Cases in Pleading Bundle B1)(Haycraft, Don) Modified text on 3/2/2011 (sek,). (Entered: 02/28/2011) |
| 2:10-md-2179 | 1597 | 03/11/2011 | MOTION to Dismiss by Defendant M-I LLC. Motion set for 5/25/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support of Defendant M-I L.L.C.'s Motion to Dismiss Bundle B1 Economic Damages Claims, # 2 Proposed Order, # 3 Notice of Submission)(Reference: All Case in B1 Bundle and 10-2771)(Tanner, Hugh) Modified text on 3/14/2011 (sek, ). (Entered: 03/11/2011) |
| 2:10-md-2179 | 2131 | 04/26/2011 | RESPONSE filed by All Plaintiffs re 2108 MOTION to Dismiss Case B3 Bundle, 2107 MOTION to Dismiss Case B1 Bundle. (Reference: All B1 and B3 Bundle Cases; 10-2771)(Herman, Stephen) Modified text on 4/27/2011 (sek,). (Entered: 04/26/2011) |
| 2:10-md-2179 | 2471 | 05/20/2011 | Master ANSWER to Complaint Claims in Limitation by Defendants and Petitioners in Limitation Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., Transocean Holdings, LLC and Triton Asset Leasing GmbH.(Reference: 10-2771, MDL 2179, Bundle A, Bundle B, Bundle C)(Miller, Kerry) Modified text on 5/23/2011 (sek, ). (Entered: 05/20/2011) |
| 2:10-md-2179 | 2472 | 05/20/2011 | *Master* ANSWER to Complaint with Jury Demand *to Tendered Claims, Together With,* CROSSCLAIM with Jury Demand against Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; and Triton Asset Leasing GMBH ; p.l.c.; Exploration and Production, Inc., America Production Company; Halliburton Energy Services, Inc.; M-I LLC ; Anadarko Petroleum Corporation ; Anadarko E&P Company, LP; MOEX Offshore 2007 LLC; MOEX USA Corporation; Mitsui Oil Exploration Co. Ltd.; Weatherford International |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Ltd.; Weatherford U.S. L.P. ; Dril-Quip, Inc.; Marine Spill Response Corporation; Airborne Support, Inc.; Airborne Support International, Inc.; Lynden, Inc. ; Dynamic Aviation Group, Inc. ; International Air Response, Inc. ; Lane Aviation; National Response Corporation ; O'Brien Response Management, Inc.; Tiger Safety, LLC; DRC Emergency Services LLC ; and Nalco Company by Defendant Cameron International Corporation.(Reference: 10-2771)(Wittmann, Phillip) Modified text on 5/23/2011 (sek,). (Entered: 05/20/2011) |
| 2:10-md-2179 | 3830 | 08/26/2011 | ORDER AND REASONS GRANTING IN PART, DENYING IN PART (as set forth in document) Defendants' Motions to Dismiss the B1 Master Complaint - Rec Docs. 1440, 1390, 1429, 1597, 1395, 1433, 1414, 2107. Signed by Judge Carl Barbier on 8/26/2011.(Reference: B1 Master Complaint)(blg) (Entered: 08/26/2011) |
| 2:10-md-2179 | 4114 | 9/26/2011 | ANSWER to 1128 First Amended Master Complaint with Jury Demand, CROSSCLAIM with Jury Demand against Defendants by Defendant Cameron International Corporation. (Reference: 10-2771 and All Cases in Pleading Bundle B1)(Wittmann, Phillip) Modified on 9/27/2011 (blg). (Entered: 09/26/2011) |
| 2:10-md-2179 | 4117 | 9/26/2011 | ANSWER to 1128 First Amended Master Complaint, Cross-Claim and Third Party Complaint for Private Economic Losses In Accordance With PTO No.11 [CMO No. 1] Section III(B1) ["B1 Bundle"] by Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP. (Reference: All Cases in Pleading Bundle B1; 10-2771)(Kirby, Ky) Modified on 9/27/2011 (blg). (Entered: 09/26/2011) |
| 2:10-md-2179 | 4118 | 9/26/2011 | ANSWER to 1128 First Amended Master Complaint Cross-Claim and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11, Section III (B1), First Amended Claim in Limitation, CROSSCLAIM with Jury Demand against Defendants, with Jury Demand by Defendant Halliburton Energy Services, Inc. (Reference: All Cases in Pleading Bundle B1 and 10-2771) (Godwin, Donald) Modified on 9/27/2011 (blg). (Entered: 09/26/2011) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 4129 | 09/27/2011 | ANSWER to 1128 First Amended Master Complaint filed by B1 Plaintiffs by Defendants Weatherford U.S., L.P., Weatherford International, Inc. (Reference: 10-2771, 10-2179)(Goodier, Glenn) Modified on 9/28/2011 (blg). (Entered: 09/27/2011) |
| 2:10-md-2179 | 4130 | 09/27/2011 | ANSWER to 1128 First Amended Master Complaint, *Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"]* by Defendants Exploration & Production Inc., America Production Company, p.l.c. (Reference: All Cases in Pleading Bundle B1 and 10-2771)(Haycraft, Don) Modified on 9/28/2011 (blg). (Entered: 09/27/2011) |
| 2:10-md-2179 | 4568 | 11/15/2011 | ORDER AND REASONS granting in part and denying in part 2630 , 2631 , 2637 , 2638 , 2639 , 2642 , 2644 , 2645 , 2646 , 2647 , 2649 , 2651 , 2653 , 2655 , 2656 Motions to Dismiss the Complaints of the States of Alabama and Louisiana. Signed by Judge Carl Barbier. (Reference: Actions by the State of Alabama and Louisiana, Part of PLeading Bundle "C", 10-4182, 10-4183, 10-3059, 11-516)(gec, ) (Entered: 11/14/2011) |
| 2:10-md-2179 | 5988 | 03/08/2012 | ORDER granting [5987] Joint Motion, creating transition process, and appointing claims administrator and transition coordinator. Signed by Judge Carl Barbier on 3/8/2012. (Reference: All Cases)(blg) (Entered: 03/08/2012) |
| 2:10-md-2179 | 5995 | 03/08/2012 | First Amended ORDER Creating Transition Process re 5988 Order. Signed by Judge Carl Barbier.(Reference: ALL CASES)(gec,) (Entered: 03/08/2012) |
| 2:10-md-2179 | 6049 | 03/14/2012 | ORDER Clarifying the Court's 5995 First Amended Order of March 8, 2012, Creating Transition Process. Signed by Judge Carl Barbier on 3/14/2012. |
| 2:10-md-2179 | 6085 | 03/21/2012 | ORDER Regarding Claims Currently Pending in the GCCF Appeals Process; Further Clarifying the (First Amended) Order of March 8, 2012, Creating Transition Process (Rec. Doc. [5995]; see also Rec. Doc. [6049]). Signed by Judge Carl Barbier on 3/21/2012. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6266 | 04/18/2012 | Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval* by Plaintiffs Steering Committee, through Interim Class Counsel, and Defendants   Exploration & Production Inc., America Production Company. (Attachments: #1 Memorandum in Support, #2 Exhibit 1 (Azari Declaration), #3 Exhibit 2 (Kinsella Declaration), #4 Exhibit 3 (Wehatman Declaration), #5 Proposed Order)(Reference: All Cases Cases, 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |
| 2:10-md-2179 | 6269 | 04/18/2012 | MOTION for Conditional and Preliminary Certification of Economic and Property Damage Class for Settlement Purposes, MOTION for Appointment of Class Representative, and MOTION for Appointment of Class Counsel by Interim Class Counsel, and the Plaintiffs' Steering Committee. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A - Class Definition, # (3) Exhibit A-1 (Gulf Coast Area), # (4) Exhibit A-2 (Specified Waters))(Reference: All Cases (including No. 12-970))(Herman, Stephen) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6272 | 04/18/2012 | MOTION for Certification of a Rule 23(b) (3) Class for Purposes of Settlement by Plaintiffs. (Attachments: # 1 Memorandum in Support). |
| 2:10-md-2179 | 6276 | 04/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and  Exploration & Production Inc.,   America Production Company re [6266] Joint MOTION *for Settlement for Economic and Property Damage/Preliminary Approval*. (Attachments: # (1) Exhibit DWH Economic and Property Damages Settlement Agreement, # (2) Exhibit List, # (3) Exhibit 1A (Map of Economic Loss Zones), # (4) Exhibit 1B (Geographic Definition of Zones), # (5) Exhibit 1C (Zone Classifications and Implementation), # (6) Exhibit 2 (Tourism Definitions), # (7) Exhibit 3 (Seafood Distribution Claim Definitions), # (8) Exhibit 4A (Documentation Requirements for Business Economic Loss Claims), # (9) Exhibit 4B (Causation Requirements for Business Economic Loss Claims), # (10) Exhibit 4C (Compensation Framework for Business Economic Loss Claims), # (11) Exhibit 4D (Attachment A - |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Compensation Framework for Business Economic Loss Claims - Fixed and Variable Claims), # (12) Exhibit 4E (Addendum to Compensation for Business Economic Loss Claims - Compensation for Spill-Related Cancellations), # (13) Exhibit 5 (Compensation for Multi-Facility Businesses), # (14) Exhibit 6 (Failed Business Compensation Framework), # (15) Exhibit 7 (Framework for Start-Up Business Claims), # (16) Exhibit 8A (Framework for Individual Economic Loss Claims), # (17) Exhibit 8B (Individual Economic Loss Claims Examples), # (18) Exhibit 8C (Addendum Regarding Compensation Related to a Claimants Loss of Employment Related Benefits Income as a Result of the DWH Spill), # (19) Exhibit 8D (Addendum to Individual Framework), # (20) Exhibit 8E (Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim), # (21) Exhibit 9 (Framework for Subsistence Claims), # (22) Exhibit 10 (Seafood Compensation Program), # (23) Exhibit 11A (Compensation Framework for Coastal Real Property Claims), # (24) Exhibit 11B (Appendix A to Compensation Framework for Coastal Real Property Claims - Coastal Real Property Claim Zone Map), # (25) Exhibit 11C (Appendix D to Compensation Framework for Coastal Real Property Claims - Eligible Parcel Compensation Category Map), # (26) Exhibit 12A (Compensation Framework for Wetlands Real Property Claims), # (27) Exhibit 12B (Appendix A to Compensation Framework for Wetlands Real Property Claims - Wetlands Real Property Claim Zone Map), # (28) Exhibit 12C (Appendix C to Compensation Framework for Wetlands Real Property Claims - Eligible Parcel Compensation Category Map), # (29) Exhibit 12D (Appendix D to Compensation Framework for Wetlands Real Property Claims - Area of Potential Eligibility Map), # (30) Exhibit 13A (Compensation Framework for Real Property Sales), # (31) Exhibit 13B (Appendix A Real Property Sales Compensation Zone Map), # (32) Exhibit 14 (Compensation Framework for Vessel Physical Damage Claims), # (33) Exhibit 15 (RTP Chart), # (34) Exhibit 16 (Excluded Industries Chart), # (35) Exhibit 17 (Oil & Gas Industry Exclusions), # (36) Exhibit 18 (Economic Loss and Property Class Definition Exclusions), # (37) Exhibit 19 (Industry Types Subject |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | to Review by Claims Administrator for Potential Moratoria Losses), # (38) Exhibit 20 (Other Released Parties), # (39) Exhibit 21 (Assignment and Protections), # (40) Exhibit 22 (Gulf Coast Area Map), # (41) Exhibit 23 (Specified Gulf Waters Map), # (42) Exhibit 24A ( Corporation North America Inc. Guarantee), # (43) Exhibit 24B ( PLC Back-up Guarantee), # (44) Exhibit 25 (Procedures for Filing and Briefing of Appeals), # (45) Exhibit 26 (Individual Release), # (46) Exhibit 27 (Fees and Costs))(Reference: 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6279 | 4/18/2012 | ORDERED that on Wednesday, April 25, 2012, at 2:00 p.m., the Court will consider (1) the request for conditional and Preliminary Certification of the Economic/Property Damage Class and the Medical Benefits Class and (2) the Request for Preliminary Approval of the Proposed Settlements respecting these putative classes, re Rec. Docs. 6266, 6269, 6276 (Economic/Property); Rec. Docs. 6267 6272, 6273 (Medical Benefits). Signed by Judge Carl Barbier on 4/18/2012.(Reference: All Cases, 12-968, 12-970)(b1g) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6310 | 04/23/2012 | ORDER re 6266 Joint Motion for Preliminary Approval of Class Action Settlement; requested that the Court adjourn the Limitation and Liability trial pending the Court's final review of the proposed settlement through the fairness hearing process. This issue will be considered during the in-chambers conference with Liaison Counsel on May 3, 2012 (Rec. Doc. 6061). ORDERED that any party wishing to file a brief in support or opposition of Motion for Adjourning the Limitation and Liability Trial (Rec. Doc. 6266) shall do so by Tuesday May 1, 2012. Briefs shall not exceed five pages, double spaced. Attorneys shall file their briefs using CM/ECF. Signed by Judge Carl Barbier on 4/25/2012.(Reference: ALL CASES)(blg) (Entered: 04/23/2012) |
| 2:10-md-2179 | 6348 | 04/24/2012 | RESPONSE to Motion filed by Defendants Exploration & Production Inc., American Production Company re [6269] MOTION to Certify Class *for Settlement Purposes*. (Reference: All Cases; 12-970)(Haycraft, Don) Modified on 4/25/2012 (blg) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | (Entered: 04/24/2012) |
| 2:10-md-2179 | 6349 | 04/24/2012 | RESPONSE to Motion filed by Defendants BP Exploration &Production Inc., BP American Production Company re Rec. Doc. 6272 MOTION to Certify Class for Settlement Purposes. |
| 2:10-md-2179 | 6366 | 04/25/2012 | Minute Entry for proceedings held before Judge Carl Barbier: Motion Hearing held on 4/25/2012, re Motions for conditional certification of Rule 23(b) (3) classes for settlement purposes (Rec. Docs. 6269, 6272) and for preliminary approval of the proposed class action settlements (Rec. Docs. 6266, 6267 ), respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement. The Motions were taken under advisement. (Court Reporter Cathy Pepper.) (Attachments: #1 Attendance Record) (Reference: All Cases, 12-968, 12-970)(blg) (Entered: 04/26/2012) |
| 2:10-md-2179 | 6395 | 05/01/2012 | TRANSCRIPT of Hearing on Motions for conditional certification of Rule 23(b) (3) classes for settlement purposes and for preliminary approval of the proposed class action settlements respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement held on April 25, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/30/2012. (Reference: All Cases, 12-968, 12-970)(clu, ) Modified docket text on 5/2/2012 (jtd). (Entered: 05/01/2012) |
| 2:10-md-2179 | 6412 | 05/02/2012 | AMENDED COMPLAINT *(Economic and Property Damage Class Complaint)* against Defendants filed by Plaintiffs Bon Secour Fisheries, Inc., et al. (Reference: No. 12-970 (and "B1" Bundle Cases))(Herman, Stephen) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  |  |
| 2:10-md-2179 | 6414 | 05/02/2012 | Joint Supplemental MOTION for Settlement *Preliminary Approval/Economic and Property Damages* by Interim Class Counsel and Defendants Exploration & Production Inc., America Production Company. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E)(Reference: ALL CASES, and 12-970)(Haycraft, Don) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6416 | 05/02/2012 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re Rec. Doc. 6266 Joint MOTION for Settlement for Economic and Property Damage/Preliminary Approval. |
| 2:10-md-2179 | 6418 | 05/02/2012 | ORDER re Rec. Doc. [6266], [6269], [6276] and [6414], preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Class Settlement. Signed by Judge Carl Barbier on 5/2/2012.(Reference: Actions in B1 Pleading Bundle, VoO Contract Claims, and 12-970)(blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants Exploration & Production Inc. and America Production Company. (Attachments: # (1) DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # (2) Amended Economic and Property Damages Exhibit List Index, # (3) Exhibit 1A, # (4) Exhibit 1B, # (5) Exhibit 1C, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4A, # (9) Exhibit 4B, # (10) Exhibit 4C, # (11) Exhibit 4D, # (12) Exhibit 4E, # (13) Exhibit 5, # (14) Exhibit 6, # (15) Exhibit 7, # (16) Exhibit 8A, # (17) Exhibit 8B, # (18) Exhibit 8C, # (19) Exhibit 8D, # (20) Exhibit 8E, # (21) Exhibit 9, # (22) Exhibit 10, # (23) Exhibit 11A, # (24) Exhibit 11B, # (25) Exhibit 11C, # (26) Exhibit 12A, # (27) Exhibit 12B, # (28) Exhibit 12C, # (29) Exhibit 12D, # (30) Exhibit 13A, # |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (31) Exhibit 13B, # (32) Exhibit 14, # (33) Exhibit 15, # (34) Exhibit 16, # (35) Exhibit 17, # (36) Exhibit 18, # (37) Exhibit 19, # (38) Exhibit 20, # (39) Exhibit 21, # (40) Exhibit 22, # (41) Exhibit 23, # (42) Exhibit 24A, # (43) Exhibit 24B, # (44) Exhibit 25, # (45) Exhibit 26, # (46) Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6431 | 05/03/2012 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 5/3/2012, re the existing trial plan and Motions (Rec. Docs. 6266, 6267) to adjourn the Limitation and Liability Trial until after the Final Fairness Hearing on the proposed settlements. ORDERED that Phase 1 of the Limitation and Liability Trial shall be re—set for 1/14/2013. The Court will issue a revised Trial Plan. (Reference: ALL CASES)(bIg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6453 | 05/07/2012 | ANSWER to [6412] Amended Complaint *for Private Economic Losses and Property Damages* by Defendants America Production Company, Exploration & Production Inc., p.l.c. (Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/8/2012 (blg) (Entered: 05/07/2012) |
| 2:10-md-2179 | 6512 | 05/11/2012 | Joint MOTION for (1) Establishment of a Common Benefit Fee and Cost Fund Pursuant to the Economic and Property Damages and the Medical Benefits Class Action Settlement Agreements, (2) Approval of the Paying Agent Agreements Pursuant to the Economic and Property Damages and the Medical Benefits Class Action Settlement Agreements and Class Representatives' Motion for (3) Appointment of Escrow Agent for the Common Benefit Fee and Cost Fund and (4) Appointment of Administrator of the Common Benefit Fee and Cost Fund by Economic and Property Damages and Medical Benefits Class Representatives, and Defendants BP Exploration &Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Proposed Order) |
| 2:10-md-2179 | 6532 | 05/17/2012 | ORDER (1) Establishing a Common Benefit Fee and Cost Fund Pursuant to the Economic and Property Damages and the Medical Benefits Class Action |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Settlement Agreements; (2) Approving the Paying Agent Agreements Pursuant to the Economic and Property Damages and the Medical Benefits Class Action Settlement Agreements; (3) Appointing Escrow Agent for the Common Benefit Fee and Cost Fund; and (4). Appointing Administrator of the Common Benefit Fee and Cost Fund re 6512 Motion. Signed by Judge Carl Barbier. |
| 2:10-md-2179 | 6567 | 05/22/2012 | EXPARTE/CONSENT MOTION for Entry of Order to Facilitate Implementation of Settlement by Economic and Property Damages Settlement Class, through Lead Class Counsel. (Attachments: #1 Proposed Order)(Reference: All Cases (including No.12-970))(Herman, Stephen) Modified on 5/22/2012 (blg). (Entered: 05/22/2012) |
| 2:10-md-2179 | 6573 | 05/22/2012 | ORDER REGARDING SETTLEMENT IMPLEMENTATION re Motion of Class Counsel, the Economic and Property Damages Settlement Agreement (6567). Signed by Judge Carl Barbier on 5/22/2012. (Reference: All Cases, 12-970)(blg) (Entered: 05/22/2012) |
| 2:10-md-2179 | 6599 | 05/31/2012 | ORDER Authorizing Transfer of Certain Data to the Claims Administrator for the Economic Loss and Property Damage Settlement Agreement. Signed by Judge Carl Barbier on 5/31/2012. |
| 2:10-md-2179 | 6619 | 05/06/2012 | CLAIMS ADMINISTRATOR'S STATUS AND FINAL REPORT on the Transfer of Claims, Claims— Related Information, Files and Data, filed by Claims Administrator. |
| 2:10-md-2179 | 6796 | 06/26/2012 | ORDER: [Appointment of Appeal Panelist Pool], Pursuant to Section 6.1.2.2 et seq. of the Economic and Property Damages Settlement Agreement (Rec. doc. 6430-1) the Court appoints the following twenty (20) people as the Appeal Panelist Pool to serve on any appeals, regardless of the amount of the claim: Texas: Robert A. Black, Louisiana: Vincent Fornias, Thomas Foutz, Donald C. Massey, James R. Nieset, Emile Rolfs, Thomas M. Usdin, E. Gregory Voorhies, Mississippi: Alex A. Alston, Donald C. Dornan, Jr., Britt Singletary, Alabama: Reggie Copeland, Jr., Charles J. Fleming, R. Bernard Harwood, Jr., Rodney |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | A. Max, Benjamin T. Rowe, Florida: Thomas F. Condon, Nicholas P. Geeker, Robert N. Heath, Rodney A. Max, Guy Spicola. This appointment is conditioned on each of the people verifying to Magistrate Judge Shushan that he or she is available and able to serve in accordance with the Court's appointment. The appointment to and service on the Appeal Panel is subject to oversight by the Court, which shall retain jurisdiction over the Appeal Panel. Signed by Judge Carl Barbier on 6/26/12.(Reference: all cases)(sek, ) (Entered: 06/26/2012) |
| 2:10-md-2179 | 6822 | 06/29/2012 | ORDER Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 6/29/12.(Reference: all cases, including 12-970)(sek, ) (Entered: 06/29/2012) |
| 2:10-md-2179 | 6932 | 07/19/2012 | TRANSCRIPT of Monthly Status Conference held on July 13, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 10/17/2012 |
| 2:10-md-2179 | 7101 | 08/03/2012 | EXPARTE/CONSENT MOTION for Leave to File Memorandum (in Support of Economic Class Settlement) in Excess of Ordinary Page Limitations by Plaintiffs Economic and Property Damage Class Representatives. (Attachments: #1 Proposed Order, #2 Proposed Pleading Memorandum in Support of Final Approval of Economic and Property Damages Class Settlement, #3 Exhibit A (in globo) - Seafood Compensation Fund, #4 Exhibit B (in globo) - GCCF Stated Methodologies, #5 Affidavit Klonoff, #6 Affidavit Issacharoff, #7 Affidavit Herman, #8 Affidavit Rice - Negotiations, #9 Affidavit Rice - Seafood Program, #10 Affidavit Rice - Fees, #11 Affidavit Bon Secour, #12 Affidavit Friloux, #13 Affidavit Gallo, #14 Affidavit Ft Morgan Realty, #15 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Affidavit GW Fins, #16 Affidavit Hutto, #17 Affidavit Irwin, #18 Affidavit Kee, #19 Affidavit Tesvich, #20 Affidavit LKEU, #21 Affidavit Lundy, #22 Affidavit Guidry, #23 Affidavit PCB Dolphin Tours, #24 Affidavit Sellers, #25 Affidavit Zeke's)(Reference: B1 Cases; Voo Charter Cases; Bon Secour No.12-970)(Herman, Stephen) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7104 | 08/13/2012 | MEMORANDUM IN SUPPORT OF Final Approval of Economic and Property Damages Class Settlement by Plaintiffs. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Expert Report - Klonoff, # (4) Affidavit Issacharoff, # (5) Affidavit Herman, # (6) Affidavits: Rice -Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * Voo Charter Dispute Cases, 12-970)(sek,) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7110 | 08/13/2012 | NOTICE by Class Counsel, Exploration& Production Inc., and America Production Company *of Joint Filing of the Declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr..* (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E)(Reference: All Cases, 12-970)(Haycraft, Don) Modified on 8/14/2012 (gec,). (Entered: 08/13/2012) |
| 2:10-md-2179 | 7114 | 08/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendant's Exploration & Production Inc. and America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19 (Part 1), # (21) Exhibit 19 (Part 2), # (22) Exhibit 20, # (23) Exhibit 21, # (24) Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | (Entered: 08/14/2012) |
| 2:10-md-2179 | 7130 | 08/16/2012 | NOTICE *of Filing of Stipulation Regarding Presentment* by Plaintiffs' Steering Committee, Exploration & Production Inc., and America Production Company. (Attachments: #1 Exhibit Stipulation Regarding Presentment)(Reference: All Cases including 12-970)(Haycraft, Don) Modified on 8/17/2012 (gec,). (Entered: 08/16/2012) |
| 2:10-md-2179 | 7176 | 08/27/2012 | ORDER Extending the Exclusion (Opt-Out) Deadlines for the Deepwater Horizon Economic and Property Damages Settlement Agreement and the Deepwater Horizon Medical Benefits Class Action Settlement Agreement. The Court makes a one-time extension by modifying Paragraph 29 of its May 2, 2012 Preliminary Approval Order regarding the Medical Benefits Class Action Settlement 6419 to extend the deadline by which requests for exclusion (requests to opt-out) must be postmarked from October 1, 2012 to November 1, 2012. Signed by Judge Carl Barbier.(Reference: 12-968, 12-970)(gec, ) (Entered: 08/27/2012) |
| 2:10-md-2179 | 7282 | 09/05/2012 | STATUS REPORT No. 1 By the Claims Administrator of the Deepwater Horizon Economic and Property Damage Settlement Agreement on the Status of Claims Review by Lynn C Greer. (Attachments: # 1 Appendix A, # 2 Appendix B)(Reference: 10md2179). |
| 2:10-md-2179 | 7350 | 09/10/2012 | PRETRIAL ORDER NO. 53: [Re-Appointing Plaintiffs' Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee]; the Court re-appoints the following counsel to the PSC: Brian H. Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Mikal C. Watts, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy & Stephen J. Herman as Plaintiffs' Co-Liaison Counsel & ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, & Scott Summy to the Plaintiff Executive Committee. Appointees are charged with the responsibilities |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | outlined in Pretrial Orders Nos. 1 & 8 & any other orders of the Court. Appointments are for one year from the date of this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 & further orders of this Court. Signed by Judge Carl Barbier on 9/10/12.(Reference: all cases)(sek,) (Entered: 09/10/2012) |
| 2:10-md-2179 | 7358 | 09/11/2012 | ORDER regarding procedures for November 8, 2012 Fairness hearing as set forth in document. Signed by Judge Carl Barbier on 9/11/12.(Reference: all cases, 12-970, 12-968)(sek, ) (Entered: 09/11/2012) |
| 2:10-md-2179 | 7359 | 09/11/2012 | ORDER Approving Procedure for the Processing by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement of Third Party Claims Against Claimant Recoveries as set forth in document. Signed by Judge Carl Barbier on 9/11/12.(Reference: all cases, 12-970)(sek, ) (Entered: 09/11/2012) |
| 2:10-md-2179 | 7459 | 09/21/2012 | TRANSCRIPT of Monthly Status Conference held on September 14, 2012 before Judge Carl Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 12/20/2012 |
| 2:10-md-2179 | 7462 | 09/24/2012 | ORDER: Approving Procedure for the Processing by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement of Claims on Behalf of Deceased, Minor and Incompetent Claimants as set forth in document. Signed by Judge Carl Barbier on 9/24/12.(Reference: All cases Including Civil Action No. 12-970)(sek,) (Entered: 09/24/2012) |
| 2:10-md-2179 | 7726 | 10/22/2012 | NOTICE *of Filing of the Supplemental Declarations of Cameron R. Azari; Daniel J. Balhoff; Stephen Cirami; John Coffee; Meade Monger; David Odom and John* |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | *Perry, Jr.* by Class Counsel,  Exploration & Production Inc., and America Production Company. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G)(Reference: All Cases & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek,). (Entered: 10/22/2012) |
| 2:10-md-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re [7114] MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012. (Attachments: # (1) Exhibit A revision (re Seafood Program), # (2) Exhibit C (Summary of Objections), # (3) Exhibit D (in globo) (GCCF Winding Down), # (4) Affidavit Klonoff - Supplemental Report, # (5) Affidavit Greenwald, # (6) Exhibit Haycraft Ltr (Voo Offset), # (7) Exhibit  Submission (Voo Offset), # (8) Exhibit Cantor Ltr (Voo Offset), # (9) Exhibit Ltr to Wilson (Customer Mix), # (10) Exhibit Citizen Article, # (11) Exhibit Palmer Orders)(Reference: B1 Cases; Voo Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7728 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re 7112 MOTION for Final Approval of the Medical Benefits Class Action Settlement. (Attachments: #1 Exhibit A (Summary of Medical Objections), #2 Affidavit Klonoff — Supplemental Report, #3 Affidavit Harbut —Supplemental Declaration)(Reference: B3 Bundle Cases; No.12-968; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7730 | 10/22/2012 | NOTICE of Joint Filing of the Declarations of Cameron R. Azari; John C. Coffee, Jr; Matthew Garretson; and Bernard D. Goldstein by Medical Benefits Class Representatives,  Exploration & Production Inc., and  America Production Company. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4)(Reference: All Cases &12-968)(Haycraft, Don) Modified text on 10/23/2012 (sek,). (Entered: 10/22/2012) |
| 2:10-md-2179 | 7731 | 10/22/2012 | *Reply in Support of  Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2,* |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | *2012* by  Defendants. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14)(Reference:  ALL  CASES  &  12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek,) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7819 | 11/01/2012 | ORDER Regarding Objectors' Presentations at the November 8 Fairness Hearing. Signed by Judge Carl Barbier. (Reference: 12-968, 12-970)(gec,) (Entered: 11/01/2012) |
| 2:10-md-2179 | 7827 | 11/2/2012 | TRANSCRIPT of Monthly Status Conference held on October 26, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Toni Tusa, Telephone number (504) 5897778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 1/31/2013. |
| 2:10-md-2179 | 7878 | 11/09/2012 | ORDER: [Regarding Exchange & Submission of Lists of Exclusion (Opt-Out) Requests for the Deepwater Horizon Economic & Property Damages Settlement Agreement & Deepwater Horizon Medical Benefits Class Action Settlement Agreement]; ORDERED that: Pursuant to the authority provided to the Court in Section 28.1 of the Amended Deepwater Horizon Economic & Property Damages Settlement Agreement (Rec. Doc. 6430-1) & based on the agreement of parties, the Court hereby modifies Paragraph 41 of its May 2, 2012 Preliminary Approval Order regarding the Economic & Property Damages Settlement (Rec. Doc. 6418) to extend the deadline by which the parties are to exchange a complete list of all timely & valid requests for exclusion (requests to opt-out) to November 21, 2012. The parties shall submit the list of all such opt-out requests to the Court by that date as well. Additionally, based on the agreement of parties, the Court hereby orders that the parties shall likewise exchange, & submit to the Court, a complete list of all timely & valid requests for exclusion (requests to opt- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | out) from the Medical Benefits Class Action Settlement (Rec. Doc. 6427-1) by November 21, 2012. Signed by Judge Carl Barbier on 11/9/12.(Reference: 12-968 and 12-970)(sek,) (Entered: 11/09/2012) |
| 2:10-md-2179 | 7892 | 11/15/2012 | TRANSCRIPT of Final Fairness Hearing held on November 8, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/13/2013. (Reference: 12CA0968; 12CA0970)(clu, ) (Entered: 11/15/2012) |
| 2:10-md-2179 | 7900 | 11/08/2012 | Minute Order. FINAL FAIRNESS HEARING held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. [7114], see also Rec. Docs. [7104], [7110]); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. [7112], see also Rec. Docs. [7116], [7113]). The Court took both Motions for Final Approval (Rec. Docs. [7114], [7112]) under advisement. (Court Reporter Cathy Pepper.) (Reference: 10md2179)(sek,) (Entered: 11/15/2012) |
| 2:10-md-2179 | 7932 | 11/16/2012 | The Parties' ANSWER to Complaint (First Amended Master Complaint in Accordance with PTO No. 11 [Case Management Order No. 1] Section III B (3) [B3 Bundle]).(Reference: All Cases in Pleadings Bundle B3; 10-2771)(Haycraft, Don) Modified text on 11/19/2012 (sek,). (Entered: 11/16/2012) |
| 2:10-md-2179 | 8001 | 11/26/2012 | Report on Objections to and Opt-Outs From the Economic and Property Damages Settlement as Amended on May 2, 2012 by Defendants and Class Counsel. (Attachments: #1 Exhibit 1 Declaration of J. Hanhan, #2 Exhibit 2 Declaration of J. Keough, #3 Exhibit 3 Email 8-6012, #4 SEALED Exhibit 4 Letter |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 10-31-12, #5 Exhibit 5 Email 11-5-12, #6 Exhibit 6 Black Elk reference)(Reference: 12-970)(gec,) (Additional attachment(s) added on 12/11/2012: #7 Exhibit A, #8 Exhibit B, #9 SEALED Exhibit C, #10 SEALED Exhibit D, #11 SEALED Exhibit E, #12 SEALED Exhibit F, #13 SEALED Exhibit G, #14 Exhibit H, #15 Exhibit I, #16 Exhibit J, #17 Exhibit K, #18 Exhibit L, #19 Exhibit M, #20 SEALED Exhibit N Part 1, #21 SEALED Exhibit N Part 2, #22 SEALED Exhibit O Part 1, #23 SEALED Exhibit O Part 2, #24 SEALED Exhibit O Part 3, #29 SEALED Exhibit P, #30 SEALED Exhibit Q, # 31 SEALED Exhibit R, #32 SEALED Exhibit S, #33 SEALED Exhibit T) (gec, ). (Additional attachment(s) added on 12/11/2012: #34 Exhibit C - REDACTED, #35 Exhibit D - REDACTED, #36 Exhibit E - REDACTED, # 37 Exhibit F - REDACTED, #38 Exhibit G - REDACTED, #39 Exhibit N - REDACTED, #40 Exhibit O - REDACTED, #41 Exhibit P - REDACTED, #42 Exhibit Q - REDACTED, #43 Exhibit R - REDACTED, #44 Exhibit S - REDACTED, #45 Exhibit T - REDACTED) (gec, ). (Additional attachment(s) added on 12/11/2012: #46 Exhibit 4 - REDACTED) (gec, ). (Entered: 11/26/2012) |
| 2:10-md-2179 | 8009 | 11/26/2012 | EXPARTE/CONSENT MOTION to Substitute *Replacement Pages* by Class Counsel and Defendants. (Attachments: #1 Proposed Order, #2 Exhibit A (Replacement Pages 141 through 147 in Parties' Proposed Findings of Fact and Conclusions of Law in Support of DWH Economic and Property Damages Settlement Agreement))(Reference: 12-970)(Haycraft, Don) Modified on 11/27/2012 (gec,). (Entered: 11/26/2012) |
| 2:10-md-2179 | 8088 | 12/07/2012 | ORDER Regarding Joint Report on Settlement Objections and Opt-Outs --- Exhibits Under Seal - 7989, 8001. Signed by Judge Carl Barbier.(Reference: 12-968, 12-970)(gec,) (Entered: 12/12/2012) |
| 2:10-md-2179 | 8094 | 12/14/2012 | Liaison Counsel Memorandum Providing STATUS REPORT of December 14, 2012 by Defendant BP. (Attachments: # (1) Exhibit 1 (CTO Status Chart)). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 8138 | 12/21/2012 | ORDER & REASONS Granting Final Approval of the Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: No. 12-970, Bon Secour Fisheries, Inc., et al. v.  Exploration & Production Inc., et al. and All Actions)(sek,) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8139 | 12/21/2012 | ORDER AND JUDGMENT Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: 12-970, Bon Secour Fisheries, Inc., et al. v. Exploration & Production Inc. and All Actions)(sek,) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8812 | 03/5/2013 | ORDER: Review of Issue from Panel (Matching of Revenue and Expenses); Before the Court is a motion by BP, asking the Court to review and reverse the Claims Administrator's January 15, 2013 policy decision interpreting certain portions of the Economic Settlement Agreement; After fully reviewing the additional materials submitted by the parties and the relevant portions of the Settlement Agreement, the Court affirms the Claims Administrator's interpretation as set forth in the January 15, 2013 Announcement of Policy Decisions Regarding Claims Administration. Signed by Judge Carl Barbier on 3/5/13. |
| 2:10-md-2179 | 8866 | 03/11/2013 | ORDER: Regarding Materials of the Gulf Coast Claims Facility as set forth in document. Signed by Judge Carl Barbier on 3/11/13.(Reference: all cases including civil action 12-970) |
| 2:10-md-2179 | 8867 | 03/11/2013 | ORDER: Regarding Document Retention by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement. Signed by Judge Carl Barbier on 3/11/13. |
| 2:10-md-2179 | 8896 | 03/7/2013 | ORDER of USCA as to Notice of Appeal [8264], [8304], [8308], [8309], [8312], [8349], [8354]. (Reference: 10-7777, 12-970, 10-2771, 12-2953, 12-964) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 8963 | 03/20/2013 | NOTICE OF FILING OF DECLARATION OF ANDREW T. KARRON relating to the Submission of in Camera Materials prior to March 5, 2013 by Defendants BP Exploration & Production Inc., BP America Production Company. (attachments: # 1 Karron Declaration, # 2 Exhibit 1a, # 3 Exhibit 1b1, # 4 Exhibit 1b2, # 5 Exhibit 1b3, # 6 Exhibit 1b4, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7a, # 13 Exhibit 7b, # 14 Exhibit 8a, # 15 Exhibit 8b, # 16 Exhibit 9a, # 17 Exhibit 9b, # 18 Exhibit 10a, # 19 Exhibit 10b, # 20 Exhibit 11a, # 21 Exhibit 11b, # 22 Exhibit 11c, # 23 Exhibit 11d, # 24 Exhibit 11e, # 25 Exhibit 11f, # 26 Exhibit 12a, # 27 Exhibit 12b, # 28 Exhibit 12c, # 29 Exhibit 12d, # 30 Exhibit 13, # 31 Exhibit 14, # 32 Exhibit 15, # 33 Exhibit 16, # 34 Exhibit 17, # 35 Exhibit 18a, # 36 Exhibit 18b, # 37 Exhibit 18c, # 38 Exhibit 18d, # 39 Exhibit 18e, # 40 Exhibit 18f, # 41 Exhibit 18g, # 42 Exhibit 18h, # 43 Exhibit 18i, # 44 Exhibit 18j, # 45 Exhibit 18k, # 46 Exhibit 18l, # 47 Exhibit 18m, # 48 Exhibit 18n, # 49 Exhibit 18o, # 50 Exhibit 18p, # 51 Exhibit 18q, # 52 Exhibit 18r, # 53 Exhibit 18s, # 54 Exhibit 19a, # 55 Exhibit 19b, # 56 Exhibit 19c, # 57 Exhibit 19d, # 58 Exhibit 19e, # 59 Exhibit 19f, # 60 Exhibit 19g, # 61 Exhibit 19h, # 62 Exhibit 19i, # 63 Exhibit 19j, # 64 Exhibit 19k, # 65 Exhibit 19l, # 66 Exhibit 19m, # 67 Exhibit 19n, # 68 Exhibit 19o, # 69 Exhibit 19p, # 70 Exhibit 19q, # 71 Exhibit 19r, # 72 Exhibit 19s, # 73 Exhibit 19t, # 74 Exhibit 19u, # 75 Exhibit 19v, # 76 Exhibit 19w, # 77 Exhibit 19x, # 78 Exhibit 19y, # 79 Exhibit 19z, # 80 Exhibit 19zza, # 81 Exhibit 19zzb, # 82 Exhibit 19zzc, # 83 Exhibit 19zzd, # 84 Exhibit 19zze, # 85 Exhibit 19zzf, # 86 Exhibit 19zzg, # 87 Exhibit 19zzh)(reference: all cases)(gec,) (entered: 03/20/2013) |
| 2:10-md-2179 | 9202 | 04/05/2013 | MINUTE ENTRY FOR PROCEEDINGS HELD BEFORE JUDGE CARL BARBIER: Motion Hearing held on 4/5/2013. Motion 9066 to Dismiss Case 13-492 for Failure to State a Claim by Defendants Patrick A. Juneau, Deepwater Horizon Court Supervised Settlement Program; Ordered Granted. Motion for Preliminary Injunction 8965 regarding case 13-492 by BP Exploration & Production Inc. and BP America Production Company; Ordered Denied as Moot; Case is Dismissed. Motion for Preliminary |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Injunction 8964 regarding case 12-970 by BP Exploration & Production Inc. and BP America Production Company; Ordered Denied. Motion 9151 For A Stay and Injunction Pending Appeal from 8812 March 5, 2013 Order, by Defendants BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c; Ordered Denied. (Court Reporter Karen Ibos.) (attachments: # 1 attendance list) (reference: 10md2179, 12-970, 13-492)(sek,) (entered: 04/08/2013) |
| 2:10-md-2179 | 9205 | 4/8/2013 | JUDGMENT: ORDERED that there be judgment in favor of defendants, Deepwater Horizon Court Supervised Settlement Program and Patrick A Juneauin his official capacity as Claims Administrator administering the Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust and against plaintiffs, BP Exploration & Production Inc. and BP America Production Company, dismissing the plaintiffs' suit with prejudice, at plaintiffs' cost. Signed by Judge Carl Barbier on 4/8/13.(Reference: 13-492) |
| 2:10-md-2179 | 9836 | 5/8/2013 | TRANSCRIPT of Hearing on motions held on April 5, 2013 before Judge Carl Barbier. Court Reporter/Recorder Karen Ibos, Telephone number 504-589-7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/6/2013. (Reference: 12-970 and 13-492) |
| 2:10-md-2179 | 11156 | 08/27/2013 | EXPARTE/CONSENT MOTION to Authorize Claims Administrator to Implement Settlement Agreement With Respect to Oil & Gas Services Industry Claims by Plaintiffs, the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 8/28/2013 (gec, ). (Entered: 08/27/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11300 | 9/10/2013 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 11156 MOTION to Authorize Claims Administrator to Implement Settlement re Support Services Claims. (Attachments: # 1 Exhibit Declaration of Bloom, # 2 Exhibit A to Bloom Declaration, # 3 Exhibit B to Bloom Declaration, # 4 Exhibit C to Bloom Declaration, # 5 Exhibit D to Bloom Declaration, # 6 Exhibit E to Bloom Declaration, # 7 Exhibit F to Bloom Declaration, # 8 Exhibit G to Bloom Declaration, # 9 Exhibit H to Bloom Declaration, # 10 Exhibit I to Bloom Declaration, # 11 Exhibit J to Bloom Declaration, # 12 Exhibit K to Bloom Declaration, # 13 Exhibit L to Bloom Declaration, # 14 Exhibit M to Bloom Declaration, # 15 Exhibit N to Bloom Declaration, # 16 Exhibit 0 to Bloom Declaration, # 17 Exhibit P to Bloom Declaration, # 18 Exhibit Q to Bloom Declaration, # 19 Exhibit R to Bloom Declaration, # 20 Exhibit S to Bloom Declaration, # 21 Exhibit T to Bloom Declaration, # 22 Exhibit U to Bloom Declaration, # 23 Exhibit V to Bloom Declaration, # 24 Exhibit W to Bloom Declaration, # 25 Exhibit X to Bloom Declaration, # 26 Exhibit Y to Bloom Declaration, # 27 Exhibit Z to Bloom Declaration, # 28 Exhibit ZA to Bloom Declaration, # 29 Exhibit Declaration of Benton, # 30 Exhibit 1 to Benton Declaration, # 31 Exhibit 2A to Benton Declaration, # 32 Exhibit 2B to Benton Declaration, # 33 Exhibit 3 to Benton Declaration, # 34 Exhibit 4A to Benton Declaration, # 35 Exhibit 4B to Benton Declaration, # 36 Exhibit 5A to Benton Declaration, # 37 Exhibit 5B to Benton Declaration, # 38 Exhibit 5C to Benton Declaration, # 39 Exhibit 5D to Benton Declaration)(Reference: ALL CASES)(Haycraft, Don) Modified on 9/11/2013 (gec,). (Additional attachment(s) added on 9/17/2013: # 40 SEALED Memo in Opposition, # 41 SEALED Wendy Bloom Declaration, # 42 SEALED Exhibits to Wendy Bloom Declaration, # 43 SEALED Erica Benton Declaration, # 44 SEALED Benton Exhibit 2A, # 45 SEALED Benton Exhibit 2B, # 46 SEALED Benton Exhibit 3) (sek, ). (Entered: 09/10/2013) |
| 2:10-md-2179 | 11470 | 09/23/2013 | REPLY BRIEF in Support filed by The Economic & Property Damages Settlement Class, through Lead Class Counsel re 11156 MOTION to Authorize Claims Administrator to Implement Settlement re Support |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Services Claims . (Reference: 12-970)(sek, ) (Main Document 11470 replaced on 9/23/2013 to correct image) (sek, ). (Entered: 09/23/2013) |
| 2:10-md-2179 | 11557 | 10/01/2013 | PRETRIAL ORDER NO. 55 [Re-Appointing Plaintiffs' Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee]; the Court re-appoints the following counsel to the PSC: Brian H. Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiff Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Orders Nos. 1 and 8 and any other orders of the Court. Appointments are for one year from the date of this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 and further orders of this Court. Signed by Judge Carl Barbier on 10/1/13.(Reference: all cases)(sek,) (Entered: 10/01/2013) |
| 2:10-md-2179 | 11566 | 10/3/2013 | ORDER: In view of the ruling rendered by the Fifth Circuit panel on October 2, 2013 in case number 13-30315 consolidated with 13-30329, the Claims Administrator is ordered to immediately suspend the issuance of any final determination notices or any payments with respect to those BEL claims in which the Claims Administrator determines that the matching of revenues and expenses is an issue. The Section 6 claims appeals process (filing of notices, briefs, and panel decisions) for similar BEL claims will be placed on hold pending implementation of the Fifth Circuit decision. All other claims and appeals are to be processed and determinations, decisions, and payments made in the normal course of the Program's operation. This order is issued only as an immediate and interim measure until the Court is able to confer with and receive input from the parties in order to confect an |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | appropriate "narrowly tailored" preliminary injunction order as instructed by the Fifth Circuit. The parties are instructed to submit to the Court in camera a proposed draft for a narrowly tailored preliminary injunction order, together with a letter brief, not exceeding five pages, as to how the Court should proceed to implement the Fifth Circuit ruling. In addition, the parties shall submit proposed policy language for the Court's consideration. Such submissions shall be made not later than 3:00 p.m. on Wednesday, October 9, 2013. The Court will hold a status conference in chambers with counsel for BP, Class Counsel, and the Claims Administrator on Friday, October 11, 2013 at 9:00 a.m. Signed by Judge Carl Barbier on 10/3/13.(Reference: 12-970 & all cases)(sek, ) (Entered: 10/03/2013) |
| 2:10-md-2179 | 11584 | 10/4/2013 | ORDER Regarding Proceedings on Remand from USCA 5th Circuit, 13-30221. The parties should confer regarding what will be necessary for further proceedings to determine the issue of standing. By November 1, 2013, counsel for the PSC is to file a report of the conference detailing the parties' views. Thereafter, a telephone status conference will be scheduled to discuss these matters further. Signed by Magistrate Judge Sally Shushan.(Reference: ALL CASES, 12-970, 12-968)(gec, ) (Entered: 10/04/2013) |
| 2:10-md-2179 | 11614 | 10/9/2013 | ORDER of USCA as to 9179 Notice of Appeal, filed by Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., 9182 Notice of Appeal, filed by Plaintiffs BP Exploration & Production Inc., BP America Production Company. CLEMENT: We AFFIRM the district court's dismissal of BP's suit against the Claims Administrator. We REVERSE the district court's order affirming the Administrator's interpretation of the Settlement and denial of a preliminary injunction and REMAND to the district court for further consideration while retaining jurisdiction. SOUTHWICK: concurring, as stated within document. DENNIS: For these reasons, I concur in the majority's affirmance of the district court's dismissal of BP's suit against the Administrator for failure to state a claim under Rule 12(b)(6) but I respectfully dissent from the majority opinion in all other respects. USCA Judge Name: Dennis, Clement and Southwick. (Reference: 12-970, 13-492)(gec, ) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Entered: 10/09/2013) |
| 2:10-md-2179 | 11635 | 10/9/2013 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 10/11/2013. By Tuesday, October 15 at 5:00 p.m., Class Counsel and BP shall submit revised proposed language for the "narrowly tailored" preliminary injunction, consistent with the Court's interpretation and instructions provided in chambers. Class Counsel and BP shall submit their proposed language directly to chambers, as well as to the Claims Administrator and each other. The parties shall meet and confer next week (October 14 - 18) regarding proposed policy language for the Settlement Program, consistent with the Court's interpretation and instructions provided in chambers. By Friday, October 18 at 5:00 p.m., Class Counsel and BP shall submit a proposed scheduling order. The scheduling order shall include a hearing date on Monday, December 2, 2013 at 8:30 a.m. (Attachments: # 1 Conference Attendance Record)  (Reference:  12-970)(gec,  )  (Entered: 10/11/2013) |
| 2:10-md-2179 | 11697 | 10/18/2013 | PRELIMINARY INJUNCTION Related to BEL Claims. Signed by Judge Carl Barbier. (Reference: ALL CASES and 12-970)(gec,) (Entered: 10/18/2013) |
| 2:10-md-2179 | 11726 | 10/23/2013 | NOTICE by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. of Filing of Documents Previously Submitted in Camera in Support of BP's Positions Concerning the Court's Orders of October 3 and 18, 2013. (Attachments: # 1 Exhibit I, # 2 Exhibit I.1, # 3 Exhibit 1.2, # 4 Exhibit I.2.A, # 5 Exhibit I.2.B, # 6 Exhibit I.2.C, # 7 Exhibit I.2.D, # 8 Exhibit I.2.E, # 9 Exhibit I.2.F, # 10 Exhibit II, # 11 Exhibit II.1, # 12 Exhibit 11.2, # 13 Exhibit 11.3, # 14 Exhibit 11.4, # 15 Exhibit 11.5, # 16 Exhibit III, # 17 Exhibit 111.1, # 18 Exhibit IV, # 19 Exhibit IV.1, # 20 Exhibit V, # 21 Exhibit V.1, # 22 Exhibit V.2, # 23 Exhibit VI, # 24 Exhibit VI.1, # 25 Exhibit VI.2, # 26 Exhibit VI.3, # 27 Exhibit VII)(Reference: All Cases)(Haycraft, Don) Modified on 10/24/2013 (gec,). (Attachment 26 replaced on 10/25/2013) (gec, ). (Entered: 10/23/2013) |
| 2:10-md-2179 | 11728 | 10/24/2013 | NOTICE of Filing Relating to the Remand on BEL Issues by Economic & Property Damages Settlement |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Class. (Attachments: # 1 Exhibit 1 - In Camera Submission (10-9-2013), # 2 Exhibit 2 - Draft Proposed Policy (10-9-2013), # 3 Exhibit 3 - Proposed Injunction (10-15-2013), # 4 Exhibit 4 ¬Letter to Judge Barbier (10-18-2013), # 5 Exhibit 5 -Proposed Scheduling Order (10-18-2013), # 6 Exhibit 6 -Letter Brief to Fifth Circuit (No.13-30095) (10-18-2013), # 7 Exhibit 7 - Memo to Claims Administrator (10-23-2013))(Reference: No. 12-970) |
| 2:10-md-2179 | 11739 | 10/25/2013 | NOTICE of Filing (Letters to the Claims Administrator) pursuant to 11697 Order by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: All Actions)(Haycraft, Don) Modified on 10/28/2013 (gec,). (Entered: 10/25/2013) |
| 2:10-md-2179 | 11740 | 10/26/2013 | NOTICE Supplement to 11728 Notice of Filing Relating to BEL Remand Issues by Economic & Property Damages Settlement Class. (Attachments: # 1 Exhibit 1 - Supp. Declaration of Allen Carroll (10-24-2013))(Reference: 12¬970) |
| 2:10-md-2179 | 13346 | 09/02/2014 | NOTICE of Filing of HESI Punitive Damages and Assigned Claims SETTLEMENT AGREEMENT by Economic and Property Damages Settlement Class, (Attachments: # 1 HESI Settlement Agreement, # 2 Exhibit A - New Class Release, # 3 Exhibit A1 - Individual Release, # 4 Exhibit B - Release of Assigned Claims, # 5 Exhibit C - HESI Release of BP, # 6 Exhibit D - Gulf Coast Area, # 7 Exhibit D - Specified/Identified Waters)(Reference: All Actions (including "B1" Bundle Caes, No.12-970 and No.10-2771))(Herman, Stephen) Modified on 9/3/2014 (gec). (Entered: 09/02/2014) |
| 2:10-md-2179 | 12055 | 12/24/2013 | ORDER Responding to Remand of Business Economic Loss Issues. With respect to the calculation of Variable Profit under Exhibit 4C, the Court finds that revenue must be matched with the variable expenses incurred by a claimant in conducting its business, and that does not necessarily coincide with when revenue and variable expenses are recorded. Accordingly, IT IS ORDERED that the matter is remanded to the Claims Administrator, Patrick A. Juneau, with instructions to |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | adopt and implement an appropriate protocol or policy for handling BEL claims in which the claimant's financial records do not match revenue with corresponding variable expenses. With respect to how causation is determined under the Settlement, the Court finds that BP is judicially estopped from arguing (1) that Exhibit 4B is not the exclusive means of determining whether a business economic loss is "as a result of of the Deepwater Horizon Incident for purposes of the Settlement, including the Class Definition; (2) or that the Settlement contains, implicitly or explicitly, a causation requirement other than Exhibit 4B; (3) or that satisfying Exhibit 4B does not establish under the Settlement an irrebuttable presumption that a business' economic loss was "as a result of the Deepwater Horizon Incident; (4) or making similar arguments. As a corollary to this ruling, the Court finds that whether a business economic loss is "as a result of the Deepwater Horizon Incident for purposes of the Settlement is determined exclusively by Exhibit 4B. Furthermore, although the Court does not believe it has jurisdiction to consider these issues concerning Article III, Rule 23, and the Rules Enabling Act, the Court finds that the Settlement is not defective under Article III, Rule 23, or the Rules Enabling Act, nor was certification of the class improper. The Court maintains the preliminary injunction as amended on December 5, 2013 [Rec. Doc.11928], pending further action by the Certification Panel or the BEL |
| 2:10-md-2179 | 12575 | 03/21/2014 | ORDER [Regarding Proposed Matching Policy for BEL Claims]: The Court has received a referral from the Claims Administrator regarding his proposed Policy No. 495, "Business Economic Loss Claims: Matching of Revenue and Expenses." BP has deferred to the Claims Administrator's Policy, but because there was not unanimous agreement during the Administrative Panel Meeting, Class Counsel have appealed to the Court in accordance with Section 4.3.4 of the Settlement Agreement. Accordingly, the Court will take this matter under advisement based on the materials forwarded by the Claims Administrator, including the previous submissions by the parties. No further briefing or submissions shall be made on this matter. Signed by Judge Carl Barbier on |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | 3/21/14.(Reference: 12-970) |
| 2:10-md-2179 | 12817 | 05/5/2014 | ORDER: Regarding Adoption of Policy No. 495, "Business Economic Loss Claims: Matching of Revenue and Expenses." The Court finds that proposed Policy No. 495 fairly implements the directive of the Fifth Circuit Court of Appeal's ruling entered on October 2, 2013. Accordingly, the Court affirms the Claims Administrator's proposal & approves the enactment of Policy No. 495, "Business Economic Loss Claims: Matching of Revenues and Expenses." The Program is authorized to immediately implement the processing of Business Economic Loss claims pursuant to the Policy. Signed by Judge Carl Barbier on 5/5/14. (Reference: all cases & 12- |
| 2:10-md-2179 | 12941 | 05/27/2014 | MOTION to Alter or Amend 12817 Order Regarding Adoption of Policy No. 495 by Business Economic Loss (BEL) Claimants. (Attachments: # 1 Memorandum in Support)(Reference: No. 12-970) |
| 2:10-md-2179 | 12948 | 05/28/2014 | ORDER: Dissolving Preliminary Injunction Related to BEL Claims & Implementation of Policy 495: Matching of Revenue and Expenses; ORDERED that the injunction regarding BEL claims is DISSOLVED & VACATED. The Claims Administrator is instructed to resume the processing & payment of claims in accordance with the terms of the Settlement Agreement. FURTHER ORDERED that the Claims Administrator's Policy No. 495, "Business Economic Loss Claims: Matching of Revenue & Expenses" shall be applied to all BEL Claims currently in the claims process at any point short of final payment, including those claims currently in the claims appeal process, save & except those claims that had prior to October 3, 2013: received a final Eligibility Notice or Denial Notice & either (a) no timely appeal had been filed or (b) did not satisfy the criteria of an appealable claim under the terms of the Settlement Agreement. Signed by Judge Carl Barbier on 5/28/14.(Reference: 12-970) |
| 2:10-md-2179 | 12975 | 05/29/2014 | USCA JUDGMENT issued as mandate on 5/28/2014 as to Notice of Appeal 12066. It is ordered and adjudged that the 12/24/2013 ruling of the District Court is affirmed. The injunction prohibiting payment of the relevant claims is vacated. USCA judges: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Dennis, Clement and Southwick. (Reference: 12-970, 13-492)(gec) (Entered: 06/03/2014) |
| 2:10-md-2179 | 13004 | 06/27/2014 | MOTION to Clarify and/or to Alter or Amend 12948 Order Lifting Injunction Regarding Application of Matching Policy (No. 495) by Business Economic Loss Claimants. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A -Goodwin E-Mail 5-16-2014)(Reference: No. 12-970) |
| 2:10-md-2179 | 13076 | 06/27/2014 | ORDER Regarding Motion to Clarify and/or to Alter or Amend Order Lifting Injunction (Rec. doc. 13004) as set forth in document. Signed by Judge Carl Barbier on 6/27/14. (Reference: All Cases & 12-970) |
| 2:10-md-2179 | 13108 | 07/07/2014 | MOTION to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of Any Alleged "Superseding" Cause Defense Premised on Governmental Action or Inaction Following the Spill by OPA Causation Test Case Plaintiffs. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Increased Safety Measures (May 27, 2010), # 3 Exhibit B - NTL-05, # 4 Exhibit C - NTL-06, # 5 Exhibit E - James Watson Statement (March 7, 2012))(Reference: OPA Test Cases (Nos.13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006))(Herman, Stephen) Modified on 7/7/2014 (gec). (Entered: 07/07/2014) |
| 2:10-md-2179 | 13154 | 07/17/2014 | ORDER re 13108 Briefing on plaintiffs' MOTION to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault; ORDERED that this matter be briefed for submission. BP's opposition (limited to 35 pages double-spaced) shall be filed on or before Friday, August 8, 2014; plaintiffs' shall file any reply (limited to 15 pages double-spaced) on or before Wednesday, August 20, 2014. Thereafter, the matter will be under submission. Signed by Judge Carl Barbier on 7/17/14.(Reference: 13-706, 13-810, 13-1143,13-1185, 13-1222, 13-1386, 13-2006)(sek) (Entered: 07/17/2014) |
| 2:10-md-2179 | 13269 | 08/08/2014 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BPXP re 13108MOTION to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Any Alleged "Superseding" Cause Defense Premised on Governmental Action or Inaction Following the Spill. (Attachments: # 1Exhibit Declaration of Dominic E. Draye, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11Exhibit 10)(Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, 13-2006)(Langan, J.) Modified on 8/11/2014 (gec). (Entered: 08/08/2014) |
| 2:10-md-2179 | 13302 | 08/20/2014 | REPLY to Response to Motion filed by OPA Causation Test Case Plaintiffs, re 13108MOTION to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of Any Alleged "Superseding" Cause Defense Premised on Governmental Action or Inaction Following the Spill. (Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, 13-2006)(Herman, Stephen) Modified on 8/21/2014 (gec). (Entered: 08/20/2014) |
| 2:10-md-2179 | 13381 | 09/09/2014 | ORDER Revising Phase One Findings of Fact and Conclusions of Law. The Court has made three minor revisions to its September 4, 2014 Findings of Fact and Conclusions of Law (Rec. Doc.13355), which are listed below. These revisions do not alter the substance of the document. A revised copy of the Findings of Fact and Conclusions of Law is attached to this Order. Page 21, paragraph 74: "Which Wild Depart" page 59, paragraph 233: "12:30 a.m. on April 19, 2010" changed to "12:30 a.m. ON APRIL 20, 2010"; PAGE 82, PARAGRAPH 323: "Transocean's Flow Out Sensor was not bypassed, and therefore the Transocean Drill Crew could still Monitor Flow Out Sensor by Judge Carl Barbier on 9/9/14. (Attachments: #1 revised Findings of Fact and Conclusions of Law ) (Reference: 10-2771 and 10-4536)(sek) (Entered: 09/09/2014) |
| 2:10-md-2179 | 13393 | 09/15/2014 | ORDERED that the OPA Test Case Plaintiffs' Motion to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of Any Alleged "Superceding" Cause Defense Premised on Governmental Action or Inaction Following the Spill (Rec. Doc. 13108 ) is DENIED for reasons stated within document. Oral argument on this motion is CANCELLED. Signed by Judge Carl |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Barbier. (Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, 13-2006)(gec) (Entered: 09/15/2014) |
| 2:10-md-2179 | 13435 | 09/24/2014 | Minute Order. Proceedings held before Judge Carl Barbier: STATUS CONFERENCE (held 9-24-14): Discussion re preservation of issues relating to Transocean's potential liability for any surface discharge of oil. The parties agreed that the issue was not resolved by the Phase One Findings of Fact and Conclusions of Law, but could be deferred until a later date.; Discussion re a potential briefing schedule on Halliburton's pending motion for summary judgment regarding indemnification and/or contribution for civil penalties [Rec. Doc. 10753]. The matter was taken under advisement; Oral Argument: Motions for Reconsideration of the Court's Order of July 23, 2014 Regarding Chronic Specified Physical Conditions [Rec. Docs. 13303, 13308, 13318]; Argued; ORDERED that the motions are taken under advisement; Oral Argument: Motion for Restitution and Injunctive Relief [Rec. Doc. 13073]; Argued; ORDERED that the motion is DENIED. (Court Reporter Cathy Pepper.) (Attachments: # 1 Conference Attendance Record) (Reference: all cases, 12-968, 12-970)(sek) (Entered: 09/24/2014) |
| 2:10-md-2179 | 13646 | 11/13/2014 | NOTICE by Deepwater Horizon Economic and Property Damages Settlement Class, Halliburton Energy Services, Inc. of Filing of Amended HESI Punitive Damages and Assigned Claims Settlement Agreement. (Attachments: # 1 Amended HESI Settlement Agreement, # 2 Exhibit A - New HESI Class Release, # 3 Exhibit A - Individual Release, # 4 Exhibit B - Release of Assigned Claims, # 5 Exhibit C - HESI Release of BP, # 6 Exhibit D - Gulf Coast Area, # 7 Exhibit D - Specified Waters)(Reference: All Cases)(Herman, Stephen) Modified on 11/14/2014 (gec). (Entered: 11/13/2014) |
| 2:10-md-2179 | 13817 | 12/10/2014 | ORDER: the Court re-appoints the following counsel to the PSC: Brian Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiffs' Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Order Nos. 1 and 8 and any other orders of the Court. Appointments are for one year from October 1, 2014, through September 30, 2015, and shall be retroactive following this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 and further orders of this Court. Signed by Judge Carl Barbier on 12/10/14.(Reference: all cases)(sek) (Entered: 12/10/2014) |
| 2:10-md-2179 | 14021 | 01/15/2015 | FINDINGS FACT AND CONCLUSIONS OF LAW–PHASE TWO TRIAL. Signed by Judge Carl Barbier on 1/15/15. (Reference: 10-2771, 10-4536)(sek) (Entered: 01/15/2015) |
| 2:10-md-2179 | 14644 | 05/29/2015 | NOTICE of Filing of Transocean Punitive Damages and Assigned Claims Settlement Agreement by Defendants Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC and Plaintiffs Deepwater Horizon Economic and Property Damages Settlement Class. (Attachments: # 1 Transocean Punitive Damages & Assigned Claims Settlement Agreement, # 2 Exhibit A. New Class Release & New Member Individual Release, # 3 Exhibit B. Release of Assigned Claims, # 4 Exhibit C. TO Release of BP, # 5 Exhibit D. Gulf Coast Area)(Reference: ALL CASES)(Miller, Kerry) Modified on 6/1/2015 (gec). (Entered: 05/29/2015) |
| 2:10-md-2179 | 14801 | 07/02/2015 | CONFIDENTIALITY ORDER concerning settlement documents and discussions. The U.S. Government, the Gulf States and Local Governments are directed to serve this order on all persons who have been included in settlement discussions before Friday, July 3, at 12:01 a.m. The Local Governmental entities are directed to return the releases to the Court by no later than the close of business on Wednesday, July 15, 2015. Signed |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | by Magistrate Judge Sally Shushan.(Reference: All Cases)(bbc) (Entered: 07/02/2015) |
| 2:10-md-2179 | 14806 | 07/02/2015 | AMENDED CONFIDENTIALITY ORDER concerning settlement documents and discussions. The Court's Confidentiality Order (Rec. doc. 14801) is hereby amended herein. Signed by Magistrate Judge Sally Shushan.(Reference: All Cases)(bbc) (Entered: 07/02/2015) |
| 2:10-md-2179 | 14812 | 07/07/2015 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determination as set forth in document. Signed by Judge Carl Barbier on 7/7/15. (Attachments: # 1 Rules Governing Discretionary Court Review of Appeal Determination)(Reference: 12-970)(sek) (Entered: 07/07/2015) |
| 2:10-md-2179 | 14821 | 07/09/2015 | ORDER: Regarding Appointment of Neutrals and Liaison to Neutrals; The Court appointed Magistrate Judge Sally Shushan, Special Master Louis Freeh, and Claims Administrator Patrick Juneau as Neutrals to assist in the settlement process. In addition, the Court appointed Mike Moore and S. Drake Martin to assist the Neutrals in the course of settlement negotiations. This order memorializes, nunc pro tunc, these appointments. The appointment of Magistrate Judge Shushan, Special Master Freeh, Claims Administrator Juneau and Mr. Moore and Mr. Martin will continue until further orders of the Court and at least until a consent decree is confected and submitted to the Court. Signed by Judge Carl Barbier on 7/9/15.(Reference: all cases)(sek) (Entered: 07/09/2015) |
| 2:10-md-2179 | 15322 | 09/04/2015 | EXPARTE/CONSENT MOTION for Approval of Amendments to HESI Punitive Damages and Assigned Claims Settlement Agreement by Plaintiffs, the Proposed New HESI Punitive Class. (Attachments: # 1 Exhibit Second Amended HESI Settlement Agreement, # 2 Exhibit A - New Class Release, # 3 Exhibit B - Assigned Claims Release, # 4 Exhibit C - HESI Release of BP, # 5 Exhibit D - Gulf Coast Area and Specified Waters, # 6 Exhibit E - Administrative Costs Agreement, # 7 Proposed Order)(Reference: All Cases)(Herman, Stephen) Modified on 9/8/2015 (gec). (Entered: 09/04/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 15466 | 10/13/2015 | ORDER Regarding Reappointment of Neutrals and Liaison Counsel to Neutrals and Confidentiality: The appointment of Magistrate Judge Shushan, Special Master Freeh, Claims Administrator Juneau, Mr. Moore and Mr. Martin shall continue until further order of this Court as set forth in document. Signed by Judge Carl Barbier on 10/13/15.(Reference: all cases)(sek) (Entered: 10/13/2015) |
| 2:10-md-2179 | 15567 | 11/12/2015 | RESPONSE/MEMORANDUM in Opposition filed by Defendants BP Exploration and Production Inc., BP America Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing Gmbh re15461 MOTION for Reconsideration re 15352 Order on Motion for Partial Summary Judgment. (Reference: 10-1768 & 10-2454)(Haycraft, Don) Modified on 11/13/2015 (gec). (Entered: 11/12/2015) |
| 2:10-md-2179 | 15569 | 11/13/2015 | RESPONSE TO ORDER TO SHOW CAUSE by Co-Liaison Counsel and the Plaintiffs' Steering Committee, in the capacity of appointed Class Counsel for the Deepwater Horizon Economic & Property Damages Settlement Class and Proposed Class Counsel for the New Punitive Damages Settlement Class, re 15459 Status Conference. (Attachments: # 1 Exhibit A - E-Mail to Plaintiffs' Counsel (Oct. 9, 2015), # 2 Exhibit B - E-Mail to Young, Bickford, Kreller (Oct. 9, 2015))(Reference: Nos. 12-970, 15-4143, 15-4146, 15-4654)(Herman, Stephen) Modified on 11/16/2015 (gec). (Entered: 11/13/2015) |
| 2:10-md-2179 | 15575 | 11/16/2015 | ORDER Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations as set forth in document. Signed by Judge Carl Barbier on 11/16/15. (Attachments: # 1 Amended Rules)(Reference: 12-970)(sek) (Entered: 11/16/2015) |
| 2:10-md-2179 | 15576 | 11/13/2015 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 11/13/2015 regarding the OPA (moratoria) test cases. (Reference: 13-0706, 13-0810, 13-1143, 13-1185, : 13-1222, 13-1386, 13-2006)(sek) (Entered: 11/16/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 15655 | 12/14/2015 | RENEWED MOTION to Strike Affirmative Defenses and MOTION in limine re Potential 3rd-pty fault, including application of any alleged 'superseding' cause defense premised on governmental action or inaction following the Spill by OPA Test Case Plaintiffs. (Attachments:   # 1 Memorandum   in   Support, # 2 Exhibit A - Increased Safety Measures, # 3 Exhibit B - NTL 5, # 4 Exhibit C - NTL 6, # 5 Exhibit D - Second Moratorium, # 6 Exhibit E - James Watson Statement,   # 7 Exhibit   F   -   BOEMRE Testimony)(Reference: 13-706; 13-810; 13-1143; 13-1185;  13-1222;  13-1386  and  13-2006)(Herman, Stephen) Modified text on 12/14/2015 (sek). (Entered: 12/14/2015) |
| 2:10-md-2179 | 15663 | 12/16/2015 | MOTION to Dismiss Moratoria/Permitoria Claims by Defendant BPXP. (Attachments: #1 Memorandum in Support)(Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, 13-2006)(Haycraft, Don) Modified on 12/17/2015 (gec). (Entered: 12/16/2015) |
| 2:10-md-2179 | 15643 | 12/08/2015 | ORDER   Approving   Amended   Rules   Governing Discretionary Court Review of Appeal Determinations as set forth in document. Signed by Judge Carl Barbier on   12/8/15.   (Attachments:   # 1 Rules   Governing Discretionary Court Review of Appeal Determinations, # 2 Index of Relevant MDL 2179 Filings re Econ and Property Damages Settlement Agreement)(Reference: 12-970)(sek) (Entered: 12/08/2015) |
| 2:10-md-2179 | 15702 | 01/06/2016 | RESPONSE to Motion filed by Federal Government Interests  re 15655 MOTION  to  Strike  Affirmative Defenses   by   OPA   Test   Case Plaintiffs, 15663 MOTION   to   Dismiss Moratoria/Permitoria Claims. (Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006)(O'Rourke, Steven) Modified on 1/7/2016 (gec). (Entered: 01/06/2016) |
| 2:10-md-2179 | 15704 | 01/06/2016 | RESPONSE/MEMORANDUM in Opposition filed by OPA   Causation   Test   Case   Plaintiffs re 15663 MOTION  to  Dismiss  Moratoria/Permitoria Claims. (Attachments: # 1 Exhibit Addendum A - OPA Legislative History, # 2 Exhibit Addendum B - Notices to Mariners, # 3 Exhibit 1 - CRS Report, # 4 Exhibit 2 - Mackay Testimony, # 5 Exhibit 3 - BP Risk Register, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | # 6 Exhibit 4 - BPRisk Register, # 7 Exhibit 5 - BP Risk Register, # 8Exhibit 6 - Suttles Testimony, # 9 Exhibit 7 - Hayward Testimony)(Reference: Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006)(Herman, Stephen) Modified on 1/7/2016 (gec). (Entered: 01/06/2016) |
| 2:10-md-2179 | 15705 | 01/06/2016 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP Exploration & Production Inc. re 15655 MOTION to Strike Affirmative Defenses by OPA Test Case Plaintiffs. (Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, 13-2006)(Haycraft, Don) Modified on 1/7/2016 (gec). (Entered: 01/06/2016) |
| 2:10-md-2179 | 15752 | 01/20/2016 | REPLY to Response to Motion filed by OPA Causation Test Case Plaintiffs re 15655MOTION to Strike Affirmative Defenses by OPA Test Case Plaintiffs. (Reference: Nos.13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006)(Herman, Stephen) Modified on 1/20/2016 (gec). (Entered: 01/20/2016) |
| 2:10-md-2179 | 15778 | 01/20/2016 | REPLY to Response to Motion filed by Defendant BP Exploration & Production Inc. re15655 MOTION to Strike Affirmative Defenses by OPA Test Case Plaintiffs, 15663MOTION to Dismiss Moratoria/Permitoria Claims (Combined with Response to Statement of the U.S. on the OPA Test Case Pleadings-Stage Cross Motions). (Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, and 13-2006)(Haycraft, Don) Modified on 1/20/2016 (gec). (Entered: 01/20/2016) |
| 2:10-md-2179 | 15987 | 03/10/2016 | ORDER & REASONS As to the OPA Test Cases/Moratorium Claims : IT IS ORDERED that BP's Motion to Dismiss Moratoria/Permitoria Claims (Rec. Doc. 15663) is GRANTED; IT IS FURTHER ORDERED that the OPA Test Case Plaintiffs' Renewed Motion to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of any Alleged "Superseding" Cause Defense Premised on Governmental Action or Inaction Following the Spill (Rec. Doc. 15655) is DENIED; IT IS FURTHER ORDERED that the claims asserted in the OPA Test |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Cases (Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386, 13-2006) are DISMISSED with prejudice. Signed by Judge Carl Barbier on 3/10/16. (Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1386, 13-2006 (OPA Test Cases))(sek) (Entered: 03/10/2016) |
| 2:10-md-2179 | 15989 | 03/11/2016 | ORDER - Because of the District Judge's order and reasons as to the OPA Test Cases/Moratorium Claims (Rec.doc. 15987), IT IS ORDERED that: (1) the telephone status conference set for Wednesday, March 16, 2016, is cancelled; (2) the deadlines for preparing motions for summary judgment in the OPA Test Cases for the claims of Bisso, Blake and Wadleigh, including fact and expert deadlines, are cancelled; and (3) further work on the OPA Test Cases is suspended. Signed by Magistrate Judge Sally Shushan on 3/11/2016.(Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1386, 13-2006)(cms) (Entered: 03/11/2016) |
| 2:10-md-2179 | 16014 | 03/19/2016 | NOTICE OF APPEAL by OPA Test Case Plaintiffs as to 15987 Order on Motion to Strike, Order on Motion to Dismiss. (Filing fee $ 505, receipt number 053L-5291446.) (Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1386, 13-2006)(Herman, Stephen) Modified on 3/21/2016 (gec). (Entered: 03/19/2016) |
| 2:10-md-2179 | 16050 | 03/29/2016 | PRETRIAL ORDER NO. 60 (PTO #60): as to all remaining claims in Pleading Bundle B1; requiring B1 Plaintiffs to file a Complaint and/or Sworn Statement on or before May 2, 2016 as set forth in document (Service Instructions are also included in this Order.) by May 20, 2016, the PSC and shall provide to the Court a list of all plaintiffs who did not comply with this Order and whose claims are therefore subject to dismissal for all other Plaintiffs.  The Court will discuss procedures for addressing their claims at a hearing to be set by further Order of the Court hereby dismisses the amended B1 Master Complaint and Orders the designated Plaintiffs to act in compliance with this Order or face dismissal of their claims with prejudice without further notice signed by Judge Carl Barbier on 3/29/16. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 EXHIBIT C)(Reference: All Cases in Pleading Bundle B1)(sek) (Main Document 16050 Replaced on 3/29/2016) (gec). (Entered: 03/29/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 16090 | 04/01/2016 | DECLARATION OF KRISTOPHER S. RITTER re PTO 60 Mailing to Unrepresented Claims Program Claimants (Reference all cases in Pleading Bundle BI) (gec) Modified File date on 4/42016 (gec). (Entered 04/04/2016) |
| 2:10-md-2179 | 16091 | 04/05/2016 | DECLARATION OF KRISTOPHER S. RITTER re PTO 60 Mailing to Unrepresented OPTS outs. (Reference all cases in Pleading Bundle B1)(gec) (Entered: 04/04/2016) |
| 2:10-md-2179 | 16093 | 04/04/2016 | CONSENT DECREE among Defendant BP Exploration & ProductionInc. (BPXP), the United States of America, and the States ofAlabama, Florida, Louisiana, Mississippi, and Texas as set forth in document. Signed by Judge Carl Barbier on 4/4/16. (Attachments: # 1 Appendix 1 - Appendix 4, # 2 Appendix 5 - Appendix 11)(Reference: 10-4536, 10-04182, 10-03059,13-4677, 13-158, 13-00123,)(sek) (Entered: 04/04/2016) |
| 2:10-md-2179 | 16137 | 04/05/2016 | DECLARATION OF KRISTOPHER S. RITTER re PTO 60 re-Mailing to 1585 Unpresented OPT OUTS and 497 MDL 2179 Plaintiffs who were Unpresented Claims Program Claimants. (Reference all cases in Pleading Bundle B1)(gec) (Entered: 04/05/2016) |
| 2:10-md-2179 | 16161 | 04/07/2016 | EXPARTE/CONSENT MOTION by plaintiffs' steering committee, for preliminary approval to the proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements, preliminary certification of the proposed New Punitive Damages Settlement Class, approval of class notice and class notice plan; and scheduling of final fairness hearing. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Shannon Wheatman (and Notice Plan), # 3 Proposed Order)(Reference: Nos. 12-970, 15-4143, 15-4146 and 15-4654)(Herman, Stephen) Modified text on 4/8/2016 (sek). (Entered: 04/07/2016) |
| 2:10-md-2179 | 16183 | 04/12/2016 | PRELIMINARY APPROVAL ORDER: As to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements as set forth in document; Pertinent deadlines: a) Notice to be sent out in accordance with the Notice Plan, b) Submission and posting of the Distribution Model by the Claims |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Administrator Wednesday, June 15, 2016, c) Motion papers in support of final settlement approval to be filed by Friday, August 5, 2016, d) Objections to be filed by Friday, September 23, 2016, e) Opt-Out period to be closed by Friday, September 23, 2016, f) Reply submissions to be filed by Friday, October 16, 2016, g) Fairness Hearing on Thursday, October 20, 2016 at 9:30 a.m. Signed by Judge Carl Barbier on 4/12/16.(Reference: 12-970, 15-4143, 15-4146 and 15-4654)(sek) (Entered: 04/12/2016) |
| 2:10-md-2179 | 16225 | 04/15/2016 | ORDER regarding new lawsuits filed pursuant to pretrial order no. 60: ordered: 1. The clerk of court shall consolidate new lawsuits with mdl 2179. 2. As stated in PTO 60, paragraph 9, new lawsuits are stayed until further order of the court. accordingly, until the stay is lifted or the court instructs otherwise: The clerk of court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a new lawsuit; etc. 3. Upon consolidating a new lawsuit with the mdl, the clerk of court shall file a copy of this order and pretrial order 12 (rec. doc. 600) (concerning electronic service by LexisNexis file & serve) into the docket for that new lawsuit (i.e., not the master docket for mdl 2179). The clerk of court need not issue the other pretrial orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for and the Plaintiffs' Steering Committee. (See PTO 60 Paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1)(sek) (Entered: 04/15/2016) |
| 2:10-md-2179 | 18134 | 05/17/2016 | ORDER Regarding Extension of Time for PSC and to Report on PTO 60: ORDERED that the deadline stated in PTO 60 paragraph 10 (Rec. Doc. 16050) for the PSC and to provide the Court with a list of all plaintiffs who did not comply with PTO 60 is extended up to an including Friday, June 3, 2016. Signed by Judge Carl Barbier on 5/17/16.(Reference: All Cases in Pleading Bundle B1)(sek) (Entered: 05/17/2016) |
| 2:10-md-2179 | 18657 | 06/03/2016 | EXPARTE/CONSENT Motion to Amend Pre-trial Order No. 60 16050 by the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee and   America Production Company and Exploration & Production Inc. (Attachments: #1 Proposed Order)Reference: All Cases in Pleading Bundle b1)(sek) (Entered: 06/03/2016) |
| 2:10-md-2179 | 18659 | 06/03/2016 | ORDER Granting 18657 Joint Motion to Amend Pre-Trial Order No. 60; Ordered that: 1.Paragraph 10 of PTO 60 is Amended to provide that on June 3, 2016, will submit in camera to the court and to the PSC: a) a list of Plaintiffs that  in good faith believes made submissions in response to PTO 60 that complied with the requirements of PTO 60, and b) a list of Plaintiffs that made some form of submission in response to PTO 60, but whose submissions  in good faith believes are materially deficient for one or more identified reasons. 2. Under Paragraph 10 of PTO 60, there is no longer a requirement that the lists provided on June 3 represent a joint list from and the PSC. Signed by Judge Carl Barbier on 6/3/16. (Reference: All Cases in Pleading Bundle B1)(sek) (Entered: 06/03/2016) |
| 2:10-md-2179 | 18724 | 06/07/2016 | ORDER TO SHOW CAUSE re: Compliance with PTO 60; [regarding all remaining claims in Pleading Bundle B1]: Ordered that certain Plaintiffs as set forth in document must show cause in writing on or before June 28, 2016, why this Court should not Dismiss their B1 Claim(s) With Prejudice for failing to comply with the requirements of PTO 60. All short-form Joinders filed in this MDL are hereby Dismissed as unnecessary to the extent they asserted a B1 claim. Counsel for shall mail this order to each unrepresented individual and business to which it previously mailed PTO 60 at the courts direction (see PTO 60, Paragraph 11), except for those individuals and businesses whose mailing was returned to counsel for  as undeliverable. For purposes of this mailing, is only required to attach Exhibit 1A, Exhibit 2, and Exhibit 3 to the mailing.  Does not need to include Exhibit 1B with the mailing. Finally, to the extent practicable, the PSC shall email a copy of this order to known counsel of record for Plaintiffs who joined the amended B1 Master Complaint, and/or opted out of the Economic and Property Damages Settlement and may therefore be subject to this Order. This procedure is deemed sufficient to satisfy Notice requirements for all Claimants with "B1" claims. Signed by Judge Carl Barbier on 6/7/16. (attachments: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | #1 Exhibit 1A, #2 Exhibit 1B, #3 Exhibit 2, #4 Exhibit 3)(Reference: All Cases in Pleading Bundle "B1")(sek) (Entered: 06/07/2016) |
| 2:10-md-2179 | 19699 | 06/25/2016 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff' Co-Liaison re 18724 Order to Show Cause. (Attachments: # 1 Exhibit A - List of Plaintiffs Serving PTO 60 Materials on Liaison Counsel by Mail and/or E-Mail)(Reference: B1 Bundle Claims)(Herman, Stephen) Modified on 6/30/2016 to edit text. (clc). (Entered: 06/25/2016) |
| 2:10-md-2179 | 20992 | 07/13/2016 | NOTICE by Defendant of Filing of BP's Updated PTO 60 Compliance List and Remaining Noncompliance List. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3Exhibit 2)(Reference: All Cases in Pleading Bundle B1)(Haycraft, Don) (Entered: 07/13/2016) |
| 2:10-md-2179 | 20996 | 07/14/2016 | ORDER re: Compliance with PTO 60; regarding all remaining claims in Pleading Bundle B1. Ordered as follows: 1. The Plaintiffs listed on Exhibits 1A and 1B to this Order are deemed Compliant with PTO 60 and are subject to further proceedings in this court solely on their claims as pled in their individual complaints. (See PTO 60, at Paragraph 8.) To the extent any of these plaintiffs is relying upon a previously-filed Complaint that, in addition to individual claims, also contains class allegations, any embedded class allegations in those complaints are deemed stricken and only the individual Plaintiff claims are compliant with PTO 60 and can continue. 2.  also filed with the court an updated list of the remainder of those Plaintiffs on 's Good Faith Non-Compliant List attached to the Court's June 7, 2016 Order, who have made timely show cause filings but as to whom  still has an objection to that plaintiff's compliance with PTO 60. (rec. doc. 20992-3.) This list is attached to this Order as Exhibit 2. By July 21, 2016, shall file its Objections to those Plaintiffs' responses to the Show Cause Order (i.e., those pertaining to any Plaintiff listed in Exhibit 2 to this Order) that were timely filed with the Court in response to the June 7, 2016 Show Cause Order. 's objections shall be filed as a single Brief organized, to the extent practical, by issue (rather than by Plaintiff or claim), with a page limit of 5 pages per issue. By July 28, 2016, any Plaintiff listed in Exhibit 2 may file a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Reply, not exceeding 3 pages, to objections. 3. All remaining plaintiffs in the b1 bundle, other than those that are either (1) identified in Paragraph 1 above as compliant with PTO 60 or (2) have filed a timely response to the Show Cause Order as indicated in Paragraph 2 above, are deemed noncompliant with PTO 60, and their B1 claims are hereby Dismissed With Prejudice. 4. As to all Plaintiffs in the B1 Bundle, only those Plaintiffs who have not previously released their claims, have made timely presentment as required by OPA, have previously filed an individual lawsuit, and have otherwise complied with the requirements of PTO 60 have preserved their individual claims. All other B1 Bundle Claims are time-barred. Signed by Judge Carl Barbier on 7/14/16. (Attachments: #1 Exhibits)(Reference: all cases in Pleading Bundle B1)(sek) (Entered: 07/14/2016) |
| 2:10-md-2179 | 21131 | 07/21/2016 | Response/Reply by Defendants BP Exploration & Production Inc., BP America Production Company re 20996 Order BP's Objections and Responses to Plaintiffs' PTO Show Cause Submissions. (Attachments: #1 Appendix 1, #2 Appendix 2, #3 Appendix 3, #4 Appendix 4, #5 Appendix 5, #6 Appendix 6, #7 Appendix 7, #8 Appendix 8, #9 Appendix 9)(Reference: All Cases in Pleading Bundle B1)(Haycraft, Don) Modified on 7/22/2016 (gec). (Entered: 07/21/2016) |
| 2:10-md-2179 | 21329 | 07/28/2016 | MOTION to Withdraw Weitz & Luxenberg, PC as Attorney by Plaintiff Scott Porter. (Attachments: # 1 Proposed Order)(Reference: 16-4067)(Greenwald, Robin) Modified on 7/29/2016 (gec). (Entered: 07/28/2016) |
| 2:10-md-2179 | 21614 | 09/02/2016 | EXPARTE/CONSENT MOTION for Leave to File Sur-Reply as to Certain Plaintiffs' PTO 60 Show Cause Submissions by Defendants BP America Production Company, BP Exploration & Production Inc. (Attachments: #1 Proposed Order, #2 Proposed Pleading)(Reference: All Cases in Pleading Bundle "B1")(Haycraft, Don) Modified on 9/6/2016 (gec). (Entered: 09/02/2016) |
| 2:10-md-2179 | 21652 | 09/07/2016 | ORDER granting 21614 Motion for Leave to file Sur-Reply. Signed by Judge Carl Barbier. (Reference: all |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | cases in Pleading Bundle B1)(gec) (Entered: 09/07/2016) |
| 2:10-md-2179 | 21653 | 09/07/2016 | Sur-Reply in Opposition by Defendant to PTO 60 Show Cause Submission of Mexican Fisherman Plaintiffs (rec. docs. 21269 and 21330), First National Bank, USA (rec. doc. 21336). (Reference: all cases in Pleading Bundle B1)(gec) (Entered: 09/07/2016) |
| 2:10-md-2179 | 21671 | 09/14/2016 | ORDERED that Motions to Withdraw as Counsel (Rec. Docs. 21325 , 21326 , 21327 , 21329 ) are GRANTED and Robin L. Greenwald and the law firm of Weitz & Luxenberg, P.C. are WITHDRAWN as counsel of record for Richard Shindler, Southern Pines Apartments, LLC, Whispering Pines Apartments, LLC, Scott Porter. Southern Pines Apartments, LLC and Whispering Pines Apartments, LLC have 60 days from the issuance of this order to enroll new counsel or their claims may be dismissed. Richard Shindler and Scott Porter have 60 days from the issuance of this order to enroll new counsel or advise the Court of their intent to proceed pro se. Counsel shall serve a copy of this Order on the plaintiffs. Signed by Judge Carl Barbier. (Reference: 13-2978, 13-2967, 13-2970, 16-4067)(gec) (Entered: 09/14/2016) |
| 2:10-md-2179 | 21899 | 11/10/2016 | Minute Entry for proceedings held before Judge Carl Barbier: A Fairness Hearing was held on 11/10/2016 re two proposed class action settlements: the HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015) (Rec. Doc. 15322-1 to 15322-6) and the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1 to 14644-5). ORDERED that this matter is TAKEN UNDER ADVISEMENT. (Court Reporter Toni Tusa.) (Attachments: # 1 Attendance Record) (Reference: All Cases, including 15-4143, 15-4146, 15-4654, 12-970)(sek) (Entered: 11/10/2016) |
| 2:10-md-2179 | 22000 | 12/15/2016 | MOTION for Hearing re 21880 MOTION for Settlement *for Aid in Consummation of Settlement Agreement (Motion for Status Conference)* by Plaintiff. (Attachments: # 1 Exhibit)(Reference: 12-970)(Kingsmill, Marguerite) (Entered: 12/15/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 22003 | 12/16/2016 | ORDER & REASONS: PTO 60 Reconciliation Order regarding all remaining claims in Pleading Bundle B1; further Orders set forth herein. Signed by Judge Carl Barbier. (Reference: all cases in Pleading Bundle "B1")(bbc) modified on 1/11/2017 (gec). (cc: Batiste, Ladner, Haney, Sanderson Enterprises, Shepherd, Ashley) (Entered: 12/16/2016) |
| 2:10-md-2179 | 22007 | 12/16/2016 | ORDERED that a Status Conference is set for 2/17/2017 09:30 am before Judge Carl Barbier primarily to receive reports on the current status of MDL 2179. The PSC and lead or liaison counsel for drafts shall submit a Proposed Agenda one week in advance of the Status Conference. The PSC and lead/liaison defense counsel shall also file a Joint Status Report on or before Tuesday, February 14. Claims Administrators for the Economic and Property Damages Settlement, Medical Benefits Settlement, and the Halliburton and Transocean Punitive Damages and Assigned Claims Settlements shall also file Status Reports on or before Tuesday, February 14. Signed by Judge Carl Barbier.(Reference: all cases)(bbc) (entered: 12/16/2016) |
| 2:10-md-2179 | 22034 | 12/22/2016 | MOTION for Reconsideration re 22003 Order; Specifically as it Applies to Referenced Cases by WGTT Class Action Plaintiffs. (Attachments: #1 Memorandum in Support, #2 Exhibit A, #3 Notice of Submission)(Reference: 2:16cv4122; 2:16cv4123; 2:16cv4124; 2:16cv4151)(Toups, Mitchell) Modified on 12/22/2016 (sek). (Entered: 12/22/2016) |
| 2:10-md-2179 | 22035 | 12/22/2016 | ORDER re 22034 MOTION for Reconsideration re 22003 Order ; Specifically as it applies to Referenced Cases filed by WGTT Class Action Plaintiffs: ORDERED that any response by shall be filed no later than Friday, January 6, 2017, after which the Court will take the matter under advisement. Signed by Judge Carl Barbier on 12/22/16.(Reference: 16-4122, 16-4123, 16-4124, 16-4151)(sek) (Entered: 12/22/2016) |
| 2:10-md-2179 | 22051 | 01/06/2017 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 22034 MOTION for Reconsideration re 22003 Order; Specifically as it Applies to Referenced Cases. (Reference: 16-4122, 16-4123, 16-4124, 16- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | 4151)(Haycraft, Don) (Entered: 01/06/2017) |
| 2:10-md-2179 | 22055 | 01/10/2017 | EXPARTE/CONSENT MOTION for Leave to File Reply to Opposition to WGTT's Motion for Reconsideration of Order & Reasons [Doc 22003] by Plaintiffs. (Attachments: #1 Proposed Order, #2 Proposed Pleading)(Reference: 16-4122; 16-4123; 16-4124; 16-4151)(Toups, Mitchell) Modified on 1/11/2017 (gec). (Entered: 01/10/2017) |
| 2:10-md-2179 | 22068 | 01/12/2017 | **DEFICIENT** EXPARTE/CONSENT MOTION for Reconsideration by Claimants represented by the Buzbee Law Firm. (Attachments: #1 Exhibit A, #2 Memorandum in Support, #3 Proposed Order, #4 Notice of Submission)(Reference: 10-8888)(Adams, Caroline) Modified on 1/13/2017 (gec). (Entered: 01/12/2017) |
| 2:10-md-2179 | 22074 | 01/12/2017 | ***WITHDRAWN - Pursuant to 22339 Order*** MOTION for Reconsideration re 22003 Order, Specifically as it Applies to Referenced Cases by Plaintiffs Breathwit Marine Contractors, Ltd., Breathwit Marine Shipyard, Ltd. (Attachments: #1 Memorandum in Support, #2 Exhibit A - Affidavit of Jimmy Williamson, #3 Proposed Order, #4 Notice of Submission )(Reference: 13-2786, 16-11539, 16-11546)(Williamson, Jimmy) Modified on 1/13/2017 (gec). Modified on 3/3/2017 (gec). (Entered: 01/12/2017) |
| 2:10-md-2179 | 22079 | 01/13/2017 | MOTION for Reconsideration by Claimants represented by the Buzbee Law Firm, as identified in Exhibit A. (Attachments: #1 Exhibit A, #2 Memorandum in Support, #3 Proposed Order)(Reference: 13-2791; 16-6330; 16-7285; 16-6298)(Adams, Caroline) Modified on 1/13/2017 (gec). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22098 | 01/17/2017 | NOTICE OF APPEAL re 22003 Order by Plaintiff SMI Steel LLC. (Filing Fee $ 505, Receipt Number 053L-5919161.) (Reference: 16-13366)(Smalley, Allison) Modified on 1/18/2017 (gec). (Entered: 01/17/2017) |
| 2:10-md-2179 | 22099 | 01/17/2017 | NOTICE OF APPEAL re 22003 Order by Plaintiff Commercial Metals Company. (Filing Fee $ 505, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Receipt Number 053L-5919174.) (Reference: 16-13364)(Smalley, Allison) Modified on 1/18/2017 (gec). (Entered: 01/17/2017) |
| 2:10-md-2179 | 22100 | 01/17/2017 | Supplemental MOTION for Reconsideration re 22003 Order, by Plaintiffs. (Attachments: #1 Memorandum in Support)(Reference: 16-4122; 16-4123; 16-4124; 16-4151)(Toups, Mitchell) Modified on 1/18/2017 (gec). (Entered: 01/17/2017) |
| 2:10-md-2179 | 22138 | 01/27/2017 | ORDERED that  shall file a Single Omnibus Response, not to exceed 30 pages, to Motions, (Rec. docs. 22057, 22059, 22074, 22076, 22079, 22081, 22082, 22083, 22084, 22086, 22087, 22088, 22089, 22090, 22091/22080) by  Tuesday, February 21, 2017, after which the Court will take the matters under advisement.  IT IS FURTHER ORDERED that shall file a separate Response to JEM PC BEACH, LLC'S Motion to Vacate Notice of Voluntary Dismissal (Rec. doc. 22052), Not to exceed 10 pages by Tuesday, February 21, 2017.  Signed by Judge Carl Barbier (Reference: All Cases)(gec) (Entered 01/27/2017) |
| 2:10-md-2179 | 22196 | 02/08/2017 | MOTION to Enforce Settlement Agreement by Plaintiff ArcelorMittal LaPlace, LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Proposed Order)(Reference: 12-970)(Sinor, Howard) Modified on 2/9/2017 (gec). (Entered: 02/08/2017) |
| 2:10-md-2179 | 22247 | 02/14/2017 | STATUS REPORT of February 14, 2017 by Defendant (Attachments: # (1) Exhibit A (List of MDL 2179 Remaining Cases))(Reference: All Cases)(Haycraft, Don) |
| 2:10-md-2179 | 22248 | 02/14/2017 | STATUS REPORT by Patrick A. Juneau (Reference: All cases)(Stanley, Richard) |
| 2:10-md-2179 | 22252 | 02/15/2017 | ORDER & REASONS: Granting Final Approval of the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements as set forth in document; Signed by Judge Carl Barbier on 2/15/17. (Attachments: # 1 Exhibit A)(Reference: 12-970, 15-4143, 15-4146, and 15-4654)(sek) (Entered: 02/15/2017) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 22269 | 02/17/2017 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 2/17/2017. Motion to Authorize the Claims Administrator to Implement Settlement re Oil & Gas Support Industry Claims re "Moratoria Loss" Holds/Review (Rec. Doc. 11156): Class Counsel and  shall discuss and attempt to come to an agreement over the next 60 days, and then report to the Court. Motion to Interpret and Enforce the Settlement Agreement (re Customer Mix Test/Policy 345 v.3) (Rec. Doc.14599): ORDERED that shall file a response no later than March 10, 2017. Request that Court allow counsel for claimants in Economic Settlement to obtain contact information for other claimants' counsel who have similar issues pending in the Economic Settlement: ORDERED that the request is DENIED. (Court Reporter Karen Ibos.) (Reference: ALL CASES)(gec) (Entered: 02/17/2017) |
| 2:10-md-2179 | 22288 | 02/21/2017 | RESPONSE/MEMORANDUM in Opposition filed by Defendants  Exploration & Production Inc.,  America Production Company re 22079 MOTION for Reconsideration, 22087 MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of Commercial Metals Company, 22057 MOTION for Reconsideration re 22003 Order PTO 60 Reconciliation Order, 22080 MOTION for Reconsideration re 22003 Order, of December 16, 2016, Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, and Julvana, LLC and, 22082 MOTION for Reconsideration re 22003 Order, 22081 MOTION for Reconsideration re 22003 Order, 22086 MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of AHT, Inc., 22089 MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of SMI Steel, LLC,22076 MOTION reconsideration of denial of motion to re-open, 22083 MOTION for Reconsideration re 22003 Order, 22090 MOTION for Reconsideration re 22003Order of December 16, 2016 Dismissing the Claims of Commercial Metals Company, AHT, Inc., CMC Steel Fabricators, Inc. and SMI Steel, LLC, 22034 MOTION for Reconsideration re 22003 Order Specifically as it Applies to Referenced Cases, 22059 MOTION for Reconsideration re 22003 Order |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Specifically as it Applies to Referenced Cases, 22084 MOTION for Reconsideration re 22003 Order, 22091 Amended MOTION for Reconsideration with Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, 22088 MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of CMC Steel Fabricators, Inc., 22074 MOTION for Reconsideration re 22003 Order, Specifically as it Applies to Referenced Cases. (Reference: 13-1117, 13-1437, 13-2033, 13-2786, 13-2791, 13-5367, 13-6009, 16-4122, 16-4123, 16-4124, 16-4151, 16-6216, 16-6259, 16-6298, 16-6329, 16-6330, 16-6333, 16-7048, 16-7285, 16-11519, 16-11539, 16-11546, 16-11641, 16-11698, 16-11707, 16-11711, 16-13364, 16-13365, 16-13366, 16-13367)(Haycraft, Don) Modified on 2/22/2017 (gec). (Entered: 02/21/2017) |
| 2:10-md-2179 | 22294 | 02/22/2017 | NOTICE by Patrick A. Juneau re 22248 Status Report Notice of Filing of PowerPoint presentation utilized by the Claims Administrator at the Status Conference conducted in this Court on February 17, 2017. (Attachments: # 1 Exhibit Status Conference PowerPoint Presentation)(Reference: All cases)(Stanley, Richard) (Entered: 02/22/2017) |
| 2:10-md-2179 | 22297 | 02/22/2017 | PRETRIAL ORDER #64 (PTO 64): CASE MANAGEMENT ORDER NO. 6 - Re various pleading bundles within MDL 2179 as well as CA 12-987. Parties are required to respond as forth in document. Signed by Judge Carl Barbier on 2/22/17. (Attachments: # 1 Exhibit A)(Reference: all cases and 12-987)(sek) (Entered: 02/22/2017) |
| 2:10-md-2179 | 22370 | 03/13/2017 | Memorandum by Defendant BP *in Opposition to Claimant Numbers 100201250, 100272198, 10027042, and 100167847's Motion to Interpret and Enforce the Settlement Agreement* (Reference: 12-970)(Haycraft, Don) Modified on 3/13/2017 (sek). (Entered: 03/10/2017) |
| 2:10-md-2179 | 22390 | 03/17/2017 | ORDER Regarding Claims in the Economic Settlement that Are Subject to Moratoria Hold. It is ORDERED that any Claimant who has received a notice from the Settlement Program that his, her, or its claim is subject |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | to a "Moratoria Hold" and that claim has not been resolved by March 25, 2017, shall have the option to exclude ("Opt Out") that claim from the Settlement Program and proceed in litigation. Claimants who wish to avail themselves of this option must properly complete and submit the attached Opt-Out Form (Exhibit A to this Order) no later than April 24, 2017. It is FURTHER ORDERED that any Claimant who elects to Opt Out a claim pursuant to this Order and has not previously filed an individual complaint and complied with Pretrial Order No. 60 must file an individual complaint (one per plaintiff) and Sworn Statement that substantially complies with the requirements of Pretrial Order No. 60 (10-md-2179, Rec. Doc. 16050) by no later than June 23, 2017. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A)(Reference: 12-970)(gec) (Entered: 03/17/2017) |
| 2:10-md-2179 | 22480 | 03/22/2017 | MOTION to Dismiss Released Claims Pursuant to PTO No. 64, Section I.B1 ("B1 Bundle") by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Reference: ALL CASES)(Haycraft, Don) (Additional attachment(s) added on 3/23/2017: # 6 Exhibit A, # 7 SEALED Exhibit B, # 8 Exhibit D) (gec). Modified on 3/23/2017 (gec). Modified on 7/18/2017 (gec). Exhibits A and D unsealed pursuant to Order 23048 . (Entered: 03/22/2017) |
| 2:10-md-2179 | 22480 | 03/22/2017 | MOTION to Dismiss as to Presentment Filed in Accordance with PTO No. 64, Section I.B1 ("B1 Bundle") by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support)(Reference: 10-2771, 13-5369, 13-5371, 16-5862, 16-6349, 16-6334, 16-7295, 16-7262, 16-6337, 16-6383, 16-7269, 16-5804, 16-5764, 16-5441, 16-5413, 16-6009, 16-5797, 16-6233, 16-5800, 16-5767, 16-6339, 16-5425, 16-5411, 16-5448, 16-5864, 13-1146, 16-4184, 16-4104, 16-5874, 16-6384, 14-0331, 16-6364, 15-1943, 16-5598, 16-7273, 16-6017, 13-2791, 16-6309, 16-3927, 11-911, 14-674, 13-2002)(Haycraft, Don) Modified on |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 3/24/2017 (gec). (Entered: 03/22/2017) |
| 2:10-md-2179 | 22553 | 04/04/2017 | RESPONSE to Motion filed by remaining B1 Plaintiffs represented by Douglas S. Lyons re 22479 MOTION to Dismiss Released Claims Pursuant to PTO No. 64, Section I.B1 ("B1 Bundle"). (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 - Statements of Interest from Attorney Generals of Mississippi and Florida, # 3 Exhibit 2 - Release Claimants)(Reference: 10md2179)(Lyons, Douglas) Modified on 4/5/2017 (gec). (Entered: 04/04/2017) |
| 2:10-md-2179 | 22589 | 04/05/2017 | MOTION to Dismiss Claims of the Mexican State of Yucatan by Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (and its product service line Sperry Drilling Services). (Attachments: # 1 Memorandum in Support, # 2 Exhibit A)(Reference: 13-6649)(Haycraft, Don) Modified on 4/10/2017 (gec). (Entered: 04/05/2017) |
| 2:10-md-2179 | 22698 | 04/13/2017 | Notice of Submission) (Reference: 12-970)(Kingsmill, Marguerite) Modified on 4/13/2017 (gec). (Entered: 04/13/2017) |
| 2:10-md-2179 | 22719 | 04/13/2017 | Consent and Joinder in Boh Bros.' Motion to Confirm its Settlement Rights as a BEL Claimant and Clarify, Alter or Amend the March 17, 2017 Order by Turner Industries Group, L.L.C. (Reference: 12-970)(Arnold, Ashley) Modified on 4/14/2017 (gec). (Entered: 04/13/2017) |
| 2:10-md-2179 | 22755 | 04/20/2017 | MOTION to Confirm Settlement Rights as a BEL Claimant by Turner Industries Group, LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Reference: 12-970)(Miller, Kerry) Modified on 4/21/2017 (gec). (Entered: 04/20/2017) |
| 2:10-md-2179 | 22756 | 04/21/2017 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 22698 MOTION for Settlement *to Confirm its Settlement Rights as a BEL Claimant and Clarify, Alter or Amend the March 17, 2017 Order* |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | *Accordingly* .  (Reference:  12-970)(Haycraft,  Don) (Entered: 04/21/2017) |
| 2:10-md-2179 | 22768 | 04/27/2017 | NOTICE of Filing of Supplementation of District Court Record by BP Exploration & Production Inc., BP America Production Company, BP P.L.C. and the Plaintiffs'  Steering  Committee  .  (Attachments: # 1 Exhibit May 26, 2017 Stipulation, # 2 Exhibit May 22, 2017 Class Counsel Memorandum)(Reference: 12-970)(Haycraft, Don) Modified on 4/28/2017 (gec). (Entered: 04/27/2017) |
| 2:10-md-2179 | 22769 | 04/27/2017 | STATUS  REPORT  #54  by  Patrick  A.  Juneau (Attachments:    #1    Exhibit    A)(Reference:    All cases)(Stanley, Richard) (Entered: 04/27/2017) |
| 2:10-md-2179 | 22824 | 05/15/2017 | ORDER Regarding Motions for Reconsideration, Etc., of the "PTO 60 Reconciliation Order". It is ORDERED that Weller, Green, Toups & Terrell, L.L.P.'s Motion for Leave to Reply (Rec. Doc. 22055) is GRANTED. It is ORDERED that Brent Coon & Associates' Motion to File Under Seal (Rec. Doc.22117) is DENIED. It is ORDERED that the Motions for Reconsideration (Rec. Docs.22034,22100,22086,22087,22088,22089,22090,2 2079,22084 are DENIED. Signed by Judge Carl Barbier. (Reference: 16-4122, 16-4123, 16-4124, 16-4154, 16-13365, 16-13364, 16-13367, 16-13366, 16-6259, 13-2791, 16-6330, 16-7285, 16-6298, 13-5367, 16-6333)(gec) (Entered: 05/15/2017) |
| 2:10-md-2179 | 22864 | 05/22/2017 | REPLY to Response to Motion filed by Defendant re 22589 MOTION to Dismiss Claims of the Mexican State of Yucatan. (Reference: 13-6649)(gec) (Entered: 05/22/2017) |
| 2:10-md-2179 | 23047 | 07/18/2017 | ORDER as to Compliance with Pretrial Order No. 63 22295 . It is ORDERED that the 960 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO 63. The B3 claims of the plaintiffs listed in EXHIBIT 1 are subject to further proceedings of this Court. It is FURTHER ORDERED that the 173 plaintiffs listed in EXHIBIT 2 are deemed to be non-compliant with PTO 63. The B3 claims of the plaintiffs listed  in  EXHIBIT  2  are  DISMISSED  WITH PREJUDICE. It is FURTHER ORDERED that B3 claims  that  are  not  listed  in  EXHIBIT  1  are |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that BP shall mail or e-mail a copy of this Order and EXHIBITS 1 and 2 to any plaintiff listed in those exhibits who is not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: All Claims In Pleading Bundle B3)(gec) (Entered: 07/18/2017) |
| 2:10-md-2179 | 23048 | 07/18/2017 | ORDER re 22479 MOTION to Dismiss *Released Claims Pursuant to PTO No. 64*. It is ORDERED that Exhibits A and D to the Release Motion shall be UNSEALED. It is FURTHER ORDERED that any response/opposition to the Release Motion shall be filed by Tuesday, August 8, 2017. Responses shall not exceed 25 pages, double-spaced. BP may file a reply in support of the Release Motion by Tuesday, August 15, 2017. The reply shall not exceed 10 pages, double-spaced. It is FURTHER ORDERED that BP shall serve (by mail or email) a copy of this Order and a copy of the Release Motion on any plaintiff (or the plaintiff's attorney, if represented) who is targeted by the Release Motion. When serving the Release Motion on a particular plaintiff, BP shall include only that portion of Exhibit B to the Release Motion that pertains to the plaintiff being served, and BP shall omit that portion of Exhibit B that does not pertain the plaintiff being served. Signed by Judge Carl Barbier. (Reference: Certain Cases in the B1 Pleading Bundle)(gec) (Entered: 07/18/2017) |
| 2:10-md-2179 | 23049 | 07/18/2017 | ORDER re 22480 MOTION to Dismiss *as to Presentment Filed in Accordance with PTO No. 64*. It is ORDERED that any response/opposition to the Presentment Motion shall be filed by Tuesday, August 8, 2017. Responses shall not exceed 25 pages, double-spaced. BP may file a reply in support of the Presentment Motion by Tuesday, August 15, 2017. The reply shall not exceed 10 pages, double-spaced. It is FURTHER ORDERED that BP shall serve (by mail or email) a copy of this Order and a copy of the Presentment Motion on any plaintiff who is a target of the Presentment Motion and who is not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A)(Reference: Certain Cases in the B1 Pleading Bundle)(gec) (Entered: 07/18/2017) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 23051 | 07/19/2017 | ORDER as to the Remaining Cases in the B1 Pleading Bundle Following PTO 60, PTO 64 22297, and the Moratorium Hold Opt-Out Order 22390. It is ORDERED that the 215 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO 60 and PTO 64. To the extent a plaintiff listed in EXHIBIT 1 asserted in his/her/its individual complaint a B1 claim under the Oil Pollution Act of 1990, 33 U.S.C. 2701 et seq., and/or general maritime law, which has not been otherwise dismissed, that claim is not dismissed by this Order and is subject to further proceedings of this Court. It is FURTHER ORDERED that the 419 plaintiffs listed in EXHIBIT 2 to this Order are deemed to be compliant with PTO 60, but are not compliant with PTO 64. To the extent a plaintiff in EXHIBIT 2 asserted or could have asserted a B1 claim under general maritime law, that claim is DISMISSED WITH PREJUDICE. To the extent a plaintiff in EXHIBIT 2 asserted in its individual complaint a B1 claim under OPA which was not otherwise dismissed, that claim is not dismissed by this Order and is subject to further proceedings of this Court. It is FURTHER ORDERED that the 344 individuals and entities listed in EXHIBIT 3 are not compliant with PTO 60 or PTO 64. The B1 claims of the individuals and entities listed in EXHIBIT 3 previously were dismissed with prejudice in the Compliance Order (Rec. Doc.20996) or, in select instances, the PTO 60 Reconciliation Order (Rec. Doc. 22003). It is FURTHER ORDERED that the cases listed in EXHIBIT 4 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that BP shall, to the extent practicable, mail or e-mail a copy of this Order and the attached Exhibits to all parties who indicated on their PTO 64 Sworn Statement or PTO 60 Sworn Statement that they are not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4)(Reference: All Cases in the B1 Pleading Bundle)(gec) (Entered: 07/19/2017) |
| 2:10-md-2179 | 23254 | 08/11/2017 | MOTION for Reconsideration re 23051 Order, by Claimants represented by the Buzbee Law Firm. (Attachments: #1 Memorandum In Support of Motion for Reconsideration, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C1, #5 Exhibit C2, #6 Exhibit C3, #7 Exhibit C4, #8 Exhibit C5, #9 Exhibit C6, #10 Exhibit D, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | #11Proposed Order)(Reference: 13-2791, 16-6330, 16-4389, 16-4366, 16-4380, 16-4386, 16-4487, 16-4392, 16-4373, 16-6056, 16-5923, 16-6262, 16-5941, 16-5948 and Actions All Listed in Exhibit A)(Buzbee, Anthony) Modified on 8/11/2017 (gec). (Entered: 08/11/2017) |
| 2:10-md-2179 | 23269 | 08/15/2017 | REPLY to Response to Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company re 22480 MOTION to Dismiss as to Presentment Filed in Accordance with PTO No. 64, Section I.B1 ("B1 Bundle"). (Attachments: # 1Exhibit A, # 2 Exhibit B)(Reference: B1 Bundle)(Haycraft, Don) Modified on 8/16/2017 (gec). (Entered: 08/15/2017) |
| 2:10-md-2179 | 23321 | 08/23/2017 | ORDER Calling for Responses to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order and PTO 64 Compliance Order. Regarding the PTO 63 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. IT IS FURTHER ORDERED that any other party who opposes a motion for reconsideration, etc., (e.g., Plaintiff Sergio Valdivieso and Plaintiff Michael Brandon Vickers) shall also file a response by Friday, September 8, 2017. Regarding the PTO 64 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. Regarding both the PTO 63 Compliance Order and the PTO 64 Compliance Order: No response may exceed 25 pages, double-spaced without leave of Court. Signed by Judge Carl Barbier. (Reference: All Remaining Cases in Pleading Bundle B1 and All Remaining Cases in Pleading Bundle B3) (gec) (Entered: 08/23/2017) |
| 2:10-md-2179 | 23378 | 09/08/2017 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company re Motions to Alter Judgment re 23047 Order ( 23087 ,23090 , 23212 ); Motion to Amend/Correct re 23047 Order ( 23213 ); Motions for Reconsideration re 23047 Order ( 23098 , 23109 , 23148 , 23149 , 23150 , 23151 , 23152 , 23153, 23155 , 23156 , 23207 , 23260 , 23267 , 23268 , 23341 );       Motion       for       Reconsideration |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | re 23051Order ( 23371 ). (Attachments: # 1 Exhibit 1)(Reference: All Remaining Cases in Pleading Bundle B3)(Haycraft, Don) Modified on 9/11/2017 (gec). (Entered: 09/08/2017) |
| 2:10-md-2179 | 23379 | 09/08/2017 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company re Motions for Reconsideration re 23051 Order (23060, 23085, 23091, 23254, 23264, 23265, 23370, 23371, 23372); 23278 Motion to Amend/Correct 23051 Order . (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3)(Reference: All Remaining Cases in Pleading Bundle B1)(Haycraft, Don) Modified on 9/11/2017 (gec). (Additional attachment(s) added on 9/11/2017: #4 SEALED Exhibit 1) (gec). (Entered: 09/08/2017) |
| 2:10-md-2179 | 23380 | 09/08/2017 | EXPARTE/CONSENT MOTION to Seal Document by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: #1 Proposed Order)(Reference: All Remaining Cases in Pleading Bundle B1)(Haycraft, Don) Modified on 9/11/2017 (gec). (Entered: 09/08/2017) |
| 2:10-md-2179 | 23381 | 09/11/2017 | ORDER granting 23380 Motion to Seal Exhibit 1 re 23379 Response to Motion. Signed by Judge Carl Barbier. (Reference: All Remaining Cases in Pleading Bundle "B1")(gec) (Entered: 09/11/2017) |
| 2:10-md-2179 | 23433 | 09/21/2017 | ORDER & REASONS as to BP's Dispositive Motion as to Presentment (Rec. Doc. 22480). It is ORDERED that the motion is GRANTED IN PART. It is FURTHER ORDERED that the claims asserted by the following plaintiffs are DISMISSED WITH PREJUDICE: 10-2771 Louisiana Workers' Compensation Corporation; 16-6349 Dailey's Iron & Machine Works, Inc; 16-6334 Midnite Energy, Inc; 16-7295 Monster Heavy Haulers, LLC; 16-7262 Fred Gossen Company, LLC; 16-6337 The Carmel Group, Inc; 16-6383 Finance Motors of Crowley, LLC; 16-7269 Hernandez Properties, LLC; 16-6009 James Crocker; 16-6233 Hilton Creel; 16-6339 Carmel Enterprises, LLC; 13-1146 & 16-4184 Ballay, Braud & Colon, PLC; 16-4104 Sanderson Realty, Inc; 16-6384 Deep South Machine, Inc; 16-6364 Fred Gossen Carmel Foods, LLC; 15-1943 Williams Fabrication |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Inc; 16-7273 Highway 14 Cattle Company; 16-6017 Barfield Produce, LLC; 16-3927 Bunni J. Ladner; 13-2791 & 16-6309 Omar Garcia. The Clerk of Court is instructed to close those of the above cases with no remaining plaintiffs. It is FURTHER ORDERED that the personal injury claims of Kent McConaghy and Kara McConaghy, individually and on behalf of their children, asserted in case no. 17-3116 are PRESERVED and are not dismissed. It is FURTHER ORDERED that the claims of the McConaghys asserted in case nos. 13-5369, 13-5371, and 16-5862 are DISMISSED as stated within document. It is FURTHER ORDERED that all claims by all other remaining plaintiffs in case nos. 13-5369 and 13-5371 are DISMISSED, and the Clerk of Court shall close case nos. 13-5369 and 13-5371 as stated within document. Signed by Judge Carl Barbier. (Reference: Certain Cases Remaining in the B1 Pleading Bundle) (gec) (Entered: 09/21/2017) |
| 2:10-md-2179 | 23456 | 09/29/2017 | ORDER. The Court re-appoints the following counsel to the PSC: Brian Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiffs' Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Order Nos. 1 and 8 and any other orders of the Court. Appointments are for one year from October 1, 2017, through September 30, 2018. Signed by Judge Carl Barbier. (Reference: All Cases)(gec) (Entered: 09/29/2017) |
| 2:10-md-2179 | 23490 | 10/12/2017 | EXPARTE/CONSENT Joint MOTION for Status Conference by ArcelorMittal LaPlace, LLC, Boh Bros. Construction Company, LLC, Claimant No. 100263237, Claimant ID No. 263701, Conrad Shipyard, LLC, Conrad Orange Shipyard, Inc., Conrad Aluminum, LLC, Electronic Maintenance Co., Inc., |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Turner Industries Group LLC. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Miller, Kerry) Modified on 10/13/2017 (gec). (Entered: 10/12/2017) |
| 2:10-md-2179 | 23560 | 10/20/2017 | ORDER & REASONS. It is ORDERED that BP's Dispositive Motion as to Released Claims (Rec. Doc. 22479 ) is GRANTED IN PART and the following claims are DISMISSED with prejudice: Lamulle Construction, L.L.C. 16-4181, Alabama Roll, Inc. 13-2232, Cephas Concrete (Patrick D Franklin, Sr.) 16-6003, Cutting Horse Yachts, LLC d/b/a Chittum Skiffs 16-5831, Barry Gene Fanguy 13-1900, Sidney Rafael Floyd, Jr. 16-3804, Fred Gossen Co., LLC 16-7262, Mitchell Lee Galbreath 13-1626, Harris Builders, LLC 16-5451, Ryan C. Harry 16-3878, Kibbe & Company, Inc. 13-2677, Samuel Jay Lyons 16-5770, Nicole Moxey 16-5906, OBrien Crab Company (Stacie T. OBrien) 16-4799, Peyton Cottrell Interest, Inc. 13-1829, RK Turbine Consultants, LLC 16-6980, Richard Lee Blick 16-4061, Richard E. Seward, Sr. 16-4068, Richard E. Seward, Jr. 16-4072, Jelp Barber 16-5533, Johnny's Clams, Inc. 16-5541, David K. Edwards 16-6696, Dach V. Hoang 16-6071, Tuoi Pham 16-6200, DDK Partners 16-7155. It is FURTHER ORDERED that the claims of Mark Mead (No. 10-3261) and Raymond Merchant (No. 15-4290) are DISMISSED IN PART and only insofar as they assert "Released Claims" as stated within document. To the extent Mead or Merchant assert "Bodily Injury Claims," "Moratoria Losses," or any other "Expressly Reserved Claims," as defined under the Economic Settlement, those claims are NOT dismissed. It is FURTHER ORDERED that Perry Family Properties, LLC's Motion to Amend Sworn Statement (Rec. Doc. 23159) is GRANTED. It is FURTHER ORDERED that the motions for leave to file sur-replies by Jelp Barber and Johnny's Clams, Inc. (Rec. Docs.23320, 23322) are GRANTED. It is FURTHER ORDERED that the motion for leave to file sur-reply (Rec. Doc. 23327) is DENIED. Signed by Judge Carl Barbier. (Attachments: #1 Exhibits A - B) (Reference: Certain Cases Remaining in the B1 Pleading Bundle)(gec) (copy mailed to Raymond Merchant) (Entered: 10/20/2017) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 23561 | 10/20/2017 | Reply filed by Plaintiff Jelp Barber, in opposition of 22479 MOTION to Dismiss Released Claims Pursuant to PTO No. 64, Section I.B1 ("B1 Bundle"). (Reference: 16-5533)(gec) (Entered: 10/20/2017) |
| 2:10-md-2179 | 23591 | 10/31/2017 | STATUS REPORT No. 56 2017 Q3 by Patrick A. Juneau (Attachments: #1 Exhibit A)(Reference: All cases)(Stanley, Richard) (Entered: 10/31/2017) |
| 2:10-md-2179 | 23649 | 11/08/2017 | ORDER As to the Motions for Reconsideration, Etc. of the PTO 64 Compliance Order (Rec. Doc.23051). It is ORDERED that the Motion for Leave to File Reply (Rec. Doc. 23454) is GRANTED. It is FURTHER ORDERED that the following plaintiffs are deemed to be COMPLIANT with both PTO 60 and PTO 64: Union de Fileteros de Cucharas Jose Luis Palacios Medina (No. 16-4806), S.C.C.P.P. Mano de Leon, S.C. de R.L. (No. 16-4366), S.C.P.P. Barra de Santa Maria, S.C. de R.L. (No. 16-4487), S.C.P.P. Barra de Boca Ciega, S.C. de R.L. (No. 16-4392), S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. (No. 16-4373), Leoutha Batiste (No. 16-4154). It is FURTHER ORDERED that the Motion for Reconsideration by Union de Fileteros de Cucharas Jose Luis Palacios Medina (Rec. Doc.23085) is GRANTED, the Motion for Reconsideration by Leoutha Batiste (Rec. Doc.23395) is GRANTED, and the Motion for Reconsideration by the Buzbee Law Firm (Rec. Doc. 23254) is GRANTED IN PART. It is FURTHER ORDERED that, except as stated above, the Buzbee Law Firm's Motion for Reconsideration (Rec. Doc. 23254) is DENIED. It is FURTHER ORDERED that the following plaintiffs are deemed to be COMPLIANT with PTO 60 and NON-compliant with PTO 64: Tommys Gulf Seafood (No. 16-6610), C-IV Ventures, Inc. (No. 16-6335), Jacob Glick (No. 16-6303), Loren Glick (No. 16-6303), Thien Thi Hoang (No.16-6175). It is FURTHER ORDERED that the Motion for Reconsideration by Brent Coon (Rec. Doc. 23278) is GRANTED IN PART. It is FURTHER ORDERED that, except as provided above, the Motion for Reconsideration by Brent Coon (Rec. Doc. 23278) is DENIED. It is FURTHER ORDERED that the following Motions for Reconsideration are DENIED: Kern Martin Services, Inc.'s Motion for Reconsideration (Rec. Doc. 23060), Waltzer Wiygul & |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Garside LLC's Motion for Reconsideration (Rec. Docs. 23091), Ultra Wireline Services, LLC, Mark Rodgers, and Romy F. Berel III's Motions for Reconsideration (Rec. Docs. 23263, 23264, 23265); Richard McBride, Power House Church of God Holy Ghost Power, Joe L. Thompson, Jr., Ricky Liddell, Ester Watson, Martha Caradine, Blondine McBride, Ashley Thompson, and Lisa McBride's Motions for Reconsideration (Rec. Docs.23370,23371,23392,23393,23394,23396,23397, 23398,23399), Raoul A. Galan, Jr., et al.'s Motion for Reconsideration (Rec. Doc.23372), Nagan Srinivasan's Motion for Reconsideration (Rec. Doc. 23379-4), as stated within document. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4) (Reference: Cases in the B1 Pleading Bundle)(gec) (Entered: 11/08/2017) |
| 2:10-md-2179 | 23726 | 12/01/2017 | MOTION to Compel *the Claims Administrator to Process Claims* by Claimant IDs 100036154 and 100036101. (Attachments: #1 Memorandum in Support, #2 Exhibit A, #3 Proposed Order)(Reference: 12-970)(Franco, David) Modified on 12/4/2017 (gec). (Entered: 12/01/2017) |
| 2:10-md-2179 | 23826 | 1/11/2018 | PRETRIAL ORDER NO. 65 (PTO 65): Requiring Remaining B1 Plaintiffs to File Verified Statements Regarding Causation and Damages by April 11, 2018, as stated within document. The provisions of PTO 1 and PTO 25 staying responsive pleadings in all MDL 2179 matters and staying individual petitions or complaints that fall within pleading bundles B1 and B3 remain in effect until further order of the Court. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit A)(Reference: All Cases in Pleading Bundle B1) (cc: 8 pro se plaintiffs listed)(gec) Modified on 1/19/2018 (cc: John V. Hanks, Jr. d/b/a Lucky Lady Fishing) (gec). (Entered: 01/11/2018) |
| 2:10-md-2179 | 23827 | 01/12/2018 | Fifth MOTION for Aid in Consummation of Settlement Agreement, Status Conference and Related Relief by Plaintiff Boh Bros. Construction Company, L.L.C. (Attachments: #1 Exhibit 1, #2 Exhibit 2)(Reference: 12-970)(Kingsmill, Marguerite) Modified on 1/16/2018 (gec). (Entered: 01/12/2018) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 23854 | 01/26/2018 | EXPARTE/CONSENT   Second   MOTION   For Confirmation of Settlement Rights as a Bel Claimant or Status   Conference *by   Turner   Industries   Group, L.L.C.* by Defendant. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Executed Affidavits, # 3 Proposed Order)(Reference: 12-970)(Miller, Kerry) (Entered: 01/26/2018) |
| 2:10-md-2179 | 24108 | 1/25/2018 | ORDER of USCA as to 22142 Notice of Appeal. It is ORDERED that appellant Henry Perry, Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP, P.L.C., BP Corporation North   America,   Incorporated,   BP   America, Incorporated,   BP   Products   North   America, Incorporated,   Halliburton   Energy   Services, Incorporated, Sperry Drilling Services, Transocean Offshore Deepwater Drilling, Incorporated Transocean Holdings, L.L.C., Transocean Deepwater, Incorporated to remand the Perry appeal for further proceedings in the   District   Court   pursuant   to Federal Rule of Appellate   Procedure   12.1(b) is   GRANTED.   It   is FURTHER ORDERED that appellant Henry Perry, Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP, P.L.C., BP Corporation   North   America,   Incorporated,   BP America,Incorporated, BP Products North America, Incorporated,   Halliburton   EnergyServices, Incorporated, Sperry Drilling Services, Transocean OffshoreDeepwater Drilling, Incorporated Transocean Holdings, L.L.C., TransoceanDeepwater, Incorporated to hold the consolidated appeals in abeyance pending District Court's action on remand is GRANTED. USCA Judges: Higginbotham, Jones, and Costa (Reference: 13-97, 16-13365, 16-13367, 16-6259, 16-13366, 16-13364, 13-6009, 16-7048, 16-6329, 13-5367, 16-6216, 16-6333, 16-6298, 16-6330, 16-7285, 13-5367, 16-6333)(gec) (Entered: 02/27/2018) |
| 2:10-md-2179 | 24077 | 2/20/2018 | Minute Entry for proceedings held before Magistrate Judge   Joseph   C.   Wilkinson,   Jr:   Claims   Appeal Determination   and   Reasons   (Halliburton   and Transocean Settlement). The Claims Administrator has provided me with the Appeal Determination Notice, Court   Review   Request,   Claim   Form,   Settlement Program Appeal Determination Letters and an email from claimant concerning the appeal of Carlos Valdes, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Claim No. 5B6*******, denying his claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. No basis requiring a different result has been provided. Claimant neverpreviously asserted the commercial fisherman claim he now proffers either in a lawsuit or in the separate DHEPDS program; nor did he comply with Pretrial Order No. 60. The legal basis for these requirements concerning prior claim assertion and compliance with Pretrial Order No. 60 is explained at In re Oil Spill by the Oil Rig "Deepwater Horizon", No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018). (Reference: 12-970, 15-4143, 15-4146, 15-4654)(mmv) (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Entered: 02/20/2018) |
| 2:10-md-2179 | 24093 | 2/21/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claim Appeal Determination and Reasons (Halliburton and Transocean Settlement). The Claims Administrator has provided me with the Appeal Form, Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination Letter and letters from claimants counsel concerning the appeal of Andre Davis, Claim No. 6CA*******, denying his claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administratoris AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. No basis requiring a different result has been provided. Claimant never previously asserted the subsistence claim he now proffers, either in a lawsuit or in the separate DHEPDS program; nor did he comply with Pretrial Order No. 60. His prior payment from the DHEPDS was for a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | category of compensatory damages that does not support the recovery of punitive damages. The legal basis for these requirements concerning prior claim assertion, particular types of underlying compensatory damages to support punitive damages recovery and 2:10-md-2179compliance with Pretrial Order No. 60 is explained in In re Oil Spill by the Oil Rig Deepwater Horizon, No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018), and in the Allocation. (Reference: 12-970, 15-4143, 15-4146, 15-4654)(mmv) (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Entered: 02/21/2018) |
| 2:10-md-2179 | 24108 | 01/25/2018 | ORDER of USCA as to 22142 Notice of Appeal. It is ORDERED that appellant Henry Perry, Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP, P.L.C., BP Corporation North America, Incorporated, BP America, Incorporated, BP Products North America, Incorporated, Halliburton Energy Services, Incorporated, Sperry Drilling Services, Transocean Offshore Deepwater Drilling, Incorporated Transocean Holdings, L.L.C., Transocean Deepwater, Incorporated to remand the Perry appeal for further proceedings in the District Court pursuant to Federal Rule of Appellate Procedure 12.1(b) is GRANTED. It is FURTHER ORDERED that appellant Henry Perry, Appellees BP Exploration & Production, Incorporated, BP America Production Company, BP, P.L.C., BP Corporation North America, Incorporated, BP America,Incorporated, BP Products North America, Incorporated, Halliburton EnergyServices, Incorporated, Sperry Drilling Services, Transocean OffshoreDeepwater Drilling, Incorporated Transocean Holdings, L.L.C., TransoceanDeepwater, Incorporated to hold the consolidated appeals in abeyance pending District Court's action on remand is GRANTED. USCA Judges: Higginbotham, Jones, and Costa (Reference: 13-97, 16-13365, 16-13367, 16-6259, 16-13366, 16-13364, 13-6009, 16-7048, 16-6329, 13-5367, 16-6216, 16-6333, 16-6298, 16-6330, 16-7285, 13-5367, 16-6333)(gec) (Entered: 02/27/2018) |
| 2:10-md-2179 | 24119 | 03/06/2018 | ORDER & REASONS. IT IS ORDERED that Defendants' Motion to Dismiss (Rec. Doc. 22589 ) is GRANTED and the claims of the Mexican State of |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Yucatan are DISMISSED with prejudice. Signed by Judge Carl Barbier. (Reference: 13-6649)(gec) (Entered: 03/07/2018) |
| 2:10-md-2179 | 24238 | 3/26/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claims Appeal Determination and Reasons (Halliburton and Transocean Settlement). The Claims Administrator has provided me with five sets of Appeal Forms, Appeal Determination Notices, Court Review Requests, Claim Forms, Settlement Program Appeal Determination Letter, letters (constituting briefs) from claimants' counsel and briefs and objections to the court's prior appeal determination addressing similar claims of menhaden fishermen. These materials concern the appeals of Dobby L. Darna, Claim No. F01*******; Darrin Covert, Claim No. 4D0*******; Richard A. DeLacey, Claim No. A74*******; Joseph Williamson, Claim No. 3EF*******; and George Zirlott, Claim No. B26*******; denying their claims for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator and for the same reasons set out in detail in In re Oil Spill by the Oil Rig "Deepwater Horizon", No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018). In addition, the United States Court of Appeals for the Fifth Circuit has recently affirmed the validity, enforceability and requirement of compliance with Pretrial Order No. 60 in In Re: Deepwater Horizon, 5th Cir. Case No. 17-30475 ("Eduardo Pineiro Perez v. BP, P.L.C. et al." and consolidatedcases), 5th Cir. Record Doc. No. 00514364341 (Feb. 27, 2018). (Reference: 12-970, 15-4143, 15-4146, 15-4654)(mmv) (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Entered: 03/26/2018) |
| 2:10-md-2179 | 24347 | 04/12/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claims Appeal Determination and Reasons (Halliburton and Transocean Settlement). The Claims Administrator has provided me with the Appeal Form, Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination Letter concerning the appeal of Charles Joseph Eagan, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | II, Claim No. 4FC*******; denying his claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator. Eagan asserts relevant claim types (physical damage to his dock and boat and subsistence fishing) and x-marked the "Yes" box in answer to the claim form question, "Have you preserved your rights in compliance with PTO ["Pretrial Order"] 60?" However, he has not received either a prior Deepwater Horizon Economic and Property Damage Settlement ("DHEPDS") or a court-appointed neutrals settlement payment, and there is no record that he filed an individual lawsuit in compliance with Pretrial Order No. 60 as set forth in document. (Reference: 12-970, 15-4143, 15-4146 and 15-4654)(mmv) (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Entered: 04/13/2018) |
| 2:10-md-2179 | 24426 | 5/01/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claim Appeal Determination and Reasons (Halliburton and Transocean Settlement). The Claims Administrator has provided me with the Appeal Form, including the supporting briefs of claimants counsel; Appeal Determination Notice; Court Review Request; Claim Form; and Settlement Program Appeal Determination Letter concerning the appeal of Vivian L. Granado, Claim No. E4C*******; denying her claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator. The reasons supporting the requirements of having received prior payment of a Deepwater Horizon Economic and Property Damages Settlement [DHEPDS] claim or from a neutrals settlement and compliance with Pretrial Order No. 60 are set out in detail in In re Oil Spill by the Oil Rig Deepwater Horizon, No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018). In addition, the United States Court of Appeals for the Fifth Circuit has recently affirmed the validity, enforceability and requirement of compliance with Pretrial Order No. 60 in In Re: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Deepwater Horizon, (Eduardo Pineiro Perez v. BP, P.L.C. et al.and consolidated cases), 713 F. Appx 360, 363 (5th Cir. 2018). The assertions in the briefs of claimants counsel that her claim is still pending an eligibility determination with the claims administrator in the separate DHEPDSprogram supports denial of her claim for a Halliburton/Transocean settlement payment at this time. If she in fact ever receives such a DHEPDS payment, Granado will automatically become eligible for payment under the New Class distribution model from the Halliburton/Transocean Settlements. Claimant is instructed to resubmit this claim, when and if she receives a DHEPDS payment. (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Reference: 12-970, 15-4143, 15-4146 and 15-4654)(caa) (Entered: 05/01/2018) |
| 2:10-md-2179 | 24427 | 05/01/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: CLAIM APPEAL DETERMINATION AND REASONS [Halliburton and Transocean Settlement] The Claims Administrator has provided me with the Appeal Form; Appeal Determination Notice; Court Review Request; Claim Form asserting an Ecosystem claim and including claimants affidavit attesting to his status as an indigenous Moorish American National of the Continental United States... seeking payment of [$] 20 Billion; and Settlement Program Appeal Determination Letter concerning the appeal of Marcus O. Tate-El-Bey-Tey-Washitaw, Claim No. 359*******; denying his claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator. The necessity and requirement of receiving prior payments from the separate Deepwater Horizon Economic and Property Damages Settlement [DHEPDS] program or a neutrals settlement and compliance with Pretrial Order No. 60 are set out in detail in In re Oil Spill by the Oil Rig Deepwater Horizon, No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018). The United States Court of Appeals for the Fifth Circuit has recently affirmed the validity, enforceability and requirement of compliance with Pretrial Order No. 60 in InRe: Deepwater |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Horizon, (Eduardo Pineiro Perez v. BP, P.L.C. et al. and consolidated cases), 713 F. Appx 360, 363 (5th Cir. 2018). In addition, Washitaws DHEPDS claim was denied on grounds of fraud, waste or abuse. By its terms, the Halliburton/Transocean Settlement Agreements Distribution Model approved by the court expressly excluded from recovery any claimant who wassubject to a valid and final fraud, waste or abuse denial in the DHEPDS program. Record Doc. No. 18797 at p. 27. (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Reference: 12-970, 15-4143, 15-4146 and 15-4654)(caa) (Entered: 05/01/2018) |
| 2:10-md-2179 | 24558 | 05/25/2018 | ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 65 23825 . IT IS ORDERED that (1) The Plaintiffs appearing on EXHIBIT 1 are not required to respond to this Order. The Plaintiffs appearing on EXHIBIT 1 are subject to further proceedings of this Court. (2) Any Plaintiff appearing on EXHIBIT 2 must show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65. (3) Any Plaintiff appearing on EXHIBIT 3 must show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65. (4) EXHIBIT 4 is a list of 25 individuals who made PTO 65 submissions but are not Remaining B1 Plaintiffs. As indicated on the Exhibit, many of these plaintiffs B1 claims were previously dismissed. Some of the plaintiffs on Exhibit 4 do not assert B1 claims and so were not required to comply with PTO 65. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4Exhibit 4)(Reference: Remaining Cases in Pleading Bundle B1) (copies mailed to 9 plaintiffs listed) (gec) (Entered: 05/25/2018) |
| 2:10-md-2179 | 24560 | 5/29/2018 | MOTION to Amend/Correct PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement by Plaintiff S.C.P.P. El Chamizal, S.C. de R.L. (Attachments: # 1 Exhibit Amended Exhibit A, # 2 Memorandum in Support, # 3 Proposed Order)(Reference: 16-4388)(Buzbee, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Anthony) Modified on 5/30/2018 (gec). (Entered: 05/29/2018) |
| 2:10-md-2179 | 24606 | 6/11/2018 | RESPONSE TO ORDER TO SHOW CAUSE re 24558 Order by John Hanks, Lucky Lady Fishing Enterprise, Inc. (Reference: 16-4149)(cg) (Entered: 06/13/2018) |
| 2:10-md-2179 | 24612 | 6/15/2018 | EXPARTE/CONSENT MOTION for Leave to Amend PTO 65 by Plaintiffs Martin Perez, Francisco Roman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3Memorandum in Support, # 4 Proposed Order)(Reference: 16-4548; 16-4573)(Buzbee, Anthony) Modified on 6/18/2018 (cg). Modified on 6/18/2018 (gec). (Entered: 06/15/2018) |
| 2:10-md-2179 | 24613 | 6/15/2018 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff Roderic M. Wright re24558 Order. (Attachments: # 1 Exhibit A)(Reference: 13-1091)(Byrd, Tucker) Modified on 6/18/2018 (gec). (Entered: 06/15/2018) |
| 2:10-md-2179 | 24614 | 6/15/2018 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff Barbara Wright re 24558Order. (Attachments: # 1 Exhibit A)(Reference: 13-2420)(Byrd, Tucker) Modified on 6/18/2018 (gec). (Entered: 06/15/2018) |
| 2:10-md-2179 | 24615 | 6/15/2018 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff Destin Development, LLC re 24558 Order. (Attachments: # 1 Exhibit A)(Reference: 13-834)(Byrd, Tucker) Modified on 6/18/2018 (gec). (Entered: 06/15/2018) |
| 2:10-md-2179 | 24617 | 6/15/2018 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiffs S.C.P.P. Decembocadura del Rio Soto la Marina, S.C. de R.L. et al re 24558 Order. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: 16-4611; 16- 5316; 16-5320; 16-4613; 16-4614; 16-4400; 16-5324; 16-4533; 16-6313; 16-4401; 16-4388; 16-4615; 16-5280; 16-4548; 16-4432; 16-4573; 16-4585; 16-5200; and listed all in Exhibit A)(Buzbee, Anthony) Modified on 6/18/2018 (gec). (Entered: 06/15/2018) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 24618 | 6/15/2018 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiffs represented by Brent Coon and Associates re 24558 Order. (Reference: 16-6585; 16-6611; 16-5904; 16-6303; 16-6200; 16-6071; 16-6696; 16-9458; 16-11716; 16-11744; 13-5367)(Coon, Brent) Modified on 6/18/2018 (gec). (Entered: 06/15/2018) |
| 2:10-md-2179 | 24621 | 6/18/2018 | ORDER re responses to Order to Show Cause (Rec. Doc. 24558 ) from Anthony Buzbee (attorney) on behalf of multiple plaintiffs (Rec. Doc. 24617 , see also 24560, 24612 ); John Hanks/Lucky Lady Fishing Enterprises, Inc. (Rec. Doc. 24606 ); Tucker Byrd (attorney) on behalf of three plaintiffs (Rec. Docs. 24613 , 24614 , 25615 ); Brent Coon and Associates (attorney) on behalf of multiple plaintiffs (Rec. Doc. 24618 ). It is ORDERED that BP shall file a single, omnibus reply to the above responses by June 25, as stated within document. (Reference: Remaining Cases in Pleading Bundle B1)(gec) (Entered: 06/19/2018) |
| 2:10-md-2179 | 24674 | 6/25/2018 | OBJECTIONS by Defendants BP Exploration & Production Inc., BP America Production Company re 24612 MOTION for Leave to Amend PTO 65, 24614Response to Order to Show Cause, 24617 Response to Order to Show Cause,24560 MOTION to Amend/Correct PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) Sworn Statement, 24613 Response to Order to Show Cause, 24615 Response to Order to Show Cause, 24606 Response to Order to Show Cause, 24618 Response to Order to Show Cause. (Reference: All Cases in Pleading Bundle "B1")(Haycraft, Don) Modified on 6/27/2018 (gec). (Entered: 06/25/2018) |
| 2:10-md-2179 | 24686 | 7/10/2018 | ORDER - PTO 65 Compliance Order. It is ORDERED that the plaintiffs listed on EXHIBIT 1 to this Order are COMPLIANT with PTO 65 and their B1 claims are NOT dismissed by this Order. It is ORDERED that the plaintiffs listed on EXHIBIT 2 and EXHIBIT 3 to this Order are NON-COMPLIANT with PTO 65 and their B1 claims are DISMISSED WITH PREJUDICE, as stated within document. Additionally, it is ORDERED that Motions for Leave to Amend PTO 65 Verified Statement (Rec. Doc. 24560 , 24612 ) are granted, as |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | stated within document. Signed by Judge Carl Barbier. (Reference: Remaining Cases in Pleading Bundle B1) (copies mailed to 9 plaiintiffs listed) (gec) (Main Document 24686 replaced on 7/10/2018) (gec). (Additional attachment(s) added on 7/10/2018: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (gec). (Entered: 07/10/2018) |
| 2:10-md-2179 | 24694 | 7/12/2018 | MOTION for Clarification or in the Alternative Motion to Deem Plaintiff's Complaint Compliant with PTO 60 and Subject to Further Proceedings by Plaintiff Estate of William Patrick Kinser. (Attachments: # 1 Exhibit Kinser Complaint, # 2 Exhibit Docket Sheet for 16-6220, # 3 Memorandum in Support)(Reference: 16-6220)(Lyons, Douglas) Modified referral on 7/13/2018 (cg). Modified on 7/18/2018 (gec). (Entered: 07/12/2018) |
| 2:10-md-2179 | 24700 | 7/17/2018 | EXPARTE/CONSENT MOTION to Vacate 24686 Order on Motion to Amend/Correct by Plaintiffs James Sublett, Michelle Spaven-Daffin. (Attachments: # 1 Exhibit File & ServeExpress Case History Search, # 2 Exhibit File & ServeExpress Daily Docket Search, # 3 Proposed Order Order Granting Plaintiff's Motion to Vacate Judgment)(Reference: 2:17-cv-06044 and 2:16-cv-03869)(Stewart, Kelley) (Entered: 07/17/2018) |
| 2:10-md-2179 | 24701 | 7/18/2018 | MOTION to Alter or Amend Judgment re 24686 PTO 65 Compliance Order by Plaintiff Beach Community Bank. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3)(Reference: 13-2695)(Bowden, Wesley) (Additional attachment(s) added on 7/18/2018: # 6 SEALED - Exhibit 3) (gec). Modified on 7/18/2018 (gec). (Entered: 07/18/2018) |
| 2:10-md-2179 | 24704 | 07/18/2018 | MOTION to Alter or Amend Judgment re 24686 PTO 65 Compliance Order by Plaintiff Park National Corporation. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3)(Reference: 13-2862)(Bowden, Wesley) (Additional attachment(s) added on 7/19/2018: # 6 SEALED - Exhibit 3) (gec). Modified on 7/19/2018 (gec). (Entered: 07/18/2018) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 24713 | 7/23/2018 | MOTION to Alter Judgment by Plaintiffs Gilbert Johnson, Cornelius Johnson, Patricia Bailey, and Wilfredo Gallardo, Jr. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 (File and ServeXpress print out), # 3 Exhibit 2 (Cornelius Johnson PTO 65 Verified Statement), # 4 Exhibit 3 (Gilbert Johnson PTO 65 Verified Statement), # 5 Exhibit 4 (Patricia Bailey PTO 65 Verified Statement), # 6Exhibit 5 (Wilfredo Gallardo PTO 65 Verified Statement), # 7 Exhibit 6 (Gilbert Johnson 03/29/2016 sworn statement), # 8 Exhibit 7 (Gilbert Johnson 02/21/2011 Direct filing short form), # 9 Exhibit 8 (Gilbert Johnson 05/04/2011 client auth form), # 10 Exhibit 9 (Gilbert Johnson 2/21/2011 direct filing short form), # 11Exhibit 10 (Gilbert Johnson 12/15/2010 GCCF Claim Form), # 12 Exhibit 11 (Gilbert Johnson 01/06/2011 Oil Pollution Act Form), # 13 Exhibit 12 (Gilbert Johnson Optional OSLF Claim Form), # 14 Exhibit 13 (Gilbert Johnson 11/16/2010 Pltf Fact Sheet), # 15 Exhibit 14 (Cornelius Johnson 3/29/2016 Sworn Statement), # 16 Exhibit 15 (Cornelius Johnson 06/20/2011 GCCF Client Auth Form), # 17 Exhibit 16 (Cornelius Johnson 11/22/2010 Optional OSLTF form), #18 Exhibit 17 (Cornelius Johnson 11/16/2010 Fact Sheet), # 19 Exhibit 18 (Cornelius Johnson 01/12/2011 Direct Filing Short Form), # 20 Exhibit 19 (Cornelius Johnson GCCF Claim Form), # 21 Exhibit 20 (Cornelius Johnson 01/06/2011 Oil Pollution Act form), # 22 Exhibit 21 (Patricia Bailey GCCF Client Auth Form), # 23 Exhibit 22 (Patricia Bailey 03/29/2016 Sworn Statement), # 24Exhibit 23 (Patricia Bailey 12/15/2010 GCCF Claim Form), # 25 Exhibit 24 (Patricia Bailey 01/06/2011 Oil Pollution Act Form), # 26 Exhibit 25 (Patricia Bailey 11/22/2010 Optional OSLTF form), # 27 Exhibit 26 (Patricia Bailey 11/16/2010 pltf fact sheet), # 28 Exhibit 27 (Patricia Bailey 02/21/2011 Direct Filing Short Form), # 29 Exhibit 28 Wilfredo Gallardo 04/18/2016 Sworn Statement), # 30 Exhibit 29 Wilfredo Gallardo 01/12/2011 Direct Filing Short Form), # 31 Exhibit 30 Wilfredo Gallardo 11/17/2010 Pltf Fact Sheet), # 32 Exhibit 31 Wilfredo Gallardo 11/22/2010 Optional OSLTF Claim Form), # 33 Proposed Order)(Reference: 16-3831; 16-3828; 16-3822; 16-3834)(Jacobs, Darleen) Modified on 8/8/2018 (gec). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Entered: 07/23/2018) |
| 2:10-md-2179 | 24716 | 7/30/2018 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff James R. Sublett re 24558 Order. (Attachments: # 1 Exhibit PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims))(Reference: 17-6044)(Stewart, Kelley) Modified on 7/31/2018 (gec). (Entered: 07/30/2018) |
| 2:10-md-2179 | 24717 | 7/31/2018 | STATUS REPORT # 59 by Patrick A. Juneau (Attachments: # 1 Exhibit A)(Reference: All cases)(Stanley, Richard) (Entered: 07/31/2018) |
| 2:10-md-2179 | 24719 | 07/31/2018 | MOTION to Alter Judgment 24686 Order on Motion to Amend/Correct by Plaintiff James Michael Page. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Statement, # 4 Proposed Order)(Reference: 2:17-CV-06083)(McKamie, Reginald) Modified on 8/1/2018 (gec). (Entered: 07/31/2018) |
| 2:10-md-2179 | 24730 | 08/07/2018 | MOTION for Reconsideration re 24686 Order on Motion to Amend/Correct by 216 Claimants represented by the Buzbee Law Firm. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Memorandum in Support, # 4 Proposed Order)(Reference: 13-2791; 16-4400; 16-4533; 16-4432; 16-4585; 16-4611; 16-4613; 16-4614; 16-4615; 16-4401; 16-5280; 16-5316; 16-5320; 16-5324; 16-6313; 16-5200 and Actions Listed in Exhibit B)(Buzbee, Anthony) Modified referral on 8/8/2018 (cg). Modified on 8/8/2018 (gec). (Entered: 08/07/2018) |
| 2:10-md-2179 | 24732 | 08/07/2018 | MOTION for Reconsideration of Rec Doc. 24686 PTO 65 Compliance Order by Mark Canfora (Reference: 13-5367 and 16-6280)(cg) (Entered: 08/09/2018) |
| 2:10-md-2179 | 24734 | 08/09/2018 | NOTICE OF APPEAL by Plaintiff Scott A. Porter as to 24686 Order on Motion to Amend/Correct. (Fee previously paid) (Attachments: # 1 Exhibit A - Order)(Reference: 16-4067)(Dominick, Paul) Modified on 8/10/2018 (gec). (Entered: 08/09/2018) |
| 2:10-md-2179 | 24741 | 08/13/2018 | MOTION to Vacate 24686 Order on Motion to Amend/Correct, by Plaintiff Roderic M. Wright. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Declaration of Roderic M. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Wright)(Reference: 13-1091)(Byrd, Tucker) Modified on 8/14/2018 (gec). (Entered: 08/13/2018) |
| 2:10-md-2179 | 24742 | 08/13/2018 | MOTION to Vacate 24686 Order on Motion to Amend/Correct, by Plaintiff Barbara Wright. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Declaration of Roderic M. Wright)(Reference: 13-2420)(Byrd, Tucker) Modified on 8/14/2018 (gec). (Entered: 08/13/2018) |
| 2:10-md-2179 | 24743 | 8/13/2018 | MOTION to Vacate 24686 Order on Motion to Amend/Correct, by Plaintiff Destin Development, LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Declaration of Roderic M. Wright)(Reference: 13-834)(Byrd, Tucker) Modified on 8/14/2018 (gec). (Entered: 08/13/2018) |
| 2:10-md-2179 | 24747 | 8/15/2018 | ORDERED that any response by BP to the motions for reconsideration, etc., of the PTO 65 Compliance Order (Rec.Docs. 24694 , 24700 , 24701 , 24704 , 24713 , 247 16 , 24719 , 24730 , 24732 , 24741 , 24742 , 24743 ) (or any similar motions inadvertently omitted from the above list) shall be filed by Thursday, September 6, 2018. Signed by Judge Carl Barbier.(Reference: All Cases in the B1 Pleading Bundle)(gec) (Entered: 08/15/2018) |
| 2:10-md-2179 | 24816 | 9/6/2018 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re [24701] MOTION to Alter or Amend Judgment re [24686] PTO 65 Compliance Order MOTION for Extension of Time to File MOTION for Reconsideration re [24686] Order on Motion to Amend/Correct,,,,,, ; , [24700] MOTION to Vacate [24686] Order on Motion to Amend/Correct, [24719] MOTION to Alter Judgment [24686] Order on Motion to Amend/Correct, [24741] MOTION to Vacate [24686] Order on Motion to Amend/Correct, [24713] MOTION to Alter Judgment , [24743] MOTION to Vacate [24686] Order on Motion to Amend/Correct,,,,,, , [24732] MOTION for Reconsideration re [24686] Order on Motion to Amend/Correct,,,,,, ;, [24704] MOTION to Alter Judgment or Amend Judgment re [24686] PTO 65 Compliance Order MOTION for Extension of Time to File MOTION to Set Aside Judgment MOTION for Reconsideration , [24730] MOTION for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Reconsideration re [24686] Order on Motion to Amend/Correct,,,,,,, ; , [24694] MOTION for Clarification or in the Alternative Motion to Deem Plaintiff's Complaint Compliant with PTO 60 and Subject to Further Proceedings , [24742] MOTION to Vacate [24686] Order on Motion to Amend/Correct . (Reference: Pleading Bundle B1)(Haycraft, Don) |
| 2:10-md-2179 | 24817 | 9/6/2018 | RESPONSE/MEMORANDUM in Opposition filed by Airborne Support International Inc, Airborne Support, Inc. re [24700] MOTION to Vacate [24686] Order on Motion to Amend/Correct . (Reference: 16-3869, 17-6044)(Mayeaux, Ben) |
| 2:10-md-2179 | 24945 | 10/03/2018 | ORDER - Regarding Remaining Claims in the Economic and Property Damages Settlement that Are Subject to Moratoria Hold as stated herein. Signed by Judge Carl Barbier on 10/3/2018.(Reference: 12-970)(cg) (Entered: 10/03/2018) |
| 2:10-md-2179 | 24951 | 10/04/2018 | ORDER denying as moot 11156 Motion ; 11541 Motion for Leave to File; 11542 Motion to Seal; 22196 Motion  ; 22755 Motion  ; 23490 Motion ; 23726 Motion to Compel; 23854 Motion. To the extent the above motions pertain to claims that were not on Moratoria Hold as of October 3, 2018 (e.g., because the claimant previously reached a settlement with the Court-appointed Neutrals or the Claims Administrator previously lifted the Moratoria Hold on that claim), those motions are MOOT. Signed by Judge Carl Barbier on 10/4/2018. (Reference: 12-970)(cg) (Entered: 10/04/2018) |
| 2:10-md-2179 | 25125 | 11/01/2018 | NOTICE OF APPEAL by Plaintiff, Claimant ID 100118552 as to 24945 Order. (Filing fee $ 505, receipt number 053L-7207122.) (Attachments: # 1 Exhibit A)(Reference: 12-970)(Chason, William) Modified text on 11/1/2018 (cg). (Entered: 11/01/2018) |
| 2:10-md-2179 | 25126 | 11/01/2018 | NOTICE OF APPEAL by Plaintiff Claimant ID 100282515 as to 24945 Order. (Filing fee $ 505, receipt number 053L-7207177.) (Attachments: # 1 Exhibit Exhibit A)(Reference: 12-970)(Chason, William) Modified on 11/1/2018 (cg). (Entered: 11/01/2018) |

Respectfully submitted,

J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
andrew.langan@kirkland.com
matthew.regan@kirkland.com

George W. Hicks, Jr.
Aaron Nielson
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
george.hicks@kirkland.com
aaron.neilson@kirkland.com

/s/ Devin C. Reid
Don K. Haycraft
Devin C. Reid
LISKOW & LEWIS LLP
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dkhaycraft@liskow.com
dcreid@liskow.com

*Attorneys-in-Charge for Defendants Exploration &
Production Inc., America Production Company, and
P.L.C.*

/s/ William G. Chason
William G. Chason
Morgan S. Hofferber
MCDOWELL KNIGHT ROEDDER
& SLEDGE, L.L.C.
11 N. Water St., Suite 13290
Mobile, AL 36602
Tel (251) 432-5300
Fax (251) 432-5303
wchason@mcdowellknight.com
mhofferber@mcdowellknight.com

*Attorneys for Appellant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 20th day of December, 2018.

/s/ Devin C. Reid