# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This document relates to: | JUDGE BARBIER |
| *Park National Corporation, et al. v. BP Exploration & Production, Inc., et al.* Case No. 2:13-cv-02862 | MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Park National Corporation, Vision Park Properties, LLC, and SE Property Holdings, LLC, individually and as successor in interest to Vision Bank hereby appeal to the United States Court of Appeals for the Fifth Circuit from (1) ORDER (Regarding the Motions for Reconsideration, Etc., of the PTO 65 Compliance Order], docket number 25198, dated November 29, 2018, (2) ORDER (PTO 65 Compliance Order), docket number 24686, dated July 10, 2018, (3) Order to Show Cause Re: Compliance with PTO 65, docket number 24558, dated May 25, 2018 and (4) any and all other orders, rulings, findings, conclusions, memoranda, dismissals, and judgments that are in any way adverse or detrimental to Park National Corporation, Vision Park Properties, LLC, or SE Property Holdings, LLC, individually and as successor in interest to Vision Bank.

/s/ *Wesley A. Bowden*
Wesley A. Bowden, Esq.
Florida Bar Number: 64217
wbowden@levinlaw.com
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7186
Fax: (850) 436-6185

**Certificate of Service**

I HEREBY CERTIFY that the above and foregoing Motion to Alter or Amend Judgment has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2179, on this 21st day of December 2018.

/s/ *Wesley A. Bowden*
Wesley A. Bowden, Esq.
Florida Bar Number: 64217
wbowden@levinlaw.com
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7186
Fax: (850) 436-6185