**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | * | |
| *All Claims In Pleading Bundle B3* | * | **MAG. JUDGE WILKINSON** |
| | * | |
| | * | |

<u>**NOTICE OF FILING OF SUPPLEMENTATION OF DISTRICT COURT RECORD**</u>

PLEASE TAKE NOTICE that BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP") hereby file into the record the attached Exhibit to supplement BP's Motion for Entry of an Order Relating to the Disposal of Certain Materials filed on December 12, 2018 (Rec. Doc. No. 25266).  BP respectfully submits that the additional data provided concerning sample location will help the parties evaluate the need for any responses concerning BP's motion.

December 24, 2018                     Respectfully submitted,


                                      */s/ Devin C. Reid*
                                      Don Haycraft (Bar #14361)
                                      R. Keith Jarrett (Bar #16984)
                                      Devin C. Reid (Bar #32645)
                                      **LISKOW & LEWIS**
                                      One Shell Square
                                      701 Poydras Street, Suite 5000
                                      New Orleans, Louisiana 70139-5099
                                      Telephone:  (504) 581-7979
                                      Fax No.  (504) 556-4108

                                      Matthew T. Regan, P.C.
                                      (matthew.regan@kirkland.com)
                                      A. Katrine Jakola, P.C.
                                      (katie.jakola@kirkland.com)
                                      J. Andrew Langan, P.C.
                                      (andrew.langan@kirkland.com)
                                      Christina L. Briesacher
                                      (christina.briesacher@kirkland.com)
                                      **KIRKLAND & ELLIS LLP**
                                      300 North LaSalle
                                      Chicago, IL 60654
                                      Telephone:  (312) 862-2000

                                      *Attorneys for BP America Production Company and
                                      BP Exploration & Production Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of December 2018.

*/s/ Devin C. Reid*
Devin C. Reid

**Exhibit**