UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179  SECTION J |
| This Document Relates to:  18cv11111 | * * * | JUDGE BARBIER  MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CLAIMS ADMINISTRATOR'S MOTION TO DISMISS
AND ALTERNATIVE MOTION TO STAY PENDING APPEAL**

Defendant Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust (the "Claims Administrator"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss all claims against him in the Complaint filed MMR Group, Inc. d/b/a MMR Constructors, Inc. ("MMR") in Case No. 2:18cv11111 on the docket of this Court. Solely in the alternative, the Claims Administrator moves to stay this matter pending the outcome of a related appeal to the United States Court of Appeal for the Fifth Circuit in No. 18-31177 on the docket of the Fifth Circuit.

MMR has not stated a claim for declaratory judgment against the Claims Administrator because no "actual controversy" exists between MMR and the Claims Administrator. This Court deemed MMR's BEL claims excluded from the Settlement Agreement in its October 3, 2018 Order (MDL No. 2179, Rec. Doc. 24945) and the Claims Administrator has no discretion to disregard or act contrary to a standing Court order. To the extent MMR's claim for declaratory judgment against the Claims Administrator is not dismissed, in the alternative, the Claims Administrator requests a

1

stay of this action pending the disposition of an appeal of the October 3, 2018 Order, as that appeal may also dispose of the Claims alleged against the Claims Administrator.

WHEREFORE, the Claims Administrator prays that this motion be granted and that this civil action be dismissed with prejudice insofar as it is brought against the Claims Administrator, or only alternatively stayed.

Respectfully submitted,

*/s/ Richard C. Stanley*
Richard C. Stanley (La. Bar No. 8487)
Kathryn W. Munson (La. Bar No. 35933)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, LA  70112
Telephone: (504) 523-1580
rcs@stanleyreuter.com
kwm@stanleyreuter.com

-and-

J. David Forsyth (La. Bar. No. 5719)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
400 Poydras St, Suite 2550
New Orleans, La 70130
Telephone: (504) 582-1500
jdf@sessions-law.com

Attorneys for Patrick A. Juneau, as Claims Administrator

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2018, the above and foregoing pleading has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Richard C. Stanley*