

LEVIN • PAPANTONIO
THOMAS • MITCHELL
RAFFERTY & PROCTOR • P.A.
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
W. TROY BOUK
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
JEFF GADDY
REBECCA D. GILLILAND
*(LICENSED ONLY IN ALABAMA)*

RACHAEL R. GILMER
FREDRIC G. LEVIN
MARTIN H. LEVIN
ROBERT M. LOEHR
STEPHEN A. LUONGO
M. JUSTIN LUSKO
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN

MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
A. RENEE PRESTON
ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
THOMAS A. TAYLOR
LEO A. THOMAS
BRETT VIGODSKY

OF COUNSEL:
LAURA S. DUNNING
*(LICENSED ONLY IN ALABAMA)*
BEN W. GORDON, JR.
ARCHIE C. LAMB, JR.
PAGE A. POERSCHKE
*(LICENSED ONLY IN ALABAMA)*
CHRISTOPHER V. TISI
*(LICENSED IN WASHINGTON, D.C. AND MARYLAND)*

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

December 27, 2018

Clerk of Court
500 Poydras Street
Room C151
New Orleans, LA 70130

    Re:  Payment racking ID 26EQ9G4

Dear Sir/Madam:

    Please refund the attached payment which was made in error.  There is no pleading associated with this payment.

    Thank you.

Sincerely,

Mary Lycus
Legal Assistant

/ml

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 • PENSACOLA, FL 32591    CONTACT: (850) 435-7000 • (850) 435-7020 FAX • WWW.LEVINLAW.COM

CAUTION: This email message is EXTERNAL.

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Kimberly Lange at (504) 589-7786.

Application Name: LAED CM ECF
Pay.gov Tracking ID: 26E8Q9G4
Agency Tracking ID: 053L-7320352
Transaction Type: Sale
Transaction Date: Dec 21, 2018 3:09:45 PM

Account Holder Name:
Transaction Amount: $505.00
Card Type: MasterCard
Card Number: *************8426

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.