FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** |
| | | **SECTION: J** |
| **This filing relates to:** *All Cases* **(including Civil Action No. 12-968)** | * * * | **JUDGE CARL J. BARBIER** |

### MEMORANDUM IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Claims Administrator for the Deepwater Horizon Medical Benefits Class Action Settlement ("Claims Administrator") and Josephine Ducksworth, the Authorized Representative of Lillian Cole, a Class Member who is deceased, move this Court, via counsel, for an Order approving settlement of the Class Member's claim under the Medical Benefits Class Action Settlement Agreement ("Settlement Agreement"), and in support thereof state as follows:

## I. INTRODUCTION

Court Approved Procedure Number 1A requires the Claims Administrator and Authorized Representatives filing claims on behalf of Deceased, Minor, or Incompetent Class Members to seek the Court's approval of the settlement prior to payments being issued on behalf of these Class Members.

## II. AUTHORIZED REPRESENTATIVE'S PROOF OF AUTHORITY

The Class Member's Authorized Representative seeks to resolve the claim on behalf of her deceased mother. To prove her authority to act on behalf of the Class Member, the Authorized Representative submitted the attached Certificate of Authority, under penalty of perjury, identifying herself as having the right to act on behalf of the Class Member, and signed a Proof of Claim Form (accompanied by supporting evidence therein) which established qualification under this settlement. The Claims Administrator has accepted these documents as sufficient proof of authority for purposes of pursuing a claim under the Settlement Agreement, on the Class Member's behalf.

### III.  THE CLAIM AT ISSUE

On behalf of the Class Member, the Authorized Representative in this matter has signed and submitted a Proof of Claim Form, under penalty of perjury, which includes a comprehensive Release. The Claims Administrator subsequently reviewed the Proof of Claim Form and supporting documentation therein in accordance with the Settlement Agreement, and issued a Notice of Determination on the Claim in the amount of $900.00, on February 27, 2017.

### IV.  CONCLUSION

Accordingly, the Claims Administrator and the Class Member's Authorized Representative submit that the Joint Motion for Approval of Settlement of a Claim under the Medical Benefits Settlement Agreement should be granted.

Respectfully submitted,

| | |
|---|---|
| **NICKS LAW FIRM** | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| By: /s/ *Shantrell Nicks* | By: /s/ *Katharine H. Hosty* |
| Shantrell Nicks | Matthew L. Garretson |
| Nicks Law Firm | Katharine H. Hosty |
| 312-T Schillinger Road Box #306 | Joseph L. Bruemmer |
| Mobile, AL  36608 | Garretson Resolution Group |
| | 6281 Tri-Ridge Blvd., Suite 300 |
| | Loveland, OH  45140 |



**DEEPWATER HORIZON**
**MEDICAL BENEFITS**
CLAIMS ADMINISTRATOR

## Authorized Representative Certificate of Authority

An Authorized Representative may complete and submit this Certificate of Authority to establish his or her authority to sign the Proof of Claim Form, release Class Member's claims for Specified Physical Condition compensation and/or participation in the Periodic Medical Consultation Program, and receive payment of Specified Physical Compensation and/or Periodic Medical Consultation Program benefit information on behalf of the Class Member.

Authorized Representative Name: _Josephine Puckworth_

Class Member Name: **Lillian Cole**

SPC: **SPC0039077**

Reason for Authorized Representative (*select one*):

☑ Deceased        ☐ Minor        ☐ Incompetent/Lacks Capacity

I, the undersigned Authorized Representative, hereby certify and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that: (a) I am authorized to act on behalf of the Class Member listed above and Class Member's estate and heirs (if applicable), and this authority includes the authority to sign the Proof of Claim Form and any other documents required in connection with submission and review of any claim for Specified Physical Condition compensation and/or Periodic Medical Consultation Program benefits under the Medical Settlement Agreement, including, without limitation, a release of claims for Specified Physical Condition compensation and/or participation in the Periodic Medical Consultation Program, (b) I am authorized to receive payment of Specified Physical Condition compensation on behalf of the Class Member and shall promptly distribute the Specified Physical Condition compensation in accordance with applicable state law, (c) I shall promptly notify the Claims Administrator if my authority to act is curtailed, surrendered, withdrawn, or terminated prior to payment of the Specified Physical Condition compensation or receipt of a Periodic Medical Consultation Program Notice of Determination, and (d) the Claims Administrator may rely on this Certificate of Authority and shall have no liability to Authorized Representative or any other person for the payment of Specified Physical Condition compensation in accordance with this Certificate of Authority.

I understand that (i) any false statements or claims made in connection with this Certificate of Authority may result in fines, imprisonment, and/or any other remedy available by law to the federal government, (ii) this Certificate of Authority is valid solely for the payment of Specified Physical Condition compensation and/or Periodic Medical Consultation Program benefits under the Medical Settlement Agreement and may not be used for any other purpose, and (iii) I may be required to take additional steps under applicable state law in connection with this claim, including, without limitation, obtaining court approval of any settlement or distribution of the Specified Physical Condition compensation.

_Josephine Puckworth_          _Josephine Puckworth_          3-26-2018
Name of Authorized Representative     Signature                          Date

_Shantrell H Nicks_                                              3-26-18
Name of Counsel (*if applicable*)     Signature                          Date

Please return the completed and signed Authorized Representative Certificate of Authority to the following address:

DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR
600 Vine Street, Suite 2006
Cincinnati, OH 45202