UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| **This Document Relates To:** | **JUDGE BARBIER** |
| Civil Action No. 2:13-cv-00834<br>*Destin Development, LLC v. BP Exploration & Production, Inc., et al.* | **MAGISTRATE JUDGE SHUSHAN** |

## NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiff, DESTIN DEVELOPMENT, LLC, appeals to the United States Court of Appeals for the Fifth Circuit from: (1) ORDER [Regarding the Motions for Reconsideration, Etc., of the PTO 65 Compliance Order], docket number 25198, dated November 29, 2018; (2) ORDER (PTO 65 Compliance Order) docket number 24686, dated July 10, 2018; (3) Order to Show Cause Re: Compliance with PTO 65, docket number 24558, dated May 25, 2018; and (4) any and all other orders, rulings, findings, conclusions, memoranda, dismissals, and judgments that are in any way adverse or detrimental to DESTIN DEVELOPMENT, LLC.

**<Certificate of Service on Following Page>**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appeal has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2179, on this 28th day of December, 2018.

*s/ Tucker H. Byrd*
**Tucker H. Byrd**
Florida Bar No. 381632
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Secondary Email: DWinters@ByrdCampbell.com
*Attorneys for Destin Development, LLC*