**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * * | JUDGE CARL J. BARBIER |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE**
**MEDICAL BENEFITS CLASS**
**ACTION SETTLEMENT AGREEMENT**

The Authorized Representative(s) of Laney Farmer, a Class Member who is a minor, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement, via counsel, respectfully move this Court to: (1) approve the settlement of the claim filed on behalf Laney Farmer as fair, reasonable, adequate, and in the best interests of the minor, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, adequate, and in the best interests of the minor.

A proposed Order accompanies this Motion.

Respectfully submitted,

**DOWNS LAW GROUP**

**DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM**

By: /s/ *Craig  Downs*
Craig  Downs
Downs Law Group
3250 Mary Street, Suite 307
Coconut Grove, FL  33133

By: /s/ *Katharine H. Hosty*
Matthew L. Garretson
Joseph L. Bruemmer
Katharine H. Hosty
Garretson Resolution Group
6281 Tri-Ridge Blvd., Suite 300
Loveland, OH  45140