IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION: J<br>* |
| *This document relates to:* | *<br>*<br>*  HONORABLE CARL J. BARBIER |
| ALL CASES | *<br>* |
| | *  MAGISTRATE JUDGE WILKINSON |

**MOTION FOR APPROVAL OF
PAYMENT OF ESCROW EXPENSES**

**NOW INTO COURT** come Plaintiffs' Co-Liaison and Co-Lead Class Counsel, on the suggestion and at the request of Court-appointed CPA, Philip A. Garrett, and respectfully move for approval to make administrative payments from the following Qualified Settlement Funds, as follows:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement,[1] a Common Benefit Fee and Cost Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.

and 59, which costs and fees have now been awarded and approved in the aggregate by the Court.[2]

### II.

Pursuant to the Certificates of Non-Objection and Order that was entered in connection with the settlement of the States' economic damages claims,[3] additional funds were deposited into the Registry of the Court, in a qualified settlement fund, for the benefit of Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59.

### III.

Tax-preparation fees are owed to Adams, Jenkins & Cheatham in the amount of $2,635.00 in connection with the Registry of Court fund.

### IV.

We certify, in accordance with Local Rule 67.3, that we have provided this Motion and accompanying Proposed Order to the Clerk of Court for review.

**WHEREFORE** the undersigned respectfully pray for an Order: **(i)** authorizing and directing the Clerk of Court to transmit $2,635.00 to Garrett & Co, LLC, which is thereafter authorized and directed to transmit $2,635.00 to Adams, Jenkins & Cheatham for payment of tax-preparation expenses.

This 2nd day of January, 2019.

---

[2] Rec. Doc. 21849.

[3] Rec. Doc. 15437.

-3-

Respectfully submitted,

| | |
|---|---|
| */s/Stephen J. Herman* | */s/James Parkerson Roy* |
| Stephen J. Herman (La. Bar No. 23129) | James Parkerson Roy (La. Bar No. 11511) |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504)581-4892 | Telephone: (337)233-3033 |
| Fax. No. (504)561-6024 | Fax No. (337)233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Co-Liaison Counsel, and Co-Lead Class Counsel* | *Plaintiffs Co-Liaison Counsel, and Co-Lead Class Counsel* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of January, 2019.

*/s/Stephen J. Herman and James Parkerson Roy*