IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010**<br><br>*This document relates to:*<br><br>ALL CASES | *   MDL NO. 2179<br>*<br>*   SECTION: J<br>*<br>*<br>*   HONORABLE CARL J. BARBIER<br>*<br>*<br>*   MAGISTRATE JUDGE WILKINSON<br>* |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

1. The Clerk of Court be and is hereby authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the amount of Two Thousand Six Hundred Thirty-Five Dollars ($2,635.00) (principal only), payable to Garrett & Co., LLC, and mail or deliver the check to Garrett & Co., LLC, at 600 Northwoods Drive, Abita Springs, La. 70420; with Garrett & Co. LLC thereafter authorized and directed to transmit $2,635.00 to Adams, Jenkins & Cheatham for payment of tax-preparation expenses.

**SIGNED** in New Orleans, Louisiana this _____ day of <u>January, 2019</u>.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**