## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| Applies to:  *All Cases* | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE WILKINSON |

### ORDER

The Court previously entered an order (Rec. Doc. 25235) requiring that any objections to BP's Motion for Entry of an Order Relating to the Disposal of Certain Materials (Rec. Doc. 25226) be filed by January 4, 2019.  BP subsequently filed a "Notice of Filing of Supplementation of District Court Record," attached to which is a nearly 6,000-page exhibit said to contain additional information about the materials BP wishes to dispose. (Rec. Doc. 25243). In light of this additional information,

IT IS ORDERED that the deadline for filing an objection to BP's Motion for Entry of an Order Relating to the Disposal of Certain Materials (Rec. Doc. 25226) and/or BP's Notice of Filing of Supplementation of District Court Record (Rec. Doc. 25243) is extended up to and including <u>Thursday, January 31, 2019</u>.

This Order supersedes the Court's Order of December 12, 2018 (Rec. Doc. 25235).

New Orleans, Louisiana this 2nd day of January, 2019.

_____
United States District Judge