"Certification of Funds in the Registry"

PRINCIPAL: $ 4,618.56

Financial Deputy: _MBR_ Date: 12/28/18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * <br> * <br> * <br> * | **MDL NO. 2179** <br><br> **SECTION: J** |
| *This document relates to:* | * <br> * | |
| | * | **HONORABLE CARL J. BARBIER** |
| ALL CASES | * <br> * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the

BP Economic & Property Damages Settlement Class, and having considered the record of these

proceedings, the recommendations of counsel for the moving parties, and the requirements of

law: (Rec. Doc. 25289)

**IT IS HEREBY ORDERED** that:

1. The Clerk of Court be and is hereby authorized and directed to draw a check on the

   funds on deposit in the Registry of this Court in the amount of Two Thousand Six

   Hundred Thirty-Five Dollars ($2,635.00) (principal only), payable to Garrett & Co.,

   LLC, and mail or deliver the check to Garrett & Co., LLC, at 600 Northwoods Drive,

   Abita Springs, La. 70420; with Garrett & Co. LLC thereafter authorized and directed

   to transmit $2,635.00 to Adams, Jenkins & Cheatham for payment of tax-preparation

   expenses.

-2-

New Orleans, Louisiana this 2nd day of January, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE