UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to 12-970; Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al. AND- Cases Identified Below | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

The Court understands that the claims identified below have settled and/or been withdrawn. Accordingly,

IT IS ORDERED that the following requests for discretionary review are DENIED AS MOOT. The Clerk of Court is directed to close these cases.

| Case Number | Claim ID |
|---|---|
| 17-cv-14910 | 194885 |
| 18-cv-00468 | 388728 |
| 18-cv-01758 | 191238 |
| 18-cv-01759 | 191233 |
| 18-cv-01760 | 191236 |
| 18-cv-01761 | 191237 |
| 18-cv-01777 | 75587 |
| 18-cv-01778 | 203315 |
| 18-cv-01780 | 201420 |
| 18-cv-01804 | 359711 |
| 18-cv-01805 | 359731 |
| 18-cv-01806 | 276542 |
| 18-cv-01807 | 276554 |

| | |
|:---:|:---:|
| 18-cv-01808 | 114971 |
| 18-cv-03374 | 152443 |
| 18-cv-03380 | 198593 |
| 18-cv-03504 | 257311 |
| 18-cv-03508 | 420566 |
| 18-cv-03509 | 207343 |
| 18-cv-03513 | 373847 |
| 18-cv-03514 | 123308 |
| 18-cv-03518 | 304923 |
| 18-cv-03519 | 277138 |
| 18-cv-03520 | 127297 |
| 18-cv-03521 | 94680 |
| 18-cv-03522 | 242636 |
| 18-cv-03523 | 286556 |
| 18-cv-03524 | 186018 |
| 18-cv-03541 | 198538 |
| 18-cv-03542 | 206054 |
| 18-cv-03544 | 199986 |
| 18-cv-03545 | 85879 |
| 18-cv-03546 | 236712 |
| 18-cv-03547 | 89418 |
| 18-cv-03548 | 265002 |
| 18-cv-03552 | 182126 |
| 18-cv-03767 | 271968 |
| 18-cv-03768 | 152315 |
| 18-cv-03771 | 83751 |
| 18-cv-03787 | 114749 |
| 18-cv-03791 | 365291 |
| 18-cv-03792 | 252158 |

| | |
|:---:|:---:|
| 18-cv-03796 | 75351 |
| 18-cv-03806 | 131380 |
| 18-cv-03815 | 216255 |
| 18-cv-03816 | 11849 |
| 18-cv-03819 | 217859 |
| 18-cv-03822 | 158971 |
| 18-cv-03824 | 264799 |
| 18-cv-03950 | 292666 |
| 18-cv-03951 | 352123 |
| 18-cv-03955 | 376813 |
| 18-cv-03956 | 376767 |
| 18-cv-03957 | 376865 |
| 18-cv-03958 | 376891 |
| 18-cv-03959 | 377017 |
| 18-cv-03960 | 377159 |
| 18-cv-03961 | 377043 |
| 18-cv-03962 | 377085 |
| 18-cv-03963 | 377131 |
| 18-cv-03964 | 377307 |
| 18-cv-03965 | 377369 |
| 18-cv-03966 | 377388 |
| 18-cv-03967 | 377400 |
| 18-cv-04475 | 54566 |
| 18-cv-05909 | 370773 |

New Orleans, Louisiana, this 8th day of January, 2019.

_____
United States District Judge