# EXHIBIT 4

```
 1   IN THE CIRCUIT COURT OF THE 11TH
     JUDICIAL CIRCUIT IN AND FOR
 2   MIAMI-DADE COUNTY, FLORIDA

 3   CASE NO. 2016-017925-CA-01

 4

 5   DAVID DOUGHERTY, CPA, P.A.

 6   Plaintiff,

 7   v.

 8   FARRELL and PATEL, P.A.,

 9   Defendant.

10   _____/

11

12                         VOLUME I

13   VIDEOTAPED
     DEPOSITION OF:  WES FARRELL, AS CORPORATE REPRESENTATIVE
14
     DATE TAKEN:     NOVEMBER 13, 2018
15
     TIME:           10:21 A.M. - 05:45 P.M.
16
     PLACE:          150 WEST FLAGLER STREET, PH 2800
17                   MIAMI, FLORIDA 33130

18   TAKEN BEFORE:   MARIE JUNIE DAVIS, FPR, COURT REPORTER
                     AND NOTARY PUBLIC
19

20   ********************************************************

21

22

23

24

25
```

1    A    I am under a confidentiality relating to
2    that, and --
3    Q    This is directly relevant to the claims in
4    this litigation. We're past confidentiality.
5    A    I don't want to violate a federal judge's
6    confidentiality. I want to be helpful, I promise you.
7    That's not the point here. I'm not concerned about this,
8    but -- I don't mean it like that. I just don't want to
9    violate confidentiality.
10       I know they had this issue with Ricky. I don't
11   know -- how did it resolve previously?
12       MR. SAVIO: He answered questions.
13       THE WITNESS: I heard it on the phone.
14       MR. SAVIO: You were present at the deposition, so...
15       THE WITNESS: From what I remember, you asked some
16   general questions. And I think I'm happy to do that, but
17   I don't want to violate a court order. I'm sure you guys
18   understand that.
19       MR. SAVIO: So you're going to --
20   BY MR. HUFFMAN:
21   Q    Do you understand that we have a
22   confidentiality order in this case that allows you to
23   reveal confidential information to be used for the purpose
24   of this case?
25   A    Yeah, but they're conflicting at this point.

1  The confidentiality I'm under with that court says I have
2  to get permission from that judge, so...
3     Q     So are you refusing to testify about
4  information that went back and forth between your firm and
5  the neutrals?
6     A     I'm happy to testify about anything that I'm
7  allowed to testify about.  I just don't want to violate a
8  court order.
9     MR. RUSSOMANNO:  What's the question you're asking?
10 Maybe I know.
11    MR. HUFFMAN:  My question was:  Did the neutrals have
12 their own spreadsheet of the claims?  The witness said
13 they did.  And I asked why that wasn't produced.  That's
14 what got this started.
15    MR. RUSSOMANNO:  Oh, okay.
16 BY MR. HUFFMAN:
17    Q     So the neutrals did in fact have a
18 spreadsheet that they gave you?
19    A     I don't want to say any more about it.  I
20 just don't want to violate a court order.
21    Q     So you're refusing to answer the question?
22    A     I'm trying to not violate a court order.
23    Q     Okay.  So I'm not going to get an answer to
24 that question from you?
25    I just want to be clear.  If that's your position,

1  produced a lot of things.  Everything you've asked of us
2  to produce, we tried our best to produce them, and I
3  believe we produced everything we need to produce.
4      Q      So your firm's communications with the
5  neutrals about the BP claims the Dougherty firm worked on,
6  and your internal communications during the neutrals
7  process about those claims, are you saying those documents
8  aren't relevant and that's why they haven't been produced?
9      MR. RUSSOMANNO:  Form.
10     THE WITNESS:  I'm under a confidentiality with a
11  federal judge on everything related to that.
12     Additionally, David Dougherty had nothing to do with
13  the neutrals phase.
14  BY MR. HUFFMAN:
15     Q      Let me ask you some specific questions then.
16  You've already said that your firm's communications
17  with the neutrals about the subject claims exist, right?
18     A      Yes.
19     Q      And you did not produce them to us?
20     A      Correct.
21     Q      Okay.  There are internal Farrell & Patel
22  communications about that neutrals process regarding the
23  subject claims.  Those internal communications exist,
24  right?
25     A      Say that again.