# EXHIBIT 5

DAVID DOUGHERTY, CPA, P.A. vs FARRELL and PATEL, P.A.
ANDREW SCHNEIDER - VOLUME II on 11/19/2018

```
 1   IN THE CIRCUIT COURT OF THE 11TH
     JUDICIAL CIRCUIT IN AND FOR
 2   MIAMI-DADE COUNTY, FLORIDA

 3   CASE NO. 2016-017925-CA-01

 4

 5   DAVID DOUGHERTY, CPA, P.A.

 6   Plaintiff,

 7   v.

 8   FARRELL and PATEL, P.A.,

 9   Defendant.

10   _____/

11

12                        VOLUME II

13   VIDEOTAPED
     DEPOSITION OF:   ANDREW SCHNEIDER
14
     DATE TAKEN:      NOVEMBER 19, 2018
15
     TIME:            10:10 A.M. - 04:26 P.M.
16
     PLACE:           401 EAST LAS OLAS BOULEVARD, SUITE 1400
17                    FORT LAUDERDALE, FLORIDA 33301

18   TAKEN BEFORE:    MARIE JUNIE DAVIS, FPR, COURT REPORTER
                      AND NOTARY PUBLIC
19

20   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

1    A         The year of the highest revenue.
2    Q         Okay.  So you're looking at 2008, '9, '10,
3    '11, that's simply whatever numbers are the biggest,
4    right?
5    A         Yes.
6    Q         Okay.  What does 10, growth percentage of
7    highest means?
8    A         Settlement negotiations.
9    Q         That's what that means?
10   A         That's part of settlement negotiations.
11   Q         I don't want to hear about your settlement
12   negotiations.  I'm asking what does this column heading
13   mean on this spreadsheet?
14   A         That was part of the settlement
15   negotiations.
16   Q         So you're refusing to answer the question?
17   A         I can't.
18   Q         All right.  What does 15 percent growth of
19   highest means?
20   A         Again, part of settlement negotiations.  I
21   can't.
22   Q         Are you going to tell me what any of these
23   column headings mean?
24   A         I'm going to tell you that they're all still
25   governed by the court order, and I can't.

```
 1       Q       All right.  So can you tell me anything
 2   about how you calculated these numbers?
 3       A       No.
 4       Q       Can you tell me anything about the data you
 5   used to calculate those numbers?
 6       A       Yes, I can.
 7       Q       What can you tell me?
 8       A       I can tell you it all comes from the
 9   client's own tax returns.  That's what I can tell you
10   where it's all from.
11       Q       All right.  So you and the Dougherty Firm,
12   you had the same source financial documents you were
13   working from?
14       A       I would hope so.
15       Q       Right.  And you can't tell me anything about
16   what these numbers mean, working from the same source
17   financial documents that the Dougherty Firm did?
18       A       No, I can't tell you anything as it relates
19   to settlement negotiations, unless the court order is
20   lifted.  I'd be more than happy to the second it's lifted.
21       Q       I'm trying to get to the end of this thing.
22   I think there's one after.  So it looks like that
23   spreadsheet runs through Bates number 177630 on the
24   printout, just for the record.
25               Now I'm going to ask you what appears to be another
```