# EXHIBIT 6

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO: 2014-017725-CA-01

David Dougherty, CPA.P.A.
**Plaintiff(s),**

vs.

Farrell and Patel, P.A.

**Defendant(s),**

_____/

<u>ORDER</u>
~~GRANTING/DENYING~~
PLAINTIFF'S/DEFENDANT'S

_____

**THIS CAUSE** having come on to be heard on ___November 29, 2018___
on Plaintiff's/Defendant's Motion   Motion to

___Forth to Compel___

and the Court having heard arguments of counsel, and being otherwise advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that said Motion be, and the same is hereby Schneider's
Granted. Defendant shall produce all ~~of~~ internal
communications and documents regarding the Neutrals
Phase, ~~~~ Andrew Schneider's redoing of Dougherty's
Work, and Schneider's assessment of Dougherty's
billing. Plaintiff may seek leave from the federal
court regarding the confidentiality of Defendant's
communications w/ the Neutrals.
**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida this___29th___

day of

___November___, ___2018___.

_____

**CIRCUIT COURT JUDGE**

Copies furnished to: Counsel of Record

William Thomas
Circuit Court

117_01-554  3/11