UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *-NA-* | * | |
| | | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Before the Court is David Dougherty, CPA, P.A.'s ("Dougherty") Emergency Motion to Intervene and for Limited Relief from Confidentiality Order. (Rec. Doc. 25294). In the Motion, Dougherty seeks permissive intervention under Federal Rule 24(b) and limited relief from the Court's August 19, 2016 Confidentiality Order (Rec. Doc. 21518, filed under seal), so that the law firm, Farrell & Patel, P.A. ("F&P"), which represented hundreds of claimants in this case, can provide documents and other information in litigation between Dougherty and F&P pending in Miami, Florida (the "Miami Case").[1] Having reviewed the Motion, along with the provided materials and applicable authorities,

IT IS ORDERED that Dougherty's Emergency Motion to Intervene and for Limited Relief from Confidentiality Order (Rec. Doc. 25294) is GRANTED.

---

[1] *David Dougherty, CPA, P.A. v. Farrell & Patel, P.A.*, Circuit Court, Eleventh Judicial Circuit, Miami-Dade County, Florida, Case No. 2016-017925-CA-44.

IT IS FURTHER ORDERED that Dougherty is permitted to intervene for the limited purpose of seeking relief from the Court's Confidentiality Order (Rec. Doc. 21518).

IT IS FURTHER ORDERED that F&P, Dougherty, and any deponents, witnesses, or subpoenaed parties in the Miami Case are hereby granted relief from this Court's Confidentiality Order (Rec. Doc. 21518), along with any other confidentiality order entered in this case, solely for purposes of discovery and trial in the Miami Case; *provided*, however, that nothing in this Order shall be construed as permitting anyone to subpoena, depose, call as a witness, etc., the Court-Appointed Neutrals, Mike Moore and Drake Martin. Any documents or testimony obtained by Dougherty or F&P that would otherwise be subject to the Confidentiality Order shall be treated as "Confidential," consistent with the parties' executed confidentiality agreement filed in the Miami Case (Rec. Doc. 25294-3). Thus, such documents or testimony shall be protected from unnecessary disclosure and only used for purposes of discovery, motion practice, and trial in the Miami Case. Dougherty and F&P are now subject to the jurisdiction of this Court for purposes of enforcing this Order and the Confidentiality Order, as modified herein.

Signed in New Orleans, Louisiana, this 14th day of January, 2019.

_____
United States District Judge