U.S District Court - Eastern District
Of Louisiana

Date: 1/7/2019

10-2179 J(2)
Case # 2:15-cv-05762

McKnight, William

vs

BP Exploration & Production Inc., et al.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 11 2019
WILLIAM W. BLEVINS
CLERK

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

### Motion to Remand Case For Further Proceedings / Appeal of dismissal

1) Upon reciept of a notice issued from the Courts regarding the above style case advising me that the case had been closed due to non-compliance of pto to show cause in writing by 6/28/2016 why their B1 claims should not be dismissed with prejudice. It is apparent to the Clerk of the Court that i am currently in the custody of the Bureau of Prisons and have no access to the electronic notices that are posted concerning this case. No pre-trial order was mailed and recieved by myself through the chain of custody at the Federal Bureau of Prisons Bennestville mail room, or Yahzoo mail room.

2) I wrote the Clerk advising of my new location at Bennestville from Yabzoo Federal Correctional complex, i also explained to the clerk in the letter written in October of 2016 that if any orders or rulings had been issued could they please be re-mailed because i had not recieved anything except the Motion to Dismiss from BP explorations which i responded to in a timely manner. No other orders had been recieved as of

TENDERED FOR FILING
JAN 11 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

3) Upon receiving this notice from the court confirming cases closed for non-compliance of Pto 60. I am asking the courts to remand my case back for further proceedings due to the fact i never recieved this Pto 60 order. I have no access to the electronic filings and must recieve all filings via U.S Postal service. I cannot comply to the court orders if i don't recieve them. My knowledge of the laws in this type of civil case is very limited and i currently have no access to the appropriate resources to file the appropriate appeal of dismissal. I am asking the courts to please accept this motion/Appeal. When mailing a response i am also asking this honorable court to please instruct the Clerk to check on Bop.gov inmate locater to see where i have been moved to so all further proceedings can be recieved. I am currently awaiting transfer from Schuylkill Federal Correctional Institution any day.

Respectfully Submitted,
William McKnight 60667-018
Pro Se
P.o Box 759
Minersville, PA 17954
Federal Institution Schuylkill

Sent Via U.S Postal Mail Service on 1/7/2019

William McKnight 60667-018
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

HARRISBURG PA 171
08 JAN 2019 PM 4 L

TO U.S District Court
Eastern District of Louisiana
500 Poydras St
New Orleans, LA 70130

=Legal=Mail=

Legal Mail