MINUTE ENTRY
WILKINSON, M. J.
JANUARY 18, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

<u>**CLAIMS APPEAL DETERMINATION AND REASONS**</u>
[<u>Halliburton and Transocean Settlement</u>]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination letter and the Memorandum in Support of Court Review Request submitted by claimants' counsel concerning the appeal of Kristine and Kirk Ladner, Claim No. C52******* ( "claimants") denying their claim for payment from the Halliburton/Transocean Settlement Agreements under the Wetlands Real Property framework.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator and the reasons discussed in my previous order addressing a similar appeal, Record Doc. No. 25212. This property is located outside of the court-recognized Wetlands Real Property Zone. These claimants did <u>not</u> exercise the option to opt-out of these settlements. The

**MJSTAR:   1:15**

Claims Administrator has already exercised his equitable authority to grant compensation for this claim under the Coastal Real Property framework. Equitable considerations do not justify a further extension of that authority to provide further compensation under the Wetlands Real Property category.

                                                JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**