**TRANSCRIPT ORDER FORM (DKT-13)** — **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court ___Eastern District of Louisiana (New Orleans)___  District Court Docket No. ___2:13-CV-02862/2:10-MD-2179___

Short Case Title ___Park National Corporation et al. v. BP Exploration & Production, Inc. et al.___

**ONLY ONE COURT REPORTER PER FORM** Court Reporter ___N/A___

Date Notice of Appeal Filed in the District Court ___12/28/2019___   Court of Appeals No. ___18-31292___

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ■ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing _____  ☐Voir Dire _____
☐Opening Statement of Plaintiff _____  ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____  ☐Closing Argument of Defendant: _____
☐Opinion of court _____  ☐Jury Instructions _____  ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐Private Funds;  ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;  ☐Advance Payment Waived by Reporter;  ☐U.S. Government Funds
☐Other_____

Signature ___/s/ Wesley A. Bowden___   Date Transcript Ordered ___N/A___

Print Name ___Wesley A. Bowden___   Phone ___850-435-7105___

Counsel for ___Park National Corporation, SE Property Holdings, LLC, and Vision Bank___

Address ___316 South Baylen St., Suite 600 Pensacola, FL 32502-5996___

Email of Attorney: ___wbowden@levinlaw.com___

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received  ☐Unable to contact ordering party  ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____