MINUTE ENTRY
WILKINSON, M. J.
JANUARY 22, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

### CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination letter and the Memorandum in Support of Court Review Request submitted by claimants' counsel concerning the appeal of Ronald Marcotte, Claim No. EBF* * * * * * * ("claimant"), denying his claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, and those more fully set out in my previous order, Record Doc. No. 25204 at pp. 3-5. In addition, claimant's attempt to compare his property with the property of another claimant who received compensation is wholly inapposite. Unlike the other property, which was only 1,000 feet outside the compensable zone, this claimant's property is well

MJSTAR: 1:25

outside the zone. The Claims Administrator's determination is wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. No basis requiring a different result, including no compelling equitable considerations, has been provided.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**AND**
**HESI/TRANSOCEAN**
**CLAIMS ADMINISTRATOR**