# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 22, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-31289   In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:13-CV-2695

Enclosed is an order entered in this case.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Mary C. Stewart, Deputy Clerk
                                        504-310-7694

Mr. William W. Blevins
Mr. Wesley A. Bowden
Mr. Daniel John Dysart
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. Russell Keith Jarrett
Mr. James Andrew Langan
Mr. Martin R. Martos II
Mr. Kerry J. Miller
Mr. Aaron Lloyd Nielson
Mr. Devin Chase Reid
Mr. Marc S. Tabolsky
Mr. Robert Alan York