MINUTE ENTRY
WILKINSON, M. J.
JANUARY 24, 2019

IN RE: OIL SPILL BY THE OIL RIG     MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010     SECTION "J"

THIS DOCUMENT RELATES TO:     JUDGE BARBIER
    MAG. JUDGE WILKINSON

Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The determination of the Claims Administrator concerning the appeal of Buddy Cambas, Claim No. CAA******* ( "claimant") is AFFIRMED essentially for the reasons provided by the Claims Administrator and the reasons discussed in my previous order addressing similar appeals, Record Doc. No. 25204. Additionally, the documentation provided by claimant raises questions concerning the ownership of the property.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL J. BARBIER
and
HESI/TRANSOCEAN SETTLEMENT
CLAIMS ADMINISTRATOR

MJSTAR:  0:25