MINUTE ENTRY
WILKINSON, M. J.
JANUARY 29, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with all materials concerning the appeals of Beverly Davis, Claim No. 0C6* * * * * * *; and Everett Davis, Claim No. 067* * * * * * (collectively, "claimants") denying their claims for payment from the Halliburton/Transocean Settlement Agreements.[1]

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator and as more fully set out in my previous order, Record Doc. No. 25204 at pp. 3-5. The Claims Administrator's determination is wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution

---

[1] I note that the two individual claims addressed in this order cover the same piece of property, located at 10003 Bay View Drive West, Bay St. Louis, MS 39520.

MJSTAR: 1:15

Model and the law supporting them. The conclusory statements set out in the "Affidavit in Support of Presentment" are insufficient to support a different result.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**AND**
**HESI/TRANSOCEAN CLAIMS ADMINISTRATOR**