MINUTE ENTRY
WILKINSON, M. J.
JANUARY 29, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with all materials concerning the appeal of Sandra Torregano, Claim No. E2F* * * * * * * ("claimant") denying her claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator and as more fully set out in my previous order. See Record Doc. No. 25204 at pp. 3-5. The Claims Administrator's determination is wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. No basis requiring a different result has been provided.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0:55

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**AND**
**HESI/TRANSOCEAN CLAIMS ADMINISTRATOR**