IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179 |
| | SECTION: J |
| APPLIES TO: | |
| All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt APLC | JUDGE CARL BARBIER |
| | MAG. JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

COME NOW, by and through undersigned counsel, opt-out Plaintiffs, Torrey Barlow, et. al., who respectfully represent that, considering the complexity, breadth, and importance of this issue, oral argument will assist in the Court's resolution of the Defendants' BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP") pending Motion for Entry of and Order Relating to the Disposal of Certain Samples, doc. No. 25226, and our firm's objection to said motion, filed herewith.

Therefore, pursuant to Local Rule 78.1 E, Plaintiffs request oral argument on the Motion for Entry of and Order Relating to the Disposal of Certain Samples the before this Court.

Respectfully submitted.


/s/ Paul A. Dominick
Paul A. Dominick, Fed. ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

And

Douglas M. Schmidt, Fed. ID No. 11789
335 City Park Ave
New Orleans La 70119
504-482-5711
504-482-5755 fax