**MDL 2179 Remaining B3 Plaintiffs Not Matched to Valid MSA Opt Out**
**Highly Confidential**
**2018.05.09 -- Updated with full SSN data 2018.05.23**
*Plaintiff data taken from PTO 63 submissions (except for green-shaded data that was missing from PTO 63 submissions and taken from SFJs or other sources).*

| Plaintiff Name | EDLA Case Number | SSN/TID | SPC ID (if found) | Class Membership (if established) | Overall Case Status/Findings | Current Mailing Address | City | State | ZIP | DOB | Counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alvarado, Sergio | 13-01778 | | SPC0028056 | Did not file claim (POCF); confirmed CUW | DDF Only | | | | | | Douglas M. Schmidt, APLC |
| McBride, Richard | 16-06635 | | SPC0026911 | CUW | SPC Determined A1, Paid | | | | | | Pro Se |
| McBride, Rico O. | 16-15255 | | SPC0001995 | CUW | SPC Determined A3, Paid | | | | | | |
| Thompson, Alvin Lee | 17-03156 | | SPC0001383 | CUW | PMCP Determined, SPC Denied | | | | | | Jacobs, Sarrat, Lovelace & Harris |
| Kizzee, Anthony | 17-03158 | | SPC0005289 | CUW | PMCP Determined, SPC Denied | | | | | | Jacobs, Sarrat, Lovelace & Harris |
| Bradley, Charles | 17-03164 | | SPC0004435 | CUW | PMCP Determined, SPC Denied | | | | | | Jacobs, Sarrat, Lovelace & Harris |
| Cage, Patrick D. | 17-03174 | 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 | SPC0004273 | CUW | PMCP Determined, SPC Denied | 22131 S. 39th Place | Kent | WA | 98032 | Not Provided | Jacobs, Sarrat, Lovelace & Harris |
| Hicks, Ronald | 17-03176 | 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 | SPC0004227 | CUW | PMCP Determined, SPC Denied | 1602 East Bowie | Marshall | TX | 75670 | 9/4/1976 | Jacobs, Sarrat, Lovelace & Harris |
| Taylor, Mary S. | 17-03201 | | SPC0022648 | CUW | SPC Determined A1, Paid | | | | | | Smith Stag, L.L.C.;Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, P.A. |

EXHIBIT 1



| Collier, James L. | 17-03415 | | SPC0025547 | CUW | SPC Determined A1, Partial Payment | | | | | | Nexsen Pruet, LLC;Douglas M. Schmidt, APLC |

| Liddell, Quient | 17-04411 | | SPC0005902 | Did not file claim (POCF); confirmed CUW | Opt Out, Revocation and DDF | | | | | | Nexsen Pruet, LLC;Douglas M. Schmidt, APLC |
| Locke, Joe Lewis | 17-04413 | | SPC0005906 | Did not file claim (POCF); confirmed CUW | Opt Out, Revocation and DDF | | | | | | Nexsen Pruet, LLC;Douglas M. Schmidt, APLC |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morris, Demetria L. | 17-04459 | ███ | SPC0005815 | CUW | SPC Determined A1, Paid | ███ | ███ | ■ | ██ | ██ | Nexsen Pruet, LLC;Douglas M. Schmidt, APLC |
| ██ | ██ | ███ | | | | ███ | ██ | ■ | ██ | ██ | |
| ███ | ██ | ███ | | | | ███ | ██ | ■ | ██ | ██ | |
| ███ | ██ | ███ | ███ | | ███ | ███ | ██ | ■ | ██ | ██ | |
| ███ | ██ | ■ | | | | ███ | ██ | ■ | ██ | ██ | |
| ███ | ██ | ■ | ███ | | ████ | ███ | ██ | ■ | ██ | ██ | |
| ███ | ██ | ■ | | | | ███ | ██ | ■ | ██ | ██ | |
| ██ | ██ | ■ | | | | ██ | ██ | ■ | ██ | ██ | |
| ███ | ██ | ███ | | | | ███ | ███ | ■ | ██ | ██ | |
| ███ | ██ | ███ | | | | ███ | ███ | ■ | ██ | ██ | |
| ███ | ██ | ███ | | | | ███ | ███ | ■ | ██ | ██ | |
| ███ | ██ | ███ | | | | ███ | ██ | ■ | ██ | ██ | |
| Taylor, Eric Marice | 17-04600 | ███ | SPC0005982 | Did not file claim (POCF); confirmed CUW | Opt Out, Revocation and DDF | | ██ | ■ | ██ | ██ | Nexsen Pruet, LLC;Douglas M. Schmidt, APLC |
| ████ | ██ | ███ | | | | ███ | ██ | ■ | ██ | ██ | |
| ███ | ██ | ███ | ███ | | ███ | ███ | ██ | ■ | ██ | ██ | |
| ███ | ██ | ███ | | | | ███ | ██ | ■ | ██ | ██ | |