

HESI - Transocean Assigned Claims
Combined Settlements Fund
P.O. Box 10260
Dublin, OH 43017-5760

| | |
|---|---|
| Reference ID: | 100094683 |
| DHEPDS ID: | 100094683 |
| HESI/Transocean ID: | N/A |
| DHEPDS Aggregated Payments: | $35,000.00 |
| Deductions: | |
| Pro Rata Payment: | $784.08 |

RICO MCBRIDE
4318 DONOVAN ST.
MOSS POINT, MS 39563

## Notice of Payment

Dear RICO MCBRIDE:

This check represents your payment from the Halliburton Energy Services Inc. and Transocean Ltd. Settlements Program (the "Settlements Program") for certain Assigned Claims, as defined in the Deepwater Horizon Economic & Property Damages Settlement ("DHEPDS"), by BP for the benefit of the DHEPDS Class. Also included is a share of the Insurance Proceeds Recovery Fund residual balance. Together, after deducting administrative fees and expenses, the combined total is referred to as the Net Combined Settlements Fund.

Your payment was established by determining your *pro rata* share of the Net Combined Settlements Fund based on your total prior payments from the DHEPDS Program, also known as the Court Supervised Settlement Program ("CSSP") or the Deepwater Horizon Economic Claims Center ("DHECC"), as per the Court's Order approving distribution. This value is reflected above as your "DHEPDS Aggregated Payments" value. Please note, your payment may have been adjusted to reflect at least the $100 minimum or no more than the $150,000 maximum payment, if applicable, or reduced by any previously confirmed third-party lien, attorney's fee lien, and/or backup withholding payments required to be held back. The amount of any reduction in your award for payments made to third parties or the IRS are noted in the "Deductions" value above.

This check may be presented at any banking institution in the country for payment.

The Settlements Program will report annually to federal and state taxing authorities, using IRS Form 1099 or a state form equivalent, for payments in excess of $600 per the Internal Revenue Code. Early in the next calendar year, you will receive your copy of that form. The Settlements Program cannot provide you with tax advice. You should consult with your own tax advisor to determine the impact of any payments you receive from the Settlement Program on your individual tax situation.

For assistance or additional information, please visit our website at www.GulfSpillPunitiveDamagesSettlement.com, or email us at Questions@GulfSpillPunitiveDamagesSettlement.com, or call us toll-free at 1-877-940-7792.

Sincerely,

Old Class Claims Administrator HESI/Transocean Settlements Program

HESI - Transocean Assigned Claims
Combined Settlements Fund
P.O. Box 10260
Dublin, OH 43017-5760

Huntington
huntington.com

56-1512/441

CHECK NUMBER: 00008462
CHECK DATE: 12/17/18

| | |
|---|---|
| *Seven hundred eighty four and 08/100 Dollars* | *******$784.08 |

PAY TO THE ORDER OF RICO MCBRIDE
4318 DONOVAN ST.
MOSS POINT, MS 39563

VOID AFTER 180 DAYS.

BY Al Renz
AUTHORIZED SIGNATURE



MP

⑈00008462⑈

EXHIBIT 2