

EXHIBIT 3



## REVOCATION OF OPT OUT REQUEST

NAME OF POTENTIAL CLASS MEMBER: Quient C. Liddell

ADDRESS: 4236 DR Martin Luther King Blvd

CITY: Moss Point   STATE: MS   ZIP CODE: 39563

PHONE:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER (Optional):

GCCF ID (Optional):

MEDICAL BENEFITS CLAIM NUMBER (Optional):

ATTORNEY (Optional):

I wish to revoke my request to opt out of the Medical Benefits Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Medical Benefits Class Action Settlement.

X Quient Lidell   X Quient Liddell
Printed Name of Potential Class Member   Signature of Potential Class Member
(or Authorized Representative)   (or Authorized Representative)

12/5/12
Date

*This form is for revocations submitted after a final ruling on settlement approval and before December 15, 2012 only. Revocations submitted before a final ruling on settlement approval do not need to include a waiver of objections and should follow the procedures described in the Medical Benefits Class Action Settlement.

Deepwater Horizon Medical Benefits Claims Administrator | 935 Gravier Street, Suite 1400 | New Orleans, LA 70112
Phone: 1-877-545-5111 | Website: www.deepwaterhorizonmedicalsettlement.com