

EXHIBIT 4



**REVOCATION OF OPT OUT REQUEST**

NAME OF POTENTIAL CLASS MEMBER: Joe Lewis Locke

ADDRESS: 514 Schwarz Street

CITY: Mobile   STATE: AL   ZIP CODE: 36617

PHONE: ███

DATE OF BIRTH: ███

SOCIAL SECURITY NUMBER (Optional): ███

GCCF ID (Optional):

MEDICAL BENEFITS CLAIM NUMBER (Optional):

ATTORNEY (Optional): Douglas Schmidts

**I wish to revoke my request to opt out of the Medical Benefits Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Medical Benefits Class Action Settlement.**

Joe Lewis Locke
Printed Name of Potential Class Member
(or Authorized Representative)

Joe Lewis Locke
Signature of Potential Class Member
(or Authorized Representative)

10-5-12
Date

*This form is for revocations submitted after a final ruling on settlement approval and before December 15, 2012 only. Revocations submitted before a final ruling on settlement approval do not need to include a waiver of objections and should follow the procedures described in the Medical Benefits Class Action Settlement.