

EXHIBIT 5

## REVOCATION OF OPT OUT REQUEST

NAME OF POTENTIAL CLASS MEMBER: Eric Taylor

ADDRESS: 1466 Darwood Drive

CITY: Mobile   STATE: AL   ZIP CODE: 36605

PHONE: [redacted]

DATE OF BIRTH: [redacted]

SOCIAL SECURITY NUMBER (Optional): [redacted]

GCCF ID (Optional):

MEDICAL BENEFITS CLAIM NUMBER (Optional):

ATTORNEY (Optional):

I wish to revoke my request to opt out of the Medical Benefits Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Medical Benefits Class Action Settlement.

Eric Taylor
Printed Name of Potential Class Member
(or Authorized Representative)

*Eric Taylor* (signature)
Signature of Potential Class Member
(or Authorized Representative)

12/5/12
Date

*This form is for revocations submitted after a final ruling on settlement approval and before December 15, 2012 only. Revocations submitted before a final ruling on settlement approval do not need to include a waiver of objections and should follow the procedures described in the Medical Benefits Class Action Settlement.