

EXHIBIT 6

Case 2:10-md-02179-CJB-DPC   Document 25356-6   Filed 01/31/19   Page 2 of 3

Demetria morris
505 Freeview Ave
Bay Minette Ala 36507



MOBILE AL 366
12 DEC 2012 PM 1 L

FOREVER USA
Purple Martin

RECEIVED
DEC 14 2012

Deepwater Horizon Medical Benefits Settlement
Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

7011281508

**REVOCATION OF OPT OUT REQUEST**

NAME OF POTENTIAL CLASS MEMBER: Demetric Morris

ADDRESS: 505 Freeview Ave

CITY: Bay Minette  STATE: Alc  ZIP CODE: 36507

PHONE:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER (Optional):

GCCF ID (Optional):

MEDICAL BENEFITS CLAIM NUMBER (Optional):

ATTORNEY (Optional):

I wish to revoke my request to opt out of the Medical Benefits Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Medical Benefits Class Action Settlement.

Demetric Morris
Printed Name of Potential Class Member
(or Authorized Representative)

Demetria Morris
Signature of Potential Class Member
(or Authorized Representative)

12/11/12
Date

*This form is for revocations submitted after a final ruling on settlement approval and before December 15, 2012 only. Revocations submitted before a final ruling on settlement approval do not need to include a waiver of objections and should follow the procedures described in the Medical Benefits Class Action Settlement.