

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

James Collier      c/o Downs Law Group, PA
3250 Mary St, Ste 307
Coconut Grove, FL  33133

# MEDICAL BENEFITS CLASS ACTION SETTLEMENT

Date:    07/14/2017

Re:     Explanation of Payment for Claim Number SPC0025547

Dear James Collier:

Enclosed is an Explanation of Payment for your Specified Physical Condition compensation in the Deepwater Horizon Medical Benefits Class Action Settlement.  Please note that this Explanation of Payment does not reflect any amounts that your attorney may deduct for fees and expenses, in accordance with your agreement with your attorney.  If you have any questions regarding the calculation of your payment or any of the information in the Explanation of Payment, please contact your attorney.  You may also contact the Claims Administrator at (877) 545-5111.

Sincerely,


DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR

EXHIBIT 7

# Explanation of Payment
**KEEP THIS COPY FOR YOUR RECORDS**

James Collier    c/o Downs Law Group, PA                                                                          07/14/2017
3250 Mary St, Ste 307
Coconut Grove, FL  33133

**RE: MEDICAL BENEFITS CLASS ACTION SETTLEMENT**                    Claimant:  James Collier – SPC0025547

Payment Determination:                                                          A1 Clean-Up Worker

    Lump Sum Award Amount ................................................................................... $1,300.00
    Enhancer for Overnight Hospitalization  –  0 day(s) ........................................................ $0.00

**Gross Settlement Award** ................................................................................................. $1,300.00

Plus Reimbursements:
    Actual Hospital Expenses ................................................................................... $0.00
    Audit Copying and Scan ..................................................................................... $0.00
Less:
    Medical Record Retrieval Fees ........................................................................... $0.00

**Total Payable Award Amount** ......................................................................................... $1,300.00

Less:
**Deductions for Liens and Other Interests**
    Governmental Payers*
        Medicare Part A and/or B ........................................................................... $0.00
        Medicaid (Missouri)* ................................................................................. $0.00
        Veterans Administration, TRICARE or Indian Health Services ................................... $0.00

    Medicare Part C or Part D Program Sponsors* ……………………………………………………………$0.00


    Other Payors/Providers*…………………………………………………………………………………$0.00


    Other Liens and Interests**
        Rueb & Motta Law Firm c/o Nations Law Firm (Lien Holder from UCC Filing) .................... ($163.57)

**Net Settlement Award** ..................................................................................................... $1,136.43

Less:
    Total Amounts Previously Paid .......................................................................... $0.00

**Net Settlement Award Currently Payable**  ........................................................................ $1,136.43

**Payees of Net Settlement Award Currently Payable:**
    Downs Law Group, PA         3250 Mary St, Ste 307, Coconut Grove, FL  33133                    $1,136.43

Case 2:10-md-02179-CJB-DPC   Document 25356-7   Filed 01/31/19   Page 3 of 3



* As set forth in Section XXIX of the Medical Benefits Class Action Settlement Agreement, the Claims Administrator is responsible for identifying and resolving liens, claims, or rights of subrogation, indemnity, reimbursement, conditional or other payments, or interests of any type claimed or asserted by certain governmental and non-governmental healthcare payers and providers against the compensation or benefits you are eligible to receive pursuant to the Medical Settlement Agreement.
If the Explanation of Payment shows a deduction from your compensation for one of the listed payers or providers, that payer or provider has asserted a lien, claim, right, or interest in or against your compensation, and the Claims Administrator is withholding the listed amount from your compensation while it works to resolve that lien, claim, right, or interest.  Any amount not needed to satisfy the lien, claim, right, or interest will be disbursed to you at a later date.

** As set forth in Section XXIX.N of the Medical Benefits Class Action Settlement Agreement, if any employer, attorney, insurer and/or any other entity claims any rights such as liens, assignments, rights of subrogation, encumbrances, garnishments, security interests, or any other legally perfected right, other than the healthcare-related claims described above, with respect to a Medical Benefits Settlement Class Member's compensation, the Claims Administrator is required to hold such compensation in an escrow account until the Claims Administrator determines that individual's or entity's rights to such compensation.
If the Explanation of Payment shows that the Claims Administrator is withholding such an amount from your compensation, please provide the Claims Administrator with any information and/or documentation you have about the claim that you have not already provided to us.  You may send the information and/or documentation to the address listed in the footer on this page.

Deepwater Horizon Medical Benefits Claims Administrator | 935 Gravier Street, Suite 1400 | New Orleans, LA 70112
Phone: 1-877-545-5111 | Website: www.deepwaterhorizonmedicalsettlement.com


* As set forth in Section XXIX of the Medical Benefits Class Action Settlement Agreement, the Claims Administrator is responsible for identifying and resolving liens, claims, or rights of subrogation, indemnity, reimbursement, conditional or other payments, or interests of any type claimed or asserted by certain governmental and non-governmental healthcare payers and providers against the compensation or benefits you are eligible to receive pursuant to the Medical Settlement Agreement.
If the Explanation of Payment shows a deduction from your compensation for one of the listed payers or providers, that payer or provider has asserted a lien, claim, right, or interest in or against your compensation, and the Claims Administrator is withholding the listed amount from your compensation while it works to resolve that lien, claim, right, or interest.  Any amount not needed to satisfy the lien, claim, right, or interest will be disbursed to you at a later date.

** As set forth in Section XXIX.N of the Medical Benefits Class Action Settlement Agreement, if any employer, attorney, insurer and/or any other entity claims any rights such as liens, assignments, rights of subrogation, encumbrances, garnishments, security interests, or any other legally perfected right, other than the healthcare-related claims described above, with respect to a Medical Benefits Settlement Class Member's compensation, the Claims Administrator is required to hold such compensation in an escrow account until the Claims Administrator determines that individual's or entity's rights to such compensation.
If the Explanation of Payment shows that the Claims Administrator is withholding such an amount from your compensation, please provide the Claims Administrator with any information and/or documentation you have about the claim that you have not already provided to us.  You may send the information and/or documentation to the address listed in the footer on this page.