# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | **CIVIL ACTION NO.:2:10-md-02179** |
| **"Deepwater Horizon" in the Gulf** ) | |
| **Of Mexico, on April 20, 2010** ) | **SECTION: J** |
| ) | |
| ) | **JUDGE BARBIER** |
| **This Document Relates To:** ) | |
| ) | **MAG. JUDGE WILKINSON** |
| **All Civil Actions of Plaintiffs** ) | |
| **Represented by Stag Liuzza, L.L.C.** ) | |

## MOTION TO ADOPT PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE MOTION OF DEFENDANT BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP") FOR ENTRY OF AN ORDER RELATING TO THE DISPOSAL OF CERTAIN SAMPLES

**COME NOW**, through undersigned counsel, medical opt-out Plaintiffs in the B3 bundle represented by Stag Liuzza, L.L.C. (formerly Smith Stag L.L.C.), and hereby adopt and incorporate the law and arguments contained in the Memorandum in Opposition to BP's Motion for Entry of an Order Relating to the Disposal of Certain Samples filed by plaintiffs represented by Nexsen Pruet, L.L.C. and Douglas Schmidt, APLC.

On January 29, 2019, Plaintiffs represented by Nexsen Pruet, LLC and Douglas Schmidt, APLC filed their Memorandum in Opposition (Doc. 25311).

Medical opt-out Plaintiffs represented by Stag Liuzza, L.L.C. hereby join and adopt the Memorandum in Opposition, including all arguments and exhibits presented in support thereof.

**WHEREFORE,** Plaintiffs request that Nexsen Pruet, L.L.C. and Douglas Schmidt, APLC's Memorandum in Opposition to the Motion of Defendant BP Exploration & Production Inc., BP America Production Company, and BP America Inc. for Entry of an Order Relating to the Disposal of Certain Samples be granted, and that the Court's ruling on that Motion apply equally to Plaintiffs represented by Stag Liuzza, L.L.C.

Dated:  January 31, 2019

Respectfully submitted,

s/ Michael G. Stag_____
Michael G. Stag, Esquire
Louisiana Bar Number: 23314
mstag@stagliuzza.com
Merritt E. Cunningham
Louisiana Bar Number: 32843
mcunningham@ stagliuzza.com
Ashley M. Liuzza, Esquire
Louisiana Bar Number: 34645
aliuzza@ stagliuzza.com
Matthew D. Rogenes, Esquire
Louisiana Bar Number: 36652
mrogenes@ stagliuzza.com
STAG LIUZZA, LLC
365 Canal St., Ste. 2850
New Orleans, LA 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

Kelley B. Stewart, Esquire
Florida Bar Number: 492132
kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
Florida Bar Number: 975990
mryan@krupnicklaw.com
Joseph J. Slama, Esquire
Florida Bar Number: 476171
jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
Florida Bar Number: 112495
jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
Florida Bar Number: 224499
kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
Florida Bar Number: 0097771
cacevedo@krupnicklaw.com
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7th Street, Suite 801
Ft. Lauderdale, Florida 33301-3434
(954) 763-8181 telephone
(954) 763-8292 facsimile
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of February, 2019.

s/ Michael G. Stag