# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | **CIVIL ACTION NO.: 2:10-md-02179** |
| **"Deepwater Horizon" in the Gulf** ) | |
| **Of Mexico, on April 20, 2010** ) | **SECTION: J** |
| ) | |
| ) | **JUDGE BARBIER** |
| **This Document Relates To:** ) | |
| ) | **MAG. JUDGE WILKINSON** |
| **All Civil Actions of Plaintiffs** ) | |
| **Represented by Stag Liuzza, L.L.C.** ) | |

## ORDER

Considering the foregoing Motion to Adopt Plaintiffs' Memorandum in Opposition to the Motion of Defendant BP Exploration & Production Inc., BP America Production Company and BP America Inc. ("BP") for Entry of an Order Relating to the Disposal of Certain Samples;

IT IS HEREBY ORDERED that Plaintiffs represented by Stag Liuzza L.L.C. (formerly Smith Stag, L.L.C.) be allowed to adopt Memorandum in Opposition filed by Nexsen Pruet, L.L.C. and Douglas Schmidt, APLC on behalf of Plaintiffs represented by Nexsen Pruet, L.L.C. and Douglas Schmidt, APLC (Doc. 25311) as their own.

New Orleans, Louisiana, this _____ day of _____ 2019.

_____
Unites States District Judge