UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *All Cases* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Regarding BP's Motion for Entry of an Order Relating to the Disposal of Certain Materials and Notice of Filing of Supplementation (Rec. Docs. 25226, 25243),

IT IS ORDERED that BP shall file a reply to Nexsen Pruet, LLC and Douglas A. Schmidt, APLC's opposition (Rec. Doc. 25311) by <u>Friday, February 8, 2019</u>.

New Orleans, Louisiana, this 31st day of January, 2019.

_____
United States District Court