**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**<br><br>**APPLIES TO:**<br><br>**All Civil Actions of the Plaintiffs Represented by the Falcon Law Firm and all similarly situated Plaintiffs** | **Civil Action No. 2:10-MD-02179**<br><br>**SECTION: J**<br><br>**JUDGE CARL BARBIER**<br><br>**MAG. JUDGE WILKINSON** |

**MEMORANDUM IN OPPOSITION OF THE FALCON LAW FIRM PLAINTIFFS TO THE MOTION OF DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP") FOR ENTRY OF AN ORDER RELATING TO THE DISPOSAL OF CERTAIN SAMPLES**

**MAY IT PLEASE THE COURT:**

All Plaintiffs represented by the Falcon Law Firm join in the Plaintiffs' Memorandum in Opposition to the Motion of Defendant BP Exploration & Production Inc., BP America Production Company and BP America Inc. for Entry of an Order Relating to the Disposal of Certain Samples (Rec. Doc. 25311) filed on January 29, 2019 by plaintiffs represented by Nexsen Pruet, L.L.C. and Douglas Schmidt, APLC, and adopt and incorporate the law and arguments contained therein, including all exhibits presented in support thereof.

The Falcon Law Firm Plaintiffs request that this Honorable Court grant the Memorandum in Opposition to the Motion of Defendant BP Exploration & Production Inc., BP America Production Company and BP America Inc. for Entry of an Order Relating to the

Disposal of Certain Samples filed by plaintiffs represented by Nexsen Pruet, L.L.C. and Douglas Schmidt, APLC. and that the ruling rendered by this Honorable Court on that opposition be applied equally to all plaintiffs represented in this matter by the Falcon Law Firm.

Respectfully submitted,

/s/ Timothy J. Falcon
TIMOTHY J. FALCON
Louisiana State Bar No. 16909
Email: tim@falconlaw.com
JEREMIAH A. SPRAGUE
Louisiana State Bar No. 24885
Email: jerry@falconlaw.com
JARRETT S. FALCON
Louisiana State Bar No. 34539
Email: jarrett@falconlaw.com
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 341-8115

AND

/s/ Allen W. J. Lindsay, Jr.
ALLEN W. J. LINDSAY, JR.
Florida State Bar Number 104956
Lindsay & Lindsay, P.A.
5218 Willing St.
Milton, Florida 32570
(850) 623-3200 (Phone)
(850) 623-0104 (Fax)

***COUNSEL FOR THE FALCON LAW FIRM PLAINTIFFS***

## CERTIFICATE OF SERVICE

       The undersigned does hereby certify that on January 31, 2019, the foregoing Memorandum in Opposition of the Falcon Law Firm Plaintiffs to the Motion of Defendants BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP") for Entry of an Order Relating to the Disposal of Certain Samples was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

                                            /s/ Timothy J. Falcon
                                           TIMOTHY J. FALCON