# EXHIBIT C

# Non-Responsive

Confidential

BP-KDGeorge_00006387

# Non-Responsive

Confidential

BP-KDGeorge_00006388

# Non-Responsive

Confidential

BP-KDGeorge_00006389

# Non-Responsive

Confidential

BP-KDGeorge_00006390

# Non-Responsive

Confidential

BP-KDGeorge_00006391

# Non-Responsive

Confidential

BP-KDGeorge_00006392

# Non-Responsive

Confidential

BP-KDGeorge_00006393

# Non-Responsive

Confidential

BP-KDGeorge_00006394

# Non-Responsive

Confidential

BP-KDGeorge_00006395

# Non-Responsive

Confidential

BP-KDGeorge_00006396

# Non-Responsive

Confidential

BP-KDGeorge_00006397

# Non-Responsive

Confidential

BP-KDGeorge_00006398

# Non-Responsive

Confidential
BP-KDGeorge_00006399

# Non-Responsive

Confidential

BP-KDGeorge_00006400

# Non-Responsive

Confidential

BP-KDGeorge_00006401

# Non-Responsive

Confidential

BP-KDGeorge_00006402

# Non-Responsive

Confidential

BP-KDGeorge_00006403



**ES&H**
*The Total Assurance Team*

**Highly Confidential**   *miath Jeffries greet to Audit*

**INVOICE**

## CUSTOMER

| | |
|---|---|
| **BP Exploration & Production** | |
| Attention: Scanning Dept. S646 | |
| PayKey No.: Highly Confidential | |
| 509 South Boston Avenue | |
| Tulsa, OK 74103-4605 | |

| | |
|---|---|
| **Job Number:** | 05-037-10-05 |
| **Release No:** | **Highly Confidential** |
| **Paykey No:** | |
| **Project Ident:** | Horizon |
| **WBS No:** | Z4-0059V-E:OILSPILLRESP |
| **Master Cont No:** | BP OSRO2003-015 |
| **Ordered By:** | Ben Benson |
| **Invoice No:** | 1-22591 |
| **Invoice Date:** | 8/1/2010 |
| **Payment Due:** | UPON RECEIPT |

**Vendor No: 80317351**

**Job Details** Oil Spill Response to MC-252 incident. Grand Isle Zone
Date: 7/28/2010

| DATE | QTY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 7/28/2010 | | Page 1 - Personnel | $ | |
| | | Page 1 - Misc Equipment | $ | |
| | | Page 2 - Personnel | $ | |
| | | Page 3 - Personnel | $ | |
| | | Page 4 - Personnel | $ | |
| | | Page 5 - Personnel | $ | |
| | | Page 6 - Personnel | $ | |
| | | Page 7 - Personnel | $ | |
| | | Page 8 - Personnel | $ | |
| | | Page 9 - Personnel | $ | |
| | | Page 10 - Personnel | $ | |
| | | Page 11 - Personnel | $ | |
| | | Page 12 - Personnel | $ | |
| | | Page 13 - Personnel | $ | |
| | | Page 14 - Personnel | $ | |
| | | Page 15 - Personnel | $ | |
| | | Page 16 - Personnel | AUG 06 2010 $ | |
| | | Page 17 - Personnel | $ | |
| | | Page 18 - Personnel | Processed by 09 $ | Highly Confidential |
| | | Page 19 - Personnel | $ | |
| | | Page 20 - Equipment/Supplies | $ | |

**PLEASE MAKE CHECKS PAYABLE TO:**

Bank:   Capital One Bank
        1047 W. Tunnel Blvd.
        Houma, LA 70360
        ABA# 065000090

For.Benefit of: ES&H Consulting Services, Inc.
        Vendor No. 80317351
        1730 Coteau Road
        Houma, LA 70364
        Acct # [Highly Confidential]

| | |
|---|---|
| Subtotal | $ |
| Local Tax: | |
| Shipping: | |
| **TOTAL DUE:** | $ |

ES&H Corporate Office
1730 Coteau Rd.
Houma, LA 70364
Phone:(985) 851-5350
Fax:(985)853-14978

www.esandh.com
info@esandh.com

NOTE: A finance charge of 1.5% per month (18.00%APR) will be
assessed on any amount owed that is not paid by the due date.

BP-KDGeorge_00006351



Wednesday July 28th, 2010

BP – Grand Isle Operations

Daily Ticket cover sheet

Personnel Total - $ Highly Confidential
Equipment Total - $ Highly Confidential

DAILY TOTAL - $ Highly Confidential

Colin Gary Bartlett
7/80/2010

Deputy Branch Manager

BP-KDGeorge_00006352

# Non-Responsive

BP-KDGeorge_00006356

# Non-Responsive

Confidential

BP-KDGeorge_00006357

# Non-Responsive

Confidential

BP-KDGeorge_00006358

# Non-Responsive

Confidential

BP-KDGeorge_00006359

# Non-Responsive

Confidential

# Non-Responsive

Confidential
BP-KDGeorge_00006361

# Non-Responsive

BP-KDGeorge_00006362

# Non-Responsive

BP-KDGeorge_00006363

# Non-Responsive

Confidential

BP-KDGeorge_00006364

# Non-Responsive

BP-KDGeorge_00006365

# Non-Responsive

Confidential
BP-KDGeorge_00006366

# Non-Responsive

BP-KDGeorge_00006367

# Non-Responsive

BP-KDGeorge_00006368

# Non-Responsive

BP-KDGeorge_00006369

# Non-Responsive

BP-KDGeorge_00006370

# Non-Responsive

BP-KDGeorge_00006371

# Non-Responsive

Confidential

BP-KDGeorge_00006372

# Non-Responsive

Confidential

BP-KDGeorge_00006373

# Non-Responsive

Confidential

BP-KDGeorge_00006374

# Non-Responsive

Confidential

BP-KDGeorge_00006375

# Non-Responsive

Confidential

BP-KDGeorge_00006376

# Non-Responsive

Confidential

BP-KDGeorge_00006377

# Non-Responsive

Confidential

BP-KDGeorge_00006378

# Non-Responsive

Confidential

BP-KDGeorge_00006379

# Non-Responsive

Confidential

BP-KDGeorge_00006380

# Non-Responsive

Confidential

BP-KDGeorge_00006381

# Non-Responsive

Confidential

BP-KDGeorge_00006382

# Non-Responsive

Confidential

BP-KDGeorge_00006383

# Non-Responsive

Confidential

BP-KDGeorge_00006384

# Non-Responsive

Confidential

BP-KDGeorge_00006385

# Non-Responsive

Confidential

BP-KDGeorge_00006386

# Non-Responsive

Confidential

BP-KDGeorge_00006406

# Non-Responsive

Confidential

BP-KDGeorge_00006407

# Non-Responsive

Confidential

BP-KDGeorge_00006408

# Non-Responsive

Confidential

BP-KDGeorge_00006409

# Non-Responsive

Confidential

BP-KDGeorge_00006410

# Non-Responsive

Confidential

BP-KDGeorge_00006411

# Non-Responsive

Confidential

BP-KDGeorge_00006412

# Non-Responsive

Confidential

BP-KDGeorge_00006413

# Non-Responsive

Confidential

BP-KDGeorge_00006414

# Non-Responsive

Confidential

BP-KDGeorge_00006415

# Non-Responsive

Confidential

BP-KDGeorge_00006416

# Non-Responsive

Confidential
BP-KDGeorge_00006417

# Non-Responsive

Confidential

BP-KDGeorge_00006418

# Non-Responsive

Confidential

BP-KDGeorge_00006419

# Non-Responsive

Confidential

BP-KDGeorge_00006420

# Non-Responsive

Confidential

BP-KDGeorge_00006421

# Non-Responsive

Confidential

BP-KDGeorge_00006422

# Non-Responsive

Confidential

BP-KDGeorge_00006423

# Non-Responsive

Confidential

BP-KDGeorge_00006424

# Non-Responsive

Confidential

BP-KDGeorge_00006425

# Non-Responsive

Confidential

BP-KDGeorge_00006426

# Non-Responsive

Confidential

BP-KDGeorge_00006427

# Non-Responsive

Confidential

BP-KDGeorge_00006428

# Non-Responsive

Confidential
BP-KDGeorge_00006429

# Non-Responsive

Confidential

BP-KDGeorge_00006430

# Non-Responsive

Confidential

BP-KDGeorge_00006431

# Non-Responsive

Confidential

BP-KDGeorge_00006432

# Non-Responsive

Confidential

BP-KDGeorge_00006433

# Non-Responsive

Confidential

BP-KDGeorge_00006434

# Non-Responsive

Confidential

BP-KDGeorge_00006435

# Non-Responsive

Confidential

BP-KDGeorge_00006436

# Non-Responsive

Confidential

BP-KDGeorge_00006437

# Non-Responsive

Confidential
BP-KDGeorge_00006438

# Non-Responsive

Confidential

BP-KDGeorge_00006439

# Non-Responsive

Confidential

BP-KDGeorge_00006440

# Non-Responsive

Confidential

BP-KDGeorge_00006441

# Non-Responsive

Confidential

BP-KDGeorge_00006442

# Non-Responsive

Confidential

BP-KDGeorge_00006443

# Non-Responsive

Confidential

BP-KDGeorge_00006444

# Non-Responsive

Confidential

BP-KDGeorge_00006445

# Non-Responsive

Confidential

BP-KDGeorge_00006446

# Non-Responsive

Confidential

BP-KDGeorge_00006447

# Non-Responsive

Confidential

BP-KDGeorge_00006448

# Non-Responsive

Confidential

BP-KDGeorge_00006449

# Non-Responsive

Confidential

BP-KDGeorge_00006450

# Non-Responsive

Confidential
BP-KDGeorge_00006451

# Non-Responsive

Confidential

BP-KDGeorge_00006452

# Non-Responsive

Confidential
BP-KDGeorge_00006453

# Non-Responsive

Confidential

BP-KDGeorge_00006404

# Non-Responsive

Confidential

BP-KDGeorge_00006405