**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2179 :<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**MOTION OF BP DEFENDANTS FOR AN EXTENSION OF TIME IN WHICH TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR ENTRY OF AN ORDER RELATING TO THE DISPOSAL OF CERTAIN MATERIALS**

BP Exploration & Production Inc., BP America Production Company, and BP America Inc. (hereinafter, "BP"), through their undersigned counsel, move this Court for additional time to file a reply in support of BP's Motion For Entry Of An Order Relating To The Disposal Of Certain Materials. BP seeks the additional time in order to engage in a robust meet-and-confer process to address the objections raised by certain plaintiffs. In support of this motion, BP states as follows:

1. On December 12, 2018, BP moved this Court for an Order revising the requirements of ¶14 of Pretrial Order #1 ("PTO 1 ¶14") related to preservation and authorizing the disposal of certain specified samples. (12/12/18 Motion For Entry Of An Order Relating To The Disposal Of Certain Materials, Rec. Doc. 25226; *see also* Rec. Doc. 25226-2 (detailing the samples that BP seeks to dispose).)

2. In the past, BP has filed similar disposal motions in this Multi-District Litigation ("MDL"), to which plaintiffs did not object. (*See, e.g.*, 12/20/11 Unopposed Motion To Permit Disposal Of Certain Documents Generated At The Response Centers, Rec. Doc. 4965; 6/24/16 Motion For Disposal Of Material, Rec. Doc. 19381; 5/22/17 Motion For Entry Of An Order

Relating To Disposal of Certain Materials, Rec. Doc. 22862.)[1]  This Court granted each of BP's prior disposal motions without objection from any party.  (*See, e.g.*, 12/27/2011 Order, Rec. Doc. 5001; 7/20/16 Order, Rec. Doc. 21088;  5/26/17 Order, Rec. Doc. 22895.)

3. On January 29, 2019, Nexsen Pruet, LLC and Douglas M. Schmidt, APLC, who represent certain medical opt-out plaintiffs in the B3 bundle, filed an opposition to BP's motion. (1/29/19 Opposition, Rec. Doc. 25311.)  In part, the opposition sought additional information regarding the samples at issue, and provided one expert declaration concerning the possible viability of the samples.

4. On January 31, 2019, additional oppositions were filed by Stag Liuzza, LLC and Falcon Law Firm, who also represent certain medical opt-out plaintiffs in the B3 bundle, and by the Downs Law Group, who represents certain BELO plaintiffs.  (1/31/19 Motion To Adopt Plaintiffs' Memorandum In Opposition To The Motion Of BP For Entry Of An Order Relating To The Disposal Of Certain Samples, Rec. Doc. 25357; 1/31/19 Memorandum In Opposition To The Motion Of BP For Entry Of An Order Relating To The Disposal Of Certain Samples, Rec. Doc. 25359; 1/31/2019 Opposition To The Motion Of BP For Entry Of An Order Relating To The Disposal Of Certain Samples, Rec. Doc. 25390.)  The Downs Law Group sought additional information regarding the samples at issue and provided two expert declarations concerning the possible viability of the samples.

5. BP needs time to engage in a meet-and-confer process with plaintiffs in an attempt to resolve and/or narrow the issues in dispute that plaintiffs raise in their oppositions.  BP will see

---

[1] This Court denied a motion for extension of time to answer BP's 6/24/16 Motion For Disposal Of Material, Rec. Doc. 19381, deeming the motion "DEFICIENT."  (*See* 7/12/16 Order, Rec. Doc. 20988.)

whether it is in a position to provide the additional information sought by the plaintiffs, and will attempt to understand the expert declarations that plaintiffs attached to their oppositions.

6. On January 31, 2019, this Court ordered that "BP shall file a reply" to the Nexsen Pruet and Schmidt opposition "by Friday, February 8, 2019." (1/31/19 Order, Rec. Doc. 25358 (emphasis omitted).)

7. BP requests additional time to confer with plaintiffs to see if their objections can be satisfied.

8. In order for the parties to have sufficient time to meet and confer on the issues raised in the oppositions, BP requests that it be permitted to file a single reply, if necessary, on or before March 15, 2019.

WHEREFORE, BP respectfully requests that this Court (1) allow BP to file a single reply in support of BP's Motion For Entry Of An Order Relating To The Disposal Of Certain Materials responding to all oppositions that have been filed with this Court and (2) allow BP to file this single reply on or before March 15, 2019.

February 1, 2019                                Respectfully submitted,

/s/ *Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
A. Katrine Jakola

3

        Kristopher S. Ritter
        Kirkland & Ellis LLP
        300 North LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200

        *Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP America Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of February 2019.

/s/*Don K. Haycraft*