## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2179 :<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

CONSIDERING THE FOREGOING Motion Of BP Defendants For An Extension Of Time In Which To File A Reply Memorandum In Support Of Their Motion For Entry Of An Order Relating To The Disposal Of Certain Materials, filed by BP Exploration & Production Inc., BP America Production Company, and BP America Inc. (collectively, "BP");

IT IS HEREBY ORDERED that leave to file a single reply in support of BP's Motion For Entry Of An Order Relating To The Disposal Of Certain Materials is GRANTED.

BP's Reply Memorandum In Support of BP's Motion For Entry Of An Order Relating To The Disposal Of Certain Materials shall be due on or before March 15, 2019.

New Orleans, Louisiana, this ___ day of February, 2019.

_____
**United States District Judge**