MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 4, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

<b><u>CLAIMS APPEAL DETERMINATION AND REASONS</u></b><br>[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Appeal Form, Court Review Request, Claim Form, Settlement Program Appeal Determination Letter and the email submissions of claimant's counsel concerning the appeal of Michael W. Barras, Claim No. 84B******* ( "claimant"), denying his claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. No documentation requiring a different result has been provided.

**MJSTAR:   0:45**

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**