MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 4, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Appeal Form, Court Review Request, Claim Form, Settlement Program Appeal Determination Letter and several email submissions by claimant's counsel concerning the appeal of Maurice Phillips, Claim No. D4D******* ( "claimant"), denying his claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. The hunting lease upon which claimant relies is not a "proprietary interest" establishing "control over the property tantamount to full ownership" sufficient to

**MJSTAR:   0:55**

establish Wetlands Real Property payment eligibility. Distribution Model, Record Doc. No. 18797 at p. 2 (quoting In re: Deepwater Horizon, 784 F.3d 1019, 1025–26 (5th Cir. 2015).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**