UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | |
| . | * | **SECTION J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **No. 10-4536** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **WILKINSON** |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

**UNITED STATES' UNOPPOSED MOTION FOR ENTRY OF JOINT STIPULATION AND ORDER TERMINATING PARTIAL CONSENT DECREE WITH THE TRANSOCEAN DEFENDANTS**

The United States of America, Plaintiff, respectfully requests this Court to enter the proposed Joint Stipulation and Order to Terminate Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc.

As set forth in the attached proposed Joint Stipulation and Order, the Parties agree that the Transocean Defendants[1] have satisfied the criteria set forth in the Consent Decree [Doc. 8608], as amended [Docs. 8609, 14973, 16166], for termination of the Consent Decree.

---

[1] Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. are referred to collectively as the "Transocean Defendants."

The United States therefore respectfully requests that the Court execute the Joint Stipulation and Order terminating the Consent Decree, which is attached hereto as Exhibit A.

Dated:  February 6, 2019				Respectfully submitted,


							BRUCE S. GELBER
							Deputy Assistant Attorney General
							Environment and Natural Resources Division
							United States Department of Justice


							*/s/Steve O'Rourke*
							STEVE O'ROURKE
							SARAH HIMMELHOCH
							MICHAEL ZEVENBERGEN
							PATRICK M. CASEY
							Environmental Enforcement Section
							Environment and Natural Resources Division
							U.S. Department of Justice
							P.O Box 7611
							Washington, DC 20044-7611
							Telephone: (202) 514-2779
							Facsimile: (202) 514-0097
							E-mail: steve.o'rourke@usdoj.gov


							PETER G. STRASSER
							United States Attorney
							Eastern District of Louisiana

							SHARON D. SMITH
							Assistant U.S. Attorney
							Eastern District of Louisiana
							650 Poydras Street, Suite 1600
							New Orleans, LA 70130
							Telephone: (504) 680-3000
							Facsimile: (504) 680-3184
							E-mail: sharon.d.smith@usdoj.gov

**Certificate of Service**

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis File & Serve in accordance with Pretrial Order No 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: February 6, 2019            */s/Steve O'Rourke*
                                          U.S. Department of Justice