UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | |
| . | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| No. 10-4536 | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION AND ORDER TO TERMINATE PARTIAL CONSENT DECREE BETWEEN THE PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANTS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

A.  WHEREAS, a Partial Consent Decree Between Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Consent Decree") [Doc. 8608] and an Amendment to the Consent Decree were entered by this Court on February 19, 2013 [Doc. 8609].

B.  WHEREAS a Second Amendment to the Consent Decree was entered by this Court on August 11, 2015 [Doc. 14973], and a Third Amendment to the Consent Decree was entered by this Court on April 8, 2016 [Doc. 16166].

C. WHEREAS, the Consent Decree, as amended, provides that, upon completion by the Transocean Defendants (as defined in the Consent Decree) of certain criteria, the Consent Decree may be terminated by the submission of a joint stipulation by the Parties (as defined in the Consent Decree) to this Court. [Doc. 8608, ¶¶ 84-85.]

NOW, THEREFORE, the United States and the Transocean Defendants hereby stipulate as follows:

1. The Transocean Defendants have completed timely the requirements of Article V (CWA Civil Penalty and Related Terms) of the Consent Decree;

2. The Transocean Defendants have operated under a fully-approved Performance Plan (as defined in the Consent Decree) for five years;

3. The Transocean Defendants have complied with the terms of the Performance Plan and Article VI (Measures to Improve Performance and Prevent Recurrence) for at least the twelve consecutive months that elapsed prior to seeking termination of the Consent Decree; and

4. The Transocean Defendants have complied with the other requirements of the Consent Decree, including: payment of any accrued stipulated penalties as required by the Consent Decree and compliant reporting under Article VIII (Reporting).

ACCORDINGLY, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

The Partial Consent Decree Between Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. [Doc. 8608], as amended [Docs. 8609, 14973, 16166], is hereby terminated and shall have no further force or effect.

IT IS SO ORDERED, this \_\_\_\_ day of _____ 2019, in New Orleans, Louisiana.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

SO STIPULATED, for the United States of America:

Dated:  February 6, 2019          BRUCE S. GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/Steve O'Rourke*
STEVE O'ROURKE
SARAH HIMMELHOCH
MICHAEL ZEVENBERGEN
PATRICK M. CASEY
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-2779
Facsimile: (202) 514-0097
E-mail: steve.o'rourke@usdoj.gov

PETER G. STRASSER
United States Attorney
Eastern District of Louisiana

SHARON D. SMITH
Assistant U.S. Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

SO STIPULATED, for the Transocean Defendants:

Dated: February 6, 2019                           /s/ *Daniel B. Levin*
                                                  BRAD D. BRIAN
                                                  DANIEL B. LEVIN
                                                  Munger, Tolles & Olson LLP
                                                  350 South Grand Ave., 50th fl.
                                                  Los Angeles, CA 90071
                                                  Tel:  (213) 683-9100
                                                  Fax:  (213) 683-5180
                                                  Email: daniel.levin@mto.com