IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**Applies to:**<br><br>**Civil Action No. 2:17-cv-04549**<br>**Gary Terrebonne, Sr. and Betty Ann Terrebonne v. BP Exploration & Production, Inc. et. al.** | Civil Action No. 2:10-MD-02179<br><br>SECTION: J(2)<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

**UNOPPOSED MOTION OF PLAINTIFF GARY TERREBONNE, SR., FOR TEMPORARY RELIEF FROM THE STAY OF PROCEEDINGS FOR THE LIMITED PURPOSE OF TAKING PLAINTIFF'S DEPOSITION DUE TO TERMINAL ILLNESS**

Plaintiff, by his attorney, moves the court for an order temporarily lifting the Stay of Proceedings entered into on January 12, 2011 (Document No. 983), as to the current case only, for the limited purpose of taking a *de bene esse* deposition of the Plaintiff. This deposition is necessary because Plaintiff has been diagnosed with aggressive, terminal brain cancer and will likely expire prior to the completion of his case. Plaintiff is seventy-four years of age and resides at 266 Octavia Dr., LaRose, LA, 70373. The deposition is to be video-taped at a time and place agreeable to all parties, taking into consideration the health of Plaintiff.

Plaintiff has sole knowledge of facts not now of record that are material to his case, the loss of which would perpetrate insurmountable prejudice to the claim. Unless the testimony of Plaintiff Gary Terrebonne, Sr., is preserved and perpetuated, it could be forever lost if death or other incompetency should intervene. Plaintiff will provide Defense counsel with a copy of (i) all medical records referenced in Mr. Terrebonne's PTO 66 submission; (ii) all other relevant, available medical records in his possession; and (iii) any other documents that Plaintiff intends to use during the deposition at least two weeks prior to the deposition. After said deposition has

taken place, the Stay of Proceedings would be automatically re-instated without Motion to the Court, until such time as this Court deems just and proper.

Undersigned counsel has conferred with Defendants' attorneys under Rule 11, and this motion is unopposed.

Respectfully Submitted,

 /s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Dated:  February 6, 2019     *Counsel for Plaintiff, Gary Terrebonne, Sr.*

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of February, 2019.

                                        /s/ Paul A. Dominick
                                        Paul A. Dominick