# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br>**Applies to:**<br>**Civil Action No. 2:17-cv-04549**<br>**Gary Terrebonne, Sr. and Betty Ann Terrebonne v. BP Exploration & Production, Inc. et al** | **Civil Action No. 2:10-MD-02179**<br><br>**SECTION: J(2)**<br><br>**JUDGE CARL BARBIER**<br><br>**MAG. JUDGE WILKINSON** |

## PRE-TRIAL ORDER NO. _____

**[Temporarily lifting the Stay of Proceedings in the case to allow for the recording of Plaintiff Gary Terrebonne, Sr.'s testimony]**

Upon motion by the Plaintiff through his attorney and with the consent of the Defendants, in order to preserve Plaintiff Gary Terrebonne Sr.'s testimony in the current action,

**IT IS ORDERED** that the Stay of Proceedings imposed by this Court on January 12, 2011 (Document No. 983), is lifted, for the limited purpose of allowing the taking of the deposition of Plaintiff Gary Terrebonne, Sr.  Plaintiff shall provide Defense counsel with a copy of (i) all medical records referenced in Mr. Terrebonne's PTO 66 submission; (ii) all other relevant, available medical records in his possession; and (iii) any other documents that Plaintiff intends to use during the deposition at least two weeks prior to the deposition.  After the completion of said deposition, the Stay of Proceedings will be automatically re-instated without Motion from the parties or any action by this Court.

New Orleans, Louisiana this _____ day of February, 2019.

_____
Carl J. Barbier
United States District Judge