# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | § § § § § | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |

---

| | | |
|---|---|---|
| Sergio Valdivieso<br>　　　　Plaintiff<br><br>vs.<br><br>BP Exploration & Production, Inc., BP America Production Company and BP, p.l.c.<br>　　　　Defendants | § § § § § § § § § § | CIVIL ACTION NO. 2:12-cv-02004<br><br>SECTION: J<br><br>JUDGE BARBIER |

## AFFIDAVIT OF CHARLES F. HERD, JR.

| | | |
|---|---|---|
| STATE OF TEXAS<br><br>COUNTY OF HARRIS | § § § | KNOW ALL MEN BY THESE PRESENCE |

"My name is Charles F. Herd, Jr.; I am over age 18, legally competent, and make this affidavit as my free act and deed and based upon my personal knowledge.

I am Plaintiff's counsel in the above case, as well as dozens of other cases pending or previously pending in the BP MDL and in various individual and group cases and claims related to it.

I graduated with a LL.M. in Admiralty from Tulane Law School in 1984, and since then have practiced maritime law, primarily in Houston, Texas. On August 1, 2018, I created the Herd Law Firm, but before then, I was the maritime lawyer at the Lanier Law Firm, also located in Houston, TX.

I have managed the firms' BP Oil Spill-related claims since about 2011. Many of those claims now are resolved, but some, including some B3 cases, remain open.

I typically get, and see, documents and pleadings filed in the Pacer system. However, I did not receive, or at a minimum did not see, this Court's order of April 9, 2018, Pretrial Order #66. I did

not learn of it from any other source. I was not even aware of its existence until seeing the Court's Order of September 20, 2018, which to my surprise listed the above case, and two others I am handling, as being subject to dismissal and closure, based on some deficiency of filing. Upon further research into the issue, my staff and I discovered the existence of Order #66, on October 1, 2018.

I have checked with my legal assistant at the time, Ms. Belinda Lower, who advises that she likewise did not see, and was not aware of the existence of, this order until October 2, 2018. She normally prints out and flags important orders such as this, and she advises that she did not do so here.

I further investigated with the Lanier Law Firm I.T. department and have been advised that, once an email system becomes large (as mine is), Outlook does not assure that it will "manage" the email system fully, which it routinely does with smaller-sized email accounts. This may account for why I did not receive or see the April 9, 2018, order when it was sent.

Since I did not see Pre-Trial Order 66 until now, and was totally unaware of its contents or requirements, our office did not confer with clients, forward the "Particularized Statement of Claim" form, gather the requested details or documentation from clients, or finalize and file that claims form.

Had I been aware of Pre-Trial Order 66, or its requirements or contents, I can assure the Court that my staff and I would have been sure to have the relevant claims form and associated filings completed timely, on all such cases and claims.

I ask that the Court consider this information in granting Plaintiff the opportunity to file his Particularized Statement of Claim as ordered in PTO 66, now, and consider them timely-filed, for the reasons stated above.

FURTHER AFFIANT SAYETH NOT"

_____
Charles F. Herd, Jr.

Signed this the 11th day of October 2018 before the undersigned Notary Public.

_____
Pamela D. Kasperitis
Notary Public, State of Texas

PAMELA DEE ANN KASPERITIS
Notary Public, State of Texas
Comm. Expires 10-17-2019
Notary ID 5608853