# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | § § § § § | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |

---

| | | |
|---|---|---|
| Sergio Valdivieso<br>　　　　Plaintiff<br><br>vs.<br><br>BP Exploration & Production, Inc., BP America Production Company and BP, p.l.c.<br>　　　　Defendants | § § § § § § § § § § | CIVIL ACTION NO. 2:11-cv-02004<br><br>SECTION: J<br><br>JUDGE BARBIER |

### AFFIDAVIT OF PAMELA D. KASPERITIS, LEGAL ASSISTANT

| | | |
|---|---|---|
| STATE OF TEXAS | § § | |
| COUNTY OF HARRIS | § | KNOW ALL MEN BY THESE PRESENCE |

"My name is Pamela D. Kasperitis; I am over age 18, legally competent, and make this affidavit as my free act and deed and based upon my personal knowledge.

I work for the Herd Law Firm, PLLC as a Legal Assistant. I spoke with the Plaintiff on October 9, 2018 and he advised that the completed Particularized Statement of Claim had been executed and sent to our office. Since Hurricane Florence making landfall, I have been unable to reach the Plaintiff. According to the U.S. Postal Service they expect us to have the priority mail envelope within the next week.

As we have been unable to make contact with our client, no "Particularized Statement of Claim" form has been filed or is attached hereto.

FURTHER AFFIANT SAYETH NOT"

_____
Pamela D. Kasperitis

Signed this the 11 day of October 2018 before the undersigned Notary Public.



JACLYNN ZIMOWSKI
Notary Public State of Texas
My Commission# 129367031
My Comm. Exp. Mar. 25, 2021

_____
Notary Public, State of Texas