

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | § § § § § | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |

-----

| | | |
|---|---|---|
| Sergio Valdivieso<br>　　　　Plaintiff<br>vs.<br><br>BP Exploration & Production, Inc., BP America Production Company and BP, p.l.c.<br>　　　　Defendants | § § § § § § § § § | CIVIL ACTION NO. 2:12-cv-02004<br><br>SECTION: J<br><br>JUDGE BARBIER |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW, SERGIO VALDIVIESO, Plaintiff, and files this his Supplemental Response to the Court's Order to Show Cause (Document 24875), and for good cause would respectfully show unto this Court the following:

I.

On October 11, 2018, Plaintiff filed his original Response to the Court's Order to Show cause. At the time, due to the Hurricane making landfall in the panhandle of Florida, counsel for Plaintiff had not received Plaintiff's "Exhibit A" (which had been mailed back to counsel's office on October 8, 2018).

II.

Counsel has now received, and Plaintiff hereby attaches his "Particularized State of Claims" (attached as "Exhibit A" for the Court's files. Counsel for Plaintiff avers that the same has been served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court reconsider and retain and/or reinstate Plaintiff's claims under this cause number; and for such other and further relief to which Plaintiff may show himself justly entitled, either at law or in equity.

Respectfully submitted,

*Charles F. Herd*

Charles F. Herd, Jr.
Herd Law Firm, PLLC.
cfh@herdlawfirm.law
19500 Tomball Parkway, Suite 250
Houston, Texas 77070
Telephone: (713) 955-3699
Fax: (281) 462-5180

**CERTIFICATE OF SERVICE**

This is to certify that on this 19th day of October 2018, the above document was sent via Electronic Service to all counsel of record in the manner prescribed by this Court.

BY: *Charles F. Herd*
Charles F. Herd, Jr.