# EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Sergio V. Valdivieso

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 6708 36th Avenue Drive West
   Address Line 2: _____
   City: Bradenton    State: Florida    Zip: 34209
2. Telephone number: 941-896-1345
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A
4. Date and Place of Birth: 1/19/1953; Santiago, Chile
5. Male XXX    Female ____



6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| Same as address listed above | |
| | |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Self Employed | 6708 36th Avenue Drive West, Bradenton, Fl | 2010 - 2016 | Fisherman, deckhand, boat captain |
| Erick Erickson | 941-348-8142 | 2016 - 2018 | Rebuilding and remodeling houses |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No XXX If *"Yes,"* when were you out of work and why? Only due to injuries sustained.

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes **XXX**     No \_\_\_\_\_

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore \_\_\_\_\_     Offshore **XXX**     Both \_\_\_\_\_

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes **XXX**     No \_\_\_\_\_

12. Did you handle hazardous materials as part of your cleanup work?

    Yes **XXX**     No \_\_\_\_\_

13. Please set forth the following information about your cleanup work:

    A.  Your employer(s): **E.R.G. on Southern Cat.**

    B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A):
        **Jeff Adams, Southern Cat/E.R.G.**

    C.  A description of the work performed for employer(s) identified in Question No. 13(A): **Placing booms on islands and positioning oil absorbed float booms from workboat.**

    D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): **For 3 months; 7 days a week, and worked 10 hours per day. Waters near Grand Isle, Louisiana.**

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): Vessels owned by me, specifically Carolina Skiff 21 MC 252.

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): TJeff Adams and Jeff Ellis, Captains of the Boats. Last known number 941-779-4272

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes XXX    No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _____    No XXX

16. List all address(es) at which you resided in 2010: 6708 36th Avenue ~~Drive West,~~ Bradenton, Fl

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    XXX  Bodily injury from exposure to oil and/or dispersants

    XXX  Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.  EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____    Dispersants_____    Both XXX

19. How were you exposed? (*Check all that apply*)

    A. Inhalation              Yes XXX    No_____
    B. Dermal (skin) contact   Yes XXX    No_____
    C. Ingestion               Yes_____  No_____
    D. Other (please describe): N/A

20. What was the date(s) of your exposure? Daily During BP Oil Spill Cleanup 10 hours a day.

    Day: _____    Month: _____    Year: _____

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Daily. Exposed to both.   I handled oil and dispersment soaked booms daily.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Waters and at Grand Isle, LA

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Daily.  10 Hours per day, for approximately 13 weeks straight, during the BP oil clean-up.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: I worked as a deckhand on a 21 foot skiff handling and positioning oil-soaked booms as a clean-up worker.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes XXX        No _____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: Jeff Adams, Southern Cat/E.R.G. and Jeff Ellis, Boat Captain.

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: Left torn shoulder and injuries to neck and arm.

    B. The date(s) of your injury: June 9, 2010

    C. The location(s) of your injury: boat located in Barataria Bay, LA

    D. The work that you were performing when you sustained your injury: lifting an oil-soaked boom to reposition it. Captain told me to hold boom in my hands as it was being repositioned by the boat.

    E. Identify any individual(s) who witnessed your injury: Jeff Ellis, boat Captain.

28. Describe in as much detail as possible the circumstance(s) of your injury: Lifting oil boom from bow of boat with Jeff Ellis (Boats Captain) repositioning the boat backing up the boat.

**F.   INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: Left CTS; Left Ulnar Neuropathy; radiating pain from neck to hand with numbness in fingers; cervical radiculopathy, disc herniation; ulnar entrapment neuropathies at left elbow and wrist misdiagnosed carpal tunnel syndrom.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill: I was told by Captain to grab and hold on to the oil soaked boom and hold it in place while he reversing the boat. I could not hold it it. The weight and torque of the boom tore my shoulder and injured my neck and arm.

31. On what date did you first report or seek treatment for your injury or illness: June 9, 2010. The day the injury occurred.

32. On what date was your injury first diagnosed: June 9 and 10, 2010.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| See attached. | |
| | |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| See attached | |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No __XXX__. If "*Yes*,"

   A. When? N/A

   B. Who diagnosed the injury (or condition) at that time? N/A

   C. Who treated the injury (or condition) at that time? N/A

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No __XXX__. If "*Yes*,"

   A. What date did you first experience such injury or condition? N/A
   B. What injury (or condition) was made worse? N/A

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Raul Correa | 2505 Manatea Avenue West, Bradenton, FL 34205 |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes  XXX   No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: 1) Loss of wages and wage earning capacity in past; 2) past medical; 3; medical care in the future; 4) Impairment in the past and future including loss of use of arm, hand and shoulder; 5) Pain and suffering in the past and future; 6) Loss of Maintenance & Cure in the past and future; 7) attorneys fees; 8) loss of wages and wage earning capacity in future; 9) medical mal-practice; 10 Punitive damages.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes _____   No XXX

   If "Yes":

   A. From whom did you receive this compensation or reimbursement? N/A

  B.  When did you receive this compensation or reimbursement? NA

  C.  What was the amount of the compensation or reimbursement? NA

**G.**  **CONTRACT CLAIMS**

  *(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

  Yes\_\_\_\_\_  No XXX

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes\_\_\_\_\_  No\_\_\_\_\_

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

44. Describe how the contract was breached:

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __10-8-__, 2018

Location (City and State): __Braydenton, Fl__

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

__SERGIO V VALDIVIESO__
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

By no later than **Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | § § § § § | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |

---

| | | |
|---|---|---|
| Sergio Valdivieso<br>    Plaintiff<br>vs.<br><br>BP Exploration & Production, Inc., BP America Production Company and BP, p.l.c.<br>    Defendants | § § § § § § § § § | CIVIL ACTION NO. 2:12-cv-02004<br><br>SECTION: J<br><br>JUDGE BARBIER |

## RESPONSE TO QUESTIONS 33 AND 34

Lady of the Sea, 200 West 134th Place, Cut Off, LA

Blake Hospital LW, 2020 59th Street, West Bradenton, Fl 34209

Marina's Medical Center, LLC, Dr. Adolfo L. Narvaez, 5591 Cortez Road West, Bradenton, FL 34280

International Center for Advanced Spine and Orthopedic Surgery, Dr. Sajeev Nair, 1922 53rd Avenue East, Bradenton, FL 34203

Manatee Memorial Hospital, 206 Second Street East, Bradenton, Fl 34208

West Coast Neurology and Imaging Centers, Dr. Harish J. Patel, M.D. 5649 49th Street North, St. Petersburg, FL 33709