CLOSED, MDL, Transferred_Out_District

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:12-cv-01018
### Internal Use Only

Valdivieso v. Southern Cat, Inc. et al **Case transferred to Eastern District of Lousiana.**
Assigned to: Judge David Hittner
Lead case: 3:10-cv-00215
Member cases:
   3:12-cv-00102
   4:12-cv-01018
   4:12-cv-02362
Related Cases: 3:10-cv-00172
                4:10-cv-01607
                4:10-cv-01721
                4:10-cv-01851
                4:10-cv-01852
                4:10-cv-01854
                4:10-cv-01912
                3:10-cv-00211
                3:10-cv-00212
                3:10-cv-00213
                4:10-cv-01968
                4:10-cv-01969
                4:10-cv-01970
                4:10-cv-01971
                4:10-cv-01972
                4:10-cv-01989
                4:10-cv-02030
                3:10-cv-00221
                4:10-cv-02088
                4:10-cv-02129
                4:10-cv-02254
                4:10-cv-02256
                4:10-cv-02257
                4:10-cv-02259
                4:10-cv-02261
                4:10-cv-02354
                4:10-cv-02397
                4:10-cv-02397
                4:10-cv-02446
                4:10-cv-02448
                4:10-cv-02484
                4:10-cv-02619
                4:10-cv-02621
                4:10-cv-02622
                4:10-cv-02624
                4:10-cv-02625
                3:10-cv-00290

Date Filed: 04/03/2012
Date Terminated: 04/09/2012
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

EXHIBIT B

4:10-cv-02765  
4:10-cv-02766  
4:10-cv-02897  
4:10-cv-02947  
3:10-cv-00317  
4:10-cv-03068  
4:10-cv-03069  
4:10-cv-03070  
4:10-cv-03070  
4:10-cv-03071  
4:10-cv-03072  
4:10-cv-03197  
4:10-cv-03198  
4:10-cv-03201  
3:10-cv-00350  
3:10-cv-00353  
3:10-cv-00354  
1:10-cv-00227  
4:10-cv-03346  
1:10-cv-00236  
3:10-cv-00477  
4:10-cv-04288  
3:10-cv-00489  
4:10-cv-04329  
4:10-cv-04329  
4:10-cv-04926  
4:11-cv-00073  
4:11-cv-00312  
4:11-cv-00472  
4:11-cv-01526  
4:11-cv-01657  
4:11-cv-01660  
4:11-cv-01687  
4:11-cv-01796  
4:11-cv-02231  
4:11-cv-02231  
4:11-cv-02231  
3:11-cv-00379  
4:11-cv-03392  
4:11-cv-03808  
4:11-cv-04055  
4:12-cv-00705  
4:12-cv-00737  
4:12-cv-00832  
4:12-cv-00989  
3:12-cv-00102  
4:12-cv-01989  
4:12-cv-02362  

Case in other court: 164th JDC of Harris County, Texas, 12-12858  
Cause: 43:1333 Outer Continental Shelf Lands Act

**Plaintiff**

**Sergio Valdivieso**        represented by **Charles F Herd, Jr**

        The Lanier Firm
6810 FM 1960 West
Houston, TX 77069
713-659-5200
Fax: 713-659-2204
Email: cfh@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*

**Lawrence Paul Wilson**
Lanier Law Firm
6810 FM 1960 W
Houston, TX 77069
713-659-5200
Fax: 713-659-2204
Email: lpw@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*

**W Mark Lanier**
The Lanier Law Firm
6810 FM 1960 W
Houston, TX 77069
713-659-5200
Fax: 713-659-2204
Email: jrm@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Southern Cat, Inc.**

**Defendant**

**Eastern Research Group, Inc.**    represented by   **Brittani Wilmore Rollen**
McDonald Sanders PC
777 Main St
Ste 1300
Fort Worth, TX 76028
817-336-8561
Email: brollen@mcdonaldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **George Haratsis**
McDonald Sanders PC
777 Main St
Ste 1300
Fort Worth, TX 76102
817-336-8651
Email: gharatsis@mcdonaldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BP Products North America Inc.**    represented by   **Thomas W Taylor**
Andrews and Kurth
600 Travis
Suite 4200
Houston, TX 77002
713-220-4200

Fax: 713-220-4285
Email: ttaylor@andrewskurth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

BP America Inc.      represented by **Thomas W Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

BP PLC

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2012 | 1 | NOTICE OF REMOVAL from Harris County 164th District Court, case number 2012-12858 (Filing fee $ 350 receipt number 0541-9525714) filed by BP Products North America Inc., BP America Inc.. (Attachments: # 1 Exhibit List of Counsel of Record, # 2 Exhibit Index of Documents Being Filed, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Civil Cover Sheet)(Taylor, Thomas) (Entered: 04/03/2012) |
| 04/04/2012 | | (Court only) ***Attorneys Charles F Herd, Jr,Lawrence Paul Wilson for Sergio Valdivieso added. (aboyd) (Entered: 04/04/2012) |
| 04/04/2012 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/17/2012 at 02:00 PM in Courtroom 703 before Magistrate Judge Stephen Smith.(Signed by Judge David Hittner) Parties notified.(aboyd) (Entered: 04/04/2012) |
| 04/05/2012 | 3 | MOTION to Stay *OF PROCEEDINGS AND SUSPENSION OF ALL RESPONSIVE PLEADING AND ANSWER DEADLINES PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION BY DEFENDANTS BP PRODUCTS NORTH AMERICA INC. AND BP AMERICA INC.* by BP America Inc., BP Products North America Inc., filed. Motion Docket Date 4/26/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Taylor, Thomas) (Entered: 04/05/2012) |
| 04/09/2012 | 4 | ORDER granting 3 Motion to Stay Proceedings and Suspension of All Responsive Pleading and Answer Deadlines.(Signed by Judge David Hittner) Parties notified.(ealexander, ) (Entered: 04/10/2012) |
| 04/09/2012 | 5 | ORDER OF DISMISSAL. Case terminated on April 9, 2012.(Signed by Judge David Hittner) Parties notified.(ealexander, ) (Entered: 04/10/2012) |
| 04/11/2012 | 6 | Opposed MOTION for Reconsideration by Sergio Valdivieso, filed. Motion Docket Date 5/2/2012. (Attachments: # 1 Proposed Order Order Granting Motion to Reconsider)(Herd, Charles) (Entered: 04/11/2012) |
| 04/16/2012 | 7 | RESPONSE in Opposition to 3 MOTION to Stay *OF PROCEEDINGS AND SUSPENSION OF ALL RESPONSIVE PLEADING AND ANSWER DEADLINES PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION BY DEFENDANTS BP PRODUCTS NORTH AMERICA INC. AND BP AMERICA INC.*, filed by Sergio Valdivieso. (Herd, Charles) (Entered: 04/16/2012) |
| 04/18/2012 | 8 | Mail Returned Undeliverable as to attorney George Haratsis re: 5 Order of Dismissal, filed. No current mailing address found. (mlothmann) (Entered: 04/19/2012) |
| 04/19/2012 | 9 | Opposed MOTION to Remand by Sergio Valdivieso, filed. Motion Docket Date 5/10/2012. (Attachments: # 1 Exhibit Exhibit A, # 2 Proposed Order)(Herd, Charles) (Entered: 04/19/2012) |
| | | |

| | | |
|---|---|---|
| 04/20/2012 | 10 | OBJECTIONS to 6 Opposed MOTION for Reconsideration *BPS OPPOSITION TO PLAINTIFFS MOTION TO RECONSIDER ORDER GRANTING MOTION FOR STAY OF PROCEEDINGS AND TO REOPEN CASE*, filed by BP America Inc., BP Products North America Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order)(Taylor, Thomas) (Entered: 04/20/2012) |
| 05/01/2012 | 11 | NOTICE *OF SUPPLEMENTAL AUTHORITY* re: 10 Objections, by BP America Inc., BP Products North America Inc., filed. (Attachments: # 1 Exhibit A)(Taylor, Thomas) (Entered: 05/01/2012) |
| 05/03/2012 | 12 | NOTICE of Appearance by Brittani W. Rollen on behalf of Eastern Research Group, Inc., filed. (Rollen, Brittani) (Entered: 05/03/2012) |
| 06/04/2012 | 13 | ORDER denying without prejudice 6 Motion for Reconsideration; denying without prejudice 9 Motion to Remand.(Signed by Judge David Hittner) Parties notified.(ealexander, ) (Entered: 06/04/2012) |
| 08/06/2012 | 14 | JPML TRANSFER ORDER transferring case to Eastern District of Louisiana to be included in MDL Docket No. 2179. Parties notified.(ltien, ) (Entered: 08/07/2012) |
| 08/07/2012 | | Interdistrict transfer to Eastern District of Louisiana. Notice of Removal, docket sheet and MDL Transfer Order emailed to oilspill_mdl_clerk@laed.uscourts.gov. (ltien, ) (Entered: 08/07/2012) |