IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | Magistrate Judge WILKINSON |
| -and- | |
| No. 18-13781, Claimant ID 100062351; Claim No. 61324 v. BP Exploration & Production, Inc. et al. | |

**NOTICE OF APPEAL**

Notice is hereby given that Claimant ID 100062351; Claim ID 61324, New Orleans Fish House, LLC (" New Orleans Fish House"), Plaintiff/Requesting Party, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's January 10, 2019 Order and Judgement, together with all rulings, findings, and determinations embodied therein, which denied discretionary review. New Orleans Fish House's understanding is that this Notice of Appeal will be filed under seal automatically because of this Court's order in Appeal Number 13-30843, issued on September 8, 2015 (Document 00513183100), requires that the "Fifth Circuit Clerk's Office will open all appeals stemming from the discretionary review of settlement claims under seal."

1

Respectfully submitted,

_____
M. Cristina Sanchez
Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605
csanchez@baronbudd.com
ssummy@baronbudd.com

*Attorneys-In-Charge for Claimant ID 100062351, Claim ID 61324, New Orleans Fish House, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of February 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all attorneys of record. I further certify that, on same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

_____
M. Cristina Sanchez