# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 07, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-31177   In re: Deepwater Horizon
                     USDC No. 2:10-MD-2179
                     USDC No. 2:12-CV-970

The court has granted appellants' motion to supplement the record in this case with the Rules Governing the Appeals Process Effective January 8, 2016.

The originating court is requested to add the attached motion and documents to their court's docket, and to provide us with a supplemental electronic record within the next **15 days.**

Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Dantrell L. Johnson, Deputy Clerk
                                   504-310-7689

Mr. William W. Blevins
Mr. William Gray Chason
Mr. Don Keller Haycraft
Ms. Kristina Morgan Sanders Hofferber
Mr. R. Stanton Jones
Mr. James Andrew Langan
Mr. Matthew Regan
Mr. Devin Chase Reid