IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

CASE NO. 18-31177

In re: Deepwater Horizon

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

    Plaintiffs,

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.

    Defendants- Appellees

v.

CLAIMANT ID 100118552; CLAIMANT ID 100282515,

    Claimants- Appellants

## **CLAIMANTS' MOTION TO SUPPLEMENT RECORD ON APPEAL**

COME NOW Claimant ID 100118552 and Claimant ID 100282515 and hereby move this Court to supplement the record on appeal by adding the "Rules Governing the Appeals Process Effective January 8, 2016" ("Rules"), which are attached hereto as Exhibit A. The Parties filed a joint designation of the record on appeal on or about December 20, 2018. These Rules were accidentally omitted from the joint designation of the record but are necessary to address the issues on appeal.

Claimants contacted counsel for Defendants on February 5, 2019 and February 6, 2019, but have not yet received a response regarding whether this motion is opposed or unopposed. Claimants' deadline to submit their Brief is March 4,

2019. Claimants would appreciate the Court granting this Motion in time for them to complete their Brief before the March 4 deadline.

                Respectfully Submitted,

                */s/ MORGAN S. HOFFERBER*
                WILLIAM G. CHASON
                wchason@mcdowellknight.com
                MORGAN S. HOFFERBER
                mhofferber@mcdowellknight.com

OF COUNSEL:

McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
11 N. Water Street; Suite 13290
Mobile, Alabama  36602
Tel. (251) 432-5300
Fax (251) 432-5303

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

☒ this document contains 146 words, **or**

☐ this brief uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 329a)(6) because:

☒ this document has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in size 14 Times New Roman font, **or**

☐ this document has been prepared in monospaced typeface using _____ with _____.

February 6, 2019.

                                             */s/ MORGAN S. HOFFERBER*
                                             *Attorney for Appellants*

# CERTIFICATE OF SERVICE

      I certify that I have served a copy of the foregoing on the following parties or attorneys of record by filing same with the Clerk of the United States Court of Appeals for the Fifth Circuit using the electronic filing system this 6th day of February, 2019:

J. Andrew Langan, Esq.
andrew.langan@kirkland.com
Matthew Regan, Esq.
matthew.regan@kirkland.com
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

R. Stanton Jones, Esq.
stanton.jones@arnoldporter.com
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Ave., N.W.
Washington, DC 20001

Don Keller Haycraft, Esq.
dkhaycraft@liskow.com
Devin C. Reid, ESq.
dcreid@liskow.com
Liskow & Lewis, P.L.C.
701 Poydras St.
1 Shell Square
New Orleans, LA 70139

                                              */s/ MORGAN S. HOFFERBER*