17-3685 J(2)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 11 2019
WILLIAM W. BLEVINS
CLERK

Dear Clerk of Court,

I changed addresses from 14900-003 Federal Correction Institution, P.O. Box 5000 Oakdale, La 71463, to 14900-003 Edward Baker Federal Satellite low 2680 South U.S. Hwy 301 Jesup, Ga 31599. Please make note. Thank you.

Regards,
Edward Baker

TENDERED FOR FILING

FEB 11 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

14900-003
Edward Baker
Federal Satellite low
2680 South U.S. Hwy
Jesup, Ga
31599

⇔ 14900-003 ⇔
Clerks Office
Eastern District of La
500 Poydras ST
United States District Ct
NEW Orleans, LA 70130
United States

70130-337354

JACKSONVILLE FL 320
05 FEB 2019 PM 4 L