MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 12, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG       MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010     SECTION "J"

THIS DOCUMENT RELATES TO:       JUDGE BARBIER
                                        MAG. JUDGE WILKINSON

Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

## CLAIMS APPEAL DETERMINATION AND REASONS
### [Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Denial letter and the various submissions of claimant and his counsel concerning the appeal of Daniel Becnel, III, Claim No. 7B8* * *,  from the denial of Becnel's claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law

MJSTAR:  1:10

supporting them. Claimant's property is located well outside of the Real Property Sales compensation zone, and claimant has failed to submit purchase/sale documentation of the type required under the court-approved Distribution Model to establish this kind of claim. In addition, in claimant's initial appeal to the New Class Claims Administrator, he determined that his property was preliminarily eligible for compensation as Coastal Real Property, in the exercise of the administrator's own equitable authority and discretion. No further exercise of this court's equitable authority and discretion in these appeals is justified.

New Orleans, Louisiana, this ____12th____ day of February, 2018.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**

- 2 -