UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 . <br><br>This Document Relates to: <br>No. 10-4536 | * * * * * * * * * * * | MDL No. 2179 <br><br>SECTION: J <br>JUDGE BARBIER <br><br><br>MAGISTRATE JUDGE <br>WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION AND ORDER TO TERMINATE PARTIAL CONSENT DECREE BETWEEN THE PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANTS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

A.   WHEREAS, a Partial Consent Decree Between Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Consent Decree") [Doc. 8608] and an Amendment to the Consent Decree were entered by this Court on February 19, 2013 [Doc. 8609].

B.   WHEREAS a Second Amendment to the Consent Decree was entered by this Court on August 11, 2015 [Doc. 14973], and a Third Amendment to the Consent Decree was entered by this Court on April 8, 2016 [Doc. 16166].

C.	WHEREAS, the Consent Decree, as amended, provides that, upon completion by the Transocean Defendants (as defined in the Consent Decree) of certain criteria, the Consent Decree may be terminated by the submission of a joint stipulation by the Parties (as defined in the Consent Decree) to this Court. [Doc. 8608, ¶¶ 84-85.]

NOW, THEREFORE, the United States and the Transocean Defendants hereby stipulate as follows:

1.	The Transocean Defendants have completed timely the requirements of Article V (CWA Civil Penalty and Related Terms) of the Consent Decree;

2.	The Transocean Defendants have operated under a fully-approved Performance Plan (as defined in the Consent Decree) for five years;

3.	The Transocean Defendants have complied with the terms of the Performance Plan and Article VI (Measures to Improve Performance and Prevent Recurrence) for at least the twelve consecutive months that elapsed prior to seeking termination of the Consent Decree; and

4.	The Transocean Defendants have complied with the other requirements of the Consent Decree, including: payment of any accrued stipulated penalties as required by the Consent Decree and compliant reporting under Article VIII (Reporting).

ACCORDINGLY, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

The Partial Consent Decree Between Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. [Doc. 8608], as amended [Docs. 8609, 14973, 16166], is hereby terminated and shall have no further force or effect.

IT IS SO ORDERED, this 13th day of February, 2019, in New Orleans, Louisiana.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

SO STIPULATED, for the United States of America:

Dated:  February 6, 2019               BRUCE S. GELBER
                                       Deputy Assistant Attorney General
                                       Environment and Natural Resources Division
                                       United States Department of Justice

                                       */s/Steve O'Rourke*
                                       STEVE O'ROURKE
                                       SARAH HIMMELHOCH
                                       MICHAEL ZEVENBERGEN
                                       PATRICK M. CASEY
                                       Environmental Enforcement Section
                                       Environment and Natural Resources Division
                                       U.S. Department of Justice
                                       P.O Box 7611
                                       Washington, DC 20044-7611
                                       Telephone: (202) 514-2779
                                       Facsimile: (202) 514-0097
                                       E-mail: steve.o'rourke@usdoj.gov


                                       PETER G. STRASSER
                                       United States Attorney
                                       Eastern District of Louisiana

                                       SHARON D. SMITH
                                       Assistant U.S. Attorney
                                       Eastern District of Louisiana
                                       650 Poydras Street, Suite 1600
                                       New Orleans, LA 70130
                                       Telephone: (504) 680-3000
                                       Facsimile: (504) 680-3184
                                       E-mail: sharon.d.smith@usdoj.gov

SO STIPULATED, for the Transocean Defendants:

Dated: February 6, 2019                             /s/ *Daniel B. Levin*
                                                    BRAD D. BRIAN
                                                    DANIEL B. LEVIN
                                                    Munger, Tolles & Olson LLP
                                                    350 South Grand Ave., 50th fl.
                                                    Los Angeles, CA 90071
                                                    Tel:  (213) 683-9100
                                                    Fax:  (213) 683-5180
                                                    Email: daniel.levin@mto.com