

E-SERVICE
62552089
Oct 11 2018
04:13PM
File & ServeXpress

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | §<br>§<br>§<br>§<br>§ | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |

-----------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| Brian Gortney, Individually, and on behalf of Pannex Corporation<br>               Plaintiff<br>vs.<br><br>BP Exploration & Production, Inc., BP America Production Company and BP, p.l.c.<br>               Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:15-CV-01047<br><br>SECTION: J<br><br>JUDGE BARBIER |

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW, BRIAN GORTNEY, INDIVIDUALLY, AND ON BEHALF OF PANNEX CORPORATION, Plaintiff, and files this his Response to the Court's Order to Show Cause (Document 24875) and for good cause would respectfully show unto this Court the following:

### I.

Plaintiff's counsel became aware of the Order to Show Cause when it was received on October 4, 2018. As soon as counsel became aware of the Order to Show Cause, counsel reviewed his file regarding receipt of PTO 66. Upon diligent search of Plaintiff's file, counsel cannot find a copy of PTO 66, which was apparently issued on April 9, 2018. See executed Exhibit A for the completed Particularized Statement of Claim.

All prior conditions set by this Court have been complied with. Plaintiff was compliant with PTO 63, as reflected in the documents filed by Defendants. Plaintiff would have timely filed

his "Particularized Statement of Claim" (a copy of which has been served on counsel, as directed by this Court) had he or his counsel been aware of PTO 66.

While it is no excuse that Plaintiff's counsel did not see and was not aware of PTO 66 and so he previously failed to follow the requirements of PTO 66 on behalf of his client, until now, this medical claim under B3 has been on file for several years and Defendants have been long aware of such claim.  No party to this suit has been or will be prejudiced by the late filing of the Particularized Statement of the Plaintiff.  Counsel for Plaintiff has further attached an Affidavit, as Exhibit B, stating the facts as recited in this Response.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court reconsider that this Court retain and/or reinstate Plaintiff's claims under this cause number; and for such other and further relief to which Plaintiff may show himself justly entitled, either at law or in equity.

Respectfully submitted,

Charles F. Herd, Jr.
Herd Law Firm, PLLC.
cfh@herdlawfirm.law
19500 Tomball Parkway, Suite 250
Houston, Texas 77070
Telephone: (713) 955-3699
Fax: (281) 462-5180

## CERTIFICATE OF SERVICE

This is to certify that on this 11th  day of October 2018, the above document was sent via Electronic Service to all counsel of record in the manner prescribed by this Court.

BY: _____
Charles F. Herd, Jr.