

E-SERVICE
62660193
Nov 12 2018
02:28PM
File & ServeXpress

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | §<br>§<br>§<br>§<br>§ | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |

---------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| Brian Gortney, Individually, and on behalf of Pannex Corporation,<br>　　　　　　　　Plaintiff<br><br>vs.<br><br>BP Exploration & Production, Inc., BP America Production Company and BP, p.l.c.<br>　　　　　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:15-CV-01047<br><br><br><br>SECTION: J<br><br><br>JUDGE BARBIER |

## PLAINTIFF BRIAN GORTNEY'S RESPONSE TO DEFENDANT BP'S OBJECTION AND RESPONSES TO EASTERN DISTRICT OF LOUISIANA'S PTO 66 SHOW CAUSE SUBMISSION

TO THE HONORABLE JUDGES OF SAID COURTS:

COMES NOW, Plaintiff, BRIAN GORTNEY, and files this his response to Defendant BP's Objection and Responses to Eastern District of Louisiana's PTO 66 Show Cause Submission Order, and for good cause would respectfully show unto this Court the following:

I.

As previously advised, Plaintiff's counsel became aware of the Order to Show Cause when it was received on October 4, 2018. As soon as counsel became aware of the Order to Show Cause, counsel reviewed his file regarding receipt of PTO 66. Upon diligent search of Plaintiff's

Counsel's file, counsel cannot find a copy of PTO 66, which apparently was issued on April 9, 2018.

## II.

All prior conditions set by this Court have been complied with.  Plaintiff was compliant with PTO 60 and 63, as reflected in the documents filed by Defendants.  As described earlier, Plaintiff would have timely filed his "Particularized Statement of Claim" (a copy of which has previously been filed with this Court and with counsel), had he or his counsel been aware of PTO 66, when it was issued initially.

## III.

As shown above, Plaintiff has causes of action against Defendants, which were filed timely and properly.   In addition, Plaintiff  has complied with all previous orders of this Court.  Defendants are not prejudiced by the late filing of the *Particularized Statement of Claims*, as they have had notice of all claims made by Plaintiff and all other orders of this Court have been complied with.

While it is no excuse that Plaintiff's counsel did not see and was not aware of PTO 66 and so he failed to follow the requirements of PTO 66 on behalf of his client, this medical claim under B3 has been on file for several years, and Defendants have been long aware of such claim.  No party to this suit has been prejudiced by the late filing of the *Particularized Statement* of the Plaintiff.

## IV.

However, if this Honorable Court still believes that some sort of sanction is warranted, undersigned counsel asks that this Court not penalize Plaintiff for his Counsel's failure to receive or see PTO 66 and timely comply with its terms.  Rather, Counsel asks that – if the Court feels

that such sanction is warranted – that it be a sanction or fine against undersigned Counsel himself, and not against the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court reconsider, retain and/or reinstate Plaintiff's claims under this cause number; and for such other and further relief to which Plaintiff may show himself justly entitled, either at law or in equity.

Respectfully submitted,

Charles F. Herd, Jr.
Herd Law Firm, PLLC.
cfh@herdlawfirm.law
19500 Tomball Parkway, Suite 250
Houston, Texas 77070
Telephone: (713) 955-3699
Fax: (281) 462-5180

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of November 2018, the above document was sent via Electronic Service to all counsel of record in the manner prescribed by this Court.

BY: _____
Charles F. Herd, Jr.