# EXHIBIT B

Click to Print                                     Printed on: 2/12/2019 10:53:07 GMT-0600 (Central Standard Time)

# Case History Search

Search Created:
2/12/2019 10:53:07 GMT-0600 (Central Standard Time)

| | | | | |
|---|---|---|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Oil Spill | | **File & ServeXpress Live Date:** | 5/14/2015 |
| **Division:** | N/A | **Case Number:** 2:15cv01047 | **Document(s) Filed:** | 3 |
| **Case Type:** | Oil Spill | **Case Name:** Gortney, Brian vs BP Exploration & Production Inc et al | **Date Range:** | All |

☑ **Include Rejected Items**

1-3 of 3 transactions    <<Prev   Page 1 of 1   Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|
| 62660193 | 11/12/2018 2:28 PM CST | Serve Only - Public | 2:15cv01047 Gortney, Brian vs BP Exploration & Production Inc et al | Charles Herd, Herd Law Firm | Response | Plaintiff's Response to Defendant's Objection to Plaintiff's PTO 66 Submissions | N/A | 0.1MB |
| 62552089 | 10/11/2018 4:13 PM CDT | Serve Only - Public | 2:15cv01047 Gortney, Brian vs BP Exploration & Production Inc et al | Charles Herd, Herd Law Firm | Response | Plaintiff's Response to Court's Order to Show Cause (PTO 66) | N/A | 19.9MB |
| 60458495 | 4/11/2017 2:57 PM CDT | Serve Only - Public | 2:15cv01047 Gortney, Brian vs BP Exploration & Production Inc et al | Charles F Herd, Lanier Law Firm-Houston | Exhibits | Pretrial Order 63 (SWS) Gortney | N/A | 0.3MB |

1-3 of 3 transactions    <<Prev   Page 1 of 1   Next>>