# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 |
| | | SECTION: J(2) |
| **This Document Relates To:** | * | JUDGE BARBIER |
| *Nos. 12-02004 & 15-01047* | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Because they are duplicative of Brian Gortney's Response and Motion for Reconsideration (Rec. Doc. 25391) and the exhibits attached thereto, IT IS ORDERED that the following documents and any attached exhibits, are STRUCK from the record:

    Brian Gortney's Response to Court's Order to Show Cause (Rec. Doc. 25388),
    Brian Gortney's Response to BP's Objection and Responses (Rec. Doc. 25389), and
    Brian Gortney's Response and Motion for Reconsideration (Rec. Doc. 2539**0**).

Because they are duplicative of Sergio Valdivieso's Response and Motion for Reconsideration (Rec. Doc. 25380) and the exhibits attached thereto, IT IS FURTHER ORDERED that the following documents and any attached exhibits are STRUCK from the record:

    Sergio Valdivieso's Response to Court's Order to Show Cause (Rec. Doc. 25377),
    Sergio Valdivieso's Suppl. Response to Order to Show Cause (Rec. Doc. 25378), and
    Sergio Valdivieso's Response to BP's Objection and Responses (Rec. Doc. 25379).

The Court further notes that, in accordance with Pretrial Order No. 15 (Rec. Doc. 676), no response to Brian Gortney's Response and Motion for Reconsideration (Rec. Doc. 25391) or Sergio Valdivieso's Response and Motion for Reconsideration (Rec. Doc. 25380) is required until specifically requested by the Court.

New Orleans, Louisiana, this 13th day of February, 2019.

_____
United States District Judge