## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br><br> **SECTION "J"** |
| **This Document Relates To:** <br> **All Cases** | * * * | **HONORABLE CARL J. BARBIER** <br><br> **MAGISTRATE JUDGE WILKINSON** |
| | * | |
| **Plaisance, et al., individually and on behalf of the Medical Benefits Settlement Class,** <br><br> Plaintiffs, <br><br> v. <br><br> **BP Exploration & Production Inc., et al.,** <br><br> Defendants. | * * * * * * * * * * * | **NO. 12-CV-968** <br><br> **SECTION: J** <br><br> **HONORABLE CARL J. BARBIER** <br><br> **MAGISTRATE JUDGE WILKINSON** |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Joseph L. Bruemmer files this Unopposed Motion to Withdraw as Counsel of record for The Garretson Resolution Group, Inc. ("GRG") in the above-referenced actions. GRG will continue to be represented by Ms. Katharine Hosty and its other counsel of record in those actions and does not oppose this motion. Mr. Bruemmer respectfully requests that his name be removed from the service list. A proposed order granting this motion is attached hereto as Exhibit A.

Dated: February 14, 2019               THE GARRETSON RESOLUTION GROUP, INC.

                                                        By: /s/ Joseph L. Bruemmer

                                                        Joseph L. Bruemmer
                                                        The Garretson Resolution Group, Inc.
                                                        6281 Tri-Ridge Blvd., Suite 300
                                                        Loveland, OH 45140
                                                        Phone: (513) 794-0400
                                                        Email: jbruemmer@garretsongroup.com

4850-7580-2760.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of February, 2019.

                                          By: /s/ Joseph L. Bruemmer
                                                    Joseph L. Bruemmer