# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** **SECTION "J"** |
| **This Document Relates To:** **All Cases** | * * * * | **HONORABLE CARL J. BARBIER** **MAGISTRATE JUDGE WILKINSON** |
| **Plaisance, et al., individually and on behalf of the Medical Benefits Settlement Class,** **Plaintiffs,** **v.** **BP Exploration & Production Inc., et al.,** **Defendants.** | * * * * * * * * * * * | **NO. 12-CV-968** **SECTION: J** **HONORABLE CARL J. BARBIER** **MAGISTRATE JUDGE WILKINSON** |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

This matter came to be heard upon Joseph L. Bruemmer's Unopposed Motion to Withdraw as Counsel (the "Motion") for The Garretson Resolution Group, Inc. ("GRG"). The Court, being duly advised, finds that the Motion is well taken. IT IS THEREFORE ORDERED that the Motion is **GRANTED** and that Joseph L. Bruemmer be withdrawn as counsel of record for GRG and that his name be removed from the service list in the above-referenced actions.

New Orleans, Louisiana, this __th day of February, 2019.

_____
Hon. Carl J. Barbier
United States District Judge

4812-2110-6568.1