# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Nos. 16-03966, 16-11769, 16-04149* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

The Clerk of Court is instructed to mail a copy of Pretrial Order No. 67 [Case Management Order No. 7, Regarding Remaining B1 Claims] (Rec. Doc. 25370), including the attachments and exhibits thereto, to the following plaintiffs:

| | |
|---|---|
| Evans, Robert | 16-cv-03966 |
| Murphy, Patrick | 16-cv-11769 |
| Lucky Lady Fishing Ent., Inc. (John U. Hanks, Jr.) | 16-cv-04149 |

These plaintiffs appear to be the only unrepresented plaintiffs identified in Exhibits 1 and 2 to Pretrial Order No. 67.

New Orleans, Louisiana, this 14th day of February, 2019.

_____
United States District Judge