IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| Of Mexico, on April 20, 2010 | ) | SECTION: J |
| | ) | |
| This Document Relates  To: 2:18-cv-11118 | ) | JUDGE BARBIER |
| | ) | MAG. WILKINSON |
| | ) | |

### [PROPOSED] ORDER

On February 15, 2019, pursuant to Rule 59(e) and Rule 60(b)(1), Turbo Pump Services, Inc. ("Turbo Pump") filed a motion to vacate and/or amend the Court's order dated February 1, 2019 dismissing Turbo Pump's complaint with prejudice.  (Rec. Doc. 25395 in 2:10-md-2179). Turbo Pump filed a declaratory judgment action on November 16, 2018 against the Claims Administrator and BP alleging that the Court's October 3, 2018 should not apply to Turbo Pump because Turbo Pump did not sustain "Moratoria Losses" and was improperly placed in the Moratoria Hold by the Claims Administrator.  Upon reconsideration of the record and the arguments made by Turbo Pump in its Rule 59(e) and Rule 60(b)(1) motion, the Court now finds that the facts and law do not support dismissing the declaratory judgment action with prejudice pursuant to Rule 41(b).  The Court therefore VACATES the portion of the February 1st Order dismissing Turbo Pump's complaint and allows Turbo Pump to proceed with its declaratory judgment action.

New Orleans, Louisiana, this ___ day of February, 2019.

_____
CARL J. BARBIER
United States District Judge