UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL 2179 |
| THIS DOCUMENT RELATES TO 2:19-cv-01443 | * | SECTION: J(2) |
| REMAINING CASES IN THE B3 PLEADING BUNDLE | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| JOHN EARL MILLER, JR. | * | CIVIL ACTION NO.: 2:19-cv-01143 |
| VERSUS | * | SECTION J(2) |
| BP, PLC; BP EXPLORATION AND PRODUCTION; AND BP AMERICA PRODUCTION COMPANY, INC. | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## MOTION TO AMEND OR ALTER JUDGMENT

COMES NOW JOHN EARL MILLER, JR., by and through his counsel Hopkins, Barvié & Hopkins, PLLC, and files this his Rule 59 Motion to Amend a Judgment, or, alternatively Rule 60 Relief from a Judgment or Order, and would show unto the Court the following facts, to-wit:

I.

This Court entered its Order [PTO 66 Compliance Order] on January 31, 2019. [DOC 25356]. In its Order, more specifically Paragraph H, the Court states:

> "John Earl Miller, Jr. submitted a PTO 66 Particularized Statement of a claim, but it appears that he is not a party to a lawsuit filed in this Court. Because Miller has no case or claim before this Court, whether he complied with PTO 66 is of no moment. The Court will simply leave Miller off the list of PTO Compliant Plaintiffs." P. 16, ¶H of DOC 25356.

Plaintiff Miller would respectfully submit to this Honorable Court that he filed a Response to the Show Cause Order on or about October 4, 2018 at 10:03 a.m. CST. Attached hereto as **Exhibit "A"** is a copy of the Receipt of the document filed with the Court. Thereafter, on October 25, 2018 BP filed its Objections and Responses to PTO 66 Show Cause Submissions. In [DOC 2510] on page 2., BP specifically addresses Mr. Miller's claims and states:

> "BP does not oppose including the second Plaintiff John Earl Miller, Jr. on the PTO 66 Compliant List, provided likewise that he submit a Compliant Response to PTO 63."

On or about November 12, 2018, John Earl Miller's Complaint, along with Plaintiff's Sworn Statement were filed through File & ServeXpress. Attached hereto as **Exhibit "B"** is a Receipt with the Court Transaction ID No. 62659697, as well as, a copy of the Complaint which was filed on behalf of Mr. Miller. On the same dates, a copy of the Complaint was served on counsel for BP, attention J. Andrew Langan, Esq., as well as, MDL 2179 Plaintiffs' Steering Committee c/o: Steve Herman. Attached hereto as **Exhibit "C"** is a copy of the transmittal letter identifying the Complaint filed by Mr. Miller.

On February 15, 2019 after realizing that the Complaint had not been filed in the CM/ECF system, John Miller filed his Complaint, along with Plaintiff's Sworn Statement in the Eastern District of Louisiana, Cause No.: 2:19-cv-01443. Counsel for BP, as well as, Plaintiff Liaison counsel have been advised of the actions taken by Plaintiff Miller to be compliant, and have advised that neither BP nor Plaintiff's Liaison counsel have any objection to the Court amending or altering the Order entered on January 31, 2019 [DOC 25356] in order to add Mr. Miller to the Compliant List.

Mr. Miller would respectfully submit to this Honorable Court that he complied with the Show Cause Order, as well as, the filing of an individual Complaint and Sworn Statement, and therefore respectfully request this Court amend its PTO 66 Compliance Order [DOC 2536] to include Mr. Miller in the list of Plaintiffs as being deemed compliant with PTO 66.

RESPECTFULLY SUBMITTED, this the 15th day of February, 2019.

JOHN EARL MILLER, JR., PLAINTIFF

"s/MARIANO J. BARVIE"
MARIANO J. BARVIÉ, ESQUIRE
MSB NO. 10324

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on ALL COUNSEL by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12., as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic procedures established in MDL 2179, on this the 15th day of February, 2019.

"/sMariano J. Barvié"
MARIANO J. BARVIÉ, ESQUIRE

MARIANO J. BARVIÉ, ESQ., MSB 10324
HOPKINS, BARVIÉ & HOPKINS, PLLC
POST OFFICE BOX 1510
GULFPORT, MS 39502
228-864-2200 (Office)
228-868-9358 (Facsimile)
mbarvie@hopkins-law.com

ATTORNEY FOR PLAINTIFF