**Rita Bentz**

| | |
|---|---|
| **From:** | FileAndServeXpress <TransactionReceipt@secure-mail.fileandservexpress.com> |
| **Sent:** | Thursday, October 04, 2018 10:04 AM |
| **To:** | Rita Bentz |
| **Subject:** | Case: MC MDL-2179; Transaction: 62520848 Transaction Receipt |

To: Rita Bentz
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

| | |
|---|---|
| Court: | LA US District Court Eastern District E-Service-Oil Spill |
| Case Name: | In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) |
| Case Number: | MC MDL-2179 |
| Transaction ID: | 62520848 |
| Document Title(s): | |
| | RESPONSE TO ORDER TO SHOW CAUSE  (2 pages) |
| Authorized Date/Time: | Oct  4 2018 10:03AM CDT |
| Authorizer: | Mariano J Barvie |
| Authorizer's Organization: | Hopkins Barvie & Hopkins PLLC |
| Sending Parties: | |
| | Plaintiff |
| Served Parties: | |
| | 9 parties |

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).

