## Rita Bentz

| | |
|---|---|
| **From:** | FileAndServeXpress <TransactionReceipt@secure-mail.fileandservexpress.com> |
| **Sent:** | Monday, November 12, 2018 2:11 PM |
| **To:** | Rita Bentz |
| **Subject:** | Case: MC MDL-2179; Transaction: 62659697 Transaction Receipt |

To: Rita Bentz
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

| | |
|---|---|
| Court: | LA US District Court Eastern District E-Service-Oil Spill |
| Case Name: | In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) |
| Case Number: | MC MDL-2179 |
| Transaction ID: | 62659697 |
| Document Title(s): | |
| | Complaint by John Earl Miller, Jr. as to Remaining Cases in the B3 Pleading Bundle (11 pages) |
| | Exhibt A - Plaintiff's Sworn Statement (4 pages) |
| Authorized Date/Time: | Nov 12 2018  2:10PM CST |
| Authorizer: | Mariano J Barvie |
| Authorizer's Organization: | Hopkins Barvie & Hopkins PLLC |
| Sending Parties: | |
| | Plaintiff |
| Served Parties: | |
| | 9 parties |

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).

