

## HOPKINS, BARVIE & HOPKINS, P.L.L.C.

*ATTORNEYS AND COUNSELORS AT LAW*

ALBEN N. HOPKINS
AHopkins@Hopkins-Law.com
MARIANO J. BARVIÉ
MBarvie@Hopkins-Law.com
A. NORRIS HOPKINS, JR.
NHopkins@Hopkins-Law.com

2701 24th Avenue
Gulfport, MS 39501-4941
(228)864-2200
Fax (228)868-9358

Mailing Address:
Post Office Box 1510
Gulfport, MS 39502-1510
website: www.hopkins-law.com
FEDERAL TAX ID #64-0934189
OUR FILE NUMBER#

5000.jm

November 12, 2018

Counsel for BP
Attention: J. Andrew Langan, Esq.
Kirkland & Ellis LLP
300 North LaSalle St., Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiffs' Steering Committee
c/o: Steve Herman
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   John Earl Miller, Jr.
      MDL 2179
      Deepwater Horizon Oil Spill
      Remaining Cases in the B3 Pleading Bundle

Dear Mr. Langan and Mr. Herman:

Enclosed please find a copy of the Complaint and Sworn Statement on behalf of John Earl Miller, Jr. filed this date through File and Serve Express, Transaction ID: 62659697.  Pursuant to BP's Response to Plaintiff's PTO 66 Show Cause Submissions, I trust that Mr. Miller will now be part of the PTO 66 Compliance List.  If you have any questions, please feel free to contact me.

With kindest personal regards, I am

Sincerely,

MARIANO J. BARVIÉ
MJB:rsb
Enclosure (as stated)



EXHIBIT

C