IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010**<br><br>*This document relates to:*<br><br>ALL CASES<br><br>(including No. 12-970) | *  MDL NO. 2179<br>*<br>*  SECTION: J<br>*<br>*<br>*<br>*  HONORABLE CARL J. BARBIER<br>*<br>*  MAGISTRATE JUDGE WILKINSON<br>*<br>* |

**ORDER AUTHORIZING TRANSFER OF FUNDS AND CLOSURE OF COMMON BENEFIT FEE AND COSTS FUND**

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

IT IS HEREBY ORDERED that:

J.P. Morgan be and is hereby authorized and directed to transmit any remaining funds, estimated to be $31,524.56 as of December 31, 2018 to the Plaintiffs' Steering Committee's Shared Expense Account (BP MDL 2179 PSC Account) held at Whitney Bank bearing account number 718773489 for their use in further expenses and/or administration as deemed necessary by Co-Liaison Counsel.

IT IS HEREBY ORDERED that:

J.P. Morgan be and is hereby authorized and directed to close the Common Benefit Fee and Costs Fund after the transfer of remaining funds to the Plaintiffs' Steering Committee's Shared Expense Account.

**S**IGNED in New Orleans, Louisiana this _____ day of _____, 2019.

                                                        _____
                                                       **CARL J. BARBIER**
                                                       **UNITED STATES DISTRICT JUDGE**