UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *All Cases* | * | **MAG. JUDGE WILKINSON** |
| | * | |

### NOTICE OF COURT'S INTENT TO CLOSE CASES AND ORDER TO SHOW CAUSE

The Court understands that all claims asserted in the cases listed on Exhibit 1 attached hereto have been resolved—in most instances through settlement but occasionally by other means—and there are no viable claims remaining in litigation. However, these cases still appear to be open, if only as a technical matter, on the Court's docket. Accordingly, the Court hereby informs the parties of its intention to issue an Order instructing the Clerk of Court to **CLOSE** each of the 349 cases listed on Exhibit 1. **Any party who believes its case should not be closed shall file by February 27, 2019 a written response explaining why its case should not be closed.** [1]

In the event a party believes its case should not be closed for the reason that it has an unresolved claim in litigation for punitive damages against Transocean or Halliburton, that party should explain, perhaps in addition to other things, (1)

---

[1] Responses should be filed in the MDL 2179 master docket (10-md-2179), not in the individual docket for the member case. The Court notes that merely serving a document via File & ServeXpress is not equivalent to "filing" that document with the Court.

whether the party actually alleged claims against Transocean or Halliburton in the party's complaint and (2) why any claims it did assert in its complaint against Transocean or Halliburton are not precluded by the class-wide releases found in the Transocean and Halliburton Punitive Damages and Assigned Claims Settlement Agreements (Rec. Docs. 15332, 14644) and the Court's Final Order and Judgment approving same (Rec. Doc. 22253).

New Orleans, Louisiana, this 19th day of February, 2019

_____
United States District Judge

**Note to Clerk: Mail copies of this Notice and Exhibit 1 to the plaintiffs in the following cases, who appear to be pro se.**

| | |
|---|---|
| Lowe, Tory Anthony | 16-04003 |
| MacDonald, Martin S. | 16-04141 |
| McBride, Rico/Queen Esther Commercial Fishing | 16-04324 |
| Power House Church of God Holy Ghost Power | 16-04322 |
| Terry, Alan R. | 16-04139 |
| Wyatt, Grant McAllen Chambers | 16-05492 |