EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| Row | Case Name | Case Number |
|---|---|---|
| 1 | A-1 Bail Bonds of LaFourche, LLC, et al. v. BP Exploration & Production Inc., et al. | 13-01085 |
| 2 | Aaron, James, et al. v. BP Exploration & Production Inc. | 13-04680 |
| 3 | ADX Communications of Escambia, LLC... v. BPXP et al. | 16-04995 |
| 4 | Ahumada, Benito v. BP Exploration & Production Inc., et al. | 16-04860 |
| 5 | AK Trawlers, et al. v. BP Exploration & Production Inc., et al. | 16-05394 |
| 6 | Akkerhuis, Gerard, et al. v. BP Exploration & Production Inc., et al. | 16-05042 |
| 7 | All-Pro Safety Supply & Installations, Inc. v. BP P.L.C. et al. | 16-05950 |
| 8 | Anthony J. Cutrera, Jr. d/b/a Cutrera Trucking, LTD. v BPXP Inc., et al. | 13-01641 |
| 9 | Aparicio Walker & Seeling, Inc., et al. v. BP Exploration & Production Inc., et al. | 13-01345 |
| 10 | Aparicio, Alfred v. BPXP et al. | 16-05404 |
| 11 | Aparicio, Bernabie v. BP Exploration & Production Inc., et al. | 16-05417 |
| 12 | Araguel, Patrick J. Jr. v. BPXP et al. | 16-05043 |
| 13 | Askegard, Vernon R. v. BPXP, Inc. et al | 16-05048 |
| 14 | Atkinson & Son's Moving, et al. v. BP Exploration & Production Inc., et al. | 16-05653 |
| 15 | Autumn Pines Developers, LLC v. BPXP, et al. | 16-05014 |
| 16 | Aycock, Aaron B., et al. v. BPXP, et al. | 16-05049 |
| 17 | Baehr, Janice c., et al. v. BP Exploration & Production Inc., et al. | 16-05051 |
| 18 | Bagwell, Diane G., et al. v. BP Exploration & Production Inc., et al. | 16-05052 |
| 19 | Baker Pile Driving & Site Work, L.L.C. v. BP Exploration & Production, Inc., et al. | 13-00803 |
| 20 | Baldwin County Board of Education v. BP Exploration & Production Inc., et al. | 13-02381 |
| 21 | Baldwin County, Alabama v. BP Exploration & Production Inc., et al. | 12-01089 |
| 22 | Barber, Peter v. BP plc, et al | 10-03249 |
| 23 | Bardin, Tracy L. v. BPXP, et al. | 16-05055 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 24 | Barfield Baitfish, et al. v. BP Exploration & Production Inc., et al. | 13-02397 |
| 25 | Barlow, Ramona v. BP p.l.c., et al. | 16-06276 |
| 26 | Barrow, Sara v. BP Exploration & Production Inc., et al. | 16-06292 |
| 27 | Bateco, LLC v. BPXP, et al. | 16-05056 |
| 28 | Bates v. BP Exploration & Production Inc., et al. | 16-05510 |
| 29 | BB&P, LLC v. BPXP, Inc. et al | 16-05057 |
| 30 | BBCL Enterprises, LLC v. BP Exploration & Production Inc. et al | 13-01951 |
| 31 | Bebo's Express No. 2 v. BPXP, et al. | 16-06173 |
| 32 | Behr, John R. Jr., as Trustee for John R. Behr, Jr. Trust v. BPXP, et al. | 16-05509 |
| 33 | Bell, Walter A. v. BPXP et al. | 16-05515 |
| 34 | Bennett, Donald S., et al. v. BP Exploration & Production Inc., et al. | 16-05058 |
| 35 | Bergeron, Jason v. BPXP Inc., et al. | 13-01089 |
| 36 | Best, Laurence, et al. v. BP Exploration & Production Inc., et al. | 13-01463 |
| 37 | Bez Fabrication, Inc. v. BPXP, et al. | 16-06366 |
| 38 | Bezmalinovic, Juro v. BPXP, Inc. et al | 16-06365 |
| 39 | Black Gold Exploration, et al. v. BP Exploration & Production Inc., et al. | 16-04990 |
| 40 | Blake International USA Rigs, LLC et al. v. BPXP et al. | 13-01185 |
| 41 | Blanchard, Cathy v. BPXP, Inc. et al. | 13-00994 |
| 42 | Blaylock Oil Company v. BP Exploration & Production Inc., et al. | 13-02572 |
| 43 | Blue Water Development, LLC v. BPXP et al. | 16-05309 |
| 44 | Boardwalk #C-8, LLC v. BPXP, Inc. et al | 16-05061 |
| 45 | Bolerakis, George, et al. v. BP Exploration & Production Inc., et al. | 13-01913 |
| 46 | Bolton, Charles et al v. BPXP, Inc., et al | 13-02024 |
| 47 | Bonin, et al. v. BP America, et al. | 10-04272 |
| 48 | Boone, Arthur G. Sr. v. BP Exploration & Production Inc., et al. | 16-05537 |
| 49 | Boullion, Brandon, et al. v. Anadarko Petroleum Corporation, et al. | 11-00923 |
| 50 | BP Exploration & Production, et al. v. HESI | 11-01054 |
| 51 | Bradshaw, James N., et al. v. BP Exploration & Production Inc., et al. | 16-05066 |
| 52 | Brahan, Hugh C. v. BPXP, Inc. et al. | 16-05067 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| 53 | Brite Star Custom Yachts, LLC v. BPXP Inc., et al. | 13-01365 |
|---|---|---|
| 54 | Broussard, Kenneth Jr., et al. v. BP Exploration & Production Inc., et al. | 13-01888 |
| 55 | Brown, Douglas Harold, et al. v. BP Exploration & Production Inc., et al. | 11-01774 |
| 56 | Buena Vida #28, LLC v. BPXP, Inc. et al | 16-05069 |
| 57 | Burns, Broward v. BP p.l.c., et al. | 16-06286 |
| 58 | Burrell, Soyna L., et al. v. BP Exploration & Production Inc., et al. | 16-05805 |
| 59 | California Cycles Auto Plaza Inc. v. BP p.l.c. et al | 16-05927 |
| 60 | Camacho, Leonso v. BP p.l.c., et al. | 16-06140 |
| 61 | Camden Court Development, LLC v. BP Exploration & Production Inc., et al. | 13-02750 |
| 62 | Campbell, Michael A. et al. v. BP Exploration & Production Inc., et al. | 16-05071 |
| 63 | Carter, Barbara J. v. BPXP, et al. | 16-05074 |
| 64 | Cervantes, Jose v. BP Exploration & Production Inc., et al. | 16-06048 |
| 65 | Chris-Lyndon, LLC v. BPXP, Inc. et al. | 16-05077 |
| 66 | City of Baton Rouge, Louisiana v. BPXP, Inc., et al. | 13-05373 |
| 67 | City of Cedar Key v. BPXP, Inc., et al. | 13-02685 |
| 68 | City of Mobile v. Halliburton, et al. | 15-04821 |
| 69 | Colberg, Wendell N., et al. v. BP Exploration & Production Inc., et al. | 16-05080 |
| 70 | Collins, Harry H., et al. v. BP Exploration & Production Inc., et al. | 16-05082 |
| 71 | Coogan, Mary K. v. BPXP, et al. | 16-05516 |
| 72 | Cook, Michael R., et al. v. BP Exploration & Production Inc., et al. | 16-05786 |
| 73 | Coop Marine Railways, LLC v. BPXP et al. | 16-05081 |
| 74 | Cormier, Lee J. Jr., et al. v. BP Exploration & Production Inc., et al. | 16-05083 |
| 75 | Craighead, Michael T., et al. v. BP Exploration & Production Inc., et al. | 16-05085 |
| 76 | Craigside Leasing, LLC v. BPXP, Inc. et al. | 16-05091 |
| 77 | Creel, William E., et al. v. BP Exploration & Production Inc., et al. | 16-05789 |
| 78 | Crestview Wholesale Building Supply, Inc. d/b/a Crest Supply v. BPXP, Inc. et al | 16-05018 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 79 | Crowdis, Marianne, et al. v. BP Exploration & Production Inc., et al. | 16-05094 |
| 80 | Cutrer, Jason et al. v. BPXP et al. | 11-02319 |
| 81 | Danos, Russell, et al. v. BP Exploration & Production Inc., et al. | 13-01139 |
| 82 | Dawson, Mark, et al. v. BP Exploration & Production Inc., et al. | 16-06380 |
| 83 | De Balthazar, Pandora C. v. BPXP et al. | 16-05120 |
| 84 | Dean, Richard R. et al v. BPXP, Inc. et al | 16-05791 |
| 85 | Delacroix Corp. v. BPPNA, et al. | 11-01317 |
| 86 | Dempsey, William R. v. BPXP et al. | 16-05794 |
| 87 | Denton, John R. v. BPXP, et al. | 16-05520 |
| 88 | Diamond, Ben J. v. BPXP, et al. | 16-05121 |
| 89 | Dickinson, John v. BP Exploration & Production Inc., et al. | 16-04843 |
| 90 | Dios, Michael F., et al. v. BP Exploration & Production Inc., et al. | 16-05524 |
| 91 | Doran Seafood, LLC, v. BPXP, Inc., et al | 13-01606 |
| 92 | Drilling And Completion Supervisors, Inc., v. BPXP, Inc. | 13-01515 |
| 93 | DT, LLC v. BPXP, Inc. et al | 16-05141 |
| 94 | Duch, Brett R. et al. v. BPXP, Inc. et al. | 16-05144 |
| 95 | Ducic, Steven, et al. v. BP Exploration & Production Inc., et al. | 16-05529 |
| 96 | Dunbar, Jayne L., et al. v. BP Exploration & Production Inc., et al. | 16-05796 |
| 97 | Duplantis, Morris, et al. v. BP Exploration & Production Inc., et al. | 13-01124 |
| 98 | Dupuis, James G. v. BPXP et al. | 16-05145 |
| 99 | Durta, Bryan J. v. BPXP, Inc. et al. | 16-05536 |
| 100 | Emerald Coast Development, LLC v. BPXP, Inc. et al | 16-05314 |
| 101 | Environmental Wetlands Recovery Services, LLC, et al. v. BP Exploration & Production Inc., et al. | 13-01146 |
| 102 | Ethan G., Inc. v. BPXP et al. | 16-07394 |
| 103 | Eugene I. Davis, as Trustee of The Seahawk Liquidating Trust v. BPXP, Inc. et al. | 13-01386 |
| 104 | Fairey, Hazel M. v. BPXP et al. | 16-05540 |
| 105 | First Bank Corporation and First Bank and Trust v. BPXP, Inc., et al. | 13-01415 |
| 106 | Fishermans Wharf of Clearwater, Inc. v. BP P.L.C. et al. | 16-05932 |
| 107 | Flomaton Tenn, LLC v. BPXP, Inc. et al | 16-05021 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 108 | Foret, Connie, et al. v. BP Exploration & Production Inc., et al. | 13-01901 |
| 109 | Fountain Powerboats, Inc., et al. v. BP Exploration & Production Inc., et al. | 13-01812 |
| 110 | Fowler, Dwayne K. v. BPXP, Inc. et al | 16-05161 |
| 111 | Fransen & Hardin v. BPXP Inc., et al. | 13-01164 |
| 112 | Freeport Tenn, LLC v. BPXP, Inc. et al | 16-05024 |
| 113 | Frew, John A., et al. v. BP Exploration & Production Inc., et al. | 16-05162 |
| 114 | Furlong, Kathryn L., et al. v. BP Exploration & Production Inc., et al. | 16-05165 |
| 115 | Garraway, Vibert v. BP Exploration & Production Inc., et al. | 16-05658 |
| 116 | Gaudet, Maurice, et al. v. BP p.l.c., et al. | 16-03795 |
| 117 | Gauthier Jr., Hewitt, et al. v. BP Exploration & Production Inc., et al. | 13-01137 |
| 118 | Gelinas, Gerard, et al. v. BP p.l.c., et al. | 12-01005 |
| 119 | Gelinas, Shannon, et al. v. BP p.l.c., et al. | 13-02777 |
| 120 | General Crane Service, LLC. v. BPXP, Inc., et al | 13-01113 |
| 121 | General Oilfield Trucking, Inc v. BPXP, Inc., et al | 13-01121 |
| 122 | Get it Done Services, LLC v. BPXP et al. | 16-05744 |
| 123 | Gourgues, Lori L. v. BPXP, Inc. et al | 16-04833 |
| 124 | Grandma, Inc. v. BPXP et al. | 16-07395 |
| 125 | Graphic Techniques, Inc. DBA Metro Custom Homes v. BP Exploration & Production Inc., et al. | 13-01839 |
| 126 | Green, Christopher R. et al. v. BPXP et al. | 16-05028 |
| 127 | Green, Mildred H. v. BPXP, Inc. et al. | 16-05543 |
| 128 | Griggs, Odell Jr. v. BP Exploration & Production Inc., et al. | 16-05638 |
| 129 | Groves, Donald Ray, et al. v. BPXP, et al. | 16-05029 |
| 130 | Guajardo, Jeffrey v. BP Exploration & Production Inc., et al. | 16-04895 |
| 131 | Guajardo, Julio v. BPXP, et al. | 16-05909 |
| 132 | Gulf Shores Multifamily Partners, Ltd. v. BPXP, Inc. et al | 16-05036 |
| 133 | Hall, Jo A., et al. v. BP Exploration & Production Inc., et al. | 16-05548 |
| 134 | Halliburton Energy Services, Inc. v. BPXP, et al | 12-00390 |
| 135 | Hamilton, Sonya T., et al. v. BP Exploration & Production Inc., et al. | 16-05129 |
| 136 | Hanley, Heidy M. v. BPXP et al. | 16-05172 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 137 | Harborwalk Two, LLC v. BPXP et al. | 14-01872 |
| 138 | Hargroder, Don, et al. v. BP P.L.C., et al. | 13-01168 |
| 139 | Harrison, Suzann R. et al v. BPXP, Inc. et al | 16-05177 |
| 140 | Harvill, Karolyn M. v. BPXP, et al. | 16-05181 |
| 141 | Hazelrig, William C., et al. v. BP Exploration & Production Inc., et al. | 16-05184 |
| 142 | HESI v. BPXP, Inc. | 11-01986 |
| 143 | Hickman, John R., et al. v. BP Exploration & Production Inc., et al. | 16-05187 |
| 144 | Hiller Products, Inc. v. BP Exploration & Production Inc., et al. | 16-05875 |
| 145 | Hilyer, William D. v. BPXP et al. | 16-05191 |
| 146 | Holderman, Robert v. BPXP et al. | 16-05551 |
| 147 | Home Protection Systems, Inc. v. BP Exploration & Production Inc., et al. | 16-04787 |
| 148 | Hondo Enterprises, Inc. v. BPXP Inc., et al. | 13-01484 |
| 149 | Honkers, Inc. v. BP Exploration & Production Inc., et al. | 16-11855 |
| 150 | Horton Family Limited Partnership v. BPXP et al. | 16-05193 |
| 151 | Horton, Rex A. et al. v. BPXP, Inc. et al. | 16-05555 |
| 152 | Hose Specialty & Supply Co. of Lafayette, LLC v. BPXP Inc., et al. | 13-01533 |
| 153 | Hose Specialty & Supply Co. of Shreveport, LLC v. BPXP et al. | 13-01516 |
| 154 | Hose Specialty & Supply Co. Port Store, LLC v. BPXP Inc., et al. | 13-01544 |
| 155 | Hub Energy Services, Inc. v. BPXP Inc., et al. | 13-01161 |
| 156 | Hutt Insurance Agency, Inc. v. BPXP Inc., et al. | 13-02911 |
| 157 | Ieracitano, Joseph P., et al. v. BP Exploration & Production Inc., et al. | 16-05563 |
| 158 | Ingram, Allen R., et al. v. BPXP, et al. | 11-01258 |
| 159 | J.M. Prout Real Estate Investments, LLC v. BP Exploration & Production Inc., et al. | 16-05201 |
| 160 | Jackson, Douglas v. BP p.l.c. et al. | 16-05951 |
| 161 | Jankowski, Melody v. BP p.l.c. et al. | 16-06183 |
| 162 | Jarmusz, Joseph D., et al. v. BP Exploration & Production Inc., et al. | 16-05197 |
| 163 | Jasper, Karen L. v. BPXP, et al. | 16-05198 |
| 164 | JEL Investments III, LLC v. BPXP, Inc. et al. | 13-01835 |
| 165 | JEM-PC Beach, LLC v. BP Exploration & Production Inc., et al. | 16-05490 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| 166 | JMW, Inc. v. BP Exploration & Production Inc., et al. | 16-04779 |
| --- | --- | --- |
| 167 | John Street & Associates, Inc, et al. v. BP Exploration & Production Inc., et al. | 13-01282 |
| 168 | Johnson & Johnson Commodities, Inc. v. BPXP, Inc. et al. | 13-01769 |
| 169 | Johnson, Sean v. BPAPC | 11-00901 |
| 170 | Johnson, William S., et al. v. BP Exploration & Production Inc., et al. | 16-05206 |
| 171 | Josh & Jake, Inc. v. BPXP, et al. | 16-07386 |
| 172 | Joyner, Lee v. BP plc, et al. | 16-05936 |
| 173 | Keegan, Michael C. v. The State of Louisiana, et al. | 13-00189 |
| 174 | Kershaw, Scotty, et al. v. BP America, et al. | 10-04271 |
| 175 | Kiff, Hank v. BPXP et al. | 13-01309 |
| 176 | Kozy MHP, LLC et al. v. BPXP et al. | 13-05779 |
| 177 | Kritzer, Joshua, et al. v. Transocean, et al. | 10-04427 |
| 178 | KVS Development, LLC v. BP Exploration & Production Inc., et al. | 16-05336 |
| 179 | Ladner, Keath v. BPXP Inc., et al | 13-01037 |
| 180 | Lafayette City-Parish Consolidate Government v. BPXP, Inc. | 13-01715 |
| 181 | Lagasse, Mike v. BPXP et al. | 16-05731 |
| 182 | LaMer Condominium Association of N.W. Florida, Inc. v. BPXP, Inc. et al. | 16-05571 |
| 183 | Lasseigne Eric, et al. v. BP Exploration & Production Inc., et al. | 13-01908 |
| 184 | LeBrun, Dale v. BP Exploration & Production Inc., et al. | 16-06351 |
| 185 | Legacy Offshore, LLC v. BPXP, Inc. | 13-00707 |
| 186 | Leonhard, Jr., Alan T., et al. v. BP Exploration & Production Inc., et al. | 13-01242 |
| 187 | Lersch, Carol A. v. BPXP et al. | 16-05575 |
| 188 | Lillie, Kent E., et al. v. BP Exploration & Production Inc., et al. | 16-05214 |
| 189 | Lisenby Palms, Inc. v. BP P.L.C. et al. | 16-06274 |
| 190 | Longnecker Properties, Inc. v. BPXP, Inc. | 13-00704 |
| 191 | Louisiana Dept. of Environmental Quality v. BP Exploration & Production Inc. | 11-02529 |
| 192 | Louisiana Land And Exploration Company, LLC v. BP Exploration & Production Inc., et al. | 13-01387 |
| 193 | Lowe, Tory Anthony v. BP | 16-04003 |
| 194 | MAA, LLC v. BP p.l.c. et al. | 16-05963 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 195 | MacDonald, Martin S. v. BP Oil | 16-04141 |
| 196 | Marr, Thomas Albert, et al. v. BP Exploration & Production Inc., et al. | 16-05579 |
| 197 | Martin, Danny L. v. BPXP, Inc. et al. | 16-05215 |
| 198 | Mashburn v. BP Exploration & Production Inc., et al. | 16-03925 |
| 199 | Mason, Bethany R., et al. v. BP Exploration & Production Inc., et al. | 16-05256 |
| 200 | Mason, Ronald M. et al v. BPXP, Inc. et al | 16-05633 |
| 201 | Matherne, Wayne A. v. BPXP, Inc., et al. | 13-01911 |
| 202 | May Investment, LLC v. BPXP, Inc. et. al. | 13-01607 |
| 203 | McBride, et al. v. Oil Spill by the Oil Rig Deepwater Horizon | 16-04324 |
| 204 | McGill, Louis M., et al. v. BP Exploration & Production Inc., et al. | 16-05858 |
| 205 | McGill, Ray Fernell v. BPXP, Inc. et al | 16-07413 |
| 206 | McLeod, Donald M., et al. v. BPXP, et al. | 16-05584 |
| 207 | Melville Equipment Company, LLC v. BPXP, Inc., et al. | 13-01573 |
| 208 | Mercer, Joseph, et al. v. BP Exploration & Production Inc., et al. | 16-05589 |
| 209 | Merting, John W., et al. v. BP Exploration & Production Inc., et al. | 16-05592 |
| 210 | Messmer, Carolyn B., et al. v. BP Exploration & Production Inc., et al. | 16-05259 |
| 211 | Metz, Lawrence v. BP p.l.c., et al. | 16-04892 |
| 212 | Meyer, Colette v. BP P.L.C. et al. | 16-06324 |
| 213 | Midland Pipe, LLC v. BPXP, Inc. | 13-01159 |
| 214 | Mielke, Blair c., et al. v. BP Exploration & Production Inc., et al. | 16-05599 |
| 215 | Miss Adrianna, Inc. v. BPXP et al. | 16-07388 |
| 216 | Miss Hilary, Inc. v. BP Exploration & Production Inc., et al. | 16-07396 |
| 217 | Moldenhauer, Clint v. BP Exploration & Production, Inc. et al. | 16-05047 |
| 218 | Montalbano, Maryann, et al. v. BP p.l.c., et al. | 16-05933 |
| 219 | Moore, Calvin B. v. BPXP et al. | 16-05603 |
| 220 | Moore, David H. v. BPXP et al. | 16-07310 |
| 221 | Morris, Robert L. v. BPXP, Inc. et al | 16-05607 |
| 222 | Mortensen, Robert C. et al. v. BPXP, Inc. et al. | 16-05612 |
| 223 | Multihull Enterprises, Inc. v. BPXP Inc., et al. | 13-00887 |
| 224 | MV Gulf King, LLC v. BPXP Inc. et al. | 13-01319 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 225 | Myers Oil Company, Inc. v. BPXP et al. | 16-06460 |
| 226 | Naquin, Tillman, et al. v. BP Exploration & Production Inc., et al. | 13-01914 |
| 227 | New Academy Holding Company, LLC, et al. v. BP Exploration & Production Inc., et al. | 13-01443 |
| 228 | Oakdale Subdivision, Inc., et al. v. BP Exploration & Production Inc., et al. | 13-05096 |
| 229 | Ortega, Teodoro K., et al. v. BP Exploration & Production Inc., et al. | 16-05617 |
| 230 | Oscar & Sandy Pastrana d/b/a Pastrana Framing v. BP Exploration & Production Inc., et al. | 16-04183 |
| 231 | O'Sullivan, John M., et al. v. BP Exploration & Production Inc., et al. | 16-05620 |
| 232 | Oyster Opener Co. v. BPXP, Inc. et al. | 16-05038 |
| 233 | Palmer Clay Pit, LLC et al. v. BP Exploration & Production Inc., et al. | 13-01915 |
| 234 | Palmer, Raymond B., et al. v. BP Exploration & Production Inc., et al. | 16-05262 |
| 235 | Parish of Plaquemines v. BP Exploration & Production Inc. | 13-00316 |
| 236 | Parker, Tiffany A. (f/k/a Tiffany A. Knowles) v. BPXP et al. | 16-05748 |
| 237 | Passman, Melanie E., et al. v. BP Exploration & Production Inc., et al. | 16-05264 |
| 238 | Patrick, Jerry, et al. v. BP Exploration & Production Inc., et al. | 13-01896 |
| 239 | Paulette Y. Austin 2000 Trust v. BP p.l.c. et al. | 16-05935 |
| 240 | Pearce, George G., et al. v. BP Exploration & Production Inc., et al. | 16-05621 |
| 241 | Pearson, Clyde H., et al. v. BP Exploration & Production Inc., et al. | 16-05799 |
| 242 | Peirce, Frank v. BPXP et al. | 16-05803 |
| 243 | Pentecost, Thomas M. et al. v. BPXP, Inc. et al | 16-05266 |
| 244 | Penzone, David C. v. BPXP et al. | 16-05269 |
| 245 | Perry, Christian D. v. BPXP, Inc. et al. | 16-05286 |
| 246 | Perry, Robert E., et al. v. BP Exploration & Production Inc., et al. | 16-05287 |
| 247 | Person, Brett T., et al. v. BP Exploration & Production Inc., et al. | 16-05622 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 248 | Petty, Larry D., et al. v. BP Exploration & Production Inc., et al. | 16-05293 |
| 249 | Phan, Hung Thanh v. BP Exploration & Production Inc., et al. | 16-06352 |
| 250 | Phillips, Kevin v. BP p.l.c., et al. | 16-04885 |
| 251 | Pinellas County, Florida v. BPXP Inc., et al. | 13-02921 |
| 252 | Pinellas County, Florida, by and through its Board of County Commissioners v. BPXP Inc., et al. | 13-03017 |
| 253 | Pinellas County, Florida, by and through its Board of County Commissioners v. BPXP Inc., et al. (2) | 14-01397 |
| 254 | Pinson, Richard c., et al. v. BP Exploration & Production Inc., et al. | 16-05295 |
| 255 | Pleasure Island Commission of the City of Port Arthur, Texas v. BPA, et al. | 12-01424 |
| 256 | Polaris Applied Sciences Inc v. State of Alabama | 15-00555 |
| 257 | Poteet, et al. v. BP Exploration & Production Inc., et al. | 16-06348 |
| 258 | Power House Church of God Holy Ghost Power v. Oil Spill by the Oil Rig Deepwater Horizon | 16-04322 |
| 259 | Premier Properties & Management Company, LLC et al v. BPXP, Inc. et al | 16-05610 |
| 260 | Prestenbach, Anthony v. BPXP, Inc. et al | 16-07390 |
| 261 | Price's Right Roofing, Inc. v. BPXP et al. | 16-06101 |
| 262 | Pupchek, Gregory v. BPXP, et al. | 16-05807 |
| 263 | Quality Metal Works, Inc. v. BP Exploration & Production Inc., et al. | 16-04078 |
| 264 | Ragusa Developers, Inc. v. BPXP, Inc. et al. | 16-05855 |
| 265 | Rebert v. BP Exploration & Production Inc., et al. | 16-03926 |
| 266 | Richard L. Coffman, PC v. BP Exploration & Production Inc., et al. | 16-06251 |
| 267 | Riley, Charles P., et al. v. BP Exploration & Production Inc., et al. | 16-05625 |
| 268 | River 4 Partners, LLC v. BPXP, Inc. et al | 16-05297 |
| 269 | Roshto, Ronald et al. v. BPXP et al. | 11-02521 |
| 270 | Roth, Charles A., et al. v. BP Exploration & Production Inc., et al. | 16-05856 |
| 271 | Roy Johnson d/b/a Beach RV v. BP P.L.C. et al. | 16-05949 |
| 272 | Russell, Scott v. BP America, et al | 11-00906 |
| 273 | Sabine Pass Port Authority v. BPA, et al. | 12-01425 |
| 274 | Sabrina Marie, Inc. v. BPXP et al. | 16-07392 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 275 | Sam's Seafood Market & Oyster Bar, Inc. v. BP p.l.c. et al. | 16-06290 |
| 276 | Sandra G., Inc. v. BPXP et al. | 16-07389 |
| 277 | Santa Rosa Development, LLC v. BPXP, Inc. et al | 16-05157 |
| 278 | Santoro, Joseph v. BP p.l.c., et al. | 16-04877 |
| 279 | Schutzmann, Karl M., et al. v. BP Exploration & Production Inc., et al. | 16-06172 |
| 280 | Scout Boats, Inc. et al. v. BPXP, Inc. et al. | 13-01520 |
| 281 | Scruggs, et al. v. BP Exploration & Production Inc., et al. | 16-05302 |
| 282 | Seagrove Coyote, LLC, et al. v. BP p.l.c., et al. | 16-06338 |
| 283 | Sessa, Lu v. BPXP, et al. | 16-05303 |
| 284 | Shelley, Terrance M. et al. v. BPXP Inc., et al. | 13-01172 |
| 285 | Shinn Management, LLC v. BP Products North America Inc., et al. | 16-05300 |
| 286 | Shipley, Michael v. BP p.l.c. et al | 16-06323 |
| 287 | Sims & Lyons Investments, LLC v. BPXP et al. | 16-05323 |
| 288 | Sims, Craig R., et al. v. BP Exploration & Production Inc., et al. | 16-05307 |
| 289 | Sistrunk, James W., et al. v. BP Exploration & Production Inc., et al. | 16-05615 |
| 290 | SL & S Mobile Transport v. BP P.L.C. et al. | 16-06197 |
| 291 | Slammer Fishing Charters, Inc. v. BPXP et al. | 16-05944 |
| 292 | Slobodian, Stephen A., et al. v. BP Exploration & Production Inc., et al. | 16-05626 |
| 293 | Smith, Timothy c., et al. v. BP Exploration & Production Inc., et al. | 16-05328 |
| 294 | Snooks, Rubert J. v. BPXP, Inc. et al. | 16-05330 |
| 295 | Sopko, Ronald v. BPXP, Inc., et al. | 13-00750 |
| 296 | Southeastern Investments LLC v. BPXP, Inc. et al | 16-05332 |
| 297 | Southern Services and Equipment, Inc. v. BPXP Inc. et al. | 13-02109 |
| 298 | Springhill Hospitals, Inc. v. BPXP et al. | 16-06456 |
| 299 | Starboard Mind, LLC v. BPXP, Inc. et al | 16-05325 |
| 300 | Starboard Village #222, LLC v. BPXP, et al. | 16-05338 |
| 301 | State of Alabama ex rel Luther Strange v. Anadarko Petroleum Corporation Company, et al. | 13-02645 |
| 302 | State of Alabama ex rel Luther Strange v. Halliburton Energy Services Inc. | 13-02647 |
| 303 | State of Alabama ex rel Luther Strange, Attorney General v. BP PLC, et al | 13-02813 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 304 | Steele, Donald R., et al. v. BP Exploration & Production Inc., et al. | 16-05628 |
| 305 | Stephan Karian, as Trustee of Stephan Karian Qualified Personal Residence Trust et al. v. BPXP et al | 16-05567 |
| 306 | Stiel, Hugh, et al v. BPXP, Inc. | 13-01950 |
| 307 | Storr, Cheryle K. v. BPXP, Inc. et al. | 16-05337 |
| 308 | Subway Franchise Company Inc., v. BPXP Inc. | 13-01944 |
| 309 | Sugar Beach Weddings, LLC v. BPXP, et al. | 16-05435 |
| 310 | Summer Place Hotel Associates, LLC v. BPX et al. | 16-05942 |
| 311 | Sylvester Trucking, Inc., et al. v. BP Exploration & Production Inc., et al. | 13-01539 |
| 312 | Terry, Alan R. v. Unidentified Party | 16-04139 |
| 313 | The City Of Tampa, Florida v. BPXP, Inc., et al | 13-02828 |
| 314 | The Garden Restaurant, LLC v. BP p.l.c. et al | 16-05940 |
| 315 | The Town of Grand Isle, et al. v. BPXP, et al. | 11-00893 |
| 316 | The Town of Jean LaFitte, et al. v. BP Exploration & Production Inc., et al. | 13-01397 |
| 317 | Theis, Stephen E., et al. v. BP Exploration & Production Inc., et al. | 16-05344 |
| 318 | Thomas G, Inc. v. BPXP, et al. | 16-07391 |
| 319 | Tiblier, Jack D, et al. v. BP Exploration & Production Inc., et al. | 13-01861 |
| 320 | Tobey, George et al. v. BPXP et al. | 16-03892 |
| 321 | Tobin, Paul et al. v. BP Exploration & Production Inc., et al. | 13-01265 |
| 322 | Tommy's Seafood, Inc. v BPXP, Inc., et al | 13-01517 |
| 323 | Toner, Charles H. et al v. BPXP, Inc. et al | 16-05346 |
| 324 | Total Maintenance of Bay County, Inc. v. BPXP et al. | 16-06080 |
| 325 | Trehern, Walter E. v. BPXP, et al. | 16-03568 |
| 326 | Turner, Hebert, et al. v. BP Exploration & Production Inc., et al. | 16-05349 |
| 327 | Tuttie's Machine and Supply, Inc. v. BP Exploration & Production Inc., et al. | 16-06248 |
| 328 | Twin Oak Construction & Consulting, Inc. v. BP P.L.C. et al. | 16-06268 |
| 329 | Ursenbach, Michael v. BP Exploration & Production Inc., et al. | 16-05889 |
| 330 | Van Camp, William F. et al. v. BPXP et al. | 16-05630 |
| 331 | Vinyard, Herschel T. Jr., et al. v. BP Exploration & Production Inc. et al. | 14-00614 |

EXHIBIT 1: Cases the Court intends to close (listed alphabetically)

| | | |
|---|---|---|
| 332 | W.L. Petrey Wholesale Co. Inc., et al. v. BP Exploration & Production Inc., et al. | 16-05039 |
| 333 | Walsh, Robert, et al. v. BP Exploration & Production Inc., et al. | 16-06022 |
| 334 | Walton County, Florida, et al. v. BP Exploration & Production Inc., et al. | 13-02868 |
| 335 | Watts, Tommy L. v. BPXP, Inc. et al. | 16-05351 |
| 336 | Weisenger Hydro Seeding & Erosion, et al. v. BP Exploration & Production Inc., et al. | 16-05907 |
| 337 | Wes-Pet, Inc. v. BPXP, et al. | 16-04191 |
| 338 | Wes-Pet, Inc., et al. v. BPXP et al. | 13-00923 |
| 339 | Whisper Creek, LLC, et al. v. BP Exploration & Production Inc., et al. | 16-05040 |
| 340 | Whitner, Sherry L. v. BPXP et al. | 16-05354 |
| 341 | Wilco Industrial Services, LLC v. BPXP, et al. | 16-04167 |
| 342 | Wilco Pipeline Contractors, LLC v. BPXP et al. | 16-04194 |
| 343 | Williamson, Michael J., et al. v. BP Exploration & Production Inc., et al. | 16-05358 |
| 344 | Wranglers of the Sea Productions, LLC v. BPXP Inc. et al | 13-01123 |
| 345 | Wyatt, Grant McAllen Chambers v. BP Exploration & Production Inc., et al. | 16-05492 |
| 346 | Yeager, Howard A., et al. v. BP Exploration & Production Inc., et al. | 16-05861 |
| 347 | Yee, et al. v. BP Exploration & Production Inc., et al. | 16-06243 |
| 348 | Zabel, Betty J. v. BPXP, et al. | 16-05501 |
| 349 | Zaks, Steven v. BPXP, Inc. et al | 16-05506 |