UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**RULE TO SHOW CAUSE ORDER**

Considering Knauf Gips KG and Knauf Plasterboard (Tianjin) Co. Ltd.'s Motion to Dismiss;

**IT IS ORDERED** that the plaintiffs/claimants listed in Exhibit A show cause on the _____ day of _____, 2019, at _____ ____.m., why their claims should not be dismissed with prejudice.

**New Orleans, Louisiana,** this _____ day of _____, 2019.

_____
**UNITED STATES DISTRICT JUDGE**
