MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 19, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

**CLAIMS APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Determination Notice and submissions of claimant and its counsel concerning the appeal of Hawkins-Cobb, Inc., Claim No. D3B* * * * * * ("claimant"), denying its claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. No evidence of damaged <u>personal</u> property has been submitted. The real property is <u>not</u> in the Wetlands Real Property zone. It has been separately considered

MJSTAR:  1:10

by the Claims Administrator as a Coastal Real Property claim. No further equitable consideration as a personal property claim is warranted.

                                           JOSEPH C. WILKINSON, JR.
                                         UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**<u>AND</u>**
**HESI/TRANSOCEAN**
**CLAIMS ADMINISTRATOR**