MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 19, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

## **CLAIMS APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Appeal Form, Appeal Determination letter, captain's affidavit, and additional submissions from claimant's counsel concerning the appeal[1] of Jeffrey Verdin, Claim No. 107* * * * * * * ("claimant"), denying his claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law

---

[1] The Claims Administrator's spreadsheet lists Verdin's appeal twice, but in identical terms. It appears to be a single Commercial Fisherman claim and associated appeal.

MJSTAR:  0:55

supporting them. Compensatory damages of the specific type required to support payment from this punitive damages settlement have <u>not</u> been established.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**AND**
**HESI/TRANSOCEAN**
**CLAIMS ADMINISTRATOR**