UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | * | SECTION: J |
| This Document Relates to: | * * | |
| Plaintiff: | ED La. Case No. | * |
| | | * JUDGE BARBIER |

| Plaintiff | ED La. Case No. |
|---|---|
| Sociedad Cooperative 9 Hermanos | 16-05993 |
| Sociedad Cooperative Bajo de Carsario | 16-05983 |
| Sociedad Cooperativa Cabo Catoche | 16-05984 |
| Sociedad Cooperativa Cholenco Tours | 16-06025 |
| Ensenada de Celestun | 16-06297 |
| Ensueno del Caribe | 16-05979 |
| Fraternidad Ambiental | 16-06002 |
| Isla Morena | 16-05980 |
| Isla Pasion | 16-05981 |
| La Pobre de Dios | 16-06300 |
| Laguna Rosada | 16-06304 |
| Lancheros Tursisticos Damero | 16-05995 |
| Lancheros Turisticos Laguna de Yalahau | 16-06007 |
| Nohuch Cuch | 16-06306 |
| Pulperos del Caribe | 16-06011 |
| Vanguardia del Mar | 16-05982 |
| El Meco Tours | 16-06294 |
| Isla Holbox | 16-06018 |
| Abad Gonzalez Perez | 16-04571 |
| Aide Perez Valdez | 16-04717 |
| Angel Ramos Carranza | 16-04775 |
| Armando Delgado Rios | 16-04586 |
| Artemio Aran Blanco | 16-04345 |

| | |
|---|---|
| Baudelio Cruz Coronel | 16-04345 |
| Dario Moreno Santiago | 16-04556 |
| Eusebio Landeros Vega | 16-05315 |
| Evelio Jimenez Perez | 16-04783 |
| Fernando Blanco Aran | 16-04499 |
| Flor Idilia Blanco Ortega | 16-04521 |
| Francisco Chirino Moscoso | 16-04563 |
| Francisco Rangel Hernandez | 16-04724 |
| Francisco Sosa Moreno | 16-04797 |
| Frederico Cruz Santiago | 16-04594 |
| Gerson Bautista Torres | 16-04512 |
| Guillermina Castro Joguitud | 16-04550 |
| Guillermina Hernandez Saldana | 16-04567 |
| Hermilio Duran Martinez | 16-04762 |
| Horacio Morales Cruz | 16-04802 |
| Joaquin Delgado Ortiz | 16-04584 |
| Joel Franco Cruz | 16-04684 |
| Jose Luis Palacios Medina | 16-04806 |
| Luis Enrique Martinez Lorenzo | 16-04712 |
| Maria Esther Martinez Castillo | 16-04873 |
| Miguel Zaleta Reyes | 16-04730 |
| Pablo Ernesto Zamora Sanchez | 16-04706 |
| Ramiro Villalobos Delgado | 16-04697 |
| Ricardo Heredia Reyes | 16-04769 |
| Rito Zaleta Saldana | 16-04700 |

| | | | |
|---|---|---|---|
| Roberto Marcelino Maya | 16-04866 | * * | MAGISTRATE WILKINSON |
| Rosalina Cruz Davila | 16-04599 | * | MOTION TO RECONSIDER |
| Ruben Ramirez Gallardo | 16-04777 | * | |
| Ruben Sosa Gonzalez | 16-04788 | | |
| Santos Aguilar Castandeda | 16-04349 | | |
| Sara Sanchez Garcia | 16-04543 | | |
| Saturnino Delgado Gallardo | 16-04574 | | |
| Severo Alcocer Morales | 16-04476 | | |
| Tereso Cruz | 16-05710 | | |
| Victor Manuel Garcia Hernandez | 16-04786 | | |
| Victor Reyes Gomez | 16-04692 | | |

                                                          *
                                                          *

## MOTION TO RECONSIDER

**MAY IT PLEASE THE COURT:**

     Comes now certain Plaintiffs listed on Exhibit 2 to Pretrial Order 67 ("PTO 67")[Doc. 25370-4], and asks for Reconsideration of its February 5, 2019 Pretrial Order, in support thereof, would state the following:

     1.     On February 5, 2019 this Honorable Court issued PTO 67 [Doc. 2570] splitting the remaining cases in Pleading Bundle B1 into two separate categories: the first, on Exhibit 1, and subject to a mandatory mediation process; the second, on Exhibit 2, are subject to dispositive motion practice by the BP defendants;

     2.     Instant movants are plaintiffs with cases on Exhibit 2 and are all either fishing or tourist co-operatives located and operating at the time of the spill in Mexico and Mexican territorial waters;

3.  All movants have been deemed material compliant with past PTOs and have recently supplied sworn written statements which include damage modeling, damage calculations, and in certain instances ecological reports establishing oiling of Mexican waters and damage to the environment as a result of the 2010 BP oil spill; and,

4.  The cooperatives, by and through their undersigned counsel, request Reconsideration of this Court's PTO 67 and, in the interest of judicial economy, request to be included in the mandatory mediation process.

**WHEREFORE**, for the reasons more fully set out in the contemporaneously filed Brief in Support of Motion to Reconsider, the movants respectfully request that this Honorable Court reconsider PTO 67 and allow them to participate in the mandatory mediation process alongside other B1 plaintiffs that have been ordered to do so.

Respectfully Submitted,

*/s/ Frederick T. Kuykendall III*
Frederick T. Kuykendall, III
The Kuykendall Group, LLC
PO Box 2129
Fairhope, AL 36533
ftk@thekuykendallgroup.com
(205) 434-2866

*/s/ Grant D. Amey*
Grant D. Amey
Law Office of Grant D. Amey, LLC
PO Box 67
Fairhope, AL 36533
grantamey@grantamey.com
(251) 716-0317

*/s/ Mitchell A. Toups*
Mitchell A. Toups
Weller Green Toups & Terrell
Beaumont, TX 77704
matoups@wgttlaw.com
(409) 951-2351

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Reconsider has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of February, 2019.

/s/ *Frederick T. Kuykendall III*
Frederick T. Kuykendall, III
The Kuykendall Group, LLC
PO Box 2129
Fairhope, AL 36533
ftk@thekuykendallgroup.com
(205) 434-2866