UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| This Document Relates to: | * * | |
| Plaintiff: ED La. Case No. | * * | JUDGE BARBIER |

| Plaintiff | ED La. Case No. |
|---|---|
| Sociedad Cooperative 9 Hermanos | 16-05993 |
| Sociedad Cooperative Bajo de Carsario | 16-05983 |
| Sociedad Cooperativa Cabo Catoche | 16-05984 |
| Sociedad Cooperativa Cholenco Tours | 16-06025 |
| Ensenada de Celestun | 16-06297 |
| Ensueno del Caribe | 16-05979 |
| Fraternidad Ambiental | 16-06002 |
| Isla Morena | 16-05980 |
| Isla Pasion | 16-05981 |
| La Pobre de Dios | 16-06300 |
| Laguna Rosada | 16-06304 |
| Lancheros Tursisticos Damero | 16-05995 |
| Lancheros Turisticos Laguna de Yalahau | 16-06007 |
| Nohuch Cuch | 16-06306 |
| Pulperos del Caribe | 16-06011 |
| Vanguardia del Mar | 16-05982 |
| El Meco Tours | 16-06294 |
| Isla Holbox | 16-06018 |
| Abad Gonzalez Perez | 16-04571 |
| Aide Perez Valdez | 16-04717 |
| Angel Ramos Carranza | 16-04775 |
| Armando Delgado Rios | 16-04586 |
| Artemio Aran Blanco | 16-04345 |

| Name | Case No. |
|---|---|
| Baudelio Cruz Coronel | 16-04345 |
| Dario Moreno Santiago | 16-04556 |
| Eusebio Landeros Vega | 16-05315 |
| Evelio Jimenez Perez | 16-04783 |
| Fernando Blanco Aran | 16-04499 |
| Flor Idilia Blanco Ortega | 16-04521 |
| Francisco Chirino Moscoso | 16-04563 |
| Francisco Rangel Hernandez | 16-04724 |
| Francisco Sosa Moreno | 16-04797 |
| Frederico Cruz Santiago | 16-04594 |
| Gerson Bautista Torres | 16-04512 |
| Guillermina Castro Joguitud | 16-04550 |
| Guillermina Hernandez Saldana | 16-04567 |
| Hermilio Duran Martinez | 16-04762 |
| Horacio Morales Cruz | 16-04802 |
| Joaquin Delgado Ortiz | 16-04584 |
| Joel Franco Cruz | 16-04684 |
| Jose Luis Palacios Medina | 16-04806 |
| Luis Enrique Martinez Lorenzo | 16-04712 |
| Maria Esther Martinez Castillo | 16-04873 |
| Miguel Zaleta Reyes | 16-04730 |
| Pablo Ernesto Zamora Sanchez | 16-04706 |
| Ramiro Villalobos Delgado | 16-04697 |
| Ricardo Heredia Reyes | 16-04769 |
| Rito Zaleta Saldana | 16-04700 |

| | | | |
|---|---|---|---|
| Roberto Marcelino Maya | 16-04866 | * * | **MAGISTRATE WILKINSON** |
| Rosalina Cruz Davila | 16-04599 | * | **BRIEF IN SUPPORT OF MOTION TO** |
| Ruben Ramirez Gallardo | 16-04777 | * | **RECONSIDER** |
| Ruben Sosa Gonzalez | 16-04788 | | |
| Santos Aguilar Castandeda | 16-04349 | | |
| Sara Sanchez Garcia | 16-04543 | | |
| Saturnino Delgado Gallardo | 16-04574 | | |
| Severo Alcocer Morales | 16-04476 | | |
| Tereso Cruz | 16-05710 | | |
| Victor Manuel Garcia Hernandez | 16-04786 | | |
| Victor Reyes Gomez | 16-04692 | | |

_____ * *

## **PROPOSED ORDER**

This matter coming before the Court on certain Plaintiffs' Motion to Reconsider Pretrial Order 67 ("PTO 67")[Doc. 25370-4], the motion is hereby GRANTED. Movants are now subject to the mandatory mediation process described in Doc. 25370 and shall supply FRCP 26 initial disclosures no later than April 15, 2019.

DATE:

_____