# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL 2179 |
| | SECTION: J(2) |
| **This Document Relates To:** | JUDGE BARBIER |
| *All Cases* | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion for Approval to Transfer Funds and Close Aggregate Common Benefit Fee and Costs Fund. (Rec. Doc. 25397). The movers have informed the Court that they intend to re-file this motion after making certain changes. Accordingly,

IT IS ORDERED that the Motion for Approval to Transfer Funds and Close Aggregate Common Benefit Fee and Costs Fund (Rec. Doc. 25397) is DENIED without prejudice.

New Orleans, Louisiana, this 20th day of February, 2019.

_____
United States District Judge