## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| Applies to: | |
| Civil Action No. 2:17-cv-06800 | JUDGE CARL BARBIER |
| | MAG. JUDGE WILKINSON |
| Michael E. Dean v. British Petroleum (BP) Oil Company | |

## NOTICE OF COMPLIANCE WITH PTO 66 COMPLIANCE ORDER

COMES NOW the undersigned, Plaintiff Michael E. Dean, through his undersigned counsel, and provides this Notice of Compliance in response to the Court's PTO 66 Compliance Order of January 31, 2019 (Docket No. 25356). Plaintiff hereby certifies that he is simultaneously filing in his individual case his completed PTO 63 Sworn Statement and accompanying paperwork, as directed by this Honorable Court. (See Rec. Doc. 25356, at 15-16).

Because Plaintiff has complied with the Court's Order, Plaintiff prays that the Court issue an Order granting his Motion to Correct Clerical Error and re-open his case, which was previously closed by the Order of September 6, 2018 (Rec. Doc. 24814).

Respectfully submitted,

/s/ Paul A. Dominick
Paul A. Dominick       Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Plaintiffs

Dated: February 20, 2019

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of February, 2019.

/s/ Paul A. Dominick
Paul A. Dominick