**A True Copy**
**Certified order issued Feb 07, 2019**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

General Docket No. 2019-2

_____

In Re: DEEPWATER HORIZON,

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R:

On September 8, 2015, a panel of this court entered an administrative order directing the clerk's office to open under seal all future appeals from the discretionary review of settlement claims pursuant to the Economic and Property Damages Settlement Agreement approved in the district court. *See* Court Order, In Re: Deepwater Horizon, 785 F.3d 986 (5th Cir. 2015) (No. 13-30843).

IT IS ORDERED, the above panel order is VACATED. The clerk will enter this order in all pending appeals stemming from the discretionary review of settlement claims and direct the parties to respond as to why those cases (or matters in those cases) should remain sealed. If a party indicates the appeal should remain sealed, the clerk will submit the responses to the court for review and action.

The clerk will open future appeals stemming from the discretionary review of settlement claims under seal only when the underlying case was sealed by the district court. After opening the case as sealed, the clerk will follow the same procedure set forth above to obtain the parties' response as to why the appeal should remain sealed, and then provide that information to the court.

_____s/Chief Judge Carl E. Stewart_____
CHIEF JUDGE CARL E. STEWART
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
ENTERED ON BEHALF OF THE
EN BANC COURT

\* Judge Smith and Judge Ho did not participate in the En Banc Court's consideration and determination to issue this order.