# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 15, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-30843   In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

The parties need not respond to this order in this case, as the case is closed. The order is only being entered in this case to vacate the court's previous order.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Allison G. Lopez, Deputy Clerk
                                  504-310-7702

Mr. William W. Blevins
Mr. George Howard Brown
Ms. Elizabeth Joan Cabraser
Mr. Miguel Angel Estrada
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Theodore Olson
Mr. James Parkerson Roy