# EXHIBIT B

[Click to Print]            Printed on: 2/21/2019 13:32:05 GMT-0600 (Central Standard Time)

## Case History Search
Search Created:
2/21/2019 13:32:05 GMT-0600 (Central Standard Time)

| **Court:** | LA US District Court Eastern District E-Service-Oil Spill | | | **File & ServeXpress Live Date:** | 5/16/2016 |
|---|---|---|---|---|---|
| **Division:** | N/A | **Case Number:** | 2:16cv06245 | **Document(s) Filed:** | 4 |
| **Case Type:** | Oil Spill | **Case Name:** | Allen, Sheri Dorgan vs BP Exploration & Production Inc et al | **Date Range:** | All |

☑ **Include Rejected Items**

1-4 of 4 transactions   <<Prev   Page 1 of 1   Next>>

| Transaction | Date/Time ▼ | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|
| 62619800 | 11/1/2018 2:01 PM CDT | Serve Only - Public | 2:16cv06245 Allen, Sheri Dorgan vs BP Exploration & Production Inc et al | Charles Herd, Herd Law Firm | Response | Plaintiff's Amended Response to Court's Order to Show Cause (PTO 66) | N/A | 0.2MB |
| 62619489 | 11/1/2018 1:25 PM CDT | Serve Only - Public | 2:16cv06245 Allen, Sheri Dorgan vs BP Exploration & Production Inc et al | Charles Herd, Herd Law Firm | Response | Plaintiff's Response to Court's Order to Show Cause (PTO 66) | N/A | 0.2MB |
| 62528489 | 10/5/2018 4:20 PM CDT | Serve Only - Public | 2:16cv06245 Allen, Sheri Dorgan vs BP Exploration & Production Inc et al | Charles Herd, Herd Law Firm | Response | Response to Court PTO 60 Order | N/A | 6.0MB |
| 59016547 | 5/16/2016 7:21 PM CDT | Serve Only - Public | 2:16cv06245 Allen, Sheri Dorgan vs BP Exploration & Production Inc et al | Charles F Herd, Lanier Law Firm-Houston | Complaint | Complaint with PTO 60 Exhibit A | N/A | 1.9MB |

1-4 of 4 transactions   <<Prev   Page 1 of 1   Next>>

**2:16-cv-06245-CJB-JCW** Allen v. BP Exploration & Production, Inc. et al
Carl Barbier, presiding
Joseph C. Wilkinson, Jr, referral
Date filed: 05/16/2016
Date terminated: 09/06/2018
Date of last filing: 09/06/2018

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 6 | Filed:    09/06/2018<br>Entered: 09/17/2018 | 🌐 Order Dismissing Case |
| 5 | Filed & Entered: 08/04/2016 | 🌐 Order Reassigning Case |
| 3 | Filed & Entered: 06/30/2016 | 🌐 Order |
| 4 | Filed & Entered: 06/30/2016 | 🌐 Order |
| 2 | Filed & Entered: 05/18/2016 | 🌐 Initial Case Assignment |
| 1 | Filed & Entered: 05/16/2016 | 🌐 Complaint |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/21/2019 13:29:39 | | | |
| PACER Login: | cfhpacer:2935056:0 | Client Code: | allen/dorgan |
| Description: | History/Documents | Search Criteria: | 2:16-cv-06245-CJB-JCW |
| Billable Pages: | 1 | Cost: | 0.10 |