# EXHIBIT C

# File & ServeXpress

Preferences | Sign Out

Francis, Brandon C | Herd Law Firm

| HOME | FILING & SERVICE | ALERTS | SEARCH |

Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search

*TIP:* Tracked Items provides an "at-a-glance" view of cases and case groups.

Home > **Select Case**

Jurisdiction: **Louisiana**
Court: **LA US District Court Eastern District E-Service-Oil Spill**
Case Name: **2:17cv03367**
Case Number: **2:17cv03367**

**Case History Search Available Cases**  Show 50 ▼ records

| Case Number | Case Name | Case Status |
|---|---|---|
| No cases match your search criteria. | | |

About File & ServeXpress | Resource Center | FAQs | Terms & Conditions | Privacy

© 2019 File & ServeXpress, LLC. All rights reserved

**Client Support**

☎ 1-888-529-7587
✉ support@fileandserve.com
💬 Chat Online

**2:17-cv-03367-CJB-JCW** Dorgan v. BP PLC et al
Carl Barbier, presiding
Joseph C. Wilkinson, Jr, referral
Date filed: 04/12/2017
Date terminated: 01/31/2019
Date of last filing: 01/31/2019

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 14 | Filed & Entered: 01/31/2019 | Order Dismissing Case |
| 12 | Filed & Entered: 12/28/2017 | Request for Summons Issued |
| 13 | Filed & Entered: 12/28/2017 | Summons Issued |
| 11 | Filed & Entered: 08/16/2017 | Summons Issued |
| 10 | Filed & Entered: 08/09/2017 | Summons Submitted for Issuance |
| 6 | Filed & Entered: 05/25/2017 | Request for Summons Issued |
| 7 | Filed & Entered: 05/25/2017 | Request for Summons Issued |
| 8 | Filed & Entered: 05/25/2017 | Request for Summons Issued |
| 9 | Filed & Entered: 05/25/2017 | Summons Issued |
| 4 | Filed & Entered: 05/12/2017 | Order |
| 5 | Filed & Entered: 05/12/2017 | Order |
| 3 | Filed & Entered: 04/19/2017 | Amendment/Supplement to Document |
| 1 | Filed & Entered: 04/12/2017 | Complaint |
| 2 | Filed & Entered: 04/12/2017 | Initial Case Assignment |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/21/2019 13:30:41 | | | |
| **PACER Login:** | cfhpacer:2935056:0 | **Client Code:** | allen/dorgan |
| **Description:** | History/Documents | **Search Criteria:** | 2:17-cv-03367-CJB-JCW |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |