UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | § § § § | MDL 2179 <br> SECTION: J |
| **This Document Relates to:** <br> *B1 Pleading Bundle—Cause No. 16-cv-06245; and* <br> *B3 Pleading Bundle—Cause No. 17-cv-03367* | § § § | JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Sheri Allen Dorgan** <br>     *Plaintiff* <br> vs. <br><br> **BP Exploration & Production, Inc., BP America Production Company and BP, p.l.c.** <br>     *Defendants* | § § § § § § § § | CIVIL ACTION No. 17-cv-03367 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

**PROPOSED ORDER GRANTING PLAINTIFF'S RESPONSE AND MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF JANUARY 31, 2019, DISMISSING PLAINTIFF'S CLAIMS FOR NON-COMPLIANCE WITH PTO 66**

CAME ON for consideration Plaintiff, Sheri Allen Dorgan, a/k/a Sheri Dorgan Allen's Response and Motion for Reconsideration of the Court's Order of January 31, 2019, Dismissing Plaintiff's Claims for Non-Compliance With PTO 66, Plaintiff asks the Court to: (1) take notice of the above-referenced filings (see Exhibit A); (2) note that they were filed October 5 thru November 1, 2018 (in response to the Court's Order, PTO 66, Rec. Doc. 24282); (3) accept them as if filed originally in cause number 17-cv-03367; (4) consider them and the substance contained within them to establish that "Good Cause" has been shown; (5) determine that the Court's Order of January 31, 2019, regarding dismissal of this case (Rec. Doc. 25356 at 19-21), be rescinded; and (6) determine that, as Good Cause has been demonstrated, Plaintiff's claims are not dismissed and may proceed hereafter, and the Court, having considered same, all responses thereto, and the pleadings on file in this case, finds that the motion has merit and is therefore GRANTED.

So Ordered this the _____day of _____, 2019.

_____
JUDGE BARBIER