UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*Baldwin County, AL v. BP, et al*,<br>No. 2:12-cv-01089 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

## WRITTEN RESPONSE TO NOTICE OF COURT'S INTENT TO CLOSE CASES AND ORDER TO SHOW CAUSE

In response to the February 19, 2019 Notice of Court's Intent to Close Cases and Order to Show Cause (Doc. 25398), Baldwin County, Alabama[1] files this, its written response to the same:

1.  Baldwin County has alleged claims against both Transocean and Halliburton in its Complaint (*Baldwin County, AL v. BP, et al*, No. 2:12-cv-01089, Doc. 1-1).

2.  Respondent is a New Class Member, with a pending claim before the HESI and Transocean Punitive Damages and Assigned Claims Settlement Agreements ("HESI/TO Claim"). It has been assigned (the partially redacted) claim number XXXXXXAD46.

3.  If this Honorable Court should close *Baldwin County, AL v. BP, et al*, No. 2:12-cv-01089, we respectfully request it do so accompanied with a statement that the administrative closing of the civil action should in no way impact the adjudication of Baldwin County's HESI/TO Claim.

---

[1] Plaintiff in *Baldwin County, AL v. BP, et al*, No. 2:12-cv-01089.

**WHEREFORE**, if this Honorable Court should close *Baldwin County, AL v. BP, et al*, No. 2:12-cv-01089, we respectfully request it do so accompanied with a statement that the administrative closing of the civil action should in no way impact the adjudication of Baldwin County's HESI/TO Claim.

Respectfully Submitted,

*/s/ Frederick T. Kuykendall III*
Frederick T. Kuykendall, III
The Kuykendall Group, LLC
PO Box 2129
Fairhope, AL 36533
ftk@thekuykendallgroup.com
(205) 434-2866

*/s/ Grant D. Amey*
Grant D. Amey
Law Office of Grant D. Amey, LLC
PO Box 67
Fairhope, AL 36533
grantamey@grantamey.com
(251) 716-0317

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Written Response has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this  26th  day of  February, 2019.

*/s/ Frederick T. Kuykendall III*
Frederick T. Kuykendall, III
The Kuykendall Group, LLC

PO Box 2129
Fairhope, AL 36533
ftk@thekuykendallgroup.com
(205) 434-2866