UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| This Document Relates to: | * | HONORABLE CARL J. BARBIER |
| All Cases | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \*

**MOTION OF WAITE SCHNEIDER BAYLESS & CHESLEY CO., LPA
TO AUTHORIZE DISBURSEMENT OF FUNDS HELD BY
REGISTRY OF THE COURT**

Pursuant to Local Rule 67.3, Waite Schneider Bayless & Chesley Co., LPA ("WSBC") hereby moves the Court for the entry of an Order authorizing the Clerk of Courts to disburse to WSBC $111,495.10 currently held in the registry of this Court for WSBC's benefit. In support of this Motion, WSBC represents as follows:

1. WSBC was one of the many law firms who represented the Plaintiffs in this litigation.

2. Pursuant to the resolution of this matter, WSBC is entitled to payment of fees and reimbursement of expenses totaling $111,495.10.

3. When the Court appointed representative responsible for distributing the funds contacted WSBC about the distribution, WSBC was involved in litigation in state and federal courts in Ohio and injunctions in those cases precluded anyone on WSBC's behalf from taking any action to receive or collect the distribution owed to WSBC in this case.

4. Those injunctions no longer exist and WSBC is now able to receive its share of the funds in this matter. *See* Doc. #197, filed 10/03/18, in *Connie McGirr, et al. v. Thomas F. Rehme, et al.*, U.S.D.C., S.D. Ohio, Western Div., No. 1:16-cv-00464-RHC.

00702232-1

5. WSBC understands and believes that three deposits were made to the Clerk of Courts for its benefit: $175.44 in May, 2018; (2) $110,787.13 in April, 2018; and (3) $532.53 in May, 2018, for a total amount deposited of $111,495.10. *See* Doc. 24228, filed 03/22/18, in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, U.S.D.C., E.D. La, MDL No. 2:10-md-2179-CJB-JCW.

6. WSBC requests that the funds be disbursed in a check payable to Waite Schneider Bayless & Chesley Co., LPA and mailed to its counsel at the following address:

> Donald J. Rafferty
> Cohen Todd Kite & Stanford, LLC
> 250 East Fifth Street, Suite 2350
> Cincinnati, Ohio 45202

7. WSBC further requests that accrued interest of the deposited funds, less Court costs, be disbursed to WSBC in the same manner and to the same address.

8. WSBC certifies that this Motion and the proposed Order accompanying this Motion have been submitted to the Clerk for review.

WHEREFORE, Waite Schneider Bayless & Chesley Co., LPA respectfully asks this Court to grant this Motion and enter the attached Order.

Dated this February 26, 2019.

        Respectfully submitted,

*/s/ Douglas W. Redfearn*
Douglas W. Redfearn (La. Bar No. 21042)
SIMON, PERAGINE, SMITH & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Facsimile: (504) 569-2999
douglasr@spsr-law.com

COHEN, TODD, KITE & STANFORD, LLC

Donald J. Rafferty
250 East Fifth Street, Suite 2350
Cincinnati, OH 45202
Telephone: (513) 421-4020
Fax: (513) 241-4490
DRafferty@ctks.com

Attorneys for Waite Schneider Bayless & Chesley Co., LPA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 26th day of February, 2019.

*/s/ Douglas W. Redfearn*