UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| This document relates to: Case 2:14-cv-01872 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

## RESPONSE TO NOTICE OF COURT'S INTENT TO CLOSE CASES AND ORDER TO SHOW CAUSE

HARBORWALK TWO, LLC, d/b/a Poppy's Dancin' Iguana Tequila Bar and Grill ("Plaintiff"), through undersigned counsel, does hereby respond to the NOTICE OF COURT'S INTENT TO CLOSE CASES AND ORDER TO SHOW CAUSE (Doc. 25398) as follows:

Plaintiff has dismissed all but one named defendants in this action as of June 6, 2016 through its NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE (Doc. 18714), but specifically reserved its rights against Carr, Riggs and Ingram, L.L.C. ("CRI") for professional negligence and detrimental reliance in connection with CRI's review and preparation of Plaintiff's claims in the Deepwater Horizon Economic Settlement Program. (*See* Case 2:14-cv-01872, Doc. 1.) Plaintiff has complied with Pre-Trial Order 60 (*see* Doc. 18724-1) and intends to continue pursuit of its claims against CRI. As Plaintiff had previously resolved and dismissed its actions against all B1 pleading bundle defendants, Plaintiff was not required to comply with Pre-Trial Order 65 or other orders specifically directed to B1 plaintiffs. As a result, this action remains active and should not be closed.

1

Respectfully Submitted:

**/s/ John S. Creevy**
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La. Bar No. 26302
John S. Creevy, La. Bar No. 30879
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail:  jcreevy@hhklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing RESPONSE TO NOTICE OF COURT'S INTENT TO CLOSE CASES AND ORDER TO SHOW CAUSE has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of February, 2019.

**/s/ John S. Creevy**
John S. Creevy, La. Bar No. 30879
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail:  jcreevy@hhklawfirm.com