UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| | * | |
| This Document Relates to: 12-968 | * | **JUDGE: CARL BARBIER** |
| | * | |
| | * | **MAG: JOSEPH C** |
| | * | **WILKINSON, JR.** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR ORDER APPROVING AND ORDERING THE CLAIM ADMINISTRATOR TO RELEASE THE DEEPWATER HORIZON MEDICAL BENEFITS CLAIMS FILE OF ALLEN MOREAU PURSUANT TO THE NOTICE OF RECORDS DEPOSITION AND SUBPOENA DUCES TECUM FILED IN LOUISIANA STATE COURT

**NOW INTO COURT**, through undersigned counsel, comes Weston Solutions, Inc. ("Weston") who respectfully submit the instant Motion seeking an Order from this Court approving and ordering the Claims Administrator to release the Deepwater Horizon Medical Benefits Claims file of Mr. Allen Moreau pursuant to the properly executed and served Notice of Records Deposition and Subpoena Duces Tecum filed in Louisiana state court, for the reasons more fully set forth in the Memorandum in Support filed herein.

Respectfully Submitted:

**COURINGTON, KIEFER, SOMMERS, MARULLO & MATHERNE L.L.C.**

*/s/ Brittney B. Ankersen*

**SCOTT B. KIEFER** (#18980)
**DAWN DANNA MARULLO** (#28011)
**BRITTNEY BULLOCK. ANKERSEN** (#34469)
616 Girod Street
New Orleans, LA  70130
P.O. Box 2350
New Orleans, LA 70176

Telephone: (504) 524-5510
Facsimile: (504) 524-7887
*Attorneys for Weston Solutions, Inc.*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have on this 27th day of February, 2019 served the foregoing pleading on plaintiffs' counsel by e-mail and by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to Michael A. Fenasci, fenascilaw@aol.com, and Wayne W. Yuspeh, wwy@yuspehlawoffice.com, A Professional Law Corporation, 3500 N. Causeway Boulevard, Suite 1405, Metairie, Louisiana 70002.


*/s/ Brittney B. Ankersen*
_____

BRITTNEY B. ANKERSEN