UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| | * | |
| This Document Relates to: 12-968 | * | **JUDGE: CARL BARBIER** |
| | * | |
| | * | **MAG: JOSEPH C** |
| | * | **WILKINSON, JR.** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Order Approving and Ordering the Claims Administrator to Release Allen Moreau's Deepwater Horizon Medical Benefits Claims File pursuant to the Notice of Records Deposition and Subpoena Duces Tecum filed in Louisiana State Court;

It is Ordered that the Motion is Granted.

New Orleans, Louisiana this _____ day of _____, 2019.

                                                         Carl J. Barbier
                                                         United States District Judge