ATTORNEY'S NAME: Fenasci, Michael A 05508
AND ADDRESS: 3000 W. Esplanade Avenue, Suite 301, Metairie, LA 70002

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2016-12223 | DIVISION: N | SECTION: 08 |
|---|---|---|

### MOREAU, ALLEN ET AL

Versus

### WESTON SOLUTIONS, INC.

## CITATION

TO: WESTON SOLUTIONS, INC.
THROUGH: THEIR REGISTERED AGENT CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION OF SEAMAN FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 20, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Constance Conway, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION OF SEAMAN FOR DAMAGES ON WESTON SOLUTIONS, INC. THROUGH: THEIR REGISTERED AGENT CORPORATION SERVICE COMPANY Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER    RETURN  /  / SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within PETITION OF SEAMAN FOR DAMAGES ON WESTON SOLUTIONS, INC. THROUGH: THEIR REGISTERED AGENT CORPORATION SERVICE COMPANY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said WESTON SOLUTIONS, INC. being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 9540847                     Page 1 of 1

**EXHIBIT 1**



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 16-12223                                                                 DIVISION "N"

ALLEN MOREAU AND TAMMY MOREAU

VERSUS

WESTON SOLUTIONS, INC.

FILED:_____          _____
                                                                                 DEPUTY CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PETITION OF SEAMAN FOR DAMAGES

Now into Court, through undersigned counsel, comes plaintiffs, Allen Moreau and his wife, Tammy Moreau, both persons of the full age of majority and residents of the Parish of Plaquemines, State of Louisiana, who respectfully represent the following:

1)

### DEFENDANT

That sought to be made a defendant herein is Weston Solutions, Inc., a foreign corporation, authorized to do and doing business in this district and state.

2)

### JURISDICTION

That the jurisdiction of this Court is raised and exists pursuant to the right of the plaintiff to file this petition in State Court pursuant to the "Saving to Suitors" clause.

3)

At all times hereto, Allen Moreau was a Jones Act employee of Weston Solutions, Inc., and as such, is entitled to all protections and benefits allowed by law to persons of his status.

4)

Plaintiff, Tammy Moreau, was at all times herein the lawful wife of Allen Moreau and as such, is entitled to bring suit for loss of consortium damages, as a result of the injuries suffered by her husband and herself.

5)

## FACTUAL BACKGROUND

On or about May of 2010, Allen Moreau was hired by Weston Solutions to work onboard a vessel, which it had chartered for the purpose of conducting, directing and performing testing of oil, chemicals and other substances in the waters of the Gulf of Mexico.

6)

During the period of time extending from approximately May of 2010 through December 2010, Allen Moreau was a member of the crew and worked onboard defendant's chartered vessel, which was in navigation, on the navigable waters of the United States.

7)

On or about December 12, 2015, Allen Moreau was first informed and initially learned that a bacterium known as "*Pseudomonas Aeruginosa*", had entered his body and had caused and continues to cause damage therein.

8)

At all times herein, Allen Moreau was improperly and silently exposed to the bacterium by Weston Solutions, Inc., who knew or should have known of its presence onboard the vessel, where this seaman performed his duties.

9)

## COUNT ONE NEGLIGENCE

That defendant, Weston Solution Inc., was negligent in conducting it's activities, afore described and that negligent conduct was the proximate cause of damages sustained by seaman, Allen Moreau.

10)

## COUNT TWO UNSEAWORTHINESS

The defendant's vessel was unseaworthy and said unseaworthiness was also the proximate cause of damages suffered by Allen Moreau.

2

11)

## COUNT THREE MAINTENANCE AND CURE

The defendant is liable to Allen Moreau for the *de legis* contractual obligation of maintenance and cure, which they have willfully ignored.

12)

## COUNT FOUR PUNITIVE DAMAGE

The defendant, Weston Solutions, Inc., have arbitrarily and capriciously refused to pay any maintenance and cure benefits to Allen Moreau and therefore, they are liable for punitive damages unto Mr. Moreau, as a result of that conduct.

13)

## COUNT FIVE PUNITIVE DAMAGES UNSEAWORTHINESS

The defendant, Weston Solutions, Inc., knowingly provided and maintained an unseaworthy vessel, thereby constituting gross, willful, wanton and reckless conduct, in doing so. Therefore, Weston Solutions, Inc., is liable to the plaintiff, Allen Moreau, for punitive damages.

14)

## COUNT SIX LOSS OF CONSORTIUM

That plaintiff, Tammy Moreau, is at all times herein the wife of Allen Moreau and as a result of defendant's conduct suffered loss of consortium proximately caused by said conduct.

15)

## JURY TRIAL

The plaintiffs, Allen Moreau and Tammy Moreau, are entitled to and pray for a trial by jury.

**WHEREFORE**, plaintiffs, Allen Moreau and Tammy Moreau, respectfully request that this Honorable Court, after due proceedings had, render judgment in favor of Allen Moreau and Tammy Moreau and against defendant, Weston Solutions, Inc., for an amount of damages to be set by the trier of fact, including but not limited to special damages, general damages, loss of consortium, punitive damages, maintenance, cure, all costs of these proceedings, as well as attorneys fees where appropriate and for all general and equitable relief.

Respectfully submitted,
FENASCI & ASSOCIATES

BY: _____
MICHAEL A. FENASCI
3000 W. Esplanade Ave., Suite 301
Metairie, Louisiana 70002
Telephone: 504/833-2166
Facsimile: 504/831-9474
Louisiana Bar # 05508
Email: fenascilaw@aol.com


Respectfully submitted,
WAYNE W. YUSPEH, APLC

BY: _____
WAYNE W. YUSPEH
3000 W. Esplanade Ave., Suite 301
Metairie, Louisiana 70002
Telephone: 504/833-2166
Facsimile: 504/831-9474
Louisiana Bar # 8899
Email: yuspehlawoffice@aol.com

Attorney for plaintiffs


PLEASE SERVE:

WESTON SOLUTIONS, INC.
through their registered agent,
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

4

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 16-12223



ALLEN MOREAU AND TAMMY MOREAU

VERSUS

WESTON SOLUTIONS, INC.

FILED: _____    _____
                                    DEPUTY CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR NOTICE

CLERK OF COURT

PARISH OF ORLEANS

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,
FENASCI & ASSOCIATES

BY: _____
MICHAEL A. FENASCI
3000 W. Esplanade Ave., Suite 301
Metairie, Louisiana 70002
Telephone: 504/833-2166
Facsimile: 504/831-9474
Louisiana Bar # 05508
Email: fenascilaw@aol.com

Respectfully submitted,
WAYNE W. YUSPEH, APLC

BY: _____
WAYNE W. YUSPEH
3000 W. Esplanade Ave., Suite 301
Metairie, Louisiana 70002
Telephone: 504/833-2166
Facsimile: 504/831-9474
Louisiana Bar # 8899
Email: yuspehlawoffice@aol.com

Attorneys for plaintiff