# COURINGTON KIEFER & SOMMERS, L.L.C.
## ATTORNEYS AT LAW

Admitted in Louisiana, Mississippi, Texas

Stephanie Roussel
sroussel@courington-law.com

MAILING ADDRESS:
P.O. BOX 2350
NEW ORLEANS, LA 70176

NEW ORLEANS LOCATION:
616 GIROD STREET
NEW ORLEANS, LA 70130

PHONE: 504.524.5510
FACSIMILE: 504.524.7887

WWW.COURINGTON-LAW.COM

June 19, 2018

*Via Federal Express*
Deepwater Horizon Medical Benefits
Claims Administrator
4064 Colony Road
2nd Floor
Charlotte, NC 28211

RE: *Allen Moreau and Tammy Moreau vs Weston Solutions, Inc.*
Civil District Court, Orleans Parish, No. 2016-12223, Div. N-08
File No.: 210900-06326

Dear Sir/Madam:

We represent Weston Solutions, Inc. in the above matter. We have been attempting to obtain the claim records of Mr. Moreau (DOB: 08-07-66; SS#: xxx-xx-3091), Tammy Moreau and/or Native Adventures, LLC since April 6, 2018. We have just been informed that your offices for medical claims have relocated to North Carolina. Enclosed please find the *Subpoena Duces Tecum* and Notice of Records Deposition for the requested records. Please let me know if you need any additional information or have any questions regarding this matter.

Thank you for your prompt attention to this matter.

Very truly yours,

*Stephanie Roussel*

Stephanie Roussel

/sar
Enclosures

00292636

EXHIBIT "2"



# COURINGTON KIEFER & SOMMERS, LLC.
## ATTORNEYS AT LAW

Admitted in Louisiana, Mississippi, Texas
Brittney B. Ankersen, Esq.
bankersen@courington-law.com

MAILING ADDRESS:
P.O. BOX 2350
NEW ORLEANS, LA 70176

NEW ORLEANS LOCATION:
616 GIROD STREET
NEW ORLEANS, LA 70130

PHONE: 504.524.5510
FACSIMILE: 504.524.7887

WWW.COURINGTON-LAW.COM

April 5, 2018

RECEIVED
APR 06 2018
CLERK OF COURT
CIVIL DISTRICT COURT

VIA FACSIMILE & HAND DELIVERY
Dale N. Atkins, Clerk of Court
Civil District Court, Parish of Orleans
421 Loyola Avenue, Room 402
New Orleans, LA 70112

RE: *Allen Moreau and Tammy Moreau vs. Weston Solutions, Inc.*
Civil District Court, No. 2016-12223 Orleans Parish
Our File No.: 210900-6326

Dear Ms. Atkins:

Attached for filing are the following pleadings in the above-referenced matter.

Notice of Records Deposition and Subpoena Duces Tecum

Please file the originals into the court record. Attached is my firm's check No. 3896 to cover the filing fees for this filing

Thank you in advance for your assistance in this matter.

With kindest regards, I remain

Very truly yours,

Brittney B. Ankersen

BBA/amb
Enclosures
cc: Michael A. Fenasci, Esq. (w/encl. via Email only)
    Wayne Yuspeh, Esq. (w/encl. via Email only)
    Kelly Knouse, (w/encl. via Email only)

VERIFIED

Civil District Court
April 5, 2018
Page 2  File# 210900-6326

    Mr. Carmelo Deogracias
    Mr. David Bordelon
    Arnie Borish, Esq.
    Mr. Steve Blarr
    Ms. Adrienne H. Hanna
    Rufus Harris, Esq.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2016-12223                                             DIVISION: N-08

ALLEN MOREAU AND TAMMY MOREAU

VERSUS

WESTON SOLUTIONS, INC.

FILED: _____     _____
                                    DEPUTY CLERK

### NOTICE OF RECORDS DEPOSITION

TO:   Michael A. Fenasci, Esq.
      Wayne W. Yuspeh, Esq.
      A Professional Law Corporation
      3500 N. Causeway Blvd., Suite 1405
      Metairie, LA 70002

PLEASE TAKE NOTICE that defendant, Weston Solutions, Inc., through undersigned counsel, will take the records deposition of DEEPWATER HORIZON MEDICAL BENEFITS; CLAIMS ADMINISTRATOR on Thursday, April 12, 2018, at 10:30 a.m. at the law offices of Courington, Kiefer & Sommer, LLC, 616 Girod Street, New Orleans, LA 70130, for all purposes pursuant to Louisiana Code of Civil Procedure, to produce the following under order and subpoena duces tecum:

> A CERTIFIED COPY of all records pertaining to Allen Moreau (SSN XXX-XX-3091), Tammy Moreau, and/or Native Adventures, LLC including any and all information, facts, or documents that are part of Allen Moreau, Tammy Moreau, and/or Native Adventures, LLC claims record, which may include but shall not be limited to medical records in connection with any claims asserted in regard to any injury submitted. This information would include, but not be limited to, documents detailing the nature of any financial, economic and/ or personal injury damages submitted, the physical impairment, prescriptions, x-rays, copies of hospital or other records, and any other information contained within Allen Moreau, Tammy Moreau and/or Native Adventures, LLC's claims record.

This deposition is being scheduled for the production of records only and will be canceled if a certified copy of the records is forwarded to the undersigned in advance of April 12, 2018 deposition date. In that event a personal appearance is not necessary.

Respectfully submitted:

COURINGTON, KIEFER & SOMMERS, LLC

_____
Brittney B. Ankersen (#34469)

VERIFIED
Jeremy Scott
4/9/18

{00258018.DOCX;1}

DAWN DANNA MARULLO (#28011)
BRITTNEY BULLOCK ANKERSEN (#34469)
616 Girod Street
New Orleans, Louisiana 70130
P.O. Box 2350
New Orleans, LA 70176
Telephone: (504) 524-5510
Facsimile: (504) 524-7887
*Attorneys for Weston Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served on all counsel of record on the _____ day of April, 2018, via the method indicated below:

 ✓ Certified Mail/Regular Mail

 ___ Facsimile

 ✓ E-mail Delivery

 ___ Federal Express/Hand Delivery

BRITTNEY B. ANKERSEN

{00258018.DOCX;1}

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA FILED

No. 2016-12223        Division "N" – 08        Docket No.

2018 APR 24 P

ALLEN MOREAU AND TAMMY MOREAU

VS.

WESTON SOLUTIONS, INC

CIVIL
DISTRICT COU

TO: DEEPWATER HORIZON MEDICAL BENEFITS CLAIMS ADMINISTRATOR, 935 GRAVIER ST, SUITE 1400 NEW ORLEANS, LA 70112

CLERK, CIVIL DISTRICT COURT – Please issue a subpoena to the above party as directed below.

**SUBPOENA REQUEST**

[ _____ ] YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division _____ 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _____, 20 at _____ o'clock __.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof your are not to fail under the penalty of the law. By order of the Court.

**DEPOSITION SUBPOENA REQUEST**

[   ] YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
|   |   |

**REQUEST FOR WRIT OF SUBPOENA DUCES TECUM**

[ XXX ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the _____ trial, X deposition, or _____ hearing (state type) _____ at the place, date and time specified below (list documents or objects) pursuant to the Provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

NOTICE: ARTICLE 1354 APPEARS IN FULL ON BACK OF SERVICE COPY

A CERTIFIED COPY of all records pertaining to Allen Moreau (SSN XXX-XX-3091), Tammy Moreau, and/or Native Adventures, LLC including any and all information, facts, or documents that are part of Allen Moreau, Tammy Moreau, and/or Native Adventures, LLC claims record, which may include but shall not be limited to medical records in connection with any claims asserted in regard to any injury submitted. This information would include, but not be limited to, documents detailing the nature of any financial, economic and/ or personal injury damages submitted, the physical impairment, prescriptions, x-rays, copies of hospital or other records, and any other information contained within Allen Moreau, Tammy Moreau and/or Native Adventures, LLC's claims record.

| PLACE | DATE AND TIME |
|---|---|
| Courington, Kiefer & Sommers, LLC<br>616 Girod Street, New Orleans, Louisiana 70130 | APRIL 27, 2018 at 10:30 A.M. |

Dale N. Atkins, Clerk
Civil District Court

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                       Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER    BRITTNEY BULLOCK ANKERSEN (#34469)

ADDRESS
&                              616 Girod Street
TELEPHONE NUMBER    New Orleans, LA 70130
                                     (504) 524-5510

File original and two copies with
Clerk fourth copy for Attorney's File

E-105                 ORIGINAL REQUEST


Sulma Cubas
VERIFIED
4/26/18

6/19/2018

FedEx Ship Manager - Print Your Label(s)



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.