APPENDIX B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010** | * * * * | **MDL No. 2179** <br><br> **Section: J** |
| **This filing relates to:** *All Cases* | * * | **Honorable Carl J. Barbier** |
| (Including Civil Action No. 12-970) | * | **Magistrate Judge Shushan** |

### CERTIFICATION REGARDING CONFIDENTIALITY OF CLAIMS INFORMATION

I hereby certify as follows:

1.  I have read the Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Confidentiality Order") entered by this Court in the above-captioned action.

2.  I understand the terms of the Confidentiality Order.

3.  I agree to be bound by the Confidentiality Order.

4.  I agree to submit to the jurisdiction of this Court for purposes of enforcing the Confidentiality Order.

5.  I agree to use any Claims Information provided to me by the Claims Administrator solely for the purpose for which I was permitted access to such information and to keep the Claims Information confidential and not disclose it to any party not necessary for the performance of such authorized purpose or as required by law.

6.  Before I disclose Claims Information to any member of my staff or any expert, consultant or other advisor, I shall provide such person with a copy of the Confidentiality Order and shall take such steps as are necessary to secure compliance by such person with the Confidentiality Order.

| Signature | *Britt* _(signature)_ | Date | 10 / 3 / 18 <br> (Month/Day/Year) |
|---|---|---|---|
| **Name** | *Last Name* Ankersen | *First Name* BRITTNEY | *Middle Initial* B |
| **Organization** | Covington, Kiefer & Sommers, LLC | | |



EXHIBIT
"3"