

August 17, 2018

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**
Ms. Stephanie Roussel
Courington Law
616 Girod Street
New Orleans, LA 70130

Re: *Allen Moreau and Tammy Moreau vs. Weston Solutions*; File No. 210900-06326

Dear Ms. Rousseau:

We received your subpoena in response to the matter referenced above. The Garretson Resolution Group, Inc., ("GRG") serves as the Claims Administrator in the *Deepwater Horizon* Medical Benefits Settlement. As such, we are bound by the Master Settlement Agreement governing that program, which specifies that all documents held in our databases are confidential. *See Master Settlement Agreement*, §V.K.[1]

The Master Settlement Agreement in the Medical Benefits Settlement specifically states that the documentary evidence, data and data files housed by the Claims Administrator shall be held "in strict confidence" and shall not be disclosed to any person or entity, unless ordered to do so by "the Court." §XXI(3)(B)(3)(a). "The Court" is defined in the Master Settlement Agreement as "the United States District Court for the Eastern District of Louisiana, Judge Carl Barbier, presiding in *In Re: Oil Spill by the Oil Rig 'Deepwater Horizon' in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179." *Id.*, at §I(U).

Accordingly, we cannot disclose any claims records related to the Medical Benefits Settlement unless ordered to do so by the presiding judge in that matter – the Hon. Carl Barbier in the U.S. District Court, E.D. of Louisiana.

We can verify that we have no responsive records for Tammy Moreau or Native Adventures, LLC.

Sincerely,

*Katharine H. Hosty*
Katharine H. Hosty
Associate General Counsel

CC:   Michael A. Fenasci, Esq. (via U.S. Mail)

---

[1] https://claimant.garretsongroup.com/Portals/23/DWHDocuments/MedicalBenefitsSettlementAgreementwithoutexhibitsFiled20120503.pdf

www.garretsongroup.com

Cincinnati Office
Phone 513.794.0400 | Fax 513.575.7201
6281 Tri-Ridge Blvd. | Suite 300
Cincinnati, OH | 45140

Charlotte Office
Phone 704.559.4300 | Fax 704.559.4331
4064 Colony Road | 2nd Floor
Charlotte, NC | 28211

