| BELC FAMILY MEDICINE/INTERNAL MED | Moreau, Allen J |
|---|---|
| OCHSNER, SOUTH SHORE REGION | MRN: 1545390, DOB: 8/7/1966, Sex: M |
| Ambulatory Encounter | Enc. Date 12/30/2015 |

## Result Notes and Comments (continued)

**Encounter Messages (continued)**

Happy New Year!

Jake Rodi, MD Family Medicine Ochsner Westbank.
Please find me on Healthgrades. http://www.healthgrades.com/physician/dr-jake-rodi-gdx46
Thank you for allowing Ochsner and myself be a part of your health care team!

**Previous Messages**

—— Message ——
From: MOREAU,ALLEN J
Sent: 12/30/2015  3:15 PM CST
To: Jake J Rodi, MD
Subject: Test Results

I need my medical records of my leg sent to my email nativeadventures@gmail.com I'm need to send them to BP OIL SPILL CLAIM THANKS ALLEN MOREAU 504-382-0796

**Test Results**

| From | To | Sent |
|---|---|---|
| Allen J Moreau | Jake J. Rodi, MD | 12/30/2015  3:15 PM |

I need my medical records of my leg sent to my email nativeadventures@gmail.com I'm need to send them to BP OIL SPILL CLAIM THANKS ALLEN MOREAU 504-382-0796

**Follow-up Information**
None

**Follow Up Call**
No data filed


EXHIBIT "5"