1

STATE OF LOUISIANA

PARISH OF ORLEANS

CIVIL DISTRICT COURT

ALLEN MOREAU AND TAMMY        *
MOREAU                        *

VERSUS                        *   NO. 2016-12223

WESTON SOLUTIONS, INC.        *
* * * * * * * * * * * * * * * * * * * * * * * *

    The deposition of ALLEN MOREAU, taken in connection with the captioned cause, pursuant to the following stipulations before ALEXANDRA BERNDT, Certified Court Reporter, at the A PROFESSIONAL LAW CORPORATION, LLC, 3500 NORTH CAUSEWAY BOULEVARD, METAIRIE, LOUISIANA, on the 22ND day of MARCH 2018, beginning at 10:34 a.m.



```
 1         objection.
 2    A    Okay.
 3    Q    But did I ask you if you knew who took those
 4         photos?
 5    A    I took a lot of photos myself and the doctor
 6         took some photos.  So it would either be me, my
 7         wife, or the doctor that took that photo.
 8    Q    Since you're sitting here today during the
 9         deposition, are you having any physical problems
10         that --
11    A    You mean pain in my leg?
12    Q    Well, I'm asking if you're having any problems
13         at all related to your leg or the ulcer on your
14         leg?
15    A    Just a little bit of tingling in my leg, that's
16         all.
17    Q    Anything else other than a little tingling?
18    A    I mean, as long as I stay off of it, you know,
19         it's not so bad.  But the more I walk on it it
20         hurts.  It gets up there.
21    Q    Did you make any claim with the Gulf Coast
22         Compensation Fund as a result of the spill?
23    A    As of, which part of it are you talking about?
24    Q    Well, I'm going to ask you about the other part.
25         But for the economic loss part of the fund --
```

| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | Q | -- as a result of the spill? |
| 3 | A | I did. |
| 4 | Q | Do you remember, did you get a lawyer to help |
| 5 | | you with that? |
| 6 | A | No, sir. |
| 7 | Q | Okay. Do you remember how much you claimed? |
| 8 | A | I do not remember the exact number I got. But |
| 9 | | we had to show everything that we made. And |
| 10 | | that's what you got paid off of. |
| 11 | Q | So you don't remember how much you claimed? |
| 12 | A | No, sir. |
| 13 | Q | You don't remember how much you recovered? |
| 14 | A | No, that was a long time ago. |
| 15 | Q | Did you make a BELO claim, a medical claim |
| 16 | | against BP against that fund? |
| 17 | A | Well, everyone signed up for it. But I didn't |
| 18 | | actually get a claim from them. |
| 19 | Q | So when you say you signed up for it, but then |
| 20 | | the claim, you didn't get any recovery? |
| 21 | A | No, I did not. Not on the medical side. |
| 22 | Q | Did you get any kind of determination? |
| 23 | A | Uh-uh (negative response). |
| 24 | Q | Did you get any kind of response? |
| 25 | A | Oh, yeah. They sent me letters and stuff and I |