UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: J |
| Of Mexico on April 20, 2010 | * | JUDGE BARBIER |
| Applies to *Sergio A. Alvarado* | * | MAG. JUDGEWILKERSON |
| CASE No. 13-cv-01778 | * | |

## MOTION FOR RECONSIDERATION OF DISMISSAL AND/OR MOTION FOR RELIEF FROM JUDGMENT OR ORDER

**COMES NOW** through undersigned counsel comes Sergio A. Alvarado who files this Motion for Reconsideration of Dismissal and/or Motion for Relief from Judgment or Order because of the following:

1.

On or about January 31, 2019, this Honorable Court issued an Order (PTO 66 Compliance Order) in the above referenced and entitled matter. On page 19 of said Order as it pertains to Mr. Alvarado stated the following:

> With the exception of those cases marked "DO NOT CLOSE" none of the cases identified below have any claims remaining. Consequently, the Clerk of Court is instructed to CLOSE each of the cases listed below EXCEPT those marked "DO NOT CLOSE."

2.

**Mr. Alvarado's case assigned with Case No. 13- cv-01778 was ordered by this Honorable Court to be closed by the Clerk of Court.**

3.

On or about April 13, 2011, Mr. Alvarado signed a " Direct Filing Short Form" which indicated that he wanted to file a claim in the "IN RE: OIL SPILL by "Deepwater Horizon"

4.

On or about April 19, 2013 undersigned counsel filed a Complaint for Damages on behalf of Mr. Alvarado in the United States District Court for the Eastern District of Louisiana. **His Complaint was timely filed pursuant to the Uniform Statute of Limitations for Maritime Torts 46 U.S.C.A. § 30106 formerly at 46 U.S.C.A § 763a. The Uniform Statute of Limitations for Maritime Torts provides a general three year statute of limitations barring claims arising from injury or death occurring on navigable waters during a traditional maritime activity**

**three years after the cause of action accrues.** By its terms, the Uniform Statute applies to all suits of personal injury and death "arising out of a tort." It is settled law that a tort becomes a maritime tort when it occurs anywhere on navigable waters. See ***Jerome B. Grubert, Inc. v. Great Lakes Dredge & Dock Co. 513 U.S. 527 (1995)*** and bears a substantial relationship to traditional maritime activity. Id. (See attached Memorandum in Support)

5.

Mr. Alvarado also complied with court orders issued by this Honorable Court. He filed an " Exhibit A- Form for Disclosures Regarding Clean-up, Medical monitoring, and Post- April 20 Personal injury claims, and all other B3 claims" on or about February 22, 2017, to comply with Court Order PTO 63 which was due on May 3, 2017. Mr. Alvarado also submitted a "PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs" on April 9, 2017, to comply with Court Order PTO 66 which was due on August 8, 2018.

6.

Mr. Alvarado respectfully submits that he is entitled to relief from this Honorable Court's Order(PTO 66 Compliance Order) because of the provisions of Rule 60(b)(1) of the Federal Rules of Civil Procedure. (See attached Memorandum in Support)

7.

Defendants are not prejudiced if Mr. Alvarado's case is allowed to proceed. (See attached Memorandum in Support)

8.

Allowing Mr. Alvarado's case to proceed will not affect "the length of delay and its potential impact on the proceedings." (See attached Memorandum in Support)

9.

Mr. Alvarado respectfully submits that he has acted in "good faith." (See attached Memorandum in Support)

10.

Mr. Alvarado respectfully submits that the filing of the Complaint for Damages and the Amended Complaint clearly demonstrates his intention not to participate in the class action litigation. (See attached Memorandum in Support)

11.

Mr. Alvarado respectfully requests for the reasons cited above that this Honorable Court vacates its Order and reinstate his case so that he can have his day in court and pursue his claims.

Respectively submitted,

_____
Douglas M. Schmidt # 11789
335 City Park Ave.
New Orleans, LA 70119
(504) 482-5711
Fax: (504) 482-5755