UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: J |
| Of Mexico on April 20, 2010 | * | JUDGE BARBIER |
| Applies to *Sergio A. Alvarado* | * | MAG. JUDGE WILKERSON |
| CASE No. 13-cv-01778 | * | |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

    **BEFORE ME,** the undersigned Notary Public, **PERSONALLY CAME AND APPEARED:**

Sergio A. Alvarado

who after being duly sworn by me, did depose and state the following:

1. That he is a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana.

2. That after the oil spill caused by the explosion of the oil rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, he was hired as part of the Vessels of Opportunity Program and worked as an offshore cleanup worker.

3. That from June 2010 to October 2010, he worked ten (10) to twelve (12) hours per day, five(5) to seven (7) days per week in cleanup operations and was exposed to dangerous toxins including but not limited to oil and dispersants.

4. That his job responsibilities as a deckhand on a vessel assigned to collect oil included but was not limited to the use and handling of booms and oil mops.

5. That because of his exposure to toxic chemicals such as oil and dispersants, he has suffered symptoms including but not limited to cough, nasal congestion, chest pain, runny nose, aching chest and chest congestion located in the chest and nose.

6. That he has been diagnosed with **(a) contact/exposure to potentially hazardous substance, exposure to solvents, petroleum products, and dispersants; (b) chronic rhinitis, and (c) unspecified chronic bronchitis** as a result of his exposure to toxic chemicals such as oil and dispersants while employed as a cleanup worker.

7. That he is currently suffering from pre-strock symptoms wearing a heart monitor as a result of his exposure to toxic chemicals such as oil and dispersants while employed as a cleanup worker.

8. That he is the Plaintiff in the case entitled " *Sergio A. Alvarado, et al. v. BP Exploration & Production Inc. et al." Case No. 13-cv-01778* filed on or about April 19, 2013, in the United States District Court for the Eastern District of Louisiana.

9. That the Defendants received Summons of his Complaint for Damages described in the preceding paragraph.

10. That he also filed a **" Plaintiffs' First Amended and Supplemental Complaint for Damages"** on or about July 25, 2013, in the above entitled and referenced matter.

11. That the Defendants received Summons of his First Amended and Supplemental Complaint for Damages described in the preceding paragraph.

12. That he on or about April 13, 2011, he completed and signed the Direct Filing Short Form that was authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 98

13. That in the year 2012, he was married to Eileen Gonzalez who does not speak English.

14. That he and his wife were completely unfamiliar with the judicial process and any procedures pertaining to class action litigation.

15. That it was his wife who received the mail including any mail that provided information regarding the opt-out procedure in the above entitled and referenced matter.

16. That because of the language barrier she suffered in speaking only Spanish and not English, she did not recognize the importance of the correspondence relating to the court procedures to opt out and inadvertently and mistakenly she threw the mail in the garbage.

17. That he did not intentionally miss the deadline to file an opt out.

18. That he missed the deadline because he did not know of the deadline because his wife threw away the correspondence described above in the preceding paragraphs.

19. That after the opt-out deadline passed, he did file the Complaint and Amended Complaint described in paragraphs 8 and 9.

20. That he complied with other Court orders in the above entitled and referenced matter.

21. That he filed an " Exhibit A- Form for Disclosures Regarding Clean-up, Medical monitoring, and Post- April 20 Personal injury claims, and all other B3 claims" on or about February 22, 2017, to comply with Court Order PTO 63 which was due on May 3, 2017.

22. That he filed a "PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs" on April 9, 2017, to comply with Court Order PTO 66 which was due on August 8, 2018.

23. That it has always been his intention to opt out of **"Deepwater Horizon" class action litigation** and he believed that he, in fact, had opted out of the class action litigation.

24. That he only recently found out that there might be a problem with his opt-out because his case has been stayed for approximately six (6) years.

_____
Sergio A. Alvarado

SWORN TO AND SUBSCRIBED this 26th day of February 2019.

_____
Notary Public