IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Document Relates to: 2:18-cv-11046 | JUDGE BARBIER<br>MAGISTRATE WILKINSON |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

Comes now Lott Ship Agency, Inc. ("Lott"), by and through undersigned counsel, and requests that Morgan S. Hofferber of McDowell Knight Roedder & Sledge, L.L.C, 11 N. Water St., Suite 13290, Mobile, AL 36602, (251) 432-5300, mhofferber@mcdowellknight.com, be enrolled as additional counsel of record for Lott.

Wherefore, Lott prays for an order authorizing Morgan S. Hofferber to be enrolled as its counsel of record in the above captioned proceeding and for all other just or equitable relief.

This 28th day of February, 2019.

                                                Respectfully Submitted,

                                                */s/MORGAN S. HOFFERBER*
                                                **MORGAN S. HOFFERBER**
                                                State Bar No.: ASB-1334-S42X
                                                mhofferber@mcdowellknight.com
                                                *Counsel for Lott Ship Agency, Inc.*

**OF COUNSEL:**

MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
11 N. Water St., Suite 13290
Mobile, AL 36602
Tel. (251) 432-5300
Fax (251) 432-5303

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing notice has been served on All Counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2019.

                 */s/MORGAN S. HOFFERBER*