IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 2:18-cv-11046 | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE WILKINSON |

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel of Record:

It is ORDERED, ADJUDGED, and DECREED, that Morgan S. Hofferber (ASB-1334-S42X) of McDowell Knight Roedder & Sledge, L.L.C., 11 N. Water St., Suite 13290, Mobile, AL 36602, be, and is hereby, enrolled as counsel of record for Lott Ship Agency, Inc..

This _____ day of _____, 2019.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA