UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *No. 12-968* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Before the Court is Weston Solutions, Inc.'s Motion for Order Approving and Ordering the Claim Administrator to Release the Deepwater Horizon Medical Benefits Claim File of Allen Moreau Pursuant to the Notice of Records Deposition and Subpoena Duces Tecum Filed in Louisiana State Court. (Rec. Doc. 25417).

IT IS ORDERED that any response or opposition to this motion shall be filed no later than <u>Thursday, March 7, 2019</u>, following which the matter will be considered submitted for decision.

New Orleans, Louisiana, this 28th day of February, 2019.

_____
United States District Judge