## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG       * | | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE GULF      * | | |
| OF MEXICO, ON APRIL 20, 2010               * | | |
| * | | |
| * | | SECTION: J |
| THIS DOCUMENT RELATES TO: 12-02715 * | | |
| HANK J. KIFF V. BP AMERICA                  * | | JUDGE BARBIER |
| PRODUCTION COMPANY                         * | | MAG. JUDGE WILKINSON |

### CONSENT MOTION TO AMEND PTO 66 COMPLIANCE ORDER

NOW UNTO COURT, through undersigned counsel, comes Plaintiff, Hank J. Kiff ("Kiff"), who files this Consent Motion to Amend PTO 66 Compliance Order, (Doc. 25356), respectfully showing as follows.

1.  PTO 66 required a number of Plaintiffs to show cause as to why their claims should not have been dismissed by the Court. Plaintiff Kiff appeared on Exhibit 4 of PTO 66, with an alleged deficiency of "GRG Confirmed Class Member", referring to the Medical Benefits Settlement Class. On October 11, 2018, Kiff filed his Response to Order to Show Cause (Doc. 25036). In the Response, Kiff used the Civil Action Number assigned to his lawsuit in the Southern District of Texas, instead of the one given by the Eastern District of Louisiana after the case was transferred to the MDL.

2.  On October 25, 2018, BP filed its Objections and Responses to Plaintiffs' PTO 66 Show Cause Submissions. (Doc. 25110). Regarding Mr. Kiff's case, BP stated:

> Second, BP has determined that three plaintiffs who are class members under the 2012 Amended Medical Settlement Agreement (Rec. Doc. 6427) (the "MSA") should be added to the PTO 66 compliance list. While those plaintiffs are MSA class members, they have asserted that they now only bring contract or non-exposure based personal injury claims that they contend have not been released pursuant to the MSA. BP does not object to including these three individuals on the PTO 66 compliance list.

(Doc. 25110, pg. 2).  BP listed Mr. Kiff's lawsuit on its Appendix 1, Additional Plaintiffs to Be Added to PTO 66 Compliance List.  (Doc. 25110).  The Civil Action Number included in Appendix 1 for Mr. Kiff was likewise the one from the Southern District of Texas, instead of the one generated by the Eastern District of Louisiana.

3. This Court issued its Order regarding PTO 66 Compliance on January 31, 2019. (Doc. 25356).  The Court Ordered that Mr. Kiff was to be "added to the list of PTO 66-compliant plaintiffs, a revised version of which is attached as Exhibit 8 to this Order".  *Id.* at pg. 17.  Exhibit 8 lists Mr. Kiff, but uses the Southern District of Texas Civil Action Number that had been used by both Kiff and BP previously.

4. Kiff respectfully requests the Court Amend its Order Regarding PTO 66 Compliance to reflect the proper case number for the lawsuit in this MDL: 12-cv-02715.

## IV.  CONCLUSION

5. In conclusion, shown herein, Kiff responded to the Show Cause Order explaining why his claims should not have been dismissed.  BP agreed that Kiff should be added to the list of PTO Compliant Plaintiffs.  However, both parties identified Kiff's lawsuit with his Southern District of Texas Civil Action Number.  To correct this error, Kiff requests the Court Amend its Order to accurately identify the case number of his lawsuit.

Respectfully submitted,

**SPAGNOLETTI & CO.**
*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti
Texas SBN 24076708 (PHV)
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:   713 653 5600
Facsimile:   713 653 5656
Email:   mspagnoletti@spaglaw.com

***Attorney for Plaintiff Hank J. Kiff***

**CERTIFICATE OF CONFERENCE**

Counsel for the parties have conferred, and BP hereby consents to the filing of this Motion.

                                                */s/ Marcus R. Spagnoletti*
                                                Marcus R. Spagnoletti

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2019.

                                                */s/ Marcus R. Spagnoletti*
                                                Marcus R. Spagnoletti