UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG * | | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE GULF * | | |
| OF MEXICO, ON APRIL 20, 2010 * | | |
| * | | |
| * | | SECTION: J |
| THIS DOCUMENT RELATES TO: 12-02715 * | | |
| HANK J. KIFF V. BP AMERICA * | | JUDGE BARBIER |
| PRODUCTION COMPANY * | | MAG. JUDGE WILKINSON |

**PROPOSED ORDER**

Came on for consideration Plaintiff, Hank J. Kiff's Consent Motion to Amend PTO 66 Compliance Order, (Doc. 25356), it is

ORDERED that the Civil Action No. for Hank Kiff included on the PTO 66 Compliance Order (Doc. 25356) is hereby amended to reflect that his case number is 12-cv-02715.

NEW ORLEANS, Louisiana this ___ day of March, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE