UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 2:13-cv-2715 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**MOTION FOR RECONSIDERATION TO SET ASIDE DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 59(e) and 60, and on behalf of Plaintiff Debra Miles, undersigned counsel respectfully submit this Memorandum in Support of Reconsideration. Ms. Miles and the attorneys involved with her case worked diligently to complete her Particularized Statement of Claim for Remaining B3 Plaintiffs ("Particularized Statement") in compliance with Pre-Trial Order ("PTO") 66, but were unaware of the Court's subsequent show cause order. The attorney who received the CM/ECF notices assigned to Motley Rice, which received many such notices during this same period, did not realize that addition of other attorneys and paralegals to the individual case docket would not also result in receipt of notification for the master docket as well. As a result, all were unaware that BP considered her response deficient. Her Particularized Statement, on its face, complied with PTO 66's requirement to provide specific and detailed information to the maximum extent possible. PTO 66, pp. 2, Rec. Doc 24282.[1]

---

[1] Unless otherwise stated, references to "Rec. Doc." are to the master docket in MDL 2179.

Specifically, Ms. Miles and the attorneys involved with her case were unaware that BP claimed that she did not answer the damages question in her Particularized Statement – a claim by BP that is both facially wrong and was entirely unanticipated by Ms. Miles and her attorneys.  For the reasons set forth more fully in the attached memorandum, the dismissal of Ms. Miles lawsuit should be reconsidered, and Ms. Miles should be allowed to proceed with her case.

WHEREFORE, Ms. Miles respectfully requests that the Court reconsider the dismissal of her lawsuit and either allow this submission to serve as her response to the Show Cause Order, or if additional information would be helpful to the Court, allow her an opportunity to file a separate response to the Show Cause Order before making a decision on her case.

Dated:  February 28, 2019                                                      Respectfully submitted,

*/s/ Joseph F. Rice*
Joseph F. Rice
S.C. Bar No. 4710
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9159
Fax: (843) 216-9450
jrice@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 28th day of February, 2019.

/s/ *Joseph F. Rice*