UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>**This Document Relates to:**<br><br>No.  2:13-cv-2715 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**[PROPOSED] ORDER ON MOTION FOR RECONSIDERATION
TO SET ASIDE DISMISSAL**

Considering the Motion of Plaintiff Debra Miles for Reconsideration to Set Aside Dismissal;

IT IS ORDERED that the Motion is GRANTED and the dismissal is vacated and set aside.

New Orleans, Louisiana this ___ day of _____, 2019.

_____
**Hon. Carl J. Barbier
United States District Court**