# Exhibit A

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Debra L. Miles

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: ▮
   Address Line 2: ▮
   City: ▮    State: ▮    Zip: ▮
2. Telephone number: ▮
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: ▮
4. Date and Place of Birth: ▮
5. Male ▮    Female ▮

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes __X__   No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____   No __X__

16. List all address(es) at which you resided in 2010: ██████████████████████
    ██████████████████

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: Exacerbation of asthma/ chronic asthmatic bronchitis, with resulting mental stress and increased risk of manifesting additional diseases and the burden, inconvenience and emotional strain of monitoring compromised health.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Exposure described in Questions 21-24 & 28 above caused exacerbation of pre-existing conditions as described above. I noticed a difference in my health when I left the area in May or June 2010 and upon returning, felt far worse. I recall that I told my doctor what I was experiencing and my doctor told me that I needed to leave the area because of what the exposure was doing to my health.

31. On what date did you first report or seek treatment for your injury or illness: Do not recall, but at least by May 13, 2010

32. On what date was your injury first diagnosed: Do not recall, but at least by May 13, 2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| ▮ | ▮ |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes __x__ No _____. If "*Yes*,"

   A. When? _as described above, condition existed, but was less severe, before the spill_

   B. Who diagnosed the injury (or condition) at that time? [redacted]

   C. Who treated the injury (or condition) at that time? [redacted]

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes __X__ No _____. If "*Yes*,"

   A. What date did you first experience such injury or condition? _See Question 35._

   B. What injury (or condition) was made worse? _asthma / chronic asthmatic bronchitis_

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| ▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| ▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes __X__   No _____   (med. records in possession of attorneys)

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Medical expenses for treatment of asthma / chronic asthmatic bronchitis, which are ongoing and to be determined at trial; damages for related emotional distress, pain and suffering, including due to the need to relocate from my long-term home; expenses of medical monitoring; pre- and post-judgment interest; attorneys fees and costs of litigation

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes ▉▉▉▉  No ▉▉▉▉

   If "Yes":

   A. From whom did you receive this compensation or reimbursement? ▉▉▉▉▉▉
   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _July 9_, 2018

Location (City and State): _Mt. Pleasant, SC_ (Charleston crossed out)

_Debra Miles_ (signature)
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_Debra Miles_
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |