IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br><br>Civil Action No. 2:17-cv-03415, James Collier v. BP Exploration & Production, Inc. et al | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON<br><br>PLAINTIFFS' MOTION TO RECONSIDER |

## MOTION TO RECONSIDER AND RE-OPEN PLAINTIFF'S CASE

Plaintiff James Collier, by and through his undersigned counsel, hereby respectfully moves this Court pursuant to Rule 59(e) of the Federal Rules of Civil Procedure to reconsider its Order dated January 31, 2019, Document 25356 ("Order") and re-open Plaintiff's case.

Nexsen Pruet, LLC and Douglas M. Schmidt, APLC represent over 700 individual plaintiffs who were formerly included in the B3 Pleading Bundle. These plaintiffs opted out of the class settlements and timely filed complaints seeking compensation for their injuries pursuant to Pretrial Order (PTO) No. 63, dated February 22, 2017. Plaintiff in the instant motion filed a complaint pursuant to PTO No. 63 that was eventually deemed compliant by this Court's "Order As to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order (Rec. Doc. 23047)," filed December 6, 2017 (Rec. Doc. 23735). When Plaintiff subsequently sent a compliant questionnaire to Plaintiff's liaison counsel and Defendant's attorneys pursuant to this Court's Pretrial Order No. 66, he was identified by BP as non-compliant because he was a class member, and his claim has subsequently been dismissed with prejudice pursuant to the Court's Order. By and through his undersigned attorneys, Plaintiff respectfully requests that this Court reconsider the

Order dismissing Plaintiff's claims with prejudice. Upon information and belief, Plaintiff filed an otherwise-compliant response to PTO No. 66, but the pleading was deemed non-compliant on the basis that the Garretson Group deemed him a member of the Medical Benefits Settlement Class. The categorization of Plaintiff as a settlement class member was inaccurate. The grounds for these motions are fully set forth in the Memorandum of Law in Support of this Motion filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court reconsider its Order and issue an Order reflecting that Plaintiff is a proper B3 bundle plaintiff who is not a Medical Benefits Settlement Class member and re-opens his case.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiff*

Dated:  February 28, 2019