# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 08, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-30001   In re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:13-CV-1091

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. William W. Blevins
Mr. Tucker H. Byrd
Mr. Daniel John Dysart
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. James Andrew Langan
Mr. Kerry J. Miller
Mr. Devin Chase Reid
Mr. Robert L. Sirianni Jr.
Mr. Robert Alan York