# EXHIBIT A

# RULES GOVERNING CONFIRMATION AND RELEASE OF THIRD PARTY CLAIMS WITHOUT PAYMENT

**Effective _____, 2019**

1. ***Defined Terms.*** All undefined terms used in this Procedure shall have the same meanings given to such terms in the HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015) and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements").

2. ***The Purpose of this Procedure.*** This Procedure defines the process by which the HESI/Transocean Claims Administrator will process and/or pay the claims of Claimants for whom a prior DHEPDS lien was approved, but for which the lienholder has not confirmed the lien remains valid at the request of the HESI/Transocean Claims Administrator.

3. ***The HESI/Transocean Claims Administrator's Duty to Withhold Third Party Claim Amounts Based on Third Party Claims Deemed Enforceable by the DHEPDS Court Supervised Settlement Program.*** The HESI/Transocean Claims Administrator transferred all Third Party Claims that had been deemed enforceable by the DHEPDS Court Supervised Settlement Program to be honored by the HESI/Transocean Settlements Program after confirmation by the lienholder that the amount remains valid. Confirmation letters were sent to Third Party Claimants on or around November 14, 2018, providing a 20-day response deadline, which passed on December 4, 2018. The Claims Administrator has processed all confirmation responses, but over 3,000 claims with liens remain unconfirmed by the lienholder(s).

4. ***Termination of the HESI/Transocean Claims Administrator's Duty to Withhold Unconfirmed Third Party Claims Transferred from the DHEPDS Court Supervised Settlement Program.*** The HESI/Transocean Claims Administrator cannot wait indefinitely for the Third Party Claimant to confirm the previously claimed amount and his/her/its continuing right to that claim in the HESI/Transocean Settlements Program. To fulfill his duty to pay timely a valid Third Party Claim while providing the Claimant and Third Party Claimant with due process, the HESI/Transocean Claims Administrator will implement the following procedures with regard to Third Party Claims confirmation:

   **(a)** All Third Party Claimants have previously been sent or will be sent one confirmation letter from the HESI/Transocean Settlements Program bearing a 20-day postmark deadline for responses, and affected claims will be held back from distribution pending the outcome of that confirmation inquiry;

   **(b)** If a response from the Third Party Claimant is not received within 30 days from the date of the confirmation letter, the HESI/Transocean Claims Administrator shall send a final confirmation notice indicating the Third Party Claimant has 20 days to submit their response or the Third Party Claim will be released and the Claimant will be paid in the normal course.

   **(c)** If a response is not received by the HESI/Transocean Settlements Program within 30 days of the date of the final confirmation notice, the HESI/Transocean Claims Administrator will release the Third Party Claim and pay 100% of the proceeds to

1

2

>the Claimant or the Claimant's attorney, as appropriate, less any other valid lien or tax deductions, as applicable.

**5.**     ***Implementation of this Procedure.***   The Claims Administrator has the discretion to administer any steps necessary to implement this process.

**6.**     ***Amendments to this Procedure.***   Any amendments to this procedure shall be subject to Court approval.