# EXHIBIT B

# RULES GOVERNING THE CONFIRMATION AND RELEASE OF PAYMENT HOLDS FOR DEBTOR CLAIMANTS

**Effective _____, 2019**

1. ***Defined Terms.***  All undefined terms used in this Procedure shall have the same meanings given to such terms in the HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015) and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements").

2. ***The Purpose of this Procedure.***  This Procedure defines the process by which the HESI/Transocean Claims Administrator will process and/or pay the claims of Claimants for whom a bankruptcy or other insolvency proceeding was previously identified but for which a response has not been received from the Trustee of record regarding whether the Trustee wishes to disclaim proceeds from the distribution(s) of the Settlements Program or whether the Trustee will petition the bankruptcy court with jurisdiction over the Claimant's case for an order directing payment as well as sending notice to the U.S. Bankruptcy Trustee's Office.

3. ***The HESI/Transocean Claims Administrator's Duty to Withhold Settlement Payments to Debtor Claimants.***  The HESI/Transocean Claims Administrator transferred all records regarding pending bankruptcy cases that had been identified by the DHEPDS Court Supervised Settlement Program, and payment holds were placed to grant Bankruptcy Trustees the opportunity to claim or disclaim proceeds from the HESI/Transocean Settlements Program due to these Debtor Claimants.  This required Bankruptcy Trustees to respond to a notice emailed to them listing all Claimant Debtor's under their purview and the anticipated amount of payments, if known, so that the Bankruptcy Trustee could opt to (a) disclaim the proceeds, (b) hold the proceeds for an order directing payment, or (c) hold pending determination of the final amount for an order directing payment.  The HESI/Transocean Claims Administrator has processed all responses, but no response was received for over 300 claims.

4. ***Termination of the HESI/Transocean Claims Administrator's Duty to Withhold Settlement Payments to Debtor Claimants.***  The HESI/Transocean Claims Administrator cannot wait indefinitely for the Trustees to claim or disclaim the proceeds and provide orders for payment.  To fulfill his duty to pay timely and validly claimed bankruptcy proceeds while providing the Claimant and Bankruptcy Trustees with due process, the HESI/Transocean Claims Administrator will implement the following procedures with regard to Debtor Claimants:

   **(a)** All Bankruptcy Trustees identified to the HESI/Transocean Settlements Program have previously been sent or will be sent an email and spreadsheet listing Debtor Claimants under their purview.  Alternatively, if an email address is not available, a hard copy letter with the same information was sent or will be sent via US Mail, postage prepaid.  The Debtor Claimant list includes the value of payments forthcoming from the HESI/Transocean Settlements Program, if known, and the Bankruptcy Trustees options for further handling.  This notice bears a 20-day response deadline noting listed claims will be held back from distribution pending the outcome of the inquiry;

**(b)** Based on the response or non-response from the Bankruptcy Trustee, the HESI/Transocean Claims Administrator shall take the following action(s):

   a. If a response from the Bankruptcy Trustee has not been or is not received within 30 days from the date of the notice email/letter:

   i. The HESI/Transocean Claims Administrator shall send a final notice by US Mail, postage prepaid, indicating the Bankruptcy Trustee and the U.S. Bankruptcy Trustee and providing 30 days to submit their response or the claims associated with the Debtor Claimant(s) will be released, allowing the claim to be paid in the normal course.

   ii. If a response is not received by the HESI/Transocean Settlements Program within 40 days of the date of the final notice, the HESI/Transocean Claims Administrator is approved to release the Bankruptcy Trustee's hold and proceed with the necessary steps to pay 100% of the proceeds to the Claimant or the Claimant's attorney, as appropriate, less any other valid lien or tax deductions, as applicable.

   b. If a response is received from the Bankruptcy Trustee that:

   i. Indicates "disclaimer", the hold will be released and the claim will be paid in the normal course.

   ii. Indicates "hold for order directing payment", the Bankruptcy Trustee shall have 90 days from the notice date to provide an order directing payment of the proceeds, or the Bankruptcy Trustee's hold will be released and the HESI/Transocean Claims Administrator will proceed with the necessary steps to pay 100% of the proceeds to the Claimant or the Claimant's attorney, as appropriate, less any other valid lien or tax deductions, as applicable.

   iii. Indicates "hold pending determination of final amount for an order directing payment", the Bankruptcy Trustee shall have 60 days for open bankruptcy cases and 90 days for closed bankruptcy cases to comply. These deadlines will be tolled until the Settlements Program issues notice to the Bankruptcy Trustee with the Debtor Claimant's final award value to utilize in securing an order directing payment. The Bankruptcy Trustee's hold will be released and the HESI/Transocean Claims Administrator will proceed with the necessary steps to pay 100% of the proceeds to the Claimant or the Claimant's attorney, as appropriate, less any other valid lien or tax deductions, as applicable if the deadline

2

>  expires without an order being provided to the Settlements Program directing payment to another party.

**5.**     ***Implementation of this Procedure.***  The Claims Administrator has the discretion to administer any steps necessary to implement this process.

**6.**     ***Amendments to this Procedure.***  Any amendments to this procedure shall be subject to Court approval