UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL 2179 |
| THIS DOCUMENT RELATES TO 2:19-cv-01443 | * | SECTION: J(2) |
| REMAINING CASES IN THE B3 PLEADING BUNDLE | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW JOHN EARL MILLER, JR., by and through his counsel Hopkins, Barvié & Hopkins, PLLC, and files this his Response to the Court's Order to Show Cause relating to Cause No. 2:19-cv-01143 [DOC 5] and would show unto the Court the following facts, to-wit:

Plaintiff's counsel, after receiving the Order of February 19, 2019, and discussing this matter with Plaintiff's liaison counsel, as well as, the Medical Claims Administrator, it appears that Mr. Miller was part of the Medical Class Action Settlement in 2012. Mr. Miller retained counsel in late 2015, and Plaintiff's counsel was not aware that Mr. Miller had not opted out of the settlement. Therefore, counsel proceeded with the understanding that Mr. Miller had opted out and attempted to follow all procedures set out by the Court in order to preserve his claim. However, as Mr. Miller was a member of the Medical Class Action Settlement, it appears that this matter should be dismissed.

RESPECTFULLY SUBMITTED, this the 1st day of March, 2019.

JOHN EARL MILLER, JR., PLAINTIFF

"s/MARIANO J. BARVIE"
MARIANO J. BARVIÉ, MSB NO. 10324

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response has been electronically filed with the Clerk of Court of the United States Eastern District of Louisiana in the MDL 279 by using the CM/ECF System, and served on ALL COUNSEL by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12., as amended, on this the 1st day of March, 2019.

"/sMariano J. Barvié"
MARIANO J. BARVIÉ, ESQUIRE

MARIANO J. BARVIÉ, ESQ., MSB 10324
HOPKINS, BARVIÉ & HOPKINS, PLLC
POST OFFICE BOX 1510
GULFPORT, MS 39502
228-864-2200 (Office)
228-868-9358 (Facsimile)
mbarvie@hopkins-law.com

ATTORNEY FOR PLAINTIFF