UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION "J" |
| This Document applies to: | JUDGE CARL J. BARBIER |
| ALL CASES | |
| | MAGISTRATE JOHN WILKINSON, JR. |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** the firm name and address for Kerry J. Miller, Paul C. Thibodeaux and Daniel J. Dysart has changed effective February 20, 2019. The new firm name and address is:

**FISHMAN HAYGOOD LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:   (504) 586-5252
Email:       kmiller@fishmanhaygood.com
Email:       pthibodeaux@fishmanhaygood.com
Email:       ddysart@fishmanhaygood.com

Respectfully submitted,

**FISHMAN HAYGOOD LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 586-5252
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com

*Counsel for Triton Asset Leasing GmbH,*
*Transocean Holdings, LLC,*
*Transocean Deepwater, Inc., and*
*Transocean Offshore Deepwater Drilling Inc.*

Date:    March 1, 2019