| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>No. 10-MD-2179 ||||
|---|---|---|---|
| PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS) ||||
| Last Name<br><br>Lott | First Name<br><br>William | Middle Name/Maiden<br><br>B. | Suffix<br><br>Jr. |
| Business Name<br><br>Lott Ship Agency, Inc. || Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff)<br><br>63-0942397 ||
| MDL 2179 Member Case Number<br><br>2:18-cv-11046 || Attorney Name and Firm<br>Morgan S. Hofferber<br><br>McDowell Knight Roedder & Sledge, L.L.C. ||

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

1

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

Response to Question 1 is attached as Exhibit A.

*Lott Ship Agency, Inc. reserves the right to amend and/or supplement this response.

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Monthly Profit & Loss Statements for Lott Ship Agency, Inc.

2009, 2019, and 2011 Tax Returns for Lott Ship Agency, Inc.

Internal review and analysis of documents and information

\* Lott Ship Agency reserves the right to amend and/or supplement this list.

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

Response to Question 3 is attached as Exhibit B.

*Lott Ship Agency, Inc. reserves the right to amend and/or supplement this response.

> **Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)
>
> Yes

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: __March 1, 2019_____, 2018

Location (City and State): __Mobile, Alabama__

*[signature]*

Signature of Plaintiff*

*\*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

William B. Lott, Jr.

Print Name

*President [signature]*

Title/Position (if signed on behalf of a business or other entity)

**The verified statement, must be filed into the record of the plaintiff's <u>individual lawsuit</u> (as opposed to the master docket for MDL 2179) no later than <u>April 11, 2018</u>.**

**LOTT SHIPPING AGENCY, INC.**  **Exhibit A to PTO 65 Submission- Response to Question 1**
**LOSS CALCULATIONS**

| ACTUAL FIRST FOUR MONTHS OF 2010 REVENUE AS BASE (BEFORE THE OIL SPILL) AND PROJECT FOR REMAINDER OF 2010 AND ALL OF 2011 | PROJECTION FOR MAY THROUGH DECEMBER 2010 AND FOR THE 12 MONTHS JANUARY THROUGH DECEMBER 2011 (20 MONTHS AFTER THE OIL SPILL) |
|---|---|

|  | Jan 2009 Dec 2009 | Jan 2010 April 2010 |  | May 2010 - Dec 2010 | Jan 2011 - Dec 2011 |
|---|---|---|---|---|---|
| AVERAGE REVENUE PER MTH | 804,046 | 967,413 | ACTUAL REVENUE PER MONTH | 698,523 | 745,475 |
| PROJECTED INCREASE IN REVENUE PER MONTH |  | 163,367 | PROJECTED REVENUE PER MONTH DECLINE IN REVENUE PER MONTH | 967,413 268,890 | 967,413 221,938 |
| PROJECTED INCREASE % PER MONTH |  | 20% | TOTAL DECLINE | 2,151,120 | 2,663,256 |
|  |  |  | TOTAL DECLINE 20 MONTHS AFTER OIL SPILL IN REVENUE |  | **4,814,376** |
|  |  |  | **LOSS PROFIT ON REVENUE DECLINE:** PROFIT PERCENTAGE 19.97% |  | **961,431** |

The first four months of 2010 Lott Shipping Agency, Inc. monthly revenues increased on average by $163,367 or twenty percent over the previous twelve months. From the time of the of the Deepwater Horizon Oil Rig Oil Spill (April 20, 2010) through the subsequent twenty month period Lott Shipping Agency, Inc. suffered losses of revenue and losses of profit. For the first four months of 2010, immediately preceding the oil spill, Lott Shipping Agency, Inc. monthly revenue averaged $967,413. However for the twenty month period immediately after the oil spill, revenues declined. For the eight months immediately after the oil spill revenue averaged $698,523, a decline of $268,890 per month and a total decline in revenue for the eight months of $2,151,120. For the twelve months in 2011 after the oil spill revenue averaged $745,475, a decline of $221,938 from immediately prior to the oil spill totalling $2,663,256 for the year ended December 31, 2011. For the twenty month period immediately after the oil spill revenue declined a total of $4,814,376. Profit margins based on tax returns for Lott Ship Agency for tax years 2009 through 2011 averaged 19.97%. The total loss in profit based on revenue decline immediately after the oil spill amounted to $961,431, plus prejudgment interest.

*Lott Ship Agency, Inc. reserves the right to amend and/or supplement this response.

**Exhibit B to PTO 65 Submission – Response to Question 3**

Lott Ship Agency was in the business of servicing vessels that were calling into U.S. ports in the Gulf of Mexico ("U.S. Gulf Ports"). As an agent, it provided services to enter and clear numerous types of vessels and barges calling on the U.S. Gulf Ports by, for example, preparing manifests and filing documents with Customs and Border Protection, U.S. Coast Guard, National Vessel Movement Center, and other governmental agencies. In addition to acting as an agent in assisting vessels in entering the U.S. Gulf Ports, Lott Ship Agency also assisted the vessels in obtaining necessary supplies and/or repairs.

After the Deepwater Horizon/Macondo well exploded on April 20, 2010 and began discharging oil into the Gulf of Mexico, Lott Ship Agency lost business dealings with numerous types of vessels that had previously been calling into U.S. Gulf Ports. Vessels discontinued the services of Lott Ship Agency because the vessels were no longer coming in and out of the Gulf of Mexico and the U.S. Gulf Ports due to the extreme amount of oil that was discharged in the Gulf of Mexico. Some U.S. Gulf Ports were closed altogether for a period of time. Lott Ship Agency lost many of its customers and much of its business in the wake of the oil spill that, but for the oil spill, it has no reason to believe it would have lost.