UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| | **JUDGE BARBIER** |
| **This Document Relates to:** **2:18-cv-11046** | **MAG. JUDGE WILKINSON** |

## ORDER

IT IS ORDERED that Lott Ship Agency, Inc.'s Motion to Vacate and/or Amend (Rec. Doc. 25249) the February 1, 2019 Order (Rec. Doc. 25363) is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____

UNITED STATES DISTRICT JUDGE