UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 19-01443* | * | |
| | | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

On February 19, 2019, the Court issued an Order requiring John Earl Miller, Jr. to "show cause in writing by no later than March 5, 2019 why the Court should not dismiss his complaint with prejudice on the grounds that his claims are barred by the Medical Settlement's class-wide release (Rec. Doc. 6427-1 § XVI) and the Court's Order and Judgment approving same (Rec. Doc. 8218)." (Rec. Doc. 25401). The Order also noted that the Court reserved ruling on Miller's Motion to Amend or Alter Judgment (Rec. Doc. 25396). Miller, though counsel, submitted a response on March 1, 2019, that stated:

> Plaintiff's counsel, after receiving the Order of February 19, 2019, and discussing this matter with Plaintiff's liaison counsel, as well as, the Medical Claims Administrator, it appears that Mr. Miller was part of the Medical Class Action Settlement in 2012. Mr. Miller retained counsel in late 2015, and Plaintiff's counsel was not aware that Mr. Miller had not opted out of the settlement. Therefore, counsel proceeded with the understanding that Mr. Miller had opted out and attempted to follow all procedures set out by the Court in order to preserve his claim. However, as Mr. Miller was a member of the Medical Class Action Settlement, it appears that this matter should be dismissed.

(Rec. Doc. 25427).

Accordingly,

IT IS ORDERED that all claims by John Earl Miller, Jr. asserted in civil action no. 19-01443 are DISMISSED with prejudice.

IT IS FURTHER ORDERED that John Earl Miller, Jr.'s Motion to Amend or Alter Judgment (Rec. Doc. 25396) is DENIED.

New Orleans, Louisiana, this 6th day of March, 2019.

_____
United States District Judge

**Note to Clerk: File in master docket, 10-md-2179, and Miller's individual docket, 19-cv-01443.**