IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater | * | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, | * | |
| On April 20, 2010 | * | Section: J |
| | * | |
| This filing relates to: | * | District Judge Carl J. Barbier |
| *15-4143, 15-4146 & 15-4654* | * | |
| | * | Chief Magistrate Judge |
| | * | Joseph Wilkinson |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

[Approving Motion for Approval of Court Approved Procedure 3 Regarding the Rules Governing Confirmation and Release of Third Party Claims without Payment and Court Approved Procedure 4 Regarding the Confirmation and Release of Payment Holds for Debtor Claimants]

**CONSIDERING** the request by Patrick Juneau, the Old and New Class Claims Administrator of the HESI and Transocean Settlement Agreements (the "Claims Administrator"), for entry of an Order in aid of implementation of the Settlements Program, pursuant to this Court's continuing and exclusive jurisdiction under Section 25 of the HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015) and the Transocean Punitive Damages and Assigned Claims Settlement Agreement (the "Settlement Agreements"), and being fully apprised, **IT IS HEREBY ORDERED** as follows:

1. The Rules Governing Confirmation and Release of Third Party Claims Without Payment attached hereto for reference are approved as Court Approved Procedure 3 to govern the process by which the Claims Administrator can release Third Party Claims and pay the Claimant in the normal course despite the existence of a Third Party Claim deemed

1

enforceable by the DHEPDS Court Supervised Program if the Third Party Claimant has failed to respond to requests by the Claims Administrator to confirm the Third Party Claims' continued validity and current amount outstanding, if any.

2. The Rules Governing the Confirmation and Release of Payment Holds for Debtor Claimants attached hereto for reference are approved as Court Approved Procedure No. 4, to govern the process by which the Claims Administrator will release Bankruptcy Trustee holds and pay the Claimant in the normal course if a Bankruptcy Trustee fails to timely respond to notices bearing Court-approved deadlines.

3. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of both the Rules Governing Confirmation and Release of Third Party Claims without Payment and the Rules Regarding the Confirmation and Release of Payment Holds for Debtor Claimants.

New Orleans, Louisiana, this 6th day of March, 2019.

_____
CARL J. BARBIER
United States District Judge