UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *All Cases* | * | **MAG. JUDGE WILKINSON** |
| | * | |

# ORDER
### [Closing 348 Cases Identified in Exhibit 1]

On February 19, 2019, the Court gave notice of its intent to close 349 cases that appeared to be resolved (whether through settlement or other means) and which appeared to have no viable claims remaining in litigation. (Rec. Doc. 25398). Any party that believed its case should not be closed was required to file a written response by February 27, 2019. The notice further explained,

> In the event a party believes its case should not be closed for the reason that it has an unresolved claim in litigation for punitive damages against Transocean or Halliburton, that party should explain, perhaps in addition to other things, (1) whether the party actually alleged claims against Transocean or Halliburton in the party's complaint and (2) why any claims it did assert in its complaint against Transocean or Halliburton are not precluded by the class-wide releases found in the Transocean and Halliburton Punitive Damages and Assigned Claims Settlement Agreements (Rec. Docs. 15332, 14644) and the Court's Final Order and Judgment approving same (Rec. Doc. 22253).

(Rec. Doc. 25398 at 1-2).

The Court received responses from Harborwalk Two, LLC ("Harborwalk," Rec. Doc. 25415) and Baldwin County, Alabama (Rec. Doc. 25412). Harborwalk represents that it has an unresolved, unreleased claim against Carr, Riggs and Ingram, L.L.C.

In light of this, the Court will not close Harborwalk's case (No. 14-1872) at this time and has omitted it from Exhibit 1 to this Order. Baldwin County's response merely requests assurance that closing its civil action will not impact the adjudication of Baldwin County's claim with the Halliburton and Transocean Punitive Damages and Assigned Claims and Settlement Agreements.

IT IS ORDERED that the Clerk of Court shall CLOSE the cases listed in the attached Exhibit 1 as all claims in litigation have been resolved. Nothing in this Order shall affect the processing, status, or determination of a claim filed under the Halliburton (HESI) and Transocean Punitive Damages and Assigned Claims Settlement Agreements (Rec. Docs. 15332, 14644).

New Orleans, Louisiana, this 6th day of March, 2019

_____
United States District Judge

**Note to Clerk: Mail copies of this Order and Exhibit 1 to the plaintiffs in the following cases, who appear to be pro se.**

| Lowe, Tory Anthony | 16-04003 |
| --- | --- |
| MacDonald, Martin S. | 16-04141 |
| McBride, Rico/Queen Esther Commercial Fishing | 16-04324 |
| Power House Church of God Holy Ghost Power | 16-04322 |
| Terry, Alan R. | 16-04139 |
| Wyatt, Grant McAllen Chambers | 16-05492 |