MAR 06 2019

WILLIAM W BLEVINS
CLERK    cc

Michael Helmholtz

File number 17-2932
250 NE 660th Street
Old Town, Florida 32680

The Honorable Carl J. Barbier

500 Poydras Street, Room C-256
New Orleans, LA 70130

Feb 28, 2019

Dear Honorable Judges and Courts,

    It has come to my attention through documents I just received not quite a month ago on/about Feb 1, 2019 that my medical claim may be being dismissed without prejudice, because I had failed to submit some forms. I am begging to court to please reconsider and help me to become in compliance with paperwork submittal. My attorneys Morgan and Morgan dropped my case and failed to alert the court, I guess, since I never received any forms from the court.

    I am just a simple fisherman, I am not an attorney. I can say I suffer daily from the effects of the dispersant corexit 9500 used in the cleanup. These effects are making it difficult to keep doing my job and providing for my family. I am just asking for the right thing to be done by BP. I am also asking the court to please forgive any paperwork oversight I may have had since I no longer have an attorney and to give me a chance to come into compliance.

    Thank you for your time and consideration

Michael Helmholtz

*[signature]*

Marine Life Collector FWC #1363

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____