UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: 12-968 | * * * * | JUDGE: CARL BARBIER MAG: JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN OPPOSITIN TO MOTION FOR ORDER APPORVING AND ORDERING THE CLAIM ADMNISTRATOR TO RELEASE THE DEEPWATER HORIZON MEDICAL BENEFITS CLAIMS FILE OF ALLEN MOREAU PURSUANT TO THE NOTICE OF REOCRDS DEPOSITION AND SUBPOENA DUCES TECUM FILED IN LOUISIANA STATE COURT**

NOW INTO COURT, through undersigned counsel, comes Allen Moreau, who respectfully represents the following in opposition to the release of his medical benefits claim information:

Mr. Moreau, through undersigned counsel, objected to the release and production of his claims information on April 30, 2018, by way of e-mail notification sent to the claims administrator for the DHMB. (See Exhibit 1, attached hereto).

Defendants have alleged in their motion that Mr. Moreau has made a claim in the BP litigation for his exposure to pseudomonas aeruginosa. Mr. Moreau specifically denies that any such claim for this problem was ever made in conjunction with the Deepwater Horizon Medical Benefits Claim process or any other matters related to the BP oil spill.

In that regard, Mr. Moreau specifically denies the assertion contained in Weston Solutions' Memorandum that he testified that he filed a Deepwater Horizon Medical Claim for the "same exposure and injury that is the subject of his lawsuit pending in state court".

In that regard, Mr. Moreau requests that this Honorable Court limit the production of Mr. Moreau's medical benefits claim. Mr. Moreau specifically requests that only information, if any, concerning a claim for pseudomonas aeruginosa be released to movants herein and that all other information relative to Mr. Moreau's Medical Benefits Claim be retained by the claims administrator and not released to the movant.

Respectfully submitted,

BY: /s/ Michael A. Fenasci
MICHAEL A. FENASCI (#05508)
FENASCI & ASSOCIATES, APLC
3500 N. Causeway Blvd., Suite 1405
Metairie, Louisiana 70002
Telephone: (504) 833-2166
Facsimile: (504) 831-9474
Email: fenascilaw@aol.com

2

**From:** Michael Fenasci <fenascilaw@aol.com>
**Sent:** Monday, April 30, 2018 4:26 PM
**To:** File Production <fileproduction@dhecc.com>
**Cc:** nativeadventures@gmail.com
**Subject:** Allen Moreau - Subpoena by Weston Solutions - Objection to production of Information

Dear Sirs/Madam:

I am the attorney representing Mr. Allen Moreau in all matters against Weston Solutions,

in particular a case pending against that defendant in Civil District Court, for the Parish of

Orleans, State of Louisiana.

Please be advised that Mr. Allen Moreau, my client hereby objects to the release of any information

you may have in your custody concerning any claims he had or may still have in the BP Litigation.

Mr. Moreau relies on the Order signed by Judge Barbier and exercises his right to confidentiality of his claims information.

Further, Mr. Moreau relies upon you, to abide by said Order and deny the production of Mr. Moreau's claim materials,

in their entirety.

If you need to speak with me concerning any of the above, I can be contacted at my office number 504-833-2166.

Sincerely,

Michael Fenasci


EXHIBIT 1