**From:** Michael Fenasci <fenascilaw@aol.com>
**Sent:** Monday, April 30, 2018 4:26 PM
**To:** File Production <fileproduction@dhecc.com>
**Cc:** nativeadventures@gmail.com
**Subject:** Allen Moreau - Subpoena by Weston Solutions - Objection to production of Information

Dear Sirs/Madam:

I am the attorney representing Mr. Allen Moreau in all matters against Weston Solutions,

in particular a case pending against that defendant in Civil District Court, for the Parish of

Orleans, State of Louisiana.

Please be advised that Mr. Allen Moreau, my client hereby objects to the release of any information

you may have in your custody concerning any claims he had or may still have in the BP Litigation.

Mr. Moreau relies on the Order signed by Judge Barbier and exercises his right to confidentiality of his claims information.

Further, Mr. Moreau relies upon you, to abide by said Order and deny the production of Mr. Moreau's claim materials,

in their entirety.

If you need to speak with me concerning any of the above, I can be contacted at my office number 504-833-2166.

Sincerely,



EXHIBIT
1

Michael Fenasci