IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** |
| | | **SECTION J** |
| | * | **JUDGE BARBIER** |
| **This Document relates to:** | * | |
| *All Remaining Cases in Pleading Bundle "B1"* | * * | **MAGISTRATE JUDGE WILKINSON** |

### BP'S DISPOSITIVE MOTION
### AS TO THE B1 CLAIMS OF MEXICAN PLAINTIFFS

Pursuant to PTO 67 (Rec. Doc. 25370) ("PTO 67"), BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") hereby move to dismiss the claims of the 115 B1 Plaintiffs identified in Exhibit 2 to PTO 67, who are fishermen, cooperatives of fishermen, and one business residing or doing business in Mexico ("Mexican Plaintiffs") because they have no cause of action under OPA or maritime law, which OPA displaces for foreign claimants. BP also requests that the Court dismiss the B1 claims of the 40 Mexican fishing cooperatives represented by Weller Green Toups & Terrell, L.L.P. for the additional reason that they are attempting to improperly assert mass claims on behalf of 11,820 unidentified, individual claimants in violation of Pretrial Order No. 60 (Rec. Doc. 16050). In further support of this motion, BP submits the accompanying *Memorandum in Support of Its Dispositive Motion as to the B1 Claims of Mexican Plaintiffs*, which is fully incorporated by reference herein.

March 7, 2019                              Respectfully submitted,

                                           */s/ Don Haycraft*
                                           Don Haycraft (Bar #14361)
                                           R. Keith Jarrett (Bar # 16984)
                                           **LISKOW & LEWIS**
                                           One Shell Square
                                           701 Poydras Street, Suite 5000
                                           New Orleans, Louisiana 70139-5099
                                           Telephone: (504) 581-7979
                                           Fax No. (504) 556-4108

                                           Matthew T. Regan, P.C.
                                           J. Andrew Langan, P.C.
                                           Kristopher S. Ritter
                                           **KIRKLAND & ELLIS LLP**
                                           300 North LaSalle Street
                                           Chicago, IL 60654
                                           Telephone: (312) 862-2000
                                           Fax: (312) 862-2200

                                           Christopher W. Keegan
                                           Ashley Littlefield
                                           Anna Terteryan
                                           **KIRKLAND & ELLIS LLP**
                                           555 California Street
                                           San Francisco, CA 94104
                                           Telephone: (415) 439-1400

                                           *Attorneys for BP America Production Company
                                           and BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of March, 2019.

                                                    */s/ Don Haycraft*
                                                  Don Haycraft