IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 18-31177

———————————

A True Copy
Certified order issued Mar 01, 2019

/s/ Tyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

In re: Deepwater Horizon
-----------------------------------------------------------------------------------
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

v.

CLAIMANT ID 100118552; CLAIMANT ID 100282515,

    Claimants - Appellants

———————————

Appeals from the United States District Court
for the Eastern District of Louisiana

———————————

O R D E R:

IT IS ORDERED that appellants' unopposed motion to stay further proceedings in this Court is GRANTED for 90 days.

Signed: 3-1-2019

    ___/s/ Catharina Haynes_____
    CATHARINA HAYNES
    UNITED STATES CIRCUIT JUDGE