# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 01, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-31177   In re: Deepwater Horizon
                      USDC No. 2:10-MD-2179
                      USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

Mr. William W. Blevins
Mr. William Gray Chason
Mr. Don Keller Haycraft
Ms. Kristina Morgan Sanders Hofferber
Mr. R. Stanton Jones
Mr. James Andrew Langan
Mr. Matthew Regan
Mr. Devin Chase Reid