# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br> **SECTION: J** |
| *This document relates to:* | * * | |
| ALL CASES | * * | **HONORABLE CARL J. BARBIER** |
| (including No. 12-970) | * * * * | **MAGISTRATE JUDGE WILKINSON** |

## MOTION FOR APPROVAL TO TRANSFER FUNDS AND CLOSE AGGREGATE COMMON BENEFIT FEE AND COSTS FUND

**NOW INTO COURT** come Plaintiffs Co-Liaison and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class who respectfully move for approval to dissolve and disburse the remaining balance of the Common Benefit Fee and Costs Fund after making the following payments:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement,[1] a Common Benefit Fee and Cost Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59, which costs and fees have now been awarded and approved in the aggregate by the Court.[2]

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.
[2] Rec. Doc. 21849.

II.

Undersigned Counsel have been advised by Mr. Garrett, the Court-appointed CPA in these proceedings, of the need to file a final tax return for the Common Benefit Fee and Costs Fund and all balances have to be zero which can be accomplished by allowing the transfer of the following remaining assets and funds as of the end of the year, December 31, 2018, to Herman, Herman & Katz, LLC on behalf of the Plaintiffs' Steering Committee's Shared Expense Account (BP MDL 2179 PSC Account) held at Whitney Bank bearing account number 718773489 for their use in further expenses and/or administration as deemed necessary by Co-Liaison Counsel:

Assets and Liabilities as of December 31, 2018

| | |
|---|---|
| Cash – Held at Clerk of Court | $4,618.56 |
| Receivables from IRS | |
|     State Settlement | $11,541.00 |
|     Attorney Fee & Cost Fund | $18,000.00 (estimated) |
| Total Assets | $34,159.56 |
| | |
| Liabilities | |
| Payable to CPA for tax work | $2,635.00 |
|     Adams, Jenkins & Cheatham | |
| | |
| Equity | $31,524.56 |

III.

The Court granted an order on January 2, 2019 authorizing payment of $2,635.00 to Garrett & Co., LLC, at 600 Northwoods Drive, Abita Springs, La. 70420; with Garrett & Co., LLC thereafter authorized and directed to transmit $2,635.00 to Adams, Jenkins & Cheatham for payment of tax-preparation expenses and Garrett & Co., LLC should be receiving those funds shortly. (See Document No. 25291).

IV.

We certify, in accordance with Local Rule 67.3, that we have provided this Motion and accompanying Proposed Order to the Clerk of Court for review.

**WHEREFORE** the undersigned respectfully pray for an Order (i) authorizing J. P. Morgan to transmit any remaining funds to the Plaintiffs' Steering Committee's Shared Expense Account (BP MDL 2179 PSC Account); (ii) authorizing J. P. Morgan to close the Common Benefit Fee and Costs Fund after the transfer of remaining funds to the Plaintiff's Steering Committee's Shared Expense Account; and (iii) authorizing the Clerk of Court to draw a check on the remaining funds on deposit in the Registry of this Court in the principal plus all interest earned less the assessment fee for the administration of funds payable to Herman, Herman, & Katz, LLC on behalf of the Plaintiffs' Steering Committee's Shared Expense Account (BP MDL 2179 PSC Account) for their use in further expenses and/or administration as deemed necessary by Co-Liaison Counsel.

This 8th day of March, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/Stephen J. Herman* | */s/James Parkerson Roy* |
| Stephen J. Herman (La. Bar No. 23129) | James Parkerson Roy (La. Bar No. 11511) |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504)581-4892 | Telephone: (337)233-3033 |
| Fax. No. (504)561-6024 | Fax No. (337)233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Co-Liaison Counsel, and* | *Plaintiffs Co-Liaison Counsel, and* |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

-4-

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of March, 2019.

*/s/Stephen J. Herman and James Parkerson Roy*