**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 2:19-CV-01418-CJB-JCW AND ALL CASES IN PLEADING BUNDLE B3 | *  *  *  *  *  *  *  *  *  *  *  *<br>MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \*   \*

## RESPONDERS' MOTION TO LIFT THE MDL STAY

O'Brien's Response Management, L.L.C. and National Response Corporation (together, the "Responders") respectfully move this Court to lift the stay imposed by Pretrial Order No. 25 (Rec. Doc. 983) ("PTO 25") as to their new action (the "Declaratory Judgment Action") against BP Exploration & Production Inc. and BP America Production Company (together, "BP").

For the reasons described in the attached Memorandum, the Responders respectfully request that this Court lift the stay imposed by PTO 25, provide a date certain by which BP must answer the Responders' Complaint, and set a schedule for prompt resolution of the Declaratory Judgment Action.

Dated: March 8, 2019

Respectfully submitted,

/s/ *Jeremy T. Grabill*

| | |
|---|---|
| Ivan M. Rodriguez (LA #22574)<br>Gary A. Hemphill (LA #6768)<br>Jeremy T. Grabill (LA #34924)<br>PHELPS DUNBAR LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534<br>Telephone: 504-566-1311<br>Facsimile: 504-568-9130<br>ivan.rodriguez@phelps.com<br>gary.hemphill@phelps.com<br>jeremy.grabill@phelps.com | Michael J. Lyle (DC #475078, IL #6199227)<br>(trial attorney)<br>Eric C. Lyttle (DC #482856)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>mikelyle@quinnemanuel.com<br>ericlyttle@quinnemanuel.com<br><br>Sylvia E. Simson (NY #4803342)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>sylviasimson@quinnemanuel.com<br><br>Attorneys for O'BRIEN'S RESPONSE MANAGEMENT, L.L.C. and NATIONAL RESPONSE CORPORATION |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Responders' Motion to Lift the MDL Stay has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of March, 2019.

                                          /s/ *Jeremy T. Grabill*
                                          Jeremy T. Grabill