# EXHIBIT 1

| | |
|---|---|
| **From:** | Rogers, Brenton <brogers@kirkland.com> |
| **Sent:** | Thursday, February 28, 2019 4:33 PM |
| **To:** | Mike Lyle; Sylvia Simson; Ritter, Kristopher |
| **Cc:** | Eric Lyttle; Ivan Rodriguez; Jeremy Grabill (1396) |
| **Subject:** | RE: O'Brien's Response Management, L.L.C. et al. v. BP Exploration & Production Inc. et al. - Correspondence |

Correct, we do not consent to your request.

**Brent Rogers**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7119
F +1 312 862 2200

brogers@kirkland.com

**From:** Mike Lyle <mikelyle@quinnemanuel.com>
**Sent:** Thursday, February 28, 2019 12:33 PM
**To:** Rogers, Brenton <brogers@kirkland.com>; Sylvia Simson <sylviasimson@quinnemanuel.com>; Ritter, Kristopher <ritterk@kirkland.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Ivan Rodriguez <Ivan.Rodriguez@phelps.com>; Jeremy Grabill (1396) <Jeremy.Grabill@phelps.com>
**Subject:** [EXT] RE: O'Brien's Response Management, L.L.C. et al. v. BP Exploration & Production Inc. et al. - Correspondence

Thank you for your email.

We understand that you object to lifting the stay.  Is that correct?

**Mike Lyle**
*Co-Managing Partner, DC Office*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8166 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
mikelyle@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Rogers, Brenton [mailto:brogers@kirkland.com]
**Sent:** Thursday, February 28, 2019 1:20 PM
**To:** Sylvia Simson <sylviasimson@quinnemanuel.com>; Ritter, Kristopher <ritterk@kirkland.com>
**Cc:** Mike Lyle <mikelyle@quinnemanuel.com>; Eric Lyttle <ericlyttle@quinnemanuel.com>; Ivan Rodriguez <Ivan.Rodriguez@phelps.com>; Jeremy Grabill (1396) <Jeremy.Grabill@phelps.com>
**Subject:** RE: O'Brien's Response Management, L.L.C. et al. v. BP Exploration & Production Inc. et al. - Correspondence

In accordance with the relevant orders, we will follow the Court's guidance on whether and when a response to your complaint is required.

**Brent Rogers**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7119
F +1 312 862 2200

brogers@kirkland.com

---

**From:** Sylvia Simson <sylviasimson@quinnemanuel.com>
**Sent:** Monday, February 25, 2019 4:17 PM
**To:** Rogers, Brenton <brogers@kirkland.com>; Ritter, Kristopher <ritterk@kirkland.com>
**Cc:** Mike Lyle <mikelyle@quinnemanuel.com>; Eric Lyttle <ericlyttle@quinnemanuel.com>; Ivan Rodriguez <Ivan.Rodriguez@phelps.com>; Jeremy Grabill (1396) <Jeremy.Grabill@phelps.com>
**Subject:** [EXT] O'Brien's Response Management, L.L.C. et al. v. BP Exploration & Production Inc. et al. - Correspondence

Brent/Kris,

As you may know, case number 2:19-CV-01418-CJB-JCW has been consolidated with MDL 2179.  As such, the case has been automatically stayed until further order of the Court.  The Responders intend to request that the stay be lifted in this action and write to request that BP advise whether it will consent to or will object to lifting the stay.  If the latter, please advise as to the basis of BP's objection.

Please advise as to BP's position by close of business on Thursday.  If we do not hear from you, we will assume that BP plans to object to lifting the stay and will proceed accordingly.  Thank you.

Best,
Sylvia

**Sylvia Simson**
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7378 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
sylviasimson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.