UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO, on<br>APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 2:19-CV-01418-CJB-JCW<br>AND<br>ALL CASES IN PLEADING BUNDLE B3 | *<br>*<br>*<br>*   MDL NO. 2179<br>*<br>*   SECTION: J<br>*<br>*   JUDGE BARBIER<br>*<br>*   MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, pursuant to Pre-Trial Order No. 15 (Rec. Doc. 676), all motions are continued without date in this case unless a motion is specifically excepted from the continuance by the Court. There is no current date for hearing O'Brien's Response Management, L.L.C.'s and National Response Corporation's Motion to Lift the MDL Stay (the "Motion"), pending further order by the Court specifically excepting the Motion from the general continuance established by Pre-Trial Order No. 15.

1

Dated: March 8, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ *Jeremy T. Grabill* | |
| Ivan M. Rodriguez (LA #22574) | Michael J. Lyle (DC #475078, IL #6199227) |
| Gary A. Hemphill (LA #6768) | (trial attorney) |
| Jeremy T. Grabill (LA #34924) | Eric C. Lyttle (DC #482856) |
| PHELPS DUNBAR LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 365 Canal Street, Suite 2000 | 1300 I Street NW, Suite 900 |
| New Orleans, LA 70130-6534 | Washington, DC 20005 |
| Telephone: 504-566-1311 | Telephone: (202) 538-8000 |
| Facsimile: 504-568-9130 | Facsimile: (202) 538-8100 |
| ivan.rodriguez@phelps.com | mikelyle@quinnemanuel.com |
| gary.hemphill@phelps.com | ericlyttle@quinnemanuel.com |
| jeremy.grabill@phelps.com | |
| | Sylvia E. Simson (NY #4803342) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 51 Madison Avenue |
| | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | sylviasimson@quinnemanuel.com |
| | |
| | Attorneys for O'BRIEN'S RESPONSE MANAGEMENT, L.L.C. and NATIONAL RESPONSE CORPORATION |

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of March, 2019.

                                                 /s/ *Jeremy T. Grabill*
                                                 Jeremy T. Grabill