IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30042
_____

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:13-CV-97
D.C. Docket No. 2:16-CV-13365
D.C. Docket No. 2:16-CV-13367
D.C. Docket No. 2:16-CV-6259
D.C. Docket No. 2:16-CV-13366
D.C. Docket No. 2:16-CV-13364
D.C. Docket No. 2:13-CV-6009
D.C. Docket No. 2:16-CV-7048
D.C. Docket No. 2:16-CV-6329
D.C. Docket No. 2:13-CV-5367
D.C. Docket No. 2:16-CV-6216
D.C. Docket No. 2:16-CV-6333
D.C. Docket No. 2:16-CV-6298
D.C. Docket No. 2:16-CV-6330
D.C. Docket No. 2:16-CV-7285

United States Court of Appeals
Fifth Circuit

**FILED**
February 11, 2019

Lyle W. Cayce
Clerk

In re: Deepwater Horizon

_____

AJ'S SPECIALTY INCORPORATED; MICHELLE AYOTTE; GULF FRAMERS, INCORPORATED; H&H ENTERPRISES OF PC BCH L.L.C.; JEROME HALL; RONALD HELMER; ALEX HOLLINGSWORTH; JOHN HYLAN; PAUL JENSEN; RICHARD LEBLANC; ROBERT LEE; MINDWAVES HYPNOSIS, L.L.C.; PERFORMANCE MUFFLER AND BRAKE; MAXIMA ROYSTER; STEPHEN L. SHIVERS, JR.; KYLE SPELL; SUNSHINE STATE PARTNERS, L.L.C.; JAVIER VILLAREAL; LEIGH WRIGHT INTERIOR,

   Plaintiffs - Appellants

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,

      Defendants - Appellees

Appeals from the United States District Court for the Eastern District of Louisiana

Before JOLLY, JONES, and DENNIS, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed. *See* 5TH CIR. R. 47.6.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on Mar 06, 2019**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**