# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

───────────

No. 17-30042

───────────

United States Court of Appeals
Fifth Circuit

**FILED**
February 11, 2019

Lyle W. Cayce
Clerk

In re: Deepwater Horizon

─────────────────────

AJ'S SPECIALTY INCORPORATED; MICHELLE AYOTTE; GULF FRAMERS, INCORPORATED; H&H ENTERPRISES OF PC BCH L.L.C.; JEROME HALL; RONALD HELMER; ALEX HOLLINGSWORTH; JOHN HYLAN; PAUL JENSEN; RICHARD LEBLANC; ROBERT LEE; MINDWAVES HYPNOSIS, L.L.C.; PERFORMANCE MUFFLER AND BRAKE; MAXIMA ROYSTER; STEPHEN L. SHIVERS, JR.; KYLE SPELL; SUNSHINE STATE PARTNERS, L.L.C.; JAVIER VILLAREAL; LEIGH WRIGHT INTERIOR,

      Plaintiffs - Appellants

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,

      Defendants - Appellees

───────────────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CV-97

───────────────────

No. 17-30042

Before JOLLY, JONES, and DENNIS, Circuit Judges.

PER CURIAM:*

After examining the briefs and record, reviewing applicable law, and hearing oral argument, we are unconvinced that the district court erred in this case. Accordingly, we AFFIRM the district court's dismissal of appellants' claims.

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2