# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 06, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

```
     No. 17-30042    In re: Deepwater Horizon
                    USDC No. 2:10-MD-2179
                    USDC No. 2:13-CV-97
                    USDC No. 2:16-CV-13365
                    USDC No. 2:16-CV-13367
                    USDC No. 2:16-CV-6259
                    USDC No. 2:16-CV-13366
                    USDC No. 2:16-CV-13364
                    USDC No. 2:13-CV-6009
                    USDC No. 2:16-CV-7048
                    USDC No. 2:16-CV-6329
                    USDC No. 2:13-CV-5367
                    USDC No. 2:16-CV-6216
                    USDC No. 2:16-CV-6333
                    USDC No. 2:16-CV-6298
                    USDC No. 2:16-CV-6330
                    USDC No. 2:16-CV-7285
```

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kenneth G. Lotz, Deputy Clerk

cc:
    Mr. William H. Burgess
    Mr. Don Keller Haycraft
    Mr. George W. Hicks Jr.
    Ms. Marsha L. Lyons
    Mr. Kerry J. Miller
    Mr. Aaron Lloyd Nielson
    Mr. Matthew Regan
    Mr. Robert Alan York