# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *No. 12-968* | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court is a motion by Weston Solutions, Inc. ("Weston") requesting an order that directs the Claims Administrator for the Deepwater Horizon Medical Benefits Class Action Settlement Agreement ("Medical Settlement") to produce the claim file of Allen Moreau ("Moreau") and other documents identified in the subpoena duces tecum attached to the motion. (Rec. Doc. 25417). Moreau has sued Weston in state court for injuries allegedly arising from work Moreau performed for Weston in 2010 during the response to the Deepwater Horizon/Macondo Well oil spill. More specifically, Moreau claims Weston hired him to work onboard a vessel in furtherance of a contract Weston had to collect environmental samples, and Moreau was exposed to a bacterium known as *Pseudomonas Aeruginos* while engaged in this work. Weston argues that the information it seeks is relevant to Moreau's state court claim against Weston.

Moreau filed an opposition wherein he appears to admit that he filed a claim under the Medical Settlement, but asserts that any claim he filed was not related to

his exposure to *Pseudomonas Aeruginos*. (Rec. Doc. 25476). Moreau therefore urges that production be limited to "only information, if any, concerning a claim for *pseudomonas aeruginosa*" and that "all other information relative to Mr. Moreau's Medical Benefits Claim be retained by the claim administrator and not released to the movant." (Rec. Doc. 25476).

This Court maintains exclusive and continuing jurisdiction over, *inter alia*, the Claims Administrator and the interpretation, implementation, administration, and enforcement of the Medical Settlement. (*See* Order and Judgment of Jan. 11, 2013 ¶¶ 10, 21, 22, Rec. Doc. 8218; Medical Settlement §§ XXI(A)(5), XXVII, Rec. Doc. 6427-1). The information sought by Weston is confidential under the Medical Settlement and may not be disclosed by the Claims Administrator absent an order from this Court. (*See* Medical Settlement §§ V(K), VI(E), VII(E), VIII(D), XXI(B)(3)(a)). Having considered the motion and the opposition,

IT IS ORDERED that Weston Solutions, Inc.'s Motion (Rec. Doc. 25417) is GRANTED.

IT IS FURTHER ORDERED that the Claims Administrator for the Medical Settlement shall promptly produce to Weston and Moreau any non-privileged documents it may have that are responsive to the subpoena duces tecum (Rec. Doc. 25417-4) issued in *Moreau v. Weston Solutions, Inc.*, No. 2016-12223, pending in Civil District Court for the Parish of Orleans.

IT IS FURTHER ORDERED that any information produced pursuant to this Order may only be used in connection with the above referenced state court litigation.

Weston shall not publicly disclose any document or information produced pursuant to this Order. If a document that is produced pursuant to this Order must be filed with a court, that document shall be filed under seal.

New Orleans, Louisiana, this 8th day of March, 2019.

_____
United States District Judge