Patrick Kirby

CONFIDENTIALITY NOTICE: Please notify us at 1-800-269-3050 if you have received this transmission in error. The information in this E-Mail is intended solely for the addressee and may be confidential and protected under applicable law. Please do not review, disclose, disseminate, copy or act in reliance on this information as such conduct may be illegal Thank you for your cooperation and please accept our apologies for any inconvenience this error may have caused.

**From:** Jay_Wilkinson@laed.uscourts.gov [mailto:Jay_Wilkinson@laed.uscourts.gov]
**Sent:** Thursday, February 28, 2019 11:47 AM
**To:** R. Keith Jarrett <rkjarrett@liskow.com>; khodges@wc.com; nnelson@downslawgroup.com; Patrick Kirby <Patrick.Kirby@howardnations.com>; tim@falconlaw.com; frank@damicolaw.net
**Subject:** BELO Cases

*"Comments of Counsel u. Proposed CMO no. 2 "*

Gentlemen:

As discussed at yesterday's hearing, attached is my draft of proposed CMO No. 2. Please provide me with any input you may have by no later than tomorrow.

*Fill in the record*
*10 MD 2179*

Thank you.

*Byther to : BELO*
*12-CV-968*

Judge Wilkinson

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

*3/11/19*



**RE: BELO Cases**
Hodges, Kevin   to:  Jay_Wilkinson@laed.uscourts.gov                    03/01/2019 02:56 PM
    "R. Keith Jarrett", "nnelson@downslawgroup.com"  ,
Cc:  "patrick.kirby@howardnations.com"          , "tim@falconlaw.com",
    "frank@damicolaw.net", "dmiller@amarolawfirm.com"

2 attachments

                           

BELOSupplementalCMO - BP Parties suggestions.pdfBELOSupplementalCMO - BP Parties_ suggestions.docx

Dear Judge Wilkinson,

Thank you for circulating the draft of proposed CMO No. 2. The BP Parties have reviewed the draft and offer the proposed additions described below. For the Court's convenience, attached please find pdf and Word versions of the draft CMO No. 2 that include these proposals in track changes format.

  1.   We propose language to clarify that the due date for venue submissions will be 30 days from the date disclosures are completed or the date set by the Court pursuant to Section 3 of CMO No. 2, whichever is later.

  2.   We propose language to specify that the status report shall be filed on the MDL docket, and can be served upon plaintiffs' counsel by email.

  3.   We propose adding plaintiff's counsel to the information disclosed on the list of plaintiffs in each status report. We believe doing so will make it easier for counsel, as they will not have to check each name on the list to verify which ones are their clients.

Respectfully submitted,

**Kevin M. Hodges**
**Williams & Connolly LLP**
725 Twelfth St., N.W., Washington, DC 20005
(P) 202-434-5221 | (F) 202-434-5029
khodges@wc.com | www.wc.com/khodges

**From:** Jay_Wilkinson@laed.uscourts.gov [mailto:Jay_Wilkinson@laed.uscourts.gov]
**Sent:** Thursday, February 28, 2019 12:47 PM
**To:** rkjarrett@liskow.com; Hodges, Kevin <KHodges@wc.com>; nnelson@downslawgroup.com; patrick.kirby@howardnations.com; tim@falconlaw.com; frank@damicolaw.net
**Subject:** BELO Cases

Gentlemen:

As discussed at yesterday's hearing, attached is my draft of proposed CMO No. 2. Please provide me with



**RE: BELO Cases**

Patrick Kirby   to:   Jay_Wilkinson@laed.uscourts.gov, R. Keith Jarrett, khodges@wc.com, nnelson@downslawgroup.com,                03/01/2019 02:53 PM

Dear Judge Wilkinson:

I am writing to provide input about your proposed CMO No. 2 on behalf of the Nations Law Firm plaintiffs.

We respectfully request that a provision be added requiring BP to send a draft of the monthly PPF report to plaintiffs' counsel 5 (five) working days prior to BP submitting the ultimate report to the Court to allow plaintiffs the opportunity to reconcile the list with their internal records and resolve any discrepancies with BP ahead of time.   We believe this small extra step will ultimately add efficiency to the PPF process, and we do not believe it will cause any undue delay or burden.

Respectfully,

Patrick Kirby

CONFIDENTIALITY NOTICE: Please notify us at 1-800-269-3050 if you have received this transmission in error. The information in this E-Mail is intended solely for the addressee and may be confidential and protected under applicable law. Please do not review, disclose, disseminate, copy or act in reliance on this information as such conduct may be illegal Thank you for your cooperation and please accept our apologies for any inconvenience this error may have caused.

**From:** Jay_Wilkinson@laed.uscourts.gov [mailto:Jay_Wilkinson@laed.uscourts.gov]
**Sent:** Thursday, February 28, 2019 11:47 AM
**To:** R. Keith Jarrett <rkjarrett@liskow.com>; khodges@wc.com; nnelson@downslawgroup.com; Patrick Kirby <Patrick.Kirby@howardnations.com>; tim@falconlaw.com; frank@damicolaw.net
**Subject:** BELO Cases

Gentlemen:

As discussed at yesterday's hearing, attached is my draft of proposed CMO No. 2. Please provide me with any input you may have by no later than tomorrow.

Thank you.

Judge Wilkinson



RE: BELO Cases

Patrick Kirby,
David Miller to: Jay_Wilkinson@laed.uscourts.gov, R. Keith
Jarrett, khodges@wc.com,

03/01/2019 03:34 PM

Dear Judge Wilkinson,

I am writing on behalf of the Amaro Law Firm plaintiffs. We have no additional suggestions beyond what has already been suggested by the Nations Law Firm and the BP Parties' attorneys.

Respectfully,

---

**David Miller** | Managing Attorney
dmiller@amarolawfirm.com

**Amaro Law Firm** | *Licensed in Alabama and Colorado*
2500 E. TC Jester, Suite 525
Houston, Texas 77008
O: (713) 864-1941 | F: (713) 864-1942
www.amarolawfirm.com

AMARO
LAW FIRM

   

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

**From:** Patrick Kirby <Patrick.Kirby@howardnations.com>
**Sent:** Friday, March 1, 2019 2:54 PM
**To:** Jay_Wilkinson@laed.uscourts.gov; R. Keith Jarrett <rkjarrett@liskow.com>; khodges@wc.com; nnelson@downslawgroup.com; tim@falconlaw.com; frank@damicolaw.net; David Miller <dmiller@amarolawfirm.com>
**Subject:** RE: BELO Cases

Dear Judge Wilkinson:

I am writing to provide input about your proposed CMO No. 2 on behalf of the Nations Law Firm plaintiffs.

We respectfully request that a provision be added requiring BP to send a draft of the monthly PPF report to plaintiffs' counsel 5 (five) working days prior to BP submitting the ultimate report to the Court to allow plaintiffs the opportunity to reconcile the list with their internal records and resolve any discrepancies with BP ahead of time. We believe this small extra step will ultimately add efficiency to the PPF process, and we do not believe it will cause any undue delay or burden.

Respectfully,



**RE: BELO Cases**

Hodges, Kevin   to: Jay_Wilkinson@laed.uscourts.gov                        03/01/2019 03:48 PM
"patrick.kirby@howardnations.com", "R. Keith Jarrett",
Cc:  "nnelson@downslawgroup.com"  , "tim@falconlaw.com",
"frank@damicolaw.net", "dmiller@amarolawfirm.com"

History:                This message has been replied to.

Dear Judge Wilkinson,

We respectfully disagree with the Nations Law Firm's proposal, which would create additional steps in the process and cause delay. *First* , if the BP Parties are required to provide five business days' notice to plaintiffs' counsel before submitting a monthly report to the Court, then any disclosures due during the final week of the month cannot be included on that month's report, thereby delaying them until the following month's report. *Second* , this step is unnecessary, as plaintiffs are able to cure any deficiencies after the BP Parties' monthly report is filed. To the extent that there are any discrepancies with plaintiffs' counsel's internal records, then such discrepancies can be worked out after the report is filed.

Respectfully,

**Kevin M. Hodges**
**Williams & Connolly LLP**
725 Twelfth St., N.W., Washington, DC 20005
(P) 202-434-5221 | (F) 202-434-5029
khodges@wc.com | www.wc.com/khodges

**From:** Patrick Kirby [mailto:Patrick.Kirby@howardnations.com]
**Sent:** Friday, March 01, 2019 3:54 PM
**To:** Jay_Wilkinson@laed.uscourts.gov; R. Keith Jarrett <rkjarrett@liskow.com>; Hodges, Kevin <KHodges@wc.com>; nnelson@downslawgroup.com; tim@falconlaw.com; frank@damicolaw.net; David Miller <dmiller@amarolawfirm.com>
**Subject:** RE: BELO Cases

Dear Judge Wilkinson:

I am writing to provide input about your proposed CMO No. 2 on behalf of the Nations Law Firm plaintiffs.

We respectfully request that a provision be added requiring BP to send a draft of the monthly PPF report to plaintiffs' counsel 5 (five) working days prior to BP submitting the ultimate report to the Court to allow plaintiffs the opportunity to reconcile the list with their internal records and resolve any discrepancies with BP ahead of time. We believe this small extra step will ultimately add efficiency to the PPF process, and we do not believe it will cause any undue delay or burden.

Respectfully,