UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Cases in the B1 Pleading Bundle* | * | **MAG. JUDGE WILKINSON** |
| | * | |

**ORDER**
[Briefing Schedule Re: BP's Dispositive Motion as to the
B1 Claims of the Mexican Plaintiffs]

IT IS ORDERED than any response to BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs (Rec. Doc. 25477) shall be filed no later than Monday, April 1, 2019.

IT IS FURTHER ORDERED that any reply by BP shall be filed no later than Monday, April 8, 2019.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
United States District Judge