UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | MDL 2179 |
| **This Document Relates To:** | * | SECTION: J(2) |
| *No. 19-1418 and All Cases in the B3 Pleading Bundle* | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

**ORDER**
**[Briefing Schedule Re: Responders' Motion to Lift the MDL Stay]**

IT IS ORDERED than any response to O'Brien's Response Management, L.L.C. and National Response Corporation's Motion to Lift the MDL Stay (Rec. Doc. 25480) shall be filed no later than <u>Monday, March 18, 2019</u> and shall not exceed 10 pages.

IT IS FURTHER ORDERED that the Movers may file a reply, not to exceed 5 pages, by no later than <u>Thursday, March 21, 2019</u>.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
United States District Judge