UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| This Document Relates to:  18cv11122 | * * * | JUDGE BARBIER<br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CLAIMS ADMINISTRATOR'S MOTION FOR LEAVE TO FILE A REPLY
MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS
AND ALTERNATIVE MOTION TO STAY PENDING APPEAL**

Defendant Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program (the "Claims Administrator" or "Mr. Juneau"), through undersigned counsel, respectfully submits this Motion for leave to file a Reply memorandum in support of his motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) all claims against him in the Complaint filed by Mr. Donald M. Thibodeaux ("Mr. Thibodeaux") in Case No. 2:18cv11122 on the docket of this Court, or, only alternatively, to stay this matter pending the outcome of a related appeal to the United States Court of Appeal for the Fifth Circuit in No. 18-31177 on the docket of the Fifth Circuit. A true and correct copy of the Reply is attached and was originally filed on March 7, 2019 as docket no. 25474 in MDL No. 2179.

The Reply is appropriate to respond to legal and factual statements made by the non-moving party in his Opposition to the Motion to Dismiss. *See* Thibodeaux Opposition to Mtn. to Dismiss (Rec. Doc. 25371). Mr. Juneau respectfully submits that this Reply will assist the Court in consideration of the Motion to Dismiss and alternative Motion to Stay (Rec. Doc. 25292) and asks that this Motion for Leave be granted.

1

Respectfully submitted,

*/s/ Richard C. Stanley*
Richard C. Stanley (La. Bar No. 8487)
Kathryn W. Munson (La. Bar No. 35933)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, LA  70112
Telephone: (504) 523-1580
rcs@stanleyreuter.com
kwm@stanleyreuter.com

-and-

J. David Forsyth (La. Bar. No. 5719)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
400 Poydras St, Suite 2550
New Orleans, La 70130
Telephone: (504) 582-1500
jdf@sessions-law.com

*Attorneys for Patrick A. Juneau, as Claims Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing memorandum has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of March, 2019.

*/s/ Richard C. Stanley*

2