UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: 18cv11122 | * * * | JUDGE BARBIER<br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the motion for leave to file a reply brief submitted by Defendant Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program (the "Claims Administrator"), **IT IS HEREBY ORDERED** that the Claims Administrator is **GRANTED** leave to file his reply brief in support of his motion to dismiss or stay.

The Court **DIRECTS** the Clerk of Court to accept and file the Claims Administrator's reply brief in support of his pending motion to dismiss or stay.

New Orleans, Louisiana, this _____ day of _____, 2019.

                                                                                                                            _____
                                                                                                                            UNITED STATES DISTRICT JUDGE