UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | MDL 2179 |
| **This Document Relates To:** | * | SECTION: J(2) |
| *Nos. 16-05993, 16-05983, 16-05984, 16-06025, 16-06297, 16-05979,* | * | JUDGE BARBIER |
| *16-06002, 16-05980, 16-05981, 16-06300, 16-06304, 16-05995,* | * | MAG. JUDGE WILKINSON |
| *16-06007, 16-06306, 16-06011, 16-05982, 16-06294, 16-06018,* | * | |
| *16-04571, 16-04717, 16-04775, 16-04586, 16-04345, 16-04345,* | * | |
| *16-04556, 16-05315, 16-04783, 16-04499, 16-04521, 16-04563,* | * | |
| *16-04724, 16-04797, 16-04594, 16-04512, 16-04550, 16-04567,* | * | |
| *16-04762, 16-04802, 16-04584, 16-04684, 16-04806, 16-04712,* | * | |
| *16-04873, 16-04730, 16-04706, 16-04697, 16-04769, 16-04700* | * | |

## ORDER

Before the Court is a motion (Rec. Doc. 25405) by certain plaintiffs listed on Exhibit 2 to Pretrial Order No. 67 (Rec. Doc. 25370) which asks for reconsideration of Pretrial Order No. 67.

IT IS ORDERED that the Motion to Reconsider (Rec. Doc. 25405) is DENIED.

New Orleans, Louisiana, this 12th day of March, 2019.

_____
United States District Court