UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the GULF | * | |
| OF MEXICO, on APRIL 20, 2010 | * | SECTION J |
| | * | |
| This Document Relates to:  18cv11111 | * | JUDGE BARBIER |
| | * | MAGISTRATE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the motion for leave to file a reply brief submitted by Defendant Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program (the "Claims Administrator"), **IT IS HEREBY ORDERED** that the Claims Administrator is **GRANTED** leave to file his reply brief in support of his motion to dismiss or stay.

The Court **DIRECTS** the Clerk of Court to accept and file the Claims Administrator's reply brief in support of his pending motion to dismiss or stay.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

1