"Certification of Funds in the Registry"

PRINCIPAL: $ 1,983.56

Financial Deputy: _MBR_  Date: 3/12/19

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This document relates to: | * * | |
| ALL CASES | * | HONORABLE CARL J. BARBIER |
| (including No. 12-970) | * * | MAGISTRATE JUDGE WILKINSON |
| | * * | |

## ORDER AUTHORIZING TRANSFER OF FUNDS AND CLOSURE OF COMMON BENEFIT FEE AND COSTS FUND

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

1. J.P. Morgan be and is hereby authorized and directed to transmit any remaining funds, estimated to be $31,524.56 as of December 31, 2018 to the Plaintiffs' Steering Committee's Shared Expense Account (BP MDL 2179 PSC Account) held at Whitney Bank bearing account number 718773489 for their use in further expenses and/or administration as deemed necessary by Co-Liaison Counsel.

2. J.P. Morgan be and is hereby authorized and directed to close the Common Benefit Fee and Costs Fund after the transfer of remaining funds to the Plaintiffs' Steering Committee's Shared Expense Account.

3. The Clerk of Court be and is hereby authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of One Thousand Nine Hundred Eighty-Three Dollars and Fifty-Six Cents ($1,983.56), plus all interest earned less the assessment fee for the administration of funds payable to Herman, Herman, & Katz, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, and mail or deliver the check to Herman, Herman & Katz, LLC at 820 O'Keefe Avenue, New Orleans, Louisiana 70113 on behalf of Plaintiffs' Steering Committee's Shared Expense Account (BP MDL 2179 PSC Account) held at Whitney Bank bearing account number 718773489 for their use in further expenses and/or administration as deemed necessary by Co-Liaison Counsel.

SIGNED in New Orleans, Louisiana this 12th day of March, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE