UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Cases in the B1 Pleading Bundle* | * * | **MAG. JUDGE WILKINSON** |

**ORDER**
**[Amendment to Briefing Schedule Re: BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs]**

On March 11, 2019, the Court issued a briefing schedule setting Monday, April 1, 2019 as the deadline for plaintiffs to respond to BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs (Rec. Doc. 25477) and Monday, April 8, 2019 as the deadline for BP to reply to any responses. (Rec. Doc. 25484).

The Court AMENDS this briefing schedule (Rec. Doc. 25484) to add the following: (1) regarding response briefs, each law firm shall file a <u>single, consolidated brief</u> (not to exceed 25 pages, double-spaced) on behalf of all plaintiffs represented by that law firm; and, (2) regarding BP's reply brief, BP shall file a single brief (not to exceed 10 pages, double-spaced) addressing all responses.

The briefing schedule otherwise remains unchanged.

New Orleans, Louisiana, this 12th day of March, 2019.

_____
United States District Judge