UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:    Oil Spill by the Oil Rig                       MDL 2179
          "Deepwater Horizon" in the Gulf
          of Mexico, on April 20, 2010                   SECTION "J"


This Document Relates To:
          *No. 15-4143, 15-4146 & 15-4654*               District Judge Carl J. Barbier

                                                         Chief Magistrate Judge Joseph C.
                                                         Wilkinson, Jr.


<u>MOTION FOR DISBURSEMENT OF NEW CLASS AND OLD CLASS
ADMINISTRATIVE COSTS</u>


NOW COMES the Claims Administrator for the Old Class and for the New Class, Patrick

A. Juneau, who submits the following invoices and requests that the Court authorize payment as

Administrative Costs pursuant to Section 8(c) of the HESI Punitive Damages and Assigned Claims

Settlement Agreement and Section 8(c) of the Transocean Punitive Damages and Assigned Claims

Settlement Agreement:

New Class Expenses:

| | |
|---|---|
| Garden City Group invoice dated 03/12/2019 | $384,465.82 |
| Juneau David, APLC invoice dated 2/28/2019 | $7,040.00 |

Old Class Expenses:

| | |
|---|---|
| Garden City Group invoice dated 03/12/2019 | $1,284,525.40 |
| Deepwater Horizon Economic & Property Damage Settlement invoice | $2,044.00 |

WHEREFORE, Patrick A. Juneau respectfully prays that the Court authorizes and directs (1) the Settlement Fund Escrow Agent to issue payment as to the above New Class Expenses pursuant to the Halliburton and the Transocean Punitive Damages and Assigned Claims Settlement Agreements and that such payments be made from the Transocean Settlement Fund (17.08%) and the Halliburton Settlement Fund (82.92%) pro rata based on the respective contributions to the overall settlement amount, and (2) Huntington Bank to issue from the HESI-Transocean Assigned Claims Combined Settlements Fund payment as to the above Old Class Expenses pursuant to the Halliburton and the Transocean Punitive Damages and Assigned Claims Settlement Agreements.

Respectfully submitted,

/s/ Patrick A. Juneau
PATRICK A. JUNEAU
Old   Class   and   New   Class   Claims
Administrator

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of March, 2019

                                           /s/ Patrick Hron
                                           Patrick J. Hron