Exhibit A



March 12, 2019

Patrick Juneau, Claims Administrator
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Dear Mr. Juneau:

Attached please find the quarterly invoice for Old and New Class administration work completed by GCG, inclusive of pass-through invoices received for GCR and Stanley Reuter, during the period November 1, 2018 – January 31, 2019.

The breakdown of fees and expenses between the Old and New Classes is as follows:

| | |
|---|---|
| HESI and Transocean Old Classes | $1,284,525.40 |
| HESI and Transocean New Classes | $   384,465.82 |
| Total Due | $1,668,991.22 |



As always, it has been a pleasure serving your needs. Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/12/2019 | 25616 |
| PERIOD START | THROUGH DATE |
| 11/1/2018 | 1/31/2019 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of Class Member Notifications and Correspondence | 4,770 | $0.0615 | $293.36 |
| Fulfill Case Document Requests | 23.1 Hrs. | | $1,407.00 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 558.5 Hrs. | | $28,109.50 |
| Format and load electronic files | 1.2 Hrs. | | $132.00 |
| Document Storage - Electronic (per img./record per month) | 296,555 | $0.002 | $593.11 |
| **Claim Validation** | | | |
| Process Paper Claims | 5,204.9 Hrs. | | $552,940.00 |
| Deficiency / Rejection Processing | 5.3 Hrs. | | $265.00 |
| **Contact Services** | | | |
| IVR (per minute) | 60,080.5 | $0.32 | $19,225.76 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 123,552 | $0.8333 | $102,960.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 967.1 Hrs. | | $48,355.00 |
| Old Class – Management of Call Center | 168.2 Hrs. | | $18,984.00 |
| Handling of class member communications | 835 Hrs. | | $100,981.00 |
| **Website Services** | | | |
| Design and Maintain Website | 8.2 Hrs. | | $1,025.00 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 546.4 Hrs. | | $96,571.00 |
| Records Paid by Check | 75,447 | $0.65 | $49,040.55 |
| Records Paid by Wire | 110,763 | $0.79 | $87,502.77 |
| Check reissues | 1,520 | $0.79 | $1,200.80 |
| IRS Form 1099 Printing | 44,198 | $1.50 | $66,297.00 |
| **Reporting** | 122.8 Hrs. | | $14,111.50 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Project Management** | | 1,947.9 Hrs. | | $239,610.00 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | | |
| **Systems Support** | | 131.1 Hrs. | | $21,602.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | | |
| **Quality Assurance** | | 233.4 Hrs. | | $40,485.00 |
| **Total Fees** | | | | **$1,491,691.35** |
| **Total Project Expenses (See Exhibit A)** | | | | $163,425.07 |
| **Sub Total** | | | | $1,655,116.42 |
| Sales Tax | | | | $13,874.80 |
| **Grand Total** | | | | **$1,668,991.22** |



| Description | Amount |
|---|---:|
| **Project Name:** HESI Punitive Damages & Assigned Claims Settlements | |
| **Project Expenses** | |
| For the period: Nov 01, 2018 through Jan 31, 2019 | |
| GCR, Inc. | $58,250.00 |
| Stanley Reuter Invoices | $6,169.46 |
| Brown Greer | $53,543.80 |
| Postage | $42,569.23 |
| Stationery & Supplies | $216.08 |
| FedEx, Messenger & Shipping | $45.47 |
| P. O. Box Rental/Renewal | $1,320.00 |
| Copy Charges | $11.10 |
| Translation | $1,299.93 |
| **Total** | **$163,425.07** |

**Please Remit To :**

Epiq Class Action & Claims Solutions, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Epiq Class Action & Claims Solutions, Inc.
Operating A/C
Signature Bank
900 Stewart Ave., 3rd Floor
Garden City, NY 11530

