# Exhibit B

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

February 28, 2019

|  |  |
|---|---|
| Invoice #: | 32366 |
| Billed Through: | January 31, 2019 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---:|
| CURRENT FEES THROUGH: | January 31, 2019 | $7,025.00 |
| CURRENT EXPENSES THROUGH: | January 31, 2019 | $15.00 |
| TOTAL CHARGES FOR THIS BILL | | $7,040.00 |
| TOTAL NOW DUE | | $7,040.00 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID

P.O. Drawer 51268
Lafayette, LA 70505-1268

February 28, 2019

Invoice #:      32366
Billed through: January 31, 2019
Account #:      001300   01580

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
      OUR FILE:  1300-1580

Balance forward from previous invoice          $625.00
Adjustments made to this account              ($625.00)

**PROFESSIONAL SERVICES**                                                                           **Hours**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/01/18 | PAJ | LACOUNT EMAIL - UPDATED TEXT | 0.10 |
| 11/01/18 | PJH | FURTHER REVIEW AND COMMENT ON HESI/TO COURT REPORT; CONFER COUNSEL AND SEVERAL CORRESPONDENCES RE: FIFTH CIRCUIT APPEAL RE: MENHADEN CLAIMANTS; SEVERAL CORRESPONDENCES RE: QUARTERLY INVOICE SUBMISSIONS | 0.80 |
| 11/02/18 | PJH | FURTHER CORRESPONDENCES AND CONFER COUNSEL RE: FIFTH CIRCUIT APPEAL RE: MENHADEN CLAIMANTS | 0.40 |
| 11/05/18 | PAJ | LACOUNT - SUCCESSOR NEW CLASS EMAILS | 0.10 |
| 11/07/18 | PAJ | BEN ALLUMS NEW CLASS CLAIMS ADMINISTRATOR EMAILS | 0.20 |
| 11/07/18 | PAJ | STANLEY EMAILS - NEW CLASS CLAIMS ADMINISTRATOR | 0.20 |
| 11/07/18 | PJH | REVIEW AND APPROVAL OF FIFTH CIRCUIT APPELLATE BRIEF AND CONFER PAJ AND CORRESPONDENCE WITH COUNSEL RE: SAME; VARIOUS CONFERS AND CORRESPONDENCES RE: NEW CLASS CLAIMS ADMINISTRATOR APPOINTMENT | 1.00 |
| 11/09/18 | PAJ | STANLEY INVOICE APPROVAL NEW CLASS | 0.20 |
| 11/09/18 | PAJ | LACOUNT EMAIL - STANLEY INVOICE APPROVAL | 0.10 |
| 11/09/18 | PAJ | NEW CLASS MENHADEN APPEAL - STANLEY | 0.10 |
| 11/12/18 | PJH | SEVERAL CORRESPONDENCES RE: INQUIRIES RE: INVOICE SUBMISSIONS, FIFTH CIRCUIT APPEAL DRAFT BRIEF AND APPROVAL OF SAME | 0.90 |
| 11/14/18 | PAJ | BREAKDOWN OF OLD CLASS/NEW CLASS EMAIL | 0.10 |
| 11/14/18 | PAJ | NEW CLASS EXPENSE DISTRIBUTION AMOUNT | 0.10 |
| 11/15/18 | PAJ | QUARTERLY INVOICE FOR NEW CLASS; NEW CLASS RECONCILIATION APPEAL FOR CLAIMS | 0.10 |
| 11/16/18 | PAJ | ADMINISTRATOR EMAILS | 0.30 |
| 11/16/18 | PJH | SEVERAL CORRESPONDENCES WITH VENDOR RE: NEW CLASS CLAIM APPEAL, REVIEW AND COMMENTS RE: SAME | 0.30 |
| 11/20/18 | PAJ | DRAFT MOTION TO PAY QUARTERLY COSTS EMAILS | 0.20 |
| 11/20/18 | PJH | DRAFT MOTION FOR REIMBURSEMENT OF OLD AND NEW CLASS ADMINISTRATIVE EXPENSE REIMBURSEMENT AND CORRESPONDENCE WITH COUNSEL RE: SAME (HALF TIME) | 0.30 |
| 11/21/18 | PJH | REVIEW INQUIRY FROM VENDOR RE: CLAIM APPEAL; CONFER PAJ AND DRAFT RESPONSE, EDITS RE: SAME | 0.40 |

| 001300 | 01580 | | Invoice # 32366    Page   2 | |
|---|---|---|---|---|
| 11/26/18 | PJH | FINALIZE MOTION RE: REIMBURSEMENT OF OLD AND NEW CLASS ADMINISTRATIVE EXPENSES AND FILE WITH COURT AND SEVERAL CORRESPONDENCES RE: SAME (HALF TIME) | | 0.40 |
| 11/27/18 | PJH | CONFERS RE: ANTICIPATED ADMINISTRATIVE COSTS FOR NEW CLASS IN UPCOMING QUARTERS AS WELL AS QUESTIONS ABOUT PRIOR INVOICE AMOUNTS, NOTICE COUNTS, INBOUND CONTACT VOLUME, ETC. | | 0.70 |
| 11/28/18 | PAJ | SIGNED ORDER HESI/TO EXPENSES | | 0.10 |
| 11/28/18 | PJH | CONFER RE: NEW CLASS ADMINISTRATIVE EXPENSES AND FUTURE ANTICIPATED INVOICES; CORRESPONDENCE WITH UBS RE: ORDER APPROVING ADMINISTATIVE COSTS FOR NEW CLASS; REVIEW SEVERAL CORRESPONDENCES RE: FIFTH CIRCUIT ORDER ON AMICUS BRIEF | | 0.30 |
| 12/03/18 | PAJ | SIGNED ORDER HESI/TO EXPENSES DISBURSEMENT AND UBS | | 0.10 |
| 12/04/18 | PAJ | CHANGE OF ADDRESS NEW CLASS DISTRIBUTION QUESTION | | 0.10 |
| 12/04/18 | PJH | REVIEW DRAFT CORRESPONDENCE RE: INQUIRY RE: PRIOR NEW CLASS DETERMINATIONS AND VARIOUS EDITS AND SUGGESTIONS RE: SAME | | 0.40 |
| 12/05/18 | PAJ | CHANGE OF ADDRESS NEW CLASS DISTRIBUTION QUESTION | | 0.10 |
| 12/05/18 | PAJ | NEW CLASS FUNDS AT UBS AND DISBURSEMENT | | 0.10 |
| 12/05/18 | PJH | REVIEW AND RESPOND TO INQUIRY RE: NEW CLASS FUND AND UBS ACCOUNT, CORRESPONDENCE RE: RULING ON NEW CLASS CLAIM APPEALS TO COURT | | 0.20 |
| 12/06/18 | PAJ | NEW CLASS FUNDS AT UBS EMAILS | | 0.20 |
| 12/06/18 | PJH | SEVERAL INQUIRIES AND CORRESPONDENCES RE: FUND AT UBS AND PLANS UNTIL DISTRIBUTION | | 0.20 |
| 12/14/18 | PAJ | Q-4 ESTIMATES HESI NEW CLASS EMAILS | | 0.20 |
| 12/17/18 | PAJ | ATTORNEY EMAIL AND RESPONSES NEW CLASS | | 0.10 |
| 12/20/18 | PAJ | ATTORNEY EMAIL RESPONSES NEW CLASS | | 0.10 |
| 01/11/19 | PJH | REVIEW AND RESPOND BACK AND FORTH WITH VENDOR RE: INQUIRY FROM COUNSEL ABOUT HESI/TO CLAIM FORM AND NEUTRALS SETTLEMENT ISSUES | | 0.40 |
| 01/16/19 | PAJ | ATTORNEY EMAILS RESPONSES NEW CLASS | | 0.20 |
| 01/16/19 | PAJ | Q-4 ESTIMATES HESI NEW CLASS EMAILS | | 0.10 |
| 01/17/19 | PAJ | Q-4 ESTIMATES HESI NEW CLASS EMAILS | | 0.10 |
| 01/18/19 | PJH | SEVERAL CORRESPONDENCES RE: NEW CLASS RULINGS ON DISCRETIONARY REVIEW, INQUIRIES FROM COUNSEL RE: CLAIM FORM FILINGS AND PRIOR NEUTRAL SETTLEMENTS | | 0.30 |
| 01/21/19 | PJH | REVIEW AND RESPOND TO SEVERAL CORRESPONDENCE FROM VENDOR RE: INQUIRY RE: NEW CLASS WETLANDS CLAIM PARCEL MAPPING ISSUES | | 0.40 |
| 01/23/19 | PJH | BEGIN REVIEW OF NEW CLASS DISTRIBUTION MOTION DECLARATION FROM VENDOR AND EDITS/COMMENTS RE: SAME; REVIEW CORRESPONENCE FROM CLAIMS PREPARER AND DRAFT CORRESPONDENCE TO VENDOR RE: SAME | | 1.80 |
| 01/24/19 | PAJ | NEW CLASS FUNDS AT UBS AND INVESTMENT IN FUND | | 0.10 |
| 01/24/19 | PJH | CORRESPONDENCES RE: RESPONSE TO CLAIMS PREPARER AND APPROVAL RE: SAME; COMPLETE INITIAL REVIEW AND EDITING/REDLINING OF NEW CLASS DISTRIBUTION DECLARATION AND CORRESPONDENCE WITH VENDOR RE: SAME; REVIEW INQUIRY FROM VENDOR RE: NEW CLASS FUND DISBURSEMENT TIMING AND | | 2.10 |

| 001300 | 01580 | | | Invoice # 32366 | Page | 3 |
|---|---|---|---|---|---|---|
| | | INVESTMENT AND CORRESPONDENCE RE: SAME | | | | |
| 01/25/19 | PJH | CONFER VENDOR RE: NEW CLASS DISTRIBUTION DECLARATION AND BEGIN DRAFTING NEW CLASS DISTRIBUTION SUPPORTING MEMORANDUM AND MOTION | | | | 3.40 |
| 01/27/19 | PJH | CONTINUE DRAFTING AND EDITING OF NEW CLASS DISTRIBUTION MOTION AND MEMORANDUM AND REVISING NEW CLASS DISTRIBUTION DECLARATION FROM VENDOR | | | | 1.70 |
| 01/28/19 | PJH | FURTHER DRAFTING, REVISING NEW CLASS DISTRIBUTION MOTION AND MEMORANDUM AND DISTRIBUTION DECLARATION FROM VENDOR, AND CORRESPONDENCE WITH VENDOR RE: COMPLETION OF FIRST ROUND OF EDITS | | | | 4.20 |
| 01/29/19 | PJH | REVIEW AND EDIT STATUS REPORT TO THE COURT AND CORRESPONDENCE RE: SAME (HALF TIME) | | | | 0.20 |
| 01/30/19 | PAJ | NEW CLASS FUNDS AND UBS INVESTMENT | | | | 0.10 |
| 01/30/19 | PJH | CONFER PAJ AND VARIOUS CORRESPONDENCES RE: INVESTMENT AND LIQUIDITY NEEDS FOR NEW CLASS FUND AT UBS | | | | 0.30 |
| | | | | 24.60 | | $7,025.00 |

| | | | | | |
|---|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 3.50 hrs @ | $500.00 /hr | $1,750.00 | |
| PJH | HRON, PATRICK J | 21.10 hrs @ | $250.00 /hr | $5,275.00 | |
| | Fee Recap Totals | 24.60 | | $7,025.00 | |

### EXPENSES                                                                                     Amount

| | | |
|---|---|---|
| 11/09/18 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 12/11/18 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 01/04/19 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| | | $15.00 |

### BILLING SUMMARY:

| | |
|---|---|
| TOTAL FEES | $7,025.00 |
| TOTAL EXPENSES | $15.00 |
| TOTAL FEES & EXPENSES | $7,040.00 |
| **TOTAL NOW DUE** | **$7,040.00** |