# Exhibit C

## Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 11/05/18 | Rebecca Gelfand | HESI Order of Disbursement of Funds | 0.10 | $ 50.00 | $ 5.00 | |
| 11/07/18 | Rebecca Gelfand | HESI Filing Notice | 0.10 | $ 50.00 | $ 5.00 | |
| 11/07/18 | Rebecca Gelfand | HESI Appointing Order Claims Administrator | 0.10 | $ 50.00 | $ 5.00 | |
| 11/07/18 | Rebecca Gelfand | HESI Old Class Settlement Funds | 0.10 | $ 50.00 | $ 5.00 | |
| 11/07/18 | Rebecca Gelfand | Counsel email on HESI order | 0.10 | $ 50.00 | $ 5.00 | |
| 11/07/18 | Rebecca Gelfand | Old Class Check Stub | 0.10 | $ 50.00 | $ 5.00 | |
| 11/07/18 | Rebecca Gelfand | HESI UBS Corporate Cash Management Group | 0.10 | $ 50.00 | $ 5.00 | |
| 11/08/18 | Rebecca Gelfand | Old Class Check Stub | 0.10 | $ 50.00 | $ 5.00 | |
| 11/08/18 | Rebecca Gelfand | Insurance Proceeds Fund-HESI | 0.10 | $ 50.00 | $ 5.00 | |
| 11/09/18 | Rebecca Gelfand | HESI UBS Corporate Cash Management Group | 0.10 | $ 50.00 | $ 5.00 | |
| 11/12/18 | Rebecca Gelfand | HESI UBS Corporate Cash Management Group emails | 0.20 | $ 50.00 | $ 10.00 | |
| 11/13/18 | Rebecca Gelfand | HESI UBS Corporate Cash Management Group emails | 0.10 | $ 50.00 | $ 5.00 | |
| 11/13/18 | Rebecca Gelfand | HESI UBS Corporate Cash Management Group emails | 0.10 | $ 50.00 | $ 5.00 | |
| 11/14/18 | Rebecca Gelfand | HESI Breakdown of prior expenses | 0.10 | $ 50.00 | $ 5.00 | |
| 11/14/18 | Rebecca Gelfand | HESI Old Class Distribution Amount | 0.10 | $ 50.00 | $ 5.00 | |
| 11/15/18 | Rebecca Gelfand | HESI Quarterly Invoice emails | 0.10 | $ 50.00 | $ 5.00 | |
| 11/19/18 | Rebecca Gelfand | HESI Breakdown of prior expenses | 0.10 | $ 50.00 | $ 5.00 | |
| 11/20/18 | Rebecca Gelfand | HESI Old Class Distribution | 0.10 | $ 50.00 | $ 5.00 | |
| 11/20/18 | Rebecca Gelfand | HESI Notice to Draft to Pay Quarterly Costs | 0.10 | $ 50.00 | $ 5.00 | |
| 11/26/18 | Rebecca Gelfand | HESI Draft Motion to Pay Quarterly Costs | 0.10 | $ 50.00 | $ 5.00 | |
| 11/30/18 | Rebecca Gelfand | HESI Signed Order | 0.10 | $ 50.00 | $ 5.00 | |
| 12/03/18 | Rebecca Gelfand | HESI signed orderB4B13:G35 | 0.10 | $ 50.00 | $ 5.00 | |
| 12/05/18 | Rebecca Gelfand | HESI change claim | 0.10 | $ 50.00 | $ 5.00 | |
| 12/05/18 | Rebecca Gelfand | HESI Old Class Wire Data | 0.10 | $ 50.00 | $ 5.00 | |
| 12/07/18 | Rebecca Gelfand | HESI Old Class Wire Data | 0.10 | $ 50.00 | $ 5.00 | |
| 12/07/18 | Rebecca Gelfand | HESI Old Class Wire Data set email | 0.10 | $ 50.00 | $ 5.00 | |
| 12/12/18 | Rebecca Gelfand | HESI Invoices | 0.10 | $ 50.00 | $ 5.00 | |
| 12/12/18 | Rebecca Gelfand | HESI review and approval email | 0.10 | $ 50.00 | $ 5.00 | |
| 12/13/18 | Rebecca Gelfand | HESI Old Class Distribution email | 0.10 | $ 50.00 | $ 5.00 | |
| 12/13/18 | Rebecca Gelfand | HESI Draw Request | 0.10 | $ 50.00 | $ 5.00 | |
| 12/13/18 | Rebecca Gelfand | HESI Insurance email | 0.10 | $ 50.00 | $ 5.00 | |
| 12/14/18 | Rebecca Gelfand | HESI Garrett email | 0.10 | $ 50.00 | $ 5.00 | |
| 12/16/18 | Rebecca Gelfand | HESI Attorney email | 0.10 | $ 50.00 | $ 5.00 | |
| 12/18/18 | Rebecca Gelfand | Other Old Class Distribution Spreadsheet | 0.10 | $ 50.00 | $ 5.00 | |
| 12/18/18 | Rebecca Gelfand | Other Old Class Spreadsheet Inquiries | 0.10 | $ 50.00 | $ 5.00 | |
| 12/19/18 | Rebecca Gelfand | Other Old Class Distribution Inquiries | 0.10 | $ 50.00 | $ 5.00 | |
| 12/19/18 | Rebecca Gelfand | HESI W9 Inquiries | 0.10 | $ 50.00 | $ 5.00 | |
| 12/21/18 | Rebecca Gelfand | HESI Old Class Follow up | 0.10 | $ 50.00 | $ 5.00 | |
| 12/24/18 | Rebecca Gelfand | HESI Old Class Lienholder Follow up | 0.10 | $ 50.00 | $ 5.00 | |
| 01/09/19 | Rebecca Gelfand | HESI Old Class Distribution | 0.10 | $ 50.00 | $ 5.00 | |
| 01/09/19 | Rebecca Gelfand | HESI Attorney emails | 0.10 | $ 50.00 | $ 5.00 | |
| 01/09/19 | Rebecca Gelfand | HESI Old Class Distribution | 0.10 | $ 50.00 | $ 5.00 | |
| 01/10/19 | Rebecca Gelfand | HESI Old Class Potential Discrepancy | 0.10 | $ 50.00 | $ 5.00 | |

| Date | Name | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 01/10/19 | Rebecca Gelfand | HESI Old Class Phase 4 | 0.10 | $ 50.00 | $ 5.00 | |
| 01/16/19 | Rebecca Gelfand | Old Class Liens Update | 0.10 | $ 50.00 | $ 5.00 | |
| 01/16/19 | Rebecca Gelfand | HESI Q4 Estimates | 0.10 | $ 50.00 | $ 5.00 | |
| 01/16/19 | Rebecca Gelfand | HESI Combined Claims Settlement Fund | 0.10 | $ 50.00 | $ 5.00 | |
| 01/17/19 | Rebecca Gelfand | HESI Q4 Estimates | 0.10 | $ 50.00 | $ 5.00 | |
| 01/19/19 | Rebecca Gelfand | HESI Old Class Lienholder | 0.10 | $ 50.00 | $ 5.00 | |
| 01/21/19 | Rebecca Gelfand | HESI Old Class Lienholder | 0.10 | $ 50.00 | $ 5.00 | |
| 1/23/2019 | Rebecca Gelfand | HESI Old Class Payments | 0.10 | $ 50.00 | $ 5.00 | |
| 1/24/2019 | Rebecca Gelfand | Old Class Distribution Payment | 0.10 | $ 50.00 | $ 5.00 | |
| 1/25/2019 | Rebecca Gelfand | Fresh Start email HESI | 0.10 | $ 50.00 | $ 5.00 | |
| 1/29/2019 | Rebecca Gelfand | Quarterly Status Report HESI | 0.10 | $ 50.00 | $ 5.00 | |
| 1/31/2019 | Rebecca Gelfand | Quarterly Status Report HESI Filing | 0.10 | $ 50.00 | $ 5.00 | $ 280.00 |
| 01/17/19 | Kyle Adolph | HESI Claim Research - Email from PH and ML | 1.00 | $ 51.50 | $ 51.50 | $ 51.50 |
| 11/12/18 | Robert Levine | Accumulate Time charges from staff invoices | 1.00 | $ 175.00 | $ 175.00 | |
| 11/26/18 | Robert Levine | Prepare and process Insurance Proceeds Funds Transfer to HESI - various emails | 1.50 | $ 175.00 | $ 262.50 | $ 437.50 |
| 11/01/18 | Patrick Hron | Several corresps. re: funding Old Class accounts, review and approval of check stubs. | 0.30 | $ 125.00 | $ 37.50 | |
| 11/12/18 | Patrick Hron | Review and respond to various corresps. re: funding of Old Class Disbursement account. | 0.20 | $ 125.00 | $ 37.50 | |
| 11/13/18 | Patrick Hron | Confer vendor re: question about prior expenses of Old Class and reimbursement of same into fund; review corresps. re: same. | 0.20 | $ 125.00 | $ 37.50 | |
| 11/14/18 | Patrick Hron | Review corresp. and confer re: question about prior expenses of Old Class; corresp. re: same. | 0.30 | $ 125.00 | $ 37.50 | |
| 11/20/18 | Patrick Hron | Draft motion for reimbursement of Old and New Class administrative expense reimbursement and corresp. counsel re: same (half time). | 0.30 | $ 125.00 | $ 37.50 | |
| 11/26/18 | Patrick Hron | Finalize motion re: reimbursement of Old and New Class administrative expenses and file with Court and several corresps. re: same (half time). | 0.40 | $ 125.00 | $ 37.50 | |
| 11/29/18 | Patrick Hron | Several corresps. re: Order re: disbursement of administrative costs for Old Class. | 0.20 | $ 125.00 | $ 37.50 | |
| 12/06/18 | Patrick Hron | Review, red line, and corresps. re: draft email re: Old Class distribution and information and FAQs re: same. | 1.00 | $ 125.00 | $ 125.00 | |
| 12/07/18 | Patrick Hron | Follow up comments re: email re: Old Class distribution and approval re: same. | 0.40 | $ 125.00 | $ 50.00 | |
| 12/11/18 | Patrick Hron | Corresps. re: claimant inquiry re: claim status, timing expectations for Old Class distribution, management of settlement fund after transfer from UBS. | 0.20 | $ 125.00 | $ 25.00 | |
| 12/16/18 | Patrick Hron | Corresps. re: inquiries from counsel re: HESI/TO Old Class distribution information. | 0.20 | $ 125.00 | $ 25.00 | |
| 12/18/18 | Patrick Hron | Confer PAJ, Neutrals re: inquiries re: Old Class distributions; corresps. re: same. | 0.40 | $ 125.00 | $ 50.00 | |
| 12/19/18 | Patrick Hron | Neutrals settlements and W-9s; review prior communications re: same and corresp. PAJ. | 1.80 | $ 125.00 | $ 225.00 | |
| 12/21/18 | Patrick Hron | Confer vendor re: question around Lienholders and Third Party Claims re: Neutrals payments. | 0.20 | $ 125.00 | $ 25.00 | |
| 12/26/18 | Patrick Hron | Review and respond to several corresps. with counsel and Vendor re: Old Class Distribution and information received from Neutrals re: representation; several corresps. re: inquiry about notification to Lienholders and third Party Claims and review of same. | 0.50 | $ 125.00 | $ 62.50 | |
| 12/28/18 | Patrick Hron | Review Notice re: Old Class Lienholders Third Party Claims and corresp. Vendor re: same and potential additional notice in the future. | 0.30 | $ 125.00 | $ 37.50 | |
| 01/09/19 | Patrick Hron | Review and corresps. re: multiple inquiries from claimants, claim preparers re: Old Class distribution, and Third Party Claim issues. | 0.80 | $ 125.00 | $ 100.00 | |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/19 | Patrick Hron | Review corresps. re: Old Class attorney fees, research same, and corresp. Vendor re: same re: outreach to potentially resolve any pending lien issues. Review and respond to several inquiries re: W-9s necessary for Old Class distribution, inquiry from claimant re: payment timing, Third Party Claimant/Lienholder inquiries, and quarterly tax payments re: settlement fund. | 1.30 | $125.00 | $162.50 |
| 01/16/19 | Patrick Hron | Review and respond to inquiry re: Lienholder and Bankruptcy Trustee issues and potential motion/order for closure in the event of non-response. | 0.40 | $125.00 | $50.00 |
| 01/21/19 | Patrick Hron | Review and respond to vendor inquiry re: dissolved law firm and payment processes. | 0.20 | $125.00 | $25.00 |
| 01/25/19 | Patrick Hron | Review corresps. from counsel re: prior fund payments from Old Class Distribution; review and edit Status Report to the Court and corresp. re: same (half). | 0.10 | $125.00 | $12.50 |
| 01/29/19 | Patrick Hron | | 0.30 | $125.00 | $37.50 | $1,275.00 |

$2,044.00