UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Nos. 18-11118, 18-11111, 18-11122* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Before the Court is the Claims Administrator's Motion to Dismiss and Alternative Motion to Stay Pending Appeal (Rec. Doc. 25237) pertaining to member case no. 18-11118, *Turbo Pump Services, Inc. v. Patrick Juneau, et al.* Because the Court has dismissed case no. 18-11118 (*see* Rec. Docs. 25363, 25488),

**IT IS ORDERED** that the Claims Administrator's Motion to Dismiss and Alternative Motion to Stay Pending Appeal (Rec. Doc. 25237) is **DENIED AS MOOT.**

\* \* \*

The Claims Administrator also filed two motions (Rec. Docs. 25244, 25292) respecting case nos. 18-11111, *MMR Group, Inc. v. BP Expl. & Prod., Inc. et al.*, and 18-11122, *Thibodeaux v. BP Expl. & Prod., Inc., et al.* which are similar to the motion above regarding the *Turbo Pump* case. Unlike *Turbo Pump*, however, these cases have not been dismissed. Nevertheless, both cases currently are subject to the mandatory production and mediation process found in Section I to Pretrial Order No.

67 ("PTO 67," Rec. Doc. 25370).  Aside from the PTO 67 process, however, these cases are stayed. (*See* PTO 67 § IV, Rec. Doc. 25370). In light of this,

**IT IS ORDERED** that the Claims Administrator's Motions to Dismiss and Alternative Motions to Stay Pending Appeal (Rec. Doc. 25244, 25292) are **DENIED AS PREMATURE.**

Likewise, **IT IS ORDERED** that the Claims Administrator's Motions for Leave to File Reply Memoranda (Rec. Docs. 25487, 25490) are **DENIED AS PREMATURE.**

If at the conclusion of the PTO 67 process these cases remain unresolved and pending, then the Claims Administrator may re-urge his motions.

New Orleans, Louisiana, this 13th day of March, 2019.

_____
United States District Court