UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Nos. 13-5083, 15-5762, 14-1026* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

The following motions are before the Court:

- Michael T. Morrow's Motion to Reopen (Rec. Doc. 25146)
- William McKnight's Motion to Remand Case for Further Proceedings/Appeal of Dismissal (Rec. Doc. 25298)
- Angela Thibodaux's Motion for Relief from Order of Dismissal (Rec. Doc. 25193)[1]

Movers are plaintiffs whose cases were dismissed on July 14, 2016 by the PTO 60 Compliance Order (Rec. Doc. 20996) or, in the case of Angela Thibodaux, on July 18, 2017 by the PTO 63 Compliance Order (Rec. Doc. 23047). Their cases were formally closed by the Order [Directing the Clerk to Close Certain Cases Previously Dismissed for Noncompliance with PTO 60 and PTO 63] signed on September 6, 2018 (Rec. Doc. 24814). The present motions request that movers' cases be re-opened and their claims reinstated.

Having considered the motions,

---

[1] Angela Thibodaux's motion was marked deficient by the Clerk's office, and she has not attempted to cure that deficiency. Nevertheless, the Court has considered her motion.

IT IS ORDERED that the Motions (Rec. Doc. 25146, 25298, 25193) are DENIED.

New Orleans, Louisiana, this 15th day of March, 2019.

_____
United States District Judge

**Note to Clerk: Mail a copy of this Order to**

**William McKnight 60667-018**
**Federal Correction Institution Schuylkill**
**P.O. Box 759**
**Minersville, PA 17954-0759**