# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| This Document Relates to: *All Claims In Pleading Bundle B3* | * * | MAG. JUDGE WILKINSON |

**DECLARATION OF DR. OLIVER PELZ IN SUPPORT OF BP'S MOTION FOR ENTRY OF AN ORDER RELATING TO THE DISPOSAL OF CERTAIN MATERIALS**

I, Dr. Oliver Pelz, declare that the following is true and correct to the best of my knowledge, information, and belief:

1. My name is Dr. Oliver Pelz. I'm currently an Environmental Toxicologist at BP Exploration & Production, Inc. ("BP"). I have worked at BP for 14 years.

**Educational Background & Experience**

2. I received a degree in Biology from Technical University Braunschweig, Germany in 1995. I studied Biochemistry, Microbiology, and Ecology.

3. In 1999, I received a Doctorate in Natural Sciences from Technical University Braunschweig, Germany.

4. From 2003 to 2008, I attended the Toxicology Post-Graduate program by the German Society for Pharmacology & Toxicology ("DGPT"). At the end of the program, I became a European Registered Toxicologist, accredited by the Royal Society of Biology, UK Register of Toxicologists Panel.

5. From 1993-1995, I worked as a Research Technician at the United States Environmental Protection Agency ("EPA") in the National Health and Environmental Effects Research Laboratory. At the EPA laboratory, I investigated pollutant-degrading bacteria for the

U.S. Department of Defense's Strategic Environmental Research and Development Program Project: (Grant No. SERDP-030) "In Situ Bioremediation and Efficacy Monitoring."

6. From 2001-2005, I worked as an Environmental Toxicologist at BASF AG in Ludwigshafen, Germany. While at BASF I provided eco-toxicological expertise globally, represented BASF at national and international panels, prepared toxicological & environmental science expert's reports and evaluations, and handled and supervised eco-toxicological topics and projects.

7. I began working at BP in 2005. From 2005-2010, I worked as a Senior Environmental Toxicologist, advising BP on environmental science and toxicology issues.

8. From 2010-2014, I worked on the response to the Deepwater Horizon incident, including as a Senior Environmental Toxicologist within BP's Gulf Coast Restoration Organization ("GCRO"). During the response efforts, I supported the Natural Resource Damage Aquatic Toxicology Program and the DWH biodegradation assessments, and I worked with the Federal and State Trustees to evaluate toxicity plans. I also participated in the response efforts, including serving as the Chief Scientist aboard vessels supporting dispersant activities. In addition, I led a team of worldwide experts, third party contract laboratories (that were approved by U.S. EPA), and university teams that conducted a significant amount of studies and analyses of the collected samples.

9. I currently work as an Environmental Toxicologist and Dispersant Lead Advisor for BP's upstream business. I am also the Group Subject Matter Expert on Eco-toxicology, providing subject matter expertise for BP's upstream business's environmental activities.

**Sampling During the Deepwater Horizon Response Efforts**

10. During the response, BP collected thousands of environmental samples for multiple purposes, including for the Natural Resource Damage Assessment ("NRDA") and to assist in the response efforts.

11. As part of the NRDA, BP and the federal and state trustees (the "Trustees") worked together on a cooperative assessment of potential damage to natural resources in the water and on shore from 2010 to 2014.

12. In parallel to the Natural Resource Damage Assessment, BP also independently collected environmental samples to assist in the response efforts. These field-collected samples were subsequently analyzed to inform real-time decision-making during the response efforts and to inform decision makers on how long to continue those efforts.

13. As part of my work during the response, I am generally familiar with the types of environmental samples that were collected during the NRDA and BP's testing and response efforts. As part of the NRDA and BP's response efforts, BP collected thousands of samples of water, sediment (sea floor), soil, animal tissue, animal feed, macroinvertebrates, and blanks, among other samples. The samples included in Exhibit A to BP's Motion filed on December 12, 2018 include these and other types of samples.

14. The animal feed samples included in BP's Motion consist of commercial bird feed used during avian toxicity studies to assess potential impacts of oil exposure to mallard ducks, an EPA standard species for avian toxicology studies, in a controlled laboratory environment. (Ex. A, animal feed sample photos) The commercial animal feed used during this study was never present in the Gulf environment. Rather, it was purchased by the lab and then further blended

and/or processed to be used in a controlled laboratory. The data from this study was shared with the Trustees.

15. Macroinvertebrates are organisms that lack a spine but are still large enough to see with the naked eye (*e.g.*, barnacles, worms, snails). (Ex. B, maroinvertebrates sample photos) Macroinvertebrates were collected to assist in decision-making during the response efforts, to assess the impact, if any, of the spill and/or response efforts on those organisms, and/or for taxonomic purposes.

16. Animal tissue samples are samples collected and further processed from a variety of organisms (including a variety of fish species, macroinvertebrates, and larval fish, among others) during the response effort and/or the NRDA. These organisms were collected to assist in decision-making during the response efforts, to assess the impact, if any, of the spill and/or response efforts on those organisms, and/or for taxonomic purposes.

17. Blanks are laboratory-provided, clean water used for quality control purposes during sample collection and transport to the laboratories.

18. Since January 2011, BP has spent approximately $13.8 million to store samples at a facility in Colorado.

March 19, 2019

_____

Dr. Oliver Pelz

# Pelz Declaration Exhibit A





# Pelz Declaration Exhibit B





