# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | * | |
| *All Claims In Pleading Bundle B3* | * | **MAG. JUDGE WILKINSON** |
| | * | |
| | * | |

## ORDER REGARDING THE DISPOSAL OF CERTAIN MATERIALS IN THE CUSTODY AND CONTROL OF DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP")

WHEREAS, this Multi-District Litigation ("MDL") was instituted on August 10, 2010;

WHEREAS, on January 4, 2017, the Court entered Pretrial Order No. 62 ("PTO 62"), which provides that "any requirements for the preservation of 'samples' and 'reference materials' as defined in any pre-trial order, or other order, in the MDL shall be terminated"; and

WHEREAS, on December 12, 2018, BP filed a For Entry Of An Order Relating To The Disposal of Certain Materials (the "Motion") seeking to dispose of approximately 140,000 physical samples, including samples of water ETC (the "Samples") [Rec. Doc. 25226];

WHEREAS, certain objections were filed to BP's Motion [Rec. Docs. 25311, 25357, 25359, 25360];

WHEREAS, the parties objecting to BP's Motion (Motion, Rec. Doc. 25226; Objections, Rec. Docs. 25311, 25357, 25359, 25360) filed no objection to PTO 62;

WHEREAS, data, analyses, and other information relating to the nature, collection, testing, and analysis of the Samples, among other things is available for review; and

2

WHEREAS, this Court has expressed an interest in helping to ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to their benefits.

THEREFORE, in light of the status of litigation, the existence of data and data analysis available about the Samples, and conforming to the requirement that the Court ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to the benefits of such discovery and preservation obligations, it is hereby ORDERED that BP's Motion is GRANTED and that:

1. Within 35 days of this Order, plaintiffs that have objected to BP's Motion may take custody of any samples BP seeks to dispose of that plaintiffs wish to preserve, with shipping and storage of such requested samples to be at the objecting plaintiffs' expense;

2. If within 35 days of this Order, plaintiffs do not elect to take custody of the samples as provided above, BP may, consistent with PTO 62, dispose of the Samples identified in its Motion at Ex. A [Rec. Doc. 25226-2].

IT IS SO ORDERED this _____ day of _____ 2019, at New Orleans, Louisiana.

_____
Honorable Carl J. Barbier
United States District Judge