UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2:10-md-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**DOWNS LAW GROUP'S MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM**

COME NOW, the Downs Law Group Plaintiffs and move this Honorable Court for leave to file a surreply to BP's Motion for Disposal of Materials. Plaintiffs counsel believes a surreply is necessary to address first mentioned Pretrial Order ("PTO") 62 and omissions of material fact by BP in its reply brief.

Defendants filed their Motion to Dispose on December 12, 2018. (the "Motion to Dispose"). [Rec. Doc. 25226]. On January 31, 2019, Plaintiff's counsel filed a Memorandum in Opposition to Defendants Motion to Dispose on behalf of its clients (the "DLG Plaintiffs). [Rec. Doc. 25360]. BP requested and received additional time from this Court to file their reply. [Rec. Doc. 25364]. On March 15, 2019, BP filed their Reply Memorandum in Support of their Motion to Dispose ("Reply"). [Rec. Doc. 25499]. In its Reply, BP cites, for the first time, to PTO 62 as authority for disposal of the subject samples, further it includes the declaration of Dr. Oliver Pelz in support of its Motion to Dispose.

Before filing a surreply movant must seek permission from the court. *Stanford v. Potomac Elec. Power Co.*, 394 F. Supp. 2d 81, 86–87 (D.D.C. 2005). "Additionally, 'the moving party must show that the reply filed by the moving party raised new arguments that were not included in the original motion.' *87 Longwood*, 157 F.Supp.2d at 68 n. 3; *see also Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C.1998) (granting motion for leave to file a surreply where the reply included a declaration which was not included in the original motion). The *Alexander* Court reasoned that if it denied the plaintiffs leave to file their surreply, they would be unable to contest matters 'presented to the court for the first time.' 186 F.R.D. at 74. The Court therefore found that this rationale sufficiently demonstrated 'good cause' warranting the granting of the plaintiffs' motion." *Id*.

Accordingly, undersigned seeks to respond to the reference of: (a) PTO 62, which BP makes first references of in its Reply brief, citing it as authority for disposal of he subject samples, (b) Dr. Pelz's declaration, and (c) omissions of material fact from BPs Reply brief; for example, Plaintiffs' inability to contest the contents of the sample data because the flash drive containing the same was not provided to undersigned until March 7, 2019, additionally it has taken Plaintiffs experts almost five (5) days to open and merely begin to analyze the data.

The court in *Lewis* stated, "[t]he standard for granting ... leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *United States v. Sum of $70,990,605*, 4 F. Supp. 3d 209, 215 (D.D.C. 2014) *citing Lewis v. Rumsfeld*, 154 F.Supp.2d 56, 61 (D.D.C.2001). Undersigned would simply request an opportunity to contest those matters which BP presented for the first time in their Reply, and outlined in further detail in the preceding paragraph.

WHEREFORE, Plaintiffs counsel respectfully requests that this Honorable Court grant their Motion for Leave to file a Surreply Memorandum and permit undersigned to file a corresponding Memorandum of Law in support of the arguments laid out in this Motion.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

/s/ Craig T. Downs
**CRAIG T. DOWNS**, **FL BAR # 801089**
**MARIANA SUAREZ, FL BAR # 1013565**
**NATHAN L. NELSON, FL BAR #1002523**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 201 I electronically filed the foregoing motion with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

/s/ Craig T. Downs.

Craig T. Downs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2:10-md-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM**

AND NOW, upon consideration of Plaintiffs Motion for Leave to file Surreply Memorandum, it is hereby ORDERED that the Motion is GRANTED on this ____ day of _____, 2019.

_____

UNITED STATES DISTRICT JUDGE BARBIER