IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br><br>All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt APLC | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

**<u>Plaintiffs' Motion to Strike BP's Reply Memorandum in Support of Its Motion for Entry of an Order Relating to the Disposal of Certain Materials or, in the Alternative, to Grant Plaintiffs Leave to File a Surreply to BP's Reply Memorandum</u>**

Nexsen Pruet, LLC and Douglas M. Schmidt, APLC, represent approximately 780 of the medical opt-out Plaintiffs in the "B3 bundle" of the BP Oil Spill Class Action MDL 2179 (collectively "Plaintiffs"). Plaintiffs have met the requirements of this Court's PreTrial Order Numbers 60, 63, and 66.  Pursuant to this Court's Order on January 12, 2011 (Rec. Doc. 983), Plaintiffs' cases have remained subject to a Stay of Proceedings that has foreclosed any discovery being conducted by Plaintiffs.  The matter is before the Court because BP is seeking Court approval to destroy evidence without Plaintiffs having the benefit of discovery related to the evidence.   Memoranda have been submitted by Plaintiffs and BP related to BP's motion.  BP's Reply Memorandum, however, contains legal authorities and an affidavit that should have accompanied the original motion.

Plaintiffs respectfully request that the Court strike BP's Reply Memorandum in Support of its Motion for Entry of an Order Relating to the Disposal of Certain Materials, submitted

1

March 15, 2019 (Rec. Doc. 25499) ("BP's Reply Memorandum"), or in the alternative, the Court should grant Plaintiffs leave to file a surreply responding to BP's Reply Memorandum. This Motion is based on the record in MDL-2179 and the supporting memorandum filed herewith.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick    Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Plaintiffs

Dated: March 19, 2019