UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | MDL 2179 |
| **This Document Relates To:** | * | SECTION: J(2) |
| *All Cases* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is the Downs Law Group's Motion for Leave to File Sur-reply Memorandum (Rec. Doc. 25501) in further opposition of BP's Motion for Entry of an Order Relating to the Disposal of Certain Materials (Rec. Doc. 25226).

IT IS ORDERED that the Motion (Rec. Doc. 25501) is GRANTED as follows: Downs Law Group is permitted to file a sur-reply, *provided* that it is filed by no later than March 22, 2019 and does not exceed 5 pages, double-spaced.

New Orleans, Louisiana, this 19th day of March, 2019.

_____
United States District Court