UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | MDL 2179 |
| **This Document Relates To:** | * | SECTION: J(2) |
| *All Cases* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that Plaintiffs' Motion to Strike BP's Reply Memorandum (Rec. Doc. 25502) is DENIED.

IT IS FURTHER ORDERED that Plaintiffs' Alternative Motion for Leave to File a Sur-Reply (rec. Doc. 25502) is GRANTED. Plaintiffs shall file a sur-reply, not to exceed 5 pages double-spaced, by no later than March 22, 2019.

New Orleans, Louisiana, this 19th day of March, 2019.

_____
United States District Court