**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | **MDL NO. 2179** **SECTION: J** |
| *This document relates to:* *All remaining Cases in Pleading Bundle "B1"* | § § § § § | **JUDGE BARBIER** **MAGISTRATE JUDGE WILKINSON** |

**HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN BP'S DISPOSITIVE MOTION AS TO THE B1 CLAIMS OF MEXICAN PLAINTIFFS AND ITS MEMORANDUM IN SUPPORT THEREOF**

**NOW INTO COURT,** comes Defendant Halliburton Energy Services, Inc. ("HESI") and respectfully files this *Ex Parte* Motion to Join and Adopt, as if copied herein *in extenso*, the arguments made in BP's Dispositive Motion as to the B1 Claims of Mexican Plaintiffs and its Memorandum in Support Thereof (the "BP Motion") (Rec. Doc. 25477 and 25477-1) because those arguments are equally applicable to HESI as a defendant in this litigation.[1]

---

[1] In addition, HESI would note that to the extent any Mexican B1 Claimant addressed by BP's Motion seeks punitive damages against HESI, such claim is precluded by the Court's finding that HESI was not grossly negligent and by the terms of the Class-wide release made part of the HESI settlement agreement.

**HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN BP'S DISPOSITIVE MOTION AS TO THE B1 CLAIMS OF MEXICAN PLAINTIFFS AND ITS MEMORANDUM IN SUPPORT THEREOF**

**WHEREFORE**, HESI prays that this Honorable Court permit it to join in and adopt the arguments made in the BP Motion and seek similar relief requested, specifically, that the Court dismiss the claims of Mexican B1 Claimants addressed by the BP Motion.

Respectfully submitted,

**REED SMITH LLP**

By:  */s/ R. Alan York*
R. Alan York
State Bar No. 22167500
AYork@ReedSmith.com
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone:  713-469-3800
Facsimile:  713-469-3899

**ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.**

HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION TO JOIN
IN AND ADOPT THE ARGUMENTS MADE IN BP'S DISPOSITIVE MOTION
AS TO THE B1 CLAIMS OF MEXICAN PLAINTIFFS AND
ITS MEMORANDUM IN SUPPORT THEREOF

Page  2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2019, an electronic copy of the foregoing *Ex Parte* **Motion to Join in and Adopt the Arguments Made in BP's Dispositive Motion as to the B1 Claims of Mexican Plaintiffs and its Memorandum in Support Thereof** was filed with the Clerk of the Court for the United States District Court Eastern District of Louisiana using the CM/ECF system, and that service will be accomplished by the CM/ECF system.

*/s/ R. Alan York*
R. Alan York