IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 |
| | § | SECTION: J |
| *This document relates to: All Remaining Cases in Pleading Bundle "B1"* | § § § | JUDGE BARBIER |
| | § § § | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the *Ex Parte* Motion (Rec. Doc. 25506) to Join in and Adopt the Arguments Made in BP's Dispositive Motion as to the B1 Claims of Mexican Plaintiffs and its Memorandum in Support Thereof (Rec. Doc. 25477 and 25477-1),

IT IS ORDERED that the Motion is hereby GRANTED.

New Orleans, Louisiana this 21st day of March, 2019.

_____
United States District Judge