UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE WILKINSON |
| | * | |

**FIRST AMENDMENT TO PRETRIAL ORDER NO. 67 (Rec. Doc. 25370)**

Pretrial Order No. 67 ("PTO 67," Rec. Doc. 25370) required the "Exhibit 1 B1 Plaintiffs"[1] to produce certain documents and information by April 15, 2019, but failed to specify how and to whom production should be made. Accordingly, the Court AMENDS PTO 67 as follows:

The Exhibit 1 B1 Plaintiffs should produce the information and documents listed on Attachment A to PTO 67 to the defendants in their individual cases, and **not** to the Court or to Magistrate Judge Shushan (Ret.), by following the applicable procedure set forth below:

**Pro se plaintiffs** (plaintiffs not represented by an attorney) shall mail the information and documents to the following address:

> Counsel for BP
> Attn: Frank Sramek
> Kirkland & Ellis LLP
> 300 North LaSalle St., Suite 2400
> Chicago, IL 60654

---

[1] "The Exhibit 1 B1 Plaintiffs" are those plaintiffs identified on Exhibit 1 to PTO 67 (Rec. Doc. 25370-3), plus Robert Minnigan (No. 16-5403, *see* Rec. Doc. 25497) and Lott Ship Agency, Inc. (No. 18-11046, *see* Rec. Doc. 25498).

For **plaintiffs who are represented by counsel**, counsel should contact Frank Sramek at Kirkland & Ellis LLP (pto67productions@kirkland.com) to coordinate the production. Documents and information should be produced in litigation-ready format, including a document production load file, TIFF image files, text files, Excel files in native format, and Bates numbered pages.

For other inquiries to BP relating to the claims in the PTO 67 process, please contact Kris Ritter (kristopher.ritter@kirkland.com) or Chris Keegan (chris.keegan@kirkland.com) at Kirkland & Ellis LLP.

All other aspects of PTO 67 remain unchanged.

New Orleans, Louisiana, this 22nd day of March, 2019

United States District Judge

**Note to Clerk: Mail copies of this Order to**

| | |
|---|---|
| Evans, Robert | 16-cv-03966 |
| Murphy, Patrick | 16-cv-11769 |
| Lucky Lady Fishing Ent., Inc. (John U. Hanks, Jr.) | 16-cv-04149 |