IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>**APPLIES TO:**<br><br>All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt APLC | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

**Plaintiffs' Motion to Extend the Review Period of Objectors Set Forth in Pre-Trial Order 62**

Nexsen Pruet, LLC and Douglas M. Schmidt, APLC, represent approximately 780 of the medical opt-out Plaintiffs in the "B3 bundle" of the BP Oil Spill Class Action MDL 2179 (collectively "Plaintiffs".) Plaintiffs have met the requirements of this Court's Pre-Trial Order Numbers 60, 63, and 66.  Pursuant to this Court's Order on January 12, 2011 (Rec. Doc. 983), Plaintiffs' cases have remained subject to a Stay of Proceedings that has foreclosed any discovery being conducted by Plaintiffs.

In December 2018, BP made a Motion to allow it to discontinue preserving and storing an enormous amount of relevant evidence it had collected throughout the years.  (Motion of Defendant BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP") for Entry of an Order Relating to the Disposal of Certain Samples, filed Dec. 12, 2018 (Rec. Doc. 25226)).  Plaintiffs opposed BP's Motion.  In its reply to Plaintiffs' opposition, BP stated that it will afford Plaintiffs the same rights as the PTO 62 Objecting Parties. (Reply Memorandum in Support of its Motion for Entry of an Order Relating to the

1

Disposal of Certain Materials, submitted March 15, 2019 (Rec. Doc. 25499), at page 5. ("BP's Reply Memorandum").)  PTO 62 states, "The Objectors' 35-day review period may be extended by this court on motion and order for good cause shown . . . ." (PTO 62 at ¶ 7.)  Should the Court determine PTO 62 governs Plaintiffs' right to object to BP's disposal of samples, good cause exists to extend the 35-day period to allow Plaintiffs the opportunity to conduct full discovery regarding all samples in the possession and control of BP.  Therefore, Plaintiffs request that this Court issue an Order extending the 35-day review period until the final resolution of the Plaintiffs' pending cases.  This will allow Plaintiffs the opportunity for full and fair discovery; an opportunity that has been foreclosed to date by the Court's stay order.

This Motion incorporates Plaintiffs' original Memorandum in Opposition to BP's Motion for Entry of an Order Relating to the Disposal of Certain Samples and Plaintiffs' Sur-Reply to BP's Reply Memorandum that is being filed contemporaneously herewith.  This Motion is further supported by the record in MDL-2179 and the supporting memorandum filed herewith.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

                          and

                          Douglas M. Schmidt   Fed ID No. 11789
                          Douglas M. Schmidt, APLC
                          335 City Park Avenue
                          New Orleans, LA 70119
                          PHONE:  504-482-5711
                          FACSIMILE:  504-482-5755
                          Dglsschmdt@yahoo.com

                          Attorneys for Plaintiffs

Dated: March 22, 2019