UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *No. 19-1418* | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court is O'Brien's Response Management, L.L.C. and National Response Corporation's (together, "Responders") Motion to Lift the MDL Stay (Rec. Doc. 25480), BP's opposition (Rec. Doc. 25500), and the Responders' reply (Rec. Doc. 25508). Having considered the briefs, the applicable law, and the record,

IT IS ORDERED that the Responders' Motion to Lift the MDL Stay (Rec. Doc. 25480) is GRANTED.

IT IS FURTHER ORDERED that *O'Brien's Response Management, L.L.C., et al. v. BP Exploration & Production Inc., et al.* (No. 19-1418) is hereby SEVERED from MDL 2179.[1]

IT IS FURTHER ORDERED that any stay imposed in Case No. 19-1418 by an order or pretrial order in MDL 2179 is LIFTED. If the plaintiffs have not already served the defendants with a summons and a copy of the complaint as contemplated in Federal Rule of Civil Procedure 4, the plaintiffs shall promptly do so. If service

---

[1] Subsequent filings with respect to No. 19-1418 shall be in the individual docket for that case, not in the MDL master docket.

under Rule 4 has already occurred, then the time for defendants to respond to the complaint shall commence to run anew from the date of this Order. *See* Fed. R. Civ. P. 12. The Case Manager is instructed to conduct a scheduling conference once the pleadings are completed.

IT IS FURTHER ORDERED that the parties to Case No. 19-1418 shall participate in mediation before Daniel J. Balhoff of Perry, Balhoff, Mengis & Burns, L.L.C., whom the Court appoints as mediator for this purpose. The mediation shall occur within 90 days of the issuance of this Order.

New Orleans, Louisiana, this 26th day of March, 2019.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and No. 19-1418.**