IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of De'Shawn Smith, a Class Member who is a minor, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement, via counsel, respectfully move this Court to: (1) approve the settlement of the claim filed on behalf De'Shawn Smith as fair, reasonable, adequate, and in the best interests of the minor, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, adequate, and in the best interests of the minor.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **NICKS LAW FIRM** | **DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM** |
| By: /s/ *Shantrell  Nicks* Shantrell  Nicks Nicks Law Firm 312-T Schillinger Road Box #306 Mobile, AL  36608 | By: /s/ *Katharine H. Hosty* Katharine H. Hosty Garretson Resolution Group 6281 Tri-Ridge Blvd., Suite 300 Loveland, OH  45140 |