Exhibit A

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 1 | Alimentos Marinos Bagdad, S.C. de R.L. M.I. | 16-cv-04354 |
| 2 | Cuellar, Fabian | 16-cv-04561 |
| 3 | Cuellar, Fernando | 16-cv-04570 |
| 4 | Ferramad Max, S.C. de R.L. de M.I. | 16-cv-04391 |
| 5 | Gallardo, Emilio | 16-cv-04593 |
| 6 | Gallardo, Felipe | 16-cv-04591 |
| 7 | Gallardo, Olga | 16-cv-04609 |
| 8 | Garcia, Juan | 16-cv-06305 |
| 9 | Gilberto Santisbon Herrera | 16-cv-05294 |
| 10 | Hinojosa, Herminia | 16-cv-06311 |
| 11 | Jose Luis Ramos Capitaine | 16-cv-05289 |
| 12 | Lopez , Miriam | 16-cv-04999 |
| 13 | Lopez, Enrique | 16-cv-04576 |
| 14 | Mario Vela Gomez | 16-cv-05313 |
| 15 | Mejia Duran, Jesus | 16-cv-04506 |
| 16 | Perez, Martin | 16-cv-04548 |
| 17 | Pescadores de Ilusion, S.C. de R.L. | 16-cv-05235 |
| 18 | Pescados y Mariscos Alexa | 16-cv-04415 |
| 19 | Rodriguez, Ramona | 16-cv-04528 |
| 20 | Roman, Francisco | 16-cv-04573 |
| 21 | Rosas, Damaso | 16-cv-04583 |
| 22 | Rosas, Juan | 16-cv-04597 |
| 23 | S.C.C.P.P. Ejidal Teodoro Gonzalez Gaviro, S.C. de R.L. | 16-cv-04376 |
| 24 | S.C.C.P.P. Mano de Leon, S.C. de R.L. | 16-cv-04366 |
| 25 | S.C.P. Riberena Acuicola de Bienes y Servicios La Jarocha S.C. de R.L. | 16-cv-05376 |
| 26 | S.C.P.P  Carvajal, S.C. de R.L. | 16-cv-04691 |
| 27 | S.C.P.P.  Fco J. Mujica, S.C. de R.L. | 16-cv-04362 |
| 28 | S.C.P.P. Acuicola y Bienes y Servicios el Senor de Las Maravillas S.C.L | 16-cv-05585 |
| 29 | S.C.P.P. Barra de Boca Ciega, S.C. de R.L. | 16-cv-04392 |
| 30 | S.C.P.P. Barra De Conchillal, S.C. de R.L. | 16-cv-04379 |
| 31 | S.C.P.P. Barra de Santa Maria, S.C. de R.L. | 16-cv-04487 |
| 32 | S.C.P.P. Coperativa Caudillos S.C. de R.L. | 16-cv-04385 |
| 33 | S.C.P.P. El Chamizal, S.C. de R.L. | 16-cv-04388 |
| 34 | S.C.P.P. Grupo Yojigamar, S.C. de R.L. de M.I. | 16-cv-04688 |
| 35 | S.C.P.P. Islas Unidas, S.C. de R.L. | 16-cv-04682 |
| 36 | S.C.P.P. La Marina S.C. de R.L. de C.V. | 16-cv-04413 |
| 37 | S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. | 16-cv-04373 |

EXHIBIT A

| | | |
|---|---|---|
| 38 | S.C.P.P. Matamoros, S.C. de R.L. | 16-cv-04382 |
| 39 | S.C.P.P. Pescadores Unidos de La Trocha, S.C. de R.L. | 16-cv-05473 |
| 40 | S.C.P.P. Plan de Ayutla S.C. de R.L. | 16-cv-04393 |
| 41 | S.C.P.P. Punta de Piedra, S.C. de R.L. | 16-cv-04424 |
| 42 | S.C.P.P. Riberena Acuicola de Bienes y Servicios El Cangrejo Azul S.C. de R.L. | 16-cv-05380 |
| 43 | S.C.P.P. Riberena Acuicola de Bienes y Servicios Reyna Del Golfo S.C. de R.L. | 16-cv-05387 |
| 44 | S.C.P.P. Riberena Laguna Madre, S.C. de R.L. | 16-cv-04427 |
| 45 | S.C.P.P. Rincon de las Flores, S.C. de R.L. | 16-cv-04320 |
| 46 | S.C.P.P. Tamiahua, S.C. de R.L. de C.V. | 16-cv-04429 |
| 47 | S.C.P.R.A.  Unidos en Solidaridad, S.C. de R.L. | 16-cv-04394 |
| 48 | S.P.P. Acuicola y Bienes y Servicios Las Golondrinas de Sabancuy S.C. de R.L. | 16-cv-05566 |
| 49 | S.S.S. Agua Rebuelta | 16-cv-04408 |
| 50 | S.S.S. Isla del Carrizal | 16-cv-04411 |
| 51 | S.S.S. Nuevo Dolores | 16-cv-04414 |
| 52 | S.S.S. Revolucion Y Progreso | 16-cv-04418 |
| 53 | Soc. De Sol. Social Jesus Maria de Carbajal CNC | 16-cv-05829 |
| 54 | Soc. De Sol. Social Movilizacion Social, CNC | 16-cv-05835 |
| 55 | Soc. De Sol. Social Pescadores de la Libertad CNC | 16-cv-05832 |
| 56 | Toral, Guillermina | 16-cv-04601 |