# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** § | MDL NO 2179; |
| **DEEPWATER HORIZON, IN THE** § | |
| **GULF OF MEXICO** § | SECTION: J |
| **ON APRIL 20, 2010** § | |
| § | JUDGE BARBIER |
| § | |
| § | |
| **This Document Relates to: 16-cv-04354** § | |
| 16-cv-04561, 16-cv-04570, 16-cv-04391 § | |
| 16-cv-04593, 16-cv-04591, 16-cv-04609 § | |
| 16-cv-06305, 16-cv-05294, 16-cv-06311 § | |
| 16-cv-05289, 16-cv-04999, 16-cv-04576 § | |
| 16-cv-05313, 16-cv-04506, 16-cv-04548 § | |
| 16-cv-05235, 16-cv-04415, 16-cv-04528 § | |
| 16-cv-04573, 16-cv-04583, 16-cv-04597 § | |
| 16-cv-04376, 16-cv-04366, 16-cv-05376 § | |
| 16-cv-04691, 16-cv-04362, 16-cv-05585 § | |
| 16-cv-04392, 16-cv-04379, 16-cv-04487 § | |
| 16-cv-04385, 16-cv-04388, 16-cv-04688 § | |
| 16-cv-04682, 16-cv-04413, 16-cv-04373 § | |
| 16-cv-04382, 16-cv-05473, 16-cv-04393 § | |
| 16-cv-04424, 16-cv-05380, 16-cv-05387 § | |
| 16-cv-04427, 16-cv-04320, 16-cv-04429 § | |
| 16-cv-04394, 16-cv-05566, 16-cv-04408 § | |
| 16-cv-04411, 16-cv-04414, 16-cv-04418 § | |
| 16-cv-05829, 16-cv-05835, 16-cv-05832 § | |
| 16-cv-04601 § | |
| § | |
| **All Remaining Cases in Pleading B1** § | MAG. JUDGEWILKINSON |

## Order

Considering The Buzbee Law Firm Plaintiffs' Response to BP's Motion to Dismiss[1],

BP's and HESI's motion is denied.

---

[1] HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN BP'S DISPOSITIVE MOTION AS TO THE B1 CLAIMS OF MEXICAN PLAINTIFFS AND ITS MEMORANDUM IN SUPPORT THEREOF, WAS FILED LATE ON MARCH 20, 2019 AND IS DENIED.

Signed this _____ day of _____ 2019.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE