# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * <br> * <br> * <br> * | **MDL NO. 2179** <br><br> **SECTION: J** |
| **This filing relates to:** *All Cases* **(including Civil Action No. 12-968)** | * <br> * <br> * | **JUDGE CARL J. BARBIER** |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

The Authorized Representative(s) of Christopher Bradford, a Class Member who is deceased, and the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement, via counsel, respectfully move this Court to: (1) approve the settlement of the claim filed on behalf Christopher Bradford as fair, reasonable, and adequate, and (2) approve all future settlements on behalf of this Class Member in compliance with the Medical Benefits Class Action Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

**RUEB & MOTTA LAW FIRM**

**DEEPWATER HORIZON MEDICAL BENEFITS CLASS ACTION SETTLEMENT PROGRAM**

By: /s/ *Greg  Rueb*
Greg  Rueb
Rueb & Motta Law Firm c/o Nations Law Firm
3131 Briarpark Dr. Ste. 208
Houston, TX 77042

By: /s/ *Katharine H. Hosty*
Katharine H. Hosty
Garretson Resolution Group
6281 Tri-Ridge Blvd., Suite 300
Loveland, OH  45140