IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-31289

_____

In re: Deepwater Horizon

A True Copy
Certified order issued Apr 01, 2019

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

----------------------------------

BEACH COMMUNITY BANK,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES, a division of Halliburton Energy Services, Incorporated; TRITON ASSET LEASING GMBH,

       Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeals are dismissed as of April 01, 2019, pursuant to appellant's unopposed motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT