# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————————

No. 18-31172

———————————

In re: DEEPWATER HORIZON

**A True Copy**
**Certified order issued Mar 29, 2019**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

-----------------------------------------------------------------

JOSEPH CANNISTRA, Individually and on behalf of EGES, Incorporated,
doing business as Gathering Restaurant,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED,

    Defendant - Appellee

———————————

Appeal from the United States District Court for the
Eastern District of Louisiana

———————————

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of March 29, 2019,
for want of prosecution. The appellant failed to timely file appellant's brief
and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT