# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010      SECTION: J

     JUDGE BARBIER

Applies to: 12-cv-968:  BELO

     MAGISTRATE
     JUDGE WILKINSON

Relates to:

| | | | | | | |
|---|---|---|---|---|---|---|
| 18-09723 | 18-11068 | 18-11706 | 18-12313 | 18-12726 | 18-13610 | 18-13973 |
| 18-10387 | 18-11069 | 18-11708 | 18-12315 | 18-12729 | 18-13614 | 18-13974 |
| 18-10377 | 18-11071 | 18-11709 | 18-12317 | 18-12732 | 18-13620 | 18-13977 |
| 18-10389 | 18-11072 | 18-11710 | 18-12323 | 18-12736 | 18-13621 | 18-13979 |
| 18-10411 | 18-11074 | 18-11711 | 18-12325 | 18-12740 | 18-13623 | 18-13980 |
| 18-10429 | 18-11076 | 18-11712 | 18-12343 | 18-12741 | 18-13626 | 18-13982 |
| 18-10508 | 18-11077 | 18-11713 | 18-12359 | 18-12745 | 18-13685 | 18-13983 |
| 18-10509 | 18-11088 | 18-11717 | 18-12364 | 18-12746 | 18-13686 | 18-13994 |
| 18-10513 | 18-11181 | 18-11719 | 18-12366 | 18-12748 | 18-13688 | 18-13996 |
| 18-10517 | 18-11183 | 18-11720 | 18-12368 | 18-12750 | 18-13689 | 18-13997 |
| 18-10519 | 18-11185 | 18-11747 | 18-12111 | 18-12753 | 18-13691 | 18-13999 |
| 18-10521 | 18-11189 | 18-11752 | 18-12442 | 18-12756 | 18-13694 | 18-14004 |
| 18-10524 | 18-11196 | 18-11721 | 18-12478 | 18-12761 | 18-13699 | 18-14006 |
| 18-10562 | 18-11198 | 18-11778 | 18-12480 | 18-12769 | 18-13700 | 18-14007 |
| 18-10568 | 18-11199 | 18-11780 | 18-12484 | 18-12772 | 18-13706 | 18-14013 |
| 18-10573 | 18-11206 | 18-11781 | 18-12449 | 18-12774 | 18-13708 | 18-14015 |
| 18-10575 | 18-11207 | 18-11785 | 18-12487 | 18-12775 | 18-13711 | 18-14021 |
| 18-10578 | 18-11209 | 18-11807 | 18-12490 | 18-12776 | 18-13711 | 18-14022 |
| 18-10580 | 18-11267 | 18-11793 | 18-12493 | 18-12778 | 18-13712 | 18-14027 |
| 18-10625 | 18-11268 | 18-11821 | 18-12495 | 18-12779 | 18-13716 | 18-14029 |
| 18-10629 | 18-11270 | 18-11816 | 18-12496 | 18-12790 | 18-13718 | 18-14030 |
| 18-10634 | 18-11271 | 18-11839 | 18-12497 | 18-12799 | 18-13748 | 18-14031 |
| 18-10635 | 18-11272 | 18-11838 | 18-12500 | 18-12803 | 18-13749 | 18-14032 |
| 18-10643 | 18-11273 | 18-11843 | 18-12501 | 18-12805 | 18-13750 | 18-14033 |
| 18-10645 | 18-11275 | 18-11847 | 18-12503 | 18-12807 | 18-13753 | 18-14034 |
| 18-10646 | 18-11283 | 18-11856 | 18-12504 | 18-12813 | 18-13756 | 18-14050 |
| 18-10648 | 18-11288 | 18-11857 | 18-12507 | 18-12815 | 18-13757 | 18-14053 |
| 18-10652 | 18-11290 | 18-11863 | 18-12511 | 18-12816 | 18-13759 | 18-14054 |
| 18-10685 | 18-11377 | 18-11921 | 18-12512 | 18-12821 | 18-13761 | 18-14056 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18-10699 | 18-11380 | 18-11924 | 18-12514 | 18-12827 | 18-13762 | 18-14057 |
| 18-10707 | 18-11394 | 18-11926 | 18-12486 | 18-12832 | 18-13763 | 18-14058 |
| 18-10708 | 18-11396 | 18-11941 | 18-12545 | 18-12833 | 18-13790 | 18-14060 |
| 18-10711 | 18-11404 | 18-11944 | 18-12547 | 18-12834 | 18-13792 | 18-14061 |
| 18-10719 | 18-11408 | 18-11946 | 18-12552 | 18-12837 | 18-13794 | 18-14063 |
| 18-10713 | 18-11410 | 18-11951 | 18-12557 | 18-12838 | 18-13797 | 18-14095 |
| 18-10742 | 18-11414 | 18-11955 | 18-12563 | 18-12839 | 18-13799 | 18-14097 |
| 18-10743 | 18-11415 | 18-11958 | 18-12567 | 18-12876 | 18-13802 | 18-14098 |
| 18-10747 | 18-11416 | 18-11865 | 18-12571 | 18-12878 | 18-13803 | 18-14099 |
| 18-10751 | 18-11417 | 18-11965 | 18-12577 | 18-12880 | 18-13804 | 18-14100 |
| 18-10755 | 18-11421 | 18-11999 | 18-12583 | 18-12881 | 18-13806 | 18-14102 |
| 18-10773 | 18-11463 | 18-12001 | 18-12587 | 18-12884 | 18-13811 | 18-14103 |
| 18-10776 | 18-11467 | 18-11963 | 18-12590 | 18-12884 | 18-13814 | 18-14104 |
| 18-10780 | 18-11422 | 18-12018 | 18-12593 | 18-12890 | 18-13818 | 18-14105 |
| 18-10782 | 18-11468 | 18-12022 | 18-12596 | 18-12892 | 18-13821 | 18-14106 |
| 18-10784 | 18-11472 | 18-12026 | 18-12599 | 18-12893 | 18-13823 | 18-14108 |
| 18-10785 | 18-11502 | 18-12007 | 18-12605 | 18-12895 | 18-13867 | 18-14109 |
| 18-10787 | 18-11506 | 18-12037 | 18-12608 | 18-12899 | 18-13868 | 18-14110 |
| 18-10789 | 18-11510 | 18-12042 | 18-12613 | 18-13005 | 18-13871 | 18-14111 |
| 18-10836 | 18-11514 | 18-12052 | 18-12648 | 18-13016 | 18-13874 | 18-14114 |
| 18-10839 | 18-11516 | 18-12059 | 18-12652 | 18-13025 | 18-13875 | 18-14115 |
| 18-10846 | 18-11518 | 18-12063 | 18-12657 | 18-13031 | 18-13876 | 18-14117 |
| 18-10851 | 18-11522 | 18-12041 | 18-12662 | 18-13037 | 18-13881 | 18-14119 |
| 18-10857 | 18-11529 | 18-12065 | 18-12664 | 18-13476 | 18-13882 | 18-14120 |
| 18-10901 | 18-11530 | 18-12082 | 18-12668 | 18-13479 | 18-13883 | 18-14122 |
| 18-10903 | 18-11537 | 18-12085 | 18-12672 | 18-13481 | 18-13884 | 18-14123 |
| 18-10904 | 18-11543 | 18-12090 | 18-12673 | 18-13483 | 18-13886 | 18-14126 |
| 18-10905 | 18-11597 | 18-12097 | 18-12680 | 18-13485 | 18-13887 | 18-14128 |
| 18-10908 | 18-11600 | 18-12104 | 18-12682 | 18-13486 | 18-13888 | 18-14151 |
| 18-10916 | 18-11601 | 18-12106 | 18-12683 | 18-13487 | 18-13906 | 18-14152 |
| 18-10919 | 18-11603 | 18-12108 | 18-12684 | 18-13490 | 18-13907 | 18-14153 |
| 18-10933 | 18-11605 | 18-12165 | 18-12685 | 18-13494 | 18-13908 | 18-14154 |
| 18-10936 | 18-11606 | 18-12166 | 18-12686 | 18-13496 | 18-13909 | 18-14159 |
| 18-10937 | 18-11609 | 18-12167 | 18-12689 | 18-13499 | 18-13910 | 18-14161 |
| 18-10942 | 18-11610 | 18-12168 | 18-12691 | 18-13502 | 18-13912 | 18-12541 |
| 18-10975 | 18-11612 | 18-12168 | 18-12694 | 18-13506 | 18-13915 | 18-14165 |
| 18-10980 | 18-11614 | 18-12182 | 18-12695 | 18-13510 | 18-13916 | 18-14168 |
| 18-10988 | 18-11617 | 18-12191 | 18-12696 | 18-13582 | 18-13918 | 18-14169 |
| 18-10994 | 18-11619 | 18-12193 | 18-12697 | 18-13583 | 18-13919 | 18-14170 |
| 18-10998 | 18-11620 | 18-12195 | 18-12699 | 18-13585 | 18-13959 | 18-14171 |
| 18-11001 | 18-11620 | 18-12197 | 18-12700 | 18-13587 | 18-13960 | 18-14172 |

| 18-11004 | 18-11623 | 18-12203 | 18-12702 | 18-13588 | 18-13961 | 18-14173 |
| 18-11005 | 18-11624 | 18-12206 | 18-12703 | 18-13591 | 18-13963 | 18-14174 |
| 18-11008 | 18-11625 | 18-12212 | 18-12708 | 18-13593 | 18-13964 | 18-14176 |
| 18-11030 | 18-11685 | 18-12298 | 18-12711 | 18-13594 | 18-13965 | 18-14164 |
| 18-11031 | 18-11695 | 18-12301 | 18-12713 | 18-13596 | 18-13966 | 18-09200 |
| 18-11033 | 18-11697 | 18-12303 | 18-12714 | 18-13597 | 18-13967 | 18-09232 |
| 18-11049 | 18-11702 | 18-12305 | 18-12718 | 18-13599 | 18-13968 | 18-09291 |
| 18-11051 | 18-11703 | 18-12308 | 18-12721 | 18-13605 | 18-13969 | 18-09318 |
| 18-11067 | 18-11704 | 18-12311 | 18-12723 | 18-13608 | 18-13972 | 18-09449 |
| 18-09450 | 18-09451 | | | | | |

## THE BP PARTIES' APRIL 1, 2019 STATUS REPORT PURSUANT TO BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

Pursuant to the Court's BELO Cases Initial Proceedings Case Management Order No. 2 ("CMO No. 2") (Rec. Doc. 25486), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report.  The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on March 25, 2019.  This Status Report reflects the status of initial disclosures as of 5:00 PM Eastern Time on Friday, March 29.[1]

---

[1]   The Downs Law Group submitted disclosures for 30 plaintiffs after 5:00 PM Eastern time on Friday, March 29, including over the weekend and on April 1.  The BP Parties are in the process of reviewing these recent disclosures but have not completed their review prior to submitting this Status Report.  These plaintiffs are included in the Status Report pending the BP Parties' review of the recently received materials.

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category 1.A Plaintiffs | Category 1.B Plaintiffs | Category 2 Plaintiffs |
|---|---|---|---|---|
| The Nations Law Firm | 420 | 237 | 183 | 0 |
| The Downs Law Group | 130 | 113 | 10 | 7 |
| Frank J. D'Amico, Jr.; The Greer Law Firm | 3 | 0 | 3 | 0 |
| Falcon Law Firm; Lindsay & Lindsay P.A. | 1 | 1 | 0 | 0 |
| Amaro Law Firm | 1 | 1 | 0 | 0 |
| **Total** | **555** | **352** | **196** | **7** |

## I. Category I Plaintiffs – Plaintiffs with Missing or Deficient Initial Disclosures

### A. Plaintiffs With Missing Initial Disclosures

Pursuant to Section 2(B) of CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 18-10387 | Brown, Darlean | Falcon Law Firm; Lindsay & Lindsay P.A. |
| 2. | 18-10719 | Vasquez-Romero, Renato | The Downs Law Group |
| 3. | 18-11463 | Rivera, Roger | The Downs Law Group |
| 4. | 18-11467 | Ortiz, Juan Carlos | The Downs Law Group |
| 5. | 18-11747 | Arias-Orellana, Jose Manual | The Downs Law Group |
| 6. | 18-11752 | Carrasquillo, Jose A | The Downs Law Group |
| 7. | 18-11807 | Flores, Alejandro D | The Downs Law Group |
| 8. | 18-11821 | Harrell, John Charles | The Downs Law Group |
| 9. | 18-11839 | Lopez Henriquez, Pablo | The Downs Law Group |
| 10. | 18-11921 | Martinez, Marcio Tulio, Jr. | The Downs Law Group |
| 11. | 18-11924 | Matute-Mendoza, Norma | The Downs Law Group |
| 12. | 18-11926 | Mejia, Romona | The Downs Law Group |
| 13. | 18-11941 | Milton, Charles Anthony | The Downs Law Group |
| 14. | 18-11944 | Moran, Mayra Jaqueline | The Downs Law Group |
| 15. | 18-11946 | Palao, Juan Baustista Murillo | The Downs Law Group |
| 16. | 18-11951 | Diaz-Nuevo, Rigoberto | The Downs Law Group |
| 17. | 18-11955 | Nunez, Selvin | The Downs Law Group |
| 18. | 18-11958 | Ferreira, Jose Pena | The Downs Law Group |
| 19. | 18-11965 | Bruno-Ramos, Sixto | The Downs Law Group |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 20. | 18-11999 | Sosa, Francisca Griselda | The Downs Law Group |
| 21. | 18-12001 | Valadez, Mayra L. | The Downs Law Group |
| 22. | 18-12018 | Jimenez, Pedro Isaac, Jr. | The Downs Law Group |
| 23. | 18-12022 | Leon Hermoso, Jose Benito | The Downs Law Group |
| 24. | 18-12026 | Moore, Henry | The Downs Law Group |
| 25. | 18-12042 | Cingranelli, John Michael, Jr. | The Downs Law Group |
| 26. | 18-12052 | Recnio Ramos, Noelio | The Downs Law Group |
| 27. | 18-12059 | Escobar, Jennifer Jaela | The Downs Law Group |
| 28. | 18-12063 | Phan, Thai Quoc | The Downs Law Group |
| 29. | 18-12165 | Abrams, Gilford Germaine | The Nations Law Firm |
| 30. | 18-12166 | Alder, Keith George | The Nations Law Firm |
| 31. | 18-12167 | Allen, James Richard, Jr. | The Nations Law Firm |
| 32. | 18-12168 | Ancar, Richard Kenneth | The Nations Law Firm |
| 33. | 18-12168 | Anderson, Ivory | The Nations Law Firm |
| 34. | 18-12182 | Barnes, Ernest Lee | The Nations Law Firm |
| 35. | 18-12191 | Blackston, Dannie Bernard | The Nations Law Firm |
| 36. | 18-12193 | Ruffins, Jerome Devin | The Nations Law Firm |
| 37. | 18-12195 | Seliby, William Edward, III | The Nations Law Firm |
| 38. | 18-12197 | Smith, Barry Donavan | The Nations Law Firm |
| 39. | 18-12203 | Taillon, Megan Marie | The Nations Law Firm |
| 40. | 18-12206 | Tracy, Jon Richard | The Nations Law Firm |
| 41. | 18-12212 | Witherspoon, Demarcus James | The Nations Law Firm |
| 42. | 18-12298 | Blankenship, Tony Lee | The Nations Law Firm |
| 43. | 18-12301 | Byrd, James Thomas | The Nations Law Firm |
| 44. | 18-12303 | Carson, Kawatues Markwette | The Nations Law Firm |
| 45. | 18-12305 | Clark, Donnie Lee | The Nations Law Firm |
| 46. | 18-12308 | Colston, Laneesha Anjanetta | The Nations Law Firm |
| 47. | 18-12311 | Cosse, Darrell Joseph | The Nations Law Firm |
| 48. | 18-12313 | Stork, Joseph Ervin | The Nations Law Firm |
| 49. | 18-12315 | Talton, Stafford Dewayne | The Nations Law Firm |
| 50. | 18-12317 | Waite, Eleanor Noel | The Nations Law Firm |
| 51. | 18-12323 | White, Larry Keith | The Nations Law Firm |
| 52. | 18-12325 | Willis, Darryl Bernard | The Nations Law Firm |
| 53. | 18-12343 | Bihlear, Eddie | The Nations Law Firm |
| 54. | 18-12359 | Bradberry, Bobby Lynn | The Nations Law Firm |
| 55. | 18-12364 | Chiodo, Anthony Paul Jr. | The Nations Law Firm |
| 56. | 18-12366 | Collins, Curtis Lee Jr. | The Nations Law Firm |
| 57. | 18-12368 | Taylor, Thomas Edward | The Nations Law Firm |
| 58. | 18-12478 | Brown, Iranikia Lashawn | The Nations Law Firm |
| 59. | 18-12480 | Cannon, Martin Houston | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 60. | 18-12484 | Brown, Mario Catrell | The Nations Law Firm |
| 61. | 18-12487 | Butler, Eddie David | The Nations Law Firm |
| 62. | 18-12490 | Cotton, Oliver, Jr. | The Nations Law Firm |
| 63. | 18-12493 | Courtney, John Bart | The Nations Law Firm |
| 64. | 18-12495 | Cox, Charles Leslie | The Nations Law Firm |
| 65. | 18-12496 | Cuevas, Jamie Paulette | The Nations Law Firm |
| 66. | 18-12497 | Delle, Jeffery Lawrence | The Nations Law Firm |
| 67. | 18-12500 | Fennell, LaToya Lavette | The Nations Law Firm |
| 68. | 18-12501 | Fitzhugh, David Leon | The Nations Law Firm |
| 69. | 18-12503 | Russell, Richard Lafayette | The Nations Law Firm |
| 70. | 18-12504 | Sellers, Craig Lewis Jr. | The Nations Law Firm |
| 71. | 18-12507 | Slater, Lavon Maurice | The Nations Law Firm |
| 72. | 18-12511 | Stevenson, Alyce Rebecca | The Nations Law Firm |
| 73. | 18-12512 | Tanner, Cherrish Michelle | The Nations Law Firm |
| 74. | 18-12514 | Tellez, Jairo Velandia | The Nations Law Firm |
| 75. | 18-12545 | Bates, Diana Jo | The Downs Law Group |
| 76. | 18-12547 | Castillo, Jose, Jr. | The Downs Law Group |
| 77. | 18-12552 | Cardona, Jose C. | The Downs Law Group |
| 78. | 18-12557 | Dark, Preston Dale | The Downs Law Group |
| 79. | 18-12563 | Flores, Leonardo, Jr. | The Downs Law Group |
| 80. | 18-12567 | Gibson-Hensley, Pamela | The Downs Law Group |
| 81. | 18-12571 | Guzzardo, Richard | The Downs Law Group |
| 82. | 18-12577 | Green, Joshua Martin | The Downs Law Group |
| 83. | 18-12583 | Guerra, Manuel | The Downs Law Group |
| 84. | 18-12587 | Manuel, Guy W. | The Downs Law Group |
| 85. | 18-12590 | Montan, Jose | The Downs Law Group |
| 86. | 18-12593 | Velis, Saul | The Downs Law Group |
| 87. | 18-12596 | Mooney, Cory Michael | The Downs Law Group |
| 88. | 18-12599 | Napier, Larkin, Jr. | The Downs Law Group |
| 89. | 18-12605 | Orella, Darwin | The Downs Law Group |
| 90. | 18-12608 | Parada, Ananay | The Downs Law Group |
| 91. | 18-12613 | Rios, Jose Santos | The Downs Law Group |
| 92. | 18-12648 | Sabido-Rios, Evaudilio | The Downs Law Group |
| 93. | 18-12652 | Torres, Manuel | The Downs Law Group |
| 94. | 18-12657 | White, Robin Blake | The Downs Law Group |
| 95. | 18-12662 | Zamarripa, Ruben, Sr. | The Downs Law Group |
| 96. | 18-12664 | Gomez-Umanzor, Yessenia Jackeline | The Downs Law Group |
| 97. | 18-12668 | Kelly, Clarence | The Downs Law Group |
| 98. | 18-12672 | Kinzig, Charles | The Downs Law Group |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 99. | 18-12673 | Lopez, Leonardo | The Downs Law Group |
| 100. | 18-12680 | Gibbs, Rochelle Renne | The Nations Law Firm |
| 101. | 18-12682 | Goff, Wayne Everette | The Nations Law Firm |
| 102. | 18-12683 | Griffith, Vern Allan | The Nations Law Firm |
| 103. | 18-12684 | Grinstead, Michael Anthony | The Nations Law Firm |
| 104. | 18-12685 | Hall, Donnie Eugene | The Nations Law Firm |
| 105. | 18-12686 | Helton, Jeffery Stephen | The Nations Law Firm |
| 106. | 18-12689 | Hinton, Sidney Wayne | The Nations Law Firm |
| 107. | 18-12691 | Richardson, Angela Latongia | The Nations Law Firm |
| 108. | 18-12694 | Ringo, Don Ray | The Nations Law Firm |
| 109. | 18-12695 | Roberts, Romeo Casanova | The Nations Law Firm |
| 110. | 18-12696 | Rogers, Jonathan Lee | The Nations Law Firm |
| 111. | 18-12697 | Roux, Nathan Andrew | The Nations Law Firm |
| 112. | 18-12699 | Russ, Theresa Ann | The Nations Law Firm |
| 113. | 18-12700 | Tran, Dave Dat | The Nations Law Firm |
| 114. | 18-12702 | Tuneburg, John William, Jr. | The Nations Law Firm |
| 115. | 18-12703 | Gonzalez, Rafael Jr. | The Nations Law Firm |
| 116. | 18-12708 | Maradiage, Samuel Ordonez | The Downs Law Group |
| 117. | 18-12711 | Lopez-Martinez, Rene | The Downs Law Group |
| 118. | 18-12713 | Speer, Charles Edward | The Downs Law Group |
| 119. | 18-12714 | Padilla, Jonathan Agosto | The Downs Law Group |
| 120. | 18-12718 | Wilson, Wilfredo Amador | The Downs Law Group |
| 121. | 18-12721 | Alvarez, Juan Luis | The Downs Law Group |
| 122. | 18-12723 | Baquedano, Maximino | The Downs Law Group |
| 123. | 18-12726 | Chirino-Mejia, Juan Pablo | The Downs Law Group |
| 124. | 18-12729 | Dowd, Tammy Lee | The Downs Law Group |
| 125. | 18-12732 | Delgado, Victor Javier | The Downs Law Group |
| 126. | 18-12736 | Fernandez, Nora Hilda | The Downs Law Group |
| 127. | 18-12740 | Fontanez-Camacho, Emanuel | The Downs Law Group |
| 128. | 18-12741 | Bosarge, Robert Louis | The Nations Law Firm |
| 129. | 18-12745 | Hutchins, Shelton Deon | The Nations Law Firm |
| 130. | 18-12746 | Jackson, Jamal Reynard | The Nations Law Firm |
| 131. | 18-12748 | Fernandez, Christian | The Downs Law Group |
| 132. | 18-12750 | Jackson, Joshua Derek | The Nations Law Firm |
| 133. | 18-12753 | Jarrett, Larry Jerome | The Nations Law Firm |
| 134. | 18-12756 | Godinez-Molina, Gumercindo | The Downs Law Group |
| 135. | 18-12761 | Gomez, Jose | The Downs Law Group |
| 136. | 18-12769 | Morrobel, Cirilo | The Downs Law Group |
| 137. | 18-12772 | Jenkins, Tavis Orlando | The Nations Law Firm |
| 138. | 18-12774 | Johnson, John Lyndon | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 139. | 18-12775 | Monzon, Francisco | The Downs Law Group |
| 140. | 18-12776 | Jones, Emile Carnell | The Nations Law Firm |
| 141. | 18-12778 | Jones, Ronald Lester Jr. | The Nations Law Firm |
| 142. | 18-12779 | Medina, Jose Alberto | The Downs Law Group |
| 143. | 18-12790 | Parks, Gerald Jr | The Downs Law Group |
| 144. | 18-12799 | Padilla, Yamileth | The Downs Law Group |
| 145. | 18-12803 | Jones, Samuel C. Jr | The Nations Law Firm |
| 146. | 18-12805 | Kates, Michael Dietrick | The Nations Law Firm |
| 147. | 18-12807 | Kennedy, Lee David | The Nations Law Firm |
| 148. | 18-12813 | Mingo, Leo Goerge | The Downs Law Group |
| 149. | 18-12815 | Quach, Richard | The Nations Law Firm |
| 150. | 18-12816 | Molina, Luis | The Downs Law Group |
| 151. | 18-12821 | McCullum, Jaborie James | The Downs Law Group |
| 152. | 18-12827 | Ramsey, Micah Aaron | The Nations Law Firm |
| 153. | 18-12832 | Thomson, Anthony McNair | The Nations Law Firm |
| 154. | 18-12833 | Webb, Kelly Laveron Jr. | The Nations Law Firm |
| 155. | 18-12834 | Williams, Kimberly Denise | The Nations Law Firm |
| 156. | 18-12837 | Williams, Willie Lee, Jr. | The Nations Law Firm |
| 157. | 18-12838 | Rosa, Hilda Maritza | The Downs Law Group |
| 158. | 18-12839 | Womack, Detrania Laconey | The Nations Law Firm |
| 159. | 18-12876 | Trussell, John Clyde, IV | The Downs Law Group |
| 160. | 18-12878 | Spivey, Todd Duke | The Downs Law Group |
| 161. | 18-12880 | Saucedo-Conde, Eleuterio | The Downs Law Group |
| 162. | 18-12881 | McArthur, Arvis | The Downs Law Group |
| 163. | 18-12884 | Hand, Earnest, Jr. | The Downs Law Group |
| 164. | 18-12884 | Velazquez, Walter | The Downs Law Group |
| 165. | 18-12890 | Ingrahm, Phillip Arnold | The Downs Law Group |
| 166. | 18-12892 | Lumar, Sean Marvin | The Downs Law Group |
| 167. | 18-12893 | Santiago, Angel De Leon | The Downs Law Group |
| 168. | 18-12895 | Lopez-Acosta, Fausto Dionico | The Downs Law Group |
| 169. | 18-12899 | Aguirre, Julia | The Downs Law Group |
| 170. | 18-13005 | Houston, Cathy | The Downs Law Group |
| 171. | 18-13016 | Montoya, Victor Manuel | The Downs Law Group |
| 172. | 18-13025 | Wiggins, John Thomas | The Downs Law Group |
| 173. | 18-13031 | Kerin, Michael Patrick | The Downs Law Group |
| 174. | 18-13037 | Odgers, Daniel L. | The Downs Law Group |
| 175. | 18-13476 | King, Darald Benard, Sr. | The Nations Law Firm |
| 176. | 18-13479 | Lam, Mai Thi | The Nations Law Firm |
| 177. | 18-13481 | Leashore, Kendera Patrice | The Nations Law Firm |
| 178. | 18-13483 | Lockett, Gregory DeShawn | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 179. | 18-13485 | Mathis, Corey Collins | The Nations Law Firm |
| 180. | 18-13486 | Norman, Larry Ralph Jr | The Nations Law Firm |
| 181. | 18-13487 | McGowan, Stacy Cornelius | The Nations Law Firm |
| 182. | 18-13490 | McNair, Algernon Aundra | The Nations Law Firm |
| 183. | 18-13494 | McNeeley, Larry Cheyenne | The Nations Law Firm |
| 184. | 18-13496 | Moore, Judith Pierce | The Nations Law Firm |
| 185. | 18-13499 | Moore, Johnnie Earl | The Nations Law Firm |
| 186. | 18-13502 | Nance, Norma Jean | The Nations Law Firm |
| 187. | 18-13506 | Neal, James Robert | The Nations Law Firm |
| 188. | 18-13510 | Nichelson, Joey David | The Nations Law Firm |
| 189. | 18-13582 | Abner-Nicholson, Janice Anastasia | The Nations Law Firm |
| 190. | 18-13583 | Aguilar, Hector | The Nations Law Firm |
| 191. | 18-13585 | Alexander, Jermaine L | The Nations Law Firm |
| 192. | 18-13587 | Ally, Ashton Anthony | The Nations Law Firm |
| 193. | 18-13588 | Andrews, Danielle Nicole | The Nations Law Firm |
| 194. | 18-13591 | Austin, Jacob Raynard | The Nations Law Firm |
| 195. | 18-13593 | Baldwin, Stevie George, Sr. | The Nations Law Firm |
| 196. | 18-13594 | Banken, Tanea Leilani | The Nations Law Firm |
| 197. | 18-13596 | Bates, Glen Allen | The Nations Law Firm |
| 198. | 18-13597 | Ordoyne, Nathan Adam | The Nations Law Firm |
| 199. | 18-13599 | Packer, Shawntel Elanius | The Nations Law Firm |
| 200. | 18-13605 | Patterson, Freelan | The Nations Law Firm |
| 201. | 18-13608 | Pettaway, Reico Gywayne | The Nations Law Firm |
| 202. | 18-13610 | Pettis, Jimmy Lee | The Nations Law Firm |
| 203. | 18-13614 | Pierre, Bryant Keith | The Nations Law Firm |
| 204. | 18-13620 | Poole, Urban Lee | The Nations Law Firm |
| 205. | 18-13621 | Porter, Rapier Ely | The Nations Law Firm |
| 206. | 18-13623 | Purifoy, Allen Marcine | The Nations Law Firm |
| 207. | 18-13626 | Parker, Jonathan Jude | The Nations Law Firm |
| 208. | 18-13685 | Berzett, Arsenio Tyrell | The Nations Law Firm |
| 209. | 18-13686 | Blackmon, Dwight | The Nations Law Firm |
| 210. | 18-13688 | Blanchard, Randolph J. IV | The Nations Law Firm |
| 211. | 18-13689 | Bourgeois, Joshua Demond | The Nations Law Firm |
| 212. | 18-13691 | Brewer, Terrence Brandon | The Nations Law Firm |
| 213. | 18-13694 | Brooks, Gwendolyn Faye | The Nations Law Firm |
| 214. | 18-13699 | Brumfield, Clodie Ray | The Nations Law Firm |
| 215. | 18-13700 | Bush, Michael Jerome | The Nations Law Firm |
| 216. | 18-13706 | Lewis, Ronald Steven | The Nations Law Firm |
| 217. | 18-13708 | Milton, Brice Quintarius | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 218. | 18-13711 | Mitchell, Hakeem Jamal | The Nations Law Firm |
| 219. | 18-13711 | Authement, Craig Leonard | The Nations Law Firm |
| 220. | 18-13712 | Mullikin, Telice Watts | The Nations Law Firm |
| 221. | 18-13716 | Van Ngo, Chuong | The Nations Law Firm |
| 222. | 18-13718 | Nguyen, Hoang V. | The Nations Law Firm |
| 223. | 18-13748 | Nguyen, Long Phuc | The Nations Law Firm |
| 224. | 18-13749 | Reddoch, Corbett Lawrence | The Nations Law Firm |
| 225. | 18-13750 | Godoy, Pedro Adalid | The Downs Law Group |
| 226. | 18-13753 | Henriquez-Villegas, Carlos | The Downs Law Group |
| 227. | 18-13756 | Paz-Herrerea, Darwin Antonia | The Downs Law Group |
| 228. | 18-13757 | Bueno-Juarez, Salvador | The Downs Law Group |
| 229. | 18-13759 | Garcia, Rogelio | The Downs Law Group |
| 230. | 18-13761 | Moore, James Christopher | The Downs Law Group |
| 231. | 18-13762 | Pellegrin, Troy Michael | The Downs Law Group |
| 232. | 18-13763 | Mayo, Beverly Ann | The Downs Law Group |
| 233. | 18-13790 | Adams, James Lewis | The Nations Law Firm |
| 234. | 18-13792 | Augustine, Frederick Eugene | The Nations Law Firm |
| 235. | 18-13794 | Ball, Mizells Jr. | The Nations Law Firm |
| 236. | 18-13797 | Chav, Saran | The Nations Law Firm |
| 237. | 18-13799 | Chopin, Timothy Michael Sr. | The Nations Law Firm |
| 238. | 18-13802 | Clark, Byron Ray | The Nations Law Firm |
| 239. | 18-13803 | Colley, Brittany Nicole | The Nations Law Firm |
| 240. | 18-13804 | Cox, Milton, Jr. | The Nations Law Firm |
| 241. | 18-13806 | Domangue, Darrell Anthony | The Nations Law Firm |
| 242. | 18-13811 | Parker, Treko Jamal | The Nations Law Firm |
| 243. | 18-13814 | Payton, Reginald Rene | The Nations Law Firm |
| 244. | 18-13818 | Pugh, Tiquilla LaShawn | The Nations Law Firm |
| 245. | 18-13821 | Robinson, Graylin Jonathan | The Nations Law Firm |
| 246. | 18-13823 | Sharit, Christina Ann | The Nations Law Firm |
| 247. | 18-13867 | Smith, Marc Anthony | The Nations Law Firm |
| 248. | 18-13868 | Stapleton, Saqueeta Lashay | The Nations Law Firm |
| 249. | 18-13871 | Cepeda, Eduardo | Amaro Law Firm |
| 250. | 18-13874 | Barnes, Milford Lee | The Nations Law Firm |
| 251. | 18-13875 | Beck, Latiffany Marsha | The Nations Law Firm |
| 252. | 18-13876 | Booker, William Leonard, III | The Nations Law Firm |
| 253. | 18-13881 | Cheramie, Anthony Paul | The Nations Law Firm |
| 254. | 18-13882 | Clausell, Jacquelynn Jones | The Nations Law Firm |
| 255. | 18-13883 | Cook, Marcus Lee | The Nations Law Firm |
| 256. | 18-13884 | Cunningham, Gail Blanchard | The Nations Law Firm |
| 257. | 18-13886 | Daw, Debra Rhodes | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 258. | 18-13887 | Duplantis, Elias Paul | The Nations Law Firm |
| 259. | 18-13888 | Eugene, Kenneth | The Nations Law Firm |
| 260. | 18-13906 | Bivens, Eric Roderick | The Nations Law Firm |
| 261. | 18-13907 | Fanguy, Michael James | The Nations Law Firm |
| 262. | 18-13908 | Fisher, Michael Eugene | The Nations Law Firm |
| 263. | 18-13909 | Ford, Shanay | The Nations Law Firm |
| 264. | 18-13910 | Foster, Tonya Yvonika Williams | The Nations Law Firm |
| 265. | 18-13912 | Friedman, Joshua David | The Nations Law Firm |
| 266. | 18-13915 | Hall, Will, Jr. | The Nations Law Firm |
| 267. | 18-13916 | Frye, Jeffery Alan | The Nations Law Firm |
| 268. | 18-13918 | Chancellor, Raymond Jr | The Nations Law Firm |
| 269. | 18-13919 | Chouest, Menton Alsa | The Nations Law Firm |
| 270. | 18-13959 | Harris, Anthony Andrea | The Nations Law Firm |
| 271. | 18-13960 | Harris, Curtis Frederick | The Nations Law Firm |
| 272. | 18-13961 | Harris, Paul Thomas | The Nations Law Firm |
| 273. | 18-13963 | Hayes, Ralph Eugene | The Nations Law Firm |
| 274. | 18-13964 | Hicks, James Xavier | The Nations Law Firm |
| 275. | 18-13965 | Hobby, Karen Kay | The Nations Law Firm |
| 276. | 18-13966 | Hunter, Dewayne Junior | The Nations Law Firm |
| 277. | 18-13967 | James, Steven Lorenzo | The Nations Law Firm |
| 278. | 18-13968 | Johnson, Michelle Hughen | The Nations Law Firm |
| 279. | 18-13969 | Jones, Nathaniel | The Nations Law Firm |
| 280. | 18-13972 | Lambert, Ashley Shatoya | The Nations Law Firm |
| 281. | 18-13973 | Lee, Denorris John | The Nations Law Firm |
| 282. | 18-13974 | McClain, Darrin O'Neill | The Nations Law Firm |
| 283. | 18-13977 | Mills, Kenyetta Renea | The Nations Law Firm |
| 284. | 18-13979 | Moore, Vernon Earl | The Nations Law Firm |
| 285. | 18-13980 | Nguyen, Len Van | The Nations Law Firm |
| 286. | 18-13982 | Nguyen, Hoa Van | The Nations Law Firm |
| 287. | 18-13983 | Nemeth, Crystal Lynn | The Nations Law Firm |
| 288. | 18-13994 | Helmer, Jordon Lee | The Nations Law Firm |
| 289. | 18-13996 | Holmes, David | The Nations Law Firm |
| 290. | 18-13997 | Huynh, Ich Van | The Nations Law Firm |
| 291. | 18-13999 | Jenkins, James Lee | The Nations Law Firm |
| 292. | 18-14004 | Nicholson, James Anthony | The Nations Law Firm |
| 293. | 18-14006 | Padilla, Jessica Rose | The Nations Law Firm |
| 294. | 18-14007 | Payne, William Thomas | The Nations Law Firm |
| 295. | 18-14013 | Poellenitz, Keith S. | The Nations Law Firm |
| 296. | 18-14015 | Reddick, Arthur Jr | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 297. | 18-14021 | Salter, Henry Clifton Jr. | The Nations Law Firm |
| 298. | 18-14022 | Schulte, Joseph Charles Jr. | The Nations Law Firm |
| 299. | 18-14027 | Sorey, Arthur Bernard | The Nations Law Firm |
| 300. | 18-14029 | Strickland, Ramelle Fitzgerald | The Nations Law Firm |
| 301. | 18-14030 | Tanner, Bradley Keith | The Nations Law Firm |
| 302. | 18-14031 | Thompson, Jerome Alonzo | The Nations Law Firm |
| 303. | 18-14032 | Torres, Albert Jude | The Nations Law Firm |
| 304. | 18-14033 | Trauth, Brent Albert | The Nations Law Firm |
| 305. | 18-14034 | Webb, Billy Ray | The Nations Law Firm |
| 306. | 18-14050 | Matthews, Jonelle Jontue | The Nations Law Firm |
| 307. | 18-14053 | Cameron, Jamond Le'Jean | The Nations Law Firm |
| 308. | 18-14054 | Brasley, Carlos Dwayne | The Nations Law Firm |
| 309. | 18-14056 | Brown, Leon | The Nations Law Firm |
| 310. | 18-14057 | Brown, Yul Sr | The Nations Law Firm |
| 311. | 18-14058 | Campbell, Jerome Torry | The Nations Law Firm |
| 312. | 18-14060 | Chadwick, Charles Christopher | The Nations Law Firm |
| 313. | 18-14061 | Chattman, Randel Jamarr | The Nations Law Firm |
| 314. | 18-14063 | Chiasson, Randy Thomas | The Nations Law Firm |
| 315. | 18-14095 | Burrows, Kenneth Lamar | The Nations Law Firm |
| 316. | 18-14097 | Christmas, Larry Darnell, Jr. | The Nations Law Firm |
| 317. | 18-14098 | Clede, Scott Aaron | The Nations Law Firm |
| 318. | 18-14099 | Cooper, David Lyn | The Nations Law Firm |
| 319. | 18-14100 | Dailey, Joan Leslie Agee | The Nations Law Firm |
| 320. | 18-14102 | Decaylor, John Melvin | The Nations Law Firm |
| 321. | 18-14103 | Duplantis, Teddy Wedgir | The Nations Law Firm |
| 322. | 18-14104 | Fairley, Adam Lee | The Nations Law Firm |
| 323. | 18-14105 | Fitch, William Randolph III | The Nations Law Firm |
| 324. | 18-14106 | Fox, Wayne Edward | The Nations Law Firm |
| 325. | 18-14108 | Gonzalez, Jesus | The Downs Law Group |
| 326. | 18-14109 | Ladnier, Mary | The Downs Law Group |
| 327. | 18-14110 | Abreu, Reynaldo | The Downs Law Group |
| 328. | 18-14111 | Lieurance, Raven E. (on behalf of Tracy Speranzo) | The Downs Law Group |
| 329. | 18-14114 | Hernandez, Eulogio Antonio | The Downs Law Group |
| 330. | 18-14115 | Henriquez, Carlos Elvin | The Downs Law Group |
| 331. | 18-14117 | Gaines, Rickey | The Downs Law Group |
| 332. | 18-14119 | Gomez Diaz, Jose Eliseo | The Downs Law Group |
| 333. | 18-14120 | Lee, Brandon Craig | The Downs Law Group |
| 334. | 18-14122 | Prevost, Juan Olivier | The Downs Law Group |
| 335. | 18-14123 | Woods, Jason Edwards | The Downs Law Group |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 336. | 18-14126 | De Zamarripa, Ofelia Munoz | The Downs Law Group |
| 337. | 18-14128 | Jordan, Dezerah Kolp | The Downs Law Group |
| 338. | 18-14151 | Joseph, Michael Christopher | The Nations Law Firm |
| 339. | 18-14152 | Gunn, Trenkiel Lamar | The Nations Law Firm |
| 340. | 18-14153 | Harris, Bernard Allen | The Nations Law Firm |
| 341. | 18-14154 | Heptinstall, Leeunder Monrow Sr. | The Nations Law Firm |
| 342. | 18-14159 | Jackson, Andrew, III | The Nations Law Firm |
| 343. | 18-14161 | Lyons, Scott David | The Nations Law Firm |
| 344. | 18-14165 | Narcisse, Kermit Peter | The Nations Law Firm |
| 345. | 18-14168 | Nguyen, Dung Van | The Nations Law Firm |
| 346. | 18-14169 | Nguyen, Huy Hoang | The Nations Law Firm |
| 347. | 18-14170 | Passantino, Taylor Ryan | The Nations Law Firm |
| 348. | 18-14171 | Nguyen, Phung Van | The Nations Law Firm |
| 349. | 18-14172 | Tassin, Denny Michael | The Nations Law Firm |
| 350. | 18-14173 | Phalo, Charles Lee | The Nations Law Firm |
| 351. | 18-14174 | O'Sullivan, Steven Sean | The Nations Law Firm |
| 352. | 18-14176 | Puryear, Toni Laquisha | The Nations Law Firm |

**B.   Plaintiffs With Deficient Initial Disclosures**

Pursuant to Section 2(C) of CMO No. 2, the BP Parties have identified the following

cases in which plaintiffs have provided deficient or incomplete initial disclosures.

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 1. | 18-09723 | Robin, Jr., Chris Joseph[2] | The Nations Law Firm | Missing signed PPF and authorizations |
| 2. | 18-10377 | Bullock, Troxey Valdez | The Nations Law Firm | Missing signed PPF and authorizations |
| 3. | 18-10389 | Page, Julio Cesar Rey | The Downs Law Group | PPF is signed but lacks substantive responses |
| 4. | 18-10411 | Evans, Rosalind R, | The Nations Law Firm | Missing signed PPF and authorizations |

---

[2]     The BP Parties represented at the February 27, 2019 hearing that Mr. Robin's initial deficiencies were cured, and the Court therefore dismissed the BP Parties' motion to compel as moot.  Upon further review, the BP Parties have determined that Mr. Robin's initial disclosures are still deficient.

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 5. | 18-10429 | Hickenbotham, Jerome | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 6. | 18-10508 | Easterling, Fred Jr. | The Nations Law Firm | Missing signed PPF and authorizations |
| 7. | 18-10509 | Fountain, Vernon Terell | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 8. | 18-10513 | Johnson, Latitch | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 9. | 18-10517 | McCall, Jarvis Kentrell | The Nations Law Firm | Missing signed PPF and authorizations |
| 10. | 18-10519 | Merrill, Robert Kirk | The Nations Law Firm | Missing signed PPF and authorizations |
| 11. | 18-10521 | Pham, Hiep Anh | The Nations Law Firm | Missing signed PPF and authorizations |
| 12. | 18-10524 | Simmons, Douglas Allen | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 13. | 18-10562 | Danos, Brent James | The Nations Law Firm | Missing signed PPF and authorizations |
| 14. | 18-10568 | Devaughn, Reginald Daniel | The Nations Law Firm | Missing signed PPF and authorizations |
| 15. | 18-10573 | Graveley, Thomas Jesus III | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 16. | 18-10575 | Jones, Micah Timothy | The Nations Law Firm | Missing signed PPF and authorizations |
| 17. | 18-10578 | Ochello, Louis Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 18. | 18-10580 | Pogue, Lynn Sherrie | The Nations Law Firm | Missing signed authorization for release of Social Security records |
| 19. | 18-10625 | Williams, Hasson Ha'kium | The Nations Law Firm | Missing signed PPF and authorizations |
| 20. | 18-10629 | Magee, Gerald Maxwell | The Nations Law Firm | Missing signed PPF and authorizations |
| 21. | 18-10634 | Yates, Marcus David, Sr. | The Nations Law Firm | Missing signed PPF and authorizations |
| 22. | 18-10635 | Lajaunie, Wallace Charles | The Nations Law Firm | Missing signed PPF and authorizations |
| 23. | 18-10643 | Warren, Kelvin Demond | The Nations Law Firm | Missing signed PPF and authorizations |
| 24. | 18-10645 | Weber, Jennifer Mae | The Nations Law Firm | Missing signed PPF and authorizations |
| 25. | 18-10646 | Jenkins, Calvin Milton | The Nations Law Firm | PPF is signed but lacks substantive responses |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 26. | 18-10648 | Heath, Crystie Danielle | The Nations Law Firm | Missing signed PPF and authorizations |
| 27. | 18-10652 | Broding, Darcey Eugene | The Nations Law Firm | Missing signed PPF and authorizations |
| 28. | 18-10685 | Downs, Justin Blaine | The Nations Law Firm | Missing signed PPF and authorizations |
| 29. | 18-10699 | Taite, Ruby Rocelle | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 30. | 18-10707 | Florent Sr., EdwinTyrone | The Nations Law Firm | Missing signed PPF and authorizations |
| 31. | 18-10708 | Gary, Sherrika Lashaye | The Nations Law Firm | Missing signed PPF and authorizations |
| 32. | 18-10711 | Guillory, Andy Steven | The Nations Law Firm | Missing signed PPF and authorizations |
| 33. | 18-10713 | Haley, Michael Dwain | The Nations Law Firm | Missing signed PPF and authorizations |
| 34. | 18-10742 | Brewton, Jerry Cornell | The Nations Law Firm | Missing signed PPF and authorizations |
| 35. | 18-10743 | Dickinson, Gregory Darnell | The Nations Law Firm | Missing signed PPF and authorizations |
| 36. | 18-10747 | Oliva-Vasquez, Harol Junior | The Downs Law Group | Missing signed PPF and authorizations |
| 37. | 18-10751 | Bosarge, Terry Alton | The Nations Law Firm | Missing signed PPF and authorizations |
| 38. | 18-10755 | Hamilton, Adron Lamont | The Nations Law Firm | Missing signed PPF and authorizations |
| 39. | 18-10773 | Hicks, Joshua Kendell | The Nations Law Firm | Missing signed PPF and authorizations |
| 40. | 18-10776 | Holmes, Thomas Graham III | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 41. | 18-10780 | Hooks, Roger Joseph Jr. | The Nations Law Firm | Missing signed PPF and authorizations |
| 42. | 18-10782 | Jackson, Torey Durrell | The Nations Law Firm | Missing signed PPF and authorizations |
| 43. | 18-10784 | James, Teqwan Kwaman | The Nations Law Firm | Missing signed PPF and authorizations |
| 44. | 18-10785 | Jennings, Joaquin Rene | The Nations Law Firm | Missing signed PPF and authorizations |
| 45. | 18-10787 | King, Anthony Wayne | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 46. | 18-10789 | Keegan, Thomas William IV | The Nations Law Firm | Missing signed PPF and authorizations |

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|-----|---------------|-----------|---------------------|------------|
| 47. | 18-10836 | Lott, Robert Douglas, Jr. | The Nations Law Firm | Missing signed PPF and authorizations |
| 48. | 18-10839 | Lyons, Koalana Renee | The Nations Law Firm | Missing signed PPF and authorizations |
| 49. | 18-10846 | Powell, Ronnie Aaron | The Nations Law Firm | Missing signed PPF and authorizations |
| 50. | 18-10851 | Santiny, Joshua Daniel | The Nations Law Firm | Missing signed PPF and authorizations |
| 51. | 18-10857 | Snyder, Zachary Steven | The Nations Law Firm | Missing signed PPF and authorizations |
| 52. | 18-10901 | Bradford, Courtney Waukeath | The Nations Law Firm | Missing signed PPF and authorizations |
| 53. | 18-10903 | Dreyer, Jeffrey Cole | The Nations Law Firm | Missing signed PPF and authorizations |
| 54. | 18-10904 | Edwards, Roderick | The Nations Law Firm | Missing signed PPF and authorizations |
| 55. | 18-10905 | Fulton, Antoinette Sheila | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 56. | 18-10908 | Hess, George Edward | The Nations Law Firm | Missing signed PPF and authorizations |
| 57. | 18-10916 | Kumm, Matthias | The Nations Law Firm | Missing signed PPF and authorizations |
| 58. | 18-10919 | Lovelace, Jerry Conrad | The Nations Law Firm | Missing signed PPF and authorizations |
| 59. | 18-10933 | Powe, Jamar Jacob | The Nations Law Firm | Missing signed PPF and authorizations |
| 60. | 18-10936 | Theriot, Toronzo Dionelle | The Nations Law Firm | Missing signed PPF and authorizations |
| 61. | 18-10937 | Thomas, Paul Christopher | The Nations Law Firm | Missing signed PPF and authorizations |
| 62. | 18-10942 | Williams, Michelle Christine | The Nations Law Firm | Missing signed PPF and authorizations |
| 63. | 18-10975 | Barthelemy, Myron Francis | The Nations Law Firm | Missing signed PPF and authorizations |
| 64. | 18-10980 | Billiot, Corey Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 65. | 18-10988 | Billiot, Risha Marie | The Nations Law Firm | Missing signed PPF and authorizations |
| 66. | 18-10994 | Blanchard , Terry Charles | The Nations Law Firm | Missing signed PPF and authorizations |
| 67. | 18-10998 | Booker, Antoine Vonche | The Nations Law Firm | Missing signed PPF and authorizations |
| 68. | 18-11001 | Smith, Rhonda Nashovia | The Nations Law Firm | Missing signed PPF and authorizations |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 69. | 18-11004 | Spencer, Kevin Dwayne | The Nations Law Firm | Missing signed PPF and authorizations |
| 70. | 18-11005 | Wallace, Nolan Ryan | The Nations Law Firm | Missing signed PPF and authorizations |
| 71. | 18-11008 | Watkins, Carl Marshuan | The Nations Law Firm | Missing signed PPF and authorizations |
| 72. | 18-11030 | Ashcraft, Larry | The Nations Law Firm | Missing signed PPF and authorizations |
| 73. | 18-11031 | Baker, Kermit III | The Nations Law Firm | Missing signed PPF and authorizations |
| 74. | 18-11033 | Barrios, Daniel Joseph | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 75. | 18-11049 | Buford, Orlando Romon | The Nations Law Firm | Missing signed PPF and authorizations |
| 76. | 18-11051 | Bunch, Gregory Thomas | The Nations Law Firm | Missing signed PPF and authorizations |
| 77. | 18-11067 | Cantrelle, Otis Augustine | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 78. | 18-11068 | Smith, Andrew Jackson | The Nations Law Firm | Missing signed PPF and authorizations |
| 79. | 18-11069 | Carbajal, Max Emiliano | The Nations Law Firm | Missing signed PPF and authorizations |
| 80. | 18-11071 | Celestin, Joshua Kindall | The Nations Law Firm | Missing signed PPF and authorizations |
| 81. | 18-11072 | Chaisson, Amber Nicole | The Nations Law Firm | Missing signed PPF and authorizations |
| 82. | 18-11074 | Chiodo, Kristi | The Nations Law Firm | Missing signed PPF and authorizations |
| 83. | 18-11076 | Coon, Toren Martel | The Nations Law Firm | Missing signed PPF and authorizations |
| 84. | 18-11077 | Cotton, Zachary | The Nations Law Firm | Missing signed PPF and authorizations |
| 85. | 18-11088 | Pozos Sanchez, Franco | The Downs Law Group | PPF is signed but lacks substantive responses |
| 86. | 18-11181 | Dantin, Jr., Stephen Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 87. | 18-11183 | Diaz, Donald Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 88. | 18-11185 | Douglas, Michael | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 89. | 18-11189 | Glamuzina, Josip Ante | The Nations Law Firm | Missing signed PPF and authorizations |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 90. | 18-11196 | Hicks III, William Thomas | The Nations Law Firm | Missing signed PPF and authorizations |
| 91. | 18-11198 | Holmes, Demitrick Christopher | The Nations Law Firm | Missing signed PPF and authorizations |
| 92. | 18-11199 | Huynh, Trieu Thanh | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 93. | 18-11206 | Labiche, Carl Bryant | The Nations Law Firm | Missing signed PPF and authorizations |
| 94. | 18-11207 | Sartain, Lee Edgar | The Nations Law Firm | Missing signed PPF and authorizations |
| 95. | 18-11209 | Jones, Adrian Darnell | The Nations Law Firm | Missing signed PPF and authorizations |
| 96. | 18-11267 | Dragobratovich, Kristofer Mark | The Nations Law Firm | Missing signed PPF and authorizations |
| 97. | 18-11268 | Garcia, Paul Anthony | The Nations Law Firm | Missing signed PPF and authorizations |
| 98. | 18-11270 | Hill, Jason Daniel | The Nations Law Firm | Missing signed PPF and authorizations |
| 99. | 18-11271 | Ho, Hung Van | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 100. | 18-11272 | House, Jerome Jermaine | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 101. | 18-11273 | Irby, Tracy Stein | The Nations Law Firm | Missing signed PPF and authorizations |
| 102. | 18-11275 | Langston, Perry Donald | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 103. | 18-11283 | McDuff, Gary Bruce | The Nations Law Firm | Missing signed PPF and authorizations |
| 104. | 18-11288 | Melerine, Nathan James | The Nations Law Firm | Missing signed PPF and authorizations |
| 105. | 18-11290 | Morgan, Jr., Danny Lenroy | The Nations Law Firm | Missing signed PPF and authorizations |
| 106. | 18-11377 | Johnston, Michael Sean | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 107. | 18-11380 | Danos, Tara Ann | The Nations Law Firm | Missing signed PPF and authorizations |
| 108. | 18-11394 | Kramer, Kevin Michael | The Nations Law Firm | Missing signed PPF and authorizations |
| 109. | 18-11396 | Lathrop, Thomas Joseph | The Nations Law Firm | Missing signed PPF and authorizations |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 110. | 18-11404 | McGill, Jerry Neal | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 111. | 18-11408 | Moffett, Cedric Antonia | The Nations Law Firm | Missing signed PPF and authorizations |
| 112. | 18-11410 | Motes, Jeffry Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 113. | 18-11414 | Myrick, Melody Coquette | The Nations Law Firm | Missing signed PPF and authorizations |
| 114. | 18-11415 | Nared, Phillip Wesley | The Nations Law Firm | Missing signed PPF and authorizations |
| 115. | 18-11416 | Nguyen, Christina Phuong | The Nations Law Firm | Missing signed PPF and authorizations |
| 116. | 18-11417 | Nguyen, Hung Minh | The Nations Law Firm | Missing signed PPF and authorizations |
| 117. | 18-11421 | Nguyen, Thoi Huu | The Nations Law Firm | Missing signed PPF and authorizations |
| 118. | 18-11422 | Nichols, Willie Dewayne | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 119. | 18-11468 | Trejo, Eduardo Nava | The Downs Law Group | PPF verification and authorizations not complete |
| 120. | 18-11472 | Banegas, Nixon | The Downs Law Group | PPF is signed but lacks substantive responses |
| 121. | 18-11502 | Nix, Alfreda Juawanna | The Nations Law Firm | Missing signed PPF and authorizations |
| 122. | 18-11506 | Palmisano, Darin James | The Nations Law Firm | Missing signed PPF and authorizations |
| 123. | 18-11510 | Paternostro II, Stephen Michae | The Nations Law Firm | Missing signed PPF and authorizations |
| 124. | 18-11514 | Phillips, Kenya Nicole | The Nations Law Firm | Missing signed PPF and authorizations |
| 125. | 18-11516 | Powell, Pleashetta | The Nations Law Firm | Missing signed PPF and authorizations |
| 126. | 18-11518 | Prejean, Dennis Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 127. | 18-11522 | Pugh, Lyonell Lamarr Jr. | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 128. | 18-11529 | Ramond, Jeremie Charles | The Nations Law Firm | Missing signed PPF and authorizations |
| 129. | 18-11530 | Reese, Renaldo Emanuel | The Nations Law Firm | Missing signed PPF and authorizations |
| 130. | 18-11537 | Riley Jr., Carl Blake | The Nations Law Firm | Missing signed PPF and authorizations |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 131. | 18-11543 | Roth Jr., Joseph Marshall | The Nations Law Firm | Missing signed PPF and authorizations |
| 132. | 18-11597 | Buras Sr., Chad Michael | The Nations Law Firm | Missing signed PPF and authorizations |
| 133. | 18-11600 | Champagne, David John | The Nations Law Firm | Missing signed PPF and authorizations |
| 134. | 18-11601 | Santiny, Christopher James | The Nations Law Firm | Missing signed PPF and authorizations |
| 135. | 18-11603 | Shkembi, Chanell Riley | The Nations Law Firm | Missing signed PPF and authorizations |
| 136. | 18-11605 | Simmons, Goreatha | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 137. | 18-11606 | Slack, Robert William Jr. | The Nations Law Firm | Missing signed PPF and authorizations |
| 138. | 18-11609 | Smith, Norman Lynn | The Nations Law Firm | Missing signed PPF and authorizations |
| 139. | 18-11610 | Stamant, Bryan Paul | The Nations Law Firm | Missing signed PPF and authorizations |
| 140. | 18-11612 | St. Pierre, Chad Gary | The Nations Law Firm | Missing signed PPF and authorizations |
| 141. | 18-11614 | Stein, Scott Wade | The Nations Law Firm | Missing signed PPF and authorizations |
| 142. | 18-11617 | Stokes, Devaliera Artaz | The Nations Law Firm | Missing signed PPF and authorizations |
| 143. | 18-11619 | Taylor, Christopher Raymond | The Nations Law Firm | Missing signed PPF and authorizations |
| 144. | 18-11620 | Tisdale, Michael Anthony | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 145. | 18-11620 | Toups Jr., Ronnie Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 146. | 18-11623 | Tran, Dinh Ngoc | The Nations Law Firm | Missing signed PPF and authorizations |
| 147. | 18-11624 | Tran, Phan Van | The Nations Law Firm | Missing signed PPF and authorizations |
| 148. | 18-11625 | Tran, Se Thi | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 149. | 18-11685 | Ingram, Lyle Pierce | The Nations Law Firm | Missing signed PPF and authorizations |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 150. | 18-11695 | Treadaway, Alex Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 151. | 18-11697 | Turan, Frank William | The Nations Law Firm | Missing signed PPF and authorizations |
| 152. | 18-11702 | Weston Jr., Alfred Leonard | The Nations Law Firm | Missing signed PPF and authorizations |
| 153. | 18-11703 | Willyard Jr., Donald Rae | The Nations Law Firm | Missing signed PPF and authorizations |
| 154. | 18-11704 | Wolf, Jason Everett | The Nations Law Firm | Missing signed PPF and authorizations |
| 155. | 18-11706 | Cook, Erick Levelle | The Nations Law Firm | Missing signed PPF and authorizations |
| 156. | 18-11708 | Hall, Gary Dwight | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 157. | 18-11709 | Jacquet, Steven Mark | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 158. | 18-11710 | Johnson, Lakeada Sherrel | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 159. | 18-11711 | Jones, Cory Thomas | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 160. | 18-11712 | Lee, Lindsey | The Nations Law Firm | Missing signed PPF and authorizations |
| 161. | 18-11713 | McDonald, Deidra D'Angela Myers | The Nations Law Firm | Missing signed PPF and authorizations |
| 162. | 18-11717 | Vo, Xuan Ngoc | The Nations Law Firm | Missing signed PPF and authorizations |
| 163. | 18-11719 | Weaver, Gregory Darren | The Nations Law Firm | Missing signed PPF and authorizations |
| 164. | 18-11720 | Wells,  Yolanda Yvette | The Nations Law Firm | Missing signed PPF and authorizations |
| 165. | 18-11721 | Williams, Erika Latressa | The Nations Law Firm | Missing signed PPF and authorizations |
| 166. | 18-11778 | Chiodo, Anthony Paul III | The Nations Law Firm | Missing signed PPF and authorizations |
| 167. | 18-11780 | Cobb, Michael Bernard | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 168. | 18-11781 | Copeland, George | The Nations Law Firm | PPF is signed but lacks substantive responses |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 169. | 18-11785 | Cotton, Yolanda Patricia | The Nations Law Firm | Missing signed PPF and authorizations |
| 170. | 18-11793 | Crocker, William Ray | The Nations Law Firm | Missing signed PPF and authorizations |
| 171. | 18-11816 | Gray, Sarah Rebecca | The Downs Law Group | Missing signed authorizations |
| 172. | 18-11838 | Tillman, Randall | Frank J. D'Amico Jr. APLC The Greer Law Firm | Missing PPF and authorizations |
| 173. | 18-11843 | Guidry, Harris Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 174. | 18-11847 | Hobdy, Robert John | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 175. | 18-11856 | Johnson, Demarcus Deandre | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 176. | 18-11857 | Jones, Jeremy Timajo | The Nations Law Firm | Missing signed PPF and authorizations |
| 177. | 18-11863 | Norwood, Jeffrey Allen | The Nations Law Firm | Missing signed PPF and authorizations |
| 178. | 18-11865 | Billiot, Ryan A | The Nations Law Firm | Missing signed PPF and authorizations |
| 179. | 18-11963 | Quinones, Oscar | The Downs Law Group | PPF verification and authorizations not complete |
| 180. | 18-12007 | Zepeda, Manuel | The Downs Law Group | Missing signed authorization for release of Social Security records |
| 181. | 18-12037 | Belis, Luis A. | The Downs Law Group | Missing signed PPF and authorizations |
| 182. | 18-12041 | Jordan, Kehinde Tranell | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 183. | 18-12065 | Richardson, Micah David | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 184. | 18-12082 | Phimavong, Vorasing Joe | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 185. | 18-12085 | Odom, Travis Santel | The Nations Law Firm | Missing signed PPF and authorizations |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 186. | 18-12090 | Palencia, Raunel | The Nations Law Firm | Missing signed PPF and authorizations |
| 187. | 18-12097 | Kinsey, Samuel Eugene | The Nations Law Firm | Missing signed PPF and authorizations |
| 188. | 18-12104 | Matthews, Walter Paul | The Nations Law Firm | Missing signed PPF and authorizations |
| 189. | 18-12106 | McGraw, Lamont Donell | The Nations Law Firm | Missing signed PPF and authorizations |
| 190. | 18-12108 | Moore, Angela Lorine | The Nations Law Firm | PPF and authorizations are unsigned; PPF lacks substantive responses. |
| 191. | 18-12111 | Newkirk, Phyllis Loraine | The Nations Law Firm | Missing signed PPF and authorizations |
| 192. | 18-12442 | Horton, Lynn | Frank J. D'Amico Jr. APLC The Greer Law Firm | Missing PPF and authorizations |
| 193. | 18-12449 | Claxton, Anthony | Frank J. D'Amico Jr. APLC The Greer Law Firm | Missing PPF and authorizations |
| 194. | 18-12486 | Bryant, Tony Lamar | The Nations Law Firm | Missing signed PPF |
| 195. | 18-12541 | Mercer, Dolores Marie | The Downs Law Group | Missing signed authorization for release of medical records |
| 196. | 18-14164 | Milton, Terry Van | The Nations Law Firm | Missing signed authorization |

## II.   Category II Plaintiffs – Plaintiffs with Missing or Deficient Initial Disclosures Subject to an Order Requiring Full and Complete Disclosures

Pursuant to Section 2(D) of CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have failed to provide full and complete disclosures after having been ordered to do so.  The only plaintiffs who were ordered to provide full and complete disclosures before March 25, 2019 (the deadline for the BP Parties to serve a draft of this report by email on counsel for all plaintiffs whose cases are listed herein) are certain plaintiffs who filed motions for an extension of time to submit initial disclosures on January 24, 2019.  On February 13, 2019,

the Court entered Orders granting the motion for an extension for eleven of these plaintiffs, and further ordering these eleven plaintiffs to provide full and complete disclosures no later than March 14, 2019.[3]  The plaintiffs listed below have *not* provided full and complete disclosures by March 14, 2019.

| Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|
| 18-09200 | Hernandez, Jose | The Downs Law Group | PPF and authorizations lack proper signatures |
| 18-09232 | Mackey, Channing | The Downs Law Group | No Production |
| 18-09291 | Zuniga, Raul Mancillas | The Downs Law Group | No Production |
| 18-09318 | Rivera, Zaida Ivette | The Downs Law Group | No Production |
| 18-09449 | Castillo, Jesus Humberto | The Downs Law Group | No Production |
| 18-09450 | Jackson Sr., Ramon Volare | The Downs Law Group | No Production |
| 18-09451 | Giles, Martha Elaine | The Downs Law Group | No Production |

---

[3]     In addition, the Court entered an Order granting the motion for an extension in the Isabel Caballero BELO case (18-9484) on February 25, 2019, ordering her to provide full and complete disclosures no later than March 27, 2019.

April 1, 2019                                    Respectfully submitted,

     */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

     */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

     */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & T.
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

     */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of April 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ Don K. Haycraft*
Don K. Haycraft