UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** <br> **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO AND 18-09200, 18-09232, 18-09291, 18-09318, 18-09449, 18-09450, 18-09451** | * * | **JUDGE BARBIER** <br> **MAG. JUDGE WILKINSON** |

## ORDER

In accordance with the BELO Cases Initial Proceedings Case Management Order No. 2 ¶ 2(D) ("BELO CMO No. 2," Rec. Doc. 25486), BP filed a status report on April 1, 2019 that identified seven BELO cases where the plaintiff failed to provide full and complete disclosures by the <u>extended</u> deadline of March 14, 2019, after being ordered to do so by the Magistrate Judge. (Rec. Doc. 25560 at 24).

In accordance with BELO CMO No. 2 ¶ (4),

**IT IS ORDERED** that the plaintiffs identified below and their counsel shall appear before the undersigned on **Tuesday, April 9, 2019 at 9:00 a.m.** and **SHOW CAUSE** why his or her case should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v):

| Docket No. | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|
| 18-09200 | Hernandez, Jose | The Downs Law Group | PPF and authorizations lack proper signatures |
| 18-09232 | Mackey, Channing | The Downs Law Group | No Production |
| 18-09291 | Zuniga, Raul Mancillas | The Downs Law Group | No Production |
| 18-09318 | Rivera, Zaida Ivette | The Downs Law Group | No Production |
| 18-09449 | Castillo, Jesus Humberto | The Downs Law Group | No Production |

| 18-09450 | Jackson Sr., Ramon Volare | The Downs Law Group | No Production |
|---|---|---|---|
| 18-09451 | Giles, Martha Elaine | The Downs Law Group | No Production |

New Orleans, Louisiana, this 2nd day of April, 2019.

_____
United States District Court

**Note to Clerk: Enter in 10-md-2179 and the individual dockets listed in the table above.**