UNITED STATES DISTRICT COUT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010 | * * * * * * * | MDL No. 2179 |
| | | SECTION J |
| | | Honorable Carl J. Barbier |
| The document relates to: Case No. 2:13-cv-02026 | | Magistrate Judge Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO FILE UNDER SEAL MEMORANDUM IN SUPPORT OF
MOTION FOR AWARD OF ATTORNEYS' FEES AND ACCOMPANYING EXHIBITS**

Pursuant to E.D. La. Local Rule 5.6, Plaintiff/Defendant in Intervention Talen's Marine & Fuel, LLC ("Movant" or "Talen's") files this Motion to File Under Seal its Memorandum in Support of Motion for Award of Attorneys' Fees and the accompanying Exhibits 1 through 10, and respectfully requests its Memorandum and Exhibits remained sealed indefinitely.  In support, Movant files its accompanying non-confidential memorandum.  A proposed order has been sent directly to the clerk along with Memorandum and Exhibits which are the subject of this Motion.

Dated: April 3, 2019.

                                          Respectfully submitted:

                                        By:  /s/ A. Craig Eiland
                                        The Law Offices of A. Craig Eiland, PC
                                        A. Craig Eiland
                                        2200 Market Street, Suite 501
                                        Galveston, TX  77550
                                        Telephone: 409-763-3260
                                        Facsimile: 409-763-8154
                                        Email: ceiland@eilandlaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd  day of April, 2019.

           ___/s/ A. Craig Eiland_____
           A. Craig Eiland