UNITED STATES DISTRICT COUT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater** | * | **MDL No. 2179** |
| **Horizon in the Gulf of Mexico on April 20, 2010** | * | |
| | * | **SECTION J** |
| | * | |
| | * | **Honorable Carl J. Barbier** |
| | * | |
| **The document relates to:** | * | **Magistrate Judge Wilkinson, Jr.** |
| **Case No. 2:13-cv-02026** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NON-CONFIDENTIAL MEMORANDUM IN SUPPPORT OF MOTION
TO FILE UNDER SEAL MEMORANDUM IN SUPPORT OF MOTION
<u>FOR AWARD OF ATTORNEYS' FEES AND ACCOMPANYING EXHIBITS</u>**

Pursuant to E.D. La. Local Rule 5.6(B), Plaintiff/Defendant in Intervention Talen's Marine & Fuel, LLC ("Movant" or "Talen's") files this Non-Confidential Memorandum In Support of its Motion to File Under Seal its Memorandum In Support of Motion for Award of Attorneys' Fees and the accompanying Exhibits 1 through 10.  In support, Movant states as follows:

The documents requested to be sealed include a Memorandum In Support of a Motion For Award of Attorneys' Fees and the accompany Exhibits 1 through 10.  The attorney fee and associated fee dispute result from a "BP claim" that was settled through the highly confidential Neutrals process.  It would violate this Court's Confidentiality Order of August 19, 2019 (Doc. 21518 \*SEALED\*) to file the Memorandum and Exhibits into the public record because they disclose the fact and substance of highly confidential settlement matters.  Movant seeks to have this matter maintained under seal indefinitely.

In the alternative, Movant asks for the Court's permission to file a redacted version of the Memorandum at issue, and to file under seal Exhibits 7 and 8.

2

Dated: April 3, 2019.

                            Respectfully submitted:

                            By:  _/s/_ A. Craig Eiland_____
The Law Offices of A. Craig Eiland, PC
A. Craig Eiland
2200 Market Street, Suite 501
Galveston, TX  77550
Telephone: 409-763-3260
Facsimile: 409-763-8154
Email: ceiland@eilandlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Non-Confidential Memorandum has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of April, 2019.

        /s/ A. Craig Eiland
        A. Craig Eiland