UNITED STATES DISTRICT COUT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010 | * * * * * * | MDL No. 2179 |
| | | SECTION J |
| | | Honorable Carl J. Barbier |
| The document relates to: Case No. 2:13-cv-02026 | * * | Magistrate Judge Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion For Award of Attorneys' Fees is hereby set for submission before District Judge Carl J. Barbier on April 24, 2019 at 9:30 a.m.  Movant hereby requests an oral hearing.

Respectfully submitted:

By:  _/s/_ A. Craig Eiland_____
The Law Offices of A. Craig Eiland, PC
2200 Market Street, Suite 501
Galveston, TX  77550
Telephone: 409-763-3260
Facsimile: 409-763-8154
Email: ceiland@eilandlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of April, 2019.

                                                /s/ A. Craig Eiland
                                                A. Craig Eiland