## UNITED STATES DISTRICT COUT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater | * | **MDL No. 2179** |
| Horizon in the Gulf of Mexico on April 20, 2010 | * | |
| | * | **SECTION J** |
| | * | |
| | * | **Honorable Carl J. Barbier** |
| | * | |
| **The document relates to:** | * | **Magistrate Judge Wilkinson, Jr.** |
| **Case No. 2:13-cv-02026** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR AWARD OF ATTORNEYS' FEES

Plaintiff/Defendant in Intervention Talen's Marine & Fuel, LLC ("Movant" or "Talen's") hereby moves this Court for an award of attorneys' fees.  Specifically, Movant  asks the Court to (1) find that Andry Lerner was discharged for cause; (2) find that the contingency fee that applies is twenty percent; (3) order that fee allocation under the *Saucier* factors is a minimum sixty percent to Eiland and a maximum forty percent to Andry Lerner; (4) order that, under *O'Rourke*, the fee allocated to Andry Lerner is reduced by fifty to one-hundred percent; and (5) order that zero to fifteen percent of the fee is awarded to Andry Lerner and eighty-five to one-hundred percent of the fee is awarded to Eiland.

Dated: April 4, 2019.

Respectfully submitted:

By:  _/s/_ A. Craig Eiland_____
The Law Offices of A. Craig Eiland, PC
2200 Market Street, Suite 501
Galveston, TX  77550
Telephone: 409-763-3260
Facsimile: 409-763-8154
Email: ceiland@eilandlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of April, 2019.

_____/s/ A. Craig Eiland_____
A. Craig Eiland