Exhibits 1 – 10 and unredacted Memorandum In Support of Motion For Award of Attorneys' Fees to be filed under seal.