**UNITED STATES DISTRICT COUT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater | * | **MDL No. 2179** |
| Horizon in the Gulf of Mexico on April 20, 2010 | * | |
| | * | **SECTION J** |
| | * | |
| | * | **Honorable Carl J. Barbier** |
| | * | |
| The document relates to: | * | **Magistrate Judge Wilkinson, Jr.** |
| Case No. 2:13-cv-02026 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL**
**UNREDACTED MEMORANDUM IN SUPPORT OF MOTION FOR**
**AWARD OF ATTORNEYS' FEES AND ACCOMPANYING EXHIBITS**

Pursuant to E.D. La. Local Rule 5.6, Plaintiff/Defendant in Intervention Talen's Marine & Fuel, LLC ("Movant" or "Talen's") files this Ex Parte Motion For Leave to File Under Seal its Unredacted Memorandum In Support of Motion for Award of Attorneys' Fees and the accompanying Exhibits 1 through 10, and respectfully requests its Unredacted Memorandum and Exhibits remained sealed indefinitely.  In support of this Motion, Movant files its accompanying non-confidential memorandum.

Dated: April 4, 2019.

Respectfully submitted:

By: _/s/_A. Craig Eiland_____
The Law Offices of A. Craig Eiland, PC
A. Craig Eiland
2200 Market Street, Suite 501
Galveston, TX  77550
Telephone: 409-763-3260
Facsimile: 409-763-8154
Email: ceiland@eilandlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of April, 2019.

_____/s/ A. Craig Eiland_____
A. Craig Eiland