UNITED STATES DISTRICT COUT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater** | * | **MDL No. 2179** |
| **Horizon in the Gulf of Mexico on April 20, 2010** | * | |
| | * | **SECTION J** |
| | * | |
| | * | **Honorable Carl J. Barbier** |
| | * | |
| **The document relates to:** | * | **Magistrate Judge Wilkinson, Jr.** |
| **Case No. 2:13-cv-02026** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED ORDER TO FILE UNDER SEAL UNREDACTED
MEMORANDUM IN SUPPORT OF MOTION FOR AWARD
OF ATTORNEYS' FEES AND ACCOMPANYING EXHIBITS**

Considering Plaintiff/Defendant in Intervention Talen's Marine & Fuel, LLC's ("Movant" or "Talen's") Ex Parte Motion For Leave to File Under Seal its Unredacted Memorandum In Support of Motion for Award of Attorneys' Fees and the accompanying Exhibits 1 through 10, IT IS ORDERED that the Motion is GRANTED.

The documents to be sealed include Movant's Unredacted Memorandum In Support of Motion For Award of Attorneys' Fees and the accompany Exhibits 1 through 10. The Court FINDS the that it would violate this Court's Confidentiality Order of August 19, 2016 (Doc. 21518 \*SEALED\*) to file the Unredacted Memorandum and Exhibits into the public record because they disclose the fact and substance of highly confidential settlement matters. The Court furthers ORDERS that this matter be maintained under seal indefinitely.

New Orleans, Louisiana, the _____ day of _____, 2019.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE