UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL No. 2179 SECTION J |
| **This Document relates to: No. 18-11118** | JUDGE BARBIER MAG. JUDGE WILKINSON |

## NOTICE OF APPEAL

Notice is hereby given that Claimant ID 100282515 (Turbo Pump Services, Inc.), a plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order entered in this action on the 1st day of February, 2019 dismissing Turbo Pump Services, Inc.'s complaint with prejudice (Rec. Doc. 25363, attached hereto as Exhibit A) and an order entered in this action on the 12th day of March, 2019 denying Turbo Pump Services, Inc.'s Motion to Vacate and/or Amend Order (Rec. Doc. 25488, attached hereto as Exhibit B).

/s/WILLIAM G. CHASON
WILLIAM G. CHASON
State Bar No.: ASB-5462-I51C
wchason@mcdowellknight.com
MORGAN S. HOFFERBER
State Bar No.: ASB-1334-S42X
mhofferber@mcdowellknight.com

*Counsel for Turbo Pump Services, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing notice has been served on All Counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of April, 2019.

                    */s/WILLIAM G. CHASON*