


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J(2) |
| *No. 18-11118* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Turbo Pump Services, Inc.'s ("Turbo Pump") Motion to Vacate and/or Amend Order (Rec. Doc. 25395), which requests that the Court vacate and/or amend its Order of February 1, 2019 (Rec. Doc. 25363) dismissing Turbo Pump's complaint with prejudice for failing to comply with the "Moratoria Hold Order" of October 3, 2018 (Rec. Doc. 24945).

IT IS ORDERED that the Turbo Pump's Motion (Rec. Doc. 24945) is DENIED.

New Orleans, Louisiana, this 12th day of March, 2019.

_____
United States District Court