UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Applies to:<br><br>No. 17-3205 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**PROPOSED ORDER**

    This matter coming before the Court on certain Plaintiffs' Motion for Reconsideration to Set Aside Dismissal ("PTO 66," Rec. Doc. 24282), the motion is hereby GRANTED. Plaintiff is granted _____ days to serve his Particularized Statement of Claim.

Date:

_____