UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO: 2179** |
| | **SECTION: J(2)** |
| **This Document Relates to: 16-cv-06391** | **JUDGE BARBIER** |
| | **MAG. JUDGE WILKINSON** |

### FIRST MOTION REQUESTING EXTENSION OF TIME TO FILE RESPONSE TO PRETRIAL ORDER NO. 67 [CASE MANAGEMENT ORDER NO. 7, REGARDING REMAINING B1 CLAIMS]

Now comes the undersigned counsel on behalf of J Peaceful LC, and under Local Rule 7.8 and Rule 6(b) of the Fed. R. Civ. P. files the following **First Motion for Extension of Time to File Response to Pretrial Order No. 67**, and in support states:

1. Pursuant to Pretrial Order No. 67 (Doc. 25370), issued on February 5, 2019, Remaining B1 Claims are required to comply with producing categories of non privileged documents and information listed on Attachment A of said order by no later than April 15, 2019.

2. That this deadline falls squarely with the deadline for Plaintiff to comply with audit and tax deadlines and some of the responses will require input and assistance of Plaintiff's accountants which will need additional time to fully comply with the Court's Order.

3. Due to the complexities of this case and the considerable amount of documentation needed to prepare our response to the Court Order an extension in this case is warranted.

4. Plaintiff believes that an extension of twenty one (21) days, until May 6, 2019, would be sufficient in order to file the requested disclosures.

5. This Motion to Extend Time is brought timely pursuant to Local Rule 7.8 and Rule 6(b) of the Fed. R. Civ. P.

6. This is the first time that Plaintiff has requested an extension of time from this Court, for filing its response to Court's Order.

7. The request for extension of time is done in good faith and will not cause an undue burden to the parties involved in this case.

Wherefore, Plaintiff, J Peaceful LC, respectfully requests the District Court for the Eastern District of Louisiana grant an extension of twenty one (21) days in which to file the required disclosures.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon Defendant's attorneys of record, David J. Beck, Donald E. Godwin, Don K. Haycraft, Ky E. Kirby, Deborah D. Kuchler, J. Andrew Langan, Michael J. Lyle, Kerry Miller, and Phillip A. Wittman via the Court's ECF system on this the 8th day of April 2019; that the electronic submission is an exact copy of the paper document, that the required privacy redactions to the document have been made, and that the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

Respectfully submitted,

/s/ Wesley J. Farrell
Wesley J. Farrell, Esq.
*Counsel for the Plaintiff*
FARRELL & PATEL, ATTORNEYS AT LAW
4300 Biscayne Blvd. Suite 305
Miami, FL 33137
Office: 305-798-4177 / Fax: 305-396-3275
E-mail: wesfarrell@floridaattorney.com