UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to:  12-CV-968: BELO  AND  C.A. 18-13485; C.A. 18-13486; C.A. 18-13501;  C.A. 18-13795; C.A. 18-11608; C.A. 18-11622 | JUDGE BARBIER  MAG. JUDGE WILKINSON |

## ORDER

The court has been advised by R.J. Marse, counsel for defendants, that defendants' April 1, 2019 BELO CMO #2 disclosures status report contained several typographical errors, and consequently the order granting 548 BELO plaintiffs an extension of time to file disclosures, Record Doc. No. 25566 in MDL No. 10-2179, also contained these errors. The above-captioned case numbers are the correct case numbers for plaintiffs Peter Maurice Martin, Jr.; Corey Collins Mathis; Larry Ralph Norman, Jr.; Craig Leonard Authement; Andrew Jackson Smith; and Ronnie Joseph Toups, Jr., who should receive that order.

Accordingly, IT IS ORDERED that the Clerk is hereby directed to file and docket this order and MDL No. 10-2179, Record Doc. No. 25566 in each of the above-captioned cases and in MDL No. 10-2179.

New Orleans, Louisiana, this ___9th_____ day of April, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE