UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN MARK JACQUET | CIVIL ACTION |
| VERSUS | NO. 18-11709 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J" (2) |

<u>Applies to:</u>
12-CV-968: BELO

## ORDER

The court has been advised by R.J. Marse, counsel for defendants, that the above-captioned plaintiff was erroneously included in defendants' status report and consequently in the attached lists to the previous order granting 548 BELO plaintiffs an extension of time to file disclosures, Record Doc. No. 25566 in MDL No. 10-2179. Plaintiff's case has already been transferred to the Southern District of Mississippi. Record Doc. Nos. 6, 7. Accordingly, IT IS ORDERED that the previous order is hereby partially VACATED as to the above-captioned plaintiff.

New Orleans, Louisiana, this ____9th____ day of April, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE