Minute Entry
Barbier, J.
April 9, 2019
JS-10: 22 minutes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179**<br><br>**SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO AND 18-09200, 18-09232, 18-09291, 18-09318, 18-09449, 18-09450, 18-09451** | * * * | **JUDGE BARBIER**<br><br>**MAG. JUDGE WILKINSON** |

Case Manager:　　　　　　　　　　　　　　　　　　　　　　　Court Reporter:
Gail Chauvin　　　　　　　　　　　　　　　　　　　　　　　　Cathy Pepper

## HEARING ON ORDER TO SHOW CAUSE

The hearing began at 9:04 a.m.

Appearances:　　Louis Koerner, Jr. on behalf of plaintiffs
　　　　　　　　Kevin Hodges and Keith Jarrett on behalf of BP defendants

　　　　The Court previously ordered plaintiffs and their counsel in seven BELO cases (referenced above) to appear and show cause why his or her case should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). (Rec. Doc. 25561).

　　　　Plaintiffs filed a motion to enroll Louis Koerner as additional counsel in each of the seven BELO cases. The Court will grant the motions to enroll additional counsel (separate orders to issue).

Plaintiffs filed motions to voluntarily dismiss with prejudice six of the seven BELO cases: 18-09232, 18-09291, 18-09318, 18-09449, 18-09450, 18-09451. The Court will grant the motions to dismiss (separate orders to issue).

The Court reserves ruling on whether to dismiss No. 18-9200 (Jose Hernandez).

ORDERED that any supplemental response regarding Jose Hernandez (18-9200) shall be filed no later than Wednesday, April 10, 2019 at 10:00 a.m (CDT).

The hearing ended at 9:26 a.m.

**Note to Clerk: File in 10-md-2179 and the following individual BELO dockets: 18-09200, 18-09232, 18-09291, 18-09318, 18-09449, 18-09450, 18-09451.**