1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3
   ******************************************************************
4

5   IN RE: OIL SPILL BY THE
    OIL RIG *DEEPWATER HORIZON*
6   IN THE GULF OF MEXICO ON
    APRIL 20, 2010
7

8                                CIVIL ACTION NO. 10-MD-2179 "J"
                                 NEW ORLEANS, LOUISIANA
09:23:34  9                      TUESDAY, APRIL 9, 2019, 9:00 A.M.
09:23:34
09:23:34 10
09:23:34
11  THIS DOCUMENT RELATES TO
    12-CV-968, BELO AND
12  18-09200, 18-09232,
    18-09291, 18-09318,
13  18-09449, 18-09450,
    18-09451
14

15  ******************************************************************

16

17          TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
            HEARD BEFORE THE HONORABLE CARL J. BARBIER
18                 UNITED STATES DISTRICT JUDGE

19

20  APPEARANCES:

21

22  FOR THE PLAINTIFFS:   KOERNER LAW FIRM
                          BY:  LOUIS R. KOERNER, JR., ESQUIRE
23                        1204 JACKSON AVENUE
                          NEW ORLEANS LA  70130
24

25

                    ***OFFICIAL TRANSCRIPT***

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:          LISKOW & LEWIS
 9                          BY:  R. KEITH JARRETT, ESQUIRE
                            ONE SHELL SQUARE
10                          701 POYDRAS STREET
                            SUITE 5000
11                          NEW ORLEANS, LA  70139

12


13                          WILLIAMS & CONNOLLY
                            BY:  KEVIN M. HODGES, ESQUIRE
14                          725 12TH ST., N. W.
                            WASHINGTON, DC  20005

15


16
     ALSO PRESENT:          LAURA POTVAIN
17                          CRISTINE FARAH
                            ARIANNE MARTEL
18                          BENJAMIN RAGONNET

19


20   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
21                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM B-275
22                              NEW ORLEANS, LA  70130
                                (504) 589-7779
23                              Cathy_Pepper@laed.uscourts.gov

24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25   PRODUCED BY COMPUTER.
```

**OFFICIAL TRANSCRIPT**

**P-R-O-C-E-E-D-I-N-G-S**

TUESDAY, APRIL 9, 2019

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning.  Everyone be seated.
All right.  Gail, go ahead and call the case.

THE DEPUTY CLERK:  MDL 2179, In re:  Oil Spill by the
Oil Rig *Deepwater Horizon* in the Gulf of Mexico.

THE COURT:  All right.  We're here actually on, I
think, it's seven individual BELO cases.  Just for the record,
I'll read the numbers into the record right now:  18-09200,
which is Jose Hernandez; 18-09232, Channing Mackey; 18-09291,
Raul Mancillas Zuniga; 18-09318, Zaida Ivette Rivera; 18-09449,
Jesus Humberto Castillo; 18-09450, Ramon Volare Jackson, Sr.;
and the last one is 18-09451, Martha Elaine Giles.

All right.  So, counsel, if you would make your
appearances, please.

MR. KOERNER:  I am Louis R. Koerner, Jr.  I would like
to introduce to the Court, this is Laura Potvain.  She's a
graduate of the University of Nantes and an LLM graduate under
Olivia Marto.

THE COURT:  University of what?

***OFFICIAL  TRANSCRIPT***

09:04:44  1          MR. KOERNER:  Nantes in France.

09:04:46  2          THE COURT:  Okay.

09:04:48  3          MR. KOERNER:  She's finishing up with us and is going

09:04:49  4  to take the New York bar and go back to France for additional

09:04:53  5  education.

09:04:53  6          THE COURT:  Okay.  Great.

09:04:54  7          MR. KOERNER:  This is Cristine Farah.  She's a graduate

09:04:57  8  of the University of Montreal.  She is with us for six months

09:05:02  9  as part of her internship requirement -- (cell phone ringing).

09:05:07 10  I'm sorry.  Part of her internship requirement.

09:05:10 11          This is Arianne Martel.  She's a graduate of the

09:05:16 12  University of Sherbrooke and is an admitted lawyer of Quebec.

09:05:23 13          This is Benjamin Ragonnet.  He's a notary from

09:05:27 14  France.  He's going back in a bit.

09:05:28 15          This is part of my team that we hope to work on

09:05:31 16  the Downs BELO cases.

09:05:35 17          THE COURT:  All right.  Well, welcome to all of you.

09:05:37 18          Okay.

09:05:38 19          MR. HODGES:  Good morning, Your Honor.  Kevin Hodges

09:05:41 20  with Keith Jarrett, whom you know, on behalf of BP.

09:05:46 21          THE COURT:  Right.

09:05:46 22          MR. JARRETT:  Good morning, Your Honor.

09:05:47 23          THE COURT:  All right.  Well, I know we're here because

09:05:54 24  of an order to show cause that the Court issued on April 3,

09:06:03 25  2019, which was done in response to the status report filed by

**OFFICIAL TRANSCRIPT**

09:06:11 1   BP, and which showed that as to these seven claimants, six of

09:06:19 2   them, being the last six that I called out, have never made any

09:06:26 3   production pursuant to the BELO Case Management Order, and one

09:06:34 4   of them, Mr. Hernandez, apparently, on his behalf there was

09:06:41 5   something filed, but it was deficient and lacked proper

09:06:48 6   signatures, apparently.

09:06:49 7           So, Mr. Koerner.

09:06:53 8       MR. KOERNER:  Okay.

09:06:56 9       THE COURT:  Let me ask you this first:  I have not

09:06:58 10  actually signed your order, your motion to enroll.  You filed

09:07:05 11  that last night, I believe?

09:07:06 12      MR. KOERNER:  The people -- the Downs people did.  They

09:07:09 13  had to file it last night.  I would have filed it before, but I

09:07:14 14  can't file to make myself counsel of record.  They have to do

09:07:17 15  that.

09:07:18 16      THE COURT:  I guess what I meant it was filed last

09:07:21 17  night, so I just saw it this morning.

09:07:23 18      MR. KOERNER:  Well, I apologize for the last minute.

09:07:26 19  As you know, I've been in your court plenty times, and I do not

09:07:29 20  do last-minute stuff.

09:07:30 21      THE COURT:  Here is my question to you:  I'm trying

09:07:38 22  understand how familiar you are with this case, because one of

09:07:41 23  the reasons of being here --

09:07:42 24      MR. KOERNER:  (Speaking simultaneously) I'm not

09:07:42 25  familiar with this case, I'm familiar with all the BELO cases.

*OFFICIAL TRANSCRIPT*

09:07:46 1  I've been retained -- as you know, I've been retained by them

09:07:49 2  on individual issues.

09:07:50 3          THE COURT:  No, I really don't know that.  The first

09:07:53 4  time -- we've got hundreds of lawyers in this case.

09:07:57 5          MR. KOERNER:  (Cell phone ringing) Oh, my God.

09:08:08 6          THE COURT:  How about turning it off.

09:08:09 7          MR. KOERNER:  That's what I'm going to do.  Here we go.

09:08:16 8          THE COURT:  So, I don't know anything about your

09:08:18 9  involvement in the case, Mr. Koerner, so you have to tell me.

09:08:20 10  I'm trying to understand if you were called yesterday and

09:08:24 11  enrolled and know nothing about this case or do you know

09:08:28 12  something about the case and --

09:08:29 13          MR. KOERNER:  I know something about the case.  I know

09:08:30 14  what the problems are that they've had is on six of the cases

09:08:35 15  they simply can't get in touch with the people.  They've

09:08:38 16  advertised.  They've done Westlaw searches.  They've done

09:08:41 17  everything they possibly can to find them, so they are going to

09:08:44 18  dismiss them.

09:08:45 19          We have -- in other cases we've had, like before

09:08:48 20  Judge Africk, Keith and I, we worked out a protocol to dismiss

09:08:54 21  these cases but to reserve their rights in the event that they

09:08:58 22  had other conditions that developed later, so everybody is

09:09:03 23  happy with that, and we'll be done with those guys.

09:09:06 24          With regard to Hernandez, I looked -- I looked at

09:09:10 25  the signature.  It's a printed -- it's a printed signature, and

*OFFICIAL TRANSCRIPT*

09:09:17  1    I think that --

09:09:17  2         THE COURT:  What do you mean by *a printed signature*?

09:09:21  3         MR. KOERNER:  Okay.  We all know --

09:09:22  4         THE COURT:  Is it a signature or is it one of these

09:09:25  5    just s/ or what is it?

09:09:27  6         MR. KOERNER:  No, it's not a cursive signature.  It's a

09:09:30  7    signature where --

09:09:32  8         THE COURT:  It sounds like it's not a signature then.

09:09:34  9         MR. KOERNER:  Well, I don't know whether it's a

09:09:36 10    signature or not, but I think -- I think -- they're concerned

09:09:40 11    that it's not a proper signature, and I think that is a valid

09:09:44 12    concern.

09:09:45 13         I think that my guys have got to come up with a

09:09:47 14    passport or something that demonstrates that this is the man's

09:09:52 15    signature.

09:09:53 16         THE COURT:  Why can't they get his actual signature on

09:09:57 17    the document and --

09:09:59 18         MR. KOERNER:  This guy is Hispanic.  You don't know

09:10:02 19    whether his signature is actually a print or cursive, so I

09:10:09 20    can't really tell you that, but I can find out today.

09:10:12 21         THE COURT:  You can find out today.  Well, this was

09:10:17 22    actually due --

09:10:17 23         MR. KOERNER:  (Speaking simultaneously) Okay.  I didn't

09:10:18 24    understand --

09:10:18 25         THE COURT:  Wait a minute.  Wait a minute.  Wait a

*OFFICIAL TRANSCRIPT*

09:10:19 1    minute.  I'm not asking you necessarily what you understood,
09:10:22 2    but the Downs Law Firm, somebody at the Downs Law Firm and
09:10:26 3    Mr. Hernandez should have understood his initial deadline under
09:10:32 4    the Case Management Order Number 1 to make his disclosures
09:10:38 5    properly with signatures and so forth was January 2nd of 2019;
09:10:43 6    so, we're, like, three and a half months, basically, beyond
09:10:47 7    that, and now you're telling me you can find out today whether
09:10:51 8    this is his signature or not?
09:10:52 9         MR. KOERNER:  Okay.  I have little defense for them.
09:10:55 10   They've gone from four lawyers to eight, and they now have 28
09:10:59 11   additional staff people to work on it.  They have 750 cases
09:11:03 12   across five states and 13 jurisdictions.  They are simply
09:11:08 13   overwhelmed.
09:11:09 14        THE COURT:  Well, then maybe they should either hire
09:11:12 15   more lawyers or take fewer cases.  It's not a good excuse.
09:11:16 16        MR. KOERNER:  I agree with you.  I agree with you.
09:11:18 17        THE COURT:  There are a lot of lawyers looking for jobs
09:11:20 18   out there; so, I'm sure they would have no trouble finding
09:11:23 19   some.
09:11:23 20        MR. KOERNER:  Well, I agree with you.  But on this
09:11:25 21   particular situation, until -- until Keith showed me what the
09:11:28 22   problem was, I didn't understand it, but I understand what his
09:11:32 23   issue is and we will fix it today.
09:11:36 24             Now that I'm involved in this case, my name is on
09:11:40 25   the line, and I will see to it that I do not come back before

*OFFICIAL TRANSCRIPT*

09:11:45  1    you in this matter.

09:11:47  2         THE COURT:  Well, one of the reasons I wanted to know

09:11:51  3    about your familiarity with all of these cases and with the

09:11:56  4    case as a whole -- when I say *the case as a whole*, I mean the

09:11:59  5    medical settlement, the BELO settlement.

09:12:02  6         MR. KOERNER:  I'm pretty familiar with it.  I did -- I

09:12:05  7    did the motion that reinstated the *Odoms* case to you.  I have

09:12:10  8    done -- I participated in the material concerning the

09:12:16  9    destruction of evidence, and in the Southern District of

09:12:21 10    Alabama, I've done discovery, and I've also tried to do a

09:12:24 11    motion to consolidate.

09:12:25 12              So, I've been involved in this since September,

09:12:28 13    but not -- but I'm not -- I'm not hired as local counsel or

09:12:33 14    co-counsel except in one case at a time.  I've suggested that I

09:12:38 15    should be, but it hadn't happened yet.

09:12:40 16         THE COURT:  Well, because right behind this we have

09:12:57 17    another batch, a much larger batch.  I think it's 458 cases --

09:13:03 18         MR. HODGES:  That sounds right, Your Honor.

09:13:04 19         THE COURT:  -- that are listed.  The next group, I'm

09:13:09 20    not sure, are those all the Downs Law Firm, Mr. Hodges?

09:13:12 21         MR. HODGES:  No, they are not.  They are a mixture.  I

09:13:17 22    would say mostly the Nations Law Firm.

09:13:17 23         THE COURT:  The Nations Law Firm.  Okay.

09:13:19 24         MR. KOERNER:  Just a guess, how many Downs?

09:13:21 25         MR. HODGES:  I'm afraid I don't know.

**OFFICIAL TRANSCRIPT**

09:13:22  1          MR. KOERNER:  Less than a hundred?

09:13:23  2          MR. HODGES:  Less than a hundred.

09:13:24  3          MR. KOERNER:  Okay.

09:13:26  4          THE COURT:  Well, the point here is that what we are

09:13:29  5   seeing in this case, what Judge Wilkinson reports to me and

09:13:34  6   it's becoming obvious is that there is a huge problem with

09:13:38  7   plaintiffs generally.  Almost all these cases apparently are

09:13:43  8   filed by either the Downs Law Firm or the Nations Law Firm.

09:13:50  9          There is a huge problem with people not complying

09:13:53 10   with the disclosure requirements, despite the fact that they

09:14:00 11   were originally given 90 days, and then they were given -- the

09:14:04 12   way the protocol works, Judge Wilkinson is giving extensions

09:14:08 13   before it all gets to me, and then I issue an order to show

09:14:11 14   cause, and then, you know, you show up today --

09:14:14 15          MR. KOERNER:  It's just a waste of your time.

09:14:16 16          THE COURT:  -- you show up today and want to try to

09:14:18 17   comply today, which is something that should have been complied

09:14:23 18   with in early January.

09:14:24 19          MR. KOERNER:  Okay.  It may well be that it is the

09:14:27 20   man's signature, but I can't say that, and I can find out.

09:14:31 21          THE COURT:  I've not seen this.  Is this handwritten or

09:14:36 22   is it electronic?

09:14:37 23          MR. KOERNER:  It's handwritten.

09:14:37 24          MR. HODGES:  I have copies that I can hand up.

09:14:40 25          THE COURT:  Why don't you hand me that.  Let me see

                            *OFFICIAL TRANSCRIPT*

09:14:42  1   what it looks like.

09:14:43  2         MR. KOERNER:  I'm not convinced.  I think they have a

09:14:46  3   legitimate issue, and I think it needs to be fixed.

09:14:50  4         THE COURT:  Well, since this was brought to your

09:14:52  5   attention back --

09:14:53  6         MR. KOERNER:  No, it was brought to my attention today.

09:14:55  7         THE COURT:  No, no, no.  When I say *your attention*, I

09:14:56  8   mean the plaintiffs and the Downs Law Firm's attention as of

09:14:59  9   when?  Back some time ago, right, that there was a problem with

09:15:04 10   this signature?

09:15:09 11         MR. HODGES:  Your Honor, there are two versions.  The

09:15:11 12   original version that we received is on top, and the amended

09:15:17 13   version is on the bottom.  I think the amended version shows

09:15:20 14   you more clearly that this is just an image of a signature, not

09:15:23 15   an actual signature.

09:15:27 16         MR. KOERNER:  That doesn't sound right to me because

09:15:29 17   they may not be on time and they may not be totally competent,

09:15:34 18   but I have no experience that they've ever done anything that's

09:15:37 19   shady.

09:15:37 20         THE COURT:  I don't think anybody used the word *shady*

09:15:43 21   except you.  I'm just trying to figure if it's the man's actual

09:15:48 22   signature or if somebody wrote his name for him or whether

09:15:55 23   there is some other explanation.

09:15:56 24         MR. KOERNER:  The defendants are entitled to an

09:15:59 25   explanation, and they are entitled to a signature that binds

*OFFICIAL TRANSCRIPT*

09:16:02 1 | him that can be used to impeach him in his deposition.  There
09:16:06 2 | is no question about that.
09:16:11 3 |      THE COURT:  So, it's definitely kind of a printed name.
09:16:14 4 | It's not a --
09:16:16 5 |      MR. KOERNER:  Exactly.  It's printed, not cursive.
09:16:19 6 |      THE COURT:  I guess somebody could write their name
09:16:20 7 | like that.
09:16:21 8 |      MR. KOERNER:  That's certainly possible.  We are going
09:16:24 9 | to find out.  I will find out today and get it back to them
09:16:27 10 | today.  If I had understood it, I would have done it yesterday.
09:16:33 11 |      THE COURT:  Wait, wait, wait.  Stop talking for a
09:16:36 12 | second, please.  I'm trying to look at these.
09:16:46 13 |      It almost looks like somebody copied and pasted
09:16:51 14 | the same signature over and over again.  That's the point, I
09:16:54 15 | think.  To be that consistent, it looks like -- I'm not an
09:16:57 16 | expert, certainly, in signatures, but that's what it looks like
09:17:00 17 | to me.
09:17:00 18 |      Is that the point, Mr. Hodges?
09:17:02 19 |      MR. HODGES:  That's what we think happened, and we
09:17:04 20 | don't know when the signature was obtained, because we know
09:17:06 21 | that this particular plaintiff filed --
09:17:06 22 |      THE COURT:  Right.
09:17:09 23 |      MR. HODGES:  -- a claims administrator, and the
09:17:10 24 | deadline for that was February of 2015; so, this could be an
09:17:14 25 | old signature sitting on file.

*OFFICIAL TRANSCRIPT*

09:17:16  1          THE COURT:  Yes.  I've actually seen a couple of

09:17:20  2     instances of that in this case in general.

09:17:23  3          MR. HODGES:  That's right, Your Honor.  The problem we

09:17:24  4     have, this is a larger issue than just this one plaintiff, but

09:17:28  5     we've seen instances where it's very clear to us that the

09:17:32  6     plaintiff himself has not reviewed the plaintiff profile form.

09:17:35  7              So, we get profile forms from some of the firms

09:17:38  8     where information like, "What is your spouse's name?" and,

09:17:41  9     "Where were you born?" is left blank, or it says, "Will be

09:17:45 10     supplemented."

09:17:45 11              So, when we see signatures like this, it leads us

09:17:49 12     to believe that plaintiffs are not personally involved in

09:17:51 13     providing this information.  Some of the firms have signatures

09:17:53 14     on file, and they just paste it onto the form, but we're not

09:17:57 15     getting the information that we should get at this stage, and

09:18:00 16     it's not doing anything to make the case more efficient.

09:18:02 17          MR. KOERNER:  I don't disagree with anything he said.

09:18:05 18     All I can do is I've asked Keith to talk to Craig and let me

09:18:11 19     get involved so that I can -- I'm a nag.  I've nagged these

09:18:14 20     people all the time to do it right.

09:18:16 21          THE COURT:  What I don't understand is why this hasn't

09:18:20 22     been resolved, just focusing on this one case now, why this

09:18:25 23     hasn't been resolved long before this morning, when it was

09:18:28 24     pointed out to the Downs Law Firm that there was a problem, at

09:18:32 25     least BP thought there was a problem with this signature?  It

*OFFICIAL TRANSCRIPT*

09:18:35  1    seems like it could have easily been resolved one way or the

09:18:39  2    other long before this morning.

09:18:41  3         MR. KOERNER:  I will resolve it today or I'll give an

09:18:45  4    explanation of why it's not.

09:18:46  5         THE COURT:  With respect to the --

09:18:47  6         MR. KOERNER:  I didn't understand -- Okay.  I didn't

09:18:51  7    understand what exactly the issue was, and I hadn't seen this.

09:18:55  8    I understand it now, and I fully agree that it raises serious

09:18:59  9    questions that have to be resolved.

09:19:00 10         THE COURT:  Going back to the other six, the plaintiff

09:19:05 11    has filed a motion for voluntary dismissal with prejudice.  I'm

09:19:09 12    assuming that BP has no objection to that?

09:19:12 13         MR. HODGES:  We do not, Your Honor.

09:19:13 14         THE COURT:  Okay.  I'm going to grant that motion.

09:19:27 15    Well, actually, they are filed in individual cases, so there is

09:19:31 16    one in each of the individual six cases so I'll grant those.

09:19:42 17         MR. KOERNER:  All I can say is I'll do my best to see

09:19:45 18    that we're not back here.

09:19:55 19         THE COURT:  How do you plan to resolve this today?

09:20:02 20    What do you plan to do that you couldn't do or the Downs Law

09:20:05 21    Firm couldn't do in three months?

09:20:07 22         MR. KOERNER:  I'm going to call the people and say, you

09:20:09 23    know, "You're near occasion of disaster, do something.  What

09:20:15 24    are you going to do?  They raised legitimate issues.  I don't

09:20:19 25    like it, and the Judge doesn't like it.  What are you going to

*OFFICIAL TRANSCRIPT*

09:20:22  1    do?"

09:20:23  2           THE COURT:  Well, I'll give you till five o'clock this

09:20:29  3    afternoon to file any further response that you care to make to

09:20:33  4    the order to show cause, okay?

09:20:34  5           MR. KOERNER:  Can you give me until tomorrow?

09:20:37  6           THE COURT:  You just told me you could resolve it

09:20:39  7    today; now you're asking for tomorrow.

09:20:39  8           MR. KOERNER:  I'm going to try.  We live in the real

09:20:42  9    world.  I'm going to do the best I can.  I'm back here at noon

09:20:47 10    for a CLE.  There is only so many hours in a day.  Can I have

09:20:51 11    until tomorrow, please?

09:20:54 12           THE COURT:  I'll give you until 10:00 a.m. tomorrow to

09:20:58 13    file any further response in 18-09200, which is the

09:21:05 14    Jose Hernandez case, and after I receive that, I'll consider it

09:21:10 15    and then rule on the motion to show cause, okay?

09:21:14 16           MR. KOERNER:  Fair enough.

09:21:15 17           THE COURT:  Okay.  Mr. Hodges.

09:21:17 18           MR. HODGES:  Your Honor, thank you, and we agree with

09:21:23 19    that relief.  We do think that this is a docket-wide issue.

09:21:28 20           THE COURT:  That's mainly why I set this for hearing

09:21:31 21    this morning, and I frankly had expected somebody directly --

09:21:38 22    obviously they have a right to associate Mr. Koerner if they

09:21:42 23    want to, but I really intended for someone from the Downs Law

09:21:46 24    Firm to be here because this is a larger issue, as Mr. Hodges

09:21:51 25    says.

                              ***OFFICIAL  TRANSCRIPT***

09:21:52  1          MR. KOERNER:  Okay.

09:21:54  2          THE COURT:  So, this is just an example, in other

09:21:58  3   words, of a larger problem.

09:22:00  4          MR. KOERNER:  I'm going to ask that this be transcribed

09:22:05  5   so that they have in black and white what your thoughts are.

09:22:09  6          THE COURT:  Talk to this lady here when it's over.

09:22:13  7          MR. KOERNER:  Exactly.  I'm also going to ask for

09:22:16  8   permission to able to talk to the lawyers on the other side and

09:22:20  9   get more involved so that I can, you know, get onto people to

09:22:26 10   get things done.  They wait until the last minute and it's very

09:22:31 11   difficult.

09:22:31 12          THE COURT:  The problem is these law firms, you know,

09:22:35 13   the Downs Law Firm -- and they are not the only one; the

09:22:38 14   Nations Law Firm, I think, has done the same thing -- they come

09:22:41 15   with hundreds or thousands of claimants, and for whatever

09:22:45 16   reason, when push comes to shove, they either can't contact

09:22:50 17   their clients or they can't produce evidence, and everybody is

09:22:54 18   wasting a lot of time and money trying to work through all

09:22:57 19   this, and what we're seeing is cases are being dismissed, but

09:23:02 20   they are being dismissed after everybody goes through a lot of

09:23:07 21   effort.

09:23:07 22          MR. KOERNER:  The other thing is that at the end of the

09:23:10 23   day it's the injured people that we have to watch out for, and

09:23:14 24   we have to do everything we possibly can to protect these

09:23:17 25   people's rights within the scope of the fact that this is a

09:23:22  1   federal court, and it requires compliance with the rules.

09:23:28  2        THE COURT:  All right.  Mr. Hodges, would you care to

09:23:31  3   say anything else, either about this or the larger issue or

09:23:33  4   whatever?

09:23:34  5        MR. HODGES:  The only thing I would add, Your Honor, I

09:23:37  6   think it's clear that the case management orders require that

09:23:41  7   the plaintiffs personally review these documents and give a

09:23:47  8   real wet-ink signature to them to show that they reviewed them.

09:23:51  9             It's important, not just for the plaintiff

09:23:54 10   profile form, but also for the releases that we need to bring

09:23:57 11   to the Social Security Administration and to medical

09:24:00 12   provider's, hospitals and the like.  Anything the Court can do

09:24:03 13   to reinforce that requirement, I think, would be helpful as a

09:24:09 14   larger docket matter.

09:24:09 15        THE COURT:  Okay.  Well, Mr. Koerner, you can pass that

09:24:11 16   message on, too, to the Downs Law Firm folks --

09:24:15 17        MR. KOERNER:  I agree.

09:24:15 18        THE COURT:  -- that, I can tell you, going forward,

09:24:19 19   when we start getting dozens or hundreds of these cases coming

09:24:24 20   before me on rules to show cause, I'm probably not going to sit

09:24:30 21   in court and try to go through these one by one.  You're going

09:24:34 22   to have to make a showing in writing that there has been

09:24:38 23   compliance or there is not or these cases are going to be

09:24:41 24   dismissed, okay?

09:24:42 25        MR. KOERNER:  I fully understand.  I certainly agree.

*OFFICIAL TRANSCRIPT*

09:24:48  1    What happened is is that the Downs Law Firm was a very small

09:24:53  2    law firm, and they got all the cases, and they didn't know what

09:24:57  3    to do.  So, now they are ramping up and hiring local counsel

09:25:03  4    and this kind of stuff.  It's late and it's made a lot of

09:25:08  5    judges unhappy, so we're going to do what we can to solve that.

09:25:12  6            THE COURT:  Okay.  Anything else?

09:25:15  7            MR. HODGES:  No, Your Honor.

09:25:16  8            MR. KOERNER:  Thank you.  It's always a pleasure to be

09:25:18  9    before you.

09:25:18  10            THE COURT:  All right.  Everyone have a good day.

09:25:21  11            THE DEPUTY CLERK:  All rise.

          12            (WHEREUPON, at 9:25 a.m., the proceedings were

          13    concluded.)

          14                      *   *   *

          15

          16                    REPORTER'S CERTIFICATE

          17

          18            I, Cathy Pepper, Certified Realtime Reporter, Registered
             Merit Reporter, Certified Court Reporter in and for the State
          19    of Louisiana, Official Court Reporter for the United States
             District Court, Eastern District of Louisiana, do hereby
          20    certify that the foregoing is a true and correct transcript to
             the best of my ability and understanding from the record of the
          21    proceedings in the above-entitled and numbered matter.

          22                              *s/Cathy Pepper*
                                          Cathy Pepper, CRR, RMR, CCR
          23                              Certified Realtime Reporter
                                          Registered Merit Reporter
          24                              Official Court Reporter
                                          United States District Court
          25                              Cathy_Pepper@laed.uscourts.gov

                              *OFFICIAL TRANSCRIPT*

**1**

**1** [1] - 8:4
**10-MD-2179** [1] - 1:8
**10:00** [1] - 15:12
**12-CV-968** [1] - 1:11
**1204** [1] - 1:23
**12TH** [1] - 2:14
**13** [1] - 8:12
**18-09200** [3] - 1:12,
3:14, 15:13
**18-09232** [2] - 1:12,
3:15
**18-09291** [2] - 1:12,
3:15
**18-09318** [2] - 1:12,
3:16
**18-09449** [2] - 1:13,
3:16
**18-09450** [2] - 1:13,
3:17
**18-09451** [2] - 1:13,
3:18

**2**

**20** [1] - 1:6
**20005** [1] - 2:14
**2010** [1] - 1:6
**2015** [1] - 12:24
**2019** [4] - 1:9, 3:2,
4:25, 8:5
**2179** [1] - 3:10
**28** [1] - 8:10
**2nd** [1] - 8:5

**3**

**3** [1] - 4:24

**4**

**458** [1] - 9:17

**5**

**500** [1] - 2:21
**5000** [1] - 2:10
**504** [1] - 2:22
**589-7779** [1] - 2:22

**7**

**701** [1] - 2:10
**70130** [2] - 1:23, 2:22
**70139** [1] - 2:11

**725** [1] - 2:14
**750** [1] - 8:11

**9**

**9** [2] - 1:9, 3:2
**90** [1] - 10:11
**9:00** [1] - 1:9
**9:25** [1] - 18:12

**A**

**a.m** [2] - 15:12, 18:12
**A.M** [1] - 1:9
**ability** [1] - 18:20
**able** [1] - 16:8
**above-entitled** [1] -
18:20
**ACTION** [1] - 1:8
**actual** [3] - 7:16,
11:15, 11:21
**add** [1] - 17:5
**additional** [2] - 4:4,
8:11
**Administration** [1] -
17:11
**administrator** [1] -
12:23
**admitted** [1] - 4:12
**advertised** [1] - 6:16
**afraid** [1] - 9:25
**Africk** [1] - 6:20
**afternoon** [1] - 15:3
**ago** [1] - 11:9
**agree** [7] - 8:16, 8:20,
14:8, 15:18, 17:17,
17:25
**ahead** [1] - 3:9
**Alabama** [1] - 9:10
**almost** [2] - 10:7,
12:13
**ALSO** [1] - 2:16
**amended** [2] - 11:12,
11:13
**AMERICA** [6] - 2:3,
2:3, 2:4, 2:5, 2:7, 2:8
**AND** [1] - 1:11
**apologize** [1] - 5:18
**appearances** [1] -
3:20
**APPEARANCES** [2] -
1:20, 2:1
**April** [1] - 4:24
**APRIL** [3] - 1:6, 1:9,
3:2
**Arianne** [1] - 4:11
**ARIANNE** [1] - 2:17
**associate** [1] - 15:22

**assuming** [1] - 14:12
**attention** [4] - 11:5,
11:6, 11:7, 11:8
**AVENUE** [1] - 1:23

**B**

**B-275** [1] - 2:21
**bar** [1] - 4:4
**BARBIER** [1] - 1:17
**batch** [2] - 9:17
**becoming** [1] - 10:6
**BEFORE** [1] - 1:17
**behalf** [2] - 4:20, 5:4
**behind** [1] - 9:16
**BELO** [6] - 1:11, 3:13,
4:16, 5:3, 5:25, 9:5
**Benjamin** [1] - 4:13
**BENJAMIN** [1] - 2:18
**best** [3] - 14:17, 15:9,
18:20
**beyond** [1] - 8:6
**binds** [1] - 11:25
**bit** [1] - 4:14
**black** [1] - 16:5
**blank** [1] - 13:9
**born** [1] - 13:9
**bottom** [1] - 11:13
**BP** [11] - 2:3, 2:3, 2:4,
2:5, 2:6, 2:7, 2:8,
4:20, 5:1, 13:25,
14:12
**bring** [1] - 17:10
**brought** [2] - 11:4,
11:6
**BY** [6] - 1:5, 1:22, 2:9,
2:13, 2:24, 2:25

**C**

**CALLED** [1] - 3:4
**care** [2] - 15:3, 17:2
**CARL** [1] - 1:17
**Case** [2] - 5:3, 8:4
**case** [19] - 3:9, 5:22,
5:25, 6:4, 6:9, 6:11,
6:12, 6:13, 8:24, 9:4,
9:7, 9:14, 10:5, 13:2,
13:16, 13:22, 15:14,
17:6
**cases** [17] - 3:13,
4:16, 5:25, 6:14,
6:19, 6:21, 8:11,
8:15, 9:3, 9:17, 10:7,
14:15, 14:16, 16:19,
17:19, 17:23, 18:2
**Castillo** [1] - 3:17
**Cathy** [2] - 18:17,

18:22
**CATHY** [1] - 2:20
**cathy_Pepper@laed.**
**uscourts.gov** [1] -
2:23
**Cathy_Pepper@laed**
**.uscourts.gov** [1] -
18:25
**CAUSE** [1] - 1:17
**CCR** [2] - 2:20, 18:22
**Cell** [1] - 6:5
**cell** [1] - 4:9
**certainly** [3] - 12:8,
12:16, 17:25
**CERTIFICATE** [1] -
18:16
**CERTIFIED** [1] - 2:20
**Certified** [3] - 18:17,
18:18, 18:23
**certify** [1] - 18:19
**Channing** [1] - 3:15
**CIVIL** [1] - 1:8
**claimants** [2] - 5:1,
16:15
**claims** [1] - 12:23
**CLE** [1] - 15:10
**clear** [2] - 13:5, 17:6
**clearly** [1] - 11:14
**CLERK** [3] - 3:7, 3:10,
18:11
**clients** [1] - 16:17
**co** [1] - 9:14
**co-counsel** [1] - 9:14
**coming** [1] - 17:19
**COMPANY** [2] - 2:4
**competent** [1] - 11:17
**compliance** [2] - 17:1,
17:23
**complied** [1] - 10:17
**comply** [1] - 10:17
**complying** [1] - 10:9
**COMPUTER** [1] - 2:25
**concern** [1] - 7:12
**concerned** [1] - 7:10
**concerning** [1] - 9:8
**concluded** [1] - 18:13
**conditions** [1] - 6:22
**CONNOLLY** [1] - 2:13
**consider** [1] - 15:14
**consistent** [1] - 12:15
**consolidate** [1] - 9:11
**contact** [1] - 16:16
**CONTINUED** [1] - 2:1
**convinced** [1] - 11:2
**copied** [1] - 12:13
**copies** [1] - 10:24
**CORPORATION** [1] -
2:5
**correct** [1] - 18:19

**counsel** [5] - 3:19,
5:14, 9:13, 9:14,
18:3
**couple** [1] - 13:1
**Court** [8] - 3:22, 4:24,
17:12, 18:18, 18:18,
18:19, 18:24, 18:24
**court** [3] - 5:19, 17:1,
17:21
**COURT** [59] - 1:1,
2:20, 3:4, 3:8, 3:12,
3:25, 4:2, 4:6, 4:17,
4:21, 4:23, 5:9, 5:16,
5:21, 6:3, 6:6, 6:8,
7:2, 7:4, 7:8, 7:16,
7:21, 7:25, 8:14,
8:17, 9:2, 9:16, 9:19,
9:23, 10:4, 10:16,
10:21, 10:25, 11:4,
11:7, 11:20, 12:3,
12:6, 12:11, 12:22,
13:1, 13:21, 14:5,
14:10, 14:14, 14:19,
15:2, 15:6, 15:12,
15:17, 15:20, 16:2,
16:6, 16:12, 17:2,
17:15, 17:18, 18:6,
18:10
**Craig** [1] - 13:18
**CRISTINE** [1] - 2:17
**Cristine** [1] - 4:7
**CRR** [2] - 2:20, 18:22
**cursive** [3] - 7:6, 7:19,
12:5

**D**

**days** [1] - 10:11
**DC** [1] - 2:14
**deadline** [2] - 8:3,
12:24
**Deepwater** [1] - 3:11
**DEEPWATER** [1] - 1:5
**defendants** [1] - 11:24
**defense** [1] - 8:9
**deficient** [1] - 5:5
**definitely** [1] - 12:3
**demonstrates** [1] -
7:14
**deposition** [1] - 12:1
**DEPUTY** [3] - 3:7,
3:10, 18:11
**despite** [1] - 10:10
**destruction** [1] - 9:9
**developed** [1] - 6:22
**difficult** [1] - 16:11
**directly** [1] - 15:21
**disagree** [1] - 13:17
**disaster** [1] - 14:23

**disclosure** [1] - 10:10
**disclosures** [1] - 8:4
**discovery** [1] - 9:10
**dismiss** [2] - 6:18,
6:20
**dismissal** [1] - 14:11
**dismissed** [3] - 16:19,
16:20, 17:24
**DISTRICT** [3] - 1:1,
1:2, 1:18
**District** [4] - 9:9,
18:19, 18:24
**docket** [2] - 15:19,
17:14
**docket-wide** [1] -
15:19
**document** [1] - 7:17
**DOCUMENT** [1] - 1:11
**documents** [1] - 17:7
**done** [10] - 4:25, 6:16,
6:23, 9:8, 9:10,
11:18, 12:10, 16:10,
16:14
**Downs** [14] - 4:16,
5:12, 8:2, 9:20, 9:24,
10:8, 11:8, 13:24,
14:20, 15:23, 16:13,
17:16, 18:1
**dozens** [1] - 17:19
**due** [1] - 7:22

## E

**early** [1] - 10:18
**easily** [1] - 14:1
**EASTERN** [1] - 1:2
**Eastern** [1] - 18:19
**education** [1] - 4:5
**efficient** [1] - 13:16
**effort** [1] - 16:21
**eight** [1] - 8:10
**either** [4] - 8:14, 10:8,
16:16, 17:3
**Elaine** [1] - 3:18
**electronic** [1] - 10:22
**end** [1] - 16:22
**enroll** [1] - 5:10
**enrolled** [1] - 6:11
**entitled** [3] - 11:24,
11:25, 18:20
**ESQUIRE** [3] - 1:22,
2:9, 2:13
**event** [1] - 6:21
**evidence** [2] - 9:9,
16:17
**exactly** [3] - 12:5,
14:7, 16:7
**example** [1] - 16:2
**except** [2] - 9:14,

11:21
**excuse** [1] - 8:15
**expected** [1] - 15:21
**experience** [1] - 11:18
**expert** [1] - 12:16
**explanation** [3] -
11:23, 11:25, 14:4
**EXPLORATION** [1] -
2:6
**extensions** [1] - 10:12

## F

**fact** [2] - 10:10, 16:25
**fair** [1] - 15:16
**familiar** [4] - 5:22,
5:25, 9:6
**familiarity** [1] - 9:3
**FARAH** [1] - 2:17
**Farah** [1] - 4:7
**February** [1] - 12:24
**federal** [1] - 17:1
**fewer** [1] - 8:15
**figure** [1] - 11:21
**file** [6] - 5:13, 5:14,
12:25, 13:14, 15:3,
15:13
**filed** [9] - 4:25, 5:5,
5:10, 5:13, 5:16,
10:8, 12:21, 14:11,
14:15
**finishing** [1] - 4:3
**Firm** [14] - 8:2, 9:20,
9:22, 9:23, 10:8,
13:24, 14:21, 15:24,
16:13, 16:14, 17:16,
18:1
**firm** [1] - 18:2
**FIRM** [1] - 1:22
**Firm's** [1] - 11:8
**firms** [3] - 13:7, 13:13,
16:12
**first** [2] - 5:9, 6:3
**five** [2] - 8:12, 15:2
**fix** [1] - 8:23
**fixed** [1] - 11:3
**focusing** [1] - 13:22
**folks** [1] - 17:16
**FOR** [2] - 1:22, 2:3
**foregoing** [1] - 18:19
**form** [3] - 13:6, 13:14,
17:10
**forms** [1] - 13:7
**forth** [1] - 8:5
**forward** [1] - 17:18
**four** [1] - 8:10
**France** [3] - 4:1, 4:4,
4:14
**frankly** [1] - 15:21

**fully** [2] - 14:8, 17:25

## G

**Gail** [1] - 3:9
**general** [1] - 13:2
**generally** [1] - 10:7
**Giles** [1] - 3:18
**given** [2] - 10:11
**God** [1] - 6:5
**graduate** [4] - 3:23,
4:7, 4:11
**grant** [2] - 14:14,
14:16
**great** [1] - 4:6
**group** [1] - 9:19
**guess** [3] - 5:16, 9:24,
12:6
**GULF** [1] - 1:6
**Gulf** [1] - 3:11
**guy** [1] - 7:18
**guys** [2] - 6:23, 7:13

## H

**half** [1] - 8:6
**hand** [2] - 10:24,
10:25
**handwritten** [2] -
10:21, 10:23
**happy** [1] - 6:23
**HEARD** [1] - 1:17
**hearing** [1] - 15:20
**HEARING** [1] - 1:17
**helpful** [1] - 17:13
**hereby** [1] - 18:19
**Hernandez** [5] - 3:15,
5:4, 6:24, 8:3, 15:14
**himself** [1] - 13:6
**hire** [1] - 8:14
**hired** [1] - 9:13
**hiring** [1] - 18:3
**Hispanic** [1] - 7:18
**HODGES** [15] - 2:13,
4:19, 9:18, 9:21,
9:25, 10:2, 10:24,
11:11, 12:19, 12:23,
13:3, 14:13, 15:18,
17:5, 18:7
**Hodges** [6] - 4:19,
9:20, 12:18, 15:17,
15:24, 17:2
**HOLDINGS** [1] - 2:7
**Honor** [9] - 4:19, 4:22,
9:18, 11:11, 13:3,
14:13, 15:18, 17:5,
18:7
**HONORABLE** [1] -

1:17
**hope** [1] - 4:15
**HORIZON** [1] - 1:5
**Horizon** [1] - 3:11
**hospitals** [1] - 17:12
**hours** [1] - 15:10
**huge** [2] - 10:6, 10:9
**Humberto** [1] - 3:17
**hundred** [2] - 10:1,
10:2
**hundreds** [3] - 6:4,
16:15, 17:19

## I

**image** [1] - 11:14
**impeach** [1] - 12:1
**important** [1] - 17:9
**IN** [2] - 1:5, 1:6
**INC** [5] - 2:3, 2:4, 2:5,
2:6, 2:8
**individual** [4] - 3:13,
6:2, 14:15, 14:16
**information** [3] - 13:8,
13:13, 13:15
**initial** [1] - 8:3
**injured** [1] - 16:23
**ink** [1] - 17:8
**instances** [2] - 13:2,
13:5
**intended** [1] - 15:23
**internship** [2] - 4:9,
4:10
**introduce** [1] - 3:22
**involved** [5] - 8:24,
9:12, 13:12, 13:19,
16:9
**involvement** [1] - 6:9
**issue** [8] - 8:23, 10:13,
11:3, 13:4, 14:7,
15:19, 15:24, 17:3
**issued** [1] - 4:24
**issues** [2] - 6:2, 14:24
**Ivette** [1] - 3:16

## J

**JACKSON** [1] - 1:23
**Jackson** [1] - 3:17
**January** [2] - 8:5,
10:18
**Jarrett** [1] - 4:20
**JARRETT** [2] - 2:9,
4:22
**Jesus** [1] - 3:17
**jobs** [1] - 8:17
**Jose** [2] - 3:15, 15:14
**Jr** [1] - 3:21

**JR** [1] - 1:22
**JUDGE** [1] - 1:18
**Judge** [4] - 6:20, 10:5,
10:12, 14:25
**judges** [1] - 18:5
**jurisdictions** [1] - 8:12

## K

**KEITH** [1] - 2:9
**Keith** [4] - 4:20, 6:20,
8:21, 13:18
**KEVIN** [1] - 2:13
**Kevin** [1] - 4:19
**kind** [2] - 12:3, 18:4
**KOERNER** [49] - 1:22,
1:22, 3:21, 4:1, 4:3,
4:7, 5:8, 5:12, 5:18,
5:24, 6:5, 6:7, 6:13,
7:3, 7:6, 7:9, 7:18,
7:23, 8:9, 8:16, 8:20,
9:6, 9:24, 10:1, 10:3,
10:15, 10:19, 10:23,
11:2, 11:6, 11:16,
11:24, 12:5, 12:8,
13:17, 14:3, 14:6,
14:17, 14:22, 15:5,
15:8, 15:16, 16:1,
16:4, 16:7, 16:22,
17:17, 17:25, 18:8
**Koerner** [5] - 3:21,
5:7, 6:9, 15:22,
17:15

## L

**LA** [3] - 1:23, 2:11,
2:22
**lacked** [1] - 5:5
**lady** [1] - 16:6
**larger** [6] - 9:17, 13:4,
15:24, 16:3, 17:3,
17:14
**last** [8] - 3:18, 5:2,
5:11, 5:13, 5:16,
5:18, 5:20, 16:10
**last-minute** [1] - 5:20
**late** [1] - 18:4
**Laura** [1] - 3:22
**LAURA** [1] - 2:16
**Law** [15] - 8:2, 9:20,
9:22, 9:23, 10:8,
11:8, 13:24, 14:20,
15:23, 16:13, 16:14,
17:16, 18:1
**LAW** [1] - 1:22
**law** [2] - 16:12, 18:2
**lawyer** [1] - 4:12
**lawyers** [5] - 6:4, 8:10,

8:15, 8:17, 16:8
**leads** [1] - 13:11
**least** [1] - 13:25
**left** [1] - 13:9
**legitimate** [2] - 11:3, 14:24
**less** [2] - 10:1, 10:2
**LEWIS** [1] - 2:8
**LIMITED** [1] - 2:7
**line** [1] - 8:25
**LISKOW** [1] - 2:8
**listed** [1] - 9:19
**live** [1] - 15:8
**LLM** [1] - 3:23
**local** [2] - 9:13, 18:3
**look** [1] - 12:12
**looked** [1] - 6:24
**looking** [1] - 8:17
**looks** [4] - 11:1, 12:13, 12:15, 12:16
**Louis** [1] - 3:21
**LOUIS** [1] - 1:22
**Louisiana** [2] - 18:18, 18:19
**LOUISIANA** [2] - 1:2, 1:8

## M

**Mackey** [1] - 3:15
**man's** [3] - 7:14, 10:20, 11:21
**management** [1] - 17:6
**Management** [2] - 5:3, 8:4
**Mancillas** [1] - 3:16
**MARTEL** [1] - 2:17
**Martel** [1] - 4:11
**Martha** [1] - 3:18
**Marto** [1] - 3:24
**material** [1] - 9:8
**matter** [3] - 9:1, 17:14, 18:20
**MDL** [1] - 3:10
**mean** [3] - 7:2, 9:4, 11:8
**meant** [1] - 5:16
**MECHANICAL** [1] - 2:24
**medical** [2] - 9:5, 17:11
**MERIT** [1] - 2:21
**Merit** [2] - 18:18, 18:23
**message** [1] - 17:16
**MEXICO** [1] - 1:6
**Mexico** [1] - 3:11
**minute** [6] - 5:18,

5:20, 7:25, 8:1, 16:10
**mixture** [1] - 9:21
**money** [1] - 16:18
**months** [3] - 4:8, 8:6, 14:21
**Montreal** [1] - 4:8
**morning** [7] - 3:8, 4:19, 4:22, 5:17, 13:23, 14:2, 15:21
**mostly** [1] - 9:22
**motion** [6] - 5:10, 9:7, 9:11, 14:11, 14:14, 15:15
**MR** [62] - 3:21, 4:1, 4:3, 4:7, 4:19, 4:22, 5:8, 5:12, 5:18, 5:24, 6:5, 6:7, 6:13, 7:3, 7:6, 7:9, 7:18, 7:23, 8:9, 8:16, 8:20, 9:6, 9:18, 9:21, 9:24, 9:25, 10:1, 10:2, 10:3, 10:15, 10:19, 10:23, 10:24, 11:2, 11:6, 11:11, 11:16, 11:24, 12:5, 12:8, 12:19, 12:23, 13:3, 13:17, 14:3, 14:6, 14:13, 14:17, 14:22, 15:5, 15:8, 15:16, 15:18, 16:1, 16:4, 16:7, 16:22, 17:5, 17:17, 17:25, 18:7, 18:8

## N

**nag** [1] - 13:19
**nagged** [1] - 13:19
**name** [5] - 8:24, 11:22, 12:3, 12:6, 13:8
**Nantes** [2] - 3:23, 4:1
**Nations** [4] - 9:22, 9:23, 10:8, 16:14
**near** [1] - 14:23
**necessarily** [1] - 8:1
**need** [1] - 17:10
**needs** [1] - 11:3
**never** [1] - 5:2
**New** [1] - 4:4
**NEW** [4] - 1:8, 1:23, 2:11, 2:22
**next** [1] - 9:19
**night** [3] - 5:11, 5:13, 5:17
**NO** [1] - 1:8
**noon** [1] - 15:9
**NORTH** [4] - 2:4, 2:5, 2:7, 2:8

**notary** [1] - 4:13
**nothing** [1] - 6:11
**Number** [1] - 8:4
**numbered** [1] - 18:20
**numbers** [1] - 3:14

## O

**o'clock** [1] - 15:2
**objection** [1] - 14:12
**obtained** [1] - 12:20
**obvious** [1] - 10:6
**obviously** [1] - 15:22
**occasion** [1] - 14:23
**Odoms** [1] - 9:7
**OF** [3] - 1:2, 1:6, 1:17
**Official** [2] - 18:18, 18:24
**OFFICIAL** [1] - 2:20
**OIL** [2] - 1:5, 1:5
**Oil** [2] - 3:10, 3:11
**old** [1] - 12:25
**Olivia** [1] - 3:24
**ON** [1] - 1:6
**ONE** [1] - 2:9
**one** [13] - 3:18, 5:3, 5:22, 7:4, 9:2, 9:14, 13:4, 13:22, 14:1, 14:16, 16:13, 17:21
**Order** [2] - 5:3, 8:4
**order** [4] - 4:24, 5:10, 11:10, 15:4
**ORDER** [1] - 3:4
**orders** [1] - 17:6
**original** [1] - 11:12
**originally** [1] - 10:11
**ORLEANS** [4] - 1:8, 1:23, 2:11, 2:22
**overwhelmed** [1] - 8:13

## P

**part** [3] - 4:9, 4:10, 4:15
**participated** [1] - 9:8
**particular** [2] - 8:21, 12:21
**pass** [1] - 17:15
**passport** [1] - 7:14
**paste** [1] - 13:14
**pasted** [1] - 12:13
**people** [9] - 5:12, 6:15, 8:11, 10:9, 13:20, 14:22, 16:9, 16:23
**people's** [1] - 16:25
**PEPPER** [1] - 2:20

**Pepper** [3] - 18:17, 18:22, 18:22
**permission** [1] - 16:8
**personally** [2] - 13:12, 17:7
**phone** [2] - 4:9, 6:5
**plaintiff** [6] - 12:21, 13:4, 13:6, 14:10, 17:9
**PLAINTIFFS** [1] - 1:22
**plaintiffs** [4] - 10:7, 11:8, 13:12, 17:7
**plan** [2] - 14:19, 14:20
**pleasure** [1] - 18:8
**plenty** [1] - 5:19
**point** [3] - 10:4, 12:14, 12:18
**pointed** [1] - 13:24
**possible** [1] - 12:8
**possibly** [2] - 6:17, 16:24
**POTVAIN** [1] - 2:16
**Potvain** [1] - 3:22
**POYDRAS** [2] - 2:10, 2:21
**prejudice** [1] - 14:11
**PRESENT** [1] - 2:16
**pretty** [1] - 9:6
**print** [1] - 7:19
**printed** [5] - 6:25, 7:2, 12:3, 12:5
**problem** [8] - 8:22, 10:6, 10:9, 11:9, 13:3, 13:24, 13:25, 16:3, 16:12
**problems** [1] - 6:14
**PROCEEDINGS** [3] - 1:17, 2:24, 3:1
**proceedings** [2] - 18:12, 18:20
**produce** [1] - 16:17
**PRODUCED** [1] - 2:25
**PRODUCTION** [2] - 2:3, 2:6
**production** [1] - 5:3
**PRODUCTS** [1] - 2:8
**profile** [3] - 13:6, 13:7, 17:10
**proper** [2] - 5:5, 7:11
**properly** [1] - 8:5
**protect** [1] - 16:24
**protocol** [2] - 6:20, 10:12
**provider's** [1] - 17:12
**providing** [1] - 13:13
**pursuant** [1] - 5:3
**push** [1] - 16:16

## Q

**Quebec** [1] - 4:12
**questions** [1] - 14:9

## R

**RAGONNET** [1] - 2:18
**Ragonnet** [1] - 4:13
**raised** [1] - 14:24
**raises** [1] - 14:8
**Ramon** [1] - 3:17
**ramping** [1] - 18:3
**Raul** [1] - 3:16
**RE** [1] - 1:5
**re** [1] - 3:10
**read** [1] - 3:14
**real** [2] - 15:8, 17:8
**really** [3] - 6:3, 7:20, 15:23
**Realtime** [2] - 18:17, 18:23
**REALTIME** [1] - 2:20
**reason** [1] - 16:16
**reasons** [2] - 5:23, 9:2
**receive** [1] - 15:14
**received** [1] - 11:12
**record** [4] - 3:13, 3:14, 5:14, 18:20
**RECORDED** [1] - 2:24
**regard** [1] - 6:24
**Registered** [1] - 18:17
**REGISTERED** [1] - 2:21
**registered** [1] - 18:23
**reinforce** [1] - 17:13
**reinstated** [1] - 9:7
**RELATES** [1] - 1:11
**releases** [1] - 17:10
**relief** [1] - 15:19
**report** [1] - 4:25
**Reporter** [7] - 18:17, 18:18, 18:18, 18:23, 18:23, 18:24
**REPORTER** [3] - 2:20, 2:20, 2:21
**REPORTER'S** [1] - 18:16
**reports** [1] - 10:5
**require** [1] - 17:6
**requirement** [2] - 4:9, 4:10, 17:13
**requirements** [1] - 10:10
**requires** [1] - 17:1
**reserve** [1] - 6:21
**resolve** [3] - 14:3, 14:19, 15:6

4

**resolved** [4] - 13:22, 13:23, 14:1, 14:9
**respect** [1] - 14:5
**response** [3] - 4:25, 15:3, 15:13
**retained** [2] - 6:1
**review** [1] - 17:7
**reviewed** [2] - 13:6, 17:8
**RIG** [1] - 1:5
**Rig** [1] - 3:11
**rights** [2] - 6:21, 16:25
**ringing** [1] - 6:5
**ringing)** [1] - 4:9
**rise** [2] - 3:7, 18:11
**Rivera** [1] - 3:16
**RMR** [2] - 2:20, 18:22
**ROOM** [1] - 2:21
**rule** [1] - 15:15
**rules** [2] - 17:1, 17:20

## S

**s/Cathy** [1] - 18:22
**saw** [1] - 5:17
**scope** [1] - 16:25
**searches** [1] - 6:16
**seated** [1] - 3:8
**second** [1] - 12:12
**Security** [1] - 17:11
**see** [4] - 8:25, 10:25, 13:11, 14:17
**seeing** [2] - 10:5, 16:19
**September** [1] - 9:12
**serious** [1] - 14:8
**set** [1] - 15:20
**settlement** [2] - 9:5
**seven** [2] - 3:13, 5:1
**shady** [2] - 11:19, 11:20
**SHELL** [1] - 2:9
**Sherbrooke** [1] - 4:12
**shove** [1] - 16:16
**SHOW** [1] - 1:17
**show** [8] - 4:24, 10:13, 10:14, 10:16, 15:4, 15:15, 17:8, 17:20
**showed** [2] - 5:1, 8:21
**showing** [1] - 17:22
**shows** [1] - 11:13
**side** [1] - 16:8
**signature** [24] - 6:25, 7:2, 7:4, 7:6, 7:7, 7:8, 7:10, 7:11, 7:15, 7:16, 7:19, 8:8, 10:20, 11:10, 11:14, 11:15, 11:22, 11:25, 12:14, 12:20, 12:25,

13:25, 17:8
**signatures** [5] - 5:6, 8:5, 12:16, 13:11, 13:13
**signed** [1] - 5:10
**simply** [2] - 6:15, 8:12
**simultaneously** [2] - 5:24, 7:23
**sit** [1] - 17:20
**sitting** [1] - 12:25
**situation** [1] - 8:21
**six** [6] - 4:8, 5:1, 5:2, 6:14, 14:10, 14:16
**small** [1] - 18:1
**Social** [1] - 17:11
**solve** [1] - 18:5
**someone** [1] - 15:23
**sorry** [1] - 4:10
**sound** [1] - 11:16
**sounds** [2] - 7:8, 9:18
**Southern** [1] - 9:9
**speaking** [2] - 5:24, 7:23
**SPILL** [1] - 1:5
**Spill** [1] - 3:10
**spouse's** [1] - 13:8
**SQUARE** [1] - 2:9
**Sr** [1] - 3:17
**ST** [1] - 2:14
**staff** [1] - 8:11
**stage** [1] - 13:15
**start** [1] - 17:19
**State** [1] - 18:18
**STATES** [2] - 1:1, 1:18
**states** [1] - 8:12
**States** [2] - 18:18, 18:24
**status** [1] - 4:25
**STENOGRAPHY** [1] - 2:24
**stop** [1] - 12:11
**STREET** [2] - 2:10, 2:21
**stuff** [2] - 5:20, 18:4
**suggested** [1] - 9:14
**SUITE** [1] - 2:10
**supplemented** [1] - 13:10

## T

**team** [1] - 4:15
**THE** [63] - 1:5, 1:6, 1:17, 1:22, 3:7, 3:8, 3:10, 3:12, 3:25, 4:2, 4:6, 4:17, 4:21, 4:23, 5:9, 5:16, 5:21, 6:3, 6:6, 6:8, 7:2, 7:4, 7:8, 7:16, 7:21, 7:25,

8:14, 8:17, 9:2, 9:16, 9:19, 9:23, 10:4, 10:16, 10:21, 10:25, 11:4, 11:7, 11:20, 12:3, 12:6, 12:11, 12:22, 13:1, 13:21, 14:5, 14:10, 14:14, 14:19, 15:2, 15:6, 15:12, 15:17, 15:20, 16:2, 16:6, 16:12, 17:2, 17:15, 17:18, 18:6, 18:10, 18:11
**they've** [6] - 6:14, 6:15, 6:16, 8:10, 11:18
**THIS** [1] - 1:11
**thoughts** [1] - 16:5
**thousands** [1] - 16:15
**three** [2] - 8:6, 14:21
**TO** [2] - 1:11, 3:4
**today** [13] - 7:20, 7:21, 8:7, 8:23, 10:14, 10:16, 10:17, 11:6, 12:9, 12:10, 14:3, 14:19, 15:7
**tomorrow** [4] - 15:5, 15:7, 15:11, 15:12
**top** [1] - 11:12
**totally** [1] - 11:17
**touch** [1] - 6:15
**transcribed** [1] - 16:4
**transcript** [1] - 18:19
**TRANSCRIPT** [2] - 1:17, 2:24
**tried** [1] - 9:10
**trouble** [1] - 8:18
**true** [1] - 18:19
**try** [3] - 10:16, 15:8, 17:21
**trying** [5] - 5:21, 6:10, 11:21, 12:12, 16:18
**TUESDAY** [2] - 1:9, 3:2
**turning** [1] - 6:6
**two** [1] - 11:11

## U

**under** [2] - 3:23, 8:3
**understood** [3] - 8:1, 8:3, 12:10
**unhappy** [1] - 18:5
**UNITED** [2] - 1:1, 1:18
**United** [2] - 18:18, 18:24
**University** [4] - 3:23, 3:25, 4:8, 4:12
**up** [6] - 4:3, 7:13, 10:14, 10:16, 10:24,

18:3

## V

**valid** [1] - 7:11
**version** [3] - 11:12, 11:13
**versions** [1] - 11:11
**Volare** [1] - 3:17
**voluntary** [1] - 14:11

## W

**wait** [7] - 7:25, 12:11, 16:10
**WASHINGTON** [1] - 2:14
**waste** [1] - 10:15
**wasting** [1] - 16:18
**watch** [1] - 16:23
**welcome** [1] - 4:17
**Westlaw** [1] - 6:16
**wet** [1] - 17:8
**wet-ink** [1] - 17:8
**WHEREUPON** [1] - 18:12
**white** [1] - 16:5
**whole** [2] - 9:4
**wide** [1] - 15:19
**Wilkinson** [2] - 10:5, 10:12
**WILLIAMS** [1] - 2:13
**word** [1] - 11:20
**words** [1] - 16:3
**works** [1] - 10:12
**world** [1] - 15:9
**write** [1] - 12:6
**writing** [1] - 17:22
**wrote** [1] - 11:22

## Y

**yesterday** [2] - 6:10, 12:10
**York** [1] - 4:4

## Z

**Zaida** [1] - 3:16
**Zuniga** [1] - 3:16

*OFFICIAL TRANSCRIPT*