IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| *This document relates to:* *All remaining Cases in Pleading Bundle "B1"* | § § § § | JUDGE BARBIER MAGISTRATE JUDGE WILKINSON |

### HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN BP'S REPLY IN SUPPORT OF ITS DISPOSITIVE MOTION AS TO THE B1 CLAIMS OF MEXICAN PLAINTIFFS

**NOW INTO COURT,** comes Defendant Halliburton Energy Services, Inc. ("HESI") and respectfully files this *Ex Parte* Motion to Join and Adopt, as if copied herein *in extenso*, the arguments made in BP's Reply in Support of Its Dispositive Motion as to the B1 Claims of Mexican Plaintiffs (the "BP Reply") (Rec. Doc. 25570 and 25570-1) because those arguments are equally applicable to HESI as a defendant in this litigation.

**WHEREFORE**, HESI prays that this Honorable Court permit it to join in and adopt the arguments made in the BP Motion and seek similar relief requested, specifically, that the Court dismiss the claims of Mexican B1 Claimants addressed by BP's Reply.

Respectfully submitted,

**REED SMITH LLP**

<u> /s/ R. Alan York </u>
R. Alan York
State Bar No. 22167500
AYork@ReedSmith.com
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: 713-469-3800
Facsimile: 713-469-3899

**ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.**

**HALLIBURTON ENERGY SERVICES, INC.'S** *EX PARTE* **MOTION**
**TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN BP'S REPLY IN SUPPORT**
**OF ITS DISPOSITIVE MOTION AS TO THE B1 CLAIMS OF MEXICAN PLAINTIFFS**

Page 2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Ex Parte* **Motion to Join In and Adopt the Arguments Made in BP's Reply In Support of Its Dispositive Motion as to the B1 Claims of Mexican Plaintiffs**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of April, 2019.

/s/ *R. Alan York*
R. Alan York

146243198.2

**HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION
TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN BP'S REPLY IN SUPPORT
OF ITS DISPOSITIVE MOTION AS TO THE B1 CLAIMS OF MEXICAN PLAINTIFFS**

Page 3