IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>*This document relates to: All Remaining Cases in Pleading Bundle "B1"* | § MDL NO. 2179<br>§<br>§ SECTION: J<br>§<br>§<br>§ JUDGE BARBIER<br>§<br>§ MAGISTRATE JUDGE WILKINSON<br>§ |

## ORDER

Considering the Halliburton Energy Services, Inc.'s *Ex Parte* Motion to Join in and Adopt the Arguments Made in BP's Reply In Support of its Dispositive Motion as to the B1 Claims of Mexican Plaintiffs (Rec. Doc. 25570 and 25570-1), the Court finds that the *Ex Parte* Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE

146243991.1