# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 09, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-31292   In re: Deepwater Horizon
                             USDC No. 2:10-MD-2179
                             USDC No. 2:13-CV-2862

Enclosed is an order entered in this case.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Mary C. Stewart, Deputy Clerk
                             504-310-7694

Mr. William W. Blevins
Mr. Wesley A. Bowden
Mr. Daniel John Dysart
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. Russell Keith Jarrett
Mr. James Andrew Langan
Mr. Martin R. Martos II
Mr. Kerry J. Miller
Mr. Aaron Lloyd Nielson
Mr. Matthew Regan
Mr. Devin Chase Reid
Mr. Marc S. Tabolsky
Mr. Robert Alan York