UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Neighborhood Development Collaborative (a/k/a Neighborhood Development Cooperative) and Gulfport Green Housing, LLC, | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs | |
| vs. | |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc, and; Sperry Drilling Services, a division of Halliburton Energy Services, Inc., | |
| Defendants | |
| Docket Number(s) | |
| 2:13-cv-02400-CJB-JCW | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of

-1-

action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

Neighborhood Development Collaborative (a/k/a Neighborhood Development Cooperative)

Gulfport Green Housing, LLC

Case No. 2:13-cv-02400-CJB-JCW

Respectfully submitted this 10th day of April, 2019.

**SALAS & Co., L.C.**

*/s/ Camilo K. Salas, III*
Camilo K. Salas III
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085
E-Mail: csalas@salaslaw.com

*Neighborhood Development Collaborative (a/k/a Neighborhood Development Cooperative) and Gulfport Green Housing, LLC*