# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 _____ This Document Relates to: 2:13-cv-02400-CJB-JCW Gulfport Green Housing, L.L.C. and Neighborhood Development Collaborative versus BP, plc; BP Exploration and Production, Inc., *et. al.* | MDL No. 2179 SECTION: "J" (1) JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

The Court having considered the Motion for Voluntary Dismissal With Prejudice [Doc. 25580] filed by plaintiffs, Gulfport Green Housing, L.L.C. and Neighborhood Development Collaborative, requesting that the Court dismiss with prejudice Case Number 2:13-cv-02400 due to a settlement reached;

**IT IS HEREBY ORDERED** that Case Number 2:13-cv-02400 filed by plaintiffs, Gulfport Green Housing, L.L.C. and Neighborhood Development Collaborative, be and the same is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs; and

**IT IS HEREBY FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the settlement reached by the parties if it should become necessary to do so.

New Orleans, Louisiana, this _____ day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE