**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J(2) |
| Nos. 16-06391 & 16-06385 | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

<u>**ORDER**</u>

Before the Court are motions (Rec. Docs. 25572, 25573) by J Peaceful LC and SJMR Investments, LLC requesting a 21-day extension to comply with the disclosure requirements in paragraph I.A. of Pretrial Order No. 67 ("PTO 67," Rec. Doc. 25370).[1]

IT IS ORDERED that the Motions (Rec. Doc. 25572, 25573) are GRANTED.

IT IS FURTHER ORDERED that J Peaceful LC and SJMR Investments, LLC are granted an extension up to and including May 6, 2019 to comply with PTO 67 ¶ I.A.

IT IS FURTHER ORDERED that the deadline for defendants to provide their disclosures to J Peaceful LC and SJMR Investments, LLC (*see* PTO 67 ¶ I.B) is extended up to and including July 5, 2019.

New Orleans, Louisiana, this 11th day of April, 2019.

_____
United States District Judge

---

[1] The Clerk's office deemed these motions deficient because they did not comply with First Amended Pretrial Order No. 12. The Court has decided to consider these motions despite the deficiencies. Counsel shall comply with First Amended Pretrial Order No. 12 (Rec. Doc. 18627) in future filings in this MDL.