UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| This Document Relates To: | JUDGE BARBIER |
| *Remaining Cases in the B1 Bundle* | MAG. JUDGE WILKINSON |

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MICHAEL PAGE** | **CIV. ACTION No. 2:17-CV-06083** |
| **VS.** | **SECTION J** |
| **BP EXPLORATION & PRODUCTION, INC.** | **JUDGE BARBIER** |
| | **MAG. JUDGE WILKINSON** |

_____

**Initial Information Disclosures by Exhibit 1 Plaintiff
James-Michael C. Page**

<u>**Attachment A-Documents and Information to Be Produced By Plaintiffs**</u>

- **A written statement and supporting claimed loss calculation, no longer than five double-spaced pages, describing the EXHIBIT 1 B1 Plaintiff's claimed damages sought in this litigation.**

   See Exhibit 1 attached, Bates Stamp JMP0001-JMP0005.

- **Any documents the EXHIBIT 1 B1 Plaintiff intends to offer as evidence in litigation in support of its claim that its losses were caused by the Gulf oil spill and the quantum of those losses;**

   See all of Exhibit 2, specifically see JMP0024-JMP0025, JMP0028-JMP0029; and 3 attached, JMP0036-JMP0039.

- **For the time period beginning January 1, 2007 (or with regard to claimed losses concerning real estate development or real estate, beginning in the earliest year in which planning was initiated for the business or asset at issue) through December 31 of the most recent year for which the EXHIBIT 1 B1 Plaintiff claims damages, the following business and financial records for the plaintiff (with consolidating detail if the plaintiff is part of a consolidated group for any items listed):**

  - **All income tax returns (Federal and state) filed by the EXHIBIT 1 B1 Plaintiff and/or each business for which losses are claimed with reconciliation of those returns to financial statements referenced below;**

  See Exhibit 4 attached, JMP0040-JMP0052.

  - **All financial statements prepared (including all audited financial statements) and general ledgers relating to each business and/or asset for which losses are claimed;**

  **Not applicable, this is an individual independent contractor.**

  - **Valuations, appraisals, budgets, and projections relating to each business and/or asset for which losses are claimed;**

  **Not applicable, this is an individual independent contractor.**

  - **Materials that the plaintiff has provided to any prospective or actual third party lenders, investors, or other financing sources relating to each business and/or asset for which losses are claimed;**

  See Exhibit 3, Bates Stamp No. JMP0036-JMP0039.

  - **Financing, property sale, and/or other business contracts (including without limitation draft contracts and contracts that were cancelled or amended) relating to each business and/or asset for which losses are claimed;**

  **None, and**

  - **Documents related to any bankruptcy proceedings, defaults or noncompliance with loan, financial or other contractual obligations, or foreclosure or other actions or proceedings concerning the same.**

  See Exhibit No. 3, Bates Stamp No. JMP0036-JMP0039, Student Loan Default;

- o **For claimed losses concerning loans, in addition to the forgoing, all records regarding loan performance and loan risks of the loans at issue; summaries concerning the performance of other loan portfolios held by the claiming entity.**

    **None.**

- o **For claimed losses concerning real estate development or real estate, in addition to the forgoing, sale and lease contract logs; records regarding forfeited deposits or cancelled contracts; records regarding pricing (including all price adjustments or changes in pricing); carrying costs per property/unit; dosing costs per property/unit; commissions per property/unity; costs of equity; records relating to equity investments; monthly loan statements; market studies; permits; planning approvals; and zoning approvals.**

    **Not Applicable;**

- o **For claimed losses concerning seafood, in addition to the forgoing, trip tickets; licenses and permits; and records of whether the seafood was harvested from the Gulf of Mexico.**

    **Not Applicable;**

- o **Records reflecting any compensation, indemnification, and/or other financial recoveries received in connection with any losses claimed by the EXHIBIT 1 B1 Plaintiff and/or its Related Parties (defined below);**

    **None, and**

- o **A disclosure of any related individuals and/or entities (1) that have an ownership interest in the EXHIBIT 1 B1 Plaintiff, (2) that have a financial interest in the outcome of any resolution of the disclosing EXHIBIT 1 B1 Plaintiffs claim, or (3) in which the EXHIBIT 1 B1 Plaintiff has an ownership interest (collectively "Related Parties").**

    **None.**

Respectfully submitted,

**LAW OFFICES OF REGINALD E. MCKAMIE, SR., P.C.**

_____
Reginald E. McKamie, Sr.
TBN: 13686750
1900 West Gray, Unit 131558
Houston, Texas 77219
Telephone:       (713) 465-2889
Facsimile:        (713) 465-2894
reginaldmckamie@gmail.com
Attorney for Plaintiff:
**JAMES-MICHAEL PAGE**

## CERTIFICATE OF SERVICE

I certify that the forgoing instrument has been served upon all known counsel of record in this action through the CM/ECF system and/or File & ServeXpress.

_____
Reginald E. McKamie, Sr.

4