IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30921
_____

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:16-CV-5533
D.C. Docket No. 2:16-CV-5541

United States Court of Appeals
Fifth Circuit
**FILED**
February 18, 2019
Lyle W. Cayce
Clerk

In Re: Deepwater Horizon

_____

JELP BARBER,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

    Defendants - Appellees

_____

JOHNNY'S CLAMS, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP COPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES,

INCORPORATED; SPERRY DRILLING SERVICES; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCOPORATED; TRANSOCEAN HOLDINGS, L.L.C.,,

       Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana

Before JOLLY, JONES, and DENNIS, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.