## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 12, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30921   In re: Deepwater Horizon
                            USDC No. 2:10-MD-2179
                            USDC No. 2:16-CV-5533
                            USDC No. 2:16-CV-5541

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc w/encl:
    Mr. Don Keller Haycraft
    Mr. George W. Hicks Jr.
    Mr. James Andrew Langan
    Ms. Marsha L. Lyons
    Mr. Kerry J. Miller
    Mr. Aaron Lloyd Nielson
    Mr. Matthew Regan
    Mr. Robert Alan York