# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON, JR. |

RELEVANT TO: Case No. 2: 13-cv-6648-CJB-SS

| | |
|---|---|
| CAPITAL BANK, | CIVIL ACTION No. 2:13-cv-6648-CJB-JCW |
| Plaintiff, | SECTION: J |
| vs. | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC. | MAG. JUDGE WILKINSON, JR. |
| Defendant.<br>_____/ | |

## **PLAINTIFF'S NOTICE OF HAVING SERVED DOCUMENT PRODUCTION**

Plaintiff, CAPITAL BANK, by and through its undersigned attorneys, hereby gives notice of having served its document production records on counsel for Defendant, BP, pursuant to Pretrial Order No. 67 ("PTO 27, Rec. Doc. 25370) and the First Amendment to PTO 67 (Rec. Doc. 25509) entered in Case No. MDL 2179.

Dated this 12th day of April, 2019.

                                                             Respectfully submitted,

                                                             GrayRobinson, P.A.
                                                             333 SE 2nd Avenue, Suite 3200
                                                             Miami, Florida 33131
                                                             Phone: (305) 416-6880
                                                             Facsimile: (305) 416-6887

                                                             By: /s/ Gary M. Carman
                                                                   Gary M. Carman, Esq.
                                                                   Florida Bar No. 179490

CIVIL ACTION No. 2:13-cv-6648-CJB-JCW
RELEVANT TO: Case No. 2: 13-cv-6648-CJB-SS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing Verified Statement Regarding Causation and Damages (B1 Claims) Pursuant to PTO 65 has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and an additional copy was sent by email to Thomas A. Range, Esq., Akerman Senterfitt at tom.range@akerman.com on this 12th day of April 2019.

By: /s/ Gary M. Carman
Gary M. Carman, Esq.