IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| | * | JUDGE BARBIER |
| This Document relates to: | * | |
| *All Remaining Cases in Pleading Bundle "B1"* | * * | MAGISTRATE JUDGE WILKINSON |

**BP'S MOTION FOR LEAVE TO FILE SUBSTITUTE REPLY IN SUPPORT OF ITS DISPOSITIVE MOTION AS TO THE B1 CLAIMS OF MEXICAN PLAINTIFFS**

BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully request that the Court grant BP leave to file a substitute reply ("Substitute Reply") in support of BP's Dispositive Motion as to the B1 Claims of Mexican Plaintiffs (Rec. Doc. 25477) that conforms to the 10-page limit set by the Court in its Order re Amendment to Briefing Schedule (Rec. Doc. 25492).

BP's Reply in Support of its Dispositive Motion (Rec. Doc. 25570) ("BP's Reply"), filed on April 8, 2019, inadvertently exceeded the 10-page limit by one page. The Substitute Reply, attached hereto as **Exhibit A**, is substantially similar to BP's Reply, with certain omissions and minor line edits; the Substitute Reply contains no new points or arguments. A proposed order granting BP's motion for leave to file the Substitute Reply is attached hereto as **Exhibit B**.

WHEREFORE, BP respectfully moves this Court for an order granting BP's motion for leave to file the Substitute Reply and accepting the Substitute Reply as properly and timely filed.

April 12, 2019                                      Respectfully submitted,

                                                */s/ Don Haycraft*

Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Kristopher S. Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Christopher W. Keegan
Ashley Littlefield
Anna Terteryan
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of April, 2019.

                                                    */s/ Don Haycraft*
                                                    Don Haycraft