IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * | **MDL NO. 2179** |
| | | **SECTION J** |
| | | **JUDGE BARBIER** |
| **This Document relates to:** *All Remaining Cases in Pleading Bundle "B1"* | * * * | **MAGISTRATE JUDGE WILKINSON** |

## ORDER

Before the Court is BP's Motion for Leave to File Substitute Reply in Support of its Dispositive Motion as to the B1 Claims of Mexican Plaintiffs ("Motion for Leave to File Substitute Reply").

IT IS SO ORDERED that the Motion for Leave to File Substitute Reply is GRANTED.

IT IS FURTHER ORDERED that BP's Reply[1] shall be stricken from the record and the Substitute Reply entered instead and deemed timely and properly filed.

New Orleans, Louisiana this _____ day of April, 2019.

HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1] Capitalized terms not defined herein have the meanings set forth in BP's Motion for Leave to File Substitute Reply.