IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document relates to: *All Remaining Cases in Pleading Bundle "B1"* | * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Before the Court is BP's Motion for Leave to File Substitute Reply in Support of its Dispositive Motion as to the B1 Claims of Mexican Plaintiffs ("Motion for Leave to File Substitute Reply").

IT IS SO ORDERED that the Motion for Leave to File Substitute Reply is GRANTED. IT IS FURTHER ORDERED that BP's Reply (Rec. Doc. 25570) shall be stricken from the record and the Substitute Reply entered instead and deemed timely and properly filed.

New Orleans, Louisiana this 15th day of April, 2019.

_____
United States District Judge