IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | § § § § § | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates To:<br>Case No. 2:11-cv-03180<br>Case No. 2-16:cv-04082 | § § § | <br><br>MAG. JUDGE WILKINSON |

**CERTIFICATE OF FILING OF**
**SUBMISSION OF ODYSSEY SEAFOOD TRADING INC.**
**PURSUANT TO PRETRIAL ORDER NO. 67**
[CASE MANAGEMENT ORDER NO. 7 REGARDING REMAINING B1 CLAIMS]
AND
**FIRST AMENDMENT TO PRETRIAL ORDER NO. 67**

B1 Plaintiff, ODYSSEY SEAFOOD TRADING, INC., respectfully provides notice to the Court that Odyssey Seafood Trading, Inc., issued a submission in response to Pretrial Order No. 67. More specifically, pursuant to the First Amendment to Pretrial Order No. 67, Odyssey Seafood Trading, Inc., submitted responses to each of the four bullet points listed in Pretrial Order No. 67, along with responsive documents, directly to Frank Sramek of Kirkland & Ellis LLP, by electronic mail to pto67productions@kirkland.com, through a secure dropbox link, as instructed by Mr. Sramek.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for all relief to which Plaintiff may be entitled.

Respectfully submitted,

DABNEY & PAPPAS

By: /s/ Gus E. Pappas
    Gus E. Pappas (admitted PHV)
    1776 Yorktown, Suite 425
    Houston, Texas 77056
    (713) 621-2678   Telephone
    (713) 621-0074   Facsimile
    gus@dabneypappas.com

**CERTIFICATE OF SERVICE**

    I, Gus E. Pappas, counsel for the Plaintiff, do hereby certify that the above and foregoing Motion for Status Conference has been served on all counsel by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 15th day of April, 2019.

    /s/ Gus E. Pappas
    Gus E. Pappas