UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *ALL CASES* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court are BP's Motion for Entry of an Order Relating to the Disposal of Certain Materials (Rec. Doc. 25226) and BP's Notice of Filing of Supplementation of District Court Record (Rec. Doc. 25243). Also before the Court are:

- Nexsen Pruet, LLC and Douglas Schmidt, APLC's (collectively, "Nexsen Pruet") opposition (Rec. Doc. 25311)[1]
- Downs Law Group's opposition (Rec. Doc. 25360)
- BP's reply (Rec. Doc. 25499)
- Nexsen Pruet's Motion to Extend the Review Period of Objectors Set Forth in Pre-Trial Order 62 (Rec. Doc. 25510)
- Nexsen Pruet's sur-reply (Rec. Doc. 25511)
- Downs Law Group's sur-reply (Rec. Doc. 25512)[2]

Having considered the parties' arguments, the record, and the applicable law,

IT IS ORDERED that Nexsen Pruet's Motion to Extend the Review Period of Objectors Set Forth in Pre-Trial Order 62 (Rec. Doc. 25510) is DENIED.

---

[1] Stag Liuzza, LLC (Rec. Doc. 25357, 25367) and the Falcon Law Firm (25359) joined Nexsen Pruet's opposition.
[2] Nexsen Pruet's Motion to Extend the Review Period, Nexsen Pruet's sur-reply, and the Downs Law Group's sur-reply were deemed deficient by the Clerk's office because they did not comply with First Amended Pretrial Order No. 12. The Court has considered these filings despite the deficiency. Counsel shall comply with First Amended Pretrial Order No. 12 (Rec. Doc. 18627) in future filings in this MDL.

IT IS FURTHER ORDERED that BP's Motion (Rec. Doc. 25226, 25243) is GRANTED and that:

(1) Within 35 days of this Order, plaintiffs that have objected to BP's Motion may take custody of any samples BP seeks to dispose of that plaintiffs wish to preserve, with shipping and storage of such requested samples to be at the objecting plaintiffs' expnse;

(2) If within 35 days of this Order, plaintiffs do not elect to take custody of the samples as provided above, BP may dispose of the samples identified in its Motion at Exhibit A (Rec. Doc. 25226-2).

New Orleans, Louisiana, this 16th day of April, 2019.

_____
United States District Judge