# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates to:<br>2:13-cv-02400-CJB-JCW<br>Gulfport Green Housing, L.L.C. and Neighborhood Development Collaborative versus BP, plc; BP Exploration and Production, Inc., *et. al.* | MDL No. 2179<br><br>SECTION: "J" (1)<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

The Court having considered the Motion for Voluntary Dismissal With Prejudice [Doc. 25580] filed by plaintiffs, Gulfport Green Housing, L.L.C. and Neighborhood Development Collaborative, requesting that the Court dismiss with prejudice Case Number 2:13-cv-02400 due to a settlement reached;

**IT IS HEREBY ORDERED** that Case Number 2:13-cv-02400 filed by plaintiffs, Gulfport Green Housing, L.L.C. and Neighborhood Development Collaborative, be and the same is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs; and

**IT IS HEREBY FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the settlement reached by the parties if it should become necessary to do so.

New Orleans, Louisiana this 16th day of April, 2019.

_____
United States District Judge

Note to Clerk: File in 10-md-2179 and 13-2400.