UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 <br> SECTION: J(2) |
| **Applies to: 12-cv-968 and All BELO Cases** | * * | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

## ORDER
### [Regarding Plaintiffs' Signatures and Initials on Documents Attached to BELO CMO No. 1]

The BELO Cases Initial Proceedings Case Management Order requires plaintiffs in BELO cases to sign and initial a Plaintiff Profile Form and other documents authorizing the release of certain information. (Rec. Doc. 14099, amended by Rec. Doc. 24221). Regarding this requirement, and in light of the issues brought to the Court's attention in BELO Case No. 18-9200 (Jose Hernandez);[1]

IT IS ORDERED that in all BELO cases, cut-and-pasted, digital and/or electronic signatures and/or initials are ***not*** acceptable, whether on Plaintiff Profile Forms or authorizations. BELO plaintiffs must personally participate in preparing and reviewing their initial disclosures and must sign and initial the Plaintiff Profile Forms under penalty of perjury, and must further sign the authorizations for release of (i) Medical Records Information, (ii) Employment Records Information, (iii) Social Security Records Information, (iv) Social Security Earnings Information, and (v)

---

[1] *See* Order of April 16, 2019 in No. 18-9200; *see also* Transcript of Show Cause Hearing on April 9, 2019, Rec Doc. 25577 in No. 10-md-2179.

Records Provided to Deepwater Horizon Medical Benefits Claims Administrator, all in the form attached to the Plaintiff Profile Form and referenced in its Paragraph 54. For the avoidance of all doubt, this means that BELO plaintiffs must provide "wet ink" signatures and initials on their Plaintiff Profile Forms and authorizations. Failure to do so is grounds for dismissal of a BELO lawsuit.

IT IS FURTHER ORDERED that this Order will be docketed in the MDL master docket (10-md-2179) and posted to the Court's MDL 2179 website, http://www.laed.uscourts.gov/OilSpill/OilSpill.htm. BP shall email a copy of this Order to each law firm currently enrolled as counsel for a BELO plaintiff.

Additionally, the Court reminds all counsel, and in particular counsel representing BELO plaintiffs, that they are required by First Amended Pretrial Order No. 12 (Rec. Doc. 18627) to register for electronic service with File&Serve Xpress. Attorneys who fail to comply with First Amended Pretrial Order No. 12 will not receive service of documents filed in the MDL master docket.

New Orleans, Louisiana, this 16th day of April, 2019.

_____
United States District Judge