# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | | MDL 2179 |
| of Mexico, on April 20, 2010 | * | |
| | | SECTION: J(2) |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *No. 13-02026* | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

---

## ORDER

Before the Court is a Motion for Leave to File Under Seal Unredacted Memorandum in Support of Motion for Award of Attorneys' Fees and Accompanying Exhibits filed by counsel for Talen's Marine & Fuel, LLC ("Movant"). (Rec. Doc. 25568).

IT IS ORDERED that the Motion (Rec. Doc. 25568) is GRANTED.

IT IS FURTHER ORDERED that the Clerk is instructed to file Movant's Unredacted Memorandum In Support of Motion For Award of Attorneys' Fees and the accompanying Exhibits 1 through 10 UNDER SEAL as attachments to Movant's Motion for Award of Attorneys' Fees (Rec. Doc. 25567).

New Orleans, Louisiana, this 17th day of April, 2019.

_____
United States District Judge