UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *No. 13-02026* | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court is a Motion for Award of Attorneys' Fees ("Motion") filed by The Law Offices of A. Craig Eiland, PC ("Eiland"), which represents Talen's Marine & Fuel, LLC ("Talen"). (Rec. Doc. 25567). The Motion concerns a dispute between Eiland and Talen's prior attorney, Andry Lerner LLC ("Andry Lerner"), over the allocation of contingent fees generated from the settlement of Talen's claim. Pursuant to Pretrial Order No. 15 ("PTO 15," Rec. Doc. 676), the Motion is currently stayed and no response is due until the Court orders otherwise.

IT IS ORDERED that the Motion (Rec. Doc. 25567) is referred to mediation before Daniel J. Balhoff of Perry, Balhoff, Mengis & Burns, L.L.C., whom the Court appoints as mediator for this purpose. Eiland and Andry Lerner shall participate in the mediation, which shall occur within 90 days of the issuance of this Order.

The mediator's fee shall be $500.00 per hour. Eiland and Andry Lerner are each responsible for paying 50% of the mediator's fee, unless the parties agree to some other apportionment.

IT IS FURTHER ORDERED that the Court's Confidentiality Order (Rec. Doc. 21518), along with any other confidentiality order in this MDL, is partially lifted for purposes of the mediation.

IT IS FURTHER ORDERED that Eiland shall immediately provide to Andry Lerner a copy of this Order and the Motion, including all sealed attachments to the Motion.

IT IS FURTHER ORDERED that, except as set forth herein, the stay of the Motion imposed by PTO 15 remains in place and Andry Lerner is <u>not</u> required to file a response in the Court's record at this time.[1]

Finally, the Court reminds Eiland and Andry Lerner that they are required by First Amended Pretrial Order No. 12 (Rec. Doc. 18627) to register with File&Serve Xpress to receive electronic service. Attorneys who fail to comply will not receive service of documents filed in the MDL master docket.

New Orleans, Louisiana, this 17th day of April, 2019.

_____
United States District Judge

---

[1] To be clear, the mediator may require Andry Lerner to submit a response for purposes of the mediation. Such a response would not be filed with the Court, however.