IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 |
| | § | SECTION: J |
| *This document relates to: All Remaining Cases in Pleading Bundle "B1"* | § § § | JUDGE BARBIER |
| | § § | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the Halliburton Energy Services, Inc.'s *Ex Parte* Motion to Join in and Adopt the Arguments Made in BP's Reply In Support of its Dispositive Motion as to the B1 Claims of Mexican Plaintiffs (Rec. Doc. 25591), the Court finds that the *Ex Parte* Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

New Orleans, Louisiana this 23rd day of April, 2019.

_____
United States District Judge