"Certification of Funds in the Registry"

PRINCIPAL: $111,495.10

Financial Deputy: MBL  Date: 2/26/19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| This Document Relates to: | * | HONORABLE CARL J. BARBIER |
| All Cases | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * *

**ORDER AUTHORIZING CLERK OF COURT TO DISBURSE FUNDS TO WAITE SCHNEIDER BAYLESS & CHESLEY CO., LPA**

This matter is before the Court on the Motion of Waite Schneider Bayless & Chesley Co., LPA ("WSBC") for the entry of an Order authorizing the Clerk of Courts to disburse to WSBC $111,495.10 currently held in the registry of this Court for WSBC's benefit (Doc. 24228).

The Court has confirmed that the Motion and proposed Order were submitted to the Clerk of Courts as required by Local Rule 67.3, and the Clerk of Courts has certified that the proposed Order complies with the applicable Local Rules.

Accordingly, for good cause shown, the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $111,495.10 plus all interest earned, less the assessment fee for the administration of funds, payable to Waite Schneider Bayless & Chesley Co., LPA, and mail or deliver the check to WSBC's counsel at the following address:  Donald J. Rafferty, Cohen Todd Kite & Stanford, LLC, 250 East Fifth Street, Suite 2350, Cincinnati, Ohio 45202.

IT IS SO ORDERED.  New Orleans, Louisiana this 25th day of April, 2019.

_____
United States District Judge