**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179**

**SECTION: J**

**JUDGE BARBIER**

**Applies to: 12-cv-968: BELO**

**MAGISTRATE JUDGE WILKINSON**

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 18-10379 | 18-09832 | 18-10311 | 18-14187 | 18-14281 | 19-00221 |
| 18-09497 | 18-09884 | 18-10328 | 18-14188 | 18-14283 | 19-00222 |
| 18-09522 | 18-09889 | 18-10329 | 18-14189 | 18-14290 | 19-00225 |
| 18-09531 | 18-09933 | 18-10334 | 18-14190 | 18-14292 | 19-00227 |
| 18-09532 | 18-09934 | 18-10382 | 18-14191 | 18-14321 | 19-00228 |
| 18-09568 | 18-09935 | 18-10405 | 18-14192 | 19-00009 | 19-00230 |
| 18-09571 | 18-09936 | 18-10423 | 18-14193 | 19-00035 | 19-00232 |
| 18-09576 | 18-09939 | 18-10425 | 18-14194 | 19-00038 | 19-00235 |
| 18-09609 | 18-09942 | 18-10427 | 18-14195 | 19-00039 | 19-00238 |
| 18-09611 | 18-09944 | 18-10505 | 18-14196 | 19-00040 | 19-00239 |
| 18-09613 | 18-09948 | 18-10507 | 18-14197 | 19-00042 | 19-00240 |
| 18-09618 | 18-09949 | 18-10512 | 18-14207 | 19-00100 | 19-00241 |
| 18-09623 | 18-09952 | 18-10649 | 18-14216 | 19-00149 | 19-00242 |
| 18-09648 | 18-09955 | 18-10650 | 18-14217 | 19-00151 | 19-00243 |
| 18-09658 | 18-09961 | 18-10669 | 18-14218 | 19-00152 | 19-00246 |
| 18-09659 | 18-09998 | 18-10830 | 18-14219 | 19-00157 | 19-00248 |
| 18-09662 | 18-10002 | 18-10926 | 18-14220 | 19-00160 | 19-00264 |
| 18-09663 | 18-10008 | 18-10991 | 18-14221 | 19-00188 | 19-00389 |
| 18-09666 | 18-10010 | 18-10993 | 18-14222 | 19-00192 | 19-00391 |
| 18-09668 | 18-10011 | 18-12180 | 18-14224 | 19-00194 | 19-00393 |
| 18-09670 | 18-10012 | 18-12299 | 18-14225 | 19-00195 | 19-00394 |
| 18-09672 | 18-10013 | 18-12543 | 18-14227 | 19-00196 | 19-00395 |
| 18-09674 | 18-10016 | 18-12687 | 18-14228 | 19-00197 | 19-00396 |
| 18-09705 | 18-10018 | 18-12693 | 18-14229 | 19-00198 | 19-00397 |
| 18-09706 | 18-10177 | 18-13507 | 18-14230 | 19-00205 | 19-00399 |
| 18-09715 | 18-10179 | 18-13791 | 18-14231 | 19-00206 | 19-00405 |
| 18-09720 | 18-10186 | 18-14055 | 18-14234 | 19-00207 | 19-00408 |

| | | | | | |
|---|---|---|---|---|---|
| 18-09724 | 18-10188 | 18-14155 | 18-14235 | 19-00209 | 19-00413 |
| 18-09757 | 18-10192 | 18-14160 | 18-14236 | 19-00212 | 19-00434 |
| 18-09762 | 18-10196 | 18-14182 | 18-14253 | 19-00213 | 19-00463 |
| 18-09777 | 18-10198 | 18-14183 | 18-14254 | 19-00214 | 19-00465 |
| 18-09779 | 18-10239 | 18-14184 | 18-14255 | 19-00215 | 19-00468 |
| 18-09783 | 18-10304 | 18-14185 | 18-14256 | 19-00218 | 19-00560 |
| 18-09789 | 18-10308 | 18-14186 | 18-14261 | 19-00219 | 19-00567 |

**THE BP PARTIES' MAY 1, 2019 STATUS REPORT PURSUANT TO BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2**

Pursuant to the Court's BELO Cases Initial Proceedings Case Management Order No. 2 ("CMO No. 2") (Rec. Doc. 25486), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on April 25, 2019. This report includes plaintiffs whose initial disclosures were due through Wednesday, April 24, and reflects the status of initial disclosures received as of 5:00 PM Eastern Time on Tuesday, April 30.[1]

[1] The BP Parties' April 1, 2019 Status Report identified 548 plaintiffs with missing or deficient disclosures (Category I). The deadline for those 548 plaintiffs to cure their deficiencies is May 1, 2019. *See* Order, Rec. Doc. 25566, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, Case No. 2:10-md-02179 (Apr. 4, 2019). Thus, those 548 lawsuits are not yet ripe to be included on this month's status report, and the status of those plaintiffs' initial disclosures will be included in the June 1, 2019 Status Report. (The BP Parties note that only a handful of the 548 deficient disclosures have been cured as of the date of this status report, while other cases that appeared on Category I of the April 1, 2019 status report have been dismissed.)

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category 1.A Plaintiffs | Category 1.B Plaintiffs | Category 2 Plaintiffs |
|---|---|---|---|---|
| The Nations Law Firm | 133 | 37 | 21 | 75 |
| The Downs Law Group | 58 | 51 | 7 | 0 |
| Falcon Law Firm; Lindsay & Lindsay P.A. | 6 | 2 | 3 | 1 |
| Amaro Law Firm | 7 | 1 | 6 | 0 |
| **Total** | **204** | **91** | **37** | **76** |

## I. Category I Plaintiffs – Plaintiffs with Missing or Deficient Initial Disclosures

### A. Plaintiffs With Missing Initial Disclosures

Pursuant to Section 2(B) of CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 18-14182 | Sayles, Walter Lee, III | The Nations Law Firm |
| 2. | 18-14183 | Smith, Rashaan Roland | The Nations Law Firm |
| 3. | 18-14184 | Harris, Stephanie Nicole | The Nations Law Firm |
| 4. | 18-14185 | Johns, Lewis Dwayne | The Nations Law Firm |
| 5. | 18-14186 | King, David Lincoln | The Nations Law Firm |
| 6. | 18-14187 | Koenig, Jeremy Jason | The Nations Law Firm |
| 7. | 18-14188 | Lampe, Shirley Ann | The Nations Law Firm |
| 8. | 18-14189 | McCovery, Ervin Alfred | The Nations Law Firm |
| 9. | 18-14190 | Stephenson, Tammy Andrew | The Nations Law Firm |
| 10. | 18-14191 | Walker, Katheryn Louise | The Nations Law Firm |
| 11. | 18-14192 | Watson, Loretta Renee | The Nations Law Firm |
| 12. | 18-14193 | Wiggerfall, Antwon Mikel | The Nations Law Firm |
| 13. | 18-14194 | Williams, Reginald Devane | The Nations Law Firm |
| 14. | 18-14195 | Wilson, Tamekia Sharmalle | The Nations Law Firm |
| 15. | 18-14196 | Yelding, Alvin Lavurne | The Nations Law Firm |
| 16. | 18-14197 | Zirlott, Joey Lynn | The Nations Law Firm |
| 17. | 18-14216 | Alexander, Brandon James | The Nations Law Firm |
| 18. | 18-14217 | Anderson, Darrell Ray | The Nations Law Firm |
| 19. | 18-14218 | Blanchard, Joby Michael | The Nations Law Firm |
| 20. | 18-14219 | Jones, Joki Deon | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 21. | 18-14220 | Kelly, Erika Green | The Nations Law Firm |
| 22. | 18-14222 | Krivijanick, Audie Santoluquid | The Nations Law Firm |
| 23. | 18-14224 | Slater, Kimaya Deshay | The Nations Law Firm |
| 24. | 18-14225 | Tait, David Dermayn | The Nations Law Firm |
| 25. | 18-14227 | Thomas, Willie Jr. | The Nations Law Firm |
| 26. | 18-14228 | Tietsort, Chad Allen | The Nations Law Firm |
| 27. | 18-14229 | Tran, Robert Sen | The Nations Law Firm |
| 28. | 18-14230 | Walker, Dequita Lavelle | The Nations Law Firm |
| 29. | 18-14231 | Watson, Michelle Marie | The Nations Law Firm |
| 30. | 18-14234 | Wilson, Lamont Nicklaus | The Nations Law Firm |
| 31. | 18-14235 | Dao, Sen Thi Mai | The Nations Law Firm |
| 32. | 18-14253 | Leboeuf, Dena Melann | The Nations Law Firm |
| 33. | 18-14254 | Lilly, Patrick Anthony | The Nations Law Firm |
| 34. | 18-14255 | McBeath, Jawaski Rapheal | The Nations Law Firm |
| 35. | 18-14256 | McGhee, James Nathan Jr. | The Nations Law Firm |
| 36. | 18-14261 | Le, Thao D. | The Nations Law Firm |
| 37. | 18-14290 | Johnson, Margaret | The Downs Law Group |
| 38. | 18-14292 | Armstrong, Elsie Francine | The Downs Law Group |
| 39. | 18-14321 | Koenig, Jeremy Jason Sr. | The Nations Law Firm |
| 40. | 19-00035 | Massey, James Benjamin | The Downs Law Group |
| 41. | 19-00038 | Calzado-Mojica, Teofilo | The Downs Law Group |
| 42. | 19-00040 | Calderon, Miguel | The Downs Law Group |
| 43. | 19-00100 | Banegas Contreras, Henry | The Downs Law Group |
| 44. | 19-00149 | Garriga, Jerry Leo Sr. | The Downs Law Group |
| 45. | 19-00151 | Revels, Donna | The Downs Law Group |
| 46. | 19-00152 | King, Courtney Ray | The Downs Law Group |
| 47. | 19-00188 | Groupierre, Doris | The Downs Law Group |
| 48. | 19-00192 | Garcia-Baquedano, Santos Javier | The Downs Law Group |
| 49. | 19-00194 | Mercado, Dionicio | The Downs Law Group |
| 50. | 19-00195 | Fernandez-Diaz, Lisandro | The Downs Law Group |
| 51. | 19-00196 | De La Rosa, Roselito Santos | The Downs Law Group |
| 52. | 19-00197 | Valle, Simon Vladimir | The Downs Law Group |
| 53. | 19-00198 | Creamer, Jonathan Ray | The Downs Law Group |
| 54. | 19-00205 | Machet, Carlos Silvio | The Downs Law Group |
| 55. | 19-00206 | Ladnier, Deanna | The Downs Law Group |
| 56. | 19-00207 | Acosta, Emiliano Rosario | The Downs Law Group |
| 57. | 19-00209 | Simmons, Reginald | The Downs Law Group |
| 58. | 19-00212 | French, Jimmie Jr. | The Downs Law Group |
| 59. | 19-00213 | Henriquez, Ricardo | The Downs Law Group |
| 60. | 19-00214 | Morales-Rodriguez, Giobert | The Downs Law Group |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 61. | 19-00218 | Hernandez, Rubi Elizabeth | The Downs Law Group |
| 62. | 19-00219 | Franklin, Dalreco Rashard | The Downs Law Group |
| 63. | 19-00221 | Almendarez, Reyna | The Downs Law Group |
| 64. | 19-00222 | Rodriguez, Cesar Danilo | The Downs Law Group |
| 65. | 19-00227 | Tellez-Mejia, Norlan Antonio | The Downs Law Group |
| 66. | 19-00228 | Frye, Jack E. | The Downs Law Group |
| 67. | 19-00230 | Washington, Larry O. | The Downs Law Group |
| 68. | 19-00232 | Bennett, Johnny Lee | The Downs Law Group |
| 69. | 19-00235 | Donaire, Roberto Carlos | The Downs Law Group |
| 70. | 19-00240 | Gonzalez Lopez, Mario Rene | The Downs Law Group |
| 71. | 19-00242 | Castro, Edwin Javier | The Downs Law Group |
| 72. | 19-00243 | Rofidal, Kevin | The Downs Law Group |
| 73. | 19-00246 | Keal, Sokhorn | Falcon Law Firm; Lindsay & Lindsay P.A. |
| 74. | 19-00248 | Knight, Deloree A. | Falcon Law Firm; Lindsay & Lindsay P.A. |
| 75. | 19-00264 | Vargas, Arturo | Amaro Law Firm |
| 76. | 19-00389 | Valadez, Luis Alberto | The Downs Law Group |
| 77. | 19-00391 | Casana Aberdeen, Deonnie W. | The Downs Law Group |
| 78. | 19-00393 | Arnette, Bobbie Sue | The Downs Law Group |
| 79. | 19-00394 | Marte, Deyanira | The Downs Law Group |
| 80. | 19-00395 | Martinez, Yudel | The Downs Law Group |
| 81. | 19-00396 | Malagon Cabrera, Armando | The Downs Law Group |
| 82. | 19-00397 | Hernandez Lozano, Sergio Jose | The Downs Law Group |
| 83. | 19-00399 | Tufts, Owen Jules Jr. | The Downs Law Group |
| 84. | 19-00405 | Sims, Duane | The Downs Law Group |
| 85. | 19-00408 | Molina Perez, Monica Beatriz | The Downs Law Group |
| 86. | 19-00413 | Cain, Norwood Dale, Sr. | The Downs Law Group |
| 87. | 19-00463 | McCarron, Raymond Anthony | The Downs Law Group |
| 88. | 19-00465 | Griffin, Nathaniel | The Downs Law Group |
| 89. | 19-00468 | Collins, Dorothy C. (On behalf of David Collins) | The Downs Law Group |
| 90. | 19-00560 | Gomez, Juan Carlos | The Downs Law Group |
| 91. | 19-00567 | Villeda, Francisco Fuentes | The Downs Law Group |

**B. Plaintiffs With Deficient Initial Disclosures**

Pursuant to Section 2(C) of CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided deficient or incomplete initial disclosures.

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 18-10379 | Dufrene, Brandon Michael[2] | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 2. | 18-10505 | Carden, Paul Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 3. | 18-10507 | Davis, Steven Brian | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 4. | 18-10512 | Hope, Avery Chance | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 5. | 18-10649 | Franklin, Juel B. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 6. | 18-10650 | Ervin, Selina Marie | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 7. | 18-10669 | Brooks, Tommy Lee | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 8. | 18-10830 | Howard, Leon Dwayne | The Nations Law Firm | Missing signed PPF and authorizations |
| 9. | 18-10926 | Mosley, Broderick Ano | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 10. | 18-10991 | Black, Charles Leonard | The Nations Law Firm | Missing signed PPF and authorizations |
| 11. | 18-10993 | Black, Margaret Katherine Nees | The Nations Law Firm | Missing signed PPF and authorizations |

[2] The BP Parties filed a motion to compel Mr. Dufrene's production on February 13, 2019, but no order was entered on this motion. *See Brandon Michael Dufrene v. BP Exploration & Production, Inc.*, *et al.*, Case No. 18-10379. The BP Parties therefore include Mr. Dufrene on Category I because he was not previously ordered by the Court to provide complete disclosures.

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 12. | 18-12180 | Balkcom, James Ellis Jr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 13. | 18-12299 | Brito, Julio Cesar | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 14. | 18-12543 | Pollard, Randy Terrence | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 15. | 18-12687 | Hill, David Lamont | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 16. | 18-12693 | Richardson, Kenneth Wayne | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 17. | 18-13507 | Morgan, Percy Lamar | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 18. | 18-13791 | Allen, Terry Wayne Jr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 19. | 18-14055 | Broadnax, Sharon Denise | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 20. | 18-14155 | Hobbs, Glennis Joseph | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 21. | 18-14160 | Kimbrough, Charles Anthoney | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 22. | 18-14207 | Hinton, Kevin | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 23. | 18-14221 | King, Michelle Diane | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 24. | 18-14236 | Rodriguez, Patricia | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |
| 25. | 18-14281 | Santana-Iglesias, Juan Carlos | The Downs Law Group | Missing signed PPF and authorizations |
| 26. | 18-14283 | Romero, Leonel | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 27. | 19-00009 | Paglia, Albert | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 28. | 19-00039 | Batista Pupo, Isidoro Luis | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 29. | 19-00042 | Curry, Zachery | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 30. | 19-00157 | Silva, Jaime | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |
| 31. | 19-00160 | Tafoya, Juan E. | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |
| 32. | 19-00215 | Derosier, Edes | The Downs Law Group | Missing signed PPF and authorizations |
| 33. | 19-00225 | Padilla, Rene Rodriguez | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 34. | 19-00238 | McKinney, Charles R. | Falcon Law Firm; Lindsay & Lindsay P.A. | Failure to provide proof that signatory is authorized representative. |
| 35. | 19-00239 | Minchew, Lenuard R. | Falcon Law Firm; Lindsay & Lindsay P.A. | Missing signed authorization for release of Social Security records. |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 36. | 19-00241 | Brooke Parizo on behalf of decedent, Robert Parizo | Falcon Law Firm; Lindsay & Lindsay P.A. | Failure to provide proof that signatory is authorized representative. |
| 37. | 19-00434 | Deburr, Anthony | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |

## II. Category II Plaintiffs – Plaintiffs with Missing or Deficient Initial Disclosures Subject to an Order Requiring Full and Complete Disclosures

Pursuant to Section 2(D) of CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have failed to provide full and complete disclosures after having been ordered to do so. Plaintiffs who were ordered to provide full and complete disclosures before April 25, 2019 (the deadline for the BP Parties to serve a draft of this report by email on counsel for all plaintiffs whose cases are listed herein) are certain plaintiffs: (1) whose motions for a continuance were granted by the Court, but who failed to provide full and complete disclosures by the continued deadline; or (2) who were subject to the BP Parties' motions to compel and were ordered to provide full and complete disclosures by March 29, 2019, but failed to do so.[3] The plaintiffs listed below have *not* provided full and complete disclosures by the dates established by the Court.

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 18-09497 | Ty, Ry C.[4] | Falcon Law Firm; Lindsay & Lindsay P.A. | No Production |

---

[3] *See, e.g.*, Order, Rec. Doc. 12, *Rodney Louis Boudreaux, Jr. v. BP Exploration & Production, Inc.*, *et al.*, Case No. 18-9522 (Feb. 28, 2019).

[4] Order, Rec. Doc. 12, *Ry C. Ty v. BP Exploration & Production, Inc.*, *et al.*, Case No. 18-9497 (Mar. 4, 2019) (ordering plaintiff to provide disclosures by April 3, 2019).

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 2. | 18-09522 | Boudreaux, Jr., Rodney Louis | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 3. | 18-09531 | Williams IV, Joseph Alexander | The Nations Law Firm | Missing signed PPF and authorizations |
| 4. | 18-09532 | Wilson Jr., Bruce Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 5. | 18-09568 | Guillot, Darren Douglas | The Nations Law Firm | Missing signed PPF and authorizations |
| 6. | 18-09571 | Guillot, Terry John | The Nations Law Firm | Missing signed PPF and authorizations |
| 7. | 18-09576 | Havard, Joel | The Nations Law Firm | Missing signed PPF and authorizations |
| 8. | 18-09609 | Lucas, Cody Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 9. | 18-09611 | Luxich, Glenn Patrick | The Nations Law Firm | Missing signed PPF and authorizations |
| 10. | 18-09613 | Mitchell, Blake Anthony | The Nations Law Firm | No Production |
| 11. | 18-09618 | Reynolds, Nicholas Charles Edward | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; missing signed authorization for release of Social Security records |
| 12. | 18-09623 | Melerine, Joshua Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 13. | 18-09648 | Nixon, Rosemary Smith | The Nations Law Firm | Missing signed PPF and authorizations |
| 14. | 18-09658 | Cannon, Clifford Shane | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 15. | 18-09659 | Chagnard Jr., Oswald Aliwishes | The Nations Law Firm | Missing signed PPF and authorizations |
| 16. | 18-09662 | Demolle Jr., Warren | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| | | | | signature and/or initials copied and pasted |
| 17. | 18-09663 | Duckworth, Ricky Fernando | The Nations Law Firm | Missing signed PPF and authorizations |
| 18. | 18-09666 | Gause, Ryan Stephen | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 19. | 18-09668 | Grant III, Charles Lindsey | The Nations Law Firm | Missing signed PPF and authorizations; purportedly cured PPF included only 3 pages |
| 20. | 18-09670 | Jennings, Peter Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 21. | 18-09672 | Moreau, Michael Douglas | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 22. | 18-09674 | Pough, Pierre Donta | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 23. | 18-09705 | Bradberry, Joel Dean | The Nations Law Firm | Missing signed PPF and authorizations |
| 24. | 18-09706 | Finklea, James Allen | The Nations Law Firm | Missing signed PPF and authorizations |
| 25. | 18-09715 | Lopez, Frank Paul | The Nations Law Firm | Missing signed PPF and authorizations |
| 26. | 18-09720 | Livaudais Jr., Ronald Jude | The Nations Law Firm | Missing signed PPF and authorizations |
| 27. | 18-09724 | Ryan, Ronnie Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 28. | 18-09757 | Adams, Carl Raven | The Nations Law Firm | Missing signed PPF and authorizations |
| 29. | 18-09762 | Guntner, Sean Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 30. | 18-09777 | Santiny, Patrick James | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 31. | 18-09779 | Sherman, Brian James | The Nations Law Firm | Missing signed PPF and authorizations |
| 32. | 18-09783 | Vo, Nhiem Huyen | The Nations Law Firm | PPF lacks initials; missing signed authorization for release of records provided to Medical Benefits Claims Administrator; missing signed authorization for release of employment records; missing signed authorization for release of Social Security records |
| 33. | 18-09789 | White, Tyrone Troy | The Nations Law Firm | Missing signed PPF and authorizations |
| 34. | 18-09832 | McGhee, Terry Lynn | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 35. | 18-09884 | Payne Jr, Dickey Ray | The Nations Law Firm | Missing signed PPF and authorizations |
| 36. | 18-09889 | Platt, Cornell Qu-Ain | The Nations Law Firm | Missing signed PPF and authorizations |
| 37. | 18-09933 | Gagneaux, Jason Michael | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 38. | 18-09934 | Gary, Fabion Duran | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 39. | 18-09935 | Hubbard, Astin Marquis | The Nations Law Firm | Missing signed PPF and authorizations |
| 40. | 18-09936 | Jacob, Bradley Eugene | The Nations Law Firm | Missing signed PPF and authorizations |
| 41. | 18-09939 | Keys, Kevin Jermaine | The Nations Law Firm | Missing signed PPF and authorizations |
| 42. | 18-09942 | Mills, Danuell | The Nations Law Firm | Missing signed PPF and authorizations |
| 43. | 18-09944 | Morgan, David Scott | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 44. | 18-09948 | Verrett, Nollie Paul | The Nations Law Firm | Missing signed PPF and authorizations |
| 45. | 18-09949 | Nguyen, Thao Thi | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| | | | | signature and/or initials copied and pasted |
| 46. | 18-09952 | Adams, Desmond Dwayne | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 47. | 18-09955 | Barlup, Ronald Keith | The Nations Law Firm | Missing signed PPF and authorizations |
| 48. | 18-09961 | Clofer, Carnell | The Nations Law Firm | Missing signed PPF and authorizations |
| 49. | 18-09998 | Bergeron, Eileen G. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 50. | 18-10002 | Bradberry, David Troy | The Nations Law Firm | Missing signed PPF and authorizations |
| 51. | 18-10008 | Graham, Shanterrica Nicole | The Nations Law Firm | Missing signed PPF and authorizations |
| 52. | 18-10010 | Guy, Jody James | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 53. | 18-10011 | Hamilton, James Steven | The Nations Law Firm | Missing signed PPF and authorizations |
| 54. | 18-10012 | Havard, Charlie Lee | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 55. | 18-10013 | Lee, Chris Anthony | The Nations Law Firm | Missing signed PPF and authorizations |
| 56. | 18-10016 | Marshall, Richard Cassanova | The Nations Law Firm | Missing signed PPF and authorizations |
| 57. | 18-10018 | McDaniel, Johnathan Cameron | The Nations Law Firm | Missing signed PPF and authorizations |
| 58. | 18-10177 | Alfonso, Brad P. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 59. | 18-10179 | Dunn, Felix Charles | The Nations Law Firm | Missing signed PPF and authorizations |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 60. | 18-10186 | Reed, Simmie Rischard | The Nations Law Firm | Missing signed PPF and authorizations |
| 61. | 18-10188 | Reeves, Tajesha Vonsha | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 62. | 18-10192 | Rodriguez, Ramon | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 63. | 18-10196 | Safford, Marshay Latrease | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 64. | 18-10198 | Sebold, Steven Kyle | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 65. | 18-10239 | Squarsich, Paulene Ann | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 66. | 18-10304 | Alfonso, Christopher Martin | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 67. | 18-10308 | Boudreaux, Gregory Todd | The Nations Law Firm | Missing signed PPF and authorizations |
| 68. | 18-10311 | Briones, Saul | The Nations Law Firm | Missing signed PPF and authorizations |
| 69. | 18-10328 | Fernandez, Anisor Marie Raenette | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 70. | 18-10329 | Gagliano, Salvadore Vincent | The Nations Law Firm | Missing signed PPF and authorizations |
| 71. | 18-10334 | Ounarom, Peter P. | The Nations Law Firm | Missing signed PPF and authorizations |
| 72. | 18-10382 | Gamble Jr., Deondra Thiland | The Nations Law Firm | Missing signed PPF and authorizations |
| 73. | 18-10405 | Martin, Dwayne Folondo | The Nations Law Firm | Missing signed PPF and authorizations |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 74. | 18-10423 | Boyd, Tracy Alcardo | The Nations Law Firm | Missing signed PPF and authorizations |
| 75. | 18-10425 | Gregory, Brett | The Nations Law Firm | Missing signed PPF and authorizations |
| 76. | 18-10427 | Hamilton, Connie Marie | The Nations Law Firm | Missing signed PPF and authorizations |

May 1, 2019

Respectfully submitted,

*/s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

*/s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

*/s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & T
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

*/s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of May 2019. This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ Don K. Haycraft*
Don K. Haycraft