**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179** <br><br> **SECTION "J"** |
| **This Document Relates To:** <br> *No. 15-4143, 15-4146 & 15-4654* | **Judge Barbier** <br><br> **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

**REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR**

| STATUS REPORT NO. | 14 | DATE | MAY 1, 2019 |
|---|---|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:**    **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** <br><br> **SECTION "J"** |
| **This Document Relates To:** <br> *No. 15-4143, 15-4146 & 15-4654* | **Judge Carl Barbier** <br><br> **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

## STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR STATUS REPORT NO. 14 FILED MAY 1, 2019

The Old and New Class Claims Administrator (the "Claims Administrator") for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements") submits this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

       **I.**    **STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS**

    **A.**  **Overview**

**Old Class**

The process of distributing the remaining Old Class Settlements Fund has continued since the last quarterly report.

**New Class**

The Settlements Program has continued to work on validating certain complex data sets necessary to complete the New Class Claims Administrator's Motion for Distribution (the "Motion"), which will move the Court for approval to distribute New Class funds to eligible claims for Personal Property claims including Vessel Physical Damage, Coastal Real Property - Personal Property Damage, Wetlands Real Property - Personal Property Damage, and Personal Property Damage in Excess of $500; Charterboat claims for Operators and Charterboat Crew; Loss of Subsistence claims; and Commercial Fisherman claim types including Menhaden, Shrimp, Oyster, Finfish, Blue Crab and Other Seafood, Individual Fishing Quota, and Seafood Crew. Additional review of the remaining claim types of Coastal Real Property, Wetlands Real Property, Oyster Leaseholder, and Real Property Sales (the "Real Property" claim types) has continued, and the Settlements Program is working on issuing final rounds of notice letters in the near term.

### B. Claims Process

**Old Class**

As was previously discussed, payments requiring manual validation or that lacked the requisite information to properly distribute the funds were not included in the initial distribution on December 17, 2018. Since that time distributions have continued to occur approximately every four weeks since the supplemental distribution on January 22, 2019, that was discussed in Quarterly Report 13. Since that time over $30 million in additional distributions have been initiated, leaving less than $50 million in funds yet to be distributed for non-Reserve claims.

The remaining issues outstanding continue to relate to missing/invalid Forms W-9, unconfirmed liens, bankruptcy court orders still in process, missing/invalid addresses, or unconfirmed alternate payee requests for decedents and dissolved businesses. Court-Approved Procedures 3 and 4 directly addressed some of these outstanding issues and have been implemented since the Court granted its approval on March 6, 2019 [Rec. Doc. 25472] with the issuance of notice letters relating to thousands of claims falling into these categories over the past several weeks. The Settlements Program will also move forward with payment of claims with outstanding W-9s less the 24% backup withholding amount to the IRS as previously approved by the Court for all claimants from which there has been no response to date.

**New Class**

Claim processing has been divided between the following areas of review:

3

(a) Completion of review for appeals related to Personal Property claims including Vessel Physical Damage, Coastal Real Property - Personal Property Damage, Wetlands Real Property - Personal Property Damage, and Personal Property Damage in Excess of $500; Charterboat claims for Operator and Charterboat Crew; Loss of Subsistence claims; and Commercial Fisherman claim types including Menhaden, Shrimp, Oyster, Finfish, Blue Crab and Other Seafood, Individual Fishing Quota, and Seafood Crew (collectively, the "New Class Distribution A Claims");

(b) Completing final data reviews, making necessary data adjustments, pro rata calculations, quality control, and revisions necessary to compile data for the Motion to approve New Class Distribution A; and

(c) Further mapping reviews and deficiency processing for Coastal Real Property, Wetlands Real Property, Oyster Leaseholder, and Real Property Sales (the "Real Property" claim types).

While concurrently handling the follow up on the Old Class distribution and carrying revisions from that data set over to the New Class data set, the Settlements Program has been conducting various quality control reviews to ensure the consistency of treatment for all claims in the New Class Distribution A scope including additional duplicate claim reviews, pro rata calculation validations, status updates based on finalized New Class Claims Reconciliation follow up correspondence, and adjustments to the treatment of claims for FWA/clawback proceedings between the Old and New Class data sets.  The data is very near completion and will be compiled and provided to the Court in the Motion later in May 2019.

The Claims Administrator made determinations on over 300 claims in April 2019 and letters to claimants and/or counsel are in process.

Chief Magistrate Judge Wilkinson has received no additional Court review requests since the last quarterly report, and he has no pending appeals at this time.

Primarily, the Wetlands Real Property and Coastal Real Property claims that remain in GIS mapping and zone determination at this time were filed by governmental/municipal claimants, but as deficiencies are cured other properties are also submitted for mapping determinations.  The Settlements Program is currently finalizing determination letters for the majority of the Real Property claim types that have mapping completed.

**Determinations and Distribution**

The Claims Administrator will continue to oversee the completion of the Old Class distribution until all claims have been paid pursuant to the Court-approved Old Class Distribution Model and the Court's Order approving the distribution.

The New Class Distribution A timeline has been affected by updates that were made during the Old Class distribution, specifically receipt of many additional taxpayer identification numbers. That said, the additional information allows the Settlements Program to achieve greater accuracy in its calculations and this will benefit the Class as a whole. In May 2019, the Claims Administrator anticipates he will be filing the Motion to request approval to distribute along with a proposed order for consideration by the Court.

Both the Old Class and New Class distributions are subject to a reserve for DHEPDS claims that are potentially eligible to participate, but did not have final determinations as of July 9, 2018. Funds will be reserved for future administrative costs for both classes, including potential litigation expenses for the New Class as well.

New Class Distribution B for Real Property claims is more likely to occur in late summer 2019, pending final approval by the Court, as progress continues to be made on finalizing claims.

## II.   CONCLUSION

The Claims Administrator respectfully submits this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information, the Claims Administrator is prepared to provide further details at the Court's request.

                                        /s/ Patrick A. Juneau
                                        PATRICK A. JUNEAU
                                        OLD & NEW CLASS CLAIMS ADMINISTRATOR