UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *No. 17-cv-06800, Michael Dean* | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

The "PTO 66 Compliance Order" stated in pertinent part:

    Michael Dean (17-cv-06800) filed suit asserting B3-type claims in Florida state court on May 15, 2017. Dean's case was removed and then transferred to this Court on July 26, 2017. As far as the Court is aware, Dean did not assert a B3 claim in this Court until after the PTO 63 Compliance Order issued on July 18, 2017. Dean appears to have complied with PTO 66, but has not complied with PTO 63. The Court will deem Dean conditionally compliant with PTO 66. Within 21 days of the issuance of this Order, Dean shall complete, sign, and file the PTO 63 Sworn Statement (Rec. Doc. 22295-1) in the individual docket for his case and simultaneously file a notice of compliance in the master docket. If Dean complies, the Court will grant his Motion to Correct Clerical Error (Rec. Doc. 24952) and re-open his case (which was closed by the Order of September 6, 2018, Rec. Doc. 24814). If Dean fails to comply, BP shall file a notice of non-compliance in the master docket and the Court will take appropriate action.

(Rec. Doc. 25356 at 16-17 (footnotes and emphasis omitted). Michael Dean has complied with the Court's instruction. (*See* Notice of Compliance, Rec. Doc. 25408; PTO 63 Sworn Statement, Rec. Doc. 14 in 17-cv-06800). Accordingly,

    IT IS ORDERED that Michael Dean's Motion to Correct Clerical Error (Rec. Doc. 24952) is GRANTED and civil action no. 17-cv-06800 is RE-OPENED.

2

IT IS FURTHER ORDERED that Michael Dean is deemed COMPLIANT with PTO 63 and PTO 66, and his B3 claims are not dismissed.

The Court will issue an amended PTO 66 Compliance List in due course.

New Orleans, Louisiana, this 1st day of May, 2019.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 17-cv-06800.**