UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010

MDL No. 2179

Applies to:
12-CV-968: BELO
AND
All BELO cases included in the attached lists.

JUDGE BARBIER
MAG. JUDGE WILKINSON

**ORDER**

Defense counsel has advised that plaintiffs in 128 BELO cases[1] have either failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1, or have provided disclosures that are deficient and incomplete. Record Doc. No. 25601 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **MAY 30, 2019**, plaintiffs in the attached lists must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT**, as to all of the listed cases in which plaintiffs produce full and complete disclosures in compliance with this order, the

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in the individual cases in the attached lists.

deadline by which the parties must submit their venue filing is extended to no later than **July 1, 2019.**

New Orleans, Louisiana, this 2nd day of May, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 18-14182 | Sayles, Walter Lee, III | The Nations Law Firm |
| 2. | 18-14183 | Smith, Rashaan Roland | The Nations Law Firm |
| 3. | 18-14184 | Harris, Stephanie Nicole | The Nations Law Firm |
| 4. | 18-14185 | Johns, Lewis Dwayne | The Nations Law Firm |
| 5. | 18-14186 | King, David Lincoln | The Nations Law Firm |
| 6. | 18-14187 | Koenig, Jeremy Jason | The Nations Law Firm |
| 7. | 18-14188 | Lampe, Shirley Ann | The Nations Law Firm |
| 8. | 18-14189 | McCovery, Ervin Alfred | The Nations Law Firm |
| 9. | 18-14190 | Stephenson, Tammy Andrew | The Nations Law Firm |
| 10. | 18-14191 | Walker, Katheryn Louise | The Nations Law Firm |
| 11. | 18-14192 | Watson, Loretta Renee | The Nations Law Firm |
| 12. | 18-14193 | Wiggerfall, Antwon Mikel | The Nations Law Firm |
| 13. | 18-14194 | Williams, Reginald Devane | The Nations Law Firm |
| 14. | 18-14195 | Wilson, Tamekia Sharmalle | The Nations Law Firm |
| 15. | 18-14196 | Yelding, Alvin Lavurne | The Nations Law Firm |
| 16. | 18-14197 | Zirlott, Joey Lynn | The Nations Law Firm |
| 17. | 18-14216 | Alexander, Brandon James | The Nations Law Firm |
| 18. | 18-14217 | Anderson, Darrell Ray | The Nations Law Firm |
| 19. | 18-14218 | Blanchard, Joby Michael | The Nations Law Firm |
| 20. | 18-14219 | Jones, Joki Deon | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 21. | 18-14220 | Kelly, Erika Green | The Nations Law Firm |
| 22. | 18-14222 | Krivijanick, Audie Santoluquid | The Nations Law Firm |
| 23. | 18-14224 | Slater, Kimaya Deshay | The Nations Law Firm |
| 24. | 18-14225 | Tait, David Dermayn | The Nations Law Firm |
| 25. | 18-14227 | Thomas, Willie Jr. | The Nations Law Firm |
| 26. | 18-14228 | Tietsort, Chad Allen | The Nations Law Firm |
| 27. | 18-14229 | Tran, Robert Sen | The Nations Law Firm |
| 28. | 18-14230 | Walker, Dequita Lavelle | The Nations Law Firm |
| 29. | 18-14231 | Watson, Michelle Marie | The Nations Law Firm |
| 30. | 18-14234 | Wilson, Lamont Nicklaus | The Nations Law Firm |
| 31. | 18-14235 | Dao, Sen Thi Mai | The Nations Law Firm |
| 32. | 18-14253 | Leboeuf, Dena Melann | The Nations Law Firm |
| 33. | 18-14254 | Lilly, Patrick Anthony | The Nations Law Firm |
| 34. | 18-14255 | McBeath, Jawaski Rapheal | The Nations Law Firm |
| 35. | 18-14256 | McGhee, James Nathan Jr. | The Nations Law Firm |
| 36. | 18-14261 | Le, Thao D. | The Nations Law Firm |
| 37. | 18-14290 | Johnson, Margaret | The Downs Law Group |
| 38. | 18-14292 | Armstrong, Elsie Francine | The Downs Law Group |
| 39. | 18-14321 | Koenig, Jeremy Jason Sr. | The Nations Law Firm |
| 40. | 19-00035 | Massey, James Benjamin | The Downs Law Group |
| 41. | 19-00038 | Calzado-Mojica, Teofilo | The Downs Law Group |
| 42. | 19-00040 | Calderon, Miguel | The Downs Law Group |
| 43. | 19-00100 | Banegas Contreras, Henry | The Downs Law Group |
| 44. | 19-00149 | Garriga, Jerry Leo Sr. | The Downs Law Group |
| 45. | 19-00151 | Revels, Donna | The Downs Law Group |
| 46. | 19-00152 | King, Courtney Ray | The Downs Law Group |
| 47. | 19-00188 | Groupierre, Doris | The Downs Law Group |
| 48. | 19-00192 | Garcia-Baquedano, Santos Javier | The Downs Law Group |
| 49. | 19-00194 | Mercado, Dionicio | The Downs Law Group |
| 50. | 19-00195 | Fernandez-Diaz, Lisandro | The Downs Law Group |
| 51. | 19-00196 | De La Rosa, Roselito Santos | The Downs Law Group |
| 52. | 19-00197 | Valle, Simon Vladimir | The Downs Law Group |
| 53. | 19-00198 | Creamer, Jonathan Ray | The Downs Law Group |
| 54. | 19-00205 | Machet, Carlos Silvio | The Downs Law Group |
| 55. | 19-00206 | Ladnier, Deanna | The Downs Law Group |
| 56. | 19-00207 | Acosta, Emiliano Rosario | The Downs Law Group |
| 57. | 19-00209 | Simmons, Reginald | The Downs Law Group |
| 58. | 19-00212 | French, Jimmie Jr. | The Downs Law Group |
| 59. | 19-00213 | Henriquez, Ricardo | The Downs Law Group |
| 60. | 19-00214 | Morales-Rodriguez, Giobert | The Downs Law Group |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 61. | 19-00218 | Hernandez, Rubi Elizabeth | The Downs Law Group |
| 62. | 19-00219 | Franklin, Dalreco Rashard | The Downs Law Group |
| 63. | 19-00221 | Almendarez, Reyna | The Downs Law Group |
| 64. | 19-00222 | Rodriguez, Cesar Danilo | The Downs Law Group |
| 65. | 19-00227 | Tellez-Mejia, Norlan Antonio | The Downs Law Group |
| 66. | 19-00228 | Frye, Jack E. | The Downs Law Group |
| 67. | 19-00230 | Washington, Larry O. | The Downs Law Group |
| 68. | 19-00232 | Bennett, Johnny Lee | The Downs Law Group |
| 69. | 19-00235 | Donaire, Roberto Carlos | The Downs Law Group |
| 70. | 19-00240 | Gonzalez Lopez, Mario Rene | The Downs Law Group |
| 71. | 19-00242 | Castro, Edwin Javier | The Downs Law Group |
| 72. | 19-00243 | Rofidal, Kevin | The Downs Law Group |
| 73. | 19-00246 | Keal, Sokhorn | Falcon Law Firm; Lindsay & Lindsay P.A. |
| 74. | 19-00248 | Knight, Deloree A. | Falcon Law Firm; Lindsay & Lindsay P.A. |
| 75. | 19-00264 | Vargas, Arturo | Amaro Law Firm |
| 76. | 19-00389 | Valadez, Luis Alberto | The Downs Law Group |
| 77. | 19-00391 | Casana Aberdeen, Deonnie W. | The Downs Law Group |
| 78. | 19-00393 | Arnette, Bobbie Sue | The Downs Law Group |
| 79. | 19-00394 | Marte, Deyanira | The Downs Law Group |
| 80. | 19-00395 | Martinez, Yudel | The Downs Law Group |
| 81. | 19-00396 | Malagon Cabrera, Armando | The Downs Law Group |
| 82. | 19-00397 | Hernandez Lozano, Sergio Jose | The Downs Law Group |
| 83. | 19-00399 | Tufts, Owen Jules Jr. | The Downs Law Group |
| 84. | 19-00405 | Sims, Duane | The Downs Law Group |
| 85. | 19-00408 | Molina Perez, Monica Beatriz | The Downs Law Group |
| 86. | 19-00413 | Cain, Norwood Dale, Sr. | The Downs Law Group |
| 87. | 19-00463 | McCarron, Raymond Anthony | The Downs Law Group |
| 88. | 19-00465 | Griffin, Nathaniel | The Downs Law Group |
| 89. | 19-00468 | Collins, Dorothy C. (On behalf of David Collins) | The Downs Law Group |
| 90. | 19-00560 | Gomez, Juan Carlos | The Downs Law Group |
| 91. | 19-00567 | Villeda, Francisco Fuentes | The Downs Law Group |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 18-10379 | Dufrene, Brandon Michael[2] | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 2. | 18-10505 | Carden, Paul Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 3. | 18-10507 | Davis, Steven Brian | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 4. | 18-10512 | Hope, Avery Chance | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 5. | 18-10649 | Franklin, Juel B. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 6. | 18-10650 | Ervin, Selina Marie | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 7. | 18-10669 | Brooks, Tommy Lee | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 8. | 18-10830 | Howard, Leon Dwayne | The Nations Law Firm | Missing signed PPF and authorizations |
| 9. | 18-10926 | Mosley, Broderick Ano | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 10. | 18-10991 | Black, Charles Leonard | The Nations Law Firm | Missing signed PPF and authorizations |
| 11. | 18-10993 | Black, Margaret Katherine Nees | The Nations Law Firm | Missing signed PPF and authorizations |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 12. | 18-12180 | Balkcom, James Ellis Jr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 13. | 18-12299 | Brito, Julio Cesar | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 14. | 18-12543 | Pollard, Randy Terrence | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 15. | 18-12687 | Hill, David Lamont | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 16. | 18-12693 | Richardson, Kenneth Wayne | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 17. | 18-13507 | Morgan, Percy Lamar | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 18. | 18-13791 | Allen, Terry Wayne Jr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 19. | 18-14055 | Broadnax, Sharon Denise | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 20. | 18-14155 | Hobbs, Glennis Joseph | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 21. | 18-14160 | Kimbrough, Charles Anthoney | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 22. | 18-14207 | Hinton, Kevin | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 23. | 18-14221 | King, Michelle Diane | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted. |
| 24. | 18-14236 | Rodriguez, Patricia | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |
| 25. | 18-14281 | Santana-Iglesias, Juan Carlos | The Downs Law Group | Missing signed PPF and authorizations |
| 26. | 18-14283 | Romero, Leonel | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 27. | 19-00009 | Paglia, Albert | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 28. | 19-00039 | Batista Pupo, Isidoro Luis | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 29. | 19-00042 | Curry, Zachery | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 30. | 19-00157 | Silva, Jaime | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |
| 31. | 19-00160 | Tafoya, Juan E. | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |
| 32. | 19-00215 | Derosier, Edes | The Downs Law Group | Missing signed PPF and authorizations |
| 33. | 19-00225 | Padilla, Rene Rodriguez | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 34. | 19-00238 | McKinney, Charles R. | Falcon Law Firm; Lindsay & Lindsay P.A. | Failure to provide proof that signatory is authorized representative. |
| 35. | 19-00239 | Minchew, Lenuard R. | Falcon Law Firm; Lindsay & Lindsay P.A. | Missing signed authorization for release of Social Security records. |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 36. | 19-00241 | Brooke Parizo on behalf of decedent, Robert Parizo | Falcon Law Firm; Lindsay & Lindsay P.A. | Failure to provide proof that signatory is authorized representative. |
| 37. | 19-00434 | Deburr, Anthony | Amaro Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |