UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE WILKINSON |
| BELO Cases identified below | * | |

## ORDER
**[Order to Show Cause re: BELO CMO No. 2 and BP's Status Report of May 1, 2019]**

BELO Case Management Order No. 1 requires BELO plaintiffs to provide defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1)). According to BP's status report of May 1, 2019, the 76 plaintiffs identified below failed to make the required disclosures/production by the initial 90-day deadline, were granted an extension by the Magistrate Judge, and then failed to comply by the extended deadline. (*See* Rec. Doc. 25601 ¶ II, "Category II Plaintiffs"). Therefore, and in accordance with BELO Case Management Order No. 2 ¶ 4 (Rec. Doc. 25486),

**IT IS ORDERED** that counsel for the 76 plaintiffs identified below (or if unrepresented, plaintiffs themselves) shall appear before the undersigned on **Friday, May 17, 2019 at 10:00 a.m.** and **SHOW CAUSE** why the plaintiff's case

should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that if a plaintiff or their counsel wishes to file a written response (*in addition to* appearing at the show cause hearing), such response must be filed by Thursday, May 16, 2019 at 10:00 a.m. A law firm that represents more than one plaintiff may file only one memorandum on behalf of all the plaintiffs represented by that firm.

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency (per BP's status report, Doc. 25601) |
|----|---|---|---|---|
| 1. | 18-09497 | Ty, Ry C. | Falcon Law Firm; Lindsay & Lindsay P.A. | No Production |
| 2. | 18-09522 | Boudreaux, Jr., Rodney Louis | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 3. | 18-09531 | Williams IV, Joseph Alexander | The Nations Law Firm | Missing signed PPF and authorizations |
| 4. | 18-09532 | Wilson Jr., Bruce Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 5. | 18-09568 | Guillot, Darren Douglas | The Nations Law Firm | Missing signed PPF and authorizations |
| 6. | 18-09571 | Guillot, Terry John | The Nations Law Firm | Missing signed PPF and authorizations |
| 7. | 18-09576 | Havard, Joel | The Nations Law Firm | Missing signed PPF and authorizations |
| 8. | 18-09609 | Lucas, Cody Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 9. | 18-09611 | Luxich, Glenn Patrick | The Nations Law Firm | Missing signed PPF and authorizations |

| | | | | |
|---|---|---|---|---|
| 10. | 18-09613 | Mitchell, Blake Anthony | The Nations Law Firm | No Production |
| 11. | 18-09618 | Reynolds, Nicholas Charles Edward | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; missing signed authorization for release of Social Security records |
| 12. | 18-09623 | Melerine, Joshua Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 13. | 18-09648 | Nixon, Rosemary Smith | The Nations Law Firm | Missing signed PPF and authorizations |
| 14. | 18-09658 | Cannon, Clifford Shane | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 15. | 18-09659 | Chagnard Jr., Oswald Aliwishes | The Nations Law Firm | Missing signed PPF and authorizations |
| 16. | 18-09662 | Demolle Jr., Warren | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 17. | 18-09663 | Duckworth, Ricky Fernando | The Nations Law Firm | Missing signed PPF and authorizations |
| 18. | 18-09666 | Gause, Ryan Stephen | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 19. | 18-09668 | Grant III, Charles Lindsey | The Nations Law Firm | Missing signed PPF and authorizations; purportedly cured PPF included only 3 pages |
| 20. | 18-09670 | Jennings, Peter Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 21. | 18-09672 | Moreau, Michael Douglas | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 22. | 18-09674 | Pough, Pierre Donta | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |

| | | | | |
|---|---|---|---|---|
| 23. | 18-09705 | Bradberry, Joel Dean | The Nations Law Firm | Missing signed PPF and authorizations |
| 24. | 18-09706 | Finklea, James Allen | The Nations Law Firm | Missing signed PPF and authorizations |
| 25. | 18-09715 | Lopez, Frank Paul | The Nations Law Firm | Missing signed PPF and authorizations |
| 26. | 18-09720 | Livaudais Jr., Ronald Jude | The Nations Law Firm | Missing signed PPF and authorizations |
| 27. | 18-09724 | Ryan, Ronnie Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 28. | 18-09757 | Adams, Carl Raven | The Nations Law Firm | Missing signed PPF and authorizations |
| 29. | 18-09762 | Guntner, Sean Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 30. | 18-09777 | Santiny, Patrick James | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 31. | 18-09779 | Sherman, Brian James | The Nations Law Firm | Missing signed PPF and authorizations |
| 32. | 18-09783 | Vo, Nhiem Huyen | The Nations Law Firm | PPF lacks initials; missing signed authorization for release of records provided to Medical Benefits Claims Administrator; missing signed authorization for release of employment records; missing signed authorization for release of Social Security records |
| 33. | 18-09789 | White, Tyrone Troy | The Nations Law Firm | Missing signed PPF and authorizations |
| 34. | 18-09832 | McGhee, Terry Lynn | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 35. | 18-09884 | Payne Jr, Dickey Ray | The Nations Law Firm | Missing signed PPF and authorizations |

| | | | | |
|---|---|---|---|---|
| 36. | 18-09889 | Platt, Cornell Qu-Ain | The Nations Law Firm | Missing signed PPF and authorizations |
| 37. | 18-09933 | Gagneaux, Jason Michael | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 38. | 18-09934 | Gary, Fabion Duran | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 39. | 18-09935 | Hubbard, Astin Marquis | The Nations Law Firm | Missing signed PPF and authorizations |
| 40. | 18-09936 | Jacob, Bradley Eugene | The Nations Law Firm | Missing signed PPF and authorizations |
| 41. | 18-09939 | Keys, Kevin Jermaine | The Nations Law Firm | Missing signed PPF and authorizations |
| 42. | 18-09942 | Mills, Danuell | The Nations Law Firm | Missing signed PPF and authorizations |
| 43. | 18-09944 | Morgan, David Scott | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 44. | 18-09948 | Verrett, Nollie Paul | The Nations Law Firm | Missing signed PPF and authorizations |
| 45. | 18-09949 | Nguyen, Thao Thi | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 46. | 18-09952 | Adams, Desmond Dwayne | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 47. | 18-09955 | Barlup, Ronald Keith | The Nations Law Firm | Missing signed PPF and authorizations |
| 48. | 18-09961 | Clofer, Carnell | The Nations Law Firm | Missing signed PPF and authorizations |
| 49. | 18-09998 | Bergeron, Eileen G. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |

| | | | | |
|---|---|---|---|---|
| 50. | 18-10002 | Bradberry, David Troy | The Nations Law Firm | Missing signed PPF and authorizations |
| 51. | 18-10008 | Graham, Shanterrica Nicole | The Nations Law Firm | Missing signed PPF and authorizations |
| 52. | 18-10010 | Guy, Jody James | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 53. | 18-10011 | Hamilton, James Steven | The Nations Law Firm | Missing signed PPF and authorizations |
| 54. | 18-10012 | Havard, Charlie Lee | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 55. | 18-10013 | Lee, Chris Anthony | The Nations Law Firm | Missing signed PPF and authorizations |
| 56. | 18-10016 | Marshall, Richard Cassanova | The Nations Law Firm | Missing signed PPF and authorizations |
| 57. | 18-10018 | McDaniel, Johnathan Cameron | The Nations Law Firm | Missing signed PPF and authorizations |
| 58. | 18-10177 | Alfonso, Brad P. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 59. | 18-10179 | Dunn, Felix Charles | The Nations Law Firm | Missing signed PPF and authorizations |
| 60. | 18-10186 | Reed, Simmie Rischard | The Nations Law Firm | Missing signed PPF and authorizations |
| 61. | 18-10188 | Reeves, Tajesha Vonsha | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 62. | 18-10192 | Rodriguez, Ramon | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 63. | 18-10196 | Safford, Marshay Latrease | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |

6

| | | | | |
|---|---|---|---|---|
| 64. | 18-10198 | Sebold, Steven Kyle | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 65. | 18-10239 | Squarsich, Paulene Ann | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 66. | 18-10304 | Alfonso, Christopher Martin | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 67. | 18-10308 | Boudreaux, Gregory Todd | The Nations Law Firm | Missing signed PPF and authorizations |
| 68. | 18-10311 | Briones, Saul | The Nations Law Firm | Missing signed PPF and authorizations |
| 69. | 18-10328 | Fernandez, Anisor Marie Raenette | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 70. | 18-10329 | Gagliano, Salvadore Vincent | The Nations Law Firm | Missing signed PPF and authorizations |
| 71. | 18-10334 | Ounarom, Peter P. | The Nations Law Firm | Missing signed PPF and authorizations |
| 72. | 18-10382 | Gamble Jr., Deondra Thiland | The Nations Law Firm | Missing signed PPF and authorizations |
| 73. | 18-10405 | Martin, Dwayne Folondo | The Nations Law Firm | Missing signed PPF and authorizations |
| 74. | 18-10423 | Boyd, Tracy Alcardo | The Nations Law Firm | Missing signed PPF and authorizations |
| 75. | 18-10425 | Gregory, Brett | The Nations Law Firm | Missing signed PPF and authorizations |
| 76. | 18-10427 | Hamilton, Connie Marie | The Nations Law Firm | Missing signed PPF and authorizations |

New Orleans, Louisiana, this 2nd day of May, 2019.

                                                 _____
                                                             United States District Court