# UNITED STATES DISTRICT COURT

for the
Eastern District of Louisiana

Richard McBride
  plaintiff(s)
        V.
Bp America,Inc
Through its agent for service of process
Ct corporation system
5615 corporate blvd.,suite 400B

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 26 2019

WILLIAM W. BLEVINS
CLERK

Civil Action No.18cv-11190J(2)

_____
        Defendant(s)
TO: (Defendant's name and address)
    Bp America,Inc
Through its agent for service of process
Ct corporation system
5615 corporate blvd.,suite 400B
Baron Rouge,LA.70802-6129

## Motion For Entry Of Default Judgement

   The plaintiff Richard McBride Requests That Entry Of Judgement By Default Be
Entered Against  Defendant . B.P America INC ET.AT Federal rule of civil procedure 55
(A) (B) In support of this request plaintiff relies on the record in this case and the
Affidavit submitted herein complaint.The amount request is 2,000,000,00 Two Million
Dollar relies.

                                        Richard McBride
                                        4318 dovan st
                                        Moss Point,Ms
                                        39563
                                        228-369-5534

TENDERED FOR FILING

APR 26 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*Richard McBride*
Signature Here

4-24-2019

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____



U.S. POSTAGE PAID
FCM LETTER
MOSS POINT, MS
39563
APR 24, '19
AMOUNT
$0.70
R2304M111799-10

1000        70130

Richard Weber
4318 Donovan (S)
Moss Point MS 39562

Clerk of office
United State District
Court Eastern District of
500 poydras Ouisiana New Orleans
La St.        70130
#.

701305999

