# Affidavit

1. The date served the summons and complaint 1-31-2019 u.s. postal service certified mail
2. The date the answer was due,3-3-2019 none was served to the plaintiff Richard McBride, In time allowed 4318 donovan street Moss Point MS 39563
3. The date default was entered request Judgement 4-24-2019
4. The defendant is not currently in the active military service.
5. In complaint the plaintiff sought two million dollar money damage
6. The defendant B.P.american etal ,have failed to plead or defend . in this action, to this day
7. I Had the U.S. Marshall service eastern district of louisiana try to serve the summon and complaint but fail 2 times trying to do so.
8. The plaintiff Richard McBride Having filed a proper motion and affidavit In accordance with federal rule of civil procedure rule 55 and (A)(B) Judgement is Hereby Entered In Favor of plaintiff Richard McBride **The amount request is 2,000,000,00 Two Million Dollar relies.**

Dated.This The _24_ Day of April.2019

_Richard McBride_
Richard McBride

Sworn to and Subscribed.This The _24th_ day of April,2019

My Commission Expires;
Nov. 30, 2020

_Laura Jean Fortman_
Notary Public

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 118494 LAURA JEAN FORTMAN Commission Expires Nov. 30, 2020 JACKSON COUNTY]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Richard McBride

*Plaintiff(s)*

v.

BP America, Inc.
Through its agent for service
of Process CT Corporation Service
5615 Corpor-

*Defendant(s)*

Civil Action No. 18CV-11190 J(a)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BP America, Inc.
Through its agent for service of Process
CT Corporation System
5615 Corporation Blvd, Suite 400B
Baton Rouge, LA. 70802-6129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-4-2019

[Stamp upside down: EASTERN DISTRICT OF LOUISIANA 2019 JAN -4 PM 4:02 UNITED STATES MARSHAL RECEIVED]

*Signature of Clerk or Deputy Clerk*
TENDERED FOR FILING

APR 26 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BP American Inc. Agent CT Corporate 5615 Baton, who is designated by law to accept service of process on behalf of *(name of organization)* B.P. Rouge, LA. 708 B.P. American, I
on *(date)* 1-31-2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-4-2019

Blondine M. McBride
*Server's signature*

Blondine M. McBride
*Printed name and title*

4318 Donovan St. Moss Point, Ms. 39563
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: B.P American Inc. Agent. service process C.T. corporate system 5615 corporate Blvd Suit 400.B Baton Rouge LA. 70802-6129

9590 9402 4228 8121 5062 34

2. Article Number (Transfer from service label)
7018 1130 0000 8353 8174

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

```
============================================
              MOSS POINT
           4537 BOWEN ST
              MOSS POINT
                  MS
              39563-9998
              2759420262
01/16/2019    (800)275-8777     4:24 PM
============================================

Product              Sale      Final
Description          Qty       Price

PM 2-Day              1        $7.00
Legal FR Env
    (Domestic)
    (BATON ROUGE, LA  70808)
    (Flat Rate)
    (Expected Delivery Date)
    (Friday 01/18/2019)
Certified             1        $3.45
    (@@USPS Certified Mail #)
    (70181130000083538174)
Return                1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (95909402422881215062340)

Total                         $13.20

Cash                          $20.00
Change                        ($6.80)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

BATON ROUGE LA 70808    0262   10

Certified Mail Fee  $3.45
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage  $7.00
$
Total Postage and Fees  $13.20
$
Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1130 0000 8353 8174

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN** Lesch
See Instructions for "Service of Process by the U.S. Marshal" 12/11
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Richard McBride | **COURT CASE NUMBER** 18-CV-11190-3(2) |
| **DEFENDANT** B.P. Oil Spill | **TYPE OF PROCESS** Lawsuit (SEC) |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kirkland & Ellis LLP Attn: J. Andrew Langan (BP Oil Sp
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 300 North LaSalle St, Suite 2400, Chicago, IL 60654

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard McBride
4318 Donovan St.
Moss Point, Ms. 39563

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Richard McBride
**TELEPHONE NUMBER** 228-369-5534
**DATE** 10/3/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk Vito Solis | Date 12/6/18 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Andrew Langan

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service  Time  am
12-30-18  1501  (pm)

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 1.09 | $8 | 74.09 | | | |

**REMARKS:** 1 DUSM / 2 miles / 1 hour
JDIS 18-11190-J

**PRIOR EDITIONS MAY BE USED**  1. **CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)
Instructions Rev. 12/89

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard McBride | 18-11190 J(2) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| BP America, Inc. through its agent for serv. CT Corporation System | Lawsuit |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BP America, Inc. CT Corporation System

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5615 Corporate Blvd. Suite 400B Baton Rouge, LA 70808

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard McBride
1318 Donovan St,
Moss Point, MS. 39563

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 228-369-5554
DATE: 1-4-201

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 34
District to Serve No.: 35
Signature of Authorized USMS Deputy or Clerk
Date: 1/24/1, 1/15/19

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/2/2019
Time: 1440 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65 | $4.81 | $8.00 | | | $77.81 | |

REMARKS:
~~Came Tax 10 this~~
Forwarding fee = $8.00
✱ CT Corporation is not in Suite 400B. Room was under construction.

# Certificate of service

I Richard McBride Herby, Certify That I Have Hand Delivered or Mailed,
A True And Correct Copy To The Defendants Of PLaintiff Motion For Entry Of Default Judgement

0. This the 24 Day OF April, 2019
U,S, District court for the Eastern DIstrict Of Louisiana
500 Poydras Street
New Orleans,LA 70130

2. B,P,Oil Spill counsel
Attn; J,Andrew Langan
KirkLand,Ellis LLP
300 NOrth Lasalle St,
Suite 2400
Chicago,IL 60654

1. Bp America,Inc
Through its agent for service of process
Ct corporation system
5615 corporate blvd.,suite 400B
Baron Rouge,LA.70802-6129

*Richard McBride* (signature)

5. Richard McBride
4318 Donovan street,
Moss Point,39563
228-369-5534

4-24-2019

3. MDL 2179 Plaintiffs steering committee
Attn:Steve Herman or Jim Roy
The Exchange centre,suite 2000
820 o'KEEFE Avenue
New Orleans LA. 70113

person Authorized
Corporate Officer
General Manager

4. Hes-TRANSOcean
punitive DAmage
Assigned claim settlemnt
c/o Administrator
5151 Blazer parkway
Suite A
Dublin, OH. 43017