IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-31076

IN RE: DEEPWATER HORIZON

-----------------------------------------------------

NAUSSERA N. ZADEH,

    Plaintiff - Appellant

v.

KENNETH FEINBERG, Administrator or New Successors; GULF COAST CLAIMS FACILITY, c/o Kenneth R. Feinberg, Administrator, or Representative,

    Defendants - Appellees

A True Copy
Certified order issued Apr 29, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Eastern District of Louisiana

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of April 29, 2019, for want of prosecution. The appellant failed to timely file brief and record excerpts.

                                          LYLE W. CAYCE
                                          Clerk of the United States Court
                                          of Appeals for the Fifth Circuit

                                          By: _____
                                          Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT