# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 29, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 18-31076   In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:13-CV-6015

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Majella A. Sutton, Deputy Clerk
                                   504-310-7680