# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 17-30936

---

In re: Deepwater Horizon

--------------------------------------------

DANIEL CEPEDA; FERNANDO CANUL MIJANGOS; JOSE CATANA;
JUAN CEPEDA RODRIGUEZ; PESCADORES DEL GOLFO DE MEXICO,
S.C. DE R.L.,

        Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY
SERVICES, INCORPORATED,

        Defendants - Appellees

--------------------------------------------

RAOUL A. GALAN, JR.

        Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP
AMERICA PRODUCTION COMPANY,

        Defendants - Appellees

---

Appeals from the United States District Court
for the Eastern District of Louisiana

## ON PETITION FOR REHEARING

Before KING, SOUTHWICK, and ENGELHARDT, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for rehearing is DENIED.

ENTERED FOR THE COURT:

s/LESLIE H. SOUTHWICK

UNITED STATES CIRCUIT JUDGE