# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 29, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 17-30936    In re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:12-CV-1422
                USDC No. 2:13-CV-5367
                USDC No. 2:13-CV-6009
                USDC No. 2:13-cv-6010
                USDC No. 2:16-cv-6303
                USDC No. 2:16-cv-9458
                USDC No. 2:16-CV-11716
                USDC No. 2:16-CV-11744
                USDC No. 2:17-CV-5490
                USDC No. 2:17-CV-5491
                USDC No. 2:17-CV-5493
                USDC No. 2:16-CV-6330
                USDC No. 2:16-CV-5166
                USDC No. 2:16-CV-4517
                USDC No. 2:16-CV-4906
                USDC No. 2:16-CV-5826
                USDC No. 2:17-CV-5364
                USDC No. 2:17-CV-6131
                USDC No. 2:17-CV-6133
                USDC No. 2:17-CV-6134
                USDC No. 2:17-CV-6135
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. William W. Blevins
Mr. Anthony G. Buzbee
Mr. Raoul A. Galan Jr.
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. James Andrew Langan
Mr. Aaron Lloyd Nielson
Mr. Matthew Regan