# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-30936
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
March 18, 2019
Lyle W. Cayce
Clerk

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:12-CV-1422
D.C. Docket No. 2:13-CV-5367
D.C. Docket No. 2:13-CV-6009
D.C. Docket No. 2:13-cv-6010
D.C. Docket No. 2:16-cv-6303
D.C. Docket No. 2:16-cv-9458
D.C. Docket No. 2:16-CV-11716
D.C. Docket No. 2:16-CV-11744
D.C. Docket No. 2:17-CV-5490
D.C. Doc ket No. 2:17-CV-5491
D.C. Docket No. 2:17-CV-5493
D.C. Docket No. 2:16-CV-6330
D.C. Docket No. 2:16-CV-5166
D.C. Docket No. 2:16-CV-4517
D.C. Docket No. 2:16-CV-4906
D.C. Docket No. 2:16-CV-5826
D.C. Docket No. 2:17-CV-5364
D.C. Docket No. 2:17-CV-6131
D.C. Docket No. 2:17-CV-6133
D.C. Docket No. 2:17-CV-6134
D.C. Docket No. 2:17-CV-6135

In re: Deepwater Horizon

------------------------------------------

DANIEL CEPEDA; FERNANDO CANUL MIJANGOS; JOSE CATANA; JUAN CEPEDA RODRIGUEZ; PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L.,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

    Defendants - Appellees

----------------------------------------------
RAOUL A. GALAN, JR.

    Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

Appeals from the United States District Court for the
Eastern District of Louisiana

Before KING, SOUTHWICK, and ENGELHARDT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is

affirmed in part and dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on May 07, 2019**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**