# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 07, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 17-30936     In re:  Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-1422
USDC No. 2:13-CV-5367
USDC No. 2:13-CV-6009
USDC No. 2:13-cv-6010
USDC No. 2:16-cv-6303
USDC No. 2:16-cv-9458
USDC No. 2:16-CV-11716
USDC No. 2:16-CV-11744
USDC No. 2:17-CV-5490
USDC No. 2:17-CV-5491
USDC No. 2:17-CV-5493
USDC No. 2:16-CV-6330
USDC No. 2:16-CV-5166
USDC No. 2:16-CV-4517
USDC No. 2:16-CV-4906
USDC No. 2:16-CV-5826
USDC No. 2:17-CV-5364
USDC No. 2:17-CV-6131
USDC No. 2:17-CV-6133
USDC No. 2:17-CV-6134
USDC No. 2:17-CV-6135

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Debbie T. Graham, Deputy Clerk

cc:
    Mr. Anthony G. Buzbee
    Mr. Raoul A. Galan Jr.
    Mr. Don Keller Haycraft
    Mr. George W. Hicks Jr.
    Mr. James Andrew Langan
    Mr. Aaron Lloyd Nielson
    Mr. Matthew Regan