**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 <br> SECTION:  J <br> JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE 2:12-cv-00164 | § § | MAG. JUDGE JOHN WILKINSON, JR. |

*************************************************************************

**NOTICE OF CHANGE OF FIRM ADDRESS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the firm address for Cyndi M. Rusnak has changed effective May 1, 2019.  The new firm address is:

WILLIAMSON & RUSNAK
13231 Champion Forest Drive, Suite 309
Houston, Texas 77069
Telephone: (713) 223-3330
Facsimile: (713) 223-0001
Email: cyndi@williamsonrusnak.com

Respectfully Submitted,

WILLIAMSON & RUSNAK

   /s/  Cyndi Rusnak
CYNDI M. RUSNAK
TEXAS SBN: 24007964
cyndi@jimmywilliamson.com
13231 CHAMPION FOREST DRIVE, SUITE 309
HOUSTON, TEXAS 77069
(713) 223-3330 TELEPHONE
(713) 223-0001 FACSIMILE

**ATTORNEYS FOR CLAIMANT VICTORIA SANCHEZ**

Date:  May 9, 2019