**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 |
| | | SECTION:   J |
| | | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE 2:12-cv-00164 | § § | MAG. JUDGE JOHN WILKINSON, JR. |

*****************************************************************************

**DESIGNATION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that Claimant Victoria Sanchez files this Designation of Lead Counsel and would respectfully show the Court that:

**I.**

Claimant hereby designates Cyndi Rusnak instead and in place of Jimmy Williamson, Deceased, as her lead counsel in the above-referenced litigation and provides the following contact information:

Cyndi Rusnak
Williamson & Rusnak
13231 Champion Forest Drive, Suite 309
Houston, Texas 77069
(713)223-3330 Telephone
(713)223-0001 Facsimile
Email:  cyndi@williamsonrusnak.com

1
DESIGNATION OF LEAD COUNSEL

Respectfully Submitted,

    */s/ Cyndi Rusnak*
CYNDI M. RUSNAK
TEXAS SBN: 24007964
cyndi@jimmywilliamson.com
WILLIAMSON & RUSNAK
13231 CHAMPION FOREST DRIVE, SUITE 309
HOUSTON, TEXAS 77069
(713) 223-3330 TELEPHONE
(713) 223-0001 FACSIMILE

**ATTORNEYS FOR CLAIMANT VICTORIA SANCHEZ**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all known counsel of record in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this the 9TH day of May, 2019.

    */s/ Cyndi Rusnak*
Cyndi Rusnak