UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| Applies to: 12-cv-968 and All BELO Cases' | * * * | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**EXPARTE MOTION FOR RECONSIDERATION OF ORDER REGARDING PLAINTIFFS' SIGNATURES AND INITIALS ON DOCUMENTS ATTACHED TO BELO CMO NO. 1**

The Downs Law Group ("**DLG**"), on behalf of various Plaintiffs, such as Jose Hernandez[1] and those similarly situated, who have filed Back End Litigation Option ("BELO") cases in MDL No. 2179, hereby moves this Court to Reconsider the Order regarding Plaintiff's Signatures and Initials on Documents attached to BELO CMO No. 1.[2]

The grounds supporting this request are set forth in the accompanying Memorandum filed in support of this Motion.

May 14, 2019

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

*/s/ Nathan L. Nelson*
**NATHAN L. NELSON, FL BAR #1002523**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: nnelson@downslawgroup.com
*Attorneys for Plaintiff*

---

[1] *Jose Hernandez v. BP Exploration and Production, Inc. and BP America Production Co.*, BELO Case No. 18-cv-09200.

[2] *Order Regarding Plaintiffs' Signatures and Initials on Documents Attached to BELO CMO No. 1,* 2:10-md-0217, Rec. Doc. 25595 (April 16, 2019).

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct going of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

Dated this 14th day of May 2019

*/s/ Nathan L. Nelson*
Nathan L. Nelson, Esq.