# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968 and All BELO Cases'** | * * | **JUDGE BARBIER** |
| | | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION

Upon considering Plaintiff's Motion to Reconsider the Order regarding Plaintiff's Signatures and Initials on Documents attached to BELO CMO No. 1 and after having reviewed all relevant pleadings, responses, and having considered all arguments by the Parties:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration is **GRANTED.**

New Orleans, Louisiana, this _____ day of_____, 2019

_____
UNITED STATES DISTRICT COURT JUDGE