**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br>All Civil Actions of the Plaintiffs Represented by The Downs Law Group | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEAL

Notice is given that all Plaintiffs represented by the Downs Law Group[1] in the above-captioned action, hereby appeal to the United States Court of Appeals for the Fifth Circuit the District Court's interlocutory order entered on April 16, 2019. (Rec. Doc. 25593). The order being appealed granted the motion of defendants BP Exploration & Production Inc., BP America Production Company, and BP America Inc. (collectively, "BP") and allows them to dispose of physical evidence relevant to the Plaintiffs' claims. Plaintiffs-Appellants seek review of that order pursuant to the collateral order doctrine.

A copy of the order being appealed is attached hereto.

Dated: May 15, 2019

                                              Respectfully submitted,

                                                /s/ Craig T. Downs
                                              Craig T. Downs
                                              Florida Bar No. 801089
                                              Email: cdowns@downslawgroup.com
                                              Nathan T. Nelson
                                              Florida Bar No. 1002523
                                              Email: nnelson@downslawgroup.com
                                              The Downs Law Group, P.A.
                                              3250 Mary Street, Suite 307
                                              Coconut Grove, Florida 33133
                                              Telephone: (305) 444-8226
                                              Facsimile: (305) 444-6773

                                              *Attorneys for the Downs Law Group Plaintiffs*

---

[1] The Downs Law Group represents Back End Litigation Option and Opt-Out Plaintiffs to the Medical Benefits Settlement Agreement as Amended on May 2, 2012.

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of May 2019.

                                                            */s/ Craig T. Downs*

                                                              Craig T. Downs