UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br>All Civil Actions of the all BELO Plaintiffs and all Opt-Out Plaintiffs | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' EMERGENCY MOTION FOR STAY PENDING APPEAL OF THE ORDER OF APRIL 16, 2019 OR, ALTERNATIVELY FOR 45 DAYS**

Back End Litigation Option ("BELO") Plaintiffs as well as any and all Opt Out Plaintiffs, by and through their undersigned counsel, respectfully move this Court for an Emergency Stay of the Court's Order of April 16, 2019 Granting Defendant BP's Motion Relating to Disposal of Certain Materials (Rec. Doc. 22593). As grounds in support Plaintiff's state as follows and is more fully set forth in the attached Memorandum of Law.

1. Plaintiffs respectfully request this Court to stay enforcement of the April 16 Order.

2. Plaintiffs have been in constant communication with BP counsel for effective transfer of the samples subject to Defendants Motion. (Rec. Doc. 25226-1).

3. Plaintiffs file this as an emergency motion because, absent a stay, the April 16 Order permits Defendants to destroy or dispose of the evidence by May 21, 2019. Evidence which is most directly related to exposure, evidence that Plaintiffs need to prove general and specific causation in their individual BELO and Opt Out lawsuits.

4. Plaintiffs seek a stay lasting either of the two alternative durations

   i.  (1) pending disposition of Plaintiffs' interlocutory appeal of the April 16 order, or

   ii. (2) forty-five (45) days to allow Plaintiffs sufficient time to make arrangements to take custody of the samples that are subject to disposal under the April 16 Order. If the

Court grants the 45-day stay, then Plaintiffs will dismiss their appeal, as that would render it moot.

WHEREFORE, for all the reasons stated more fully set forth in the accompanying memorandum of law, Plaintiffs respectfully request the Court stay the Order of April 16, 2019 pending the disposition of the Court's interlocutory order or for 45 days from May 21, 2019.

Dated: May 15, 2019

Respectfully submitted,

  /s/ Craig T. Downs
Craig T. Downs
Florida Bar No. 801089
Email: cdowns@downslawgroup.com
Nathan T. Nelson
Florida Bar No. 1002523
Email: nnelson@downslawgroup.com
The Downs Law Group, P.A.
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone:  (305) 444-8226
Facsimile: (305) 444-6773

*Attorneys for the Downs Law Group Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of May 2019.

                                                       */s/ Craig T. Downs*
                                                       Craig T. Downs