# Exhibit B

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179 SECTION: J JUDGE CARL BARBIER MAG. JUDGE WILKINSON |
| APPLIES TO: All Civil Actions of the Plaintiffs Represented by The Downs Law Group and all similarly situated Plaintiffs | |

DECLARATION OF IRA LEIFER

Pursuant to 28 U.S. C.§ 1746, I hereby declare as follows:

1. My name is Ira Leifer. I am a well-published scientist and CEO of my own research company, Bubbleology Research International. I am an expert in the field of marine petroleum hydrocarbon processes and fate, and extremely well published with 109 peer reviewed journal articles including several in highly prestigious journals like Nature. I also am expert in remote sensing of oil, having led the NASA airborne remote sensing campaign during the Deepwater Horizon oil spill. This work was peer-review published in 2012 and has been cited 241 times. I also have expertise in emissions of oil from the sea bed, being a key member of the USGS led plume team during the Deepwater Horizon oil spill. I also have expertise in modeling the fate and transport of pollutants and other trace gases from a range of sources within my company for fifteen years now. I have developed and field validated unique measurement approaches, under contract to NASA, to understand the fate of emitted gases in the atmosphere, with six peer-reviewed publications on the topic in the last four years.

1

2. Based on my knowledge and belief in my capacity as a scientist who has published dozens of papers on marine oil, I can attest to the following facts:

3. Oil is an extremely complex mixture which includes of a wide range of compounds, spanning from light volatile components to aromatic single and multiple ring compounds, just to name a few. Some of the components, such as hopanes, are classified as biomarkers and can be used to fingerprint the oil source after hundreds to even thousands of years have transpired.[1]

4. These biomarker compounds are extremely resistant to degradation by "weathering" in the marine environment by microbes, photolysis, another oil processes – as such it is upon my information and experience that this means they do not need special storage.

5. In contrast, light volatile compounds, can degrade due to microbial oxidation or photolysis and other weathering processes, such as evaporation. Thus, without proper care, they may be lost or chemically transformed when stored as samples. However, if properly stored, these compounds can be preserved for very long time periods of years to dozens of years.

6. Thus, important information that can be retrieved from oil samples contained in the biomarker compounds, even if these are not properly preserved as such, based upon my knowledge and experience these samples must be preserved in order to extract information from them later.

---

[1] Natural offshore oil seepage and related tarball accumulation on the California coastline - Santa Barbara Channel and the southern Santa Maria Basin; Source identification and inventory, USGS Open File Report. Lorenson, T. D., F. D. Hostettler, R. J. Rosenbauer, K. A. Peters, J. A. Dougherty, K. A. Kvenvolden, C. Gutmacher, F. Wong and W. Normark (2009).

7. Although biomarker compounds are not in themselves particularly toxic, the ratio of biomarker compounds to the more volatile, toxic compounds is known. This ratio can be used to establish the importance of samples to understanding and characterizing the toxicity of the oil and dispersants of these substances, including the lighter compounds.

8. Additionally, these lighter, volatile, and highly toxic components will remain and be available for analysis in samples that are properly stored (at cold temperature, in the dark, etc., following standard protocols).

9. As such, while proper storage is always preferable when dealing with oil samples, even without proper storage the samples can still prove to be useful in understanding and characterizing the toxicity of the oil and dispersants of these substances.

10. I hereby certify that the facts set forth above are true to the best of my personal knowledge, information, belief and experience, subject to the penalty of perjury, pursuant to 28 U.S. C.§ 1746.

Dated : 1/31/19

Ira Leifer