UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br>All Civil Actions of the all BELO Plaintiffs and all Opt-Out Plaintiffs | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Back End Litigation Plaintiffs and the Opt-Out Plaintiffs, will bring the attached Emergency Motion for Stay of April 16, 2019 Order and Corresponding Deadlines and Incorporated Memorandum of Law before the Honorable Barbier or Magistrate Judge Wilkinson for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on June 5, 2019, at 9:00 a.m., or as soon thereafter as counsel can be heard.

Respectfully Submitted,

THE DOWNS LAW GROUP, P.A.
*Attorneys for Plaintiffs*
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
Email: cdowns@downslawgroup.com
   nnelson@downslawgroup.com

By: */s/ Craig T. Downs*
CRAIG T. DOWNS
Florida Bar No. 801089

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via electronic delivery on the CM/ECF E-Filing portal and on counsel of record for Defendants on this 15th day of May 2019.

By: */s/ Craig T.. Downs*
CRAIG T. DOWNS
Florida Bar No. 801089