IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-970) | * * | JUDGE CARL J. BARBIER |

## ORDER

**[Setting Pro Ami Hearing to Review Guardian Ad Litem's Findings Regarding Alabama Minor Class Members' Proposed Settlements]**

**CONSIDERING** the request by the Guardian Ad Litem, Sally Shushan, U.S. Magistrate Judge, retired, for entry of an Order in aid of implementation of the Medical Settlement Agreement, pursuant to this Court's continuing and exclusive jurisdiction under Section XXVII of the Medical Benefits Class Action Settlement Agreement and Section F of the May 2, 2012 Preliminary Approval Order (Document No. 6419), and being fully apprised,

**IT IS HEREBY ORDERED** as follows:

1. The Hon. Sally Shushan, retired, has submitted her findings to the Court in her capacity as Guardian Ad Litem, after reviewing and evaluating every Specified Physical Condition and Periodic Medical Consultation claim for Alabama Class Members who are minors or lacking capacity.

2. Magistrate Judge Shushan has determined that each settlement is fair, reasonable, and in the best interest of these individual Class Members, and The Court will conduct a global Pro Ami hearing on _____, 2019 to examine her findings and determine the propriety of these Class Members' settlements.

3. This Court retains continuing and exclusive jurisdiction over the interpretation, implementation, and enforcement of this Order.

New Orleans, Louisiana, this _____ day of _____ 2019.

_____
**CARL J. BARBIER**
**United States District Judge**