# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | §<br>§<br>§<br>§ | **MDL NO. 2179**<br><br>**SECTION: J** |
| **This document relates to:**<br>*All Claims In Pleading Bundle "B3"* | §<br>§<br>§<br>§<br>§ | **JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE WILKINSON** |

**HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION TO JOIN
IN AND ADOPT THE ARGUMENTS MADE IN BP'S RESPONSE
TO THE MOTIONS FOR RECONSIDERATION OF
PLAINTIFFS MICHAEL BENJAMIN HELMHOLTZ AND DEBRA MILES**

**NOW INTO COURT,** comes Defendant Halliburton Energy Services, Inc. ("HESI")

and respectfully files this *Ex Parte* Motion to Join and Adopt, as if copied herein *in extenso*, the

arguments made in BP's Response to the Motions for Reconsideration of Plaintiffs Michael

Benjamin Helmholtz and Debra Miles (the "BP Response")[1] (Rec. Doc. 25618) because those

arguments are equally applicable to HESI as a defendant in this litigation.

---

[1] HESI restricts its Joinder to the argument related to Debra Miles because HESI is not a named defendant in the claim brought by Michael Benjamin Helmholtz.

**WHEREFORE**, HESI prays that this Honorable Court permit it to join in and adopt the

arguments made in the BP Response and seek similar relief requested.

Respectfully submitted,

**REED SMITH LLP**

 */s/ R. Alan York*

R. Alan York
State Bar No. 22167500
AYork@ReedSmith.com
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone:  713-469-3800
Facsimile:  713-469-3899

**ATTORNEYS FOR HALLIBURTON
ENERGY SERVICES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing *Ex Parte* **Motion to Join In and Adopt the Arguments Made in BP's Response to the Motions for Reconsideration of Plaintiffs Michael Benjamin Helmholtz and Debra Miles**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of May, 2019.

*/s/ R. Alan York*
R. Alan York

146931888.1