IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179<br><br>SECTION: J |
| This document relates to:<br>*All Claims in Pleading Bundle "B3"* | § § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

# ORDER

Considering Halliburton Energy Services, Inc.'s *Ex Parte* Motion to Join in and Adopt the Arguments Made in BP's Response to the Motions for Reconsideration of Plaintiffs Michael Benjamin Helmholtz and Debra Miles (Rec. Doc. 25618), the Court finds that the *Ex Parte* Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE

146937018.1