# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | MDL 2179 |
| **This Document Relates To:** | * | SECTION: J(2) |
| *No. 12-968* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that Exhibit B to the Guardian Ad Litem's Memorandum in Support, which was filed with the Motion for Pro Ami Hearing (Rec. Doc. 25620), shall be filed UNDER SEAL.

New Orleans, Louisiana, this 16th day of May, 2019.

_____
United States District Judge