UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to:<br>*B3 Pleading Bundle Cause No.* 2:15-cv-01047 | § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Brian W. Gortney<br>    *Plaintiff*<br>vs.<br><br>BP Exploration & Production, Inc., BP America Production Company, and BP, p.l.c<br>    *Defendants* | § § § § § § § § | CIVIL ACTION NO. 2:15-cv-01047<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**PROPOSED ORDER GRANTING PLAINTIFF'S (1) MOTION FOR RECONSIDERATION OF THE COURT'S MAY 1, 2019 ORDER, AND (2) SECOND MOTION FOR RECONSIDERATION OF THE COURT'S JANUARY 31, 2019 ORDER DISMISSING PLAINTIFF'S CLAIMS FOR NON-COMPLIANCE WITH PTO 66**

CAME ON for consideration Plaintiff, Brian Gortney's Motion for Reconsideration of the Court's May 1, 2019 Order and Second Motion for Reconsideration of the Court's January 31, 2019 Order Dismissing Plaintiff's Claims for Non-Compliance with PTO 66 (the "Motion"). Plaintiff asks the Court to: (i) rescind its January 31, 2019 Order dismissing Plaintiff's case (Rec. Doc. 25356); (ii) rescind its May 2, 2019 Order (Rec. Doc. 25604) denying Plaintiff's Motion for Reconsideration of the Court's Order of January 31, 2019, Dismissing Plaintiff's Claims for Non-Compliance with PTO 66 (Rec. Doc. 25391); and (iii) reinstate Plaintiff's claims and allow them to proceed. The Court, having considered same, all responses thereto, and the pleadings on file in this case, finds that the Motion has merit and is therefore GRANTED.

1

So Ordered this the _____ day of _____, 2019.

                                                                                            _____
                                                                                            JUDGE BARBIER