# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to:<br>*B1 Pleading Bundle Cause No.* 2:17-cv-06245 | § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Sheri Allen Dorgan**<br>     *Plaintiff* | § § | **CIVIL ACTION NO. 17-CV-03367** |
| vs. | § § | SECTION: J |
| **BP Exploration & Production, Inc., BP America Production Company, and BP, p.l.c**<br>     *Defendants* | § § § | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

### PROPOSED ORDER GRANTING PLAINTIFF'S (1) MOTION FOR RECONSIDERATION OF THE COURT'S MAY 1, 2019 ORDER, AND (2) SECOND MOTION FOR RECONSIDERATION OF THE COURT'S JANUARY 31, 2019 ORDER DISMISSING PLAINTIFF'S CLAIMS FOR NON-COMPLIANCE WITH PTO 66 AND SEPTEMBER 6, 2018 ORDER DISMISSING <u>PLAINTIFF'S CLAIMS FOR NON-COMPLIANCE WITH PTO 60 AND PTO 63</u>

CAME ON for consideration Plaintiff, Sheri Allen Dorgan, a/k/a Sheri Dorgan Allen's Motion for Reconsideration of the Court's May 1, 2019 Order and Second Motion for Reconsideration of the Court's January 31, 2019 Order Dismissing Plaintiff's Claims for Non-Compliance with PTO 66 and September 6, 2018 Order Dismissing Plaintiff's Claims for Non-Compliance with PTO 60 and PTO 63 (the "Motion"). Plaintiff asks the Court to: (i) rescind its September 6, 2018 and January 31, 2019 Orders dismissing Plaintiff's cases (Rec. Doc. 24814, 25356); (ii) rescind its May 2, 2019 Order (Rec. Doc. 25604) denying Plaintiff's Motion for Reconsideration of the Court's Order of January 31, 2019, Dismissing Plaintiff's Claims for

1

2

Non-Compliance with PTO 66 (Rec. Doc. 25410); and (iii) reinstate Plaintiff's claims and allow them to proceed.  The Court, having considered same, all responses thereto, and the pleadings on file in this case, finds that the Motion has merit and is therefore GRANTED.

So Ordered this the _____ day of _____, 2019.

_____
JUDGE BARBIER