Minute Entry
Barbier, J.
May 17, 2019
JS-10: 18 minutes

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **BELO Cases identified below** | * | |

Case Manager:                                      Court Reporter:
Gail Chauvin                                         Karen Ibos


### HEARING ON ORDER TO SHOW CAUSE
### [Friday, May 17, 2019, Hon. Carl J. Barbier Presiding]


The hearing began at 10:07 a.m.

On May 2, 2019, the Court ordered plaintiff's counsel in the 76 BELO cases identified below to appear and show cause why his or her case should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). (Rec. Doc. 25608).


Appearances:        Timothy Falcon on behalf of plaintiff Ry C. Ty (No. 18-09497)
                            Kevin Hodges and Charles Wilmore on behalf of BP defendants.


The Nations Law Firm did <u>not</u> appear. As noted on the record, a copy of the Order to Show Cause (Rec. Doc. 25608) was served via email on Howard Nations on May 2, 2019.

The Court **ORDERED** as follows:

| | Docket Number | Plaintiff | Plaintiff's Counsel | ORDERED: |
|---|---|---|---|---|
| 1. | 18-09497 | Ty, Ry C. | Falcon Law Firm; Lindsay & Lindsay P.A. | Dismissed without prejudice |
| 2. | 18-09522 | Boudreaux, Jr., Rodney Louis | The Nations Law Firm | Dismissed with prejudice |
| 3. | 18-09531 | Williams IV, Joseph Alexander | The Nations Law Firm | Dismissed with prejudice |
| 4. | 18-09532 | Wilson Jr., Bruce Anthony | The Nations Law Firm | Dismissed with prejudice |
| 5. | 18-09568 | Guillot, Darren Douglas | The Nations Law Firm | Dismissed with prejudice |
| 6. | 18-09571 | Guillot, Terry John | The Nations Law Firm | Dismissed with prejudice |
| 7. | 18-09576 | Havard, Joel | The Nations Law Firm | Dismissed with prejudice |
| 8. | 18-09609 | Lucas, Cody Joseph | The Nations Law Firm | Dismissed with prejudice |
| 9. | 18-09611 | Luxich, Glenn Patrick | The Nations Law Firm | Dismissed with prejudice |
| 10. | 18-09613 | Mitchell, Blake Anthony | The Nations Law Firm | Dismissed with prejudice |
| 11. | 18-09618 | Reynolds, Nicholas Charles Edward | The Nations Law Firm | Dismissed with prejudice |
| 12. | 18-09623 | Melerine, Joshua Lee | The Nations Law Firm | Dismissed with prejudice |
| 13. | 18-09648 | Nixon, Rosemary Smith | The Nations Law Firm | Dismissed with prejudice |
| 14. | 18-09658 | Cannon, Clifford Shane | The Nations Law Firm | Show Cause Order satisfied and set aside. Case not dismissed. |

| 15. | 18-09659 | Chagnard Jr., Oswald Aliwishes | The Nations Law Firm | Dismissed with prejudice |
|-----|----------|-------------------------------|----------------------|--------------------------|
| 16. | 18-09662 | Demolle Jr., Warren | The Nations Law Firm | Dismissed with prejudice |
| 17. | 18-09663 | Duckworth, Ricky Fernando | The Nations Law Firm | Dismissed with prejudice |
| 18. | 18-09666 | Gause, Ryan Stephen | The Nations Law Firm | Dismissed with prejudice |
| 19. | 18-09668 | Grant III, Charles Lindsey | The Nations Law Firm | Dismissed with prejudice |
| 20. | 18-09670 | Jennings, Peter Anthony | The Nations Law Firm | Dismissed with prejudice |
| 21. | 18-09672 | Moreau, Michael Douglas | The Nations Law Firm | Show Cause Order satisfied and set aside. Case not dismissed. |
| 22. | 18-09674 | Pough, Pierre Donta | The Nations Law Firm | Show Cause Order satisfied and set aside. Case not dismissed. |
| 23. | 18-09705 | Bradberry, Joel Dean | The Nations Law Firm | Dismissed with prejudice |
| 24. | 18-09706 | Finklea, James Allen | The Nations Law Firm | Dismissed with prejudice |
| 25. | 18-09715 | Lopez, Frank Paul | The Nations Law Firm | Dismissed with prejudice |
| 26. | 18-09720 | Livaudais Jr., Ronald Jude | The Nations Law Firm | Dismissed with prejudice |
| 27. | 18-09724 | Ryan, Ronnie Lee | The Nations Law Firm | Dismissed with prejudice |
| 28. | 18-09757 | Adams, Carl Raven | The Nations Law Firm | Dismissed with prejudice |
| 29. | 18-09762 | Guntner, Sean Anthony | The Nations Law Firm | Dismissed with prejudice |
| 30. | 18-09777 | Santiny, Patrick James | The Nations Law Firm | Dismissed with prejudice |

| | | | | |
|---|---|---|---|---|
| 31. | 18-09779 | Sherman, Brian James | The Nations Law Firm | Dismissed with prejudice |
| 32. | 18-09783 | Vo, Nhiem Huyen | The Nations Law Firm | Dismissed with prejudice |
| 33. | 18-09789 | White, Tyrone Troy | The Nations Law Firm | Dismissed with prejudice |
| 34. | 18-09832 | McGhee, Terry Lynn | The Nations Law Firm | Dismissed with prejudice |
| 35. | 18-09884 | Payne Jr, Dickey Ray | The Nations Law Firm | Dismissed with prejudice |
| 36. | 18-09889 | Platt, Cornell Qu-Ain | The Nations Law Firm | Dismissed with prejudice |
| 37. | 18-09933 | Gagneaux, Jason Michael | The Nations Law Firm | Dismissed with prejudice |
| 38. | 18-09934 | Gary, Fabion Duran | The Nations Law Firm | Dismissed with prejudice |
| 39. | 18-09935 | Hubbard, Astin Marquis | The Nations Law Firm | Dismissed with prejudice |
| 40. | 18-09936 | Jacob, Bradley Eugene | The Nations Law Firm | Dismissed with prejudice |
| 41. | 18-09939 | Keys, Kevin Jermaine | The Nations Law Firm | Dismissed with prejudice |
| 42. | 18-09942 | Mills, Danuell | The Nations Law Firm | Dismissed with prejudice |
| 43. | 18-09944 | Morgan, David Scott | The Nations Law Firm | Show Cause Order satisfied and set aside. Case not dismissed. |
| 44. | 18-09948 | Verrett, Nollie Paul | The Nations Law Firm | Dismissed with prejudice |
| 45. | 18-09949 | Nguyen, Thao Thi | The Nations Law Firm | Dismissed with prejudice |

| 46. | 18-09952 | Adams, Desmond Dwayne | The Nations Law Firm | Dismissed with prejudice |
|---|---|---|---|---|
| 47. | 18-09955 | Barlup, Ronald Keith | The Nations Law Firm | Dismissed with prejudice |
| 48. | 18-09961 | Clofer, Carnell | The Nations Law Firm | Dismissed with prejudice |
| 49. | 18-09998 | Bergeron, Eileen G. | The Nations Law Firm | Dismissed with prejudice |
| 50. | 18-10002 | Bradberry, David Troy | The Nations Law Firm | Dismissed with prejudice |
| 51. | 18-10008 | Graham, Shanterrica Nicole | The Nations Law Firm | Dismissed with prejudice |
| 52. | 18-10010 | Guy, Jody James | The Nations Law Firm | Dismissed with prejudice |
| 53. | 18-10011 | Hamilton, James Steven | The Nations Law Firm | Dismissed with prejudice |
| 54. | 18-10012 | Havard, Charlie Lee | The Nations Law Firm | Dismissed with prejudice |
| 55. | 18-10013 | Lee, Chris Anthony | The Nations Law Firm | Dismissed with prejudice |
| 56. | 18-10016 | Marshall, Richard Cassanova | The Nations Law Firm | Dismissed with prejudice |
| 57. | 18-10018 | McDaniel, Johnathan Cameron | The Nations Law Firm | Dismissed with prejudice |
| 58. | 18-10177 | Alfonso, Brad P. | The Nations Law Firm | Show Cause Order satisfied and set aside. Case not dismissed. |
| 59. | 18-10179 | Dunn, Felix Charles | The Nations Law Firm | Dismissed with prejudice |
| 60. | 18-10186 | Reed, Simmie Rischard | The Nations Law Firm | Dismissed with prejudice |
| 61. | 18-10188 | Reeves, Tajesha Vonsha | The Nations Law Firm | Dismissed with prejudice |

| | | | | |
|---|---|---|---|---|
| 62. | 18-10192 | Rodriguez, Ramon | The Nations Law Firm | Dismissed with prejudice |
| 63. | 18-10196 | Safford, Marshay Latrease | The Nations Law Firm | Dismissed with prejudice |
| 64. | 18-10198 | Sebold, Steven Kyle | The Nations Law Firm | Dismissed with prejudice |
| 65. | 18-10239 | Squarsich, Paulene Ann | The Nations Law Firm | Dismissed with prejudice |
| 66. | 18-10304 | Alfonso, Christopher Martin | The Nations Law Firm | Dismissed with prejudice |
| 67. | 18-10308 | Boudreaux, Gregory Todd | The Nations Law Firm | Dismissed with prejudice |
| 68. | 18-10311 | Briones, Saul | The Nations Law Firm | Dismissed with prejudice |
| 69. | 18-10328 | Fernandez, Anisor Marie Raenette | The Nations Law Firm | Dismissed with prejudice |
| 70. | 18-10329 | Gagliano, Salvadore Vincent | The Nations Law Firm | Dismissed with prejudice |
| 71. | 18-10334 | Ounarom, Peter P. | The Nations Law Firm | Dismissed with prejudice |
| 72. | 18-10382 | Gamble Jr., Deondra Thiland | The Nations Law Firm | Dismissed with prejudice |
| 73. | 18-10405 | Martin, Dwayne Folondo | The Nations Law Firm | Dismissed with prejudice |
| 74. | 18-10423 | Boyd, Tracy Alcardo | The Nations Law Firm | Dismissed with prejudice |
| 75. | 18-10425 | Gregory, Brett | The Nations Law Firm | Dismissed with prejudice |
| 76. | 18-10427 | Hamilton, Connie Marie | The Nations Law Firm | Dismissed with prejudice |

The Court will issue final judgments in the individual dockets of the dismissed cases.

BP will file a motion proposing to modify the date on which it submits future status reports.

The hearing ended at 10:25 a.m.

