UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION:  J |
| | * | JUDGE BARBIER |
| Applies to: | | |
| | * | MAG. JUDGE WILKINSON |
| *12-2004 (Sergio Valdivieso)* *15-1047 (Brian Gortney)* *17-3367 (Sheri Allen Dorgan)* *16-6245 (Sheri Dorgan Allen)* | * * | |

## ORDER

On May 1, 2019, the Court issued an Order that, *inter alia,* denied motions for reconsideration filed by plaintiffs Sergio Valdivieso, Brian Gortney, and Sheri Allen Dorgan (a/k/a Sheri Dorgan Allen). (Rec. Doc. 25604). These plaintiffs have now filed motions asking the Court to reconsider the May 1, 2019 Order. (Rec. Docs. 25626, 25627, 25628/25624/25629).[1]

IT IS ORDERED that the Motions (Rec. Docs. 25626, 25627, 25628/25624/25629) are DENIED.

New Orleans, Louisiana, this 21st day of May, 2019.

_____
United States District Judge

---

[1] Rec. Docs. 25624 and 25629 are duplicates of 25628.