UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | JUDGE BARBIER |
| *ALL CASES* | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Considering the Stipulation and Agreed Order Regarding the Court's April 16, 2019 Order on BP's Motion for Permission to Dispose of Certain Materials (Rec. Doc. 25633),

IT IS ORDERED that Plaintiffs' Emergency Motion for Stay Pending Appeal of the Order of April 16, 2019 or, Alternatively for 45 Days (Rec. Doc. 25619) is DENIED AS MOOT.

New Orleans, Louisiana, this 22nd day of May, 2019.

_____
United States District Judge