UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| No. 12-968 | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court is the Guardian Ad Litem's Motion for Pro Ami Hearing (Rec. Doc. 25620). The Guardian Ad Litem represents that she has reviewed the Medical Benefits Class Action Settlement Agreement and the claims records of 38 Alabama class members who are minors or lacking capacity, and that she has determined the settlements to be fair, reasonable, and in the best interests of those class members. The Guardian Ad Litem therefore moves the Court to hold a Pro Ami Hearing so that it may assess her findings and verify the propriety of these settlements.

IT IS ORDERED that the Motion for Pro Ami Hearing (Rec. Doc. 25620) is GRANTED.

IT IS FURTHER ORDERED that the Court will conduct a global Pro Ami Hearing on Tuesday, July 9, 2019 at 9:00 a.m. regarding the proposed settlements of 38 Alabama class members who are minors or lacking capacity.

New Orleans, Louisiana, this 22nd day of May, 2019.

_____
United States District Judge