IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-30008

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:13-CV-1822
D.C. Docket No. 2:13-CV-1802
D.C. Docket No. 2:13-CV-2879
D.C. Docket No. 2:13-CV-2964
D.C. Docket No. 2:13-CV-582

United States Court of Appeals
Fifth Circuit
**FILED**
April 29, 2019
Lyle W. Cayce
Clerk

In re: Deepwater Horizon

-----------------------------------------------------

SARAH GRAHAM; MAX MURRAY; RICHARD WOOD; JOHN BURRUS,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN, LIMITED; TRANSOCEAN OFFSHORE, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, INCORPORATED; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P ONSHORE, L.L.C., formerly known as Anadarko E&P Company, L.P.; MOEX OFFSHORE 2007, L.L.C.; MOEX USA CORPORATION; MITSUI OIL EXPLORATION COMPANY, LIMITED; MITSUI & COMPANY, LIMITED; HALLIBURTON ENERGY SERVICES, INCORPORATED; CAMERON INTERNATIONAL CORPORATION, agent of Cooper Cameron Corporation; TRITON ASSET LEASING,

    Defendants - Appellees

-----------------------------------------------------

KIMBERLY DEAGANO, Individually and on behalf of minor, Dereck J.

Deagano; TED DEAGANO, JR.; KEITH KEAGHEY,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN, LIMITED; TRANSOCEAN OFFSHORE, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, INCORPORATED; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P ONSHORE, L.L.C., formerly known as Anadarko E&P Company, L.P.; MOEX OFFSHORE 2007, L.L.C.; MOEX USA CORPORATION; MITSUI OIL EXPLORATION COMPANY, LIMITED; MITSUI & COMPANY, LIMITED; HALLIBURTON ENERGY SERVICES, INCORPORATED; CAMERON INTERNATIONAL CORPORATION, agent of Cooper Cameron Corporation; TRITON ASSET LEASING,

    Defendants - Appellees

---------------------------------------------------

JAMES BRYANT; HENRY JENKINS; STEVEN BURKE; WILLIE RICHARDSON; NATHAN S. SOUTHERN; MARION G. BAREFOOT; BARON BUSKELL; JOHNNIE CLOPTON; TOMMY TRIPP,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN, LIMITED; TRANSOCEAN OFFSHORE, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, INCORPORATED; TRITON ASSET LEASING; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P ONSHORE, L.L.C., formerly known as Anadarko E&P Company, L.P.; MOEX OFFSHORE 2007, L.L.C.; MOEX USA CORPORATION; MITSUI OIL EXPLORATION COMPANY, LIMITED; MITSUI & COMPANY, LIMITED; HALLIBURTON ENERGY SERVICES, INCORPORATED; CAMERON INTERNATIONAL CORPORATION, agent of Cooper Cameron Corporation,

Defendants - Appellees

--------------------------------------------------

THOMAS S. ABOOD; LATASHA ACOO; JOHN H. ADAMS; MICHELLE AKKAN; MUSTAFFA AKKAN, ET AL,

      Plaintiffs - Appellants

v.

PLANT PERFORMANCE SERVICES, L.L.C., doing business as P2S; FLUOR ENTERPRISES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; O'BRIEN'S RESPONSE MANAGEMENT, L.L.C., formerly known as O'Brien's Response Management, Incorporated,

      Defendants - Appellees

----------------------------------------------

MICHAEL ABNEY; CARA ALDRICH; GARRY AMMAR; DAVID BANKS; SONAMEKIA BANKS; ET AL,

      Plaintiffs - Appellants

v.

PLANT PERFORMANCE SERVICES, L.L.C., doing business as P2S; FLUOR ENTERPRISES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; O'BRIEN'S RESPONSE MANAGEMENT, L.L.C., formerly known as O'Brien's Response Management, Incorporated,

      Defendants - Appellees

Appeals from the United States District Court for the
Eastern District of Louisiana

Before ELROD, WILLETT, and DUNCAN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed as to the judgment dismissing the Lindsay Appellants' claims, but we reverse the district court's judgment dismissing the D'Amico Appellants' lawsuits and remand for further proceedings consistent with this opinion.

IT IS FURTHER ORDERED that the Lindsay appellants' pay to the defendants-appellees pertaining to their appeals, the costs on appeal to be taxed by the Clerk of this Court.

IT IS FURTHER ORDERED that BP Exploration & Production, Inc, et al pay to D'Amico appellants' pertaining to their appeals, the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on May 21, 2019**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**