# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 21, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 18-30008   In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:13-CV-1822
                          USDC No. 2:13-CV-1802
                          USDC No. 2:13-CV-2879
                          USDC No. 2:13-CV-2964
                          USDC No. 2:13-CV-582

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                                              Sincerely,

                                              LYLE W. CAYCE, Clerk

                                              By: _____
                                              Debbie T. Graham, Deputy Clerk

cc:
    Mr. Frank Jacob D'Amico Jr.
    Mrs. Anne Marie Estevez
    Mr. William P. Gibbens
    Mr. Don Keller Haycraft
    Mr. George W. Hicks Jr.
    Mr. James Andrew Langan
    Mr. Allen W. Lindsay Jr.
    Ms. Heather Fisher Lindsay
    Mr. Joseph D. Magrisso

Mr. Aaron Lloyd Nielson
Mr. Matthew Regan
Mr. Devin Chase Reid
Mr. Kristopher Scott Ritter
Ms. Stephanie Beth Schuster
Mr. Robert Alan York