UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Renascent Holdings, L.L.C. and Intradel Corporation, | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs | |
| vs. | |
| BP p.l.c.; BP Exploration & Production, Inc.; BP America Production Company; Transocean, Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc., | |
| Defendants | |
| Docket Number(s) | |
| 2:13-cv-02416-CJB-JCW | |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby move for the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and

withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

Intradel Corporation

Renascent Holdings, L.L.C.

Case No. 2:13-cv-02416-CJB-JCW

Respectfully submitted this 24th day of MAY, 2019.

**SALAS & Co., L.C.**

/s/ Camilo K. Salas, III
Camilo K. Salas III
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085
E-Mail: csalas@salaslaw.com

*Attorney for Intradel Corporation and Renascent Holdings, L.L.C.*