# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENASCENT HOLDINGS, L.L.C. and INTRADEL CORPORATION | * * | |
| Plaintiffs | * * | CIVIL ACTION NO. 2:13-cv-2416-CJB-JCW |
| versus | * * | |
| BP, plc, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH and HALLIBURTON ENERGY SERVICES, INC. | * * * * * * * * | SECTION " J "  JURY DEMAND |
| Defendants | * * | |

**************************************************

## ORDER

The Court having considered the Motion for Voluntary Dismissal With Prejudice filed by plaintiffs, Renascent Holdings, LLC and Intradel Corporation, requesting that the Court dismiss with prejudice the above-captioned case due to a settlement they reached;

**IT IS HEREBY ORDERED** that the above-captioned case be and the same is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs; and

**IT IS HEREBY FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the settlement reached by the parties if it should become necessary to do so.

**THIS ORDER IS ISSUED** this _____ day of _____ 2019 in New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**