UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Ellis Keyes

Executor for the Estate of

Christine C. Keyes,          Plaintiff,                    MDL 2179

                                                           Civil Action 2:14-cv-2211

Vs-                                                        Section J


BP                                                         Judge Barbier

              Defendant            Magistrate Judge Wilkinson

## MOTION TO PROCEED TO SETTLEMENT OR JURY TRIAL

Because parties cannot reach some kind of settlement, the case is not dismissed, Summary Judgment not awarded, Plaintiff moves for order to set final pre-trial conference, an exchange of information, including lists of witnesses and evidence the parties plan to introduce at trial and to resolve issues that do not involve the merits of the case in front of the jury to decide if, in fact, the plaintiff was harmed by the defendant. If so, the jury must determine the type and amount of compensation the defendant needs to convey to the plaintiff who will prove by a *preponderance of the evidence* that the defendant is responsible for the harm caused and more likely than not caused the plaintiff's suffering.

TENDERED FOR FILING

MAY 20 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1        MOTION TO PROCEED TO SETTLEMENT OR JURY TRIAL

## Suggested Order

ORDER Considering the Motion **TO PROCEED TO SETTLEMENT OR JURY TRIAL** _____, IT IS ORDERED that the Motion is GRANTED. New Orleans, Louisiana, this_____ day of _____, 20___. _____ U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

Respectfully Submitted   May 17, 2019

Ellis Keyes, Executor for the Estate of Christine C. Keyes, Plaintiff in propria persona.

P O BOX 1073

Whitesburg, Kentucky 41858-1073

Certificate of Service
   I certify that a true and accurate copy of the foregoing MOTION TO PROCEED TO SETTLEMENT OR JURY TRIAL was served via U.S. Mail with postage fully pre-paid there on, this day of May,17, 2019, to the following:

Clerk  U.S. District Court

500 Poydras Street, Room C-151

New Orleans, LA 70130

AND Counsel for BP

Attn: J. Andrew Langan

Kirkland & Ellis LLP

300 North LaSalle St. Suite 2400

Chicago, IL 60654

AND

2       MOTION TO PROCEED TO SETTLEMENT OR JURY TRIAL

MDL 2179 Plaintiff's Steering Committee

c/o: Steve Herman

820 O'Keefe Ave.

New Orleans, LA 70113

By me at Whitesburg Kentucky on, May 17, 2019.

       Respectfully

       Ellis Keyes

Executor for the Estate of Christine C. Keyes

       PO Box 1073

Whitesburg, Kentucky 41858-1073


                (228) 326-8679

elliskeyes@yahoo.com

3    MOTION TO PROCEED TO SETTLEMENT OR JURY TRIAL

CONSOL,OIL_SPILL

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:14-cv-02211-CJB-JCW
# Internal Use Only

Keyes v. BP
Assigned to: Judge Carl Barbier
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Lead case: 2:10-md-02179-CJB-JCW
Member cases:
    2:10-cv-04487-CJB-JCW
    2:10-cv-04488-CJB-JCW
    2:10-cv-01156-CJB-JCW
    2:10-cv-01196-CJB-JCW
    2:10-cv-01222-CJB-JCW
    2:10-cv-01229-CJB-JCW
    2:10-cv-01243-CJB-JCW
    2:10-cv-01245-CJB-JCW
    2:10-cv-01246-CJB-JCW
    2:10-cv-01248-CJB-JCW
    2:10-cv-01249-CJB-JCW
    2:10-cv-01250-CJB-JCW
    2:10-cv-01273-CJB-JCW
    2:10-cv-01295-CJB-JCW
    2:10-cv-01308-CJB-JCW
    2:10-cv-01313-CJB-JCW
    2:10-cv-01314-CJB-JCW
    2:10-cv-01315-CJB-JCW
    2:10-cv-01316-CJB-JCW
    2:10-cv-01322-CJB-JCW
    2:10-cv-01324-CJB-JCW
    2:10-cv-01325-CJB-JCW
    2:10-cv-01338-CJB-JCW
    2:10-cv-01339-CJB-JCW
    2:10-cv-01341-CJB-JCW
    2:10-cv-01344-CJB-JCW
    2:10-cv-01345-CJB-JCW
    2:10-cv-01346-CJB-JCW
    2:10-cv-01348-CJB-JCW

Date Filed: 09/22/2014
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

2:17-cv-04572-CJB-JCW
2:17-cv-04573-CJB-JCW
2:17-cv-04574-CJB-JCW
2:17-cv-04575-CJB-JCW
2:17-cv-04576-CJB-JCW
2:17-cv-04577-CJB-JCW
2:17-cv-04578-CJB-JCW
2:17-cv-04579-CJB-JCW
2:17-cv-04581-CJB-JCW
2:17-cv-04582-CJB-JCW
2:17-cv-04583-CJB-JCW
2:17-cv-04584-CJB-JCW
2:17-cv-04586-CJB-JCW
2:17-cv-04588-CJB-JCW
2:17-cv-04590-CJB-JCW
2:17-cv-04592-CJB-JCW
2:17-cv-04593-CJB-JCW
2:17-cv-04595-CJB-JCW
2:17-cv-04597-CJB-JCW
2:17-cv-04600-CJB-JCW
2:17-cv-04603-CJB-JCW
2:17-cv-04605-CJB-JCW
2:17-cv-04606-CJB-JCW
2:17-cv-04608-CJB-JCW
2:17-cv-04609-CJB-JCW
2:17-cv-04611-CJB-JCW
2:17-cv-04613-CJB-JCW
2:17-cv-04614-CJB-JCW
2:17-cv-04616-CJB-JCW
2:17-cv-04617-CJB-JCW
2:17-cv-04619-CJB-JCW
2:17-cv-04624-CJB-JCW
2:17-cv-04626-CJB-JCW
2:17-cv-04627-CJB-JCW
2:17-cv-04629-CJB-JCW
2:17-cv-04631-CJB-JCW
2:17-cv-04632-CJB-JCW
2:17-cv-04633-CJB-JCW
2:17-cv-04634-CJB-JCW
2:17-cv-04636-CJB-JCW

2:17-cv-04637-CJB-JCW
2:17-cv-04640-CJB-JCW
2:17-cv-04643-CJB-JCW
2:17-cv-04644-CJB-JCW
2:17-cv-04645-CJB-JCW
2:17-cv-04647-CJB-JCW
2:17-cv-04648-CJB-JCW
2:17-cv-04649-CJB-JCW
2:17-cv-04650-CJB-JCW
2:17-cv-04652-CJB-JCW
2:17-cv-04654-CJB-JCW
2:17-cv-04655-CJB-JCW
2:17-cv-04657-CJB-JCW
2:17-cv-04659-CJB-JCW
2:17-cv-04660-CJB-JCW
2:17-cv-04664-CJB-JCW
2:17-cv-05087-CJB-JCW
2:17-cv-05364-CJB-JCW
2:17-cv-02892-CJB-JCW
2:17-cv-05490-CJB-JCW
2:17-cv-05491-CJB-JCW
2:17-cv-05493-CJB-JCW
2:17-cv-05730-CJB-JCW
2:17-cv-05733-CJB-JCW
2:17-cv-05827-CJB-JCW
2:17-cv-05949-CJB-JCW
2:17-cv-06038-CJB-JCW
2:17-cv-06044-CJB-JCW
2:17-cv-06051-CJB-JCW
2:17-cv-06083-CJB-JCW
2:17-cv-06085-CJB-JCW
2:17-cv-06102-CJB-JCW
2:17-cv-06131-CJB-JCW
2:17-cv-06133-CJB-JCW
2:17-cv-06134-CJB-JCW
2:17-cv-06135-CJB-JCW
2:17-cv-06362-CJB-JCW
2:17-cv-06800-CJB-JCW
2:18-cv-02626-CJB-JCW
2:17-cv-09403-CJB-JCW

2:17-cv-09403-CJB-JCW
2:18-cv-08694-CJB-JCW
2:18-cv-09900-CJB-JCW
2:18-cv-10616-CJB-JCW
2:18-cv-10890-CJB-JCW
2:18-cv-10891-CJB-JCW
2:18-cv-10959-CJB-JCW
2:18-cv-11046-CJB-JCW
2:18-cv-11054-CJB-JCW
2:18-cv-10997-CJB-JCW
2:18-cv-10888-CJB-JCW
2:18-cv-11111-CJB-JCW
2:18-cv-11118-CJB-JCW
2:18-cv-11122-CJB-JCW
2:18-cv-11190-CJB-JCW
2:18-cv-11120-CJB-JCW
2:18-cv-11773-CJB-JCW
2:19-cv-00023-CJB-JCW
2:19-cv-01443-CJB-JCW
2:18-cv-13924-CJB-JCW
2:18-cv-13926-CJB-JCW
2:18-cv-13928-CJB-JCW

Cause: 33:2701 - Oil Pollution Act

### Plaintiff

**Ellis Keyes**
*Executor for the Estate of Christine C. Keyes*

represented by **Ellis Keyes**
P.O. Box 1073
Whitesburg, KY 41858-1073
228-326-8679
PRO SE

V.

### Defendant

**BP**

### Interested Party

**Garretson Resolution Group**

represented by **Allan C. Crane**
Miller Law Firm, Paducah-New Orleans, PLLC (New Orleans)
One Canal Place
365 Canal St.
Suite 860

New Orleans, LA 70130
504-684-5044
Fax: 866-578-2230
Email: acrane@millerlaw-firm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie D. Skinner**
Miller Law Firm, Paducah-New Orleans, PLLC (New Orleans)
One Canal Place
365 Canal St.
Suite 860
New Orleans, LA 70130
(504) 684-5044
Email: sskinner@millerlaw-firm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2014 | 1 | COMPLAINT with jury demand against BP filed by Ellis Keyes. (Attachments: # 1 Civil Cover Sheet)(gec) (Entered: 09/25/2014) |
| 09/22/2014 | 2 | EXPARTE/CONSENT MOTION for Leave to Proceed in forma pauperis by Ellis Keyes. Motion(s) referred to Sally Shushan. (gec) (Entered: 09/25/2014) |
| 09/26/2014 | 3 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Magistrate Judge Sally Shushan. (gec) (Additional attachment(s) added on 9/26/2014: # 1 Pauper Letter) (gec). Modified on 9/26/2014 (gec). (CC: E.Keyes w/summons and complaint) (Entered: 09/26/2014) |
| 09/26/2014 | 4 | Summons Issued as to BP. (gec) (Entered: 09/26/2014) |
| 09/26/2014 | 5 | PRETRIAL ORDERS #1, #11, #12, #25, #31 & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO 11, # 2 PTO 12, # 3 PTO 25, # 4 PTO 31, # 5 PTO 41 2nd Amended)(gec) (Entered: 09/26/2014) |
| 09/26/2014 | 6 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 5/20/2013.(gec) (Entered: 09/26/2014) |

| | | |
|---|---|---|
| 09/26/2014 | 🔒 | (Court only) ***Cases associated: Create association to 2:10-md-02179-CJB-SS. (gec) (Entered: 09/26/2014) |
| 10/30/2014 | [7](#) | SUMMONS Returned Executed; BP Deepwater Horizon Claims Administrator served on 10/3/2014. (gec) (Entered: 10/30/2014) |
| 01/14/2015 | 🔒 | (Court only) ***Party Garretson Resolution Group added. (see Response, filed in master case 10md2179 doc #14013) (gec) (Entered: 01/15/2015) |
| 08/03/2016 | [8](#) | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/03/2016) |
| 07/19/2017 | [9](#) | ORDERED that the Motion for Entry of Default (No. 10-md-2179, Rec. Doc. 13944) is DENIED. It is FURTHER ORDERED that the Motion to Reconsider/Amend (No. 16-14575, Rec. Doc. 4) is DENIED. It is FURTHER ORDERED that Ellis Keyes is granted an extension, up to and including August 18, 2017, to comply with PTO 63. If Mr. Keyes does not comply with PTO 63 by this extended deadline, civil action no. 14-2211 will be dismissed with prejudice. Signed by Judge Carl Barbier.(gec) (Entered: 07/19/2017) |
| 08/01/2017 | [10](#) | Sworn Statement in response to PTO 63 by Ellis Keyes. (gec) (Entered: 08/02/2017) |
| 08/01/2017 | [12](#) | Sworn Statement in Response to Order by Ellis Keyes. (gec) (Entered: 08/15/2017) |
| 08/07/2017 | [11](#) | ORDERED that Ellis Keyes is deemed COMPLIANT with PTO 63. By effect of this Order, Ellis Keyes is added to Exhibit 1 to the Order As to Compliance with Pretrial Order No. 63. (10-md-2179, Rec. doc. 23047 ). The Court notes that Mr. Keyes indicates in his Sworn Statement that he executed a release upon receiving payment through the Gulf Coast Claims Facility ("GCCF"). If this is in fact correct and if the scope of the GCCF release includes the claim(s) asserted in No. 14-2211, then No. 14-2211 may be subject to dismissal upon the filing of the appropriate motion. The Court does not determine at this time whether or not the claim or claims in No. 14-2211 have been released. Signed by Judge Carl Barbier on 8/4/2017. (Copy mailed to E.Keyes) (gec) (Entered: 08/07/2017) |
| 05/14/2018 | [13](#) | Statement in Response to PTO 66 by Ellis Keyes (cg) (Entered: 05/21/2018) |

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

**PRIORITY MAIL**

FROM:
KEYES
P.O. BOX 1073
WHITESBURG, KY
41858-1073

TO: CLERK
U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

$7.35

FROM:
ELLIS KEYES
P.O. BOX 1073
WHITESBURG, KY
41858-1073

TO:
Clerk U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

EXPECTED DELIVERY DAY: 05/20/19

USPS TRACKING NUMBER

9505 5119 3582 9137 0820 14



PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

UNITED STATES POSTAL SERVICE®

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

* Domestic only.   *For International shipments, the maximum weight is 4 lbs.