**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to: 12-cv-968: BELO** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### THE BP PARTIES' MOTION TO MODIFY BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

For the reasons set forth in the accompanying memorandum, Defendants BP Exploration & Production Inc. ("BPXP") and BP America Production Company ("BPAP") (collectively, the "BP Parties") respectfully request the Court to modify the BELO Cases Initial Proceedings Case Management Order No. 2 ("CMO No. 2") as set forth in Exhibit A to the accompanying memorandum.

### CERTIFICATION OF COUNSEL

I certify that on May 21, 2019, counsel for the BP Parties provided by email a draft of the proposed modification to CMO No. 2 to plaintiffs' counsel, The Nations Law Firm, The Downs Law Group, Falcon Law Firm, Lindsay & Lindsay P.A., The Law Offices of Frank D'Amico, Jr. APLC, Greer Law Firm PLLC, Amaro Law Firm, Cooper Law Firm, deGravelles & Palmintier, Leger & Shaw, Lanier Law Firm, The Lott Law Firm, the Becnel Law Firm, and the Lambert Law Firm, and requested their consent. The Downs Law Group did not consent to the proposed modification. Other plaintiffs' counsel have not responded to indicate their position.

1

Date: May 24, 2019                                    Respectfully submitted,

    */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of May 2019.

                                        /s/ Don K. Haycraft
                                        Don K. Haycraft