UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: J |
| Of Mexico on April 20, 2010 | * | JUDGE BARBIER |
| Applies to *Sergio A. Alvarado* | * | MAG. JUDGE WILKERSON |
| CASE No. 13-cv-01778 | * | |

## NOTICE OF APPEAL

**COMES NOW** through undersigned counsel comes Sergio A. Alvarado who files pursuant to Rule 4 of the Federal Rules of Appellate Procedure this Notice of Appeal of the Judgment or Order rendered in the above -referenced matter because of the following:

1.

On or about February 27, 2019, Claimant Sergio A. Alvarado filed a Motion for Reconsideration of Dismissal and/or Motion for Relief from Judgment or Order from the Order (PTO 66 Compliance Order) rendered by this Honorable Court on or about January 31, 2019.

2.

On or about May 1, 2019, this Honorable Court issued an Order (As to the Motions for Reconsideration, Etc.,of the PTO 66 Compliance Order) filed in Case 2:10- md-02179-CJB-JCW, Document 25604.

3.

On page 3 of the Order described in the preceding paragraph, this Honorable Court denied Claimant Sergio A. Alvarado's Motion for Reconsideration which dismissed his case.

4.

As a result of the Court Order described above, Claimant Sergio A. Alvarado seeks an Appeal of this matter to the United States Court of Appeal for the Fifth Circuit.

5.

This Notice of Appeal is timely filed pursuant to Rule 4 because it is being filed within thirty (30) days of this Honorable Court's Order.

Respectively submitted,

_____
Douglas M. Schmidt # 11789
335 City Park Ave.
New Orleans, LA 70119
(504) 482-5711
Fax: (504)482-5755