# EXHIBIT B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to: | § § | JUDGE CARL J. BARBIER |
| Civil Action No.'s<br>2:17-cv-03367<br>2:15-cv-01047<br>2:12-cv-02004<br>on the Docket of the Eastern District of Louisiana | § § § § § § | MAG. JUDGE JOSEPH WILKINSON, JR. |

### AFFIDAVIT OF BELINDA LOWER

My name is Belinda Lower. I am of majority age, have never been declared mentally incompetent, and make this affidavit as my free act and deed, and based upon my personal knowledge.

I am a legal assistant at the Lanier Law Firm. I worked primarily for attorney Charles Herd from September 2012 until approximately April 2018. During that time I worked on various BP cases, including Brian Gortney, Sergio Valdivieso and Sheri Allen Dorgan a/k/a Sheri Dorgan Allen.

The filing system requirements by the BP MDL case is different than what I have experienced in the past. Normally, when I e-file a pleading with the Court, all parties associated with the case are automatically notified of the filing. However, in the BP MDL you are required to file the pleading in the master file (2:10-md-02179) through the CM/ECF Electronic Filing portal, then "serve" the same pleading through File & ServeXpress.

Mr. Herd left the Lanier Firm in August 2018. I stayed at Lanier Law Firm. I did not go with him to his new firm.

Until Mr. Herd contacted me in approximately October of 2018 asking if I had seen or received PTO 66, I was not aware that any such document existed.

Further, affiant sayeth not.

*[signature]*
BELINDA LOWER

SWORN TO AND SUBSCRIBED BEFORE ME on this the 28th day of May, 2019, to certify which witness my hand and seal of office.



SADIE E. TURNER
My Notary ID # 130316941
Expires July 31, 2019

_____
Notary Public in and for
The State of Texas

My Commission expires: 7/31/19