UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to: | § § | JUDGE CARL J. BARBIER |
| Civil Action No.'s<br>2:17-cv-03367<br>2:15-cv-01047<br>2:12-cv-02004<br>on the Docket of the Eastern District of Louisiana | § § § § § § | MAG. JUDGE JOSEPH WILKINSON, JR. |

**PROPOSED ORDER GRANTING PLAINTIFF'S EMERGENCY RULE 60(b) MOTION TO SET ASIDE THE COURT'S JANUARY 31,2019, ORDER DISMISSING THEIR CLAIMS FOR NONCOMPLIANCE WITH PTO 66**

Before the Court is Plaintiffs' Emergency Rule 60(b) Motion to Set Aside the Court's January 31, 2019 PTO 66 Compliance Order filed by Plaintiffs Brian W. Gortney (Gortney), Sergio Valdivieso (Valdivieso) and Sherri Allen Dorgan a/ka Sherri Dorgan Allen (Dorgan) (collectively "Plaintiffs").

The Court, having considered same, and the pleadings on file in this case, finds that the Motion has merit and is therefore GRANTED. It is therefore ORDERED that

(1) The Court's January 31, 2019 Order dismissing Plaintiff Gortney's case (Rec. Doc. 25356) is hereby vacated and rescinded for the limited purpose of reinstating Gortney's claim on the docket and his claims are hereby reinstated. Gortney's claims are no longer dismissed and the Clerk shall re-open Cause No. 15-cv-01047 and the case will be allowed to proceed in this MDL until further order of this court;

(2) The Court's January 31, 2019 Order dismissing Plaintiff Valdivieso's case (Rec. Doc. 25356) is hereby vacated and rescinded for the limited purpose of reinstating Valdivieso's claim on the docket and his claims are hereby reinstated. Validivieso's claims are no longer dismissed and the Clerk shall re-open Cause No. 12-cv-02004 and the case will be allowed to proceed in this MDL until further order of this court;

1

(3) The Court's January 31, 2019 Order dismissing Plaintiff Dorgan's case (Rec. Doc. 25356) is hereby vacated and rescinded for the limited purpose of reinstating Dorgan's claim on the docket and her claims are hereby reinstated. Dorgan's claims are no longer dismissed and the Clerk shall re-open Cause No. 17-cv-03367 and the case will be allowed to proceed in this MDL until further order of this court;

(4) This order does not alter the Court's January 31, 2019 dismissing the claims of any other Plaintiffs;

(5) Counsel for Gortney, Valdivieso, and Dorgan shall, as sanctions, pay into the registry of the court $7,500 on or before June 15, 2019.

(6) Plaintiffs are hereby ordered to strictly comply with all future deadlines in this case. Failure to do so, absent a showing of exceptional circumstances, will result in dismissal of their claims.

So Ordered this the _____ day of _____, 2019.

**HONORABLE CARL J. BARBIER**