UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 13-cv-2416, *Renascent Holdings and Intradel Corporation v. BP, plc, et al.* | * * | MAG. JUDGE WILKINSON |

## ORDER

The Court having considered the Motion for Voluntary Dismissal With Prejudice filed by plaintiffs, Renascent Holdings, LLC and Intradel Corporation, requesting that the Court dismiss with prejudice the above-captioned case due to a settlement they reached;

IT IS HEREBY ORDERED that the referenced member case be and the same is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs; and

IT IS HEREBY FURTHER ORDERED that the Court shall retain jurisdiction to enforce the settlement reached by the parties if it should become necessary to do so.

New Orleans, Louisiana, this 28th day of May, 2019.

_____
United States District Judge