UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**<br><br>**APPLIES TO:**<br>**All Civil Actions of the all BELO Plaintiffs and all Opt-Out Plaintiffs** | **Civil Action No. 2:10-MD-02179**<br><br>**SECTION: J**<br><br>**JUDGE CARL BARBIER**<br><br>**MAG. JUDGE WILKINSON** |

### PLAINTIFFS' NOTICE OF FILING THEIR LIST OF SUBJECT SAMPLES IN COMPLIANCE WITH THE STIPULATION AND AGREED ORDER REGARDING THE COURT'S APRIL 16, 2019 ORDER ON BP'S MOTION FOR PERMISSION TO DISPOSE OF CERTAIN MATERIALS

NOW INTO COURT comes Downs Law Group Plaintiffs (Downs Plaintiffs), by and through the undersigned counsel, who does respectfully file their List of Subject Samples in compliance with the Stipulation and Agreed Order Regarding the Court's April 16, 2019 Order on BP's Motion for Permission to Dispose of Certain Materials (Stipulation).

On April 16, 2019, this Honorable Court entered an Order granting Defendants BP's Motion for Permission to Dispose of Certain Materials, specifically 140,000 samples (Subject Samples) which BP had collected and was preserving (Rec. Doc. 25593), by May 21, 2019, unless Plaintiff elected to take custody of any Subject Samples by that date. Based upon an analysis of the Subject Samples' data base provided by BP, Downs Plaintiffs elected to take possession of the samples. On May 9, 2019, Downs Plaintiffs performed a site visit to BP's storage facility along with their experts.

As a consequence of logistical challenges, including the need to procure appropriate freezer truck transport, freezer storage facilities and related equipment and personnel required to transfer the samples, Downs Plaintiffs indicated that they were unable to take custody of the Subject

1

Samples by the deadline of May 21, 2019. Subsequently, counsel for the Downs Plaintiffs and counsel for BP entered into the Stipulation extending the deadline for Downs Plaintiffs to take possession of any Subject Samples they wished to maintain until July 5, 2019, which was entered by this Honorable Court (Rec. Doc. 25633).

In compliance with the May 28, 2019 deadline to file their list of samples that they wish to take possession of and those that they do not as prescribed by the Stipulation, Downs Plaintiffs hereby file the following: Release List (attached hereto as Exhibit "A"), Keep List (attached hereto as Exhibit "B") and Further Info (Information) List (attached hereto as Exhibit "C").

Pursuant to Paragraph 4 of the Stipulation, Downs Plaintiffs have been working in good faith to facilitate and expedite the transfer of samples. However, since submitting the Stipulation, Downs Plaintiffs discovered that a high number of samples contained insufficient information to classify them as Release or Keep, thus requiring more detailed description for these samples to be properly classified. This determination followed analysis of video taken during the site visit. All of these samples are listed on the Further Info List, which was part of ongoing good faith meet and confer discussions between BP and Downs Plaintiffs regarding the indeterminate samples. Consequently, there are a large number of samples that Downs Plaintiffs are unable to adequately identify and which require additional information from BP. Additionally, it was further discovered that samples for disposal were not strictly segregated from samples for BP's retention, causing concern that this will increase complexity of the logistics of taking possession of the samples. Downs Plaintiffs have identified and communicated these issues to counsel for BP by numerous email and by meet and confer conference calls since the Stipulation was entered into. Downs Plaintiffs will continue to work in good faith with BP to classify the samples in the Further Info

List as Release or Keep and to finalize an effective logistical plan for taking possession of the final Keep list.

Dated: May 28, 2019

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

*/s/ Nathan L. Nelson*
**CRAIG T. DOWNS**, **FL BAR # 801089**
**NATHAN L. NELSON, FL BAR #1002523**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: cdowns@downslawgroup.com
nnelson@downslawgroup.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of May 2019.

*/s/ Nathan L. Nelson*
Nathan L. Nelson, Esq.
