# United States District Court
# Eastern District of Louisiana

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section J |
| This Document Relates to: | Judge Barbier |
| 2:17-cv-03217 | Mag. Judge Wilkinson |

## Notice of Appeal

Notice is given that Plaintiff Sandra Iames, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's May 1st, 2019 order Denying Plaintiffs motion for Reconsideration (Document # 25604 on 2:10-md-02179) of PTO Compliance Order dated January 31st, 2019(Document #5 on 2:17-cv-03217 and Document # 25356 on 2:10-md-02179). The nature of the compliance order is a final order dismissing with prejudice.

Submitted on May 30, 2019.

                                                                                     */s/J. Alistair McKenzie*
                                                                                     J. Alistair McKenzie, Esq.
                                                                                     Florida Bar Number: 91849
                                                                                     **McKenzie Law Firm, P.A.**



905 East Hatton Street
Pensacola, FL  32503-3931
Telephone:  (850) 432-2856
Facsimile:  (850) 202-2012
Email:
amckenzie@mckenzielawfirm.com
bryan@mckenzielawfirm.com
Attorneys for Plaintiff

## Certificate of Service

I hereby certify that the foregoing notice has been served on All Counsel by electronically uploading the same to File & Serve Xpress in accordance with the Court's Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30 day of May, 2019.

/s/ J. Alistair McKenzie
J. Alistair McKenzie, Esq.
Florida Bar Number: 91849
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, FL  32503-3931
Telephone:  (850) 432-2856
Facsimile:  (850) 202-2012
Email:
amckenzie@mckenzielawfirm.com
bryan@mckenzielawfirm.com
Attorneys for Plaintiff

