# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-30391
_____

In re: Deepwater Horizon

A True Copy
Certified order issued May 31, 2019

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

- - - - - - - - - - - - - -

BACK END LITIGATION OPTION AND OPT-OUT PLAINTIFFS REPRESENTED BY THE DOWNS LAW GROUP,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP AMERICA, INCORPORATED,

      Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

CLERK'S OFFICE:

     Under Fed. R. App. P. 42(b), the appeal is dismissed, with prejudice, as of May 31, 2019, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT