# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

May 31, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-30391   In re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:16-CV-13201
                         USDC No. 2:18-CV-65
                         USDC No. 2:18-CV-66
                         USDC No. 2:18-CV-6033
                         USDC No. 2:18-CV-6587

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Lisa E. Ferrara, Deputy Clerk
                                      504-310-7675

cc w/encl:
    Mr. Craig T. Downs
    Mr. Paulo R. Lima
    Mr. Charles B. Wilmore