UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § § § | MDL No. 2179 <br><br> SECTION J <br><br><br> JUDGE CARL J. BARBIER <br><br><br> MAG. JUDGE JOSEPH WILKINSON, JR. |
| This Documents Relates to: | | |
| Civil Action No. 2:15-cv-01047 on the Docket of the Eastern District of Louisiana | | |

NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Brian Gortney ("Gortney"), Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Fifth Circuit from the following orders:

(1) District Court order dated January 31, 2019 (Rec. Doc. 25356) which dismissed Gortney's claims for non-compliance with PTO 66;

(2) District Court order dated May 1, 2019 (Rec. Doc. 25604), which denied Gortney's Motion for Reconsideration filed on February 13, 2019 (Rec. Doc. 25391); and

(3) District Court order dated May 21, 2019 (Rec. Doc. 25632).

Respectfully submitted this 31st day of May 2019.


[SIGNATURE BLOCK ON NEXT PAGE]

                THE LANIER LAW FIRM

                By:  /s/ W. Mark Lanier
                     W. Mark Lanier
                     State Bar No.: 11934600
                     wml@lanierlawfirm.com
                     Kevin Parker
                     State Bar No: 15494020
                     kevin.parker@lanierlawfirm.com
                     Harvey Brown
                     State Bar No. 03130500
                     harvey.brown@lanierlawfirm.com
                     10940 W. Sam Houston Pwky North
                     Suite 100
                     Houston, Texas 77069
                     Telephone: 713.659.5200
                     Facsimile: 713.659.2204

                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing **Notice of Appeal of Plaintiff Brian Gortney to the United States Court of Appeals for the Fifth Circuit**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of May, 2019.


                     */s/ W. Mark Lanier*
                     W. Mark Lanier