**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the GULF | § | |
| OF MEXICO, on APRIL 20, 2010 | § | SECTION J |
| | § | |
| This Documents Relates to: | § | |
| | § | JUDGE CARL J. BARBIER |
| Civil Action No. | § | |
| 2:12-cv-02004 | § | |
| on the Docket of the Eastern District of | § | MAG. JUDGE JOSEPH |
| Louisiana | § | WILKINSON, JR. |

**NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Notice is hereby given that Sergio Valdivieso ("Valdivieso"), Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Fifth Circuit from the following orders:

(1) District Court order dated January 31, 2019 (Rec. Doc. 25356) which dismissed Valdivieso's claims for non-compliance with PTO 66;

(2) District Court order dated May 1, 2019 (Rec. Doc. 25604) which denied Valdievieso's Motion for Reconsdideraton filed on February 8, 2019 (Rec. Doc. 25380); and

(3) District Court order dated May 21, 2019 (Rec. Doc. 25632).

Respectfully submitted this 31st day of May 2019.

**[SIGNATURE BLOCK ON NEXT PAGE]**

1

THE LANIER LAW FIRM


By:   /s/  W. Mark Lanier
      W. Mark Lanier
      State Bar No.:  11934600
      wml@lanierlawfirm.com
      Kevin Parker
      State Bar No:  15494020
      kevin.parker@lanierlawfirm.com
      Harvey Brown
      State Bar No. 03130500
      harvey.brown@lanierlawfirm.com
      10940 W. Sam Houston Pwky North
      Suite 100
      Houston, Texas 77069
      Telephone:  713.659.5200
      Facsimile:  713.659.2204

      ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appeal of Plaintiff Sergio Valdivieso to the United States Court of Appeals for the Fifth Circuit**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of May, 2019.


      */s/ W. Mark Lanier*
      W. Mark Lanier