

May 29, 2019

Patrick Juneau, Old Class Claims Administrator
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Dear Mr. Juneau:

Attached please find the quarterly invoice for Old and New Class administration work completed by GCG, inclusive of pass-through invoices received for GCR and Stanley Reuter, during the period February 1, 2019 – April 30, 2019.

The breakdown of fees and expenses between the Old and New Classes is as follows:

| | |
|---|---|
| HESI and Transocean Old Classes | $ 152,200.42 |
| HESI and Transocean New Classes | $ 969,470.47 |
| Total Due | $1,121,670.89 |



As always, it has been a pleasure serving your needs. Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/28/2019 | 25962 |
| PERIOD START | THROUGH DATE |
| 2/1/2019 | 4/30/2019 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of Class Member Notifications and Correspondence | 13,968 | $0.0615 | $859.03 |
| Fulfill Case Document Requests | 50.7 Hrs. | | $3,754.50 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 653.6 Hrs. | | $32,945.50 |
| Document Storage - Paper (per box/per month) | 319 | $3.00 | $957.00 |
| Document Storage - Electronic (per img./record per month) | 499,167 | $0.002 | $998.33 |
| **Claim Validation** | | | |
| Process Paper Claims | 4,206.2 Hrs. | | $424,964.00 |
| Deficiency / Rejection Processing | 4.3 Hrs. | | $408.50 |
| **Contact Services** | | | |
| IVR (per minute) | 43,067.1 | $0.32 | $13,781.47 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 30,444 | $0.8333 | $25,370.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 109.1 Hrs. | | $5,455.00 |
| Old Class – Management of Call Center | 151 Hrs. | | $16,500.00 |
| Handling of class member communications | 1,530 Hrs. | | $179,298.50 |
| **Website Services** | | | |
| Design and Maintain Website | 1.8 Hrs. | | $225.00 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 588.9 Hrs. | | $103,266.50 |
| Records Paid by Check | 1,308 | $0.79 | $1,033.32 |
| Records Paid by Wire | 6,570 | $0.79 | $5,190.30 |
| Check reissues | 870 | $0.79 | $687.30 |
| IRS Form 1099 Printing | 102 | $1.50 | $153.00 |
| **Reporting** | 95 Hrs. | | $10,202.50 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Project Management** | | 1,415.6 Hrs. | | $188,378.00 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | | |
| **Systems Support** | | 97.1 Hrs. | | $15,419.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | | |
| **Quality Assurance** | | 127.6 Hrs. | | $22,175.00 |
| **Total Fees** | | | | **$1,052,021.76** |
| **Total Project Expenses (See Exhibit A)** | | | | **$64,319.25** |
| **Sub Total** | | | | **$1,116,341.01** |
| Sales Tax | | | | $258.24 |
| **Sub Total** | | | | **$1,116,599.25** |
| CAFA Notice Expenses | | | | $5,071.64 |
| **Grand Total** | | | | **$1,121,670.89** |

# EXHIBIT A



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| | **Description** | **Amount** |
| | **Project Expenses** | |
| | For the period: Feb 01, 2019 through Apr 30, 2019 | |
| GCR, Inc. | | $35,562.50 |
| Postage | | $27,487.05 |
| FedEx, Messenger & Shipping | | $47.68 |
| Copy Charges | | $184.10 |
| Working Meals and Transportation | | $1,037.92 |
| **Total** | | **$64,319.25** |

**Please Remit To :**

Epiq Class Action & Claims Solutions, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Epiq Class Action & Claims Solutions, Inc.
Operating A/C
Signature Bank
900 Stewart Ave., 3rd Floor
Garden City, NY 11530

ABA # -
A/C # -
Tax ID #
Swift Code

## JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

May 8, 2019

| | |
|---|---|
| Invoice #: | 32644 |
| Billed Through: | April 30, 2019 |
| Account #: | 001300   01580 |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | | |
|---|---|---:|
| CURRENT FEES THROUGH: | April 30, 2019 | $12,275.00 |
| CURRENT EXPENSES THROUGH: | April 30, 2019 | $127.28 |
| TOTAL CHARGES FOR THIS BILL | | $12,402.28 |
| TOTAL NOW DUE | | $12,402.28 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

May 8, 2019

Invoice #:      32644
Billed through: April 30, 2019
Account #:      001300  01580

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
     OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $7,040.00 |
| Less payments received since previous invoice | $7,040.00 |

**PROFESSIONAL SERVICES**                                                                                **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/19 | PAJ | EMAILS RE: QUARTERLY STATUS REPORT | 0.10 |
| 02/01/19 | PJH | CORRESPONDENCE RE: PAYMENT INQUIRY FROM CLAIMS PREPARER | 0.10 |
| 02/04/19 | PJH | SECOND ROUND OF REVIEW AND REDLINE OF NEW CLASS DISTRIBUTION DECLARATION AND CORRESPONDENCE WITH VENDOR RE: SAME | 2.70 |
| 02/12/19 | PJH | CORRESPONDENCE RE: NEW CLASS COURT DETERMINATIONS | 0.60 |
| 02/15/19 | PAJ | CONFER WITH HRON RE: APPEALS AND SETTLEMENT ISSUE | 0.20 |
| 02/15/19 | PJH | CONFER WITH JUNEAU RE: APPEALS AND INQUIRY PERTAINING TO NEUTRALS SETTLEMENT ISSUE AND CORRESPONDENCE WITH VENDOR RE: DETERMINATION ON SAME | 0.30 |
| 02/18/19 | PJH | FURTHER REVIEW AND EDIT OF NEW CLASS DISTRIBUTION DECLARATION AND CORRESPONDENCE WITH VENDOR RE: SAME | 0.80 |
| 02/19/19 | PJH | CORRESPONDENCE RE: RECENT NEW CLASS DETERMINATIONS BY THE COURT AS WELL AS NEXT ROUND OF EDITS AND REDLINES TO NEW CLASS DISTRIBUTION DECLARATION | 0.50 |
| 02/22/19 | PAJ | CONFER WITH HRON RE: INVOICES | 0.10 |
| 02/22/19 | PJH | CONFER WITH JUNEAU RE: INVOICES AND CORRESPONDENCES WITH PARTIES RE: SAME | 0.40 |
| 02/25/19 | PAJ | REVIEW VARIOUS EMAILS FROM VENDOR RE: MEETING ON NEW CLASS APPEALS | 0.20 |
| 02/25/19 | PJH | CONFER, REVIEW AND RESPOND TO CORRESPONDENCE RE: INVESTMENT OF NEW CLASS FUNDS AT UBS; REVIEW AND RESPOND TO VENDOR INQUIRY RE: PENDING APPEALS | 0.20 |
| 02/26/19 | PAJ | CONFER WITH HRON RE: NEW CLASS APPEALS | 0.10 |
| 02/26/19 | PJH | VARIOUS CORRESPONDENCES AND CONFER WITH VENDOR, JUNEAU RE: MEETING RE: NEW CLASS APPEALS | 0.10 |
| 02/27/19 | PAJ | EMAILS RE: NEW CLASS FUNDS AT UBS | 0.20 |
| 02/28/19 | PAJ | REVIEW EMAILS RE: NEW CLASS UNCONFIRMED LIENS | 0.20 |
| 02/28/19 | PAJ | REVIEW EMAILS RE: NEW CLASS INVOICE FOR NOVEMBER 2018 - JANUARY 2019 | 0.10 |
| 02/28/19 | PJH | REVIEW, EDIT AND APPROVE MOTION, PROPOSED ORDER, AND PROCEDURES FOR THIRD PARTY CLAIMS AND CLAIMANTS IN BANKRUPTCY RELATIVE TO THE NEW CLASS DISTRIBUTION | 0.80 |

001300    01580                                              Invoice # 32644     Page    2

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | [HALF-TIME]; PREPARE MOTION FOR DISBURSEMENT OF ADMINISTRATIVE EXPENSES AND SEVERAL CORRESPONDENCES RE: OUTSTANDING INVOICES [HALF TIME] | |
| 03/01/19 | PJH | REVIEW, EDIT AND APPROVE MOTION, PROPOSED ORDER, AND PROCEDURES FOR THIRD PARTY CLAIMS AND CLAIMANTS IN BANKRUPTCY RELATIVE TO THE NEW CLASS DISTRIBUTION [HALF TIME] | 0.80 |
| 03/01/19 | PAJ | REVIEW EMAILS RE: NEW CLASS PROCEDURES FOR NON-RESPONSIVE ISSUES RE: THIRD PARTY CLAIMANTS AND BANKRUPTCY CLAIMANTS; MOTION FILED RE: SAME | 0.30 |
| 03/01/19 | PJH | REVIEW, FINALIZE, AND FILE HESI/TO MOTION RE: THIRD PARTY CLAIMANTS AND BANKRUPTCY CLAIMANTS, WITH SEVERAL CORRESPONDENCES TO PARTIES, VENDOR AND COURT RE: SAME [HALF TIME] | 0.60 |
| 03/04/19 | PAJ | EMAILS RE: MEETING ON NEW CLASS APPEALS | 0.20 |
| 03/04/19 | PJH | SEVERAL CORRESPONDENCES RE: SCHEDULING MEETING FOR REVIEW OF NEW CLASS APPEALS | 0.20 |
| 03/11/19 | PAJ | REVIEW EMAILS RE: MISSING NEW CLASS W9 NOTICES | 0.20 |
| 03/11/19 | PJH | SEVERAL CORRESPONDENCES WITH VENDOR RE: ISSUE WITH EMAIL ADDRESS ON NOTICE, NEW NOTICES RE: SAME | 0.30 |
| 03/13/19 | PJH | REVIEW, FINALIZE, CIRCULATE AND FILE MOTION FOR DISBURSEMENT OF ADMINISTRATIVE EXPENSES FOR OLD AND NEW CLASS [HALF TIME] | 0.50 |
| 03/15/19 | PAJ | REVIEW ORDER AUTHORIZING DISBURSEMENT OF NEW CLASS ADMINISTRATIVE COSTS | 0.10 |
| 03/19/19 | PAJ | REVIEW EMAILS RE: NEW CLASS FUNDS AT UBS | 0.20 |
| 03/21/19 | PAJ | REVIEW EMAIL RE: NEW CLASS FUNDS AT UBS | 0.10 |
| 03/22/19 | PAJ | REVIEW EMAIL FROM UBS RE: NEW CLASS FUNDS | 0.10 |
| 03/22/19 | PJH | SEVERAL CORRESPONDENCES RE: REINVESTMENT OF FUNDS AT UBS | 0.10 |
| 03/24/19 | PJH | CORRESPONDENCES RE: INQUIRY RE: TIMING FOR NEW CLASS DISTRIBUTION MOTION | 0.20 |
| 03/25/19 | PAJ | REVIEW EMAIL RE: PAYMENT OF NEW CLASS ADMINISTRATIVE COSTS | 0.10 |
| 03/25/19 | PAJ | REVIEW EMAIL FROM VENDOR RE: NEW CLASS APPEALS | 0.10 |
| 03/26/19 | PAJ | REVIEW VARIOUS EMAILS RE: NEW CLASS APPEALS | 0.30 |
| 03/26/19 | PAJ | REVIEW EMAILS RE: PAYMENT OF NEW CLASS ADMINISTRATIVE COSTS | 0.20 |
| 03/26/19 | PJH | REVIEW INQUIRY, SPREADSHEET FROM VENDOR RE: NEW CLASS APPEALS AND POTENTIAL OPTIONS AND DRAFT CORRESPONDENCE TO VENDOR RE: SAME | 0.60 |
| 03/28/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS | 0.20 |
| 03/28/19 | PJH | REVIEW AND RESPOND TO CORRESPONDENCES RE: PENDING APPEALS ON NEW CLASS CLAIMS IN PREPARATION FOR CONFER WITH VENDOR | 0.70 |
| 04/01/19 | PAJ | EXTENSIVE MEETING WITH LACOUNT AND HRON RE: APPEALS | 7.50 |
| 04/01/19 | PJH | CONFER WITH JUNEAU AND VENDOR RE: REVIEW, DISCUSSION, AND DETERMINATIONS ON NUMEROUS NEW CLASS CLAIM APPEALS FILED OVER THE LAST SEVERAL MONTHS | 7.50 |
| 04/10/19 | PJH | CORRESPONDENCES RE: NEW CLASS APPEAL AND REVIEW OF UNDERLYING BASIS OF REQUEST | 0.30 |

| 001300 | 01580 | | Invoice # 32644 | Page 3 |
|---|---|---|---|---|
| 04/15/19 | PJH | REVIEW INQUIRY RE: NEW CLASS APPEALS AND BASIS FOR SAME, WITH REVIEW OF SEVERAL CLAIM FILES AND DOCKET FILINGS RE: CLAIM HISTORY AND SEVERAL CORRESPONDENCES TO VENDOR RE: SAME | | 1.40 |
| 04/18/19 | PAJ | REVIEW EMAILS RE: APPEALS AND PROPOSED RESPONSES | | 0.30 |
| 04/19/19 | PAJ | REVIEW EMAIL RE: ADMINISTRATIVE FEE RESERVES | | 0.20 |
| 04/22/19 | PAJ | REVIEW EMAILS RE: APPEAL RESPONSES | | 0.20 |
| 04/22/19 | PJH | REVIEW AND COMMENT/EDITS ON NUMEROUS DRAFT NEW CLASS APPEAL DETERMINATION REASONINGS AND CORRESPONDENCES WITH VENDOR RE: SAME | | 0.80 |
| 04/23/19 | PAJ | REVIEW EMAIL RE: APPEAL RESPONSES | | 0.10 |
| 04/23/19 | PAJ | REVIEW EMAIL RE: ADMINISTRATIVE FEE RESERVE AND ESTIMATES | | 0.10 |
| 04/24/19 | PAJ | CONFER WITH HRON RE: ADMINISTRATIVE EXPENSE RESERVE | | 0.10 |
| 04/24/19 | PAJ | REVIEW EMAILS RE: ADMINISTRATIVE FEE RESERVE ESTIMATES | | 0.20 |
| 04/24/19 | PJH | CONFER WITH JUNEAU AND CORRESPONDENCE TO VENDOR RE: RESERVATION OF ADMINISTRATIVE EXPENSES FOR NEW CLASS DISTRIBUTION AND MOTION | | 0.40 |
| 04/26/19 | PAJ | REVIEW EMAILS RE: INVESTING OF NEW CLASS FUNDS AT UBS | | 0.20 |
| 04/26/19 | PAJ | REVIEW EMAIL RE: DRAFT QUARTERLY COURT REPORT FOR NEW CLASS | | 0.10 |
| 04/26/19 | PJH | REVIEW AND RESPOND TO INQUIRY RE: NEW CLASS FUND REINVESTMENT STRATEGY | | 0.20 |
| 04/29/19 | PAJ | CONFER WITH HRON RE: APPEAL DETERMINATIONS AND PROPOSED LANGUAGE, STATUS REPORT, AND REINVESTMENT OF NEW CLASS FUNDS | | 0.30 |
| 04/29/19 | PAJ | REVIEW EMAILS RE: NEW CLASS FUNDS AT UBS | | 0.10 |
| 04/29/19 | PAJ | REVIEW EMAILS RE: DRAFT QUARTERLY REPORT FOR NEW CLASS | | 0.20 |
| 04/29/19 | PAJ | REVIEW EMAILS RE: APPEAL RESPONSES | | 0.20 |
| 04/29/19 | PJH | REVIEW AND EDIT NEW CLASS APPEAL DETERMINATION LANGUAGE, CONFER WITH JUNEAU RE: SAME, AND CORRESPONDENCE WITH VENDOR RE: SAME; REVIEW AND EDIT QUARTERLY STATUS REPORT, CONFER WITH JUNEAU RE: SAME, AND DRAFT CORRESPONDENCE RE: SAME [HALF TIME]; AND CONFER WITH JUNEAU RE: REINVESTMENT STRATEGY FOR NEW CLASS FUND | | 1.40 |
| 04/30/19 | PAJ | REVIEW OF EMAILS RE: NEW CLASS APPEALS RESPONSES | | 0.20 |
| | | | 35.80 | $12,275.00 |

| | | | | | |
|---|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 13.30 hrs @ | $500.00 /hr | $6,650.00 | |
| PJH | HRON, PATRICK J | 22.50 hrs @ | $250.00 /hr | $5,625.00 | |
| | Fee Recap Totals | 35.80 | | $12,275.00 | |

## EXPENSES                                                                 Amount

| | | |
|---|---|---|
| 03/20/19 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 04/01/19 | PATRICK A. JUNEAU, JR; MEAL WITH HRON & LACOUNT | 86.98 |
| 04/03/19 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 04/30/19 | COPYING | 30.30 |
| | | $127.28 |

001300     01580                                         Invoice # 32644        Page     4

**BILLING SUMMARY:**

    TOTAL FEES                                      $12,275.00

    TOTAL EXPENSES                                     $127.28

    TOTAL FEES & EXPENSES                          $12,402.28

    **TOTAL NOW DUE**                             **$12,402.28**

## Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 02/07/19 | Patrick Hron | Several corresps. with vendors, attorneys, claim preparers re: HESI/TO claim payments and Form 1099s. | 0.50 | $ 250.00 | $ 125.00 | |
| 02/09/19 | Patrick Hron | Several corresps. with claimant representative re: Old Class payments. | 0.20 | $ 250.00 | $ 50.00 | |
| 02/13/19 | Patrick Hron | Review and respond to corresps. re: Form W-9s for Old Class payments. | 0.10 | $ 250.00 | $ 25.00 | |
| 02/15/19 | Patrick Hron | Further corresps. re: inquiries from counsel re: Form W-9s. Several corresps. re: more inquiries from counsel re: Form W-9s, | 0.10 | $ 250.00 | $ 25.00 | |
| 02/18/19 | Patrick Hron | Moratoria issues and settlements relative to Old Class distribution eligibility. | 0.30 | $ 250.00 | $ 75.00 | |
| 02/22/19 | Patrick Hron | Various corresps. re: inquiry from counsel re: Old Class claimant list of payments. | 0.10 | $ 250.00 | $ 25.00 | |
| 02/25/19 | Patrick Hron | Confer vendor re: inquiry from counsel re: lien issues and review and approve corresp. re: same; review and respond to vendor inquiry re: other liens. | 0.40 | $ 250.00 | $ 100.00 | |
| 02/28/19 | Patrick Hron | Several corresps. with counsel and vendor re: Form W-9s and Neutrals payments re: Old Class payments; prepare motion for disbursement of administrative expenses and several corresps. re: outstanding invoices re: same (half time); review and edit and approve motion, proposed order, and procedures for Third Party Claims and Claimants in Bankruptcy relative to the Old Class distribution (half time). | 1.00 | $ 250.00 | $ 250.00 | |
| 03/01/19 | Patrick Hron | Review, finalize, and file HESI/TO motion re: third party claimants and bankruptcy claimants, with several corresps. to parties, vendor, Court re: same (half time) | 0.60 | $ 250.00 | $ 150.00 | |
| 03/04/19 | Patrick Hron | Several corresps. with counsel, vendor re: HESI/TO Old Class payments and Forms W-9. | 0.20 | $ 250.00 | $ 50.00 | |
| 03/05/19 | Patrick Hron | Several corresps. to and from attorneys re: HESI/TO Old Class payments and Form W-9 issues. | 0.30 | $ 250.00 | $ 75.00 | |
| 03/06/19 | Patrick Hron | Corresps. re: Old Class expense information for reimbursement motion. | 0.10 | $ 250.00 | $ 25.00 | |
| 03/08/19 | Patrick Hron | Several corresps. re: expense information from vendor for reimbursement motion. | 0.10 | $ 250.00 | $ 25.00 | |
| 03/13/19 | Patrick Hron | Review, finalize, circulate, and file motion for disbursement of administrative expenses for Old and New Class (half time); several corresps. back and forth with Vendor, several attorneys re: inquiries re: outstanding Old Class payments and issues with Forms W-9. | 0.80 | $ 250.00 | $ 200.00 | |

| Date | Name | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 03/28/19 | Patrick Hron | Review and respond to corresps. re: structured compromises in DHEPDS relative to eligibility in Old Class Settlement Program. | 0.20 | $ 250.00 | $ 50.00 | |
| 04/03/19 | Patrick Hron | Review and respond to vendor inquiry re: Old Class Motions for payment to DMI claimants. | 0.30 | $ 250.00 | $ 75.00 | |
| 04/04/19 | Patrick Hron | Additional review and respond to vendor inquiry re: Old Class Motions for payment to DMI claimants, who will execute and file motions, etc.; confer Court re: same, including timing of motions; several corresps. re: motion for attorneys' fees re: Old Class payment and application of Rules Governing Third Party Claims Process to the same. | 1.20 | $ 250.00 | $ 300.00 | |
| 04/08/19 | Patrick Hron | Confer and review corresps. from vendor re: Third Party Claim dispute. | 0.40 | $ 250.00 | $ 100.00 | |
| 04/12/19 | Patrick Hron | Review inquiry about HESI/TO funds tax liability estimate and corresps. re: same (half). | 0.20 | $ 250.00 | $ 50.00 | |
| 04/16/19 | Patrick Hron | Several corresps. re: inquiries from Vendor re: Old Class eligibility following Neutrals settlements and outstanding third party claim issues. | 0.60 | $ 250.00 | $ 150.00 | |
| 04/25/19 | Patrick Hron | Review corresp. from counsel re: Deceased claimant hold and corresps. re: same. | 0.10 | $ 250.00 | $ 25.00 | |
| 04/29/19 | Patrick Hron | Review and approve tax preparation invoice; review and edit Quarterly Status Report, confer PAJ re: same, and draft corresp. re: same (half). | 0.50 | $ 250.00 | $ 125.00 | $2,075.00 |
| 02/01/19 | Rebecca Gelfand | HESI Quarterly Report Filed | 0.10 | $ 50.00 | $ 5.00 | |
| 02/06/19 | Rebecca Gelfand | HESI Old Class Distribution | 0.10 | $ 50.00 | $ 5.00 | |
| 2/18/2019 | Rebecca Gelfand | Old Class Additional Payments | 0.10 | $ 50.00 | $ 5.00 | |
| 2/25/2019 | Rebecca Gelfand | Old Class Liens Update | 0.10 | $ 50.00 | $ 5.00 | |
| 2/28/2019 | Rebecca Gelfand | Old Class Unconfirmed Liens | 0.10 | $ 50.00 | $ 5.00 | |
| 2/28/2019 | Rebecca Gelfand | Old Class Invoice | 0.10 | $ 50.00 | $ 5.00 | $ 30.00 |
| 03/07/19 | Robert Levine | Accumulate Time charges from staff invoices | 0.75 | $ 175.00 | $ 131.25 | |
| 03/25/19 | Robert Levine | Emails and prearation of HESI Reimbursement | 0.25 | $ 175.00 | $ 43.75 | |
| 04/15/19 | Robert Levine | Emails and calls on Clawback history for HESI Claims preparation | 1.0 | $ 175.00 | $ 175.00 | $ 350.00 |

$2,455.00