UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** **SECTION "J"** |
| **This Document Relates To:** *No. 15-4143, 15-4146 & 15-4654* | **District Judge Carl J. Barbier** **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

## ORDER AUTHORIZING DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

Considering the Motion for Disbursement of Administrative Costs filed by the Claims Administrator for the Old Class and for the New Class, Patrick A. Juneau;

IT IS HEREBY ORDERED that:

The Settlement Fund Escrow Agent or Huntington Bank, as applicable, is hereby authorized and directed to issue payment on the following invoices as Administrative Costs pursuant to Section 8(c) of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements:

<u>New Class Expenses:</u>

| | |
|---|---:|
| Garden City Group invoice dated 5/28/2019 | $969,470.47 |
| Juneau David, APLC invoice dated 5/8/2019 | $12,402.28 |

<u>Old Class Expenses:</u>

| | |
|---|---:|
| Garden City Group invoice dated 5/28/2019 | $152,200.42 |
| Deepwater Horizon Economic & Property Damage Settlement invoice | $2,455.00 |

Such New Class Expense payments are to be made by the Settlement Fund Escrow Agent from the Transocean Settlement Fund (17.08%) and the Halliburton Settlement Fund (82.92%) pro rata based on the respective contributions to the overall settlement amount.  Such Old Class Expense payments are to be made by Huntington Bank from the HESI-Transocean Assigned Claims Combined Settlements Fund.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE