UNITED STATES DISTRICT COUT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010 | * * * * * * * | MDL No. 2179 |
| | | SECTION J |
| | | Honorable Carl J. Barbier |
| The document relates to: Case No. 2:13-cv-02026 | | Magistrate Judge Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW MOTION FOR AWARD OF ATTORNEYS' FEES

Plaintiff/Defendant in Intervention Talen's Marine & Fuel, LLC ("Movant" or "Talen's") hereby respectfully requests to withdraw its Motion for Award of Attorneys' Fees (Doc. 25567) and the accompanying supporting memorandum (Doc. 22567-1) and exhibits (Doc. 25567-2). The parties have resolved the dispute which was the subject of Movant's Motion for Award of Attorneys' Fees. As such, Movant asks the Court for an Order granting its Motion to Withdraw Motion for Award of Attorneys' Fees.

Dated: June 3, 2019.

                                                                   Respectfully submitted:

                                                                   By: /s/ A. Craig Eiland
                                                                   The Law Offices of A. Craig Eiland, PC
                                                                   2200 Market Street, Suite 501
                                                                   Galveston, TX 77550
                                                                   Telephone: 409-763-3260
                                                                   Facsimile: 409-763-8154
                                                                   Email: ceiland@eilandlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2019.

                                                                    /s/ A. Craig Eiland_____
                                                                    A. Craig Eiland