UNITED STATES DISTRICT COUT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010** | * * * * * * | **MDL No. 2179** <br><br> **SECTION J** <br><br> **Honorable Carl J. Barbier** |
| **The document relates to:** <br> **Case No. 2:13-cv-02026** | * * | **Magistrate Judge Wilkinson, Jr.** |

## ORDER

Considering Plaintiff/Defendant in Intervention Talen's Marine & Fuel, LLC's ("Movant" or "Talen's") Motion to Withdraw Motion For Award of Attorneys' Fees, IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, the _____ day of _____, 2019.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE