# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 13-2026* | * | |
| | | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Considering Plaintiff/Defendant in Intervention Talen's Marine & Fuel, LLC's Motion to Withdraw Motion for Award of Attorneys' Fees (Rec. Doc. 25695),

IT IS ORDERED that the Motion (Rec. Doc. 25695) is GRANTED, and the Motion for Award of Attorneys' Fees (Rec. Doc. 25567) is hereby deemed WITHDRAWN.

New Orleans, Louisiana, this 4th day of June, 2019.

_____
United States District Judge