## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | |
| | * | **SECTION: J(2)** |
| | * | |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| | * | |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| **BELO Cases identified below** | | |

### ORDER
### [Order to Show Cause re: BELO CMO No. 2 and BP's June 1, 2019 Status Report on BELO Cases]

BELO Case Management Order No. 1 requires BELO plaintiffs to provide defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1)). According to BP's status report of June 1, 2019 (filed on June 3, 2019), the 277 BELO plaintiffs identified below failed to provide full and complete disclosures by the initial 90-day deadline, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. (*See* Rec. Doc. 25696 ¶ II, "Category II Plaintiffs"). Therefore, and in accordance with BELO Case Management Order No. 2 ¶ 4 (Rec. Doc. 25486),

**IT IS ORDERED** that counsel for the 277 plaintiffs identified below shall appear before the undersigned on Wednesday, June 19, 2019 at 8:30 a.m. and **SHOW**

**CAUSE** why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that plaintiffs' counsel may file a written response, if desired, provided that such response is filed no later than <u>Monday, June 17 at 5:00 p.m. CDT</u>. Each law may file a single response brief on behalf of all the plaintiffs represented by that firm that are subject to this Show Cause Order. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO cases to which it pertains.

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency (per BP's status report, Doc. 25696) |
|---|---|---|---|---|
| 1. | 18-09723 | Robin, Jr., Chris Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 2. | 18-10387 | Brown, Darlean | Falcon Law Firm; Lindsay & Lindsay P.A. | No production |
| 3. | 18-10429 | Hickenbotham, Jerome | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 4. | 18-10509 | Fountain, Vernon Terell | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 5. | 18-10517 | McCall, Jarvis Kentrell | The Nations Law Firm | Missing signed PPF and authorizations |
| 6. | 18-10519 | Merrill, Robert Kirk | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 7. | 18-10521 | Pham, Hiep Anh | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |

| 8. | 18-10562 | Danos, Brent James | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 9. | 18-10573 | Graveley, Thomas Jesus III | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 10. | 18-10575 | Jones, Micah Timothy | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 11. | 18-10578 | Ochello, Louis Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 12. | 18-10625 | Williams, Hasson Ha'kium | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 13. | 18-10635 | Lajaunie, Wallace Charles | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 14. | 18-10643 | Warren, Kelvin Demond | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 15. | 18-10645 | Weber, Jennifer Mae | The Nations Law Firm | Missing signed PPF and authorizations |
| 16. | 18-10648 | Heath, Crystie Danielle | The Nations Law Firm | Missing signed PPF and authorizations |
| 17. | 18-10685 | Downs, Justin Blaine | The Nations Law Firm | Missing signed PPF and authorizations |
| 18. | 18-10699 | Taite, Ruby Rocelle | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 19. | 18-10707 | Florent Sr., EdwinTyrone | The Nations Law Firm | Missing signed PPF and authorizations |
| 20. | 18-10711 | Guillory, Andy Steven | The Nations Law Firm | Missing signed PPF and authorizations |

| 21. | 18-10713 | Haley, Michael Dwain | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 22. | 18-10743 | Dickinson, Gregory Darnell | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 23. | 18-10755 | Hamilton, Adron Lamont | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 24. | 18-10773 | Hicks, Joshua Kendell | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 25. | 18-10780 | Hooks, Roger Joseph Jr. | The Nations Law Firm | Missing signed PPF and authorizations |
| 26. | 18-10782 | Jackson, Torey Durrell | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 27. | 18-10787 | King, Anthony Wayne | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 28. | 18-10789 | Keegan, Thomas William IV | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 29. | 18-10846 | Powell, Ronnie Aaron | The Nations Law Firm | Missing signed PPF and authorizations |
| 30. | 18-10851 | Santiny, Joshua Daniel | The Nations Law Firm | Missing signed PPF and authorizations |
| 31. | 18-10916 | Kumm, Matthias | The Nations Law Firm | Missing signed PPF and authorizations |
| 32. | 18-10937 | Thomas, Paul Christopher | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |

| 33. | 18-10975 | Barthelemy, Myron Francis | The Nations Law Firm | Missing signed PPF and authorizations |
| 34. | 18-10980 | Billiot,          Corey Joseph | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 35. | 18-10988 | Billiot, Risha Marie | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 36. | 18-10998 | Booker, Antoine Vonche | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 37. | 18-11001 | Smith, Rhonda Nashovia | The Nations Law Firm | Missing signed PPF and authorizations |
| 38. | 18-11004 | Spencer, Kevin Dwayne | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 39. | 18-11005 | Wallace, Nolan Ryan | The Nations Law Firm | Missing signed PPF and authorizations |
| 40. | 18-11008 | Watkins, Carl Marshuan | The Nations Law Firm | Missing signed PPF and authorizations |
| 41. | 18-11030 | Ashcraft, Larry | The Nations Law Firm | Missing signed PPF and authorizations |
| 42. | 18-11031 | Baker, Kermit III | The Nations Law Firm | Missing signed PPF and authorizations |
| 43. | 18-11049 | Buford, Orlando Romon | The Nations Law Firm | Missing signed PPF and authorizations |
| 44. | 18-11051 | Bunch, Gregory Thomas | The Nations Law Firm | Missing signed PPF and authorizations |
| 45. | 18-11069 | Carbajal, Max Emiliano | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 46. | 18-11071 | Celestin, Joshua Kindall | The Nations Law Firm | Missing signed PPF and authorizations; PPF also |

| | | | | lacks substantive responses |
|---|---|---|---|---|
| 47. | 18-11072 | Chaisson, Amber Nicole | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 48. | 18-11076 | Coon, Toren Martel | The Nations Law Firm | Missing signed PPF and authorizations |
| 49. | 18-11077 | Cotton, Zachary | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 50. | 18-11183 | Diaz, Donald Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 51. | 18-11185 | Douglas, Michael | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 52. | 18-11189 | Glamuzina, Josip Ante | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 53. | 18-11196 | Hicks III, William Thomas | The Nations Law Firm | Missing signed PPF and authorizations |
| 54. | 18-11198 | Holmes, Demitrick Christopher | The Nations Law Firm | Missing signed PPF and authorizations |
| 55. | 18-11206 | Labiche, Carl Bryant | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 56. | 18-11207 | Sartain, Lee Edgar | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 57. | 18-11267 | Dragobratovich, Kristofer Mark | The Nations Law Firm | Missing signed PPF and authorizations |
| 58. | 18-11268 | Garcia, Paul Anthony | The Nations Law Firm | Missing signed PPF and authorizations |

| 59. | 18-11270 | Hill, Jason Daniel | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
|---|---|---|---|---|
| 60. | 18-11271 | Ho, Hung Van | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 61. | 18-11272 | House, Jerome Jermaine | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 62. | 18-11273 | Irby, Tracy Stein | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 63. | 18-11283 | McDuff, Gary Bruce | The Nations Law Firm | Missing signed PPF and authorizations |
| 64. | 18-11288 | Melerine, Nathan James | The Nations Law Firm | Missing signed PPF and authorizations |
| 65. | 18-11290 | Morgan, Jr., Danny Lenroy | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 66. | 18-11377 | Johnston, Michael Sean | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 67. | 18-11380 | Danos, Tara Ann | The Nations Law Firm | Missing signed PPF and authorizations |
| 68. | 18-11396 | Lathrop, Thomas Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 69. | 18-11408 | Moffett, Cedric Antonia | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 70. | 18-11410 | Motes, Jeffry Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 71. | 18-11416 | Nguyen, Christina Phuong | The Nations Law Firm | Missing signed PPF and authorizations |
| 72. | 18-11417 | Nguyen, Hung Minh | The Nations Law Firm | Missing signed PPF and authorizations |

| 73. | 18-11421 | Nguyen, Thoi Huu | The Nations Law Firm | Missing signed PPF and authorizations |
|---|---|---|---|---|
| 74. | 18-11422 | Nichols, Willie Dewayne | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 75. | 18-11502 | Nix, Alfreda Juawanna | The Nations Law Firm | Missing signed PPF and authorizations |
| 76. | 18-11506 | Palmisano, Darin James | The Nations Law Firm | Missing signed PPF and authorizations |
| 77. | 18-11510 | Paternostro II, Stephen Michae | The Nations Law Firm | Missing signed PPF and authorizations |
| 78. | 18-11516 | Powell, Pleashetta | The Nations Law Firm | Missing signed PPF and authorizations |
| 79. | 18-11518 | Prejean, Dennis Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 80. | 18-11529 | Ramond, Jeremie Charles | The Nations Law Firm | Missing signed PPF and authorizations |
| 81. | 18-11530 | Reese, Renaldo Emanuel | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 82. | 18-11537 | Riley Jr., Carl Blake | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 83. | 18-11597 | Buras Sr., Chad Michael | The Nations Law Firm | Missing signed PPF and authorizations |
| 84. | 18-11600 | Champagne, David John | The Nations Law Firm | Failure to provide proof that signatory is authorized representative |
| 85. | 18-11606 | Slack, Robert William Jr. | The Nations Law Firm | Missing signed PPF and authorizations |
| 86. | 18-11610 | Stamant, Bryan Paul | The Nations Law Firm | Missing signed PPF and authorizations |

| 87. | 18-11619 | Taylor, Christopher Raymond | The Nations Law Firm | Missing signed PPF and authorizations |
|---|---|---|---|---|
| 88. | 18-11622 | Toups Jr., Ronnie Joseph | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 89. | 18-11623 | Tran, Dinh Ngoc | The Nations Law Firm | Missing signed PPF and authorizations |
| 90. | 18-11624 | Tran, Phan Van | The Nations Law Firm | Missing signed PPF and authorizations |
| 91. | 18-11625 | Tran, Se Thi | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 92. | 18-11695 | Treadaway, Alex Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 93. | 18-11703 | Willyard Jr., Donald Rae | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 94. | 18-11704 | Wolf, Jason Everett | The Nations Law Firm | Missing signed PPF and authorizations |
| 95. | 18-11708 | Hall, Gary Dwight | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 96. | 18-11710 | Johnson, Lakeada Sherrel | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 97. | 18-11711 | Jones, Cory Thomas | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 98. | 18-11712 | Lee, Lindsey | The Nations Law Firm | Missing signed PPF and authorizations |
| 99. | 18-11713 | McDonald, Deidra D'Angela Myers | The Nations Law Firm | Missing signed PPF and authorizations; PPF also |

| | | | | lacks substantive responses |
|---|---|---|---|---|
| 100. | 18-11719 | Weaver, Gregory Darren | The Nations Law Firm | Missing signed PPF and authorizations |
| 101. | 18-11720 | Wells, Yolanda Yvette | The Nations Law Firm | Missing signed PPF and authorizations |
| 102. | 18-11721 | Williams, Erika Latressa | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 103. | 18-11778 | Chiodo, Anthony Paul III | The Nations Law Firm | Missing signed PPF and authorizations |
| 104. | 18-11781 | Copeland, George | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 105. | 18-11785 | Cotton, Yolanda Patricia | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 106. | 18-11793 | Crocker, William Ray | The Nations Law Firm | Missing signed PPF and authorizations |
| 107. | 18-11838 | Tillman, Randall | Frank J. D'Amico Jr. APLC | Missing PPF and authorizations |
| 108. | 18-11843 | Guidry, Harris Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 109. | 18-11847 | Hobdy, Robert John | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 110. | 18-11856 | Johnson, Demarcus Deandre | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 111. | 18-11857 | Jones, Jeremy Timajo | The Nations Law Firm | Missing signed PPF and authorizations |
| 112. | 18-11863 | Norwood, Jeffrey Allen | The Nations Law Firm | Missing signed PPF and authorizations |

| 113. | 18-11865 | Billiot, Ryan A | The Nations Law Firm | Missing signed PPF and authorizations |
| 114. | 18-11958 | Ferreira, Jose Pena | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 115. | 18-12041 | Jordan, Kehinde Tranell | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 116. | 18-12082 | Phimavong, Vorasing Joe | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 117. | 18-12085 | Odom, Travis Santel | The Nations Law Firm | Missing signed PPF and authorizations |
| 118. | 18-12097 | Kinsey, Samuel Eugene | The Nations Law Firm | Missing signed PPF and authorizations |
| 119. | 18-12104 | Matthews, Walter Paul | The Nations Law Firm | Missing signed PPF and authorizations |
| 120. | 18-12166 | Alder, Keith George | The Nations Law Firm | No production |
| 121. | 18-12168 | Ancar, Richard Kenneth | The Nations Law Firm | No production |
| 122. | 18-12169 | Anderson, Ivory | The Nations Law Firm | No production |
| 123. | 18-12191 | Blackston, Dannie Bernard | The Nations Law Firm | No production |
| 124. | 18-12193 | Ruffins, Jerome Devin | The Nations Law Firm | No production |
| 125. | 18-12195 | Seliby, William Edward, III | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 126. | 18-12197 | Smith, Barry Donavan | The Nations Law Firm | No production |

| 127. | 18-12203 | Taillon, Megan Marie | The Nations Law Firm | No production |
|------|----------|----------------------|----------------------|---------------|
| 128. | 18-12206 | Tracy, Jon Richard | The Nations Law Firm | No production |
| 129. | 18-12212 | Witherspoon, Demarcus James | The Nations Law Firm | No production |
| 130. | 18-12303 | Carson, Kawatues Markwette | The Nations Law Firm | No production |
| 131. | 18-12305 | Clark, Donnie Lee | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 132. | 18-12308 | Colston, Laneesha Anjanetta | The Nations Law Firm | No production |
| 133. | 18-12315 | Talton, Stafford Dewayne | The Nations Law Firm | No production |
| 134. | 18-12317 | Waite, Eleanor Noel | The Nations Law Firm | No production |
| 135. | 18-12343 | Bihlear, Eddie | The Nations Law Firm | No production |
| 136. | 18-12359 | Bradberry, Bobby Lynn | The Nations Law Firm | No production |
| 137. | 18-12364 | Chiodo, Anthony Paul Jr. | The Nations Law Firm | No production |
| 138. | 18-12368 | Taylor, Thomas Edward | The Nations Law Firm | No production |
| 139. | 18-12449 | Claxton, Anthony | Frank J. D'Amico Jr. APLC | Missing PPF and authorizations |
| 140. | 18-12478 | Brown, Iranikia Lashawn | The Nations Law Firm | No production |
| 141. | 18-12480 | Cannon, Martin Houston | The Nations Law Firm | No production |

| 142. | 18-12484 | Brown, Mario Catrell | The Nations Law Firm | No production |
|---|---|---|---|---|
| 143. | 18-12486 | Bryant, Tony Lamar | The Nations Law Firm | Missing signed PPF |
| 144. | 18-12487 | Butler, Eddie David | The Nations Law Firm | No production |
| 145. | 18-12490 | Cotton, Oliver, Jr. | The Nations Law Firm | No production |
| 146. | 18-12493 | Courtney, John Bart | The Nations Law Firm | No production |
| 147. | 18-12495 | Cox, Charles Leslie | The Nations Law Firm | No production |
| 148. | 18-12497 | Delle, Jeffery Lawrence | The Nations Law Firm | No production |
| 149. | 18-12501 | Fitzhugh, David Leon | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 150. | 18-12503 | Russell, Richard Lafayette | The Nations Law Firm | Missing signed authorizations; missing Rule 26(a) Disclosures |
| 151. | 18-12511 | Stevenson, Alyce Rebecca | The Nations Law Firm | No production |
| 152. | 18-12512 | Tanner, Cherrish Michelle | The Nations Law Firm | No production |
| 153. | 18-12514 | Tellez, Jairo Velandia | The Nations Law Firm | No production |
| 154. | 18-12680 | Gibbs, Rochelle Renne | The Nations Law Firm | No production |
| 155. | 18-12682 | Goff, Wayne Everette | The Nations Law Firm | No production |
| 156. | 18-12683 | Griffith, Vern Allan | The Nations Law Firm | No production |

| 157. | 18-12684 | Grinstead, Michael Anthony | The Nations Law Firm | No production |
| 158. | 18-12685 | Hall, Donnie Eugene | The Nations Law Firm | Missing Rule 26(a) Disclosures; missing medical records |
| 159. | 18-12686 | Helton, Jeffery Stephen | The Nations Law Firm | No production |
| 160. | 18-12689 | Hinton, Sidney Wayne | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 161. | 18-12691 | Richardson, Angela Latongia | The Nations Law Firm | No production |
| 162. | 18-12695 | Roberts, Romeo Casanova | The Nations Law Firm | No production |
| 163. | 18-12700 | Tran, Dave Dat | The Nations Law Firm | No production |
| 164. | 18-12745 | Hutchins, Shelton Deon | The Nations Law Firm | No production |
| 165. | 18-12750 | Jackson, Joshua Derek | The Nations Law Firm | No production |
| 166. | 18-12753 | Jarrett, Larry Jerome | The Nations Law Firm | No production |
| 167. | 18-12776 | Jones, Emile Carnell | The Nations Law Firm | No production |
| 168. | 18-12778 | Jones, Ronald Lester Jr. | The Nations Law Firm | No production |
| 169. | 18-12805 | Kates, Michael Dietrick | The Nations Law Firm | No production |
| 170. | 18-12815 | Quach, Richard | The Nations Law Firm | No production |
| 171. | 18-12832 | Thomson, Anthony McNair | The Nations Law Firm | No production |

| 172. | 18-12833 | Webb, Kelly Laveron Jr. | The Nations Law Firm | No production |
| 173. | 18-12834 | Williams, Kimberly Denise | The Nations Law Firm | No production |
| 174. | 18-13481 | Leashore, Kendera Patrice | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 175. | 18-13485 | Martin, Peter Maurice Jr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 176. | 18-13486 | Mathis, Corey Collins | The Nations Law Firm | No production |
| 177. | 18-13490 | McNair, Algernon Aundra | The Nations Law Firm | No production |
| 178. | 18-13494 | McNeeley, Larry Cheyenne | The Nations Law Firm | No production |
| 179. | 18-13499 | Moore, Johnnie Earl | The Nations Law Firm | No production |
| 180. | 18-13502 | Nance, Norma Jean | The Nations Law Firm | No production |
| 181. | 18-13582 | Abner-Nicholson, Janice Anastasia | The Nations Law Firm | No production |
| 182. | 18-13583 | Aguilar, Hector | The Nations Law Firm | No production |
| 183. | 18-13587 | Ally, Ashton Anthony | The Nations Law Firm | No production |
| 184. | 18-13591 | Austin, Jacob Raynard | The Nations Law Firm | No production |
| 185. | 18-13593 | Baldwin, Stevie George, Sr. | The Nations Law Firm | No production |
| 186. | 18-13594 | Banken, Tanea Leilani | The Nations Law Firm | No production |

| 187. | 18-13610 | Pettis, Jimmy Lee | The Nations Law Firm | Missing Rule 26(a) Disclosures |
|------|----------|-------------------|----------------------|-------------------------------|
| 188. | 18-13621 | Porter, Rapier Ely | The Nations Law Firm | No production |
| 189. | 18-13626 | Parker, Jonathan Jude | The Nations Law Firm | No production |
| 190. | 18-13685 | Berzett, Arsenio Tyrell | The Nations Law Firm | No production |
| 191. | 18-13688 | Blanchard, Randolph J. IV | The Nations Law Firm | No production |
| 192. | 18-13689 | Bourgeois, Joshua Demond | The Nations Law Firm | No production |
| 193. | 18-13694 | Brooks, Gwendolyn Faye | The Nations Law Firm | No production |
| 194. | 18-13699 | Brumfield, Clodie Ray | The Nations Law Firm | No production |
| 195. | 18-13700 | Bush, Michael Jerome | The Nations Law Firm | No production |
| 196. | 18-13708 | Milton, Brice Quintarius | The Nations Law Firm | No production |
| 197. | 18-13711 | Mitchell, Hakeem Jamal | The Nations Law Firm | No production |
| 198. | 18-13712 | Mullikin, Telice Watts | The Nations Law Firm | No production |
| 199. | 18-13716 | Van Ngo, Chuong | The Nations Law Firm | No production |
| 200. | 18-13718 | Nguyen, Hoang V. | The Nations Law Firm | No production |
| 201. | 18-13749 | Reddoch, Corbett Lawrence | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 202. | 18-13790 | Adams, James Lewis | The Nations Law Firm | No production |
| 203. | 18-13797 | Chav, Saran | The Nations Law Firm | No production |
| 204. | 18-13799 | Chopin, Timothy Michael Sr. | The Nations Law Firm | No production |
| 205. | 18-13803 | Colley, Brittany Nicole | The Nations Law Firm | No production |
| 206. | 18-13806 | Domangue, Darrell Anthony | The Nations Law Firm | No production |
| 207. | 18-13811 | Parker, Treko Jamal | The Nations Law Firm | No production |
| 208. | 18-13814 | Payton, Reginald Rene | The Nations Law Firm | No production |
| 209. | 18-13818 | Pugh, Tiquilla LaShawn | The Nations Law Firm | No production |
| 210. | 18-13823 | Sharit, Christina Ann | The Nations Law Firm | No production |
| 211. | 18-13867 | Smith, Marc Anthony | The Nations Law Firm | No production |
| 212. | 18-13875 | Beck, Latiffany Marsha | The Nations Law Firm | No production |
| 213. | 18-13876 | Booker, William Leonard, III | The Nations Law Firm | No production |
| 214. | 18-13881 | Cheramie, Anthony Paul | The Nations Law Firm | No production |
| 215. | 18-13882 | Clausell, Jacquelynn Jones | The Nations Law Firm | No production |
| 216. | 18-13883 | Cook, Marcus Lee | The Nations Law Firm | No production |

| 217. | 18-13887 | Duplantis, Elias Paul | The Nations Law Firm | No production |
|---|---|---|---|---|
| 218. | 18-13888 | Eugene, Kenneth | The Nations Law Firm | No production |
| 219. | 18-13906 | Bivens, Eric Roderick | The Nations Law Firm | No production |
| 220. | 18-13907 | Fanguy, Michael James | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 221. | 18-13908 | Fisher, Michael Eugene | The Nations Law Firm | No production |
| 222. | 18-13916 | Frye, Jeffery Alan | The Nations Law Firm | No production |
| 223. | 18-13918 | Chancellor, Raymond Jr | The Nations Law Firm | No production |
| 224. | 18-13960 | Harris, Curtis Frederick | The Nations Law Firm | No production |
| 225. | 18-13961 | Harris, Paul Thomas | The Nations Law Firm | No production |
| 226. | 18-13963 | Hayes, Ralph Eugene | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 227. | 18-13964 | Hicks, James Xavier | The Nations Law Firm | No production |
| 228. | 18-13965 | Hobby, Karen Kay | The Nations Law Firm | No production |
| 229. | 18-13966 | Hunter, Dewayne Junior | The Nations Law Firm | No production |
| 230. | 18-13967 | James, Steven Lorenzo | The Nations Law Firm | No production |
| 231. | 18-13968 | Johnson, Michelle Hughen | The Nations Law Firm | No production |

| 232. | 18-13969 | Jones, Nathaniel | The Nations Law Firm | No production |
|------|----------|------------------|----------------------|---------------|
| 233. | 18-13972 | Lambert, Ashley Shatoya | The Nations Law Firm | No production |
| 234. | 18-13973 | Lee, Denorris John | The Nations Law Firm | No production |
| 235. | 18-13977 | Mills, Kenyetta Renea | The Nations Law Firm | Failure to provide PPF and authorizations; missing Rule 26(a) Disclosures. |
| 236. | 18-13980 | Nguyen, Len Van | The Nations Law Firm | No production |
| 237. | 18-13983 | Nemeth, Crystal Lynn | The Nations Law Firm | No production |
| 238. | 18-13994 | Helmer, Jordon Lee | The Nations Law Firm | No production |
| 239. | 18-13999 | Jenkins, James Lee | The Nations Law Firm | No production |
| 240. | 18-14004 | Nicholson, James Anthony | The Nations Law Firm | No production |
| 241. | 18-14006 | Padilla, Jessica Rose | The Nations Law Firm | No production |
| 242. | 18-14007 | Payne, William Thomas | The Nations Law Firm | No production |
| 243. | 18-14021 | Salter, Henry Clifton Jr. | The Nations Law Firm | No production |
| 244. | 18-14022 | Schulte, Joseph Charles Jr. | The Nations Law Firm | No production |
| 245. | 18-14027 | Sorey, Arthur Bernard | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; missing Rule 26(a) Disclosures |

19

| 246. | 18-14029 | Strickland, Ramelle Fitzgerald | The Nations Law Firm | Missing signed authorization for release of Social Security records; missing Rule 26(a) Disclosures |
| --- | --- | --- | --- | --- |
| 247. | 18-14030 | Tanner, Bradley Keith | The Nations Law Firm | Failure to provide useable authorization for release of Social Security records |
| 248. | 18-14031 | Thompson, Jerome Alonzo | The Nations Law Firm | No production |
| 249. | 18-14033 | Trauth, Brent Albert | The Nations Law Firm | No production |
| 250. | 18-14050 | Matthews, Jonelle Jontue | The Nations Law Firm | No production |
| 251. | 18-14053 | Cameron, Jamond Le'Jean | The Nations Law Firm | No production |
| 252. | 18-14056 | Brown, Leon | The Nations Law Firm | No production |
| 253. | 18-14058 | Campbell, Jerome Torry | The Nations Law Firm | No production |
| 254. | 18-14060 | Chadwick, Charles Christopher | The Nations Law Firm | No production |
| 255. | 18-14063 | Chiasson, Randy Thomas | The Nations Law Firm | No production |
| 256. | 18-14095 | Burrows, Kenneth Lamar | The Nations Law Firm | No production |
| 257. | 18-14097 | Christmas, Larry Darnell, Jr. | The Nations Law Firm | No production |
| 258. | 18-14098 | Clede, Scott Aaron | The Nations Law Firm | No production |
| 259. | 18-14099 | Cooper, David Lyn | The Nations Law Firm | No production |

| 260. | 18-14102 | Decaylor, John Melvin | The Nations Law Firm | No production |
|------|----------|-----------------------|----------------------|---------------|
| 261. | 18-14103 | Duplantis, Teddy Wedgir | The Nations Law Firm | No production |
| 262. | 18-14104 | Fairley, Adam Lee | The Nations Law Firm | No production |
| 263. | 18-14105 | Fitch, William Randolph III | The Nations Law Firm | No production |
| 264. | 18-14106 | Fox, Wayne Edward | The Nations Law Firm | No production |
| 265. | 18-14111 | Lieurance, Raven E. (on behalf of Tracy Speranzo) | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 266. | 18-14123 | Woods, Jason Edwards | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 267. | 18-14151 | Joseph, Michael Christopher | The Nations Law Firm | No production |
| 268. | 18-14152 | Gunn, Trenkiel Lamar | The Nations Law Firm | No production |
| 269. | 18-14153 | Harris, Bernard Allen | The Nations Law Firm | No production |
| 270. | 18-14154 | Heptinstall, Leeunder Monrow Sr. | The Nations Law Firm | No production |
| 271. | 18-14159 | Jackson, Andrew, III | The Nations Law Firm | No production |
| 272. | 18-14161 | Lyons, Scott David | The Nations Law Firm | No production |
| 273. | 18-14165 | Narcisse, Kermit Peter | The Nations Law Firm | No production |

| 274. | 18-14169 | Nguyen, Huy Hoang | The Nations Law Firm | No production |
| 275. | 18-14173 | Phalo, Charles Lee | The Nations Law Firm | No production |
| 276. | 18-14174 | O'Sullivan, Steven Sean | The Nations Law Firm | No production |
| 277. | 18-14310 | Gideon, Michael A. | Falcon Law Firm; Lindsay & Lindsay P.A. | No production |

New Orleans, Louisiana, this 4th day of June, 2019.

_____

United States District Court