**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the GULF | § | |
| OF MEXICO, on APRIL 20, 2010 | § | SECTION J |
| | § | |
| This Documents Relates to: | § | |
| | § | JUDGE CARL J. BARBIER |
| Civil Action No.'s | § | |
| 2:17-cv-03367 | § | |
| 2:15-cv-01047 | § | |
| 2:12-cv-02004 | § | |
| on the Docket of the Eastern District of | § | MAG. JUDGE JOSEPH |
| Louisiana | § | WILKINSON, JR. |

## PROPOSED ORDER ON MOTION UNDER RULE 62.1 FOR INDICATIVE RULING

On May 28, 2019, Plaintiffs Brian Gortney, Sheri Dorgan Allen aka Sheri Allen Dorgan, and Sergio Valdivieso filed their Emergency Rule 60(B) Motion To Set Aside The Court's January 31, 2019 Order Dismissing Their Claims For Noncompliance With PTO 66 (Doc. 25658) ("Rule 60b Motion"). This court lacks authority to grant the motion because of the notice of appeal filed by these Plaintiffs.

Nevertheless, the court declares, under Rule 62.1, that it would grant these Plaintiffs' Rule 60b Motion if the courts of appeals were to remand for that purpose.

So Ordered this the _____ day of _____, 2019.

_____

**HONORABLE CARL J. BARBIER**