UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION: J** |
| **Applies to: 12-cv-968: BELO** <br> **Relates to:** <br> 18-14123 <br> 18-14111 <br> 18-11958 | **JUDGE BARBIER** <br> **MAGISTRATE** <br> **JUDGE WILKERSON** |

## RESPONSE TO BP PARTIES JUNE 1 STATUS REPORT PURSUANT TO BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER 2

**COMES NOW** Plaintiffs, JOSE PENA FERRERIRA, JASON EDWARDS WOODS and RAVEN E. LIEURANCE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TRACY SPERANZO ("**Plaintiffs**") by and through the undersigned counsel, file this Response to the BP Parties June 1, Status Report Pursuant to Belo Case Initial Proceedings Case Management Order No. 2. *See* Rec. Doc. 25696 ("**Status Report**").  On June 4, 2019, this Court entered an Order to Show Cause regarding BP's June 1 Status Report.  *See* Rec. Doc. 25698 ("**Show Cause Order**").

1. The aforesaid Plaintiffs are listed on Category II of the Status Report, and therefore subject to the Show Cause Order, for the deficiency of "failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted." Pursuant to Case Management Order No. 2, Counsel for the BP Parties had circulated a draft status report to the Counsels for the Plaintiffs on May 24, 2019 listing 67 cases on Category II for the Downs Law Group ("**DLG**") including these Plaintiffs.

2. DLG had inadvertently provided the wrong version of the Plaintiff Profile Forms for Plaintiffs Jason Edwards Woods and Raven E. Lieurance, Individually and as Personal

Representative of the Estate of Tracy Speranzo on May 30, 2019 and has now rectified the error and provided the correct versions of the Plaintiff Profile Forms to the Counsel for the BP Parties.

**3.** Counsel for Plaintiffs has also provided the BP Parties with a compliant Plaintiff Profile Form for Plaintiff Jose Pena Ferreira on May 30, 2019 before the issuance of the Show Cause Order.

**4.** DLG and Counsel for the BP Parties have communicated and resolved the compliance issues for these Plaintiffs. Further Counsel for the BP Parties have conferred and the BP Parties do not oppose this Response, notifying the Court that these Plaintiffs have satisfied the Show Cause Order.

WHEREFORE, Plaintiffs, JOSE PENA FERRERIRA, JASON EDWARDS WOODS and RAVEN E. LIEURANCE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TRACY SPERANZO respectfully request that this Honorable Court (a) enter an Order setting aside the Show Cause Order with respect to these Plaintiffs ; (b) exempting the Plaintiff and their Counsel, the Downs Law Group from appearing in the Court with respect to the Show Cause Order;  and (b) any other relief this Court deems just and proper.

Respectfully Submitted,

**HE DOWNS LAW GROUP, P.A.**

*/s/ Craig T. Downs*
**CRAIG T. DOWNS**, **FL BAR # 801089**
**NATHAN L. NELSON**, **FL BAR #1002523**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: cdowns@downslawgroup.com
nnelson@downslawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing was sent to counsel of record for all Defendants registered to receive electronic service by operation of the court's electronic filing system.

Dated this 5th day of June 2019

*/s/ Craig T. Downs*
Craig T. Downs, Esq.