UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No.  2:13-cv-2715 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## NOTICE OF FILING SUPPLEMENT TO PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

On behalf of Plaintiff Debra Miles, undersigned counsel respectfully submits this Notice of Filing Supplement to the Particularized Statement of Claim for Remaining B3 Plaintiffs ("Particularized Statement") pursuant to the Court's Order, Rec. Doc. 25622.  Specifically, the attached Supplement is to provide additional information on Question 39, as directed by the Court. Out of abundance of caution, also attached with this Supplement is a version of the original Particularized Statement, with personal information in questions not directed to be part of the supplement or placed at issue by BP, which is in possession of the unredacted version, redacted for privacy.

Dated:  June 6, 2019               Respectfully submitted,

                                   */s/ Joseph F. Rice*
                                   Joseph F. Rice
                                   MOTLEY RICE LLC
                                   28 Bridgeside Blvd.

Mount Pleasant, SC 29464
Telephone: (843) 216-9159
Fax: (843) 216-9450
jrice@motleyrice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Filing Supplement to the Particularized Statement of Claim for Remaining B3 Plaintiffs will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 6th day of June, 2019.

/s/ *Joseph F. Rice*

## AMENDED EXHIBIT A – DEBRA MILES

### (Supplement to Question 39 – PTO 66 Particularized Statement of Claim for Remaining B3 Plaintiffs (Exhibit A))

39.   To the best of my memory, my injuries, and the resulting damages, started on or about May 12, 2010. I went to doctor on May 13, 2010 because I was wheezing and felt so short of breath that it felt like I could not get enough air. I was also couching up phlegm with blood. I had exacerbation of my asthma in June 2010. I noticed on a trip to Anderson, South Carolina, in May or June of 2010 that I was only using my inhaler once a day, and then when I returned home to Pensacola I needed to use my inhaler up to three or four times a day. I remember that when I first pulled back in my driveway, I had an asthma attack and I later received multiple nebulizing treatments at a doctor's office. My wheezing was loud enough to concern my grandchildren, who live with me and for whom I am the primary caretaker, and I was waking in the middle of the night gasping for air. I cannot specifically remember when this occurred, but my memory is that my doctor told me I needed to leave the area in May or June. My understanding is that she was telling me I needed to leave because the toxins in the air from the dispersants and/or the oil were harming my health. I cannot recall the date I learned that I needed to leave the area, but think that it was in May of 2010, and would not have been any later than June 10, 2010, because I left Pensacola to move to Anderson, South Carolina on July 10, 2010, and I am confident that I would have given 30-days notice to my business partner at the salon I co-owned. My injuries continued from the time that they began until I moved away from Pensacola, and even after moving away I feel my asthma / chronic asthmatic bronchitis has remained worse than it was before the oil spill. Even now, I notice that since the oil spill, when I do have an exacerbation of my asthma, even if from pollen or some other source, I feel it go straight to my chest in a way that did not happen before.

I am seeking compensatory damages for emotional distress, pain and suffering from the personal injuries described above and in response to Questions 28 through 32. In addition to the pain and suffering from the physical symptoms themselves, I suffered the stress of having to leave my long-time home and the clientele I had served at my business over the course of 28 years, and start over in a new place, which took an emotional and financial toll on me. I have read about the effects of the dispersants used in connection with the oil spill and also live with the worry and stress of potential additional or future illness. All of these factors should be considered as part of my damages for emotional distress, pain, and suffering. Pain and suffering, mental distress, and fear of disease are not subject to exact mathematical calculation. Considering past, present, and future medical problems and related damages, I am seeking no less than $150,000 for this damages category. I am also seeking medical monitoring as an element of the relief sought. It is not yet possible to provide a precise number, as an expert model has not been developed and prices among service providers vary. Recognizing that the Periodic Medical Consultation Program is not medical monitoring, a rough estimate using the CPT codes of the components of that program, were they to be included and searches of public information concerning costs of the same medical services, if provided annually over a period of

1

20 years, it appears this aspect of the relief sought may cost as much as $20,700. This question asks only about compensatory damages but to ensure clarity, I am noting that I am also seeking the maximum amount of punitive damages allowed by law.

    I understand that the Attestation set forth in my previously served Attachment A also applies to this Supplement and that I am making the same declaration/attestation and acknowledgment by signing below.

Date June 3, 2019

Location (City and State): Anderson, South Carolina

*[signature]*

Signature

Debra Miles

Print Name

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Debra L. Miles

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: ███
   Address Line 2: ███
   City: ███  State: ███  Zip: ███

2. Telephone number: ███

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: ███

4. Date and Place of Birth: ███

5. Male____  Female _X_

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
|  |  |  |  |
|  |  |  |  |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _X_ No_____ If "Yes," when were you out of work and why?  Stopped working in 2015 due to health issues and family obligations.

B. **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____   No__X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   1. **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____   Offshore_____   Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____   No_____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_____   No_____

13. Please set forth the following information about your cleanup work:

    A. Your employer(s):_____

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

    _____

    C. A description of the work performed for employer(s) identified in Question No. 13(A):_____

    _____

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

    _____

  E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

  F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

 **2.** **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

 Yes __X__ No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

 Yes _____ No __X__

16. List all address(es) at which you resided in 2010 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Pensacola, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**C.** **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

 __X__ Bodily injury from exposure to oil and/or dispersants

 ____ Bodily injury other than from exposure to oil and/or dispersants

 ____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____    Dispersants_____    Both **X** (chemicals assoc. w/oil spill & clean-up)

19. How were you exposed? (*Check all that apply*)

    A. Inhalation              Yes **X**    No_____
    B. Dermal (skin) contact   Yes_____    No_____
    C. Ingestion               Yes_____    No_____
    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____   Month: May or June - July   Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Continuously, for as long as dispersants were being sprayed or oil reaching the area of

    my home and work between May or June 2010 and July 2010, except for a brief trip out of

    state during June 2010; short term memory issues prevent a full recollection of events/timing

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Pensacola, FL, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Dates are the same as in Question 21; Noticed health

    effects around or about May or June 2010 and did not fully appreciate the link to dispersants and/or oil until after

    returning from a visit to South Carolina in May or June 2010 and experiencing the difference in health and

    difficulty breathing

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    See response to Question 21 above

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: <u>Resided in close proximity to Pensacola Bay.</u>
<u>Also worked only a few blocks from Pensacola Bay. BP contractors performed vessel</u>
<u>decontamination in Bayou Chico in close proximity to my home.</u>

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____

    _____
    _____

    E. Identify any individual(s) who witnessed your injury:_____

    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: <u>See response to</u>
<u>Questions 21-23. When visiting Anderson, SC, I did not have to use my inhaler during the day. Upon arrival back home in FL, I immediately had an asthma attack when I pulled up in my driveway and in the wee hours of the morning awoke multiple times feeling unable to breathe. Received multiple nebulizing treatments at doctor's office. I had already noticed my wheezing was much worse than before the oil spill, and was loud enough to concern my grandchildren.</u>

F.  **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: Exacerbation of asthma/ chronic asthmatic bronchitis, with resulting mental stress and increased risk of manifesting additional diseases and the burden, inconvenience and emotional strain of monitoring compromised health.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Exposure described in Questions 21-24 & 28 above caused exacerbation of pre-existing conditions as described above. I noticed a difference in my health when I left the area in May or June 2010 and upon returning, felt far worse. I recall that I told my doctor what I was experiencing and my doctor told me that I needed to leave the area because of what the exposure was doing to my health.

31. On what date did you first report or seek treatment for your injury or illness: Do not recall, but at least by May 13, 2010

32. On what date was your injury first diagnosed: Do not recall, but at least by May 13, 2010

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| ███ | ███ |
| ███ | ███ |
| ███ | ███ |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes __x__ No _____. If "*Yes*,"

   A. When? _as described above, condition existed, but was less severe, before the spill_

   B. Who diagnosed the injury (or condition) at that time? ███

   C. Who treated the injury (or condition) at that time? _Do not recall._

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes __X__ No _____. If "*Yes*,"

   A. What date did you first experience such injury or condition? _See Question 35._

   B. What injury (or condition) was made worse? _asthma / chronic asthmatic bronchitis_

37.  Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| ■ | ■ |
| ■ | ■ |
|  |  |
|  |  |
|  |  |

38.  Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes __X__   No _____   (med. records in possession of attorneys)

39.  Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Medical expenses for treatment of asthma / chronic asthmatic bronchitis, which are ongoing and to be determined at trial; damages for related emotional distress, pain and suffering, including due to the need to relocate from my long-term home; expenses of medical monitoring; pre- and post-judgment interest; attorneys fees and costs of litigation

40.  Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes ■  No ■

    If "Yes":

    A.  From whom did you receive this compensation or reimbursement? ■

    

      B.    When did you receive this compensation or reimbursement? ▮

      C.    What was the amount of the compensation or reimbursement? ▮

**G.    CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

    Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

44.    Describe how the contract was breached:

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _July 9_, 2018

Location (City and State): ~~Charleston~~ Mt. Pleasant, SC

_Debra Miles_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_Debra Miles_
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**By no later than Monday, July 9, 2018**, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |