**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: 12-cv-968 and All BELO Cases' | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

**EXPARTE MOTION FOR RECONSIDERATION OF ORDER REGARDING PLAINTIFFS' SIGNATURES AND INITIALS ON DOCUMENTS ATTACHED TO BELO CMO NO. 1**

The Downs Law Group ("**DLG**"), on behalf of various Plaintiffs, such as Jose Hernandez[1] and those similarly situated, who have filed Back End Litigation Option ("BELO") cases in MDL No. 2179, hereby moves this Court to Reconsider the Order regarding Plaintiff's Signatures and Initials on Documents attached to BELO CMO No. 1.[2]

The grounds supporting this request are set forth in the accompanying Memorandum filed in support of this Motion.

June 7, 2019

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

_____ */s/ Nathan L. Nelson*
**NATHAN L. NELSON, FL BAR #1002523**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: nnelson@downslawgroup.com
*Attorneys for Plaintiff*

---

[1] *Jose Hernandez v. BP Exploration and Production, Inc. and BP America Production Co*., BELO Case No. 18-cv-09200.
[2] *Order Regarding Plaintiffs' Signatures and Initials on Documents Attached to BELO CMO No. 1,* 2:10-md-0217, Rec. Doc. 25595 (April 16, 2019).

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Motion for Reconsideration has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of June 2019.

Dated this 7th day of June 2019

*   /s/ Nathan L. Nelson*

Nathan L. Nelson, Esq.