UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J(2) |
| *All BELO Cases, including 18-14123, 18-14111, 18-11958* | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is the Downs Law Group's Motion for Reconsideration of Order Regarding Plaintiffs' Signatures and Initials on Documents Attached to BELO CMO No. 1. (Rec. Doc. 25705).

IT IS ORDERED that oral argument on this motion (Rec. Doc. 25705) will be held during or immediately following the Show Cause Hearing scheduled for June 19, 2019 at 8:30 a.m. CDT (Rec. Doc. 25698). If BP wishes to file a written response to the Downs Law Group's motion, it shall do so by no later than Monday, June 17 at 5:00 p.m. CDT.

\* \* \*

Also before the Court is the Downs Law Group's response (Rec. Doc. 25702) to the Order to Show Cause re: BELO CMO No. 2 and BP's June 1, 2019 Status Report on BELO Cases (Rec. Doc. 25698). The Downs Law Group represents that the parties have resolved the compliance issues with its three clients (Jose Pena Ferrerira, Jason Edwards Woods, and Raven E. Lieurance (on behalf of Tracy Speranzo)) and that BP does not oppose the Show Cause Order being set aside with respect to these plaintiffs.

The Downs Law Group further requests that it be excused from attending the Show Cause Hearing on June 19, 2019.

IT IS ORDERED that that the Show Cause Order (Rec. Doc. 25698) is satisfied with respect to Jose Pena Ferrerira (No. 18-11958), Jason Edwards Woods (No. 18-14123), and Raven E. Lieurance (on behalf of Tracy Speranzo) (No. 18-1411), and their claims are not dismissed.

IT IS FURTHER ORDERED that the Downs Law Group is **NOT** excused from attending the Show Cause Hearing on June 19, 2019 at 8:30 a.m., because the Court will hear argument on the Downs Law Group's motion, as set forth above.

New Orleans, Louisiana, this 11th day of June, 2019.

_____
United States District Judge

2