**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | | |
| of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | JUDGE BARBIER |
| Applies to: | | |
| | * | MAG. JUDGE WILKINSON |
| *12-2004 (Sergio Valdivieso)* | | |
| *15-1047 (Brian Gortney)* | * | |
| *17-3367 (Sheri Allen Dorgan)* | | |
| | * | |

## ORDER

On January 31, 2019, the Court issued the PTO 66 Compliance Order, which, inter alia, dismissed the claims of Sergio Valdivieso, Brian Gortney, and Sheri Allen Dorgan (a/k/a Sheri Dorgan Allen) (collectively, "Plaintiffs"). (Rec. Doc. 25356 at 14-15, 19-21). Each of these Plaintiffs filed motions for reconsideration (Rec. Docs. 25380, 25391, 25410), which the Court denied on May 1, 2019 (Rec. Doc. 25604). On May 17, 2019, each of these Plaintiffs filed a second for motion reconsideration (Rec. Docs. 25626, 25627, 25628), which the Court denied on May 21, 2019 (Rec. Doc. 25632). On May 28, 2019, Plaintiffs jointly filed a third, "emergency" motion for reconsideration and requested a ruling "by noon May 31, 2019, because [Plaintiffs] intend to file their Notice of Appeal that day." (Rec. Doc. 25658). When the Court did not rule by Plaintiffs' deadline, they each filed notices of appeal (Rec. Doc. 25691, 25692, 25693) and, on June 4, 2019, jointly filed a "Motion Under Rule 62.1 for Indicative Ruling" requesting that the Court state "that it 'would grant the [third] motion [for

reconsideration],' if the court of appeals were to remand the case for that purpose." (Rec. Doc. 25699). The Court declines.

IT IS ORDERED that Plaintiffs' third motion for reconsideration (entitled, "Emergency Rule 60(b) Motion to Set Aside the Court's January 31, 2019 Order Dismissing Their Claims for Noncompliance with PTO 66") (Rec. Doc. 25658) is DENIED.

IT IS FURTHER ORDERED that Plaintiffs' Motion Under Rule 62.1 for Indicative Ruling (Rec. Doc. 25699) is DENIED.

If Plaintiffs or their counsel files another motion for reconsideration or similar request with this Court, the Court will impose monetary sanctions.

New Orleans, Louisiana, this 12th day of June, 2019.

_____
United States District Judge