UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968 and All BELO Cases | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

BP filed a Motion to Modify BELO Cases Initial Proceedings Case Management Order No. 2 and noticed it for submission on June 19, 2019 before Magistrate Judge Wilkinson. (Rec. Doc. 25656).

IT IS ORDERED that the Notice of Submission attached to BP's Motion (Rec. Doc. 25656-4) is VACATED.

IT IS FURTHER ORDERED that the BP's Motion to Modify BELO Cases Initial Proceedings Case Management Order No. 2 (Rec. Doc. 25656) will be decided by the undersigned district judge. Oral argument on this motion will occur during or immediately following the Show Cause Hearing scheduled for June 19, 2019 at 8:30 a.m. CDT. (*See* Rec. Doc. 25698).[1]

A revised agenda for the June 19, 2019 hearing is below.

---

[1] The Court notes that one opposition to BP's motion was timely filed by the Downs Law Group. (Rec. Doc. 25707).

## REVISED AGENDA

**The following matters will be addressed in open court on Wednesday, June 19, 2019 at 8:30 a.m. before Judge Carl Barbier:**

1. Order to Show Cause re: BELO CMO No. 2 and BP's June 1, 2019 Status Report on BELO Cases (Rec. Doc. 25698).

    a. Note: The Order to Show Cause has been satisfied with respect to 3 of the 277 plaintiffs (Jose Pena Ferrerira (No. 18-11958), Jason Edwards Woods (No. 18-14123), and Raven E. Lieurance (on behalf of Tracy Speranzo) (No. 18-14111). (*See* Order at Rec. Doc. 25706)

2. Downs Law Group's Motion for Reconsideration of Order Regarding Plaintiffs' Signatures and Initials on Documents Attached to BELO CMO No. 1. (Rec. Doc. 25705). (Set for hearing by Order at Rec. Doc. 25706)

3. BP's Motion to Modify BELO Cases Initial Proceedings Case Management Order No. 2 (Rec. Doc. 25656).

\*\*\*Hearings/Arguments in other (non-MDL, non-BELO) civil matters to follow at 9:30 a.m. (Nos. 19-10689, 17-557, 19-8104).

New Orleans, Louisiana, this 12th day of June, 2019.

_____
United States District Judge