# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the GULF | § | |
| OF MEXICO, on APRIL 20, 2010 | § | SECTION J |
| | § | |
| This Documents Relates to: | § | |
| | § | JUDGE CARL J. BARBIER |
| Civil Action No. | § | |
| 2:15-cv-01047 | § | |
| on the Docket of the Eastern District of | § | MAG. JUDGE JOSEPH |
| Louisiana | § | WILKINSON, JR. |

## AMENDED NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT
### (FED. R. APP. P. 4(a)(4)(B)(ii))

Notice is hereby given that Brian Gortney ("Gortney"), Plaintiff in the above-named case,

appeals to the United States Court of Appeals for the Fifth Circuit from the following orders:

(1) District Court order dated January 31, 2019 (Rec. Doc. 25356) which dismissed

Gortney's claims for non-compliance with PTO 66;

(2) District Court order dated May 1, 2019 (Rec. Doc. 25604), which denied Gortney's

Motion for Reconsideration filed on February 13, 2019 (Rec. Doc. 25391);

(3) District Court order dated May 21, 2019 (Rec. Doc. 25632); and

(4) District Court order dated June 12, 2019 (Rec. Doc. 25709).

Respectfully submitted this 12th day of June, 2019.


## [SIGNATURE BLOCK ON NEXT PAGE]

1

THE LANIER LAW FIRM


By:  /s/  W. Mark Lanier
     W. Mark Lanier
     State Bar No.:  11934600
     wml@lanierlawfirm.com
     Kevin Parker
     State Bar No:  15494020
     kevin.parker@lanierlawfirm.com
     Harvey Brown
     State Bar No. 03130500
     harvey.brown@lanierlawfirm.com
     10940 W. Sam Houston Pwky North
     Suite 100
     Houston, Texas 77069
     Telephone:  713.659.5200
     Facsimile:  713.659.2204

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Amended Notice of Appeal of Plaintiff Brian Gortney to the United States Court of Appeals for the Fifth Circuit**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of June, 2019.


     */s/ W. Mark Lanier*
     W. Mark Lanier