UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL No. 2179 SECTION J |
| This Documents Relates to: | § § | JUDGE CARL J. BARBIER |
| Civil Action No. 2:12-cv-02004 on the Docket of the Eastern District of Louisiana | § § § § | MAG. JUDGE JOSEPH WILKINSON, JR. |

**AMENDED NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**
(FED. R. APP. P. 4(a)(4)(B)(ii))

Notice is hereby given that Sergio Valdivieso ("Valdivieso"), Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Fifth Circuit from the following orders:

(1) District Court order dated January 31, 2019 (Rec. Doc. 25356) which dismissed Valdivieso's claims for non-compliance with PTO 66;

(2) District Court order dated May 1, 2019 (Rec. Doc. 25604) which denied Valdievieso's Motion for Reconsdideraton filed on February 8, 2019 (Rec. Doc. 25380);

(3) District Court order dated May 21, 2019 (Rec. Doc. 25632); and

(4) District Court order dated June 12, 2019 (Rec. Doc. 25709).

Respectfully submitted this 12th day of June 2019.

**[SIGNATURE BLOCK ON NEXT PAGE]**

                                                THE LANIER LAW FIRM

                                      By:  /s/ W. Mark Lanier
                                             W. Mark Lanier
                                             State Bar No.:  11934600
                                             wml@lanierlawfirm.com
                                             Kevin Parker
                                             State Bar No:  15494020
                                             kevin.parker@lanierlawfirm.com
                                             Harvey Brown
                                             State Bar No. 03130500
                                             harvey.brown@lanierlawfirm.com
                                             10940 W. Sam Houston Pwky North
                                             Suite 100
                                             Houston, Texas 77069
                                             Telephone:  713.659.5200
                                             Facsimile:  713.659.2204

                                             ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Amended Notice of Appeal of Plaintiff Sergio Valdivieso to the United States Court of Appeals for the Fifth Circuit**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of June, 2019.


                                             */s/ W. Mark Lanier*
                                             W. Mark Lanier