# Current Deepwater Activity

| Operator | Surface Area/ Block | Well Target Lease | Rig Name | Prospect Name | Water Depth (ft) |
|---|---|---|---|---|---|
| Shell Offshore Inc. | AC 859 | G20871 | NOBLE DANNY ADKINS | Tobago | 9,627 |
| Shell Offshore Inc. | AC 857 | G17565 | H&P 205 | Great White | 7,814 |
| ATP Oil & Gas Corporation | MC 305 | G19935 | DIAMOND OCEAN CONFIDENCE | Aconcagua | 6,997 |
| Kerr-McGee Oil & Gas Corporation | KC 875 | G21444 | NOBLE AMOS RUNNER | Lucius | 6,840 |
| Chevron U.S.A. Inc. | KC 736 | G22367 | T.O. DISCOVERER INSPIRATION | Moccasin (Chevron) | 6,750 |
| Statoil Gulf of Mexico LLC | WR 543 | G20341 | MAERSK DEVELOPER | Tucker | 6,667 |
| Chevron U.S.A. Inc. | KC 785 | G25806 | T.O. DISCOVERER CLEAR LEADER | | 6,590 |
| Noble Energy, Inc. | MC 519 | G27278 | ENSCO 8501 | Santa cruz | 6,500 |
| Marathon Oil Company | MC 993 | G24134 | NOBLE PAUL ROMANO | Innsbruck | 6,291 |
| Eni US Operating Co. Inc. | MC 728 | G16644 | T.O. MARIANAS | Triton (mc) | 5,380 |
| Anadarko Petroleum Corporation | GB 877 | G21408 | ENSCO 8500 | Red hawk | 5,334 |
| Shell Offshore Inc. | MC 687 | G05862 | T.O. DEEPWATER NAUTILUS | Mensa | 5,292 |
| BP Exploration & Production Inc. | MC 252 | G32306 | T.O. DEVELOPMENT DRILLER III | MACONDO | 5,159 |
| BP Exploration & Production Inc. | MC 252 | G32306 | GSF DEVELOPMENT DRILLER II | MACONDO | 5,132 |
| Noble Energy, Inc. | GC 723 | G21813 | NOBLE CLYDE BOUDREAUX | Deep Blue | 5,040 |
| Exxon Mobil Corporation | AC 25 | G10380 | NABORS MODS 201 | Hoover | 4,804 |
| Cobalt International Energy, L.P. | GB 959 | G30876 | DIAMOND OCEAN MONARCH | | 4,334 |
| BHP Billiton Petroleum (GOM) Inc. | GC 653 | G20084 | GSF C.R. LUIGS | Shenzi development p | 4,234 |
| Shell Offshore Inc. | MC 984 | G22919 | NOBLE JIM THOMPSON | Vito | 4,038 |
| Anadarko Petroleum Corporation | EB 602 | G14205 | T.O. DISCOVERER SPIRIT | Nansen | 3,681 |
| Hess Corporation | GC 469 | G25153 | STENA FORTH | Pony | 3,350 |
| Murphy Exploration & Production Company - | GC 338 | G21790 | NABORS MODS 200 | Front runner | 3,350 |
| Shell Offshore Inc. | GC 248 | G15565 | FRONTIER DRILLER | Glider | 3,243 |
| Eni US Operating Co. Inc. | GC 254 | G07049 | T.O. AMIRANTE | Allegheny | 3,226 |
| Shell Offshore Inc. | GC 158 | G07998 | H&P 202 | Brutus | 2,985 |
| Shell Offshore Inc. | GB 426 | G07493 | AUGER | Auger | 2,862 |
| Noble Energy, Inc. | EB 465 | G17259 | OLYMPIC INTERVENTION IV | Lost ark south | 2,722 |
| LLOG Exploration Offshore, Inc. | MC 503 | G32334 | NOBLE LORRIS BOUZIGARD | Appaloosa | 2,642 |
| Newfield Exploration Company | GB 293 | G32409 | DIAMOND OCEAN VICTORY | Pyranees | 2,095 |

EXHIBIT 3

| Operator | Surface Area/ Block | Well Target Lease | Rig Name | Prospect Name | Water Depth (ft) |
|---|---|---|---|---|---|
| StatoilHydro USA E&P, Inc. | MC 540 | G26265 | T.O. DISCOVERER AMERICAS | Krakatoa | 2,036 |
| Walter Oil & Gas Corporation | EW 834 | G27982 | DIAMOND OCEAN VOYAGER | Hummingbird | 1,183 |
| Stone Energy Corporation | MC 109 | G05825 | H&P 206 | Amberjack | 1,030 |

*Total Deep Water Prospects with Drilling/WO Activity*   32