

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE REGARDING POTENTIAL MORATORIA LOSSES
### DATE OF NOTICE: October 7, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>MMR Group Inc DBA MMR Constructors Inc | First | Middle |
| **Claimant ID** | Redacted | **Claim ID** | 229610 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Law Office of Kyle Whitaker | | |

### II. PURPOSE OF THIS NOTICE

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. This is not a denial of your claim, but instead is a preliminary Notice to update you on the status of your claim.

Section 38.93 of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") excludes all Moratoria Losses from the Settlement Program. During our review of your claim, we identified indicia of potential Moratoria Losses. Your claim may require additional scrutiny to distinguish excluded Moratoria Losses, if any, from compensable non-Moratoria Losses. We do not currently require any additional information or response from you. After we have completed reviewing your claim, we will send you a Notice explaining the outcome of that review. You will have the opportunity then to accept the outcome set forth in that Notice or, if applicable, request Re-Review or Reconsideration of all decisions made on your claim.

### III. MORATORIA LOSSES DEFINITION

Section 38.93 of the Settlement Agreement defines Moratoria Losses as any loss whatsoever caused by or resulting from federal regulatory action or inaction directed at offshore oil industry activity, including shallow water and deepwater activity, that occurred after May 28, 2010, including the federal moratoria on offshore permitting and drilling activities imposed on May 28, 2010 and July 12, 2010 and new or revised safety rules, regulations, inspections, or permitting practices. Claims for Moratoria Losses are expressly reserved claims and are excluded from the Economic and Property Damages Settlement Class.

To implement this exclusion, the Claims Administrator established a dedicated special review team to examine all economic loss claims that include potential Moratoria Losses. This special review distinguishes excluded Moratoria Losses from compensable non-Moratoria Losses and may require supplemental information. At present, BP and Class Counsel have not developed the requisite guidance for the Claims Administrator to use in making compensation determinations that adhere to the Moratoria Losses exclusion in the Settlement Agreement. Once the Claims Administrator receives this guidance, the dedicated special review team will resume working on your claim. At that time, we will contact you if we need any additional information or documents.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives.  For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

EXHIBIT 4

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# NOTICE REGARDING POTENTIAL MORATORIA LOSSES
## DATE OF NOTICE: October 7, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>MMR Group Inc DBA MMR Constructors Inc | First | Middle |
| **Claimant ID** | Redacted | **Claim ID** | 229615 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Law Office of Kyle Whitaker | | |

### II. PURPOSE OF THIS NOTICE

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. This is not a denial of your claim, but instead is a preliminary Notice to update you on the status of your claim.

Section 38.93 of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") excludes all Moratoria Losses from the Settlement Program. During our review of your claim, we identified indicia of potential Moratoria Losses. Your claim may require additional scrutiny to distinguish excluded Moratoria Losses, if any, from compensable non-Moratoria Losses. We do not currently require any additional information or response from you. After we have completed reviewing your claim, we will send you a Notice explaining the outcome of that review. You will have the opportunity then to accept the outcome set forth in that Notice or, if applicable, request Re-Review or Reconsideration of all decisions made on your claim.

### III. MORATORIA LOSSES DEFINITION

Section 38.93 of the Settlement Agreement defines Moratoria Losses as any loss whatsoever caused by or resulting from federal regulatory action or inaction directed at offshore oil industry activity, including shallow water and deepwater activity, that occurred after May 28, 2010, including the federal moratoria on offshore permitting and drilling activities imposed on May 28, 2010 and July 12, 2010 and new or revised safety rules, regulations, inspections, or permitting practices. Claims for Moratoria Losses are expressly reserved claims and are excluded from the Economic and Property Damages Settlement Class.

To implement this exclusion, the Claims Administrator established a dedicated special review team to examine all economic loss claims that include potential Moratoria Losses. This special review distinguishes excluded Moratoria Losses from compensable non-Moratoria Losses and may require supplemental information. At present, BP and Class Counsel have not developed the requisite guidance for the Claims Administrator to use in making compensation determinations that adhere to the Moratoria Losses exclusion in the Settlement Agreement. Once the Claims Administrator receives this guidance, the dedicated special review team will resume working on your claim. At that time, we will contact you if we need any additional information or documents.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE REGARDING POTENTIAL MORATORIA LOSSES
### DATE OF NOTICE: October 7, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business<br>MMR Group Inc DBA MMR Constructors Inc | First | Middle |
|---|---|---|---|
| **Claimant ID** | Redacted | **Claim ID** | 229616 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Law Office of Kyle Whitaker | | |

### II. PURPOSE OF THIS NOTICE

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. This is not a denial of your claim, but instead is a preliminary Notice to update you on the status of your claim.

Section 38.93 of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") excludes all Moratoria Losses from the Settlement Program. During our review of your claim, we identified indicia of potential Moratoria Losses. Your claim may require additional scrutiny to distinguish excluded Moratoria Losses, if any, from compensable non-Moratoria Losses. We do not currently require any additional information or response from you. After we have completed reviewing your claim, we will send you a Notice explaining the outcome of that review. You will have the opportunity then to accept the outcome set forth in that Notice or, if applicable, request Re-Review or Reconsideration of all decisions made on your claim.

### III. MORATORIA LOSSES DEFINITION

Section 38.93 of the Settlement Agreement defines Moratoria Losses as any loss whatsoever caused by or resulting from federal regulatory action or inaction directed at offshore oil industry activity, including shallow water and deepwater activity, that occurred after May 28, 2010, including the federal moratoria on offshore permitting and drilling activities imposed on May 28, 2010 and July 12, 2010 and new or revised safety rules, regulations, inspections, or permitting practices. Claims for Moratoria Losses are expressly reserved claims and are excluded from the Economic and Property Damages Settlement Class.

To implement this exclusion, the Claims Administrator established a dedicated special review team to examine all economic loss claims that include potential Moratoria Losses. This special review distinguishes excluded Moratoria Losses from compensable non-Moratoria Losses and may require supplemental information. At present, BP and Class Counsel have not developed the requisite guidance for the Claims Administrator to use in making compensation determinations that adhere to the Moratoria Losses exclusion in the Settlement Agreement. Once the Claims Administrator receives this guidance, the dedicated special review team will resume working on your claim. At that time, we will contact you if we need any additional information or documents.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# NOTICE REGARDING POTENTIAL MORATORIA LOSSES
## DATE OF NOTICE: October 7, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business: MMR Group Inc DBA MMR Constructors Inc | First | Middle |
|---|---|---|---|
| **Claimant ID** | Redacted | **Claim ID** | 229618 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Law Office of Kyle Whitaker | | |

### II. PURPOSE OF THIS NOTICE

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. This is not a denial of your claim, but instead is a preliminary Notice to update you on the status of your claim.

Section 38.93 of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") excludes all Moratoria Losses from the Settlement Program. During our review of your claim, we identified indicia of potential Moratoria Losses. Your claim may require additional scrutiny to distinguish excluded Moratoria Losses, if any, from compensable non-Moratoria Losses. We do not currently require any additional information or response from you. After we have completed reviewing your claim, we will send you a Notice explaining the outcome of that review. You will have the opportunity then to accept the outcome set forth in that Notice or, if applicable, request Re-Review or Reconsideration of all decisions made on your claim.

### III. MORATORIA LOSSES DEFINITION

Section 38.93 of the Settlement Agreement defines Moratoria Losses as any loss whatsoever caused by or resulting from federal regulatory action or inaction directed at offshore oil industry activity, including shallow water and deepwater activity, that occurred after May 28, 2010, including the federal moratoria on offshore permitting and drilling activities imposed on May 28, 2010 and July 12, 2010 and new or revised safety rules, regulations, inspections, or permitting practices. Claims for Moratoria Losses are expressly reserved claims and are excluded from the Economic and Property Damages Settlement Class.

To implement this exclusion, the Claims Administrator established a dedicated special review team to examine all economic loss claims that include potential Moratoria Losses. This special review distinguishes excluded Moratoria Losses from compensable non-Moratoria Losses and may require supplemental information. At present, BP and Class Counsel have not developed the requisite guidance for the Claims Administrator to use in making compensation determinations that adhere to the Moratoria Losses exclusion in the Settlement Agreement. Once the Claims Administrator receives this guidance, the dedicated special review team will resume working on your claim. At that time, we will contact you if we need any additional information or documents.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.