IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**<br><br>**APPLIES TO:**<br><br>**All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt APLC** | **Civil Action No. 2:10-MD-02179**<br><br>**SECTION: J**<br><br>**JUDGE CARL BARBIER**<br><br>**MAG. JUDGE WILKINSON** |

**ORDER REGARDING THE DISPOSAL OF CERTAIN MATERIALS IN THE CUSTODY AND CONTROL OF DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP")**

WHEREAS, this Multi-District Litigation ("MDL") was instituted on August 10, 2010; and

WHEREAS, BP has been storing various materials that are relevant to the current litigation; and

WHEREAS, BP applied to this Court for an Order allowing the disposal of certain materials BP has been preserving in a Motion filed on December 12, 2018 (Rec. Doc. 25226) ("BP's Motion"); and

WHEREAS, Plaintiffs' counsel, along with various other parties representing plaintiffs with outstanding claims against BP for medical injuries, whether under the Settlement Agreement as Back-End Litigation claims or Opt-Out claims, filed an objection to BP's Motion; and

WHEREAS, this Court entered an Order on April 16, 2019, allowing BP to dispose of whichever samples Plaintiffs did not take possession of; and

WHEREAS, Plaintiffs filed a Motion to Reconsider the April 16, 2019 Order on the basis that their experts uncovered new information contradicting BP's original bases for the Motion for Entry of an Order to Dispose of Certain Evidence; and

WHEREAS, the Court finds that this new information shifts the balance of equities toward requiring BP to retain possession of the evidence;

THEREFORE, it is hereby ORDERED that Plaintiffs' Motion to Reconsider the April 16, 2019 Order is GRANTED and that BP must preserve and maintain the subject materials until further notice.  IT IS FURTHER ORDERED that BP's Motion for Entry of an Order Regarding the Disposal of Certain Materials is DENIED.

IT IS SO ORDERED this ____ day of _____, 2019, in New Orleans, Louisiana.

_____
United States District Judge