IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179 <br><br> SECTION: J <br><br> JUDGE CARL BARBIER <br><br> MAG. JUDGE WILKINSON |
| APPLIES TO: <br><br> All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt APLC | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiffs through their undersigned counsel Nexsen Pruet, LLC and Douglas M. Schmidt, APLC, will bring the attached Motion to Reconsider the April 16, 2019 Order Granting BP's Motion for Entry of an Order Relating to the Disposal of Certain Evidence before the Honorable Carl Barbier for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on July 17, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully Submitted,

 /s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

1

        and

        Douglas M. Schmidt   Fed ID No. 11789
        Douglas M. Schmidt, APLC
        335 City Park Avenue
        New Orleans, LA 70119
        PHONE:  504-482-5711
        FACSIMILE:  504-482-5755
        Dglsschmdt@yahoo.com

        Attorneys for Plaintiffs

Dated: June 13, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Reconsider has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on June 13, 2019.

/s/ Paul A. Dominick
Paul A. Dominick