IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179 |
| | SECTION: J |
| | JUDGE CARL BARBIER |
| APPLIES TO: | MAG. JUDGE WILKINSON |
| All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt APLC | |

**Plaintiffs' Motion to Reconsider the April 16, 2019 Order Granting BP's Motion for Entry of an Order Relating to the Disposal of Certain Evidence**

Nexsen Pruet, LLC and Douglas M. Schmidt, APLC, represent approximately 780 of the medical opt-out Plaintiffs in the "B3 bundle" of the BP Oil Spill Class Action MDL 2179 (collectively "Plaintiffs".) Plaintiffs have met the requirements of this Court's Pre-Trial Order Numbers 60, 63, and 66.  Pursuant to this Court's Order on January 12, 2011 (Rec. Doc. 983), Plaintiffs' cases have remained subject to a Stay of Proceedings that has foreclosed any discovery being conducted by Plaintiffs.

This Motion is brought pursuant to Rule 54(b), on the basis that newly discovered evidence regarding BP's actual monetary burden in retaining possession of the evidence is insufficient to impose such drastic costs to Plaintiffs in the balance of equities.  This Motion incorporates Plaintiffs' original Memorandum in Opposition to BP's Motion for Entry of an Order Relating to the Disposal of Certain Samples and Plaintiffs' Sur-Reply to BP's Reply Memorandum that is being filed contemporaneously herewith.  This Motion is further supported by the record in MDL-2179 and the supporting memorandum filed herewith.

1

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Plaintiffs

Dated: June 13, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion to Reconsider has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on June 13, 2019.

                                      /s/ Paul A. Dominick
                                      Paul A. Dominick