UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179 : : SECTION: J(2) |
| THIS DOCUMENT RELATES TO: | : JUDGE BARBIER |
| *Remaining Cases in the B1 Bundle and Consolidated Case Nos. 16-cv-4801; 16-cv-3768; 16-cv-3661; 16-cv-3748; 16-cv-5558; 17-cv-6044; 16-cv-5955; and 16-cv-4743* | : MAG. JUDGE WILKINSON : |

. . . . . . . . . . . . . . . . . . . . . . . . . .     . . . . . . . . . . . . . . . . . . . . . . . .

## PRETRIAL ORDER NO. 67 INITIAL INFORMATION DISCLOSURES BY AIRBORNE SUPPORT, INC. AND AIRBORNE SUPPORT INTERNATIONAL, INC.

Airborne Support, Inc. and Airborne Support International, Inc. (collectively referred to herein as "Airborne Support" or "Defendants") respectfully submit this response and initial information disclosures in accordance with Pretrial Order No. 67 [Case Management Order No. 7, Regarding Remaining B1 Claims] ("PTO 67") [Rec. Doc. 25370]. Airborne Support is named defendant in cases filed by or on behalf of the following PTO 67 Exhibit 1 B1 Plaintiffs:

| | |
|---|---|
| Michael Boatwright | No. 16 cv 4801 |
| Builders Choice Cabinets | No. 16 cv 3768 |
| Claude Perry Enterprises | No. 16 cv 3661 |
| Perry Family Properties | No. 16 cv 3748 |
| Spanish Bluffs Apartments | No. 16 cv 5558 |
| James Sublett | No. 17 cv 6044 |
| Reefkeeper LLC | No. 16 cv 5955 |
| Top Water Charters | No. 16 cv 4743 |

PTO 67 requires that where the Exhibit 1 B1 Plaintiffs timely comply with production of the categories of non-privileged documents and information listed on Attachment A to PTO 67, "each properly served defendant in that action must then produce the categories of non-privileged

Page 1 of 4

documents and information listed on Attachment B by no later than **June 14, 2019**."[1] Attachment B to PTO 67 lists the following documents and information to be produced by defendants:

- Any non-privileged documents relating to the EXHIBIT 1 B1 Plaintiff's economic loss and property damage claims that exist in BP's databases for the time period beginning January 1, 2007 through December 31, 2018; and

- Any records of release, compensation, indemnification, and/or other financial recoveries provided to the EXHIBIT 1 B1 Plaintiff that exist in BP's databases in connection with any losses claimed by the EXHIBIT 1 B1 Plaintiff and/or its Related Parties.[2]

Although none of the required documents and information listed on Attachment A to PTO 67 has been produced to Airborne Support, undersigned counsel understands that the Exhibit 1 B1 Plaintiffs referenced above have made certain initial information disclosures to counsel for BP in accordance with the First Amendment to Pretrial Order No. 67 [Rec. Doc. 25509]. Additionally, undersigned counsel understands that counsel for BP has made responsive initial information disclosures to these Exhibit 1 B1 Plaintiffs as required by PTO 67. Airborne Support does not have access to BP's databases and is not in possession of any documents, records and/or information listed in Attachment B to PTO 67.

Based on the foregoing, Airborne Support, Inc. and Airborne Support International, Inc. adopt and incorporate herein by reference the initial information disclosures and document productions made by BP to PTO 67 Exhibit 1 B1 Plaintiffs, Michael Boatwright (No. 16 cv 4801); Builders Choice Cabinets (No. 16 cv 3768); Claude Perry Enterprises (No. 16 cv 3661); Perry Family Properties (No. 16 cv 3748); Spanish Bluffs Apartments (No. 16 cv 5558); James Sublett (No. 17 cv 6044); Reefkeeper LLC (No. 16 cv 5955); and Top Water Charters (No. 16 cv 4743)

---

[1] Rec. Doc. 25370 at p. 2.
[2] Rec. Doc. 25370-2

in compliance with this Court's Pretrial Order No. 67 [Case Management Order No. 7, Regarding Remaining B1 Claims] ("PTO 67") [Rec. Doc. 25370].

Respectfully submitted,

NEUNERPATE

By: /s/ Ben L. Mayeaux
FRANK X. NEUNER, JR. - #7674 ("TC")
(FNeuner@neunerpate.com)
BEN L. MAYEAUX - #19042
(BMayeaux@neunerpate.com)
JED M. MESTAYER - #29345
(JMestayer@neunerpate.com)
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Phone: (337) 237-7000
Facsimile: (337) 233-9450

***Attorneys for Defendants, Airborne Support, Inc. and Airborne Support International, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Pretrial Order No. 67 Disclosures have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2019.

/s/ Ben L. Mayeaux
COUNSEL