UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | 2:10-md-02179-CJB-JCW |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | JUDGE CARL J. BARBIER |
| | * | |
| *Succession of Herman A. Isidore* | * | MAGISTRATE JUDGE |
| *Claimant No. 100058191* | * | JOSEPH C. WILKINSON |

**************************************************************************

**CLAIMANT'S MOTION TO ENFORCE SETTLEMENT AND REISSUE PAYMENT**

**NOW INTO COURT**, through undersigned counsel, comes Claimant, Hope Bell, as Administrator of the Succession of Herman A. Isidore, who moves this Honorable Court to enforce the Economic and Property Damages Settlement Agreement in this matter and order the Deepwater Horizon Economic and Property Claims Administrator to reissue payment to the Claimant, through counsel, for Claimant's Seafood Supplemental Distribution in the amount of $21,696.11 (Claim ID 326672) and Seafood Residual Distribution in the amount of $20,281.33 (Claim ID 434131).

                                                                         PIVACH, PIVACH, HUFFT,
                                                                         THRIFFILEY & DUNBAR, L.L.C.
                                                                         ATTORNEYS AT LAW

                                                                           /s/ Corey E. Dunbar
                                                                         COREY E. DUNBAR (30144)
                                                                         8311 Highway 23, Suite 104
                                                                         Post Office Box 7125
                                                                         Belle Chasse, LA 70037
                                                                         Telephone: (504) 394-1870
                                                                         Facsimile: (504) 393-2553
                                                                         cdunbar@pivachlaw.com
                                                                         Counsel for Claimant,
                                                                         Hope Bell, as Administrator of the
                                                                         Succession of Herman A. Isidore

## **CERTIFICATE OF SERVICE**

     I do hereby certify that I have on this 12th day of June 2019, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  Further, I hereby certify that the above and foregoing document has been served on Counsel for BP and MDL 2179 Plaintiffs' Steering Committee by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended.

                                                     /s/ Corey E. Dunbar
                                                   COREY E. DUNBAR