UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | 2:10-md-02179-CJB-JCW |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | JUDGE CARL J. BARBIER |
| | * | |
| *Succession of Herman A. Isidore* | * | MAGISTRATE JUDGE |
| *Claimant No. 100058191* | * | JOSEPH C. WILKINSON |

*************************************************************************

### CLAIMANT"S MEMORANDUM IN SUPPORT OF
### CLAIMANT'S MOTION TO ENFORCE SETTLEMENT AND REISSUE PAYMENT

**NOW INTO COURT**, through undersigned counsel, comes Claimant, Hope Bell, as Administrator of the Succession of Herman A. Isidore, who moves this Honorable Court to enforce the Economic and Property Damages Settlement Agreement in this matter and order the Deepwater Horizon Economic and Property Claims Administrator to reissue payment to the Claimant, through counsel, for Claimant's Seafood Supplemental Distribution in the amount of $21,696.11 (Claim ID 326672) and Seafood Residual Distribution in the amount of $20,281.33 (Claim ID 434131).

Claimant, Herman A. Isidore was an oyster leaseholder at the time of the BP Oil Spill. Pursuant to the Economic and Property Damages Settlement ("Settlement Agreement") in this matter, Herman A. Isidore filed an Oyster Leaseholder Seafood Compensation Program Claim Form (Yellow Form) (Claim ID 24191) on June 28, 2012. Pursuant to the Settlement Agreement, Herman A. Isidore's Oyster Leaseholder claim (Claim ID 24191) was approved and paid to Herman A. Isidore.

Herman A. Isidore died on December 19, 2014.[1] *After the death of Herman A. Isidore*, two payments were issued by DWHCC, but never received by the Succession of Herman A. Isidore: (1) payment of Claimant's Seafood Supplemental Distribution (Claim ID 326672) on February 9, 2015

in the amount of $21,696.11 and (2) payment of Claimant's Seafood Residual Distribution (Claim ID 434131) on November 11, 2016 in the amount of $20,281.33.

On October 15, 2018, counsel for Hope Bell sent correspondence to the Deepwater Horizon Claims Center ("DWHCC") advising that Hope Bell was appointed Administrator of the Succession of Herman A. Isidore and seeking access to the claim file of Herman A. Isidore.[2] On October 16, 2018, counsel for Claimant was granted access to Claimant's DWHCC file.[3] October 16, 2018 was the date that the Succession of Herman A. Isidore first received notice that the aforementioned payment were made after the death of Herman A. Isidore. On the same day, counsel for Claimant advised DWHCC that, as a result of Claimant's death, Claimant had not received the payments for the Seafood Supplemental Distribution (Claim ID 326672) on February 9, 2015 in the amount of $21,696.11 and one payment for the Seafood Residual Distribution (Claim ID 434131) on November 11, 2016 in the amount of $20,281.33.[4]

On October 23, 2018, DWHCC sent copies of two checks paid by DWHCC to Herman A. Isidore after his death.[5] On the same day, counsel for Claimant advised DWHCC that the checks for the Seafood Supplemental Distribution and Seafood Residual Distribution were not negotiated by the Claimant as a result of his death and the settlement funds were not received by the Succession of Herman A. Isidore.[6]

On October 24, 2018, DWHCC advised that Claimant should file an Affidavit of Fraud to be

---

1     A copy of the death certificate of Herman A. Isidore is attached hereto as Exhibit "A."
2     A copy of the October 15, 2018 correspondence from Claimant's counsel to DWHCC is attached hereto as Exhibit "B."
3     A copy of the email correspondence dated October 16, 2018 from DWHCC to counsel for Claimant is attached hereto as Exhibit "C."
4     A copy of the October 16, 2018 correspondence from Claimant's counsel to DWHCC is attached hereto as Exhibit "D."
5     A copy of the email correspondence dated October 23, 2018 from DWHCC to counsel for Claimant is attached hereto as Exhibit "E."
6     A copy of the October 23, 2018 correspondence from Claimant's counsel to DWHCC is attached hereto as Exhibit "F."

submitted to DWHCC's bank (J.P. Morgan Chase Bank, N.A.) to investigate and potentially have the bank reissue the settlement funds.[7]  On the same day, counsel for Claimant advised DWHCC that Claimant wished to submit Affidavits of Fraud and that Claimant sought information from DWHCC or its bank concerning were the checks at issue were deposited.[8]  On November 5, 2018, Claimant submitted the Affidavits of Fraud to J.P. Morgan Chase Bank, N.A. through EPIQ.[9]

On June 12, 2019, DWHCC advised that J.P. Morgan Chase Bank, N.A. had concluded its investigation and that neither J.P. Morgan Chase Bank, N.A. nor DWHCC would be reissuing the settlement checks to Claimant.[10]  DWHCC and J.P. Morgan Chase Bank, N.A. also failed to provide Claimant's counsel with any information regarding account number or account holder where the checks at issue were deposited.  As a result, Claimants bring this Motion to Enforce Settlement and Reissue Payment.

Pursuant to the Settlement Agreement, DWHCC is required to deliver the settlement funds to the Claimant.  As indicated above, DWHCC has failed to deliver the settlement funds to the Claimant.  As a result, Claimant, Hope Bell, as Administrator of the Succession of Herman A. Isidore, moves this Honorable Court to enforce the Economic and Property Damages Settlement Agreement in this matter and order the Deepwater Horizon Economic and Property Claims Administrator to reissue payment to the Claimant, through counsel, for Claimant's Seafood Supplemental Distribution in the amount of $21,696.11 (Claim ID 326672) and Seafood Residual Distribution in the amount of $20,281.33 (Claim ID 434131).

---

[7] A copy of the email correspondence dated October 24, 2018 from DWHCC to counsel for Claimant is attached hereto as Exhibit "G."
[8] A copy of the October 24, 2018 correspondence from Claimant's counsel to DWHCC is attached hereto as Exhibit "H."
[9] A copy of the November 5, 2018 correspondence from Claimant's counsel to DWHCC is attached hereto as Exhibit "I."
[10] A copy of the email correspondence dated June 12, 2019 from DWHCC to counsel for Claimant is attached hereto as Exhibit "J."

                                                    PIVACH, PIVACH, HUFFT,
                                                    THRIFFILEY & DUNBAR, L.L.C.
                                                    ATTORNEYS AT LAW

                                                      /s/ Corey E. Dunbar
                                                  COREY E. DUNBAR (30144)
                                                  8311 Highway 23, Suite 104
                                                  Post Office Box 7125
                                                  Belle Chasse, LA 70037
                                                  Telephone: (504) 394-1870
                                                  Facsimile: (504) 393-2553
                                                  cdunbar@pivachlaw.com
                                                  Counsel for Claimant,
                                                  Hope Bell, as Administrator of the
                                                  Succession of Herman A. Isidore

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 12th day of June 2019, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. Further, I hereby certify that the above and foregoing document has been served on Counsel for BP and MDL 2179 Plaintiffs' Steering Committee by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended.

                                                                  /s/ Corey E. Dunbar
                                                                COREY E. DUNBAR