# EXHIBIT A

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

**CERTIFICATION OF DEATH**

BIRTH NUMBER:                                                        STATE FILE NUMBER: 2014-043-00359

**4939200**

*FILED*

*2016 OCT 14 A 11:10*

*CIVIL*

*DISTRICT COURT*

### DECEDENT

| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | |
|---|---|---|---|
| ISIDORE, HERMAN A | 07/13/1940 | | |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | AGE |
| NEW ORLEANS, LA UNITED STATES | MALE | 3376 | 74 YEARS |
| DECEDENTS ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | | | |
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | WITHIN CITY LIMITS? | PARISH/COUNTY |
| 7531 JON LEE DR. , NEW ORLEANS, LA 70128 UNITED STATES | | YES | ORLEANS |

### PERSONAL

| EVER IN U.S. ARMED FORCES? | OCCUPATION | INDUSTRY OF OCCUPATION |
|---|---|---|
| NO | OYSTER FISHERMAN | SEAFOOD |
| MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) |
| MARRIED | | MANUEL, PAULINE |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | |
| ISIDORE, HERMAN P | NEW ORLEANS, LA UNITED STATES | |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | |
| ENCALADE, ANTOINETTE | NEW ORLEANS, LA UNITED STATES | |
| INFORMANTS NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | INFORMANTS ADDRESS |
| MANUEL, JUAN | SON | 7421 LAKE BARRINGTON DR. , NEW ORLEANS, LA 70128 UNITED STATES |
| EDUCATION: HIGH SCHOOL GRADUATE, OR GED COMPLETED | | |
| OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | | |
| RACE: BLACK OR AFRICAN AMERICAN | | |

### DEATH INFO

| PLACE OF DEATH | FACILITY NAME |
|---|---|
| DECEDENT'S HOME | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
| 7531 JON LEE DR. , NEW ORLEANS, LA 70128 UNITED STATES | ORLEANS |

### DISPOSITION

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | |
|---|---|---|
| BURIAL | ST. MARTIN CEMETERY | |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | DATE OF DISPOSITION |
| DAVANT, LA UNITED STATES | | 12/30/2014 |

### FUNERAL FACILITY

| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY | |
|---|---|---|
| ESTELLE J. WILSON MORTUARY, INC. | 2715 DANNEEL ST. , NEW ORLEANS, LA 70113 UNITED STATES | |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| WILSON-DEJOIE, BETTY P | UI214 | Y |
| SIGNATURE OF FUNERAL DIRECTOR | | |

### MEDICAL INFO

| MANNER OF DEATH | NATURAL |
|---|---|
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

### CAUSE OF DEATH

PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. HYPERTENSIVE CARDIOVASCULAR DISEASE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

DIABETES MELLITUS DEMENTIA

| WAS AN AUTOPSY PERFORMED? | | FINDINGS USED IN DETERMINING CAUSE? | | |
|---|---|---|---|---|
| NO | | NOT APPLICABLE | | |

### INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY |
| | | | | |
| DESCRIBE HOW INJURY OCCURED | | | | |

### CERTIFIER

I CERTIFY THIS "CORONER CASE" BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| SIGNATURE OF CERTIFIER | | |
|---|---|---|
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | ROUSE, JEFFREY C | |
| CERTIFIER TITLE: CORONER | | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | |
| 2612 MARTIN LUTHER KING BLVD. , NEW ORLEANS, LA 70113 UNITED STATES | | |
| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
| 110367 | ORLEANS | 12/29/2014 | 1/21/2015 |

### REGISTRAR

| SIGNATURE OF REGISTRAR | DEVIN GEORGE, MPH |
|---|---|

ISSUED BY: Clark, Shonda C                          Issued On: 4/29/2016 3:09:00 PM

*VERIFIED*





004939200

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID.
DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



**DEVIN GEORGE**
**STATE REGISTRAR**



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT B

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR*
ELLEN PIVACH DUNBAR
JOHN E. PIVACH

*Admitted in Louisiana and Texas

# Pivach Pivach Hufft Thriffiley & Dunbar
## — attorneys at law —

8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LA 70037
(504) 394-1870
FAX (504) 393-2553
www.pivachlaw.com
CDunbar@PivachLaw.com

October 15, 2018

**VIA U.S. MAIL and EMAIL:**
**AttorneyQuestions@dhecc.com**
Deepwater Horizon Economic Claims Center
P.O. Box 10272
Dublin, OH 43017-5772

RE:   Herman A. Isidore
      DWHCC Claimant ID:
      SSN: ████████
      Our File: 18-357

Dear Sirs:

Our office has the pleasure of representing Hope Bell, the Administrator of the Succession of Herman A. Isidore. Enclosed you will find a copy of the Order appointing Mrs. Bell as Administrator. Also, enclosed you will find a copy of an AR-1 Form executed by Mrs. Bell.

We ask that all further communications regarding the DWHCC claims of Herman A. Isidore be directed to our office. Additionally, we ask that our office be granted access to the records of Herman A. Isidore via the Attorney Portal.

If you have any questions or concerns regarding this matter, feel free to contact me.

Very truly yours,

COREY E. DUNBAR
FOR THE FIRM

CED/
Enclosures

cc:   Hope Bell

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA                    2018 OCT -2  P 1:36

NO. 2016-10251                                      DIVISION "I-14"
                                                  CIVIL
SUCCESSION OF HERMAN A. ISIDORE           DISTRICT COURT

FILED: _____        _____
                                            DEPUTY CLERK


### ORDER *EX PARTE* MOTION TO SUBSTITUTE ADMINISTRATOR

IT IS HEREBY ORDERED that Juan Manuel and Connie Manuel are hereby removed from

the office of administrator of the Succession of Herman A. Isidore.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Hope Bell is hereby

appointed as administrator of the Succession of Herman A. Isidore.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, upon submitting her oath,

Letters of Administration shall be issued to Hope Bell, in order that she may properly perform the

duties of Administrator of the Succession of Herman A. Isidore.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any Letters of

Administration or Letters Testamentary which have been issued to Juan Manuel or Connie Manuel,

as Administrator of the Succession of Herman A. Isidore, are hereby recalled and shall be delivered

to counsel for Mover, Corey E. Dunbar, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037, in

order that they may be destroyed.

New Orleans, Louisiana, this 3rd day of October, 2018.


                        _____
                                JUDGE

                        Piper D. Griffin
                        Judge, Division "I"
                        Civil District Court
                        Parish of Orleans, State of Louisiana



                        ENTERED ON MINUTES
                           OCT 05 2018

                        CHARLENE WILLIAMS

                        VERIFIED
                        Selma Cubas
                        10·12·18

## Claimant Request for Change in Representation Status

### A. Claimant Information

| Name: | Last Name or Full Name of Business | First Name | Middle Initial |
|-------|-----------------------------------|------------|----------------|
| | Isidore | Herman | A. |

**Deepwater Horizon Settlement Program Claimant Number:**

**Social Security Number:**
*or*
**Individual Taxpayer Identification Number:**
*or*
**Employer Identification Number:**

SSN or ITIN

EIN

| Current Address | Street | | |
|-----------------|--------|---|---|
| | 2744 Ridgefield Road | | |
| | City | State | Zip Code |
| | Gretna | LA | 70056 |

### B. Change in Primary Counsel
*Use this Section if you are represented by private counsel and wish to change to a different private counsel.*

| Current Law Firm | Law Firm Name | |
|------------------|---------------|---|
| | Attorney Last Name | Attorney First Name |
| Requested Law Firm | Law Firm Name | |
| | Attorney Last Name | Attorney First Name |
| | Street | |
| | City | State | Zip Code |
| | Telephone | Email |

### C. Change from Represented to Unrepresented Status
*Use this Section if you are currently represented by private Counsel and wish to proceed unrepresented. If you are unrepresented, you will be able to access your documents and check the status of your claim on a secure web portal ("Portal"). You can access this information online at http://www.deepwaterhorizoneconomicsettlement.com.*

| Current Law Firm | Law Firm Name | |
|------------------|---------------|---|
| | Attorney Last Name | Attorney First Name |

### D. Change from Unrepresented to Represented Status
*Use this Section if you are not represented by private Counsel and wish to change to being represented by private Counsel. If you are represented, we will communicate directly with your private Counsel and will not communicate with you. You will not have access to your documents on the Portal or be able to check the status of your claim but your private Counsel will have such access and you can contact your private Counsel for that information.*

| Requested Law Firm | Law Firm Name | |
|--------------------|---------------|---|
| | Pivach, Pivach, Hufft, Thriffiley & Dunbar, L.L.C. | |
| | Attorney Last Name | Attorney First Name |
| | Dunbar | Corey |
| | Street | |
| | 8311 Highway 23, Suite 104 | |

AR-1
v.1

1

| Requested Law Firm (continued) | City | Belle Chasse | | State | LA | Zip Code | 70037 |
|---|---|---|---|---|---|---|---|
| | Telephone | (504) 394-1870 | | Email | cdunbar@pivachlaw.com | | |

| E. Signature | | | | |
|---|---|---|---|---|
| I ask the Claims Administrator to change my representation status as set forth above. | | | | |
| Signature: | *Hope Bell* | | Date: | 10 / 15 / 2018 <br> (Month/Day/Year) |
| Name: | Last Name <br> Bell | First Name <br> Hope | | Middle Initial |
| Title (if a Business): | Administrator of the Succession of Herman A. Isidore | | | |

# EXHIBIT C



**Corey Dunbar <cdunbar@pivachlaw.com>**

## 18-357 - Herman A. Isidore

**Jason Russell** <jrussell@dhecc.com>                                    Tue, Oct 16, 2018 at 10:26 AM
To: Corey Dunbar <cdunbar@pivachlaw.com>
Cc: Attorney Questions <AttorneyQuestions@dhecc.com>

Corey,


We have updated your firm as primary counsel for Ms. Isidore.  You now have full access to her file under CID:
100058191 and any future correspondence will be sent to Pivach, Pivach, Hufft, Thriffiley & Dunbar, L.L.C


Thank you,
Jason

[Quoted text hidden]

# EXHIBIT D

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR*
ELLEN PIVACH DUNBAR
JOHN E. PIVACH

*Admitted in Louisiana and Texas

# Pivach Pivach Hufft
# Thriffiley & Dunbar
## ——— *attorneys at law* ———

8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LA 70037
(504) 394-1870
FAX (504) 393-2553
www.pivachlaw.com
CDunbar@PivachLaw.com

October 16, 2018

**VIA EMAIL ONLY:**
*AttorneyQuestions@dhecc.com and*
*jrussell@dhecc.com*
Deepwater Horizon Economic Claims Center
Attn: Jason Russell
P.O. Box 10272
Dublin, OH 43017-5772

   RE:  Herman A. Isidore
       DWHCC Claimant ID: 100058191
       Our File: 18-357

Dear Jason:

  As DWHCC may or may not be aware, Herman A. Isidore died on December 19, 2014. Enclosed you will find a copy of Herman A. Isidore's death certificate. After Mr. Herman's death, two payments were issued by DWHCC after his death, one payment for the Seafood Supplemental Distribution on February 9, 2015 in the amount of $21,696.11 and one payment for the Seafood Residual Distribution on November 11, 2016 in the amount of $20,281.33. See the enclosed Claimant Payment Details.

  I ask that you forward copies of the front and back of these two check payments to my attention. It is my understanding that these payments were not received by the Succession of Herman A. Isidore. As a result, I ask that you reissue these payments to the Succession of Herman A. Isidore.

  In the event you need any additional documentation or information, feel free to contact me.

       Very truly yours,

       COREY E. DUNBAR
       FOR THE FIRM

CED/
Enclosures

cc:  Hope Bell (w/ enclosures)

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

**CERTIFICATION OF DEATH**

**BIRTH NUMBER:**

**STATE FILE NUMBER:** 2014-043-00359

**4939200**

2016 OCT 14 A 11 10

CIVIL DISTRICT COURT

| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | DATE OF BIRTH | |
|---|---|---|---|
| ISIDORE, HERMAN A | | 07/13/1940 | |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | AGE |
| NEW ORLEANS, LA UNITED STATES | MALE | 3376 | 74 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | | | |
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | WITHIN CITY LIMITS? | PARISH/COUNTY |
| 7531 JON LEE DR. , NEW ORLEANS, LA 70128 UNITED STATES | | YES | ORLEANS |
| EVER IN U.S. ARMED FORCES? | OCCUPATION | | INDUSTRY OF OCCUPATION |
| NO | OYSTER FISHERMAN | | SEAFOOD |
| MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | |
| MARRIED | | MANUEL, PAULINE | |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | |
| ISIDORE, HERMAN P | | NEW ORLEANS, LA UNITED STATES | |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | |
| ENCALADE, ANTOINETTE | | NEW ORLEANS, LA UNITED STATES | |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | | INFORMANT'S ADDRESS |
| MANUEL, JUAN | SON | | 7421 LAKE BARRINGTON DR. , NEW ORLEANS, LA 70128 UNITED STATES |
| EDUCATION: HIGH SCHOOL GRADUATE, OR GED COMPLETED | | | |
| OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | | | |
| RACE: BLACK OR AFRICAN AMERICAN | | | |

| PLACE OF DEATH | FACILITY NAME | |
|---|---|---|
| DECEDENT'S HOME | | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | PARISH/COUNTY |
| 7531 JON LEE DR. , NEW ORLEANS, LA 70128 UNITED STATES | | ORLEANS |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | |
|---|---|---|
| BURIAL | ST. MARTIN CEMETERY | |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | DATE OF DISPOSITION |
| DAVANT, LA UNITED STATES | | 12/30/2014 |

| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY | |
|---|---|---|
| ESTELLE J. WILSON MORTUARY, INC. | 2715 DANNEEL ST. , NEW ORLEANS, LA 70113 UNITED STATES | |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| WILSON-DEJOIE, BETTY P | U1214 | Y |
| SIGNATURE OF FUNERAL DIRECTOR | | DATE |

| MANNER OF DEATH | NATURAL |
|---|---|
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

**CAUSE OF DEATH**

PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. HYPERTENSIVE CARDIOVASCULAR DISEASE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

DIABETES MELLITUS DEMENTIA

| WAS AN AUTOPSY PERFORMED? | | FINDINGS USED IN DETERMINING CAUSE? | |
|---|---|---|---|
| NO | | NOT APPLICABLE | |

**INJURY INFORMATION**

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY |
| | | | | |
| DESCRIBE HOW INJURY OCCURED | | | | |

**CERTIFIER**

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | |
|---|---|
| ROUSE, JEFFREY C | |
| CERTIFIER TITLE: CORONER | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, COUNTRY) | |
| 2612 MARTIN LUTHER KING BLVD. , NEW ORLEANS, LA 70113 UNITED STATES | |

| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
|---|---|---|---|
| 110357 | ORLEANS | 12/29/2014 | 1/21/2015 |

| REGISTRAR | SIGNATURE OF REGISTRAR | DEVIN GEORGE, PhD |
|---|---|---|
| | ISSUED BY: Clark, Shonda C | Issued On: 4/29/2016 3:09:00 PM |





VERIFIED



004939200

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID.
DO NOT ACCEPT

AmeriTech Incorporated
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

DEVIN GEORGE
STATE REGISTRAR





# DEEPWATER HORIZON
# CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

| Home |
| News and Developments |
| Firm Administration |
| Download Files |
| Claimant Activity |
| Reporting |
| Notices |
| Forms |
| Payments |
| Change Password / Email |
| Log Off |

## Payments–Claimant Details

<< Back

### Claimant Information

Claimant ID: 100058191
GCCF Claimant ID: 1141327
Taxpayer Type: Individual
SSN/EIN: ****
Represented By: Pivach, Pivach, Hufft, Thriffiley & Dunbar, L.L.C.
Portal User: N/A

Name: ISIDORE, HERMAN Jr.
Business:
Address: 7531 Jonlee Drive
New Orleans LA 70128

Preferred Language: English

### Payments Summary

| | Payment Type | Payment Amount |
|---|---|---|
| 1. | BP | |
| 2. | Real Estate Recovery Fund | |
| 3. | GCCF | |
| 4. | Deepwater Horizon Settlement | $96,017.44 |
| 5. | Total Payments | $96,017.44 |

### Deepwater Horizon Settlement Payment Details

**Seafood Compensation Program**                                                          Total Payments  $53,500.00

| Claim ID | Details | Payment Date | Gross Payment Amount | Withholding Amount | Lien Amount | Net Payment Amount |
|---|---|---|---|---|---|---|
| 24191 | Oyster ,Leaseholder | 5/9/2013 12:00:00 AM | $53,500.00 | $0.00 | $0.00 | $53,500.00 |

**Seafood Supplemental Distribution Claim**                                                Total Payments  $21,696.11

| Claim ID | Details | Payment Date | Gross Payment Amount | Withholding Amount | Lien Amount | Net Payment Amount |
|---|---|---|---|---|---|---|
| 326672 | | 2/9/2015 12:00:00 AM | $21,696.11 | $0.00 | $0.00 | $21,696.11 |

**Seafood Residual Distribution**                                                          Total Payments  $20,821.33

| Claim ID | Details | Payment Date | Gross Payment Amount | Withholding Amount | Lien Amount | Net Payment Amount |
|---|---|---|---|---|---|---|
| 434131 | | 11/11/2016 12:00:00 AM | $20,821.33 | $0.00 | $0.00 | $20,821.33 |

### Lien Information

Total Lien Payments

| Claim ID | Lien Holder | City,State | Payment Date | Payment Amount |
|---|---|---|---|---|

# EXHIBIT E



Corey Dunbar <cdunbar@pivachlaw.com>

## 18-357 - Herman A. Isidore

**Jason Russell** <jrussell@dhecc.com>                         Tue, Oct 23, 2018 at 2:58 PM
To: Corey Dunbar <cdunbar@pivachlaw.com>
Cc: Attorney Questions <AttorneyQuestions@dhecc.com>

Corey,

Attached please find copies of the negotiated checks for Claim IDs: 24191, 326672 & 434131. Please let me know
if you need anything else.

Thank you,
Jason

[Quoted text hidden]

**3 attachments**

📄 **Clm# 100058191 Ck# 3001628.pdf**
239K

📄 **Clm# 100058191 Ck# 3004547.pdf**
302K

📄 **Clm# 100058191 Ck# 3007767.pdf**
259K

Acct # :465597677          Check # :3001628                Amount :53,500.00

Seq# :6090666154

BP Economic and Property Damages
Settlement Trust
Seafood Compensation Fund

**CHASE**
JPMorgan Chase Bank, N.A.
New Orleans, LA

84-13/654

CHECK NUMBER: 03001628
CHECK DATE:    05/09/13

*Fifty three thousand five hundred and 00/100 Dollars*

*****$53,500.00

PAY
TO
THE
ORDER
OF

HERMAN ISIDORE
7531 JOHN LEE DRIVE
NEW ORLEANS, LA 70128

Void After 180 Days

BY
AUTHORIZED SIGNATURE

⑈'003001628'' ⑈065400137⑈    465597677''



Acct # :465597677

Check # :3004547

Amount :21,696.11

Seq# :5770004451

BP Economic and Property Damages
Settlement Trust
Seafood Compensation Fund

**CHASE** ⬡

84-13/554

JPMorgan Chase Bank, N.A.
New Orleans, LA

CHECK NUMBER: 03004547
CHECK DATE:   02/09/15

*Twenty one thousand six hundred ninety six and 11/100 Dollars*

*****$21,696.11

PAY
TO
THE
ORDER
OF

HERMAN ISIDORE
7531 JONLEE DRIVE
NEW ORLEANS, LA 70128

Void After 180 Days

BY

AUTHORIZED SIGNATURE

⑂03004547⑂  ⑀065400137⑀     465597677⑀

Acct # :465597677

Seq# :2270504338

Check # :3007767

Amount :20,821.33

BP Economic and Property Damages
Settlement Trust
Seafood Compensation Fund

**CHASE** ⬤

JPMorgan Chase Bank, N.A.
New Orleans, LA

84-13/654

CHECK NUMBER:  03007767
CHECK DATE:    11/11/16

Twenty thousand eight hundred twenty one and 33/100 Dollars

*****$20,821.33

PAY
TO
THE
ORDER
OF

HERMAN ISIDORE
7531 JONLEE DRIVE
NEW ORLEANS, LA 70128

Void After 180 Days

BY _____
AUTHORIZED SIGNATURE

⑈03007767⑈ ⑆065400137⑆   465597677⑈



# EXHIBIT F

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR*
ELLEN PIVACH DUNBAR
JOHN E. PIVACH

*Admitted in Louisiana and Texas

# Pivach Pivach Hufft
# Thriffiley & Dunbar
## — attorneys at law —

8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LA 70037
(504) 394-1870
FAX (504) 393-2553
www.pivachlaw.com
CDunbar@PivachLaw.com

October 23, 2018

**VIA EMAIL ONLY:**
**AttorneyQuestions@dhecc.com and**
**jrussell@dhecc.com**
Deepwater Horizon Economic Claims Center
Attn: Jason Russell
P.O. Box 10272
Dublin, OH 43017-5772

RE:   Herman A. Isidore
        DWHCC Claimant ID: 100058191
        Our File: 18-357

Dear Jason:

I am in receipt of your email of today and thank you for the same. We have the checks attached to your email, including the two enclosed checks from DWHCC: Check No. 03004547 dated February 9, 2015 in the amount of $21,696.11 and Check No. 03007767 dated November 11, 2016 in the amount of $20,281.33. It should be noted that neither of these checks were received by the Succession of Herman Aa. Isidore. As you are aware, Herman A. Isidore died on December 19, 2014, as indicated on the death certificate enclosed in my previous correspondence. As a result, Herman A. Isidore was not alive when these two checks were issued and the signature of Herman A. Isidore on the back of Check No. 03004547 is a forgery.

Based upon the foregoing, I ask that you reissue these payments to the Succession of Herman A. Isidore and forward the checks directly to my office. Alternatively, I ask that these funds be wired to my firm trust account, pursuant to the information already on file with DWHCC.

In the event you need any additional documentation or information, feel free to contact me.

Very truly yours,

COREY E. DUNBAR
FOR THE FIRM

CED/
Enclosures

cc:     Hope Bell (w/ enclosures)



Acct # :465597677

Check # :3004547

Amount :21,696.11

Seq# :5770004451

BP Economic and Property Damages
Settlement Trust
Seafood Compensation Fund

**CHASE**

JPMorgan Chase Bank, N.A.
New Orleans, LA

CHECK NUMBER: 03004547
CHECK DATE: 02/09/16

*Twenty one thousand six hundred ninety six and 11/100 Dollars*

*****$21,696.11

PAY
TO
THE
ORDER
OF

HERMAN ISIDORE
7531 JONLEE DRIVE
NEW ORLEANS, LA 70128

Void After 180 Days

BY _____
AUTHORIZED SIGNATURE

⑆03004547⑆ ⑆065400137⑆ 465597677⑆





Acct # :465597677

Seq# :2270504338

Check # :3007767

Amount :20,821.33

BP Economic and Property Damages
Settlement Trust
Seafood Compensation Fund

**CHASE**
JPMorgan Chase Bank, N.A.
New Orleans, LA

84-13/654

CHECK NUMBER: 03007767
CHECK DATE:     11/11/16

*Twenty thousand eight hundred twenty one and 33/100 Dollars*

*****$20,821.33

PAY
TO
THE
ORDER
OF

HERMAN ISIDORE
7531 JONLEE DRIVE
NEW ORLEANS, LA 70128

Void After 180 Days

BY

AUTHORIZED SIGNATURE

⑈"03007767⑈ ⑊065400137⑊ 465597677⑈"

# EXHIBIT G



Corey Dunbar <cdunbar@pivachlaw.com>

## RE: 18-357 - Herman A. Isidore (100058191)

Jason Russell <jrussell@dhecc.com>
To: Corey Dunbar <cdunbar@pivachlaw.com>
Cc: Attorney Questions <AttorneyQuestions@dhecc.com>

Wed, Oct 24, 2018 at 3:34 PM

Corey,


There is no potential for reissue because the checks are already negotiated. In terms of the signatures on the check copies we provided, that would be a question for the bank(s) that accepted the checks for payment.


The only option on our end is to provide you with an Affidavit of Fraud that you can provide to the successor; this would need to be filed in order for the bank to investigate. Please let me know if this is how the successor would like to proceed.


Thank you,
Jason

# EXHIBIT H

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR*
ELLEN PIVACH DUNBAR
JOHN E. PIVACH

# Pivach Pivach Hufft
# Thriffiley & Dunbar
## —— *attorneys at law* ——

8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LA 70037
(504) 394-1870
FAX (504) 393-2553
www.pivachlaw.com
CDunbar@PivachLaw.com

*Admitted in Louisiana and Texas

October 24, 2018

*VIA EMAIL ONLY:*
*AttorneyQuestions@dhecc.com and*
*jrussell@dhecc.com*
Deepwater Horizon Economic Claims Center
Attn: Jason Russell
P.O. Box 10272
Dublin, OH 43017-5772

   RE:  Herman A. Isidore
       DWHCC Claimant ID: 100058191
       Our File: 18-357

Dear Jason:

   I am in receipt of your email of today and thank you for the same. Hope Bell, the Administrator of the Succession of Herman A. Isidore would like to proceed with filing an Affidavit of Fraud. I ask that you forward the Affidavit of Fraud to my attention. Also, I ask that DWHCC contact its bank and provide the bank account information of the bank accounts into which Check No. 03004547 and Check No. 03007767 were deposited.

   I look forward to hearing from you.

           Very truly yours,

           COREY E. DUNBAR
           FOR THE FIRM

CED/

cc:  Hope Bell

# EXHIBIT I

GEORGE PIVACH, II
MARK A.  PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E.  DUNBAR*
ELLEN PIVACH DUNBAR
JOHN E.  PIVACH

*Admitted in Louisiana and Texas

# Pivach Pivach Hufft
# Thriffiley & Dunbar
## —— *attorneys at law* ——

8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LA 70037
(504) 394-1870
FAX (504) 393-2553
www.pivachlaw.com
CDunbar@PivachLaw.com

November 5, 2018

**VIA FEDEX OVERNIGHT: 7736 5006 7186**
EPIQ
Attn: Brittany Maisano
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

> RE:    Herman A. Isidore
>         DWHCC Claimant ID: 100058191
>         Our File: 18-357

Dear Ms. Maisano:

Our office has the pleasure of representing Hope Bell, the Administrator of the Succession of Herman A. Isidore.  We ask that all further communications regarding this matter and the Deepwater Horizon Claim Center ("DWHCC") claims of Herman A. Isidore be directed to our office.

Enclosed you will find two Affidavits of Unauthorized Endorsement or Altered Item for DWHCC Checks No. 3004547 and 3007767 respectively.   As you will see from the Certificate of Death attached to each Affidavit, Herman A. Isidore died on December 19, 2014.  After Mr. Isidore's death, two payments were issued by DWHCC: Check No. 3004547 dated February 9, 2015 in the amount of $21,696.11 and Check No. 3007767 dated November 11, 2016 in the amount of $20,281.33.  Neither of these checks were received by the Succession of Herman A. Isidore.  Herman A. Isidore was not alive when these two checks were issued and the signature of Herman A. Isidore on the back of Check No. 3004547 is a forgery.

I ask that you forward these Affidavits to DWHCC's bank and provide the bank account information of the bank accounts into which Check No. 3004547 and Check No. 3007767 were deposited.

In the event you need any additional documentation or information, feel free to contact me.

Very truly yours,

COREY E. DUNBAR
FOR THE FIRM

CED/
cc:    Hope Bell
        Deepwater Horizon Economic Claims Center
            Attn: Jason Russell (via email only *jrussell@dhecc.com*)



# Affidavit of Unauthorized
# Endorsement or Altered Item

See page 3 for complete instructions on submitting your claim.
If you need help, call us at 1-800-578-6957.

**Section 1:** Please fill out all information.

Name of person, business or organization filing the claim: Hope Bell, Administrator of Succession of Herman A.

Street address: 8311 Highway 23, Suite 104                                                      Isidore

City: Belle Chasse                          State: LA                ZIP code: 70037

Daytime phone number: 504-394-1870                      Chase account number: _____

If your claim involves multiple checks, attach one affidavit per check claim and mark this box: ☒

**Section 2:** Provide information about the original check.

| Check Number | Check Date | Amount | Payable To |
|---|---|---|---|
| 3004547 | 2/9/2015 | $21,696.11 | Herman Isidore |

Mark the box next to the reason for your claim.

☒ **Forged Endorsement:** Someone else endorsed the check with my name, Herman A. Isidore's name.

☐ **Improper Endorsement:** The endorsement does not match the payee on the check

☐ **Missing Endorsement:** Check not endorsed (payee non-receipt of funds)

☐ **Altered Check:** I (Maker) did not alter the check or grant permission to alter this check, but the payee was changed to (fill in here): _____, from: _____ and/or the amount was changed to: (fill in here) _____, from _____.

**Section 3:** Sign this form in the presence of a notary public.
By signing this affidavit, I confirm that I did not receive any benefit or value from the proceeds of the check listed above. I have not arranged with the person(s) who negotiated the checks to be reimbursed. I understand that Chase will conduct an investigation into the claims made in this affidavit, and I agree to fully cooperate with Chase and/or any law enforcement agency in their efforts to pursue any civil or criminal actions against any person associated with the above activity. I understand that if I refuse to cooperate, I will forfeit any claim to reimbursement from Chase.

Under penalty of perjury, I affirm that the information in this affidavit and the attached Affidavit Questionnaire is complete, true and correct.

Hope Bell                                                    Administrator of the Succession of Herman A. Isidore
Affiant name                                                 Affiant title, if representing a business or organization

_Hope Bell_                                                  11/5/18
Affiant signature                                            Today's date

SWORN AND SUBSCRIBED before me, the undersigned authority, on the 5th day of November 2018.

[Notary seal]

Notary Public, State of Louisiana
My commission expires: Life

COREY E. DUNBAR
Notary Public, Parish of Orleans, State of Louisiana
My Commission is issued for life.
Bar No. 30144

1



**Affidavit of Unauthorized
Endorsement or Altered Item**

Customer name: _____     Account number: _____

### Section 4: Affidavit Questionnaire: Provide complete answers to the questions below:

1. On what date did you become aware of the unauthorized endorsement or alteration to the check?   10/23/18

2. Was the check lost or stolen?                                    (Yes)   No

   A. If yes, how, where and when did this happen?   Unknown, check was not received by deceased
   payee's succession (estate).

3. Was the check mailed?                                    (Yes)   No

   A. If yes, when and where was check stolen?   Unknown
   B. Did you file a claim with the U. S. Postal Service?        Yes   (No)
      Postal Claim Number _____

4. If you suspect a specific person, please provide the person's name and your relationship with the suspect below.
   Also, a police report needs to be filed.  Please include a copy of the police report with the affidavit.

   _____

### Section 5: Statement of Fact: Please provide any additional information regarding your claim. Attach additional pages if needed.

Information provided by Maker (the person who wrote the check):

_____

_____

_____

_____

_____

Drawer's Signature: _____     Date: _____

Information provided by payee (the person that the check was made payable to):

_____

Herman A. Isidore died December 19, 2014. (See attached Certificate of Death). Herman A. Isidore

was not alive when Check No. 03004547 was issued on February 9, 2015.  The Succession of Herman

A. Isidore never received Check No. 03004547.

Payee's Signature: _Hope Bell_          Date: _11/5/18_

2.



# Affidavit of Unauthorized
# Endorsement or Altered Item

Customer name: _____     Account number: _____

<u>Section 6:</u> Instructions for completing and submitting the affidavit.

This affidavit is a sworn statement that describes the facts of your fraud claim. You must sign it in front of a notary public, who will ask that you swear to tell the truth. If you knowingly make false statements in the affidavit, you may be in violation of criminal law.

- If you think the Maker's signature on the front of the check is forged, or if this is a counterfeit check, please call 1-866-564-2262, option 3, to file your claim.

- If your claim relates to a Cashier's Check, money order, or bill pay check, please provide remitter or the bill pay Maker's account number to be credited.

- Please ensure that the entire form is complete. Missing information may delay processing.

- **A copy of the disputed check must be included with your submission.**

- Please provide any additional available documents relating to your claim. If check is altered, please provide proof of alteration such as check stub, copy of check register, carbon copy of original check or possible bill from original payee.

- To check the status of your claim, call 1-800-578-6957. We'll ask for the account number on the front of the check to locate your claim.

Please keep a copy for your records and mail the following information to the address below:

- Original notarized affidavit
- Affidavit questionnaire
- A copy of the check
- Additional documentation

Chase
DACC-OH1-0273
1111 Polaris Parkway – 2N
Columbus, Ohio  43240

3

Acct # :465597677

Check # :3004547

Amount :21,696.11

Soq# :5770004451



BP Economic and Property Damages
Settlement Trust
Seafood Compensation Fund

**CHASE**

JPMorgan Chase Bank, N.A.
New Orleans, LA

CHECK NUMBER: 03004547
CHECK DATE:  02/09/15

*Twenty one thousand six hundred ninety six and 11/100 Dollars*          ******$21,696.11

PAY
TO
THE
ORDER
OF

HERMAN ISIDORE
7531 JONLEE DRIVE
NEW ORLEANS, LA 70128

Void After 180 Days

BY

AUTHORIZED SIGNATURE

⑈003004547⑈ ⑈065400137⑈      465597677⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

WARNING: THE BACK OF THIS DOCUMENT CONTAINS A
MULATED WATERMARK, HOLD AT 45° ANGLE TO VIEW.

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:**

**STATE FILE NUMBER:** 2014-043-00358

4939200

| | |
|---|---|
| DECEDENTS NAME - (LAST, FIRST, MIDDLE, SUFFIX) <br> ISIDORE, HERMAN A | DATE OF BIRTH <br> 07/13/1940 |

| | | |
|---|---|---|
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) <br> NEW ORLEANS, LA UNITED STATES | SEX <br> MALE | SOCIAL SECURITY NUMBER <br> 3378 | AGE <br> 74 YEARS |

DECEDENTS ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX)

2016 OCT 10 A 11:10

| | | |
|---|---|---|
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) <br> 7531 JON LEE DR. , NEW ORLEANS, LA 70128 UNITED STATES | WITHIN CITY LIMITS? <br> YES | PARISH/COUNTY <br> ORLEANS |

CIVIL DISTRICT COURT

| | |
|---|---|
| EVER IN U.S. ARMED FORCES? <br> NO | OCCUPATION <br> OYSTER FISHERMAN | INDUSTRY OF OCCUPATION <br> SEAFOOD |

| | |
|---|---|
| MARITAL STATUS <br> MARRIED | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) <br> MANUEL, PAULINE |

| | |
|---|---|
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) <br> ISIDORE, HERMAN P | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) <br> NEW ORLEANS, LA UNITED STATES |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) <br> ENCALADE, ANTIONETTE | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) <br> NEW ORLEANS, LA UNITED STATES |

| | | |
|---|---|---|
| INFORMANTS NAME - (LAST, FIRST, MIDDLE, SUFFIX) <br> MANUEL, JUAN | RELATIONSHIP TO DECEDENT <br> SON | INFORMANTS ADDRESS <br> 7421 LAKE BARRINGTON DR. , NEW ORLEANS, LA 70128 UNITED STATES |

EDUCATION: HIGH SCHOOL GRADUATE, OR GED COMPLETED

OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO

RACE: BLACK OR AFRICAN AMERICAN

| | |
|---|---|
| PLACE OF DEATH <br> DECEDENTS HOME | FACILITY NAME |

| | |
|---|---|
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) <br> 7531 JON LEE DR. , NEW ORLEANS, LA 70128 UNITED STATES | PARISH/COUNTY <br> ORLEANS |

| | |
|---|---|
| METHOD OF DISPOSITION <br> BURIAL | PLACE OF DISPOSITION <br> ST. MARTIN CEMETERY |

| | |
|---|---|
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) <br> DAVANT, LA UNITED STATES | DATE OF DISPOSITION <br> 12/30/2014 |

| | |
|---|---|
| FUNERAL FACILITY NAME <br> ESTELLE J. WILSON MORTUARY, INC. | ADDRESS OF FUNERAL FACILITY <br> 2715 DANNEEL ST. , NEW ORLEANS, LA 70113 UNITED STATES |

| | | |
|---|---|---|
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) <br> WILSON-DEJOIE, BETTY P | LICENSE NUMBER <br> U1214 | CORONER NOTIFIED? <br> Y |

| | |
|---|---|
| MANNER OF DEATH <br> NATURAL | |
| IF FEMALE? <br> NOT APPLICABLE | |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? <br> UNKNOWN | |

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. HYPERTENSIVE CARDIOVASCULAR DISEASE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

DIABETES MELLITUS DEMENTIA

| | |
|---|---|
| WAS AN AUTOPSY PERFORMED? <br> NO | FINDINGS USED IN DETERMINING CAUSE? <br> NOT APPLICABLE |

| | | | | |
|---|---|---|---|---|
| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |

| | |
|---|---|
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |

DESCRIBE HOW INJURY OCCURRED

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| | |
|---|---|
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) <br> ROUSE, JEFFREY C | |
| CERTIFIER TITLE: CORONER | |

CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) <br> 2612 MARTIN LUTHER KING BLVD. , NEW ORLEANS, LA 70113 UNITED STATES

| | | | |
|---|---|---|---|
| BURIAL TRANSIT PERMIT <br> 110367 | PARISH OF ISSUE <br> ORLEANS | DATE OF ISSUE <br> 12/29/2014 | DATE FILED WITH REGISTRAR <br> 1/21/2015 |

ISSUED BY: Clark, Shonda C

Issued On: 4/29/2016 3:09:00 PM

**VERIFIED**



004939200

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

DEVIN GEORGE <br> STATE REGISTRAR

AmeriSeal, Incorporated

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# Affidavit of Unauthorized Endorsement or Altered Item

See page 3 for complete instructions on submitting your claim.
If you need help, call us at 1-800-578-6957.

**Section 1:** Please fill out all information.

Name of person, business or organization filing the claim: Hope Bell, Administrator of the Succession of Herman A. Isidore

Street address: 8311 Highway 23, Suite 104

City: Belle Chasse          State: LA          ZIP code: 70037

Daytime phone number: 504-394-1870          Chase account number:

If your claim involves multiple checks, attach one affidavit per check claim and mark this box: ☒

**Section 2:** Provide information about the original check.

| Check Number | Check Date | Amount | Payable To |
|---|---|---|---|
| 3007767 | 11/11/2016 | $20,821.33 | Herman Isidore |

Mark the box next to the reason for your claim.

☐ **Forged Endorsement:** Someone else endorsed the check with my name.

☐ **Improper Endorsement:** The endorsement does not match the payee on the check.

☒ **Missing Endorsement:** Check not endorsed (payee non-receipt of funds)

☐ **Altered Check:** I (Maker) did not alter the check or grant permission to alter this check, but the payee was changed to (fill in here): _____ , from _____
and/or the amount was changed to (fill in here): _____ , from _____

**Section 3:** Sign this form in the presence of a notary public.

By signing this affidavit, I confirm that I did not receive any benefit or value from the proceeds of the check listed above. I have not arranged with the person(s) who negotiated the checks to be reimbursed. I understand that Chase will conduct an investigation into the claims made in this affidavit, and I agree to fully cooperate with Chase and/or any law enforcement agency in their efforts to pursue any civil or criminal actions against any person associated with the above activity. I understand that if I refuse to cooperate, I will forfeit any claim to reimbursement from Chase.

Under penalty of perjury, I affirm that the information in this affidavit and the attached Affidavit Questionnaire is complete, true and correct.

Hope Bell                                      Administrator of the Succession of Herman A. Isidore
Affiant name                                   Affiant title, if representing a business or organization

_Hope Bell_                                    11/5/2018
Affiant signature                              Today's date

SWORN AND SUBSCRIBED before me, the undersigned authority, on the 5th day of November 2018

[Notary seal]

Notary Public, State of _Louisiana_
My commission expires: _Life_

COREY E. DUNBAR
Notary Public, Parish of Orleans, State of Louisiana
My Commission is issued for life.
Bar No. 30144

1



**Affidavit of Unauthorized
Endorsement or Altered Item**

Customer name: _____  Account number: _____

<u>Section 4: Affidavit Questionnaire:</u> Provide complete answers to the questions below.

1.  On what date did you become aware of the unauthorized endorsement or alteration to the check?  <u>10/23/18</u>

2.  Was the check lost or stolen?                          (Yes)   No

    **A.**  If yes, how, where and when did this happen?  <u>Unknown, check was not received by deceased</u>
    <u>payee's succession (estate).</u>

3.  Was the check mailed?                                 (Yes)   No

    **A.**  If yes, when and where was check stolen?  <u>Unknown</u>
    **B.**  Did you file a claim with the U. S. Postal Service?     Yes   (No)
    Postal Claim Number _____

4.  If you suspect a specific person, please provide the person's name and your relationship with the suspect below.
    Also, a police report needs to be filed.  Please include a copy of the police report with the affidavit

    _____

<u>Section 5: Statement of Fact:</u> Please provide any additional information regarding your claim. Attach
additional pages if needed.

Information provided by Maker (the person who wrote the check):

_____

_____

_____

_____

_____

Drawer's Signature: _____          Date: _____

Information provided by payee (the person that the check was made payable to):

_____

<u>Herman A. Isidore died December 19, 2014. (See attached Certificate of Death). Herman A. Isidore</u>

<u>was not alive when Check No. 3007767 was issued on November 11, 2016. The Succession of Herman</u>

<u>A. Isidore never received Check No. 3007767.</u>

Payee's Signature _~Joyce Bell~_____          Date: 11/5/18

2



# Affidavit of Unauthorized
# Endorsement or Altered Item

Customer name: _____     Account number: _____

## Section 6: Instructions for completing and submitting the affidavit.

This affidavit is a sworn statement that describes the facts of your fraud claim. You must sign it in front of a notary public, who will ask that you swear to tell the truth. If you knowingly make false statements in the affidavit, you may be in violation of criminal law.

- If you think the Maker's signature on the front of the check is forged, or if this is a counterfeit check, please call 1-866-564-2262, option 3, to file your claim.

- If your claim relates to a Cashier's Check, money order, or bill pay check, please provide remitter or the bill pay Maker's account number to be credited.

- Please ensure that the entire form is complete. Missing information may delay processing.

- **A copy of the disputed check must be included with your submission.**

- Please provide any additional available documents relating to your claim.  If check is altered, please provide proof of alteration such as check stub, copy of check register, carbon copy of original check or possible bill from original payee.

- To check the status of your claim, call 1-800-578-6957. We'll ask for the account number on the front of the check to locate your claim.

**Please keep a copy for your records and mail the following information to the address below:**

- Original notarized affidavit
- Affidavit questionnaire
- A copy of the check
- Additional documentation

Chase
DACC-OH1-0273
1111 Polaris Parkway – 2N
Columbus, Ohio  43240

3

Acct # :465597677

Seq# :2270504338

Check # :3007767

Amount :20,821.33



BP Economic and Property Damages
Settlement Trust
Seafood Compensation Fund

**CHASE ◻**

JPMorgan Chase Bank, N.A.
New Orleans, LA

84-13/654

CHECK NUMBER:  03007767
CHECK DATE:      11/11/16

Twenty thousand eight hundred twenty one and 33/100 Dollars

*****$20,821.33

PAY
TO
THE
ORDER
OF

HERMAN ISIDORE
7531 JONLEE DRIVE
NEW ORLEANS, LA 70128

Void After 180 Days

BY

AUTHORIZED SIGNATURE

⑈03007767⑈ ⑉065400137⑉        465597677⑈

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER:

STATE FILE NUMBER: 2014-043-00358

**4939200**

| Field | Value |
|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH |
| ISIDORE, HERMAN A | 07/13/1940 |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX / SOCIAL SECURITY NUMBER / AGE |
| NEW ORLEANS, LA UNITED STATES | MALE / 3378 / 74 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | |
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | WITHIN CITY LIMITS? / PARISH/COUNTY |
| 7531 JON LEE DR. , NEW ORLEANS, LA 70128 UNITED STATES | YES / ORLEANS |
| EVER IN U.S. ARMED FORCES? | OCCUPATION / INDUSTRY OF OCCUPATION |
| NO | OYSTER FISHERMAN / SEAFOOD |
| MARITAL STATUS | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) |
| MARRIED | MANUEL, PAULINE |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
| ISIDORE, HERMAN P | NEW ORLEANS, LA UNITED STATES |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
| ENCALADE, ANTOINETTE | NEW ORLEANS, LA UNITED STATES |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT / INFORMANT'S ADDRESS |
| MANUEL, JUAN | SON / 7421 LAKE BARRINGTON DR. , NEW ORLEANS, LA 70128 UNITED STATES |
| EDUCATION: HIGH SCHOOL GRADUATE, OR GED COMPLETED | |
| OF HISPANIC ORIGIN? NO, NOT SPANISH/HISPANIC/LATINO | |
| RACE: BLACK OR AFRICAN AMERICAN | |
| PLACE OF DEATH | FACILITY NAME |
| DECEDENT'S HOME | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
| 7531 JON LEE DR. , NEW ORLEANS, LA 70128 UNITED STATES | ORLEANS |
| METHOD OF DISPOSITION | PLACE OF DISPOSITION |
| BURIAL | ST. MARTIN CEMETERY |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | DATE OF DISPOSITION |
| DAVANT, LA UNITED STATES | 12/30/2014 |
| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY |
| ESTELLE J. WILSON MORTUARY, INC. | 2715 DANNEEL ST. , NEW ORLEANS, LA 70113 UNITED STATES |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER / CORONER NOTIFIED? |
| WILSON-DEJOIE, BETTY P | U1214 / Y |
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. HYPERTENSIVE CARDIOVASCULAR DISEASE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

DIABETES MELLITUS DEMENTIA

| WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? |
|---|---|
| NO | NOT APPLICABLE |

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
|---|---|
| | |

DESCRIBE HOW INJURY OCCURRED

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | |
|---|---|
| ROUSE, JEFFREY C | |
| CERTIFIER TITLE: CORONER | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | |
| 2612 MARTIN LUTHER KING BLVD. , NEW ORLEANS, LA 70113 UNITED STATES | |

| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
|---|---|---|---|
| 110367 | ORLEANS | 12/29/2014 | 1/21/2015 |

ISSUED BY: Clark, Rhonda C          Issued On: 4/29/2018 3:09:00 PM




004939200

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID.
DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



DEVIN GEORGE
STATE REGISTRAR

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# EXHIBIT J



Corey Dunbar <cdunbar@pivachlaw.com>

## RE: 18-357 - Herman A. Isidore (100058191)

**Mulvihill, Matthew** <matthew.Mulvihill@epiqglobal.com>                                    Wed, Jun 12, 2019 at 12:37 PM
To: Corey Dunbar <cdunbar@pivachlaw.com>
Cc: "Maisano, Brittany" <brittany.Maisano@epiqglobal.com>, Attorney Questions <AttorneyQuestions@dhecc.com>, Jason
Russell <jrussell@dhecc.com>, "questions@GulfSpillPunitiveDamagesSettlement.com"
<questions@gulfspillpunitivedamagessettlement.com>

Corey,


The Bank has provided the attached documentation regarding the checks in question.


--Matt


Matthew Mulvihill

Epiq | Project Manager

1985 Marcus Avenue

Lake Success, NY 11042

Office: +1 631-470-5063

Email: matthew.mulvihill@epiqglobal.com


**2 attachments**

Chase Letter_Claims Denied_Ck 3007767.pdf
69K

Chase Letter_Claims Denied_Ck 3004547.pdf
52K

MAIL CODE TX3-7849
PO BOX 659809
SAN ANTONIO, TX 78265-9109



BP ECONOMIC AND PROPERTY DAMAGES
935 GRAVIER ST STE 1905
NEW ORLEANS, LA, 70112-1608

November 14, 2018

| Customer Claims Department | |
|---|---|
| Phone: | 1-866-564-2262 |
| Fax: | 1-866-661-4125 |
| TTY: | 1-800-242-7383 |
| Para Español: | 1-866-564-2262 |

**We are denying your claim**

Account ending in: 7677

Dear Bp Economic And Property Damages,

We researched the transaction(s) you reported on 11/08/2018 and are denying your claim because the time frame to request reimbursement passed. We will not reimburse your account.

If you haven't already, we recommend closing this account and setting up alerts on chase.com to protect against fraud.

If this is a business account, please call your Business Banker to discuss other options to prevent more unauthorized transactions.

We've included a transaction summary for your records. If you have questions, please call us at 1-866-564-2262. We're here anytime.

Sincerely,

Customer Claims Department

JPMorgan Chase Bank, N.A., Member FDIC
43 G FF

**Disputed Transaction(s):**

| Tran Date | Amount | Check # |
|---|---|---|
| 4/6/2015 | $21,696.11 | 3004547 |

43 G FF



Mail Code TX3-7849
PO Box 659809
San Antonio, TX 78265-9109

**Questions?**

☎  1-866-564-2262
TTY  1-800-242-7383
💻  www.chase.com
FAX  1-866-661-4125

00001 LAW 552 001 14919 NNNNNNNNNNNN CLMS0020
**BP ECONOMIC AND PROPERTY DAMAGES**
SETTLEMENT TRUST
935 GRAVIER ST STE 1905
NEW ORLEANS LA  70112-1608

May 24, 2019

*Update:*     **We completed research on your claim**

Date of Inquiry:       11/08/2018
Account ending in:     7677

Dear BP ECONOMIC AND PROPERTY DAMAGES,

We completed our research on your claim and included a transaction summary for your records below.

We are denying your claim because we determined that you benefitted from the funds. We will not reimburse your account.  This claim is now considered closed.

If closing your account is not an option, please contact your local branch or assigned banker to discuss other options available to you to help prevent unauthorized transactions.

If you have questions about this claim, please call us anytime at 1-866-564-2262.

Sincerely,

Customer Claims Department

Enclosure

This letter is an attempt to collect a debt and any information obtained will be used for that purpose.
JPMorgan Chase Bank, N.A. Member FDIC

CLMS0020

Schedule of Transaction(s):

| Post Date | Transaction Amount | Check Number | Amount Credited |
|---|---|---|---|
| 12/27/2016 | 20,821.33 | 3007767 | $0.00 |