UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | 2:10-md-02179-CJB-JCW <br><br> JUDGE CARL J. BARBIER |
| *Succession of Herman A. Isidore* <br> *Claimant No. 100058191* | * * | MAGISTRATE JUDGE <br> JOSEPH C. WILKINSON |

*************************************************************************

ORDER ON
CLAIMANT'S MOTION TO ENFORCE SETTLEMENT AND REISSUE PAYMENT

Considering the foregoing Claimant's Motion to Enforce Settlement and Reissue Payment;

IT IS HEREBY ORDERED that the Motion to Enforce Settlement and Reissue Payment is GRANTED;

IT IS HERBY ORDERED that the Deepwater Horizon Economic and Property Claims Administrator shall reissue payment to the Claimant, through counsel, for Claimant's Seafood Supplemental Distribution in the amount of $21,696.11 (Claim ID 326672) and Seafood Residual Distribution in the amount of $20,281.33 (Claim ID 434131).

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
JUDGE CARL J. BARBIER