UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01189 | MAGISTRATE JUDGE WILKINSON |

### CONSENT NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

NOW INTO COURT comes Plaintiff, Stephen B. Morganstern, who respectfully submits the instant *Consent Notice of Voluntary Dismissals with Prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders in relation to civil action number 2:13-cv-01189. Counsel for the BP parties has communicated consent with this notice of dismissal.

/s/John S. Creevy
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
John S. Creevy, La. Bar No. 30879
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: jcreevy@hhklawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Consent Notice of Voluntary Dismissal* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2019.

/s/John S. Creevy