UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL No. 2179** |
| | * | **SECTION:  J** |
| | * | **JUDGE BARBIER** |
| **Applies to:** | * | **MAG. JUDGE WILKINSON** |
| *17-02932 (Michael Helmholtz)* *13-02715 (Debra Miles)* | * | |

## ORDER

Debra Miles's and Michael Benjamin Helmholtz's[1] (collectively, "Plaintiffs") claims were dismissed by the PTO 66 Compliance Order on January 31, 2019 (Rec. Doc. 25356). Both moved for reconsideration. (Rec. Docs. 25422, 25475). The Court initially addressed these motions on May 1, 2019, and requested a response from BP. (Rec. Doc. 25604). After receiving BP's response (Rec. Doc. 25618), the Court ordered Plaintiffs to supplement their PTO 66 Particularized Statement of Claim by June 6, 2019 (Rec. Doc. 25622). Plaintiffs timely filed their supplements (Rec. Docs. 25703, 25704), which the Court has reviewed.

IT IS ORDERED that Plaintiffs' Motions for Reconsideration (Rec. Docs. 25422, 25475) are GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' are deemed COMPLIANT with PTO 66 and their B3 bundle claims are NOT dismissed. The Clerk is instructed to REOPEN their respective cases, Nos. 13-02715 (Miles) and 17-02932 (Helmholtz).

---

[1] Helmholtz is pro se.

New Orleans, Louisiana, this 14th day of June, 2019.

                                                                    *[signature]*
United States District Judge

**Note to Clerk:**

**Enter in 10-md-2179, 13-02715 (Miles), and 17-02932 (Helmholtz).**

**Mail a copy of this Order to**

**Michael Helmholtz**
**250 NE 660th Street**
**Old Town, FL 32680**