**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOHN W. FREYOU** | * | **MDL NO. 2179** |
| | * | |
| **Plaintiff,** | * | **SECTION: J** |
| **Versus** | * | |
| | * | **JUDGE BARBIER** |
| **BP Exploration & Production, Inc.; BP** | * | |
| **America Production Company; and** | * | **MAGISTRATE JUDGE WILKINSON** |
| **BP P.L.C.,** | * | |
| | * | |
| **Defendants,** | * | |
| | * | |
| **No. 2:18-cv-10997-CJB-JCW** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PARTICIPATE IN**
**MANDATORY MEDIATION**

      **NOW INTO COURT**, through undersigned counsel, comes John W. Freyou ("Plaintiff"), who respectfully moves this Honorable Court to compel BP Exploration & Production, Inc., BP America Production Company and BP P.L.C. ("Defendants") to participate with Plaintiff in the mandatory mediation process ordered by the Court in Pretrial Order No. 67 ("PTO 67").  Plaintiff further moves that he be deemed to have complied with the deadline provided for the "Exhibit 1 B1 Plaintiffs" in PTO 67.  Plaintiff's Motion is supported by the accompanying Memorandum, which is fully incorporated by reference herein.

      Date:   June 14, 2019

                                          Respectfully submitted:

                                            S/ John G. Toerner
                                            John G. Toerner, Bar No. 23575
                                            Attorney for John W. Freyou
                                            19335 N. Ninth Street
                                            Covington, Louisiana 70433
                                            (985) 273-0798
                                            (985) 590-5177 (fax)
                                            Email: toernerlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Motion To Compel Defendants To Participate In Mandatory Mediation has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2019.

S/ John G. Toerner
John G. Toerner