**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOHN W. FREYOU** | * | **MDL NO. 2179** |
| | * | |
| **Plaintiff,** | * | **SECTION: J** |
| **Versus** | * | |
| | * | **JUDGE BARBIER** |
| **BP Exploration & Production, Inc.; BP** | * | |
| **America Production Company; and** | * | **MAGISTRATE JUDGE WILKINSON** |
| **BP P.L.C.,** | * | |
| | * | |
| **Defendants,** | * | |
| | * | |
| **No. 2:18-cv-10997-CJB-JCW** | * | |

* * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO**
**COMPEL DEFENDANTS TO PARTICIPATE IN MANDATORY MEDIATION**

**NOW INTO COURT**, through undersigned counsel, comes John W. Freyou ("Plaintiff" or "Mr. Freyou"), who respectfully moves this Honorable Court to compel BP Exploration & Production, Inc., BP America Production Company and BP P.L.C. ("Defendants" or "BP") to participate with Plaintiff in the mandatory mediation process ordered by the Court in Pretrial Order No. 67 ("PTO 67").  Plaintiff further moves that he be deemed to have complied with the deadline provided for the "Exhibit 1 B1 Plaintiffs" in PTO 67.

Mr. Freyou filed a Deepwater Horizon Economic and Property Settlement Individual Economic Loss Claim on June 2, 2015, which was determined to be subject to a Moratoria Hold by the Claims Administrator.  Pursuant to this Court's Order dated October 3, 2018, Mr. Freyou timely filed a Complaint for Damages with this Court on November 14, 2018.  Mr. Freyou is currently considered an "Exhibit 1 B1 Plaintiff" under PTO 67.

Pursuant to PTO 67, Mr. Freyou, was required to provide initial disclosure information to BP no later than April 15, 2019.  However, undersigned counsel was never served with PTO 67 and was not aware of the Order until he called the Court's chambers on June 7, 2019 to inquire

about the status of the stay of proceedings ordered by Pretrial Order No. 25.   At that time, counsel was informed for the first time that Mr. Freyou was named in PTO 67 and that his initial disclosures were overdue.

Undersigned counsel did not receive CM/ECF notice or notice by File & ServeXpress of PTO 67 and PTO 67 does not show up under the docket of this case when searching PACER. After becoming aware of PTO 67, undersigned counsel immediately gathered the initial disclosure documents and sent them on June 7, 2019 to the person designated to coordinator production for BP by the First Amendment to PTO 67, Frank Sramek at Kirkland & Ellis LLP, via email at pto67production@kirkland.com.[1]   Undersigned counsel further requested that Mr. Sramek provide instructions as to whether additional delivery was required in accordance with the First Amendment to PTO 67.

The documents submitted consisted of Mr. Freyou's income tax returns and W-2s from 2008 to 2014 and a written statement and supporting claimed loss calculation describing his claimed damages sought in this litigation.  Given the limited number of documents and the fact that BP received the disclosures seven days before its initial disclosures were due, BP should not be prejudiced, in any respect, by the late submission.  In fact, BP was already in possession of Mr. Freyou's income tax returns and W-2s from 2008 to 2011[2] and the PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) filed with Mr. Freyou's Complaint For Damages[3] which is a "written statement and supporting claimed loss calculation, no longer that five double-spaced pages, describing the EXHIBIT 1 B1 Plaintiff's claimed damages sought in this litigation."  Therefore, the only items that BP was not in possession of were the 2012

---

[1] See Exhibit A showing the emails sent to Frank Smarek at pto67production@kirkland.com.
[2] See Exhibit B showing the documents submitted with by Mr. Freyou in his Deepwater Horizon Claim.

through 2014 income tax returns which were produced to show that Mr. Freyou did not work during those years.  Mr. Freyou had already provided BP with substantially all the documents required by Attachment A included in PTO 67 before the April 15, 2019 deadline.

PTO 67 provides for a mandatory mediation process after initial disclosures are timely made by the parties. Undersigned counsel contacted counsel for BP to request that BP accept the documents submitted late as a professional courtesy based on the circumstances as set forth above and that BP participate in the mandatory mediation.  BP's counsel, Christopher Keegan of Kirkland & Ellis LLP, refused and stated that BP would not participate in the mandatory mediation without a court order, necessitating this motion.

For the reasons stated above, the Court should compel BP to participate with Mr. Freyou in the mandatory mediation process ordered by the Court in PTO 67 and to order that Mr. Freyou be deemed to have complied with the deadline provided for the "Exhibit 1 B1 Plaintiffs" in PTO 67.

June 14, 2019.

Respectfully submitted:

 S/ John G. Toerner
John G. Toerner, Bar No. 23575
Attorney for John W. Freyou
19335 N. Ninth Street
Covington, Louisiana 70433
(985) 273-0798
(985) 590-5177 (fax)
Email: toernerlaw@gmail.com

---

[3] See Exhibit C showing the PTO 65 submission with Mr. Freyou's Complaint For Damages.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiff's Memorandum In Support Of Plaintiff's Motion To Compel Defendants To Participate In Mandatory Mediation has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2019.

 S/ John G. Toerner

John G. Toerner

# Exhibit A

 Gmail

**John Toerner <toernerlaw@gmail.com>**

## John W. Freyou v. BP Case No. 18-cv-10997
2 messages

---

**John Toerner** <toernerlaw@gmail.com>                  Fri, Jun 7, 2019 at 6:01 PM
To: pto67productions@kirkland.com

Dear Mr. Sramek,
 I have attached the documents in compliance with PTO 67.  I apologize for being late in sending you these
documents but I was never served with PTO 67 and just learned today about PTO 67.  I wrote an email to
Don K. Haycraft with Liskow and Lewis back on January 23, 2019 asking him when I could expect to
receive an answer from BP and he informed me that the proceedings had been stayed by PTO 25.
 I called Judge Barbier's chambers today and spoke with his case administrator to check on the status of
the stay.  She informed me that the stay was still in effect.  I received a phone call several minutes later
from a clerk in Judge Barbier's office informing me that my client, John Freyou, was an Exhibit 1 B1 Plaintiff
in PTO67.  I have prepared the Initial Information Disclosures as required by PTO 67.
 Since there aren't too many documents, you should be able to comply with the disclosure requirements.
However, if you need more time to comply, I would be willing to grant you an extension.
 I will call you next week to make sure that you have everything that you need in the format that you need.
Thanks.
John Toerner

--
John G. Toerner, Esq.
19335 N. Ninth Street
Covington, LA 70433
985-273-0798
985-590-5177 (fax)
Board Certified Estate Planning and Administration Specialist
Board Certified Tax Attorney
Certified by Louisiana Board of Legal Specialization

---

**2 attachments**

 **Written Statment.pdf**
24K

 **Files.zip**
4803K

---

**John Toerner** <toernerlaw@gmail.com>                  Mon, Jun 10, 2019 at 10:14 AM
To: pto67productions@kirkland.com

Mr. Sramek,

I searched for you on the Kirkland & Ellis web site and could not find your contact information.  Please
confirm that you received my initial disclosures for

# John W. Freyou v. BP Case No. 18-cv-10997 and that you will accept them.

You may contact me at 985-273-0798.  Thanks.

John Toerner

 **Gmail**

**John Toerner <toernerlaw@gmail.com>**

## John W. Freyou vs. BP, CIVIL ACTION NO. 2:18-CV-10997
1 message

**John Toerner** <toernerlaw@gmail.com>                                     Tue, Jun 11, 2019 at 2:21 PM
To: pto67productions@kirkland.com

Mr. Sramek,

I submitted the initial disclosure documents via email to pto67productions@kirkland.com last week in the above referenced matter.  If you need me to send them to another location or in another format, please let me know.

John


--
John G. Toerner, Esq.
19335 N. Ninth Street
Covington, LA 70433
985-273-0798
985-590-5177 (fax)
Board Certified Estate Planning and Administration Specialist
Board Certified Tax Attorney
Certified by Louisiana Board of Legal Specialization

 Gmail

John Toerner <toernerlaw@gmail.com>

## John W. Freyou vs. BP Docket No. 18-cv-10997

2 messages

**John Toerner** <toernerlaw@gmail.com>                     Tue, Jun 11, 2019 at 12:23 PM
To: Frank.Sramek@kirkland.com

Hi Mr. Sramek,

I just spoke with Chris Keegan who called me at your direction.  I requested that you grant me a
professional curtesy and accept my client's initial disclosure required by PTO 67.  I was never served with
PTO 67 and therefore was not aware of the filing deadline.  As soon as I found out about the order, I
submitted the documents to pto67productions@kirkland.com.

The submission consists of a brief statement of damages and several tax returns and w-2s.  Given that
your filing deadline is on June 14, 2019, I don't think that my late filing would be prejudicial to your client.

Given that your name is on the First Amendment to PTO 67, I wanted to make sure that it is your position
that BP will not accept my client's initial disclosure required by PTO 67.  Please confirm that you will not
grant me a profession courtesy by accepting my submission and that you will not agree to participate in
mediation..

John Toerner

--
John G. Toerner, Esq.
19335 N. Ninth Street
Covington, LA 70433
985-273-0798
985-590-5177 (fax)
Board Certified Estate Planning and Administration Specialist
Board Certified Tax Attorney
Certified by Louisiana Board of Legal Specialization

**Sramek, Frank J.** <fsramek@kirkland.com>                     Tue, Jun 11, 2019 at 1:02 PM
To: John Toerner <toernerlaw@gmail.com>
Cc: "Keegan, Christopher W." <chris.keegan@kirkland.com>

Mr. Toerner,


I am a Senior Paralegal at Kirkland and work on various aspects of the document productions
and other case matters.  As Mr. Keegan requested during your call, please direct all
communications to him.


Best,

Frank

**Frank J. Sramek**

Senior Paralegal

----------------------------------------------------

**KIRKLAND & ELLIS LLP**

300 North LaSalle, Chicago, IL 60654

**T** +1 312 862 8740

**F** +1 312 862 2200

----------------------------------------------------

frank.sramek@kirkland.com

[Quoted text hidden]

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

Exhibit B



**DEEPWATER HORIZON**
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

English | En Español | Bằng Tiếng Việt

| Home |
| News and Developments |
| Download Files |
| Claimant Info |
| Notices |
| Forms |
| Payments |
| Reporting |
| Change Password / Email |
| Log Off |

## Claimant Details

### Demographic Information

[ Edit ]

Claimant ID: 100323978

Name: Freyou (Last) | John (First) | W (M.I.) | (Suffix)

Business Name:

SSN: 435 - 72 - 9960

Address 1: 2607 Freyou Road

Address 2:

City: New Iberia | State: LA

Zip Code: 70560

Parish/County: Iberia

Country: United States of America

Date of Birth: 10/29/1945

### Representation

Represented By: Pro Se

### Forms

[ Registration Form ]   [ Claim Forms ]   [ Sworn Written Statements ]

### Final Claim Filing Deadline Expired on June 8, 2015

The final deadline to file claims with the Settlement Program was June 8, 2015. Accordingly, we are no longer accepting new claim submissions at this time.

### Documents

Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file.

**For Seafood and Business Economic Loss Claims, your claim will be reviewed more quickly if you submit any financial data records in Excel format.**

[ View Documents ]   [ Upload ]

### View Documents

Filter Documents likely associated with:  [ ALL ]          ☐ Show Excel Files only

| Doc ID | Document Type | Create Date | Page From | Page To | Doc File ID | |
|--------|---------------|-------------|-----------|---------|-------------|---|
| 16927983 | Registration Form | 06/02/2015 | 1 | | 21699645 | View |
| 16929049 | Individual Economic Loss Claim Form (Blue Form) (Claim ID 371167) | 06/02/2015 | 1 | | 21700558 | View |
| 17144515 | Correspondence from Claimant Assistance Center | 06/02/2015 | 1 | 1 | 21886816 | View |
| 17612056 | Social Security Card | 06/02/2015 | 2 | 2 | 21886816 | View |
| 17612074 | Driver's License/Birth Certificate/Passport | 06/02/2015 | 2 | 2 | 21886816 | View |
| 17612086 | Form W-9 | 06/02/2015 | 3 | 3 | 21886816 | View |
| 19996155 | Employment - Other | 06/02/2015 | 4 | 8 | 21886816 | View |
| 17612144 | SSA-89 Authorization | 06/02/2015 | 9 | 9 | 21886816 | View |
| 17612176 | Envelope or Other Packaging Only | 06/02/2015 | 10 | 10 | 21886816 | View |
| 18119440 | Other Correspondence | 10/02/2015 | | | 22318657 | View |
| 18113887 | 2011 Form W-2 | 10/02/2015 | 3 | 3 | 22318657 | View |
| 19114453 | 2010 Form W-2 | 10/02/2015 | 4 | 4 | 22318657 | View |
| 19114456 | 2009 Form W-2 | 10/02/2015 | 5 | 5 | 22318657 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19114461 | 2008 Form W-2 | 10/02/2015 | 6 | 6 | 22318657 | View |
| 18119423 | Envelope or Other Packaging Only | 10/02/2015 | 7 | 8 | 22318657 | View |
| 18253842 | 2011 Federal Income Return Form 1040 (Jointly Filed) | 10/19/2015 | 1 | 11 | 22363823 | View |
| 19114185 | Federal Income Return Form 1040, Schedule D | 10/19/2015 | 6 | 7 | 22363823 | View |
| 19114202 | 2011 Federal Income Return Form 1040, Schedule K-1 | 10/19/2015 | 8 | 8 | 22363823 | View |
| 18255679 | 2010 Federal Income Return Form 1040 (Jointly Filed) | 10/19/2015 | 12 | 22 | 22363823 | View |
| 19114246 | Federal Income Return Form 1040, Schedule D | 10/19/2015 | 15 | 16 | 22363823 | View |
| 19114255 | 2010 Federal Income Return Form 1040, Schedule K-1 | 10/19/2015 | 17 | 17 | 22363823 | View |
| 18255768 | 2009 Federal Income Return Form 1040 (Jointly Filed) | 10/19/2015 | 23 | 34 | 22363823 | View |
| 19114263 | Federal Income Return Form 1040, Schedule D | 10/19/2015 | 26 | 27 | 22363823 | View |
| 19114272 | 2009 Federal Income Return Form 1040, Schedule K-1 | 10/19/2015 | 28 | 28 | 22363823 | View |
| 18255789 | 2008 Federal Income Return Form 1040 (Jointly Filed) | 10/19/2015 | 35 | 44 | 22363823 | View |
| 19114288 | Federal Income Return Form 1040, Schedule D | 10/19/2015 | 38 | 39 | 22363823 | View |
| 19114296 | 2008 Federal Income Return Form 1040, Schedule K-1 | 10/19/2015 | 40 | 40 | 22363823 | View |
| 18255836 | 2007 Federal Income Return Form 1040 (Jointly Filed) | 10/19/2015 | 45 | 54 | 22363823 | View |
| 19114316 | Federal Income Return Form 1040, Schedule D | 10/19/2015 | 48 | 49 | 22363823 | View |
| 19114327 | 2007 Federal Income Return Form 1040, Schedule K-1 | 10/19/2015 | 50 | 50 | 22363823 | View |
| 18255847 | Envelope or Other Packaging Only | 10/19/2015 | 55 | 55 | 22363823 | View |
| 19128033 | Notice Regarding Potential Moratoria Losses (Claim ID 371167) | 04/04/2016 | 1 | | 22892294 | View |
| 19244102 | Incompleteness Notice (Claim ID 371167) | 04/25/2016 | 1 | | 22961773 | View |
| 19366241 | SWS-9A IEL Post-Review Missing Tax and Pay Period Documentation Sworn Written Statement | 05/06/2016 | 1 | 4 | 23036380 | View |
| 19374668 | SWS-12 IEL Employer Sworn Written Statement (non-Category IV) | 05/06/2016 | 5 | 7 | 23036380 | View |
| 19374671 | SWS-9 IEL Missing Tax and Pay Period Documentation Sworn Written Statement | 05/06/2016 | 8 | 9 | 23036380 | View |
| 19374678 | Employment - Pay Stub/Pay Check | 05/06/2016 | 10 | 19 | 23036380 | View |
| 19374681 | Envelope or Other Packaging Only | 05/06/2016 | 20 | 21 | 23036380 | View |
| 19877551 | Follow- Up Incompleteness Notice (Claim ID 371167) | 09/09/2016 | 1 | | 23382153 | View |
| 19946987 | Follow- Up Incompleteness Notice | 09/23/2016 | 1 | 6 | 23426670 | View |
| 19950924 | SWS-12 IEL Employer Sworn Written Statement (non-Category IV) | 09/23/2016 | 7 | 12 | 23426670 | View |
| 19950939 | Supporting Document | 09/23/2016 | 13 | 17 | 23426670 | View |
| 19950949 | Envelope or Other Packaging Only | 09/23/2016 | 18 | 22 | 23426670 | View |
| 20078604 | Incompleteness Denial Notice (Claim ID 371167) | 11/01/2016 | 1 | | 23519495 | View |
| 20131257 | Incompleteness Denial Notice | 11/10/2016 | 1 | 6 | 23554486 | View |
| 20138912 | Request for Reconsideration Form (from Incompleteness Denial) | 11/10/2016 | 7 | 9 | 23554486 | View |
| 20138913 | SWS-9A IEL Post-Review Missing Tax and Pay Period Documentation Sworn Written Statement | 11/10/2016 | 10 | 15 | 23554486 | View |
| 20138916 | SWS-12 IEL Employer Sworn Written Statement (non-Category IV) | 11/10/2016 | 16 | 21 | 23554486 | View |
| 20138917 | Other Correspondence | 11/10/2016 | 22 | 22 | 23554486 | View |
| 20138920 | Envelope or Other Packaging Only | 11/10/2016 | 23 | 23 | 23554486 | View |
| 20185907 | Post-Reconsideration Incompleteness Denial Notice (Claim ID 371167) | 12/05/2016 | 1 | | 23591838 | View |
| 20257090 | Appeal- Request for Appeal Form | 12/29/2016 | 1 | 2 | 23641436 | View |
| 20263409 | Post-Reconsideration Incompleteness Denial Notice | 01/03/2017 | 3 | 8 | 23641436 | View |
| 20263413 | Supporting Document | 01/03/2017 | 9 | 9 | 23641436 | View |
| 20263417 | Correspondence from Claimant | 01/03/2017 | 10 | 10 | 23641436 | View |
| 20263422 | Other Correspondence | 01/03/2017 | 11 | 11 | 23641436 | View |
| 20263426 | Envelope or Other Packaging Only | 01/03/2017 | 12 | 13 | 23641436 | View |
| 20704344 | Correspondence from Claimant | 05/19/2017 | 1 | 3 | 23962552 | View |
| 20713862 | Envelope or Other Packaging Only | 05/19/2017 | 4 | 5 | 23962552 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20785894 | SWS-12 IEL Employer Sworn Written Statement (non-Category IV) | 07/19/2017 | 1 | 6 | 24012315 | View |
| 20787344 | Envelope or Other Packaging Only | 07/19/2017 | 7 | 8 | 24012315 | View |
| 20845120 | Initial Notice of Request for Authorization Forms (Claim ID 371167) | 09/18/2017 | 1 | | 24053795 | View |
| 20859912 | | 10/03/2017 | 0 | | 24065028 | View |
| 20894437 | | 11/13/2017 | 0 | | 24091392 | View |
| 20894516 | | 11/13/2017 | 0 | | 24091464 | View |
| 20894522 | | 11/13/2017 | 0 | | 24091470 | View |
| 20894544 | | 11/13/2017 | 0 | | 24091491 | View |
| 20991558 | 10/3/18 Court Order Excluding Moratoria Claims | 10/06/2018 | 0 | | 24165916 | View |

| Registration Form Submission Status |
|---|
| **Submitted** |

| Claim Types | | | |
|---|---|---|---|
| Claim ID | Claim Type | Details | Submission Status |
| **371167** | **Individual Economic Loss** | | **Submitted** |

Exhibit C

## EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>No. 10-MD-2179 |
| --- |

**PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
| --- | --- | --- | --- |
| Freyou | John | Wayne | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff)<br>9960 |
| --- | --- |
| MDL 2179 Member Case Number | Attorney Name and Firm<br>John Toerner<br>John G. Toerner, Attorney at Law |

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

1

> **Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

Mr. John Freyou was a mechanic for about 5 years at Unique System, LLC in New Iberia, Louisiana that specialized in manufacturing and renting diving equipment for the oil and gas industry. The Deepwater Horizon Oil Spill and the moratorium on drilling in the Gulf of Mexico caused Mr. Freyou's employer to lose work which caused Mr. Freyou to be laid off in October 2011. Mr. Freyou was unable to obtain subsequent employment after he was laid off. Mr. Freyou asserts damages for losses in 2010 as well as 2011-2014. Mr. Freyou earned $20.00 per hour and worked 2,360 hours in 2009, 2,170 hours in 2010 and 1,603 in 2011. Based on the reduction in hours from 2009, Mr. Freyou suffered damages in the form of reduced hours from 2009 to 2010 of 190 hours (2,360 - 2,170), from 2009 to 2011 of 757 hours (2,360 - 2,170) and from 2012, 2013 and 2014 of 7,080 hours (2,360 x 3 years). The total number of hours of work lost amounts to 8,027 hours (190 + 757 + 7,080) when multiplied by $20.00 per hour equals $160,540 in lost wages.

The claim was originally placed on Moratoria Hold by the Settlement Program in the Deepwater Horizon Economic and Property Damage Settlement proceedings and it was not resolved.

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Mr. John Freyou relies on his 2008-2014 Tax Returns and 2008-2011 W-2s to prove the damages alleged in response to Question No. 1. At the time of trial, more information may be required and will be supplemented with depositions, pleadings, and other forms of discovery.

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

Mr. John Freyou was an individual residing in Louisiana and working as a mechanic for Unique System, LLC which manufactures and rents diving equipment to customers in the oil and gas industry in the Gulf of Mexico. The Deepwater Horizon/Macondo Well incident and oil spill and the resulting moratorium on drilling in the Gulf of Mexico by the United States government caused a decrease in the business of Unique System, LLC which caused Mr. Freyou to lose his job. He was subsequently unable to find employment.

4

Case 2:10-md-02179-CJB-JCW Document 25722-1 Filed 06/14/19 Page 19 of 19
Case 2:18-cv-21099-CJB-JCW Document 45722-1 Filed 01/11/18 Page 19 of 19

Case 2:10-md-02179-CJB-JCW   Document 23825-1   Filed 01/11/18   Page 5 of 5

**Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)

*No*

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: *November 6*, 2018

Location (City and State): *New Iberia, LA*

_____
Signature of Plaintiff*

*Plaintiff's Attorney* <u>*Cannot*</u> *Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

*John W. Freyou*
Print Name

_____
Title/Position (if signed on behalf of a business or other entity)

The verified statement, must be filed into the record of the plaintiff's <u>individual lawsuit</u> (as opposed to the master docket for MDL 2179) no later than <u>April 11, 2018</u>.