UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN W. FREYOU** | * | **MDL NO. 2179** |
| | * | |
| **Plaintiff,** | * | **SECTION: J** |
| Versus | * | |
| | * | **JUDGE BARBIER** |
| **BP Exploration & Production, Inc.; BP** | * | |
| **America Production Company; and** | * | **MAGISTRATE JUDGE WILKINSON** |
| **BP P.L.C.,** | * | |
| | * | |
| **Defendants,** | * | |
| | * | |
| **No. 2:18-cv-10997-CJB-JCW** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiff's Motion To Compel Defendants To Participate In Mandatory Mediation is hereby set for submission before District Judge Carl J. Barbier on July 3, 2019 at 9:30 am.

Respectfully submitted:

  S/ John G. Toerner
John G. Toerner, Bar No. 23575
Attorney for John W. Freyou
19335 N. Ninth Street
Covington, Louisiana 70433
(985) 273-0798
(985) 590-5177 (fax)
Email: toernerlaw@gmail.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice Of Submission has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2019.

                                                     S/ John G. Toerner
                                                      John G. Toerner