# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 <br><br> SECTION: J(2) |
| Applies to: 12-cv-968, BELO | JUDGE BARBIER |
| AND <br> BELO Cases identified below: <br> 18-10304; 18-09998; 18-09662; <br> 18-09666; 18-09762; 18-10010; <br> 18-10012; 18-10198; 18-09715; <br> 18-09779; 18-10328 | MAG. JUDGE WILKINSON |

## MOTION FOR REINSTATEMENT AND/OR MOTION FOR RECONSIDERATION

COME NOW, Plaintiffs, through undersigned counsel and respectfully move for a reinstatement of their claims and/or reconsideration regarding the Court's judgment dismissing their claims. In support, Plaintiffs show that their failure to comply with the Court's order is attributable to the fault of the attorney who was responsible for timely filings and for attending the show cause hearing and that this fault should not be imputed to the Plaintiffs. Plaintiffs further show that they have now complied with the Court's show cause Order and wish to actively litigate their claim.

For these reasons, and for the reasons set forth in the attached memorandum, Plaintiffs pray that their motions be granted.

Dated:  June 14, 2019

        Respectfully submitted,

        /s/  Howard L. Nations
        Howard L. Nations
        THE NATIONS LAW FIRM
        3131 Briarpark Dr., Suite 208
        Houston, TX  77042
        (713) 807-8400
        (713) 807-8423 (Fax)

        ATTORNEY FOR PLAINTIFFS