# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| Demolle Jr., Warren | 18-09662 |
| Gause, Ryan Stephen | 18-09666 |
| Lopez, Frank Paul | 18-09715 |
| Guntner, Sean Anthony | 18-09762 |
| Sherman, Brian James | 18-09779 |
| Bergeron, Eileen G. | 18-09998 |
| Guy, Jody James | 18-10010 |
| Havard, Charlie Lee | 18-10012 |
| Sebold, Steven Kyle | 18-10198 |
| Alfonso, Christopher Martin | 18-10304 |
| Fernandez, Anisor Marie Raenette | 18-10328 |