# EXHIBIT A

EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| Wilson Jr., Bruce Anthony | 18-09532 |
| Guillot, Terry John | 18-09571 |
| Lucas, Cody Joseph | 18-09609 |
| Jennings, Peter Anthony | 18-09670 |
| Gary, Fabion Duran | 18-09934 |
| Adams, Desmond Dwayne | 18-09952 |
| Rodriguez, Ramon | 18-10192 |
| Safford, Marshay Latrease | 18-10196 |
| Reed, Simmie Rischard | 18-10186 |