EXHIBIT B TO
BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *** VERNON TERELL FOUNTAIN,<br>PLAINTIFF,<br>VERSUS<br><br>BP EXPLORATION & PRODUCTION, INC.<br>AND BP AMERICA PRODUCTION COMPANY | CIVIL ACTION<br><br>NO.  2:18-cv-10509<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

Related to:   12-968 BELO
              in MDL No. 2179

## PLAINTIFF PROFILE FORM

**PLAINTIFF'S FULL NAME:**  VERNON TERELL FOUNTAIN

Please answer every question to the best of your knowledge. You are signing and submitting this Plaintiff Profile Form under penalty of perjury and must provide information that is true and accurate. If you cannot recall all of the details requested, please provide as much information as you can. For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

If you are asked to identify a person (such as doctors or witnesses), give the name and last-known address and telephone number.

**NOTE:**  Please provide information regarding the person who claims injury. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity (except Nos. 12-18). If the person who claims injury is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

### YOUR BACKGROUND INFORMATION

1.   Current address: ███████████████████████



Initial VF

2. Telephone number: ██████████

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____

4. Date and Place of Birth: ██████ - will supplement _____

5. Male  X   Female _____

6. Social Security Number: ██████████

7. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
| --- | --- |
| Will supplement |  |
|  |  |
|  |  |

8. Driver's License Number and State Issuing License: ██████████████████████

   A. Have you ever had your driving privileges suspended or limited based on your health or physical condition?   Yes _____   No _____

   B. If so, when and for what reason(s)? will supplement _____

   _____

Initial 

42. If you answered "*Yes*" to any of the above, for *each* condition: See attached page

    A. When was it diagnosed? (identify condition and month/year)

    B. Who diagnosed it? (identify condition and health care provider)

    C. Who treated it? (identify condition and health care provider)

**YOUR FAMILY INFORMATION**

43. Have you ever been married? Yes _____ No _____ If "*Yes*," for each spouse, please identify:

    A. Spouse's name: will supplement

    B. Date of marriage: _____

    C. Spouse's occupation: _____

44. Have any of your children, parents, siblings, or close relatives (aunts, uncles, or grandparents) suffered from any of the conditions listed in Question 40? If "*Yes*," identify each such person below and provide the information requested.

    A. Name: will supplement

    B. Relationship to Plaintiff: _____

    C. Current Age (or Age at Death): _____

    D. Type of Condition: _____

    E. If Applicable, Cause of Death: _____

-17-

Initial