UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to: 12-cv-968, BELO<br><br>**AND**<br><br>BELO case No.:  2:18-cv-14310 | MDL 2179<br><br>SECTION:  J(2)<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFF'S REQUEST FOR CONSIDERATION
AND ADDITIONAL TIME TO PROVIDE PROFILE FORM**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Michael A. Gideon, who respectfully requests that this Honorable Court not dismiss his case for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) but instead grant him additional time within which to provide to defendants his Rule 26 Initial Disclosures and Profile Form due to the difficult circumstances counsel has in corresponding with Plaintiff.

Mr. Gideon's Profile Form and Rule 26 Initial Disclosures were due to counsel for defendants on March 28, 2019.  Mr. Gideon is currently incarcerated with the Florida Department of Corrections and is not due to be released until 2027.  The timeline of attempts to work with Mr. Gideon to completely and accurately provide his Profile Form and Rule 26 Initial Disclosures is as follows:

1)	March 20, 2019 – first letter from counsel to Mr. Gideon forwarding the Profile Form for completion.  The correctional facility denied receipt of the package as it was sent via United Parcel Service.

2) March 27, 2019 - the packet of materials was re-sent to Mr. Gideon via regular mail, as directed by the correctional facility.

3) April 24, 2019 – second letter to Mr. Gideon after receipt of the incomplete Profile Form to request additional information.

4) May 23, 2019 – third letter to Mr. Gideon to request complete answers to questions on Profile Form.

5) June 12, 2019 – fourth letter to Mr. Gideon to request complete answers to questions on Profile Form.

These correspondences with documents are attached as Exhibit "A", *en globo*. Undersigned counsel have repeatedly attempted to get Mr. Gideon's assistance while he is incarcerated however, it has been a challenge to get a response from Mr. Gideon.

WHEREFORE, it is respectfully requested that this Honorable Court grant Plaintiff relief and allow Plaintiff an indefinite extension of time within which to provide his completed Profile Form to counsel for BP.

Respectfully submitted,

_/s/ *Timothy J. Falcon*_____
TIMOTHY J. FALCON (#16909)
Email: tim@falconlaw.com
JEREMIAH A. SPRAGUE (#24885)
Email: jerry@falconlaw.com
JARRETT S. FALCON (#34539)
Email: jarrett@falconlaw.com
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 348-7714

/s/ *Allen W. Lindsay, Jr.*_____
ALLEN W. LINDSAY, JR.
Florida State Bar Number 104956
Lindsay & Lindsay, P.A.
5218 Willing St.
Milton, Florida 32570
(850) 623-3200 (Phone)
(850) 623-0104 (Fax)

COUNSEL FOR PLAINTIFF, MICHAEL A. GIDEON

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on the 17th day of June, 2019, I electronically filed a copy of the above and foregoing Plaintiff's Request for Consideration and Additional Time to Provide Profile Form with the Clerk of Court through use of the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive email notices for this case. I further certify that I served the foregoing document and notice of electronic filing by United States Mail or e-mail to any non-CM/ECF participants.

_____/s/ Timothy J. Falcon_____