

Falcon Law Firm, PLC
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: 504.341.1234
Facsimile: 504.341.8115
Toll Free: 800.556.3131
www.falconlaw.com

Timothy J. Falcon
Jeremiah A. Sprague
Jarrett S. Falcon

Writer's Direct Dial: 504.212.1670
Writer's E-Mail  tim@falconlaw.com

March 27, 2019

*VIA CERTIFIED MAIL & U.S. POSTAL SERVICE*

Michael A. Gideon
Offender ID: 104037
Florida Department of Corrections
504 South Calhoun Street
Tallahassee, FL 32399

**RE:    BP – Back End Litigation Lawsuit**

Dear Mr. Gideon:

Our office works alongside with Mr. Allen Lindsay's office in Florida on your case against BP. We filed a complaint on your behalf against BP on January 2, 2019. We have now come to the next part of the lawsuit, Profile Form, which is due on Thursday, March 28, 2019. Enclosed please find the Profile Form.

<u>**It will be necessary for you to fill out the Profile Form to its entirety.**</u>

Please go through every page and answers questions 1 – 52. Some answers have already been typed in. We pulled these answers off of your Notice of Intent to Sue and medical records.

Please put N/A for an answer instead of leaving it blank. Every question must have an answer whether it the answer you provide or N/A for not applicable.

<u>**At the bottom of pages 1 – 25 there is a spot for you to initial. You must initial every page for the Profile Form to be valid.**</u>

Also attached to the Profile Form are authorizations that must be signed. I have marked, in yellow, where you need to sign on the authorizations. I have marked, in green, the questions that require an answer or answer(s). I have marked, in blue, where your initials are required.

Page 2
Michael Gideon
March 27, 2019

Once you have completed and signed these documents, please place the Profile Form in the enclosed self-addressed envelope to return to our firm.

If you have any questions and or comments, please feel free to contact myself or my paralegal, Britni Taylor.

Sincerely,

Timothy Falcon/bet

**TIMOTHY J. FALCON**

TJF/bet
Enclosures

**EXHIBIT B TO**
**BELO CASES INITIAL PROCEEDINGS**
**CASE MANAGEMENT ORDER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| \*\*\* | **CIVIL ACTION** |
| **VERSUS** | **NO.** |
| **BP EXPLORATION & PRODUCTION, INC.** | **JUDGE BARBIER** |
| **AND BP AMERICA PRODUCTION COMPANY** | **MAG. JUDGE WILKINSON** |

Related to:    12-968 BELO
in MDL No. 2179

**PLAINTIFF PROFILE FORM**

**PLAINTIFF'S FULL NAME:**  Michael Gideon

Please answer every question to the best of your knowledge. You are signing and submitting
Plaintiff Profile Form under penalty of perjury and must provide information that is true
accurate. If you cannot recall all of the details requested, please provide as much informati
you can. For each question where the space provided does not allow for a complete ans
please attach as many additional sheets of paper as necessary to fully answer the question.

If you are asked to identify a person (such as doctors or witnesses), give the name
last-known address and telephone number.

**NOTE:** Please provide information regarding the person who claims injury. The terms "
and "your" refer only to that person, not to the individual who may be completing this form
representative capacity (except Nos. 12-18). If the person who claims injury is deceased
personal representative should respond as of the time immediately prior to his or her death u
a different time period is specified.

**YOUR BACKGROUND INFORMATION**

1.    Current address: _____

_____

_____

Initial _

2.  Telephone number:  (850) 221-5229

3.  Maiden or other names used or by which you have been known, and the dates du[...]
    which you were known by such names: _____

4.  Date and Place of Birth: _            _____

5.  Male  X   Female _____

6.  Social Security Number: _              _____

7.  Each address (other than your current address) at which you have lived during the last
    (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---------|--------------------|
|         |                    |
|         |                    |
|         |                    |

8.  Driver's License Number and State Issuing License: _              ___

    A.  Have you ever had your driving privileges suspended or limited based on y[...]
        health or physical condition?    Yes _____    No _____

    B.  If so, when and for what reason(s)? _____

        _____

        _____

-2-                                          Initial _

9.   Employment Information:

   A.   Current employer (if not employed, last employer):

| Employer | Address | Dates of Employment | Occupat Dut |
|---|---|---|---|
| N/A | | | |

   B.   Past employers (last ten (10) years):

| Employer | Address | Dates of Employment | Occupation/Job I |
|---|---|---|---|
| LSG Contractors | 654 Oxford Road, Versailles, KY 40383 | 07/13/2010 - 11/24/2010 | clean up worker |
| | | | |
| | | | |
| | | | |

10.   Have you ever been out of work for more than thirty (30) days for reasons related to y health (other than pregnancy)?   Yes _____   No _____   If "*Yes*," when were you ou

-3-                                              Initial _

work and why? _____

_____

11.    If you are represented by counsel, please provide the following information:

Plaintiff's primary attorney:__Timothy J. Falcon_____    Allen W. Lindsey

Law Firm:_____Falcon Law Firm_____    Lindsay & Lindsay

Address: _____5044 Lapalco Blvd._____    5218 Willing Stre

_____Marrero, LA 70072_____    Milton, FL 32570

Telephone number: _504-341-1234_____  Fax number:  __504-348-7714___

E-mail address: _tim@falconlaw.com_____    awl@lal-law.com

## INFORMATION ABOUT THE PERSONAL REPRESENTATIVE

If you are completing this form in a representative capacity (e.g., on behalf of the estate person or a minor), please complete the following:

12.    Name: _____

13.    Address:_____

_____

14.    In what capacity are you representing the individual or estate? _____

_____

15.    What is your relationship to the person claiming to be injured? _____

_____

16.    If you were appointed as a representative by a court, state the following:

Court, Court Term, & Case Number: _____

_____

Initial _

17.    Date of Appointment:_____

18.    If you represent the estate, when and where did the decedent die? _____

_____

_____


## INFORMATION ABOUT THE CLAIM

19.    Are you claiming that you have developed or may develop bodily injury as a resul
       exposure to the oil spill and/or chemical dispersant used in response to the oil spill?
       Yes _X___    No _____

20.    Describe in as much detail as possible the bodily injury (or medical condition) you cl
       resulted from your exposure to the oil spill and/or chemical dispersant?
       _Chronic conjunctivitis and chronic dry eye syndrome_____

       _____

       _____

21.    Describe in as much detail as possible the circumstance(s) in which your exposure to
       oil spill and/or chemical dispersant occurred:  _Work was 12 hour days, 7 days a we
       _Duties included digging and picking up tar balls on shore and placing them in____
       _garbage bags or buckets._____

       _____

       A.    Where did the exposure(s) occur?  _Pensacola Beach, Florida_____

       B.    When did the exposure(s) occur? _07/13/2010 - 11/24/2010_____

       C.    To what substance or chemical were you exposed, if you know?  _Possibly____
             _Benzene and Corexit_____

       D.    For how long were you exposed to this substance or chemical?  _Approximate
             _16 - 20 weeks, 12 hours a day, 7 days a week._____

-5-                                                    Initial __

22.     Who witnessed your exposure to this substance or chemical?   There were numerus
        clean up workers present at all times.


23.     During your alleged exposure, were you provided by BP or any other entity protec
        clothing, gear, equipment, etc.?  Yes  _X_  No _____

        A.      Identify the specific clothing, gear, equipment, etc. you were provided:  _____
                Gloves, plastic shoes, masks and glasses

        B.      When and how often were you provided such clothing, gear, and equipment?  _
                Sporadically


        C.      Where or from whom were you provided the clothing, gear, equipment, etc.?
                Deepwater Horizon


24.     During your alleged exposure, did you wear and/or use protective clothing, g
        equipment, etc.?  Yes _____  No _____  If "Yes,"

        A.      Identify the specific clothing, gear, equipment, etc. worn and/or used:  _____
                Gloves, plastic shoes, masks and glasses

        B.      When and how often did you use and/or wear such clothing, gear, and equipme
                Gloves, plastic shoes, masks and glasses were worn each time they were
                provided.


        C.      Where or from whom did you obtain the clothing, gear, equipment, etc.?
                Deepwater Horizon


-6-                                                          Initial __

D.    If you did not use the clothing, gear, equipment provided to you, please exp[lain]
why:   N/A

_____

_____

25.    Name of doctor(s) (or other healthcare providers) who diagnosed your injury [or]
condition?   Dr. R. C. Harbour

_____

_____

_____

A.    For each doctor (or other healthcare provider) identified in the prior ques[tion]
when did he/she make the diagnosis?   August 25, 2012

_____

_____

_____

B.    Have you had any discussion with physician(s) or other healthcare provide[r]
about whether your alleged injury or injuries are, or might be, related to expo[sure]
to the substance or chemical listed in answering Question 21(C)?
Yes  X   No _____

If "Yes," please provide the following information:

| Name & Address of Healthcare Provider | Date of Discussion | What Was Said |
|---|---|---|
| Center for Sight, 6190 N. Davis Hwy, Pensacola, FL 32504 | 08/25/2012 | |
| | | |

26.    Who else (beside your doctor or healthcare providers) knows about your injury [or]
condition? _____

-7-                                                Initial ___

27. Does the alleged injury, or do the alleged injuries, persist today?
Yes _____ No _____ If "*Yes*,"

    A.    Do you still receive treatment? Yes _____ No _____

    B.    If so, from whom? _____

28. Have you ever suffered this type of injury or condition before (i.e., before the date gi
in your answer to Question 21(B))? Yes _____ No _____. If "*Yes*,"

    A.    When? _____

    B.    Who diagnosed the injury (or condition) at that time? _____
          _____
          _____

    C.    Who treated the injury (or condition) at that time? _____

29. Do you claim that your exposure to the oil spill and/or chemical dispersant worsene
injury (or condition) that you already had or had in part?
Yes _____ No _____. If "*Yes*,"

    A.    What injury (or condition) was made worse? _____
          _____
          _____

30. Are you claiming a mental and/or emotional condition as a consequence of exposur
the oil spill and/or chemical dispersant? Yes _____ No _____ If "*Yes*,"

-8-

Initial _____

A.      Identify each healthcare provider (including but not limited to primary
        physicians, psychiatrists, psychologists, counselors) from whom *you have so*
        treatment for psychological, psychiatric, or emotional condition during the
        ten (10) years: _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

B.      Describe the condition for which you received consultation/treatment: _____

        _____

        _____

C.      Dates of consultation/treatment: _____

D.      Medications and other treatments prescribed or recommended by the provider:

        _____

        _____

        _____

31.     Identify all persons who possess information concerning your injury and/or your med
        conditions. (Please attach additional sheets as necessary.)

A.      Name: _____
        Address: _____
        Relationship: _____
        What do they know about your injury or condition? _____

        _____

Initial ___

B.   Name: _____

Address: _____

Relationship: _____

What do they know about your injury or condition? _____

_____

C.   Name: _____

Address: _____

Relationship: _____

What do they know about your injury or condition? _____

_____

32.   Do you claim or expect to claim that you lost earnings or suffered impairment of earning

capacity as a result of any physical, mental, or emotion injury that you allege?

Yes _____ No _____   If "*Yes*,"

A.   What was your annual income at the time you were injured? _____

_____

B.   How long do you claim that you were unable to work due to the claimed injury

had impaired capacity (please provide dates)? _____

_____

C.   How much do you claim in lost wages? _____

_____

## INSURANCE AND OTHER COMPENSATION INFORMATION

33.   Have you filed a worker's compensation claim in the past 10 years?

Yes _____ No _____   If "*Yes*," please state:

A.   Year claim was filed: _____

-10-                                          Initial ___

B.    Where claim was filed: _____

C.    Claim number, if applicable: _____

D.    Nature of the injury (or condition): _____
_____

E.    Period of disability: _____

F.    If your claim for compensation has been approved, please describe the amount
compensation received or to be received. _____

(Please copy and attach additional pages if necessary to provide a complete response.)

34.    Have you made a social security disability claim in the past ten years?
Yes: _____ No: _____ If "*Yes*," please state:

A.    Year claim was filed: _____

B.    Where claim was filed: _____

C.    Claim number, if applicable: _____

D.    Nature of the injury (or condition): _____

_____

E.    Period of disability: _____

F.    State whether your claim for compensation has been approved or denied: _____

G.    If your claim for compensation has been approved, please describe the amount
compensation received or to be received._____
_____

(Please copy and attach additional pages if necessary to describe more than one claim.)

35.    Have you made any other form of disability claim in the past 10 years?
Yes: _____ No: _____ If "*Yes*," please state:

A.    When was the claim filed? _____

-11-                    Initial _____

B.     With whom was the claim filed? _____

_____

C.     What was the nature of the disability? _____

_____

_____

D.     For how long were you disabled? _____

E.     State whether your claim for compensation has been approved or denied. ____

_____

F.     If your claim for compensation has been approved, please describe the amount

compensation received or to be received. _____

_____

(Please copy and attach additional pages if necessary to describe more than one claim.)

36.    Have you made a claim for compensation for your claimed injuries with any insura

company, Medicare, or any other party that may be responsible for providing you v

compensation in the past 10 years?  Yes: _____  No: _____  If "*Yes*," please state:

A.     Year claim was filed: _____

B.     Where claim was filed: _____

C.     Claim number, if applicable: _____

D.     Nature of the injury (or condition): _____

E.     Period of disability: _____

F.     State whether your claim for compensation has been approved or denied: ____

G.     If your claim for compensation has been approved, please describe the amount

compensation received or to be received. _____

_____

Initial ___

(Please copy and attach additional pages if necessary to provide a complete response.)

37. Have you ever filed a lawsuit or made a claim alleging personal injury, *other than* the present lawsuit? Yes: _____ No: _____ If "*Yes,*"

    A.    When did you file the lawsuit? _____

    B.    Who were the parties? _____

        _____

        _____

    C.    What was the case/civil action/docket number? _____

        _____

    D.    What claim did you make? _____

        _____

    E.    Describe the result of the lawsuit, including the amount of any compensation th you received. _____

        _____

38. Have you ever filed a lawsuit or made a claim, *other than* the present lawsuit, seek damages for the injuries you claim in this case? Yes: _____ No: _____ If "*Yes,*"

    A.    When did you file the lawsuit or claim? _____

    B.    If you filed a lawsuit:

        i.    Who were the parties? _____

            _____

        ii.    What was the case/civil action/docket number? _____

        iii.    What claim did you make? _____

            _____

Initial _____

iv.    Describe the result of the lawsuit, including the amount of compensation that you received. _____

_____

C.    If you filed a claim that was not a lawsuit, please describe the circumstance that claim and the result: _____

_____

_____

## YOUR MEDICAL HISTORY

39.    Have you ever been exposed to substances or sources of contaminants and/or toxins o than the ones alleged in this lawsuit? Yes ____ No ____ If "*Yes*,"

A.    Describe in as much detail as possible the circumstances in which your expos to such substances or sources occurred: _____

_____

_____

i.    Where did the exposure(s) occur?

ii.    When did the exposure(s) occur?

iii.    To what contaminant and/or toxins were you exposed?

iv.    What was your level of exposure to each contaminant and/or toxin, if y know?

v.    For how long were you exposed to each contaminant and/or toxin?

-14-    Initial ___

40.   Smoking history.  Check the answer and fill in the blank applicable to your history smoking and/or tobacco use:

A.   _____ Never smoked or chewed.

B.   _____ Smoked in the past, but stopped

    i.   When did you start?_____

    ii.   When did you stop?_____

    iii.   What did you use?  Cigarettes/cigars/pipe tobacco/chewing tobacco/snu

        _____

    iv.   Amount you smoked or chewed:  on average ___ per day for ___ years.

C.   _____ Smoke now

    i.   When did you start?_____

    ii.   When did you stop?_____

    iii.   What did you use?  Cigarettes/cigars/pipe tobacco/chewing tobacco/snu

        _____

    iv.   Amount you smoked or chewed:  on average ___ per day for ___ years.

41.   Have you ever experienced, been diagnosed with, or been treated for the following:

A.   Health conditions, including but not limited to:

| | | |
|---|---|---|
| Anemia | Yes: _____ | No: ___ |
| Bacterial Infection | Yes: _____ | No: ___ |
| Diabetes | Yes: _____ | No: ___ |
| Obesity | Yes: _____ | No: ___ |
| Blood Disorder | Yes: _____ | No: ___ |

-15-

Initial _____

| | | |
|---|---|---|
| Skin Disorder(s) (e.g. rashes, blisters) | Yes: _____ | No: __ |
| Stroke | Yes: _____ | No: __ |
| Seizures | Yes: _____ | No: __ |
| Muscle Disorder | Yes: _____ | No: __ |
| Paralysis | Yes: _____ | No: __ |
| Severe Headaches or Migraines | Yes: _____ | No: __ |
| Cancer | Yes: _____ | No: __ |
| Allergies | Yes: _____ | No: __ |
| Compromised Immune System | Yes: _____ | No: __ |
| Severe Allergic Reaction | Yes: _____ | No: __ |
| Cardiovascular Disease (including high blood pressure) | Yes: _____ | No: __ |
| Heart Attack | Yes: _____ | No: __ |
| Chest Pain | Yes: _____ | No: __ |
| Kidney Disease | Yes: _____ | No: __ |
| Liver Disease | Yes: _____ | No: __ |
| Respiratory Illness(es) | Yes: _____ | No: __ |
| Ocular (Eye) Condition(s) | Yes: _____ | No: __ |
| Conditions affecting the ears and hearing (including tinnitus) | Yes: _____ | No: __ |
| Conditions affecting the nose and sinuses (including rhinosinusitus) | Yes: _____ | No: __ |
| Mental Health Issues | Yes: _____ | No: __ |

**B.**   Alcohol:   Number of drinks per day: _____

Number of drinks per week: _____

-16-                                                            Initial _

42.   If you answered "*Yes*" to any of the above, for *each* condition:

    A.   When was it diagnosed? (identify condition and month/year)

    B.   Who diagnosed it? (identify condition and health care provider)

    C.   Who treated it? (identify condition and health care provider)

## YOUR FAMILY INFORMATION

43.   Have you ever been married?  Yes _____   No _____   If "*Yes*," for each spouse, ple
identify:

    A.   Spouse's name: _____

    B.   Date of marriage: _____

    C.   Spouse's occupation: _____

44.   Have any of your children, parents, siblings, or close relatives (aunts, uncles,
grandparents) suffered from any of the conditions listed in Question 40?   If "*Y*
identify each such person below and provide the information requested.

    A.   Name: _____

    B.   Relationship to Plaintiff: _____

    C.   Current Age (or Age at Death): _____

    D.   Type of Condition: _____

    E.   If Applicable, Cause of Death: _____

-17-

Initial _____

## YOUR DOCTORS

45.   Your current family and/or primary care physician:

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |

46.   Your primary care physicians for the past ten (10) years:

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |

Initial _____

47.  Each hospital, clinic, or healthcare facility where you have received inpatient treatm
or been admitted as a patient during the past ten (10) years:

| Name | Address | Approximate Dates | Reason for Admission |
|------|---------|-------------------|----------------------|
|      |         |                   |                      |
|      |         |                   |                      |
|      |         |                   |                      |
|      |         |                   |                      |

48.  Each hospital, clinic, or healthcare facility where you have received outpatient treatm
(including treatment in an emergency room) during the last ten (10) years:

| Name | Address | Approximate Dates | Reason for Treatmen |
|------|---------|-------------------|---------------------|
|      |         |                   |                     |
|      |         |                   |                     |
|      |         |                   |                     |
|      |         |                   |                     |

-19-

Initial __

49.  Please list any and all surgeries, procedures, and hospitalizations that you have had i
past ten (10) years that you have not already described above.

| Approximate Date | Reason for and Description of Procedure | Doctor Name and Address (including hospita facility) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

50.  Please list any and all surgeries, procedures, and hospitalizations that you have had at
time that you have not already identified above for diseases or medical conditions sin
to the injury you are alleging in this lawsuit:

| Approximate Date | Reason for and Description of Procedure | Doctor Name and Address (including hospita facility) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

-20-                                                      Initial ___

51. Each physician or healthcare provider not already identified above from whom you h
received treatment in the last ten (10) years:

| Name | Address | Approximate Dates | Reason for Admission |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

52. Each pharmacy that has dispensed medication to you in the past ten (10) years:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

-21-                                    Initial _____

## YOUR DOCUMENTS

53.   Please indicate if any of the following documents and things are currently in
      possession, custody, or control, or in the possession, custody, or control of your lawye

      A.   Medical records. Yes _____ No _____.

      B.   Decedent's death certificate (if applicable). Yes _____ No _____.

      C.   Report of autopsy of decedent (if applicable). Yes _____ No _____.

54.   Authorizations—Please sign and attach to this Fact Sheet the authorizations for
      release of records appended hereto.

55.   Documents in your possession—If you have any of the following materials in
      custody or possession, or in the possession, custody or control of your lawyers, pl
      attach a copy to this Fact Sheet, but only to the extent that production of such docum
      in the attorney's possession does <u>not</u> violate the work product doctrine or attorney c
      privilege.

      A.   If you have been the claimant or subject of any worker's compensation, So
           Security or other disability proceeding, all documents relating to such proceed

      B.   Copies of all medical records, bills, and any other documents from physici
           healthcare providers, hospitals, pharmacies, insurance companies, or others
           have provided treatment to you in the past ten (10) years or that you other
           identified in this Fact Sheet.

      C.   All documents constituting, reporting, summarizing, or referring to any med
           test, psychological test, psychiatric test, intelligence test, mental health test
           standardized test of any kind ever taken by or administered to plaintiff in the
           ten (10) years.

-22-

Initial _

D.      All documents constituting, concerning, or relating to oil spill clea
instructions, policies, and/or procedures; warnings regarding exposure; or c
materials distributed with or provided to you in connection with your exposu
the oil spill.

E.      Copies of photos of any protective gear, clothing, shoes, or equipment wor
you at any time during your exposure to the oil spill. (Plaintiffs must maintai
originals of the items requested in this subpart.)

F.      All statements obtained from or given by any person having knowledge of
relevant to the subject of this litigation.

G.      All documents which mention or refer to any alleged health risks or haz
related to the oil spill and/or exposure thereto in your possession at or befor
time of the injury alleged in your Complaint.

H.      All journals, diaries, notes, letters, emails, social media entries/postings, or c
documents written by you or received by you which refer to your health or v
being, including any injuries or illnesses, or which refer to the oil spill or the
of exposure to the spill.

I.      If you claim you have suffered a loss of earnings or earning capacity, your fed
tax returns for each of the last five (5) years.

J.      If you claim any loss from medical expenses, copies of all bills from
physician, hospital, pharmacy or other healthcare provider.

K.      Copies of letters testamentary or letters of administration relating to your statu
a plaintiff (if applicable).

L.      Decedent's death certificate and autopsy report (if applicable).

-23-                                                        Initial __

M.    Any release executed by you or another person authorized to act on your beh
      connection with the allegations that form the basis of your claim.

N.    All documents that you submitted to the <u>Deepwater Horizon</u> Medical Ben
      Claims Administrator (Garretson Resolution Group) concerning any claim
      compensation.

Initial

## VERIFICATION

I, _____Michael A. Gideon_____, have reviewed the information provided

in this Plaintiff's Profile Form, and I declare under penalty of perjury subject to 28 U.S.C. §

1746 that all of the information is true, complete, and correct to the best of my knowledge,

information, and belief.

I have supplied all the documents requested in the Section entitled "Your Documents"

this Plaintiff's Profile Form, to the extent that such documents are in my possession or in the

possession of my lawyers, and to the extent that production of such documents in the attorney

possession does not violate the work product doctrine or attorney client privilege.

I have signed and supplied the authorizations attached to this Verification.

I acknowledge that I have an obligation to supplement the above responses if I learn th

they are in any material respect incomplete or incorrect.

_____
Signature

DO NOT DATE

Michael A. Gideon
Print Name

-25-

Initial ___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater
Horizon" in the Gulf of Mexico, on April 20,
2010

*Applies to:* 12-cv-968: BELO

**RELEASE O**
**ɹRSUANT TO**

*Print address below.*

Address:

TO:   Center for Sight
       Medical Provider

        I, the individual named above, hereby authorize my health care provider(s), health plan(s), and he
insurer(s) to disclose my health records to BP America and/or BP Exploration and Production and their
designated agent ("Receiving Parties"), Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 500
New Orleans, LA, 70139.  These records shall be used or disclosed solely in connection with the currently
pending BELO litigation involving the person named above.

        I hereby grant any reimbursement claim, lien holder or state or federal agency, and the contract
representatives of either, permission to share with the Recipient all reimbursement claim and lien informat
and confirming health records regarding any conditional payments made, or medical care performed, by th
claim / lien holder relating to the following condition(s):

        Chronic conjunctivitis and chronic dry eye syndrome

(collectively referred to as "lien information").

        As referenced to above, my health records include any and all of the following:

        Records of my medical condition(s), diagnoses, and treatment, including, but not limited to, physic
records; surgeons' records; discharge summaries; progress notes; consultations; pharmaceutical records;
medication sheets; patient information sheets; consents for treatment; medical reports; x-rays and x-ray rep
CT scans; MRI films; photographs; and any other radiological, nuclear medicine, or radiation therapy films
interpretations of diagnostic tests; pathology materials, slides, tissues, and laboratory results and/or reports;
consultations; physical therapy records; drug and alcohol abuse records; HIV/AIDS diagnosis and/or treatm
physicals and histories; correspondence; psychiatric records; psychological records; psychometric test resul
social worker's records; other information pertaining to the physical and mental condition; all hospital
summaries and hospital records including, but not limited to, admitting records; admitting histories and
physicals; case records, discharge summaries; physician's orders, progress notes, and nurses' notes; medica
record summaries; emergency room records; all other hospital documents and memoranda pertaining to any
all hospitalizations and/or out-patient visits; and

        Any and all insurance records; statements of account, bills or billing records, or invoices; any other
papers concerning any treatment, examination, periods or stays of hospitalization, confinement, or diagnosi
pertaining to my health.

I understand the information in my health records may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (I may also include information about behavioral or mental health services, and treatment for alcohol and d abuse.

I understand that this information will permit counsel in this case to communicate with my health providers concerning the medical records disclosed pursuant to this authorization.

In the event that this facility or medical provider requires execution of a proprietary authorization release of medical records, I shall execute such authorization within 30 days of my attorneys or I receiving the Receiving Parties or their designated agents the required form. Similarly, if the policies of this institu medical provider require a more recently-dated execution of this authorization than the one provided, I sh execute this authorization within 30 days of the Receiving Parties alerting my attorneys or I of that fact.

I understand that I have the right to revoke this authorization at any time. I understand that if I w revoke the authorization, I must do so in writing and must provide my written revocation to any and all of health care providers, health plans, or health insurers, state or federal agencies and all other third party lie holders to which the revocation will apply. I understand that the revocation will not apply to any disclosu that have already been made in reliance on this authorization prior to the date upon which the disclosing h care provider, health plan, health insurer, or such other third party receives my written revocation.

I understand that my authorization of the disclosure of my health record and lien information is voluntary and that I therefore can refuse to sign this authorization. I also understand that I do not need to this authorization to obtain health treatment or to receive or be eligible to receive benefits for coverage of treatment.

I understand that, once disclosed to the Recipient, my health records and lien information may not protected by federal privacy law and could be further disclosed to others without my authorization.

This authorization shall expire one (1) year from the date on which it was signed or upon final resolution of my BELO claim in the Medical Benefits Class Action Settlement in MDL 2179.

I have a right to receive and retain a copy of this authorization when signed below.



Signature

OR

Name and title of AUTHORIZED
REPRESENTATIVE authorized to act
on behalf of PLAINTIFF [PRINT]

Signature                                    Date

Relationship to PLAINTIFF [PRINT]

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater
Horizon" in the Gulf of Mexico, on April 20,
2010

*Applies to:* 12-cv-968: BELO

MDL No. 2179

**AUTHORIZATION FOR RELEASE OF**
**RECORDS PROVIDED TO *DEEPWATER***
***HORIZON* MEDICAL BENEFITS CLAIM**
**ADMINISTRATOR**

Name:                    Michael A. Gideon
Date of Birth:
Social Security No.:

    I, the individual named above, hereby authorize the Deepwater Horizon MEDICA
BENEFITS CLAIMS ADMINISTRATOR ("CLAIMS ADMINISTRATOR") to release all da
documentation, and records pertaining to me in the possession, custody, or control of the CLAIM
ADMINISTRATOR to BP America and/or BP Exploration and Production and their designated age
("Receiving Parties"), Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, N
Orleans, LA, 70139.  These records shall be used or disclosed solely in connection with the curren
pending BELO litigation involving the person named above.

    As referred to above, certified data, documentation, and records pertaining to me include a
and all of the following:  documents submitted to the CLAIMS ADMINISTRATOR relating to clai
for compensation arising from a medical condition, illness, or injury allegedly caused by t
DEEPWATER HORIZON INCIDENT; the following forms and all information and documen
submitted as part of these forms and in support thereof: the Mediation Information form; medical a
other health records; employment records; documents provided by my attorneys; and any and all oth
data, documentation, and records provided to the CLAIMS ADMINISTRATOR pertaining to me, a
also including materials otherwise gathered or generated by GRG, including claim determinati
documents, payment documents, and releases executed by plaintiff.

    This authorization shall expire one (1) year from the date on which it was signed or upon fir
resolution of my BELO claim in the Medical Benefits Class Action Settlement in MDL 2179.

_____
Name:

DO NOT
DATE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater
Horizon" in the Gulf of Mexico, on April 20,
2010

*Applies to:* 12-cv-968: BELO



Print
address
below.

Address:

R RELEASE C
TIFF RECOR

1611

TO: _____

I, the **EMPLOYEE** named above, do hereby **AUTHORIZE** AND **DIRECT** my past or current
EMPLOYER identified above to disclose and release to BP America and/or BP Exploration and
Production and their designated representative, Liskow & Lewis, One Shell Square, 701 Poydras
Street, Suite 5000, New Orleans, LA, 70139, any and all records, files, documents, and other
information concerning my employment with the above-named **EMPLOYER**.

This authorization shall expire one (1) year from the date on which it was signed or upon a final
resolution of my BELO claim in the MEDICAL BENEFITS CLASS ACTION SETTLEMENT
in MDL 2179

Michael A. Gideon
_____        _____     _____
Name of EMPLOYEE [PRINT]                Signature                        Date

OR

_____        _____     _____
Name and title of AUTHORIZED            Signature                        Date
REPRESENTATIVE authorized to act
on behalf of EMPLOYEE [PRINT]

_____
Relationship to EMPLOYEE [PRINT]

Form **SSA-7050-F4** (10-2016) UF
Discontinue prior editions
Social Security Administration

Page 1 o
OMB No. 0960-05

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

*Use This Form If You Need

**1. Certified/Non-Certified Detailed Earnings Information**
Includes periods of employment or self-employment
and the names and addresses of employers.

**OR**

**2. Certified Yearly Totals of Earnings**
Includes total earnings for each year but does not
include the names and addresses of employers.

> **DO NOT USE THIS FORM TO REQUEST
> YEARLY EARNINGS TOTALS**
>
> Yearly earnings totals are FREE to the public
> if you do not require certification.
>
> To obtain FREE yearly totals of earnings,
> visit our website at www.ssa.gov/myaccount.

### Privacy Act Statement
### Collection and Use of Personal Information

Section 205 of the Social Security Act, as amended, authorizes us to collect the information on this form. We will
use the information you provide to identify your records and send the earnings information you request.
Completion of this form is voluntary; however, failure to do so may prevent your request from being processed.

We rarely use the information in your earnings record for any purpose other than for determining your entitlement
to Social Security benefits. However, we may use it for the administration and integrity of Social Security programs.
We may also disclose information to another person or to another agency in accordance with approved routine
uses, which include but are not limited to the following:

1. To enable a third party or an agency to assist Social Security in establishing rights to Social Security
   benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from Social Security records (e.g., to the
   Government Accountability Office and Department of Veterans' Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal,
   State, and local level; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and
   improvement of Social Security programs.

A complete list of routine uses for earnings information is available in our Systems of Records Notices entitled, the
Earnings Recording and Self-Employment Income System (60-0059), the Master Beneficiary Record (60-0090),
and the SSA-Initiated Personal Earnings and Benefit Estimate Statement (60-0224).
In addition, you may choose to pay for the earnings information you requested with a credit card.
31 C.F.R. Part 206 specifically authorizes us to collect credit card information. The information you provide about
your credit card is voluntary. Providing payment information is only necessary if you are making payment by credit
card.  You do not need to fill out the credit card information if you choose another means of payment (for example,
by check or money order). If you choose the credit card payment option, we will provide the information you give us
to the banks handling your credit card account and the Social Security Administration's (SSA) account.

Routine uses applicable to credit card information, include but are not limited to:
(1) to enable a third party or an agency to assist Social Security to effect a salary or an administrative offset or to
an agent of SSA that is a consumer reporting agency for preparation of a commercial credit report in accordance
with 31 U.S.C. §§ 3711, 3717 and 3718; and (2) to a consumer reporting agency or debt collection agent to aid in
the collection of outstanding debts to the Federal Government.
A complete list of routine uses for credit card information is available in our System of Records Notice entitled, the
Financial Transactions of SSA Accounting and Finance Offices (60-0231). The notice, additional information
regarding this form, routine uses of information, and our programs and systems is available on-line at
www.socialsecurity.gov or at your local Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507,
as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions
unless we display a valid Office of Management and Budget control number. We estimate that it will take about 11
minutes to read the instructions, gather the facts, and answer the questions. **Send *only* comments relating to
*our time estimate above to:* SSA, 6401 Security Blvd, Baltimore, MD  21235-6401.**

Form SSA-7050-F4 (10-2016) UF

Page 2

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

First Name: | M | I | C | H | A | E | L | | | | | | | | | | | Middle Initia

Last Name: | G | I | D | E | O | N | | | | | | | | | |

Social Security Number (SSN)　　　　　　　　　　One SSN per request

Date of Birth:　　　　　　　　　Date of Death: [ ] [ ] / [ ] [ ] / [ ] [ ] [ ] [ ]

Other Name(s) Used
(Include Maiden Name)

2. What kind of earnings information do you need? (Choose **ONE** of the following types of earnings or SSA must return this reque

☐ **Itemized Statement of Earnings $115**

(Includes the names and addresses of employers)

If you check this box, tell us why you need this information below.

Year(s) Requested: [ ][ ][ ][ ] to

Year(s) Requested: [ ][ ][ ][ ] to

☐ Check this box if you want the earnings informatio
CERTIFIED for an additional $33.00 fee.

☐ **Certified Yearly Totals of Earnings $33**

(Does not include the names and addresses of employers)
Yearly earnings totals are FREE to the public if you do not
require certification. To obtain FREE yearly totals of earnings,
visit our website at www.ssa.gov/myaccount.

Year(s) Requested: [ ][ ][ ][ ] to

Year(s) Requested: [ ][ ][ ][ ] to

3. If you would like this information **sent to someone else**, please fill in the information below.

I authorize the Social Security Administration to release the earnings information to:

Name

Address　　　　　　　　　　　　　　　　　　　　　　　State

City

**DO NOT DATE.**

4. I am the individual to whom the record pertains (or a person authorized to sign
understand that any false representation to knowingly and willfully obtain inform
punishable by a fine of not more than $5,000 or one year in prison.

**SIGN HERE**

| Signature AND Printed Name of Individual or Legal Guardian | SSA m |
| | Date |

Relationship (if applicable, you must attach proof)　　Daytime Phone: (850) 221- 52

Address　　　　　　　　　　　　　　　　　　　　　　State

City　　　　　　　　　　　　　　　　　ZIP Code

Witnesses mu
know the sign
line above.

**Print address abrove.**

signature is by marked (X). If signed by mark (X), two witnesses to the signing
r full addresses. Please print the signee's name next to the mark (X) on the sig

| 1. Signature of | 2. Signature of Witness |
| Address (Numb | Address (Number and Street, City, State and ZIP Code) |

Form SSA-7050-F4 (10-2016) UF                                                    Page 3

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

## INFORMATION ABOUT YOUR REQUEST

You may use this form to request earnings information for **only ONE** Social Security Number (SSN)

### How do I get my earnings statement?

You must complete the attached form. Tell us the specific years of earnings you want, type of earnings record, and provide your mailing address. The itemized statement of earnings will be mailed to ONE address, therefore, if you want the statement sent to someone other than yourself, provide their address in section 3.  Mail the completed form to SSA within 120 days of signature. If you sign with an "X", your mark must be witnessed by two impartial persons who must provide their name and address in the spaces provided. Select **ONE** type of earnings statement and include the appropriate fee.

1. **Certified/Non-Certified Itemized Statement of Earnings**
   This statement includes years of self-employment or employment and the names and addresses of employers.
2. **Certified Yearly Totals of Earnings**
   This statement includes the total earnings for each year requested but *does not* include the names and addresses of employers.

If you require one of each type of earnings statement, you must complete two separate forms. Mail each form to SSA with one form of payment attached to each request.

### How do I get someone else's earnings statement?

You may get someone else's earnings information if you meet one of the following criteria, attach the necessary documents to show your entitlement to the earnings information and include the appropriate fee.

1. **Someone Else's Earnings**
   The natural or adoptive parent or legal guardian of a minor child, or the legal guardian of a legally declared incompetent individual, may obtain earnings information if acting in the best interest of the minor child or incompetent individual. You must include proof of your relationship to the individual with your request. The proof may include a birth certificate, court order, adoption decree, or other legally binding document.

2. **A Deceased Person's Earnings**
   You can request earnings information from the record of a deceased person if you are:
   • The legal representative of the estate;
   • A survivor (that is, the spouse, parent, child, divorced spouse or divorced parent); or
   • An individual with a material interest (e.g., financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

   You must include proof of death and proof of your relationship to the deceased with your request.

### Is There A Fee For Earnings Information?

Yes. We charge a $115 fee for providing information for purposes unrelated to the administration of our program

1. **Certified or Non-Certified Itemized Statement of Earnings**
   In most instances, individuals request Itemized Statements of Earnings for purposes unrelated to our programs such as a private pension plan or personal injury suit. Bulk submitters may email OCO.Pension Fund@ssa.gov for an alternate method of obtaining itemized earnings information.

   We will **certify** the itemized earnings information for additional $33.00 fee. Certification is usually not necessary unless you are specifically requested to a certified earnings record.

   Sometimes, there is no charge for itemized earnings information.  If you have reason to believe your earn are not correct (for example, you have previously re earnings information from us and it does not agree your records), we will supply you with more detail fo year(s) in question.  Be sure to show the year(s) inv on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

2. **Certified Yearly Totals of Earnings**
   We charge $33 to certify yearly totals of earnings. However, if you do not want or need certification, yo obtain yearly totals *FREE* of charge at www.ssa.gov/myaccount.  Certification is usually no necessary unless you are advised specifically to obt certified earnings record.

### Method of Payment
This Fee Is Not Refundable. DO NOT SEND CASH.

You may pay by credit card, check or money order.
• Credit Card Instructions
   Complete the credit card section on page 4 and return it with your request form.

• Check or Money Order Instructions
   Enclose one check or money order per request payable to the Social Security Administration an write the Social Security number in the memo.

### How long will it take SSA to process my request?

Please allow SSA 120 days to process this request. 120 days, you may contact 1-800-772-1213 to leave inquiry regarding your request.

Form SSA-7050-F4 (10-2016) UF

Page 4

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

· Where do I send my complete request?

| Mail the completed form, supporting documentation, and applicable fee to: | If using private contractor such as FedEx mail form, supporting documentation and applicable fee to: |
|---|---|
| **Social Security Administration**<br>Division of Earnings and Business Services<br>P.O. Box 33011<br>Baltimore, Maryland  21290-3003 | **Social Security Administration**<br>Division of Earnings and Business Services<br>6100 Wabash Ave.<br>Baltimore, Maryland  21215 |

· How much do I have to pay for an Itemized Statement of Earnings?

| Non-Certified Itemized Statement of Earnings | Certified Itemized Statement of Earnings |
|---|---|
| $115.00 | $148.00 |

• How much do I have to pay for Certified Yearly Totals of Earnings?
Certified yearly totals of earnings cost $33.00.  You may obtain non-certified yearly totals _FREE_ of charge at www.ssa.gov/myaccount. Certification is usually not necessary unless you are specifically asked to obtain a certified earnings record.

### YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD
As a convenience, we offer you the option to make your payment by credit card.  However, regular credit card rules w
apply. You may also pay by check or money order. Make check payable to Social Security Administration.

| CHECK ONE | ☐ Visa | ☐ American Express |
|---|---|---|
| | ☐ MasterCard | ☐ Discover |

| Credit Card Holder's Name<br>(Enter the name from the credit card) | |
|---|---|
| | First Name, Middle Initial, Last Name |

| Credit Card Holder's Address | |
|---|---|
| | Number & Street |
| | City, State, & ZIP Code |

| Daytime Telephone Number | (　　　　)　　　－<br>Area Code |
|---|---|

| Credit Card Number | ☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐ - ☐☐☐ |
|---|---|

| Credit Card Expiration Date | _____<br>(MM/YY) |
|---|---|

| Amount Charged<br>See above to select the correct fee for your request.<br>Applicable fees are $33, $115, or $148<br>SSA will return forms without the appropriate fee. | $ |
|---|---|

| Credit Card Holder's Signature | |
|---|---|

| **DO NOT WRITE IN THIS SPACE**<br>**OFFICE USE ONLY** | Authorization |
|---|---|
| | Name　　　　　　　　　　　　　　Date |
| | Remittance Control # |

Social Security Administration

## Consent for Release of Information

Form App
OMB No.

### Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult,
individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal g
acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may
fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

• Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or cal
free number, 1-800-772-1213 (TTY 1-800-325-0778), or

• Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-
can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

### How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we w
honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting
must sign and date this form. We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the
to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompet
must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person. We ma
proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form.
use the information you provide to respond to your request for access to the records we maintain about you or to proces
request to release your records to a third party. You do not have to provide the requested information. Your response i
voluntary; however, we cannot honor your request to release information or records about you to another person or orga
without your consent. We rarely use the information provided on this form for any purpose other than to respond to requ
SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provi
form in accordance with approved routine uses, which include but are not limited to the following:

1.To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or cov
2.To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and lo
3.To comply with Federal laws requiring the disclosure of the information from our records; and,
4.To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs com
records with those of other Federal, State, or local government agencies. We use information from these matching prog
establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorr
payments or overpayments under these programs. Additional information regarding this form, routine uses of information
other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Secu

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Red
Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget co
number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the question
**OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Soci
Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U.S. Government a
in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778).** You may send comments on ou
estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send **only** comments relating to our time e
to this address, not the completed form.*

**Form SSA-3288** (11-2016) uf
Destroy Prior Editions

Social Security Administration
## Consent for Release of Information

Form App
OMB No.

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifie
required field. **Please complete these fields in case we need to contact you about the consent form).

**TO: Social Security Administration**

Michael A. Gideon

| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Num |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**          **\*ADDRESS OF PERSON OR ORGANIZATION:**

**\*I want this information released because:**
We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
Check at least one box. We will not disclose records unless you include date ranges where applicable.

1. ☐ Verification of Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit or payment amounts from date _____ to date _____
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date_____ to date_____
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social
   Security office.
7. ☐ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must spe
   other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires,
   doctor reports, determinations.)

I am the individual, to whom the requested information or record applies, or the parent or leg
legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.
all the information on this form and it is true and correct to the best of my knowledge. I unde
or willfully seeking or obtaining access to records about another person under false pretens
$5,000. I also understand that I must pay all applicable fees for requesting information for a r

**SIGN HERE**

*DO NOT DATE.*

| *Signature: | *Date: |
|---|---|
| **Address: | **Dayti |
| Relationship ( ): | **Daytime Phone: |

Witnesses mus[...]e signature is by mark (X). If signed by mark (X), two witnesses to the sig
who know the [...]de their full addresses. Please print the signee's name next to the mark
signature line a

*Print address above.*

| 1.Signature of | 2.Signature of witness |
|---|---|
| Address(Num[...] Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf