

Falcon Law Firm, PLC
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: 504.341.1234
Facsimile: 504.341.8115
Toll Free: 800.556.3131
www.falconlaw.com

Timothy J. Falcon
Jeremiah A. Sprague
Jarrett S. Falcon

Writer's Direct Dial: 504.212.1670
Writer's E-Mail  tim@falconlaw.com

April 24, 2019

**VIA U.S. POSTAL SERVICE**

Michael A. Gideon
Offender ID: 104037
Florida Department of Corrections
504 South Calhoun Street
Tallahassee, FL 32399

RE:   BP – Back End Litigation Lawsuit

Dear Mr. Gideon:

Our office received your completed profile form. However, one question was not completely answered. Number 42 on page 17 asked for you to answer letters A – C for any conditions that you marked yes to from number 41 (A) on pages 15 – 16 (see attached). I have enclosed two sheets of paper that breaks down each condition that you listed yes to. Please answer the three questions that are listed to the right of each condition.

<u>**It will be necessary for you to fill this question out to its entirety.**</u>

Additionally, at the bottom of the two pages, there is a spot for you to initial.

Once you have answered and initialed these pages, please place them in the enclosed self-addressed envelope to return to our firm.

If you have any questions and or comments, please feel free to contact me or my paralegal, Britni Taylor.

Sincerely,

*Timothy Falcon/bet*

TIMOTHY J. FALCON

TJF/bet
Enclosures

Michael Gideon

42.

| | |
|---|---|
| Diabetes: | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| Skin Disorder(s): | Date (month and year) Diagnosed: _____ |
| (e.g. rashes, | Diagnosed by (physician name): _____ |
| Blisters) | Treated by (physician name): _____ |
| | |
| Stroke: | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| Headaches/: | Date (month and year) Diagnosed: _____ |
| Migraines | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| Allergies: | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| Cardiovascular: | Date (month and year) Diagnosed: _____ |
| Disease (including | Diagnosed by (physician name): _____ |
| High blood pressure) | Treated by (physician name): _____ |

Initials: _____

Michael Gideon

42 continued.

| | |
|---|---|
| Chest Pain: | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| Respiratory: Illness(es) | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| Ocular (Eye): Conditions | Date (month and year) Diagnosed: <u>08/25/2012</u> |
| | Diagnosed by (physician name): <u>Dr. R. C. Harbour</u> |
| | Treated by (physician name): <u>Dr. R. C. Harbour</u> |
| Conditions affecting the ears and hearing (including tinnitus) | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |

Initials: _____

40. Smoking history. Check the answer and fill in the blank applicable to your history of smoking and/or tobacco use:

   A. _____ Never smoked or chewed.

   B. ✓ Smoked in the past, but stopped

       i. When did you start? 1985

       ii. When did you stop? 1996

       iii. What did you use? Cigarettes/cigars/pipe tobacco/chewing tobacco/snuff.
   Cigarettes a Pack of Week

       iv. Amount you smoked or chewed: on average 3 per day for 11 years.

   C. _____ Smoke now

       i. When did you start? N/A

       ii. When did you stop? N/A

       iii. What did you use? Cigarettes/cigars/pipe tobacco/chewing tobacco/snuff.
   N/A

       iv. Amount you smoked or chewed: on average N/A per day for N/A years.

41. Have you ever experienced, been diagnosed with, or been treated for the following:

   A. Health conditions, including but not limited to:

| Condition | Yes | No |
|---|---|---|
| Anemia | | ✓ |
| Bacterial Infection | | ✓ |
| Diabetes | ✓ | |
| Obesity | | ✓ |
| Blood Disorder | | ✓ |

-15-

Initial M.G.

| Condition | Yes | No |
|---|---|---|
| Skin Disorder(s) (e.g. rashes, blisters) | ✓ | |
| Stroke | ✓ | |
| Seizures | | ✓ |
| Muscle Disorder | | ✓ |
| Paralysis | | ✓ |
| Severe Headaches or Migraines | ✓ | |
| Cancer | | ✓ |
| Allergies | ✓ | |
| Compromised Immune System | | ✓ |
| Severe Allergic Reaction | | ✓ |
| Cardiovascular Disease (including high blood pressure) | ✓ | |
| Heart Attack | | ✓ |
| Chest Pain | ✓ | |
| Kidney Disease | | ✓ |
| Liver Disease | | ✓ |
| Respiratory Illness(es) | ✓ | |
| Ocular (Eye) Condition(s) | ✓ | |
| Conditions affecting the ears and hearing (including tinnitus) | ✓ | |
| Conditions affecting the nose and sinuses (including rhinosinusitus) | | ✓ |
| Mental Health Issues | | ✓ |

B.   Alcohol:   Number of drinks per day: 0

Number of drinks per week: ½ Pint Some week, when I did drink. Don't drink anymore.

-16-                                                                Initial H.G.

42. If you answered "*Yes*" to any of the above, for *each* condition: N/A

   A. When was it diagnosed? (identify condition and month/year) N/A

   B. Who diagnosed it? (identify condition and health care provider) N/A

   C. Who treated it? (identify condition and health care provider) N/A

**YOUR FAMILY INFORMATION**

43. Have you ever been married? Yes ✓  No ____  If "*Yes*," for each spouse, please identify:

   A. Spouse's name: Marilyn Betts

   B. Date of marriage: 2/8/78 / Divorced 3/30/87

   C. Spouse's occupation: Retired

44. Have any of your children, parents, siblings, or close relatives (aunts, uncles, or grandparents) suffered from any of the conditions listed in Question 40? If "*Yes*," identify each such person below and provide the information requested.

   A. Name: N/A

   B. Relationship to Plaintiff: N/A

   C. Current Age (or Age at Death): N/A

   D. Type of Condition: N/A

   E. If Applicable, Cause of Death: N/A

-17- Initial M.G.



Falcon Law Firm, PLC
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: 504.341.1234
Facsimile: 504.341.8115
Toll Free: 800.556.3131
www.falconlaw.com

Timothy J. Falcon
Jeremiah A. Sprague
Jarrett S. Falcon

Writer's Direct Dial: 504.212.1670
Writer's E-Mail tim@falconlaw.com

May 23, 2019

**VIA CERTIFIED MAIL & U.S. POSTAL SERVICE**

Michael A. Gideon
Offender ID: 104037
Florida Department of Corrections
504 South Calhoun Street
Tallahassee, FL 32399

RE:   BP – Back End Litigation Lawsuit

Dear Mr. Gideon:

Our office sent back your Profile Form on April 24, 2019 for additional questions to be answered. Without those answers the Profile Form is incomplete. It is extremely important that you send back the Profile Form completed so we can submit to BP.

Please place the Profile Form in the enclosed self-addressed envelope to return to our firm.

If you have any questions and or comments, please feel free to contact myself or my paralegal, Britni Taylor.

Sincerely,

*Timothy Falcon/bet*

TIMOTHY J. FALCON

:bet
Enclosures



Timothy J. Falcon
Jeremiah A. Sprague
Jarrett S. Falcon

Falcon Law Firm, PLC
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: 504.341.1234
Facsimile: 504.341.8115
Toll Free: 800.556.3131
www.falconlaw.com

Writer's Direct Dial: 504.212.1670
Writer's E-Mail tim@falconlaw.com

June 12, 2019

**VIA CERTIFIED MAIL & U.S. POSTAL SERVICE**

Michael A. Gideon
Offender ID: 104037
Florida Department of Corrections
504 South Calhoun Street
Tallahassee, FL 32399

RE: BP – Back End Litigation Lawsuit

Dear Mr. Gideon:

Our office sent you your Profile Form on March 27, 2019 and it came back incomplete. We sent back your Profile Form on April 24, 2019 for additional questions to be answered. We received it back, however it is still incomplete. Without those answers the Profile Form is incomplete and BP will NOT accept it. **It is extremely important that you send back the Profile Form COMPLETED so we can submit to BP as soon as possible**.

Please place the Profile Form in the enclosed self-addressed envelope to return to our firm.

If you have any questions and or comments, please feel free to contact myself or my paralegal, Britni Taylor.

Sincerely,

*Timothy Falcon /bt*

**TIMOTHY J. FALCON**

:bet
Enclosures

Number 41 on pages 15 – 16 that I have provided you asked if you had ever experience, been diagnosed with, or been treated for the following conditions and you answered yes to the following conditions:

1. Diabetes;
2. Skin Disorder(s) (e.g. rashes, blisters);
3. Stroke;
4. Severe Headaches or Migraines;
5. Allergies;
6. Cardiovascular Disease (including high blood pressure);
7. Chest Pain;
8. Respiratory Illness(es);
9. Ocular (Eye) Conditions; and
10. Conditions affecting the ears and hearing (including tinnitus)

On a separate page, that has to be turned into BP, I listed the conditions above and put an orange tab by each one that still needs additional information.

If you experienced a condition but <u>never saw a doctor</u> for it please answer the questions as such:

- For date (month and year) diagnosed: Put month/day/year [or as much as you can remember] for when you experienced that condition.
- For diagnosed by (physician name): Did not see a doctor
- For treated by (physician name): Did not see a doctor OR Took over the counter medicine [please choose which ever answer is correct for you]

If you experience a condition and <u>saw a doctor</u> for it please answer the questions as such:

- For date (month and year) diagnosed: Put month/day/year [or as much as you can remember] for when you experienced that condition.
- For diagnosed by (physician name): Name of Doctor/Hospital/Medical Facility OR I cannot remember [please choose which ever answer is correct for you]
- For treated by (physician name): Name of Doctor/Hospital/Medical Facility OR I cannot remember [please choose which ever answer is correct for you]

**<u>EVERY ANSWER TO EVERY QUESTION MUST BE FILLED OUT IN ORDER FOR THE PROFILE FORM TO BE CONSIDERED COMPLETE</u>**

40. Smoking history. Check the answer and fill in the blank applicable to your history of smoking and/or tobacco use:

   A. \_\_\_\_ Never smoked or chewed.

   B. ✓ Smoked in the past, but stopped

       i. When did you start? 1985

       ii. When did you stop? 1996

       iii. What did you use? Cigarettes/cigars/pipe tobacco/chewing tobacco/snuff.
   Cigarettes a Pack a Week

       iv. Amount you smoked or chewed: on average 3 per day for 11 years.

   C. \_\_\_\_ Smoke now

       i. When did you start? N/A

       ii. When did you stop? N/A

       iii. What did you use? Cigarettes/cigars/pipe tobacco/chewing tobacco/snuff.
   N/A

       iv. Amount you smoked or chewed: on average N/A per day for N/A years.

41. Have you ever experienced, been diagnosed with, or been treated for the following:

   A. Health conditions, including but not limited to:

   | Condition | Yes | No |
   |---|---|---|
   | Anemia | | ✓ |
   | Bacterial Infection | | ✓ |
   | Diabetes | ✓ | |
   | Obesity | | ✓ |
   | Blood Disorder | | ✓ |

-15- Initial M.G.

| Condition | Yes | No |
|---|---|---|
| Skin Disorder(s) (e.g. rashes, blisters) | ✓ | |
| Stroke | ✓ | |
| Seizures | | ✓ |
| Muscle Disorder | | ✓ |
| Paralysis | | ✓ |
| Severe Headaches or Migraines | ✓ | |
| Cancer | | ✓ |
| Allergies | ✓ | |
| Compromised Immune System | | ✓ |
| Severe Allergic Reaction | | ✓ |
| Cardiovascular Disease (including high blood pressure) | ✓ | |
| Heart Attack | | ✓ |
| Chest Pain | ✓ | |
| Kidney Disease | | ✓ |
| Liver Disease | | ✓ |
| Respiratory Illness(es) | ✓ | |
| Ocular (Eye) Condition(s) | ✓ | |
| Conditions affecting the ears and hearing (including tinnitus) | ✓ | |
| Conditions affecting the nose and sinuses (including rhinosinusitus) | | ✓ |
| Mental Health Issues | | ✓ |

B. Alcohol: Number of drinks per day: 0

Number of drinks per week: ½ Pint Some week, when I did drink. Don't drink any more.

-16- Initial M.G.

Michael Gideon

42.

| | |
|---|---|
| Diabetes | Date (month and year) Diagnosed: **January 5, 2018** |
| | Diagnosed by (physician name): **Dr. Lopez** |
| | Treated by (physician name): **Dr. Lopez** |
| | |
| Disorder(s): | Date (month and year) Diagnosed: _____ |
| (e.g. rashes, Blisters) | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| Stroke: | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| Headaches/Migraines: | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| Allergies: | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| Cardiovascular Disease: | Date (month and year) Diagnosed: _____ |
| (Including high blood Pressure) | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |

Initials: _____

Michael Gideon

**42. Continued**

| | |
|---|---|
| **Chest Pain:** | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| **Respiratory Illness(es):** | Date (month and year) Diagnosed: _____ |
| | Diagnosed by (physician name): _____ |
| | Treated by (physician name): _____ |
| | |
| **Ocular (Eye) Conditions:** | Date (month and year) Diagnosed: <u>August 25, 2012</u> |
| | Diagnosed by (physician name): <u>Dr. R. C. Harbour</u> |
| | Treated by (physician name): <u>Dr. R. C. Harbour</u> |
| | |
| **Conditions affecting the:** | Date (month and year) Diagnosed: _____ |
| **Ears and Hearing** | Diagnosed by (physician name): _____ |
| **Including tinnitus)** | Treated by (physician name): _____ |

Initials: _____