UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010  *  *  Applies to: 12-cv-968 and All BELO Cases'  *  *  * | MDL 2179  SECTION: J(2)  JUDGE BARBIER  MAG. JUDGE WILKINSON |

**EXPARTE MOTION TO ENROLL AS COUNSEL OF RECORD**

The Downs Law Group ("**DLG**"), on behalf of various Plaintiffs, such as Jose Hernandez[1] and those similarly situated, who have filed Back End Litigation Option ("BELO") cases in MDL No. 2179, hereby moves this Court for an Order allowing David Durkee, Esq. of The Downs Law Group, P.A. (ddurkee@downslawgroup.com) and Hugh P. Lambert, Esq. of The Lambert Firm (hlambert@thelambertfirm.com) to enroll as additional counsel of record for various plaintiffs. Pursuant to Pretrial Order #1, paragraph 12 (D.E. 2), Mr. Durkee is deemed to be admitted *pro hac vice* in this litigation as he is admitted to practice and in good standing in the United States District Court for the Southern District of Florida. Mr. Lambert is a member admitted to practice in the United States District Court for the Eastern District of Louisiana.

Mr. Durkee and Mr. Lambert's appearances specifically relate to Plaintiff's Motion for Reconsideration (D.E. 25705) and Plaintiff's Response to the BP Parties' Motion to Modify BELO Cases Initial Proceedings Case Management Order No. 2 (D.E. 25707), which are scheduled for hearing on June 19, 2019. *See* (D.E. 25705); (D.E. 25710).

Dated: June 18, 2019

---

[1] *Jose Hernandez v. BP Exploration and Production, Inc. and BP America Production Co.*, BELO Case No. 18-cv-09200.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

_/s/ Nathan L. Nelson_
**NATHAN L. NELSON, FL BAR #1002523**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: nnelson@downslawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Exparte* Motion To Enroll As Counsel Of Record has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of June 2019.

Dated this 18th day of June 2019

_/s/ Nathan L. Nelson_
Nathan L. Nelson, Esq.
