UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968 and** | * | |
| **All BELO Cases'** | | **JUDGE BARBIER** |
| | * | |
| | | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

IT IS HEREBY ORDERED, this ____ day of June, 2019, that the Motion to Enroll David Durkee, Esq. and Hugh P. Lambert, Esq., as additional counsel of record to represent plaintiffs in the above action is GRANTED.

_____
UNITED STATES DISTRICT JUDGE