UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | JUDGE BARBIER |
| *12-968 and ALL BELO CASES* | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

IT IS ORDERED that the time of the hearing scheduled for Wednesday, June 19, 2019 is CHANGED from 8:30 a.m. to **9:30 a.m.**[1]

IT IS FURTHER ORDERED that the Nations Law Firm's two Motions for Reinstatement and/or Reconsideration (Rec. Docs. 25723, 25724) are ADDED to the hearing agenda for Wednesday, June 19 at 9:30 a.m.

A revised agenda appears on the next page.

New Orleans, Louisiana, this 18th day of June, 2019.

_____
United States District Judge

---

[1] The Court also has scheduled oral argument in a non-MDL civil case (No. 18-7514) for 9:30. That matter will be addressed first, and the MDL matters will follow immediately after.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**REVISED AGENDA**
[updated 6/18/19]

**The following matters will be addressed in open court on Wednesday, June 19, 2019 at *9:30 a.m.* before Judge Carl Barbier.**

1. Oral Argument re: 18-7514 (non-MDL civil case)

2. Order to Show Cause re: BELO CMO No. 2 and BP's June 1, 2019 Status Report on BELO Cases (Rec. Doc. 25698).

    a. Note: The Order to Show Cause has been satisfied with respect to 3 of the 277 plaintiffs (Jose Pena Ferrerira (No. 18-11958), Jason Edwards Woods (No. 18-14123), and Raven E. Lieurance (on behalf of Tracy Speranzo) (No. 18-14111). (*See* Order at Rec. Doc. 25706)

3. Downs Law Group's Motion for Reconsideration of Order Regarding Plaintiffs' Signatures and Initials on Documents Attached to BELO CMO No. 1 (Rec. Doc. 25705).

4. BP's Motion to Modify BELO Cases Initial Proceedings Case Management Order No. 2 (Rec. Doc. 25656).

5. Nations Law Firm's two Motions for Reinstatement and/or Reconsideration (Rec. Docs. 25723, 25724)