UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| This Document Relates To: | * | JUDGE BARBIER |
| 12-968 and ALL BELO CASES | * * | MAG. JUDGE WILKINSON |

### ORDER

Considering the Ex Parte Motion to Enroll as Counsel of Record (Rec. Doc. 25728);

IT IS ORDERED that David Durkee, Esq. of The Downs Law Group, P.A. and Hugh P. Lambert, Esq. of The Lambert Firm are enrolled as additional counsel for purposes of arguing the Downs Law Group's Motion for Reconsideration of Order Regarding Plaintiffs' Signatures and Initials on Documents Attached to BELO CMO No. 1 (Rec. Doc. 25705) and the Downs Law Group's Response to the BP Parties' Motion to Modify BELO Cases Initial Proceedings Case Management Order No. 2 (Rec. Doc. 25707).[1]

**The Court notes that the time of the hearing on June 19, 2019 has changed from 8:30 a.m. to 9:30 a.m.** (*See* Rec. Doc. 25729).

Also, the Court reminds all counsel, and particularly newly enrolled counsel, that they are required by First Amended Pretrial Order No. 12 (Rec. Doc. 18627) to

---

[1] If either attorney wishes to enroll as additional counsel for one or more individual BELO cases, they must file a motion identifying the cases in which they wish to enroll. The present motion will suffice only for purposes of arguing the motion and opposition referenced above.

register for electronic service with File&Serve Xpress. Attorneys who fail to comply with First Amended Pretrial Order No. 12 will not receive service of documents filed in the MDL master docket.

New Orleans, Louisiana, this 18th day of June, 2019.

_____
United States District Judge