**TRANSCRIPT ORDER FORM (TRK-13)** *READ INSTRUCTIONS ON PAGE 2 BEFORE COMPLETING*

District Court ___USDC Eastern District of Louisiana___ District Court Docket No. _2:10-md-02179 -   2:15-cv-01047_

Short Case Title ___In Re: Oil Spill by the Oil Rig "Deepwater Horizon"___

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____

Date Notice of Appeal Filed in the District Court ___May 31, 2019___ Court of Appeals No. ___19-30440___

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

■No hearings ■Transcript is unnecessary for appeal purposes □Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding**.

This is to order a transcript of the following proceedings: □Bail Hearing _____ □Voir Dire _____

□Opening Statement of Plaintiff _____ □Opening Statement of Defendant _____

□Closing Argument of Plaintiff _____ □Closing Argument of Defendant:_____

□Opinion of court _____ □Jury Instructions _____ □Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

□Private Funds;   □Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

□Other IFP Funds;   □Advance Payment Waived by Reporter;   □U.S. Government Funds

■Other___no transcript ordered___

Signature___/s/ Kevin Parker___ Date Transcript Ordered_____

Print Name_Kevin Parker_ Phone _713-659-5200_

Counsel for_Brian Gortney_

Address _10940 West Sam Houston Parkway, North, Suite 100, Houston, TX 77064_

Email of Attorney: _kevin.parker@lanierlawfirm.com_

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: □Deposit not received □Unable to contact ordering party □Awaiting creation of CJA 24 eVoucher

□Other (Specify) _____

Date _____ Signature of Reporter _____Tel._____

Email of Reporter

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____