IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | § § § | JUDGE BARBIER |
| AND | § § | MAG. JUDGE WILKINSON |
| BELO Cases identified below | § § | |

## NOTICE OF COMPLIANCE WITH ORDER TO SHOW CAUSE

The following plaintiffs in individual BELO suits respectfully request that the Court take notice that they have provided full and complete disclosures to Defendants herein.

| Name | Case No. | Date Submitted |
|---|---|---|
| Ochello, Louis Joseph | 2:18-cv-10578-CJB-JCW | Submitted 06/11/2019 |
| Lajaunie, Wallace Charles | 2:18-cv-10635-CJB-JCW | Submitted 06/04/2019 |
| Warren, Kelvin Demond | 2:18-cv-10643-CJB-JCW | Submitted 06/12/2019 |
| Weber, Jennifer Mae | 2:18-cv-10645-CJB-JCW | Submitted 06/03/2019 |
| Guillory, Andy Steven | 2:18-cv-10711-CJB-JCW | Submitted 06/11/2019 |
| Baker, Kermit III | 2:18-cv-11031-CJB-JCW | Submitted 06/07/2019 |
| Bunch, Gregory Thomas | 2:18-cv-11051-CJB-JCW | Submitted 06/14/2019 |
| Cotton, Zachary | 2:18-cv-11077-CJB-JCW | Submitted 06/10/2019 |
| Hicks III, William Thomas | 2:18-cv-11196-CJB-JCW | Submitted 06/05/2019 |
| Holmes, Demitrick Christopher | 2:18-cv-11198-CJB-JCW | Submitted 06/04/2019 |
| Garcia, Paul Anthony | 2:18-cv-11268-CJB-JCW | Submitted 06/17/2019 |
| Moffett, Cedric Antonia | 2:18-cv-11408-CJB-JCW | Submitted 06/05/2019 |
| Nguyen, Hung Minh | 2:18-cv-11417-CJB-JCW | Submitted 05/31/2019 |
| Slack, Robert William Jr. | 2:18-cv-11606-CJB-JCW | Submitted 06/17/2019 |
| Taylor, Christopher Raymond | 2:18-cv-11619-CJB-JCW | Submitted 06/17/2019 |
| Odom, Travis Santel | 2:18-cv-12085-CJB-JCW | Submitted 06/17/2019 |
| Seliby, William Edward | 2:18-cv-12195-CJB-JCW | Submitted 06/05/2019 |
| Taillon, Megan Marie | 2:18-cv-12203-CJB-JCW | Submitted 05/31/2019 |
| Taylor, Thomas Edward | 2:18-cv-12368-CJB-JCW | Submitted 06/13/2019 |
| Fitzhugh, David Leon | 2:18-cv-12501-CJB-JCW | Submitted 06/05/2019 |
| Stevenson, Alyce Rebecca | 2:18-cv-12511-CJB-JCW | Submitted 06/05/2019 |

| | | |
|---|---|---|
| Goff, Wayne Everette | 2:18-cv-12682-CJB-JCW | Submitted 06/04/2019 |
| Hall, Donnie Eugene | 2:18-cv-12685-CJB-JCW | Submitted 06/11/2019 |
| Hinton, Sidney Wayne | 2:18-cv-12689-CJB-JCW | Submitted 06/05/2019 |
| Tran, Dave Dat | 2:18-cv-12700-CJB-JCW | Submitted 06/12/2019 |
| Jarrett, Larry Jerome | 2:18-cv-12753-CJB-JCW | Submitted 06/14/2019 |
| Quach, Richard | 2:18-cv-12815-CJB-JCW | Submitted 06/05/2019 |
| Webb, Kelly Laveron Jr. | 2:18-cv-12833-CJB-JCW | Submitted 06/06/2019 |
| Leashore, Kendera Patrice | 2:18-cv-13481-CJB-JCW | Submitted 06/05/2019 |
| Austin, Jacob Raynard | 2:18-cv-13591-CJB-JCW | Submitted 06/10/2019 |
| Banken, Tanea Leilani | 2:18-cv-13594-CJB-JCW | Submitted 06/03/2019 |
| Pettis, Jimmy Lee | 2:18-cv-13610-CJB-JCW | Submitted 06/05/2019 |
| Parker, Jonathan Jude | 2:18-cv-13626-CJB-JCW | Submitted 06/11/2019 |
| Berzett, Arsenio Tyrell | 2:18-cv-13685-CJB-JCW | Submitted 06/14/2019 |
| Van Ngo, Chuong | 2:18-cv-13716-CJB-JCW | Submitted 06/11/2019 |
| Chav, Saran | 2:18-cv-13797-CJB-JCW | Submitted 06/12/2019 |
| Colley, Brittany Nicole | 2:18-cv-13803-CJB-JCW | Submitted 06/04/2019 |
| Payton, Reginald Rene | 2:18-cv-13814-CJB-JCW | Submitted 06/13/2019 |
| Cheramie, Anthony Paul | 2:18-cv-13881-CJB-JCW | Submitted 05/31/2019 |
| Fanguy, Michael James | 2:18-cv-13907-CJB-JCW | Submitted 06/14/2019 |
| Hayes, Ralph Eugene | 2:18-cv-13963-CJB-JCW | Submitted 06/05/2019 |
| Hobby, Karen Kay | 2:18-cv-13965-CJB-JCW | Submitted 05/29/2019 |
| James, Steven Lorenzo | 2:18-cv-13967-CJB-JCW | Submitted 06/12/2019 |
| Mills, Kenyetta Renea | 2:18-cv-13977-CJB-JCW | Submitted 05/29/2019/Rule 26 submitted 06/18/2019 |
| Nguyen, Len Van | 2:18-cv-13980-CJB-JCW | Submitted 05/24/2019 |
| Helmer, Jordon Lee | 2:18-cv-13994-CJB-JCW | Submitted 06/11/2019 |
| Nicholson, James Anthony | 2:18-cv-14004-CJB-JCW | Submitted 06/03/2019 |
| Sorey, Arthur Bernard | 2:18-cv-14027-CJB-JCW | Submitted 06/17/2019 |
| Cameron, Jamond Le'Jean | 2:18-cv-14053-CJB-JCW | Submitted 06/12/2019 |
| Christmas, Larry Darnell | 2:18-cv-14097-CJB-JCW | Submitted 06/17/2019 |
| Harris, Bernard Allen | 2:18-cv-14153-CJB-JCW | Submitted 05/30/2019 |
| Hamilton, Adron Lamont | 2:18-cv-10755-CJB-JCW | Submitted 06/18/2019 |
| Bush, Michael Jerome | 2:18-cv-13700-CJB-JCW | Submitted 06/18/2019 |
| Sharit, Christina Ann | 2:18-cv-13823-CJB-JCW | Submitted 06/18/2019 |
| Harris, Curtis Frederick | 2:18-cv-13960-CJB-JCW | Submitted 06/18/2019 |

Respectfully submitted,

THE NATIONS LAW FIRM

  /s/ Howard L. Nations
Howard L. Nations
3131 Briarpark Dr., Suite 208
Houston, TX 77042
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system, which will deliver a copy to all counsel/parties registered with the Court's CM/ECF system, on June 18, 2019.  Courtesy copies will also be available for counsel in attendance at the Show-Cause Hearing before this Honorable Court on June 19, 2019.

  /s/ Howard L. Nations
Howard L. Nations