Minute Entry
Barbier, J.
June 19, 2019
JS-10: 60 minutes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to: 12-cv-968 and All BELO Cases** | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE WILKINSON** |

Case Manager:
Gail Chauvin

Court Reporter:
Toni Tusa

**WEDNESDAY, JUNE 19, 2019**
**JUDGE CARL J. BARBIER PRESIDING**

**SHOW CAUSE AND MOTIONS HEARING**

The hearing began at 9:44 a.m.

Appearances:
David Durkee (Downs Law Group) for certain plaintiffs
Hugh Lambert (The Lambert Firm) for certain plaintiffs
Alison Divine (Nations Law Firm) for certain plaintiffs
Tim Falcon (Falcon Law Firm) for certain plaintiffs
Kevin Hodges (Williams & Connolly) for BP
Wendy Zupak (Williams & Connolly) for BP
Keith Jarrett (Liskow & Lewis) for BP

The following matters were discussed.

**<u>Agenda Item #3</u>:** Downs Law Group's Motion for Reconsideration of Order Regarding Plaintiffs' Signatures and Initials on Documents Attached to BELO CMO No. 1 (Rec. Doc. 25705).

ORDERED: Motion (Rec. Doc. 25705) is taken under advisement. BP and Downs Law Group to confer and submit proposed modification to Order Regarding Plaintiffs' Signatures and Initials on Documents Attached to BELO CMO No. 1 (Rec. Doc. 25595).

**<u>Agenda Item # 2</u>:** Order to Show Cause re: BELO CMO No. 2 and BP's June 1, 2019 Status Report on BELO Cases ("Show Cause Order," Rec. Doc. 25698), requiring counsel for 277 BELO plaintiffs to show cause why their cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

The Show Cause Order (Rec. Doc. 25698) was previously deemed SATISFIED for Jose Pena Ferreira (No. 18-11958), Raven E. Lieurance (on behalf of Tracy Speranzo) (No. 18-14111), and Jason Edwards Woods (No. 18-14123). (*See* Order, Rec. Doc. 25706).

ORDERED: The Show Cause Order (Rec. Doc. 25698) is MOOT with respect to Randall Tillman (No. 18-11838) and Anthony Claxton (No.18-12449), who filed Rule 41(a) Stipulations of Dismissal with Prejudice.

ORDERED: Michael Gideon (No. 18-14310) (response filed at Rec. Doc. 25727) is granted an EXTENSION of 30 days to make full and complete disclosures. Failure to comply will result in dismissal with prejudice.

ORDERED: Darlean Brown's claims (No. 18-10387) are DISMISSED WITH PREJUDICE. Counsel for Darlean Brown does not challenge dismissal.

ORDERED: Regarding the 270 plaintiffs represented by the Nations Law Firm, BP shall file a response by June 26, 2019 to the Notice of Compliance (Rec. Doc. 25734) and counsel's other arguments/requests presented at the hearing. The Nations Law Firm shall file a reply by July 3, 2019.

**Agenda Item #5:** Nations Law Firm's two Motions for Reinstatement and/or Reconsideration (Rec. Docs. 25723, 25724)

ORDERED: BP shall file a response to the Motions (Rec. Docs. 25723, 25724) by June 26, 2019. The Nations Law Firm shall file a reply by July 3, 2019.

**Agenda Item #4:** BP's Motion to Modify BELO Cases Initial Proceedings Case Management Order No. 2 (Rec. Doc. 25656)

ORDERED: The Motion (Rec. Doc. 25656) is GRANTED. The Court will issue a separate order adopting BP's proposed modification to BELO CMO No. 2.

The hearing ended at 10:44 a.m.

