UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to: 12-cv-968:  BELO** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO AMEND COURT'S APRIL 16, 2019 ORDER
REGARDING PLAINTIFFS' SIGNATURES AND
<u>INITIALS ON DOCUMENTS ATTACHED TO BELO CMO NO. 1</u>**

The Court entered an Order dated April 16, 2019 [Rec. Doc. 25595] that, *inter alia*, reaffirmed that plaintiffs must personally sign and initial each page of the Plaintiff Profile Form and authorizations for release, as appropriate, as required by the Court's BELO Cases Initial Case Management Order No. 1.  On June 7, 2019, The Downs Law Group filed a Motion for Reconsideration of the Court's April 16, 2019 Order (the "Motion") [Rec. Doc. 25705].  The Court noticed the Motion on the agenda for the show cause hearing that was previously scheduled on June 19, 2019.  At the hearing, the parties agreed to a proposal to resolve the issues addressed by the Motion, as memorialized in the proposed Order submitted with this Consent Motion.

Pursuant to the agreement stated on the record at the June 19, 2019 hearing, the undersigned parties respectfully request that the Court enter the proposed Order.

1

Date: June 21, 2019	Respectfully submitted,

    */s/ David Durkee*
Craig T. Downs
David Durkee
The Downs Law Group, P.A.
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone:  (305) 444-8226
Telefax:  (305) 444-6773

### ATTORNEYS FOR THE DOWNS LAW GROUP BELO PLAINTIFFS

    */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

### ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of June 2019.

/s/*Don K. Haycraft*