UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to: 12-cv-968:  BELO** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER REGARDING PLAINTIFFS' SIGNATURES AND INITIALS ON DOCUMENTS ATTACHED TO BELO CMO NO. 1

WHEREAS, the Court entered an Order dated April 16, 2019 [Rec. Doc. 25595] that, *inter alia*, reaffirmed that plaintiffs must personally sign and initial each page of the Plaintiff Profile Form and authorizations for release, as appropriate, as required by the Court's BELO Cases Initial Case Management Order No. 1;

WHEREAS, The Downs Law Group filed a Motion for Reconsideration of the Court's April 16, 2019 Order (the "Motion") [Rec. Doc. 25705];

WHEREAS, the Motion was scheduled for hearing before the Court on June 19, 2019;

WHEREAS, at the hearing, the parties agreed to a proposal to resolve the issues addressed by the Motion;

NOW, THEREFORE, in consideration of the agreement reached at the hearing, the Court hereby ORDERS as follows:

If the client does in fact personally participate in preparing and reviewing their initial disclosures, including the Plaintiff Profile Form, but makes a "technical error" – defined as a failure to initial no more than 2 pages of the Plaintiff Profile Form – but has otherwise personally initialed all other pages and has executed the verification page and executed all of the

1

authorization forms which are part of the Plaintiff Profile Form, then counsel for plaintiff can cure the technical defect by initialing those one or two pages (2 pages maximum) on behalf of the client and executing a statement that attests to the fact that the client adopts the responses on these pages and attesting to the fact that the client did in fact personally participate in preparing and reviewing these pages, and such Plaintiff Profile Form shall have the same force and effect as if plaintiff had personally initialed each page; *provided that*, except as specifically provided herein, nothing shall modify the requirements set forth in the Court's BELO Cases Initial Proceedings Case Management Orders Nos. 1 or 2, including, but not limited to, the requirements that:  (1) plaintiffs personally participate in preparing their Plaintiff Profile Forms and sign and initial each page, as appropriate, by applying wet ink signatures and initials to such documents and (2) the requirement to provide substantively complete Plaintiff Profile Forms and other disclosure information as required by CMO No. 1.

New Orleans, Louisiana this 24th day of June, 2019.

_____
**UNITED STATES DISTRICT JUDGE**