# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *All Cases* | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Nexsen Pruet, LLC and Douglas M. Schmidt, APLC's Motion to Reconsider the April 16, 2019 Order Granting BP's Motion for Entry of an Order Relating to the Disposal of Certain Evidence. (Rec. Doc. 25715).

IT IS ORDERED that the motion (Rec. Doc. 25715) is DENIED.

New Orleans, Louisiana, this 25th day of June, 2019.

_____
United States District Judge