UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *No. 18-10997* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court is Plaintiff John W. Freyou's Motion to Compel Defendants to Participate in Mandatory Mediation. (Rec. Doc. 25722).

IT IS ORDERED that the motion (Rec. Doc. 25722) is GRANTED.

It appears from the motion that Plaintiff has produced the documents required under Pretrial Order No. 67 ("PTO 67," Rec. Docs. 25370, 25509). If this is incorrect, Plaintiff shall immediately do so.

IT IS FURTHER ORDERED that Defendant(s) shall produce to Plaintiff the documents listed in Attachment B to PTO 67 by <u>July 16, 2019</u>.

IT IS FURTHER ORDERED that the parties shall then participate in good faith in a mandatory mediation session with Magistrate Judge Sally Shushan (Ret.) as set forth in paragraph I.C to PTO 67.[1]

New Orleans, Louisiana, this 25th day of June, 2019.

_____
United States District Judge

---

[1] The mediator may adjust as necessary the timeline in PTO 67 ¶ I.C for making an offer, counter-offer, and submitting confidential memoranda.