# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| Applies to:<br>*No. 12-970, Claimant No. 100058191* | *<br>*<br>* | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion to Enforce Settlement and Reissue Payment filed by Claimant, Hope Bell, as Administrator of the Succession of Herman A. Isidore. (Rec. Doc. 25719).

IT IS ORDERED that the Claims Administrator shall file a response to the motion by no later than July 23, 2019. If BP chooses to file a response, it shall do so by this date.

IT IS FURTHER ORDERED that any reply by Claimant shall be filed by no later than July 30, 2019.

New Orleans, Louisiana, this 25th day of June, 2019.

_____
United States District Judge