**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § | MDL NO. 2179 SECTION J<br>Sub Case No. 2:13-cv-00963-CJB-JCW |
| This Document Relates to: | § § | JUDGE BARBIER |
| Chad Blanchard | § § | |
| v. | § § | |
| BP Production & Production Inc., et al. | § | MAG. JUDGE WILKINSON |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Chad gives notice that the above captioned action against the defendants BP Production & Production Inc., et al. is voluntarily dismissed with prejudice, with each party bearing its own costs.

Respectfully submitted this 25th day of June, 2019.

**JASON J. JOY & ASSOCIATES, PLLC**

By: /s/ Jason J Joy
Jason J. Joy (Texas Bar No.: 24058932)
jason@jasonjoylaw.com
Michael Barcus (Texas Bar. No.: 24097339)
michael@jasonjoylaw.com
Colin Wood ((Texas Bar. No.: 24082535)
colin@jasonjoylaw.com
**JASON J. JOY & ASSOCIATES, PLLC**
909 Texas St., Suite 1801
Houston, Texas 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25th, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

      /s/ Jason J Joy
Jason J. Joy