UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *REMAINING CASES IN THE "B3" BUNDLE* | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

## UPDATED PTO 66 COMPLIANCE LIST

On January 31, 2019, the Court issued a list of B3 Plaintiffs who were deemed materially compliant with Pretrial Order No. 66. (Exhibit 8 to Order, Rec. Doc. 25356-8). The Court hereby issues an updated version of that list, which incorporates the following changes:

- Hank Kiff's case number is changed from 12-cv-03179 to 12-cv-02715, per the Order at Rec. Doc. 25604.

- Michael Dean (17-cv-06800) is no longer listed as "Conditionally Compliant." He is fully compliant per the Order at Rec. Doc. 25606.

- Michael Benjamin Helmholtz (17-cv-02932) is added per the Order at Rec. Dc. 25721.

- Debra Miles (13-cv-02715) is added per the Order at Rec. Doc. 25721.

The "B3" claims of the plaintiffs on the attached list are not dismissed and remain subject to further proceedings of this Court.

New Orleans, Louisiana, this 26th day of June, 2019.

_____
United States District Judge