913 Remaining B3 Plaintiffs with Materially Compliant PTO 66 Submissions - Alphabetical by Name

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 1 | Abdelfattah, Khaled | 17-cv-03443 |
| 2 | Adams, Rosia | 17-cv-03000 |
| 3 | Aguinaga, Steven Ray | 17-cv-03173 |
| 4 | Alexander, James | 17-cv-03017 |
| 5 | Alford, Olivia | 17-cv-03018 |
| 6 | Allen, Basil | 17-cv-03447 |
| 7 | Allen, Brenda Lee | 17-cv-03479 |
| 8 | Amaya-Rodriguez, Denis | 17-cv-04127 |
| 9 | Anderson, Bernice | 17-cv-03020 |
| 10 | Anderson, Christopher | 17-cv-03023 |
| 11 | Anderson, Latonya | 17-cv-03022 |
| 12 | Anderson, Shuanise | 17-cv-03024 |
| 13 | Antoine, Jintrin | 17-cv-03885 |
| 14 | Armstrong, Cynthia | 17-cv-03021 |
| 15 | Arrington, Rico | 17-cv-03025 |
| 16 | Ash, Marcus | 17-cv-03026 |
| 17 | Askew, Bruce | 17-cv-03626 |
| 18 | Assi, Mohammed | 17-cv-03027 |
| 19 | Aubert, Teandra | 17-cv-03628 |
| 20 | Bachi, Christian | 17-cv-04129 |
| 21 | Bachi, Colton | 17-cv-04129 |
| 22 | Bachi, Sabrina | 17-cv-04129 |
| 23 | Backstrom, David | 17-cv-03029 |
| 24 | Baggett, Vernon | 17-cv-03030 |
| 25 | Bailey, George | 17-cv-03031 |
| 26 | Baldo, Lisa Marie | 17-cv-03368 |
| 27 | Baltimore, Marilyn | 17-cv-03032 |
| 28 | Bank, Ryan Clayton | 17-cv-03372 |
| 29 | Banks, Christopher | 17-cv-03033 |
| 30 | Barkley, Joni Marie | 13-cv-00995 |
| 31 | Barkley, Ulysses Napoleon | 13-cv-00998 |
| 32 | Barksdale, Donald | 17-cv-03034 |
| 33 | Barlow, Torrey | 12-cv-02248 |
| 34 | Barnes, Kate | 17-cv-03035 |
| 35 | Barnes, Krystal | 17-cv-03629 |
| 36 | Barnes, Orlander | 17-cv-03036 |
| 37 | Barnes, Susan | 17-cv-03630 |
| 38 | Barrington, Chadwick | 17-cv-03632 |
| 39 | Bass, Samuel | 17-cv-03037 |
| 40 | Beacham, Lathaddeus Omar | 17-cv-03038 |
| 41 | Beachem, Cedric Taiwan | 13-cv-01003 |
| 42 | Bean, John | 17-cv-03634 |
| 43 | Becnel, Lisa | 17-cv-03635 |
| 44 | Beeler, Austin | 17-cv-03039 |
| 45 | Bell, Fabian | 17-cv-03040 |
| 46 | Belton, Roderick | 17-cv-03480 |
| 47 | Belvin-Fleming, Terrie | 17-cv-03990 |
| 48 | Bendolph, Donell | 17-cv-03041 |
| 49 | Bengson, Joshua | 17-cv-03210 |
| 50 | Bennett, Gwendolyn | 17-cv-03042 |
| 51 | Benoit, Bernice Ann | 17-cv-03323 |
| 52 | Benoit, Roy Paul | 17-cv-03328 |
| 53 | Benyard, Natalie | 17-cv-03043 |
| 54 | Berry, Justin Paul | 17-cv-03044 |

EXHIBIT 1

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 55 | Bertrand, Russell James | 13-cv-00248 |
| 56 | Beverly, Cleophus | 17-cv-03482 |
| 57 | Beverly, Joy | 17-cv-03045 |
| 58 | Bice Jr., Arthur R | 14-cv-01155 |
| 59 | Bice, Elizabeth Dae | 14-cv-01155 |
| 60 | Bice, Elizabeth Nicole | 14-cv-01155 |
| 61 | Binder, Sammie | 17-cv-03636 |
| 62 | Bivins, Clarance | 17-cv-04130 |
| 63 | Black, Jamarcus | 17-cv-03483 |
| 64 | Black, Lesia | 17-cv-03047 |
| 65 | Blackston, Kaden | 17-cv-04131 |
| 66 | Blackston, Kermit | 17-cv-03637 |
| 67 | Blackston, Savannah | 17-cv-04131 |
| 68 | Blackston, Victor | 17-cv-03048 |
| 69 | Blackwell, Cherrae | 17-cv-03490 |
| 70 | Blakley, Ashley | 17-cv-03492 |
| 71 | Bland, Daray | 17-cv-03049 |
| 72 | Blanks, Romond | 17-cv-03050 |
| 73 | Boatright, Michael E | 17-cv-03111 |
| 74 | Bodiford, Thomas | 17-cv-03341 |
| 75 | Boggs, Charles Archibald | 16-cv-13476 |
| 76 | Boler, Sterling | 17-cv-03499 |
| 77 | Bolton, Jonathan Joe | 17-cv-04132 |
| 78 | Bonilla, Sara | 17-cv-04133 |
| 79 | Bonvillain, Wayde | 17-cv-04134 |
| 80 | Booker, Dondy | 17-cv-03051 |
| 81 | Booker, Willie | 17-cv-03052 |
| 82 | Booth, Chianti | 17-cv-03053 |
| 83 | Bosarge, Dennis | 17-cv-03639 |
| 84 | Bosarge, Lorinda | 17-cv-03639 |
| 85 | Bowden Jr, William | 17-cv-03506 |
| 86 | Bowden, Teresa | 17-cv-03505 |
| 87 | Bowens, Charles | 17-cv-03054 |
| 88 | Boyles, Patricia Diane | 17-cv-03243 |
| 89 | Bradley, Eric | 17-cv-04136 |
| 90 | Bradley, Ervin | 17-cv-03055 |
| 91 | Braggs, Michael | 17-cv-03887 |
| 92 | Branch, McKinley | 17-cv-03056 |
| 93 | Brandon, Ta'Tanisha | 17-cv-04137 |
| 94 | Brandon, William | 17-cv-03057 |
| 95 | Brazzle, Velma | 17-cv-03078 |
| 96 | Brehm, William H | 17-cv-03412 |
| 97 | Brewer, Crystal | 17-cv-04138 |
| 98 | Brewer, John | 17-cv-03079 |
| 99 | Brewer, Thimus | 17-cv-03508 |
| 100 | Bridges, Clarence | 17-cv-03080 |
| 101 | Briggs, Jimmy | 17-cv-03083 |
| 102 | Brimage, Iesha | 17-cv-03640 |
| 103 | Brister, Courtney | 17-cv-04652 |
| 104 | Brister, Darrell | 17-cv-04652 |
| 105 | Britney, Micheln | 17-cv-04437 |
| 106 | Broadway Jr, Floyd | 17-cv-03087 |
| 107 | Brock, Krista Meja nka Fountain, Krista | 17-cv-04139 |
| 108 | Brooks, JT | 17-cv-04655 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 109 | Brooks, Karen | 17-cv-03088 |
| 110 | Broughton, Dewayne Nero | 17-cv-03090 |
| 111 | Brown, Arthur | 17-cv-03093 |
| 112 | Brown, Cher | 17-cv-03516 |
| 113 | Brown, Donna | 17-cv-04141 |
| 114 | Brown, Estate of Bryan | 17-cv-04140 |
| 115 | Brown, Jamie | 12-cv-02333 |
| 116 | Brown, Joseph | 12-cv-02333 |
| 117 | Brown, Lena | 17-cv-03097 |
| 118 | Brown, Michael Todd | 17-cv-03366 |
| 119 | Brown, Ray S | 17-cv-03099 |
| 120 | Brown, Regina | 17-cv-04142 |
| 121 | Brown, Rennell | 17-cv-03101 |
| 122 | Brown, Reynard | 17-cv-03104 |
| 123 | Brown, Rochelle | 17-cv-04143 |
| 124 | Brown, Shah | 17-cv-03641 |
| 125 | Brown, Shonte | 17-cv-03519 |
| 126 | Bruce, Shane Maddox | 18-cv-02626 |
| 127 | Brumfield, Curtis | 17-cv-04499 |
| 128 | Brumfield, Deja'Jana | 17-cv-04562 |
| 129 | Brumfield, Herbert | 17-cv-03107 |
| 130 | Brunet Jr., Levy J | 17-cv-02672 |
| 131 | Bruton, Joseph | 17-cv-03110 |
| 132 | Bryant, Eric | 17-cv-03114 |
| 133 | Buckingham, Kathy Elaine | 17-cv-04649 |
| 134 | Buckley, Barbara | 17-cv-03115 |
| 135 | Bueno-Alba, Jose | 17-cv-03523 |
| 136 | Bunch, John | 17-cv-04144 |
| 137 | Burkett, Craig Michael | 17-cv-03681 |
| 138 | Burns, Albert | 17-cv-03117 |
| 139 | Bush, Douglas | 17-cv-03118 |
| 140 | Butler III, Milton | 17-cv-03075 |
| 141 | Butler, Debra | 17-cv-03077 |
| 142 | Butler, Lakesha | 17-cv-04145 |
| 143 | Butler, Michael | 17-cv-04153 |
| 144 | Byrd, Brandon | 17-cv-03073 |
| 145 | Byrd, George | 17-cv-03070 |
| 146 | Byrd, Jennifer | 17-cv-03642 |
| 147 | Caldwell, Stephon | 13-cv-01007 |
| 148 | Cambre, Andoche | 17-cv-03643 |
| 149 | Campbell, Sharon | 17-cv-03119 |
| 150 | Campbell, Trevor | 17-cv-03524 |
| 151 | Cantillo, Dwaine | 17-cv-03226 |
| 152 | Caraway, Michael | 17-cv-03120 |
| 153 | Card, Lora Ann | 17-cv-03121 |
| 154 | Cargill, Markeelin | 17-cv-03644 |
| 155 | Carpenter, Otis | 17-cv-03645 |
| 156 | Carter, Charles | 17-cv-03123 |
| 157 | Caser Jr, Willie | 17-cv-03525 |
| 158 | Castleberry, Jackie | 17-cv-04154 |
| 159 | Castleberry, Jeffrey | 17-cv-04154 |
| 160 | Castleberry-Ford, Jancey | 17-cv-04154 |
| 161 | Catchings, Dawn | 17-cv-03124 |
| 162 | Causey, Roy | 17-cv-03888 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 163 | Chambers, Brianne | 17-cv-04067 |
| 164 | Chapman, Shata | 17-cv-04155 |
| 165 | Chapman, Tatyana | 17-cv-04155 |
| 166 | Charles, Corey | 17-cv-03125 |
| 167 | Chatman, vonshea | 17-cv-03646 |
| 168 | Cheramie, Estate of Rodney Joseph | 17-cv-04507 |
| 169 | Cheramie, Gabrielle | 17-cv-04502 |
| 170 | Cintra, Elvis | 17-cv-03889 |
| 171 | Clay, Christopher | 17-cv-03526 |
| 172 | Coastal Water Cleaners and Environmental Services, LLC | 11-cv-02621 |
| 173 | Coco, III, Malcolm Alphonse | 17-cv-03393 |
| 174 | Colbert, Edward | 17-cv-03647 |
| 175 | Colburn, Rita | 17-cv-03648 |
| 176 | Cole, Willie | 17-cv-03649 |
| 177 | Coleman, Barbara | 17-cv-03127 |
| 178 | Coleman, Charles | 17-cv-04157 |
| 179 | Coleman, Herbert | 17-cv-03128 |
| 180 | Coleman, Lillie | 17-cv-03130 |
| 181 | Coleman, Steve | 17-cv-04158 |
| 182 | Collier, Nicholas W | 17-cv-03356 |
| 183 | Collier, Patrick | 17-cv-03131 |
| 184 | Conley, Fred | 17-cv-03650 |
| 185 | Coon, George | 17-cv-03686 |
| 186 | Cotton, Cillo | 17-cv-03132 |
| 187 | Cotton, Gary | 17-cv-03133 |
| 188 | Couture, Jr., Raymond | 17-cv-03373 |
| 189 | Craig, Anthony | 17-cv-03134 |
| 190 | Cranmer, Danielle | 17-cv-03688 |
| 191 | Crawford, Olivia | 17-cv-03135 |
| 192 | Crawford, Patrick | 17-cv-03136 |
| 193 | Crosby, Melton III | 17-cv-03689 |
| 194 | Crumpton, Carolyn | 17-cv-03527 |
| 195 | Cuevas, Dean | 17-cv-03137 |
| 196 | Culberson, Renell | 17-cv-04159 |
| 197 | Curbelo, Ivan | 17-cv-03690 |
| 198 | Dailey, Lucy | 17-cv-03528 |
| 199 | Dang, Anh Ngoc | 17-cv-02387 |
| 200 | Daniel, Dana | 17-cv-04160 |
| 201 | Daniel, Eileen | 17-cv-04309 |
| 202 | Daniels, Estee | 17-cv-04392 |
| 203 | Daniels, Robert Jr. | 17-cv-04394 |
| 204 | Danos, Janice Marie | 17-cv-03240 |
| 205 | Danos, Jorey Tristan | 17-cv-03113 |
| 206 | Danos, Richard Thomas | 17-cv-03240 |
| 207 | Dardar Sr, Benny | 17-cv-03138 |
| 208 | Darrington, Lequaita | 17-cv-03139 |
| 209 | Dasco, Leif | 17-cv-03531 |
| 210 | Davenport, Kevin | 17-cv-03725 |
| 211 | Davenport, Larry | 17-cv-03726 |
| 212 | Davis, Frederick | 17-cv-03140 |
| 213 | Davis, Luke III | 17-cv-04310 |
| 214 | Davis, Mary | 17-cv-03141 |
| 215 | Davis, Michael | 17-cv-04664 |
| 216 | Davis, Sedija | 17-cv-04312 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 217 | Davis, Travis | 17-cv-04313 |
| 218 | Davison, Sandra | 17-cv-03142 |
| 219 | Davis-Sherrod, Myesha | 17-cv-04314 |
| 220 | Dawkins, Frederick | 17-cv-03533 |
| 221 | Dean, Michael | 17-cv-06800 |
| 222 | DeBose, Chrishawn Derrick | 17-cv-03680 |
| 223 | DeBose, Jimmy Raymond | 17-cv-03675 |
| 224 | DeBose, Karen Ann | 17-cv-03670 |
| 225 | Dedeaux, Yolanda | 17-cv-03143 |
| 226 | Deese, Eric | 17-cv-03144 |
| 227 | Delmar, Karis | 17-cv-04648 |
| 228 | DeLoach, Robert | 17-cv-03149 |
| 229 | DePaz, Susana | 17-cv-03892 |
| 230 | Dial, Jack | 17-cv-03150 |
| 231 | Dill, Johnny | 17-cv-04315 |
| 232 | Dinkins, Michael | 17-cv-04319 |
| 233 | Dixey, Heather | 17-cv-04320 |
| 234 | Dixey, Jordan | 17-cv-04321 |
| 235 | Dixon, Michael | 17-cv-03900 |
| 236 | Do, Yen | 17-cv-03903 |
| 237 | Dobbs, Terresa | 17-cv-03152 |
| 238 | Doom, Christian Michael | 17-cv-04395 |
| 239 | Doom, Danielle | 17-cv-04395 |
| 240 | Doom, Gavin | 17-cv-04395 |
| 241 | Doom, Kathryn | 17-cv-04395 |
| 242 | Doom, Paul Matthew | 17-cv-04395 |
| 243 | Doom, Paul Raymond | 17-cv-04395 |
| 244 | Dorsey, Wilbert | 17-cv-03154 |
| 245 | Doud, Elizabeth | 17-cv-03534 |
| 246 | Ducksworth, Vantavious L. | 17-cv-03157 |
| 247 | Duke, Tiffany Savage | 16-cv-13873 |
| 248 | Dukes, Marshall | 17-cv-03159 |
| 249 | Dumas, David P. | 17-cv-03160 |
| 250 | Dumas, Hakim | 17-cv-04322 |
| 251 | Durden, Angela Laverne | 17-cv-03536 |
| 252 | Durham, Keith E. | 17-cv-03537 |
| 253 | Durr, Mario | 17-cv-03538 |
| 254 | Dwyer, Derek Thomas | 13-cv-01010 |
| 255 | Dykes, Wendell | 17-cv-04323 |
| 256 | Easterling, Tonnie | 17-cv-03913 |
| 257 | Edwards, Al | 17-cv-04324 |
| 258 | Edwards, Junior | 17-cv-03928 |
| 259 | Edwards, Natasha | 17-cv-03957 |
| 260 | Elliott, Cynthia Anne | 13-cv-01011 |
| 261 | Ellzey, Eric D. | 17-cv-03163 |
| 262 | Elrod, Aiden Connor | 17-cv-03334 |
| 263 | Elrod, Jarod Shane | 17-cv-03331 |
| 264 | Elzey, Estate of Johnny | 17-cv-03985 |
| 265 | England, Thomas M. | 17-cv-03180 |
| 266 | English, Elizabeth Sibley | 17-cv-03182 |
| 267 | English, Jr., Eugene | 17-cv-03182 |
| 268 | English, Mervin | 17-cv-04325 |
| 269 | Estate of Alan Henderson | 17-cv-03273 |
| 270 | Estate of Alvin Holifield | 17-cv-03284 |

Case 2:10-md-02179-CJB-DPC   Document 25748-1   Filed 06/26/19   Page 6 of 17
913 Remaining B3 Plaintiffs with Materially Compliant PTO 66 Submissions - Alphabetical by Name

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 271 | Estate of Chavis Allen | 17-cv-03019 |
| 272 | Estate of Joe May, Jr. | 17-cv-04550 |
| 273 | Estate of Kimlyn Preatto | 17-cv-04556 |
| 274 | Estate of Leona Austin | 17-cv-04128 |
| 275 | Estate of Raymond Lirette | 17-cv-03333 |
| 276 | Estate of Sherrie McKinley | 17-cv-04562 |
| 277 | Evans, Keywaski | 17-cv-04326 |
| 278 | Evans, Robert | 16-cv-03966 |
| 279 | Expose, Bernard | 17-cv-03986 |
| 280 | Fairley, Alford | 17-cv-03184 |
| 281 | Fairley, Freddie | 17-cv-03988 |
| 282 | Fairley, Royce | 17-cv-03188 |
| 283 | Fast, William | 17-cv-03989 |
| 284 | Favorite, Carl | 17-cv-03192 |
| 285 | Ferguson, Minnie | 17-cv-04327 |
| 286 | Fetterhoff, Carol Lynn | 17-cv-03350 |
| 287 | Fetterhoff, Chayton Lee | 17-cv-03350 |
| 288 | Fetterhoff, Chelsea Lynn | 17-cv-03350 |
| 289 | Fielder, Cheryl | 17-cv-03193 |
| 290 | Fitzgerald, Nathan Joseph | 13-cv-00650 |
| 291 | Flair, Kimberly | 17-cv-03161 |
| 292 | Fleming, James | 17-cv-03195 |
| 293 | Flournoy, David Allen Sr. | 17-cv-04396 |
| 294 | Flournoy, Jr., David | 17-cv-04396 |
| 295 | Flournoy, Nancy | 17-cv-04396 |
| 296 | Ford, Leslie | 17-cv-03198 |
| 297 | Fountain, John | 17-cv-03200 |
| 298 | Fountain, Mary | 17-cv-03202 |
| 299 | Fountain, Reginald | 17-cv-03204 |
| 300 | Fowler, Julian | 17-cv-03208 |
| 301 | Foxworth, Jackulin | 17-cv-03991 |
| 302 | Foxworth, Tiffany | 17-cv-04328 |
| 303 | Francisco, Mark | 17-cv-03212 |
| 304 | Franichevich, Andrew | 17-cv-03992 |
| 305 | Franklin, Jr., Charles M. | 17-cv-03215 |
| 306 | Franks, Robert | 17-cv-03216 |
| 307 | Frazier, Debra | 17-cv-03219 |
| 308 | Fugatt, Curtis Carl | 13-cv-01014 |
| 309 | Fuller III., Robert Dewery | 13-cv-05372 |
| 310 | Gaines, Shawndaius | 17-cv-04329 |
| 311 | Gainey, Carolyn | 17-cv-03993 |
| 312 | Gainey, Estate of Russell | 17-cv-03993 |
| 313 | Gamble, James | 17-cv-03994 |
| 314 | Gara, Dennis | 17-cv-03223 |
| 315 | Garcia, John | 17-cv-03541 |
| 316 | Gardner, Sandra | 17-cv-03224 |
| 317 | Garlow, Clarence | 17-cv-04330 |
| 318 | Gaspard, Jamie Lee | 13-cv-04437 |
| 319 | Gathers, Renee | 17-cv-03229 |
| 320 | Gentry, Brandon | 17-cv-03995 |
| 321 | Gilliam, Earl | 17-cv-03234 |
| 322 | Gilmore, Arthur | 17-cv-03236 |
| 323 | Giusti, Jr., Ernest | 17-cv-03996 |
| 324 | Godfrey, Scott | 17-cv-04331 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 325 | Goldsmith, Marcine | 17-cv-03256 |
| 326 | Gomes, Tevon | 17-cv-04332 |
| 327 | Gonzales, James | 17-cv-04333 |
| 328 | Gonzalez, Hector | 17-cv-03257 |
| 329 | Gooding, John | 17-cv-03238 |
| 330 | Granier, Stephen | 17-cv-02674 |
| 331 | Grant, Marcus | 17-cv-04334 |
| 332 | Graves, Carl | 17-cv-04335 |
| 333 | Gray, Michael | 17-cv-04336 |
| 334 | Gray, Princess | 17-cv-04660 |
| 335 | Green, Birmella | 17-cv-04337 |
| 336 | Green, Christopher Alan | 17-cv-03191 |
| 337 | Green, Timothy | 17-cv-03997 |
| 338 | Griffin, Alice Mae | 17-cv-03244 |
| 339 | Griffin, Kacey W. | 17-cv-03258 |
| 340 | Griffin, Marshall D. | 17-cv-03259 |
| 341 | Guess, Serena | 17-cv-03260 |
| 342 | Hakenjos, Jamerson | 17-cv-04338 |
| 343 | Hall, Lanycha | 17-cv-03998 |
| 344 | Hall, Lorinzo | 17-cv-03261 |
| 345 | Halsell, Edwin | 17-cv-03262 |
| 346 | Hamilton, Terrence | 17-cv-03263 |
| 347 | Hampton, Jerry Paul | 13-cv-03929 |
| 348 | Hardy, Ronnie | 17-cv-04339 |
| 349 | Harewood, Kirk | 17-cv-04340 |
| 350 | Harmon, James | 17-cv-04341 |
| 351 | Harris Jr, Ezzard | 17-cv-04344 |
| 352 | Harris, Al'Terryal | 17-cv-04342 |
| 353 | Harris, Cedric | 17-cv-03264 |
| 354 | Harris, Charles | 17-cv-03265 |
| 355 | Harris, Derry | 17-cv-04343 |
| 356 | Harris, Elvis | 17-cv-03266 |
| 357 | Harris, Rushion | 17-cv-03267 |
| 358 | Harris, Terrance | 17-cv-04345 |
| 359 | Harris, Tyron | 17-cv-03268 |
| 360 | Harrison, Kennard | 17-cv-04346 |
| 361 | Harry, Jerome | 17-cv-04347 |
| 362 | Harvey, Khristi | 17-cv-03269 |
| 363 | Hasdorff, Beverly Ann Painton | 17-cv-03235 |
| 364 | Hasdorff, Terri | 17-cv-03233 |
| 365 | Hatcher, Dana | 17-cv-04348 |
| 366 | Hatcher, Daniel Veryle | 17-cv-03179 |
| 367 | Hawthorne, Ayana | 17-cv-03270 |
| 368 | Hayes, Isaac | 17-cv-04397 |
| 369 | Hayes, Isaiah | 17-cv-04397 |
| 370 | Hayes, Mary | 17-cv-04397 |
| 371 | Hayes, Rodney | 17-cv-04349 |
| 372 | Haynes, Alexander | 17-cv-03271 |
| 373 | Haynes, Almetis | 17-cv-04350 |
| 374 | Haynes, Willie | 17-cv-03272 |
| 375 | Heathington, Thomas | 17-cv-04353 |
| 376 | Hebert, Paul Anthony | 11-cv-01200 |
| 377 | Helmholtz, Michael Benjamin | 17-cv-02932 |
| 378 | Henderson, Wayne | 17-cv-03275 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 379 | Hendrix, Mitchell | 17-cv-04354 |
| 380 | Henson, Jr James | 17-cv-03276 |
| 381 | Henson, Sr James | 17-cv-03277 |
| 382 | Hicks, Keundra | 17-cv-04356 |
| 383 | Higginbotham, Dorothy Clayton | 17-cv-03315 |
| 384 | Hill, Robyn Lyn | 17-cv-03252 |
| 385 | Hill, Sherry | 17-cv-03278 |
| 386 | Hillard, Julius | 17-cv-03279 |
| 387 | Hines, Thomas Jr. | 17-cv-03280 |
| 388 | Hinton, Arlene | 17-cv-04357 |
| 389 | Hockaday, Edison | 17-cv-03281 |
| 390 | Hodge, Charlie | 17-cv-03282 |
| 391 | Hohnadell, Alec | 17-cv-03999 |
| 392 | Hohnadell, Gale | 17-cv-03999 |
| 393 | Hohnadell, Kimberly | 17-cv-03999 |
| 394 | Holder, Dane II | 17-cv-03283 |
| 395 | Holifield, Eric | 17-cv-04358 |
| 396 | Holifield, Gollie | 17-cv-04359 |
| 397 | Hooker, Jarvis | 17-cv-04065 |
| 398 | Horne, Haley | 17-cv-04568 |
| 399 | Horne, Karem | 17-cv-03285 |
| 400 | Houser, Bruce | 17-cv-04360 |
| 401 | Howard, John L | 17-cv-03347 |
| 402 | Howard, Larry | 17-cv-03543 |
| 403 | Howell, Frank Morris | 17-cv-03232 |
| 404 | Howell, Patricia | 17-cv-03287 |
| 405 | Howze, Alfonso Cardell | 17-cv-03288 |
| 406 | Huddleston, Carson Cortez | 17-cv-03289 |
| 407 | Hudley, Daniel Robert | 10-cv-04200 |
| 408 | Hudson, Mark | 17-cv-04361 |
| 409 | Hudson, Travis | 17-cv-04362 |
| 410 | Hughes, William Robert | 17-cv-04363 |
| 411 | Hundley, Clamus | 17-cv-03290 |
| 412 | Hunt, Bruce Donald | 13-cv-01017 |
| 413 | Hunter, Dale Anthony | 13-cv-03147 |
| 414 | Hurd, Shikiah | 17-cv-04364 |
| 415 | Hurd, Steven | 17-cv-04000 |
| 416 | Hurd, Theresa | 17-cv-03545 |
| 417 | Huynh, Trong | 17-cv-03291 |
| 418 | Hye, Ella | 17-cv-03292 |
| 419 | Hye, Terry | 17-cv-03293 |
| 420 | Isom, Cedric | 17-cv-04365 |
| 421 | Jackson, Anthony | 17-cv-03294 |
| 422 | Jackson, Brenda | 17-cv-03295 |
| 423 | Jackson, Christola | 17-cv-03296 |
| 424 | Jackson, Greogry | 17-cv-03297 |
| 425 | Jackson, Marcus | 17-cv-03298 |
| 426 | Jackson, Sharon | 17-cv-03299 |
| 427 | Jackson, Tarus | 17-cv-04366 |
| 428 | Jacobs, Euweeka | 17-cv-03300 |
| 429 | Jacquez, Jose | 17-cv-03301 |
| 430 | Jaouhari, Hilal | 17-cv-03302 |
| 431 | Jenkins, Chris | 17-cv-03303 |
| 432 | Jenkins, Terri | 17-cv-04367 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 433 | Jesco Construction Corporation of Delaware | 11-cv-00911 |
| 434 | Johns, Joan | 17-cv-03304 |
| 435 | Johnson Jr, Travis | 17-cv-04399 |
| 436 | Johnson, Beaux | 17-cv-03305 |
| 437 | Johnson, Carl | 17-cv-04369 |
| 438 | Johnson, Carmine | 17-cv-03306 |
| 439 | Johnson, Chestere | 17-cv-03307 |
| 440 | Johnson, Deborah | 17-cv-04370 |
| 441 | Johnson, Gena | 17-cv-04371 |
| 442 | Johnson, Grady | 17-cv-03308 |
| 443 | Johnson, Lisa;Williams, Lisa Allean | 17-cv-04372 |
| 444 | Johnson, Reginald | 17-cv-04647 |
| 445 | Johnson, Roderick | 17-cv-04373 |
| 446 | Johnson, Stephen | 17-cv-04374 |
| 447 | Johnson, Victoria | 17-cv-04399 |
| 448 | Johson, Aaron | 17-cv-04368 |
| 449 | Joiner, Richard | 17-cv-03310 |
| 450 | Jones, Al'Lisha | 17-cv-04375 |
| 451 | Jones, Andre | 17-cv-04376 |
| 452 | Jones, Brandon | 17-cv-04378 |
| 453 | Jones, Charlene | 17-cv-03312 |
| 454 | Jones, Cynthia | 17-cv-04377 |
| 455 | Jones, Edward | 17-cv-04379 |
| 456 | Jones, Howard | 17-cv-04380 |
| 457 | Jones, Larry | 17-cv-04381 |
| 458 | Jones, Marvin Earl | 17-cv-04382 |
| 459 | Jones, Sammie | 17-cv-04383 |
| 460 | Jones, Tekira | 17-cv-04384 |
| 461 | Jones, Travis | 17-cv-04385 |
| 462 | Joseph, Eldridge | 17-cv-04386 |
| 463 | Jourden, Forest | 17-cv-04569 |
| 464 | Kalinowski, Kevin | 17-cv-04387 |
| 465 | Kaoui, Peter M. | 17-cv-03313 |
| 466 | Keller, Brian Edward | 17-cv-01018 |
| 467 | Kendrick, Jared Lee | 13-cv-03928 |
| 468 | Kenner, Taijahrell | 17-cv-03314 |
| 469 | Keyes, Christine Cook | 14-cv-02211 |
| 470 | Keys, Ernestine | 17-cv-04389 |
| 471 | Kidd, Larry | 17-cv-04390 |
| 472 | Kiff, Hank J. | 12-cv-02715 |
| 473 | King, Clifton | 17-cv-04393 |
| 474 | King, Dewayne | 17-cv-04398 |
| 475 | King, Tai-Keysha | 17-cv-04398 |
| 476 | Kirkland, Christopher | 17-cv-04391 |
| 477 | Kolian, Stephan R | 17-cv-03108 |
| 478 | LaBrosse, Jeremiah | 17-cv-04401 |
| 479 | LaForce, Allen Bradley | 17-cv-04402 |
| 480 | Landers, Jason Eugene | 13-cv-01019 |
| 481 | Landrieu, David Joseph | 17-cv-03161 |
| 482 | Landry, Cy | 17-cv-03317 |
| 483 | Laneaux, Eureaka | 17-cv-04403 |
| 484 | Lartigue, Roger | 17-cv-03353 |
| 485 | Laster, Patrick Jr | 17-cv-03319 |
| 486 | Lawrence, Jamie | 17-cv-04654 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 487 | Lawson Environmental Services, LLC | 12-cv-00740 |
| 488 | Lawson, Telly | 17-cv-04404 |
| 489 | Lawton, Diana | 17-cv-03320 |
| 490 | Le, Trinh | 17-cv-04001 |
| 491 | Le, Trinity | 17-cv-04001 |
| 492 | Learn, Cherry | 17-cv-03321 |
| 493 | Learn, Michael | 17-cv-03322 |
| 494 | Leathwood, Charles | 17-cv-04405 |
| 495 | Lee Jr, Elbert | 17-cv-04406 |
| 496 | Lee, Ava | 17-cv-04558 |
| 497 | Lee, Kathy | 17-cv-04407 |
| 498 | Lee, Terrance | 17-cv-04558 |
| 499 | Lee, Tiffany Monique | 16-cv-13874 |
| 500 | Lenard, Dalan | 17-cv-03546 |
| 501 | Lepoma, Mary | 17-cv-04408 |
| 502 | Lett, Hibbard | 17-cv-04409 |
| 503 | Leverette, Clyde | 17-cv-03324 |
| 504 | Lewis Jr, Ulyses | 17-cv-03330 |
| 505 | Lewis, Glenda | 17-cv-03325 |
| 506 | Lewis, Lashona | 17-cv-04410 |
| 507 | Lewis, Sherrie | 17-cv-03329 |
| 508 | Loftus, Wesley | 17-cv-03339 |
| 509 | Lopez, Irene | 17-cv-04415 |
| 510 | Louisiana Workers' Compensation Corporation | 10-cv-02771 |
| 511 | Lucky, Ethel | 17-cv-03340 |
| 512 | Lundy, Luke | 17-cv-04417 |
| 513 | Lutin, Frederick | 17-cv-04419 |
| 514 | Mackles, Duke | 17-cv-04002 |
| 515 | Mackles, Shane | 17-cv-04003 |
| 516 | Macon, Willie | 17-cv-03548 |
| 517 | Maddox, Jeffery | 17-cv-04560 |
| 518 | Maddox, Josephine | 17-cv-04560 |
| 519 | Magee, Andrea | 17-cv-04399 |
| 520 | Magee, Richard | 17-cv-03549 |
| 521 | Magee, Virdee | 17-cv-04561 |
| 522 | Magee, Whitney | 17-cv-04561 |
| 523 | Magee, Xavier | 17-cv-04561 |
| 524 | Maneen, Rachel Renee | 17-cv-03183 |
| 525 | Mann, Maxie | 17-cv-04421 |
| 526 | Manning, Anthony | 17-cv-04422 |
| 527 | Manquel Liddell, Kendrick Sharonta | 17-cv-03332 |
| 528 | Marler, Gregory Lee | 17-cv-03206 |
| 529 | Marshall-Reech, Angie | 17-cv-04564 |
| 530 | Martin, Chris Albert | 17-cv-03228 |
| 531 | Martin, Clifton | 17-cv-04004 |
| 532 | Martin, Flint | 17-cv-03358 |
| 533 | Martin, Jennifer Ann | 17-cv-03228 |
| 534 | Martin, Lizzie | 17-cv-04424 |
| 535 | Martin, Sterling | 17-cv-03249 |
| 536 | Martin, Tatasha | 17-cv-04429 |
| 537 | Martin, Trudy | 17-cv-03360 |
| 538 | Matthews, Cleveland | 17-cv-04005 |
| 539 | Matthis, Shawna | 17-cv-03550 |
| 540 | Matulonis, Anthony Jason | 13-cv-01512 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 541 | Maurras, Douglas John | 17-cv-03185 |
| 542 | May, Derrick | 17-cv-04068 |
| 543 | Mayfield, Anthony | 17-cv-03364 |
| 544 | McArthur, Corey | 17-cv-03371 |
| 545 | McCall, Verda | 17-cv-03551 |
| 546 | McCammon, Larry | 17-cv-03375 |
| 547 | McCann, Missouri | 17-cv-04006 |
| 548 | McClendon, Dorothy | 17-cv-03379 |
| 549 | McConaghy, Kade | 17-cv-03116 |
| 550 | McConaghy, Kara | 17-cv-03116 |
| 551 | McConaghy, Kent | 17-cv-03116 |
| 552 | MCConaghy, Kohl | 17-cv-03116 |
| 553 | McCray, Anthony | 17-cv-03552 |
| 554 | McDaniel, Ronald | 17-cv-04069 |
| 555 | McDonald, Bobby | 17-cv-04432 |
| 556 | McDonald, David | 17-cv-04434 |
| 557 | McDougle, Derrick | 17-cv-03386 |
| 558 | McElroy, Alexis | 17-cv-04070 |
| 559 | McGill, Erik | 17-cv-03392 |
| 560 | McGill, Jeremy | 17-cv-03395 |
| 561 | McGill, Ray | 17-cv-04071 |
| 562 | McInnis, Jr., Jacques | 17-cv-03555 |
| 563 | McInnis, Sr., Jacques | 17-cv-03556 |
| 564 | McInnis, Traci | 17-cv-04436 |
| 565 | McIntosh, William Dante | 13-cv-01020 |
| 566 | McKay, Melina | 17-cv-04072 |
| 567 | McMeans, Charles | 17-cv-03558 |
| 568 | McMillan, Jeffari | 17-cv-03396 |
| 569 | McQueen, Henry | 17-cv-03563 |
| 570 | Meadows, Alton Rockford | 13-cv-01746 |
| 571 | Medel, Jesse | 17-cv-03564 |
| 572 | Merchant, Raymond Joe | 15-cv-04290 |
| 573 | Michael, III, Frank | 17-cv-04563 |
| 574 | Michael, Trai | 17-cv-03565 |
| 575 | Mickles, Shantae | 17-cv-03566 |
| 576 | Miles, Debra | 13-cv-02715 |
| 577 | Millender, Raymond | 17-cv-04439 |
| 578 | Miller, Carolyn | 17-cv-04441 |
| 579 | Miller, James | 17-cv-02678 |
| 580 | Miller, Jerry | 17-cv-04444 |
| 581 | Miller, Taschet | 17-cv-03569 |
| 582 | Miller, Timothy Bennett | 17-cv-03398 |
| 583 | Mills, Kenneth | 17-cv-04448 |
| 584 | Milsap, Angela | 17-cv-04449 |
| 585 | Milsap, Dennis | 17-cv-04451 |
| 586 | Minor, Michael | 17-cv-04073 |
| 587 | Minton, Lee | 17-cv-03400 |
| 588 | Moore, Albert B III | 17-cv-03571 |
| 589 | Moore, Albert R IV | 17-cv-03572 |
| 590 | Moore, Anthony | 17-cv-04453 |
| 591 | Moore, Anthony W | 17-cv-04454 |
| 592 | Moore, April | 17-cv-04456 |
| 593 | Moore, Charles | 17-cv-03573 |
| 594 | Moore, Cheryl | 17-cv-04657 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 595 | Moore, Cynthia | 17-cv-04074 |
| 596 | Moore, Dennis | 17-cv-03574 |
| 597 | Moore, Felicia | 17-cv-03576 |
| 598 | Moore, Kendall | 17-cv-03402 |
| 599 | Moore, Sandra | 17-cv-04457 |
| 600 | Moorere, Holly | 17-cv-04461 |
| 601 | Morgan, James | 17-cv-03187 |
| 602 | Morgan, Taccari | 17-cv-03579 |
| 603 | Murphy, Lorinzo | 13-cv-01031 |
| 604 | Murray, Kelvin | 17-cv-03582 |
| 605 | Nance, Jimmy | 17-cv-04462 |
| 606 | Naples, John | 12-cv-02564 |
| 607 | Naquin, Bryant | 17-cv-03584 |
| 608 | Naquin, Velma | 17-cv-03586 |
| 609 | Nehlig, Chris Emile | 17-cv-03376 |
| 610 | Nelson, Robert Jr | 17-cv-04075 |
| 611 | Nestle, Stephen | 17-cv-04463 |
| 612 | Netherland, Gabriella | 17-cv-04559 |
| 613 | Netherland, Jonathan | 17-cv-04559 |
| 614 | Newton, Brandon | 17-cv-03588 |
| 615 | Ngo, Phieu | 17-cv-04464 |
| 616 | Nguyen, Hillary | 17-cv-04465 |
| 617 | Nguyen, Hung Van | 17-cv-04467 |
| 618 | Nguyen, Kha | 17-cv-04468 |
| 619 | Norris, Daphne | 17-cv-04565 |
| 620 | Norswearthy, Chester Jr | 17-cv-03590 |
| 621 | Norwood, Austin | 17-cv-03203 |
| 622 | Norwood, Margaret | 17-cv-03203 |
| 623 | Novelozo, Ulric Adriel | 13-cv-01033 |
| 624 | Odoms Jr., Alonzo | 16-cv-13201 |
| 625 | Olds, Joe Annie | 17-cv-03591 |
| 626 | O'Neal, Estate of Richard | 17-cv-04076 |
| 627 | Orange, Tony | 17-cv-03592 |
| 628 | Osbey, Christopher | 17-cv-04470 |
| 629 | Pace, Linda | 17-cv-04471 |
| 630 | Packer, Patrick | 17-cv-04077 |
| 631 | Paige, Cynthia | 17-cv-03594 |
| 632 | Parker, Edward | 17-cv-04078 |
| 633 | Patterson, Dana | 17-cv-04079 |
| 634 | Patton, Carlos | 17-cv-04473 |
| 635 | Payton, Alexzander | 17-cv-04474 |
| 636 | Paz, Cesar | 17-cv-04557 |
| 637 | Paz, Cesar Andrew Jr. | 17-cv-04557 |
| 638 | Paz, Isreal | 17-cv-04557 |
| 639 | Paz, Keren | 17-cv-04557 |
| 640 | Peairs, Marcus | 17-cv-03596 |
| 641 | Pearson, Barbara | 17-cv-03597 |
| 642 | Pejic, Nenad | 17-cv-04475 |
| 643 | Penn, Tavarish | 17-cv-04080 |
| 644 | Pennington, Kathy | 17-cv-04280 |
| 645 | Perdomo, Henry Giovanni | 17-cv-03346 |
| 646 | Perkins, Isaac | 17-cv-04476 |
| 647 | Peschlow, Mark | 17-cv-03598 |
| 648 | Peters, Rhett | 17-cv-04479 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 649 | Pettaway, Denise | 17-cv-03404 |
| 650 | Pettaway, John | 17-cv-03599 |
| 651 | Pettway, Delrick | 17-cv-04481 |
| 652 | Pettway, Sandra | 17-cv-04146 |
| 653 | Phillips, Angela | 17-cv-04163 |
| 654 | Phillips, Bryant | 17-cv-04281 |
| 655 | Pickett, George | 17-cv-04482 |
| 656 | Picou, Donna | 17-cv-03207 |
| 657 | Pinell, Richard J DBA Billy Sue, Inc | 17-cv-03349 |
| 658 | Plummer, Edna | 17-cv-04483 |
| 659 | Poirson, Patrick | 17-cv-03177<br>17-cv-03378 |
| 660 | Polk, Felton | 17-cv-04282 |
| 661 | Polk, Tonta | 17-cv-03600 |
| 662 | Porter, Scott Alan | 17-cv-03344 |
| 663 | Pough, Ervin | 17-cv-04164 |
| 664 | Powe, Andre | 17-cv-04484 |
| 665 | Powell, Donald | 17-cv-04489 |
| 666 | Powell, Whirlee | 17-cv-04283 |
| 667 | Prest Sr, Kirk Edgar | 17-cv-03409 |
| 668 | Prestenbach, Anthony | 17-cv-04570 |
| 669 | Price, Calvin Sr | 17-cv-04571 |
| 670 | Price, James | 17-cv-04572 |
| 671 | Pritchett Jr., Wilbert Devon | 17-cv-03231 |
| 672 | Quiroz, Robert | 17-cv-04166 |
| 673 | Ramey, Robert | 17-cv-03405 |
| 674 | Ranson, Ron | 17-cv-04168 |
| 675 | Rawls, Derrick | 17-cv-04509 |
| 676 | Reeb, Michael | 17-cv-03602 |
| 677 | Reech, Riley | 17-cv-04564 |
| 678 | Reed, Antonio | 17-cv-04174 |
| 679 | Reed, Chester | 17-cv-03603 |
| 680 | Regan, Laura | 13-cv-02378 |
| 681 | Regan, Robert | 13-cv-02378 |
| 682 | Revels, Carl | 17-cv-04175 |
| 683 | Richard, Tyrone | 17-cv-04284 |
| 684 | Richardson, A'Donna | 17-cv-03407 |
| 685 | Richoux, Denise Malcombe | 17-cv-03186 |
| 686 | Riddell-Hare, Teresa | 17-cv-04177 |
| 687 | Riley, Darren | 17-cv-04304 |
| 688 | Roan, Kenneth | 17-cv-04178 |
| 689 | Roberson, Raynard | 17-cv-04286 |
| 690 | Roberts, Cynthia | 17-cv-03605 |
| 691 | Roberts, Frances | 17-cv-04513 |
| 692 | Robertson, Carrie | 17-cv-04573 |
| 693 | Robin, III, Charles Raymond | 17-cv-03381 |
| 694 | Robin, Jr., Ricky R | 17-cv-03383 |
| 695 | Robin, Ricky Raymond | 17-cv-03389 |
| 696 | Robinson, Brian | 17-cv-03606 |
| 697 | Robinson, Crystal | 15-cv-06131 |
| 698 | Robinson, Patrick | 17-cv-04574 |
| 699 | Robinson, Ricco Jr. | 17-cv-04536 |
| 700 | Rogers, Betty | 17-cv-04575 |
| 701 | Rooks, Darla | 17-cv-04400 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 702 | Rooks, Todd | 17-cv-04400 |
| 703 | Ross, Erica | 17-cv-04287 |
| 704 | Ross, Vanessa | 17-cv-04288 |
| 705 | Rounds, Gregory | 17-cv-04576 |
| 706 | Rye, Patricia Marie | 17-cv-03155 |
| 707 | Sanchez, Victoria Angelina Avila | 12-cv-00164 |
| 708 | Saxton, Latonya | 17-cv-04577 |
| 709 | Scaief, Veronica | 17-cv-04242 |
| 710 | Scarborough, Michael | 17-cv-04243 |
| 711 | Schexnayder, Farrell D | 17-cv-03207 |
| 712 | Schexnayder, Gary Lane | 17-cv-03207 |
| 713 | Schexnayder, Larry | 17-cv-03207 |
| 714 | Schmidt, Michelle | 17-cv-04279 |
| 715 | Schmidt, Rachel | 17-cv-04179 |
| 716 | Scott, Barbara | 17-cv-03608 |
| 717 | Scott, Codie | 17-cv-04578 |
| 718 | Scott, Corey | 17-cv-04554 |
| 719 | Scott, Joliegh | 17-cv-04554 |
| 720 | Scott, Katrina | 17-cv-04579 |
| 721 | Scott, Matthew | 17-cv-04554 |
| 722 | Scott, Nakia | 17-cv-03609 |
| 723 | Scott, Nicole | 17-cv-04554 |
| 724 | Seay, Sharitye | 17-cv-04244 |
| 725 | Sebastian, Herbert | 17-cv-04355 |
| 726 | Sellers, Terrance | 17-cv-03610 |
| 727 | Sewell, Carolyn | 17-cv-04245 |
| 728 | Sewer, Misha | 17-cv-04581 |
| 729 | Shade, Twinella | 17-cv-04246 |
| 730 | Shannon, Tory | 17-cv-03611 |
| 731 | Shearon, Jr. Ronald Franklin | 17-cv-03155 |
| 732 | Shearon, Karla June | 17-cv-03155 |
| 733 | Shearon, Kenzie Joy | 17-cv-03155 |
| 734 | Shepard, Lori | 17-cv-04582 |
| 735 | Sherrod, Christopher | 17-cv-03410 |
| 736 | Siegel, Barton J | 13-cv-00768 |
| 737 | Simmons, Blake | 17-cv-04553 |
| 738 | Simmons, Gayla | 17-cv-04248 |
| 739 | Simmons, Kevin | 17-cv-04553 |
| 740 | Simmons, Kevin II | 17-cv-04553 |
| 741 | Simmons, Tony | 17-cv-04583 |
| 742 | Simon, Jamie Marie | 11-cv-01432 |
| 743 | Sketteno, Samuel Jr | 17-cv-04181 |
| 744 | Slaughter, Bobby | 17-cv-04584 |
| 745 | Sledge, Raymond | 17-cv-04249 |
| 746 | Smith, Cindy | 17-cv-04180 |
| 747 | Smith, LaJoy | 17-cv-04250 |
| 748 | Smith, Lee A. | 17-cv-04586 |
| 749 | Smith, Linda Trotter | 17-cv-04251 |
| 750 | Smith, Tyrone | 17-cv-04551 |
| 751 | Sonnier, Jason | 17-cv-04252 |
| 752 | Spencer, Rita | 17-cv-04253 |
| 753 | Spencer, Trellis | 17-cv-04254 |
| 754 | Sproat, Nancy Lee | 17-cv-04255 |
| 755 | Spurlock, Deedra | 17-cv-04256 |

913 Remaining B3 Plaintiffs with Materially Compliant PTO 66 Submissions - Alphabetical by Name

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 756 | St. Ann, John | 17-cv-04257 |
| 757 | Stallworth, Beste | 17-cv-04566 |
| 758 | Stallworth, Gloria | 17-cv-03411 |
| 759 | Stallworth, III, Ben | 17-cv-03612 |
| 760 | Stallworth, Josiah | 17-cv-04514 |
| 761 | Stallworth, Marlon | 17-cv-04183 |
| 762 | Stanton, Patrick | 17-cv-04258 |
| 763 | Steiner, Machelle F | 17-cv-03387 |
| 764 | Stennis, Ernest | 17-cv-04590 |
| 765 | Stephens Jr, Thomas | 17-cv-04520 |
| 766 | Stephens, Randi | 17-cv-04294 |
| 767 | Stephens, Sr., Thomas | 17-cv-04592 |
| 768 | Stepleton, Charles | 17-cv-04588 |
| 769 | Stewart, Alpenaton | 17-cv-04184 |
| 770 | Stewart, Elizabeth | 17-cv-04299 |
| 771 | Stewart, Jr., Lloyd | 17-cv-03613 |
| 772 | Stockstill, Damien | 17-cv-04400 |
| 773 | Stockstill, Daniel | 17-cv-04400 |
| 774 | Storey, Daniel | 17-cv-04593 |
| 775 | Stovall, Lambert | 17-cv-04640 |
| 776 | Strauss, Robert | 17-cv-03615 |
| 777 | Street, Carrington | 17-cv-04259 |
| 778 | Street, Corey | 17-cv-03619 |
| 779 | Street, Don | 17-cv-04300 |
| 780 | Street, Shadronica | 17-cv-04260 |
| 781 | Stricklin, Samhouston | 17-cv-04552 |
| 782 | Stubbs, Estate of Jesse | 17-cv-04261 |
| 783 | Summerall, Tara | 17-cv-04643 |
| 784 | Summers, Andrea | 17-cv-04262 |
| 785 | Sunseri, Anthony | 17-cv-04263 |
| 786 | Swaney, Julie | 17-cv-04186 |
| 787 | Swanier, Marqueda | 17-cv-04644 |
| 788 | Tabokka Chapman, Jr | 17-cv-04155 |
| 789 | Tate, Curtis | 17-cv-04264 |
| 790 | Taylor, Charles William | 17-cv-03222 |
| 791 | Taylor, Jeremy | 17-cv-04190 |
| 792 | Taylor, Kimberly | 17-cv-04603 |
| 793 | Taylor, Robert Vaughan | 17-cv-03201 |
| 794 | Taylor, Shana | 17-cv-04191 |
| 795 | Tebbs, Michael | 17-cv-04605 |
| 796 | Tebbs, Sheila | 17-cv-04606 |
| 797 | Terrebonne, Betty Ann | 17-cv-04549 |
| 798 | Terrebonne, Jr., Gary | 17-cv-04192 |
| 799 | Terrebonne, Sr., Gary | 17-cv-04549 |
| 800 | Thomas, Carlos | 17-cv-04608 |
| 801 | Thomas, David Jr. | 17-cv-04556 |
| 802 | Thomas, Kendrick | 17-cv-04195 |
| 803 | Thomas, Kennedy | 17-cv-04301 |
| 804 | Thomas, Lakesha on Behalf of the Estate of Jimmie Thomas | 17-cv-04547 |
| 805 | Thomas, Raymond | 17-cv-04595 |
| 806 | Thompson, Adonis | 17-cv-04198 |
| 807 | Thompson, Brian | 17-cv-04265 |
| 808 | Thompson, Christopher | 17-cv-04609 |
| 809 | Thompson, DeForrest | 17-cv-04611 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 810 | Thompson, Randy | 17-cv-04202 |
| 811 | Tickell, Rebecca Harrell | 17-cv-03169 |
| 812 | Timmons, Frances | 17-cv-04266 |
| 813 | Tobias, Warren | 17-cv-04613 |
| 814 | Toler, Juanita | 17-cv-04267 |
| 815 | Tolliver, Michael | 17-cv-04268 |
| 816 | Torres, Esmerelda | 17-cv-04204 |
| 817 | Townser, Frank N. III | 17-cv-04519 |
| 818 | Townser, Jr., Frank | 17-cv-04205 |
| 819 | Traylor Evans, Gabrielle | 17-cv-04302 |
| 820 | Treme, Josh | 17-cv-04269 |
| 821 | Triplett, Danny | 17-cv-04270 |
| 822 | Trotter, Marvin Kenneth | 17-cv-03621 |
| 823 | Troxler, Jr., Clifford | 17-cv-04207 |
| 824 | Turner, Gregory Scott | 17-cv-03225 |
| 825 | Turner, Judy A. | 17-cv-04614 |
| 826 | Turner, Michael | 17-cv-04210 |
| 827 | Turner, Michael Anthony | 17-cv-01035 |
| 828 | Turner, Tonie | 17-cv-04214 |
| 829 | Turner, Vickey | 17-cv-04616 |
| 830 | United States Environmental Services, LLC | 17-cv-03370 |
| 831 | United States Maritime Services, Inc. d/b/a United States Maritime Services, LLC | 17-cv-03382 17-cv-03388 |
| 832 | Upchurch, Amanda Johnson | 17-cv-03413 |
| 833 | Vaughan, Jeff R | 17-cv-03250 |
| 834 | Vaughan, Rochelle Avila | 17-cv-03250 |
| 835 | Vazquez, Jr., Eric | 17-cv-04617 |
| 836 | Veal, Ernest | 17-cv-04215 |
| 837 | Vickers, Michael Brandon | 13-cv-00456 |
| 838 | Vicknair, Rachel Rost | 17-cv-04517 |
| 839 | Villere, Jane | 17-cv-04217 |
| 840 | Waddell, Tyrell | 17-cv-04271 |
| 841 | Wade, James | 17-cv-04624 |
| 842 | Walker, Allen | 17-cv-03012 |
| 843 | Walker, Cynthia | 17-cv-04645 |
| 844 | Walker, Glynn | 17-cv-04645 |
| 845 | Walker, II, Rodney | 17-cv-04219 |
| 846 | Walker, Lisa | 17-cv-03622 |
| 847 | Walker, Roxanne | 17-cv-03012 |
| 848 | Wallce, Guy Hillyer | 13-cv-01039 |
| 849 | Walter, Shanavia | 17-cv-04273 |
| 850 | Ward, Jennifer | 17-cv-04220 |
| 851 | Ware, Mia | 17-cv-04221 |
| 852 | Warren, Larry D | 17-cv-04626 |
| 853 | Washington, Janel | 17-cv-04296 |
| 854 | Washington, Victoria | 17-cv-04297 |
| 855 | Watkins, Archie | 17-cv-04274 |
| 856 | Watson, Esther Marie | 16-cv-15259 |
| 857 | Watts, Derek | 17-cv-04627 |
| 858 | Watts, Jeremy | 17-cv-04298 |
| 859 | Waxman, David | 17-cv-04222 |
| 860 | Weathersby, Sherlyon | 17-cv-04295 |
| 861 | Weathersby, Terry | 17-cv-04275 |
| 862 | Webb, Dalisha | 17-cv-04223 |

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 863 | Webb, John | 17-cv-04276 |
| 864 | Wellington, Jada | 17-cv-04542 |
| 865 | Wellington, Janya | 17-cv-04542 |
| 866 | Wellington, Melissa | 17-cv-04542 |
| 867 | Wells, Rabell | 17-cv-04224 |
| 868 | Wensel, April | 17-cv-04225 |
| 869 | Wensel, Betsy | 17-cv-04629 |
| 870 | Wheaton, Don | 17-cv-04226 |
| 871 | White, Alexis | 17-cv-04227 |
| 872 | White, Rashawn | 17-cv-03623 |
| 873 | White, Ricardo | 17-cv-04229 |
| 874 | Whitfield, Chelsea | 17-cv-04230 |
| 875 | Whittiker, Timothy | 17-cv-04231 |
| 876 | Whittinghill, Clay | 10-cv-01984 |
| 877 | Wilcox, Dennis | 17-cv-04232 |
| 878 | Williams Jr., Herman | 17-cv-02675 |
| 879 | Williams, Angelinia | 17-cv-04632 |
| 880 | Williams, Armis | 17-cv-03414 |
| 881 | Williams, Ashley N | 13-cv-01041 |
| 882 | Williams, Auron | 17-cv-04633 |
| 883 | Williams, Charetta | 17-cv-04233 |
| 884 | Williams, Charles | 17-cv-04277 |
| 885 | Williams, Clarence | 17-cv-04234 |
| 886 | Williams, Darlene | 17-cv-03207 |
| 887 | Williams, Dawarren | 17-cv-04291 |
| 888 | Williams, Gregory | 17-cv-04306 |
| 889 | Williams, Holly | 17-cv-04307 |
| 890 | Williams, Jahnia | 17-cv-04634 |
| 891 | Williams, Jr., James | 17-cv-04235 |
| 892 | Williams, Kaneika Naylor | 17-cv-04636 |
| 893 | Williams, Pricilla | 17-cv-04660 |
| 894 | Williams, Rachel | 17-cv-03207 |
| 895 | Williams, Randy | 17-cv-04236 |
| 896 | Williams, Roy | 17-cv-04516 |
| 897 | Williams, Viola | 17-cv-04237 |
| 898 | Willis, Aaron | 17-cv-04597 |
| 899 | Wilson, Bernice | 17-cv-04239 |
| 900 | Wilson, Cossie | 17-cv-04659 |
| 901 | Wilson, Mark | 17-cv-04278 |
| 902 | Woodland, Antonio | 17-cv-04240 |
| 903 | Wright, Andre | 17-cv-04241 |
| 904 | Wunstell, John | 10-cv-02543 |
| 905 | Wynne, Gisele Reese | 17-cv-03230 |
| 906 | Wynne, Gregg Lawrence | 17-cv-03230 |
| 907 | Wynne, Marlee Addison | 17-cv-03230 |
| 908 | Wynne, Monette Renee | 17-cv-03230 |
| 909 | Wynne, Ranger Cade | 17-cv-03230 |
| 910 | Yarbrough, Daniel | 17-cv-04293 |
| 911 | Yarbrough, Rebecca | 17-cv-04292 |
| 912 | Yerkes III., Joseph E | 17-cv-03194 |
| 913 | Zayzay, Freddie | 17-cv-04637 |