UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *All Cases, Including All Cases in the B3 Pleading Bundle* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER
### [Scheduling Status Conference]

IT IS ORDERED that an in-court status conference is scheduled for <u>Wednesday, July 17, 2019 at 9:30 a.m.</u> The primary purpose of the status conference is to discuss the remaining cases in the B3 pleading bundle.[1]

Counsel for BP is required to attend.

An attorney from Nexsen Pruet, LLC who is knowledgeable about that firm's B3 cases is required to attend.

An attorney from Frank J. D'Amico, Jr., APLC who is knowledgeable about that firm's B3 cases is required to attend.

An attorney from the Downs Law Group, PA who is knowledgeable about that firm's B3 cases is required to attend.

---

[1] See the Updated PTO 66 Compliance List, which issued simultaneously with this Order and lists B3 plaintiffs who have been deemed materially compliant with PTO 66. Additionally, the Court has issued two other orders on this date addressing six cases (Nos. 13-01802, 13-01822, 13-02879, 18-13924, 18-13926, 18-13928) in the B3 bundle that are not presently compliant with PTO 66 or PTO 63.

Any other counsel (or party if unrepresented) in a B3 case is invited to attend.

The Court ORDERS that by no later than <u>Wednesday, July 10, 2019</u>, BP's counsel and Nexsen Pruet, LLC shall meet and confer (via telephone conference) regarding Nexsen Pruet's B3 cases.

The Court instructs the parties to submit proposals regarding future case management and/or procedures for the B3 bundle. These should include suggestions for moving these cases toward ultimate resolution. Any proposals shall be filed with the Court by no later than <u>Friday, July 12, 2019</u>.

The status conference may also discuss miscellaneous (non-B1 bundle, non-B3 bundle, non-BELO) cases pending in the MDL. BP should be prepared to report on any miscellaneous cases during the status conference.

Any party in the MDL may propose additional topics for the status conference agenda. Such proposed additional topics shall be filed with the Court by no later than <u>Friday, July 12, 2019</u>.

New Orleans, Louisiana, this 26th day of June, 2019.

_____
United States District Judge