UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Nos. 13-01802, 13-01822, 13-02879* | * | **MAG. JUDGE WILKINSON** |
| | * | |

# ORDER

This Court previously dismissed case nos. 13-01802 (DeAgano, et al.), 13-01822 (Wood, et al.), 13-02879 (Bryant, et al.) for failure to comply with Pretrial Order No. 63 ("PTO 63," Rec. Doc. 22295). (*See* Rec. Docs. 23047-2, 23735). The Court of Appeals reversed and remanded the cases for further proceedings consistent with its opinion. *In Re: Deepwater Horizon*, 922 F.3d 660 (5th Cir. 2019).[1] Accordingly,

**IT IS ORDERED** that the Clerk shall **RE-OPEN** case nos. 13-01802 (DeAgano, et al.), 13-01822 (Wood, et al.), 13-02879 (Bryant, et al.).

Furthermore, these plaintiffs need to be brought into full compliance with PTO 63 (Rec. Doc. 22295) and PTO 66 (Rec. Doc. 24282).[2] Accordingly,

---

[1] The Court of Appeals' opinion appears in the record of this matter at Rec. Doc. 25637.
[2] PTO 66 issued on April 8, 2018, while plaintiffs' cases were on appeal. Like PTO 63, PTO 66 applies to all cases in the B3 bundle.

**IT IS ORDERED** that by no later than July 16, 2019:

1. Richard Woods (No. 13-01822), John Burrus (No. 13-01822), Sarah Graham (No. 13-1822), Max Murray, (No. 13-01822), and Keith Keaghey (No. 13-01802) shall file individual complaints in compliance with PTO 63.

2. Kimberley DeAgano, Kimberley DeAgano o/b/o Dereck J. DeAgano, and Ted DeAgano, Jr, (No. 13-01802) shall amend their existing complaint to dismiss the claim of Keith Keaghey.

3. James Bryant (No. 13-02879), Henry Jenkins (No. 13-02879), Steven Burke (No. 13-2879), Willie Richardson (No. 13-02879), Nathan S. Southern (No. 13-02879), Marion G. Barefoot (No. 13-02879), Baron Buskell (No. 13-02879), Johnnie Clopton (No. 13-02879), and Tommy Tripp (No. 13-02879) shall file individual complaints in compliance with PTO 63.

4. The above plaintiffs ("Plaintiffs") shall attach to their newly-filed complaints (a) their previously-filed PTO 63 Sworn Statements and (b) a copy of this Order.

5. The Plaintiffs shall complete, sign, and serve the Particularized Statement of Claim (Exhibit A to PTO 66) on counsel for BP. Plaintiffs' counsel shall contact Kris Ritter or Chris Keegan with Kirkland & Ellis LLP regarding the preferred method for serving the Particularized Statement of Claim on counsel for BP.

**Failure to comply with this Order may result in dismissal with prejudice.**

In a separate order issued today, the Court has scheduled a status conference for July 17, 2019 at 9:30 a.m. to discuss all remaining cases in the B3 pleading bundle. Counsel for Plaintiffs (Frank J. D'Amico, Jr., APLC) and BP are required to attend. During the status conference, BP's counsel shall report to the Court whether Plaintiffs have complied with this Order.

New Orleans, Louisiana, this 26th day of June, 2019.

_____
United States District Judge

**Note to Clerk: Because this order re-opens member case Nos. 13-01802, 13-01822, and 13-02879, file a copy in Nos. 13-01802, 13-01822, and 13-02879, as well as in the master case, No. 10-md-2179.**