# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION J<br><br>Sub Case No. 2:13-cv-00963-CJB-JCW |
| This Document Relates to: | § § | JUDGE BARBIER |
| Chad Blanchard | § § | |
| v. | § § | |
| BP Production & Production Inc., et al. | § | MAG. JUDGE WILKINSON |

## **ORDER**

The Court has considered the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff, Chad Blanchard, requesting that the Court dismiss with prejudice the above-captioned case.

**IT IS HEREBY ORDERED** that the above-captioned case be and the same is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

New Orleans, Louisiana this 26th day of June, 2019.

_____
United States District Judge