## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater** | * | **MDL No. 2179** |
| **Horizon" in the Gulf of Mexico,** | * | |
| **On April 20, 2010** | * | **Section: J** |
| | * | |
| **This filing relates to:** | * | **District Judge Carl J. Barbier** |
| *15-4143, 15-4146 & 15-4654* | * | |
| | * | **Chief Magistrate Judge** |
| | * | **Joseph Wilkinson** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER APPROVING SETTLEMENT OF HESI AND TRANSOCEAN PUNITIVE DAMAGES CLAIM

Now before the Court is the Joint Motion for Approval of Claim Under the HESI and Transocean Settlement Agreements by the representative of JOHN MCCANTS, a Deceased Claimant ("Claimant") and the HESI and Transocean Punitive Damages and Assigned Claims Settlements Old and New Class Claims Administrators ("Claims Administrators").

The Court makes the following findings:

1.     The Claimant's claim was submitted to the Claims Administrators by GEORGIA G. MCCANTS ("Claimant's Representative"), who has certified that he or she is fully authorized to bring the claim and to resolve it and execute a Release on behalf of the Claimant and all other persons who may claim any damages by or through any relationship with the Claimant ("Derivative Claimants").

2.     The Claims Administrator(s) have reviewed the Claimant's claim in accordance with the Court-approved New Class Distribution Model ("Settlement Agreement") and has calculated the award amount ("Award Amount") as payable on such claim.

3.     Claimant's Representative has accepted the Award Amount as the full resolution of Claimant's claim.

Accordingly, the foregoing Motion is GRANTED AND IT IS HEREBY ORDERED AND

DECLARED THAT:

      1.     The settlement of Claimant's claim for the Award Amount is approved as

fair, reasonable and adequate.

      2.     The Claims Administrator shall pay the Award Amount to Claimant's

Representative.

      3.     Claimant's Representative shall distribute such funds in accordance with

applicable state law.

      4.     The Release is fully binding on the Claimant and all Derivative Claimants of

the Claimant.

      5.     Any future settlements and payments on claims on behalf of Claimant made

in accordance with the Settlement Agreement are approved as fair, reasonable and adequate.   The

Claims Administrator(s) shall issue payment on such claims to Claimant's Representative (or such

other person who has certified to the Claims Administrator(s) that he or she has authority to act as

the Claimant's representative at such time), and such representative shall distribute such funds in

accordance with applicable state law.

New Orleans, Louisiana this 26th day of June, 2019.

_____
            United States District Judge