**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Applies to: 12-cv-968: BELO | |

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 18-09723 | 18-11072 | 18-11695 | 18-12478 | 18-13593 | 18-13967 |
| 18-10429 | 18-11076 | 18-11703 | 18-12480 | 18-13594 | 18-13968 |
| 18-10509 | 18-11077 | 18-11704 | 18-12484 | 18-13610 | 18-13969 |
| 18-10517 | 18-11183 | 18-11708 | 18-12486 | 18-13621 | 18-13972 |
| 18-10519 | 18-11185 | 18-11710 | 18-12487 | 18-13626 | 18-13973 |
| 18-10521 | 18-11189 | 18-11711 | 18-12490 | 18-13685 | 18-13977 |
| 18-10562 | 18-11196 | 18-11712 | 18-12493 | 18-13688 | 18-13980 |
| 18-10573 | 18-11198 | 18-11713 | 18-12495 | 18-13689 | 18-13983 |
| 18-10575 | 18-11206 | 18-11719 | 18-12497 | 18-13694 | 18-13994 |
| 18-10578 | 18-11207 | 18-11720 | 18-12501 | 18-13699 | 18-13999 |
| 18-10625 | 18-11267 | 18-11721 | 18-12503 | 18-13700 | 18-14004 |
| 18-10635 | 18-11268 | 18-11778 | 18-12511 | 18-13708 | 18-14006 |
| 18-10643 | 18-11270 | 18-11781 | 18-12512 | 18-13711 | 18-14007 |
| 18-10645 | 18-11271 | 18-11785 | 18-12514 | 18-13712 | 18-14021 |
| 18-10648 | 18-11272 | 18-11793 | 18-12680 | 18-13716 | 18-14022 |
| 18-10685 | 18-11273 | 18-11843 | 18-12682 | 18-13718 | 18-14027 |
| 18-10699 | 18-11283 | 18-11847 | 18-12683 | 18-13749 | 18-14029 |
| 18-10707 | 18-11288 | 18-11856 | 18-12684 | 18-13790 | 18-14030 |
| 18-10711 | 18-11290 | 18-11857 | 18-12685 | 18-13797 | 18-14031 |
| 18-10713 | 18-11377 | 18-11863 | 18-12686 | 18-13799 | 18-14033 |
| 18-10743 | 18-11380 | 18-11865 | 18-12689 | 18-13803 | 18-14050 |
| 18-10755 | 18-11396 | 18-12041 | 18-12691 | 18-13806 | 18-14053 |
| 18-10773 | 18-11408 | 18-12082 | 18-12695 | 18-13811 | 18-14056 |
| 18-10780 | 18-11410 | 18-12085 | 18-12700 | 18-13814 | 18-14058 |
| 18-10782 | 18-11416 | 18-12097 | 18-12745 | 18-13818 | 18-14060 |
| 18-10787 | 18-11417 | 18-12104 | 18-12750 | 18-13823 | 18-14063 |
| 18-10789 | 18-11421 | 18-12166 | 18-12753 | 18-13867 | 18-14095 |
| 18-10846 | 18-11422 | 18-12168 | 18-12776 | 18-13875 | 18-14097 |
| 18-10851 | 18-11502 | 18-12169 | 18-12778 | 18-13876 | 18-14098 |
| 18-10916 | 18-11506 | 18-12191 | 18-12805 | 18-13881 | 18-14099 |
| 18-10937 | 18-11510 | 18-12193 | 18-12815 | 18-13882 | 18-14102 |

| | | | | | |
|---|---|---|---|---|---|
| 18-10975 | 18-11516 | 18-12195 | 18-12832 | 18-13883 | 18-14103 |
| 18-10980 | 18-11518 | 18-12197 | 18-12833 | 18-13887 | 18-14104 |
| 18-10988 | 18-11529 | 18-12203 | 18-12834 | 18-13888 | 18-14105 |
| 18-10998 | 18-11530 | 18-12206 | 18-13481 | 18-13906 | 18-14106 |
| 18-11001 | 18-11537 | 18-12212 | 18-13485 | 18-13907 | 18-14151 |
| 18-11004 | 18-11597 | 18-12303 | 18-13486 | 18-13908 | 18-14152 |
| 18-11005 | 18-11600 | 18-12305 | 18-13490 | 18-13916 | 18-14153 |
| 18-11008 | 18-11606 | 18-12308 | 18-13494 | 18-13918 | 18-14154 |
| 18-11030 | 18-11610 | 18-12315 | 18-13499 | 18-13960 | 18-14159 |
| 18-11031 | 18-11619 | 18-12317 | 18-13502 | 18-13961 | 18-14161 |
| 18-11049 | 18-11622 | 18-12343 | 18-13582 | 18-13963 | 18-14165 |
| 18-11051 | 18-11623 | 18-12359 | 18-13583 | 18-13964 | 18-14169 |
| 18-11069 | 18-11624 | 18-12364 | 18-13587 | 18-13965 | 18-14173 |
| 18-11071 | 18-11625 | 18-12368 | 18-13591 | 18-13966 | 18-14174 |

**THE BP PARTIES' RESPONSE TO JUNE 18, 2019**
**NOTICE OF COMPLIANCE WITH ORDER TO SHOW CAUSE**

On June 4, 2019, the Court issued an Order to Show Cause with respect to 277 BELO Plaintiffs ("Show Cause Order," Rec. Doc. 25698). The Plaintiffs subject to the Show Cause Order had failed to provide full and complete initial disclosures by the initial 90-day deadline set by BELO Case Management Order No. 1, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. The Court ordered counsel for the 277 plaintiffs identified in the Show Cause Order to appear at a Show Cause Hearing on Wednesday, June 19, 2019, and show cause why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). The Court further ordered that plaintiffs' counsel could file a written response, if desired, provided that such response was filed no later than Monday, June 17, 2019, by 5 PM CDT.

The Nations Law Firm ("Nations") represents 270 Plaintiffs identified in the Order to Show Cause. On the evening before the June 19, 2019 Show Cause Hearing, Nations filed a Notice of Compliance With Order to Show Cause ("Notice of Compliance," Rec. Doc. 25734),

2

and provided counsel for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") with a copy of the Notice of Compliance at the hearing. The Notice of Compliance listed Plaintiffs whose initial disclosures were submitted by mail to counsel for the BP Parties as late as June 18, 2019, and had not yet been received by counsel for the BP Parties by the time of the Show Cause Hearing.

Pursuant to the Court's Minute Order from the June 19, 2019 Show Cause and Motions Hearing (Rec. Doc. 25737), the BP Parties respectfully submit the foregoing Response to Nations' Notice of Compliance. This Response reflects the status of initial disclosures received by counsel for the BP Parties as of June 26, 2019.

### I. Plaintiffs Listed on Notice of Compliance with Order to Show Cause

The Notice of Compliance lists 55 Nations Plaintiffs who have purportedly provided "full and complete disclosures to Defendants." Rec. Doc. 25745, at 1. The BP Parties agree that the following 54 Plaintiffs have submitted full and complete initial disclosures and that the Show Cause Order has been satisfied with respect to the following plaintiffs:

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 11[1] | 18-10578 | Ochello, Louis Joseph | The Nations Law Firm |
| 13 | 18-10635 | Lajaunie, Wallace Charles | The Nations Law Firm |
| 15 | 18-10645 | Weber, Jennifer Mae | The Nations Law Firm |
| 20 | 18-10711 | Guillory, Andy Steven | The Nations Law Firm |
| 23 | 18-10755 | Hamilton, Adron Lamont | The Nations Law Firm |
| 42 | 18-11031 | Baker, Kermit III | The Nations Law Firm |
| 44 | 18-11051 | Bunch, Gregory Thomas | The Nations Law Firm |
| 49 | 18-11077 | Cotton, Zachary | The Nations Law Firm |
| 53 | 18-11196 | Hicks III, William Thomas | The Nations Law Firm |
| 54 | 18-11198 | Holmes, Demitrick Christopher | The Nations Law Firm |
| 58 | 18-11268 | Garcia, Paul Anthony | The Nations Law Firm |
| 69 | 18-11408 | Moffett, Cedric Antonia | The Nations Law Firm |

---

[1] This chart, and all other charts included in this Response, incorporates the numbering of the Plaintiffs from the Show-Cause Order.

3

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|-----|-------------------|---------------|-------------------------|
| 72  | 18-11417 | Nguyen, Hung Minh | The Nations Law Firm |
| 85  | 18-11606 | Slack, Robert William Jr. | The Nations Law Firm |
| 87  | 18-11619 | Taylor, Christopher Raymond | The Nations Law Firm |
| 117 | 18-12085 | Odom, Travis Santel | The Nations Law Firm |
| 125 | 18-12195 | Seliby, William Edward, III | The Nations Law Firm |
| 127 | 18-12203 | Taillon, Megan Marie | The Nations Law Firm |
| 138 | 18-12368 | Taylor, Thomas Edward | The Nations Law Firm |
| 149 | 18-12501 | Fitzhugh, David Leon | The Nations Law Firm |
| 151 | 18-12511 | Stevenson, Alyce Rebecca | The Nations Law Firm |
| 155 | 18-12682 | Goff, Wayne Everette | The Nations Law Firm |
| 158 | 18-12685 | Hall, Donnie Eugene | The Nations Law Firm |
| 160 | 18-12689 | Hinton, Sidney Wayne | The Nations Law Firm |
| 163 | 18-12700 | Tran, Dave Dat | The Nations Law Firm |
| 166 | 18-12753 | Jarrett, Larry Jerome | The Nations Law Firm |
| 170 | 18-12815 | Quach, Richard | The Nations Law Firm |
| 172 | 18-12833 | Webb, Kelly Laveron Jr. | The Nations Law Firm |
| 174 | 18-13481 | Leashore, Kendera Patrice | The Nations Law Firm |
| 184 | 18-13591 | Austin, Jacob Raynard | The Nations Law Firm |
| 186 | 18-13594 | Banken, Tanea Leilani | The Nations Law Firm |
| 187 | 18-13610 | Pettis, Jimmy Lee | The Nations Law Firm |
| 189 | 18-13626 | Parker, Jonathan Jude | The Nations Law Firm |
| 190 | 18-13685 | Berzett, Arsenio Tyrell | The Nations Law Firm |
| 195 | 18-13700 | Bush, Michael Jerome | The Nations Law Firm |
| 199 | 18-13716 | Van Ngo, Chuong | The Nations Law Firm |
| 203 | 18-13797 | Chav, Saran | The Nations Law Firm |
| 205 | 18-13803 | Colley, Brittany Nicole | The Nations Law Firm |
| 208 | 18-13814 | Payton, Reginald Rene | The Nations Law Firm |
| 210 | 18-13823 | Sharit, Christina Ann | The Nations Law Firm |
| 214 | 18-13881 | Cheramie, Anthony Paul | The Nations Law Firm |
| 220 | 18-13907 | Fanguy, Michael James | The Nations Law Firm |
| 224 | 18-13960 | Harris, Curtis Frederick | The Nations Law Firm |
| 226 | 18-13963 | Hayes, Ralph Eugene | The Nations Law Firm |
| 228 | 18-13965 | Hobby, Karen Kay | The Nations Law Firm |
| 230 | 18-13967 | James, Steven Lorenzo | The Nations Law Firm |
| 235 | 18-13977 | Mills, Kenyetta Renea | The Nations Law Firm |
| 236 | 18-13980 | Nguyen, Len Van | The Nations Law Firm |
| 238 | 18-13994 | Helmer, Jordon Lee | The Nations Law Firm |
| 240 | 18-14004 | Nicholson, James Anthony | The Nations Law Firm |
| 245 | 18-14027 | Sorey, Arthur Bernard | The Nations Law Firm |
| 251 | 18-14053 | Cameron, Jamond Le'Jean | The Nations Law Firm |
| 257 | 18-14097 | Christmas, Larry Darnell, Jr. | The Nations Law Firm |
| 269 | 18-14153 | Harris, Bernard Allen | The Nations Law Firm |

The following Plaintiff (Kelvin Demond Warren) is listed on the Notice of Compliance, but has not yet provided full and complete initial disclosures. Nations has represented to counsel for the BP Parties that it is in touch with this plaintiff and has sent the missing pages from the Plaintiff Profile Form to the plaintiff for signature.

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 14 | 18-10643 | Warren, Kelvin Demond | The Nations Law Firm | The PPF received on June 14, 2019 is missing pages |

## II. Additional Plaintiffs With Full and Complete Initial Disclosures

The BP Parties hereby notify the Court that the following Plaintiffs subject to the Show Cause Order have provided full and complete initial disclosures since the June 19, 2019, Show Cause Hearing:

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
|-----|---------------|-----------|---------------------|
| 4   | 18-10509 | Fountain, Vernon Terell | The Nations Law Firm |
| 18  | 18-10699 | Taite, Ruby Rocelle | The Nations Law Firm |
| 26  | 18-10782 | Jackson, Torey Durrell | The Nations Law Firm |
| 68  | 18-11396 | Lathrop, Thomas Joseph | The Nations Law Firm |
| 70  | 18-11410 | Motes, Jeffry Lee | The Nations Law Firm |
| 90  | 18-11624 | Tran, Phan Van | The Nations Law Firm |
| 97  | 18-11711 | Jones, Cory Thomas | The Nations Law Firm |
| 98  | 18-11712 | Lee, Lindsey | The Nations Law Firm |
| 101 | 18-11720 | Wells, Yolanda Yvette | The Nations Law Firm |
| 102 | 18-11721 | Williams, Erika Latressa | The Nations Law Firm |
| 123 | 18-12191 | Blackston, Dannie Bernard | The Nations Law Firm |
| 131 | 18-12305 | Clark, Donnie Lee | The Nations Law Firm |
| 150 | 18-12503 | Russell, Richard Lafayette | The Nations Law Firm |
| 177 | 18-13490 | McNair, Algernon Aundra | The Nations Law Firm |
| 246 | 18-14029 | Strickland, Ramelle Fitzgerald | The Nations Law Firm |
| 254 | 18-14060 | Chadwick, Charles Christopher | The Nations Law Firm |
| 263 | 18-14105 | Fitch, William Randolph III | The Nations Law Firm |

## III. Remaining Nations Plaintiffs Subject to Show-Cause Order

Nations informed counsel for the BP Parties via email on June 25 that it had mailed the Plaintiff Profile Form and authorizations for the Plaintiff listed below to counsel for the BP

Parties; however, the BP Parties have not yet received these materials as of the filing of this Response.

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|-----|-------------------|---------------|-------------------------|
| 244 | 18-14022 | Schulte, Joseph Charles Jr. | The Nations Law Firm |

The following 197 Nations Plaintiffs from the Show Cause Order have not submitted full and complete initial disclosures as of the filing of this Response, and the Court should dismiss their cases with prejudice. The initial disclosures for each of the plaintiffs identified below were originally due between January 16–March 21, 2019, and after failing to comply with that deadline, these plaintiffs were granted an extension of time until May 1, 2019 to provide full and complete initial disclosures. These plaintiffs have failed to provide full and complete disclosures despite the fact that it has been almost two months since the *extended* deadline of May 1, 2019 for them to do so. There is no basis to grant these plaintiffs an additional extension of time to provide initial disclosures, and the Court should dismiss their cases with prejudice.

|   | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|---|-------------------|---------------|--------------------------|----------------|
| 1 | 18-09723 | Robin, Jr., Chris Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 3 | 18-10429 | Hickenbotham, Jerome | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 5 | 18-10517 | McCall, Jarvis Kentrell | The Nations Law Firm | Missing signed PPF and authorizations |
| 6 | 18-10519 | Merrill, Robert Kirk | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 7 | 18-10521 | Pham, Hiep Anh | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 8  | 18-10562 | Danos, Brent James | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 9  | 18-10573 | Graveley, Thomas Jesus III | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 10 | 18-10575 | Jones, Micah Timothy | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 12 | 18-10625 | Williams, Hasson Ha'kium | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 16 | 18-10648 | Heath, Crystie Danielle | The Nations Law Firm | Missing signed PPF and authorizations |
| 17 | 18-10685 | Downs, Justin Blaine | The Nations Law Firm | Missing signed PPF and authorizations |
| 19 | 18-10707 | Florent Sr., EdwinTyrone | The Nations Law Firm | Missing signed PPF and authorizations |
| 21 | 18-10713 | Haley, Michael Dwain | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 22 | 18-10743 | Dickinson, Gregory Darnell | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 24 | 18-10773 | Hicks, Joshua Kendell | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 25 | 18-10780 | Hooks, Roger Joseph Jr. | The Nations Law Firm | Missing signed PPF and authorizations |
| 27 | 18-10787 | King, Anthony Wayne | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
|    |               |           |                     | and pasted; PPF also lacks substantive responses |
| 28 | 18-10789 | Keegan, Thomas William IV | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 29 | 18-10846 | Powell, Ronnie Aaron | The Nations Law Firm | Missing signed PPF and authorizations |
| 30 | 18-10851 | Santiny, Joshua Daniel | The Nations Law Firm | Missing signed PPF and authorizations |
| 31 | 18-10916 | Kumm, Matthias | The Nations Law Firm | Missing signed PPF and authorizations |
| 32 | 18-10937 | Thomas, Paul Christopher | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 33 | 18-10975 | Barthelemy, Myron Francis | The Nations Law Firm | Missing signed PPF and authorizations |
| 34 | 18-10980 | Billiot, Corey Joseph | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 35 | 18-10988 | Billiot, Risha Marie | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 36 | 18-10998 | Booker, Antoine Vonche | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 37 | 18-11001 | Smith, Rhonda Nashovia | The Nations Law Firm | Missing signed PPF and authorizations |
| 38 | 18-11004 | Spencer, Kevin Dwayne | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 39 | 18-11005 | Wallace, Nolan Ryan | The Nations Law Firm | Missing signed PPF and authorizations |
| 40 | 18-11008 | Watkins, Carl Marshuan | The Nations Law Firm | Missing signed PPF and authorizations |
| 41 | 18-11030 | Ashcraft, Larry | The Nations Law Firm | Missing signed PPF and authorizations |
| 43 | 18-11049 | Buford, Orlando Romon | The Nations Law Firm | Missing signed PPF and authorizations |

|    | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|----|----|----|----|----|
| 45 | 18-11069 | Carbajal, Max Emiliano | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 46 | 18-11071 | Celestin, Joshua Kindall | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 47 | 18-11072 | Chaisson, Amber Nicole | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 48 | 18-11076 | Coon, Toren Martel | The Nations Law Firm | Missing signed PPF and authorizations |
| 50 | 18-11183 | Diaz, Donald Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 51 | 18-11185 | Douglas, Michael | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 52 | 18-11189 | Glamuzina, Josip Ante | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 55 | 18-11206 | Labiche, Carl Bryant | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 56 | 18-11207 | Sartain, Lee Edgar | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 57 | 18-11267 | Dragobratovich, Kristofer Mark | The Nations Law Firm | Missing signed PPF and authorizations |
| 59 | 18-11270 | Hill, Jason Daniel | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 60 | 18-11271 | Ho, Hung Van | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 61 | 18-11272 | House, Jerome Jermaine | The Nations Law Firm | Missing signed PPF and authorizations; PPF |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
|    |               |           |                     | also lacks substantive responses |
| 62 | 18-11273 | Irby, Tracy Stein | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 63 | 18-11283 | McDuff, Gary Bruce | The Nations Law Firm | Missing signed PPF and authorizations |
| 64 | 18-11288 | Melerine, Nathan James | The Nations Law Firm | Missing signed PPF and authorizations |
| 65 | 18-11290 | Morgan, Jr., Danny Lenroy | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 66 | 18-11377 | Johnston, Michael Sean | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 67 | 18-11380 | Danos, Tara Ann | The Nations Law Firm | Missing signed PPF and authorizations |
| 71 | 18-11416 | Nguyen, Christina Phuong | The Nations Law Firm | Missing signed PPF and authorizations |
| 73 | 18-11421 | Nguyen, Thoi Huu | The Nations Law Firm | Missing signed PPF and authorizations |
| 74 | 18-11422 | Nichols, Willie Dewayne | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 75 | 18-11502 | Nix, Alfreda Juawanna | The Nations Law Firm | Missing signed PPF and authorizations |
| 76 | 18-11506 | Palmisano, Darin James | The Nations Law Firm | Missing signed PPF and authorizations |
| 77 | 18-11510 | Paternostro II, Stephen Michae | The Nations Law Firm | Missing signed PPF and authorizations |
| 78 | 18-11516 | Powell, Pleashetta | The Nations Law Firm | Missing signed PPF and authorizations |
| 79 | 18-11518 | Prejean, Dennis Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 80 | 18-11529 | Ramond, Jeremie Charles | The Nations Law Firm | Missing signed PPF and authorizations |
| 81 | 18-11530 | Reese, Renaldo Emanuel | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |

10

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 82 | 18-11537 | Riley Jr., Carl Blake | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 83 | 18-11597 | Buras Sr., Chad Michael | The Nations Law Firm | Missing signed PPF and authorizations |
| 84 | 18-11600 | Champagne, David John | The Nations Law Firm | Failure to provide proof that signatory is authorized representative |
| 86 | 18-11610 | Stamant, Bryan Paul | The Nations Law Firm | Missing signed PPF and authorizations |
| 88 | 18-11622 | Toups Jr., Ronnie Joseph | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 89 | 18-11623 | Tran, Dinh Ngoc | The Nations Law Firm | Missing signed PPF and authorizations |
| 91 | 18-11625 | Tran, Se Thi | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 92 | 18-11695 | Treadaway, Alex Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 93 | 18-11703 | Willyard Jr., Donald Rae | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 94 | 18-11704 | Wolf, Jason Everett | The Nations Law Firm | Missing signed PPF and authorizations |
| 95 | 18-11708 | Hall, Gary Dwight | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted; PPF also lacks substantive responses |
| 96 | 18-11710 | Johnson, Lakeada Sherrel | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 99 | 18-11713 | McDonald, Deidra D'Angela Myers | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 100 | 18-11719 | Weaver, Gregory Darren | The Nations Law Firm | Missing signed PPF and authorizations |
| 103 | 18-11778 | Chiodo, Anthony Paul III | The Nations Law Firm | Missing signed PPF and authorizations |
| 104 | 18-11781 | Copeland, George | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 105 | 18-11785 | Cotton, Yolanda Patricia | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 106 | 18-11793 | Crocker, William Ray | The Nations Law Firm | Missing signed PPF and authorizations |
| 108 | 18-11843 | Guidry, Harris Joseph | The Nations Law Firm | Missing signed PPF and authorizations |
| 109 | 18-11847 | Hobdy, Robert John | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 110 | 18-11856 | Johnson, Demarcus Deandre | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 111 | 18-11857 | Jones, Jeremy Timajo | The Nations Law Firm | Missing signed PPF and authorizations |
| 112 | 18-11863 | Norwood, Jeffrey Allen | The Nations Law Firm | Missing signed PPF and authorizations |
| 113 | 18-11865 | Billiot, Ryan A | The Nations Law Firm | Missing signed PPF and authorizations |
| 115 | 18-12041 | Jordan, Kehinde Tranell | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 116 | 18-12082 | Phimavong, Vorasing Joe | The Nations Law Firm | Missing signed PPF and authorizations; PPF also lacks substantive responses |
| 118 | 18-12097 | Kinsey, Samuel Eugene | The Nations Law Firm | Missing signed PPF and authorizations |
| 119 | 18-12104 | Matthews, Walter Paul | The Nations Law Firm | Missing signed PPF and authorizations |
| 120 | 18-12166 | Alder, Keith George | The Nations Law Firm | No production |
| 121 | 18-12168 | Ancar, Richard Kenneth | The Nations Law Firm | No production |

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
| --- | --- | --- | --- | --- |
| 122 | 18-12169 | Anderson, Ivory | The Nations Law Firm | No production |
| 124 | 18-12193 | Ruffins, Jerome Devin | The Nations Law Firm | No production |
| 126 | 18-12197 | Smith, Barry Donavan | The Nations Law Firm | No production |
| 128 | 18-12206 | Tracy, Jon Richard | The Nations Law Firm | No production |
| 129 | 18-12212 | Witherspoon, Demarcus James | The Nations Law Firm | No production |
| 130 | 18-12303 | Carson, Kawatues Markwette | The Nations Law Firm | No production |
| 132 | 18-12308 | Colston, Laneesha Anjanetta | The Nations Law Firm | No production |
| 133 | 18-12315 | Talton, Stafford Dewayne | The Nations Law Firm | No production |
| 134 | 18-12317 | Waite, Eleanor Noel | The Nations Law Firm | No production |
| 135 | 18-12343 | Bihlear, Eddie | The Nations Law Firm | No production |
| 136 | 18-12359 | Bradberry, Bobby Lynn | The Nations Law Firm | No production |
| 137 | 18-12364 | Chiodo, Anthony Paul Jr. | The Nations Law Firm | No production |
| 140 | 18-12478 | Brown, Iranikia Lashawn | The Nations Law Firm | No production |
| 141 | 18-12480 | Cannon, Martin Houston | The Nations Law Firm | No production |
| 142 | 18-12484 | Brown, Mario Catrell | The Nations Law Firm | No production |
| 143 | 18-12486 | Bryant, Tony Lamar | The Nations Law Firm | Missing signed PPF |
| 144 | 18-12487 | Butler, Eddie David | The Nations Law Firm | No production |
| 145 | 18-12490 | Cotton, Oliver, Jr. | The Nations Law Firm | No production |
| 146 | 18-12493 | Courtney, John Bart | The Nations Law Firm | No production |
| 147 | 18-12495 | Cox, Charles Leslie | The Nations Law Firm | No production |
| 148 | 18-12497 | Delle, Jeffery Lawrence | The Nations Law Firm | No production |
| 152 | 18-12512 | Tanner, Cherrish Michelle | The Nations Law Firm | No production |

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|-----|-------------------|---------------|-------------------------|----------------|
| 153 | 18-12514 | Tellez, Jairo Velandia | The Nations Law Firm | No production |
| 154 | 18-12680 | Gibbs, Rochelle Renne | The Nations Law Firm | No production |
| 156 | 18-12683 | Griffith, Vern Allan | The Nations Law Firm | No production |
| 157 | 18-12684 | Grinstead, Michael Anthony | The Nations Law Firm | No production |
| 159 | 18-12686 | Helton, Jeffery Stephen | The Nations Law Firm | No production |
| 161 | 18-12691 | Richardson, Angela Latongia | The Nations Law Firm | No production |
| 162 | 18-12695 | Roberts, Romeo Casanova | The Nations Law Firm | No production |
| 164 | 18-12745 | Hutchins, Shelton Deon | The Nations Law Firm | No production |
| 165 | 18-12750 | Jackson, Joshua Derek | The Nations Law Firm | No production |
| 167 | 18-12776 | Jones, Emile Carnell | The Nations Law Firm | No production |
| 168 | 18-12778 | Jones, Ronald Lester Jr. | The Nations Law Firm | No production |
| 169 | 18-12805 | Kates, Michael Dietrick | The Nations Law Firm | No production |
| 171 | 18-12832 | Thomson, Anthony McNair | The Nations Law Firm | No Production |
| 173 | 18-12834 | Williams, Kimberly Denise | The Nations Law Firm | No production |
| 175 | 18-13485 | Martin, Peter Maurice Jr | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 176 | 18-13486 | Mathis, Corey Collins | The Nations Law Firm | No production |
| 178 | 18-13494 | McNeeley, Larry Cheyenne | The Nations Law Firm | No production |
| 179 | 18-13499 | Moore, Johnnie Earl | The Nations Law Firm | No production |
| 180 | 18-13502 | Nance, Norma Jean | The Nations Law Firm | No production |
| 181 | 18-13582 | Abner-Nicholson, Janice Anastasia | The Nations Law Firm | No production |

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|-----|---------------|-----------|---------------------|------------|
| 182 | 18-13583 | Aguilar, Hector | The Nations Law Firm | No production |
| 183 | 18-13587 | Ally, Ashton Anthony | The Nations Law Firm | No production |
| 185 | 18-13593 | Baldwin, Stevie George, Sr. | The Nations Law Firm | No production |
| 188 | 18-13621 | Porter, Rapier Ely | The Nations Law Firm | No production |
| 191 | 18-13688 | Blanchard, Randolph J. IV | The Nations Law Firm | No production |
| 192 | 18-13689 | Bourgeois, Joshua Demond | The Nations Law Firm | No production |
| 193 | 18-13694 | Brooks, Gwendolyn Faye | The Nations Law Firm | No production |
| 194 | 18-13699 | Brumfield, Clodie Ray | The Nations Law Firm | No production |
| 196 | 18-13708 | Milton, Brice Quintarius | The Nations Law Firm | No production |
| 197 | 18-13711 | Mitchell, Hakeem Jamal | The Nations Law Firm | No production |
| 198 | 18-13712 | Mullikin, Telice Watts | The Nations Law Firm | No production |
| 200 | 18-13718 | Nguyen, Hoang V. | The Nations Law Firm | No production |
| 201 | 18-13749 | Reddoch, Corbett Lawrence | The Nations Law Firm | No production |
| 202 | 18-13790 | Adams, James Lewis | The Nations Law Firm | No production |
| 204 | 18-13799 | Chopin, Timothy Michael Sr. | The Nations Law Firm | No production |
| 206 | 18-13806 | Domangue, Darrell Anthony | The Nations Law Firm | No production |
| 207 | 18-13811 | Parker, Treko Jamal | The Nations Law Firm | No production |
| 209 | 18-13818 | Pugh, Tiquilla LaShawn | The Nations Law Firm | No production |
| 211 | 18-13867 | Smith, Marc Anthony | The Nations Law Firm | No production |
| 212 | 18-13875 | Beck, Latiffany Marsha | The Nations Law Firm | No production |
| 213 | 18-13876 | Booker, William Leonard, III | The Nations Law Firm | No production |
| 215 | 18-13882 | Clausell, Jacquelynn Jones | The Nations Law Firm | No production |

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|-----|---------------|-----------|---------------------|------------|
| 216 | 18-13883 | Cook, Marcus Lee | The Nations Law Firm | No production |
| 217 | 18-13887 | Duplantis, Elias Paul | The Nations Law Firm | No production |
| 218 | 18-13888 | Eugene, Kenneth | The Nations Law Firm | No production |
| 219 | 18-13906 | Bivens, Eric Roderick | The Nations Law Firm | No production |
| 221 | 18-13908 | Fisher, Michael Eugene | The Nations Law Firm | No production |
| 222 | 18-13916 | Frye, Jeffery Alan | The Nations Law Firm | No production |
| 223 | 18-13918 | Chancellor, Raymond Jr | The Nations Law Firm | No production |
| 225 | 18-13961 | Harris, Paul Thomas | The Nations Law Firm | No production |
| 227 | 18-13964 | Hicks, James Xavier | The Nations Law Firm | No production |
| 229 | 18-13966 | Hunter, Dewayne Junior | The Nations Law Firm | No production |
| 231 | 18-13968 | Johnson, Michelle Hughen | The Nations Law Firm | No production |
| 232 | 18-13969 | Jones, Nathaniel | The Nations Law Firm | No production |
| 233 | 18-13972 | Lambert, Ashley Shatoya | The Nations Law Firm | No production |
| 234 | 18-13973 | Lee, Denorris John | The Nations Law Firm | No production |
| 237 | 18-13983 | Nemeth, Crystal Lynn | The Nations Law Firm | No production |
| 239 | 18-13999 | Jenkins, James Lee | The Nations Law Firm | No production |
| 241 | 18-14006 | Padilla, Jessica Rose | The Nations Law Firm | No production |
| 242 | 18-14007 | Payne, William Thomas | The Nations Law Firm | No production |
| 243 | 18-14021 | Salter, Henry Clifton Jr. | The Nations Law Firm | No production |
| 247 | 18-14030 | Tanner, Bradley Keith | The Nations Law Firm | Failure to provide useable authorization for release of Social Security records[2] |

---

[2] On June 18, 2019, Nations produced Rule 26(a) disclosures for Bradley Tanner Keith; however, this production did not address this plaintiff's failure to provide the BP Parties with a useable authorization for release of Social Security records.

16

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|-----|-------------------|---------------|-------------------------|----------------|
| 248 | 18-14031 | Thompson, Jerome Alonzo | The Nations Law Firm | No production |
| 249 | 18-14033 | Trauth, Brent Albert | The Nations Law Firm | No production |
| 250 | 18-14050 | Matthews, Jonelle Jontue | The Nations Law Firm | No production |
| 252 | 18-14056 | Brown, Leon | The Nations Law Firm | No production |
| 253 | 18-14058 | Campbell, Jerome Torry | The Nations Law Firm | No production |
| 255 | 18-14063 | Chiasson, Randy Thomas | The Nations Law Firm | No production |
| 256 | 18-14095 | Burrows, Kenneth Lamar | The Nations Law Firm | No production |
| 258 | 18-14098 | Clede, Scott Aaron | The Nations Law Firm | No production |
| 259 | 18-14099 | Cooper, David Lyn | The Nations Law Firm | No production |
| 260 | 18-14102 | Decaylor, John Melvin | The Nations Law Firm | No production |
| 261 | 18-14103 | Duplantis, Teddy Wedgir | The Nations Law Firm | No production |
| 262 | 18-14104 | Fairley, Adam Lee | The Nations Law Firm | No production |
| 264 | 18-14106 | Fox, Wayne Edward | The Nations Law Firm | No production |
| 267 | 18-14151 | Joseph, Michael Christopher | The Nations Law Firm | No production |
| 268 | 18-14152 | Gunn, Trenkiel Lamar | The Nations Law Firm | No production |
| 270 | 18-14154 | Heptinstall, Leeunder Monrow Sr. | The Nations Law Firm | No production |
| 271 | 18-14159 | Jackson, Andrew, III | The Nations Law Firm | No production |
| 272 | 18-14161 | Lyons, Scott David | The Nations Law Firm | No production |
| 273 | 18-14165 | Narcisse, Kermit Peter | The Nations Law Firm | No production |
| 274 | 18-14169 | Nguyen, Huy Hoang | The Nations Law Firm | No production |
| 275 | 18-14173 | Phalo, Charles Lee | The Nations Law Firm | No production |
| 276 | 18-14174 | O'Sullivan, Steven Sean | The Nations Law Firm | No production |

June 26, 2019                                         Respectfully submitted,

    */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & T.
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of June 2019.

                                              */s/ Don K. Haycraft*
                                              Don K. Haycraft