UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| This Document Relates To: | * | JUDGE BARBIER |
| *Nos. 18-08694, 18-9900* | * * | MAG. JUDGE WILKINSON |

### ORDER

[NOTE: On June 26, 2019, the Court ordered plaintiffs Edward Mock (No. 18-13924), William Enfinger (No. 18-13926), and Emmet Collier (No. 18-13928) to comply with PTO 63 and PTO 66 by July 16, 2019. (Rec. Doc. 25751). This order imposes the same requirements on two more B3 plaintiffs, John Lindsey Adams (No. 18-08694) and Kayla Young (No. 18-09900).]

Plaintiffs John Lindsey Adams (No. 18-08694) and Kayla Young, individually and as personal representative of the Estate of David L. Ray (No. 18-09900) (collectively, "Plaintiffs") filed individual complaints asserting B3 claims[1] but have not yet complied with PTO 63 (Rec. Doc. 22295) and PTO 66 (Rec. Doc. 25356). Because these cases were filed after PTO 63 and PTO 66 issued,[2] the Court will give these plaintiffs an opportunity to comply.

---

[1] "B3 claims" refers to claims in the "B3 pleading bundle," which includes "all claims, of any type, relating to post-explosion clean-up efforts asserted against Defendants not named in the B1 Master Compliant, as well as all claims for personal injury and/or medical monitoring for exposure or other injury occurring after the explosion and fire of April 20, 2010." (PTO 25, Rec. Doc. 983 at 2). The B3 pleading bundle also includes contract claims related to the response efforts, including Vessel of Opportunity Program contract claims. (*See* PTO 63, Rec. Doc. 22295).

[2] Adams's case was filed on September 17, 2018. Young's case was filed on October 23, 2018. As far as the Court is aware, these plaintiffs have not previously asserted a B3 claim in this MDL, either by way of a short form joinder or a complaint.

IT IS ORDERED that by no later than <u>Tuesday, July 16, 2019</u>:

1. Plaintiffs shall complete, sign, and file in the dockets of their individual cases the Sworn Statement attached to PTO 63 (Rec. Doc. 22295-1).[3]

2. Plaintiffs shall complete, sign, and serve the Particularized Statement of Claim attached to PTO 66 (Rec. Doc. 24282) on counsel for BP. Plaintiffs' counsel shall contact Kris Ritter or Chris Keegan with Kirkland & Ellis LLP regarding the preferred method for serving the Particularized Statement of Claim on counsel for BP.

**Failure to comply with this Order may result in dismissal with prejudice.**

The Court recently scheduled a status conference for July 17, 2019 at 9:30 a.m. to discuss all remaining cases in the B3 pleading bundle. (Rec. Doc. 25749). Counsel for Plaintiffs (Downs Law Group, PA) and BP are required to attend. During that status conference, counsel for BP shall report to the Court on whether Plaintiffs have complied with this Order.

New Orleans, Louisiana, this 28th day of June, 2019.

United States District Judge

---

[3] Plaintiffs filed single-plaintiff complaints without class allegations, so that aspect of PTO 63 is satisfied.