UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| **Applies to: 12-cv-968: BELO** | |

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 19-01355 | 19-01978 | 19-02133 | 19-02310 | 19-02591 | 19-03381 |
| 19-01757 | 19-01991 | 19-02134 | 19-02311 | 19-02592 | 19-03382 |
| 19-01759 | 19-01998 | 19-02135 | 19-02313 | 19-02593 | 19-03383 |
| 19-01763 | 19-02001 | 19-02136 | 19-02314 | 19-02594 | 19-03384 |
| 19-01765 | 19-02003 | 19-02137 | 19-02315 | 19-02595 | 19-03385 |
| 19-01766 | 19-02004 | 19-02138 | 19-02316 | 19-02596 | 19-03386 |
| 19-01768 | 19-02006 | 19-02139 | 19-02317 | 19-02597 | 19-03387 |
| 19-01769 | 19-02007 | 19-02140 | 19-02318 | 19-02598 | 19-03388 |
| 19-01770 | 19-02008 | 19-02142 | 19-02319 | 19-02600 | 19-03389 |
| 19-01772 | 19-02010 | 19-02143 | 19-02320 | 19-02601 | 19-03390 |
| 19-01774 | 19-02012 | 19-02144 | 19-02321 | 19-02603 | 19-03391 |
| 19-01775 | 19-02013 | 19-02145 | 19-02323 | 19-02604 | 19-03392 |
| 19-01777 | 19-02015 | 19-02146 | 19-02324 | 19-02605 | 19-03393 |
| 19-01778 | 19-02016 | 19-02147 | 19-02325 | 19-02606 | 19-03394 |
| 19-01779 | 19-02017 | 19-02148 | 19-02326 | 19-02607 | 19-03395 |
| 19-01780 | 19-02018 | 19-02149 | 19-02327 | 19-02608 | 19-03396 |
| 19-01782 | 19-02021 | 19-02150 | 19-02328 | 19-02609 | 19-03397 |
| 19-01793 | 19-02022 | 19-02151 | 19-02329 | 19-02610 | 19-03398 |
| 19-01813 | 19-02023 | 19-02152 | 19-02330 | 19-02611 | 19-03399 |
| 19-01815 | 19-02052 | 19-02154 | 19-02331 | 19-02612 | 19-03401 |
| 19-01816 | 19-02055 | 19-02183 | 19-02332 | 19-02614 | 19-03402 |
| 19-01817 | 19-02056 | 19-02185 | 19-02334 | 19-02615 | 19-03403 |
| 19-01819 | 19-02057 | 19-02186 | 19-02335 | 19-02616 | 19-03404 |
| 19-01820 | 19-02059 | 19-02187 | 19-02336 | 19-02617 | 19-03405 |
| 19-01821 | 19-02061 | 19-02188 | 19-02337 | 19-02618 | 19-03406 |
| 19-01822 | 19-02062 | 19-02192 | 19-02339 | 19-02620 | 19-03407 |
| 19-01823 | 19-02063 | 19-02194 | 19-02408 | 19-02622 | 19-03408 |
| 19-01825 | 19-02065 | 19-02195 | 19-02438 | 19-02623 | 19-03454 |
| 19-01826 | 19-02066 | 19-02196 | 19-02445 | 19-02624 | 19-03466 |
| 19-01827 | 19-02068 | 19-02198 | 19-02501 | 19-02626 | 19-03467 |
| 19-01829 | 19-02069 | 19-02199 | 19-02505 | 19-02628 | 19-03477 |

| | | | | | |
|---|---|---|---|---|---|
| 19-01830 | 19-02070 | 19-02243 | 19-02508 | 19-02631 | 19-03481 |
| 19-01831 | 19-02071 | 19-02251 | 19-02509 | 19-02632 | 19-03483 |
| 19-01867 | 19-02072 | 19-02252 | 19-02510 | 19-02633 | 19-03488 |
| 19-01869 | 19-02073 | 19-02253 | 19-02517 | 19-02635 | 19-03491 |
| 19-01870 | 19-02074 | 19-02254 | 19-02518 | 19-02636 | 19-03493 |
| 19-01871 | 19-02077 | 19-02255 | 19-02519 | 19-02638 | 19-03496 |
| 19-01872 | 19-02078 | 19-02256 | 19-02520 | 19-02639 | 19-03499 |
| 19-01874 | 19-02079 | 19-02257 | 19-02521 | 19-02643 | 19-03502 |
| 19-01875 | 19-02080 | 19-02258 | 19-02522 | 19-02644 | 19-03508 |
| 19-01876 | 19-02082 | 19-02260 | 19-02523 | 19-02647 | 19-03509 |
| 19-01877 | 19-02084 | 19-02261 | 19-02524 | 19-02649 | 19-03513 |
| 19-01878 | 19-02088 | 19-02262 | 19-02531 | 19-02650 | 19-03518 |
| 19-01879 | 19-02091 | 19-02263 | 19-02538 | 19-02652 | 19-03523 |
| 19-01880 | 19-02093 | 19-02265 | 19-02540 | 19-02653 | 19-03527 |
| 19-01882 | 19-02094 | 19-02266 | 19-02541 | 19-02655 | 19-03534 |
| 19-01883 | 19-02095 | 19-02267 | 19-02544 | 19-02657 | 19-03536 |
| 19-01885 | 19-02098 | 19-02268 | 19-02545 | 19-02659 | 19-03542 |
| 19-01886 | 19-02099 | 19-02269 | 19-02561 | 19-02660 | 19-03546 |
| 19-01887 | 19-02100 | 19-02270 | 19-02563 | 19-02661 | 19-03560 |
| 19-01911 | 19-02102 | 19-02271 | 19-02564 | 19-02663 | 19-03572 |
| 19-01948 | 19-02103 | 19-02272 | 19-02565 | 19-02664 | 19-03575 |
| 19-01950 | 19-02111 | 19-02273 | 19-02566 | 19-02665 | 19-03581 |
| 19-01952 | 19-02116 | 19-02274 | 19-02570 | 19-02666 | 19-03585 |
| 19-01953 | 19-02117 | 19-02275 | 19-02571 | 19-02845 | 19-03590 |
| 19-01954 | 19-02118 | 19-02276 | 19-02573 | 19-03358 | 19-03592 |
| 19-01957 | 19-02119 | 19-02277 | 19-02576 | 19-03359 | 19-03595 |
| 19-01958 | 19-02120 | 19-02278 | 19-02577 | 19-03371 | 19-03599 |
| 19-01959 | 19-02122 | 19-02279 | 19-02578 | 19-03373 | 19-03602 |
| 19-01960 | 19-02123 | 19-02297 | 19-02582 | 19-03374 | 19-03610 |
| 19-01964 | 19-02125 | 19-02304 | 19--02583 | 19-03375 | 19-03611 |
| 19-01965 | 19-02127 | 19-02305 | 19-02584 | 19-03376 | 19-03619 |
| 19-01968 | 19-02129 | 19-02306 | 19-02586 | 19-03377 | 19-03622 |
| 19-01969 | 19-02130 | 19-02307 | 19-02587 | 19-03378 | |
| 19-01970 | 19-02131 | 19-02308 | 19-02589 | 19-03379 | |
| 19-01976 | 19-02132 | 19-02309 | 19-02590 | 19-03380 | |

**THE BP PARTIES' JULY 1, 2019 STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
<u>CASE MANAGEMENT ORDER NO. 2</u>**

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case

Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP

Exploration & Production Inc. and BP America Production Company (collectively, the "BP

2

Parties") respectfully submit the foregoing Status Report. The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on June 25, 2019. This report includes plaintiffs whose initial disclosures were due through Monday, June 24 and reflects the status of initial disclosures received as of 5:00 PM Eastern Time on Friday, July 28 at 5:00 PM Eastern Time.

This Status Report contains a list of cases in which plaintiffs (a) provided no disclosures, or (b) provided deficient or incomplete disclosures since May 24, 2019. Pursuant to the First Amended CMO No. 2, entered on June 20, 2019, the BP Parties on July 8, 2019 will submit a Status Report listing plaintiffs who failed to provide full and complete disclosures after having been ordered to do so (i.e., "Category II" plaintiffs). The July 8, 2019 Status Report will list (a) any of the 128 plaintiffs on Category I of the May 1, 2019 Status Report who failed to provide full and complete initial disclosures after having been ordered to do so by May 30, 2019, *see* Rec. Doc. 25607, and (b) any of the 558 plaintiffs on Category I of the June 1, 2019 Status Report who failed to provide full and complete initial disclosures after having been ordered to do so by July 1, 2019, *see* Rec. Doc. 25701.

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| The Nations Law Firm | 365 | 362 | 3 |
| The Downs Law Group | 15 | 15 | 0 |
| Amaro Law Firm | 12 | 12 | 0 |
| Falcon Law Firm; Lindsay & Lindsay P.A. | 1 | 0 | 1 |
| **Total** | **393** | **389** | **4** |

3

## I. Category I

### A. Plaintiffs With Missing Initial Disclosures

Pursuant to Section 2(B) of First Am. CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 19-01757 | Ratliff, Jeffrey Odin | The Nations Law Firm |
| 2. | 19-01759 | Rhames, Melissa Ann | The Nations Law Firm |
| 3. | 19-01763 | Richardson, Stevie Larman | The Nations Law Firm |
| 4. | 19-01765 | Rojas Jr., Arthur Leon | The Nations Law Firm |
| 5. | 19-01766 | Rountree, Gussie Mae | The Nations Law Firm |
| 6. | 19-01768 | Sevin, Deanna Theriot | The Nations Law Firm |
| 7. | 19-01769 | Simoneaux, Dale Gerard | The Nations Law Firm |
| 8. | 19-01770 | Smith, Clyde Douglas | The Nations Law Firm |
| 9. | 19-01772 | Songe, Cody Michael | The Nations Law Firm |
| 10. | 19-01774 | Sparrow, Jennifer Nicole | The Nations Law Firm |
| 11. | 19-01775 | Spriggs, Ronald Eugene | The Nations Law Firm |
| 12. | 19-01777 | Swinney, Joseph Le Jr. | The Nations Law Firm |
| 13. | 19-01778 | Switzer, Charles William | The Nations Law Firm |
| 14. | 19-01779 | Theriot, Brett Anthony | The Nations Law Firm |
| 15. | 19-01780 | Tiet, Kenny Anh | The Nations Law Firm |
| 16. | 19-01782 | Trahan, Ricky Joseph | The Nations Law Firm |
| 17. | 19-01793 | Elizondo, Carlos | Amaro Law Firm |
| 18. | 19-01813 | Bradley, Dave Rodgers | The Nations Law Firm |
| 19. | 19-01815 | Dates, Terry Antonio | The Nations Law Firm |
| 20. | 19-01816 | Norwood II, Wheeler | The Nations Law Firm |
| 21. | 19-01817 | Fagan, Frank | The Nations Law Firm |
| 22. | 19-01819 | Graber, Steven Frederick | The Nations Law Firm |
| 23. | 19-01820 | Sevin, Shane Anthony | The Nations Law Firm |
| 24. | 19-01821 | Soudelier Jr., James L. | The Nations Law Firm |
| 25. | 19-01822 | Tran, Tap Viet | The Nations Law Firm |
| 26. | 19-01823 | Tran, Vinh Phuoc | The Nations Law Firm |
| 27. | 19-01825 | Trough, Gerardo Jimmez | The Nations Law Firm |
| 28. | 19-01826 | Vancamp, Jeremy Christopher | The Nations Law Firm |
| 29. | 19-01827 | Verdin Jr., Michael Gerard | The Nations Law Firm |
| 30. | 19-01829 | Williams, Ben Ray | The Nations Law Firm |
| 31. | 19-01830 | Unbehagen, Tana Ann | The Nations Law Firm |
| 32. | 19-01831 | Williams Jr., Sherman Joseph | The Nations Law Firm |
| 33. | 19-01867 | Doan, Binh Thanh | The Nations Law Firm |
| 34. | 19-01869 | Green, Michael Todd | The Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
|-----|---------------|-----------|---------------------|
| 35. | 19-01870 | Hicks, Frankie Veronica | The Nations Law Firm |
| 36. | 19-01871 | Henn, Jason Leonard | The Nations Law Firm |
| 37. | 19-01872 | Howard, Brain Lee | The Nations Law Firm |
| 38. | 19-01874 | Hutchins, Bryan Keith | The Nations Law Firm |
| 39. | 19-01875 | Johnson, Erica Lakillya | The Nations Law Firm |
| 40. | 19-01876 | Johnson, Keith Patrick | The Nations Law Firm |
| 41. | 19-01877 | Lutley III, James Richard | The Nations Law Firm |
| 42. | 19-01878 | McPherson, Rondell Martinez | The Nations Law Firm |
| 43. | 19-01879 | Men, Sophin | The Nations Law Firm |
| 44. | 19-01880 | Milne Jr., Thomas Anthony | The Nations Law Firm |
| 45. | 19-01882 | Nelson, Cotie John | The Nations Law Firm |
| 46. | 19-01883 | Odom, Sylvia Latrell | The Nations Law Firm |
| 47. | 19-01886 | Santiny, Clement Barbus | The Nations Law Firm |
| 48. | 19-01887 | Sims, Michael Wayne | The Nations Law Firm |
| 49. | 19-01911 | Martin, Jr., Dennis | Amaro Law Firm |
| 50. | 19-01948 | Juarez, Sr., Jesus | Amaro Law Firm |
| 51. | 19-01950 | Bolden, Paul Wayne | The Nations Law Firm |
| 52. | 19-01952 | Brookins, Stephen Wayne | The Nations Law Firm |
| 53. | 19-01953 | Carroway, Erving Brandon | The Nations Law Firm |
| 54. | 19-01954 | Chau, Quon Van | The Nations Law Firm |
| 55. | 19-01957 | Johnson, Challor | The Nations Law Firm |
| 56. | 19-01958 | Jones, David Eugene | The Nations Law Firm |
| 57. | 19-01959 | Jones, Roderick Demario | The Nations Law Firm |
| 58. | 19-01960 | McNeal, Terry Lynn | The Nations Law Firm |
| 59. | 19-01964 | Talton, Victoria Dawn | The Nations Law Firm |
| 60. | 19-01965 | Thomas, Harry Darnell | The Nations Law Firm |
| 61. | 19-01968 | Tran, Donald Hahn | The Nations Law Firm |
| 62. | 19-01969 | Trussell, Johnnie Dale | The Nations Law Firm |
| 63. | 19-01970 | Verdin, Serena Earhat | The Nations Law Firm |
| 64. | 19-01976 | Nguyen, Michael Thanh | The Nations Law Firm |
| 65. | 19-01978 | Bartholomew, Jimmy Mitchell | The Nations Law Firm |
| 66. | 19-01991 | Best, Pamela Marie | The Nations Law Firm |
| 67. | 19-01998 | Stevens, Lee Majors Quontell | The Nations Law Firm |
| 68. | 19-02001 | Stevenson Sr., Everett Lee | The Nations Law Firm |
| 69. | 19-02003 | Ta, Tua Van | The Nations Law Firm |
| 70. | 19-02004 | Ross, Erica Ann | The Nations Law Firm |
| 71. | 19-02006 | Vito, Larry Joseph | The Nations Law Firm |
| 72. | 19-02007 | Williams, Jerrick Octavis | The Nations Law Firm |
| 73. | 19-02008 | Whitsett, Edward Andrew | The Nations Law Firm |
| 74. | 19-02010 | Watson, Michael | The Nations Law Firm |

|  | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|---|---|---|---|
| 75. | 19-02012 | Washington, Vincent Anthony | The Nations Law Firm |
| 76. | 19-02013 | Waite, Vanessa Arlene | The Nations Law Firm |
| 77. | 19-02015 | Hall, Tanisha Micque | The Nations Law Firm |
| 78. | 19-02016 | Goodwin III, Leonard | The Nations Law Firm |
| 79. | 19-02017 | Drake, Jomedgar Jomar | The Nations Law Firm |
| 80. | 19-02018 | Dawson, Calvin Wayne | The Nations Law Firm |
| 81. | 19-02021 | Cravener, Robert Carl | The Nations Law Firm |
| 82. | 19-02022 | Barnett, Terry Jerome | The Nations Law Firm |
| 83. | 19-02023 | Ball, Channell Bertina | The Nations Law Firm |
| 84. | 19-02052 | Barnes Jr., Willie Lee | The Nations Law Firm |
| 85. | 19-02055 | Costict, Jaleesa Ayecia | The Nations Law Firm |
| 86. | 19-02057 | Evans, Latale Eric | The Nations Law Firm |
| 87. | 19-02061 | Holloway, Orlando Arness | The Nations Law Firm |
| 88. | 19-02062 | Jones, Bradly Davis | The Nations Law Firm |
| 89. | 19-02063 | Lankford, Eric Justin | The Nations Law Firm |
| 90. | 19-02065 | Nelton, Eric Paul | The Nations Law Firm |
| 91. | 19-02066 | O'Neill, Sean Alexander | The Nations Law Firm |
| 92. | 19-02068 | Pettaway, Marcus Jermaine | The Nations Law Firm |
| 93. | 19-02069 | Richards, Jr., Carl Andrews | The Nations Law Firm |
| 94. | 19-02070 | Rosette, Gregory | The Nations Law Firm |
| 95. | 19-02071 | Taylor, Daniel Mark | The Nations Law Firm |
| 96. | 19-02072 | Trahan, Lynn Paul | The Nations Law Firm |
| 97. | 19-02073 | Trahan Jr., Lynn Paul | The Nations Law Firm |
| 98. | 19-02074 | Tran, Thien Van | The Nations Law Firm |
| 99. | 19-02077 | Vo, Tan Duy | The Nations Law Firm |
| 100. | 19-02078 | Webb, Matthew Vernon | The Nations Law Firm |
| 101. | 19-02079 | Willmore, Richard Leon | The Nations Law Firm |
| 102. | 19-02080 | Wright, Stacy Lemon | The Nations Law Firm |
| 103. | 19-02082 | Beyers, Patrick Kenneth | The Nations Law Firm |
| 104. | 19-02084 | Anderson III, Lensey | The Nations Law Firm |
| 105. | 19-02088 | Melendez, Israel | The Downs Law Group |
| 106. | 19-02091 | Mejia, Jose Raul | The Downs Law Group |
| 107. | 19-02093 | Pellegrin, Bertha Brown | The Downs Law Group |
| 108. | 19-02094 | Rayo, Arby Adolfo | The Downs Law Group |
| 109. | 19-02095 | Rivera-Jimenez, Dalila | The Downs Law Group |
| 110. | 19-02098 | Serrano, Maria Cecilia | The Downs Law Group |
| 111. | 19-02099 | Ventura, Jose H. | The Downs Law Group |
| 112. | 19-02100 | Hargrave-Moore, Jennifer | The Downs Law Group |
| 113. | 19-02102 | Dufour Jr., Richard Allen | The Downs Law Group |

|  | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|---|---|---|---|
| 114. | 19-02103 | Garcia, Eliseo | The Downs Law Group |
| 115. | 19-02111 | Barguiarena, Jesus | Amaro Law Firm |
| 116. | 19-02116 | Bourgeois, Jesse Taylor | The Nations Law Firm |
| 117. | 19-02117 | Campbell, Portrene Lynette | The Nations Law Firm |
| 118. | 19-02118 | Capps, Herbert Leon | The Nations Law Firm |
| 119. | 19-02119 | Clemmons, Torence Ali | The Nations Law Firm |
| 120. | 19-02120 | Constant, Sidney John | The Nations Law Firm |
| 121. | 19-02122 | Dorsey, Jason Maurice | The Nations Law Firm |
| 122. | 19-02123 | Evans, Dottie Brooks | The Nations Law Firm |
| 123. | 19-02125 | Grant, Joseph Cornelius | The Nations Law Firm |
| 124. | 19-02127 | Herbert, Felicia Michelle | The Nations Law Firm |
| 125. | 19-02129 | Higdon IV, Charles Richard | The Nations Law Firm |
| 126. | 19-02130 | Higdon, Kenneth Richard | The Nations Law Firm |
| 127. | 19-02131 | Hollings, Christopher Charles | The Nations Law Firm |
| 128. | 19-02132 | In, Leng | The Nations Law Firm |
| 129. | 19-02133 | King, Clifton Windell | The Nations Law Firm |
| 130. | 19-02134 | Mao, Chandarasy | The Nations Law Firm |
| 131. | 19-02135 | Maynard, William Lee | The Nations Law Firm |
| 132. | 19-02136 | Mead, Brian Joseph | The Nations Law Firm |
| 133. | 19-02137 | Meaux, Jonathan Robert | The Nations Law Firm |
| 134. | 19-02138 | Nguyen, Anh Thi | The Nations Law Firm |
| 135. | 19-02139 | Phan, Banh Van | The Nations Law Firm |
| 136. | 19-02140 | Roberson, Jacqueline Eaton | The Nations Law Firm |
| 137. | 19-02142 | Robinson III, Sterling Joseph | The Nations Law Firm |
| 138. | 19-02143 | Sean, Sovan | The Nations Law Firm |
| 139. | 19-02144 | Sprinkle Jr., Billy Gene | The Nations Law Firm |
| 140. | 19-02145 | Tang, Hai Thanh | The Nations Law Firm |
| 141. | 19-02146 | Tran, Hien Quang | The Nations Law Firm |
| 142. | 19-02147 | Tran, Them Hiep | The Nations Law Firm |
| 143. | 19-02148 | Truong, Trung Hai | The Nations Law Firm |
| 144. | 19-02149 | Waters Jr., Robert Bernard | The Nations Law Firm |
| 145. | 19-02150 | Casey, Zivenchy Sabre | The Nations Law Firm |
| 146. | 19-02151 | Allinder, Zachery Spencer | The Nations Law Firm |
| 147. | 19-02152 | Grissett Jr., Leonard Randolph | The Nations Law Firm |
| 148. | 19-02154 | Williams, Alonzo Lacquor | The Nations Law Firm |
| 149. | 19-02183 | Adams, Robert Ray | The Nations Law Firm |
| 150. | 19-02185 | Batiste, Shion Delacy | The Nations Law Firm |
| 151. | 19-02186 | Berry, Reuben Rafael | The Nations Law Firm |
| 152. | 19-02187 | Collins, Tiffany Nicole | The Nations Law Firm |

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 153. | 19-02188 | Catha, Diane Bragg | The Nations Law Firm |
| 154. | 19-02192 | Acosta, Annette Marie | The Nations Law Firm |
| 155. | 19-02194 | Brown, Ceylon Anthony | The Nations Law Firm |
| 156. | 19-02195 | Brown, Kenneth De Wayne | The Nations Law Firm |
| 157. | 19-02196 | Cao, Minh Duc | The Nations Law Firm |
| 158. | 19-02198 | Coppedge, Aaron Wayne | The Nations Law Firm |
| 159. | 19-02199 | Crawford, Charles Jerome | The Nations Law Firm |
| 160. | 19-02243 | Smith, Rosetta | Amaro Law Firm |
| 161. | 19-02251 | Broxson, Bruce Scott | The Nations Law Firm |
| 162. | 19-02252 | Bryant, Clarence Leroy | The Nations Law Firm |
| 163. | 19-02253 | Burke Jr., Thomas Howard | The Nations Law Firm |
| 164. | 19-02254 | Buskey, Ashley Marie | The Nations Law Firm |
| 165. | 19-02255 | Cao, Dan Dien | The Nations Law Firm |
| 166. | 19-02256 | Davis, Robert Joseph | The Nations Law Firm |
| 167. | 19-02257 | Crowther, Michael Delon | The Nations Law Firm |
| 168. | 19-02258 | Demoran, Jill Ursula | The Nations Law Firm |
| 169. | 19-02260 | Dickerson, Paula Lynn | The Nations Law Firm |
| 170. | 19-02261 | Ellis, Jr., Albert James | The Nations Law Firm |
| 171. | 19-02262 | Ezell, Cielita Nicole | The Nations Law Firm |
| 172. | 19-02263 | Fairley, Donald Allen | The Nations Law Firm |
| 173. | 19-02265 | Fears, Denise Rose | The Nations Law Firm |
| 174. | 19-02266 | Franklin, David James | The Nations Law Firm |
| 175. | 19-02267 | Freund, Walter Bruce | The Nations Law Firm |
| 176. | 19-02268 | Gargiulo Jr, Salvatore | The Nations Law Firm |
| 177. | 19-02269 | Georgiou, Art Steve | The Nations Law Firm |
| 178. | 19-02270 | Gibbs, Christopher Saddler | The Nations Law Firm |
| 179. | 19-02271 | Gurney, Meredith Michael | The Nations Law Firm |
| 180. | 19-02272 | Griggs, Chidra Sharnell | The Nations Law Firm |
| 181. | 19-02273 | Goodall Jr., Robert James | The Nations Law Firm |
| 182. | 19-02274 | Griffis Jr., Earle James | The Nations Law Firm |
| 183. | 19-02275 | Gossett, Jonathan Lamar | The Nations Law Firm |
| 184. | 19-02276 | Hamilton, Jeremy Damarius | The Nations Law Firm |
| 185. | 19-02277 | Hall, Richard Louis | The Nations Law Firm |
| 186. | 19-02278 | Johnson, Sesley Canisha | The Nations Law Firm |
| 187. | 19-02279 | Hollenback Jr., Arthur Roland | The Nations Law Firm |
| 188. | 19-02297 | Ditcharo, Dolores Sevin | The Nations Law Firm |
| 189. | 19-02304 | Kang, Sambo | The Nations Law Firm |
| 190. | 19-02305 | Ken, Monychenda | The Nations Law Firm |
| 191. | 19-02306 | Langley, Joseph Michael | The Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 192. | 19-02307 | Lehrmann IV, Ernst Frederick | The Nations Law Firm |
| 193. | 19-02308 | Maloy, Christopher Allen | The Nations Law Firm |
| 194. | 19-02309 | Liang, Shelia Ann | The Nations Law Firm |
| 195. | 19-02310 | Livingston, Sean Andre | The Nations Law Firm |
| 196. | 19-02311 | Maddox, William Charles | The Nations Law Firm |
| 197. | 19-02313 | Melancon, Herman | The Nations Law Firm |
| 198. | 19-02314 | Merchant, Craig Maurice | The Nations Law Firm |
| 199. | 19-02315 | Middleton Jr, William Albert | The Nations Law Firm |
| 200. | 19-02316 | Montgomery, Richard Demetrius | The Nations Law Firm |
| 201. | 19-02317 | Mosley, Jacqueline Pernell | The Nations Law Firm |
| 202. | 19-02318 | Nelson, Thomas Sylvester | The Nations Law Firm |
| 203. | 19-02319 | Nguyen, Nam Tan | The Nations Law Firm |
| 204. | 19-02320 | Nguyen, Quy Huu | The Nations Law Firm |
| 205. | 19-02321 | Nowling, Thaddeus Lelon | The Nations Law Firm |
| 206. | 19-02323 | Parker, Kendel Jehon | The Nations Law Firm |
| 207. | 19-02324 | Poole, Eric Paul | The Nations Law Firm |
| 208. | 19-02325 | Reed, Katrina Batrice | The Nations Law Firm |
| 209. | 19-02326 | Ricker Jr, Carl Lambert | The Nations Law Firm |
| 210. | 19-02327 | Ronquille, Jerome Mack | The Nations Law Firm |
| 211. | 19-02328 | Ronquille Sr., Kenneth Gerald | The Nations Law Firm |
| 212. | 19-02329 | Rosette , Ronald James | The Nations Law Firm |
| 213. | 19-02330 | Scallan, David Andrew | The Nations Law Firm |
| 214. | 19-02331 | Tang, Hoa Thai | The Nations Law Firm |
| 215. | 19-02332 | Simmons, George Thomas | The Nations Law Firm |
| 216. | 19-02334 | Tran, Phu | The Nations Law Firm |
| 217. | 19-02335 | Tong, Hai Van | The Nations Law Firm |
| 218. | 19-02336 | Truong, Huong Van | The Nations Law Firm |
| 219. | 19-02337 | Terrebonne Jr., Walton Joseph | The Nations Law Firm |
| 220. | 19-02339 | Washington, Karen Denice | The Nations Law Firm |
| 221. | 19-02408 | Henderson, Michael | Amaro Law Firm |
| 222. | 19-02438 | Barragan Jr., Jesus | Amaro Law Firm |
| 223. | 19-02445 | Staten, John | Amaro Law Firm |
| 224. | 19-02501 | Rayborn, Rodney Eric | The Downs Law Group |
| 225. | 19-02505 | Ramirez, Jose Rafael | The Downs Law Group |
| 226. | 19-02508 | Watkins III, Henry John | The Downs Law Group |
| 227. | 19-02509 | Alonso Castellon, Ramon | The Downs Law Group |
| 228. | 19-02510 | Siples Jr., Dwight | The Downs Law Group |
| 229. | 19-02517 | Atwell, Faith Ann | The Nations Law Firm |
| 230. | 19-02518 | Alsop, Mark Allen | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 231. | 19-02519 | Atkinson, Brandon Wray | The Nations Law Firm |
| 232. | 19-02520 | Authement, Dion John | The Nations Law Firm |
| 233. | 19-02521 | Autrey Jr., James Ernest | The Nations Law Firm |
| 234. | 19-02522 | Barbier, Christopher Nicholas | The Nations Law Firm |
| 235. | 19-02523 | Bigot, Donald Emile | The Nations Law Firm |
| 236. | 19-02524 | Black Jr., James Howard | The Nations Law Firm |
| 237. | 19-02531 | Blackmon, Deborah | The Nations Law Firm |
| 238. | 19-02538 | Blanchard, Cyrus J. | The Nations Law Firm |
| 239. | 19-02540 | Blanchard, Daniel A. | The Nations Law Firm |
| 240. | 19-02541 | Britton, Ronald Dean | The Nations Law Firm |
| 241. | 19-02544 | Broussard, Charlie G. | The Nations Law Firm |
| 242. | 19-02545 | Brown, Darwin Jamal | The Nations Law Firm |
| 243. | 19-02561 | Brown Jr., Nathaniel Javier | The Nations Law Firm |
| 244. | 19-02563 | Brown, Tanisha Marie | The Nations Law Firm |
| 245. | 19-02564 | Bryant, Dontrell | The Nations Law Firm |
| 246. | 19-02565 | Cao, Christopher T. | The Nations Law Firm |
| 247. | 19-02566 | Cao, Minh Thanh | The Nations Law Firm |
| 248. | 19-02570 | Carver, Timothy Ray | The Nations Law Firm |
| 249. | 19-02571 | Chaisson Sr., Michael Daniel | The Nations Law Firm |
| 250. | 19-02573 | Chandler Jr., Alex | The Nations Law Firm |
| 251. | 19-02576 | Chapman, Chai Josef | The Nations Law Firm |
| 252. | 19-02577 | Chiem, John | The Nations Law Firm |
| 253. | 19-02578 | Clark, Joshua Lee | The Nations Law Firm |
| 254. | 19-02582 | Clemons, Gary Devon | The Nations Law Firm |
| 255. | 19--02583 | Clewis, Kenneth Aaron | The Nations Law Firm |
| 256. | 19-02584 | Clipper, James William | The Nations Law Firm |
| 257. | 19-02586 | Cohen, Stephen Maher | The Nations Law Firm |
| 258. | 19-02587 | Collier Jr., Gerald Randall | The Nations Law Firm |
| 259. | 19-02589 | Collier, Kenneth Terry | The Nations Law Firm |
| 260. | 19-02590 | Cooper, Addis Tallafarell | The Nations Law Firm |
| 261. | 19-02591 | Crawford, Clyde Russell | The Nations Law Firm |
| 262. | 19-02592 | Croomes, Anthony O'Neal | The Nations Law Firm |
| 263. | 19-02593 | Cunningham, Roger Glenn | The Nations Law Firm |
| 264. | 19-02594 | Davenport, Michael Deshonn | The Nations Law Firm |
| 265. | 19-02595 | Davis, James Roy | The Nations Law Firm |
| 266. | 19-02596 | Davis, Timothy Ray | The Nations Law Firm |
| 267. | 19-02597 | Deyo, Matthew Allen | The Nations Law Firm |
| 268. | 19-02598 | Do, Niem Van | The Nations Law Firm |
| 269. | 19-02600 | Domangue, Brookes Allen | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 270. | 19-02601 | Edwards Jr., Samuel Lee | The Nations Law Firm |
| 271. | 19-02603 | Feagin, Greta Louise | The Nations Law Firm |
| 272. | 19-02604 | Fischer, Deamian Edward | The Nations Law Firm |
| 273. | 19-02605 | Gaines, Clifford Bryan | The Nations Law Firm |
| 274. | 19-02606 | Gearhart, Jeffrey Scott | The Nations Law Firm |
| 275. | 19-02607 | Gillespie, Jeffrey Scott | The Nations Law Firm |
| 276. | 19-02608 | Harris, Marcus Dwayne | The Nations Law Firm |
| 277. | 19-02609 | Heathcoe, Dean O'Neal | The Nations Law Firm |
| 278. | 19-02610 | Hicks, Daniel John | The Nations Law Firm |
| 279. | 19-02611 | Hoang, Kennedy | The Nations Law Firm |
| 280. | 19-02612 | Hoang, Mark | The Nations Law Firm |
| 281. | 19-02614 | Rexford, Jennifer | Amaro Law Firm |
| 282. | 19-02615 | Huynh, Hung Minh | The Nations Law Firm |
| 283. | 19-02616 | Huynh, Ut Van | The Nations Law Firm |
| 284. | 19-02617 | Jackson, Bertha Young | The Nations Law Firm |
| 285. | 19-02618 | Jacobs, Ronald Allen | The Nations Law Firm |
| 286. | 19-02620 | Kenny, D'Wanda Renee | The Nations Law Firm |
| 287. | 19-02622 | Le, Ha Q. | The Nations Law Firm |
| 288. | 19-02623 | Lee, Lori Diane | The Nations Law Firm |
| 289. | 19-02624 | Lee, Tenisha Rashida | The Nations Law Firm |
| 290. | 19-02626 | Ziglar, Jason Spencer | The Nations Law Firm |
| 291. | 19-02628 | Young, Martin Harold | The Nations Law Firm |
| 292. | 19-02631 | Moore, Melissa Ann | The Nations Law Firm |
| 293. | 19-02632 | Nelson, Frederick Benjamin | The Nations Law Firm |
| 294. | 19-02633 | Nguyen, Lam Van | The Nations Law Firm |
| 295. | 19-02635 | Nguyen, Tinh Thi | The Nations Law Firm |
| 296. | 19-02636 | Sank Jr., Michael Anthony | The Nations Law Firm |
| 297. | 19-02638 | Smith, Vanessa | The Nations Law Firm |
| 298. | 19-02639 | Schneider, Bonnie Eddins | The Nations Law Firm |
| 299. | 19-02643 | Odom, George Lee | The Nations Law Firm |
| 300. | 19-02644 | Perret Jr., Gerald David | The Nations Law Firm |
| 301. | 19-02647 | Tran, Tuong Van | The Nations Law Firm |
| 302. | 19-02649 | Stallworth, Jennifer Johnson | The Nations Law Firm |
| 303. | 19-02650 | Sweeting, David Thomas | The Nations Law Firm |
| 304. | 19-02652 | Thompson, Dina Jenise | The Nations Law Firm |
| 305. | 19-02653 | Thompson, Joel Cecil | The Nations Law Firm |
| 306. | 19-02655 | Vigue, Cecil Rollan | The Nations Law Firm |
| 307. | 19-02657 | Waters, Michael Terrell | The Nations Law Firm |
| 308. | 19-02659 | Tran, Thai Hong | The Nations Law Firm |

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 309. | 19-02660 | Tunstall, Temika Ishla | The Nations Law Firm |
| 310. | 19-02661 | Tran, Quyen Helix | The Nations Law Firm |
| 311. | 19-02663 | Tran, Ngua Thi | The Nations Law Firm |
| 312. | 19-02664 | Tran, Hau Huu | The Nations Law Firm |
| 313. | 19-02665 | Coker, Dwayne Dominick | The Nations Law Firm |
| 314. | 19-02666 | Cary, Aundra Francis | The Nations Law Firm |
| 315. | 19-02845 | Moreno Jr., Juan | Amaro Law Firm |
| 316. | 19-03358 | Valdez Jr., Noe | Amaro Law Firm |
| 317. | 19-03359 | Villarreal, Juan | Amaro Law Firm |
| 318. | 19-03371 | Adams, John Clifton | The Nations Law Firm |
| 319. | 19-03373 | Anderson, Zolia Powell | The Nations Law Firm |
| 320. | 19-03374 | Andrews Jr., Gerald Edward | The Nations Law Firm |
| 321. | 19-03375 | Atkinson, Lacondor Dejaun | The Nations Law Firm |
| 322. | 19-03376 | Belser III, Glenn Milton | The Nations Law Firm |
| 323. | 19-03377 | Bowers, Bobby Dwuan | The Nations Law Firm |
| 324. | 19-03378 | Broussard, Marquis Wayne | The Nations Law Firm |
| 325. | 19-03379 | Burks, Jayfers Sintel | The Nations Law Firm |
| 326. | 19-03380 | Cartier Jr., Donald James | The Nations Law Firm |
| 327. | 19-03381 | Castle, Rhoda Marie | The Nations Law Firm |
| 328. | 19-03382 | Cotton, Charles Robert | The Nations Law Firm |
| 329. | 19-03383 | Cullum, Charles Henry | The Nations Law Firm |
| 330. | 19-03384 | Cummings, Travis Blake | The Nations Law Firm |
| 331. | 19-03385 | Dardar, Anthony John | The Nations Law Firm |
| 332. | 19-03386 | Dardar, Calvin Joseph | The Nations Law Firm |
| 333. | 19-03387 | Dardar Jr., Eulbert | The Nations Law Firm |
| 334. | 19-03388 | Dardar, Raymond Thomas | The Nations Law Firm |
| 335. | 19-03389 | Davis, Martin Ellis | The Nations Law Firm |
| 336. | 19-03390 | Dean, Patrick Worth | The Nations Law Firm |
| 337. | 19-03391 | Dixon, Rentia Vail | The Nations Law Firm |
| 338. | 19-03392 | Edwards, Nina Nanettee | The Nations Law Firm |
| 339. | 19-03393 | Ellis, Courtney Brandon | The Nations Law Firm |
| 340. | 19-03394 | Evans, Conny Faye | The Nations Law Firm |
| 341. | 19-03395 | Everett Jr., Samuel | The Nations Law Firm |
| 342. | 19-03396 | Farmer, Felicia Marie | The Nations Law Firm |
| 343. | 19-03397 | Fernandez, Jasper Carl | The Nations Law Firm |
| 344. | 19-03398 | Foster, Aaron Keith | The Nations Law Firm |
| 345. | 19-03399 | Fowler, Randall Joseph | The Nations Law Firm |
| 346. | 19-03401 | Graham, Timothy Devon | The Nations Law Firm |
| 347. | 19-03402 | Gudger, John McCarver | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 348. | 19-03403 | Hart, John Michael | The Nations Law Firm |
| 349. | 19-03404 | Higdon, Hunter Richard | The Nations Law Firm |
| 350. | 19-03405 | Hoang, Anh Ngoc | The Nations Law Firm |
| 351. | 19-03406 | Hubbard, Alex Lee | The Nations Law Firm |
| 352. | 19-03407 | Hubbard,Carlton Frederick | The Nations Law Firm |
| 353. | 19-03408 | Hunt, James Demetrius | The Nations Law Firm |
| 354. | 19-03454 | Kitt, Eric Jermaine | The Nations Law Firm |
| 355. | 19-03466 | Larry, Martineze | The Nations Law Firm |
| 356. | 19-03467 | Joseph, Juanita Darnell | The Nations Law Firm |
| 357. | 19-03477 | Kirchharr, Johnie Thomas | The Nations Law Firm |
| 358. | 19-03481 | Jackson Jr., Earl Albert | The Nations Law Firm |
| 359. | 19-03483 | Jackson, Laquanda Latric | The Nations Law Firm |
| 360. | 19-03488 | Le, Hung Thanh | The Nations Law Firm |
| 361. | 19-03491 | Lewis, Cerell Deshawn | The Nations Law Firm |
| 362. | 19-03493 | Lewis, Neal Wayne | The Nations Law Firm |
| 363. | 19-03496 | Livingston, Robin Stafford | The Nations Law Firm |
| 364. | 19-03499 | Lo, Sinh Thieu | The Nations Law Firm |
| 365. | 19-03502 | Ledet, Joseph Junius | The Nations Law Firm |
| 366. | 19-03508 | Tran, Lo | The Nations Law Firm |
| 367. | 19-03509 | Tran, Mike Dinh | The Nations Law Firm |
| 368. | 19-03513 | Love, Tory Romales | The Nations Law Firm |
| 369. | 19-03518 | Tran, Dan Thanh | The Nations Law Firm |
| 370. | 19-03523 | Martin, Paul Tapley (brought by decedent's personal representative Darlene Martin Baird) | The Nations Law Firm |
| 371. | 19-03527 | Qualls, Rebecca Turner | The Nations Law Firm |
| 372. | 19-03534 | Quarles, Linda Deloise | The Nations Law Firm |
| 373. | 19-03536 | Tompkins, Beatrice Hancock | The Nations Law Firm |
| 374. | 19-03542 | Tew, Valiant Eugene | The Nations Law Firm |
| 375. | 19-03546 | Prewett, William Ray | The Nations Law Firm |
| 376. | 19-03560 | Luke, Danny William | The Nations Law Firm |
| 377. | 19-03572 | Luke, Darrell John | The Nations Law Firm |
| 378. | 19-03575 | Luke, Patrick Joseph | The Nations Law Firm |
| 379. | 19-03581 | Madden, Stephen Wayne | The Nations Law Firm |
| 380. | 19-03585 | Maddox, James Edward, Jr. | The Nations Law Firm |
| 381. | 19-03590 | Malcolm, Ja'Versse Dresmontreh | The Nations Law Firm |
| 382. | 19-03592 | Mao, Kim Chandopha | The Nations Law Firm |
| 383. | 19-03595 | Marks, Thomas Kevin | The Nations Law Firm |
| 384. | 19-03599 | Oliver, Marketa Charnae | The Nations Law Firm |

13

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 385. | 19-03602 | Perrin, Tony Joseph | The Nations Law Firm |
| 386. | 19-03610 | Robinson, Wilbert Leo | The Nations Law Firm |
| 387. | 19-03611 | Rutledge, Gregory Vanario | The Nations Law Firm |
| 388. | 19-03619 | Sank, David Lavonne | The Nations Law Firm |
| 389. | 19-03622 | Strickland, Justin Cody | The Nations Law Firm |

B.   **Plaintiffs With Deficient Initial Disclosures**

Pursuant to Section 2(C) of First Am. CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided deficient or incomplete initial disclosures.

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-01355 | McNeil, Michael W. | Falcon Law Firm; Lindsay & Lindsay P.A. | Failure to provide proof that signatory is authorized representative |
| 2. | 19-01885 | Rowell, Margaret Ann | The Nations Law Firm | Missing signed PPF and authorizations; missing medical records |
| 3. | 19-02056 | Davis, Kelvin Jermaine | The Nations Law Firm | Missing signed PPF and authorizations |
| 4. | 19-02059 | Harris, Jr., Rudolph William | The Nations Law Firm | Missing signed PPF and authorizations; missing medical records |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 385. | 19-03602 | Perrin, Tony Joseph | The Nations Law Firm |
| 386. | 19-03610 | Robinson, Wilbert Leo | The Nations Law Firm |
| 387. | 19-03611 | Rutledge, Gregory Vanario | The Nations Law Firm |
| 388. | 19-03619 | Sank, David Lavonne | The Nations Law Firm |
| 389. | 19-03622 | Strickland, Justin Cody | The Nations Law Firm |

B.   **Plaintiffs With Deficient Initial Disclosures**

Pursuant to Section 2(C) of First Am. CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided deficient or incomplete initial disclosures.

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-01355 | McNeil, Michael W. | Falcon Law Firm; Lindsay & Lindsay P.A. | Failure to provide proof that signatory is authorized representative |
| 2. | 19-01885 | Rowell, Margaret Ann | The Nations Law Firm | Missing signed PPF and authorizations; missing medical records |
| 3. | 19-02056 | Davis, Kelvin Jermaine | The Nations Law Firm | Missing signed PPF and authorizations |
| 4. | 19-02059 | Harris, Jr., Rudolph William | The Nations Law Firm | Missing signed PPF and authorizations; missing medical records |

July 1, 2019                                         Respectfully submitted,

       */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

       */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

       */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & T.
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

       */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of July 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

      */s/ Don K. Haycraft*
      Don K. Haycraft