# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **Oil Spill by the Oil Rig "Deepwater** | * | **MDL No. 2179** |
| **Horizon" in the Gulf of Mexico,** | * | |
| **On April 20, 2010** | * | **Section: J** |
| | * | |
| **This filing relates to:** | * | **District Judge Carl J. Barbier** |
| *15-4143, 15-4146 & 15-4654* | * | |
| | * | **Chief Magistrate Judge** |
| | * | **Joseph Wilkinson** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF HESI AND TRANSOCEAN ASSIGNED CLAIMS AND/OR PUNITIVE DAMAGES CLAIM(S)

The authorized representative of Claimant, DONALD HARPER, SR., a Deceased claimant, and the HESI and Transocean Assigned Claims and Punitive Damages Settlements Claims Administrator respectfully move this Court to (1) approve the settlement(s) of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the HESI and Transocean Punitive Damages and Assigned Claims Settlements as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

On behalf of DONALD HARPER, SR.:                On behalf of Patrick A. Juneau, Claims
                                                                            Administrator:


/s/ William L. Roberts, Esq.                              /s/Patrick J. Hron, Esq.
William L. Roberts, Esq.                                     Patrick J. Hron, Esq.
Faegre, Baker, Daniels, LLP                              Juneau David, APLC
2200 Wells Fargo Center, 90 South 7th Street    1018 Harding Street, Suite 202
612-766-6997                                                    Lafayette, LA 70503