# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179  Section: J |
| This filing relates to: *15-4143, 15-4146 & 15-4654* | * * * * | District Judge Carl J. Barbier  Chief Magistrate Judge Joseph Wilkinson |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF HESI AND TRANSOCEAN ASSIGNED CLAIMS AND/OR PUNITIVE DAMAGES CLAIM(S)

The authorized representative of Claimant, JAMES MC DENNIS, a Deceased Claimant, and the HESI and Transocean Assigned Claims and Punitive Damages Settlements Claims Administrator respectfully move this Court to (1) approve the settlement(s) of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the HESI and Transocean Punitive Damages and Assigned Claims Settlements as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

On behalf of James MC Dennis:　　　　　　　　On behalf of Patrick A. Juneau, Claims Administrator:

/s/Lorene T. Dennis　　　　　　　　　　　　　/s/Patrick J. Hron, Esq.

Lorene T. Dennis　　　　　　　　　　　　　　Patrick J. Hron, Esq.
416 Mohawk Street　　　　　　　　　　　　　Juneau David, APLC
Mobile, AL 36606　　　　　　　　　　　　　　1018 Harding Street, Suite 202
251-295-7965　　　　　　　　　　　　　　　　Lafayette, LA 70503