UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *All Claims In Pleading Bundle B3* | * * | MAG. JUDGE WILKINSON |

**SUPPLEMENTAL STIPULATION AND AGREED ORDER
REGARDING THE COURT'S APRIL 16, 2019 ORDER ON BP'S MOTION FOR
<u>PERMISSION TO DISPOSE OF CERTAIN MATERIALS</u>**

WHEREAS, on December 12, 2018, BP Exploration & Production, Inc., BP America Production Company, and BP America Inc. (collectively, "BP") moved the Court for an order granting it permission to dispose of approximately 140,000 samples identified in Exhibit A to its motion (the "Subject Samples"), which BP had collected and is preserving in compliance with applicable court orders (Rec. Doc. 25226, hereinafter the "Disposal Motion");

WHEREAS, objections were filed to the Disposal Motion by Nexsen Pruet, LLC, Douglas M. Schmidt, APLC, The Downs Law Group, P.A., Koerner Law Firm, Falcon Law Firm, Lindsay & Lindsay, P.A., Stag Liuzza, L.L.C. (formerly Smith Stag L.L.C.), and Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. (the "Objecting Plaintiffs");

WHEREAS, after extensive briefing on the Disposal Motion, the Court entered an order on April 16, 2019, granting the Disposal Motion, consistent with Pretrial Order 62, and directing as follows:

> Within 35 days of this Order, plaintiffs that have objected to BP's Motion may take custody of any samples BP seeks to dispose that plaintiffs wish to preserve, with shipping and storage of such requested samples to be at the objecting plaintiffs' expense;

> If within 35 days of this Order, plaintiffs do not elect to take custody of the samples as provided above, BP may dispose of the samples identified in its Motion at Exhibit A.

(Rec. Doc. 25593, the "April 16 Order");

WHEREAS, over the past several months, counsel for certain Objecting Plaintiffs and counsel for BP have engaged in extensive discussions regarding the Disposal Motion, the Court's April 16 Order, and the transfer of custody of the Subject Samples;

WHEREAS, as part of those discussions, the plaintiffs in the above-captioned litigation represented by the Downs Law Group, P.A. (the "Downs Group Plaintiffs") requested to conduct a site visit of BP's sample storage facility in Fort Collins, Colorado; BP offered to make such a site visit available to representatives of the Downs Group Plaintiffs and any other interested parties; and representatives of the Downs Group Plaintiffs conducted the site visit on May 9, 2019;

WHEREAS, as a result of the parties' discussions and the site visit, the Downs Group Plaintiffs and BP previously submitted a proposed Stipulation and Agreed Order Regarding the Court's April 16, 2019 Order on BP's Motion for Permission to Dispose of Certain Materials (the "Stipulation and Agreed Order"), which the Court entered on May 21, 2019 (Rec. Doc. 25633);

WHEREAS, the Stipulation and Agreed Order required the Downs Group Plaintiffs to submit by May 28, 2019, lists of the Subject Samples that they did and did not agree to take possession of, and to take possession of said Subject Samples by July 5, 2019;

WHEREAS, on May 28, 2019, based on information provided by BP, the Downs Group Plaintiffs filed three lists addressing the Subject Samples, consisting of a "Keep List," a "Release List," and a "Further Info List" (Rec. Doc. 25560);

WHEREAS, the parties continued to engage in discussions regarding Plaintiffs' lists and additional information that BP provided regarding the Subject Samples;

WHEREAS, BP elected to continue to retain at BP's storage facility 6,185 samples that were part of its original Disposal Motion (the "BP Keep List," attached hereto as Exhibit C);

WHEREAS, on June 10, 2019, the Downs Group Plaintiffs revised the sample lists they submitted on May 28, 2019 and provided BP a final "Keep List" of the Subject Samples that they wish to take possession of (the "Downs Keep List," attached hereto as Ex. A), and a final "Release List" of the Subject Samples that they do not wish to take possession of (the "Downs Release List," attached hereto as Exhibit B);

WHEREAS, the Downs Keep List contains 127,504 samples, and the Downs Release List contains 7,257 samples, accounting for all 134,761 samples that remain the subject of BP's Disposal Motion;

WHEREAS, the Downs Group Plaintiffs have agreed not to further modify their lists;

WHEREAS, due to the large volume of samples that the Downs Group Plaintiffs have now elected to take, the parties require additional time past July 5 to segregate the samples that the Downs Group Plaintiffs wish to take and prepare them for the transfer of custody;

WHEREAS, the parties continue to engage in good-faith discussions regarding the logistics of transferring the Subject Samples to the Downs Group Plaintiffs;

WHEREAS, in light of these developments and the parties' continued discussions, and BP's and the Downs Group Plaintiffs' agreement to adjust certain dates in the Stipulation and Agreed Order in light of the parties' efforts;

NOW, THEREFORE, BP and the Downs Group Plaintiffs, by and through their undersigned counsel, hereby stipulate and agree, and being duly advised, the Court hereby orders that:

1. The Downs Group Plaintiffs' Keep and Release Lists submitted to BP on June 10, 2019, and attached hereto as Exhibits A and B, are final and are not subject to further modification.

2. The May 21, 2019 deadline established in the April 16 Order for plaintiffs to take possession of any Subject Samples they wish to maintain, as modified to July 5, 2019, by the Stipulation and Agreed Order, is hereby extended to **August 31, 2019**, as outlined below.

3. BP agrees that it will continue to preserve, and will not dispose of, any Subject Samples on the Downs Keep List before the Downs Group Plaintiffs take custody of them by **August 31, 2019**.

4. BP further agrees not to seek costs from the Downs Group Plaintiffs for storing the Subject Samples on the Downs Keep List through **August 31, 2019**.

5. BP agrees that it will continue to preserve, and will not to dispose of, any Subject Samples before **August 31, 2019**. After **August 31, 2019**, BP may dispose of Subject Samples on the Downs Release List without any further notice or order of this Court.

6. Nothing in this Supplemental Stipulation and Agreed Order shall affect the provisions of the May 21, 2019 Stipulation and Agreed Order, except extension of the dates specified above. Except provided herein, the May 21, 2019 Stipulation and Agreed Order remains in full force and effect.


Respectfully submitted,

| | |
|---|---|
| */s/ Craig T. Downs* | */s/ Don Haycraft* |
| Craig T. Downs | Don Haycraft (Bar #14361) |
| Florida Bar No. 801089 | R. Keith Jarrett (Bar #16984) |
| (cdowns@downslawgroup.com) | **LISKOW & LEWIS** |
| Nathan T. Nelson | One Shell Square |
| Florida Bar No. 1002523 | 701 Poydras Street, Suite 5000 |
| (nnelson@downslawgroup.com) | New Orleans, Louisiana 70139-5099 |
| **The Downs Law Group, P.A.** | Telephone: (504) 581-7979 |
| 3250 Mary Street, Suite 307 | Fax No. (504) 556-4108 |
| Coconut Grove, Florida 33133 | |
| Telephone: (305) 444-8226 | Matthew T. Regan, P.C. |
| Facsimile: (305) 444-6773 | (matthew.regan@kirkland.com) |
| | A. Katrine Jakola, P.C. |
| *Attorneys for the Downs Law* | (katie.jakola@kirkland.com) |
| *Group Plaintiffs* | Christina L. Briesacher |
| | (christina.briesacher@kirkland.com) |
| | **KIRKLAND & ELLIS LLP** |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | |
| | *Attorneys for BP* |

**SO ORDERED.**

New Orleans, Louisiana this 2nd day of July, 2019.

_____
United States District Judge