IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30440
_____

In re: Deepwater Horizon

-------------------------------------------

SERGIO ALVARADO,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C,

      Defendants - Appellees

-------------------------------------------

SANDRA A. IAMES,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P COMPANY, L.P.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

      Defendants - Appellees

-------------------------------------------

SHERI ALLEN DORGAN,

        Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION , INCORPORATED; BP AMERICA PRODUCTION COMPANY,

        Defendants - Appellees

---------------------------------------------------

BRIAN GORTNEY,

        Plaintiff - Appellant

v.

BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA INCORPORATED; BP, P.L.C,

        Defendants - Appellees

---------------------------------------------------

SERGIO VALDIVIESO,

        Plaintiff - Appellant

v.

BP, P.L.C.; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA, INCORPORATED,

        Defendants - Appellees

_____

Appeal from the United States District Court

Case: 19-30440      Document: 00515019870     Page: 3     Date Filed: 07/02/2019
Case 2:10-md-02179-CJB-DPC   Document 25804   Filed 07/03/19   Page 3 of 3

for the Eastern District of Louisiana
_____

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

                        LYLE W. CAYCE, CLERK
                     United States Court of Appeals
                         for the Fifth Circuit
                         /s/ Lyle W. Cayce__

            ENTERED AT THE DIRECTION OF THE COURT