# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 02, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-30440    In re: Deepwater Horizon
                            USDC No. 2:10-MD-2179
                            USDC No. 2:13-CV-1778

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Lisa E. Ferrara, Deputy Clerk
                            504-310-7675

Mr. William W. Blevins
Mr. Harvey Grannis Brown Jr.
Ms. Miriam Michelle Carreras
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. James Andrew Langan
Mr. W. Mark Lanier
Mr. James Alistair McKenzie
Mr. Kerry J. Miller
Mr. Aaron Lloyd Nielson
Mr. Kevin Philip Parker
Mr. Thomas Andrew Range
Mr. Devin Chase Reid
Mr. David Bruce Salmons
Mr. Douglas M. Schmidt
Mr. Robert Alan York