UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG           MDL No. 2179
    "DEEPWATER HORIZON" in the
    Gulf of Mexico on April 20, 2010

Applies to:                                   JUDGE BARBIER
12-CV-968: BELO                     MAG. JUDGE WILKINSON
AND
All BELO cases included in the attached lists.

## ORDER

Defense counsel has advised that plaintiffs in 393 BELO cases[1] have either failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1, or have provided disclosures that are deficient and incomplete. Record Doc. No. 25772 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **JULY 30, 2019**, plaintiffs in the attached lists must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT**, as to all of the listed cases in which plaintiffs produce full and complete disclosures in compliance with this order, the

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 <u>and</u> in the individual cases in the attached lists.

deadline by which the parties must submit their venue filing is extended to no later than

**AUGUST 29, 2019.**

                New Orleans, Louisiana, this    3rd    day of July, 2019.

                                          JOSEPH C. WILKINSON, JR.
                                   UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

I

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 1.  | 19-01757 | Ratliff, Jeffrey Odin | The Nations Law Firm |
| 2.  | 19-01759 | Rhames, Melissa Ann | The Nations Law Firm |
| 3.  | 19-01763 | Richardson, Stevie Larman | The Nations Law Firm |
| 4.  | 19-01765 | Rojas Jr., Arthur Leon | The Nations Law Firm |
| 5.  | 19-01766 | Rountree, Gussie Mae | The Nations Law Firm |
| 6.  | 19-01768 | Sevin, Deanna Theriot | The Nations Law Firm |
| 7.  | 19-01769 | Simoneaux, Dale Gerard | The Nations Law Firm |
| 8.  | 19-01770 | Smith, Clyde Douglas | The Nations Law Firm |
| 9.  | 19-01772 | Songe, Cody Michael | The Nations Law Firm |
| 10. | 19-01774 | Sparrow, Jennifer Nicole | The Nations Law Firm |
| 11. | 19-01775 | Spriggs, Ronald Eugene | The Nations Law Firm |
| 12. | 19-01777 | Swinney, Joseph Le Jr. | The Nations Law Firm |
| 13. | 19-01778 | Switzer, Charles William | The Nations Law Firm |
| 14. | 19-01779 | Theriot, Brett Anthony | The Nations Law Firm |
| 15. | 19-01780 | Tiet, Kenny Anh | The Nations Law Firm |
| 16. | 19-01782 | Trahan, Ricky Joseph | The Nations Law Firm |
| 17. | 19-01793 | Elizondo, Carlos | Amaro Law Firm |
| 18. | 19-01813 | Bradley, Dave Rodgers | The Nations Law Firm |
| 19. | 19-01815 | Dates, Terry Antonio | The Nations Law Firm |
| 20. | 19-01816 | Norwood II, Wheeler | The Nations Law Firm |
| 21. | 19-01817 | Fagan, Frank | The Nations Law Firm |
| 22. | 19-01819 | Graber, Steven Frederick | The Nations Law Firm |
| 23. | 19-01820 | Sevin, Shane Anthony | The Nations Law Firm |
| 24. | 19-01821 | Soudelier Jr., James L. | The Nations Law Firm |
| 25. | 19-01822 | Tran, Tap Viet | The Nations Law Firm |
| 26. | 19-01823 | Tran, Vinh Phuoc | The Nations Law Firm |
| 27. | 19-01825 | Trough, Gerardo Jimmez | The Nations Law Firm |
| 28. | 19-01826 | Vancamp, Jeremy Christopher | The Nations Law Firm |
| 29. | 19-01827 | Verdin Jr., Michael Gerard | The Nations Law Firm |
| 30. | 19-01829 | Williams, Ben Ray | The Nations Law Firm |
| 31. | 19-01830 | Unbehagen, Tana Ann | The Nations Law Firm |
| 32. | 19-01831 | Williams Jr., Sherman Joseph | The Nations Law Firm |
| 33. | 19-01867 | Doan, Binh Thanh | The Nations Law Firm |
| 34. | 19-01869 | Green, Michael Todd | The Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 35. | 19-01870 | Hicks, Frankie Veronica | The Nations Law Firm |
| 36. | 19-01871 | Henn, Jason Leonard | The Nations Law Firm |
| 37. | 19-01872 | Howard, Brain Lee | The Nations Law Firm |
| 38. | 19-01874 | Hutchins, Bryan Keith | The Nations Law Firm |
| 39. | 19-01875 | Johnson, Erica Lakillya | The Nations Law Firm |
| 40. | 19-01876 | Johnson, Keith Patrick | The Nations Law Firm |
| 41. | 19-01877 | Lutley III, James Richard | The Nations Law Firm |
| 42. | 19-01878 | McPherson, Rondell Martinez | The Nations Law Firm |
| 43. | 19-01879 | Men, Sophin | The Nations Law Firm |
| 44. | 19-01880 | Milne Jr., Thomas Anthony | The Nations Law Firm |
| 45. | 19-01882 | Nelson, Cotie John | The Nations Law Firm |
| 46. | 19-01883 | Odom, Sylvia Latrell | The Nations Law Firm |
| 47. | 19-01886 | Santiny, Clement Barbus | The Nations Law Firm |
| 48. | 19-01887 | Sims, Michael Wayne | The Nations Law Firm |
| 49. | 19-01911 | Martin, Jr., Dennis | Amaro Law Firm |
| 50. | 19-01948 | Juarez, Sr., Jesus | Amaro Law Firm |
| 51. | 19-01950 | Bolden, Paul Wayne | The Nations Law Firm |
| 52. | 19-01952 | Brookins, Stephen Wayne | The Nations Law Firm |
| 53. | 19-01953 | Carroway, Erving Brandon | The Nations Law Firm |
| 54. | 19-01954 | Chau, Quon Van | The Nations Law Firm |
| 55. | 19-01957 | Johnson, Challor | The Nations Law Firm |
| 56. | 19-01958 | Jones, David Eugene | The Nations Law Firm |
| 57. | 19-01959 | Jones, Roderick Demario | The Nations Law Firm |
| 58. | 19-01960 | McNeal, Terry Lynn | The Nations Law Firm |
| 59. | 19-01964 | Talton, Victoria Dawn | The Nations Law Firm |
| 60. | 19-01965 | Thomas, Harry Darnell | The Nations Law Firm |
| 61. | 19-01968 | Tran, Donald Hahn | The Nations Law Firm |
| 62. | 19-01969 | Trussell, Johnnie Dale | The Nations Law Firm |
| 63. | 19-01970 | Verdin, Serena Earhat | The Nations Law Firm |
| 64. | 19-01976 | Nguyen, Michael Thanh | The Nations Law Firm |
| 65. | 19-01978 | Bartholomew, Jimmy Mitchell | The Nations Law Firm |
| 66. | 19-01991 | Best, Pamela Marie | The Nations Law Firm |
| 67. | 19-01998 | Stevens, Lee Majors Quontell | The Nations Law Firm |
| 68. | 19-02001 | Stevenson Sr., Everett Lee | The Nations Law Firm |
| 69. | 19-02003 | Ta, Tua Van | The Nations Law Firm |
| 70. | 19-02004 | Ross, Erica Ann | The Nations Law Firm |
| 71. | 19-02006 | Vito, Larry Joseph | The Nations Law Firm |
| 72. | 19-02007 | Williams, Jerrick Octavis | The Nations Law Firm |
| 73. | 19-02008 | Whitsett, Edward Andrew | The Nations Law Firm |
| 74. | 19-02010 | Watson, Michael | The Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
|-----|---------------|-----------|---------------------|
| 75. | 19-02012 | Washington, Vincent Anthony | The Nations Law Firm |
| 76. | 19-02013 | Waite, Vanessa Arlene | The Nations Law Firm |
| 77. | 19-02015 | Hall, Tanisha Micque | The Nations Law Firm |
| 78. | 19-02016 | Goodwin III, Leonard | The Nations Law Firm |
| 79. | 19-02017 | Drake, Jomedgar Jomar | The Nations Law Firm |
| 80. | 19-02018 | Dawson, Calvin Wayne | The Nations Law Firm |
| 81. | 19-02021 | Cravener, Robert Carl | The Nations Law Firm |
| 82. | 19-02022 | Barnett, Terry Jerome | The Nations Law Firm |
| 83. | 19-02023 | Ball, Channell Bertina | The Nations Law Firm |
| 84. | 19-02052 | Barnes Jr., Willie Lee | The Nations Law Firm |
| 85. | 19-02055 | Costict, Jaleesa Ayecia | The Nations Law Firm |
| 86. | 19-02057 | Evans, Latale Eric | The Nations Law Firm |
| 87. | 19-02061 | Holloway, Orlando Arness | The Nations Law Firm |
| 88. | 19-02062 | Jones, Bradly Davis | The Nations Law Firm |
| 89. | 19-02063 | Lankford, Eric Justin | The Nations Law Firm |
| 90. | 19-02065 | Nelton, Eric Paul | The Nations Law Firm |
| 91. | 19-02066 | O'Neill, Sean Alexander | The Nations Law Firm |
| 92. | 19-02068 | Pettaway, Marcus Jermaine | The Nations Law Firm |
| 93. | 19-02069 | Richards, Jr., Carl Andrews | The Nations Law Firm |
| 94. | 19-02070 | Rosette, Gregory | The Nations Law Firm |
| 95. | 19-02071 | Taylor, Daniel Mark | The Nations Law Firm |
| 96. | 19-02072 | Trahan, Lynn Paul | The Nations Law Firm |
| 97. | 19-02073 | Trahan Jr., Lynn Paul | The Nations Law Firm |
| 98. | 19-02074 | Tran, Thien Van | The Nations Law Firm |
| 99. | 19-02077 | Vo, Tan Duy | The Nations Law Firm |
| 100. | 19-02078 | Webb, Matthew Vernon | The Nations Law Firm |
| 101. | 19-02079 | Willmore, Richard Leon | The Nations Law Firm |
| 102. | 19-02080 | Wright, Stacy Lemon | The Nations Law Firm |
| 103. | 19-02082 | Beyers, Patrick Kenneth | The Nations Law Firm |
| 104. | 19-02084 | Anderson III, Lensey | The Nations Law Firm |
| 105. | 19-02088 | Melendez, Israel | The Downs Law Group |
| 106. | 19-02091 | Mejia, Jose Raul | The Downs Law Group |
| 107. | 19-02093 | Pellegrin, Bertha Brown | The Downs Law Group |
| 108. | 19-02094 | Rayo, Arby Adolfo | The Downs Law Group |
| 109. | 19-02095 | Rivera-Jimenez, Dalila | The Downs Law Group |
| 110. | 19-02098 | Serrano, Maria Cecilia | The Downs Law Group |
| 111. | 19-02099 | Ventura, Jose H. | The Downs Law Group |
| 112. | 19-02100 | Hargrave-Moore, Jennifer | The Downs Law Group |
| 113. | 19-02102 | Dufour Jr., Richard Allen | The Downs Law Group |

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 114. | 19-02103 | Garcia, Eliseo | The Downs Law Group |
| 115. | 19-02111 | Barguiarena, Jesus | Amaro Law Firm |
| 116. | 19-02116 | Bourgeois, Jesse Taylor | The Nations Law Firm |
| 117. | 19-02117 | Campbell, Portrene Lynette | The Nations Law Firm |
| 118. | 19-02118 | Capps, Herbert Leon | The Nations Law Firm |
| 119. | 19-02119 | Clemmons, Torence Ali | The Nations Law Firm |
| 120. | 19-02120 | Constant, Sidney John | The Nations Law Firm |
| 121. | 19-02122 | Dorsey, Jason Maurice | The Nations Law Firm |
| 122. | 19-02123 | Evans, Dottie Brooks | The Nations Law Firm |
| 123. | 19-02125 | Grant, Joseph Cornelius | The Nations Law Firm |
| 124. | 19-02127 | Herbert, Felicia Michelle | The Nations Law Firm |
| 125. | 19-02129 | Higdon IV, Charles Richard | The Nations Law Firm |
| 126. | 19-02130 | Higdon, Kenneth Richard | The Nations Law Firm |
| 127. | 19-02131 | Hollings, Christopher Charles | The Nations Law Firm |
| 128. | 19-02132 | In, Leng | The Nations Law Firm |
| 129. | 19-02133 | King, Clifton Windell | The Nations Law Firm |
| 130. | 19-02134 | Mao, Chandarasy | The Nations Law Firm |
| 131. | 19-02135 | Maynard, William Lee | The Nations Law Firm |
| 132. | 19-02136 | Mead, Brian Joseph | The Nations Law Firm |
| 133. | 19-02137 | Meaux, Jonathan Robert | The Nations Law Firm |
| 134. | 19-02138 | Nguyen, Anh Thi | The Nations Law Firm |
| 135. | 19-02139 | Phan, Banh Van | The Nations Law Firm |
| 136. | 19-02140 | Roberson, Jacqueline Eaton | The Nations Law Firm |
| 137. | 19-02142 | Robinson III, Sterling Joseph | The Nations Law Firm |
| 138. | 19-02143 | Sean, Sovan | The Nations Law Firm |
| 139. | 19-02144 | Sprinkle Jr., Billy Gene | The Nations Law Firm |
| 140. | 19-02145 | Tang, Hai Thanh | The Nations Law Firm |
| 141. | 19-02146 | Tran, Hien Quang | The Nations Law Firm |
| 142. | 19-02147 | Tran, Them Hiep | The Nations Law Firm |
| 143. | 19-02148 | Truong, Trung Hai | The Nations Law Firm |
| 144. | 19-02149 | Waters Jr., Robert Bernard | The Nations Law Firm |
| 145. | 19-02150 | Casey, Zivenchy Sabre | The Nations Law Firm |
| 146. | 19-02151 | Allinder, Zachery Spencer | The Nations Law Firm |
| 147. | 19-02152 | Grissett Jr., Leonard Randolph | The Nations Law Firm |
| 148. | 19-02154 | Williams, Alonzo Lacquor | The Nations Law Firm |
| 149. | 19-02183 | Adams, Robert Ray | The Nations Law Firm |
| 150. | 19-02185 | Batiste, Shion Delacy | The Nations Law Firm |
| 151. | 19-02186 | Berry, Reuben Rafael | The Nations Law Firm |
| 152. | 19-02187 | Collins, Tiffany Nicole | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 153. | 19-02188 | Catha, Diane Bragg | The Nations Law Firm |
| 154. | 19-02192 | Acosta, Annette Marie | The Nations Law Firm |
| 155. | 19-02194 | Brown, Ceylon Anthony | The Nations Law Firm |
| 156. | 19-02195 | Brown, Kenneth De Wayne | The Nations Law Firm |
| 157. | 19-02196 | Cao, Minh Duc | The Nations Law Firm |
| 158. | 19-02198 | Coppedge, Aaron Wayne | The Nations Law Firm |
| 159. | 19-02199 | Crawford, Charles Jerome | The Nations Law Firm |
| 160. | 19-02243 | Smith, Rosetta | Amaro Law Firm |
| 161. | 19-02251 | Broxson, Bruce Scott | The Nations Law Firm |
| 162. | 19-02252 | Bryant, Clarence Leroy | The Nations Law Firm |
| 163. | 19-02253 | Burke Jr., Thomas Howard | The Nations Law Firm |
| 164. | 19-02254 | Buskey, Ashley Marie | The Nations Law Firm |
| 165. | 19-02255 | Cao, Dan Dien | The Nations Law Firm |
| 166. | 19-02256 | Davis, Robert Joseph | The Nations Law Firm |
| 167. | 19-02257 | Crowther, Michael Delon | The Nations Law Firm |
| 168. | 19-02258 | Demoran, Jill Ursula | The Nations Law Firm |
| 169. | 19-02260 | Dickerson, Paula Lynn | The Nations Law Firm |
| 170. | 19-02261 | Ellis, Jr., Albert James | The Nations Law Firm |
| 171. | 19-02262 | Ezell, Cielita Nicole | The Nations Law Firm |
| 172. | 19-02263 | Fairley, Donald Allen | The Nations Law Firm |
| 173. | 19-02265 | Fears, Denise Rose | The Nations Law Firm |
| 174. | 19-02266 | Franklin, David James | The Nations Law Firm |
| 175. | 19-02267 | Freund, Walter Bruce | The Nations Law Firm |
| 176. | 19-02268 | Gargiulo Jr, Salvatore | The Nations Law Firm |
| 177. | 19-02269 | Georgiou, Art Steve | The Nations Law Firm |
| 178. | 19-02270 | Gibbs, Christopher Saddler | The Nations Law Firm |
| 179. | 19-02271 | Gurney, Meredith Michael | The Nations Law Firm |
| 180. | 19-02272 | Griggs, Chidra Sharnell | The Nations Law Firm |
| 181. | 19-02273 | Goodall Jr., Robert James | The Nations Law Firm |
| 182. | 19-02274 | Griffis Jr., Earle James | The Nations Law Firm |
| 183. | 19-02275 | Gossett, Jonathan Lamar | The Nations Law Firm |
| 184. | 19-02276 | Hamilton, Jeremy Damarius | The Nations Law Firm |
| 185. | 19-02277 | Hall, Richard Louis | The Nations Law Firm |
| 186. | 19-02278 | Johnson, Sesley Canisha | The Nations Law Firm |
| 187. | 19-02279 | Hollenback Jr., Arthur Roland | The Nations Law Firm |
| 188. | 19-02297 | Ditcharo, Dolores Sevin | The Nations Law Firm |
| 189. | 19-02304 | Kang, Sambo | The Nations Law Firm |
| 190. | 19-02305 | Ken, Monychenda | The Nations Law Firm |
| 191. | 19-02306 | Langley, Joseph Michael | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 192. | 19-02307 | Lehrmann IV, Ernst Frederick | The Nations Law Firm |
| 193. | 19-02308 | Maloy, Christopher Allen | The Nations Law Firm |
| 194. | 19-02309 | Liang, Shelia Ann | The Nations Law Firm |
| 195. | 19-02310 | Livingston, Sean Andre | The Nations Law Firm |
| 196. | 19-02311 | Maddox, William Charles | The Nations Law Firm |
| 197. | 19-02313 | Melancon, Herman | The Nations Law Firm |
| 198. | 19-02314 | Merchant, Craig Maurice | The Nations Law Firm |
| 199. | 19-02315 | Middleton Jr, William Albert | The Nations Law Firm |
| 200. | 19-02316 | Montgomery, Richard Demetrius | The Nations Law Firm |
| 201. | 19-02317 | Mosley, Jacqueline Pernell | The Nations Law Firm |
| 202. | 19-02318 | Nelson, Thomas Sylvester | The Nations Law Firm |
| 203. | 19-02319 | Nguyen, Nam Tan | The Nations Law Firm |
| 204. | 19-02320 | Nguyen, Quy Huu | The Nations Law Firm |
| 205. | 19-02321 | Nowling, Thaddeus Lelon | The Nations Law Firm |
| 206. | 19-02323 | Parker, Kendel Jehon | The Nations Law Firm |
| 207. | 19-02324 | Poole, Eric Paul | The Nations Law Firm |
| 208. | 19-02325 | Reed, Katrina Batrice | The Nations Law Firm |
| 209. | 19-02326 | Ricker Jr, Carl Lambert | The Nations Law Firm |
| 210. | 19-02327 | Ronquille, Jerome Mack | The Nations Law Firm |
| 211. | 19-02328 | Ronquille Sr., Kenneth Gerald | The Nations Law Firm |
| 212. | 19-02329 | Rosette, Ronald James | The Nations Law Firm |
| 213. | 19-02330 | Scallan, David Andrew | The Nations Law Firm |
| 214. | 19-02331 | Tang, Hoa Thai | The Nations Law Firm |
| 215. | 19-02332 | Simmons, George Thomas | The Nations Law Firm |
| 216. | 19-02334 | Tran, Phu | The Nations Law Firm |
| 217. | 19-02335 | Tong, Hai Van | The Nations Law Firm |
| 218. | 19-02336 | Truong, Huong Van | The Nations Law Firm |
| 219. | 19-02337 | Terrebonne Jr., Walton Joseph | The Nations Law Firm |
| 220. | 19-02339 | Washington, Karen Denice | The Nations Law Firm |
| 221. | 19-02408 | Henderson, Michael | Amaro Law Firm |
| 222. | 19-02438 | Barragan Jr., Jesus | Amaro Law Firm |
| 223. | 19-02445 | Staten, John | Amaro Law Firm |
| 224. | 19-02501 | Rayborn, Rodney Eric | The Downs Law Group |
| 225. | 19-02505 | Ramirez, Jose Rafael | The Downs Law Group |
| 226. | 19-02508 | Watkins III, Henry John | The Downs Law Group |
| 227. | 19-02509 | Alonso Castellon, Ramon | The Downs Law Group |
| 228. | 19-02510 | Siples Jr., Dwight | The Downs Law Group |
| 229. | 19-02517 | Atwell, Faith Ann | The Nations Law Firm |
| 230. | 19-02518 | Alsop, Mark Allen | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 231. | 19-02519 | Atkinson, Brandon Wray | The Nations Law Firm |
| 232. | 19-02520 | Authement, Dion John | The Nations Law Firm |
| 233. | 19-02521 | Autrey Jr., James Ernest | The Nations Law Firm |
| 234. | 19-02522 | Barbier, Christopher Nicholas | The Nations Law Firm |
| 235. | 19-02523 | Bigot, Donald Emile | The Nations Law Firm |
| 236. | 19-02524 | Black Jr., James Howard | The Nations Law Firm |
| 237. | 19-02531 | Blackmon, Deborah | The Nations Law Firm |
| 238. | 19-02538 | Blanchard, Cyrus J. | The Nations Law Firm |
| 239. | 19-02540 | Blanchard, Daniel A. | The Nations Law Firm |
| 240. | 19-02541 | Britton, Ronald Dean | The Nations Law Firm |
| 241. | 19-02544 | Broussard, Charlie G. | The Nations Law Firm |
| 242. | 19-02545 | Brown, Darwin Jamal | The Nations Law Firm |
| 243. | 19-02561 | Brown Jr., Nathaniel Javier | The Nations Law Firm |
| 244. | 19-02563 | Brown, Tanisha Marie | The Nations Law Firm |
| 245. | 19-02564 | Bryant, Dontrell | The Nations Law Firm |
| 246. | 19-02565 | Cao, Christopher T. | The Nations Law Firm |
| 247. | 19-02566 | Cao, Minh Thanh | The Nations Law Firm |
| 248. | 19-02570 | Carver, Timothy Ray | The Nations Law Firm |
| 249. | 19-02571 | Chaisson Sr., Michael Daniel | The Nations Law Firm |
| 250. | 19-02573 | Chandler Jr., Alex | The Nations Law Firm |
| 251. | 19-02576 | Chapman, Chai Josef | The Nations Law Firm |
| 252. | 19-02577 | Chiem, John | The Nations Law Firm |
| 253. | 19-02578 | Clark, Joshua Lee | The Nations Law Firm |
| 254. | 19-02582 | Clemons, Gary Devon | The Nations Law Firm |
| 255. | 19--02583 | Clewis, Kenneth Aaron | The Nations Law Firm |
| 256. | 19-02584 | Clipper, James William | The Nations Law Firm |
| 257. | 19-02586 | Cohen, Stephen Maher | The Nations Law Firm |
| 258. | 19-02587 | Collier Jr., Gerald Randall | The Nations Law Firm |
| 259. | 19-02589 | Collier, Kenneth Terry | The Nations Law Firm |
| 260. | 19-02590 | Cooper, Addis Tallafarell | The Nations Law Firm |
| 261. | 19-02591 | Crawford, Clyde Russell | The Nations Law Firm |
| 262. | 19-02592 | Croomes, Anthony O'Neal | The Nations Law Firm |
| 263. | 19-02593 | Cunningham, Roger Glenn | The Nations Law Firm |
| 264. | 19-02594 | Davenport, Michael Deshonn | The Nations Law Firm |
| 265. | 19-02595 | Davis, James Roy | The Nations Law Firm |
| 266. | 19-02596 | Davis, Timothy Ray | The Nations Law Firm |
| 267. | 19-02597 | Deyo, Matthew Allen | The Nations Law Firm |
| 268. | 19-02598 | Do, Niem Van | The Nations Law Firm |
| 269. | 19-02600 | Domangue, Brookes Allen | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 270. | 19-02601 | Edwards Jr., Samuel Lee | The Nations Law Firm |
| 271. | 19-02603 | Feagin, Greta Louise | The Nations Law Firm |
| 272. | 19-02604 | Fischer, Deamian Edward | The Nations Law Firm |
| 273. | 19-02605 | Gaines, Clifford Bryan | The Nations Law Firm |
| 274. | 19-02606 | Gearhart, Jeffrey Scott | The Nations Law Firm |
| 275. | 19-02607 | Gillespie, Jeffrey Scott | The Nations Law Firm |
| 276. | 19-02608 | Harris, Marcus Dwayne | The Nations Law Firm |
| 277. | 19-02609 | Heathcoe, Dean O'Neal | The Nations Law Firm |
| 278. | 19-02610 | Hicks, Daniel John | The Nations Law Firm |
| 279. | 19-02611 | Hoang, Kennedy | The Nations Law Firm |
| 280. | 19-02612 | Hoang, Mark | The Nations Law Firm |
| 281. | 19-02614 | Rexford, Jennifer | Amaro Law Firm |
| 282. | 19-02615 | Huynh, Hung Minh | The Nations Law Firm |
| 283. | 19-02616 | Huynh, Ut Van | The Nations Law Firm |
| 284. | 19-02617 | Jackson, Bertha Young | The Nations Law Firm |
| 285. | 19-02618 | Jacobs, Ronald Allen | The Nations Law Firm |
| 286. | 19-02620 | Kenny, D'Wanda Renee | The Nations Law Firm |
| 287. | 19-02622 | Le, Ha Q. | The Nations Law Firm |
| 288. | 19-02623 | Lee, Lori Diane | The Nations Law Firm |
| 289. | 19-02624 | Lee, Tenisha Rashida | The Nations Law Firm |
| 290. | 19-02626 | Ziglar, Jason Spencer | The Nations Law Firm |
| 291. | 19-02628 | Young, Martin Harold | The Nations Law Firm |
| 292. | 19-02631 | Moore, Melissa Ann | The Nations Law Firm |
| 293. | 19-02632 | Nelson, Frederick Benjamin | The Nations Law Firm |
| 294. | 19-02633 | Nguyen, Lam Van | The Nations Law Firm |
| 295. | 19-02635 | Nguyen, Tinh Thi | The Nations Law Firm |
| 296. | 19-02636 | Sank Jr., Michael Anthony | The Nations Law Firm |
| 297. | 19-02638 | Smith, Vanessa | The Nations Law Firm |
| 298. | 19-02639 | Schneider, Bonnie Eddins | The Nations Law Firm |
| 299. | 19-02643 | Odom, George Lee | The Nations Law Firm |
| 300. | 19-02644 | Perret Jr., Gerald David | The Nations Law Firm |
| 301. | 19-02647 | Tran, Tuong Van | The Nations Law Firm |
| 302. | 19-02649 | Stallworth, Jennifer Johnson | The Nations Law Firm |
| 303. | 19-02650 | Sweeting, David Thomas | The Nations Law Firm |
| 304. | 19-02652 | Thompson, Dina Jenise | The Nations Law Firm |
| 305. | 19-02653 | Thompson, Joel Cecil | The Nations Law Firm |
| 306. | 19-02655 | Vigue, Cecil Rollan | The Nations Law Firm |
| 307. | 19-02657 | Waters, Michael Terrell | The Nations Law Firm |
| 308. | 19-02659 | Tran, Thai Hong | The Nations Law Firm |

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 309. | 19-02660 | Tunstall, Temika Ishla | The Nations Law Firm |
| 310. | 19-02661 | Tran, Quyen Helix | The Nations Law Firm |
| 311. | 19-02663 | Tran, Ngua Thi | The Nations Law Firm |
| 312. | 19-02664 | Tran, Hau Huu | The Nations Law Firm |
| 313. | 19-02665 | Coker, Dwayne Dominick | The Nations Law Firm |
| 314. | 19-02666 | Cary, Aundra Francis | The Nations Law Firm |
| 315. | 19-02845 | Moreno Jr., Juan | Amaro Law Firm |
| 316. | 19-03358 | Valdez Jr., Noe | Amaro Law Firm |
| 317. | 19-03359 | Villarreal, Juan | Amaro Law Firm |
| 318. | 19-03371 | Adams, John Clifton | The Nations Law Firm |
| 319. | 19-03373 | Anderson, Zolia Powell | The Nations Law Firm |
| 320. | 19-03374 | Andrews Jr., Gerald Edward | The Nations Law Firm |
| 321. | 19-03375 | Atkinson, Lacondor Dejaun | The Nations Law Firm |
| 322. | 19-03376 | Belser III, Glenn Milton | The Nations Law Firm |
| 323. | 19-03377 | Bowers, Bobby Dwuan | The Nations Law Firm |
| 324. | 19-03378 | Broussard, Marquis Wayne | The Nations Law Firm |
| 325. | 19-03379 | Burks, Jayfers Sintel | The Nations Law Firm |
| 326. | 19-03380 | Cartier Jr., Donald James | The Nations Law Firm |
| 327. | 19-03381 | Castle, Rhoda Marie | The Nations Law Firm |
| 328. | 19-03382 | Cotton, Charles Robert | The Nations Law Firm |
| 329. | 19-03383 | Cullum, Charles Henry | The Nations Law Firm |
| 330. | 19-03384 | Cummings, Travis Blake | The Nations Law Firm |
| 331. | 19-03385 | Dardar, Anthony John | The Nations Law Firm |
| 332. | 19-03386 | Dardar, Calvin Joseph | The Nations Law Firm |
| 333. | 19-03387 | Dardar Jr., Eulbert | The Nations Law Firm |
| 334. | 19-03388 | Dardar, Raymond Thomas | The Nations Law Firm |
| 335. | 19-03389 | Davis, Martin Ellis | The Nations Law Firm |
| 336. | 19-03390 | Dean, Patrick Worth | The Nations Law Firm |
| 337. | 19-03391 | Dixon, Rentia Vail | The Nations Law Firm |
| 338. | 19-03392 | Edwards, Nina Nanettee | The Nations Law Firm |
| 339. | 19-03393 | Ellis, Courtney Brandon | The Nations Law Firm |
| 340. | 19-03394 | Evans, Conny Faye | The Nations Law Firm |
| 341. | 19-03395 | Everett Jr., Samuel | The Nations Law Firm |
| 342. | 19-03396 | Farmer, Felicia Marie | The Nations Law Firm |
| 343. | 19-03397 | Fernandez, Jasper Carl | The Nations Law Firm |
| 344. | 19-03398 | Foster, Aaron Keith | The Nations Law Firm |
| 345. | 19-03399 | Fowler, Randall Joseph | The Nations Law Firm |
| 346. | 19-03401 | Graham, Timothy Devon | The Nations Law Firm |
| 347. | 19-03402 | Gudger, John McCarver | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 348. | 19-03403 | Hart, John Michael | The Nations Law Firm |
| 349. | 19-03404 | Higdon, Hunter Richard | The Nations Law Firm |
| 350. | 19-03405 | Hoang, Anh Ngoc | The Nations Law Firm |
| 351. | 19-03406 | Hubbard, Alex Lee | The Nations Law Firm |
| 352. | 19-03407 | Hubbard, Carlton Frederick | The Nations Law Firm |
| 353. | 19-03408 | Hunt, James Demetrius | The Nations Law Firm |
| 354. | 19-03454 | Kitt, Eric Jermaine | The Nations Law Firm |
| 355. | 19-03466 | Larry, Martineze | The Nations Law Firm |
| 356. | 19-03467 | Joseph, Juanita Darnell | The Nations Law Firm |
| 357. | 19-03477 | Kirchharr, Johnie Thomas | The Nations Law Firm |
| 358. | 19-03481 | Jackson Jr., Earl Albert | The Nations Law Firm |
| 359. | 19-03483 | Jackson, Laquanda Latric | The Nations Law Firm |
| 360. | 19-03488 | Le, Hung Thanh | The Nations Law Firm |
| 361. | 19-03491 | Lewis, Cerell Deshawn | The Nations Law Firm |
| 362. | 19-03493 | Lewis, Neal Wayne | The Nations Law Firm |
| 363. | 19-03496 | Livingston, Robin Stafford | The Nations Law Firm |
| 364. | 19-03499 | Lo, Sinh Thieu | The Nations Law Firm |
| 365. | 19-03502 | Ledet, Joseph Junius | The Nations Law Firm |
| 366. | 19-03508 | Tran, Lo | The Nations Law Firm |
| 367. | 19-03509 | Tran, Mike Dinh | The Nations Law Firm |
| 368. | 19-03513 | Love, Tory Romales | The Nations Law Firm |
| 369. | 19-03518 | Tran, Dan Thanh | The Nations Law Firm |
| 370. | 19-03523 | Martin, Paul Tapley (brought by decedent's personal representative Darlene Martin Baird) | The Nations Law Firm |
| 371. | 19-03527 | Qualls, Rebecca Turner | The Nations Law Firm |
| 372. | 19-03534 | Quarles, Linda Deloise | The Nations Law Firm |
| 373. | 19-03536 | Tompkins, Beatrice Hancock | The Nations Law Firm |
| 374. | 19-03542 | Tew, Valiant Eugene | The Nations Law Firm |
| 375. | 19-03546 | Prewett, William Ray | The Nations Law Firm |
| 376. | 19-03560 | Luke, Danny William | The Nations Law Firm |
| 377. | 19-03572 | Luke, Darrell John | The Nations Law Firm |
| 378. | 19-03575 | Luke, Patrick Joseph | The Nations Law Firm |
| 379. | 19-03581 | Madden, Stephen Wayne | The Nations Law Firm |
| 380. | 19-03585 | Maddox, James Edward, Jr. | The Nations Law Firm |
| 381. | 19-03590 | Malcolm, Ja'Versse Dresmontreh | The Nations Law Firm |
| 382. | 19-03592 | Mao, Kim Chandopha | The Nations Law Firm |
| 383. | 19-03595 | Marks, Thomas Kevin | The Nations Law Firm |
| 384. | 19-03599 | Oliver, Marketa Charnae | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 385. | 19-03602 | Perrin, Tony Joseph | The Nations Law Firm |
| 386. | 19-03610 | Robinson, Wilbert Leo | The Nations Law Firm |
| 387. | 19-03611 | Rutledge, Gregory Vanario | The Nations Law Firm |
| 388. | 19-03619 | Sank, David Lavonne | The Nations Law Firm |
| 389. | 19-03622 | Strickland, Justin Cody | The Nations Law Firm |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 1. | 19-01355 | McNeil, Michael W. | Falcon Law Firm; Lindsay & Lindsay P.A. | Failure to provide proof that signatory is authorized representative |
| 2. | 19-01885 | Rowell, Margaret Ann | The Nations Law Firm | Missing signed PPF and authorizations; missing medical records |
| 3. | 19-02056 | Davis, Kelvin Jermaine | The Nations Law Firm | Missing signed PPF and authorizations |
| 4. | 19-02059 | Harris, Jr., Rudolph William | The Nations Law Firm | Missing signed PPF and authorizations; missing medical records |