IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL 2179 SECTION: J(2) |
| Applies to: 12-cv-968, BELO | § § | JUDGE BARBIER |
| AND | § § | MAG. JUDGE WILKINSON |
| BELO Cases identified below: 18-10304; 18-09998; 18-09662; 18-09666; 18-09762; 18-10010; 18-10012; 18-10198; 18-09715; 18-09779; 18-10328 | § § § § § § | |

## AFFIDAVIT OF WENDY CALIX CHIRINOS

BEFORE ME, the undersigned authority, on this date, personally appeared Wendy Calix Chirinos, who proved to me on the basis of statutory evidence to be the person who appeared before me, and being by me duly sworn, did depose and state as follows:

1. My name is Wendy Calix Chirinos. I am over the age of eighteen, and am able to make this Affidavit. The statements herein are true and correct, and based upon my personal and direct knowledge of the events described.

2. I am the Project Manager for BP/BELO cases being handled by The Nations Law Firm.

3. I am the person responsible for forwarding completed Plaintiff Profile Forms completed by The Nations Law Firm's BP/BELO clients to counsel for the BP Defendants.

4. On May 3, 2019, I sent for mailing via United States Priority Mail, tracking number 7018 0040 0000 2861 5367, a box containing complete Plaintiff Profile Forms, including that of Frank Paul Lopez, 18-09715. Although this was sent Priority Mail, it did not reach its destination until May 17, 2019. A true and correct copy of the USPS Tracking Information is attached hereto as Exhibit A.

5. On May 15, 2019, I sent two boxes for mailing via United States Priority Mail, tracking numbers 7018 0040 0000 2861 5411 and 7018 0040 0000 2861 5404. Both boxes contained complete Plaintiff Profile Forms from BELO plaintiffs, including the complete Plaintiff Profile Forms containing "wet ink" signatures, from the following BELO plaintiffs:

> Alfonso, Christopher Martin; 18-10304
> Bergeron, Eileen G.; 18-09998
> Demolle, Warren Jr.; 18-09662
> Fernandez, Anisor Marie Raenette; 18-10328
> Gause, Ryan Stephen; 18-09666
> Guntner, Sean Anthony; 18-09762
> Guy, Jody James; 18-10010
> Havard, Charlie Lee; 18-10012
> Sebold, Steven Kyle; 18-10198
> Sherman, Brian James; 18-09779

Both boxes were delivered to Catherine Pyune McEldowney of Maron Marvel Bradley Anderson & Tardy, LLC on **May 17, 2019.** A true and correct copy of the USPS Tracking Information tracking these boxes from their entry into the US Postal System to their destination is attached hereto as Exhibit B.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
Wendy Patricia Calix Chirinos

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, on this 3rd day of July, 2019.

*[notary seal: CHARLES D. BAILEY III, NOTARY PUBLIC, STATE OF TEXAS, ID#10411342, EXPIRES 3-14-2020]*

*[signature]*
NOTARY PUBLIC,
IN AND FOR THE STATE OF TEXAS

Charles D. Bailey, III
Notary's Printed Name

# EXHIBIT A

EXHIBIT A



```
7018 0040 0000 2861 5350
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WILMINGTON, DE 19801   OFFICIAL USE

| Certified Mail Fee | $3.50 | 0057 |
| --- | --- | --- |
| $ | $2.80 | 12 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)        $ $0.00
- ☐ Return Receipt (electronic)      $ $0.00         Postmark
- ☐ Certified Mail Restricted Delivery  $ $0.00         Here
- ☐ Adult Signature Required         $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage  $20.80
$
Total Postage and Fees  $27.10       05/03/2019
$

Sent To  Catherine Pyune McEldowney
Street &  MARON MARVEL BRADLEY ANDERSON & TARDY LLC
         1201 North Market Street, Suite 900
City, St  Wilmington, DE 19801

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

```
              DEBORA SUE SCHATZ
              2909 ROGERDALE RD
                  HOUSTON
                     TX
                 77042-9998
                 4803760057
05/03/2019    (800)275-8777   4:56 PM
================================
================================
Product                Sale      Final
Description            Qty       Price

PM 2-Day                1        $7.65
Legal FR Env
    (Domestic)
    (CINCINNATI, OH  45202)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 05/06/2019)
Certified               1        $3.50
    (@@USPS Certified Mail #)
    (70180040000028615350)
Return                  1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940234497275132409)
PM 2-Day                1       $20.80
    (Domestic)
    (WILMINGTON, DE  19801)
    (Weight:5 Lb 7.20 Oz)
    (Expected Delivery Day)
    (Monday 05/06/2019)
Certified               1        $3.50
    (@@USPS Certified Mail #)
    (70180040000028615367)
Return                  1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940234497275132393)

Total                           $41.05

Credit Card Remitd              $41.05
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXXX1041)
    (Approval #:823211)
    (Transaction #:467)
    (AID:A000000025010801
Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

              Preview your Mail
              Track your Packages
              Sign up for FREE @
              www.informeddelivery.com


All sales final on stamps and postage.
Refunds for guaranteed services only.
```

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70180040000028615367

**Expected Delivery on**

**FRIDAY**
**17** MAY 2019 ⓘ   by **8:00pm** ⓘ

## ✓ Delivered

May 17, 2019 at 11:37 am
Delivered, Front Desk/Reception/Mail Room
WILMINGTON, DE 19801

---

**Tracking History** ∧

**May 17, 2019, 11:37 am**
Delivered, Front Desk/Reception/Mail Room
WILMINGTON, DE 19801
Your item was delivered to the front desk, reception area, or mail room at 11:37 am on May 17, 2019 in WILMINGTON, DE 19801.

**May 17, 2019, 9:43 am**
Arrived at Unit
WILMINGTON, DE 19801

**May 16, 2019, 7:22 pm**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**May 16, 2019, 4:46 pm**
Arrived at USPS Regional Destination Facility
WILMINGTON DE DISTRIBUTION CENTER

**May 16, 2019, 5:22 am**
Departed USPS Regional Facility
LANCASTER PA DISTRIBUTION CENTER

**May 15, 2019, 12:46 pm**
Arrived at USPS Regional Facility
LANCASTER PA DISTRIBUTION CENTER

**May 7, 2019**
In Transit to Next Facility

**May 3, 2019, 10:10 pm**
Arrived at USPS Regional Origin Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

**May 3, 2019, 4:55 pm**
USPS in possession of item
HOUSTON, TX 77042

Feedback

---

**Product Information**  ˅

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.
app=UspsTools&appURL=https%

# EXHIBIT B

EXHIBIT B

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WILMINGTON DE 19801   0057   12

| | | |
|---|---|---|
| Certified Mail Fee | $3.50 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $_____ | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $_____ | |
| Postage | $14.35 | |
| Total Postage and Fees | $20.65 | 05/15/2019 |

Sent To: Catherine Pyune McEldowney
Street a: MARON MARVEL BRADLEY ANDERSON &
           TARDY LLC
City, Sta: 1201 North Market Street, Suite 900
           Wilmington, DE 19801

PS Form

7018 0040 0000 2867 5411

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WILMINGTON DE 19801   0057   12

| | | |
|---|---|---|
| Certified Mail Fee | $3.50 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $_____ | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $_____ | |
| Postage | $50.55 | |
| Total Postage and Fees | $56.85 | 05/15/2019 |

Sent To: Catherine Pyune McEldowney
Street a: MARON MARVEL BRADLEY ANDERSON &
           TARDY LLC
City, Sta: 1201 North Market Street, Suite 900
           Wilmington, DE 19801

PS Form

7018 0040 0000 2867 5404

---

```
              DEBORA SUE SCHATZ
              2909 ROGERDALE RD
            HOUSTON, TX  77042-9998
                 480376-0057
                 (800)275-8777
             05/15/2019  11:55 AM
==========================================
==========================================
                         Unit
Product            Qty   Price      Price

PM 2-Day             1  $14.35     $14.35
Med FR Box
 (Domestic)
 (WILMINGTON, DE  19801)
 (Flat Rate)
 (Expected Delivery Day)
 (Friday 05/17/2019)
Certified                            $3.50
 (@@USPS Certified Mail  #)
 (70180040000028615411)
Return Receipt                       $2.80
 (@@USPS Return Receipt #)
 (9590940234497275132348)
PM 2-Day             1  $50.55     $50.55
 (Domestic)
 (WILMINGTON, DE  19801)
 (Weight:18 Lb 14.4 Oz)
 (Expected Delivery Day)
 (Friday 05/17/2019)
Certified                            $3.50
 (@@USPS Certified Mail  #)
 (70180040000028615404)
Return Receipt                       $2.80
 (@@USPS Return Receipt #)
 (9590940234497275132355)
------------------------------------------
Total:                             $77.50
------------------------------------------

Credit Card Remitd                 $77.50
 (Card Name:AMEX)
 (Account #:XXXXXXXXXXXX1041)
 (Approval #:802274)
 (Transaction #:407)
 (AID:A000000025010801       Chip)
 (AL:AMERICAN EXPRESS)
 (PIN:Not Required)

Includes up to $50 insurance
```

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70180040000028615411

**Expected Delivery on**

**FRIDAY**
**17** MAY 2019 ⓘ  by **8:00pm** ⓘ

## ✓ Delivered

May 17, 2019 at 11:37 am
Delivered, Front Desk/Reception/Mail Room
WILMINGTON, DE 19801

---

**Tracking History** ∧

**May 17, 2019, 11:37 am**
Delivered, Front Desk/Reception/Mail Room
WILMINGTON, DE 19801
Your item was delivered to the front desk, reception area, or mail room at 11:37 am on May 17, 2019 in WILMINGTON, DE 19801.

**May 17, 2019, 9:43 am**
Arrived at Unit
WILMINGTON, DE 19801

**May 16, 2019, 11:04 pm**
Arrived at USPS Regional Destination Facility
WILMINGTON DE DISTRIBUTION CENTER

**May 16, 2019**
In Transit to Next Facility

**May 15, 2019, 4:44 pm**
Arrived at USPS Regional Origin Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

**May 15, 2019, 11:53 am**
USPS in possession of item
HOUSTON, TX 77042

**Product Information**

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%...)

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS's automated equipment.

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70180040000028615404

**Expected Delivery on**

**FRIDAY**
**17** MAY 2019 ⓘ | by **8:00pm** ⓘ

### ✓ Delivered

May 17, 2019 at 11:37 am
Delivered, Front Desk/Reception/Mail Room
WILMINGTON, DE 19801

---

**Tracking History**                                                                                               ⋀

**May 17, 2019, 11:37 am**
Delivered, Front Desk/Reception/Mail Room
WILMINGTON, DE 19801
Your item was delivered to the front desk, reception area, or mail room at 11:37 am on May 17, 2019 in WILMINGTON, DE 19801.

**May 17, 2019, 9:43 am**
Arrived at Unit
WILMINGTON, DE 19801

**May 17, 2019, 4:57 am**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**May 16, 2019, 11:12 pm**
Arrived at USPS Regional Destination Facility
WILMINGTON DE DISTRIBUTION CENTER

**May 16, 2019**
In Transit to Next Facility

**May 15, 2019, 4:44 pm**
Arrived at USPS Regional Origin Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

**May 15, 2019, 11:54 am**
USPS in possession of item
HOUSTON, TX 77042

Feedback

**Product Information**  ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%...

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS' automated equipment.