# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| 2:13-cv-01717; 2:16-cv-06585 | * | |
| | * | MAG. JUDGE WILKINSON |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE RE: NOTICE OF COURT'S INTENT TO CLOSE CASES AND ORDER TO SHOW CAUSE

COME NOW, Global Disaster Recovery & Rebuilding Services LLC, and files this, their Response to Show Cause Re: Notice of Court's Intent to Close Cases and Order to Show Cause would show this Court as Follows:

I.

Plaintiff Global Disaster Recovery & Rebuilding Services LLC respectfully requests that the Court keep open all causes of action related to his case. The Plaintiff's case was initially filed as April 19, 2013 along with several hundred other Plaintiffs as part of the consolidated filing *Arthur Allen, et al. v. BP Exploration & Production Inc., et al (Document 1),* Cause No. 2:13-cv-001717.

The *Allen* case is listed on Exhibit 1 to the Court's Show Cause Order filed on June 24, 2019 *(Document 298).*

1

Plaintiff later filed a second lawsuit in compliance with PTO 60 in a case styled *Global Disaster Recovery & Rebuilding Services LLC, A-1 Towing & Hauling LLC and Billy Burkette v. BP Exploration and Production, Inc., et al.,* Cause No. 2:16-cv-06585. A-1 Towing & Hauling, LLC subsequently settled. Plaintiff has also complied with PTO 67. Their case is currently set for mediation on August 20, 2019. Dismissal of the underlying case could prejudice Plaintiff in the event the case proceeds past mediation.

## PRAYER

Wherefore Premises Considered, Plaintiffs respectfully request that this Court not dismiss Global Disaster Recovery & Rebuilding Services LLC claims as part of *Arthur Allen, et al. v. BP Exploration & Production Inc., et al* Cause No. 2:16-cv-06585 and for any other relief to which they may show themselves to be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

　　　/s/ Brent W. Coon　　　
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com
Tel.: (409) 835-2666
Fax: (409) 835-1912

ATTORNEY FOR PLAINTIFF