## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| 2:13-cv-01717; 2:16-cv-06585 | * | |
| | * | MAG. JUDGE WILKINSON |

## <u>ORDER</u>

This matter comes before the Court on Plaintiff's Response to Show Cause: Re: Notice of Court's Intent to Close Cases and Order to Show Cause That Plaintiff Global Disaster Recovery & Rebuilding Services LLC is to remain open in Cause No. 2:13-cv-01717 only.

ORDERED that the Motion is GRANTED.

_____

Hon. Carl J. Barbier
UNITED STATES DISTRICT JUDGE
United States District Court for the
Eastern District of Louisiana


Date: _____

1