IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig<br>*Deepwater Horizon*<br>in the Gulf of Mexico,<br>on April 20, 2010,<br><br>This Document Relates To:<br>Case No. 2:16-cv-04079 | §<br>§<br>§<br>§<br>§<br>§<br>§ | MDL 2179<br><br>SECTION: J(2)<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**RESPONSE TO NOTICE OF COURT'S INTENT
TO CLOSE CASES AND ORDER TO SHOW AND LIMITED OBJECTION**

COMES NOW, B1 Plaintiff, Ioannis Karampelas-Ploumaritis also known as Ioannis Karampelas-Ploumaritis, Merchant of Fresh Frozen Seafood also known as Ioannis Karampelas-Ploumaritis Seafood Trading, and files this his response to the Notice of Court's Intent to Close Cases and Order to Show Cause (Docket No. 25741), (hereinafter the "Dismissal Order"), and objection to the same to the extent such Dismissal Order seeks to dismiss any other party, entity, claim, cause of action, action or matter, other than the claims of Ioannis Karampelas-Ploumaritis also known as Ioannis Karampelas-Ploumaritis, Merchant of Fresh Frozen Seafood also known as Ioannis Karampelas-Ploumaritis Seafood Trading against BP asserted filed Case No. 2:16-cv-04079, and in support would respectfully show the Court the following:

In or around June, 2016, Ioannis Karampelas-Ploumaritis also known as Ioannis Karampelas-Ploumaritis, Merchant of Fresh Frozen Seafood also known as Ioannis Karampelas-Ploumaritis Seafood Trading did indeed settle the claims, made the basis of Case No. 2:16-cv-04079, against BP. That settlement, however, did not include any other entity, claim or case, party or matter. Listed within the causes and parties sought to be dismissed on Number 935 of Exhibit 1 of the Dismissal Order is Karampelas-Ploumaritis, Ionnis, ***et al*** (emphasis added). To what the "*et al*" refers to is

unknown, but the only party that should be dismissed is Ioannis Karampelas-Ploumaritis also known as Ioannis Karampelas-Ploumaritis, Merchant of Fresh Frozen Seafood also known as Ioannis Karampelas-Ploumaritis Seafood Trading as he was the only settling party. Objection is made to the extent the listing of "Ioannis Karampelas Ploumaritis, *et al*.," refers to any party, entity, claim, cause of action, action or matter, other than, in addition to, or above Ioannis Karampelas-Ploumaritis also known as Ioannis Karampelas-Ploumaritis, Merchant of Fresh Frozen Seafood also known as Ioannis Karampelas-Ploumaritis Seafood Trading and as otherwise set forth and asserted in Case No. 2:16-cv-04079.

Ioannis Karampelas-Ploumaritis also known as Ioannis Karampelas-Ploumaritis, Merchant of Fresh Frozen Seafood also known as Ioannis Karampelas-Ploumaritis Seafood Trading respectfully requests that any dismissal order entered by the Court identify and list only Ioannis Karampelas-Ploumaritis also known as Ioannis Karampelas-Ploumaritis, Merchant of Fresh Frozen Seafood also known as Ioannis Karampelas-Ploumaritis Seafood Trading as the dismissed party, and that no reference be made to "*et al*.," or any other party, entity, claim, cause of action, action or matter.

WHEREFORE, PREMISES CONSIDERED, Ioannis Karampelas-Ploumaritis also known as Ioannis Karampelas-Ploumaritis, Merchant of Fresh Frozen Seafood also known as Ioannis Karampelas-Ploumaritis Seafood Trading respectfully requests that only Ioannis Karampelas-Ploumaritis also known as Ioannis Karampelas-Ploumaritis, Merchant of Fresh Frozen Seafood also known as Ioannis Karampelas-Ploumaritis Seafood Trading's claim against BP be dismissed as a settled claim and no other party, entity, claim, cause of action, action or matter be dismissed, and for such all other and further relief, at law and/or in equity, to which he may be entitled.

        Respectfully submitted,

        DABNEY & PAPPAS

        By: /s/ Gus E. Pappas
            Gus E. Pappas (admitted PHV)
            1776 Yorktown, Suite 425
            Houston, Texas 77056
            (713) 621-2678   Telephone
            (713) 621-0074   Facsimile
            gus@dabneypappas.com

## **CERTIFICATE OF SERVICE**

I, Gus E. Pappas, counsel for the Plaintiff, do hereby certify that the above and foregoing Response to Notice of Court's Intent to Close Cases and Order to Show Cause has been served on all counsel by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 8th day of July, 2019.

        /s/ Gus E. Pappas
        Gus E. Pappas