# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**In re: Oil Spill by the Oil Rig**  **MDL NO. 2179**
 **"Deepwater Horizon" in the Gulf**
 **of Mexico, on April 20, 2010**  **SECTION: J**

 **JUDGE BARBIER**

**Applies to: 12-cv-968: BELO**
 **MAGISTRATE**
 **JUDGE WILKINSON**

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 18-10505 | 19-00264 | 19-01029 | 19-01141 | 19-01395 | 19-01581 |
| 18-10991 | 18-12110 | 19-01041 | 19-01146 | 19-01397 | 19-01583 |
| 18-12180 | 18-13482 | 19-01043 | 19-01148 | 19-01404 | 19-01586 |
| 18-12693 | 18-14226 | 19-01053 | 19-01155 | 19-01405 | 19-01589 |
| 18-14182 | 18-14233 | 19-01055 | 19-01160 | 19-01406 | 19-01591 |
| 18-14184 | 19-00554 | 19-01057 | 19-01161 | 19-01455 | 19-01598 |
| 18-14187 | 19-00626 | 19-01058 | 19-01246 | 19-01460 | 19-01603 |
| 18-14188 | 19-00891 | 19-01068 | 19-01256 | 19-01462 | 19-01620 |
| 18-14189 | 19-00894 | 19-01070 | 19-01261 | 19-01467 | 19-01621 |
| 18-14190 | 19-00904 | 19-01071 | 19-01269 | 19-01468 | 19-01623 |
| 18-14191 | 19-00920 | 19-01076 | 19-01274 | 19-01469 | 19-01625 |
| 18-14193 | 19-00934 | 19-01089 | 19-01275 | 19-01482 | 19-01628 |
| 18-14194 | 19-00938 | 19-01090 | 19-01276 | 19-01483 | 19-01630 |
| 18-14216 | 19-00944 | 19-01094 | 19-01299 | 19-01489 | 19-01632 |
| 18-14217 | 19-00954 | 19-01099 | 19-01303 | 19-01491 | 19-01633 |
| 18-14219 | 19-00957 | 19-01104 | 19-01312 | 19-01510 | 19-01635 |
| 18-14222 | 19-00963 | 19-01109 | 19-01315 | 19-01516 | 19-01639 |
| 18-14224 | 19-00972 | 19-01111 | 19-01319 | 19-01517 | 19-01641 |
| 18-14234 | 19-00974 | 19-01112 | 19-01323 | 19-01518 | 19-01663 |
| 18-14235 | 19-00977 | 19-01114 | 19-01324 | 19-01523 | 19-01665 |
| 18-14253 | 19-00979 | 19-01116 | 19-01361 | 19-01528 | 19-01667 |
| 18-14254 | 19-00999 | 19-01118 | 19-01363 | 19-01530 | 19-01677 |
| 18-14256 | 19-01001 | 19-01121 | 19-01369 | 19-01534 | 19-01678 |
| 18-14321 | 19-01002 | 19-01124 | 19-01373 | 19-01537 | 19-01680 |
| 19-00035 | 19-01004 | 19-01125 | 19-01379 | 19-01559 | 19-01684 |
| 19-00198 | 19-01006 | 19-01128 | 19-01382 | 19-01560 | |
| 19-00246 | 19-01017 | 19-01132 | 19-01391 | 19-01561 | |
| 19-00248 | 19-01019 | 19-01137 | 19-01394 | 19-01580 | |

**THE BP PARTIES' JULY 8, 2019 STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER NO. 2**

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. This Report includes plaintiffs who failed to provide full and complete disclosures after having been ordered to do so (i.e., "Category II" plaintiffs), and whose cases have not been voluntarily dismissed.[1] This Report includes:

(1) plaintiffs previously listed on Category I of the May 1, 2019 Status Report (Rec. Doc. 25601) who failed to provide full and complete initial disclosures after having been ordered to do so by May 30, 2019 (Rec. Doc. 25607), and;

(2) plaintiffs previously listed on Category I of the June 1, 2019 Status Report (Rec. Doc. 25696) who failed to provide full and complete initial disclosures after having been ordered to do so by July 1, 2019 (Rec. Doc. 25701).

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List |
|---|---|
| The Nations Law Firm | 157 |
| The Downs Law Group | 4 |
| Amaro Law Firm | 2 |
| Falcon Law Firm; Lindsay & Lindsay P.A. | 2 |
| **Total** | **165** |

---

[1] The BP Parties received a significant number of initial disclosures today, July 8, 2019, but were not able to review these initial disclosures in advance of filing this Report. Therefore, plaintiffs whose materials were received by the BP Parties on July 8 are listed on this Report.

**Category II Plaintiffs**

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|---|---|---|---|---|---|
| 1. | 18-10505 | Carden, Paul Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted | May 1, 2019 |
| 2. | 18-10991 | Black, Charles Leonard | The Nations Law Firm | Missing signed PPF and authorizations | May 1, 2019 |
| 3. | 18-12180 | Balkcom, James Ellis Jr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted | May 1, 2019 |
| 4. | 18-12693 | Richardson, Kenneth Wayne | The Nations Law Firm | Failure to provide signed authorization for release of Social Security earnings information | May 1, 2019 |
| 5. | 18-14182 | Sayles, Walter Lee, III | The Nations Law Firm | No production | May 1, 2019 |
| 6. | 18-14184 | Harris, Stephanie Nicole | The Nations Law Firm | No production | May 1, 2019 |
| 7. | 18-14187 | Koenig, Jeremy Jason | The Nations Law Firm | No production | May 1, 2019 |
| 8. | 18-14188 | Lampe, Shirley Ann | The Nations Law Firm | No production | May 1, 2019 |
| 9. | 18-14189 | McCovery, Ervin Alfred | The Nations Law Firm | No production | May 1, 2019 |
| 10. | 18-14190 | Stephenson, Tammy Andrew | The Nations Law Firm | No production | May 1, 2019 |
| 11. | 18-14191 | Walker, Katheryn Louise | The Nations Law Firm | No production | May 1, 2019 |
| 12. | 18-14193 | Wiggerfall, Antwon Mikel | The Nations Law Firm | No production | May 1, 2019 |
| 13. | 18-14194 | Williams, Reginald Devane | The Nations Law Firm | No production | May 1, 2019 |
| 14. | 18-14216 | Alexander, Brandon James | The Nations Law Firm | No production | May 1, 2019 |
| 15. | 18-14217 | Anderson, Darrell Ray | The Nations Law Firm | No production | May 1, 2019 |
| 16. | 18-14219 | Jones, Joki Deon | The Nations Law Firm | No production | May 1, 2019 |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|---|---|---|---|---|---|
| 17. | 18-14222 | Krivijanick, Audie Santoluquid | The Nations Law Firm | No production | May 1, 2019 |
| 18. | 18-14224 | Slater, Kimaya Deshay | The Nations Law Firm | No production | May 1, 2019 |
| 19. | 18-14234 | Wilson, Lamont Nicklaus | The Nations Law Firm | No production | May 1, 2019 |
| 20. | 18-14235 | Dao, Sen Thi Mai | The Nations Law Firm | No production | May 1, 2019 |
| 21. | 18-14253 | Leboeuf, Dena Melann | The Nations Law Firm | No production | May 1, 2019 |
| 22. | 18-14254 | Lilly, Patrick Anthony | The Nations Law Firm | No production | May 1, 2019 |
| 23. | 18-14256 | McGhee, James Nathan Jr. | The Nations Law Firm | No production | May 1, 2019 |
| 24. | 18-14321 | Koenig, Jeremy Jason Sr | The Nations Law Firm | No production | May 1, 2019 |
| 25. | 19-00035 | Massey, James Benjamin | The Downs Law Group | Failure to provide valid authorizations | May 1, 2019 |
| 26. | 19-00198 | Creamer, Jonathan Ray | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted | May 1, 2019 |
| 27. | 19-00246 | Keal, Sokhorn | Falcon Law Firm; Lindsay & Lindsay P.A. | No production | May 1, 2019 |
| 28. | 19-00248 | Knight, Deloree A. | Falcon Law Firm; Lindsay & Lindsay P.A. | No production | May 1, 2019 |
| 29. | 19-00264 | Vargas, Arturo | Amaro Law Firm | No production | May 1, 2019 |
| 30. | 18-12110 | Moore, Steven Andrew | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted | June 1, 2019 |
| 31. | 18-13482 | Livingston, Jamil Marquis | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted | June 1, 2019 |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|---|---|---|---|---|---|
| 32. | 18-14226 | Taranto, Richard John, Jr. | The Nations Law Firm | No production | June 1, 2019 |
| 33. | 18-14233 | Williams, Patricia A. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted | June 1, 2019 |
| 34. | 19-00554 | Sims, Jeremy Paul | The Downs Law Group | Failure to provide valid authorizations | June 1, 2019 |
| 35. | 19-00626 | Mendoza, Abel Rico | The Downs Law Group | Failure to provide valid authorization for release of Social Security earnings information. | June 1, 2019 |
| 36. | 19-00891 | Allen, Semikalove Almalethia | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 37. | 19-00894 | Allison, William Thomas | The Nations Law Firm | No production | June 1, 2019 |
| 38. | 19-00904 | Anderson, Cheryl Sip | The Nations Law Firm | No production | June 1, 2019 |
| 39. | 19-00920 | Berry, Tammie Denelle | The Nations Law Firm | No production | June 1, 2019 |
| 40. | 19-00934 | Brightwell, Eddie Wilbon | The Nations Law Firm | No production | June 1, 2019 |
| 41. | 19-00938 | Burrell, Cleophas | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 42. | 19-00944 | Chambers, Daniel Wesley | The Nations Law Firm | No production | June 1, 2019 |
| 43. | 19-00954 | Dennis, Karen Jerraine | The Nations Law Firm | No production | June 1, 2019 |
| 44. | 19-00957 | Dixon, Howard Wayne | The Nations Law Firm | No production | June 1, 2019 |
| 45. | 19-00963 | Pellegrin, Lee John | The Nations Law Firm | No production | June 1, 2019 |
| 46. | 19-00972 | Rembert, Antonio Demetric | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 47. | 19-00974 | Rhodes, Marcus Deon | The Nations Law Firm | No production | June 1, 2019 |
| 48. | 19-00977 | Robinson, Robert | The Nations Law Firm | No production | June 1, 2019 |

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|-----|---------------|-----------|---------------------|------------|------------------------|
| 49. | 19-00979 | Rooney, Terri Lynn | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 50. | 19-00999 | Nguyen, Xuong Van[2] | The Nations Law Firm | No production | June 1, 2019 |
| 51. | 19-01001 | Sanders, Sherri Lynn | The Nations Law Firm | No production | June 1, 2019 |
| 52. | 19-01002 | Sarisun, Jaruwan | The Nations Law Firm | No production | June 1, 2019 |
| 53. | 19-01004 | Schwendeman, Glenda Lee | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 54. | 19-01006 | Smith, Antonio DeShawn | The Nations Law Firm | No production | June 1, 2019 |
| 55. | 19-01017 | Ramirez, Roberto Jr. | Amaro Law Firm | No production | June 1, 2019 |
| 56. | 19-01019 | Carmadelle, Anthony Joseph | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 57. | 19-01029 | Ely, Donavette Maria | The Nations Law Firm | No production | June 1, 2019 |
| 58. | 19-01041 | Finklea, James Javince | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 59. | 19-01043 | Giuffria, Marshall Sturges | The Nations Law Firm | No production | June 1, 2019 |
| 60. | 19-01053 | Huynh, Lam Than Huynh | The Nations Law Firm | No production | June 1, 2019 |
| 61. | 19-01055 | Huynh, Minh Cong | The Nations Law Firm | No production | June 1, 2019 |
| 62. | 19-01057 | Janey, Teresa Rachele | The Nations Law Firm | No production | June 1, 2019 |
| 63. | 19-01058 | Jefferson, Danielle Lachandra | The Nations Law Firm | No production | June 1, 2019 |
| 64. | 19-01068 | Ledbetter, Kyle Allen | The Nations Law Firm | No production | June 1, 2019 |
| 65. | 19-01070 | Jones, Harrison Jr. | The Nations Law Firm | No production | June 1, 2019 |
| 66. | 19-01071 | Lindsey, Vanessa Fay | The Nations Law Firm | No production | June 1, 2019 |

---

[2] On July 8, 2019, plaintiffs' counsel contacted counsel for the BP Parties to request consent to an extension of time to provide initial disclosures for the following plaintiffs: Xuong Van Nguyen, Hung Phuoc Tran, Nhe Tran, Sang Thanh Bui, and Stephen Joseph Chrisco. Counsel for the BP Parties responded to request more information regarding the length of the extension sought by these plaintiffs.

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|---|---|---|---|---|---|
| 67. | 19-01076 | Jones, Walter Edward | The Nations Law Firm | No production | June 1, 2019 |
| 68. | 19-01089 | Parker, Derek Trendelle | The Nations Law Firm | No production | June 1, 2019 |
| 69. | 19-01090 | Parmar, Mina Golemon | The Nations Law Firm | No production | June 1, 2019 |
| 70. | 19-01094 | Ly, Tai Cong | The Nations Law Firm | No production | June 1, 2019 |
| 71. | 19-01099 | Marshall, Emmanuel Maurice | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 72. | 19-01104 | Sellers, Aaron Lavon | The Nations Law Firm | No production | June 1, 2019 |
| 73. | 19-01109 | Tan, Vichet | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 74. | 19-01111 | Stallworth, Reginald | The Nations Law Firm | No production | June 1, 2019 |
| 75. | 19-01112 | Williams, Terrance Renee | The Nations Law Firm | No production | June 1, 2019 |
| 76. | 19-01114 | Wilkerson, Johnnie Edwards | The Nations Law Firm | No production | June 1, 2019 |
| 77. | 19-01116 | White, Marcus Jr. | The Nations Law Firm | No production | June 1, 2019 |
| 78. | 19-01118 | Weaver, Ernest Charles Jr. | The Nations Law Firm | No production | June 1, 2019 |
| 79. | 19-01121 | Washington, Kenneth Tremaine | The Nations Law Firm | No production | June 1, 2019 |
| 80. | 19-01124 | Tran, Nhe | The Nations Law Firm | No production | June 1, 2019 |
| 81. | 19-01125 | Tolbert, Alan Clay | The Nations Law Firm | No production | June 1, 2019 |
| 82. | 19-01128 | Nguyen, Toan | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 83. | 19-01132 | Myers, Maleshia Janell | The Nations Law Firm | No production | June 1, 2019 |
| 84. | 19-01137 | Tatum, Isiah Elijah | The Nations Law Firm | No production | June 1, 2019 |
| 85. | 19-01141 | Stouder, Frank Jay III | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 86. | 19-01146 | McCants, Robert | The Nations Law Firm | No production | June 1, 2019 |
| 87. | 19-01148 | McKinnis, Uesamah Qahir Traylor | The Nations Law Firm | No production | June 1, 2019 |
| 88. | 19-01155 | Moore, Elton Rockie | The Nations Law Firm | No production | June 1, 2019 |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|---|---|---|---|---|---|
| 89. | 19-01160 | Moton, Sabrina Shanta | The Nations Law Firm | No production | June 1, 2019 |
| 90. | 19-01161 | Myers, Erica Lynette | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 91. | 19-01246 | Agee, David Earl Jr. | The Nations Law Firm | No production | June 1, 2019 |
| 92. | 19-01256 | Bellow, David June | The Nations Law Firm | No production | June 1, 2019 |
| 93. | 19-01261 | Bui, Sang Thanh | The Nations Law Firm | No production | June 1, 2019 |
| 94. | 19-01269 | Evans, Lester James Jr. | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 95. | 19-01274 | Fairley, Natalie Resha | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 96. | 19-01275 | Farac, Joseph Anthony | The Nations Law Firm | No production | June 1, 2019 |
| 97. | 19-01276 | Farrar, Lourinda Paulette | The Nations Law Firm | No production | June 1, 2019 |
| 98. | 19-01299 | Gardner, Mortagus Renard | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 99. | 19-01303 | Harris, Robert Anthony | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 100. | 19-01312 | Mike, Desiree Anise | The Nations Law Firm | No production | June 1, 2019 |
| 101. | 19-01315 | McFarlin, Jason Lamar | The Nations Law Firm | No production | June 1, 2019 |
| 102. | 19-01319 | Landry, Herman Mark | The Nations Law Firm | No production | June 1, 2019 |
| 103. | 19-01323 | Kirkland, Robert Mann, III | The Nations Law Firm | No production | June 1, 2019 |
| 104. | 19-01324 | Keys, Niiesha Sharmane | The Nations Law Firm | No production | June 1, 2019 |
| 105. | 19-01361 | Raum, Elizabeth Sue | The Nations Law Firm | No production | June 1, 2019 |
| 106. | 19-01363 | Robichaux, David Adam | The Nations Law Firm | No production | June 1, 2019 |
| 107. | 19-01369 | Smith, Eric Neal | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 108. | 19-01373 | Tran, Hung Phuoc | The Nations Law Firm | No production | June 1, 2019 |
| 109. | 19-01379 | Walker, Aaron | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 110. | 19-01382 | Young, Ronnie Daniel | The Nations Law Firm | No production | June 1, 2019 |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|---|---|---|---|---|---|
| 111. | 19-01391 | Buckley, Charles Edward | The Nations Law Firm | No production | June 1, 2019 |
| 112. | 19-01394 | Chauvin, Tyler Joseph | The Nations Law Firm | No production | June 1, 2019 |
| 113. | 19-01395 | Chrisco, Stephen Joseph | The Nations Law Firm | No production | June 1, 2019 |
| 114. | 19-01397 | Cologne, Debra Martin | The Nations Law Firm | No production | June 1, 2019 |
| 115. | 19-01404 | Geraci, Stacey John | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 116. | 19-01405 | Jones Jr., Luther Richard | The Nations Law Firm | No production | June 1, 2019 |
| 117. | 19-01406 | Leblanc, Keaton James | The Nations Law Firm | No production | June 1, 2019 |
| 118. | 19-01455 | Adams, Christopher Jacob | The Nations Law Firm | No production | June 1, 2019 |
| 119. | 19-01460 | Cosby, Ira Doyle Sr. | The Nations Law Firm | No production | June 1, 2019 |
| 120. | 19-01462 | Picquet III, Eugene Joseph | The Nations Law Firm | No production | June 1, 2019 |
| 121. | 19-01467 | Sellers, Charles Len | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 122. | 19-01468 | Roberts, Samuel Auguste | The Nations Law Firm | No production | June 1, 2019 |
| 123. | 19-01469 | Punch, Timmy Joseph | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 124. | 19-01482 | Snyder Jr., John Richard | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 125. | 19-01483 | Sharp, Austin David | The Nations Law Firm | No production | June 1, 2019 |
| 126. | 19-01489 | Lirette, Ramsey Paul | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 127. | 19-01491 | Kibodeaux, Susan Elizabeth Heath | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 128. | 19-01510 | Brown, Carlton Elliott | The Nations Law Firm | No production | June 1, 2019 |
| 129. | 19-01516 | Verdin, Stacey Lynn | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 130. | 19-01517 | Vicknair, Steven Charles | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 131. | 19-01518 | Waller, Cynthia Conti | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|---|---|---|---|---|---|
| 132. | 19-01523 | English, Marcus Lakeith | The Nations Law Firm | No production | June 1, 2019 |
| 133. | 19-01528 | Matthews, Errjay | The Nations Law Firm | No production | June 1, 2019 |
| 134. | 19-01530 | Jenkins, Robert Hosia | The Nations Law Firm | No production | June 1, 2019 |
| 135. | 19-01534 | Quarterman, Rudolph Valentino III | The Nations Law Firm | No production | June 1, 2019 |
| 136. | 19-01537 | Pellegrin Jr., Carl Joseph | The Nations Law Firm | No production | June 1, 2019 |
| 137. | 19-01559 | Stanfield, Grace Verdin | The Nations Law Firm | No production | June 1, 2019 |
| 138. | 19-01560 | Shepheard, Stephanie Ann | The Nations Law Firm | No production | June 1, 2019 |
| 139. | 19-01561 | Russ, Eddie Charles | The Nations Law Firm | No production | June 1, 2019 |
| 140. | 19-01580 | Acosta, Benny James | The Nations Law Firm | No production | June 1, 2019 |
| 141. | 19-01581 | Adams, Matthew Paul | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 142. | 19-01583 | Alfonso, Jacques Anthony | The Nations Law Firm | No production | June 1, 2019 |
| 143. | 19-01586 | Allen, James Lloyd | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 144. | 19-01589 | Biggs, Chasity Lasha | The Nations Law Firm | No production | June 1, 2019 |
| 145. | 19-01591 | Bishop, Vernon Oneal, Jr. | The Nations Law Firm | No production | June 1, 2019 |
| 146. | 19-01598 | Campbell, Reco Jermaine | The Nations Law Firm | No production | June 1, 2019 |
| 147. | 19-01603 | Cole, Salathel Romeros | The Nations Law Firm | No production | June 1, 2019 |
| 148. | 19-01620 | Kiefer, Robert Joseph | The Nations Law Firm | No production | June 1, 2019 |
| 149. | 19-01621 | Johnson, Michael Terrand | The Nations Law Firm | No production | June 1, 2019 |
| 150. | 19-01623 | Henley, Mary Angela | The Nations Law Firm | No production | June 1, 2019 |
| 151. | 19-01625 | Hall, Xavier Orenthal | The Nations Law Firm | No production | June 1, 2019 |
| 152. | 19-01628 | Furby, Justin Robert | The Nations Law Firm | No production | June 1, 2019 |
| 153. | 19-01630 | Fuller, Dinnettia Sharrel | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|---|---|---|---|---|---|
| 154. | 19-01632 | Easley, Jason Len | The Nations Law Firm | No production | June 1, 2019 |
| 155. | 19-01633 | DeMuro, Donald David III | The Nations Law Firm | No production | June 1, 2019 |
| 156. | 19-01635 | Davis, Dale Alan | The Nations Law Firm | Missing signed PPF verification | June 1, 2019 |
| 157. | 19-01639 | Compton, Bryant Scott | The Nations Law Firm | No production | June 1, 2019 |
| 158. | 19-01641 | Craft, Charles Edward | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 159. | 19-01663 | Marion, Johnnie | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 160. | 19-01665 | Mackey, Marilyn Brown | The Nations Law Firm | No production | June 1, 2019 |
| 161. | 19-01667 | Lewis, Thomas Jerome | The Nations Law Firm | No production | June 1, 2019 |
| 162. | 19-01677 | Morrisette, Mario Dontele | The Nations Law Firm | No production | June 1, 2019 |
| 163. | 19-01678 | Morel, Steven Anthony | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 164. | 19-01680 | Owens, Lyksha Lynn | The Nations Law Firm | Missing signed PPF and authorizations | June 1, 2019 |
| 165. | 19-01684 | Pellegrin, Lance Anthony | The Nations Law Firm | No production | June 1, 2019 |

July 8, 2019

Respectfully submitted,

   */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

   */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

   */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

   */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of July 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                      */s/ Don K. Haycraft*
                                      Don K. Haycraft