Minute Entry
Barbier, J.
July 9, 2019
JS-10: 22 minutes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| **Related to:** *No. 12-cv-968, Plaisance, et al. v. BP Exploration & Production Inc., et al.* | * * * | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

Case Manager:                                    Court Reporter:
Dean Oser                                        Cathy Pepper

## TUESDAY, JULY 9, 2019
## HON. CARL J. BARBIER PRESIDING

### PRO AMI HEARING

The hearing began at 9:04 a.m.

The Court conducted a global Pro Ami Hearing regarding the proposed settlements of 39 Alabama class members who are minors.

Appearances:

    Sally Shushan, Court-Appointed Guardian Ad Litem
    Katharine Hosty for the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement Agreement

ORDERED that the transcript of the hearing be SEALED.

ORDERED that Revised Exhibit B is admitted into evidence UNDER SEAL.

Katharine Hosty will submit a final version of Revised Exhibit B as noted on the record.

2

The Court will enter an Order approving the proposed settlements after receiving the final version of Revised Exhibit B.

The hearing ended at 9:26 a.m.



Attachment (Under Seal): Revised Exhibit B