**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE WILKINSON |
| Nos. 18-10304; 18-09998; 18-09662; 18-09666; 18-09762; 18-10010; 18-10012; 18-10198; 18-09715; 18-09779; 18-10328; 18-09532; 18-09571; 18-09609; 18-09670; 18-09934; 18-09952; 18-10186; 18-10192; 18-10196 | * * * * | |

**ORDER**

Before the Court are two Motions for Reinstatement and/or Reconsideration filed by the Nations Law Firm ("Nations"). The first motion (Rec. Doc. 25723) concerns 11 BELO plaintiffs whose cases were dismissed during a show cause hearing on May 17, 2019 (5/17/19 Minute Entry, Rec. Doc. 25630),[1] but who mailed the required disclosures before that date. The second motion (Rec. Doc. 25724) concerns 9 BELO plaintiffs whose cases also were dismissed during the May 17 show cause hearing (5/17/19 Minute Entry, Rec. Doc. 25630), but who mailed the required disclosures *after* that date. Both motions were discussed at a hearing on June 19, 2019, and the Court ordered BP to file a written response by June 26 and Nations to file a reply by July 3. (*See* 6/19/19 Minute Entry at 3, Rec. Doc. 25737). The parties

---

[1] Final judgments subsequently issued in the individual dockets of dismissed cases.

filed their briefs as instructed. (BP Response, Rec. Doc. 25747; Nations Reply, Rec. Doc. 25806).

Having considered the parties' arguments, the record, and the applicable law,

IT IS ORDERED that the first Motion (Rec. Doc. 25723) is GRANTED. Accordingly,

IT IS ORDERED that the following cases are RE-OPENED and the prior dismissals of these cases are VACATED:

| | |
|---|---|
| Demolle Jr., Warren | 18-09662 |
| Gause, Ryan Stephen | 18-09666 |
| Lopez, Frank Paul | 18-09715 |
| Guntner, Sean Anthony | 18-09762 |
| Sherman, Brian James | 18-09779 |
| Bergeron, Eileen G. | 18-09998 |
| Guy, Jody James | 18-10010 |
| Havard, Charlie Lee | 18-10012 |
| Sebold, Steven Kyle | 18-10198 |
| Alfonso, Christopher Martin | 18-10304 |
| Fernandez, Anisor Marie Raenette | 18-10328 |

IT IS FURTHER ORDERED that the second Motion (Rec. Doc. 25724) is DENIED.

New Orleans, Louisiana, this 9th day of July, 2019.

_____
United States District Court

**Note to Clerk: File in 10-md-2179 and in the individual dockets of the re-opened cases.**