UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE WILKINSON |
| BELO Cases identified below | | |

## ORDER
**[As to the 270 BELO Plaintiffs Represented by the Nations Law Firm and Identified in the June 4, 2019 Show Cause Order (Rec. Doc. 25698)]**

BELO Case Management Order No. 1 ("CMO No. 1") requires BELO plaintiffs to provide defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). A second case management order ("CMO No. 2") was developed—with input from plaintiffs' counsel and BP—to address the failure by many BELO plaintiffs to comply with CMO No. 1. (*See* Rec. Doc. 25486, *amended by* Rec. Doc. 25738). The CMO No. 2 process is as follows: On the 25th day of each month BP serves a draft status report on plaintiffs' counsel identifying those plaintiffs that BP believes have not provided full and complete disclosures by the 90-day deadline. The parties are to confer and attempt to resolve any errors or discrepancies in the report. On the first of day of the following month, BP files its status report in the Court's record. Magistrate Judge Wilkinson reviews the report and, if appropriate, issues an order that effectively gives

plaintiffs an additional 30 days to provide full and complete disclosures. Plaintiffs who fail to make the required disclosures by this extended deadline are so identified in a subsequent status report filed by BP. As to these plaintiffs, the undersigned district judge then issues an order requiring them to show cause why they have failed to comply with the Court's orders and why their cases should not be dismissed.

In accordance with the above procedures, the Court issued a Show Cause Order on June 4, 2019 regarding 277 BELO plaintiffs who had failed to provide full and complete disclosures by the initial 90-day deadline, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. (Rec. Doc. 25698). Specifically, the Show Cause Order required plaintiffs' counsel to appear at a hearing on June 19, 2019 and show cause why these 277 cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). The Show Cause Order further permitted plaintiffs' counsel to file a written response "***provided*** that such response is filed ***no later than*** Monday, June 17 at 5:00 p.m. C.D.T." (Rec. Doc. 25698 at 2 (emphasis added)).

At issue are 270 of the 277 plaintiffs identified in the Show Cause Order, all of whom are represented by the Nations Law Firm ("Nations"). Nations filed a "Notice of Compliance" on June 18 at 10:27 p.m. (i.e., after the deadline for filing written responses and 11 hours before the show cause hearing) stating that 55 of its clients had submitted full and complete disclosures. (Rec. Doc. 25734). At the June 19th hearing, an attorney with Nations requested that these 55 plaintiffs be deemed to

have satisfied the Show Cause Order and requested additional time (beyond the extensions already received) for 121 of its clients. (Hr'g Tr. at 20-24, Rec. Doc. 25740). Nations did not oppose dismissal of 94 of its clients. (Hr'g Tr. at 21:12-13, Rec. Doc. 25740). At the conclusion of the hearing, the Court ordered BP to file a written response by June 26 and Nations to file a reply by July 3. (Minute Entry at 3, Rec. Doc. 25737).

BP timely filed its response by the June 26 deadline. (Rec. Doc. 25768). To date, Nations has not filed a reply.

BP concedes in its response that the Show Cause Order has been satisfied with respect to 54 of the 55 plaintiffs identified in Nations' June 18th Notice of Compliance. (*Id.* at 3-4). BP asserts that it has not received full and complete disclosures from 199 plaintiffs as of the date of its response.[1] BP also states that 17 plaintiffs provided full and complete disclosures *after* the June 19 Show Cause Hearing.

After considering the parties' arguments, the record, and the applicable law,

IT IS ORDERED that the Show Cause Order (Rec. Doc. 25698) is deemed SATISFIED with respect to the 54 plaintiffs identified below, and these cases are NOT dismissed:

| Case Number | Plaintiff |
| --- | --- |
| 18-10578 | Ochello, Louis Joseph |
| 18-10635 | Lajaunie, Wallace Charles |
| 18-10645 | Weber, Jennifer Mae |
| 18-10711 | Guillory, Andy Steven |
| 18-10755 | Hamilton, Adron Lamont |
| 18-11031 | Baker, Kermit III |

---

[1] The 199 plaintiffs includes the 197 plaintiffs identified on pages 6-17 of BP's response plus Kevin Demond Warren (page 5 of BP's response) and Charles Joseph Schulte, Jr. (page 6 of BP's response).

3

| | |
|---|---|
| 18-11051 | Bunch, Gregory Thomas |
| 18-11077 | Cotton, Zachary |
| 18-11196 | Hicks III, William Thomas |
| 18-11198 | Holmes, Demitrick Christopher |
| 18-11268 | Garcia, Paul Anthony |
| 18-11408 | Moffett, Cedric Antonia |
| 18-11417 | Nguyen, Hung Minh |
| 18-11606 | Slack, Robert William Jr. |
| 18-11619 | Taylor, Christopher Raymond |
| 18-12085 | Odom, Travis Santel |
| 18-12195 | Seliby, William Edward, III |
| 18-12203 | Taillon, Megan Marie |
| 18-12368 | Taylor, Thomas Edward |
| 18-12501 | Fitzhugh, David Leon |
| 18-12511 | Stevenson, Alyce Rebecca |
| 18-12682 | Goff, Wayne Everette |
| 18-12685 | Hall, Donnie Eugene |
| 18-12689 | Hinton, Sidney Wayne |
| 18-12700 | Tran, Dave Dat |
| 18-12753 | Jarrett, Larry Jerome |
| 18-12815 | Quach, Richard |
| 18-12833 | Webb, Kelly Laveron Jr. |
| 18-13481 | Leashore, Kendera Patrice |
| 18-13591 | Austin, Jacob Raynard |
| 18-13594 | Banken, Tanea Leilani |
| 18-13610 | Pettis, Jimmy Lee |
| 18-13626 | Parker, Jonathan Jude |
| 18-13685 | Berzett, Arsenio Tyrell |
| 18-13700 | Bush, Michael Jerome |
| 18-13716 | Van Ngo, Chuong |
| 18-13797 | Chav, Saran |
| 18-13803 | Colley, Brittany Nicole |
| 18-13814 | Payton, Reginald Rene |
| 18-13823 | Sharit, Christina Ann |
| 18-13881 | Cheramie, Anthony Paul |
| 18-13907 | Fanguy, Michael James |
| 18-13960 | Harris, Curtis Frederick |
| 18-13963 | Hayes, Ralph Eugene |
| 18-13965 | Hobby, Karen Kay |
| 18-13967 | James, Steven Lorenzo |
| 18-13977 | Mills, Kenyetta Renea |
| 18-13980 | Nguyen, Len Van |
| 18-13994 | Helmer, Jordon Lee |

| 18-14004 | Nicholson, James Anthony |
| 18-14027 | Sorey, Arthur Bernard |
| 18-14053 | Cameron, Jamond Le'Jean |
| 18-14097 | Christmas, Larry Darnell, Jr. |
| 18-14153 | Harris, Bernard Allen |

IT IS FURTHER ORDERED that the Show Cause Order (Rec. Doc. 25698) is NOT satisfied with respect to the 216 plaintiffs identified below, and these cases are DISMISSED WITH PREJUDICE:

| Case Number | Plaintiff |
| --- | --- |
| 18-10643 | Warren, Kelvin Demond |
| 18-14022 | Schulte, Joseph Charles Jr. |
| 18-10509 | Fountain, Vernon Terell |
| 18-10699 | Taite, Ruby Rocelle |
| 18-10782 | Jackson, Torey Durrell |
| 18-11396 | Lathrop, Thomas Joseph |
| 18-11410 | Motes, Jeffry Lee |
| 18-11624 | Tran, Phan Van |
| 18-11711 | Jones, Cory Thomas |
| 18-11712 | Lee, Lindsey |
| 18-11720 | Wells, Yolanda Yvette |
| 18-11721 | Williams, Erika Latressa |
| 18-12191 | Blackston, Dannie Bernard |
| 18-12305 | Clark, Donnie Lee |
| 18-12503 | Russell, Richard Lafayette |
| 18-13490 | McNair, Algernon Aundra |
| 18-14029 | Strickland, Ramelle Fitzgerald |
| 18-14060 | Chadwick, Charles Christopher |
| 18-14105 | Fitch, William Randolph III |
| 18-09723 | Robin, Jr., Chris Joseph |
| 18-10429 | Hickenbotham, Jerome |
| 18-10517 | McCall, Jarvis Kentrell |
| 18-10519 | Merrill, Robert Kirk |

| | |
|---|---|
| 18-10521 | Pham, Hiep Anh |
| 18-10562 | Danos, Brent James |
| 18-10573 | Graveley, Thomas Jesus III |
| 18-10575 | Jones, Micah Timothy |
| 18-10625 | Williams, Hasson Ha'kium |
| 18-10648 | Heath, Crystie Danielle |
| 18-10685 | Downs, Justin Blaine |
| 18-10707 | Florent Sr., EdwinTyrone |
| 18-10713 | Haley, Michael Dwain |
| 18-10743 | Dickinson, Gregory Darnell |
| 18-10773 | Hicks, Joshua Kendell |
| 18-10780 | Hooks, Roger Joseph Jr. |
| 18-10787 | King, Anthony Wayne |
| 18-10789 | Keegan, Thomas William IV |
| 18-10846 | Powell, Ronnie Aaron |
| 18-10851 | Santiny, Joshua Daniel |
| 18-10916 | Kumm, Matthias |
| 18-10937 | Thomas, Paul Christopher |
| 18-10975 | Barthelemy, Myron Francis |
| 18-10980 | Billiot, Corey Joseph |
| 18-10988 | Billiot, Risha Marie |
| 18-10998 | Booker, Antoine Vonche |
| 18-11001 | Smith, Rhonda Nashovia |
| 18-11004 | Spencer, Kevin Dwayne |
| 18-11005 | Wallace, Nolan Ryan |
| 18-11008 | Watkins, Carl Marshuan |

| | |
|---|---|
| 18-11030 | Ashcraft, Larry |
| 18-11049 | Buford, Orlando Romon |
| 18-11069 | Carbajal, Max Emiliano |
| 18-11071 | Celestin, Joshua Kindall |
| 18-11072 | Chaisson, Amber Nicole |
| 18-11076 | Coon, Toren Martel |
| 18-11183 | Diaz, Donald Lee |
| 18-11185 | Douglas, Michael |
| 18-11189 | Glamuzina, Josip Ante |
| 18-11206 | Labiche, Carl Bryant |
| 18-11207 | Sartain, Lee Edgar |
| 18-11267 | Dragobratovich, Kristofer Mark |
| 18-11270 | Hill, Jason Daniel |
| 18-11271 | Ho, Hung Van |
| 18-11272 | House, Jerome Jermaine |
| 18-11273 | Irby, Tracy Stein |
| 18-11283 | McDuff, Gary Bruce |
| 18-11288 | Melerine, Nathan James |
| 18-11290 | Morgan, Jr., Danny Lenroy |
| 18-11377 | Johnston, Michael Sean |
| 18-11380 | Danos, Tara Ann |
| 18-11416 | Nguyen, Christina Phuong |
| 18-11421 | Nguyen, Thoi Huu |
| 18-11422 | Nichols, Willie Dewayne |
| 18-11502 | Nix, Alfreda Juawanna |
| 18-11506 | Palmisano, Darin James |
| 18-11510 | Paternostro II, Stephen Michae |

| | |
|---|---|
| 18-11516 | Powell, Pleashetta |
| 18-11518 | Prejean, Dennis Joseph |
| 18-11529 | Ramond, Jeremie Charles |
| 18-11530 | Reese, Renaldo Emanuel |
| 18-11537 | Riley Jr., Carl Blake |
| 18-11597 | Buras Sr., Chad Michael |
| 18-11600 | Champagne, David John |
| 18-11610 | Stamant, Bryan Paul |
| 18-11622 | Toups Jr., Ronnie Joseph |
| 18-11623 | Tran, Dinh Ngoc |
| 18-11625 | Tran, Se Thi |
| 18-11695 | Treadaway, Alex Joseph |
| 18-11703 | Willyard Jr., Donald Rae |
| 18-11704 | Wolf, Jason Everett |
| 18-11708 | Hall, Gary Dwight |
| 18-11710 | Johnson, Lakeada Sherrel |
| 18-11713 | McDonald, Deidra D'Angela Myers |
| 18-11719 | Weaver, Gregory Darren |
| 18-11778 | Chiodo, Anthony Paul III |
| 18-11781 | Copeland, George |
| 18-11785 | Cotton, Yolanda Patricia |
| 18-11793 | Crocker, William Ray |
| 18-11843 | Guidry, Harris Joseph |
| 18-11847 | Hobdy, Robert John |
| 18-11856 | Johnson, Demarcus Deandre |
| 18-11857 | Jones, Jeremy Timajo |
| 18-11863 | Norwood, Jeffrey Allen |
| 18-11865 | Billiot, Ryan A |

| | |
|---|---|
| 18-12041 | Jordan, Kehinde Tranell |
| 18-12082 | Phimavong, Vorasing Joe |
| 18-12097 | Kinsey, Samuel Eugene |
| 18-12104 | Matthews, Walter Paul |
| 18-12166 | Alder, Keith George |
| 18-12168 | Ancar, Richard Kenneth |
| 18-12169 | Anderson, Ivory |
| 18-12193 | Ruffins, Jerome Devin |
| 18-12197 | Smith, Barry Donavan |
| 18-12206 | Tracy, Jon Richard |
| 18-12212 | Witherspoon, Demarcus James |
| 18-12303 | Carson, Kawatues Markwette |
| 18-12308 | Colston, Laneesha Anjanetta |
| 18-12315 | Talton, Stafford Dewayne |
| 18-12317 | Waite, Eleanor Noel |
| 18-12343 | Bihlear, Eddie |
| 18-12359 | Bradberry, Bobby Lynn |
| 18-12364 | Chiodo, Anthony Paul Jr. |
| 18-12478 | Brown, Iranikia Lashawn |
| 18-12480 | Cannon, Martin Houston |
| 18-12484 | Brown, Mario Catrell |
| 18-12486 | Bryant, Tony Lamar |
| 18-12487 | Butler, Eddie David |
| 18-12490 | Cotton, Oliver, Jr. |
| 18-12493 | Courtney, John Bart |
| 18-12495 | Cox, Charles Leslie |
| 18-12497 | Delle, Jeffery Lawrence |
| 18-12512 | Tanner, Cherrish Michelle |
| 18-12514 | Tellez, Jairo Velandia |
| 18-12680 | Gibbs, Rochelle Renne |
| 18-12683 | Griffith, Vern Allan |
| 18-12684 | Grinstead, Michael Anthony |
| 18-12686 | Helton, Jeffery Stephen |
| 18-12691 | Richardson, Angela Latongia |
| 18-12695 | Roberts, Romeo Casanova |
| 18-12745 | Hutchins, Shelton Deon |
| 18-12750 | Jackson, Joshua Derek |

| | |
|---|---|
| 18-12776 | Jones, Emile Carnell |
| 18-12778 | Jones, Ronald Lester Jr. |
| 18-12805 | Kates, Michael Dietrick |
| 18-12832 | Thomson, Anthony McNair |
| 18-12834 | Williams, Kimberly Denise |
| 18-13485 | Martin, Peter Maurice Jr |
| 18-13486 | Mathis, Corey Collins |
| 18-13494 | McNeeley, Larry Cheyenne |
| 18-13499 | Moore, Johnnie Earl |
| 18-13502 | Nance, Norma Jean |
| 18-13582 | Abner-Nicholson, Janice Anastasia |
| 18-13583 | Aguilar, Hector |
| 18-13587 | Ally, Ashton Anthony |
| 18-13593 | Baldwin, Stevie George, Sr. |
| 18-13621 | Porter, Rapier Ely |
| 18-13688 | Blanchard, Randolph J. IV |
| 18-13689 | Bourgeois, Joshua Demond |
| 18-13694 | Brooks, Gwendolyn Faye |
| 18-13699 | Brumfield, Clodie Ray |
| 18-13708 | Milton, Brice Quintarius |
| 18-13711 | Mitchell, Hakeem Jamal |
| 18-13712 | Mullikin, Telice Watts |
| 18-13718 | Nguyen, Hoang V. |
| 18-13749 | Reddoch, Corbett Lawrence |
| 18-13790 | Adams, James Lewis |
| 18-13799 | Chopin, Timothy Michael Sr. |
| 18-13806 | Domangue, Darrell Anthony |
| 18-13811 | Parker, Treko Jamal |
| 18-13818 | Pugh, Tiquilla LaShawn |
| 18-13867 | Smith, Marc Anthony |
| 18-13875 | Beck, Latiffany Marsha |
| 18-13876 | Booker, William Leonard, III |
| 18-13882 | Clausell, Jacquelynn Jones |
| 18-13883 | Cook, Marcus Lee |
| 18-13887 | Duplantis, Elias Paul |
| 18-13888 | Eugene, Kenneth |
| 18-13906 | Bivens, Eric Roderick |
| 18-13908 | Fisher, Michael Eugene |
| 18-13916 | Frye, Jeffery Alan |

| | |
|---|---|
| 18-13918 | Chancellor, Raymond Jr |
| 18-13961 | Harris, Paul Thomas |
| 18-13964 | Hicks, James Xavier |
| 18-13966 | Hunter, Dewayne Junior |
| 18-13968 | Johnson, Michelle Hughen |
| 18-13969 | Jones, Nathaniel |
| 18-13972 | Lambert, Ashley Shatoya |
| 18-13973 | Lee, Denorris John |
| 18-13983 | Nemeth, Crystal Lynn |
| 18-13999 | Jenkins, James Lee |
| 18-14006 | Padilla, Jessica Rose |
| 18-14007 | Payne, William Thomas |
| 18-14021 | Salter, Henry Clifton Jr. |
| 18-14030 | Tanner, Bradley Keith |
| 18-14031 | Thompson, Jerome Alonzo |
| 18-14033 | Trauth, Brent Albert |
| 18-14050 | Matthews, Jonelle Jontue |
| 18-14056 | Brown, Leon |
| 18-14058 | Campbell, Jerome Torry |
| 18-14063 | Chiasson, Randy Thomas |
| 18-14095 | Burrows, Kenneth Lamar |
| 18-14098 | Clede, Scott Aaron |
| 18-14099 | Cooper, David Lyn |
| 18-14102 | Decaylor, John Melvin |
| 18-14103 | Duplantis, Teddy Wedgir |
| 18-14104 | Fairley, Adam Lee |
| 18-14106 | Fox, Wayne Edward |
| 18-14151 | Joseph, Michael Christopher |
| 18-14152 | Gunn, Trenkiel Lamar |
| 18-14154 | Heptinstall, Leeunder Monrow Sr. |
| 18-14159 | Jackson, Andrew, III |
| 18-14161 | Lyons, Scott David |
| 18-14165 | Narcisse, Kermit Peter |
| 18-14169 | Nguyen, Huy Hoang |
| 18-14173 | Phalo, Charles Lee |
| 18-14174 | O'Sullivan, Steven Sean |

The Court will enter judgments of dismissal in each of the above 216 cases.

New Orleans, Louisiana, this 9th day of July, 2019.

_____
United States District Court