# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL NO. 2179** |
| | * | **SECTION: J(2)** |
| | * | |
| **Relates to:** | * | **JUDGE BARBIER** |
| *No. 12-968 and All Cases* | * | |
| | * | **MAG. JUDGE WILKINSON** |

## ORDER APPROVING GUARDIAN AD LITEM's FINDINGS AND 39 ALABAMA MINORS' MEDICAL BENEFITS CLASS ACTION SETTLEMENTS

Now before the Court is the Guardian Ad Litem's Motion for Approval of Settlement of 39 Claims under the Medical Benefits Class Action Settlement Agreement. This Court appointed the Guardian Ad Litem, Magistrate Sally Shushan (retired), to review the proposed settlements for 39 Alabama minors, and after conducting such review and analyzing every claim, she subsequently submitted her recommendation that each settlement be approved, and moved the Court to hold a Pro Ami Hearing in which the Court could question her and review the applicable facts of each minor's claim therein. The Pro Ami Hearing was held on July 9, 2019, and the Court reviewed the Guardian Ad Litem and Claims Administrator's findings, to determine whether each settlement was fair, reasonable, and in each minor's best interests. Furthermore, as contemplated at the Pro Ami Hearing, the Court has received and reviewed the Second (Final) Revised Exhibit B to the Guardian Ad Litem's Memorandum, which will be filed with this Order as a SEALED attachment.

The Court makes the following findings:

1. The Guardian Ad Litem's analysis of each case follows the Claims Administrator's determination of a Medical Benefits Settlement Award and/or benefits under the Periodic Medical Consultation program therein. The Guardian Ad Litem's review has been based on the facts and supporting documentation provided for each minor's claim, and the parameters of the Medical Benefits Settlement Agreement, including the Specified Physical Condition Award Matrix.

2. The Guardian Ad Litem's review has been comprehensive, the Court having analyzed

   the findings submitted in her Motion for a Pro Ami Hearing and Memorandum in Support, and further examining her recommendations during the Pro Ami Hearing.

3. Each Alabama Minor's claim was submitted to the Claims Administrator by an Authorized Representative who certified that he/she is fully authorized to bring the claim and to resolve it and execute a Release on behalf of the Class Member and all other persons who may claim any damages by or through any relationship with the Class Member ("Derivative Claimants").

4. The Claims Administrator has reviewed all 39 claims in accordance with the Deepwater Horizon Medical Benefits Class Action Settlement Agreement ("Medical Settlement Agreement") and has calculated a Specified Physical Condition award amount ("Award Amount") as payable on such claim for 38 of the Alabama minors, as outlined on Second (Final) Revised Exhibit B (filed under seal) of the Guardian Ad Litem's Memorandum in Support of her Motion for a Pro Ami Hearing. One of the minors is eligible only for Periodic Medical Consultation benefits, as likewise outlined on the Second (Final) Revised Exhibit B.

5. Each Class Member's Authorized Representative(s) has accepted the award amount as the full resolution of the Class Member's claim and has executed a Full and Final Release, Settlement and Covenant Not to Sue ("Release") on such claim.

   Accordingly, the foregoing Motion is **GRANTED AND IT IS HEREBY ORDERED AND DECLARED THAT:**

1. The settlement of each Alabama Minor's claim, as outlined on the Second (Final) Revised Exhibit B to the Guardian Ad Litem's Memorandum in Support of her Motion for a Pro Ami Hearing, for a payment amount and/or Periodic Medical Consultation benefits as applicable is approved as fair, reasonable, adequate, and in the best interests of the minor.

2. The Claims Administrator shall distribute the amount to each Class Member's Authorized Representative(s), free from any liability for making such distributions under this Order.

3. Each Class Member's Authorized Representative shall distribute such funds in accordance with applicable state law.

4. The Release as set forth in the Medical Settlement Agreement and the release, indemnifications, and settlement conditions in Section X of the Proof of Claim Form signed by the Class Member's Authorized Representative(s) are fully binding on each Class Member, each Class Member's Authorized Representative(s) and all Derivative Claimants of the Class Member.

5. Any future settlements and payments on claims on behalf of each Class Member made in accordance with the Medical Settlement Agreement are approved as fair, reasonable, adequate, and in the best interests of the minor. The Claims Administrator shall issue payment on such claims to each Class Member's Authorized Representative(s), and

such Authorized Representative shall distribute such funds in accordance with applicable state law.

**IT IS FURTHER ORDERED** that the Second (Final) Revised Exhibit B to the Guardian Ad Litem's Memorandum be filed **UNDER SEAL** as an attachment to this Order.

New Orleans, Louisiana, this 11th day of July, 2019.

_____
Carl J. Barbier
United States District Judge