July 5, 2019

RE: Oil Spill by the Oil Rig, " Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL 2179

Dear Judge Barbier:

My name is Melonie Johnson and I am a long-time resident of Vancleave, Mississippi. My husband name is Richard Johnson. My family are long-time commercial fishermen and our livelihood was seriously impacted by the BP oil spill. Since then, we have experienced significant financial hardship due to very limited openings and closed fisheries. I am requesting that both my husband and my case should not be closed for the reason that there are unresolved claims with the Halliburton/Transocean Punitive Damages and Assigned Claims Settlement Program.

In September 2019, I received a notice dated August 31, 2019, regarding the HESI/Transocean Punitive Damages & Assigned Claims Settlement, Claims Reconciliation Number & HESI/Transocean New Class Claimant Number, 100021745, stating that I would be eligible for a claim later in the year; however, as of July 5, 2019, I have not received any financial compensation for that claim. For Richard Johnson, the Claims Reconciliation Number & HESI/Transocean New Class Claimant Number is 100021751. Richard Johnson has also not received any financial compensation for his claim.

I have enclosed a letter, dated February 27, 2019, from my former attorney John Foxworth with Foxworth Law Office. Enclosed in the letter, is a spreadsheet and e-mails with Transocean re Claimant's Claims and assigned Lien Holds by Faegre, Benson & Daniels. Additionally, I have unresolved issues that are pertinent to my claims and would greatly like to communicate with a court clerk and/or staff regarding these issues.

Please keep my case open and resolve my HESI/Transocean Punitive Damages & Assigned Claims Settlement. I am currently experiencing significant financial hardship and greatly need my claims compensation expedited. Further, I am receiving application assistance from the Mississippi Coalition for Vietnamese-American Fisher Folks & Families (MSCVAFF), a community-based organization, to assist me with my claim documents.

Sincerely,

*Melonie Johnson*
*Richard Johnson*

Melonie & Richard Johnson
9601 Meadow Street
Vancleave, MS 39565
(228) 209-4274, Melonie Johnson; (228) 209-4290, Richard Johnson


cc. Thao Vu, Mississippi Coalition for Vietnamese-American Fisher Folks & Families (MSCVAFF)
1636 Popps Ferry Rd., St. 223
Biloxi, MS 39532
(228) 207-1782 office, thaovu337@gmail.com