July 05, 2019

ROSE LE & THACH VAN TRAN
12211 CORONA LANE
HOUSTON, TX 77072
TEL: 713-306-4935
CASE NO. 2:13-CV-02963



To: CLERK OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130
ATT: JUDGE BARBIER
MAG. JUDGE WIKINSON

SUB: DESPERATELY NEED YOUR HELP JUDGES

DEAR JUDGE BARBIER AND JUDGE WIKINSON,
MY NAME IS ROSE LE, I REALLY NEED HELP. SEEN THE DAY OF THE OIL SPILLED UNTIL NOW, I ONLY RECEIVED $10,000. SOME ONE HAS FRAUD MY SIGNATURE TO DENY ALL CLAIMS FROM BP AND DEEP WATER. I WENT TO MANY PLACE FOR HELP, ALL I GET IS NOTHING, NO ONE CAN DO ANYTHING TO HELP.

IT IS VERY UNFAIR FOR ME, THAT I AM VERY DESPERATELY NEED HELP, AND CAN NOT GET ANY HELP. OTHER RECEIVED HUNDREDS OF THOUSAND TO RECOVER THEIR LOST, AND GET THEIR LIFE BACK NORMAL. UP UNTILL TODAY I AM STILL, CAN NOT GET MY LIFE BACK TOGETHER.

I AM WRITING THIS LETTER, HOPING FOR YOUR KINDNESS TO HELP ME RE-OPEN MY CASE.
I DON'T SPEAK, WRITE OR UNDERSTAND ANY ENGLISH. AM ASKING A FRIEND TO WRITETO YOU THIS LETTER. IF YOU HAVE ANY QUESTION PLEASE CALL MY FRIEND, SO HE CAN EXPLAIN TO YOU MY PROBLEMS, I HAVE NO WAY CONTACT YOU, EXCEPT THIS ADDRESS FROM THE MAIL I RECEIVED.
PIERRE NGUYEN PHONE NUMBER 832-804-5084 EMAIL: NGUYENPIERRE68@GMAIL.COM

YOURS TRULY,


ROSE LE

Scanned with CamScanner