IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 <br> SECTION: J |
| *This document relates to:* | * * | |
| 2:17-CV-02675; 2:17-CV-02678; 2:17-CV-02674; 10-CV-02543; AND 2:17-CV-02672 | * * * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE WILKINSON |

NOTICE OF PROPOSAL FOR FUTURE CASE MANAGEMENT OF MEDICAL OPT-OUTS IN B3 BUNDLE BY HERMAN, HERMAN & KATZ, L.L.C.

NOW INTO COURT comes Herman, Herman & Katz, LLC, ("HHK") through undersigned counsel, who submits the instant *Notice* to the Court's Order [Rec Doc. 25749] allowing suggested proposals for future case management of medical opt-outs in the B3 Bundle. HHK submits this proposal on behalf of its five remaining medical opt-out clients: *Herman Williams*, No. 17-2675; *Stephen Granier*, No. 17-2674; *James Miller*, No. 17-2678; *Levy Brunet*, No. 17-02672; and *John Wunstell*, No. 10-2543.

HHK proposes that the stay should be lifted, the cases re-allotted, and scheduling conferences set. More than nine years have elapsed since the spill. These cases have been stayed throughout. Undersigned has heard from some of these clients on an almost weekly basis throughout this time. While the factual issue of whether their maladies were BP's fault will be decided eventually, these clients have a right to start the process more than nine years after being exposed to dangerous substances.

These clients represent an extremely small sub-set of medical claims who did not ideally fit within the medical settlement and who chose to actively litigate their claims instead. They developed the most severe symptoms in the last nine years which required dozens of doctor and hospital visits. Each of the five clients have timely met the procedural submissions required of them over the years. Pursuant to Pre-Trial Order 66, each of them disclosed his maladies under penalty of perjury. Their medical issues range from skin disorders to neurological difficulties and from respiratory problems to large cell lymphoma.

Ultimately, these clients make a simple request to be released from the stay and have their cases placed on a regular docket for discovery, depositions, and a trial date. All of these cases are original filings in this Court. While this Court has masterfully managed the complexities of one of the largest, most difficult MDLs in history, it is time to let these clients tell their stories.

This 11th day of July, 2019.

Respectfully submitted,

/s/ Soren E. Gisleson
*By:* Soren E. Gisleson, La. Bar No. 26302
HERMAN HERMAN & KATZ LLC
820 O'Keefe Ave.
New Orleans, LA 70113
Telephone: (504) 581-4892
E-Mail: sherman@hhklawfirm.com

*Counsel for Herman Williams 17-2675;*
*Stephen Granier 17-2674; James Miller*
*17-2678; Levy Brunet 17-02672; AND*
*John Wunstell 10-2543*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2019.

/s/  Soren E. Gisleson