UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| "DEEPWATER HORIZON" in the | * | NO. 10-MD-2179 |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | SECTION: "J" |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | * | |
| All cases in Pleading Bundle 3, specifically | * | |
| civil action No.  11-cv-02766;11-cv-02908; | * | |
| 11-cv-02501;11-cv-2549;11-02909;11-cv-02319; | * | |
| 12-cv-01295;12-cv-2279; 11-cv-02766; | * | |
| 17-cv-03370;17-cv-03382;17-cv-03388; AND | * | |
| 11-cv-02515; | * | |

**PROPOSAL FOR FUTURE HANDLING IN
RESPONSE TO ORDER SCHEDULING STATUS CONFERENCE**

**NOW INTO COURT**, through undersigned counsel, come Defendants/Cross-Claimants/Third-Party Plaintiffs and Plaintiffs, United States Environmental Services, LLC; United States Maritime Services, Inc.; and United States Maritime Services, Inc. doing business as United States Maritime Services, LLC (collectively "USES"), who respectfully submits the following proposal in response to this Court's Order Scheduling Status Conference of June 26, 2019.  Rec. Doc. No. 25749.  On June 26, 2019, this Court instructed "the parties to submit proposals regarding future case management and/or procedures for the B3 bundle.  These should include suggestions for moving these cases toward ultimate resolution."  *Id.*

As previously represented to this Court, USES is a bit player in this multi-district litigation.  The BP entities utilized USES' services in its response to the Deepwater Horizon incident and clean-up efforts.  During BP's response, BP directed the USES entities to manage what has become commonly known as the Vessels of Opportunity ("VoO") Program in St.

Bernard Parish among other activities. As a result of these efforts, USES has faced claims. USES in turn sought contractual defense and indemnity for these claims from the BP entities. USES has dutifully complied with the various pretrial orders that the Court has utilized to control its docket and whittle down the universe of potential cases.

USES would propose that its civil actions to the extent that they seek contractual defense and indemnity for claims arising from its participation in the Deepwater Horizon cleanup efforts should remain stayed in the hopes that all actions will be resolved and USES need not pursue its claims.[1]

We look forward to speaking with the Court further during the Scheduling Conference.

Respectfully submitted:

*/s/ Allen J. Krouse, III*
Allen J. Krouse, III (#14426)
Andrew S. de Klerk (#1045)
Brandon K. Thibodeaux (#32725)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8145
akrouse@frilot.com
adeklerk@frilot.com
bthibodeaux@frilot.com

ATTORNEYS FOR UNITED STATES ENVIRONMENTAL SERVICES, LLC; UNITED STATES MARITIME SERVICES, INC.; AND UNITED STATES MARITIME SERVICES, INC. D/B/AUNITED STATES MARITIME SERVICES, LLC

---

[1] If BP would like to discuss a resolution of USES' claims to make its actions moot, USES stands ready to participate in such discussions.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cross-Claim has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2019.

*s/ Allen J. Krouse, III*