UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | MDL 2179<br><br>SECTION J |
| This document Relates to:<br>*Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| KAY EUBANKS,<br>    Plaintiff,<br><br>vs.<br><br>BP EXPLORATION & PRODUCTION, INC.,<br>BP AMERICA PRODUCTION COMPANY,<br>and BP P.L.C.,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 2:16-cv-5093<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

THIS CAUSE, having come before the Court on the Motion to Withdraw as Counsel of Record for Plaintiff, filed by William B. Price, Esq. on July 12, 2019, and the Court having considered of the motion, and reviewing the applicable statutory and case law, the Motion is hereby:

GRANTED.

William B. Price is relieved of his obligations and duties to this court as counsel for the Plaintiff in this case.

All further pleadings, motions, notices, correspondence, and other documents, shall be served directly on Plaintiff, whose contract information is as follows:

Kay Eubanks  
826 Bolivar Street  
Lady Lake, FL  32159  
(850) 227-4636  
keubanks75@gmail.com

Plaintiff shall have 21 days from the date of this order to retain substitute counsel; otherwise, Plaintiff shall be deemed to be proceeding in a prose capacity. Pending the filing of a notice of appearance by new counsel, opposing counsel will be entitled to communicate directly with Plaintiff to coordinate the scheduling of any necessary hearings or conferences.  No hearing or conference, however, shall be scheduled to occur during the next 21 days.

Lastly, nothing in this Order shall constitute grounds for the continuance of any pending discovery deadline, case management conference, mediation, hearing date, pre-trial conference, or trial date.

Signed on _____, 2019.

_____  
UNITED STATES DISTRICT JUDGE