UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | MDL 2179 |
| **"Deepwater Horizon" in the Gulf** ) | |
| **of Mexico, on April 20, 2010** ) | SECTION J |
| ) | |
| **This document Relates to:** ) | JUDGE BARBIER |
| *Pleading Bundle B1* ) | |
| ) | MAG. JUDGE WILKINSON |
| ) | |
| **JUSTICE GROUP, LLC** ) | CASE NO.:  2:16-cv-2179 |
| ) | SECTION J |
| Plaintiff, ) | |
| ) | JUDGE BARBIER |
| vs. ) | |
| ) | MAG. JUDGE WILKINSON |
| **BP EXPLORATION & PRODUCTION,** ) | |
| **INC.,   BP AMERICA PRODUCTION** ) | |
| **BP COMPANY, and BP, P.L.C.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

THIS CAUSE, having come before the Court on the Motion to Withdraw as Counsel of Record for Plaintiff, filed by William B. Price, Esq. on July 12, 2019, and the Court having considered of the motion, and reviewing the applicable statutory and case law, the Motion is hereby:

GRANTED.

William B. Price is relieved of his obligations and duties to this court as counsel for the Plaintiff in this case.

All further pleadings, motions, notices, correspondence, and other documents,

shall be served directly on Plaintiff, whose contract information is as follows:

Samuel Justice
23 Lakecrest Drive
Greenville, SC  29609
(864) 346-0583
sjustice@jdsarch.com

Plaintiff shall have 21 days from the date of this order to retain substitute counsel; otherwise, Plaintiff shall be deemed to be proceeding in a prose capacity. Pending the filing of a notice of appearance by new counsel, opposing counsel will be entitled to communicate directly with Plaintiff to coordinate the scheduling of any necessary hearings or conferences.  No hearing or conference, however, shall be scheduled to occur during the next 21 days.

Lastly, nothing in this Order shall constitute grounds for the continuance of any pending discovery deadline, case management conference, mediation, hearing date, pre-trial conference, or trial date.

Signed on _____, 2019.

_____
UNITED STATES DISTRICT JUDGE