UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| This document Relates to: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER MAG. JUDGE WILKINSON |
| ROBERT MINNIGAN,  Plaintiff, vs. BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 2:16-cv-5403 SECTION J JUDGE BARBIER MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

NOW COMES, the undersigned attorney, pursuant to LR 83.2.11, FRCP 74, and the Florida Rules of Professional Conduct, Rule 4-1.16(b)(3) in the above-styled cause, and would show the Court as follows:

1. On July 8, 2019, the Plaintiff discharged William B. Price, Esq. via email.

2. Plaintiff will not be prejudiced if the undersigned is permitted to withdraw.

3. Plaintiff has been notified of all deadlines and pending court appearances.

4. Plaintiff can receive all further pleadings and correspondence at the following address:

Robert Minnigan
9601 Leeside Court
Windermere, FL  34786
(407) 592-1319
robert.minnigan@lifestyletravelbenefits.com

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney prays that the Court grant this Motion to Withdraw as Counsel of Record for Plaintiff, as set forth herein.

Respectfully submitted this 11th day of July, 2019

                                                  Respectfully submitted,

                                                  BY:*/s/William B. Price*
                                                  WILLIAM B. PRICE
                                                  Florida Bar No: 28277
                                                  bill@thepricelawfirm.com
                                                  hannah@thepricelawfirm.com
                                                  brandi@thepricelawfirm.com
                                                  P.O. Box 351
                                                  Panama City, FL 32402
                                                  Telephone: (850) 215-2195
                                                  Facsimile: (850)763-0647

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Records for Plaintiff has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and upon the Plaintiff, Robert Minnigan via certified mail at 9601 Leeside Court, Windermere, FL  34786, and via electronic mail at Robert.minnigan@lifestyletravelbenefits.com  on this 11th day of July, 2019.

                                                  */s/ William B. Price*
                                                  William B. Price