IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>**APPLIES TO:**<br><br>All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt, APLC; The Falcon Law Firm; The Toce Firm, APLC; Downs Law Group, PA; The Law Offices of Frank D'Amico, Jr., APLC; Lindsay & Lindsay, PA; The Lambert Law Firm; and Stag Liuzza, LLC | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## NOTICE OF PLAINTIFFS' PROPOSAL FOR TRIAL FLIGHTS AS A STRUCTURE FOR THE FUTURE CASE MANAGEMENT AND PROCEDURES FOR ULTIMATE RESOLUTION OF THE OPT-OUT PLAINTIFFS IN THE B3 BUNDLE

NOW INTO COURT comes the undersigned counsel who submit this Notice to the Court's Order [Rec Doc. 25749] allowing suggested proposals for future case management of medical opt-outs in the B3 Bundle. There are approximately 935 individual B3 opt-out cases before the Court that need to be resolved. This proposal is submitted on behalf of the majority of these remaining Plaintiffs via their respective attorneys, as listed above.

### Grouping of Cases into Trial Flights Will Efficiently and Fairly Resolve the Opt-Out Cases

The most efficient and expeditious process to move these cases toward ultimate resolution is as it would be in any other type of case: a court scheduling order setting pre-trial deadlines and a trial date. Yet because of the large number of cases, hundreds of individual trial settings would be burdensome and inefficient. In such non-class action mass tort scenarios, the

grouping of similar cases into "trial flights" is the most efficient way to get cases resolved. A "trial flight" is a selection of individual cases grouped together for a single trial. This single trial would provide a path to resolution for all cases in the trial flight, but offers the added benefit of providing "Bellwether" values for non-flighted cases similar to those which are in the trial-flight.

The trial-flight method has proven effective in resolving large numbers of constituent cases in at least one mass tort action. Currently, there is an oil-field radiation mass tort before Judge Fallon, *Lester, et al. v. Exxon Mobil, et al.* [1], in which the trial-flight procedure is being utilized by the Court. In *Lester*, similarly situated plaintiffs will have their claims tried together in a single trial setting. *Lester* initially involved over 500 plaintiffs and virtually every major oil company. The *Lester* trial flight plaintiffs were jointly selected by plaintiffs and defendants. Previous *Lester* trial flights have either gone to trial or settled before trial. The past *Lester* trials and settlements led to every oil company defendant entering into a global settlement of all claims, except for Shell. Now, there is a September 2019 trial flight setting solely against Shell for seven plaintiffs who worked at the same facility at which they were all exposed to radiation. The flight involves both cancer and non-cancer personal injury claims. The impending trial date in *Lester* has created momentum for Shell to also seek global resolution of all cases therein.

The simplest process for selecting trial flight plaintiffs has been to permit the plaintiffs and defendants to each choose an equal number of plaintiffs for inclusion in the trial flight. In *Lester*, plaintiff selection was based on location of employment. This simple criterion resulted in the flighting of plaintiffs with common exposure histories. This commonality made discovery process easier and more efficient. A similar process could be employed here with similar

---

[1] Civil Action No. 14-1824.

benefit. For example, B3 opt-out trial flight plaintiff selection criteria could include geographic location of exposure, type of exposure (worker vs. resident for example), duration exposure and disease pathology.  The parties will work together to decide on the details of each flight, including the criteria as well as the dates for a definitive Case Management Order.  If the parties have any disagreements, we understand former Magistrate Judge Shushan may be available to intervene and settle any discovery or scheduling disputes on which we may otherwise need guidance from the Court. In sum, the setting of pre-trial deadlines and a trial date is what will get the B3 opt-out cases resolved. The most efficient and fairest way to get these cases to trial is through trial flight settings.

(SIGNATURES TO FOLLOW)

        Respectfully Submitted,

        /s/ Paul A. Dominick
        Paul A. Dominick      Fed ID No. 577
        NEXSEN PRUET, LLC
        205 King Street, Suite 400 (29401)
        P.O. Box 486
        Charleston, SC  29402
        PHONE:  843.577.9440
        FACSIMILE:  843.720.1777
        PDominick@nexsenpruet.com

        and

        Douglas M. Schmidt    Fed ID No. 11789
        Douglas M. Schmidt, APLC
        335 City Park Avenue
        New Orleans, LA 70119
        PHONE:  504-482-5711
        FACSIMILE:  504-482-5755
        Dglsschmdt@yahoo.com

        *Counsel for Plaintiffs*

**July 12, 2019**

        THE LAMBERT FIRM, PLC

        /s/ Hugh P. Lambert
        Hugh P. Lambert (La. Bar #7933)
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931

        /s/ Allen W. Lindsay, Jr., Esq.
        Allen W. Lindsay, Jr. Esq.
        Florida Bar No. 104956
        Lindsay & Lindsay, P.A.
        5218 Willing Street
        Milton, FL 32570
        Telephone: 850-623-3200
        Fax: 850-623-0104
        awl@lal-law.com

/s/ Craig Downs, Esq.
Craig Downs, Esq.
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
(305) 444-8226
cdowns@downslawgroup.com

/s/ C. David Durkee, Esq.
C. David Durkee, Esq.
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
ddurkee@downslawgroup.com

/s/ Timothy J. Falcon, Esq.
Timothy J. Falcon, Esq.
Falcon Law Firm
5044 Lapalco Blvd.
Marrero, LA 70072
(504)-341-1234
tim@falconlaw.com

/s/ Michael G. Stag, Esq.
Michael G. Stag (LA No. 23314)
Ashley M. Liuzza (LA No. 34645)
Merritt E. Cunningham (LA No. 32843)
Matthew D. Rogenes( LA No. 36652)
STAG LUIZZA, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600

/s/Frank J. D'Amico Jr.
Frank J. D'Amico, Jr.
Louisiana Bar Number 17519
4608 Rye Street
Metairie, Louisiana 70006
Telephone: (504) 525-7272
Fax: (504) 525-9522

/s/ Andre F. Toce
Andre F. Toce
THE TOCE FIRM
969 Coolidge St., #201
Lafayette, LA 70503
Phone: (337)233-6818

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Notice has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of July, 2019.

/s/ Paul A. Dominick
Paul A. Dominick