## File & ServeXpress Transaction Receipt

| | |
|---|---|
| **File & ServeXpress Transaction ID:** | 63537531 |
| **Submitted by:** | Corey Dunbar, Pivach Pivach Hufft Thriffiley & Dunbar LLC |
| **Authorized by:** | Corey E Dunbar, Pivach Pivach Hufft Thriffiley & Dunbar LLC |
| **Authorize and file on:** | Jul 11 2019 3:05PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Oil Spill |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Oil Spill Litigation |
| **Case Type:** | Oil Spill-All Cases |
| **Case Number:** | MC MDL-2179 |
| **Case Name:** | In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 12-470 |
| **Read Status for e-service:** | Not Purchased |

**Documents List**

**1 Document(s)**

**Attached Document, 6 Pages**

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Brief | Secure Public | $0.00 | |

**Document title:**
Fitzgeralds' Proposal for July 17, 2019 Status Conference

Expand All

**Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | Dunbar, Corey E | Pivach Pivach Hufft Thriffiley & Dunbar LLC | Attorney in Charge |

**Recipients (1018)**

  Service List (1018)

  Additional Recipients (0)

**Case Parties**

Close

About File & ServeXpress (http://www.fileandservexpress.com/about-us)   Resource Center (https://resourcecenter.fileandservexpress.com/resourcecenterwebui/default.aspx?ut=AT)   FAQs (/FSXMasterPage/FAQ)   Terms & Conditions (https://secure.fileandservexpress.com/agreement.htm)   Privacy (http://www.fileandservexpress.com/privacy)

Client Support

© 2019 File & ServeXpress, LLC. All rights reserved.

☎ 1-888-529-7587

✉ support@fileandserve.com (mailto:support@fileandserve.com)

💬 Chat Online