IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon in the Gulf Of Mexico," on April 20, 1010 | MDL No. 2179<br><br>Section J |
| **This document relates to:** | |
| No. 12-970, Bon Secours Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | Honorable Carl J. Barbier<br><br>Magistrate Judge Wilkinson |
| -and- | |
| No. 18-04906, BP Exploration & Production, Inc., et al. v. Claimant #100301594; Claim No. 342687 | |

_____/

**MOTION TO REMAND CASE TO APPEAL PANEL FOR RECONSIDERATION
IN THE LIGHT OF THE DECISION OF THE FIFTH CIRCUIT COURT
OF APPEALS OR, IN THE ALTERNATIVE, TO SET A BRIEFING SCHEDULE**

Claimant ID 100301594 (McGill Engineering, Inc.), through undersigned counsel, moves this Court in relation to Claim No. 342687 to remand the case to the Appeal Panel for reconsideration in the light of the Fifth Circuit Court of Appeal's decisions in *BP Expl. & Prod., Inc. v. Claimant ID 100301594*, No. 18-30747, 2019 WL 2477212 (5th Cir. June 12, 2019), and *BP Expl. & Prod., Inc. v. Claimant ID 100094497 ("Texas Gulf Seafood")*, 910 F.3d 797, 798 (5th Cir. 2018). In the alternative, if this Court is inclined to apply the Fifth Circuit's reasoning to the evidentiary record in the first instance, the claimant requests the opportunity to brief the issue and urges the Court to set a briefing schedule.

As discussed in more detail in the contemporaneously-filed supporting memorandum, the Fifth Circuit's remand for reconsideration did not dictate how that reconsideration should turn out, expressly noting that "however it happens, expenses must be classified as variable or fixed according to their substantive nature—that is, whether the expenses vary with product output." Thus, consideration of the evidentiary record regarding professional engineering expenses incurred by McGill will be necessary to resolve that issue.

WHEREFORE, Claimant ID 100301594 (McGill Engineering, Inc.) moves this Court to remand the case to the Appeal Panel for reconsideration in the light of the Fifth Circuit Court of Appeal's decisions in *BP Expl. & Prod., Inc. v. Claimant ID 100301594*, No. 18-30747, 2019 WL 2477212 (5th Cir. June 12, 2019), and *BP Expl. & Prod., Inc. v. Claimant ID 100094497 ("Texas Gulf Seafood")*, 910 F.3d 797, 798 (5th Cir. 2018), or, in the alternative, to set a briefing schedule.

        /s/ Wm. Cary Wright
        Wm. Cary Wright  (Florida Bar No. 862797)
        Robert L. Ciotti (Florida Bar No. 333141)
        Joseph H. Lang, Jr. (Florida Bar No. 059404)
        CARLTON FIELDS, P.A.
        4221 W. Boy Scout Blvd., Suite 1000
        Tampa, Florida 33607-5780
        (813) 223-7000
        (813) 229-4133 (facsimile)
        jlang@carltonfields.com

        *Counsel for Claimant 100301594*

July 15, 2019.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of July, 2019, I caused the foregoing motion to be electronically filed using the Court's CM/ECF System thereby serving all registered users in this case, including:

J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
andrew.langan@kirkland.com

*Counsel for BP Entities*

Don K. Haycraft
Devin C. Reid
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139

*Counsel for BP Entities*

George W. Hicks, Jr.
Erin Morrow Hawley
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
george.hicks@kirkland.com
erin.hawley@kirkland.com

*Counsel for BP Entities*

/s/ Wm. Cary Wright
Wm. Cary Wright