U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUL 05 2019
        wl

WILLIAM W. BLEVINS
CLERK

July 2 - 2019

TO: UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ATT TO MDL 2179, SECTION: J(2)
JUDGE BARBIER
MAG JUDGE WILKINSON   REF 11-3180

Dear Sir or Madam,

My name is NGUYEN CHI THANH
DOB ▮▮▮▮ 1955  SS # ▮▮▮▮ 6187

I m writing this letter in regard of the notice of court's intent to close cases and order to show cause.

I nguyen chi thanh believe my case should not be closed for the reasons being I was lied to by B.P representative during the oil spill for the use of my dock in Bay St Louis MS with promise to compensate but never did. Also during that period I Nguyen chi Thank had been a business man, shrimping boat owner in Bay St Louis MS for 30 yrs I am one of the people that was denied componsate due to improper paper work so they say. The court notic

said that a written letter need to be send in before July 8, 2019 for it/case to be consider for it status and remain open, So Dear Sir or Madam I Nguyen chi thanh ask the court to consider and keep my case open so I can be fairly compensated

Sincerely
nguyen chi thanh

Chi ngeuy

[Notary seal: STATE OF MISSISSIPPI, DANIELLE M. TORRES, ID NO. 125448, Commission Expires 09/18/2022, HANCOCK COUNTY NOTARY PUBLIC]

Danielle Torres
July 2, 2019

ps I will be more than happy to provide whatever document the court ask in a timely manner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| This Document Relates To: | |
| | JUDGE BARBIER |
| *All Cases* | |
| | MAG. JUDGE WILKINSON |

## NOTICE OF COURT'S INTENT TO CLOSE CASES AND ORDER TO SHOW CAUSE

The Court understands that all claims asserted in the cases listed on Exhibit 1 attached hereto have been resolved—in most instances through settlement but occasionally by other means—and there are no viable claims remaining in litigation. However, these cases still appear to be open, if only as a technical matter, on the Court's docket. Accordingly, the Court hereby gives notice of its intent to issue an Order instructing the Clerk of Court to **CLOSE** each of the 1835 cases listed on Exhibit 1. **Any party who believes its case should not be closed shall file by July 8, 2019 a written response explaining why its case should not be closed.**[1]

If a party believes its case should not be closed for the reason that it has an unresolved claim *in litigation* for punitive damages against Transocean or Halliburton (as opposed to an unresolved claim with the Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Program), that party should explain, perhaps in addition to other things, why that claim in litigation is not barred

---

[1] Responses should be filed in the MDL 2179 master docket (10-md-2179), not in the individual docket for a member case.

TENDERED FOR FILING

JUL 05 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

TENDERED FOR FILING

JUL 05 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

by the class-wide releases found in the Transocean and Halliburton Punitive Damages and Assigned Claims Settlement Agreements (Rec. Docs. 15332, 14644) and the Court's Final Order and Judgment approving same (Rec. Doc. 22253).

New Orleans, Louisiana, this 24th day of June, 2019

*United States District Judge*

**Note: The attached Exhibit 1 identifies cases that contain one or more pro se (unrepresented) plaintiffs. The Clerk shall mail a copy of this Notice and the relevant page of Exhibit 1 (or all of Exhibit 1, if easier) to each pro se plaintiff. If a pro se plaintiff was previously represented by an attorney who failed to provide the Court with an address for the former client upon the attorney's withdrawal, the Clerk shall mail the Notice and Exhibit 1 to the attorney, who shall immediately forward same to the last known address of the former client. The attorney shall also provide the Court with the last known address for the former client.**

U.S. District Court - Eastern District of Louisiana

Chi Thanh Nguyen
6044 West Quitman Street
Bay St. Louis, MS 39520
US

Case: 2:11-cv-03180   #39
67 pages.
Mon Jun 24 15:03:24 2019

From Nguyen chi Thanh
60244 w. Quitman St
Bayst Louis MS 39520

To: United state district court
Eastern District of Louisiana
Neworleans LA 70130

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

