In The United States District Court Eastern District of Louisiana

In the oil spill by the oil rig MDL.2179 deepwater horizon in the Gulf of Mexico, on April 20, 2010 section j This documents relates to Judge Barbier This document relates to mas judge wilkinson All case

CASE NO. 16-15253

MDL 2179

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 08 2019
WILLIAM W. BLEVINS
CLERK

## MOTION

Richard McBride motion for notice of court intent to close cases and order to show cause.

Come now plaintiff Richard McBride In the name of Jesus Christ submited it motion in good faith and show cause. Why it cause SHOULD NOT BECAUSE In the intrests of justice. Richard mcbride unresolved claim in litigation for puntiue damage

### 1

The plaintiff Richard Mcbride file numerous law sue agaist B.P oil spill et.al with the Gccif deepwater horizon claim, administrator, wrongfully denied my claim. plaintiff complete and sumbit the appropriate claemtform.

Opt out all applicate law under settlement program. File sperate lawsuit court order in the United States District CourtEastern District of Louissiana each lawsuit under separate jurdical and entity the plaintiff was incompliance with all PTO 60, 64. PTO 63. plaintiff was a member of the new class and old class

Mcbride claim body injury, chemical exposure damages vessel damage, land damage, captain of the boat claim deck, hand claim physcally dammage by the oil spill, 4-20-2010 vehicle damge sea food claim, shrimping, damage of personal property, subsistence claim not paid, legal issuse unresolved claim in litigation for punitive damage, this could have wrongfully, mistakenly deny my claim, all my claim ofr lawsuit was well grounded and rooted in facts, and stated a claim agaisnt B.P oil spill and lawer file a reply one side claim administrator wrongfully- mistakenly i plaintiff never or, did not receivie a copy of B.P. reply or statement

Why non-compliant i richard McBride opposedaall B.P. non- compliant. (OPA) Oil pollution act. and general maritime law B.P. liability under these laws B.P. is non-compliant to richard Mcbride.

### 2

Richard McBride claims are not banned by the individual throughtthe court Appointed Neutrials process

rthe court appointed neutais process never settement therefore he is not mcbride have not release not one of hist claim as a mater of law

```
____ Fee _____
____ Process _____
 X   Dktd _____
____ CtRmDep _____
____ Doc. No. _____
```

Page 2

3

power house church of god holy ghost power and member - richard mcbride part own  and ceo of the buness pastor of the church  on part organization and non -pprofit have aseparte juridical entity this settlenent was sing by richa mcbride in his office capacity and my job cpapcity

my nane was not on the check

4

rico mcbride  did individual releases  reached a settle ment agreements  part own  queen ester commercial fishing the queen e esther is separate juridical entit and organization

rico mcbribe was buying the queen esther boat from  richard mcbri bouth part own  working  the commercial fishing

rico mcbride is my son richard mcbride is his dad  i did sing  se settlement agreement  in my job capacity and office capcity my nane was not on the check as for bouth

5

i richard mcbride request tha this court  consolidation all richard mcbride case  for i can get afair settlement  case number 18-cv-11190-j -2 all these  for all these unresolved claim the case should not be closed

p

IN JESUS NAME

Richard MCBride
4318 Donovan ST
Moss point MS 39560
228-249-1166

7/8/2019

CERTIFICATE OF SERVICE

I RICHARD MCBRIDE HEREBY.EERTIFY THAT I HAVE HAND DELIVERED

OR MAILD., ATRUE AND CORRED COPY TO THE DEFENBANTS NOTICE

OF COURT INTENT TO CLOSE CASE AND ORDER TO SHOW CAUSE DATE @$ DAY

JUNE ,@)!(.

OFFICE OF THE CLERK

!UNITED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

%)) POYDRAS STREET NEW ORLENS &)!#)

@, BP COUNSEL ATTN.
ANDREW LANGAN KIRKLAND
AND ELLS LLP #)) NORTH
LASALLE ST SUIT 2400
CHICAGO IL 60654

Richard McBride
4318 Donovan
St Moss point M
39562.

Date 7-8-2019

228-249-1166