EXHIBIT 1: Cases the Court Intends to Close (Listed Alphabetically)

| No. | Case Name | Docket # | Pro Se Plaintiff(s) in this Case? |
|---|---|---|---|
| 1067 | Marcs Marine, LLC v. BPXP et al. | 16-04796 | |
| 1068 | Marevic, Tonci v. BPXP et al. | 16-04854 | |
| 1069 | Margaret Edwards v. BPXP, Inc., et al | 13-01645 | |
| 1070 | Marin, George v BPXP, Inc., et al. | 13-02102 | |
| 1071 | Marina Developers of West Florida, Inc. v. BP p.l.c., et al. | 16-07142 | |
| 1072 | Marina Jack, Inc. v. BPXP, Inc. et. al. | 13-02946 | |
| 1073 | Marine Distributors, Inc. v. BPXP, Inc. et al. | 13-01328 | |
| 1074 | Mark Canfora Investments, et al. v. BP Exploration & Production Inc., et al. | 16-06280 | |
| 1075 | Markusich, Jefferson L. v. BPXP Inc., et al. | 13-02346 | |
| 1076 | Marshall, William III v. BPXP et al. | 16-03881 | |
| 1077 | Martin Midstream Partners, LP v. BPXP, Inc., et al | 13-01254 | |
| 1078 | Martin Resource Management Corporation v. BPXP, Inc., et al | 13-01261 | |
| 1079 | Martin, Jesse T. v. BPXP Inc., et al. | 13-02730 | |
| 1080 | Martin, Mike, et al. v. BPXP, et al. | 16-03913 | |
| 1081 | Martin, Thomas Todd III v. BPXP, Inc., et al | 13-02250 | |
| 1082 | Martins, Marina v. BP Exploration & Production Inc., et al. | 16-06147 | |
| 1083 | Mary Walker Real Property Co. v. BPXP Inc., et al. | 13-05375 | |
| 1084 | Masari Unlimited, LLC v. BP p.l.c., et al. | 16-07146 | |
| 1085 | Mast Production, LLC, et al. v. BP Exploration & Production Inc., et al. | 14-00358 | Pro Se Plaintiff(s) |
| 1086 | Matherne, Jr., Louis v. BPXP, Inc. et al. | 13-01206 | |
| 1087 | Matranga, Joseph, et al v. BP plc, et al | 11-00237 | |
| 1088 | Matsil, Leon v. BP Exploration & Production Inc., et al. | 16-06285 | |
| 1089 | Mayfield, Richard E. et al. v. BPA et al. | 12-01029 | |
| 1090 | Mayport C & C Fisheries, Inc. v. BPXP Inc., et al. | 13-02341 | |
| 1091 | Mcabee, Mary Lou v. BPXP, Inc. et al. | 16-07398 | |
| 1092 | McAlister, Zolan v. BPXP et al. | 16-06757 | |
| 1093 | McBride, Donald v. BPXP et al. | 16-06270 | |
| 1094 | McBride, John v. BPXP, Inc. et. al. | 13-01379 | |
| 1095 | McBride, Richard v. BP Deepwater Horizon, et al. | 16-15253 | Pro Se Plaintiff(s) |
| 1096 | McDonald, Lionel L. v. BPXP, Inc. et. al. | 13-01740 | |
| 1097 | McDonald, Travis W. v. BPXP Inc., et al. | 13-02690 | |
| 1098 | McGriff, Elizabeth v. BPXP, Inc., et al. | 13-02115 | |
| 1099 | McGuire Oil Company, Inc. v. BPXP, Inc. et. al. | 13-01244 | |
| 1100 | McInnis Bay Properties, LLC, et al. v. BP Exploration & Production Inc., et al. | 13-02292 | |

2-16-CV-15253

# UNITED STATES DISTRICT COURT

for the
Eastern District of Louisiana

Richard McBride
 plaintiff(s)
   V.
Bp America,Inc         Civil Action No.18cv~11190J(2)
Through its agent for service of process
Ct corporation system
5615 corporate blvd.,suite 400B

_____
    Defendant(s)
TO: (Defendant's name and address)
  Bp America,Inc
Through its agent for service of process
Ct corporation system
5615 corporate blvd.,suite 400B
Baron Rouge,LA.70802-6129


## Motion For Entry Of Default Judgement

  The plaintiff Richard McBride Requests That Entry Of Judgement By Default Be
Entered Against  Defendant . B.P America INC ET.AT Federal rule of civil procedure 55
(A) (B) In support of this request plaintiff relies on the record in this case and the
Affidavit submitted herein complaint.The amount request is 2,000,000,00 Two Million
Dollar relies.

             Richard McBride
             4318 dovan st
             Moss Point,Ms
             39563
             228-369-5534

             Signature Here

             4-24-2019

# Affidavit

1. The date served the summons and complaint 1-31-2019 u.s. postal service certified mail
2. The date the answer was due,3-3-2019 none was served to the plaintiff Richard McBride, In time allowed 4318 donovan street Moss Point MS 39563
3. The date default was entered request Judgement 4-24-2019
4. The defendant is not currently in the active military service.
5. In complaint the plaintiff sought two million dollar money damage
6. The defendant B.P.american etal ,have failed to plead or defend . in this action, to this day
7. I Had the  U.S. Marshall service eastern district of louisiana try to serve the summon and complaint but fail 2 times trying to do so.
8. The plaintiff Richard McBride Having filed a proper motion and affidavit In accordance with federal rule of civil procedure rule 55 and (A)(B) Judgement is Hereby Entered In Favor of plaintiff Richard McBride **The amount request Is 2,000,000,00 Two Million Dollar relies.**

Dated.This The _2L_ Day of April.2019

Richard McBride

Sworn to and Subscribed.This The _24th_ day of April,2019

My Commission Expires;
**Nov. 30, 2020**

Notary Public

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 118494
LAURA JEAN FORTMAN
Commission Expires
Nov. 30, 2020
JACKSON COUNTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf of | | MDL 2179 |
| Mexico, on April 20, 2010 | * | |
| | | SECTION: J(2) |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *All Cases* | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

## NOTICE OF COURT'S INTENT TO CLOSE CASES
## AND ORDER TO SHOW CAUSE

The Court understands that all claims asserted in the cases listed on Exhibit 1 attached hereto have been resolved—in most instances through settlement but occasionally by other means—and there are no viable claims remaining in litigation. However, these cases still appear to be open, if only as a technical matter, on the Court's docket. Accordingly, the Court hereby gives notice of its intent to issue an Order instructing the Clerk of Court to **CLOSE** each of the 1835 cases listed on Exhibit 1. **Any party who believes its case should not be closed shall file by July 8, 2019 a written response explaining why its case should not be closed.**[1]

If a party believes its case should not be closed for the reason that it has an unresolved claim *in litigation* for punitive damages against Transocean or Halliburton (as opposed to an unresolved claim with the Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Program), that party should explain, perhaps in addition to other things, why that claim in litigation is not barred

---

[1] Responses should be filed in the MDL 2179 master docket (10-md-2179), not in the individual docket for a member case.

by the class-wide releases found in the Transocean and Halliburton Punitive

Damages and Assigned Claims Settlement Agreements (Rec. Docs. 15332, 14644) and

the Court's Final Order and Judgment approving same (Rec. Doc. 22253).

New Orleans, Louisiana, this 24th day of June, 2019

_____
United States District Judge

**Note: The attached Exhibit 1 identifies cases that contain one or more pro se (unrepresented) plaintiffs. The Clerk shall mail a copy of this Notice and the relevant page of Exhibit 1 (or all of Exhibit 1, if easier) to each pro se plaintiff. If a pro se plaintiff was previously represented by an attorney who failed to provide the Court with an address for the former client upon the attorney's withdrawal, the Clerk shall mail the Notice and Exhibit 1 to the attorney, who shall immediately forward same to the last known address of the former client. The attorney shall also provide the Court with the last known address for the former client.**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Richard McBride<br>_____<br>*Plaintiff(s)*<br>v.<br>BP America, Inc.<br>Through its agent for service<br>of Process CT Corporation Service<br>5615 Corpor<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 18CV-11190 J(a) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BP America, Inc.
Through its agent for service of Process
CT Corporation System
5615 Corporation Blvd, Suite 400B
Baton Rouge, LA. 70802-6129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-4-2019                                               _____
                                                            *Signature of Clerk or Deputy Clerk*

RECEIVED
UNITED STATES MARSHAL
2019 JAN -4  PM 4: 02
EASTERN DISTRICT OF
LOUISIANA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BP. American Inc. Agent CT Corporate 5615 Baton , who is

designated by law to accept service of process on behalf of *(name of organization)* BP. Rouge, LA. 708 BP. American, I

on *(date)* 1-31-2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.


Date: 2-4-2019              Blondine M. McBride
                           *Server's signature*

                           Blondine M. McBride
                           *Printed name and title*


                           4318 Donovan St. Moss Point, Ms.
                           *Server's address*
                                               39563

Additional information regarding attempted service, etc:

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP AmericAN Inc. Agent. service proces E.T. corporate system 5615 corporate Bivd suit 400.B BAton Rouge LA. 70802 - 6129

9590 9402 4228 8121 5062 34

2. Article Number (Transfer from service label)

7018 1130 0000 8353 8174

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

MOSS POINT
4537 BOWEN ST
MOSS POINT
MS
39563-9998
2759420262
01/16/2019   (800)275-8777   4:24 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM 2-Day | 1 | $7.00 |
| Legal FR Env | | |
| (Domestic) | | |
| (BATON ROUGE, LA 70808) | | |
| (Flat Rate) | | |
| (Expected Delivery Date) | | |
| (Friday 01/18/2019) | | |
| Certified | 1 | $3.45 |
| (@@USPS Certified Mail #) | | |
| (70181130000083538174) | | |
| Return | 1 | $2.75 |
| Receipt | | |
| (@@USPS Return Receipt #) | | |
| (95909402422881215062 34) | | |
| Total | | $13.20 |
| Cash | | $20.00 |
| Change | | ($6.80) |

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage   $7.00

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015

7018 1130 0000 8353 8174

Postmark Here

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD MCBRIDE

VERSUS

B.P. OIL SPILL

CIVIL ACTION

NO. 18-11190

SECTION "J" (2)

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

X    the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐    the motion is MOOT; the party was previously granted pauper status.

☐    the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐    the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

_____

New Orleans, Louisiana, this ____26th____ day of November, 2018.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

November 27, 2018

TO:   Richard McBride          RE: CA:   18-cv-11190 J(2)
      4318 Donovan Street
      Moss Point, MS 39563

The application to proceed in forma pauperis pursuant to Title 28, USC, Section 1915, in the above-captioned action has been granted by the Court.

Rule 4 of the Federal Rules of Civil Procedure provides for service of the summons and complaint by the United States Marshal at the request of a party permitted to proceed in forma pauperis. If you wish to have service effected by the U. S. Marshal, you must furnish the enclosed certified copy of the Court's Order granting leave to proceed in forma pauperis along with a completed summons, USM Form 285 and a copy of the complaint for each defendant to be served.

The USM 285 Forms can be obtained from the U. S. Marshal's Office at the address listed below:

          500 Poydras Street
          Hale Boggs Federal Building, Room B724
          New Orleans, Louisiana 70130

Forward the completed summon(s), complaint(s) and USM 285 Form(s) and the certified copy of the Pauper Order to the U.S. Marshal's Office, 500 Poydras Street, Hale Boggs Federal Building, Rm. B724, New Orleans, Louisiana 70130.

                    William W. Blevins
                    Clerk, U.S. District Court
                    Eastern District of Louisiana

                    By: _____
                    Deputy Clerk

**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

Lesch
12/18

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard McBride | 18-cv-11190-J(2) |
| DEFENDANT | TYPE OF PROCESS |
| B.P. Oil Spill | Lawsuit (sec) |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kirkland + Ellis LLP Attn: J. Andrew Langan (BP Oil Spill)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 300 North LaSalle St, Suite 2400, Chicago, IL 60654

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard McBride
4318 Donovan St.
Moss Point, Ms. 39563

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

RECEIVED UNITED STATES MARSHAL
2018 DEC 26 AM 8:42
WESTERN DISTRICT OF LOUISIANA

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Richard McBride | ☑ PLAINTIFF ☐ DEFENDANT | 228-369-5534 | 10/3/2018 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 24 | Vita Soler | 12/6/18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|---|
| Andrew Langan | | |
| Address (complete only if different than shown above) | | Date of Service: 12-20-18 Time: 1501 am |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 1.09 | $8 | 74.09 | | | |

REMARKS: 1 DUSM /2 miles /1 hour
JDIS 18-11190-J

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/1980)
(Instructions Rev. 12/08)

JS 44 (Rev.07/T)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RICHARD MCBRIDE

**DEFENDANTS**
BP

**18-11190**

**(b)** County of Residence of First Listed Plaintiff ___
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant ___
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**SECT. J MAG. 2**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question *(U.S. Government Not a Party)*
☐ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | **Other:** | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:
890 - OTHER STATUTORY ACTION

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE ___  DOCKET NUMBER ___

DATE ___

SIGNATURE OF ATTORNEY OF RECORD ___

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

Case 2:10-md-02179-CJB-DPC   Document 25850-1   Filed 07/08/19   Page 13 of 89

Case 2:18-cv-11190-CJB-JCW   Document 1-2   Filed 11/16/18   Page 1 of 21
Case 2:10-md-02179-CJB-SS   Document 16050-3   Filed 03/29/16   Page 1 of 1

EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 **18-11190** |
| | * | SECTION: J **SECT. JMAG. 2** |
| | * | JUDGE BARBIER |
| This Document Relates To: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| [PLAINTIFF] *ASCW* | * | CIVIL ACTION No. _____ |
| VERSUS | * | SECTION J |
| [DEFENDANT(S)] | * | JUDGE BARBIER |
| *Mih, HMK* | * | MAG. JUDGE SHUSHAN |

## COMPLAINT

[NOTE:  Use this form of caption when filing a new individual lawsuit.  The civil action number will be assigned by the Clerk of Court].

*2-8-2019*

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIST OF

LOUISIANA

IN RE; OIL SPILL BY THE OIL RIG          MDL, 2179

DEEPWATER HORIZON IN THE GULF            SECTION; J[2]

OF MEXICO, ON APRIL 20,2010              JUDGE BARBIER

THIS DOCUMENT RELATES TO                 MAG,JUDGE WILKINSON

NO. 12-970 .ORDER

RICHARD MCBRIDE                  PLAINTIFF
                                          CASE NO, *18-CV-11190-J-(2)*
VERSE                                    CASE NO,
                                                 DEFENDANT
B,P,OIL SPILL

## COMPLAINT AND SWORN STATEMENT.

NO. 12-970. ORDER

PTO, 60. [REC. DOC.16050] AND INDIVIDUAL COMPLAINT.SWORN STATEMENT
INCOMPLIES.

IN THE INTEREST OF JUSTICE, INVOLVED, SHOULD NOT, BE, DISMISSED,

1

COME, NOW THE PLAINTIFF RICHARD MCBRIDE ,WILL SHOW THIS HONORABLE,COURT,

IN GOOD FAITH BELIEVED THAT PLAINTIFF HAVE COMPLIED WITH THE REQUIREMENT

OF PTO,60 AND PTO,64, B--3 CLAIMS , PLAINTIFF IS A MEMBER OF OLD CLASS AND
MEMBER NEW CLASS , HAVE MULTIDISTRICT FILE LITIGATIONTO COURT,

SEPARATE PLEADING FOR DIFFERENT CATEGORIES OF CLAIMS LAWSUIT INDIVIDUAL

COMPLAINT,UNDER THE MORATORIA HOLD OPT,OUT ORDER,AND SWORN
STATEMENTS, I HAVE NOT, RELEASED MY CLAIM. GENERAL MARITIME LAWSUE CLAIMS

PROPPERTLY DAMAGECLAIM'S, OIL POLLUTION ACT OF 1990[OPA] 33 U, S, C, 2701,

CONTRACT CLAIM'S, PERSONANL INJURY MEDICAL CLAIM'S,

BP HAVE FAILED TO SETTLEMENT CLASS COUNSEL HAVE FAILED TO SETTEMENT.IN
EIGHT [ 8 ] YEARS  ALL RICHARD MCBRIDE CASE IS UNRESOLVABLE IMPASSE. HAS NOT
BEEN RESOLVED TO DATE/

                                    1

NOTED, MUST BE NOTED THE PLAINTIFF DON'T HAVE ELECTRONICE, FILING WITH
COURT, ONLY, BY PAPER; PLAINTIFF HAVE NOT RECEIVED FROM B,P,OIL SPILL, ANY,

SUBMISSIONS  BY, THEY , COUNSEL FOR B,P, NO REPLY, ACCORDINGLY TO THE EXTENT

THAT PLAINTIFF ,  BP SUBMITTED IN , OR CLAIMS ADMINISTRATOR , THE PLAINTIFF,
REQUEST THAT  THIS HONORABLE, COURT PLEASE , ORDER B,P, OIL SPILL. AND
COUNSEL, CLAIMS ADMINISTRATOR ;PLEASE MAIL,A COPY OF ALL SUBMISSONS; TO

THE PLAINTIFF AT; 4318 DONOVAN, STREET MOSS POINT
,MISSISSIPPI, 39563, PLEASE; 1-228-369-5534.

                                    2

THIS HONORABLE ;  THE PLAINTIFF IS NOT REPRESENTED BY , AN
ATTORNEY; THE PLAINTIFF WILL FULL PROSECUT,THIS CASE IN
COURT OF LAW, TO FILE IT'S O

3

## JURISDITION

THE UNITED STATES DISTRIST COURT EASTERN DISTRIST OF LOUISANA HAS JURISDICTION OVER THIS CASE UNDER THE OIL POLLUTION ACT,

UNDER THE CLEAN WATER ACT. SECTION 2701-SECTION 2702 DEEPWATER HORIZON OIL RIG OFF THE COAST OF LOUISIANA AN EXPLOSION THAT KILLED [ 11 ] WORKER AND CAUSED THE MASSIVE B. P.OIL SPILL IN APRIL.20. 2010. AND ECT

THE PLAINTIFF WILL PROVE BEYOND A REASONABLE DOUBT. ALL PLAINTIFF IOSSES

CAUSED BY B. P. OIL SPILL. DEFENDANT WRONGFUL ACTS. AND GROSS NEGLIGENCE

BLOW OUT RIG . APRIL .20 2010. GULF OF MEXICO.

4

## CAUSED

ON ABOUT APRIL .20. 2010. THE DEEPWATER HORIZON DRILLING RIG EXPLODED OFF THE COAST OF LOUISIANA. IT ESTIMATED THAT ALMOSE FIVE MILLON BARRELS OF OIL

GUSHED FROM THE SEABED AND IN TO THE GULF OF MEXICO. AND MISSISSIPPI .ALABAMA. FLORIDA. AND TEXAS. GULF REGION. THE B.P. OIL SPILL KILLED [ 11 ] WORKER IN THE EXPLOSION.

5

TRANSOCEAN. WHICH OWNED THE DEEPWATER HORIZON DRILLING RIG AND WHICH WAS FOUND PARTIALLY LIABLE ROR THE B P OIL SPILL IN 2011. REPORT BY . THE FEDERAL GOVERNMENT. THE U. N. STATE COST GUARD.

6

3

HALLIBURTON. THE WELL CONTRACTOR WHICH WAS FOUND PARTIALLY LIABLE IN THE B P OIL SPILL IN 2011 REPORT . REPORT BY THE FEDERAL GOVERNMENT . THE U.S. COAST GUARD.

### 7

CAMERON INTERNATION THE COMPANT THAT MANUFACTURED THE UNDERWATER WELL BLOWOUT PREVENTER. WHICH APPARENTIY FAILED TO FUNCTION AS PLANNED. CAUSED THE DAMAGE

### 8

I PLAINTIFF WAS INJURY. AND DAMAGE BY. THE B₊P₊ OIL SOILL CAUSED OF OIL SPILL RIG EXPLOSION DEEPWATER HORIZON APRIL .20 .2010.AS A RESUIT OF THE B. P. OIL SPILL RIG DIASTER . MY FINANCIAL LIVELIHOOD HAS SUFFERED. COMMERAL FISHING.SHRIMP . B P OIL SPILL . GROSS NEGLIGENCE AND RECKLESS MISCONDUCT CAUSED ALL PLAINTIFF DAMAGE. LOSS ENJOYMENT BREACH OF CONTRACT

### 9

AS THE RESULT OF B P OIL SPILL PLAINTIFF WAS INJURY AND DAMAGE BY. LOSS OF SUBSISTENCE USE NATURAL RESOURCES UNDER CLEAN WATER ACT. SETION .2701 .2702 . UNDER OIL POLLUTION ACT. AND WILF HUNTING . IOSS 8.9 ARCE WETLAND .OR FLOOD ZONE. AIR AND WATER POTENTIALLY TOXIC CHEMICAL HAVE BEEN USED TO DISPERSE THE SPILLED OIL. UNDEVELOPED PROPERTY 66 19 GREGORY STREET MOSS POINT .39563. LOSS ENJOYMEMT

### 10

AS A RESULT OF B P OIL SPILL PLAINTIFF WAS DAMAGE .BY. THE PLAINTIFF LOSS AS START UP BUNESS ECONOMIC LOSS. FROM .2009. START UP QUEEN ESTHER COMMERCIL FISHING. PUT OUT BUNESS BY B P OIL SPILL IN 2011 . DAMAGE BY . CLOSE WATER. GULF COAST ARE MOSS POINT MISSISSIPPI . PASCAGOULA MISSISSIPPI HORN ISLAND MISSISSIPPI SOUND.E C T.   LOSS ENJOYMENT

### 11

AS A RESULT B P OIL SPILL PLAINTIFF WAS DAMAGE. FAILED BUSSINESS . ECONOMIC LOSS BY BP OIL SPILL PUT OUT BUSINESS 2011. YEAR. QUEEN ESTHER COMMERCIL

FISHER. 27 FOOT BOAT AND 32 FOOT BOAT . DAMAGE.   LOSS ENJOYMENT BRENCH OF CONTRACT

12

AS A RESULT OF B P OIL SPILL APRIL 20. 2010 . BLOW OUT OIL RIG. PLAINTIFF RICHARD MCBRIDE. AND RICO MCBRIDE OWNER/OPERATOR. QUEEN ESTHER COMMERCIAL FISHERMAN. OWNER/CAPITAN RICHARD MCBRIDE OWNER/CAPITAN RICO MCBRIDE.OWNER/CREWMAN RICHARD MCBRIDE . OWNER/ CREWMAN RICO MCBRIDR .OWNER/ DECKHAND ,RICHARD MCBRIDE. OWNER/DECKHAND . RICO MCBRIDE. ALL WAS SEAMAN.  OWNER/ LEASER HOLDER, OR.SALER OF BOATS RICHARD MCBRIDE. ALL THECATEGORIES OF CLAIM. PLAINTIFF RICHARD MCBRIDE LOSSES  DAMAGES I SEEK COMPENSATION FROM B P OIL SPILL FOR [ 8] EIGHT YEARS. LATER. GCCF. DEEPWATER HORIZON DISTER B P OIL SPILL RIG  AN EXPLOSION  PLAINTIFF  SUFFERED FROM EXPOSURE FROM CHEMICALS BP OIL SPILL TOXIAS DAMAGE TO EYES  BOTH LUNGS HEART. ECT. LOSSES CHARTER BOAT  FISHING SOME RECREATIONAL  LOSS SHRIMPER. CRABBER.  LOSS ENJOYMENT  BRENCH OF CONTRACT

13

AS OF A  RESULT OF B P OIL SPILL PLAINTIFF LOSSES DAMAGE . AT 6619 GREGORY  STREET MOSS  POINT MS 39563  PROPERTY DAMAGE  NEW HOME AND NEW CHURCH START BUILDING 2009.ALL LOSSES . FROM B P OIL SPILL.  LOSSES  ECONOMIC EARMING/PROFIT LOSSES ECT.

14.

AS OF RESUL OF B P OIL SPILL .PLAINTIFF LOSSES DAMAGE . THE OWNER/OPERATOR OF THE POWER HOUSE CHURCH OF GOD HOLY GHOST POWER .PO BOX 5101. MOSS POINT 39563 .

AND /PASTOR. C/O .RICHARD MCBRIDE.

15

AS OF RESULT B P OIL SPILL PLAINTIFF LOSSES DAMAGE  RENTAL INCOME .

16

AS RESUL B P OIL SPILL lOSS  DAMAGE  REMOVAL AND CLEAN - UP COST  TO TWO BOAT S

IN VOLVED IN THE  VESSELS OF OPPORTUNITY PROGRAM DATE  MAY,2010 . JUNE.2010 JULY ,2010. AT THE POINT OF PASCAGOULA MS. BOCKING, RIVER ROAD PASCAGOULA , MS. DOCKING LOSS ENJOY MENT BRENCH OF CONTRACT .

AS OF B P OIL SPILL PLAINTIFF IOSSES DAMAGE OWNER/OPERATOR 27 FOOT BOAT......
DAMAGE. INVOLVED IN THE VSSSEL OF OPPRTUNITY PROGRAM, NAME ,QUEEN ESTHER
COMMERCIAL FISHER DATE .DAMAGE ON OR ABOUT , MAY , 2010. JUNE 2010. JULY.2010.
MOTER  RUNING HOT, EXPOSED TO HARMFUL CHEMICALS ODORS EMISSIONS DURING POST
EXPLOSION CLEAN-UP ACTIVTIES ON STAND, BY . AT PASCAGOULA POINT . AND ON RIVER ROAD
PASCAGOULA .MISSISSIPPI,  LOSS ENJOYMENT. BRANCH OF CONTRACT

18

AS OF B P OIL SPILL PLAINTIFF IOSSES DAMAGE OWNER/OPERATOR 32 ,FOOTBAY
LINE.BOAT.THAT WAS DAMAGE .INVOLVED IN CLEAN-UP. VESSEL OF OPPORTUNITY PROGRAM.
NAME OF BOAT . QUEEN ESTHER COMMERCAL FISHER .BOAT WAS EXPOSED TO HAMFUL
CHEMICAL ODORS.EMISSION DURING POST –EXPIOSION CLEAN-UP ACTIVTIES
DECONTAMINATING VESSELS.ON. STAND.BY AT  DOCK PASCAGOULA POINT. RIVER ROAD
.PASCAGOULA MISSISSIPPI. DAMAGE DATE MAY 2010 JUNE 2010 JULY 2010.  LOSS ENJOYMENT
BRENCH OF CONTRACT

19

AS OF B P OIL SPILL PLAINTIFF IOSSES DAMAGE OWNER/OPERATOR.2006, DODGE. RAM
1500 HEMI.INVOLVED IN THE CLEAN-UP VESSEL OF OPPORTUNITY PROGRAM. US TO
PULL. THE QUEEN ESTHER COMMERCAL FISHER 27 FOOT BOAT . TO THE WORK.DOCK.AT
THE POINT OF PASCAGOULA AND WORK DOCK. RIVER ROAD DOCK.PASCAGOULA
MISSISSIPPI.DAMAGE MOTOR' INSIDE DECONTAMINATING  EXPOSED TO HAMFUL
CHEMICALS CONTACT WITH OIL IN SIDE ON STAND BY  AT DOCK.DATE DAMAGE
MAY.2010. JUNE .2010. JULY.2010. LOSS ENJOYMENT

20

AS OF RESUL OF B P OIL SPILL PLAINTIFF LOSS DAMAGE. OWNER /OPERATOR 2007.
CADILLAC ESCALADE EXT. INVOLVED IN THE  CLEAN -UP  VESSEL OF OPPORTUNITY
PROGRAM TO. PULL THE QUEEN ESTHER COMMERCIAL FISHER BOAT TO DOCK ' POINT
OF PASCAGOULA AND RIVER ROAD DOCK WERE EXPOSED TO HAMFUL CHEMICAL
ODOERS OIL IN SIDE TRUCK FOOT ON BOOTS OILINSIDE . MOTOR  MOUNTS FRONT
WHEEL  ENGINE. ECT

LOSS ENJOYMENT  . BRENCH OF CONTRACT. OOV.

6

21

AS OF A RESUL  B P OIL SPILL THE COAST GUARD HAS  NAME  B P OIL  SPILL THE RESPONSABLE PARTY,UNDER SECTION 2702-2704.[THE. O P A.]  A OIL POLLUTION ACT 33 U.S. C. SECTION 2701] IMPOSE LIABILITY UPON B.P. OIL SPILL.

## PRAYER

. 1.IN ALL  INDIVIDUAL CLAIM ECONOMIC LOSSPLAINTIFF PRAYER THAT THIS HONORABLE COURT GRANT PLAINTIFF RELIEF .


2. BUSINESS CLAIM ECONOMICE LOSS

3LOSS OF SUBSISTENCE USE NATURAL RESOUCES

4. REAL OR PERSON PROPERITY

5. COMMERCIAL FISHING LOSS

6.  CHARTER BOAT LOSS

7. WETLAND LOSS OR FLOOD ZONE LOSS HUNTING LOSS

8.MEDICAL LOSS

9 ALL  RELIEF. KNOW AND UNKNOW  FOR ALL DAMAGE AND LOSSES  TO. PLAINTIFF RICHARD MCBRIDE TWO MILLION DOLLAR. 2.000.000

richard mcbride 4318

donavan st moss point ms 39563 date 11-16 2018 . 228-369-5534

7

## CERTIFICATE OF SERVICE

I RICHARD MCBRIDE HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF  PLAINTIFF COMPLAINT AND

SWORN STATEMENT NO. 12--970..ORDER

COMPLIANCE WITH PTO 60

THIS THE _16_ DAY OF _NOV_, 2018.

U,S, DISTRICT COURT FOR THE                    B,P, OIL SPILL COUNSEL

EASTERN DISTRICT OF LOUISANA              ATTN; J,ANDREW LANGAN

500 POYDRAS STREET                              KIRKLAND , ELLIS LLP

NEW ORLEANS,LA 70130                          300 NORTH LASALLE ST,

                                                             SUITE 2400

                                                         CHICAGO , IL 60654



RICHARD MCBRIDE                     MDL 2179 PLAINTIFF STEERING COMMITTEE ATT;

4318 DONOVAN STREET,              STEVE HERMAN OR JIM ROY THE EXCHANGE CEN

MOSS POINT, 39563                        CENTRE. SUITE 2000. 935GRAVIER STREET

1--228--369--5534                            NEW ORLEANS LA 70112

1

## EXHIBIT B

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| [PLAINTIFF] | * | CIVIL ACTION No. _____ |
| VERSUS | * | SECTION: J |
| [DEFENDANT(S)] | * | JUDGE BARBIER |
|  | * | MAG. JUDGE SHUSHAN |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

[NOTE: Use this form of caption when you already have filed an individual lawsuit and are only filing the sworn statement.  Make sure the civil action number of your lawsuit is included in the caption.]

Case 2:10-md-02179-CJB-DPC   Document 25850-1   Filed 07/08/19   Page 23 of 89

Case 2:18-cv-11190-CJB-JCW   Document 1-2   Filed 11/16/18   Page 11 of 21
Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 1 of 3

**EXHIBIT A**

| | |
|---|---|
| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* | |

Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| McBride | Richard | NMN | |

| Phone Number | E-Mail Address |
|---|---|
| 228-369-5534 | richardmcbride1963@g.mail.Com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 4318 Donovan St. | Moss Point, Ms. 39563 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| pro sed | |

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**
4318 Donovan St. Moss Point, Ms. 39563
6619 Frederick St. Moss Point, Ms. 39563

**Any prior name used by Plaintiff from April 2010 to present?**
Richard McBride

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case
of a business plaintiff:**   #5141 / EIN-33-1020963

**Please indicate your status:**

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☑ Member of the Economic and Property Damages Settlement Class

☐ Other:  New class and old class

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____

☑ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☑ Other: _Order No. 12-970 Hold out_
_Under Unresolved Claim_

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

---

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __✓__ .     No _____

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: _GCCF_

2. The date of presentment (MM/DD/YYYY): ___/___/_2010_

3. The claim number(s) (if available). _1000145 90_

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ .     No __✓__ .

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

_Presentment, Previsx Claim_
_2:16-CV-15253_
_2-16-CV-06635_

2

Case 2:10-md-02179-CJB-DPC   Document 25850-1   Filed 07/08/19   Page 26 of 89
Case 2:18-cv-11190-CJB-JCW   Document 1-2   Filed 11/16/18   Page 13 of 21
Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _11/16/18_ ~~2016~~ *2018*

Location (City and State): _MOSS POINT MS 39563_

_Richard McBride_

**Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)**

_Richard McBride_

**Print Name**

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | ~~935 Gravier Street~~ |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

## CERTIFICATE OF SERVICE

I RICHARD MCBRIDE HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF PLAINTIFF COMPLAINT AND

SWORN STATEMENT NO. 12--970..ORDER

COMPLIANCE WITH PTO 60

THIS THE /6--- DAY OF _____, 2018.

U,S, DISTRICT COURT FOR THE                    B,P, OIL SPILL COUNSEL

EASTERN DISTRICT OF LOUISANA                   ATTN; J,ANDREW LANGAN

500 POYDRAS STREET                             KIRKLAND , ELLIS LLP

NEW ORLEANS,LA 70130                           300 NORTH LASALLE ST,

                                               SUITE 2400

                                               CHICAGO , IL 60654

                                    MDL 2179 PLAINTIFF STEERING COMMITTEE ATT;

                                    STEVE HERMAN OR JIM ROY THE EXCHANGE CEN

RICHARD MCBRIDE                     CENTRE. SUITE 2000. 935GRAVIER STREET

4318 DONOVAN STREET,                NEW ORLEANS LA 70112

MOSS POINT, 39563

1--228--369--5534

1

Case 2:10-md-02179-CJB-DPC   Document 25850-1   Filed 07/08/19   Page 28 of 89
Case 2:18-cv-11190-CJB-JCW   Document 1-2   Filed 11/16/18   Page 15 of 21
Case 2:10-md-02179-CJB-SS   Document 16050-2   Filed 03/29/16   Page 1 of 1

## EXHIBIT B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

[PLAINTIFF]                     *        CIVIL ACTION N**18-1119C**

VERSUS                          *        SECTION: J **SECT. JMAG. 2**

[DEFENDANT(S)]                  *        JUDGE BARBIER

                                *        MAG. JUDGE SHUSHAN

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

[NOTE: Use this form of caption when you already have filed an individual lawsuit and are only filing the sworn statement. Make sure the civil action number of your lawsuit is included in the caption.]

Case 2:10-md-02179-CJB-DPC   Document 25850-1   Filed 07/08/19   Page 29 of 89
Case 2:18-cv-11190-CJB-JCW   Document 1-2   Filed 11/16/18   Page 16 of 21
Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 1 of 3

**EXHIBIT A**

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS  (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| McBride | Richard | NMI | |

| Phone Number | E-Mail Address |
|---|---|
| 228-369-5534 | richard mcbride-896387 @ yunice |

| Current Mailing Address | City / State / Zip |
|---|---|
| 4318 Donarno St Moss Point | Moss Point MS 39563 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| | |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
4619 Frederick St Moss Point MS
4318 Dononw St Moss Pot MS

Any prior name used by Plaintiff from April 2010 to present?
Richard McBride

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case
of a business plaintiff:
#5741 / 33-1020963

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☑ Member of the Economic and Property Damages Settlement Class

☐ Other: New class old class

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

---

Case 2:10-md-02179-CJB-DPC   Document 25850-1   Filed 07/08/19   Page 30 of 89
Case 2:18-cv-11190-CJB-JCW   Document 1-2   Filed 11/16/18   Page 17 of 21
Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 2 of 3

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☑ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior  Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

☑ Other: _ORDER, NO-12-970, Hold out Unresolved Claim_

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ___✓___.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:_GCCF_____.

2. The date of presentment (MM/DD/YYYY): ___/___,_2010_

3. The claim number(s) (if available)._100014890_.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No ___✓___.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_Presetment, NO.2-16-cv-15253_
_NO.2-16-cv-06685_

2

Case 2:10-md-02179-CJB-DPC   Document 25850-1   Filed 07/08/19   Page 31 of 89
Case 2:18-cv-11190-CJB-JCW   Document 1   Filed 08/20/18   Page 31 of 21
Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/28/16   Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 11/16/18 ~~2016~~

Location (City and State): Moss pov☉ MS, 39563

Richo MᶜBᵣⁱᵈ

Signature of Plaintiff (*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf*)

Richard MᶜBride

Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>.  Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

# CERTIFICATE OF SERVICE

I RICHARD MCBRIDE HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF  PLAINTIFF COMPLAINT AND

SWORN STATEMENT NO. 12--970..ORDER

COMPLIANCE WITH PTO 60

THIS THE ___16___ DAY OF ___NOV___, 2018.

U,S, DISTRICT COURT FOR THE                  B,P, OIL SPILL COUNSEL

EASTERN DISTRICT OF LOUISANA          ATTN; J,ANDREW LANGAN

500 POYDRAS STREET                              KIRKLAND , ELLIS LLP

NEW ORLEANS,LA 70130                          300 NORTH LASALLE ST,

                                                              SUITE 2400

                                                       CHICAGO , IL 60654

RICHARD MCBRIDE                    MDL 2179 PLAINTIFF STEERING COMMITTEE ATT;

4318 DONOVAN STREET,            STEVE HERMAN OR JIM ROY THE EXCHANGE CEN

MOSS POINT, 39563                    CENTRE. SUITE 2000. 935GRAVIER STREET

1--228--369--5534                        NEW ORLEANS LA 70112

1

*B1Pl Law*

**EXHIBIT B** *p+o. 60*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

[PLAINTIFF] *Richard McBride*          CIVIL ACTION No. *18-11190-*

**VERSUS**                        *               SECTION: J          *- 6-2*

[DEFENDANT(S)]                    *               **JUDGE BARBIER**
*B. P. Oil Spill*

                                  *               **MAG. JUDGE SHUSHAN**

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

[NOTE: Use this form of caption when you already have filed an individual lawsuit and are only filing the sworn statement. Make sure the civil action number of your lawsuit is included in the caption.]

## EXHIBIT A

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS  (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| McBride | Richard | Nmd | |

| Phone Number | E-Mail Address |
|---|---|
| 1-228-369-5534 | richardmcBride 1963(a) Gmad - com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 4318 Donovan St | MOSS point |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| N/A | |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
6517 Fredends St moss point, mS, 39563
4318, Donovan St Moss point, 39562,

Any prior name used by Plaintiff from April 2010 to present?   pastor mcBride
Richard McBride

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:  #5741
EIN: 33 - 1020963

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☒ Member of the Economic and Property Damages Settlement Class

☐ Other: New class member , Old class member

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☑ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior   Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

☑ Other: _ORDER NO. 12-970 Holdout Under Unresolved Claime_

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

       Yes ____✓____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: _GCCF_____

2. The date of presentment (MM/DD/YYYY): _____/_____/ _2010_

3. The claim number(s) (if available). _1060 14590_

4. Did you execute a release of your claims upon receiving payment through any claims program:

       Yes _____.   No ___✓___.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.* _previously claim no. 2:16-CV-15253_
_previously claim no. 2:16-CV-06635_
_pending_

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _11/29/2018_, ~~2016~~ *2018*

Location (City and State): _4318 DONOVAN St MOSS point MS 39562_

_Richard McBride_
Signature of Plaintiff *(Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf)*

_Richard McBride_
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

EX- 7

## IN RE: OIL SPILL by "Deepwater Horizon"
### DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION - JOINDER IN MASTER ANSWER - INTERVENTION AND JOINDER IN MASTER COMPLAINTS - PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| MCBRIDE | RICHARD | Nmt | |

| Phone Number | E-Mail Address |
|---|---|
| 228 323-7014 | Richardmcbride1963A1GmailCom |

| Address | City / State / Zip |
|---|---|
| 4318 Donovan St | Moss point MS 39563 |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name |
| Richard mcbride Queen esther commecial fishy | power House church of God |
| Job Title / Description | Type of Business |
| CAPTAIN/Boat crewman | none prophe |
| Address | Address |
| 4318 Donovan st | 4318 Donovan st. or PO Box 5701 |
| City / State / Zip | City / State / Zip |
| Moss point. ms. 39563 | Moss point ms 39563 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| 5141 | 0963 |

| Attorney Name | Firm Name |
|---|---|
| prosed | |
| Address | City / State / Zip |
| | |
| Phone Number | E-Mail Address |
| | Richard McBride 1963A1Gm com |

| Claim filed with BP? | YES ☑   NO ☐ | Claim Filed with GCCF? | YES ☑   NO ☐ |
|---|---|---|---|
| If yes, BP Claim No.: | | If yes, Claimant Identification No.: | |

**Claim Type (Please check all that apply):**

| | |
|---|---|
| ☑ Damage or destruction to real or personal property | ☑ Fear of Future Injury and/or Medical Monitoring |
| ☑ Earnings/Profit Loss | ☑ Loss of Subsistence use of Natural Resources |
| Personal Injury/Death | ☑ Removal and/or clean-up costs |
| | Other: |

2-16-cv-06635-CJB-JCW - pending

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*


EX - 8

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I Richard McN. Owners/part Queen Esther commercial my Poultry House & Church of God and rigo Media group our 27 Foot Boat And 32 Foot Boat. Vessel owners lims & Boat captains. Boat crewman. Boat Deck Hands Pulling 16 Foot Net, there Homported In port oF pascagoul Dock And 6619 Gregory St Moss pt ms 39563. E.C. to Gulf coast areas commercial Fishy Form. 1982 to 2017; Started 2007-2008-2009. 2010 Queen Esther commercial Fishy APril 20 2010 Bp oil spill Damage occurred. Fauled Business Economic Loss Close Down March 10, 2011. and Fut Loss property Damage E.C. to live 1015 $ 1,367,250.00 60 and 42

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I Richard McN. was personal Injury claim Form B.P. oil spill my Eye's skin rash short Breath. Vision Loss Medical The Doctor I need Eyes operation. Gulf Coast Eyes Center. DR. Bowie. 7101X-3111. Shortcut RD pascagoul 228.762-0772. Sing River Hospital pascagoul Injury Date May 2010 June 2010 July 2010 At port oF pascagoul clean-up. TRANSFERED Boat to job site. B.P. pay medic 3,000.00 I Appeal Need Help to appeal now

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

I work For Rico, O. McBride. Is part owner oF Queen Esther commercial Fishy Boat, 27 Foot And 32 Foot working For vessel oft. Removal cleanup washing Boat, putty Boat In the water and pulling Boat out oF water Apart oF pascagoul Ducky moss pt At 6619 Gregory st Moss pt In contact with oil and chemical Dispersants Exposed to Harmful Wet Land or Flood Zone Land? Oders Chemical Ect

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☑ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☑ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☑ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: *I believe Amount of Loss And Econmik Loss And Property Damage PUNITIVITIVE DAMAGE $ 1,807,250.00 Dollar*

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☑ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☑ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☑ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

*Richard McBride*
Claimant or Attorney Signature

*RICHARD McBRIDE*
Print Name

*7/28/2017*
Date

3

# IN RE: OIL SPILL by "Deepwater Horizon"

MDL 2179 and Civil Action No. 10-2771     SECTION: J     JUDGE CARL BARBIER

## PLAINTIFF PROFILE FORM ("PPF")

| | | | |
|---|---|---|---|
| Last Name McBride | First Name Richard | Middle/Maiden Nws | Suffix |
| Phone Number 228-623-7014 | | E-Mail Address Richard McBride 1963@gmail.com | |
| Address 4318 Donovan St | | City / State / Zip Moss Point MS 39563 | |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name Queen Esther commerce | Business Name Power House Church of God. 761 |
| Job Title / Description Owner/Captaine | Type of Business None Profit |
| Address 4318 Donovan St | Address 4318 Donovan St P.O Box 5701 |
| City / State / Zip Moss point MS 39563 | City / State / Zip Moss Point MS 39563 |
| Social Security Number ████████5241 | Tax ID Number 33-1020963 |
| Attorney Name None | Firm Name Richard McBride |
| Address | City / State / Zip 4318 Donovan St Mosspod MS 39563 |
| Phone Number | E-Mail Address Richard McBride 1963@gmail.com |

| Claim filed with BP? YES ☑ NO ☐ | Claim Filed with GCCF? YES ☑ NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type** (Please check all that apply): ☑ Damage or destruction to real or personal property; ☑ Earnings/Profit Loss;
☑ Personal Injury/Death; ☑ Fear of Future Injury and/or Medical Monitoring; ☑ Loss of Subsistence use of Natural Resources;
☐ Removal and/or clean-up costs; ☑ Other Commeria fisherman

| Original Case Caption | Original Civil Action Number 2-16 cv-06635-cjb-cw |
|---|---|
| Originating Court | EDLA Civil Action Number pending |

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☑ Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☑ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ Recreational sport fisherman, recreational diver, beachgoer, or recreational boater.

☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ Bank, financial institution, or retail business that suffered losses as a result of the spill.

☑ Person who utilizes natural resources for subsistence.

☐ Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☑ Boat captain or crew involved in the Vessels of Opportunity program.

☑ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☑ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ Resident who lives or works in close proximity to coastal waters.

☐ Other: WEA LAND FLOODZONE 4619 Gregory Mosspo 819, Hickes Land

EX-11

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any types, include the type and location of fishing grounds at issue.

I Richard McBride Vessel owner poster Queen Esther commercial Fishy power House Chrull of God, Http 634 pour, part owner And Rico:Johnsone owner has 27 Foot And 32 Foot Vessel. Owner was CAPtAin Boat crew now Deck Hand pulling 16 Foot net. Ect. In were Home port. point of pascagoula ms tele19 Gregory st Moss pot GULF COAST AREAS. Commercial Fishy from 1982 to 2017. stared ar 2007, 2008, 2009, 2010. Queen Esther commercial Fishy prl 20,2010. Bip. oil spill occured. FAiled Business Loss - CloSe Down march 15, 2011 - Profit Loss property damage Ect, I Believe Amount $1,307,250.00 Dollar.

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I Richard McBride Was personal injury claim. B.p. oil spill. other Contact with oit or Chemical dispersants Exposed to Harmful chemicals. odors And Emissions During post- Explosion clean-up activites vessel of opp. MY. Eyes. Skin Rash short Breath Vision Loss. Need class. now the IOR- I need Eye operation. DR Bowie Holly GULF Coast Eyes Center. 3111 shortcut Rd pascagoula ms. 228-762-0772 Sims River Hospital pascagoula injure Date. May 2010 June 2010 July 2010 pascagoula TRANsFered BOAT to Job site. Bip pay well 1,300.00 Speed Field to Appeal

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

I work FOR Rico.o McBride IS part owner Queen Esther commercial Fishing Boat 27 Foot And 32 Foot To Job Site pulling Boat In water And out water DOCKing At. point of pascagoula And At ee19 Cregory St mp clean-up wash Boat oit And chemical Harmful chemical Ect. odors;

I Believe All Damage Loss Amount of $ 1.307.250.00 Dollar

punitive Damage

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Richard McBride                    7/28/2017
Claimant or Attorney Signature                    Date

## CERTIFICATE OF SERVICE

I RICHARD MCBRIDE HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF PLAINTIFF SWORN STATENMENT

OT .B.P.  TO PTO. 64 AND PTO 60

COMPLIANCE WITH PTO,65

THIS THE ___30___ DAY OF ___NOD.___, 2018.

U,S, DISTRICT COURT FOR THE                    B,P, OIL SPILL COUNSEL

EASTERN DISTRICT OF LOUISANA                    ATTN; J,ANDREW LANGAN

500 POYDRAS STREET                         KIRKLAND , ELLIS LLP

NEW ORLEANS,LA 70130                        300 NORTH LASALLE ST,

                                  SUITE 2400

                                  CHICAGO , IL 60654


                         MDL 2179 PLAINTIFF'S STEERING COMMITTEE .

;ATTN.STEVEN J. HERMAN. HERMAN.KATZ.AN

                         COTLAR.LLP .   820 O'KEEFE AVENUE.

                         NEW ORLEANS LA. 70113

*Richd Mcgric*

RICHARD MCBRIDE

4318 DONOVAN STREET,

MOSS POINT, 39563

1

:10-md-02179-CJB-SS   Document 16050-2   Filed 03/29/16   Page 43 of 89

B1 Pi Law
Copies
P+o. 64

EXHIBIT B

...LING

2010

...ICT COURT
...trict of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION No. 18-11190
- 6-2

Richard McShd

SECTION: J

[PLAINTIFF]

JUDGE BARBIER

VERSUS

MAG. JUDGE SHUSHAN

[DEFENDANT(S)]

B.P. Oil Spill

FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

[NOTE: Use this form of caption when you already have filed an individual lawsuit and are only
filing the sworn statement.  Make sure the civil action number of your lawsuit is included in the
caption.]

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

SWORN STATEMENT REGARDING GENERAL MARITIME LAW  CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| M⁼Bride | Richard | NMI | |

**Business Name**
Queen Esther Commercial Fisher power, House church of, God. #5141, 33-1020963

Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff)

**MDL 2179 Member Case Number**
No. 18-11190-G-2
I Do not know ok Above no

**Attorney Name and Firm**
N/A pro sed

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

X Yes    ☐ No    If yes:

Identify the nature and location of the property: 6619 Gregory St
Mosspoint, MS, 39563   8-9 acer Wetland Flood Zone

Identify the nature of the alleged damage: Build A House/church. 2009
On It, Boat Damg. Truck Damge

Identify the date(s) of the alleged damage:
April, 20, 2010, may, 2010. June, 2010. July-2010

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property. Yes. OWNer/property/Sale

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

X Yes    ☐ No    If yes:   TRying to Start Back. 1994 to. 2011

Identify the dates on which you worked as a commercial fisherman: ow Commercial fish
put out of Business By B.p. oil Spill-Blow out

Identify the employer(s) (if any) for which you worked as a commercial fisherman: OWNer/
Operator - RREO/owner Queen Esther commer Fish

Identify the location(s) in which you worked as a commercial fisherman: Moss point MS,
Pascagoula MS, Alabama, Gulf Coast All. Horn Island. Mississippi Sound, Cat Island

D+O.64

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _11/29/2018, 2017 2018_

Location (City and State): _4318 Donovan St Moss port MS_

_Richard McBride_

Signature of Plaintiff *(Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf)*

_Richard McBride_

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before April 5, 2017. Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

## CERTIFICATE OF SERVICE

I RICHARD MCBRIDE HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF  PLAINTIFF SWORN STATENMENT

OT .B.P.   TO PTO. 64 AND PTO 60

COMPLIANCE WITH PTO,65

THIS THE ----- 30 ----- DAY OF ---- *NOU.*------, 2018.

U,S, DISTRICT COURT FOR THE              B,P, OIL SPILL COUNSEL

EASTERN DISTRICT OF LOUISANA              ATTN; J,ANDREW LANGAN

500 POYDRAS STREET              KIRKLAND , ELLIS LLP

NEW ORLEANS,LA 70130              300 NORTH LASALLE ST,

                                 SUITE 2400

                                 CHICAGO , IL 60654


                              MDL 2179 PLAINTIFF'S STEERING COMMITTEE .

;ATTN.STEVEN J. HERMAN. HERMAN.KATZ.AN

                          COTLAR.LLP .   820 O'KEEFE AVENUE.

                          NEW ORLEANS LA. 70113

RICHARD MCBRIDE

4318 DONOVAN STREET,

MOSS POINT, 39563

1

*BP Pol Claims*
*P+o.65*

EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TENDERED FOR FILING

[PLAINTIFF]   *Richard Bragg*

CIVIL ACTION No. *18-11190-*
*-6-2*

SECTION: J

NOV 3 0 2018

VERSUS

JUDGE BARBIER

U.S. DISTRICT COURT
[DEFENDANT(S)]
Eastern District of Louisiana
Deputy Clerk

MAG. JUDGE SHUSHAN

*BP oil spill*

FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

[NOTE: Use this form of caption when you already have filed an individual lawsuit and are only filing the sworn statement. Make sure the civil action number of your lawsuit is included in the caption.]

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
No. 10-MD-2179

**PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| McBride | Richard | NWI | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| Queen Esther Community Fish Power House Church of God | #5141, 33-4620963 |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 18-11190-6-2 | Pro, Sed |

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

Richard McBride UNRESOLVABLE IMPASS Claims. Has not Been Resolved To Date ORDER. NO. 12-970, CASE. NO. 18-11190-G-2 1. As of a Result of B.P. Oil spill plaintiff Losses. Damage. By B.P. Oil spill Blowout Oil RB. Owner/operator. of Queen Esther, work Commerical Fisherman, 2. owner/operator Worker Power House church of God Holy Ghost power.

PASTOR

I claim Richard McBride Losses. compensatory Damages. Business claim Economic Loss Amount. Money. Donated Date 2007 to 2010

LOSS

$707,250 CALCULATION USED Arrive at Amount miscellancous Icome Reported to I.R.S. 109 3. plaintiff Loss, Real or person property. A 6619. Gregory St Moss port. MS. 39563. AS of a Resu of B.P. oil spill. property damage. New Home And New Church. Start Building. 4/21/2009. Building permit NO.7369. At that Time cost of project 80,000 ?_ Amount $400.000. Damage And calculation Used to Arrive At that Amount. Improvement Sha Arm Estamate. Engineer. 4. As of B.P. oil spill. 6619 Greg St. M.P.

or City of M.P.

2

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

(4.) 7p619 Gregory Street. Loss And Damage
8.9 Acer. Wetland or Flood Zone on Map
Hunting Trapping Damage. $200.000. coastal
Real property. Damage by oil or other
subtance. Damage by disperse the spilled
oil. By Air And water potentially toxic
chemical. Undeveloped Land property.
6619 Gregory St. M.p. Damage BY LOSS Enjoyment
As of B.p. oil spill my Boat was oil the Boat
Home port is 6619 Gregory st moss page
on 8.9. Acer. Should Be Included.
Tax Assessment Identification Number Deeded
Boat Slip. A012932000000. My Amount of Dang
calculation used to Arrive At that Amount.
Damage $25,000.00 per Acer. oil or other Subt
As Furter Describe in the Settlement Agra
ment. B.p. oil-spill. (5.) As A Result of B.p. oil
spill, plaintiff was Damage. BY the plaintiff
loss As start up Buness. economic
loss. Richard McBride And (son) Rico. McBride
power House church of Bob. Hox Chat Paul
contract/Agreement. For. start Up Buness
As the. Queen Esther commerial Fishen

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

(6.) Richard Mcnul WONK, As deck/CHARTER
Boat. owne/Leaser, HOLd ok SALe
LOSS SHrimper LOST CRABBER - LOSS ENJOYment
Bratch OF CONtruct. Bip oil Spill Close
Down the water GuLF Coast Are
MOSS Point MS. pascucur MS. HONRn ISland
Close Down Mississippi Sount. plaintiff
Fold. Close DoWn By Bip. Oil Spun
Date Close MARCH 10.2011. OUt
OF Buness-1. $200.000. DOLLAR.
CALCULATIONS. All. LOSSES.
power House. Churli SUFFEKed. And All
WONK. LOSSES. Job.

(7.) AS OF RESULt. Bip. oil Spill plaintei losc
RentAl Income $30.000.00. 7 Year
CALCULATIONS. LoSt April.20.2010. TO 12/17/17
lost Rent At 6517 phezuid st MOSS part $600.00
month. $50.400. (8) AS OF RESULt OF Bip oil
Spill LoSSGS DAMAG. SUBSISTENCE USe
NATUReL RESOURCES under Cleen WAter
Act. Setion 2701.2702 under oil
PoLution Act And wilFlife Hunting
Fishing shrump Live/Hood Hts SUFFer

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

85% SUBSISTENCE-USE NATURAL RESOURCE
OF MY FOOD, @lobse Use to pay
Bills, Water. Queen Esther Comme
Fishi Etc. I did not weight the
pCatch. Use A 16 Foot Net. on
A 27 Foot Boat. And A 32 Foott
Boat. Only Estamate 1000.00 OF
pound OF Fish And Cram. Sheirmp.
Estamate Loss $200.000 Dollen.

(A) AS A Resul OF Bp.oil spill plaintifl
Damage loSSes to 27 Foot Boat Name. Queen
Esther Commercial Fish. Boat was Exposed
to Harmful chemical.Odors Emission
during post-Explosion clean-up ACTIVies
recontaminating.Boat was Damage
Involved In clean-up-Vessel
OF oppORTUNITY pro Gram. On Stand
By. Docking At Pascagoula point
Docking At Rive Road Docking In pascag
DAmage to motor. In side Dat of
2010: loss Enjoyment max.2016 June.2010 oo14-

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

(10) AS OF B.P. OIL SPILL, BLOW OUT WELL, MACONDO WELL, DEEPWATER HORIZON, BY OIL SPILL RESPONSE, PLAINTIFF WAS INJURY AND DAMAGE, OWNER/OPERATOR WORKED, 32, FOOT BOAT THAT WAS DAMAGE INVOLVED IN CLEAN-UP, VESSEL OF OPPORTUN PROGRAM, NAME OF BOAT, QUEEN ESTHUR COMMERCIAL FISHING, BOAT WAS EXPOSED TO HARMFUL CHEMICAL ODORS EMISSION DURING POST-EXPLOSION CLEAN-UP ACTIVITIES DECONTAMINATING VESSELS, ON, STAND-BY # DOCKING TH. POINT OF PASCAGUH, AND DOCKING AT RIVER ROAD IN PASCAGOULA MS. DATE OF DAMAGES, MAY, 2010, JUNE 2010 JULY, 2010, DAMAGE, MOTOR, INSIDE BOAT LOSS ENJOYMENT, BRENCH OF CONTRACT EASTAMATE, TO, REPLACE OR REPARE $309,066.00 DOLLAR, CALCULATION USED TO ARRIVE AT AMOUNT, BUYER ORDER, JULY, 28, 2017, OCEAN MARINE GROUP, SEE EX, 48

Question 1: Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

(11) As of B.p. oil spill. Plaintiff losses
Damage. owner/operator. worked.
200 Dodge Ram 1500. Hemi. Involved
in the clean-up. Vessel of opportunity
program. Us to. pull the. Queen Esthe
commercial Fished 27 foot and 32 Foot Boat
to worked Dock. At the point of Pascagoula
13- And worked Dock River Road Docked. Area
Damage motor inside Decontaminating
Exposed to Hamer chemical. Contact
with oil inside. on Stand. By At. Dock
Damage Amuss Repar or Replaced.
# 40,000. Estimated... calculation
used to arrive at that Amount
what it cost me. And powe House chach
of God. Bouth. new.

(12) As of B.p. oil spill plaintiff
losses Damage. owner/operator. worked
2007. Cadillac. Escalade Ext.
Involved in the clean-up. Vessel
of opportunity program To. pull
the Queen Esther commercial Fishing
Bout to Docking At. point of opera

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

Pascus, Ms 2007 Ext. Truck. was Damage to poll to. Dockin on River Road were Exposed to Hampul Chemical Odderc oil, in side Truck Foot on Boot's oil in side. Damage to MotoR and the mount, Front Wheel, Engin loss Enjoyement. Brench of contract Amout of Damage. 94,484.00. to Repaer or Replace. Eastamet From U.Butch Oustalet chevrolet Cadillac. some, Reprn. was Done See EX. 52. it Need to Be Replace See EX. 50. Replace. Amont. Calculation. By Butch Oustalet was a New Vehicle market value at that time.

I Richard McBride Filled out Statement. is true and Accurate to the Best of my knowledge. And Supporting Documents attached complete to the Best of my knowledge.

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

Plaintff, Richard McBride Describe
Specificially The Evidence Rely
On To prove my Injury And Damas,
Question (1) A picture. of Boat
Fishing License. Hunting Licen
Disabled. Exempt. All Game
Hunting, Freshwater And Salt water
Fishg License. From Social Secury
Administration. Benefit Date
03/2994., Boat Registration
Certif. Mississippi Deparmet of Wili llfe
2. IRS. Deparment of the TReesy
Internal Revenu servi. See EX 40
Copy of 1099 IRS. Misc. Date
miscel eneous Incou 2007.2008.2009
2010. 2016.

Copy Of Special Warranty Deed
see. EX 54.    Legal Description
See EX 53        "        '   '

Copy of Truck Damge. Butch
Oustalet Chevolet Cadillac

See EX 52
Copy of Estanic Sceun Marine
Group - EX 48   EX 49

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

the April, 20, 2010 The Deep water HORIZON DRILLING RIG EXPLODED OFF COAST OF LOUISIANA Estimate That Five Million BARREL OF OIL GUSHED FROM THE Sea Bed And into the GULF OF MEXICO And Mississippi, Alabama, FLORIDA And TEXAS GOLF Region. B.P. Oil Spill Killed (11) Worker IN The EXPLOSION. AS OF RESULT Bp oil Spill I Richard Merral WAS INJUW And DAMAGE At the time OF The Bp. Oil Spill I was WORKING ON OWNER/OPERATOR, QUEEN Esther COMMERIA Fishy Boat. Bp oil Spill CLOSE DOWN the GULF COAST Are. MACONDO Well BLOWOUT OR OIL Spill, CAUSED MY DAMAGE. INJURY.

BpGRoss Neg General Maritime Law. clear water act.
Oil pollution Act. opt. act

4

**Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)

*Yes*

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: _11/30/18_, 2018

Location (City and State): _4318 Ponchne St Moss point_

_Richard McBrud_
Signature of Plaintiff*

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

_Richard McBrud_
Print Name

_____
Title/Position (if signed on behalf of a business or other entity)

**The verified statement, must be filed into the record of the plaintiff's individual lawsuit (as opposed to the master docket for MDL 2179) no later than April 11, 2018.**

## CERTIFICATE OF SERVICE

I RICHARD MCBRIDE HEREBY, CERTIFY THAT I HAVE HAND DELIVERED OR MAILED,

A TRUE AND CORRED COPY TO THE DEFENDANTS OF  PLAINTIFF SWORN STATENMENT
OT .B.P.  TO PTO. 64 AND PTO 60

COMPLIANCE WITH PTO,65

THIS THE ———*30*——— DAY OF ——*NOV.*——, 2018.

U,S, DISTRICT COURT FOR THE                B,P, OIL SPILL COUNSEL

EASTERN DISTRICT OF LOUISANA              ATTN; J,ANDREW LANGAN

500 POYDRAS STREET                    KIRKLAND , ELLIS LLP

NEW ORLEANS,LA 70130                 300 NORTH LASALLE ST,

                                         SUITE 2400

                                     CHICAGO , IL 60654


                        MDL 2179 PLAINTIFF'S STEERING COMMITTEE .

;ATTN.STEVEN J. HERMAN. HERMAN.KATZ.AN

                        COTLAR.LLP .   820 O'KEEFE AVENUE.

                        NEW ORLEANS LA. 70113

RICHARD MCBRIDE

4318 DONOVAN STREET,

MOSS POINT, 39563

# Post on Job    EXHIBIT-7
# City of Moss Point
# BUILDING PERMIT
# No. 7369

Date Issued: 4/21/09          By: _Ken Tillman_

Owner: _Rickey McBride_       Remarks: _New home_

Location: _6619 Gregory St._   _Church_

Contractor: _____   _____

### Inspection Approvals
1. Foundation

   Footing _____/_____

   Slab _____/_____

   1st Floor _____/_____

   2nd Floor _____/_____

   3rd Floor _____/_____

2. Framing Prior to Closing Walls

              Date    Inspector

   1st Floor _____/_____

   2nd Floor _____/_____

   3rd Floor _____/_____

3. Final _____/_____

# UNLAWFUL TO REMOVE OR DEFACE THIS
# CARD UNTIL CONSTRUCTION IS COMPLETE

GOODGAMES, INC.

*EXHIBIT 5730-1 City of Moss point*

# City of Moss Point

PERMIT # 7809
ELEVATION CERT: ✓

PIDN# 30739300.000
4412 Denny St., Moss Point, MS 39563
FLOODZONE X

DATE 31509 - 4-21-09
Phone# 475-0300
MAP# 28059C0306 G

RSDE N/A
REP. LOSS N/A
ZONE R-3
PIMV$ 39,770
PERMIT FEES $10.00

Applicant name **Rickey L McBride**
Phone 1-228-990-573

Owner name **Rickey L McBride**
Phone 228-990-5737

Development address **MC 19 Gregory St**

Project description **Brik Home / Church**

Cost of Project $ 80,000 ? (Note: If cost of const. meets or exceeds 50% of mkt. value of the structure then substantial improvement requirements shall apply.

Total Sq. Ft. 2,000 Heated Area 2000 Foundation Type Concret
Setbacks: Front 900 Back 300 Left 300 Right 360
Check all that apply: New Construction X New Residential___ New Commercial___ Addition___
Accessory Structure___ Repair___ Improvement___ Demolish___ Logging___ Fill___ Grade___
Flood Protection Method: Vents___ Elevate___ Other___
Elevation Certificates: Const. drawings X Under Const.___ Finished Const.___

The following certificates are required and must be submitted within the specified time frame.
1. **Elevation Certificate**, based o construction drawings, certified by a registered land surveyor or professional engineer, that the lowest floor of structure will be constructed at or not less the Base Flood Elevation.
2. **Elevation Certificate**, as built, certified that the lowest floor of structure has been constructed to not less than the Base Flood Elevation. Submit prior to any vertical construction.
3. **Elevation Certificate**, based on finished construction, certified that the lowest floor is at or above the Base Flood Elevation. Submit after final inspection but prior to Certificate of Occupancy issuance.
4. **Flood- proofing Certificate**, certified by a professional engineer or architect, submitted at the time of completion of lowest floor.
5. **V-Zones only, breakaway wall certification**, to be submitted within 7 days of completion.
6. **V-Zones only, certification of the superstructure and substructure design**, must be submitted with application.
7. The proposed development is located in an identified floodway and a **no rise certification** must be submitted prior to the issuance of the permit or start of construction.
8. The proposed development includes an alteration of a watercourse and a **letter or map revision** issued by FEMA. This documentation must be submitted within 6 months of completion.

**Other permits that may be required:**

| FEDERAL | STATE |
|---|---|
| U.S. Army Corps of Engineers | Dept. of Natural Resources |
| U.S. Fish & Wildlife | Dept. of Environmental Protection |
| Environmental Protection Agency | Dept. of Public Health |
| U.S. Coast Guard | Dept. of Transportation |

SIGNATURE **Rickey L McBride**

BUILDING OFFICIAL **Paul Richmond** 4-16-09



EX. 33

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF WITHDRAWN CLAIM
### DATE OF NOTICE: August 24, 2016

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business | First | Middle |
|---|---|---|---|
| | POWER HOUSE CHURCH OF GOD HOLY GHOST POWER | | |
| Claimant ID | 100240510 | Claim ID | 226992 |
| Claim Type | Business Economic Loss | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I but have decided to withdraw it. This Notice confirms your withdrawal of this claim. We have closed the claim as you requested and will not process it. Your claim is now closed, and you cannot resubmit it with the Settlement Program because the deadline to submit Claim Forms expired on June 8, 2015. We cannot accept any new Claim Forms after that deadline.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to Questions@dhecc.com. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

COPY OF Opted OUT.

EX. 34



DWH0469851705

POWER HOUSE CHURCH OF GOD HOLY GHOST POWER
C/O: RICHARD MCBRIDE
P.O. BOX 5101
MOSS POINT, MS 39562

EX-35

I Richard McBride And powe Hoos.
Church of God, Holy Ghost powe...
Blondine M. McBride  Rico O McBride
We All opted out or withdraw our
Case. 100240510 and 100014590
File individual Law sue.

To the Deepwater HORIZON
CLAIMS center

DAte
April 2. 2016

Richad McBral
4318 DONOVAN St
MOSS point MS. 3856

*** REC 2017206   144601 H746A781 61US   CIPQYAE   PQAE   (F-V$B )   ***

TPQY    DTE:07/25/17   SSN:████5141            DOC:653 UNIT:TLH        PG: 001
INPUT SOCIAL SECURITY NUMBER ████5141   NAME  R MCBRI    USER CODE TLH
MODIFIED THIRD PARTY QUERY CONFIDENTIAL SOCIAL SECURITY DATA -
CLAIM NUMBER 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A

RICHARD MCBRIDE BORN:████63 DISABILITY: YES
BENEFIT: DATE:  07/2017   GROSS BENEFIT: $1146.00 STATUS:  PAY
MEDICARE DATA:                      THIRD PARTY PAYER
HOSPITAL INSURANCE                              NO
SUPPLEMENTAL INSURANCE                          YES

MODIFIED THIRD PARTY QUERY CONFIDENTIAL SUPPLEMENTAL SECURITY INCOME DATA
ON ████4690
***INFORMATION***
NO MATCH AS OF 09/26/14

Social Security Administration
6000 Highway 63
Moss Point, MS 39563

Fishing Lice. Hunting lice

All Game





Mississippi Department of
Wildlife, Fisheries and Parks
BOAT REGISTRATION CERTIFICATE



Fishing Boat License



Shrimp/Captain under 37'

Crab License for Shrimpers

QUEEN ESTHER

2010 Fishing Boat License



EX. 38

Mississippi Department of
Wildlife, Fisheries, and Parks
BOAT REGISTRATION CERTIFICATE



Shrimp/Captain 50 to 49'
007  24  62  Type   $65   License Number   Expiration Date
Agent  Co.  Type   Price                   Doc-Reg. No

52

Gear Type

Capt.
RICHARD MCBRIDE
Name
MCBRIDE, RICHARD
Street Address
4319 DONOVAN ST
City
MOSS POINT
Agent Signature

Name of Business
or Boat

POWER HOUSE CHURCH O



10



25

POWER HOUSE CHURCH O



Resident Comm   Hook & Line/Fisherman
007  24  49   $100   License Number   Expiration Date
Agent  Co.  Type   Price                   Doc-Reg. No

49

Capt.                          Alt. Capt.
Name
MCBRIDE, RICHARD
Street Address
4319 DONOVAN ST
City                           MS:
MOSS POINT
Agent Signature                Out of State Lic.

Gear Type

Name of Business
or Boat                POWER HOUSE CHURCH O



EX. 39

BP EXPLORATION & PRODUCTION CO.
150 WEST WARRENVILLE ROAD
135046
NAPERVILLE, IL 60563

D5760 20 E1 F3 1 CB 1 **MISC**ALL FOR AARC 369
POWERHOUSE CHURCH OF GOD HOLY GHOST
4318 DONOVAN ST
MOSS POINT, MS 39563-8602

☐ CORRECTED (if checked)

**2016**

Form 1099-MISC

Miscellaneous Income

| | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents | 2 Royalties |
| BP EXPLORATION & PRODUCTION CO. | 3 Other income | 4 Federal income tax withheld |
| 150 WEST WARRENVILLE ROAD | 27,000.00 | |
| 135046 | 5 Fishing boat proceeds | 6 Medical and health care payments |
| NAPERVILLE, IL 60563 | | |
| (800) 254-8244 | | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| 34-1835527 | 39-1020969 | | |

| RECIPIENT'S name | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds |
|---|---|---|
| POWERHOUSE CHURCH OF GOD HOLY GHOST | 11 | 12 |
| 4318 DONOVAN ST | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| MOSS POINT, MS 39563-8602 | | |
| | 15a Section 409A deferrals | 15b Section 409A income | Net Statement |
| | | | |

| Account number (see instructions) | | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| 89546704 | | | | |

Form 1099-MISC    (keep for your records)    www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

**Instructions for Recipient - 1099-MISC (2016)**

[instructional text illegible]

☐ CORRECTED (if checked)

EX. 40

**IRS** Department of the Treasury
Internal Revenue Service
P.O. Box 2508
Cincinnati OH   45201

In reply refer to:  0752255928
May  10, 2016  LTR 4168C    0
33-1020963    000000 00
                            00022425
                    BODC: TE

EXHIBIT IRS
CLAIM NO. 100240510

POWER HOUSE CHURCH OF GOD HOLY
  GHOST POWER
X RICHARD MCBRIDE
PO BOX 5101
MOSS POINT MS   39563-1101
1-228-623-8654-7014
MAY-10-2016

Employer ID Number:   33-1020963
Form 990 required:   NO

Dear Taxpayer:

This is in response to your request dated Apr. 29, 2016, regarding
your tax-exempt status.

We issued you a determination letter in MARCH 2003, recognizing
you as tax-exempt under Internal Revenue Code (IRC) Section 501(c)
(3).

Our records also indicate you're not a private foundation as defined
under IRC Section 509(a) because you're described in IRC Sections
509(a)(1) and 170(b)(1)(A)(i).

Donors can deduct contributions they make to you as provided in IRC
Section 170. You're also qualified to receive tax deductible bequests,
legacies, devises, transfers, or gifts under IRC Sections 2055, 2106,
and 2522.

This organization is exempt from filing the 990 series information
returns.

In the heading of this letter, we indicated whether you must file an
annual information return. If a return is required, you must file Form
990, 990-EZ, 990-N, or 990-PF by the 15th day of the fifth month after
the end of your annual accounting period. IRC Section 6033(j) provides
that, if you don't file a required annual information return or notice
for three consecutive years, your exempt status will be automatically
revoked on the filing due date of the third required return or notice.

For tax forms, instructions, and publications, visit www.irs.gov or
call 1-800-TAX-FORM (1-800-829-3676).

If you have questions, call 1-877-829-5500 between 8 a.m. and 5 p.m.,
local time, Monday through Friday (Alaska and Hawaii follow Pacific
Time).

NAICS, code 813000



EX.41

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2007** | Miscellaneous Income |
|---|---|---|---|

POWERHOUSE CHURCH OF GOD, HOLY
GHOSTPOWER, C?O RICHARD MCBRIDE
6619GREGORY MOSS POINT MS.39563
P,O,BOX5101, 1-228-285-0051

| 1 Rents $ | OMB No. 1545-0115 **2007** Form 1099-MISC |
|---|---|
| 2 Royalties $ | |
| 3 Other Income $DONATION | 4 Federal income tax withheld $ |

Copy B
For Recipient

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments $ |
|---|---|---|---|
| 33-1020963 | | $229,750.00 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

RECIPIENT'S name

POWERHOUSE CHURCH OF GOD.HOLY
GHOSTPOWER.C.O. RICHARD MCBRIDE

| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds |
|---|---|---|

Street address (including apt. no.)

4318 DONOVAN ST, MOSS POINT.MS

| 11 | 12 |
|---|---|

City, state, and ZIP code

39563..P.O. box 5101

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney $ |
|---|---|

Account number (see instructions)

1-228-285-0051

| 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|

| 15a Section 409A deferrals $ $ 501-c-3 | 15b Section 409A income $ |
|---|---|

(keep for your records)

Department of the Treasury - Internal Revenue Service

Form 1099-MISC

n  N.A.I.C.S._CODE_*813000
a

EX42

| 9595 | ☐ VOID  ☐ CORRECTED | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2008** Form 1099-MISC | **Miscellaneous Income** |
| POWERHOUSE CHURCH OF GOD,HOLY GHOSTPOWER.C.O.RICHARDMCBRIDE 6619 GREGORY ST.MOSS POINT.39563 P.O. BOX.5101 1-228-265-0051 501-C-3-CODE | 2 Royalties $ | | |
| | 3 Other Income $DONATION | 4 Federal income tax withheld $ | Copy A For Internal Revenue Service Center File with Form 1096. |
| PAYER'S federal identification number #33-1020963 | RECIPIENT'S identification number | 5 Fishing boat proceeds $217.500.00 | 6 Medical and health care payments $ |
| | | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| RECIPIENT'S name POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER C.O. RICHARD MCBRIDE | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
| Street address (including apt. no.) #4318 DONOVAN ST.MOSS POINT.MS. | | 11 | 12 |
| City, state, and ZIP code 39563 P.O BOX 5101 | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| Account number (see instructions) 501-C-3 code | | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | | | $ |

Form 1099-MISC    Cat. No. 14425J    Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page

N.A.I.C.S.__CODE-813000

EX43

| 7878 | ☐ VOID  ☐ CORRECTED | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution<br>$ 208,000.00 | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE 6619 GREGORY ST.MOSS POINT.39563 P.O.BOX5101 1-228-285-0051 501.C_3-CODE | 2a Taxable amount<br><br>$DONATION | 2009<br>Form 1099-R | |
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy A For Internal Revenue Service Center |
| PAYER'S federal identification number<br>33-1020963 | RECIPIENT'S identification number | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ | File with Form 1096. |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE | 5 Employee contributions /Designated Roth contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 5921, 3922, 5498, and W-2G. |
| Street address (including apt. no.)<br>4318 DONOVAN ST. MOSS POINT.MS. | 7 Distribution code(s) | IRA/ SEP/ SIMPLE ☐ | 8 Other<br>$ % | |
| City, state, and ZIP code<br>39563.P.O.BOX5101 | 9a Your percentage of total distribution %<br>1st year of desig. Roth contrib. | 9b Total employee contributions<br>$ | | |
| | 10 State tax withheld<br>$ | 11 State/Payer's state no. | 12 State distribution<br>$ |
| Account number (see instructions) | 13 Local tax withheld<br>$ | 14 Name of locality | 15 Local distribution<br>$ |
| 501.C_3_CODE | | | |

Form 1099-R                    Cat. No. 14436Q          Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

N.A.I.C.S._CODE_813000

EX. 44

| 9595 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | | OMB No. 1545-0115 | | Miscellaneous Income |
| POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE 6619GREGORY ST.MOSS POINT.39563 P.O.BOX.5101 1.228.285.0051 501-C_3-CODE | $ | | **2010** | | |
| | 2 Royalties | | | | |
| | $ | | Form 1099-MISC | | |
| | 3 Other income | 4 Federal income tax withheld | | | Copy A For |
| | $ DONATION | | | | Internal Revenue Service Center |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | | File with Form 1096. |
| 33-1020963 | | 52,000.00 | | | For Privacy Act and Paperwork |
| RECIPIENT'S name | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | | Reduction Act Notice, see the |
| POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE | | $ | $ | | 2010 General Instructions for |
| Street address (including apt. no.) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | | Certain Information Returns. |
| 43188DONOVAN ST.MOSS POINT.MS. | | | $ | | |
| City, state, and ZIP code | | 11 | 12 | | |
| 39563P.O.5101 | | | | | |
| Account number (see instructions) | 2nd TIN not. | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | | |
| 501-C.3 code | ☐ | | | | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income | |
| $ | $ | $ | | $ | |
| | | $ | | $ | |

Form 1099-MISC          Cat. No. 14425J          Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE:813000

EX. 45

Dear all employees of The Queen Esther Commercial
Fishing we are currently going out of business due to the
BP oil spill from lack of sales of cash payments from
seafood. We are going out of business on March 10,2011.
We tried to make money during the months of January and
Feburuay. Customers isn't buying so we isn't seeing any
productions of the company growth.

_____
Owner

03 - 1 - 2011
_____
Date

EX 46



# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF WITHDRAWN CLAIM
### DATE OF NOTICE: August 24, 2016

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business | First | Middle |
|---|---|---|---|
| | POWER HOUSE CHURCH OF GOD HOLY GHOST POWER | | |
| | | **Claim ID** | 226892 |
| **Claimant ID** | 100240510 | | |
| **Claim Type** | Business Economic Loss | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I but have decided to withdraw it. This Notice confirms your withdrawal of this claim. We have closed the claim as you requested and will not process it. Your claim is now closed, and you cannot resubmit it with the Settlement Program because the deadline to submit Claim Forms expired on June 8, 2015. We cannot accept any new Claim Forms after that deadline.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to Questions@dhecc.com. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

COPY OF Opted Out

Claimant ID: 100240510
Claim ID: 226892

EX. 47



DWH0469851705

POWER HOUSE CHURCH OF GOD HOLY GHOST POWER
C/O: RICHARD  MCBRIDE
P.O. BOX 5101
MOSS POINT, MS 39562

EX. 48



**Ocean Marine Group**

buyers order

(228) 818-0200
**Buyers Order**

July 28, 2017

Buyers Order No   4498

Salesman   Nick Solanco

Richard Mcbride
4318 Donovan St
Moss Point, MS 39563

(228) 823-7014
richardmcbride1988@gmail.com

I hereby agree to purchase from you under the terms and conditions specified, the following: Delivery is to be made as soon as possible. It is agreed, however, that neither you nor the manufacturer will be liable for failure to effect delivery.

**Unit Information**

| New/U | Year | Make | Model | Serial No | Stock No | Price |
|-------|------|------|-------|-----------|----------|-------|
| NEW | 2017 | Chaparral | 330 Signature | | | $309,068.00 |

| | |
|---|---|
| Unit Price (Your Purchase Price) | 309,068.00 |
| Factory Options | 0.00 |
| Customer Added Accessories | 0.00 |
| Freight | 0.00 |
| Dealer Prep / Rigging Fee | 0.00 |
| Service Contract | 0.00 |
| Other Options | 0.00 |

| | |
|---|---|
| Cash Price | $309,068.00 |
| Trade Allowance | 0.00 |
| Payoff | 0.00 |
| Net Trade | 0.00 |
| Net Sale (Cash Price - Net Trade) | 309,068.00 |
| Sales Tax   (Includes Battery Fees/Taxes) | 21,662.56 |
| Tire Disposal Fee / Tire Tax | 0.00 |
| Trailer Tax | 0.00 |
| Property or Advalorem Tax | 0.00 |
| Filing Fees/UCC Filing | 0.00 |
| Title/Registration Fees | 0.00 |
| Document and/or Administration Fees | 399.00 |
| Credit Life Insurance | 0.00 |
| Accident & Disability | 0.00 |
| Other Insurance | 0.00 |
| Total Other Charges | 22,061.55 |
| Sub Total (Net Sale + Other Charges) | 309,068.00 |
| Cash Down Payment | 0.00 |
| Amount to Pay/Finance | 331,127.55 |

**Trade Information**

Deposit

Unpaid deposit amount due on or before pick-up/delivery $426.03

Any warranties on the products sold hereby are those made by the manufacturer. The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for all particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with sale of such products.

NOTICE TO BUYER: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid balance thereon evidenced by this agreement.

TRADE-IN NOTICE: Customer represents that all trade-in units described above, are free of all liens and encumbrances except as noted.

*With Approved Credit, interest rates and monthly payment are approximate and may vary from those determined by the Lender.

Customer Signature _Richard McB___   Dealer Signature _____

Thank You For Shopping At
Ocean Marine Group





# Ocean Marine Group

(228) 818-0200
**Buyers Order**

buyers order

**Richard Mcbride**
4318 Donovan St
Moss Point, MS 39563

(228) 623-7014

richardmcbride1969@gmail.com

July 28, 2017

Buyers Order No   4498

Salesman   Nick Balance

I hereby agree to purchase from you under the terms and conditions specified, the following: Delivery is to be made as soon as possible. It is agreed, however, that neither you nor the manufacturer will be liable for failure to effect delivery.

## Unit Information

| New/U | Year | Make | Model | Serial No | Stock No | Price |
|-------|------|------|-------|-----------|----------|-------|
| NEW | 2017 | Chaparral | 277 SSX | | | $135,570 |

| | |
|---|---|
| Unit Price (Your Purchase Price) | 135,570.00 |
| Factory Options | 0.00 |
| Customer Added Accessories | 0.00 |
| Freight | 0.00 |
| Dealer Prep / Rigging Fee | 0.00 |
| Service Contract | 0.00 |
| Other Options | 0.00 |

| | |
|---|---|
| Cash Price | 135,570.00 |
| Trade Allowance | 0.00 |
| Payoff | 0.00 |
| Net Trade | 0.00 |
| Net Sale   (Cash Price - Net Trade) | 135,570.00 |
| Sales Tax   (includes factory Fees/Taxes) | 9,517.83 |
| Tire Disposal Fee / Tire Tax | 0.00 |
| Trailer Tax | 0.00 |
| Property or Advalorem Tax | 0.00 |
| Filing Fees/UCC Filing | 0.00 |
| Title/Registration Fees | 0.00 |
| Document and/or Administration Fees | 399.00 |
| Credit Life Insurance | 0.00 |
| Accident & Disability | 0.00 |
| Other Insurance | 0.00 |
| Total Other Charges | 9,916.83 |
| Sub Total   (Net Sale + Other Charges) | 135,570.00 |
| Cash Down Payment | 0.00 |
| Amount to Pay/Finance | 145,486.83 |

Trade Information

Deposit

Unpaid deposit amount due on or before pick-up/delivery $429.93

Any warranties on the products sold hereby are those made by the manufacturer. The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability of fitness for all particular purpose and neither expresses nor authorizes any other person to assume for it any liability in connection with sale of said products.

NOTICE TO BUYER: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

TRADE-IN NOTICE: Customer represents that all trade-in units described above, are free of all liens and encumbrances except as noted.

*With Approved Credit. Interest rates and monthly payment are approximate and may vary from those determined by the Lender.

Customer Signature _____   Dealer Signature _____

Thank You For Shopping At
Ocean Marine Group

**Butch**
**Oustalet** AUTOPLEX

EX. 50

STOCK # 17 553

| DATE | 7/13/2017 | SALESMAN | Randolph, Kevin |
|---|---|---|---|

BUYER
Richard McBribe   POWER HOUSE CHURCH   SS#

CO-BUYER   OF GOD HOLY GHOST POWER   SS#

| DR LIC # | STATE | DOB |
|---|---|---|
| CR LIC # | STATE | DOB |

ADDRESS
4318 Donovan Street

| CITY | | | HOME PHONE |
|---|---|---|---|
| East Moss Point | STATE MS | ZIP 39563 | BUS PHONE |
| THEFT GUARD # | E-MAIL | | CELL PHONE |

| | YEAR | MAKE | MODEL | BODY | ENG. | COLOR | MILEAGE | | | SERIAL # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VEHICLE SOLD | 2017 | Cadillac | escalade | Platinum | 6.2 | 680 Black/Brown | 63 | | | MKR4194103 | |
| VEHICLE TRADED | | | | | | | | | | | |
| OPTIONS INSTALLED | | | | | | | | | | | |

**OLD VEHICLE:**
**AUCTION VALUE**

N/T

**NEW VEHICLE:**
**MARKET VALUE**

93,900

89,682.34
+F

Representation That Trade-In Vehicle is Not Subject To Liens
Buyer represents that Buyer has good title to the trade-in motor vehicle and that such vehicle is free from all liens, security interests, mortgages or other
encumbrances except for the sum of $ _____ due to _____
Address: _____ Acct. No.: _____ Verified By _____ Thru _____
Buyer understands that if the payoff exceeds the amount stated herein, Buyer will be responsible for paying the difference to Dealer. If the payoff is less than the
amount stated herein, Buyer understands that the Dealer will be responsible for refunding the difference to Buyer.

94,484.11
O.T.D

**Preferred Bank Financing**
1/3 Cash Investment

**Short Term Save $$$$$$$$$$$$$$**
Monthly Investment

I authorize an investigation of my credit and employment history and the release of information about my credit and employment history and the release of information
about my credit experience.

BUYER'S SIGNATURE X   Richard McBride

CO-BUYER'S SIGNATURE X   Blondine M. McBride

DATE   7/13/2017

7.13.2017

EX 51



**BUTCH OUSTALET CHEVROLET CADILLAC**

CHEVY

Cadillac

4012 14th Street
Pascagoula, MS 39567
Phone: (228) 762-2711
Fax: (228) 258-0019
www.butchoustalet.com

CUSTOMER #: 45801

307978

INVOICE

PAGE 1

SERVICE ADVISOR: 381 PATRICK BUSBY

RICHARD MCBRIDE
4318 DONOVAN ST
MOSS POINT, MS 39563
HOME:228-475-4205  CONT:228-990-5137
BUS:                CELL:

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|----------------|-----|
|       | 07 | CADILLAC ESCALADE EX | 3GYFK62827G232285 | | 42232/42232 | T781 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE. | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|-------|---------|-----------|
| 10APR08 DD | | | 17:30 29OCT10 | | 0.00 | PP | 29OCT10 |

| R.O. OPENED | READY | OPTIONS: | STK:7T1113 ENG:6.2 LITER |
|-------------|-------|----------|--------------------------|
| 13:13 07OCT10 | 16:29 29OCT10 | | |

| LINE | OPCODE TECH TYPE HOURS | | | LIST | NET | TOTAL |
|------|------------------------|---|---|------|-----|-------|

A SES LIGHT ON ADVISE
CAUSE: F

J0850 CAMSHAFT REPLACEMENT
      36      WG                                                      (N/C)
 1 12580681 INJECTOR                                                  (N/C)
 1 12621258 SPARK PLU                                                 (N/C)
16 12576400 LIFTER                                                    (N/C)
 2 12610046 GASKET                                                    (N/C)
20 11571134 BOLT                                                      (N/C)
10 12558840 BOLT                                                      (N/C)
 1 89060434 GASKET KI                                                 (N/C)
 1 12612350 GASKET                                                    (N/C)
 1 12633904 GASKET                                                    (N/C)
 1 89017524 FILTER                                                    (N/C)
 6 OIL 10W30 OIL                                                      (N/C)
 1 12346290 COOLANT                                                   (N/C)
 2 12617944 GASKET                                                    (N/C)
 1 12612289 PUMP                                                      (N/C)
 1 88861417 SEALANT                                                   (N/C)
 1 88862586 LUBRICANT                                                 (N/C)
 2 12612045 GASKET                                                    (N/C)
 1 12588151 VALVE                                                     (N/C)
 1 12608814 SENSOR                                                    (N/C)
 2 12630223 GASKET                                                    (N/C)
 1 15035747 SEAL                                                      (N/C)
 1 12585994 ACTUATOR                                                  (N/C)
 8 12627970 VALVE                                                     (N/C)
 1 12482063 SEAL KIT                                                  (N/C)
 1 12612273 CAMSHAFT                                                  (N/C)
 ***********************************************************

B CHECK STABILITY LIGHT ON ADVISE
CAUSE: F

55 ELECTRIC INSTRUMENTS
      36      WG                                                      (N/C)

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X_____
      CUSTOMER'S SIGNATURE

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES/SHOP SUPPLIES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

*Thank You!*

CUSTOMER COPY

CUSTOMER #: 45801

**319827**

**INVOICE**

RICHARD MCBRIDE
PO BOX 9137
MOSS POINT, MS 39562-0001
HOME:228-475-4205  CONT:228-712-0036
BUS:                    CELL:

**PAGE 1**

**BUTCH
OUSTALET
CHEVROLET CADILLAC**

4012 14th Street
Pascagoula, MS 39567
Phone: (228) 762-2711
Fax: (228) 258-0019
www.butchoustalet.com

SERVICE ADVISOR: 381 PATRICK BUSBY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| | 07 | CADILLAC ESCALADE EX | 3GYFK62827G232285 | | 63332/63332 | T2331 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 10APR08 DD | | | 17:30 13APR12 | | 0.00 | CASH | 20APR12 |

R.O. OPENED                READY          OPTIONS:   STK:7T1113 ENG:6.2 LITER

08:00 13APR12  11:13 20APR12

| | | | | LIST | NET | TOTAL |
|--|--|--|--|------|-----|-------|

LINE OPCODE TECH TYPE HOURS

A CHECK ENGINE JERKS WHEN ACCEL CHECK AND ADVISE                    (N/C)
  J1507 MOUNT, ENGINE - FRONT - BOTH - REPLACE                      (N/C)
       520    WG
    2 15854939 MOUNT
63332 FOUND ENGINE JERKS, BOTH FRONT MOTORS BROKEN, RUBBER TORN
REPLACED BOTH FRONT ENGINE MOUNTS
           ****************************************

B CHECK NOISE IN FRONT END WHILE DRIVING
  E2321 BEARING AND HUB ASSEMBLY, FRONT WHEEL -                     (N/C)
       LEFT - REPLACE                                               (N/C)
       520    WG
    1 22841381 W-HUB
63332 FOUND LEFT FRONT HUB BEARING NOISY REPLACED LEFT FRONT HUB
ASSEMBLY
           ****************************************

C M27 PERFORM 27 MULTI-POINT INSPECTION
CAUSE: M27 PERFORM 27 MULTI POINT INSPECTION
  M27 M27 PERFORM 27 MULTI POINT INSPECTION              0.00       0.00
       520    C2
           ****************************************

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X_____
           CUSTOMER'S SIGNATURE

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES/SHOP SUPPLIES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

*Thank You!*

CUSTOMER COPY

EX, 53

```
'ear: 2017                    Jackson County, Mississippi       14-JUL-17: 2:18 PM
'ard:     1 of  1            ** Master Summary Display **
                                                              ,
'eco:703032    Dist: 2220          * Legal Description *
'idn: 20129320.000                 ---------------------
                                   Town: 7  Rang: 5  Sect: 29  CSec:
        * Owner/Address *         1-COM E/M MILL ST & N/M GREGORY ST
        -----------------         2-W 510.87' TO POB W 447.13' N
POWER HOUSE CHURCH OF GOD HOLY    3-543' E 447' M/L S 543' M/L
GHOST POWER TRUSTEES              4-TO POB DB 1437-633
P O BOX 9124 5/01                 5-DB 1467-684 DB 1470-503
MOSS POINT MS                     6-DB 1550-643 DB 1629-820
              39566-0000          7-(131 MAP759.29-01)
                                  8-
     * Exemptions *               9-
HS Number:            HstP:   .00%    Gisp: 759.29-01-0131.00
Xmpt Code:    0                       Acrt:     5.67        Ascd:

              * Prev Values *      * Curr Values *      * Undiv Intrst *
              PLvl:    11250       Lavl:    11250       Undi:
              PBvl:     2010       Blvl:     2010       Undp:    .00%
              Ptot:    13260       Totv:    13260

Enter Command,Data:
```

EX. 56

WITNESS MY SIGNATURE, this the 19 Day of January, 2007

Ricky L. McBride

EX - 55

**STATE OF MISSISSIPPI**

**COUNTY OF JACKSON**

Personally appeared before me, the undersigned authority in and for the aforesaid County and State, Ricky L. McBride, who hereby acknowledge that he signed, executed and delivered the above and foregoing instrument on the date thereof and for the use and purposes therein mentioned as his voluntary act and deed.

GIVEN under my hand and official seal, this the ___ Day of January, 2007

(Seal)



NOTARY PUBLIC
Printed name: _Jennifer Thornton_

My Commission Expires:
6/12/2009

**GRANTORS ADDRESS AND PHONE:**
6619 Gregory St. Moss Point, Ms 39563
 Phone 228 990 5137

**GRANTEES ADDRESS AND PHONE:**
4316 Donovan St. Moss Point, Ms 39563
    Phone 228 474 2217

EX. 54

3



OFFICIAL RECORDS JACKSON COUNTY
Terry Miller
CHANCERY CLERK
RECORDING FEE:        $12.00
R200762011 BK:1470 PG:503-505
01/19/2007 03:24 PM 3 PGS
KDELANEY,DC Rcpt#961352

## STATE OF MISSISSIPPI
## COUNTY OF JACKSON

### SPECIAL WARRANTY DEED

For and in consideration of the price and sum of ten and no/ 100 ( $ 10.00 Dollars, cash in hand paid and other good and valuable consideration, the receipt of all of which is hereby acknowledge we, Ricky L. McBride, Do Hereby Sell, Convey, and Warranty unto Richard McBride, Blondine M. McBride, Ricky L. McBride, that certain tract, piece of parcel of land situated in Jackson County, Mississippi being more particularly described as follows, to wit:

Correction to special warranty deed. Record official record JACKSON COUNTY 200700904 book 1467 page 684-686

Correction Legal Description
Town: 7 page: 5 sec: 29 C.Sec. 1- Com E/M Mill St. & N/M Gregory St. 2 W 510.87 to POB W 447. 13 N 3.  543 E 638 ( S 393 ) W 190.60 4- 150 to POB DB 1437-S70 5-C131 Map 759.29-01

That certain, tract, piece or parcel of land being situated in section 29, township 7 south, rang 5 west, Jackson County, Mississippi, more particularly described as follows , to - wit:

Commencing at the southeast corner of said section 29 and run thence north 00 degrees 29 minutes west, along section line, a distance of 2694, 50 feet: thence run south 89 degrees 51 minutes west a distance of 24.5 feet to an old established fence corner at the NW corner of the intersection of Turner Street and mill road; thence continue south 89 degrees 51 minutes west, along an old established fence and the North margin of Turner Street, a distance of 320 feet to the point of beginning, which point of beginning is the SW corner of a tract of land this day conveyed to John Henry Turner III. From said point of beginning continue thence South 89 degrees 51 minutes west along said old established fence and the North margin of Turner Street , a distance of 638 feet to the SE corner of a tract of land this day conveyed to Dorothy Turner Hollis; thence run North 0 degrees 39 minutes West, along the East Line of the said Hollis tract of land , a distance of 543 feet, more or less, to an old established fence and the NE corner of the said Hollis tract of land: thence run North 89 degrees 59 minutes East, along said old fence, a distance of 638 feet, more or less, to a point that is North 0 degrees 14 minutes west from the point of beginning and the NW corner of the tract of land this day conveyed to John Henry Turner; thence run south 0 degrees 14 minutes East, along the west line of the John Henry Turner, III Tract of land, and parallel to the West margin of Mill Road, a distance of 543 feet, more or less, to the point of beginning. And the being a part of the land conveyed to John H. Turner, Jr. By deed recorded in Book 39, page 639, Land Deed Records of Jackson County, Mississippi.

This being the same as that conveyed by instrument dated March 26, 1966, recorded in Book 289, Page 571, Land Deed Records of Jackson County, Mississippi.

EIN Individual Request - Online Application                                Page 1 of 2

*B.P. Claimant # 1055106*

 IRS.gov                    *EXHIBT-IRS*

## EIN Assistant

| Your Progress: | 1. Identity | 2. Authenticate | 3. Addresses | 4. Details | 5. EIN Confirmation |

### Summary of your Information

Please review the information you are about to submit. If any of the information below is incorrect, you will need to start a new application.

Click the "Submit" button at the bottom of the page to receive your EIN.

### Organization Type: Sole Proprietor

#### Sole Proprietor Information

| | |
|---|---|
| Legal name: | RICO O MCBRIDE SR |
| Trade name/Doing business as: | QUEEN ESTHER COMMERCIAL FISHING |
| County: | JACKSON |
| State/Territory: | MS |
| Start date: | MAY 2009 |

#### Addresses

| | |
|---|---|
| Physical Location: | 4316 DONOVAN ST |
| | MOSS POINT MS 39563 |
| Phone Number: | 228-285-1399 |

#### Responsible Party

| | |
|---|---|
| Name: | RICO O MCBRIDE SR |
| SSN/ITIN: | XXX-XX-6589 |

#### Employee Information

| | |
|---|---|
| Date wages or annuities will be paid: | MAY 2009 |
| Number of agricultural employees: | 4 |
| Number of household employees: | 1 |
| Number of other employees: | 1 |
| Tax Liability of $1000 or less during calendar year: | NO |

#### Principal Business Activity

| | |
|---|---|
| What your business/organization does: | FOOD SERVICE |
| Principal products/services: | SALE SEAFOOD |

#### Additional Sole Proprietor Information

| | |
|---|---|
| Owns a 55,000 pounds or greater highway motor vehicle: | YES |
| Involves gambling/wagering: | NO |
| Involves alcohol, tobacco or firearms: | NO |

3/2/2011





EXHIBIT

Pictures, loss, No.2

I Richard McBrid, Took, This pictures, on or about
Date 3-9-2017. Damage of, by B.P. oil spill by Response
Activities, loss economic loss and property damage

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

*Lesch*

PLAINTIFF Richard McBride

COURT CASE NUMBER 18-CV-11190-3(2)

DEFENDANT B.P. Oil Spill

TYPE OF PROCESS Lawsuit (SEC)

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kirkland & Ellis LLP Attn: J. Andrew Langan (BP Oil Sp)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 300 North LaSalle St, Suite 2400, Chicago, IL 60654

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard McBride
4318 Donovan St.
Moss Point, MS. 39563

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
Telephone Numbers, and Estimated Times Available For Service):
Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT

*Richard McBride*

TELEPHONE NUMBER 228-369-5534

DATE 10/3/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 24 | *Vit Smica* | 12/6/18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Andrew Langan

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 12-20-18  Time 1501 ☐ am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 1.09 | $8 | 74.09 | | | |

REMARKS: 1 DUSM / 2 miles / 1 hour
JDIS 18-11190-J

PRIOR EDITIONS MAY BE USED

1.   CLERK OF THE COURT

FORM USM-285 (Rev. 12/1980)
(Instructions Rev. 12/88)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

*Lesch*
*12/18*

| | |
|---|---|
| PLAINTIFF  Richard McBride | COURT CASE NUMBER  18-CV-11190-3(2) |
| DEFENDANT  B.P. Oil Spill | TYPE OF PROCESS  Lawsuit (SCC) |

SERVE  NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kirkland & Ellis LLP Attn: J. Andrew Langan (BP Oil Spill)

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 North LaSalle St, Suite 2400, Chicago, IL 60654

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard McBride
4318 Donovan St.
Moss Point, Ms. 39563

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

RECEIVED UNITED STATES MARSHAL
2018 DEC 26 AM 8: 22
EASTERN DISTRICT OF LOUISIANA

| Signature of Attorney or other Originator requesting service on behalf of:  Richard McBride | ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  228-369-5534 | DATE  10/3/2018 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin  No. 34 | District to Serve  No. 24 | Signature of Authorized USMS Deputy or Clerk  Vita Songa | Date  12/6/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)  Andrew Langan | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service  12-20-18   Time  1501  ☐ am ☑ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee  65.00 | Total Mileage Charges (including endeavors)  1.09 | Forwarding Fee  $8 | Total Charges  74.09 | Advance Deposits | Amount owed to U.S. Marshal or  | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  1 Dush /2 miles /1 hour
JDIS 18-11190-J

| PRIOR EDITIONS  MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)  (Instructions Rev. 12/88) |
|---|---|---|