UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |

| | |
|---|---|
| Applies to: 12-cv-968: BELO | JUDGE BARBIER |
| Relates to: | MAGISTRATE JUDGE WILKERSON |
| 19-00554 | |
| 19-00035 | |
| 19-00626 | |
| 19-00198 | |

## RESPONSE TO SHOW CAUSE ORDER RELATED TO BP PARTIES JULY 8 STATUS REPORT PURSUANT TO BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER 2

**COMES NOW** Plaintiffs, JEREMY PAUL SIMS, JAMES BENJAMIN MASSEY, ABEL RICO MENDOZA and JONATHAN CREAMER ("**Plaintiffs**") by and through the undersigned counsel, file this Response to Defendants BP Exploration & Production Inc and BP America Production Company (collectively the "**BP Parties**") July 8, Status Report Pursuant to Belo Case Initial Proceedings Case Management Order No. 2 ("**First Amended CMO No. 2**"). *See* Rec. Doc. 25809 ("**Status Report**"). On July 9, 2019, this Court entered an Order to Show Cause regarding BP's July 8 Status Report. *See* Rec. Doc. 25811 ("**Show Cause Order**").

1. The aforesaid Plaintiffs are listed on Category II of the Status Report, and therefore subject to the Show Cause Order, for the deficiencies of "failure to provide valid authorizations"; or "failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted"

2. Counsel for Plaintiffs has also provided the BP Parties with a compliant Plaintiff Profile Form for Plaintiff Jonathan Creamer on July 11, 2019, Jeremy Paul Sims on July 11, 2019, Abel Rico-Mendoza on July 15, 2019 and James Massey on July 16, 2019.

3. DLG and Counsel for the BP Parties have communicated and resolved the compliance issues for these Plaintiffs. Further Counsel for the BP Parties have conferred and the BP Parties do not oppose this Response, notifying the Court that these Plaintiffs have satisfied the Show Cause Order.

WHEREFORE, Plaintiffs, JEREMY PAUL SIMS, JAMES BENJAMIN MASSEY, ABEL RICO MENDOZA and JONATHAN CREAMER respectfully request that this Honorable Court (a) enter an Order setting aside the Show Cause Order with respect to these Plaintiffs ; (b) exempting the Plaintiff and their Counsel, the Downs Law Group from appearing in the Court with respect to the Show Cause Order; and (c) any other relief this Court deems just and proper.

Respectfully Submitted,

**HE DOWNS LAW GROUP, P.A.**

_/s/ Craig T. Downs_
**CRAIG T. DOWNS**, FL BAR # 801089
**NATHAN L. NELSON**, FL BAR #1002523
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: cdowns@downslawgroup.com
nnelson@downslawgroup.com
_Attorneys for Plaintiff_

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of July 2019.

Dated this 16th day of July 2019

  */s/ Craig T. Downs*
Craig T. Downs, Esq.