UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to: 12-cv-968: BELO<br>Relates to:<br>19-00554<br>19-00035<br>19-00626<br>19-00198 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### ORDER

Upon considering the Response filed by JEREMY PAUL SIMS, JAMES BENJAMIN MASSEY, ABEL RICO MENDOZA and JONATHAN CREAMER ("**Plaintiffs**") (R.D. 25851)

**IT IS HEREBY ORDERED** that:

1. The Show Cause Order (R.D. 25811) with respect to these Plaintiffs is set aside,

2. Plaintiff and their Counsel, the Downs Law Group, are exempted from appearing in the Court with respect to the Show Cause Order on July 19, 2019.

New Orleans, Louisiana this 16th day of July, 2019.

_____
United States District Judge