United States District Court

Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL 15 2019
WP
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| Billy F. Larkin, #0490312, Plaintiff | Civil Action |
| V | Number: 19-10295 |
| Patrick Juneau, Claims Administrator, et al, Defendants | Section "J" (2) |

## Motion To Suspend

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Now comes the Plaintiff, Billy F. Larkin, praying this Honorable Court to promptly suspend the Deepwater Horizon Economic and Property Damages Settlement Program pending a case-by-case assessment of statistical data that show disparate impact. In support of this motion, the Plaintiff shows the facts as follows:

(1.) As a Black Incarcerated Vietnam Era Veteran, the Plaintiff experienced racial disparities. A Plaintiff did due diligence to contact the Defendants, Plaintiffs' Steering Committee, Plaintiffs' Liaison Counsel

U.S. DISTRICT COURT
Eastern District of Louisiana
JUL 15 2019
TENDERED FOR FILING

And this court but kept in the dark for five years about the status Plaintiff's Failed Business Economic Loss Claim.

(2) The fatal flaw with the Deepwater Horizon Economic and Property Settlement Program is the use of racial code words that deemed the Plaintiff "Unworthy" of Plaintiff's Failed Business Economic Loss Claim.

(3) The record shows that Claimant ID: 100285484 that contained Plaintiff's letter, dated March 2014 asking for, "instructions concerning the recovery for financial damages as it pertains to a business owner that is now incarcerated was intentionally purged of all supporting documentation. The Defendants antics perpetuated racism and stereotype of the Plaintiff.

(4) The Defendant, Patrick Juneau made that perception explicit in his letter to the Plaintiff dated May 16, 2019, stating," We mailed these notices in accordance with the Claim Center's standard procedure for notifying claimants like yourself who elected to receive notices by mail as opposed to using the online portal." Incarcerated claimants do not elect to use the mail, rather than online portals not available to the Plaintiff.

(5) The actions by Defendant Patrick Juneau is glaring proof this court must confront the persistent, implicit biases in the

(2.)

Deepwater Horizon Economic and Property Settlement Program with a sense of urgency it deserves. And order the U.S. Justice Department investigate statistically significant disparities.

(6) Statistically data will prove discrimination by using proxy measures, such as a surname of the incarcerated claimant, thus using "The Claims Center's Standard Procedures" to fail to notify the Plaintiff about the status of his Failed Business Economic Loss claim for five (5) years.

For the above-style reasons, the Plaintiff pray this Honorable Court to suspend the use of the Deepwater Horizon Economic and Property Damages Program and order the Justice Department to perform a case-by-case assessment and pursue enforcement activity in response to racial disparities

This the 8 day of July, 2019.

*[signature]*

Larkin, Billy F. #0490312
Alexander Correctional Institution
633 Old Landfill Road
Taylorsville, NC 28681

(3)

LAWIN, BILLY F. #0490512
ALEXANDER CORRECTIONAL INSTITUTION
633 OLD LANDFILL ROAD
TAYLORSVILLE, NC 28681



Legal Mail

**Mailed From Alexander Correctional Institution - Blue Unit**

ALEXANDER CORR.[INST.] POSTAGE
NC 274          NEOPOST
10 JUL '19      07/09/2019
PM 4 L          US POSTAGE $000.55⁰
                ZIP 28681
                041L10259615

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

7013 0-3373 64