UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| Applies to 12-cv-968, BELO | JUDGE BARBIER |
| AND | MAGISTRATE JUDGE WILKINSON |
| BELO CASE NO.: 19-00248 | |

_____

**PLAINTIFF, DELOREE A. KNIGHT'S, RESPONSE TO
ORDER TO SHOW CAUSE RE: BP'S JULY 9, 2019 STATUS REPORT
<u>PURSUANT TO FIRST AMENDED BELO CMO NO. 2</u>**

MAY IT PLEASE THE COURT:

Plaintiff, Deloree A. Knight, appearing herein through undersigned counsel, respectfully requests that this Honorable Court allow her until Friday, July 19, 2019 to provide BP counsel with her complete Profile Form and Rule 26(a) Initial Disclosures.

Undersigned counsel has repeatedly tried to get in touch with plaintiff via her last known cell phone number and email without success. On July 16, 2019, plaintiff called co-counsel Allen Lindsay's office to provide them with her updated contact information. Plaintiff scheduled a Thursday, July 18, 2019 appointment with co-counsel's office to review and sign her Profile Form. Counsel will be able to submit all required documents to counsel for BP no later than Friday, July 19, 2019.

Allowing plaintiff this brief opportunity to provide the complete documents will in no way prejudice defendants nor retard the progress of plaintiff's case.

THEREFORE, plaintiff respectfully requests that this Honorable Court allow her this time, until July 19, 2019, to provide BP counsel her complete Profile Form and Rule 26(a) Initial Disclosures.

Respectfully submitted,

_/s/ Timothy J. Falcon_____
TIMOTHY J. FALCON
Louisiana State Bar No. 16909
Email: tim@falconlaw.com
JEREMIAH A. SPRAGUE
Louisiana State Bar No. 24885
Email: jerry@falconlaw.com
JARRETT S. FALCON
Louisiana State Bar No. 34539
Email: jarrett@falconlaw.com
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, Louisiana  70072
Telephone:  (504) 341-1234
Facsimile:  (504) 341-8115

_/s/ Allen W. Lindsay, Jr._____
ALLEN W. LINDSAY, JR.
Florida State Bar Number 104956
Lindsay & Lindsay, P.A.
5218 Willing St.
Milton, Florida 32570
(850) 623-3200 (Phone)
(850) 623-0104 (Fax)

COUNSEL FOR PLAINTIFF, DELOREE A. KNIGHT

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that on the 17th day of July, 2019, I electronically filed a copy of the above and foregoing Plaintiff, Deloree A. Knight's, Response to Order to Show Cause re:

BP's July 9, 2019 Status Report Pursuant to First Amended BELO CMO No. 2 with the Clerk of Court through use of the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive email notices for this case. I further certify that I served the foregoing document and notice of electronic filing by United States Mail or e-mail to any non-CM/ECF participants.

_____*/s/ Timothy J. Falcon*_____