UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br> SECTION: J(2) |
| Applies to 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAGISTRATE JUDGE WILKINSON |
| BELO CASE NO.: 19-00248 | * | |

_____

# **ORDER**

Upon considering the Response filed by Plaintiff, Deloree Knight (Rec. Doc. 25854);

IT IS HEREBY ORDERED THAT:

1. The Show Cause Order (Rec. Doc. 25811) regarding plaintiff, Deloree Knight, is hereby set aside

2. Plaintiff and her counsel, Timothy J. Falcon and Allen W. Lindsay, are exempt from appearing in Court on July 19, 2019 regarding the Show Cause Order.

NEW ORLEANS, Louisiana, this ____ day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE CARL J. BARBIER