UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION: J(2) |
| Applies to: 12-cv-968, BELO | ) ) | JUDGE BARBIER |
| AND | ) ) | MAG. JUDGE WILKINSON |
| BELO Cases identified below | ) ) | |

## NATIONS RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, The Nations Law Firm ("Nations"), by and through the undersigned counsel, and respectfully files its Response to the Court's Order to Show Cause re: BP's July 8, 2019 Status Report Pursuant to First Amended BELO CMO No. 2. The following Nations clients identified in in BP's status report (Rec. Doc. 258009) have provided full and complete disclosures:

| Docket Number | Plaintiff | Delivery of Signed PPF Originals to BP | Delivery of Copies Via Dropbox | Rule 26 Initial Disclosures | Tracking Number |
|---|---|---|---|---|---|
| 18-12110 | Moore, Steven Andrew | 7/8/2019 | 7/5/2019 | 7/5/2019 | EJ082510008US |
| 18-14233 | Williams, Patricia A. | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-00891 | Allen, Semikalove Almalethia | 7/8/2019 | 7/5/2019 | 7/8/2019 | EJ 082 510 008 US |
| 19-00938 | Burrell, Cleophas | 7/8/2019 | 7/5/2019 | 7/5/2019 | EJ 082 510 008 US |
| 19-00972 | Rembert, Antonio Demetric | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-00979 | Rooney, Terri Lynn | 7/8/2019 | 7/5/2019 | 7/5/2019 | EJ082510008US |
| 19-01004 | Schwendeman, Glenda Lee | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01019 | Carmadelle, Anthony Joseph | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01071 | Lindsey, Vanessa Fay | 7/8/2019 | 7/5/2019 | 7/5/2019 | EJ 082 510 008 US |

| | | | | | |
|---|---|---|---|---|---|
| 19-01099 | Marshall, Emmanuel Maurice | 7/8/2019 | 7/5/2019 | 7/5/2019 | EJ 082 510 008 US |
| 19-01128 | Nguyen, Toan | 7/8/2019 | 7/5/2019 | 7/5/2019 | EJ 082 510 008 US |
| 19-01141 | Stouder, Frank Jay III | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01161 | Myers, Erica Lynette | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01269 | Evans, Lester James Jr. | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01274 | Fairley, Natalie Resha | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01299 | Gardner, Mortagus Renard | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01303 | Harris, Robert Anthony | 7/8/2019 | 7/5/2019 | 7/5/2019 | EJ 082 510 008 US |
| 19-01379 | Walker, Aaron | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01404 | Geraci, Stacey John | 7/8/2019 | 7/5/2018 | 7/5/2018 | EJ 082 510 008 US |
| 19-01467 | Sellers, Charles Len | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01469 | Punch, Timmy Joseph | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01482 | Snyder Jr., John Richard | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01489 | Lirette, Ramsey Paul | 7/8/2019 | 7/5/2018 | 7/5/2018 | EJ 082 510 008 US |
| 19-01491 | Kibodeaux, Susan Elizabeth Heath | 7/8/2019 | 7/3/2019 | 7/3/2019 | EJ 078 596 926 US |
| 19-01516 | Verdin, Stacey Lynn | 7/8/2019 | 7/5/2018 | 7/5/2018 | EJ 082 510 008 US |
| 19-01517 | Vicknair, Steven Charles | 7/8/2019 | 7/5/2018 | 7/5/2018 | EJ 082 510 008 US |
| 19-01518 | Waller, Cynthia Conti | 7/8/2019 | 7/5/2018 | 7/5/2018 | EJ 082 510 008 US |
| 19-01586 | Allen, James Lloyd | 7/8/2019 | 7/5/2018 | 7/5/2018 | EJ 082 510 008 US |
| 19-01641 | Craft, Charles Edward | 7/8/2019 | 7/5/2018 | 7/5/2018 | EJ 082 510 008 US |
| 19-01663 | Marion, Johnnie | 7/8/2019 | 7/5/2018 | 7/5/2018 | EJ 082 510 008 US |
| 19-01678 | Morel, Steven Anthony | 7/8/2019 | 7/5/2019 | 7/5/2019 | EJ 082 510 008 US |
| 19-01680 | Owens, Lyksha Lynn | 7/8/2019 | 7/5/2019 | 7/5/2019 | EJ 082 510 008 US |
| 18-14234 | Wilson, Lamont Nicklaus | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 18-14226 | Taranto, Richard John, Jr. | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE336787168US |
| 19-00894 | Allison, William Thomas | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-00957 | Dixon, Howard Wayne | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |

| | | | | | |
|---|---|---|---|---|---|
| 19-00974 | Rhodes, Marcus Deon | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01068 | Ledbetter, Kyle Allen | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01121 | Washington, Kenneth Tremaine | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01125 | Tolbert, Alan Clay | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01391 | Buckley, Charles Edward | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01455 | Adams, Christopher Jacob | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01560 | Shepheard, Stephanie Ann | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01561 | Russ, Eddie Charles | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01580 | Acosta, Benny James | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01581 | Adams, Matthew Paul | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01598 | Campbell, Reco Jermaine | 7/10/2019 | 7/9/2019 | 7/9/2019 | EE 336 787 168 US |
| 19-01089 | Parker, Derek Trendelle | 7/11/2019 | 7/10/2019 | 7/10/2019 | EE 336 787 242 US |
| 19-01312 | Mike, Desiree Anise | 7/11/2019 | 7/10/2019 | 7/10/2019 | EE 336 787 242 US |
| 19-00944 | Chambers, Daniel Wesley | 7/15/2019 | 7/11/2019 | 7/11/2019 | 9114 9999 4431 4218 4976 42 |
| 19-00963 | Pellegrin, Lee John | 7/15/2019 | 7/12/2019 | 7/12/2019 | 9114 9014 9645 1681 5363 84 |
| 19-01055 | Huynh, Minh Cong | 7/15/2019 | 7/11/2019 | 7/11/2019 | 9114 9999 4431 4218 4976 42 |
| 19-01058 | Jefferson, Danielle Lachandra | 7/15/2019 | 7/11/2019 | 7/11/2019 | 9114 9999 4431 4218 4976 42 |
| 19-01090 | Parmar, Mina Golemon | 7/15/2019 | 7/11/2019 | 7/11/2019 | 9114 9999 4431 4218 4976 42 |
| 19-01323 | Kirkland, Robert Mann, III | 7/15/2019 | 7/11/2019 | 7/11/2019 | 9114 9999 4431 4218 4976 42 |
| 19-01395 | Chrisco, Stephen Joseph | 7/15/2019 | 7/12/2019 | 7/12/2019 | 9114 9014 9645 1681 5363 84 |
| 19-01468 | Roberts, Samuel Auguste | 7/15/2019 | 7/11/2019 | 7/11/2019 | 9114 9999 4431 4218 4976 42 |
| 19-01483 | Sharp, Austin David | 7/15/2019 | 7/12/2019 | 7/12/2019 | 9114 9014 9645 1681 5363 84 |
| 19-01583 | Alfonso, Jacques Anthony | 7/15/2019 | 7/11/2019 | 7/11/2019 | 9114 9999 4431 4218 4976 42 |
| 19-01534 | Quarterman, Rudolph Valentino III | 7/16/2019 | 7/16/2019 | 7/16/2019 | EJ 082 505 042 US |
| 19-01559 | Stanfield, Grace Verdin | 7/16/2019 | 7/16/2019 | 7/16/2019 | EJ 082 505 042 US |

| | | | | | |
|---|---|---|---|---|---|
| 19-01665 | Mackey, Marilyn Brown | 7/16/2019 | 7/16/2019 | 7/16/2019 | EJ 082 505 042 US |
| 19-01667 | Lewis, Thomas Jerome | 7/16/2019 | 7/16/2019 | 7/16/2019 | EJ 082 505 042 US |
| 19-01677 | Morrisette, Mario Dontele | 7/16/2019 | 7/16/2019 | 7/16/2019 | EJ 082 505 042 US |
| 19-01001 | Sanders, Sherri Lynn | 7/17/2019 | 6/14/2019 | 6/14/2019 | 7018 0040 0000 2850 0000 |
| 19-01460 | Cosby, Ira Doyle Sr. | 07/15/2019, 07/16/2019 | 7/11/2019 | 7/11/2019 | 9114 9999 4431 4218 4976 42, EJ 082 505 042 US |
| 18-14187 | Koenig, Jeremy Jason | 7/17/2019 | 7/16/2019 | 7/16/2016 | 7757 5824 5437 |
| 18-14193 | Wiggerfall, Antwon Mikel | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 18-14216 | Alexander, Brandon James | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 18-14219 | Jones, Joki Deon | 7/17/2019 | 7/16/2016 | 7/16/2019 | 7757 5824 5437 |
| 18-14254 | Lilly, Patrick Anthony | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 18-14256 | McGhee, James Nathan Jr. | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 18-14321 | Koenig, Jeremy Jason Sr | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 18-13482 | Livingston, Jamil Marquis | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 19-00920 | Berry, Tammie Denelle | 7/17/2019 | 7/15/2019 | 7/15/2019 | EJ 082 505 042 US |
| 19-01006 | Smith, Antonio DeShawn | 7/17/2019 | 7/16/2019 | 7/16/2019 | EJ 082 505 042 US |
| 19-01104 | Sellers, Aaron Lavon | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 19-01146 | McCants, Robert | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 19-01275 | Farac, Joseph Anthony | 7/17/2019 | 7/16/2016 | 7/16/2016 | 7757 5824 5437 |
| 19-01319 | Landry, Herman Mark | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 19-01324 | Keys, Niiesha Sharmane | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 19-01382 | Young, Ronnie Daniel | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 19-01530 | Jenkins, Robert Hosia | 7/17/2019 | 7/16/2019 | 7/16/2019 | 7757 5824 5437 |
| 19-01591 | Bishop, Vernon Oneal, Jr. | 7/17/2019 | 7/16/2019 | 7/16/2016 | 7757 5824 5437 |
| 19-01603 | Cole, Salathel Romeros | 7/17/2019 | 7/16/2019 | 7/16/2016 | 7757 5824 5437 |

| 18-12693 | Richardson, Kenneth Wayne | 5/17/2019, 7/15/2019 | 3/28/2019 | 3/28/2019 | 70180040000028615404, 9114 9014 9645 1681 5363 84 |
|---|---|---|---|---|---|
| 18-4184 | Harris, Stephanie Nicole | 7/18/19 (in transit) | 7/17/2019 | 7/17/2019 | 775768870480 |
| 19-01635 | Davis, Dale Alan | 7/18/19 (in transit) | 6/14/2019 | 6/14/2016 | 7757 5889 6189 |
| 19-01382 | Young, Ronnie Daniel | 7/18/2019 (in transit) | 7/16/2019 | 7/17/2019 | 775768870480; 775768870480 |
| 18-14188 | Lampe, Shirley Ann | 7/18/2019 (in transit) | 7/17/2019 | 7/17/2019 | 775768870480 |
| 19-01462 | Picquett III, Eugene Joseph | 7/18/2019 (in transit) | 7/17/2019 | 7/17/2019 | 775768870480 |
| 19-01623 | Henley, Mary Angela | 7/18/2019 (in transit) | 7/17/2019 | 7/17/2019 | 775768870480 |
| 19-01684 | Pellegrin, Lance Anthony | 7/18/2019 (in transit) | 7/17/2019 | 7/17/2019 | 775768870480 |
| 19-01397 | Cologne, Debra Martin | 7/18/2019 (in transit) | 7/17/2019 | 7/17/2019 | 775768870480 |

The two clients listed below are Vietnamese speakers and currently work offshore. They will remain offshore for approximately six weeks and will be unable to return their disclosures before then. We respectfully request that the Court grant them additional time as they have been responsive and would have complied with the Court's order but for the fact they are offshore.

| Docket Number | Plaintiff |
|---|---|
| 19-00999 | Nguyen, Xuong Van |
| 19-01373 | Tran, Hung Phuoc |

WHEREFORE, it is respectfully requested that the Court grant these clients the relief requested herein.

/s/  Howard L. Nations
Howard L. Nations
Texas State Bar 14823000
3131 Briarpark Dr., Suite 208
Houston, TX  77042
(713) 807-8400
(713) 807-8423 (Fax)
ATTORNEY FOR PLAINTIFFS