UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  *  *  MDL NO. 2179  *  *  SECTION: J |
| THIS DOCUMENT RELATES TO: | *  *  JUDGE BARBIER |
| CASE NO. 2:13-CV-00650-CJB-JCW | *  *  MAG. JUDGE WILKINSON  * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS CERTAIN CLAIMS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald (collectively, the "Plaintiffs") and defendant SEACOR Holdings Inc. ("SEACOR"), who mutually desire to dismiss all claims by Plaintiffs against SEACOR in the above-captioned matter, with full prejudice, and each party to bear their own costs, under Rule 41(a) of the Federal Rules of Civil Procedure. In support of their motion, the Plaintiffs and SEACOR state as follows:

1. Plaintiffs filed a complaint against multiple parties, including Defendants National Response Corporation and SEACOR, in the above-captioned matter. *See* Compl., *Fitzgerald, et al.*, *v. BP Expl. & Prod., Inc., et al.*, No. 2:13-CV-00650 (E.D. La. Apr. 8, 2013), at ¶ 32.[1]

2. Plaintiffs' only allegation regarding SEACOR was that National Response Corporation was a subsidiary of SEACOR. *Id.*

---

[1] Plaintiffs' Complaint contained an inadvertent typographical error, referring to SEACOR Holdings, Inc. as "SEACOR Holding, Inc." *Id.*

3. The Court previously dismissed all of the Plaintiffs' claims against National Response Corporation with prejudice. (Rec. Doc. 21406 at 20). The deadline to appeal that order has expired and it is now law of the case.

4. There is no independent basis to maintain SEACOR as a defendant in this litigation in light of the Court's 2016 ruling referenced in the preceding paragraph.

5. **WHEREFORE**, Plaintiffs and SEACOR respectfully request that the Court grant the instant Joint Motion, and enter the proposed Order of dismissal attached hereto.

Dated: July 18, 2019

Respectfully submitted,

| */s/ Corey E. Dunbar* | */s/ Jeremy T. Grabill* |
|---|---|
| GEORGE PIVACH, II (10798) | Ivan M. Rodriguez (LA #22574) |
| COREY E. DUNBAR (30144) | Gary A. Hemphill (LA #6768) |
| ATTORNEY AT LAW | Jeremy T. Grabill (LA #34924) |
| 8311 Highway 23, Suite 104 | PHELPS DUNBAR LLP |
| P.O. Box 7125 | 365 Canal Street, Suite 2000 |
| Belle Chasse, Louisiana 70037 | New Orleans, LA 70130-6534 |
| Telephone: (504) 394-1870 | Telephone: 504-566-1311 |
| Facsimile: (504) 393-2553 | Facsimile: 504-568-9130 |
| cdunbar@pivachlaw.com | ivan.rodriguez@phelps.com |
| | gary.hemphill@phelps.com |
| Attorneys for WILLIAM J. FITZGERALD, III AND DIANNA M. FITZGERALD, individually and on behalf of decedent NATHAN JOSEPH FITZGERALD. | jeremy.grabill@phelps.com |
| | Michael J. Lyle (DC #475078, IL #6199227) (trial attorney) |
| | Eric C. Lyttle (DC #482856) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 1300 I Street NW, Suite 900 |
| | Washington, DC 20005 |
| | Telephone: (202) 538-8000 |
| | Facsimile: (202) 538-8100 |
| | mikelyle@quinnemanuel.com |
| | ericlyttle@quinnemanuel.com |
| | Sylvia E. Simson (NY #4803342) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 51 Madison Avenue |
| | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | sylviasimson@quinnemanuel.com |
| | Attorneys for SEACOR HOLDINGS INC. |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Dismiss Certain Claims with Prejudice has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of July, 2019.

                                         */s/ Jeremy T. Grabill*
                                         Jeremy T. Grabill