UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE BARBIER |
| CASE NO. 2:13-CV-00650-CJB-JCW | * | |
| | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER OF DISMISSAL
OF CERTAIN CLAIMS WITH PREJUDICE

**CONSIDERING** the Joint Motion to Dismiss Certain Claims with Prejudice filed by plaintiffs William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald (collectively, the "Plaintiffs") and defendant SEACOR Holdings Inc. ("SEACOR"),

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** and all claims by the Plaintiffs against SEACOR in the above-captioned matter, including to the extent inadvertently referenced as SEACOR Holding, Inc. in the Plaintiffs' Complaint, are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this ___ day of _____, 2019.

UNITED STATES DISTRICT JUDGE