Minute Entry
Barbier, J.
July 17, 2019
JS 10: 1hr. 37 mins.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
    "DEEPWATER HORIZON" in the :
    GULF OF MEXICO, on :
    APRIL 20, 2010 : SECTION: J (2)
     :
     :
     : JUDGE BARBIER
     : MAG. JUDGE WILKINSON

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CASE MANAGER:                                          COURT REPORTER:
GAIL CHAUVIN/CHERIE STOUDER           KAREN IBOS

WEDNESDAY, JULY 17, 2019
JUDGE CARL J. BARBIER PRESIDING

STATUS CONFERENCE

The Court held a status conference to address future case management of the remaining cases in the B3 pleading bundle.

Several parties filed case management proposals in the record. (Rec. Docs. 25770, 25818, 25819, 25826, 25833, 25834, 25835, 25836).

The Court heard presentations and/or responses from the following attorneys:
    Matt Regan (BP)
    Paul Dominick (Plaintiffs)
    Tim Falcon (Plaintiffs)
    Hugh Lambert (Plaintiffs)
    David Durkee (Plaintiffs)
    Soren Gisleson (Plaintiffs)
    Brandon Taylor (Plaintiffs)
    Corey Dunbar (Plaintiffs)

   Sean Brady (DRC)
   Justin Simpson (Larry Griffin Towing)

Regarding the approximately 31 plaintiffs that BP believes are members of the Medical Benefits Settlement Class and have released their claims under the Medical Benefits Class Action Settlement Agreement**, IT IS ORDERED** that BP shall file a motion for summary judgment against these plaintiffs by no later than Wednesday, July 24, 2019. Plaintiffs shall file a response by no later than Wednesday, August 7, 2019.

Regarding the 12 plaintiffs that assert only contract claims (listed in footnote 3 to BP's proposal, Rec. Doc. 25835), the Court intends to sever these cases from the MDL. The Court will issue a separate order implementing this decision.

The following 3 cases will remain stayed: U.S. Environmental Services, L.L.C. v. BPAPC, et al. (No. 17-03370), U.S. Maritime Services, Inc. d/b/a U.S. Maritime Services, LLC v. BPAPC, et al. (No. 17-03382), and US. Maritime Services, Inc. v. BPAPC, et al. (No. 17-03388).

Regarding all cases in the B3 bundle other than those mentioned above, **IT IS ORDERED** that the parties shall meet and confer regarding a proposed joint case management order as stated on the record. The parties shall file a proposed joint case management order by no later than Wednesday, August 7, 2019. In the event the parties are unable to agree on all aspects of the proposed joint case management order, the proposed joint case management order shall identify the areas of disagreement and present the parties' competing proposals.

Regarding the 22 plaintiffs who were required to comply with PTO 63 and PTO 66 by July 16, 2019 (*see* Rec. Docs. 25750, 25751, 25771), **IT IS ORDERED** that by no later than Wednesday, July 24, 2019 BP shall file a status report stating whether these plaintiffs have complied with PTO 63 and PTO 66.

The status conference began at 9:35 a.m.
The status conference ended at 11:12 a.m.

Attendance: See attached.

# MDL 2179
# ATTENDANCE RECORD
# STATUS CONFERENCE

DATE: 7/17/2019                                    TIME: 9:30 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Hugh "Skip" Lambert (x) | Downs Group - DLG |
| C. David Durkee | Downs Law Group |
| T. Justin Simpson | Larzelere Picou Larry Griffin Towing |
| Cayle Peterson | The Lambert Firm π |
| Craig T. Downs | Downs Law Group |
| Carlos Pastor | Downs Law Group |
| Andrew H. Meyers | AMPOL |
| Paul Dominick | Nexsen Pruet, LLC |
| Alan York | Halliburton |
| Corey Parenton | Staines & Eppling |
| Thomas E. Loehn | Boggs, Loehn & Roberge |
| Katie Jakola | Kirkland & Ellis |
| Christina Briesacher | Kirkland + Ellis |
| Kris Ritter | Kirkland + Ellis |

# MDL 2179
# ATTENDANCE RECORD
# STATUS CONFERENCE

DATE: 7/17/2019                                            TIME: 9:30 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Tara Kelly | BP |
| Marsha Montgomery | BP |
| Andrew Waters | Abdon Callais Offshore |
| Joe Gaar | #55 Russell Bertrand |
| Dan C. Panagiotis | #55 Russell Bertrand |
| Matthew T. Regan | Kirkland + Ellis / BP |
| Charles Ciaccio | D'Amico |
| Matt Rogers | Stag Liuzza |
| Merritt Cunningham | Pls Stag-Liuzza |
| Neil Nazareth | π, Clay Whittinghill |
| Soren Gisleson | π Hosman, Herman, Katz |
| Branden Taylor | π Cossich, Sumich Parsiola + Taylor |
| Stanley Tucchi | π Jacobs, Manuel Kaen |
| Jodi Aamodt | " " " |

# MDL 2179
# ATTENDANCE RECORD
# STATUS CONFERENCE

DATE: 7/17/2019                             TIME: 9:30 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Brandon K Thibodeaux | United States Environmental Services, United States Maritime Services, Inc., United States Maritime Services, Inc. d/b/a United States Maritime Services, LLC |
| Trevor M. Cutaiar | Nature's Way Marine, LLC |
| Corey E. Dunbar | Nathan Fitzgerald |
| Clay Garside | Anh Ngoc Dang |
| Kane F. Gray | ANTHONY MATALAVNIS |
| Sean Brady | DRC Emergency Services |
| Grant Amey | Coastal Water Cleaners |
| Keith Jarrett | BP |
| Hayley M Schmidt | BP |
| Sal Christina | Plaintiffs |

# MDL 2179
# ATTENDANCE RECORD
# STATUS CONFERENCE

DATE: 7/17/2019                           TIME: 9:30 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Tim Falcon | Plaintiffs |
| Allen Lindsay | " |