UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to: 12-CV-968: BELO | JUDGE BARBIER |
| Relates to:<br><br>19-00264<br>19-01017 | MAGISTRATE JUDGE WILKINSON |

## ORDER

Upon considering the Response filed on behalf of ARTURO VARGAS and ROBERTO RAMIREZ JR. ("**Plaintiffs**") (Rec. Doc. 25855)

**IT IS HEREBY ORDERED** that:

1. The Amaro Law Firm is exempt from appearing in Court on July 19, 2019 for the Show Cause Hearing. (*See* Rec. Doc. 25811).

New Orleans, Louisiana this 18th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE