UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **Of Mexico, on April 29, 2010** | * | |
| | | **SECTION: J(2)** |
| | * | |
| **Applies to:** | | **JUDGE BARBIER** |
| **No. 17-02387** | * | |
| **Dang, Anh v. BPAPC** | | **MAG. JUDGE WILKINSON** |
| | * | |

_____

**STATEMENT CONFIRMING COURT OF ORIGINAL FILING**

NOW INTO COURT, through undersigned counsel, comes Anh Dang who hereby confirms in accordance with the Court's Order of July 18, 2019 (Doc. 25859) that her suit was originally filed in the Eastern District of Louisiana where the maritime contract at issue was executed and performed.

Respectfully submitted this 19th day of July, 2019.

                                                         _s/ Clay Garside_
                                                         Clay Garside (LA Bar # 29873)
                                                         Waltzer Wiygul & Garside, LLC
                                                         14399 Chef Menteur Highway, Suite D
                                                         New Orleans, LA 70129
                                                         clay@wwglaw.com
                                                         Tele:   (504) 254-4400
                                                         Fax:    (504) 254-1112

**Certificate of Service**
I certify that the above and foregoing Statement will be filed into the record using the Clerk's ECF electronic filing system, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 19th day of July, 2019.