UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the** | | **MDL 2179** |
| **Gulf of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This applies to:** | * | |
| | | **JUDGE BARBIER** |
| **William H. Brehm v. BP America; et al.,** | * | |
| **Case No. 17-03412** | | **MAG. JUDGE WILKINSON** |
| | * | |

**PLAINTIFF'S RESPONSE TO ORDER
RELATING TO B3 BUNDLE THAT ASSERT ONLY CONTRACT CLAIMS**

Comes now William H. Brehm (Case No. 17-03412) and in response to the Court's Order of July 18, 2019 [Doc. 25859] responds as follows:

1. The Court's chart as set forth in the Order is correct as to this Plaintiff and the originating district court.

2. Plaintiff objects and does not consent to trial in the Eastern District of Louisiana.

3. Plaintiff requests remand to the Southern District of Alabama.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama 36660
(251) 471-6191
(251) 479-1031 (Fax)
sln@cunninghambounds.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS