

**Falcon Law Firm, PLC**
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: 504.341.1234
Facsimile: 504.341.8115
Toll Free: 800.556.3131
www.falconlaw.com

Timothy J. Falcon
Jeremiah A. Sprague
Jarrett S. Falcon

Writer's Direct Dial: 504.212.1671
Writer's E-Mail   jerry@falconlaw.com

July 19, 2019

The Honorable Carl J. Barbier
Judge, Section J
United States District Court
Eastern District of Louisiana
400 Poydras Street
New Orleans, Louisiana  70112

   RE: In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the
      Gulf of Mexico, on April 20, 2010
      USDC-MDL No.:  12-cv-968"J"(2)

Dear Judge Barbier:

  I write to apologize to the Court.  Due to my error, no one from the Falcon Law Firm appeared this morning, July 19, 2019, for the Court's show cause hearing as ordered for plaintiffs Deloree Knight, UDSC-EDLA Docket No. 19-cv-00248, and Sokhorn Keal, USDC-EDLA Docket No. 19-cv-00246.

  Falcon Law Firm did submit a written response for our client, Deloree Knight, and I mistakenly believed that this would be all that was required for compliance with the order and that we would be excused from attending the hearing for Ms. Knight.  Regarding Ms. Keal, we advised BP's counsel that we had no basis to oppose the dismissal of her claim.  I mistakenly assumed it was then not necessary to be present at the hearing.

  Again, I sincerely apologize to the Court for any inconvenience I have caused.

             Sincerely,

             Jeremiah A. Sprague

:khf
cc:  All counsel of record via CM/ECF