**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig "Deepwater** | * | **MDL No. 2179** |
| **Horizon" in the Gulf of Mexico,** | * | |
| **On April 20, 2010** | * | **Section: J** |
| | * | |
| **This filing relates to:** | * | **District Judge Carl J. Barbier** |
| *15-4143, 15-4146 & 15-4654* | * | |
| | * | **Chief Magistrate Judge** |
| | * | **Joseph Wilkinson** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF HESI AND
TRANSOCEAN ASSIGNED CLAIMS AND/OR PUNITIVE DAMAGES
CLAIM(S)**

The authorized representative of Claimant, LOUIS C. POWELL, a Deceased Claimant, and the HESI and Transocean Assigned Claims and Punitive Damages Settlements Claims Administrator respectfully move this Court to (1) approve the settlement(s) of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the HESI and Transocean Punitive Damages and Assigned Claims Settlements as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

On behalf of Louis C. Powell:

On behalf of Patrick A. Juneau, Claims Administrator:


/s/J.N. Randall, Jr., Esq.

/s/Patrick J. Hron, Esq.

J.N. Randall, Jr., Esq.
J.N. Randall, Jr., Attorney At Law
2224 25th Avenue
Gulfport, MS 39501
228-863-3616

Patrick J. Hron, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503