Minute Entry
Barbier, J.
July 19, 2019
JS-10: 28 minutes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 |
| | | SECTION: J(2) |
| **Applies to: 12-cv-968 and All BELO Cases** | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

Case Manager:                                                               Court Reporter:
Gail Chauvin                                                        Cathy Pepper

## FRIDAY, JULY 19, 2019
## JUDGE CARL J. BARBIER PRESIDING

## SHOW CAUSE HEARING

The hearing began at 9:40 a.m.

On July 9, 2019, the Court ordered plaintiffs' counsel in 165 BELO cases to appear and show cause why those cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). ("Show Cause Order," Rec. Doc. 25811).

Appearances:     Alison Divine (Nations Law Firm) for certain plaintiffs
                     Kevin Hodges (Williams & Connolly) for BP
                     Charles Wilmore (Liskow & Lewis) for BP

Re: plaintiffs represented by the Downs Law Firm (4)
- The Downs Law Firm was excused from attending the hearing. (Rec. Doc. 25852).

- The Show Cause Order was previously deemed satisfied and set aside with respect to James Massey (19-00035), Jonathan Creamer (19-00198), Jeremy Sims (19-00554), and Abel Mendoza (19-00626). (*See* Rec. Doc. 25852).

Re: plaintiffs represented by the Falcon Law Firm (2)
- The Falcon Law Firm did not appear and did not request to be excused from the hearing.
- ORDERED that Deloree Knight (19-00248) is deemed compliant and the Show Cause Order is set aside.
- ORDERED that Sokhorn Keal (19-00246) is DISMISSED WITH PREJUDICE.
- [See below regarding Michael Gideon]

Re: plaintiffs represented by the Amaro Law Firm (2)
- The Amaro Law Firm was excused from attending the hearing. (Rec. Doc. 25860).
- ORDERED that Arturo Vargas (19-00264) and Roberto Ramirez, Jr. (19-01017) are DISMISSED WITH PREJUDICE.

Re: plaintiffs represented by the Nations Law Firm (157)
- ORDERED that the request for extension of time for Xuong Van Nguyen (19-00999) and Hung Phuoc Tran (19-01373) is DENIED.
- ORDERED that on or before <u>July 26, 2019</u>, BP shall file a supplemental report identifying those plaintiffs who the parties agree are compliant as of July 19, 2019. The supplemental report shall also identify those plaintiffs that BP contends are subject to dismissal. The supplemental report shall also indicate whether Michael Gideon (No. 18-14310, represented by the Falcon Law Firm), who was granted a 30-day extension during the June 19, 2019 hearing, has complied by the extended deadline.
- The Court will issue an appropriate order after receiving BP's supplemental report.

The hearing ended at 10:08 a.m.

