# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 18, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30727   In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Nancy F. Dolly, Deputy Clerk
                                       504-310-7683

cc:  Mr. Don Keller Haycraft
     Mr. Stephen Jay Herman
     Mr. George W. Hicks Jr.
     Mr. James Andrew Langan
     Mr. Martin R. Martos II
     Mr. Aaron Lloyd Nielson