1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
    ****************************************************************
4

5   IN RE: OIL SPILL BY THE
    OIL RIG *DEEPWATER HORIZON*
6   IN THE GULF OF MEXICO ON
    APRIL 20, 2010
7

8                             CIVIL ACTION NO. 10-MD-2179 "J"
                              NEW ORLEANS, LOUISIANA
9                             FRIDAY, JULY 19, 2019, 9:30 A.M.

10

11  THIS DOCUMENT RELATES TO
    12-CV-968 AND ALL BELO
12  AND CASES

13  ****************************************************************

14

15            TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
              HEARD BEFORE THE HONORABLE CARL J. BARBIER
16                    UNITED STATES DISTRICT JUDGE

17

18  APPEARANCES:

19

20  FOR THE PLAINTIFFS:    THE NATIONS LAW FIRM
                           BY:  ALISON DIVINE, ESQUIRE
21                         3131 BRIARPARK DRIVE, SUITE 208
                           HOUSTON TX 77042
22

23

24

25

                        ***OFFICIAL TRANSCRIPT***

```
1    APPEARANCES CONTINUED:

2


3    FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
4    COMPANY, BP COMPANY
     NORTH AMERICA INC.,
5    BP CORPORATION NORTH
     AMERICA INC.,
6    BP EXPLORATION &
     PRODUCTION INC.,
7    BP HOLDINGS NORTH
     AMERICA LIMITED,
8    BP PRODUCTS NORTH
     AMERICA INC.:        LISKOW & LEWIS
9                         BY:  CHARLES WILMORE, ESQUIRE
                          ONE SHELL SQUARE
10                        701 POYDRAS STREET
                          SUITE 5000
11                        NEW ORLEANS, LA  70139

12

13                        WILLIAMS & CONNOLLY
                          BY:  KEVIN M. HODGES, ESQUIRE
14                        725 12TH ST., N. W.
                          WASHINGTON, DC  20005
15

16

17   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
18                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM B-275
19                              NEW ORLEANS, LA  70130
                                (504) 589-7779
20                              Cathy_Pepper@laed.uscourts.gov

21

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
22   PRODUCED BY COMPUTER.

23

24

25


                         OFFICIAL TRANSCRIPT
```

1          **P-R-O-C-E-E-D-I-N-G-S**

2                  FRIDAY, JULY 19, 2019

3             M O R N I N G   S E S S I O N

4                (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.  Court is in session.

8          THE COURT:  Good morning, everyone.  Go ahead and call

9    the matter.

10          THE DEPUTY CLERK:  Case Number MDL 2179, In re:  Oil

11    Spill by the Oil Rig "Deepwater Horizon" in the Gulf

12    of Mexico, on April 20, 2010.

13          THE COURT:  All right.  We're here on another

14    Show Cause Order directed to a list of 165 BELO plaintiffs to

15    show cause why their cases should not be dismissed with

16    prejudice for failure to prosecute.  I've received several

17    written responses in advance of the hearing today.

18                  We already dealt with a couple of these.  The

19    Downs law firm had four of the 165 show cause plaintiffs, and

20    the Downs firm filed something with the Court in advance of

21    today indicating that all four have now provided full and

22    complete disclosures and that BP agreed that they are

23    compliant, so two days ago I issued an order deeming those four

24    plaintiffs compliant and excusing the Downs firm from appearing

25    here today.

1        Those were Downs clients Massey, which is

2   Civil Action Number 19-00035; Cramer, Civil Action 19-00198;

3   Sims, Civil Action Number 19-00554; and Mendoza, Civil Action

4   Number 19-00626.

5        There was a response filed by the Falcon Law

6   Firm.  Is Tim Falcon or anyone on his behalf here this morning?

7        Have you heard from him this morning, Ben, from

8   Mr. Falcon?

9        THE LAW CLERK:  I have not, Your Honor.

10       MR. HODGES:  Your Honor, Kevin Hodges on behalf of BP

11   defendants.

12       The Falcon Law Firm reached out to us yesterday.

13   They have cured one of two of the clients on the list.  I think

14   that they didn't understand that they had two clients and were

15   unaware of the second one, is my impression.  When we inquired

16   about that one, they said that that client had been

17   nonresponsive.

18       They asked us to represent the status to the

19   Court.  I was under the impression that they were going to call

20   chambers and ask to be excused from this hearing.  I don't know

21   whether that happened or not, but I did say that I would

22   represent our conversations to the Court.

23       THE COURT:  Well, they did file something.  They filed

24   a response but they didn't ask to be excused.  In the response

25   it only referenced, as you said, the one client, the

*OFFICIAL TRANSCRIPT*

1    Deloree Knight, 19-00248.  Is that resolved now?

2            MR. HODGES:  That one has been resolved.

3            THE COURT:  Okay.  We'll deem that client compliant.

4                    The other one actually, the written response, I

5    guess for the reasons you just said, didn't even mention the

6    other client, which was Sokhorn, S-O-K-H-O-R-N, Keal, K-E-A-L,

7    and it's Case Number 19-00246, so that's the one you indicate,

8    according to Mr. Falcon, the client has been nonresponsive.

9            MR. HODGES:  That's correct, Your Honor.

10           THE COURT:  Okay.  So I'm going to order that that case

11   be dismissed with prejudice.

12                   Okay.  Then the next group we have the Amaro Law

13   Firm.  That's another case.  This firm had two of the 165 show

14   cause plaintiffs.  Those two are Arturo Vargas,

15   Case Number 19-00264, and Roberto Ramirez Jr.,

16   Case Number 19-01017.

17                   The written response from the Amaro Law Firm

18   stated that despite repeated efforts, which are outlined in

19   some detail in their written response, despite repeated efforts

20   by counsel, both of these plaintiffs have been noncooperative,

21   and the law firm asks that they be excused.

22                   I granted that request on the basis they said

23   they had nothing further to add, so with that being said, I'm

24   going to order that those two cases be dismissed.  That's

25   Vargas, 19-00264, and Ramirez, 19-01017, be dismissed with

**OFFICIAL TRANSCRIPT**

1    prejudice.

2              So that's brings us to the Nations firm, which

3    has the bulk of the cases here, the bulk of the clients.  It

4    apparently represents 157 of the 165 show cause plaintiffs.

5              I think you're here for Nations, right?

6         MS. DIVINE:  Yes, Your Honor, Alison Divine.

7         THE COURT:  Come forward and make your appearance.

8         MS. DIVINE:  This is Alison Divine on behalf of the

9    Nations firm plaintiffs.

10        THE COURT:  Okay.

11        MS. DIVINE:  We've conferred with opposing counsel up

12   until last night submitting PPFs, so in addition to the

13   response we filed, there are additional plaintiffs who, we are

14   both in agreement, have complied with the Court's order.  I

15   believe that counsel for BP will present those to you.

16             Regarding the two that we requested an extension

17   of time for, they are both Vietnamese-speaking clients, and

18   they work offshore on a shrimp boat shrimping, and they go

19   offshore for extend periods of time.

20             So for one of them we have been able to get the

21   information, but he came offshore for a day, gave us the

22   information but had to go right back and won't be back for six

23   weeks, so we are unable to get his signatures.

24             The second client, we have not been able to get

25   his information, so we respectfully request an extension of

**OFFICIAL TRANSCRIPT**

1   those clients of seven weeks, if possible, or just to be moved

2   to the next show cause, if it happens, to the next list so that

3   we have time.

4           They have been in contact with us, and we've had

5   difficulties with communication because our translator, our

6   Vietnamese-speaking employee was not there when they contacted

7   us, so we were unable to get the information onto the form and

8   submitted.

9       THE COURT:  Well, with respect to those two, I guess my

10  question is:  What are the efforts that you made to contact

11  them and when?

12          Let me just say, because I can say it's a broader

13  issue here.  What I'm seeing over and over again is, and it's

14  primarily the two firms that have most of the clients, it's the

15  Nations firm and the Downs firm, who obviously have large

16  numbers of clients, it seems to me your firm -- and I'm not

17  criticizing you in any way personally; I'm just making a

18  general statement here -- your firm knows or should know well

19  in advance that this type of information needs to be furnished

20  for every client.

21          There is a process you go through where for each

22  client, they have to jump through the hoops they have to jump

23  through in front of the claims administrator before they get

24  notice where they have six months to file a lawsuit, correct?

25      MS. DIVINE:  Correct, Your Honor.

*OFFICIAL TRANSCRIPT*

1          THE COURT:  So, there is the period when they are in

2     front of the claims administrator making a claim so that they

3     know they are going to be filing a BELO lawsuit, presumably,

4     then they have six months to file the lawsuit, then they have

5     90 days from that date to furnish this information, and then

6     Judge Wilkinson is giving them anther 30 days, that's four

7     months plus six months, that's ten months.

8               If you wait until it's right before it's time to

9     produce the information, you're going to constantly run into

10    these problems.  I don't know how your firm or the Downs firm

11    is handling this, but it seems to me, if it was me, or my firm,

12    I would be doing this up front rather than when it's due.

13              In other words, you know, six or eight or ten

14    months ago you could have been seeking this information from

15    these clients.  I don't know if you are or not.  If you are,

16    then they are not cooperating.  If you're not, then the blame

17    maybe is more on the law firm than the clients.  I don't know.

18              So I'll let you respond to that, if you are care

19    to.

20         MS. DIVINE:  Yes, Your Honor.  The PPF form is long and

21    has a lot of questions.

22         THE COURT:  That's why you should seek to get the

23    information earlier rather than later.

24         MS. DIVINE:  Yes, Your Honor.

25         THE COURT:  Let me ask counsel for BP, when was it that

**_OFFICIAL TRANSCRIPT_**

1  this form was created and put into effect?  It was by

2  Judge Wilkinson initially, I know, but it was months ago,

3  right?

4          MR. HODGES:  January 30th of 2015, Your Honor.

5          THE COURT:  2015.

6          MR. HODGES:  Right.

7          THE COURT:  So it's been more than months ago; it's

8  been years ago.

9          MS. DIVINE:  Yes, Your Honor.  These clients, we did

10  not know until the, you know, the NOIS whether we would even

11  file these clients and pursue a BELO claim, and we had

12  thousands and thousands of more clients that we chose not to.

13          So the process of going through the people and

14  determining who would -- who we were going to put through this

15  BELO process, our initial understanding was that they would

16  fall under the matrix and that they would just be compensated

17  under the MDL.  So when we understood and that motions were --

18  for reconsideration were denied on that point, we had a massive

19  task of determining who -- who we could bring forth, you know,

20  with a BELO claim; therefore, our attention was focused on that

21  and making sure we got as many of those people filed in

22  individual lawsuits as possible.

23          It was a massive undertaking; and, therefore, we

24  had that priority, we had to meet the complaint deadlines to

25  file individual complaints, pay filing fees for every single

*OFFICIAL TRANSCRIPT*

1    one, and in the process, we were -- we put off the PPF process

2    until we knew we had filed the complaint because that is what

3    triggers the time to obtain the information, once the complaint

4    is filed, and it took us up to the last minute on some of these

5    to decide whether to file their complaint.

6           THE COURT:  Well, wouldn't you need much of the same

7    information to make that decision whether you're going to file

8    a complaint for somebody, the same type of information that you

9    require to disclose?

10          MS. DIVINE:  Well, no.  The PPF form has just questions

11   like do you smoke?  Have you ever smoked?  What is the -- how

12   often do you smoke?  Like, it's very detailed.  It was

13   designed, I believe, for cancer patients when it was first put

14   together.  So it has a huge amount of information because, when

15   it was first put together in 2015, it was intended for the type

16   of client that has a later manifested cancer.  So a lot of the

17   questions are not relevant to the conditions that our clients

18   have.

19          THE COURT:  Okay.  So, let's talk about the ones that

20   you have.  Start with the number 157, which is the number of

21   cases that -- clients on this list that belong to your law

22   firm, right?

23          MS. DIVINE:  Yes, Your Honor.

24          THE COURT:  Your response addresses 96 of the 157, so

25   that leaves 61 undressed that you don't mention, and of that

*OFFICIAL TRANSCRIPT*

1   61, it appears to us, my law clerk, Ben, says he's aware that

2   four of these plaintiffs have already voluntarily dismissed

3   their claims, so those 61 minus 4, so 57, there has been no

4   response at all.  I'm assuming you've got nothing from those

5   people or what?

6            MS. DIVINE:  We have not yet received back their

7   information, and many of them are noncompliant but not all of

8   them.  We received four PPFs yesterday that were not on the

9   list that we submitted and will arrive today to BP, so they are

10  coming in all the time.

11           THE COURT:  Okay.  Well, let's back up a minute.  I

12  should have done this first.  The 96 that your response

13  addressed, I guess I should ask counsel for BP to tell me

14  what's BP's position on those 96?

15           MR. HODGES:  Thank you, Your Honor.

16              I think I have updated numbers.  Okay.  So the

17  submission that was made several days ago by the Nations firm

18  had 93 plaintiffs on it.  One plaintiff, Ronnie Daniel Young,

19  who is number 19-1382, is duplicated on there, so there are 94

20  entries but only 93 plaintiffs.

21              With four exceptions we agree that these -- all

22  of these plaintiffs have been cured and are now compliant.  The

23  four exceptions are as follows:  There are two plaintiffs for

24  whom we have received nothing, and they are on the list in

25  error.  We've conferred with the Nations firm, and I understand

*OFFICIAL TRANSCRIPT*

1    that they are in agreement that these two plaintiffs are on the

2    list in error.

3            They are Stephanie Ann Shepheard, Number 19-1560,

4    Number 138 on the Court's Show Cause Order; and Debra Martin

5    Cologne, Case Number 19-1397, Number 114 on the Court's Show

6    Cause Order.  Those remain deficient and we would move to

7    dismiss those.

8            There are two plaintiffs on the Nations firm

9    submission that provided some materials to us after the date of

10   the Show Cause Order, but those materials are deficient.

11   Lance Anthony Pellegrin, Case Number 19-1684, Number 165 on the

12   Show Cause Order, submitted a Plaintiffs Profile Form that is

13   missing initials on a number of the pages, so that's an error

14   that perhaps could be fixed.

15           Another plaintiff Joki Deon Jones,

16   Case Number 18-14219, Number 16 on the Show Cause Order, has

17   signatures that were applied by someone else, and we know that

18   because there is a signature, and there are someone else's

19   initials next to it.  We find that to be deficient.

20       THE COURT:  So it's not the old cut-and-paste

21   signature.  It's a little different.

22       MR. HODGES:  It indicates someone else has signed it,

23   including on released forms that we need to give to third

24   parties, so we think this one is substantively deficient, so we

25   move to dismiss that case.

**OFFICIAL TRANSCRIPT**

1      In addition, there are now -- there are some

2  cases that are not listed on the Nations submission that have

3  been cured, so I have five cases, well, six cases, actually,

4  that were not on Nations' submission from earlier this week

5  that our records show to be complete, and we think that those

6  are complaint now, and I can read those into the record.

7      The first is James Javince Finklea,

8  F-I-N-K-L-E-A, Case Number 19-1041; Dinnettia Sharrel Fuller,

9  Case Number 19-1630; Eric Neal Smith, Case Number 19-1369;

10  Vichet Tran, Case Number 19-1109; Terrance Renee Williams,

11  Case Number 19-1112; and David June Bellow,

12  Case Number 19-1256.  Mr. Bellow is listed on the amended

13  response that Ms. Devine handed to me this morning.

14      We also received materials for three additional

15  plaintiffs last night from the Nations firm.  We agree that two

16  of them are now compliant.  They are Dena Melann LeBoeuf,

17  Case Number 18-14253; and Eddie Wilbon Brightwell,

18  Case Number 19-934.

19      We also received materials for David Earl Agee,

20  Jr. -- or I should correct that.  We are told that they are in

21  transit, but we have not yet received them so we have not had a

22  chance to review those.  Mr. Agee's case number is 19-1246.  So

23  it's possible that that that's been cured, but we can't confirm

24  that right now.

25      That's the status of the Show Cause Order.  In

**OFFICIAL TRANSCRIPT**

1  total numbers, the Nations firm should have 57 -- excuse me, 55

2  cases that are subject to dismissal; however, that includes

3  Mr., I don't know if it's pronounced A-gee, or AG-gee, whom we

4  have not yet reviewed.

5       THE COURT:  Okay.  So, I think it would be helpful to

6  us before we issue some kind of order if you put what you just

7  said in a supplemental submission to the Court as to who you

8  believe has now cured the problem and who hasn't so that we

9  know which ones should be dismissed and which ones should be

10  considered as cured.

11       MR. HODGES:  I can certainly do that.  Can I ask that

12  our submission be as of the time of this hearing so that no

13  more roll in.

14       THE COURT:  Yes, exactly.  As of today.

15       MR. HODGES:  Thank you, Your Honor.

16            Your Honor, I should note that we oppose the

17  request for the extension for the two plaintiffs, and I'm happy

18  to speak to that if the Court would like me.

19       THE COURT:  Okay.  Go ahead.

20       MR. HODGES:  So these two plaintiffs both filed

21  complaints in February of 2019.  Their initial disclosures were

22  due 90 days after the filling, so in mid-May they received

23  extension from Judge Wilkinson for 30 days.  They didn't comply

24  with any of those deadlines.  They have now had five months to

25  submit their initial disclosure to us.

**OFFICIAL TRANSCRIPT**

1          I understand that they are working on fishing

2    boats, but there is no explanation for why they could not have

3    done these disclosures in advance of filing their complaint or

4    within the initial 90-day period.  There is no indication of

5    when these plaintiffs were contacted or when they could have

6    provided their information.

7          We understand that they have some restrictions on

8    when they are available, but they certainly have had months and

9    months to prepare their disclosures and provide them.  A

10   seven-week extension is a very lengthy extension by the

11   standards of other extensions the courts have given.

12         The point about the Nations firm being focused on

13   the submissions for SPC or specified physical condition claims,

14   that deadline was years ago, and that should have no bearing on

15   the ability to prepare BELO complaints.

16         I'll note that I know that the Court was involved

17   and I was involved in preparing the Case Management Order and

18   the Plaintiff Profile Form the BELO cases.  Judge Wilkinson

19   took submissions from both sides and then crafted his own

20   order.  It was not intended only for cancer cases.  It was

21   intended to be a way to expedite all BELO cases.  So we oppose

22   that extension request.

23         THE COURT:  Okay.

24         MR. HODGES:  Thank you, Your Honor.

25         THE COURT:  Ms. Devine, would you like to say anything

*OFFICIAL TRANSCRIPT*

1    else?

2         MS. DIVINE:  No, Your Honor.

3         THE COURT:  Okay.  All right.  Well, how much time do

4    you need to submit the supplemental submission, Mr. Hodges?

5         MR. HODGES:  I can submit it next week, Your Honor.

6         THE COURT:  That's fine.  Seven days?

7         MR. HODGES:  That would be fine.

8         THE COURT:  The cases that were mentioned as either the

9    Nations submission or today by BP, in other words, as agreement

10   as to compliance as of today, we will not dismiss those

11   plaintiffs' claims.  This may not be the precise number but

12   roughly 55, as I appreciate it, appear to be subject to

13   dismissal for failure to comply.  There may be one or two, as I

14   understand you said, Mr. Hodges --

15        MR. HODGES:  There is one that is in transit and we

16   haven't reviewed yet.

17        THE COURT:  So with that understanding, those are the

18   cases that appear to be subject to dismissal.

19             With respect to the two plaintiffs, which are

20   Mr. Nguyen in 19-99000, and Mr. Tran, in 19-01373, I don't find

21   that good cause has been shown as to why they have not complied

22   with the required production as of today.

23             I understand that they are fisherman that work

24   for weeks at a time at sea, but as has been pointed out, they

25   have had months and months to furnish this information, and I

**_OFFICIAL TRANSCRIPT_**

1    don't find there is good cause for their noncompliance as of

2    today.  So, with that said, we'll issue an appropriate order

3    once I receive the final submission.

4              Let's see, I've already dealt with the other law

5    firms, I believe.  Yes I've dealt with all of them.  Oh, there

6    is one other matter, unless you all have something else, I'll

7    hear it.

8              When we were here last month on June 19th, at

9    that show cause hearing -- this pertains to Mr. Falcon,

10   although he's not here, but he was here last time -- there was

11   one of his clients, Michael Gideon, 18-14310, at that hearing I

12   allowed, for reasons stated on the record, a 30-day extension

13   for him to comply.  Today is the 30th day.

14             Mr. Hodges, have you received anything further

15   from Mr. Gideon?

16        MR. HODGES:  Not that I'm aware of, Your Honor.  I

17   haven't specifically checked on that case.

18        THE COURT:  Well, maybe, when you make your next

19   submission, you can tell us whether there has been compliance

20   as of today or not.

21        MR. HODGES:  I'll do that.

22        THE COURT:  Okay.  All right.  Anything else,

23   Ms. Devine?

24        MS. DEVINE:  No, Your Honor.

25        THE COURT:  Okay.  All right.  From anyone else here?

*OFFICIAL TRANSCRIPT*

1   I see people in the back, but apparently they are just

2   spectators today.

3                Okay.  All right.  The way this is going, I guess

4   we'll be seeing each other once a month, it appears, for some

5   time.  Really, everyone who is here, I hope they take seriously

6   the message or two messages:  Number 1, obviously, attorneys

7   have a duty to keep in touch with their clients, and your

8   clients should be told and should understand they have a duty

9   to keep in touch with their lawyer.  They have a responsibility

10  to keep their lawyer advised if they change addresses or phone

11  numbers, particularly in a case like this, which, by its

12  nature, has gone on over a period of time.  So, I hope that we

13  are making progress in terms of getting better compliance with

14  these requirements, okay?

15               All right.  Court stands adjourned.

16          THE DEPUTY CLERK:  All rise.

17          (WHEREUPON, at 10:07 a.m., the proceedings were

18  concluded.)

19                          *    *    *

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

```
 1                      REPORTER'S CERTIFICATE

 2

 3          I, Cathy Pepper, Certified Realtime Reporter, Registered

 4    Merit Reporter, Certified Court Reporter in and for the State

 5    of Louisiana, Official Court Reporter for the United States

 6    District Court, Eastern District of Louisiana, do hereby

 7    certify that the foregoing is a true and correct transcript to

 8    the best of my ability and understanding from the record of the

 9    proceedings in the above-entitled and numbered matter.

10

11                               s/Cathy Pepper

12                               Cathy Pepper, CRR, RMR, CCR
                                 Certified Realtime Reporter
13                               Registered Merit Reporter
                                 Official Court Reporter
14                               United States District Court
                                 Cathy_Pepper@laed.uscourts.gov
15

16

17

18

19

20

21

22

23

24

25

                         OFFICIAL TRANSCRIPT
```

**1**

**1** [1] - 18:6
**10-MD-2179** [1] - 1:8
**10:07** [1] - 18:17
**114** [1] - 12:5
**12-CV-968** [1] - 1:11
**12TH** [1] - 2:14
**138** [1] - 12:4
**157** [3] - 6:4, 10:20, 10:24
**16** [1] - 12:16
**165** [5] - 3:14, 3:19, 5:13, 6:4, 12:11
**18-14219** [1] - 12:16
**18-14253** [1] - 13:17
**18-14310** [1] - 17:11
**19** [2] - 1:9, 3:2
**19-00035** [1] - 4:2
**19-00198** [1] - 4:2
**19-00246** [1] - 5:7
**19-00248** [1] - 5:1
**19-00264** [2] - 5:15, 5:25
**19-00554** [1] - 4:3
**19-00626** [1] - 4:4
**19-01017** [2] - 5:16, 5:25
**19-01373** [1] - 16:20
**19-1041** [1] - 13:8
**19-1109** [1] - 13:10
**19-1112** [1] - 13:11
**19-1246** [1] - 13:22
**19-1256** [1] - 13:12
**19-1369** [1] - 13:9
**19-1382** [1] - 11:19
**19-1397** [1] - 12:3
**19-1560** [1] - 12:3
**19-1630** [1] - 13:9
**19-1684** [1] - 12:11
**19-934** [1] - 13:18
**19-99000** [1] - 16:20
**19th** [1] - 17:8

**2**

**20** [2] - 1:6, 3:12
**20005** [1] - 2:14
**2010** [2] - 1:6, 3:12
**2015** [3] - 9:4, 9:5, 10:15
**2019** [3] - 1:9, 3:2, 14:21
**208** [1] - 1:21
**2179** [1] - 3:10

**3**

**30** [2] - 8:6, 14:23
**30-day** [1] - 17:12
**30th** [2] - 9:4, 17:13
**3131** [1] - 1:21

**4**

**4** [1] - 11:3

**5**

**500** [1] - 2:18
**5000** [1] - 2:10
**504** [1] - 2:19
**55** [2] - 14:1, 16:12
**57** [2] - 11:3, 14:1
**589-7779** [1] - 2:19

**6**

**61** [3] - 10:25, 11:1, 11:3

**7**

**701** [1] - 2:10
**70130** [1] - 2:19
**70139** [1] - 2:11
**725** [1] - 2:14
**77042** [1] - 1:21

**9**

**90** [2] - 8:5, 14:22
**90-day** [1] - 15:4
**93** [2] - 11:18, 11:20
**94** [1] - 11:19
**96** [3] - 10:24, 11:12, 11:14
**9:30** [1] - 1:9

**A**

**A-gee** [1] - 14:3
**a.m** [1] - 18:17
**A.M** [1] - 1:9
**ability** [2] - 15:15, 19:8
**able** [2] - 6:20, 6:24
**above-entitled** [1] - 19:9
**according** [1] - 5:8
**ACTION** [1] - 1:8
**Action** [4] - 4:2, 4:3

**add** [1] - 5:23
**addition** [2] - 6:12, 13:1
**additional** [2] - 6:13, 13:14
**addressed** [1] - 11:13
**addresses** [2] - 10:24, 18:10
**adjourned** [1] - 18:15
**administrator** [2] - 7:23, 8:2
**advance** [4] - 3:17, 3:20, 7:19, 15:3
**advised** [1] - 18:10
**AG** [1] - 14:3
**AG-gee** [1] - 14:3
**Agee** [1] - 13:19
**Agee's** [1] - 13:22
**ago** [7] - 3:23, 8:14, 9:2, 9:7, 9:8, 11:17, 15:14
**agree** [2] - 11:21, 13:15
**agreed** [1] - 3:22
**agreement** [3] - 6:14, 12:1, 16:9
**ahead** [2] - 3:8, 14:19
**ALISON** [1] - 1:20
**Alison** [2] - 6:6, 6:8
**ALL** [1] - 1:11
**allowed** [1] - 17:12
**Amaro** [2] - 5:12, 5:17
**amended** [1] - 13:12
**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**amount** [1] - 10:14
**AND** [2] - 1:11, 1:12
**Ann** [1] - 12:3
**anther** [1] - 8:6
**Anthony** [1] - 12:11
**appear** [2] - 16:12, 16:18
**appearance** [1] - 6:7
**APPEARANCES** [2] - 1:18, 2:1
**appearing** [1] - 3:24
**applied** [1] - 12:17
**appreciate** [1] - 16:12
**appropriate** [1] - 17:2
**APRIL** [1] - 1:6
**April** [1] - 3:12
**arrive** [1] - 11:9
**Arturo** [1] - 5:14
**assuming** [1] - 11:4
**attention** [1] - 9:20
**attorneys** [1] - 18:6
**available** [1] - 15:8
**aware** [2] - 11:1, 17:16

**B**

**B-275** [1] - 2:18
**BARBIER** [1] - 1:15
**basis** [1] - 5:22
**bearing** [1] - 15:14
**BEFORE** [1] - 1:15
**behalf** [3] - 4:6, 4:10, 6:8
**Bellow** [2] - 13:11, 13:12
**BELO** [9] - 1:11, 3:14, 8:3, 9:11, 9:15, 9:20, 15:15, 15:18, 15:21
**belong** [1] - 10:21
**Ben** [2] - 4:7, 11:1
**best** [1] - 19:8
**better** [1] - 18:13
**blame** [1] - 8:16
**boat** [1] - 6:18
**boats** [1] - 15:2
**BP** [14] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 3:22, 4:10, 6:15, 8:25, 11:9, 11:13, 16:9
**BP's** [1] - 11:14
**BRIARPARK** [1] - 1:21
**Brightwell** [1] - 13:17
**bring** [1] - 9:19
**brings** [1] - 6:2
**broader** [1] - 7:12
**bulk** [2] - 6:3
**BY** [6] - 1:5, 1:20, 2:9, 2:13, 2:21, 2:22

**C**

**CALLED** [1] - 3:4
**cancer** [3] - 10:13, 10:16, 15:20
**care** [1] - 8:18
**CARL** [1] - 1:15
**Case** [16] - 3:10, 5:7, 5:15, 5:16, 12:5, 12:11, 12:16, 13:8, 13:9, 13:10, 13:11, 13:12, 13:17, 13:18, 15:17
**case** [6] - 5:10, 5:13, 12:25, 13:22, 17:17, 18:11
**CASES** [1] - 1:12
**cases** [13] - 3:15, 5:24, 6:3, 10:21, 13:2, 13:3, 14:2, 15:18, 15:20, 15:21, 16:8, 16:18

**CATHY** [1] - 2:17
**Cathy** [2] - 19:3, 19:12
**cathy_Pepper@laed.**
**uscourts.gov** [1] - 2:20
**Cathy_Pepper@laed**
**.uscourts.gov** [1] - 19:14
**CAUSE** [1] - 1:15
**CCR** [2] - 2:17, 19:12
**certainly** [2] - 14:11, 15:8
**CERTIFICATE** [1] - 19:1
**CERTIFIED** [1] - 2:17
**Certified** [3] - 19:3, 19:4, 19:12
**certify** [1] - 19:7
**chambers** [1] - 4:20
**chance** [1] - 13:22
**change** [1] - 18:10
**CHARLES** [1] - 2:9
**checked** [1] - 17:17
**chose** [1] - 9:12
**Civil** [4] - 4:2, 4:3
**CIVIL** [1] - 1:8
**claim** [3] - 8:2, 9:11, 9:20
**claims** [5] - 7:23, 8:2, 11:3, 15:13, 16:11
**CLERK** [4] - 3:7, 3:10, 4:9, 18:16
**clerk** [1] - 11:1
**client** [9] - 4:16, 4:25, 5:3, 5:6, 5:8, 6:24, 7:20, 7:22, 10:16
**clients** [18] - 4:1, 4:13, 4:14, 6:3, 6:17, 7:1, 7:14, 7:16, 8:15, 8:17, 9:9, 9:11, 9:12, 10:17, 10:21, 17:11, 18:7, 18:8
**Cologne** [1] - 12:5
**coming** [1] - 11:10
**communication** [1] - 7:5
**COMPANY** [2] - 2:4
**compensated** [1] - 9:16
**complaint** [7] - 9:24, 10:2, 10:3, 10:5, 10:8, 13:6, 15:3
**complaints** [3] - 9:25, 14:21, 15:15
**complete** [2] - 3:22, 13:5
**compliance** [3] - 16:10, 17:19, 18:13
**compliant** [5] - 3:23, 3:24, 5:3, 11:22,

13:16
**complied** [2] - 6:14, 16:21
**comply** [3] - 14:23, 16:13, 17:13
**COMPUTER** [1] - 2:22
**concluded** [1] - 18:18
**condition** [1] - 15:13
**conditions** [1] - 10:17
**conferred** [2] - 6:11, 11:25
**confirm** [1] - 13:23
**CONNOLLY** [1] - 2:13
**considered** [1] - 14:10
**constantly** [1] - 8:9
**contact** [2] - 7:4, 7:10
**contacted** [2] - 7:6, 15:5
**CONTINUED** [1] - 2:1
**conversations** [1] - 4:22
**cooperating** [1] - 8:16
**CORPORATION** [1] - 2:5
**correct** [5] - 5:9, 7:24, 7:25, 13:20, 19:7
**counsel** [5] - 5:20, 6:11, 6:15, 8:25, 11:13
**couple** [1] - 3:18
**COURT** [33] - 1:1, 2:17, 3:4, 3:8, 3:13, 4:23, 5:3, 5:10, 6:7, 6:10, 7:9, 8:1, 8:22, 8:25, 9:5, 9:7, 10:6, 10:19, 10:24, 11:11, 12:20, 14:5, 14:14, 14:19, 15:23, 15:25, 16:3, 16:6, 16:8, 16:17, 17:18, 17:22, 17:25
**Court** [12] - 3:7, 3:20, 4:19, 4:22, 14:7, 14:18, 15:16, 19:4, 19:5, 19:6, 19:13, 19:14
**court** [1] - 18:15
**Court's** [3] - 6:14, 12:4, 12:5
**courts** [1] - 15:11
**crafted** [1] - 15:19
**Cramer** [1] - 4:2
**created** [1] - 9:1
**criticizing** [1] - 7:17
**CRR** [2] - 2:17, 19:12
**cured** [6] - 4:13, 11:22, 13:3, 13:23, 14:8, 14:10
**cut** [1] - 12:20
**cut-and-paste** [1] -

12:20

# D

**Daniel** [1] - 11:18
**date** [2] - 8:5, 12:9
**David** [2] - 13:11, 13:19
**days** [7] - 3:23, 8:5, 8:6, 11:17, 14:22, 14:23, 16:6
**DC** [1] - 2:14
**deadline** [1] - 15:14
**deadlines** [2] - 9:24, 14:24
**dealt** [3] - 3:18, 17:4, 17:5
**Debra** [1] - 12:4
**decide** [1] - 10:5
**decision** [1] - 10:7
**deem** [1] - 5:3
**deeming** [1] - 3:23
**DEEPWATER** [1] - 1:5
**defendants** [1] - 4:11
**deficient** [4] - 12:6, 12:10, 12:19, 12:24
**Deloree** [1] - 5:1
**Dena** [1] - 13:16
**denied** [1] - 9:18
**Deon** [1] - 12:15
**DEPUTY** [3] - 3:7, 3:10, 18:16
**designed** [1] - 10:13
**despite** [2] - 5:18, 5:19
**detail** [1] - 5:19
**detailed** [1] - 10:12
**determining** [2] - 9:14, 9:19
**devine** [3] - 13:13, 15:25, 17:23
**DEVINE** [1] - 17:24
**different** [1] - 12:21
**difficulties** [1] - 7:5
**Dinnettia** [1] - 13:8
**directed** [1] - 3:14
**disclose** [1] - 10:9
**disclosure** [1] - 14:25
**disclosures** [4] - 3:22, 14:21, 15:3, 15:9
**dismiss** [2] - 12:7, 12:25, 16:10
**dismissal** [3] - 14:2, 16:13, 16:18
**dismissed** [6] - 3:15, 5:11, 5:24, 5:25, 11:2, 14:9
**District** [2] - 19:6, 19:14

**DISTRICT** [3] - 1:1, 1:2, 1:16
**Divine** [2] - 6:6, 6:8
**DIVINE** [12] - 1:20, 6:6, 6:8, 6:11, 7:25, 8:20, 8:24, 9:9, 10:10, 10:23, 11:6, 16:2
**DOCUMENT** [1] - 1:11
**done** [2] - 11:12, 15:3
**Downs** [6] - 3:19, 3:20, 3:24, 4:1, 7:15, 8:10
**DRIVE** [1] - 1:21
**due** [2] - 8:12, 14:22
**duplicated** [1] - 11:19
**duty** [2] - 18:7, 18:8

# E

**Earl** [1] - 13:19
**EASTERN** [1] - 1:2
**Eastern** [1] - 19:6
**Eddie** [1] - 13:17
**effect** [1] - 9:1
**efforts** [3] - 5:18, 5:19, 7:10
**eight** [1] - 8:13
**either** [1] - 16:8
**employee** [1] - 7:6
**entitled** [1] - 19:9
**entries** [1] - 11:20
**Eric** [1] - 13:9
**error** [3] - 11:25, 12:2, 12:13
**ESQUIRE** [3] - 1:20, 2:9, 2:13
**exactly** [1] - 14:14
**exceptions** [2] - 11:21, 11:23
**excuse** [1] - 14:1
**excused** [3] - 4:20, 4:24, 5:21
**excusing** [1] - 3:24
**expedite** [1] - 15:21
**explanation** [1] - 15:2
**EXPLORATION** [1] - 2:6
**extend** [1] - 6:19
**extension** [8] - 6:16, 6:25, 14:17, 14:23, 15:10, 15:22, 17:12
**extensions** [1] - 15:11

# F

**failure** [2] - 3:16, 16:13
**Falcon** [6] - 4:5, 4:6,

4:8, 4:12, 5:8, 17:9
**fall** [1] - 9:16
**February** [1] - 14:21
**fees** [1] - 9:25
**file** [7] - 4:23, 7:24, 8:4, 9:11, 9:25, 10:5, 10:7
**filed** [8] - 3:20, 4:5, 4:23, 6:13, 9:21, 10:2, 10:4, 14:20
**filing** [3] - 8:3, 9:25, 15:3
**filling** [1] - 14:22
**final** [1] - 17:3
**fine** [2] - 16:6, 16:7
**Finklea** [1] - 13:7
**FINKLEA** [1] - 13:8
**FIRM** [1] - 1:20
**firm** [22] - 3:19, 3:20, 3:24, 5:13, 5:21, 6:2, 6:9, 7:15, 7:16, 7:18, 8:10, 8:11, 8:17, 10:22, 11:17, 11:25, 12:8, 13:15, 14:1, 15:12
**Firm** [4] - 4:6, 4:12, 5:13, 5:17
**firms** [2] - 7:14, 17:5
**first** [4] - 10:13, 10:15, 11:12, 13:7
**fisherman** [1] - 16:23
**fishing** [1] - 15:1
**five** [2] - 13:3, 14:24
**fixed** [1] - 12:14
**focused** [2] - 9:20, 15:12
**follows** [1] - 11:23
**FOR** [2] - 1:20, 2:3
**foregoing** [1] - 19:7
**Form** [2] - 12:12, 15:18
**form** [4] - 7:7, 8:20, 9:1, 10:10
**forms** [1] - 12:23
**forth** [1] - 9:19
**forward** [1] - 6:7
**four** [8] - 3:19, 3:21, 3:23, 8:6, 11:2, 11:8, 11:21, 11:23
**FRIDAY** [2] - 1:9, 3:2
**front** [3] - 7:23, 8:2, 8:12
**full** [1] - 3:21
**Fuller** [1] - 13:8
**furnish** [2] - 8:5, 16:25
**furnished** [1] - 7:19

# G

**gee** [2] - 14:3
**general** [1] - 7:18
**Gideon** [2] - 17:11, 17:15
**given** [1] - 15:11
**granted** [1] - 5:22
**group** [1] - 5:12
**guess** [4] - 5:5, 7:9, 11:13, 18:3
**GULF** [1] - 1:6
**Gulf** [1] - 3:11

# H

**handed** [1] - 13:13
**handling** [1] - 8:11
**happy** [1] - 14:17
**hear** [1] - 17:7
**heard** [1] - 4:7
**HEARD** [1] - 1:15
**hearing** [5] - 3:17, 4:20, 14:12, 17:9, 17:11
**HEARING** [1] - 1:15
**helpful** [1] - 14:5
**hereby** [1] - 19:6
**HODGES** [17] - 2:13, 4:10, 5:2, 5:9, 9:4, 9:6, 11:15, 12:22, 14:11, 14:15, 14:20, 15:24, 16:5, 16:7, 16:15, 17:16, 17:21
**Hodges** [4] - 4:10, 16:4, 16:14, 17:14
**HOLDINGS** [1] - 2:7
**Honor** [18] - 4:9, 4:10, 5:9, 6:6, 7:25, 8:20, 8:24, 9:4, 9:9, 10:23, 11:15, 14:15, 14:16, 15:24, 16:2, 16:5, 17:16, 17:24
**HONORABLE** [1] - 1:15
**hoops** [1] - 7:22
**hope** [2] - 18:5, 18:12
**HORIZON** [1] - 1:5
**Horizon"** [1] - 3:11
**HOUSTON** [1] - 1:21
**huge** [1] - 10:14

# I

**impression** [2] - 4:15, 4:19
**IN** [2] - 1:5, 1:6
**INC** [5] - 2:3, 2:4, 2:5,

2:6, 2:8
**includes** [1] - 14:2
**including** [1] - 12:23
**indicate** [1] - 5:7
**indicates** [1] - 12:22
**indicating** [1] - 3:21
**indication** [1] - 15:4
**individual** [2] - 9:22, 9:25
**information** [16] - 6:21, 6:22, 6:25, 7:7, 7:19, 8:5, 8:9, 8:14, 8:23, 10:3, 10:7, 10:8, 10:14, 11:7, 15:6, 16:25
**initial** [4] - 9:15, 14:21, 14:25, 15:4
**initials** [2] - 12:13, 12:19
**inquired** [1] - 4:15
**intended** [3] - 10:15, 15:20, 15:21
**involved** [2] - 15:16, 15:17
**issue** [3] - 7:13, 14:6, 17:2
**issued** [1] - 3:23

**J**

**James** [1] - 13:7
**January** [1] - 9:4
**Javince** [1] - 13:7
**Joki** [1] - 12:15
**Jones** [1] - 12:15
**Jr** [2] - 5:15, 13:20
**JUDGE** [1] - 1:16
**Judge** [4] - 8:6, 9:2, 14:23, 15:18
**JULY** [1] - 1:9, 3:2
**jump** [2] - 7:22
**June** [2] - 13:11, 17:8

**K**

**Keal** [1] - 5:6
**KEAL** [1] - 5:6
**keep** [3] - 18:7, 18:9, 18:10
**KEVIN** [1] - 2:13
**Kevin** [1] - 4:10
**kind** [1] - 14:6
**Knight** [1] - 5:1
**knows** [1] - 7:18

**L**

**LA** [2] - 2:11, 2:19

**Lance** [1] - 12:11
**large** [1] - 7:15
**last** [5] - 6:12, 10:4, 13:15, 17:8, 17:10
**Law** [4] - 4:5, 4:12, 5:12, 5:17
**law** [6] - 3:19, 5:21, 8:17, 10:21, 11:1, 17:4
**LAW** [1] - 1:20, 4:9
**lawsuit** [3] - 7:24, 8:3, 8:4
**lawsuits** [1] - 9:22
**lawyer** [2] - 18:9, 18:10
**leaves** [1] - 10:25
**LeBoeuf** [1] - 13:16
**lengthy** [1] - 15:10
**LEWIS** [1] - 2:8
**LIMITED** [1] - 2:7
**LISKOW** [1] - 2:8
**list** [7] - 3:14, 4:13, 7:2, 10:21, 11:9, 11:24, 12:2
**listed** [2] - 13:2, 13:12
**Louisiana** [2] - 19:5, 19:6
**LOUISIANA** [2] - 1:2, 1:8

**M**

**Management** [1] - 15:17
**manifested** [1] - 10:16
**Martin** [1] - 12:4
**Massey** [1] - 4:1
**massive** [2] - 9:18, 9:23
**materials** [4] - 12:9, 12:10, 13:14, 13:19
**matrix** [1] - 9:16
**matter** [3] - 3:9, 17:6, 19:9
**MDL** [2] - 3:10, 9:17
**MECHANICAL** [1] - 2:21
**meet** [1] - 9:24
**Melann** [1] - 13:16
**Mendoza** [1] - 4:3
**mention** [2] - 5:5, 10:25
**mentioned** [1] - 16:8
**MERIT** [1] - 2:18
**Merit** [2] - 19:4, 19:13
**message** [1] - 18:6
**messages** [1] - 18:6
**MEXICO** [1] - 1:6
**Mexico** [1] - 3:12

**Michael** [1] - 17:11
**mid** [1] - 14:22
**mid-May** [1] - 14:22
**minus** [1] - 11:3
**minute** [2] - 10:4, 11:11
**missing** [1] - 12:13
**month** [2] - 17:8, 18:4
**months** [13] - 7:24, 8:4, 8:7, 8:14, 9:2, 9:7, 14:24, 15:8, 15:9, 16:25
**morning** [4] - 3:8, 4:6, 4:7, 13:13
**most** [1] - 7:14
**motions** [1] - 9:17
**move** [2] - 12:6, 12:25
**moved** [1] - 7:1
**MR** [16] - 4:10, 5:2, 5:9, 9:4, 9:6, 11:15, 12:22, 14:11, 14:15, 14:20, 15:24, 16:5, 16:7, 16:15, 17:16, 17:21
**MS** [12] - 6:6, 6:8, 6:11, 7:25, 8:20, 8:24, 9:9, 10:10, 10:23, 11:6, 16:2, 17:24

**N**

**NATIONS** [1] - 1:20
**Nations** [12] - 6:2, 6:5, 6:9, 7:15, 11:17, 11:25, 12:8, 13:2, 13:15, 14:1, 15:12, 16:9
**Nations'** [1] - 13:4
**nature** [1] - 18:12
**Neal** [1] - 13:9
**need** [3] - 10:6, 12:23, 16:4
**needs** [1] - 7:19
**NEW** [3] - 1:8, 2:11, 2:19
**next** [6] - 5:12, 7:2, 12:19, 16:5, 17:18
**Nguyen** [1] - 16:20
**night** [2] - 6:12, 13:15
**NO** [1] - 1:8
**NOIS** [1] - 9:10
**noncompliance** [1] - 17:1
**noncompliant** [1] - 11:7
**noncooperative** [1] - 5:20
**nonresponsive** [2] -

**4:17, 5:8
NORTH** [4] - 2:4, 2:5, 2:7, 2:8
**note** [2] - 14:16, 15:16
**nothing** [3] - 5:23, 11:4, 11:24
**notice** [1] - 7:24
**number** [6] - 10:20, 11:19, 12:13, 13:22, 16:11
**Number** [24] - 3:10, 4:2, 4:3, 4:4, 5:7, 5:15, 5:16, 12:3, 12:4, 12:5, 12:11, 12:16, 13:8, 13:9, 13:10, 13:11, 13:12, 13:17, 13:18, 18:6
**numbered** [1] - 19:9
**numbers** [4] - 7:16, 11:16, 14:1, 18:11

**O**

**obtain** [1] - 10:3
**obviously** [2] - 7:15, 18:6
**OF** [3] - 1:2, 1:6, 1:15
**Official** [2] - 19:5, 19:13
**OFFICIAL** [1] - 2:17
**offshore** [3] - 6:18, 6:19, 6:21
**often** [1] - 10:12
**Oil** [2] - 3:10, 3:11
**OIL** [2] - 1:5, 1:5
**old** [1] - 12:20
**ON** [1] - 1:6
**once** [3] - 10:3, 17:3, 18:4
**one** [15] - 4:13, 4:15, 4:16, 4:25, 5:2, 5:4, 5:7, 6:20, 10:1, 11:18, 12:24, 16:13, 16:15, 17:6, 17:11
**ONE** [1] - 2:9
**ones** [3] - 10:19, 14:9
**oppose** [2] - 14:16, 15:21
**opposing** [1] - 6:11
**ORDER** [1] - 3:4
**Order** [8] - 3:14, 12:4, 12:6, 12:10, 12:12, 12:16, 13:25, 15:17
**order** [7] - 3:23, 5:10, 5:24, 6:14, 14:6, 15:20, 17:2
**ORLEANS** [3] - 1:8, 2:11, 2:19
**outlined** [1] - 5:18

**own** [1] - 15:19

**P**

**pages** [1] - 12:13
**particularly** [1] - 18:11
**parties** [1] - 12:24
**paste** [1] - 12:20
**patients** [1] - 10:13
**pay** [1] - 9:25
**Pellegrin** [1] - 12:11
**people** [4] - 9:13, 9:21, 11:5, 18:1
**Pepper** [3] - 19:3, 19:11, 19:12
**PEPPER** [1] - 2:17
**perhaps** [1] - 12:14
**period** [3] - 8:1, 15:4, 18:12
**periods** [1] - 6:19
**personally** [1] - 7:17
**pertains** [1] - 17:9
**phone** [1] - 18:10
**physical** [1] - 15:13
**plaintiff** [2] - 11:18, 12:15
**Plaintiff** [1] - 15:18
**PLAINTIFFS** [1] - 1:20
**Plaintiffs** [1] - 12:12
**plaintiffs** [20] - 3:14, 3:19, 3:24, 5:14, 5:20, 6:4, 6:9, 6:13, 11:2, 11:18, 11:20, 11:22, 11:23, 12:1, 12:8, 13:15, 14:17, 14:20, 15:5, 16:19
**plaintiffs'** [1] - 16:11
**plus** [1] - 8:7
**point** [2] - 9:18, 15:12
**pointed** [1] - 16:24
**position** [1] - 11:14
**possible** [3] - 7:1, 9:22, 13:23
**POYDRAS** [2] - 2:10, 2:18
**PPF** [3] - 8:20, 10:1, 10:10
**PPFs** [2] - 6:12, 11:8
**precise** [1] - 16:11
**prejudice** [3] - 3:16, 5:11, 6:1
**prepare** [2] - 15:9, 15:15
**preparing** [1] - 15:17
**present** [1] - 6:15
**presumably** [1] - 8:3
**primarily** [1] - 7:14
**priority** [1] - 9:24
**problem** [1] - 14:8

problems [1] - 8:10
PROCEEDINGS [3] -
1:15, 2:21, 3:1
proceedings [2] -
18:17, 19:9
process [5] - 7:21,
9:13, 9:15, 10:1
produce [1] - 8:9
PRODUCED [1] - 2:22
production [1] - 16:22
PRODUCTION [2] -
2:3, 2:6
PRODUCTS [1] - 2:8
Profile [2] - 12:12,
15:18
progress [1] - 18:13
pronounced [1] - 14:3
prosecute [1] - 3:16
provide [1] - 15:9
provided [3] - 3:21,
12:9, 15:6
pursue [1] - 9:11
put [6] - 9:1, 9:14,
10:1, 10:13, 10:15,
14:6

**Q**

questions [3] - 8:21,
10:10, 10:17

**R**

Ramirez [2] - 5:15,
5:25
rather [2] - 8:12, 8:23
re [1] - 3:10
RE [1] - 1:5
reached [1] - 4:12
read [1] - 13:6
really [1] - 18:5
REALTIME [1] - 2:17
Realtime [2] - 19:3,
19:12
reasons [2] - 5:5,
17:12
receive [1] - 17:3
received [9] - 3:16,
11:6, 11:8, 11:24,
13:14, 13:19, 13:21,
14:22, 17:14
reconsideration [1] -
9:18
record [2] - 13:6,
17:12, 19:8
RECORDED [1] - 2:21
records [1] - 13:5
referenced [1] - 4:25

regarding [1] - 6:16
Registered [1] - 19:3
REGISTERED [1] -
2:18
registered [1] - 19:13
RELATES [1] - 1:11
released [1] - 12:23
relevant [1] - 10:17
remain [1] - 12:6
Renee [1] - 13:10
repeated [2] - 5:18,
5:19
REPORTER [3] - 2:17,
2:17, 2:18
Reporter [7] - 19:3,
19:4, 19:5, 19:12,
19:13, 19:13
REPORTER'S [1] -
19:1
represent [2] - 4:18,
4:22
represents [1] - 6:4
request [4] - 5:22,
6:25, 14:17, 15:22
requested [1] - 6:16
require [1] - 10:9
required [1] - 16:22
requirements [1] -
18:14
resolved [2] - 5:1, 5:2
respect [2] - 7:9,
16:19
respectfully [1] - 6:25
respond [1] - 8:18
response [11] - 4:5,
4:24, 5:4, 5:17, 5:19,
6:13, 10:24, 11:4,
11:12, 13:13
responses [1] - 3:17
responsibility [1] -
18:9
restrictions [1] - 15:7
review [1] - 13:22
reviewed [2] - 14:4,
16:16
RIG [1] - 1:5
Rig [1] - 3:11
rise [2] - 3:7, 18:16
RMR [2] - 2:17, 19:12
Roberto [1] - 5:15
roll [1] - 14:13
Ronnie [1] - 11:18
ROOM [1] - 2:18
roughly [1] - 16:12
run [1] - 8:9

**S**

s/Cathy [1] - 19:11

sea [1] - 16:24
second [2] - 4:15,
6:24
see [2] - 17:4, 18:1
seeing [2] - 7:13, 18:4
seek [1] - 8:22
seeking [1] - 8:14
seriously [1] - 18:5
session [1] - 3:7
seven [3] - 7:1, 15:10,
16:6
seven-week [1] -
15:10
several [2] - 3:16,
11:17
Sharrel [1] - 13:8
SHELL [1] - 2:9
Shepheard [1] - 12:3
Show [7] - 3:14, 12:4,
12:5, 12:10, 12:12,
12:16, 13:25
SHOW [1] - 1:15
show [7] - 3:15, 3:19,
5:13, 6:4, 7:2, 13:5,
17:9
shown [1] - 16:21
shrimp [1] - 6:18
shrimping [1] - 6:18
sides [1] - 15:19
signature [2] - 12:18,
12:21
signatures [2] - 6:23,
12:17
signed [1] - 12:22
Sims [1] - 4:3
single [1] - 9:25
six [6] - 6:22, 7:24,
8:4, 8:7, 8:13, 13:3
Smith [1] - 13:9
smoke [2] - 10:11,
10:12
smoked [1] - 10:11
Sokhorn [1] - 5:6
SOKHORN [1] - 5:6
someone [3] - 12:17,
12:18, 12:22
SPC [1] - 15:13
speaking [2] - 6:17,
7:6
specifically [1] - 17:17
specified [1] - 15:13
spectators [1] - 18:2
SPILL [1] - 1:5
Spill [1] - 3:11
SQUARE [1] - 2:9
ST [1] - 2:14
standards [1] - 15:11
stands [1] - 18:15
start [1] - 10:20

State [1] - 19:4
statement [1] - 7:18
States [2] - 19:5,
19:14
STATES [2] - 1:1, 1:16
status [2] - 4:18,
13:25
STENOGRAPHY [1] -
2:21
Stephanie [1] - 12:3
STREET [2] - 2:10,
2:18
subject [3] - 14:2,
16:12, 16:18
submission [10] -
11:17, 12:9, 13:2,
13:4, 14:7, 14:12,
16:4, 16:9, 17:3,
17:19
submissions [2] -
15:13, 15:19
submit [3] - 14:25,
16:4, 16:5
submitted [2] - 7:8,
11:9, 12:12
submitting [1] - 6:12
substantively [1] -
12:24
SUITE [2] - 1:21, 2:10
supplemental [2] -
14:7, 16:4

**T**

task [1] - 9:19
ten [2] - 8:7, 8:13
terms [1] - 18:13
Terrance [1] - 13:10
THE [39] - 1:5, 1:6,
1:15, 1:20, 3:7, 3:8,
3:10, 3:13, 4:9, 4:23,
5:3, 5:10, 6:7, 6:10,
7:9, 8:1, 8:22, 8:25,
9:5, 9:7, 10:6, 10:19,
10:24, 11:11, 12:20,
14:5, 14:14, 14:19,
15:23, 15:25, 16:3,
16:6, 16:8, 16:17,
17:18, 17:22, 17:25,
18:16
therefore [2] - 9:20,
9:23
third [1] - 12:23
THIS [1] - 1:11
thousands [1] - 9:12
three [1] - 13:14
Tim [1] - 4:6
TO [2] - 1:11, 3:4
today [12] - 3:17, 3:21,

3:25, 11:9, 14:14,
16:9, 16:10, 16:22,
17:2, 17:13, 17:20,
18:2
together [2] - 10:14,
10:15
took [2] - 10:4, 15:19
total [1] - 14:1
touch [2] - 18:7, 18:9
Tran [2] - 13:10, 16:20
TRANSCRIPT [2] -
1:15, 2:21
transcript [1] - 19:7
transit [2] - 13:21,
16:15
translator [1] - 7:5
triggers [1] - 10:3
true [1] - 19:7
two [18] - 3:23, 4:13,
4:14, 5:13, 5:14,
5:24, 6:16, 7:9, 7:14,
11:23, 12:1, 12:8,
13:15, 14:17, 14:20,
16:13, 16:19, 18:6
TX [1] - 1:21
type [3] - 7:19, 10:8,
10:15

**U**

unable [2] - 6:23, 7:7
unaware [1] - 4:15
under [3] - 4:19, 9:16,
9:17
understood [1] - 9:17
undertaking [1] - 9:23
undressed [1] - 10:25
United [2] - 19:5,
19:14
UNITED [2] - 1:1, 1:16
unless [1] - 17:6
up [4] - 6:11, 8:12,
10:4, 11:11
updated [1] - 11:16

**V**

Vargas [2] - 5:14, 5:25
Vichet [1] - 13:10
Vietnamese [2] - 6:17,
7:6
Vietnamese-
speaking [2] - 6:17,
7:6
voluntarily [1] - 11:2

| W |
|---|

**wait** [1] - 8:8
**WASHINGTON** [1] - 2:14
**week** [3] - 13:4, 15:10, 16:5
**weeks** [3] - 6:23, 7:1, 16:24
**WHEREUPON** [1] - 18:17
**Wilbon** [1] - 13:17
**Wilkinson** [4] - 8:6, 9:2, 14:23, 15:18
**WILLIAMS** [1] - 2:13
**Williams** [1] - 13:10
**WILMORE** [1] - 2:9
**words** [2] - 8:13, 16:9
**written** [4] - 3:17, 5:4, 5:17, 5:19

| Y |
|---|

**years** [2] - 9:8, 15:14
**yesterday** [2] - 4:12, 11:8
**Young** [1] - 11:18

| " |
|---|

**"Deepwater** [1] - 3:11

*OFFICIAL TRANSCRIPT*