**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>*Claims In Pleading Bundle B3* | MDL NO. 2179 :<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**BP'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS SUMMARY JUDGMENT MOTION ON B3 CLAIMS RELEASED UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT**

BP Exploration & Production Inc and BP America Production Company (together, "BP"), through their undersigned counsel, respectfully move this Court for a seven-day extension of time to file its motion for summary judgment on claims that certain B3 plaintiffs have released pursuant to the Medical Benefits Class Action Settlement Agreement (the "MSA"). In support of this motion, BP states as follows:

1. On July 17, 2019, this Court held a status conference to address future case management of the remaining cases in the B3 pleading bundle. (Rec. Doc. 25858.)

2. At the status conference, BP raised with the Court a proposed protocol for addressing claims of certain remaining B3 plaintiffs whom BP in good faith believes are or appear to be members of the MSA class and have released their claims against BP under the MSA. BP suggested that this protocol may involve a "show cause" process, whereby "BP would provide information identifying the plaintiffs it believes are MSA class members and the basis for that belief," and "[t]he identified plaintiffs would then be required to demonstrate that they are not MSA class members whose claims have been released." (BP's Proposals for Future Case Management of the B3 Bundle, Rec. Doc. 25835, at 3.)

3. On July 18, 2019, the Court issued a Minute Order in which it directed BP to "file a motion for summary judgment" against those plaintiffs whom "BP believes are members of the Medical Benefits Settlement Class and have released their claims under the Medical Benefits Class Action Settlement Agreement" by Wednesday, July 24, 2019. The Court ordered plaintiffs to respond to BP's summary judgment motion by Wednesday, August, 7, 2019. (7/18/19 Order, Rec. Doc. 25858 at 2.)

4. To ensure that it has sufficient time to comply with the Court's direction to file a motion for summary judgment with respect to the released claims, BP respectfully requests an extension of time of seven days, or until July 31, 2019, to file its summary judgment motion. BP suggests that plaintiffs' response to BP's motion would similarly be extended by seven days, or until August 14, 2019.

WHEREFORE, BP respectfully requests that this Court enter an order (1) extending the time for BP to file a summary judgment motion on B3 claims that have been released under the MSA by seven days, to July 31, 2019; and (2) similarly extending the time for plaintiffs to respond to BP's motion by seven days, to August 14, 2019.

July 23, 2019

Respectfully submitted,

/s/ *Don K. Haycraft*

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Matthew T. Regan, P.C.
A. Katrine Jakola, P.C.
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP America Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of July 2019.

/s/*Don K. Haycraft*