# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

**Applies to: 12-cv-968: BELO**

**Relates to:**

**MDL NO. 2179**

**SECTION: J**

**JUDGE BARBIER**

**MAGISTRATE JUDGE WILKINSON**

| | | | | | |
|---|---|---|---|---|---|
| 18-14310 | 18-14256 | 19-01057 | 19-01160 | 19-01405 | 19-01586 |
| 18-10505 | 18-14321 | 19-01058 | 19-01161 | 19-01406 | 19-01589 |
| 18-10991 | 19-00891 | 19-01068 | 19-01246 | 19-01455 | 19-01591 |
| 18-12110 | 19-00894 | 19-01070 | 19-01256 | 19-01460 | 19-01598 |
| 18-12180 | 19-00904 | 19-01071 | 19-01261 | 19-01462 | 19-01603 |
| 18-12693 | 19-00920 | 19-01076 | 19-01269 | 19-01467 | 19-01620 |
| 18-13482 | 19-00934 | 19-01089 | 19-01274 | 19-01468 | 19-01621 |
| 18-14182 | 19-00938 | 19-01090 | 19-01275 | 19-01469 | 19-01623 |
| 18-14184 | 19-00944 | 19-01094 | 19-01276 | 19-01482 | 19-01625 |
| 18-14187 | 19-00954 | 19-01099 | 19-01299 | 19-01483 | 19-01628 |
| 18-14188 | 19-00957 | 19-01104 | 19-01303 | 19-01489 | 19-01630 |
| 18-14189 | 19-00963 | 19-01109 | 19-01312 | 19-01491 | 19-01632 |
| 18-14190 | 19-00972 | 19-01111 | 19-01315 | 19-01510 | 19-01633 |
| 18-14191 | 19-00974 | 19-01112 | 19-01319 | 19-01516 | 19-01635 |
| 18-14193 | 19-00977 | 19-01114 | 19-01323 | 19-01517 | 19-01639 |
| 18-14194 | 19-00979 | 19-01116 | 19-01324 | 19-01518 | 19-01641 |
| 18-14216 | 19-00999 | 19-01118 | 19-01361 | 19-01523 | 19-01663 |
| 18-14217 | 19-01001 | 19-01121 | 19-01363 | 19-01528 | 19-01665 |
| 18-14219 | 19-01002 | 19-01124 | 19-01369 | 19-01530 | 19-01667 |
| 18-14222 | 19-01004 | 19-01125 | 19-01373 | 19-01534 | 19-01677 |
| 18-14224 | 19-01006 | 19-01128 | 19-01379 | 19-01537 | 19-01678 |
| 18-14226 | 19-01019 | 19-01132 | 19-01382 | 19-01559 | 19-01680 |
| 18-14233 | 19-01029 | 19-01137 | 19-01391 | 19-01560 | 19-01684 |
| 18-14234 | 19-01041 | 19-01141 | 19-01394 | 19-01561 | |
| 18-14235 | 19-01043 | 19-01146 | 19-01395 | 19-01580 | |
| 18-14253 | 19-01053 | 19-01148 | 19-01397 | 19-01581 | |
| 18-14254 | 19-01055 | 19-01155 | 19-01404 | 19-01583 | |

## THE BP PARTIES' SUPPLEMENTAL REPORT

On July 9, 2019, the Court issued an Order to Show Cause with respect to 165 BELO Plaintiffs ("Show Cause Order," Rec. Doc. 25811). The plaintiffs subject to the Show Cause Order had failed to provide full and complete initial disclosures by the initial 90-day deadline set by BELO Case Management Order No. 1, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. The Court ordered counsel for the 165 plaintiffs identified in the Show Cause Order to appear at a Show Cause Hearing on Friday, July 19, 2019, and show cause why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). The Court further ordered that plaintiffs' counsel file a written response no later than Wednesday, July 17, 2019, by 5 PM CDT.

Pursuant to the Court's July 19, 2019 Order (Rec. Doc. 25871), the BP Parties provide this supplemental report identifying the Nations plaintiffs who the parties agree are compliant as of July 19, 2019, as well as the Nations plaintiffs that the BP Parties contend are subject to dismissal.[1] *Id*.

The Court's July 19, 2019 Order also directed the BP Parties to indicate whether Plaintiff Michael Gideon (No. 18-14310, represented by the Falcon Law Firm), who was granted a 30-day extension during the June 19, 2019 Show Cause Hearing, had complied by the extended deadline. *Id.* The BP Parties report that Mr. Gideon did comply with his disclosure obligations by the extended deadline of July 19, 2019, and the BP Parties do not move for dismissal of his lawsuit at this time.

---

[1] The Nations Law Firm ("Nations") represents 157 plaintiffs identified in the Show Cause Order.

## I. Nations' Plaintiffs Who Have Provided Full and Complete Disclosures.

The following 98 Nations plaintiffs subject to the July 19, 2019 Show Cause Hearing have submitted full and complete disclosures as of July 19, 2019, and therefore the Show Cause Order has been satisfied with respect to these plaintiffs:

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 4[2] | 18-12693 | Richardson, Kenneth Wayne | The Nations Law Firm |
| 6 | 18-14184 | Harris, Stephanie Nicole | The Nations Law Firm |
| 7 | 18-14187 | Koenig, Jeremy Jason | The Nations Law Firm |
| 8 | 18-14188 | Lampe, Shirley Ann | The Nations Law Firm |
| 12 | 18-14193 | Wiggerfall, Antwon Mikel | The Nations Law Firm |
| 14 | 18-14216 | Alexander, Brandon James | The Nations Law Firm |
| 19 | 18-14234 | Wilson, Lamont Nicklaus | The Nations Law Firm |
| 21 | 18-14253 | Leboeuf, Dena Melann | The Nations Law Firm |
| 22 | 18-14254 | Lilly, Patrick Anthony | The Nations Law Firm |
| 23 | 18-14256 | McGhee, James Nathan Jr. | The Nations Law Firm |
| 24 | 18-14321 | Koenig, Jeremy Jason Sr | The Nations Law Firm |
| 30 | 18-12110 | Moore, Steven Andrew | The Nations Law Firm |
| 31 | 18-13482 | Livingston, Jamil Marquis | The Nations Law Firm |
| 32 | 18-14226 | Taranto, Richard John, Jr | The Nations Law Firm |
| 33 | 18-14233 | Williams, Patricia A | The Nations Law Firm |
| 36 | 19-00891 | Allen, Semikalove Almalethia | The Nations Law Firm |
| 37 | 19-00894 | Allison, William Thomas | The Nations Law Firm |
| 39 | 19-00920 | Berry, Tammie Denelle | The Nations Law Firm |
| 40 | 19-00934 | Brightwell, Eddie Wilbon | The Nations Law Firm |
| 41 | 19-00938 | Burrell, Cleophas | The Nations Law Firm |
| 42 | 19-00944 | Chambers, Daniel Wesley | The Nations Law Firm |
| 44 | 19-00957 | Dixon, Howard Wayne | The Nations Law Firm |
| 45 | 19-00963 | Pellegrin, Lee John | The Nations Law Firm |
| 46 | 19-00972 | Rembert, Antonio Demetric | The Nations Law Firm |
| 47 | 19-00974 | Rhodes, Marcus Deon | The Nations Law Firm |
| 49 | 19-00979 | Rooney, Terri Lynn | The Nations Law Firm |
| 51 | 19-01001 | Sanders, Sherri Lynn | The Nations Law Firm |
| 53 | 19-01004 | Schwendeman, Glenda Lee | The Nations Law Firm |
| 54 | 19-01006 | Smith, Antonio DeShawn | The Nations Law Firm |
| 56 | 19-01019 | Carmadelle, Anthony Joseph | The Nations Law Firm |
| 58 | 19-01041 | Finklea, James Javince | The Nations Law Firm |

---

[2] This chart, and all other charts included in this Supplemental Report, incorporates the numbering of the Plaintiffs from the Show Cause Order.

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
| --- | --- | --- | --- |
| 61 | 19-01055 | Huynh, Minh Cong | The Nations Law Firm |
| 63 | 19-01058 | Jefferson, Danielle Lachandra | The Nations Law Firm |
| 64 | 19-01068 | Ledbetter, Kyle Allen | The Nations Law Firm |
| 66 | 19-01071 | Lindsey, Vanessa Fay | The Nations Law Firm |
| 68 | 19-01089 | Parker, Derek Trendelle | The Nations Law Firm |
| 69 | 19-01090 | Parmar, Mina Golemon | The Nations Law Firm |
| 71 | 19-01099 | Marshall, Emmanuel Maurice | The Nations Law Firm |
| 72 | 19-01104 | Sellers, Aaron Lavon | The Nations Law Firm |
| 73 | 19-01109 | Tan, Vichet | The Nations Law Firm |
| 75 | 19-01112 | Williams, Terrance Renee | The Nations Law Firm |
| 79 | 19-01121 | Washington, Kenneth Tremaine | The Nations Law Firm |
| 81 | 19-01125 | Tolbert, Alan Clay | The Nations Law Firm |
| 82 | 19-01128 | Nguyen, Toan | The Nations Law Firm |
| 85 | 19-01141 | Stouder, Frank Jay III | The Nations Law Firm |
| 86 | 19-01146 | McCants, Robert | The Nations Law Firm |
| 90 | 19-01161 | Myers, Erica Lynette | The Nations Law Firm |
| 91 | 19-01246 | Agee, David Earl Jr. | The Nations Law Firm |
| 92 | 19-01256 | Bellow, David June | The Nations Law Firm |
| 94 | 19-01269 | Evans, Lester James Jr | The Nations Law Firm |
| 95 | 19-01274 | Fairley, Natalie Resha | The Nations Law Firm |
| 96 | 19-01275 | Farac, Joseph Anthony | The Nations Law Firm |
| 98 | 19-01299 | Gardner, Mortagus Renard | The Nations Law Firm |
| 99 | 19-01303 | Harris, Robert Anthony | The Nations Law Firm |
| 100 | 19-01312 | Mike, Desiree Anise | The Nations Law Firm |
| 102 | 19-01319 | Landry, Herman Mark | The Nations Law Firm |
| 103 | 19-01323 | Kirkland, Robert Mann, III | The Nations Law Firm |
| 104 | 19-01324 | Keys, Niiesha Sharmane | The Nations Law Firm |
| 107 | 19-01369 | Smith, Eric Neal | The Nations Law Firm |
| 109 | 19-01379 | Walker, Aaron | The Nations Law Firm |
| 110 | 19-01382 | Young, Ronnie Daniel | The Nations Law Firm |
| 111 | 19-01391 | Buckley, Charles Edward | The Nations Law Firm |
| 113 | 19-01395 | Chrisco, Stephen Joseph | The Nations Law Firm |
| 115 | 19-01404 | Geraci, Stacey John | The Nations Law Firm |
| 118 | 19-01455 | Adams, Christopher Jacob | The Nations Law Firm |
| 119 | 19-01460 | Cosby, Ira Doyle Sr. | The Nations Law Firm |
| 120 | 19-01462 | Picquet III, Eugene Joseph | The Nations Law Firm |
| 121 | 19-01467 | Sellers, Charles Len | The Nations Law Firm |
| 122 | 19-01468 | Roberts, Samuel Auguste | The Nations Law Firm |
| 123 | 19-01469 | Punch, Timmy Joseph | The Nations Law Firm |
| 124 | 19-01482 | Snyder Jr., John Richard | The Nations Law Firm |
| 125 | 19-01483 | Sharp, Austin David | The Nations Law Firm |

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
| --- | --- | --- | --- |
| 126 | 19-01489 | Lirette, Ramsey Paul | The Nations Law Firm |
| 127 | 19-01491 | Kibodeaux, Susan Elizabeth Heath | The Nations Law Firm |
| 129 | 19-01516 | Verdin, Stacey Lynn | The Nations Law Firm |
| 130 | 19-01517 | Vicknair, Steven Charles | The Nations Law Firm |
| 131 | 19-01518 | Waller, Cynthia Conti | The Nations Law Firm |
| 134 | 19-01530 | Jenkins, Robert Hosia | The Nations Law Firm |
| 135 | 19-01534 | Quarterman, Rudolph Valentino III | The Nations Law Firm |
| 137 | 19-01559 | Stanfield, Grace Verdin | The Nations Law Firm |
| 139 | 19-01561 | Russ, Eddie Charles | The Nations Law Firm |
| 140 | 19-01580 | Acosta, Benny James | The Nations Law Firm |
| 141 | 19-01581 | Adams, Matthew Paul | The Nations Law Firm |
| 142 | 19-01583 | Alfonso, Jacques Anthony | The Nations Law Firm |
| 143 | 19-01586 | Allen, James Lloyd | The Nations Law Firm |
| 145 | 19-01591 | Bishop, Vernon Oneal, Jr., | The Nations Law Firm |
| 146 | 19-01598 | Campbell, Reco Jermaine | The Nations Law Firm |
| 147 | 19-01603 | Cole, Salathel Romeros | The Nations Law Firm |
| 150 | 19-01623 | Henley, Mary Angela | The Nations Law Firm |
| 153 | 19-01630 | Fuller, Dinnettia Sharrel | The Nations Law Firm |
| 156 | 19-01635 | Davis, Dale Alan | The Nations Law Firm |
| 158 | 19-01641 | Craft, Charles Edward | The Nations Law Firm |
| 159 | 19-01663 | Marion, Johnnie | The Nations Law Firm |
| 160 | 19-01665 | Mackey, Marilyn Brown | The Nations Law Firm |
| 161 | 19-01667 | Lewis, Thomas Jerome | The Nations Law Firm |
| 162 | 19-01677 | Morrisette, Mario Dontele | The Nations Law Firm |
| 163 | 19-01678 | Morel, Steven Anthony | The Nations Law Firm |
| 164 | 19-01680 | Owens, Lyksha Lynn | The Nations Law Firm |

**II.  Nations' Plaintiffs Subject to Dismissal.**

The following 54 Nations plaintiffs subject to the July 19, 2019 Show Cause Hearing did *not* submit full and complete disclosures as of July 19, 2019. The BP Parties move that these cases be dismissed with prejudice.

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
| --- | --- | --- | --- | --- |
| 1 | 18-10505 | Carden, Paul Anthony | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or |

5

|   | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
|   |   |   |   | initials copied and pasted |
| 2 | 18-10991 | Black, Charles Leonard | The Nations Law Firm | Missing signed PPF and authorizations |
| 3 | 18-12180 | Balkcom, James Ellis Jr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 5 | 18-14182 | Sayles, Walter Lee, III | The Nations Law Firm | No production |
| 9 | 18-14189 | McCovery, Ervin Alfred | The Nations Law Firm | No production |
| 10 | 18-14190 | Stephenson, Tammy Andrew | The Nations Law Firm | No production |
| 11 | 18-14191 | Walker, Katheryn Louise | The Nations Law Firm | No production |
| 13 | 18-14194 | Williams, Reginald Devane | The Nations Law Firm | No production |
| 16 | 18-14219 | Jones, Joki Deon | The Nations Law Firm | Invalid signatures on PPF and authorizations[3] |
| 17 | 18-14222 | Krivijanick, Audie Santoluquid | The Nations Law Firm | No production |
| 18 | 18-14224 | Slater, Kimaya Deshay | The Nations Law Firm | No production |
| 20 | 18-14235 | Dao, Sen Thi Mai | The Nations Law Firm | No production |
| 38 | 19-00904 | Anderson, Cheryl Sip | The Nations Law Firm | No production |
| 43 | 19-00954 | Dennis, Karen Jerraine | The Nations Law Firm | No production |
| 48 | 19-00977 | Robinson, Robert | The Nations Law Firm | No production |
| 50 | 19-00999 | Nguyen, Xuong Van | The Nations Law Firm | No production[4] |
| 52 | 19-01002 | Sarisun, Jaruwan | The Nations Law Firm | No production |
| 57 | 19-01029 | Ely, Donavette Maria | The Nations Law Firm | No production |
| 59 | 19-01043 | Giuffria, Marshall Sturges | The Nations Law Firm | No production |
| 62 | 19-01057 | Janey, Teresa Rachele | The Nations Law Firm | No production |

---

[3]  In its July 17, 2019 Response to the Show Cause Order (Rec. Doc. 25856), the Nations Firm identified Plaintiff Joki Deon Jones as having provided full and complete disclosures. However, the Plaintiff Profile Form and authorizations provided for this Plaintiff were deficient because they reflected that Plaintiff had not personally signed these documents. Rather, a third party with the initials "A.R.R." signed Plaintiff's name to these documents.

[4]  The Court denied Nations' request for extension of time to provide initial disclosures for Plaintiff Xuong Van Nguyen.

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 65 | 19-01070 | Jones, Harrison Jr. | The Nations Law Firm | No production |
| 70 | 19-01094 | Ly, Tai Cong | The Nations Law Firm | No production |
| 74 | 19-01111 | Stallworth, Reginald | The Nations Law Firm | No production |
| 76 | 19-01114 | Wilkerson, Johnnie Edwards | The Nations Law Firm | No production |
| 77 | 19-01116 | White, Marcus Jr. | The Nations Law Firm | No production |
| 78 | 19-01118 | Weaver, Ernest Charles Jr | The Nations Law Firm | No production |
| 83 | 19-01132 | Myers, Maleshia Janell | The Nations Law Firm | No production |
| 84 | 19-01137 | Tatum, Isiah Elijah | The Nations Law Firm | No production |
| 87 | 19-01148 | McKinnis, Uesamah Qahir Traylor | The Nations Law Firm | No production |
| 88 | 19-01155 | Moore, Elton Rockie | The Nations Law Firm | No production |
| 89 | 19-01160 | Moton, Sabrina Shanta | The Nations Law Firm | No production |
| 97 | 19-01276 | Farrar, Lourinda Paulette | The Nations Law Firm | No production |
| 101 | 19-01315 | McFarlin, Jason Lamar | The Nations Law Firm | No production |
| 105 | 19-01361 | Raum, Elizabeth Sue | The Nations Law Firm | No production |
| 106 | 19-01363 | Robichaux, David Adam | The Nations Law Firm | No production |
| 108 | 19-01373 | Tran, Hung Phuoc | The Nations Law Firm | No production[5] |
| 112 | 19-01394 | Chauvin, Tyler Joseph | The Nations Law Firm | No production |
| 114 | 19-01397 | Cologne, Debra Martin | The Nations Law Firm | No production[6] |
| 116 | 19-01405 | Jones Jr., Luther Richard | The Nations Law Firm | No production |
| 117 | 19-01406 | Leblanc, Keaton James | The Nations Law Firm | No production |
| 128 | 19-01510 | Brown, Carlton Elliott | The Nations Law Firm | No production |
| 132 | 19-01523 | English, Marcus Lakeith | The Nations Law Firm | No production |
| 133 | 19-01528 | Matthews, Errjay | The Nations Law Firm | No production |
| 136 | 19-01537 | Pellegrin Jr., Carl Joseph | The Nations Law Firm | No production |
| 138 | 19-01560 | Shepheard, Stephanie Ann | The Nations Law Firm | No production[7] |

---

[5]   The Court denied Nations' request for extension of time to provide initial disclosures for Plaintiff Hung Phuoc Tran.

[6]   Nations' Response to the Show Cause Order identified Plaintiff Debra Martin Cologne as having provided full and complete disclosures. However, Nations acknowledged via email to counsel for the BP Parties on July 18, 2019 that materials for this plaintiff had not been submitted.

[7]   Nations' Response to the Show Cause Order identified Plaintiff Stephanie Ann Shepheard having provided full and complete disclosures. However, Nations acknowledged via

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 144 | 19-01589 | Biggs, Chasity Lasha | The Nations Law Firm | No production |
| 148 | 19-01620 | Kiefer, Robert Joseph | The Nations Law Firm | No production |
| 149 | 19-01621 | Johnson, Michael Terrand | The Nations Law Firm | No production |
| 151 | 19-01625 | Hall, Xavier Orenthal | The Nations Law Firm | No production |
| 152 | 19-01628 | Furby, Justin Robert | The Nations Law Firm | No production |
| 154 | 19-01632 | Easley, Jason Len | The Nations Law Firm | No production |
| 155 | 19-01633 | DeMuro, Donald David III | The Nations Law Firm | No production |
| 157 | 19-01639 | Compton, Bryant Scott | The Nations Law Firm | No production |
| 165 | 19-01684 | Pellegrin, Lance Anthony | The Nations Law Firm | PPF missing initials on four pages[8] |

### III.  Additional Nations Plaintiffs.

The following five Nations Plaintiffs subject to the July 19, 2019 Show Cause Hearing voluntarily dismissed their cases in advance of the July 19, 2019 Show Cause Hearing:

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 15 | 18-14217 | Anderson, Darrell Ray | The Nations Law Firm |
| 60 | 19-01053 | Huynh, Lam Than Huynh | The Nations Law Firm |
| 67 | 19-01076 | Jones, Walter Edward | The Nations Law Firm |
| 80 | 19-01124 | Tran, Nhe | The Nations Law Firm |
| 93 | 19-01261 | Bui, Sang Thanh | The Nations Law Firm |

---

email to counsel for the BP Parties on July 18, 2019 that materials for this plaintiff had not been submitted.

[8]  Nations' Response to the Show Cause Order identified Plaintiff Lance Anthony Pellegrin as having provided full and complete disclosures.  However, his Plaintiff Profile Form is missing initials on multiple pages and remains deficient.

July 23, 2019

                                  Respectfully submitted,

          */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

          */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

          */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & T.
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

          */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

        *ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
               *AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of July 2019.

                                                */s/ Don K. Haycraft*
                                                Don K. Haycraft