UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| **This Document Relates to:** *All Claims In Pleading Bundle B3* | * * | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the motion of Defendant BP America Production Inc.'s and BP Exploration & Production Inc.'s (together, "BP") Motion for an Extension of Time to File Its Summary Judgment Motion on B3 Claims Released Under the Medical Benefits Class Action Settlement Agreement, it is HEREBY ORDERED that:

1. BP's motion is granted;

2. The deadline for BP to file its summary judgment motion regarding plaintiffs whom BP believes are members of the Medical Benefits Settlement Class is extended by seven days, or until July 31, 2019;

3. The deadline for plaintiffs' response to BP's summary judgment motion is extended by seven days, or until August 14, 2019.

New Orleans, Louisiana this 24th day of July, 2019.

_____
United States District Judge