# Exhibit B – Reserve Claims

| Reference Number | New Class Claimant ID | Subclaim ID |
|---|---|---|
| 127254 | 4F823211E8 | 1 |
| 127308 | C141102A1D | 1 |
| 129987 | 6A88D05836 | 1 |
| 131279 | 5BE28E53EF | 1 |
| 137475 | C4049E584B | 1 |
| 138256 | 3EF410518B | 1 |
| 138588 | 8102955D65 | 1 |
| 235731 | 362640DF90 | 1 |
| 235731 | 362640DF90 | 2 |
| 235783 | 82A54FF466 | 1 |
| 236940 | EED09EECE2 | 2 |
| 237507 | E4E2843D37 | 1 |
| 237559 | 1C3DB40BC9 | 1 |
| 237559 | 1C3DB40BC9 | 2 |
| 237644 | AAC46F7FD6 | 1 |
| 238007 | 428433357D | 1 |
| 238061 | E0E50E2410 | 1 |
| 240320 | 6565EBF718 | 1 |
| 240414 | BA530665E0 | 1 |
| 241228 | 48A5B21242 | 1 |
| 241228 | 48A5B21242 | 6 |
| 241885 | B51A5EC6F2 | 1 |
| 317223 | E783A046C0 | 3 |
| 319647 | 0BDF91CE3B | 1 |
| 319787 | 0AEC1E9646 | 2 |
| 320841 | 00E04E18FB | 1 |
| 320841 | 00E04E18FB | 2 |
| 321061 | 4F05EFDC8E | 1 |
| 321061 | 4F05EFDC8E | 2 |
| 321344 | 19647A2EAE | 1 |
| 359570 | 84B1023531 | 2 |
| 359580 | 225B3556D0 | 1 |
| 359658 | D717DD9C46 | 1 |
| 364162 | 868AE73D65 | 1 |
| 364652 | F246BBB1CD | 1 |
| 366175 | 987711E3B8 | 1 |
| 368365 | 42082A8AEF | 1 |
| 480749 | C78C404133 | 1 |
| 513877 | 1E29069CB1 | 17 |

| Reference Number | New Class Claimant ID | Subclaim ID |
|---|---|---|
| 521350 | 4D93BF2150 | 1 |
| 71593 | 586624CA2E | 1 |
| 71932 | A7971D0E58 | 1 |
| 122817 | C9B68C95BF | 1 |
| 124365 | 9EAFCF9128 | 1 |
| 124401 | B2315864BA | 1 |
| 124589 | 6B3D7B4747 | 1 |
| 124589 | 6B3D7B4747 | 2 |
| 124610 | F568976C9D | 1 |
| 124615 | 6CD129A92E | 1 |
| 124615 | 6CD129A92E | 2 |
| 125057 | 11A5F61843 | 1 |
| 230070 | 1799678181 | 1 |
| 230070 | 1799678181 | 2 |
| 230073 | D4DEDA1A73 | 5 |
| 230073 | D4DEDA1A73 | 6 |
| 231754 | 4B75935E0E | 1 |
| 231799 | 2B6E52E489 | 1 |
| 231799 | 2B6E52E489 | 2 |
| 231995 | DF8687770D | 1 |
| 232042 | 9D503EFA6E | 1 |
| 232309 | 4D03D636D9 | 1 |
| 232313 | 146F93614F | 1 |
| 232522 | D46A553BFC | 1 |
| 232535 | 091E412291 | 1 |
| 306754 | 8D2831FDBB | 1 |
| 306754 | 8D2831FDBB | 2 |
| 306782 | 8E23575846 | 1 |
| 306847 | B063BCD1F6 | 1 |
| 306847 | B063BCD1F6 | 2 |
| 306902 | EA51B3F459 | 1 |
| 307172 | 6A78757463 | 1 |
| 307532 | 51CE99FC41 | 1 |
| 308332 | 5BE548FE31 | 1 |
| 310297 | 21EEAE5BC4 | 1 |
| 311303 | AE8C4DEDA5 | 1 |
| 313322 | 0C3765878C | 1 |
| 313422 | C68E36C9FF | 1 |
| 314705 | DE3EB24B40 | 2 |
| 338149 | D10F9463CB | 1 |

## Exhibit B – Reserve Claims

| Reference Number | New Class Claimant ID | Subclaim ID | Reference Number | New Class Claimant ID | Subclaim ID |
|---|---|---|---|---|---|
| 340571 | 33D9BC30F7 | 1 | 224710 | C80B8C21BC | 4 |
| 341369 | 6131E6C845 | 2 | 224710 | C80B8C21BC | 5 |
| 341375 | BE9EFB894E | 2 | 224710 | C80B8C21BC | 6 |
| 341421 | 7A823BAC20 | 2 | 224710 | C80B8C21BC | 7 |
| 341421 | 7A823BAC20 | 3 | 224710 | C80B8C21BC | 8 |
| 347862 | 01256F4948 | 5 | 224710 | C80B8C21BC | 9 |
| 353140 | FCC65F9B8F | 1 | 224710 | C80B8C21BC | 10 |
| 353194 | 5C109E8F90 | 1 | 224710 | C80B8C21BC | 11 |
| 355290 | F7FA680599 | 14 | 224777 | 6DC8AB3B53 | 1 |
| 355290 | F7FA680599 | 17 | 225020 | F09921CF5C | 3 |
| 355298 | 40E7EC0B86 | 1 | 225290 | DE890EA19F | 2 |
| 355322 | 0FA0547866 | 1 | 229589 | 20DEBB7F68 | 1 |
| 358222 | CF4F127B91 | 4 | 229589 | 20DEBB7F68 | 2 |
| 358568 | DB9F7D2567 | 1 | 229992 | 67EF7A950C | 1 |
| 358713 | FC4F951DCB | 1 | 229998 | 8C79C5E897 | 10 |
| 430985 | 7946C1F266 | 2 | 230006 | F6943A40D6 | 1 |
| 468292 | 1F0B13B741 | 1 | 230006 | F6943A40D6 | 2 |
| 70847 | 054BBA00BC | 1 | 306477 | 5CCF249BBD | 1 |
| 70942 | 7F97515AF6 | 9 | 306478 | 0C44569C84 | 1 |
| 70942 | 7F97515AF6 | 10 | 306482 | E614CEB87E | 1 |
| 119714 | F4C7827EBA | 1 | 306576 | 0B5BA54A76 | 1 |
| 119824 | 9E08121081 | 5 | 306596 | 3C7A720D25 | 1 |
| 119824 | 9E08121081 | 6 | 306626 | 562791FDE8 | 1 |
| 119824 | 9E08121081 | 7 | 306678 | A13CF86599 | 2 |
| 119971 | 02A001B834 | 1 | 306705 | 126AE8ED2C | 2 |
| 120165 | C6CABEB85B | 1 | 306706 | 8B4E288CB7 | 1 |
| 120249 | 79C7D08AD0 | 1 | 322204 | FD22719DB8 | 1 |
| 120258 | 1C2BD90CC7 | 1 | 322252 | 77EBE232EA | 1 |
| 120389 | 73EFF47D47 | 1 | 322591 | B9C3D351F5 | 1 |
| 120509 | BD9BAE6BAB | 1 | 332921 | 6ED81A4CF3 | 1 |
| 120509 | BD9BAE6BAB | 2 | 332921 | 6ED81A4CF3 | 2 |
| 120509 | BD9BAE6BAB | 3 | 332967 | 04490DF417 | 1 |
| 120950 | 1E3A121C48 | 1 | 332967 | 04490DF417 | 2 |
| 120950 | 1E3A121C48 | 2 | 332967 | 04490DF417 | 3 |
| 120950 | 1E3A121C48 | 3 | 332967 | 04490DF417 | 4 |
| 217935 | 14379AE62F | 1 | 334624 | D84B2D5A46 | 1 |
| 220365 | EA4CB7FE47 | 1 | 335025 | C439A142F2 | 1 |
| 221353 | D5FED7B884 | 1 | 335395 | 06DC17FEF3 | 1 |
| 223724 | 979C36D176 | 1 | 335409 | D8F7F74964 | 1 |
| 223724 | 979C36D176 | 2 | 412920 | 4F20870501 | 1 |

# Exhibit B – Reserve Claims

| Reference Number | New Class Claimant ID | Subclaim ID | Reference Number | New Class Claimant ID | Subclaim ID |
|---|---|---|---|---|---|
| 415597 | A5C0CB81AF | 1 | 112639 | 8E614864A1 | 1 |
| 416431 | 659064277C | 1 | 116194 | 82D9E9A20B | 1 |
| 417350 | 78B61A0688 | 1 | 116201 | EDB048E99D | 1 |
| 417610 | B6B8448D07 | 1 | 199511 | B26A5EF3C1 | 1 |
| 419708 | 09C26F2743 | 1 | 200305 | B38D681328 | 1 |
| 421159 | D911227B51 | 1 | 201066 | CB3C8A3396 | 2 |
| 421159 | D911227B51 | 2 | 204920 | 3CA4200DE7 | 1 |
| 421159 | D911227B51 | 3 | 204967 | 09B4A982B1 | 1 |
| 421159 | D911227B51 | 4 | 204970 | E2E0CE5C9C | 1 |
| 421159 | D911227B51 | 5 | 205236 | 7FCCC9DEF7 | 1 |
| 421159 | D911227B51 | 6 | 205313 | 6402312D5E | 1 |
| 421159 | D911227B51 | 7 | 205855 | D799BDA902 | 1 |
| 421159 | D911227B51 | 8 | 205856 | 9375B2E8F1 | 1 |
| 421159 | D911227B51 | 9 | 206391 | C39D472BED | 1 |
| 421159 | D911227B51 | 10 | 206887 | 3586A63A72 | 1 |
| 421159 | D911227B51 | 11 | 212323 | CA7A5E6BEC | 1 |
| 421159 | D911227B51 | 12 | 212580 | 2EF77BA182 | 2 |
| 421159 | D911227B51 | 13 | 212580 | 2EF77BA182 | 3 |
| 421159 | D911227B51 | 14 | 212580 | 2EF77BA182 | 4 |
| 421159 | D911227B51 | 15 | 212580 | 2EF77BA182 | 6 |
| 421159 | D911227B51 | 16 | 212580 | 2EF77BA182 | 7 |
| 421159 | D911227B51 | 17 | 212580 | 2EF77BA182 | 8 |
| 421159 | D911227B51 | 18 | 212580 | 2EF77BA182 | 9 |
| 421199 | 124C444999 | 1 | 214208 | C55A8ED91D | 1 |
| 421335 | A05932D99D | 1 | 214300 | 53432899C3 | 1 |
| 421335 | A05932D99D | 2 | 214336 | 70BBA67448 | 1 |
| 68885 | 3049E0781C | 1 | 214355 | 7C2812427F | 1 |
| 69274 | 059537816D | 4 | 296645 | 01DF0AF0A2 | 1 |
| 69707 | 9045A70C7C | 1 | 298655 | F31CE57C27 | 3 |
| 69707 | 9045A70C7C | 2 | 298655 | F31CE57C27 | 6 |
| 70040 | E5D27AF241 | 1 | 298737 | E7815960AF | 1 |
| 70322 | 3A44CD0515 | 1 | 298737 | E7815960AF | 2 |
| 70322 | 3A44CD0515 | 2 | 298737 | E7815960AF | 3 |
| 70618 | 5BC1D07EEB | 1 | 299039 | B336B5BEA3 | 2 |
| 70618 | 5BC1D07EEB | 2 | 301307 | E7A0B053EC | 1 |
| 110869 | 94FE311499 | 1 | 303916 | 85F1A7ECAA | 1 |
| 110881 | 17194FC726 | 1 | 304605 | 0E98CEF4DE | 5 |
| 110881 | 17194FC726 | 2 | 306435 | 7A2EDA0B04 | 1 |
| 110894 | 381CF0261F | 1 | 410731 | 4B86B07060 | 10 |
| 110894 | 381CF0261F | 2 | 67337 | 8AB183F9E6 | 1 |

3

# Exhibit B – Reserve Claims

| Reference Number | New Class Claimant ID | Subclaim ID | Reference Number | New Class Claimant ID | Subclaim ID |
|---|---|---|---|---|---|
| 67337 | 8AB183F9E6 | 2 | 290733 | E9851CC1CD | 3 |
| 67337 | 8AB183F9E6 | 3 | 290733 | E9851CC1CD | 4 |
| 87310 | 583963C8A3 | 1 | 290733 | E9851CC1CD | 5 |
| 91205 | 48F7877B9D | 1 | 290733 | E9851CC1CD | 6 |
| 93033 | 91799094A2 | 1 | 290733 | E9851CC1CD | 7 |
| 93343 | 7245EC027C | 1 | 290733 | E9851CC1CD | 8 |
| 94020 | D55FBF49BF | 1 | 290733 | E9851CC1CD | 9 |
| 94041 | 422FC82981 | 2 | 290733 | E9851CC1CD | 10 |
| 94114 | 05A64FE327 | 1 | 290738 | 0ABF09C30D | 2 |
| 94151 | 85F95A705D | 1 | 290742 | 90714B1179 | 1 |
| 94178 | 70A72825F3 | 1 | 290938 | E88F8C7DE8 | 1 |
| 94617 | 7DDE7AD11E | 1 | 292950 | B8CBF1CF16 | 1 |
| 94617 | 7DDE7AD11E | 2 | 293768 | 8CAB1C2F18 | 1 |
| 95534 | 874CAE1D48 | 1 | 293768 | 8CAB1C2F18 | 2 |
| 96818 | F626B3F23D | 1 | 294446 | C9D84CB911 | 1 |
| 99579 | 7A4583431E | 4 | 296188 | C99B2B7F59 | 1 |
| 99579 | 7A4583431E | 5 | 296310 | 443959973F | 1 |
| 99579 | 7A4583431E | 6 | 77633 | BC2D536548 | 1 |
| 99579 | 7A4583431E | 10 | 78175 | 1F15D3F1E4 | 3 |
| 99579 | 7A4583431E | 11 | 78175 | 1F15D3F1E4 | 4 |
| 99579 | 7A4583431E | 12 | 80592 | BEC3714B16 | 1 |
| 188386 | 7EE51FB483 | 1 | 80799 | 985FE063D3 | 1 |
| 188397 | B7F798E4BB | 1 | 80870 | A89BD1A3B9 | 1 |
| 188492 | E6C091AD4D | 2 | 82942 | 2D37BA5D18 | 1 |
| 188519 | E8D89F56BA | 3 | 82959 | 89060F0B13 | 1 |
| 188563 | 8613DE6319 | 1 | 82959 | 89060F0B13 | 2 |
| 191745 | DD80ACA7D2 | 1 | 82959 | 89060F0B13 | 3 |
| 192148 | 40289A4EAF | 1 | 83063 | 52BB48FF32 | 1 |
| 192265 | 30FA1E52CB | 1 | 85716 | CEE497B8C3 | 1 |
| 193003 | 196BEAD01A | 6 | 86175 | 99980CA64B | 1 |
| 195535 | C9C37DD189 | 1 | 86184 | 6063980C91 | 1 |
| 196404 | 196CDFECA2 | 1 | 86184 | 6063980C91 | 2 |
| 197628 | 9FF5F54A77 | 1 | 86192 | C486F51468 | 2 |
| 198020 | 44AA2E7350 | 1 | 86192 | C486F51468 | 3 |
| 287335 | D50505D6E4 | 1 | 86192 | C486F51468 | 4 |
| 290021 | A71508CBC0 | 1 | 86192 | C486F51468 | 5 |
| 290021 | A71508CBC0 | 2 | 86192 | C486F51468 | 6 |
| 290703 | 3144F3DC70 | 1 | 86194 | C9445C73DA | 1 |
| 290733 | E9851CC1CD | 1 | 86194 | C9445C73DA | 2 |
| 290733 | E9851CC1CD | 2 | 169985 | 75107C89F4 | 1 |

# Exhibit B – Reserve Claims

| Reference Number | New Class Claimant ID | Subclaim ID | Reference Number | New Class Claimant ID | Subclaim ID |
|---|---|---|---|---|---|
| 171798 | 598F5281D8 | 1 | 162160 | 9D62309510 | 1 |
| 173308 | 9C982DCE19 | 1 | 162307 | C9A41D1CE7 | 2 |
| 173330 | 6EF1691CC4 | 1 | 162466 | 333BD19689 | 1 |
| 173361 | 76A2E20B4F | 1 | 169151 | FF21113F89 | 4 |
| 176163 | 2D4827ED0D | 1 | 260264 | 687282E6DB | 1 |
| 183667 | 9DA5D60E28 | 1 | 260264 | 687282E6DB | 2 |
| 185037 | CA220D9F55 | 1 | 263138 | 27CEE13B74 | 1 |
| 186798 | 09B8EBF143 | 8 | 263138 | 27CEE13B74 | 2 |
| 279346 | CEAC5B8F47 | 6 | 266057 | 7C39B1F21B | 1 |
| 281883 | FE3FDEF574 | 1 | 268507 | 9A731677DB | 1 |
| 283187 | 0481AAF1E9 | 1 | 272152 | 689F20184B | 1 |
| 283597 | 7AA8832056 | 1 | 274222 | A74C3E8B72 | 1 |
| 283597 | 7AA8832056 | 2 | 275871 | 876EDD4EBF | 1 |
| 284496 | 5F2E818CAA | 1 | 277085 | 5967AA6CE9 | 1 |
| 286687 | 224E4C6E41 | 1 | 393653 | 93E1C8D67C | 1 |
| 286759 | B18F2208BB | 66 | 393653 | 93E1C8D67C | 4 |
| 404897 | C87D653A5C | 1 | 394071 | A78DFB92FF | 1 |
| 405640 | 4B34F9B4F2 | 4 | 394929 | B327A20DC5 | 1 |
| 406124 | 2B46731F5B | 1 | 396032 | 50BC02EDCA | 1 |
| 406578 | 29DB9C7D14 | 1 | 396051 | D60D635D30 | 1 |
| 407209 | E0EC899F16 | 1 | 396053 | 9C34FEF95D | 1 |
| 407952 | 00AA31F8B7 | 1 | 396115 | 5409AB9C84 | 1 |
| 408014 | 954E053C94 | 1 | 396574 | DBC405DE38 | 1 |
| 408014 | 954E053C94 | 2 | 397313 | AE50E6F5F8 | 1 |
| 408022 | DB36A241C1 | 2 | 397854 | F49590D40B | 1 |
| 408968 | 301AF2BC32 | 1 | 398427 | 062B9B170A | 1 |
| 408968 | 301AF2BC32 | 2 | 400012 | 4FA947AC1C | 1 |
| 409110 | C0F3B23A98 | 1 | 403102 | 208E701A0F | 1 |
| 409128 | 28BE6709E3 | 59042 | 73003 | 74D4A75D23 | 1 |
| 65374 | 1B4ED71D5A | 1 | 73003 | 74D4A75D23 | 2 |
| 65374 | 1B4ED71D5A | 2 | 73003 | 74D4A75D23 | 3 |
| 65438 | 3F2A42572B | 1 | 73003 | 74D4A75D23 | 4 |
| 75614 | D09F0C7FF8 | 2 | 74137 | 8039D87025 | 5 |
| 75614 | D09F0C7FF8 | 3 | 74153 | AAF32C42E0 | 9 |
| 75614 | D09F0C7FF8 | 4 | 139698 | 81171EB250 | 1 |
| 75614 | D09F0C7FF8 | 5 | 140866 | B603D7D654 | 1 |
| 75614 | D09F0C7FF8 | 6 | 140916 | 9C6D706D5F | 1 |
| 75614 | D09F0C7FF8 | 7 | 151345 | 28CCBE3DDA | 1 |
| 76641 | 2024B32724 | 1 | 151345 | 28CCBE3DDA | 5 |
| 76721 | F8FCC94C6A | 1 | 152285 | C076AE2F90 | 1 |

5

## Exhibit B – Reserve Claims

| Reference Number | New Class Claimant ID | Subclaim ID | Reference Number | New Class Claimant ID | Subclaim ID |
|---|---|---|---|---|---|
| 152295 | E4ADF2B880 | 1 | 100046353 | 100046353 | 20892 |
| 152295 | E4ADF2B880 | 2 | 100018408 | 100018408 | 412750 |
| 152301 | F6AC6B100A | 2 | 100035960 | 100035960 | 393277 |
| 152835 | 2EB83B1B36 | 1 | 100025646 | 100025646 | 108498 |
| 152835 | 2EB83B1B36 | 2 | 100026410 | 100026410 | 46166 |
| 155170 | F64E2462AB | 1 | 100026410 | 100026410 | 57564 |
| 155170 | F64E2462AB | 2 | 100016632 | 100016632 | 8661 |
| 156251 | 12B0B24E4E | 1 | 550671 | D262983620 | 1 |
| 159701 | 6D60F4B79E | 3 | 550679 | F433604A4C | 1 |
| 241993 | 2878B40E46 | 1 | 550682 | 648DBC3F00 | 1 |
| 242582 | E5C7DDBFEB | 1 | 550683 | AB0353407A | 1 |
| 244638 | B400E9C302 | 1 | 100033471 | 100033471 | 109734 |
| 245865 | 95CC8AC267 | 1 | 550638 | 735CE01725 | 1 |
| 250207 | E44D44062A | 3 | 550646 | EB2B9A2AE2 | 1 |
| 250207 | E44D44062A | 4 | 550656 | 413345C628 | 1 |
| 250207 | E44D44062A | 5 | 550660 | 2B046272B3 | 1 |
| 250207 | E44D44062A | 6 | 550661 | F01A96BC30 | 1 |
| 250207 | E44D44062A | 10 | 550662 | 4D4DC03DD5 | 1 |
| 250207 | E44D44062A | 13 | 550606 | B6D89A6218 | 1 |
| 251128 | 4926FAE8B5 | 1 | 550606 | B6D89A6218 | 6 |
| 253077 | 0DB2F99E3B | 2 | 550619 | EFED3BAD46 | 48 |
| 258037 | 8E6D12F850 | 1 | 550622 | AAE2F3E92A | 1 |
| 258037 | 8E6D12F850 | 2 | 550626 | 78074F8623 | 1 |
| 258037 | 8E6D12F850 | 3 | 550628 | 5795D0DE2F | 1 |
| 258441 | 5BCAF733B6 | 1 | 550630 | 62A5B3473C | 1 |
| 373907 | BD129BE27C | 1 | 100030813 | 100030813 | 183544 |
| 373940 | 9D9F2D3AB7 | 11 | 549933 | 73072478CC | 1 |
| 374015 | C28221C22B | 1 | 550567 | E588559787 | 1 |
| 374409 | BC1C42B837 | 1 | 550568 | B2D109A4AC | 1 |
| 374409 | BC1C42B837 | 2 | 550573 | 55720FD065 | 18 |
| 376063 | C099F890AE | 1 | 550598 | 4D09FB41EB | 1 |
| 376063 | C099F890AE | 2 | 550602 | AEA1854C02 | 1 |
| 376063 | C099F890AE | 3 | 100088951 | 100088951 | 49145 |
| 376551 | E8B1AAB110 | 1 | 100097103 | 100097103 | 47845 |
| 378565 | 8F28214991 | 1 | 100062202 | 100062202 | 159399 |
| 378565 | 8F28214991 | 2 | 100051387 | 100051387 | 82606 |
| 380728 | 0B7AD4E744 | 1 | 100051573 | 100051573 | 402947 |
| 382559 | CA2891F641 | 1 | 100057108 | 100057108 | 23170 |
| 383285 | A385F44B62 | 1 | 100172004 | 100172004 | 137338 |
| 391439 | 32BB860BA1 | 1 | 100159046 | 100159046 | 119787 |

# Exhibit B – Reserve Claims

| Reference Number | New Class Claimant ID | Subclaim ID |
|---|---|---|
| 100170128 | 100170128 | 269148 |
| 100207628 | 100207628 | 390374 |
| 100179931 | 100179931 | 152505 |
| 100184833 | 100184833 | 404052 |
| 100276106 | 100276106 | 286447 |
| 100237700 | 100237700 | 404495 |
| 100273979 | 100273979 | 289851 |
| 100312422 | 100312422 | 353774 |
| 100298392 | 100298392 | 334214 |
| 100320571 | 100320571 | 398228 |
| 100320907 | 100320907 | 399622 |
| 100321191 | 100321191 | 366226 |
| 100348532 | 100348532 | 408180 |
| 100348761 | 100348761 | 408407 |
| 100343933 | 100343933 | 403772 |
| 100348102 | 100348102 | 407813 |
| 100328287 | 100328287 | 378624 |
| 100349978 | 100349978 | 410099 |
| 100350222 | 100350222 | 415308 |
| 100341114 | 100341114 | 410467 |
| 100345577 | 100345577 | 409539 |