UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | Section: J |
| Of Mexico, on April 20, 2010 | * | Judge Barbier |
| | * | Mag. Judge Wilkinson |
| This Document Relates to: | * | |
| All Claims in Pleading Bundle B3 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S RESPONSE TO BP'S STATUS REPORT REGARDING CERTAIN B3 PLAINTIFF'S COMPLIANCE WITH PTO 63 AND PTO 66

Defendant BP Exploration & Production Inc. and BP America Production Company (together "BP") filed a status report regarding compliance with PTO 63 and PTO 66 for specific plaintiffs namely, James Bryant (19-11664), Steven Burke (19-11666), John Burrus (19-11667), Johnnie Clopton (19-11671), Dereck DeAgano (13-01802), Ted DeAgano, Jr. (13-01802), Kimberly DeAgano (13-01802), Sarah Graham (19-11673, Henry Jenkins (19-11686), Keith Keaghey (19-11688), Willie Richardson (19-11693), Thomas Tripp (19-11700), and Richard Wood (19-11701.

Plaintiffs' have provided a Supplemental and Amended Response to BP on July 25, 2019 *(See Exhibit A – confirmation of Email Submission and Exhibit B – Supplemental and Amended Responses)* as follows:

James Bryant: Supplemental and Amended Response to Question No. 39.

Steven Burke: Supplemental and Amended Response to Questions No. 24 and No. 39.

John Burrus: Supplemental and Amended Response to Questions No. 29 and No. 39.

Johnnie Clopton: Supplemental and Amended Responses to Question Nos. 30, 31, 32, 35, 36 and No. 39.

Derreck DeAgano: Supplemental and Amended Response to Question 39.

Kimberly DeAgano: Supplemental and Amended Response to Question 39.

Ted DeAgano, Jr.: Supplemental and Amended Response to Question 39.

Sarah Graham: Supplemental and Amended Response to Question 39.

Henry Jenkins: Supplemental and Amended Response to Nos. 30, 31, 32 and No. 39.

Keith Keaghey: Supplemental and Amended Response to Question 39.

Willie Richardson: Supplemental and Amended Response to No. 32 and No. 39.

Thomas Tripp: Supplemental and Amended Response to No. 39.

Richard Wood: Supplemental and Amended Response to No. 39.

Plaintiffs' pray that these Supplemental Answers be deemed sufficient and that Plaintiff's be found to be in compliance with PTO 66.

Respectfully Submitted:

| | | |
|---|---|---|
| s/Frank J. D'Amico, Jr._____ | AND | s/Allen W. Lindsay, Jr._____ |
| **FRANK D'AMICO, JR., APLC** | | **LINDSAY & LINDSAY, PA** |
| Frank J. D'Amico, Jr. | | Allen W. Lindsay, Jr. |
| Louisiana Bar Number 17519 | | Florida Bar Number 104956 |
| 4608 Rye Street | | 5218 Willing Street |
| Metairie, Louisiana 70006 | | Milton, Florida 32570 |
| Telephone: (504) 525-7272 | | Telephone: (850) 6233200 |
| Fax: (504) 525-9522 | | Fax: (850) 623-0104 |