# Beverly Lopez

| | |
|---|---|
| From: | Beverly Lopez |
| Sent: | Thursday, July 25, 2019 5:18 PM |
| To: | Sramek, Frank J.; Ritter, Kristopher; Briesacher, Christina L.; Barsanti, Vanessa |
| Cc: | Frank D'Amico; Allen Lindsay; Nancy Pavon; Sylvia Galloway; Beverly Lopez |
| Subject: | B3 Supplemental and Amended Response to PTO 66, Exhibit A |
| Attachments: | Bryant PTO 66 - 39 answer.pdf; Burke PTO 66 - 39 answer.pdf; Burrus PTO 66 - 39 answer.pdf; Clopton PTO 66 - 39 answer.pdf; DeAgano PTO 66 - 39 answer.pdf; Graham PTO 66 - 39 answer.pdf; Jenkins PTO 66 - 39 answer.pdf; Keaghey PTO 66 - 39 answer.pdf; Richardson PTO 66 - 39 answer.pdf; Tripp PTO 66 - 39 answer.pdf; Wood PTO 66 Question 39.pdf |

Please see attached Supplemental Responses to PTO 66, Exhibit A.

*Beverly H Lopez*
~ Legal Assistant
Frank J. D'Amico, Jr. APLC
4608 Rye Street
Metairie, LA 70006
Tel: 504-525-7272

Frank J. D'Amico, Jr., APLC is engaged in the practice of law. This electronic message, along with any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.

Any proprietary information or intellectual property contained in this transmission remains the sole and exclusive property of Frank J. D'Amico, Jr., APLC. No right to use any products or services described in this transmission is valid without an executed and paid license agreement.

If you received this in error, please reply and advise the sender and delete the material from any computer.

CONFIDENTIAL ATTORNEY WORKPRODUCT