\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL & AMENDED RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

James Bryant                                             Operative Case Number: 19-11664

**Supplemental Response to Question 39:**

My exposure to the  Bp oil and dispersant started at May 2010 - August 2010. The exposure affected me in many ways. I have optic atrophy, loss on intimacy, Neuropathy, Depression, P.T.S.D. anxiety, loss of hair, respiratory issues. My medical conditions are life long due to the contact of the oil and dispersants.  Future medical is as follows $2,500,000.00.  These include life flights as well as ambulance and specialist I have seen over the years. This is due to medical bills I have incurred and the fear that Cancer my come. The amount for my loss of work is approximately $2,000,000.00. Loss of work = 25 years before I retire = 300 months = $6600.00 @ month. My enjoyment of life has dwindled over the years. I no longer ride motorcycles. Lawn mower, boat,  jet ski etc, $1,500,000.00.  Transportation Car Payment $500.00 car insurance $200.00 fuel per month $300,000.00 25 years.  = 7.3 million

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Steven Burke                                          Operative Case Number: 19-11666

### Supplemental Response to Question 24:

I was doing beach clean up, picking up tar balls. I had contact with oil and dispersants through breathing and physical contact during cleanup.

### Supplemental Response to Question 39:

May 2010

I suffer with memory loss, loss of teeth, constant pain in legs and back, sleep apnea, depression, suicidal thoughts, sores on skin, cysts on neck, skin problems.

| | |
|---|---|
| Past, present and future Medicals | $1,750,000.00 |
| Past, present and future pain & suffering | $1,500,000.00 |
| Transportation | $  100,000.00 |
| Loss of Enjoyment of Life | $2,500,000.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

John Burrus                                         Operative Case Number19-11667

### Supplemental Response to Question 29:

I suffer with headaches, bleeding nose and ears, high levels of arsenic and other metals, loss of fingernails and toenails, mental confusion due to my exposure to oil and dispersants.

### Supplemental Response to Question 39:

June 2010. My damages are uncertain as my injuries (headaches, bleeding nose and ears, high levels of arsenic and other metals, loss of fingernails and toenails, mental confusion) are ongoing and chronic in nature.

| | |
|---|---|
| Past, present and future medicals | $500,000.00 |
| Transportation | $ 25,000.00 |
| Pain and Suffering | $500,000.00 |
| Mental pain and anguish | $250,000.00 |
| Loss of enjoyment of life | $500,000.00 |

\*Damages may increase with time.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Johnnie Clopton                                         Operative Case Number: 19-11671

### Supplemental Responses For Clarification purposes only:

\# 30 – handling of booms covered with oil and dispersants

\# 31 – sometime in May-June 2010 (see medical records previously provided)

\#32 – I do not recall the exact date of diagnosis (see medical records previously provided)

\#35 – No

\#36 – No

### Supplemental Response to Question 39:

April – May 2010. Due to my exposure of oil and dispersants I was diagnosed with COPD.

| | |
|---|---|
| Past, present and future medicals | $   500,000.00 |
| Transportation | $    25,000.00 |
| Pain and Suffering | $1,000,000.00 |
| Loss of enjoyment of life | $1,000,000.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DeAgano                                      Operative Case Number: 13-01802

**Supplemental Response to Question 39:**  Exposure occurred over several weekends during 2010-2011 while vacationing at our family's summer condominium.

As to Kimberly:

My medical condition after exposure was severe in nature and life threatening. Fortunately, at present I am only required to have medical monitoring as the worst of my illnesses have resolved over an 8 year period.

| | |
|---|---|
| Past, present and future Medicals | $1,750,000.00 |
| Past, present and future pain & suffering | $1,500,000.00 |
| Transportation | $   100,000.00 |
| Loss of Enjoyment of Life | $2,500,000.00 |

As to Derreck:

Derreck still suffers with infections and skin issues which overall affect the mental wellness and happiness of a teenage boy.

| | |
|---|---|
| Past, present and future Medicals | $  500,000.00 |
| Past, present and future pain & suffering | $  500,000.00 |
| Transportation | $    50,000.00 |
| Loss of Enjoyment of Life | $  500,000.00 |

As to Theodore:

I had to stop working for several months throughout the 8 years of my wife's illness as she was unable to care for herself and our minor child.

| | |
|---|---|
| Loss of Enjoyment of Life | $  500,000.00 |
| Loss wages | $  150,000.00 |
| Consortium | $  250,000.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Sarah Graham                                       Operative Case Number: 19-11673

### Supplemental Response to Question 39:

July 2010 – May 2011.

Loss of work, chronic illness that did not happen until working on the spill and was denied a 100 ton captains license for unexplained seizures.

| | |
|---|---|
| Past, present and future medicals | $   750,000.00 |
| Transportation | $     25,000.00 |
| Loss of Earning Capacity | $2,500,000.00 |
| Pain and Suffering | $1,000,000.00 |
| Loss of enjoyment of life | $3,000,000.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Henry Jenkins                                          Operative Case Number: 19-11686

### Supplemental Responses For Clarification Purposes Only

#30 – I was exposed to oil and dispersants through physical contact, sprayed in eyes,  and inhalation.

#31 – July 2010

#32 – Do not recall. Please see previously provided medical records.

### Supplemental Response to Question 39:

July 2010.

Past, present and future medical treatment and bills, transportation, loss wages, loss of enjoyment of life, medical monitoring.

| Past, present and future medicals | $   500,000.00 |
| Future medical monitoring | $   250,000.00 |
| Transportation | $     25,000.00 |
| Lost wages and loss of earning capacity | $   250,000.00 |
| Pain and Suffering | $1,000,000.00 |
| Loss of enjoyment of life | $1,000,000.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Keith Keaghey                                          Operative Case Number: 19-11688

### Supplemental Response to Question 39:

April 2010 – August 2010

Dispersants were sprayed overhead while I was working on a rig in the Gulf following the oil spill. Direct contact to my skin and inhalation of toxic dispersants have caused me to develop severe seizure disorder. I am now unable to work due to multiple seizures per day.

| | |
|---|---|
| Past, present and future medicals | $ 1,500,000.00 |
| Future medical monitoring | $   500,000.00 |
| Transportation | $     50,000.00 |
| Lost wages and loss of earning capacity | $ 2,500,000.00 |
| Pain and Suffering | $ 5,000,000.00 |
| Loss of enjoyment of life | $ 2,500,000.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Willie Richardson                              Operative Case Number: 19-11693

### Supplemental Responses  For Clarification Purposes Only:

#32 – I do not remember the date of diagnosis. Please see previously provided medical records.

### Supplemental Response to Question 39:

July 2010

I have nerve damage caused by direct contact of oil and dispersants.

| | |
|---|---|
| Past, present and future medicals | $ 500,000.00 |
| Future medical monitoring | $ 250,000.00 |
| Transportation | $   25,000.00 |
| Pain and Suffering | $   500,000.00 |
| Loss of enjoyment of life | $1,000,000.00 |

\*\*Damages may increase with time

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66**

**PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Thomas Tripp                                        Operative Case Number: 19-11700

**Supplemental Response to Question 39:**

I was exposed from June 2010-December 2010.

My medical conditions are chronic  due to the contact of the oil and dispersants.

Ongoing and future medical care for upper respiratory, dermatology, tumors in the kidney, arms, neck, gall bladder, stomach lining, and skin issues.

damages to include, past, present and future: medical costs, transportation, loss of enjoyment of life

$ 3.5 million

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PTO 66

## PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Richard Wood                                     Operative Case Number: 19-11701

**Supplemental Response to Question 39:**

**Dates of Exposure:** From approximately 1 May 2010 to September 2010 while assigned to the Offshore Supply Vessel H.O.S. Silver Arrow. Delivered supplies, and had stand by time at the drillship Discoverer Enterprise, and the Helix Q4000 at the site of the Deepwater Horizon spill.

**Present, and Future Costs:** I have no present costs, but the future is unknown. The lymphoma could return someday.

**Transportation:** Round trip from West Florida Hospital to my residence is about 30 miles. I was in ICU for about 7 days, then another room for 2-3 more days. (April 18, through approx. the 27th, 2011) My wife was making daily trips back and forth. I also had an endoscopy by Dr. Al Shiriki on August 4, 2011. Approximate number of round trips—12-15

The Woodlands on North Davis Hwy is about a 40-mile round trip from my residence. I had about 26 visits there for 15 radiation treatments for the stomach tumor, and follow-up visits concerning blood clots in my lungs found in a CT Scan on either August 1, or 2, 2011.

Approximate number of round trips to the Woodlands—26-30. I do not know the exact number because we weren't really keeping track. This should be a reasonable estimate.

**Loss of Work:** I had been laid off by Hornbeck Offshore on Dec. 21, 2010, and was unemployed on April 18, 2011 when I almost died due to the stomach tumor developing a bleeding ulcer. My oncologist Dr. Owera cleared me to go back to work in October 2011, but I soon discovered I was unemployable offshore due to the blood thinner, (warfarin), I was taking. I finished the six-month regimen of warfarin on Feb 2, 2012, and was hired by Edison Chouest Offshore on Feb. 6, 2012.

I never regained my strength, vigor, or endurance since my illness. My medical condition will be lifelong, and ongoing due to my contact with oil and the dispersants used.

When laid off by Hornbeck, I was making about $470 per day. I was hired at Chouest at $600 per day. From April 2011 to Feb 2012 is 10 months. 10 months at $600 per day of work would be about $120,000. (Assuming a 28 days on/ 14 days off schedule)

I don't know if it is applicable but my Cobra insurance, I had was an initial payment of $1147.36 in April of 2011 followed by 10 monthly payments of $429.42 for a total of $5441.56. 2011-2012 also had an out-of-pocket cost of $5051.

Damages to include: past present and future: medical costs, economic costs, medical monitoring, transportation, loss of enjoyment of life                    $3,250,000.00