## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE WILKINSON |
| BELO Cases identified below | * | |

## ORDER
### [As to the 157 BELO Plaintiffs Represented by the Nations Law Firm and Identified in the July 9, 2019 Show Cause Order (Rec. Doc. 25811) AND
### Michael Gideon, No. 18-14310]

On July 9, 2019, the Court issued an Order to Show Cause with respect to 165 BELO Plaintiffs ("Show Cause Order," Rec. Doc. 25811). The plaintiffs subject to the Show Cause Order had failed to provide full and complete initial disclosures by the initial 90-day deadline set by BELO Case Management Order No. 1, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. The Court ordered plaintiffs' counsel to appear on Friday, July 19, 2019, and show cause why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v) (the "Show Cause Hearing" or simply "Hearing").

The Nations Law Firm ("Nations") represents 157 of the 165 plaintiffs identified in the Show Cause Order ("the Nations Plaintiffs"). Five of the Nations Plaintiffs voluntarily dismissed their claims before the Show Cause Hearing,[1] leaving 152 at issue. Prior to the hearing, Nations filed a written response to the Show Cause Order that addressed 96 of its Plaintiffs. (Rec. Doc. 25856). After hearing arguments from Nations and BP at the Hearing, the Court ordered BP to file a supplemental report identifying which of the Nations Plaintiffs the parties agree are compliant as of July 19, 2019, as well as which Nations Plaintiffs BP contends are subject to dismissal. (Rec. Doc. 25871). BP filed a supplemental report, which the Court has reviewed. (Rec. Doc. 25896).

After considering the parties arguments, the record, and the applicable law,

IT IS ORDERED that the Show Cause Order (Rec. Doc. 25811) is deemed SATISFIED with respect to the 98 Nations Plaintiffs identified below, and these cases are NOT dismissed:

| Case Number | Plaintiff |
|---|---|
| 18-12693 | Richardson, Kenneth Wayne |
| 18-14184 | Harris, Stephanie Nicole |
| 18-14187 | Koenig, Jeremy Jason |
| 18-14188 | Lampe, Shirley Ann |
| 18-14193 | Wiggerfall, Antwon Mikel |
| 18-14216 | Alexander, Brandon James |
| 18-14234 | Wilson, Lamont Nicklaus |
| 18-14253 | Leboeuf, Dena Melann |
| 18-14254 | Lilly, Patrick Anthony |
| 18-14256 | McGhee, James Nathan Jr. |
| 18-14321 | Koenig, Jeremy Jason Sr |
| 18-12110 | Moore, Steven Andrew |

---

[1] Anderson, Darrell Ray (No. 18-14217); Huynh, Lam Than Huynh (No. 19-01053); Jones, Walter Edward (19-01076); Tran, Nhe (No. 19-01124); and Bui, Sang Thanh (No. 19-01261).

| 18-13482 | Livingston, Jamil Marquis |
|---|---|
| 18-14226 | Taranto, Richard John, Jr |
| 18-14233 | Williams, Patricia A |
| 19-00891 | Allen, Semikalove Almalethia |
| 19-00894 | Allison, William Thomas |
| 19-00920 | Berry, Tammie Denelle |
| 19-00934 | Brightwell, Eddie Wilbon |
| 19-00938 | Burrell, Cleophas |
| 19-00944 | Chambers, Daniel Wesley |
| 19-00957 | Dixon, Howard Wayne |
| 19-00963 | Pellegrin, Lee John |
| 19-00972 | Rembert, Antonio Demetric |
| 19-00974 | Rhodes, Marcus Deon |
| 19-00979 | Rooney, Terri Lynn |
| 19-01001 | Sanders, Sherri Lynn |
| 19-01004 | Schwendeman, Glenda Lee |
| 19-01006 | Smith, Antonio DeShawn |
| 19-01019 | Carmadelle, Anthony Joseph |
| 19-01041 | Finklea, James Javince |
| 19-01055 | Huynh, Minh Cong |
| 19-01058 | Jefferson, Danielle Lachandra |
| 19-01068 | Ledbetter, Kyle Allen |
| 19-01071 | Lindsey, Vanessa Fay |
| 19-01089 | Parker, Derek Trendelle |
| 19-01090 | Parmar, Mina Golemon |
| 19-01099 | Marshall, Emmanuel Maurice |
| 19-01104 | Sellers, Aaron Lavon |
| 19-01109 | Tan, Vichet |
| 19-01112 | Williams, Terrance Renee |
| 19-01121 | Washington, Kenneth Tremaine |
| 19-01125 | Tolbert, Alan Clay |
| 19-01128 | Nguyen, Toan |
| 19-01141 | Stouder, Frank Jay III |
| 19-01146 | McCants, Robert |
| 19-01161 | Myers, Erica Lynette |
| 19-01246 | Agee, David Earl Jr. |
| 19-01256 | Bellow, David June |
| 19-01269 | Evans, Lester James Jr |
| 19-01274 | Fairley, Natalie Resha |
| 19-01275 | Farac, Joseph Anthony |
| 19-01299 | Gardner, Mortagus Renard |
| 19-01303 | Harris, Robert Anthony |
| 19-01312 | Mike, Desiree Anise |
| 19-01319 | Landry, Herman Mark |
| 19-01323 | Kirkland, Robert Mann, III |
| 19-01324 | Keys, Niiesha Sharmane |

| 19-01369 | Smith, Eric Neal |
|----------|------------------|
| 19-01379 | Walker, Aaron |
| 19-01382 | Young, Ronnie Daniel |
| 19-01391 | Buckley, Charles Edward |
| 19-01395 | Chrisco, Stephen Joseph |
| 19-01404 | Geraci, Stacey John |
| 19-01455 | Adams, Christopher Jacob |
| 19-01460 | Cosby, Ira Doyle Sr. |
| 19-01462 | Picquet III, Eugene Joseph |
| 19-01467 | Sellers, Charles Len |
| 19-01468 | Roberts, Samuel Auguste |
| 19-01469 | Punch, Timmy Joseph |
| 19-01482 | Snyder Jr., John Richard |
| 19-01483 | Sharp, Austin David |
| 19-01489 | Lirette, Ramsey Paul |
| 19-01491 | Kibodeaux, Susan Elizabeth Heath |
| 19-01516 | Verdin, Stacey Lynn |
| 19-01517 | Vicknair, Steven Charles |
| 19-01518 | Waller, Cynthia Conti |
| 19-01530 | Jenkins, Robert Hosia |
| 19-01534 | Quarterman, Rudolph Valentino III |
| 19-01559 | Stanfield, Grace Verdin |
| 19-01561 | Russ, Eddie Charles |
| 19-01580 | Acosta, Benny James |
| 19-01581 | Adams, Matthew Paul |
| 19-01583 | Alfonso, Jacques Anthony |
| 19-01586 | Allen, James Lloyd |
| 19-01591 | Bishop, Vernon Oneal, Jr., |
| 19-01598 | Campbell, Reco Jermaine |
| 19-01603 | Cole, Salathel Romeros |
| 19-01623 | Henley, Mary Angela |
| 19-01630 | Fuller, Dinnettia Sharrel |
| 19-01635 | Davis, Dale Alan |
| 19-01641 | Craft, Charles Edward |
| 19-01663 | Marion, Johnnie |
| 19-01665 | Mackey, Marilyn Brown |
| 19-01667 | Lewis, Thomas Jerome |
| 19-01677 | Morrisette, Mario Dontele |
| 19-01678 | Morel, Steven Anthony |
| 19-01680 | Owens, Lyksha Lynn |

IT IS FURTHER ORDERED that the Show Cause Order (Rec. Doc. 25811) is NOT satisfied with respect to the 54 Nations Plaintiffs identified below, and these cases are DISMISSED WITH PREJUDICE:

| Case Number | Plaintiff |
|---|---|
| 18-10505 | Carden, Paul Anthony |
| 18-10991 | Black, Charles Leonard |
| 18-12180 | Balkcom, James Ellis Jr. |
| 18-14182 | Sayles, Walter Lee, III |
| 18-14189 | McCovery, Ervin Alfred |
| 18-14190 | Stephenson, Tammy Andrew |
| 18-14191 | Walker, Katheryn Louise |
| 18-14194 | Williams, Reginald Devane |
| 18-14219 | Jones, Joki Deon |
| 18-14222 | Krivijanick, Audie Santoluquid |
| 18-14224 | Slater, Kimaya Deshay |
| 18-14235 | Dao, Sen Thi Mai |
| 19-00904 | Anderson, Cheryl Sip |
| 19-00954 | Dennis, Karen Jerraine |
| 19-00977 | Robinson, Robert |
| 19-00999 | Nguyen, Xuong Van |
| 19-01002 | Sarisun, Jaruwan |
| 19-01029 | Ely, Donavette Maria |
| 19-01043 | Giuffria, Marshall Sturges |
| 19-01057 | Janey, Teresa Rachele |
| 19-01070 | Jones, Harrison Jr. |
| 19-01094 | Ly, Tai Cong |
| 19-01111 | Stallworth, Reginald |
| 19-01114 | Wilkerson, Johnnie Edwards |
| 19-01116 | White, Marcus Jr. |
| 19-01118 | Weaver, Ernest Charles Jr |
| 19-01132 | Myers, Maleshia Janell |
| 19-01137 | Tatum, Isiah Elijah |
| 19-01148 | McKinnis, Uesamah Qahir Traylor |
| 19-01155 | Moore, Elton Rockie |
| 19-01160 | Moton, Sabrina Shanta |
| 19-01276 | Farrar, Lourinda Paulette |
| 19-01315 | McFarlin, Jason Lamar |
| 19-01361 | Raum, Elizabeth Sue |
| 19-01363 | Robichaux, David Adam |
| 19-01373 | Tran, Hung Phuoc |
| 19-01394 | Chauvin, Tyler Joseph |

| 19-01397 | Cologne, Debra Martin |
|----------|----------------------|
| 19-01405 | Jones Jr., Luther Richard |
| 19-01406 | Leblanc, Keaton James |
| 19-01510 | Brown, Carlton Elliott |
| 19-01523 | English, Marcus Lakeith |
| 19-01528 | Matthews, Errjay |
| 19-01537 | Pellegrin Jr., Carl Joseph |
| 19-01560 | Shepheard, Stephanie Ann |
| 19-01589 | Biggs, Chasity Lasha |
| 19-01620 | Kiefer, Robert Joseph |
| 19-01621 | Johnson, Michael Terrand |
| 19-01625 | Hall, Xavier Orenthal |
| 19-01628 | Furby, Justin Robert |
| 19-01632 | Easley, Jason Len |
| 19-01633 | DeMuro, Donald David III |
| 19-01639 | Compton, Bryant Scott |
| 19-01684 | Pellegrin, Lance Anthony |

The Court will enter judgments of dismissal in each of the above 54 cases.

Finally, the Court also directed BP to indicate whether Michael Gideon (No. 18-14310, represented by the Falcon Law Firm), who was granted a 30-day extension on June 19, 2019 (Rec. Doc. 25737 at 2), had complied by the extended deadline. BP reports that Michael Gideon did comply with his disclosure obligations by the extended deadline. Accordingly,

IT IS ORDERED that Michael Gideon's claims (No. 18-14310) are not dismissed.

New Orleans, Louisiana, this 26th day of July, 2019.

_____

United States District Court