# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to the Following** | * | |
| **Cases in Pleading Bundle B3:** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| *11-00911; 11-02621; 17-02387; 17-03347;* | * | |
| *17-03349; 17-03356; 17-03387; 17-03412* | * | |

## BP'S STATEMENT REGARDING CASES IN THE B3 BUNDLE
## THAT ASSERT ONLY CONTRACT CLAIMS

Pursuant to the Court's July 18, 2019 Order (Rec. Doc. 25859), BP America Production Inc. and BP Exploration & Production Inc. (together, "BP") respectfully submit the following statement regarding the following eight cases in the B3 pleading bundle that assert only contract claims, are not part of the PTO 67 mediation process, and that the Court has indicated it intends to sever from MDL 2179.

| Case Name | Case No. | Originating District Court |
|---|---|---|
| Jesco Construction v. BP America, et al. | 11-00911 | S.D. Tex. |
| Coastal Water Cleaners and Environmental Services, L.L.C. v. BP America Production Company, et al. | 11-02621 | S.D. Ala. |
| Dang, Anh v. BPAPC | 17-02387 | E.D. La. |
| Howard, John L. v. BPAPC, et al. | 17-03347 | S.D. Ala. |
| Richard Pinell o/b/o Billi Sue, Inc. v. BPXP, Inc. | 17-03349 | E.D. La. |
| Collier, Nicholas W. v. BPAPC, et al. | 17-03356 | S.D. Ala. |
| Steiner, Machelle v. BPAPC, et al | 17-03387 | S.D. Ala. |
| Brehm, William H. v. BPAPC, et al. | 17-03412 | S.D. Ala. |

BP agrees that the chart of the Court's July 18, 2019 Order is correct with respect to the originating district court indicated for each of these eight cases.

With respect to each of the six cases on the Court's list that did not originate in the Eastern District of Louisiana, BP consents to trial in the Eastern District of Louisiana.  Plaintiffs Jesco Construction (Case No. 11-00911) also consents to trial in this district (*see* Rec. Doc. 25866), but plaintiffs John L. Howard (Case No. 17-03347), Nicholas W. Collier (Case No. 17-03356), Machelle Steiner (Case No. 17-03387), and William H. Brehm (Case No. 17-03412) each request remand to the Southern District of Alabama (*see* Rec. Docs. 25862, 25863, 25864, and 25865). Plaintiff Coastal Water Cleaners and Environmental Services, L.L.C. (Case No. 11-02621) served a response indicating both that it consents to trial in this district and that it requests that its case be remanded to the Southern District of Alabama for trial.[1]

                                                                                     Respectfully submitted,

                                                                                   */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
Christina L. Briesacher
(christina.briesacher@kirkland.com)
**KIRKLAND & ELLIS LLP**

---

[1]    Coastal Water Cleaners and Environmental Services, L.L.C.'s response was served by File & ServeXpress on July 25, 2019, but as of this filing has not been filed in the MDL 2179 docket.

300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP America Production Inc. and
BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **BP's Statement Regarding Cases in the B3 Bundle That Assert Only Contract Claims** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of July 2019.

*/s/ Don K. Haycraft*
Don K. Haycraft