

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the** | * | **MDL 2179** |
| **Gulf of Mexico, on April 20, 2010** | * | |
| | * | **Section: J(2)** |
| **This applies to:** | * | |
| | * | **JUDGE BARBIER** |
| **Coastal Water Cleaners and** | * | |
| **Environmental Services, LLC v.** | * | **MAG. JUDGE WILKINSON** |
| **BP**, *et al*, **11-02621** | * | |

### PLAINTIFF'S RESPONSE TO ORDER RELATING TO
### B3 BUNDLE THAT ASSERT ONLY CONTRACT CLAIMS

Comes now Coastal Water Cleaners and Environmental Services, LLC (Case No. 11-02621) and in response to the Court's Order of July 18, 2019 [Doc. 25859], sets forth the following:

1. The Court's chart in Doc. 25859 is correct with respect to the above referenced Plaintiff's originating district court.

2. The above referenced Plaintiff consents to trial in the Eastern District of Louisiana.

3. The above referenced Plaintiff requests this matter be remanded to the Southern District of Alabama for trial.

Respectfully Submitted,

*/s/ Frederick T. Kuykendall III*
Frederick T. Kuykendall, III
The Kuykendall Group, LLC
PO Box 2129
Fairhope, AL 36533
ftk@thekuykendallgroup.com
(205) 434-2866

*/s/ Grant D. Amey*
Grant D. Amey
Law Office of Grant D. Amey, LLC
PO Box 67
Fairhope, AL 36533
grantamey@grantamey.com

(251) 716-0317

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing response has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of July, 2019.

                                                  */s/ Frederick T. Kuykendall III*
                                                Frederick T. Kuykendall, III
                                                The Kuykendall Group, LLC