UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *All Cases in Pleading Bundle B3* | * * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |

# ORDER
### [As to Certain B3 Plaintiffs' Compliance with PTO 63 and PTO 66]

Before the Court is BP's Status Report regarding 22 plaintiffs in the B3 bundle who were ordered to comply with PTO 63 and PTO 66 by July 16, 2019. (Rec. Doc. 25901). BP reports that 4 plaintiffs materially complied by the July 16, 2019 deadline, and 22 did not. The Court's orders requiring compliance stated that failure to comply "may result in dismissal with prejudice." (Rec. Docs. 25750, 25751, 25771). Accordingly,

IT IS ORDERED that the following plaintiffs are deemed COMPLIANT with PTO 63 and PTO 64 and their claims are subject to further proceedings in this Court:

| Plaintiff | Original Case No. | Operative Case No. |
|---|---|---|
| Barefoot, Marion G. | 13-02879 | 19-11663 |
| Buskell, Baron | 13-02879 | 19-11668 |
| Murray, Max | 13-01822 | 19-11691 |
| Southern, Nathan S. | 13-02879 | 19-11697 |

IT IS FURTHER ORDERED that by no later than August 2, 2019, the plaintiffs identified below shall SHOW CAUSE in writing why their cases should not

be dismissed with prejudice for failure to comply with the Court's directives.[1] BP may file a reply by no later than August 6, 2019.

| Plaintiff | Originating Case No. | Operative Case No. | Deficiency (per BP's report) |
|---|---|---|---|
| Adams, John Lindsey | 18-08694 | 18-08694 | Failed to Respond to PTO 66 Question 39 |
| Bryant, James | 13-02879 | 19-11664 | Failed to Respond to PTO 66 Question 39 |
| Burke, Steven | 13-02879 | 19-11666 | Failed to Respond to PTO 66 Question 39; Failed to Respond to PTO 66 Question 24 |
| Burrus, John | 13-01822 | 19-11667 | Failed to Respond to PTO 66 Question 39; Failed to Respond to PTO 66 Question 29 |
| Clopton, Johnnie | 13-02879 | 19-11671 | Failed to Respond to PTO 66 Question 39 |
| Collier, Emmet | 18-13928 | 18-13928 | Failed to Respond to PTO 66 Question 39 |
| DeAgano, Dereck J. | 13-01802 | 13-01802 | Failed to Respond to PTO 66 Question 39 |
| DeAgano, Jr., Ted | 13-01802 | 13-01802 | Failed to Respond to PTO 66 Question 39 |
| DeAgano, Kimberley | 13-01802 | 13-01802 | Failed to Respond to PTO 66 Question 39 |
| Enfinger, William | 18-13926 | 18-13926 | Failed to Respond to PTO 66 Question 39 |
| Graham, Sarah | 13-01822 | 19-11673 | Failed to Respond to PTO 66 Question 39 |
| Jenkins, Henry | 13-02879 | 19-11686 | Failed to Respond to PTO 66 Question 39 |
| Keaghey, Keith | 13-01802 | 19-11688 | Failed to Respond to PTO 66 Question 39 |
| Mock, Edward | 18-13924 | 18-13924 | Failed to Respond to PTO 66 Question 39 |
| Richardson, Willie | 13-02879 | 19-11693 | Failed to Respond to PTO 66 Question 39 |
| Tripp, Tommy | 13-02879 | 19-11700 | Failed to Respond to PTO 66 Question 39 |

---

[1] The Court is aware that the plaintiffs represented by Frank D'Amico, Jr., APLC filed a response to BP's status report, which the Court has not yet fully considered. (Rec. Doc. 25903). Plaintiffs may rest on this response or file a supplemental response by August 2, 2019.

| Wood, Richard | 13-01822 | 19-11701 | Failed to Respond to PTO 66 Question 39 |
| Young, Kayla (Estate of David L. Ray) | 18-09900 | 18-09900 | Failed to Respond to PTO 66 Question 39 |

New Orleans, Louisiana, this 26th day of July, 2019.

_____
United States District Judge