UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>Salvesen v. Feinberg, et al., 2:11-cv-02533<br>Pinellas Marine Salvage Inc., et al. v. Feinberg, et al., 2:11-cv-01987<br>Ditch v. Feinberg et al., 2:13-cv-06014 _____/ | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' MOTION TO RECUSE
THE HONORABLE CARL J. BARBIER**

Plaintiffs, Selmer M. Salvesen, Pinellas Marine Salvage, Inc., John Mavrogiannis, and Andrew J. Ditch, by and through their undersigned counsel, hereby file their Motion to Recuse the Honorable Carl J. Barbier from the following cases: *Salvesen v. Feinberg, et al.*, 2:11-cv-02533; *Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.*, 2:11-cv-01987; and *Ditch v. Feinberg et al.*, 2:13-cv-06014 for the reasons set out in the Memorandum of Law in support of this Motion which is being filed concurrently herewith.

DATED: July 29, 2019

Respectfully submitted,

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of July, 2019.

                                                      **/s/ Brian J. Donovan**
                                                      Brian J. Donovan
                                                      Attorney for Plaintiffs
                                                      Florida Bar No. 143900
                                                      3102 Seaway Court, Suite 304
                                                      Tampa, FL 33629
                                                      Tel: (352)328-7469
                                                      BrianJDonovan@verizon.net