# EXHIBIT K

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR*
ELLEN PIVACH DUNBAR
JOHN E. PIVACH

· *Admitted in Louisiana and Texas

# Pivach Pivach Hufft Thriffiley & Dunbar
## — *attorneys at law* —

8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LA 70037
(504) 394-1870
FAX (504) 393-2553
www.pivachlaw.com
CDunbar@PivachLaw.com

June 24, 2019

Chase Commercial Banking
c/o Ike Guthrie
451 Florida Street Suite B110
Baton Rouge, LA 70801

RE:   Herman A. Isidore
      *Succ. of Herman A. Isidore*
      C.D.C. No. 2016-10251 "I-14"
      SSN: 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
      Our File: 18-357

Dear Mr. Guthrie:

As you are aware, our office has the pleasure of representing Hope Bell, the Administrator of the Succession of Herman A. Isidore. Enclosed you will find a copy of the Letters of Administration authorizing Hope Bell to act as the Administrator of the Succession of Herman A. Isidore. (Civil District Court for the Parish of Orleans, State of Louisiana, Docket No. 2016-10251 "I-14."

Herman A. Isidore died on December 19, 2014, as shown on the enclosed Certificate of Death. I ask that you produce copies of all bank statements in the name of Herman A. Isidore (SSN ███████████ for the month of December 2014 to present held at J.P. Morgan Chase Bank, N.A.

If you have any questions or concerns, feel free to contact me.

Very truly yours,

COREY E. DUNBAR

CED\
Enclosures

cc:   Hope Bell (w/ enclosures)

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED

NO. 2016-10251

2018 MAY 14 8:33

DIVISION "I"

SUCCESSION OF HERMAN A. ISIDORE

CIVIL
DISTRICT COURT

FILED: _____

_____
DEPUTY CLERK

## LETTERS OF ADMINISTRATION

BE IT KNOWN:

That HOPE BELL has been named, appointed and confirmed as Administrator of the Succession of Herman A. Isidore, and having complied with all legal requirements relative thereto, is fully qualified, authorized and empowered to collect all property of said deceased, Herman A. Isidore, and to perform all other lawful acts as administrator aforesaid.

THUS DONE AND SIGNED this ____NOV 0 8 2018____ in New Orleans, Louisiana.

_____

_____
Judge
Piper D. Griffin
Judge, Division "I"
Civil District Court
Parish of Orleans, State of Louisiana

ENTERED ON MINUTES

NOV 0 9 2018

CHARLENE WILLIAMS

Silma Cubas
VERIFIED
11-14-18

VERIFIED
11-12-18

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER:

STATE FILE NUMBER: 2014-043-00358

**4939200**

DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX)
ISIDORE, HERMAN A

DATE OF BIRTH
07/13/1940

PLACE OF BIRTH - CITY, STATE, COUNTRY)
NEW ORLEANS, LA UNITED STATES

SEX
MALE

SOCIAL SECURITY NUMBER
3376

AGE
74 YEARS

2016 OCT 14 A II 10

DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX)

RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)
7531 JON LEE DR., NEW ORLEANS, LA 70128 UNITED STATES

WITHIN CITY LIMITS?
YES

PARISH/COUNTY
ORLEANS

CIVIL DISTRICT COURT

EVER IN U.S. ARMED FORCES?
NO

OCCUPATION
OYSTER FISHERMAN

INDUSTRY OF OCCUPATION
SEAFOOD

MARITAL STATUS
MARRIED

NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX)
MANUEL, PAULINE

FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX)
ISIDORE, HERMAN P

FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY)
NEW ORLEANS, LA UNITED STATES

MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX)
ENDALADE, ANTOINETTE

MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY)
NEW ORLEANS, LA UNITED STATES

INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX)
MANUEL, JUAN

RELATIONSHIP TO DECEDENT
SON

INFORMANT'S ADDRESS
7421 LAKE BARRINGTON DR., NEW ORLEANS, LA 70128 UNITED STATES

EDUCATION: HIGH SCHOOL GRADUATE, OR GED COMPLETED

OF HISPANIC ORIGIN: NO, NOT SPANISH/HISPANIC/LATINO

RACE: BLACK OR AFRICAN AMERICAN

PLACE OF DEATH
DECEDENT'S HOME

FACILITY NAME

FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)
7531 JON LEE DR., NEW ORLEANS, LA 70128 UNITED STATES

PARISH/COUNTY
ORLEANS

METHOD OF DISPOSITION
BURIAL

PLACE OF DISPOSITION
ST. MARTIN CEMETERY

PLACE OF DISPOSITION - (CITY, STATE, COUNTRY)
DAIANT, LA UNITED STATES

DATE OF DISPOSITION
12/30/2014

FUNERAL FACILITY NAME
ESTELLE J. WILSON MORTUARY, INC.

ADDRESS OF FUNERAL FACILITY
2715 DANNEEL ST., NEW ORLEANS, LA 70113 UNITED STATES

NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX)
WILSON-DEJOIE, BETTY P

LICENSE NUMBER
U1214

CORONER NOTIFIED?
Y

MANNER OF DEATH
NATURAL

IF FEMALE?
NOT APPLICABLE

DID TOBACCO USAGE CONTRIBUTE TO DEATH?
UNKNOWN

PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

APPROXIMATE INTERVAL: Onset to Death

IMMEDIATE CAUSE - (Final disease or condition resulting in death)    a. HYPERTENSIVE CARDIOVASCULAR DISEASE    UNK

Sequentially list conditions, if any, leading to the cause listed on line a.    b.

Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST    c.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
DIABETES MELLITUS DEMENTIA

WAS AN AUTOPSY PERFORMED?
NO

FINDINGS USED IN DETERMINING CAUSE?
NOT APPLICABLE

INJURY INFORMATION | PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY:

LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)

PARISH/COUNTY

DESCRIBE HOW INJURY OCCURRED

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX)
ROUSE, JEFFREY G

CERTIFIER TITLE: CORONER

CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)
2612 MARTIN LUTHER KING BLVD., NEW ORLEANS, LA 70113 UNITED STATES

BURIAL TRANSIT PERMIT
110367

PARISH OF ISSUE
ORLEANS

DATE OF ISSUE
12/29/2014

DATE FILED WITH REGISTRAR
1/21/2015

ISSUED BY: Clark, Shonda C

Issued on: 4/29/2016 3:00:00 PM



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

**004939200**

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID.
DO NOT ACCEPT

DEVIN GEORGE
STATE REGISTRAR

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**VERIFIED**



# EXHIBIT L

19-Jul-19                                                                              19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513



CHASE 
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 17, 2014 through January 20, 2015
Account Number:    000000190669172

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IIllllllIlllllllIllllllIlllllIllllllIlllll
00043214 DRE 552 141 02115 YNNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

## CHECKING SUMMARY   Chase Total Checking

|  | AMOUNT |
| --- | --- |
| Beginning Balance | $18,599.00 |
| Deposits and Additions | 753.00 |
| Ending Balance | $19,352.00 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
| --- | --- | --- | --- |
| 12/31 | Ssi  Treas 310  Xxsupp Sec | PPD ID: 9101736121 | $14.00 |
| 01/02 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736039 | 739.00 |
| **Total Deposits and Additions** | | | **$753.00** |

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the four ways you can avoid this
fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (Your total direct deposits this period were $753.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $18,987.00)

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

19-Jul-19

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

CHASE ◆

December 17, 2014 through January 20, 2015
Account Number:    000000190669172

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:     **Step 1 Balance:** $_____

2.  List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

**Step 2 Total:** $_____

3.  Add Step 2 Total to Step 1 Balance.     **Step 3 Total:** $_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:** -$_____

5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:     $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

January 21, 2015 through February 18, 2015
Account Number:     000000190669172

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00044369 DRE 552 141 05015 NNNNNYNNNNN T 1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



## We are updating your Deposit Account Agreement

We will update the Electronic Funds Transfer Service Terms in your agreement for personal accounts effective March 22, 2015, to cover how you can use an eATM (formerly known as an Express Banking kiosk) **located inside a branch lobby during the branch operating hours:**

- You can **deposit** up to $5,000 in cash each day.
- You can **withdraw** up to $3,000 each day. All other withdrawals at eATMs count toward your daily ATM withdrawal limit. Privileges card limits remain the same.
- You will be able to provide us personal identification that we accept, such as a driver's license. Our branch employee will then give you a temporary, one-time code so you can have full use of the eATM.

These changes will happen over several months, so you should ask an employee in your branch if the eATM has been updated with these changes.

For a copy of your agreement, you can view it anytime by logging in at chase.com and clicking Legal Agreements and Disclosures at the bottom of any page, or visit a branch. If you have questions, please call us at the telephone number listed on this statement.

---

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$19,352.00** |
| Deposits and Additions | 14.00 |
| Electronic Withdrawals | - 753.00 |
| **Ending Balance** | **$18,613.00** |

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/30 | Ssi  Treas 310  Xxsupp Sec | PPD ID: 9101736121 | $14.00 |
| **Total Deposits and Additions** | | | **$14.00** |

Page 1 of 4

19-Jul-19

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513



January 21, 2015 through February 18, 2015
Account Number:   **000000190669172**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|-------:|
| 01/28 | Jpmrtn O/S Reclm Reclaim | 437563376A | SSA CCD ID: 9999999999 | $739.00 |
| 01/28 | Jpmrtn O/S Reclm Reclaim | 437563376 | Ssi CCD ID: 9999999999 | 14.00 |
| **Total Electronic Withdrawals** | | | | **$753.00** |

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (Your total direct deposits this period were $14.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $18,815.00)

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

19-Jul-19

19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

 CHASE

January 21, 2015 through February 18, 2015
Account Number:   000000190669172



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   **Step 1 Balance:**   $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:**   $_____

3. Add Step 2 Total to Step 1 Balance.   **Step 3 Total:**   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:**   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

19-Jul-19

19Jul19-2513



January 21, 2015 through February 18, 2015

Account Number:    000000190669172

This Page Intentionally Left Blank

19-Jul-19

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

19Jul19-2513


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 19, 2015 through March 17, 2015
Account Number:   **000000190669172**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IIulIuuIIuuIuIIIuuIuIIuIuIuuIIuIuIuuIuI
00045691 DRE 552 141 07715 NNNNNNNNNNN T 1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



---

### CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$18,613.00** |
| Electronic Withdrawals | - 14.00 |
| **Ending Balance** | **$18,599.00** |

---

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | Jpmrtn O/S Reclm Reclaim   437563376   Ssi CCD ID: 9999999999 | $14.00 |
| **Total Electronic Withdrawals** | | **$14.00** |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $18,606.00)

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

19-Jul-19

19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

 CHASE

February 19, 2015 through March 17, 2015
Account Number:   **000000190669172**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                 Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                                  Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

   JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**

19Jul19-2513

# CHASE ◘

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 18, 2015 through April 16, 2015
Account Number:  **000000190669172**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00046130 DRE 552 141 10715 NNNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

WE ARE MAKING CHANGES TO THE MONTHLY SERVICE FEE ON YOUR CHASE TOTAL
CHECKING(R) ACCOUNT

Starting with statement periods that begin after June 17 for Chase Total Checking
accounts:
- We will increase the Monthly Service Fee to $12 from $10 for accounts opened in
  CA, OR and WA.
- We will keep the Monthly Service Fee at $12 in all other states.
- We will no longer waive the Monthly Service Fee when you pay $25 or more in
  qualifying checking-related services or fees.
You can continue to avoid the Monthly Service Fee if you have any ONE of the following
during a statement period:
- Direct deposits totaling $500 or more made to the account
- OR, a minimum daily balance of $1,500 in the account
- OR, an average daily balance of $5,000 or more in any combination of qualifying
  linked deposits/investments.
If you have questions, please call us at the telephone number listed on this statement.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $18,599.00 |
| **Ending Balance** | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513**

19Jul19-2513

 CHASE

March 18, 2015 through April 16, 2015
Account Number:   **000000190669172**

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $18,599.00)

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

19-Jul-19

19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513



March 18, 2015 through April 16, 2015
Account Number:    000000190669172

Make convenient, secure deposits at Chase ATMs.

- Deposit multiple checks and cash (no envelopes or deposit slips needed)
- Verify your deposit amounts right on the screen
- Get an image of the checks deposited printed on your receipt

Start depositing at the ATM today.
Find an ATM near you at Chase.com/ATM.
Technology designed for you, SO YOU CAN easily master the way you bank.



19-Jul-19

19Jul19-2513

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**

 CHASE

March 18, 2015 through April 16, 2015
Account Number:   000000190669172

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.   Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC

19-Jul-19                                                                                                          19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

April 17, 2015 through May 18, 2015
Account Number:   **000000190669172**

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00050767 DRE 552 141 13915 NNYNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



WE ARE MAKING CHANGES TO THE MONTHLY SERVICE FEE ON YOUR CHASE TOTAL
CHECKING(R) ACCOUNT

Starting with statement periods that begin after June 17 for Chase Total Checking
accounts:
- We will increase the Monthly Service Fee to $12 from $10 for accounts opened in
  CA, OR and WA.
- We will keep the Monthly Service Fee at $12 in all other states.
- We will no longer waive the Monthly Service Fee when you pay $25 or more in
  qualifying checking-related services or fees.

You can continue to avoid the Monthly Service Fee if you have any ONE of the following
during a statement period:
- Direct deposits totaling $500 or more made to the account
- OR, a minimum daily balance of $1,500 in the account
- OR, an average daily balance of $5,000 or more in any combination of qualifying
  linked deposits/investments.

If you have questions, please call us at the telephone number listed on this statement.

| CHECKING SUMMARY | Chase Total Checking |
| --- | --- |

| | AMOUNT |
| --- | --- |
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

19-Jul-19

19Jul19-2513

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**



April 17, 2015 through May 18, 2015
Account Number:     **000000190669172**

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $18,599.00)

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

Page 2 of 4

19-Jul-19                                                                    19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

## CHASE ⬡

April 17, 2015 through May 18, 2015
Account Number:        000000190669172

### BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:            Step 1 Balance:  $_____

2.  List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3.  Add Step 2 Total to Step 1 Balance.                              Step 3 Total:  $_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**



April 17, 2015 through May 18, 2015
Account Number:   **000000190669172**

This Page Intentionally Left Blank

19-Jul-19

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

19Jul19-2513

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

May 19, 2015 through June 16, 2015
Account Number:   **000000190669172**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00052767 DRE 552 141 16815 NNNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



WE ARE MAKING CHANGES TO THE MONTHLY SERVICE FEE ON YOUR CHASE TOTAL
CHECKING(R) ACCOUNT
Starting with statement periods that begin after June 17 for Chase Total Checking
accounts:
- We will increase the Monthly Service Fee to $12 from $10 for accounts opened in
  CA, OR and WA.
- We will keep the Monthly Service Fee at $12 in all other states.
- We will no longer waive the Monthly Service Fee when you pay $25 or more in
  qualifying checking-related services or fees.
You can continue to avoid the Monthly Service Fee if you have any ONE of the following
during a statement period:
- Direct deposits totaling $500 or more made to the account
- OR, a minimum daily balance of $1,500 in the account
- OR, an average daily balance of $5,000 or more in any combination of qualifying
  linked deposits/investments.
If you have questions, please call us at the telephone number listed on this statement.

| CHECKING SUMMARY | Chase Total Checking | |
|---|---|---|
| | | **AMOUNT** |
| **Beginning Balance** | | $18,599.00 |
| **Ending Balance** | | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

Page 1 of 4

19-Jul-19

19Jul19-2513



May 19, 2015 through June 16, 2015

Account Number:   **000000190669172**

A monthly Service Fee was **not** charged to your Chase Total Checking account.   Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $18,599.00)

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

19-Jul-19

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

19Jul19-2513



May 19, 2015 through June 16, 2015

Account Number:  **000000190669172**



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:            Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                                     Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513**

19Jul19-2513



May 19, 2015 through June 16, 2015
Account Number:     **000000190669172**

This Page Intentionally Left Blank

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**

19Jul19-2513



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 17, 2015 through July 16, 2015
Account Number:   000000190669172



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00052897 DRE 552 141 19915 NNYNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

WE ARE MAKING CHANGES TO THE MONTHLY SERVICE FEE ON YOUR CHASE TOTAL
CHECKING(R) ACCOUNT

Starting with statement periods that begin after June 17 for Chase Total Checking
accounts:
- We will increase the Monthly Service Fee to $12 from $10 for accounts opened in
  CA, OR and WA.
- We will keep the Monthly Service Fee at $12 in all other states.
- We will no longer waive the Monthly Service Fee when you pay $25 or more in
  qualifying checking-related services or fees.

You can continue to avoid the Monthly Service Fee if you have any ONE of the following
during a statement period:
- Direct deposits totaling $500 or more made to the account
- OR, a minimum daily balance of $1,500 in the account
- OR, an average daily balance of $5,000 or more in any combination of qualifying
  linked deposits/investments.

If you have questions, please call us at the telephone number listed on this statement.

**Our worksheet for balancing your checkbook is now on chase.com**

Beginning July 20, your statement will no longer include our worksheet for balancing your checkbook. You can still access
this form on chase.com.

To find this guide online:
1. Go to chase.com/checking/account-tips
2. Scroll down to the section titled Track Your Spending
3. Download the Balancing your Checkbook Worksheet

Please call us at the number on this statement if you have any questions.

| CHECKING SUMMARY | Chase Total Checking |
|---|---|

| | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

Page 1 of 4

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**



June 17, 2015 through July 16, 2015
Account Number:     **000000190669172**

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $18,599.00)

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

19-Jul-19                                                                                                    19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513



June 17, 2015 through July 16, 2015
Account Number:    000000190669172



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

   Date        Amount            Date        Amount            Date        Amount
   _____        _____        _____
   _____        _____        _____

                                                          Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement.

   Check Number or Date        Amount            Check Number or Date        Amount
   _____            _____
   _____            _____
   _____            _____
   _____            _____
   _____            _____
   _____            _____

                                                          Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
    • Your name and account number
    • The dollar amount of the suspected error
    • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

   JPMorgan Chase Bank, N.A. Member FDIC

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**



June 17, 2015 through July 16, 2015
Account Number:   **000000190669172**

This Page Intentionally Left Blank

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513**

19Jul19-2513



CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 17, 2015 through August 18, 2015
Account Number:    000000190669172

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00054624 DRE 552 141 23115 NNNNNNNNNNN T 1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



We updated your Deposit Account Agreement
We made the following changes to your agreement on July 19, 2015:
- Revised the explanation of when funds will be available after you deposit checks
  drawn on a Chase account in a branch or at an ATM or eATM
- Updated the language about powers of attorney to clarify our responsibilities
  when you use one

Also, starting September 20, 2015, ATM cards can only be used at ATMs and eATMs
and can no longer be used to purchase goods and services. This doesn't change
how debit cards are used.

You can view a copy of your updated agreement anytime by logging in to chase.com,
or by visiting any of our branches. If you have questions, please call us at the number
on this statement or visit any of our branches.

**Our worksheet for balancing your checkbook is now on chase.com**

Beginning July 20, your statement will no longer include our worksheet for balancing your checkbook. You can still access
this form on chase.com.

To find this guide online:
1. Go to chase.com/checking/account-tips
2. Scroll down to the section titled Track Your Spending
3. Download the Balancing your Checkbook Worksheet

Please call us at the number on this statement if you have any questions.

| **CHECKING SUMMARY** | Chase Total Checking | |
| --- | --- | --- |
| | | AMOUNT |
| **Beginning Balance** | | $18,599.00 |
| **Ending Balance** | | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

Page 1 of 2

19-Jul-19                                                                                                          19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513



July 17, 2015 through August 18, 2015
Account Number:     000000190669172

A monthly Service Fee was **not** charged to your Chase Total Checking account.   Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

19-Jul-19

19Jul19-2513

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**


JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

August 19, 2015 through September 17, 2015
Account Number:     000000190669172

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00054803 DRE 552 141 26115 NNNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



We are making changes to non-Chase ATM fees and Travelers Checks
Your relationship is important to us, and we are committed to keeping you informed about changes that may affect you beginning November 9.
Non-Chase ATMs
When you use an ATM that is not owned by Chase we charge a non-Chase ATM fee; which will change beginning November 9.   The fees listed below apply to each transaction made at a non-Chase ATM:
  - S2.50 for any Inquiries, Transfers or Withdrawals while using a non-Chase ATM in the U.S., Puerto Rico and the U.S. Virgin Islands.
  - S2.50 for any Transfers or Inquiries at ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands. As a reminder, we will still charge S5 per Withdrawal at ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands.
Fees from the ATM owners still apply. As a reminder, there is no fee to use any of the 15,500 Chase ATMs.
For the products listed below, these fees may be waived entirely or for a certain number of times per statement period. For all other products, the fees listed above apply to each transaction made at a non-Chase ATM.
  - Chase Private Client Checking(SM) and Chase Private Client Savings(SM): You will not pay a fee to us for using a non-Chase ATM. We will also refund up to 5 fees charged by the ATM owner every statement period.
  - Chase Premier Platinum Checking(SM), Chase Premier Plus Checking(SM) with Chase Military Banking benefits, Chase Plus Savings(SM) and Chase Premier Platinum Savings(SM): You will not pay a fee to us for using a non-Chase ATM. You will have to pay all fees charged by the ATM owner.
  - Chase Premier Plus Checking (without Chase Military Banking benefits) and Chase Premier Checking(SM): You will not pay a fee to us for the first 4 non-Chase ATM transactions each statement period. You will have to pay all fees charged by the ATM owner.
  - Chase Workplace Checking(SM): You will not pay a fee to us for the first 2 non-Chase ATM transactions each statement period. You will have to pay all fees charged by the ATM owner.
Travelers Checks
Beginning November 9, we will no longer sell Travelers Checks. There are other alternatives to Travelers Checks, please talk to a banker to learn more. We apologize for the inconvenience.
All other terms and conditions of your Deposit Account Agreement still apply. If you have any questions, please call the number listed at the top of this statement.

19-Jul-19                                                                                      19Jul19-2513

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**

 CHASE

August 19, 2015 through September 17, 2015
Account Number:  **000000190669172**

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

19-Jul-19 19Jul19-2513

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513**



CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

September 18, 2015 through October 19, 2015
Account Number:  000000190669172



00056625 DRE 552 141 29315 NNNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

---

**CHECKING SUMMARY**  Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 1 of 2

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513**



September 18, 2015 through October 19, 2015
Account Number:    **000000190669172**

This Page Intentionally Left Blank

19-Jul-19

19Jul19-2513

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513**



CHASE
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 20, 2015 through November 18, 2015
Account Number:     000000190669172



00056115 DRE 552 141 32315 NNNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $18,599.00 |
| **Ending Balance** | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $18,599.00)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**

19Jul19-2513



October 20, 2015 through November 18, 2015
Account Number:   **000000190669172**

This Page Intentionally Left Blank

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 19, 2015 through December 16, 2015
Account Number:  000000190669172



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00056977 DRE 552 141 35115 NNNNNNNNNN T 1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

---

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**



November 19, 2015 through December 16, 2015

Account Number:    **000000190669172**

This Page Intentionally Left Blank

Page 2 of 2

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513**

19Jul19-2513


## CHASE
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 17, 2015 through January 20, 2016
Account Number:  **000000190669172**

---

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00058425 DRE 552 141 02116 NYNNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



WE ARE UPDATING OUR DEPOSIT ACCOUNT AGREEMENT

On March 14, 2016, we will publish an updated version of our Deposit Account Agreement so
that it is easier to understand. The updated agreement will be available on chase.com,
at a branch or by request when you call us.

Please read the entire document, paying special attention to these sections:

- Deposit Records and Receipts (page 3): If you deposit an amount that is higher or
  lower than what is on the deposit receipt, we are not required to adjust your account
  for discrepancies of $10 or less. See below for the full paragraph that has changed.
- Linked Accounts (page 13): If the checking account linked to your other accounts
  closes, it is your responsibility to request any remaining eligible accounts to be
  linked.
- Closing Your Account (page 13): We are not required to close your account if you have
  pending transactions, or if the account is overdrawn or subject to legal process.
- Research, Legal Process and Requests for Information (page 15): If a legal hold is in
  effect, we will continue to charge any applicable fees even though the account cannot be
  closed. We may also remove your Overdraft Protection if a hold is placed, but you may
  ask us to relink your accounts after the hold is removed.
- Preauthorized (Recurring) Transfers and Stop Payment (page 22): We explain how to
  stop payment on a recurring transfer or payment.

This is the updated paragraph that you will find in the Deposits Records and Receipts
section: If you make a deposit, we may provide a receipt, but the amount on your deposit
receipt is based entirely on the deposit slip you complete. We may confirm the funds you
deposit and, after review, may adjust your account for any errors including any errors on
your deposit slip. We are not required to adjust your account for discrepancies of $10 or
less. We may not adjust your account unless you notify us of the discrepancy within one
year of the date of your account statement that shows the deposit. If you do not notify
us of the error during this notice period, the deposit amount will be considered final.
This means that if the actual amount deposited was less than the amount declared on the
deposit receipt, the difference will become your property and if the actual amount
deposited was more than the amount declared on the deposit receipt, the difference will
become our property.

Please call us at the number on this statement if you have any questions.

WE ARE CHANGING THE FEE ON OUTGOING WIRE TRANSFERS DONE WITH A CHASE BANKER

Your relationship is important to us and we are committed to keeping you informed about
changes that may affect you.

Starting March 22, 2016:

For outgoing wire transfers NOT requested online (for example, in a branch) the fee
will increase to:
- Domestic Wire Fee: $35 per transfer
- International Wire Fee: $50 per transfer (we previously called this Foreign
  Outgoing Wire Transfer Fee)

19-Jul-19

19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

 CHASE

December 17, 2015 through January 20, 2016
Account Number:   000000190669172

The fee for outgoing wires made via Chase Online(SM) and Chase Mobile(R) (only available for domestic wires) remains the same. Transfer limits apply. Savings accounts cannot be used to fund wire transfers initiated on Chase Online(SM) and Chase Mobile(R). Incoming wire transfer fees remain the same.

These fees are waived for the following products:
- Chase Private Client Checking(SM) and Chase Private Client Savings(SM)
- Chase Plus Checking(SM) with Chase Military Banking benefits for active duty, reserve or National Guard servicemembers with direct deposit of military base pay

All other terms and conditions of your Deposit Account Agreement still apply. If you have any questions, please call the number listed at the top of this statement.

## CHECKING SUMMARY | Chase Total Checking

|  | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $18,599.00)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**

19Jul19-2513



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 21, 2016 through February 17, 2016
Account Number:     000000190669172

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00058848 DRE 552 141 04916 NNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



---

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $18,599.00 |
| **Ending Balance** | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

* **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

* **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

* **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
* Your name and account number
* The dollar amount of the suspected error
* A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 1 of 2

19-Jul-19

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G19Jul19-2513**



January 21, 2016 through February 17, 2016
Account Number:  **000000190669172**

This Page Intentionally Left Blank

Page 2 of 2

19-Jul-19

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

19Jul19-2513



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 18, 2016 through March 16, 2016
Account Number:      000000190669172

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00059224 DRE 552 141 07716 NNNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



## We are changing our Overdraft Protection service in August 2016

We will simplify Overdraft Protection, a service that allows enrolled customers to avoid overdrawing a checking account by transferring money from a linked account.
**Starting August 20:**
- **Only a Chase personal savings account** will be able to provide Overdraft Protection to a personal checking account. A credit card and Overdraft Line of Credit cannot be used.
- **We will transfer the exact amount** needed to cover the transaction instead of multiples of $50.
- **We will no longer charge the $10 Overdraft Protection Transfer Fee.**

As a reminder, a **$5 Savings Withdrawal Limit Fee** may apply for each withdrawal or transfer over six per monthly statement period, including withdrawals at a branch or at an ATM. *We waive this fee for Chase Private Client Savings[SM]. For Chase Plus Savings[SM], Chase Premier Platinum Savings[SM] and Chase Premier Savings[SM] this fee is waived if there is a balance of $15,000 or more in the account at the time of the withdrawal or transfer.*

**If you have a credit card or Overdraft Line of Credit linked for Overdraft Protection, you have two options:**
1. **Link to a savings account instead.** Visit chase.com or talk to a banker to learn more. OR,
2. **Keep your current settings,** knowing that this could cause declined transactions and you may pay more fees when we remove the link to your credit card or Overdraft Line of Credit.
   - Starting August 17, we will not authorize everyday debit card purchases if your checking account can't cover them, unless you're enrolled in Chase Debit Card Coverage[SM]. If enrolled, you may have to pay a **$34 Insufficient Funds Fee** each time we approve an everyday debit card transaction. Through August 19, we will continue to transfer funds for transactions that would overdraw your account.
   - Keep in mind our **Standard Overdraft Practice** will apply if your checking account does not have enough money available to cover a transaction. In which case, we may charge you a $34 Insufficient Funds Fee or $34 Returned Item Fee for each check, recurring payment or other transfer that is for more than the amount available in your account. Refer to your Deposit Account Agreement at chase.com for details on how your transactions work.
     *We waive the Insufficient Funds Fee and Returned Item fee for Chase Private Client Checking[SM] and Chase Private Client Savings[SM] accounts. For Premier Platinum Checking[SM] accounts, we waive these fees for the first four occurrences in a 12-month period. Chase Debit Card Coverage[SM] and Standard Overdraft Practice are not available for Chase High School Checking[SM] accounts, but $34 Returned Item fees apply.*

If you have questions, please visit chase.com or call the number listed at the top of your statement.

## We are increasing the daily ATM withdrawal limit on your chip-enabled debit card

19-Jul-19

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

 CHASE

February 18, 2016 through March 16, 2016
Account Number:     000000190669172

As of March 21, we will increase the limit for ATM withdrawals made at most Chase ATMs with your chip-enabled Chase Debit Card(s) ending in  to up to $1,000 per day.

If you have any questions about this change, please call the number on the back of your Chase Debit Card or stop by any Chase branch.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $18,599.00)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

19-Jul-19                                                                                          19Jul19-2513

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513

 **CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

March 17, 2016 through April 18, 2016
Account Number:     000000190669172

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00059864 DRE 552 141 11016 NYNNYNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



WE ARE CHANGING THE FEE ON OUTGOING WIRE TRANSFERS DONE WITH A CHASE BANKER
Your relationship is important to us and we are committed to keeping you informed about
changes that may affect you.

Starting March 22, 2016:

For outgoing wire transfers NOT requested online (for example, in a branch) the fee
will increase to:
- Domestic Wire Fee: $35 per transfer
- International Wire Fee: $50 per transfer (we previously called this Foreign
  Outgoing Wire Transfer Fee)

The fee for outgoing wires made via Chase Online(SM) and Chase Mobile(R) (only
available for domestic wires) remains the same. Transfer limits apply. Savings
accounts cannot be used to fund wire transfers initiated on Chase Online(SM)
and Chase Mobile(R). Incoming wire transfer fees remain the same.

These fees are waived for the following products:
- Chase Private Client Checking(SM) and Chase Private Client Savings(SM)
- Chase Plus Checking(SM) with Chase Military Banking benefits for active duty,
  reserve or National Guard servicemembers with direct deposit of military base pay

All other terms and conditions of your Deposit Account Agreement still apply. If you have
any questions, please call the number listed at the top of this statement.

## We are changing our Overdraft Protection service in August 2016

We will simplify Overdraft Protection, a service that allows enrolled customers to avoid overdrawing a checking account by
transferring money from a linked account.
**Starting August 20:**
- **Only a Chase personal savings account** will be able to provide Overdraft Protection to a personal checking
  account. A credit card and Overdraft Line of Credit cannot be used.
- **We will transfer the exact amount** needed to cover the transaction instead of multiples of $50.
- **We will no longer charge the $10 Overdraft Protection Transfer Fee.**

As a reminder, a $5 Savings Withdrawal Limit Fee may apply for each withdrawal or transfer over six per monthly
statement period, including withdrawals at a branch or at an ATM. *We waive this fee for Chase Private Client Savings*<sup>SM</sup>*. For
Chase Plus Savings*<sup>SM</sup>*, Chase Premier Platinum Savings*<sup>SM</sup> *and Chase Premier Savings*<sup>SM</sup> *this fee is waived if there is a
balance of $15,000 or more in the account at the time of the withdrawal or transfer.*

**If you have a credit card or Overdraft Line of Credit linked for Overdraft Protection, you have two options:**
1. **Link to a savings account instead.** Visit chase.com or talk to a banker to learn more. OR,
2. **Keep your current settings,** knowing that this could cause declined transactions and you may pay more fees
   when we remove the link to your credit card or Overdraft Line of Credit.
   - Starting August 17, we will not authorize everyday debit card purchases if your checking account can't
     cover them, unless you're enrolled in Chase Debit Card Coverage<sup>SM</sup>. If enrolled, you may have to pay a

19-Jul-19                                                                                                          19Jul19-2513

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G19Jul19-2513**



March 17, 2016 through April 18, 2016
Account Number:     000000190669172

**$34 Insufficient Funds Fee** each time we approve an everyday debit card transaction. Through August 19, we will continue to transfer funds for transactions that would overdraw your account.

- Keep in mind our **Standard Overdraft Practice** will apply if your checking account does not have enough money available to cover a transaction. In which case, we may charge you a $34 Insufficient Funds Fee or $34 Returned Item Fee for each check, recurring payment or other transfer that is for more than the amount available in your account. Refer to your Deposit Account Agreement at chase.com for details on how your transactions work.

    *We waive the Insufficient Funds Fee and Returned Item fee for Chase Private Client Checking$^{SM}$ and Chase Private Client Savings$^{SM}$ accounts. For Premier Platinum Checking$^{SM}$ accounts, we waive these fees for the first four occurrences in a 12-month period. Chase Debit Card Coverage$^{SM}$ and Standard Overdraft Practice are not available for Chase High School Checking$^{SM}$ accounts, but $34 Returned Item fees apply.*

If you have questions, please visit chase.com or call the number listed at the top of your statement.

---

| CHECKING SUMMARY | Chase Total Checking |
|---|---|

|  | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

---



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

April 19, 2016 through May 17, 2016
Account Number:  **000000190669172**



||I||II|||II||I||II|||III|||III|||II|||III|||I|
00061224 DRE 552 141 13916 NNNNNNNNNNY T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling  $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of  $1,500.00 or more**
  (Your minimum daily balance was  $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of   $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was  $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



April 19, 2016 through May 17, 2016
Account Number:   **000000190669172**

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

May 18, 2016 through June 16, 2016
Account Number:  **000000190669172**

00061504 DRE 552 141 16916 NYNNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



| **CUSTOMER SERVICE INFORMATION** | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
| --- | --- |
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling  $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of  $1,500.00 or more**
  (Your minimum daily balance was  $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of   $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was  $18,599.00)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receiptWe must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



May 18, 2016 through June 16, 2016
Account Number:   **000000190669172**

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

June 17, 2016 through July 19, 2016
Account Number: **000000190669172**



00062556 DRE 552 141 20216 NNYNNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling  $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of  $1,500.00 or more**
  (Your minimum daily balance was  $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of   $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was  $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



June 17, 2016 through July 19, 2016
Account Number:   **000000190669172**

This Page Intentionally Left Blank



**CHASE** ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 20, 2016 through August 16, 2016
Account Number:   **000000190669172**

00062900 DRE 552 141 23016 NNNYNNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## We will update your account agreement, including eliminating fees and changing Overdraft Protection

We're making some changes to the terms and conditions of your account and want to provide a summary of what you can expect.

You can get the latest Deposit Account Agreement on chase.com, at a branch or by request when you call us. The parts of the Deposit Account Agreement that are changing will be in the Change in Terms section.

- On July 29, we updated the contact information for Arbitration in the General Account Terms of the Deposit Account Agreement (Section I, Part 12, Arbitration).

- On August 20, our Overdraft Protection service will change and we have rewritten the General Account Terms of the Deposit Account Agreement (Section C, Part 4, Overdraft Protection agreement) to reflect that. The most significant changes are the three things we previously told you:
    - Only a Chase personal savings account can be linked to provide Overdraft Protection to a personal checking account. A credit card and Overdraft Line of Credit cannot be used.
    - We'll transfer the exact amount needed to cover the transaction instead of multiples of $50.
    - We'll no longer charge the $10 Overdraft Protection Transfer Fee.

- On August 22, we will eliminate Domestic and International Collection fees, which we charge for deposited items that require special processing for us to collect the money from the paying bank.

Depending on your account type, the Overdraft Protection Transfer Fee and Domestic and International Collection fees may or may not have previously applied to you. Going forward, these fees won't apply to any personal checking or savings account.

If you have questions, please call us at the number on this statement.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$18,599.00** |
| **Ending Balance** | **$18,599.00** |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.



July 20, 2016 through August 16, 2016

Account Number:    **000000190669172**

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling  $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of  $1,500.00 or more**
  (Your minimum daily balance was  $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of   $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was  $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receiptWe must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

---



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

August 17, 2016 through September 19, 2016
Account Number:   **000000190669172**



00063875 DRE 552 141 26416 NNNNYNNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $18,599.00 |
| Ending Balance | $18,599.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling  $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of  $1,500.00 or more**
  (Your minimum daily balance was  $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of  $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was  $18,599.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


EQUAL HOUSING
LENDER

**JPMorgan Chase Bank, N.A. Member FDIC**

---



August 17, 2016 through September 19, 2016
Account Number:     **000000190669172**

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

September 20, 2016 through October 19, 2016
Account Number:  **000000190669172**

00063326 DRE 552 141 29416 NNNNNYNNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## We're updating our ATMs

When you use an enhanced ATM:

- It will give you access to all of your eligible personal checking, savings, Chase Liquid ® Card and credit card accounts, regardless of which card you use.
- If you have more than one Chase Liquid, debit or ATM card, you'll have both a withdrawal limit for each card and a daily customer withdrawal limit. Your daily customer withdrawal limit will be equal to the highest daily card withdrawal limit of any card you have with us. Withdrawals you make at any ATM (other than a Staffed ATM) count toward your daily customer withdrawal limit.

Also, starting November 21, 2016, you'll no longer be able to use personal identification to get a code from a branch employee so you can access your accounts at an ATM in a branch.

We've revised the Deposit Account Agreement to reflect these changes. You can get the latest Deposit Account Agreement on chase.com, at a branch or by request when you call us. The parts of the Deposit Account Agreement that are changing will be in the Change in Terms section.

We continue to look for ways to give you more flexibility at the ATM, so you may be hearing from us again about additional changes. If you have questions, please call the number on your statement.

## CHECKING SUMMARY      Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$18,599.00** |
| **Ending Balance** | **$18,599.00** |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

A monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling  $500.00 or more**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of  $1,500.00 or more**
  (Your minimum daily balance was  $18,599.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of  $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was  $18,599.00)



September 20, 2016 through October 19, 2016
Account Number:  **000000190669172**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 20, 2016 through November 17, 2016
Account Number:   **000000190669172**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00063638 DRE 552 141 32316 NNNYNNYNNNN T  1 000000000 12 0000
HERMAN ISIDORE
15359 HWY 15
DAVANT LA 70040-3309

## We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and fees online at **chase.com/coverage**, which includes a link to a PDF that tells you how overdraft transactions will work.

Additionally, you can find ways to avoid overdraft fees at **chase.com/AccountTips**.

If you have questions, please call us anytime at the number on your statement.

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$18,599.00** |
| Other Withdrawals | - 18,599.00 |
| **Ending Balance** | **$0.00** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | 10/31 Withdrawal | $18,599.00 |
| **Total Other Withdrawals** | | **$18,599.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

   **JPMorgan Chase Bank, N.A. Member FDIC**

 CHASE

October 20, 2016 through November 17, 2016
Account Number:   **000000190669172**

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**
An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:
1. We have standard overdraft practices that come with your account.
2. We also offer overdraft protection plans, such as a link to a Chase savings account, which may be less expensive than our standard overdraft practices. To learn more, ask us about these plans.

This notice explains our standard overdraft practices.

- **What are the standard overdraft practices that come with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  o   Checks and other transactions made using your checking account number
  o   Recurring debit card transactions

  We **do not** authorize and pay overdrafts for the following types of transactions, unless you ask us to (see below):
  o   Everyday debit card transactions

  We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

- **What fees will I be charged if Chase pays my overdraft?**
  Under our standard overdraft practices:
  o   We will charge you an Insufficient Funds Fee of $34 each time we pay an overdraft, unless your account is overdrawn by $5 or less or if your account is overdrawn by any item that is $5 or less.
  o   We won't charge you more than three Insufficient Funds Fees per day.
  o   Also, each time your account is overdrawn for five or more consecutive business days, even if your account is overdrawn by $5 or less, we will charge you an additional $15 Extended Overdraft Fee.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you do want us to authorize and pay overdrafts on everyday debit card transactions, visit chase.com/coverage, visit any Chase branch and talk to one of our bankers, or call us at 1-800-935-9935.

**Fee Waivers and Exceptions for Certain Account Types:**
- Chase Premier Platinum Checking <sup>SM</sup> account waives the Extended Overdraft Fee. Plus, Insufficient Funds and Returned Item fees are waived if you have had four or fewer Insufficient Funds or Returned Item occurrences in the past 12 months.
- Chase Private Client Checking<sup>SM</sup> account waives the Chase overdraft fees.
- Standard Overdraft Practice is not available for Chase High School Checking <sup>SM</sup> accounts.