UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| Applies to:<br>*No. 19-10295* | * * | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Billy F. Larkin's[1] Motion to Suspend (Rec. Doc. 25853), which requests that the Court "promptly suspend the Deepwater Horizon Economic and Property Damages Settlement Program pending a case-by-case assessment of statistical data that will show disparate impact." The Court has reviewed the motion and finds that it lacks merit. Accordingly,

IT IS ORDERED that the Motion to Suspend (Rec. Doc. 25853) is DENIED.

New Orleans, Louisiana, this 31st day of July, 2019.

_____
United States District Judge

**Note to Clerk: Mail a copy of this order to Billy Larkin.**

---

[1] Mr. Larkin is pro se.