MDL 2179 J (2)

Case: 2:11-cv-03180 #39  J(2)



To whom it may concern;

I do not wish for my case to be closed. I have not been properly compensated for my claims.

Thank you,

*David M Jackson* (signature)

David M Jackson

Ss# 9078

636 Florissant Hwy

St Bernard, La 70085

(504) 884-7203

TENDERED FOR FILING

JUL 30 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

The following letter needs to be filed

MDL 2179 master docket (10-md-2179)

Section J(2)

Judge Barbier

Re: Deepwater Horizon

    April 20, 2010

David Jackson

636 Florissant Hwy

St Bernard La 70085

504-884-7203

Dear Judge Barbier,

I fax filed the enclosed letter on July 3, 2019. I wished that my case not be closed. What I didnt know was that it was at the wrong court. I have just been informed of this. I am asking that you consider leaving my case open as I have unresolved issues with my case.

Thank You

*David M. Jackson* (signature)

David M. Jackson

433 259078

636 Florissant Hwy
St. Bernard La
70085

TENDERED FOR FILING

JUL 30 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

7/3/19

To:

Fax: (504) 592-9128

From: David Jackson
Email: plj228@yahoo.com
Fax: (504) 766-8674

Pages ___3___ Including Cover sheet

HP ENVY 7640 e-All-in-One Printer Series

Fax Log for
Frank & Son Boat Rental
(504)272-0861
Jul 03 2019 3:27PM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| | | | | Digital Fax | | |
| Jul 3 | 3:26PM | Fax Sent | 5045929128 | 0:42 N/A | 3 | OK |



Jay Korn
6300 Harrison
St Bernard, La
70085

Clerk of Court
U.S. District  RMC-151
500 Poydras St.
New Orleans, La
70130

Attn: MDL-2179

