United States District Court

Eastern District of Louisiana

| | |
|---|---|
| Billy F. Larkin, #0490512, Plaintiff, | Civil Action |
| v. | File No: 19-10295<br>10-md-2179 (2) |
| Patrick Juneau, Claims Administrator, et. al., Defendants. | Section "J"(2) |

## Motion For Extension Of Time

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, And Respectfully Request This Court To Extend The Time For Plaintiff To Perfect Service Of Summons. In Support Of This Request For An Extension, Plaintiff Submit The Following:

1. The U.S. Marshals Service Attempted To Service The Exploration And Production, Inc. On 7-10-19. (See Attachment A)

2. The Plaintiff Recieved No Process Receipt And Return For Patrick Juneau, Nor BP American Production Company.

3. The above-style action involves complex litigation, and locating the defendants for service is becoming more complicated due to the Plaintiffs being incarcerated with limited resources available to locate defendants for service.

Wherefore, Plaintiff respectfully requests that this court to extend the time of service for sixty (60) days, on or about September 25, 2019.

Respectfully submitted, this 26 day of July, 2019.

*/s/ Billy F. Larkin*

Larkin, Billy F. #0490312, Pro Se

Alexander Correctional Institution

633 Old Landfill Rd.

Taylorsville, NC 28681

(2.)



Larkin, Billy F. #0490312
Alexander Correctional Inst.
633 Old Landfill Road
Taylorsville, NC 28681

7-25-19
Blue Unit
A-Wing
BFL

LEGAL MAIL

PLEASE AFFIX POSTAGE
GREENSBORO NC 270
PIEDMONT TRIAD AREA
27 JUL 2019 PM   US POSTAGE $00.50
ZIP 28681
041L10259615

Mailed From Alexander Correctional
Institution - Blue Unit

Office of the Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

