United States District Court

Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 30 2019

WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| Billy F. Larkin, #0490312, | Civil Action |
| Plaintiff, | |
| | |
| V | File No: 19-10295 |
| | 10-md-2179 J (2) |
| Patrick Juneau, Claims | Section "J" (2) |
| Administrator, et al., | |
| Defendants. | |

Motion For Appointment of Counsel

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, And Respectfully Request This Court Appoint Counsel To Represent The Plaintiff. In Support Of This Request For Appointment Of Counsel, Plaintiff Submit The Following:

TENDERED FOR FILING

1. The Plaintiff Is Unable To Afford Counsel.

JUL 30 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

2. The Issues Involed In The Above-Style Action Are Complex Involving Multi-District Litigation And Disparate Impact.

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

3. PLAINTIFF HAS NO IDEA OF PLAINTIFFS LEGAL STATUS AS A CLASS MEMBER AS IT RELATES TO COUNSEL FOR 10-8888 AND 10-2771.

4. THE PLAINTIFF IS ENTITLED TO THE RELIEF SOUGHT IN THIS MATTER AN REQUEST ASSISTANCE OF COUNSEL BECAUSE THE PLAINTIFF IS A LAYMAN AT LAW.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUEST THIS COURT TO APPOINT COUNSEL.

THIS THE 26 DAY OF July, 2019

LARKIN BILLY F. # 0430312

ALEXANDER CORRECTIONAL INSTITUTION

633 OLD LANDFILL ROAD

Taylorsville, NC 28681



Larkin, Billy F. #0490312
Alexander Correctional Inst.
633 Old Landfill Road
Taylonsville, NC 28681

7-25-19
Blue Unit
A-Wing

Legal Mail

Mailed From Alexander Correctional
Institution - Blue Unit

GREENSBORO NC 270
27 JUL 2019 PM
PIEDMONT TRIAD AREA
US POSTAGE
ZIP 28681
041L10259615

7013 3367 0025

Office of the Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

