# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| **This Document Relates to:** *All Claims In Pleading Bundle B3* | | |

## BP'S MOTION FOR SUMMARY JUDGMENT ON B3 CLAIMS RELEASED UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT

Pursuant to the Court's July 18, 2019 Order (the "July 18 Order") (Rec. Doc. 25858), BP America Production Company and BP Exploration & Production Inc. (together, "BP") hereby move for summary judgment on claims that certain B3 plaintiffs have released pursuant to the Medical Benefits Class Action Settlement Agreement (the "MSA").  In further support of this motion, BP submits the accompanying Memorandum in Support of Its Motion for Summary Judgment on B3 Claims Released under the Medical Benefits Class Action Settlement Agreement, which is fully incorporated by reference herein.

*[Remainder of the page intentionally left blank]*

Respectfully submitted,

*/s/ Don Haycraft*
Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher Ritter
(kristopher.ritter@kirkland.com)
Vanessa Barsanti
(vanessa.barsanti@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP America Production Company and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing BP'S MOTION FOR SUMMARY JUDGMENT ON B3 CLAIMS RELEASED UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of July, 2019.

        */s/ Don Haycraft*
        Don Haycraft