# Exhibit A

**Exhibit A**

| Plaintiff Name | Case No. |
|---|---|
| Bodiford, Thomas | 17-cv-03341 |
| Bruton, Joseph | 17-cv-03110 |
| Burkett, Craig Michael | 17-cv-03681 |
| Coleman, Lillie | 17-cv-03130 |
| Dixey, Jordan | 17-cv-04321 |
| Green, Christopher Alan | 17-cv-03191 |
| Lee, Tiffany Monicque | 16-cv-13874 |
| Pough, Ervin | 17-cv-04164 |
| Robin, Jr., Ricky R | 17-cv-03383 |
| Scott, Nakia | 17-cv-03609 |
| Wallace, Guy Hillyer | 13-cv-01039 |
| Whittinghill, Clay | 10-cv-01984 |