# Exhibit 1

**MDL 2179 Remaining B3 Plaintiffs Not Matched to Valid MSA Opt Out**
**Highly Confidential**
2018.05.09 -- Updated with full SSN data 2018.05.23
*Plaintiff data taken from PTO 63 submissions (except for green-shaded data that was missing from PTO 63 submissions and taken from SFJs or other sources).*

| Plaintiff Name | EDLA Case Number | SSN/TID | SPC ID (if found) | Class Membership (if established) | Overall Case Status/Findings | Current Mailing Address | City | State | ZIP | DOB | Counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Whittinghill, Clay | 10-01984 | | | | | | | | | | Martzell, Bickford & Centola |
| Wallace Patti, on behalf of Guy Hillyer Wallace | 13-01039 | | SPC0007199 | | Opt Out received not valid | | | | | | Falcon Law Firm;Lindsay & Lindsay, P.A. |

| Name | Case No. | | | | | Firm |
|---|---|---|---|---|---|---|
| Lee, Tiffany Monicque | 16-13874 | | | | | Weitz & Luxenberg, PC |
| Bruton, Joseph | 17-03110 | | SPC0006521 | Did not file claim (POCF); not a confirmed Class Member via DDF (no data found matching person) | Opt Out, Revocation and DDF | Nexsen Pruet, LLC; Douglas M. Schmidt, APLC |
| Coleman, Lillie | 17-03130 | | | | | Nexsen Pruet, LLC; Douglas M. Schmidt, APLC |

| Name | Case No. | Match | | Status | Counsel |
|---|---|---|---|---|---|
| Green, Christopher | 17-03191 | SPC0006539 (Match on full name, Counsel, and year of birth) | | Opt Out received not valid | Smith Stag, L.L.C;Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, P.A. |
| Bodiford, Thomas | 17-03341 | | | | Nexsen Pruet, LLC;Douglas M. Schmidt, APLC |

| Name | Case No. | SPC | Notes | Status | Counsel |
|---|---|---|---|---|---|
| Robin, Ricky Jr. | 17-03383 | SPC0006587 | | Opt Out and Revocation Only | Becnel Law Firm, LLC |
| Scott, Nakia L. | 17-03609 | SPC0006930 | Did not file claim (POCF); not a confirmed Class Member via DDF (no data found matching person) | Opt Out, Revocation and DDF | Nexsen Pruet, LLC;Douglas M. Schmidt, APLC |
| Burkett, Craig Michael | 17-03681 | | | | Pro Se |
| Pough, Ervin Charles | 17-04164 | SPC0006911 | | Opt Out received not valid | Nexsen Pruet, LLC;Douglas M. Schmidt, APLC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dixey, Jordan | 17-04321 | | | | | | Nexsen Pruet, LLC;Douglas M. Schmidt, APLC |

