UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *All Claims In Pleading Bundle B3* | * * | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Defendant BP America Production Company's and BP Exploration & Production Inc.'s (together, "BP") Motion for Summary Judgment on B3 Claims Released Under the Medical Benefits Class Action Settlement Agreement ("BP's Motion"), the Court being duly advised, it is HEREBY ORDERED THAT:

1. BP's Motion is granted.

2. Pursuant to Federal Rule of Civil Procedure 56, the Court concludes that the following 12 remaining B3 plaintiffs are members of the Medical Benefits Class Action Settlement Agreement ("MSA") class:

| Plaintiff Name | Case No. |
|---|---|
| Bodiford, Thomas | 17-cv-03341 |
| Bruton, Joseph | 17-cv-03110 |
| Burkett, Craig Michael | 17-cv-03681 |
| Coleman, Lillie | 17-cv-03130 |
| Dixey, Jordan | 17-cv-04321 |
| Green, Christopher Alan | 17-cv-03191 |
| Lee, Tiffany Monicque | 16-cv-13874 |
| Pough, Ervin | 17-cv-04164 |
| Robin, Jr., Ricky R | 17-cv-03383 |
| Scott, Nakia | 17-cv-03609 |
| Wallace, Guy Hillyer | 13-cv-01039 |

2

| Whittinghill, Clay | 10-cv-01984 |

3. The undisputed record evidence demonstrates that each of these 12 plaintiffs are Clean-Up Workers under the MSA and did not timely or properly request to opt out of the MSA.

4. The Court holds as a matter of law that the above plaintiffs have therefore released their claims against the Released Parties, including BP, as set forth in the MSA.

5. The Court hereby enters judgment for BP on the claims of the B3 plaintiffs listed above.

New Orleans, Louisiana, this __day of ___, 2019.

_____

UNITED STATES DISTRICT JUDGE