# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL NO. 2179 |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | |
| *All Claims In Pleading Bundle B3* | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

### EX PARTE MOTION BY BP FOR LEAVE TO FILE EXHIBITS TO BP'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON B3 CLAIMS RELEASED UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT UNDER SEAL

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production Inc. and BP America Production Company (collectively "BP") respectfully request leave to file Exhibit 1 to BP's Statement of Material Facts In Support Of Its Motion For Summary Judgment On B3 Claims Released Under The Medical Benefits Class Action Settlement Agreement ("BP's Statement") partially under seal and Exhibits 2-13 to the same under seal in their entirety. These exhibits are being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters.

Pursuant to Pre-Trial Order No. 13, the Court's Order (Rec. Doc. 6822) entered on June 12, 2012, and the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573) entered on May 22, 2012, these exhibits contain confidential personal and claims information that shall not be disclosed. Exhibit 1 to BP's Statement is a report from Garretson Resolution Group that includes personal confidential information about the plaintiffs at issue. Exhibits 2-13 are Particularized Statement of Claims that the plaintiffs at issue submitted but never

filed on any docket and contain certain individual medical and other personal information about the plaintiffs.  Out of an abundance of caution, BP is filing these exhibits under seal to protect any potentially sensitive personal information.  WHEREFORE, BP respectfully prays the Court for an Order that Exhibits 1-13 to BP's Statement be filed under seal.

[*Remainder of the page intentionally left blank.*]

July 31, 2019							Respectfully submitted,


							*/s/ Don Haycraft*
							Don Haycraft (Bar #14361)
							R. Keith Jarrett (Bar #16984)
							**LISKOW & LEWIS**
							One Shell Square
							701 Poydras Street, Suite 5000
							New Orleans, Louisiana 70139-5099
							Telephone:  (504) 581-7979
							Fax No.  (504) 556-4108

							Matthew T. Regan, P.C.
							(matthew.regan@kirkland.com)
							A. Katrine Jakola, P.C.
							(katie.jakola@kirkland.com)
							J. Andrew Langan, P.C.
							(andrew.langan@kirkland.com)
							Christina L. Briesacher
							(christina.briesacher@kirkland.com)
							Vanessa Barsanti
							(vanessa.barsanti@kirkland.com)
							**KIRKLAND & ELLIS LLP**
							300 North LaSalle
							Chicago, IL 60654
							Telephone:  (312) 862-2000

							*Attorneys for BP America Production Company*
							*and BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of July, 2019.

                                           */s/ Don Haycraft*
                                           Don Haycraft