UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  *  * | MDL No. 2179  SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *All Claims In Pleading Bundle B3* | *  * | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Defendants BP America Production Company's and BP Exploration & Production Inc.'s (together, "BP") Ex Parte Motion for Leave To File Exhibits To BP's Statement of Material Facts In Support Of Its Motion For Summary Judgment On B3 Claims Released Under The Medical Benefits Class Action Settlement Agreement ("BP's Motion"), the Court being duly advised, it is HEREBY ORDERED THAT:

1. BP's Motion is granted.

2. Exhibit 1 to BP's Statement of Material Facts In Support Of Its Motion For Summary Judgment On B3 Claims Released Under The Medical Benefits Class Action Settlement Agreement shall be filed under seal in redacted form.

3. Exhibits 2-13 to BP's Statement of Material Facts In Support Of Its Motion For Summary Judgment On B3 Claims Released Under The Medical Benefits Class Action Settlement Agreement shall be filed under seal.

New Orleans, Louisiana, this __day of ___, 2019.

_____

UNITED STATES DISTRICT JUDGE