**Beverly Lopez**
___

| | |
|---|---|
| From: | Ritter, Kristopher <ritterk@kirkland.com> |
| Sent: | Tuesday, July 30, 2019 5:04 PM |
| To: | Beverly Lopez |
| Cc: | Barsanti, Vanessa |
| Subject: | RE: MDL 2179 -- Service of PTO 66 Particularized Statements of Claim |

Beverly,

In view of the supplemental responses to Question 39 on the PTO 66 Particularized Statement of Claim that 13 of your clients filed last week, BP does not object to them being deemed compliant with PTO 66.

Best,
Kris

**Kristopher S. Ritter**
___
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118
___
kristopher.ritter@kirkland.com

**From:** Beverly Lopez <Beverly@damicolaw.net>
**Sent:** Monday, July 29, 2019 10:41 AM
**To:** Ritter, Kristopher <ritterk@kirkland.com>
**Subject:** [EXT] RE: MDL 2179 -- Service of PTO 66 Particularized Statements of Claim

Thanks for speaking with me today. I look forward to hearing from you soon.

*Beverly H Lopez*
~ Legal Assistant
Frank J. D'Amico, Jr. APLC
4608 Rye Street
Metairie, LA 70006
Tel: 504-525-7272

**Frank J. D'Amico, Jr., APLC is engaged in the practice of law. This electronic message, along with any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.**

**Any proprietary information or intellectual property contained in this transmission remains the sole and exclusive property of Frank J. D'Amico, Jr., APLC.  No right to use any products or services described in this transmission is valid without an executed and paid license agreement.**

**If you received this in error, please reply and advise the sender and delete the material from any computer.**

CONFIDENTIAL ATTORNEY WORKPRODUCT