UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 SECTION: J(2) |
| **Applies to:** *All Cases in the B3 Pleading Bundle* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that BP's Ex Parte Motion for Leave to File Exhibits Under Seal (Rec. Doc. 25915) is GRANTED.

IT IS FURTHER ORDERED that:

1. Exhibit 1 to BP's Statement of Material Facts In Support Of Its Motion For Summary Judgment On B3 Claims Released Under The Medical Benefits Class Action Settlement Agreement shall be filed UNDER SEAL in unredacted form as an attachment to BP's Motion for Summary Judgment (Rec. Doc. 25914).

2. Exhibits 2-13 to BP's Statement of Material Facts In Support Of Its Motion For Summary Judgment On B3 Claims Released Under The Medical Benefits Class Action Settlement Agreement shall be filed UNDER SEAL as an attachment to BP's Motion for Summary Judgment (Rec. Doc. 25914).

3. BP shall serve (by mail or email) on the plaintiffs targeted in BP's Motion for Summary Judgment (or their attorney, if represented) a copy of the sealed exhibits

that pertain to the plaintiff being served.[1]

4. For pro se plaintiffs, in addition to serving the documents described above, BP shall also serve (by mail or email) a copy of its Motion for Summary Judgment (including the Statement of Material Facts and Memorandum in Support) (Rec. Doc. 25914) and the Court's Order requiring that plaintiffs file a response to BP's Motion for Summary Judgment by August 14, 2019 (Rec. Doc. 25898). BP shall also include a cover letter clearly identifying the documents being served and that plaintiffs' must file a written response with the Court by August 14, 2019.

New Orleans, Louisiana, this 1st day of August, 2019.

_____
United States District Judge

---

[1] If an exhibit contains confidential information of more than one plaintiff (such as Exhibit 1), BP shall redact the portions of that Exhibit pertaining to the other plaintiffs, leaving unredacted the portions that relate to the plaintiff being served.