**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179** <br><br> **SECTION "J"** |
| **This Document Relates To:** *No. 15-4143, 15-4146 & 15-4654* | **Judge Barbier** <br><br> **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

**REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR**

| STATUS REPORT NO. | 15 | DATE | AUGUST 1, 2019 |
|---|---|---|---|

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** **SECTION "J"** |
| **This Document Relates To:** *No. 15-4143, 15-4146 & 15-4654* | **Judge Carl Barbier** **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

## STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR STATUS REPORT NO. 15 FILED AUGUST 1, 2019

The Old and New Class Claims Administrator (the "Claims Administrator") for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements") submits this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

### I. STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS

#### A. Overview

**Old Class**

Since the last report the Settlements Program has continued to issue supplemental payments to Old Class members for whom/which previously identified holds have been cleared, with over $35M in additional distributions being made during this time.

**New Class**

The Settlements Program filed the New Class Claims Administrator's Motion for Partial Distribution (the "Motion") and received the Court's approval to proceed with distribution for Personal Property claims including Vessel Physical Damage, Coastal Real Property - Personal Property Damage, Wetlands Real Property - Personal Property Damage, and Personal Property Damage in Excess of $500; Charterboat claims for Operators and Charterboat Crew; Loss of Subsistence claims; and Commercial Fisherman claim types including Menhaden, Shrimp, Oyster, Finfish, Blue Crab and Other Seafood, Individual Fishing Quota, and Seafood Crew (collectively, the "New Class Distribution A Claims").  Additional review of the remaining claim types including Coastal Real Property, Wetlands Real Property, Oyster Leaseholder, and Real Property Sales (the "Real Property" claim types, also known as the "New Class Distribution B Claims") has continued, and the Settlements Program has been issuing additional determination letters on a rolling basis.

    **B.**   <u>**Claims Process**</u>

**Old Class**

At this time just over $4.6 million in claims are currently set for distribution, leaving approximately $8 million remaining in eligible, held claims, most of which will be resolved within the next 30 days.  Old Class Reserve claims also continue to be handled as DHEPDS determinations are received.

These remaining claims have contested liens, bankruptcy court orders still in process, missing/invalid addresses, unconfirmed alternate payee requests for decedents and/or dissolved businesses, or missing/incomplete Forms W-9.  The missing/incomplete Form W-9 issues will be resolved via backup withholding to the IRS once final file audits to identify any unprocessed Forms W-9s are completed in the next 30-60 days.

**New Class**

New Class claims are now in one of three tracks:

- (a) New Class Distribution A claims that were not part of the Reserve population are undergoing pre-distribution preparations while awaiting expiration of the appeals period following entry of the Court's Order Approving Partial Distribution of the Punitive Damages Portion of the Halliburton Energy Services, Inc. and Transocean

>
> Ltd. Settlement Agreements [Rec. Doc. 25900] (the "Court's Distribution A Approval Order") entered on July 25, 2019;
>
> (b) New Class Distribution A claims that are part of the Reserve population are working their way through the DHEPDS or Settlements Program appeals processing, are associated with appeals being prepared for transmission to Chief Magistrate Judge Wilkinson, or are pending with the United States Court of Appeals for the Fifth Circuit;
>
> (c) For New Class Distribution B Claims, limited additional mapping reviews, primarily in response to deficiency processing, have been ongoing along with determination notice mailings, internal Settlements Program appeal processing, and Court Review Request file preparations.

Since the last quarterly report, 92 Claimants submitted appeals associated with over 700 claims. Appeals associated with 24 of the Claimants have been resolved, leaving 68 Claimants with appeals pending that will be resolved by the Claims Administrator prior to filing a motion requesting approval to distribute the New Class Distribution B funds.

An additional 52 Court review requests have been filed since the last quarterly report; 46 relate to New Class Distribution A claims and will be transmitted to Chief Magistrate Judge Wilkinson for consideration shortly following this report. An additional six Court review requests relate to New Class Distribution B claims and are still being prepared for transmission to the Court at this time.

A limited number of Wetlands Real Property and municipal government Coastal Real Property claims remain under review for GIS mapping and zone determinations at this time, along with certain claims that, following Claimant responses to deficiency notifications, only now have adequate information to allow for accurate mapping. The Settlements Program has been mailing determination letters on a rolling basis, and at this time over 85% of the Real Property claims have been determined and are working their way through deadlines for internal Settlements Program appeal or Court Review. The remaining claims are being actively reviewed to issue determinations as soon as practicable.

**Determinations and Distribution**

The Claims Administrator will continue to oversee the completion of the Old Class distribution until all claims have been paid pursuant to the Court-approved Old Class Distribution Model and the Court's Order approving the distribution.

New Class Distribution A will commence in September 2019 presuming no appeals to the Court's Distribution A Approval Order are filed. The Claims Administrator will continue to post updates to the case website with more specific information about the distribution as available, including the final *pro rata* calculations once established.

Reserves for DHEPDS and New Class claims with pending determinations at the time of initial distribution have been/will be held back, and in the event these claims are determined to be eligible, payments will be made with the periodic distributions for each fund. Additional funds are reserved for future administrative costs for both classes.

New Class Distribution B for Real Property claims is anticipated to occur in 2019, as progress continues to be made on finalizing claims and pending final approval by the Court.

## II.   CONCLUSION

The Claims Administrator respectfully submits this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information, the Claims Administrator is prepared to provide further details at the Court's request.

    /s/ Patrick A. Juneau
PATRICK A. JUNEAU
OLD & NEW CLASS CLAIMS ADMINISTRATOR