UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon**" **in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION: J** |
| **Applies to: 12-cv-968: BELO** | **JUDGE BARBIER** |
| **Relates to:** <br> 18-08694 <br> 18-13928 <br> 18-13926 <br> 18-13924 <br> 18-09900 | **MAGISTRATE JUDGE WILKERSON** |

### RESPONSE TO SHOW CAUSE ORDER RELATED TO BP PARTIES STATUS REPORT REGARDING PLAINTIFFS IN THE B3 BUNDLE

**COMES NOW** Plaintiffs, JOHN LINDSEY ADAMS, EMMETT COLLIER, WILLIAM ENFINGER, EDWARD MOCK, and KAYLA YOUNG (ESTATE OF DAVID L. RAY) ("**Plaintiffs**") by and through the undersigned counsel, file this Response to the show cause order dated July 26, 2019 ("**Show Cause Order**"), Rec. Doc. 25907 entered by this Court pursuant to the status report ("**BP Status Report")** filed by counsel for Defendants BP Exploration & Production Inc and BP America Production Company (collectively the "**BP Parties**").

1. The aforesaid Plaintiffs are listed as deficient "failure to respond to PTO 66 Question 39" per the BP Status Report, and therefore subject to the Show Cause Order,

2. Downs Law Group has provided the BP Parties with a response to PTO 66 Question 39 for Plaintiffs John Lindsey Adams, Emmett Collier, William Enfinger, Edward Mock, and Kayla Young (Estate of David L. Ray) on August 1, 2019

3. Downs Law Group and Counsel for the BP Parties have communicated and resolved the deficiencies for these Plaintiffs. Further, Counsel for the BP Parties have conferred, and the BP Parties do not oppose this Response, notifying the Court that these Plaintiffs have satisfied the Show Cause Order.

WHEREFORE, Plaintiffs, JOHN LINDSEY ADAMS, EMMETT COLLIER, WILLIAM ENFINGER, EDWARD MOCK, and KAYLA YOUNG (ESTATE of DAVID L. RAY) respectfully request that this Honorable Court (a) enter an Order setting aside the Show Cause Order with respect to these Plaintiffs; (b) their claims be subjected to further proceedings in this Court; and (c) any other relief this Court deems just and proper.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

*/s/ Craig T. Downs*
**CRAIG T. DOWNS**, **FL BAR # 801089**
**NATHAN L. NELSON**, **FL BAR #1002523**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: cdowns@downslawgroup.com
nnelson@downslawgroup.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Response has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of August 2019.

Dated this 2nd day of August 2019

*/s/ Craig T. Downs*
Craig T. Downs, Esq.