

A Professional Corporation

**HOUSTON**

The Lanier Law Firm, PC
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
(713) 659-5200
Fax (713) 659-2204

**LOS ANGELES**

The Lanier Law Firm, PC
21550 Oxnard Street
3rd Floor
Woodland Hills, CA 91367
(310) 277-5100
Fax (310) 277-5103

**NEW YORK**

The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
(212) 421-2800
Fax (212) 421-2878

**OKLAHOMA CITY**

The Lanier Law Firm, PC
431 W. Main, Suite D
Oklahoma City, OK 73102
(405) 243-5506
Fax (405) 698-2770

August 5, 2019

US District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Re:   APPLICATION OF REFUND
       Transaction 053L7679009 – Duplicate Charge
       Sheri Allen Dorgan – 2:10-md-02179/2:17-cv-03367

Plaintiff here by files her Application for Refund. On May 31, 2019 a charge in the amount of $505 was duplicated. The above referenced transaction (053L-7679009) is a duplicate of 053L-7679081.

I am attaching the Pay.gov Payment Confirmation for each transaction. At your earliest opportunity, please refund $505 to the credit used.

Please advise if you need any additional information.

Thank you.


Sincerely,

/s/ *Belinda Lower*

Belinda Lower

# Belinda X. Lower

**From:** notification@pay.gov
**Sent:** Friday, May 31, 2019 3:08 PM
**To:** Belinda X. Lower
**Subject:** Pay.gov Payment Confirmation: LAED CM ECF

Your payment has been submitted to https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fPay.gov&c=E,1,fIsrxcrwKjl0rW27gXVDX07Fynxp-VQ2BtuevsDYKhMdcO4FSLPxcryJeg9shln8NQ2pZg-CnGDvL9LLGzWAYdAvXOnwWGIuTg0ULjGOdx3d2kw,&typo=1 and the details are below. If you have any questions or you wish to cancel this payment, please contact Kimberly Lange at (504) 589-7786.

Application Name: LAED CM ECF
https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fPay.gov&c=E,1,zb51ZEgi2J6dCbvL9BsLujfNBXZNOyrfgv92jbR2XCFiC1fmjA8OtXBPhtTFwukbcwET1hNp0lVFCMuvKJJRkpwxQAur86Ayra27qBr2vZz-WNEy8zM,&typo=1 Tracking ID: 26HRAPBB Agency Tracking ID: 053L-7679009 Transaction Type: Sale Transaction Date: May 31, 2019 4:07:55 PM

Account Holder Name: W. Lanier
Transaction Amount: $505.00
Card Type: AmericanExpress
Card Number: ************2218


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

# Belinda X. Lower

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Friday, May 31, 2019 3:13 PM |
| **To:** | Belinda X. Lower |
| **Subject:** | Pay.gov Payment Confirmation: LAED CM ECF |

Your payment has been submitted to https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fPay.gov&c=E,1,ZSsuC8ICvBMxOqyuA_T60BEpYVpIBk6GecCki0G_kprYLI9ti741F9gYekVawkej_7o5pxgE9mbqGkV3Fx3gKOAxZtu5TTV7YhRbFUnf8_EqH3LyBg,,&typo=1 and the details are below. If you have any questions or you wish to cancel this payment, please contact Kimberly Lange at (504) 589-7786.

Application Name: LAED CM ECF
https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fPay.gov&c=E,1,3JgF5hDWYKJVL0BBn6Plrr0DYhKWsQL1gZGBOYFk0sXCnh5eLV0JZNZwS3m-UyhxzKQ96axj2N2BM1Yrvr2KszScAU5hnnIxWFUqbuTGmeo3QAU,,&typo=1 Tracking ID: 26HRAQRB Agency Tracking ID: 053L-7679081 Transaction Type: Sale Transaction Date: May 31, 2019 4:13:03 PM

Account Holder Name: W. Lanier
Transaction Amount: $505.00
Card Type: AmericanExpress
Card Number: ************2218


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.