UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          MDL No. 2179
     "DEEPWATER HORIZON" in the
     Gulf of Mexico on April 20, 2010

<u>Applies to:</u>                                JUDGE BARBIER
12-CV-968: BELO                        MAG. JUDGE WILKINSON
AND
All BELO cases included in the attached lists.

## ORDER

Defense counsel has advised that plaintiffs in 728 BELO cases[1] have either failed

to provide initial disclosures required by BELO Case Management Order ("CMO") No.

1, or have provided disclosures that are deficient and incomplete. Record Doc. No.

25919 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED**

**THAT,** no later than **SEPTEMBER 4, 2019,** plaintiffs in the attached lists must provide

full and complete initial disclosures. Failure to provide the disclosures by the above date

will result in an order that plaintiffs and their counsel must appear in person before Judge

Barbier to show cause why their cases should not be dismissed for failure to prosecute

and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

    **IT IS FURTHER ORDERED THAT,** as to all of the listed cases in which

plaintiffs produce full and complete disclosures in compliance with this order, the

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 <u>and</u> in the individual cases in the attached lists.

deadline by which the parties must submit their venue filing is extended to no later than

**OCTOBER 4, 2019.**

New Orleans, Louisiana, this _____ 5th _____ day of August, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

2

|    | Docket Number | Plaintiff | Plaintiff's Counsel |
|----|---------------|-----------|---------------------|
| 1. | 19-01884 | Parker, Judy Lynn | The Nations Law Firm |
| 2. | 19-02569 | Carter, William Bryan | The Nations Law Firm |
| 3. | 19-03874 | Sanchez-Ramirez, Gloria | The Downs Law Group |
| 4. | 19-03879 | Matter, Kathleen Drew | The Nations Law Firm |
| 5. | 19-03882 | Mayfield, Anthony Darin | The Nations Law Firm |
| 6. | 19-03886 | McBride, Cleon Windall Brooks | The Nations Law Firm |
| 7. | 19-03897 | McLean, Lee Davidson, IV | The Nations Law Firm |
| 8. | 19-03899 | Mecum, Clara Bernard | The Nations Law Firm |
| 9. | 19-03931 | Moore, George Leslie | The Nations Law Firm |
| 10. | 19-03987 | Millender, Terry Jerome, Jr. | The Nations Law Firm |
| 11. | 19-03997 | Nguyen, Thi Nhung | The Nations Law Firm |
| 12. | 19-04013 | Ong, Duc Minh | The Nations Law Firm |
| 13. | 19-04018 | Nguyen, Manh The | The Nations Law Firm |
| 14. | 19-04024 | Nguyen, Phuoc Huu | The Nations Law Firm |
| 15. | 19-04027 | Moore, Tremain O'Neal | The Nations Law Firm |
| 16. | 19-04037 | Nguyen, Mung Thi | The Nations Law Firm |
| 17. | 19-04038 | Nelson, Shannon Derrell | The Nations Law Firm |
| 18. | 19-04042 | Nguyen, Tommy Van | The Nations Law Firm |
| 19. | 19-04095 | Nguyen, Kennt Hung Mong | The Nations Law Firm |
| 20. | 19-04097 | Nguyen, My Tan | The Nations Law Firm |
| 21. | 19-04102 | Nelson, Leonice, III | The Nations Law Firm |
| 22. | 19-04104 | Ngo, Thanh Hoang | The Nations Law Firm |
| 23. | 19-04107 | Nguyen, Hung Huy | The Nations Law Firm |
| 24. | 19-04109 | Nibbs, Anna Rosalia | The Nations Law Firm |
| 25. | 19-04113 | Nguyen, Qui, V. | The Nations Law Firm |
| 26. | 19-04114 | Nguyen, Robert Alfred | The Nations Law Firm |
| 27. | 19-04119 | Zuidewind, Kevin Jay | The Nations Law Firm |
| 28. | 19-04121 | Williamson, Wayne Morris, Jr. | The Nations Law Firm |
| 29. | 19-04123 | Nichols, Elmer Auther, III | The Nations Law Firm |
| 30. | 19-04129 | Tran, Nhat Minh | The Nations Law Firm |
| 31. | 19-04131 | Williams Jr., Tony Jerome | The Nations Law Firm |
| 32. | 19-04133 | Tran, Phuong Quoc | The Nations Law Firm |
| 33. | 19-04135 | Norris, Charles Gregory | The Nations Law Firm |
| 34. | 19-04142 | Nguyen, Minh Hoang | The Nations Law Firm |
| 35. | 19-04144 | Morris, Dale Wayne | The Nations Law Firm |
| 36. | 19-04146 | Mosley, Neigel Ranael | The Nations Law Firm |
| 37. | 19-04151 | Mucci, Dave John | The Nations Law Firm |
| 38. | 19-04152 | Nabors, Jimmy Earl | The Nations Law Firm |
| 39. | 19-04153 | Naggatz, Brittany Marie | The Nations Law Firm |
| 40. | 19-04631 | Baird, Jason Clifford | The Nations Law Firm |
| 41. | 19-04634 | Baldwin, Marcus Pierre | The Nations Law Firm |
| 42. | 19-04636 | Batiste, Renaldo | The Nations Law Firm |
| 43. | 19-04638 | Beasley, Charles Frederick | The Nations Law Firm |

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 44. | 19-04643 | Bernard, Casey Lynn | The Nations Law Firm |
| 45. | 19-04644 | Berry, Markese Vontrel | The Nations Law Firm |
| 46. | 19-04647 | Bess-Moses, Paula Michelle | The Nations Law Firm |
| 47. | 19-04650 | Chauvin, Jamie Anthony | The Nations Law Firm |
| 48. | 19-04657 | Chiasson, Jimmy Joseph | The Nations Law Firm |
| 49. | 19-04660 | Chiasson, Maurice Junier | The Nations Law Firm |
| 50. | 19-04664 | Clardy, Ladaron Marcellus | The Nations Law Firm |
| 51. | 19-04667 | Clark, Marquit Nielee | The Nations Law Firm |
| 52. | 19-04669 | Collins, George Gabriel | The Nations Law Firm |
| 53. | 19-04671 | Connelly, George Peter, III. | The Nations Law Firm |
| 54. | 19-04674 | Cooper, Marterrius Abe | The Nations Law Firm |
| 55. | 19-04677 | Coulon, Dennis Joseph | The Nations Law Firm |
| 56. | 19-04681 | Cribbs, Chiver Donald Felix, Jr. | The Nations Law Firm |
| 57. | 19-04682 | Dang, Tony Van | The Nations Law Firm |
| 58. | 19-04684 | Dardar, Norman Antoine, Jr. | The Nations Law Firm |
| 59. | 19-04688 | Dean, Vernon | The Nations Law Firm |
| 60. | 19-04689 | Defelice, Robin Adam | The Nations Law Firm |
| 61. | 19-04696 | Degroote, James David | The Nations Law Firm |
| 62. | 19-04698 | Demoll, Herman James, Sr. | The Nations Law Firm |
| 63. | 19-04701 | Freeman, Ray Bryn, Jr. | The Nations Law Firm |
| 64. | 19-04704 | Gaines, Danny Clover, Jr. | The Nations Law Firm |
| 65. | 19-04713 | Gammage, Christopher Antonio | The Nations Law Firm |
| 66. | 19-04717 | Harden, William Lee, Jr. | The Nations Law Firm |
| 67. | 19-04718 | Harris, James Edward, Sr. | The Nations Law Firm |
| 68. | 19-04722 | Haulk, Wilson Lee, Jr. | The Nations Law Firm |
| 69. | 19-04727 | Vo, Chin Van | The Nations Law Firm |
| 70. | 19-04728 | Vo, Duc Troung | The Nations Law Firm |
| 71. | 19-04731 | Vo, Minh Van | The Nations Law Firm |
| 72. | 19-04734 | Vo, Thanh Chi | The Nations Law Firm |
| 73. | 19-04735 | Vu, Tam M. | The Nations Law Firm |
| 74. | 19-04738 | Vu, Thoa Thhi | The Nations Law Firm |
| 75. | 19-04740 | Jenkins, Howard Lebarron | The Nations Law Firm |
| 76. | 19-04741 | Johnson, Acey Champaigne | The Nations Law Firm |
| 77. | 19-04743 | Vanacor, Melvin Thomas, III. | The Nations Law Firm |
| 78. | 19-04744 | Walden, Harold Thomas, Jr. | The Nations Law Firm |
| 79. | 19-04745 | Washington, Bryant Keith | The Nations Law Firm |
| 80. | 19-04747 | Watson, Leo | The Nations Law Firm |
| 81. | 19-04749 | James, Devaun Ronnel | The Nations Law Firm |
| 82. | 19-04751 | Husband, Richard Diamond | The Nations Law Firm |
| 83. | 19-04753 | Humphreys, Frederick Clinton | The Nations Law Firm |
| 84. | 19-04754 | Hoang, Tro Van | The Nations Law Firm |
| 85. | 19-04756 | Howze, James Lamar | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 86.  | 19-04758 | Hudson, Regina Marie | The Nations Law Firm |
| 87.  | 19-04775 | Watkins, Elbert Carl | The Nations Law Firm |
| 88.  | 19-04868 | Jackson, William Earl, Jr. | The Nations Law Firm |
| 89.  | 19-05553 | Adams, Charles Anthony | The Nations Law Firm |
| 90.  | 19-05556 | Andrews, Dennis Wayne, Jr. | The Nations Law Firm |
| 91.  | 19-05557 | Arender, Deborah Ann | The Nations Law Firm |
| 92.  | 19-05558 | Billiot, Derek Paul | The Nations Law Firm |
| 93.  | 19-05561 | Billiot, Mary Saudelier | The Nations Law Firm |
| 94.  | 19-05563 | Black, Walter | The Nations Law Firm |
| 95.  | 19-05566 | Bolden, Delisa Ann | The Nations Law Firm |
| 96.  | 19-05568 | Bolden, Lovevan | The Nations Law Firm |
| 97.  | 19-05569 | Bosarge, William Michael | The Nations Law Firm |
| 98.  | 19-05570 | Branch, Corey | The Nations Law Firm |
| 99.  | 19-05572 | Demoll, James Collins, Jr. | The Nations Law Firm |
| 100. | 19-05573 | Denham, Barbara Boykin | The Nations Law Firm |
| 101. | 19-05576 | Dennis, Lavaughn Joseph | The Nations Law Firm |
| 102. | 19-05577 | Do, Ta P. | The Nations Law Firm |
| 103. | 19-05595 | Domangue, Dennis Joseph | The Nations Law Firm |
| 104. | 19-05596 | Domangue, Jermaine Paul | The Nations Law Firm |
| 105. | 19-05597 | Dufrene, Scottie Mark | The Nations Law Firm |
| 106. | 19-05599 | Early, Joseph, Jr. | The Nations Law Firm |
| 107. | 19-05600 | Easley, Vernon Bernard | The Nations Law Firm |
| 108. | 19-05602 | Falkner, Daniel Brian | The Nations Law Firm |
| 109. | 19-05603 | Fitch, Terry Adam | The Nations Law Firm |
| 110. | 19-05605 | Foret, Anthony Paul | The Nations Law Firm |
| 111. | 19-05606 | Fowler, John Henry | The Nations Law Firm |
| 112. | 19-05607 | Francis, Darian Curtis | The Nations Law Firm |
| 113. | 19-05608 | Gaudet, Judy Ann | The Nations Law Firm |
| 114. | 19-05610 | Woods, Costilla Vontessa | The Nations Law Firm |
| 115. | 19-05638 | Gholston, Michelle Lavonne | The Nations Law Firm |
| 116. | 19-05639 | Goleman, Nathan Eugene, Sr. | The Nations Law Firm |
| 117. | 19-05640 | Gonzalez, Rafael Emilio Sr | The Nations Law Firm |
| 118. | 19-05641 | Gould, Michael Donelle Sr. | The Nations Law Firm |
| 119. | 19-05642 | Graham, Eric Leonardo | The Nations Law Firm |
| 120. | 19-05643 | Graham, Susan Hunt | The Nations Law Firm |
| 121. | 19-05644 | Green, Clarence Joseph | The Nations Law Firm |
| 122. | 19-05646 | Iiams, Carl Dean | The Nations Law Firm |
| 123. | 19-05649 | Johnson, Arlando | The Nations Law Firm |
| 124. | 19-05650 | Johnson, Derrick Duval | The Nations Law Firm |
| 125. | 19-05652 | Johnson, Henry Edward III | The Nations Law Firm |
| 126. | 19-05653 | White, Russell Steven | The Nations Law Firm |
| 127. | 19-05655 | Williams, Aaron Daniel | The Nations Law Firm |
| 128. | 19-05656 | Williams, James Edward | The Nations Law Firm |
| 129. | 19-05658 | Williams, Joseph Dewayne | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 130. | 19-05660 | Williams, Quinn Kenyetta | The Nations Law Firm |
| 131. | 19-05663 | Wilson, Joe Simon | The Nations Law Firm |
| 132. | 19-05664 | Wobil, Robert Ato | The Nations Law Firm |
| 133. | 19-05823 | Anderson, Tommy Currie | The Nations Law Firm |
| 134. | 19-05829 | White, Jermaine Olivia | The Nations Law Firm |
| 135. | 19-06238 | Asbury, Aaron Von | The Nations Law Firm |
| 136. | 19-06255 | Autin, Derrick John | The Nations Law Firm |
| 137. | 19-06290 | Bailey, David Ross | The Nations Law Firm |
| 138. | 19-06297 | Broussard, Glenda Deville | The Nations Law Firm |
| 139. | 19-06303 | Brown, Casey James | The Nations Law Firm |
| 140. | 19-06326 | Brown, Sinclair Demetrius | The Nations Law Firm |
| 141. | 19-06333 | Brown, Timothy Tyrone | The Nations Law Firm |
| 142. | 19-06352 | Bryant, Robert Michael | The Nations Law Firm |
| 143. | 19-06367 | Bui, Thanh Minh | The Nations Law Firm |
| 144. | 19-06378 | Burrell, Linda Smith | The Nations Law Firm |
| 145. | 19-06395 | Byrd, Stephen Lamar | The Nations Law Firm |
| 146. | 19-06406 | Cain, Timothy Gleen | The Nations Law Firm |
| 147. | 19-06415 | Carmon, Olivia Lynn | The Nations Law Firm |
| 148. | 19-06420 | Carpenter, Mark | The Nations Law Firm |
| 149. | 19-06428 | Chaisson, Hartman Joseph, Sr. | The Nations Law Firm |
| 150. | 19-06440 | Nguyen, Francis Viet Q. | The Nations Law Firm |
| 151. | 19-06444 | Nguyen, Giang Trung | The Nations Law Firm |
| 152. | 19-06450 | Nguyen, Phuoc Van | The Nations Law Firm |
| 153. | 19-06456 | Nguyen, Rick Hai Van | The Nations Law Firm |
| 154. | 19-06461 | Nguyen, Sang Ngoc | The Nations Law Firm |
| 155. | 19-06469 | Nguyen, Tam Thanh | The Nations Law Firm |
| 156. | 19-06475 | Nguyen, Thang Van | The Nations Law Firm |
| 157. | 19-06485 | Green, John Walter | The Nations Law Firm |
| 158. | 19-06492 | Lam, Kiet Van | The Nations Law Firm |
| 159. | 19-06494 | Lapoint, Emile Joseph | The Nations Law Firm |
| 160. | 19-06498 | Green, Katherine Elizabeth | The Nations Law Firm |
| 161. | 19-06503 | Green, Keith Robert | The Nations Law Firm |
| 162. | 19-06507 | Griffin, Barry Anthony | The Nations Law Firm |
| 163. | 19-06510 | Johnson, Zaccheus Billy | The Nations Law Firm |
| 164. | 19-06515 | Johnston, Raymond Anthony | The Nations Law Firm |
| 165. | 19-06518 | Kelly, Arsenio Perez | The Nations Law Firm |
| 166. | 19-06519 | Kimbrough, Cleophas, Jr. | The Nations Law Firm |
| 167. | 19-06525 | Knight, Bobby Labaron | The Nations Law Firm |
| 168. | 19-06531 | Labiche, Jason Michael | The Nations Law Firm |
| 169. | 19-06534 | Lam, Com Van | The Nations Law Firm |
| 170. | 19-06538 | Lam, Diem Tu | The Nations Law Firm |
| 171. | 19-06543 | Lam, Hoang V. | The Nations Law Firm |
| 172. | 19-06551 | Le, David Rung | The Nations Law Firm |
| 173. | 19-06560 | Le, Duoc Van | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 174. | 19-06565 | Le, Kiet Tuan | The Nations Law Firm |
| 175. | 19-06568 | Le, Hung Cong | The Nations Law Firm |
| 176. | 19-06570 | Le, Khoa Dao | The Nations Law Firm |
| 177. | 19-06572 | Le, Khoa H. | The Nations Law Firm |
| 178. | 19-06579 | Mitchell, Mason Lee | The Nations Law Firm |
| 179. | 19-06581 | Mitchell, Louis Earl | The Nations Law Firm |
| 180. | 19-06584 | Milton, Ronnie | The Nations Law Firm |
| 181. | 19-06585 | Meloy, Daniel Howard, Jr. | The Nations Law Firm |
| 182. | 19-06588 | Martinez, Henry | The Nations Law Firm |
| 183. | 19-06591 | McCants, Germario Kentell | The Nations Law Firm |
| 184. | 19-07167 | Le, Nam Thi | The Nations Law Firm |
| 185. | 19-07176 | Le, Paul Van | The Nations Law Firm |
| 186. | 19-07182 | Le, Que Van | The Nations Law Firm |
| 187. | 19-07191 | Le, Thuong Van | The Nations Law Firm |
| 188. | 19-07201 | Ledbetter, Benjamin Alfred, III. | The Nations Law Firm |
| 189. | 19-07207 | Lee, Gerald Wayne, Jr. | The Nations Law Firm |
| 190. | 19-07216 | Lofton, Jeffrey Arnold | The Nations Law Firm |
| 191. | 19-07223 | Loper, Theodore Willis | The Nations Law Firm |
| 192. | 19-07229 | Lott, Daniel Scott | The Nations Law Firm |
| 193. | 19-07245 | Luke, Henry Joseph | The Nations Law Firm |
| 194. | 19-07250 | Morris, Jacob Paul | The Nations Law Firm |
| 195. | 19-07256 | Myers, John Paul | The Nations Law Firm |
| 196. | 19-07338 | Truong, Ut Thanh Van | The Nations Law Firm |
| 197. | 19-07343 | Truong, Manh Van | The Nations Law Firm |
| 198. | 19-07362 | Traylor, Billy Eugene | The Nations Law Firm |
| 199. | 19-07369 | Tran, Vy Van | The Nations Law Firm |
| 200. | 19-07376 | Tran, Trinh Van | The Nations Law Firm |
| 201. | 19-07390 | Tran, Than V. | The Nations Law Firm |
| 202. | 19-07393 | Tran, Quoi Huu | The Nations Law Firm |
| 203. | 19-07403 | Tran, Quang Thanh | The Nations Law Firm |
| 204. | 19-07406 | Tran, Nhieu Van | The Nations Law Firm |
| 205. | 19-07411 | Tran, Minh Khanh | The Nations Law Firm |
| 206. | 19-07415 | Tran, Ly Van | The Nations Law Firm |
| 207. | 19-07419 | Tran, Lun Kim | The Nations Law Firm |
| 208. | 19-07423 | Tran, Loi Huu | The Nations Law Firm |
| 209. | 19-07427 | Tran, Kenny | The Nations Law Firm |
| 210. | 19-07434 | Tran, Huynh Anh | The Nations Law Firm |
| 211. | 19-07437 | Nguyen, Thanh Van | The Nations Law Firm |
| 212. | 19-07476 | Nance, David Lee | The Nations Law Firm |
| 213. | 19-07480 | Nathan, Niklaus El | The Nations Law Firm |
| 214. | 19-07483 | Nguyen, Hanh V. | The Nations Law Firm |
| 215. | 19-07484 | Nguyen, Hien H. | The Nations Law Firm |
| 216. | 19-07489 | Nguyen, Hua V. | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 217. | 19-07492 | Nguyen, Khoa T. | The Nations Law Firm |
| 218. | 19-07496 | Nguyen, Luan | The Nations Law Firm |
| 219. | 19-07497 | Nguyen, Muoi Thi | The Nations Law Firm |
| 220. | 19-07502 | Nguyen, Ngoc Bich Thi | The Nations Law Firm |
| 221. | 19-07506 | Nguyen, Andy Van | The Nations Law Firm |
| 222. | 19-07510 | Nguyen, Cuong Van | The Nations Law Firm |
| 223. | 19-07517 | Ngo, Liem Thanh | The Nations Law Firm |
| 224. | 19-07518 | Nguyen, Anthony An Duc | The Nations Law Firm |
| 225. | 19-07524 | Roper, Christopher Lyjuan | The Nations Law Firm |
| 226. | 19-07526 | Rogers, Lavinckey Mantrell | The Nations Law Firm |
| 227. | 19-07529 | Nero, Louis Henry | The Nations Law Firm |
| 228. | 19-07533 | Morris, Jessie August | The Nations Law Firm |
| 229. | 19-07538 | Hoang, Johnny Minh Tri | The Nations Law Firm |
| 230. | 19-07540 | Bui, Tien D. | The Nations Law Firm |
| 231. | 19-07549 | Kitt, Derric Shermaine | The Nations Law Firm |
| 232. | 19-07895 | Vasquez, William | The Downs Law Group |
| 233. | 19-07931 | Addison, David Delvecchio | The Downs Law Group |
| 234. | 19-07966 | Nguyen, Dao Minh | The Nations Law Firm |
| 235. | 19-07983 | Nguyen, Tuan Van | The Nations Law Firm |
| 236. | 19-07990 | Nix, Kristopher Aaron | The Nations Law Firm |
| 237. | 19-07991 | Castro, Ariel | The Downs Law Group |
| 238. | 19-08000 | Norris, Diane Jean | The Nations Law Firm |
| 239. | 19-08017 | Orbin, Roberta Gene | The Nations Law Firm |
| 240. | 19-08021 | Oum, Sovanary | The Nations Law Firm |
| 241. | 19-08030 | Parker, Percy Todd | The Nations Law Firm |
| 242. | 19-08037 | Passantino, Paul Martin | The Nations Law Firm |
| 243. | 19-08043 | Payne, Stephen Hurst | The Nations Law Firm |
| 244. | 19-08071 | Vu, Phong Anh | The Nations Law Firm |
| 245. | 19-08076 | Tran, Hiep Nghia | The Nations Law Firm |
| 246. | 19-08083 | Tran, Hien Thanh | The Nations Law Firm |
| 247. | 19-08090 | Tran, Anthony Kinh | The Nations Law Firm |
| 248. | 19-08097 | Tran, Andrew Phong | The Nations Law Firm |
| 249. | 19-08103 | Tong, Thoai Chi | The Nations Law Firm |
| 250. | 19-08110 | To, Tommy | The Nations Law Firm |
| 251. | 19-08118 | Tillman, Yvonne Marie | The Nations Law Firm |
| 252. | 19-08124 | Svenson, Constance Hunter | The Nations Law Firm |
| 253. | 19-08133 | Stabler, Teresa Dawn Ann | The Nations Law Firm |
| 254. | 19-08141 | Stabler, George McArthur | The Nations Law Firm |
| 255. | 19-08152 | Spencer, Leon | The Nations Law Firm |
| 256. | 19-08159 | Snider, Sherrita Danyelle | The Nations Law Firm |
| 257. | 19-08164 | Smith, David Leo, Sr. | The Nations Law Firm |
| 258. | 19-08167 | Scott, Jermaine Michael | The Nations Law Firm |
| 259. | 19-08170 | Scarabin, Minos Paul | The Nations Law Firm |
| 260. | 19-08176 | Sanchez, Senen Antonio | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 261. | 19-08178 | Carlos, Lauro | Amaro Law Firm |
| 262. | 19-08182 | Sa, Nari Oanh | The Nations Law Firm |
| 263. | 19-08221 | Champagne, Clarence Joseph, III | The Nations Law Firm |
| 264. | 19-08226 | Perrington, Glenn William | The Nations Law Firm |
| 265. | 19-08227 | Pettway, Nicholas Devon | The Nations Law Firm |
| 266. | 19-08228 | Pham, Rice Nga | The Nations Law Firm |
| 267. | 19-08229 | Pham, Thu Van | The Nations Law Firm |
| 268. | 19-08230 | Phan, Hanh Van | The Nations Law Firm |
| 269. | 19-08232 | Phan, Sang Van | The Nations Law Firm |
| 270. | 19-08234 | Phan, Tri Van | The Nations Law Firm |
| 271. | 19-08235 | Pierce, Eugene Joseph, Jr. | The Nations Law Firm |
| 272. | 19-08236 | Ponthieux, Timothy Calvin | The Nations Law Firm |
| 273. | 19-08238 | Pugh, Allen | The Nations Law Firm |
| 274. | 19-08241 | Pugh, Rose Mary | The Nations Law Firm |
| 275. | 19-08244 | Ralphs, Gabriel Saxon | The Nations Law Firm |
| 276. | 19-08245 | Rankins, Labarion Antonio | The Nations Law Firm |
| 277. | 19-08246 | Ryan, Jimmy Wayne | The Nations Law Firm |
| 278. | 19-08699 | Arnould, Ira Louis | The Nations Law Firm |
| 279. | 19-08707 | Berry, Eric Lamal | The Nations Law Firm |
| 280. | 19-08726 | Bowens, Tamara Moneek | The Nations Law Firm |
| 281. | 19-08737 | Dale, Tony Dwayne | The Nations Law Firm |
| 282. | 19-08743 | Del Rio, Ann | The Nations Law Firm |
| 283. | 19-08749 | Dinh, Khai Duc | The Nations Law Firm |
| 284. | 19-08758 | Floyd, Shawn Derrick | The Nations Law Firm |
| 285. | 19-08764 | Foster, James Edmond | The Nations Law Firm |
| 286. | 19-08773 | Griffin, Kennard Bryan, Jr. | The Nations Law Firm |
| 287. | 19-09055 | Rosenblatt, James Ashley, Jr. | The Nations Law Firm |
| 288. | 19-09056 | Norris, Rodney Demetrius | The Nations Law Firm |
| 289. | 19-09057 | Morse, Garvice Lamar | The Nations Law Firm |
| 290. | 19-09058 | Messina, Chris Christopher | The Nations Law Firm |
| 291. | 19-09060 | Johnson, Carlton Richard | The Nations Law Firm |
| 292. | 19-09061 | Jackson, Kimberly Denise | The Nations Law Firm |
| 293. | 19-09062 | Guillot, Travis Anthony | The Nations Law Firm |
| 294. | 19-09080 | Anglin, Cheyenne Samuel | The Nations Law Firm |
| 295. | 19-09082 | Austin, Douglas James, Jr. | The Nations Law Firm |
| 296. | 19-09083 | Avery, Quintel Byron | The Nations Law Firm |
| 297. | 19-09084 | Barnes, David Howard | The Nations Law Firm |
| 298. | 19-09085 | Barthelemy, Kenny A. | The Nations Law Firm |
| 299. | 19-09087 | Brown, Flemisha Nicole | The Nations Law Firm |
| 300. | 19-09088 | Bundy, Grant Michael | The Nations Law Firm |
| 301. | 19-09090 | Campo, Adan Jordan | The Nations Law Firm |
| 302. | 19-09091 | Clanton, Kelvin Lee | The Nations Law Firm |
| 303. | 19-09092 | Clausell, Cornelius Markee | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 304. | 19-09093 | Collier, Dennis Wayne | The Nations Law Firm |
| 305. | 19-09094 | Crumedy, Keith Laronzelle | The Nations Law Firm |
| 306. | 19-09095 | Dodson, Jackie Wayne | The Nations Law Firm |
| 307. | 19-09096 | Estridge, Joyce Elizabeth | The Nations Law Firm |
| 308. | 19-09097 | Ethridge, Elizabeth Machel | The Nations Law Firm |
| 309. | 19-09098 | George, Alex, Jr. | The Nations Law Firm |
| 310. | 19-09099 | Nguyen, Hung Ngoc | The Nations Law Firm |
| 311. | 19-09100 | Martinez, Kadee Evans | The Nations Law Firm |
| 312. | 19-09101 | Luent, Rhonda Mae | The Nations Law Firm |
| 313. | 19-09102 | Jones, William Quincy | The Nations Law Firm |
| 314. | 19-09103 | Hyde, Rickey Hosea, Jr. | The Nations Law Firm |
| 315. | 19-09104 | Jones, Shelvin Lanell | The Nations Law Firm |
| 316. | 19-09105 | Grant, Mary Lynn | The Nations Law Firm |
| 317. | 19-09108 | Hughes, Michael David | The Nations Law Firm |
| 318. | 19-09109 | Hundl, Jordan Gregory | The Nations Law Firm |
| 319. | 19-09111 | Hunter, Timothy Dashawn | The Nations Law Firm |
| 320. | 19-09112 | Hunter, William Labronce | The Nations Law Firm |
| 321. | 19-09113 | Johnson, Christopher August | The Nations Law Firm |
| 322. | 19-09124 | Cutura, Anto | The Nations Law Firm |
| 323. | 19-09125 | Gaudet, Gail DeSoza | The Nations Law Firm |
| 324. | 19-09126 | Griffin, Kevin Ray | The Nations Law Firm |
| 325. | 19-09127 | Guidry, Rory Charles | The Nations Law Firm |
| 326. | 19-09128 | Huynh, Nghia Loi | The Nations Law Firm |
| 327. | 19-09129 | Kirkland, Joe Sepher, Jr. | The Nations Law Firm |
| 328. | 19-09130 | Landry, Timothy John, Jr. | The Nations Law Firm |
| 329. | 19-09134 | Martin, Daniel George | The Nations Law Firm |
| 330. | 19-09136 | Nguyen, Tam Thanh | The Nations Law Firm |
| 331. | 19-09137 | Parker, Rodney Rene | The Nations Law Firm |
| 332. | 19-09139 | Perryman, Douglas Harold | The Nations Law Firm |
| 333. | 19-09141 | Phillips, Donald William | The Nations Law Firm |
| 334. | 19-09144 | Richard, Todd Michael | The Nations Law Firm |
| 335. | 19-09145 | Robinson, Darian Deon | The Nations Law Firm |
| 336. | 19-09146 | Rudolph, Charles Elves | The Nations Law Firm |
| 337. | 19-09147 | Summerlin, Karen Helene | The Nations Law Firm |
| 338. | 19-09148 | Sylve, Lloyd Christopher | The Nations Law Firm |
| 339. | 19-09149 | Terluin, Jan Louis, Jr. | The Nations Law Firm |
| 340. | 19-09150 | Thompson, Shantel | The Nations Law Firm |
| 341. | 19-09151 | Thonn, Hope Kline | The Nations Law Firm |
| 342. | 19-09152 | Tomasevic, Jessica McIntyre | The Nations Law Firm |
| 343. | 19-09154 | Trabeau, James Darrell | The Nations Law Firm |
| 344. | 19-09156 | Williamson, Deloyd Elze, Jr. | The Nations Law Firm |
| 345. | 19-09161 | Bingham, Lakisha Ann | The Nations Law Firm |
| 346. | 19-09162 | Bradford, Ricky Anthony | The Nations Law Firm |
| 347. | 19-09163 | Carter, Patricia Ann | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 348. | 19-09164 | Chauvin, Cody Paul | The Nations Law Firm |
| 349. | 19-09169 | Biddle, Adam Joseph | The Nations Law Firm |
| 350. | 19-09170 | Brown, Gerron Raphael | The Nations Law Firm |
| 351. | 19-09172 | Crabtree, Dusty Ann | The Nations Law Firm |
| 352. | 19-09173 | Davis, Vaughnie Aloysius | The Nations Law Firm |
| 353. | 19-09175 | Fancher, Richard Todd | The Nations Law Firm |
| 354. | 19-09176 | Ferguson, Alexander, Jr. | The Nations Law Firm |
| 355. | 19-09177 | Frost, Clifford | The Nations Law Firm |
| 356. | 19-09178 | Fuscia, Jeffrey Dale | The Nations Law Firm |
| 357. | 19-09180 | Gaddis, Rhonda Michelle | The Nations Law Firm |
| 358. | 19-09181 | Garris, Wendell Keith | The Nations Law Firm |
| 359. | 19-09183 | Gaston, Mark Theodore | The Nations Law Firm |
| 360. | 19-09184 | Gosa, David Michael | The Nations Law Firm |
| 361. | 19-09185 | Hawkins, Gary Louis, Jr. | The Nations Law Firm |
| 362. | 19-09186 | Hetherington, Latrenton Dishon | The Nations Law Firm |
| 363. | 19-09189 | Hope, Garry Lee | The Nations Law Firm |
| 364. | 19-09191 | Johns, Christopher Sanford | The Nations Law Firm |
| 365. | 19-09192 | Johnson, Deon Andrew | The Nations Law Firm |
| 366. | 19-09193 | Le, Tong Minh | The Nations Law Firm |
| 367. | 19-09194 | Leblanc, James Bernard | The Nations Law Firm |
| 368. | 19-09195 | Lirette, Brad Michael | The Nations Law Firm |
| 369. | 19-09196 | Martin, Darren Keith | The Nations Law Firm |
| 370. | 19-09197 | Maurer, William Jens | The Nations Law Firm |
| 371. | 19-09198 | McClinton, Clarence | The Nations Law Firm |
| 372. | 19-09199 | Melancon, Gregory Anthony, Jr. | The Nations Law Firm |
| 373. | 19-09200 | Mitchell, Essie Antonio | The Nations Law Firm |
| 374. | 19-09201 | Ngo, Tron Van | The Nations Law Firm |
| 375. | 19-09202 | Nguyen, Hong Huu | The Nations Law Firm |
| 376. | 19-09203 | Nguyen, Khanh Van | The Nations Law Firm |
| 377. | 19-09204 | Nguyen, Lien Thi | The Nations Law Firm |
| 378. | 19-09205 | Nguyen, Nam | The Nations Law Firm |
| 379. | 19-09206 | Nguyen, Nam Van | The Nations Law Firm |
| 380. | 19-09207 | Nguyen, Peter | The Nations Law Firm |
| 381. | 19-09208 | Nguyen, Tung Huu | The Nations Law Firm |
| 382. | 19-09209 | O'Brien, Nicholas Stephen | The Nations Law Firm |
| 383. | 19-09210 | Sanders, Thurston Eugene | The Nations Law Firm |
| 384. | 19-09211 | Sarn, Sopheap | The Nations Law Firm |
| 385. | 19-09212 | Scarabin, Scott Anthony | The Nations Law Firm |
| 386. | 19-09213 | Shannon, Darrell Anthony | The Nations Law Firm |
| 387. | 19-09214 | Skanes, Gary Thomas, Jr. | The Nations Law Firm |
| 388. | 19-09215 | Smith, Isaiah, Jr. | The Nations Law Firm |
| 389. | 19-09216 | Tran, Thich Van | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 390. | 19-09217 | Vercher, Julie Michele | The Nations Law Firm |
| 391. | 19-09219 | Wilcox, Roxanne Short | The Nations Law Firm |
| 392. | 19-09220 | Vasquez, Christopher | Amaro Law Firm |
| 393. | 19-09238 | Basulito, Edelio Roman, Jr. | The Nations Law Firm |
| 394. | 19-09239 | Blanchard, Timothy Joseph, Jr. | The Nations Law Firm |
| 395. | 19-09242 | Conner, Wade Joseph, Jr. | The Nations Law Firm |
| 396. | 19-09243 | Chauvin, Shain Michael | The Nations Law Firm |
| 397. | 19-09244 | Daigle, Glenn J. | The Nations Law Firm |
| 398. | 19-09245 | Robledo, Roberto Jasso | The Nations Law Firm |
| 399. | 19-09246 | Robledo, Roberto Jasso, Jr. | The Nations Law Firm |
| 400. | 19-09247 | Lott, Everett Lee | The Nations Law Firm |
| 401. | 19-09248 | Campbell, Randall Joe | The Nations Law Firm |
| 402. | 19-09249 | Cooley, Billy Wayne | The Nations Law Firm |
| 403. | 19-09250 | Cottrell, Calvin Kenneth, Jr. | The Nations Law Firm |
| 404. | 19-09251 | Dale, Carlos Dontrell, Sr. | The Nations Law Firm |
| 405. | 19-09252 | Daniels, Leslie Bernard | The Nations Law Firm |
| 406. | 19-09253 | Fanguy, Timothy John | The Nations Law Firm |
| 407. | 19-09254 | Finklea, James Alfred | The Nations Law Firm |
| 408. | 19-09255 | Foret, Brian Paul, Jr. | The Nations Law Firm |
| 409. | 19-09256 | Garcia, Andres Valentin, Jr. | The Nations Law Firm |
| 410. | 19-09258 | Grady, Carrie Willena | The Nations Law Firm |
| 411. | 19-09259 | Guidry, Maurin Timothy, Jr. | The Nations Law Firm |
| 412. | 19-09260 | Hadaway, Matthew Thomas | The Nations Law Firm |
| 413. | 19-09262 | Hargle, Jamie Niel | The Nations Law Firm |
| 414. | 19-09263 | Harris, Jeshawn Pierre | The Nations Law Firm |
| 415. | 19-09264 | Harris, Stanley James, Jr. | The Nations Law Firm |
| 416. | 19-09265 | Higdon, Charles Richard, V | The Nations Law Firm |
| 417. | 19-09266 | Holifield, Marvin Dewayne | The Nations Law Firm |
| 418. | 19-09267 | Houston, Dominic Jermaine | The Nations Law Firm |
| 419. | 19-09268 | Golston, Michael Dewayne | The Nations Law Firm |
| 420. | 19-09270 | In, Kimyi | The Nations Law Firm |
| 421. | 19-09271 | Irwin, James Allen | The Nations Law Firm |
| 422. | 19-09272 | Jackson, Michael Corey | The Nations Law Firm |
| 423. | 19-09273 | Johnson, Wakine Ewan | The Nations Law Firm |
| 424. | 19-09274 | Jarrell, Guy Leslie | The Nations Law Firm |
| 425. | 19-09275 | Lancaster, Russell Ken | The Nations Law Firm |
| 426. | 19-09276 | Lacobon, Kerry James | The Nations Law Firm |
| 427. | 19-09277 | Nguyen, Linh Thi | The Nations Law Firm |
| 428. | 19-09278 | Kimbrough, Walter O'Brian | The Nations Law Firm |
| 429. | 19-09279 | Lang, Xu Van | The Nations Law Firm |
| 430. | 19-09280 | Leblanc, David Paul | The Nations Law Firm |
| 431. | 19-09281 | Le, Nam Hoang | The Nations Law Firm |
| 432. | 19-09282 | Tran, Cau V. | The Nations Law Firm |
| 433. | 19-09283 | Silas, Rodney | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 434. | 19-09284 | Lirette, Roxanne Marie | The Nations Law Firm |
| 435. | 19-09285 | Nguyen, Tony Giang | The Nations Law Firm |
| 436. | 19-09286 | White, William Gordon | The Nations Law Firm |
| 437. | 19-09287 | Neil, Russell Joseph | The Nations Law Firm |
| 438. | 19-09288 | Laboureur, Jacques Louis, II. | The Nations Law Firm |
| 439. | 19-09289 | Camariotes, Sam, Jr. | The Nations Law Firm |
| 440. | 19-09290 | Camariotes, Sam, III. | The Nations Law Firm |
| 441. | 19-09291 | Rivet, Jeffrey Lynn | The Nations Law Firm |
| 442. | 19-09292 | Nunez, Lester James | The Nations Law Firm |
| 443. | 19-09293 | Webb, Jessie Jean | The Nations Law Firm |
| 444. | 19-09325 | Robinson, Joseph | Amaro Law Firm |
| 445. | 19-09344 | Cao, Bai Thi | The Nations Law Firm |
| 446. | 19-09345 | Cognevich, Philip Simon | The Nations Law Firm |
| 447. | 19-09346 | Davis, Tyrone Darrel | The Nations Law Firm |
| 448. | 19-09347 | Dyess, Odell | The Nations Law Firm |
| 449. | 19-09348 | Foley, James Riley | The Nations Law Firm |
| 450. | 19-09349 | Kelly, Antonio Delon | The Nations Law Firm |
| 451. | 19-09350 | Ledbetter, Benjamin Alfred | The Nations Law Firm |
| 452. | 19-09351 | Lizana, James Rogers | The Nations Law Firm |
| 453. | 19-09352 | Manuel, John David | The Nations Law Firm |
| 454. | 19-09353 | Parker, James Watt | The Nations Law Firm |
| 455. | 19-09354 | Reid, Michael Edwin, II. | The Nations Law Firm |
| 456. | 19-09355 | Rutherford, Linwood Leroy, III. | The Nations Law Firm |
| 457. | 19-09356 | Tank, Bobby Bernard | The Nations Law Firm |
| 458. | 19-09357 | White, Andre | The Nations Law Firm |
| 459. | 19-09358 | Willis, Rody William | The Nations Law Firm |
| 460. | 19-09359 | Adams, Ernest Joseph, III. | The Nations Law Firm |
| 461. | 19-09363 | Carbajal, Jose Luis | The Nations Law Firm |
| 462. | 19-09364 | Eckford, Shana Lacandace | The Nations Law Firm |
| 463. | 19-09365 | Haynes, Kodi Lonshay | The Nations Law Firm |
| 464. | 19-09366 | Jackson, Darrian Labarron | The Nations Law Firm |
| 465. | 19-09367 | Luke, Lillian Ann | The Nations Law Firm |
| 466. | 19-09368 | Maples, Crystal Trawick | The Nations Law Firm |
| 467. | 19-09369 | McCarty, Reginald | The Nations Law Firm |
| 468. | 19-09370 | Newkirk, Michael Jerome | The Nations Law Firm |
| 469. | 19-09371 | Rome, Randy Charles, Sr. | The Nations Law Firm |
| 470. | 19-09372 | Scott, Nathan Joseph | The Nations Law Firm |
| 471. | 19-09373 | Smith, Frederick Lamario | The Nations Law Firm |
| 472. | 19-09375 | Smith, Latoya Ebonique | The Nations Law Firm |
| 473. | 19-09376 | Williams, Jeremiah Deokta | The Nations Law Firm |
| 474. | 19-09377 | Voisin, Shain Michael | The Nations Law Firm |
| 475. | 19-09378 | Vincent, Terrance Stephen | The Nations Law Firm |
| 476. | 19-09379 | Stewart, Dionne | The Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 477. | 19-09380 | Verdin, Elliot Joseph | The Nations Law Firm |
| 478. | 19-09381 | Vaughn, Gregory Anthony | The Nations Law Firm |
| 479. | 19-09382 | Taylor, Lentrice | The Nations Law Firm |
| 480. | 19-09383 | Taylor, John Henry | The Nations Law Firm |
| 481. | 19-09384 | Taylor, Derron Anthony | The Nations Law Firm |
| 482. | 19-09386 | Paredes, Rodrigo | Amaro Law Firm |
| 483. | 19-09404 | Anderson, Willie Louis, Jr. | The Nations Law Firm |
| 484. | 19-09405 | Buckley, Leonard Rosevelt | The Nations Law Firm |
| 485. | 19-09406 | Cerise, Edward Luria, Jr. | The Nations Law Firm |
| 486. | 19-09407 | Cline, Harold Lloyd | The Nations Law Firm |
| 487. | 19-09408 | Colletti, Kally Yvonne | The Nations Law Firm |
| 488. | 19-09409 | Esteves, Anthony Earl, III | The Nations Law Firm |
| 489. | 19-09410 | Evans, Ladarius Demetrius | The Nations Law Firm |
| 490. | 19-09411 | Fiske, Daniel Cristian | The Nations Law Firm |
| 491. | 19-09412 | Gautreau, Anthony Joseph, Jr. | The Nations Law Firm |
| 492. | 19-09413 | Hardiman, Derek Kadeem | The Nations Law Firm |
| 493. | 19-09414 | Hubbard, Kevin Dewayne | The Nations Law Firm |
| 494. | 19-09415 | Jenkins, Eric Keith | The Nations Law Firm |
| 495. | 19-09416 | Johnson, Judy Allean | The Nations Law Firm |
| 496. | 19-09417 | Johnson, Kirstin Lachae | The Nations Law Firm |
| 497. | 19-09418 | Johnson, Sandra Simmons | The Nations Law Firm |
| 498. | 19-09419 | Jones, Lloyd Elsalvador | The Nations Law Firm |
| 499. | 19-09420 | Jones, Willie West, Jr. | The Nations Law Firm |
| 500. | 19-09421 | Jordan, Robert Durel | The Nations Law Firm |
| 501. | 19-09422 | Lejeune, Walter Ryan | The Nations Law Firm |
| 502. | 19-09424 | Lewis, Alexander | The Nations Law Firm |
| 503. | 19-09425 | Mackey, Paul Theodore | The Nations Law Firm |
| 504. | 19-09426 | Merrick, Joel | The Nations Law Firm |
| 505. | 19-09427 | Verdin, Joseph Alvin | The Nations Law Firm |
| 506. | 19-09428 | Verdin, Keith John | The Nations Law Firm |
| 507. | 19-09429 | Walters, Robert Mel | The Nations Law Firm |
| 508. | 19-09430 | Willis, Jermaine Lamar | The Nations Law Firm |
| 509. | 19-09440 | Pham, David Nuoc Van | The Nations Law Firm |
| 510. | 19-09441 | Pham, Hoai Minh | The Nations Law Firm |
| 511. | 19-09442 | Dortch, Kerwin Aloysius | The Nations Law Firm |
| 512. | 19-09445 | Exline, Allison Grace | The Nations Law Firm |
| 513. | 19-09446 | Gantt, Richard Paul | The Nations Law Firm |
| 514. | 19-09447 | Holt, Kristina Renee | The Nations Law Firm |
| 515. | 19-09448 | Jefferson, Eric Tremain | The Nations Law Firm |
| 516. | 19-09449 | Kieff, Annette Merwin | The Nations Law Firm |
| 517. | 19-09450 | Lamey, Bennie Joseph, Jr. | The Nations Law Firm |
| 518. | 19-09451 | Le, Cong Van | The Nations Law Firm |
| 519. | 19-09452 | Le, Khang Minh | The Nations Law Firm |
| 520. | 19-09455 | Maise, Penny Ann | The Nations Law Firm |



|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 521. | 19-09456 | McGowen, John Terrence | The Nations Law Firm |
| 522. | 19-09457 | McMillon, Joseph Carl | The Nations Law Firm |
| 523. | 19-09458 | Nelson, Tammy Marie | The Nations Law Firm |
| 524. | 19-09459 | Nguyen, Anh Anthony | The Nations Law Firm |
| 525. | 19-09460 | Nguyen, Cao Thi | The Nations Law Firm |
| 526. | 19-09461 | Nguyen, Luan Van | The Nations Law Firm |
| 527. | 19-09462 | Ockman, Richard Paul, Jr. | The Nations Law Firm |
| 528. | 19-09463 | Ramsey, Demetrius Rochid | The Nations Law Firm |
| 529. | 19-09464 | Riley, Leonard Shavan | The Nations Law Firm |
| 530. | 19-09465 | Rodrigue, Sandra Lee Mae | The Nations Law Firm |
| 531. | 19-09466 | Rose, Christopher Dwight | The Nations Law Firm |
| 532. | 19-09467 | Saucier, Anthony Devon | The Nations Law Firm |
| 533. | 19-09468 | Shaffer, Jesse Harris, III | The Nations Law Firm |
| 534. | 19-09469 | Shaffer, Jesse Harris, IV | The Nations Law Firm |
| 535. | 19-09470 | Smith, Jimmie Lee | The Nations Law Firm |
| 536. | 19-09471 | Vo, Ai | The Nations Law Firm |
| 537. | 19-09472 | Vo, Hanh Xuan | The Nations Law Firm |
| 538. | 19-09473 | Vo, Hoang The | The Nations Law Firm |
| 539. | 19-09474 | Wetzel, Troy Anthony | The Nations Law Firm |
| 540. | 19-09476 | Williams, Toninet Wylinda | The Nations Law Firm |
| 541. | 19-09485 | Ozuna, Eleazar | Amaro Law Firm |
| 542. | 19-09489 | Alvarado, Juan | The Downs Law Group |
| 543. | 19-09495 | Hayes, Carday | The Downs Law Group |
| 544. | 19-09500 | Calderon-Lorenzo, Romualdo | The Downs Law Group |
| 545. | 19-09514 | Coile, Donna Maria | The Nations Law Firm |
| 546. | 19-09515 | Grossie, Tate H. | The Nations Law Firm |
| 547. | 19-09517 | Hongsa, Bunkhum | The Nations Law Firm |
| 548. | 19-09518 | Jones, Leon Davinci, III | The Nations Law Firm |
| 549. | 19-09519 | Jones, Tasha Michelle | The Nations Law Firm |
| 550. | 19-09520 | Jordan, Miranda Fay | The Nations Law Firm |
| 551. | 19-09521 | Kuhn, Bruce Anthony | The Nations Law Firm |
| 552. | 19-09522 | Luke, Tanya Lynn | The Nations Law Firm |
| 553. | 19-09523 | Nguyen, Loc Xuan | The Nations Law Firm |
| 554. | 19-09524 | Nguyen, Tony Ngoc | The Nations Law Firm |
| 555. | 19-09525 | Nguyen, Tuan Thanh | The Nations Law Firm |
| 556. | 19-09526 | Nguyen, Y Luu | The Nations Law Firm |
| 557. | 19-09527 | Pike, Christopher Gerard, Jr. | The Nations Law Firm |
| 558. | 19-09528 | Pirello, David Andrew | The Nations Law Firm |
| 559. | 19-09529 | Rhodes, Robert Ray | The Nations Law Firm |
| 560. | 19-09530 | Tran, Lan Thi | The Nations Law Firm |
| 561. | 19-09531 | Wells, Clayton Leroy | The Nations Law Firm |
| 562. | 19-09561 | Agent, Rachel Sherlan | The Nations Law Firm |
| 563. | 19-09562 | Alston, Sherry Sherrie Marie | The Nations Law Firm |
| 564. | 19-09563 | Ballard, Shannon Onama | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 565. | 19-09564 | Bennett, Albert Marquice | The Nations Law Firm |
| 566. | 19-09566 | Bullard, Thomas Jerrel | The Nations Law Firm |
| 567. | 19-09569 | Daw, Ollie Edward, Jr. | The Nations Law Firm |
| 568. | 19-09570 | Dill, Aubrey Joseph | The Nations Law Firm |
| 569. | 19-09571 | Do, Tai Van | The Nations Law Firm |
| 570. | 19-09572 | Edwards, Matthew | The Nations Law Firm |
| 571. | 19-09573 | Ellison, William Brian | The Nations Law Firm |
| 572. | 19-09574 | Franklin, Melvin Dwight | The Nations Law Firm |
| 573. | 19-09575 | Johnson, Michael Dewayne, II | The Nations Law Firm |
| 574. | 19-09577 | Jones, Mikell Armond | The Nations Law Firm |
| 575. | 19-09578 | Kofonis, George Markos | The Nations Law Firm |
| 576. | 19-09580 | Martin, Patrick James | The Nations Law Firm |
| 577. | 19-09583 | Smith, Southern | Amaro Law Firm |
| 578. | 19-09585 | Collins, Angelica | Amaro Law Firm |
| 579. | 19-09587 | Norris, Glenn, II. | The Nations Law Firm |
| 580. | 19-09589 | Parson, Anthony Loyde | The Nations Law Firm |
| 581. | 19-09590 | Womack, Orenthal James | The Nations Law Firm |
| 582. | 19-09591 | Verdin, Dillon John | The Nations Law Firm |
| 583. | 19-09593 | Ngo, Nghia Hoang | The Nations Law Firm |
| 584. | 19-09594 | McCants, Larry Darnell | The Nations Law Firm |
| 585. | 19-09595 | Fillingim, Mark Allan | The Nations Law Firm |
| 586. | 19-09596 | Floyd, Toney Lee | The Nations Law Firm |
| 587. | 19-09598 | Love, Marlin Jerez | The Nations Law Firm |
| 588. | 19-09600 | Jones, Robert, Jr. | The Nations Law Firm |
| 589. | 19-09603 | Josey, Quinn Otis | The Nations Law Firm |
| 590. | 19-09604 | Reese, Arvetta Latrice | The Nations Law Firm |
| 591. | 19-09605 | Simpkins, Jeremy Christopher | The Nations Law Firm |
| 592. | 19-09606 | Sullivan, Devan Blake | The Nations Law Firm |
| 593. | 19-09608 | Sun, Hong Sreng | The Nations Law Firm |
| 594. | 19-09614 | Chaisson, Myron Joseph | The Nations Law Firm |
| 595. | 19-09615 | Brannon, Kevin Donnell | The Nations Law Firm |
| 596. | 19-09616 | Collier, Terry Dean | The Nations Law Firm |
| 597. | 19-09617 | Blanchard, Toby Joseph | The Nations Law Firm |
| 598. | 19-09618 | Bonner, Brian Vonta | The Nations Law Firm |
| 599. | 19-09619 | Dangelo, Eric James | The Nations Law Firm |
| 600. | 19-09620 | Demoll, Herman James, Jr. | The Nations Law Firm |
| 601. | 19-09621 | Evans, Timothy Quintel | The Nations Law Firm |
| 602. | 19-09622 | Fountain, Leonard Charles, Jr. | The Nations Law Firm |
| 603. | 19-09623 | Gainer, Jeffrey Lamar | The Nations Law Firm |
| 604. | 19-09624 | Harper, James Earl, Jr. | The Nations Law Firm |
| 605. | 19-09625 | Johnson, Darius Antwan | The Nations Law Firm |
| 606. | 19-09626 | Johnson, Kenneth James | The Nations Law Firm |
| 607. | 19-09627 | Johnson, Virgil Jerome | The Nations Law Firm |
| 608. | 19-09628 | Locke, Mario Lee | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 609. | 19-09629 | Mackey, Rodney Darnell | The Nations Law Firm |
| 610. | 19-09630 | Terrebonne, Benjamin Joseph | The Nations Law Firm |
| 611. | 19-09631 | Trang, Tan Van | The Nations Law Firm |
| 612. | 19-09633 | Ware, Thomas Alan | The Nations Law Firm |
| 613. | 19-09634 | Watson, Donyea Demille | The Nations Law Firm |
| 614. | 19-09635 | Wells, Calendria Ayana Kenyata | The Nations Law Firm |
| 615. | 19-09636 | Peterson, James Ray, II. | The Nations Law Firm |
| 616. | 19-09637 | Roberts, Victor Lee | The Nations Law Firm |
| 617. | 19-09638 | Scott, Davie Lee | The Nations Law Firm |
| 618. | 19-09639 | Sims, Kendrick Kenyatta | The Nations Law Firm |
| 619. | 19-09640 | Smith, Golda Mae | The Nations Law Firm |
| 620. | 19-09642 | Thompson, Anthony Lee | The Nations Law Firm |
| 621. | 19-09644 | Whitney, Alan Jarvis | The Nations Law Firm |
| 622. | 19-09645 | Winston, Quincy Vashun | The Nations Law Firm |
| 623. | 19-09654 | Bene, John Patrick | The Nations Law Firm |
| 624. | 19-09655 | Benton, Ronald Keith | The Nations Law Firm |
| 625. | 19-09656 | Brewer, Charlie Edward, III | The Nations Law Firm |
| 626. | 19-09657 | Brown, Jia Alicia | The Nations Law Firm |
| 627. | 19-09660 | Chau, Quang Kim | The Nations Law Firm |
| 628. | 19-09661 | Degenhardt, Martin Joseph, III | The Nations Law Firm |
| 629. | 19-09663 | Brown, Eddie Anderson, Jr. | The Nations Law Firm |
| 630. | 19-09671 | Durr, William Clayton | The Nations Law Firm |
| 631. | 19-09672 | Farrier, Richard Henry | The Nations Law Firm |
| 632. | 19-09673 | Hinton, Dwayne Antony | The Nations Law Firm |
| 633. | 19-09674 | Hogue, James Ronald | The Nations Law Firm |
| 634. | 19-09675 | Jones, Earnest Daniel, III. | The Nations Law Firm |
| 635. | 19-09676 | Knott, Patrick Lashawn | The Nations Law Firm |
| 636. | 19-09677 | Latiolais, Mitchell Ricky | The Nations Law Firm |
| 637. | 19-09678 | Law, Terence Terrell | The Nations Law Firm |
| 638. | 19-09679 | Lewis, Kenneth Stephen | The Nations Law Firm |
| 639. | 19-09680 | Lewis, Taurus Christopher | The Nations Law Firm |
| 640. | 19-09681 | Lively, Stanley Lamar | The Nations Law Firm |
| 641. | 19-09682 | Massey, Tyler Cole | The Nations Law Firm |
| 642. | 19-09683 | McCall, Timothy James | The Nations Law Firm |
| 643. | 19-09684 | Molina, Luis Mario | The Nations Law Firm |
| 644. | 19-09685 | Nguyen, Dung Ngoc | The Nations Law Firm |
| 645. | 19-09686 | Norman, William Christopher | The Nations Law Firm |
| 646. | 19-09687 | Nunn, Albert Gerald, Jr. | The Nations Law Firm |
| 647. | 19-09688 | Parker, Ernest Cleveland, Jr. | The Nations Law Firm |
| 648. | 19-09689 | Parker, Walter Shannon | The Nations Law Firm |
| 649. | 19-09690 | Payne, Gwendolyn Marie | The Nations Law Firm |
| 650. | 19-09691 | Penton, Gasper Salvador | The Nations Law Firm |
| 651. | 19-09692 | Perez, Wesley Vaughn | The Nations Law Firm |

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 652. | 19-09693 | Pickett, Ali Syrvein | The Nations Law Firm |
| 653. | 19-09694 | Pittman, Latasha | The Nations Law Firm |
| 654. | 19-09695 | Rembert, Derrick Eugene, Sr. | The Nations Law Firm |
| 655. | 19-09696 | Rodgers, Tommie Ray | The Nations Law Firm |
| 656. | 19-09697 | Rushing, Jimmy Wayne | The Nations Law Firm |
| 657. | 19-09698 | Salter, Issac Jermaine | The Nations Law Firm |
| 658. | 19-09699 | Sellers, Angelia Denise | The Nations Law Firm |
| 659. | 19-09700 | Stone, Thadley Renette, II | The Nations Law Firm |
| 660. | 19-09701 | Tillman, Ronald, Jr. | The Nations Law Firm |
| 661. | 19-09702 | Thayer, Roger Lee, Jr. | The Nations Law Firm |
| 662. | 19-09703 | Lisenby, Michael Patrick | The Nations Law Firm |
| 663. | 19-09722 | Bolar, Brock Alexis | The Nations Law Firm |
| 664. | 19-09723 | Bundy, Kenneth F. | The Nations Law Firm |
| 665. | 19-09724 | Cao, Nghia Thi | The Nations Law Firm |
| 666. | 19-09725 | Pernell, Percy | Amaro Law Firm |
| 667. | 19-09726 | Davis, Ernest Daniel | The Nations Law Firm |
| 668. | 19-09727 | Davis, Kamal Rashad | The Nations Law Firm |
| 669. | 19-09728 | Early, Ricky Lynn | The Nations Law Firm |
| 670. | 19-09729 | Eggart, William Edward | The Nations Law Firm |
| 671. | 19-09730 | Emmons, Lisa Renee | The Nations Law Firm |
| 672. | 19-09731 | Guillotte, Virginia Ann | The Nations Law Firm |
| 673. | 19-09732 | Ho, Hoa Minh | The Nations Law Firm |
| 674. | 19-09733 | Jacobs, Richard Lee | The Nations Law Firm |
| 675. | 19-09734 | Jones, Joseph Darrell | The Nations Law Firm |
| 676. | 19-09735 | Jones, Vincent Patrick, Jr. | The Nations Law Firm |
| 677. | 19-09736 | King, Teresa Diane | The Nations Law Firm |
| 678. | 19-09737 | Lam, Loi Buu | The Nations Law Firm |
| 679. | 19-09738 | Lam, Thang Duc | The Nations Law Firm |
| 680. | 19-09739 | Law, Calvin Carnell | The Nations Law Firm |
| 681. | 19-09740 | Le, Tanh Ba | The Nations Law Firm |
| 682. | 19-09741 | Lucas, Robert Shane | The Nations Law Firm |
| 683. | 19-09742 | Luu, Hoang Kim | The Nations Law Firm |
| 684. | 19-09743 | McCall, Lashekia | The Nations Law Firm |
| 685. | 19-09744 | McKay, Keenan Jershon | The Nations Law Firm |
| 686. | 19-09745 | McKinley, Howard Fremonce | The Nations Law Firm |
| 687. | 19-09746 | Moore, Germaine Martyece | The Nations Law Firm |
| 688. | 19-09747 | Nguyen Le, Hy Thi | The Nations Law Firm |
| 689. | 19-09748 | Nguyen, Andy Tuan | The Nations Law Firm |
| 690. | 19-09749 | Nguyen, Loc Van | The Nations Law Firm |
| 691. | 19-09750 | Nguyen, Sang Cong | The Nations Law Firm |
| 692. | 19-09751 | Nguyen, Sang Thanh | The Nations Law Firm |
| 693. | 19-09752 | Nguyen, Thuyen Van | The Nations Law Firm |
| 694. | 19-09753 | Nguyen, Trong Duc | The Nations Law Firm |
| 695. | 19-09754 | Nguyen, Tung Jimmy | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 696. | 19-09755 | Nguyen, Viet Van | The Nations Law Firm |
| 697. | 19-09756 | Phillips, Matthew Steven | The Nations Law Firm |
| 698. | 19-09757 | Powers, Joseph Lance | The Nations Law Firm |
| 699. | 19-09758 | Pressel, Brent Alan | The Nations Law Firm |
| 700. | 19-09759 | Rachal, Zachary Duane | The Nations Law Firm |
| 701. | 19-09760 | Ross, Kaitlin Margaret | The Nations Law Firm |
| 702. | 19-09761 | Scott, Tanaka Artisma | The Nations Law Firm |
| 703. | 19-09762 | Smith, Christopher Jermaine | The Nations Law Firm |
| 704. | 19-09763 | Stallings, Deanna Dawn Nobles | The Nations Law Firm |
| 705. | 19-09764 | Superdock, Jenny Lynn | The Nations Law Firm |
| 706. | 19-09765 | Taylor, Rene Louis | The Nations Law Firm |
| 707. | 19-09766 | Taylor, Rickie Allen | The Nations Law Firm |
| 708. | 19-09767 | Thrift, Charles Shane | The Nations Law Firm |
| 709. | 19-09768 | Todd, Charles Ryan | The Nations Law Firm |
| 710. | 19-09769 | Tran, Dau | The Nations Law Firm |
| 711. | 19-09770 | Tran, Johnway | The Nations Law Firm |
| 712. | 19-09771 | Tran, Katerina Le Thuy | The Nations Law Firm |
| 713. | 19-09772 | Tran, Le Tuyen Thi | The Nations Law Firm |
| 714. | 19-09773 | Tran, On Van | The Nations Law Firm |
| 715. | 19-09774 | Tran, Ty Van | The Nations Law Firm |
| 716. | 19-09775 | Traywick, Jerome | The Nations Law Firm |
| 717. | 19-09776 | Weaver, Richard Alonzo | The Nations Law Firm |
| 718. | 19-09777 | Wells, Christopher Clayton | The Nations Law Firm |
| 719. | 19-09778 | Wilkens, Denise | The Nations Law Firm |
| 720. | 19-09779 | Willard, Michael John | The Nations Law Firm |
| 721. | 19-09780 | Williams, Danielle Tashema | The Nations Law Firm |
| 722. | 19-09781 | Williams, Jermaine Justin | The Nations Law Firm |
| 723. | 19-09782 | Wright, Victor Lorencio | The Nations Law Firm |
| 724. | 19-09783 | Zierk, Andrew Scott | The Nations Law Firm |
| 725. | 19-09784 | Wells, Joseph Clayton | The Nations Law Firm |
| 726. | 19-09785 | Vice, Keeley Michael | The Nations Law Firm |
| 727. | 19-09786 | Van, Thanh Van | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-09641 | Stewart, Fredrick Tyrone | The Nations Law Firm | Missing signed authorization for release of Social Security earnings information |