IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30233
_____

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:10-CV-4573

United States Court of Appeals
Fifth Circuit
**FILED**
July 3, 2018
Lyle W. Cayce
Clerk

In re: Deepwater Horizon
_____

TOBATEX, INCORPORATED, A Georgia Corporation; M.R.M. ENERGY, INCORPORATED, A Georgia statutory close corporation, on their own behalf and on behalf of all others similarly situated,

      Plaintiffs - Appellants

v.

BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; CAMERON INTERNATIONAL CORPORATION, formerly known as Cooper Cameron Corporation; BP, P.L.C.; BP AMERICA, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED,

      Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana

Before WIENER, GRAVES, and HO, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued as the mandate on Jul 25, 2018**

**Attest:** *Jyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**