## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 25, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

        No. 17-30233    In re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:10-CV-4573

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Sabrina B. Short*

                              By: _____
                              Sabrina B. Short, Deputy Clerk
                              504-310-7817

cc:
    Mr. Thomas P. Bleau
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Don Keller Haycraft
    Mr. George W. Hicks Jr.
    Mr. Richard J. Hymel
    Mr. Edward F. Kohnke IV
    Mr. James Andrew Langan
    Mr. Kerry J. Miller
    Mr. Aaron Lloyd Nielson
    Mr. Samuel Tasker Rees
    Mr. Matthew Regan
    Mr. Devin Chase Reid
    Mr. Campbell E. Wallace
    Mr. Robert Alan York