# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Applies to: 12-cv-968:  BELO | |

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 19-01119 | 19-01965 | 19-02187 | 19-02331 | 19-02603 | 19-03388 |
| 19-01355 | 19-01976 | 19-02188 | 19-02335 | 19-02605 | 19-03389 |
| 19-01757 | 19-02001 | 19-02192 | 19-02339 | 19-02606 | 19-03391 |
| 19-01765 | 19-02003 | 19-02195 | 19-02501 | 19-02608 | 19-03392 |
| 19-01769 | 19-02004 | 19-02196 | 19-02517 | 19-02609 | 19-03399 |
| 19-01770 | 19-02010 | 19-02198 | 19-02519 | 19-02610 | 19-03405 |
| 19-01774 | 19-02015 | 19-02243 | 19-02520 | 19-02611 | 19-03454 |
| 19-01775 | 19-02017 | 19-02251 | 19-02521 | 19-02614 | 19-03466 |
| 19-01777 | 19-02052 | 19-02255 | 19-02522 | 19-02615 | 19-03477 |
| 19-01780 | 19-02062 | 19-02256 | 19-02524 | 19-02616 | 19-03481 |
| 19-01793 | 19-02063 | 19-02258 | 19-02541 | 19-02617 | 19-03488 |
| 19-01815 | 19-02071 | 19-02261 | 19-02544 | 19-02618 | 19-03491 |
| 19-01816 | 19-02073 | 19-02265 | 19-02561 | 19-02622 | 19-03499 |
| 19-01817 | 19-02077 | 19-02266 | 19-02566 | 19-02623 | 19-03508 |
| 19-01821 | 19-02084 | 19-02269 | 19-02570 | 19-02624 | 19-03509 |
| 19-01822 | 19-02117 | 19-02274 | 19-02571 | 19-02626 | 19-03513 |
| 19-01825 | 19-02120 | 19-02275 | 19-02573 | 19-02633 | 19-03523 |
| 19-01827 | 19-02122 | 19-02276 | 19-02576 | 19-02653 | 19-03536 |
| 19-01829 | 19-02127 | 19-02277 | 19-02577 | 19-02657 | 19-03542 |
| 19-01871 | 19-02133 | 19-02297 | 19-02578 | 19-02664 | 19-03546 |
| 19-01872 | 19-02135 | 19-02305 | 19-02584 | 19-02665 | 19-03572 |
| 19-01874 | 19-02138 | 19-02306 | 19-02587 | 19-02845 | 19-03575 |
| 19-01877 | 19-02142 | 19-02308 | 19-02589 | 19-03358 | 19-03585 |
| 19-01878 | 19-02143 | 19-02310 | 19-02590 | 19-03359 | 19-03595 |
| 19-01879 | 19-02144 | 19-02311 | 19-02591 | 19-03371 | 19-03610 |
| 19-01882 | 19-02145 | 19-02314 | 19-02593 | 19-03373 | 19-03611 |
| 19-01950 | 19-02146 | 19-02316 | 19-02595 | 19-03375 | |
| 19-01954 | 19-02147 | 19-02319 | 19-02596 | 19-03381 | |
| 19-01957 | 19-02151 | 19-02324 | 19-02598 | 19-03384 | |
| 19-01958 | 19-02183 | 19-02326 | 19-02600 | 19-03387 | |

**THE BP PARTIES' AUGUST 6, 2019 STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER NO. 2**

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. This Report includes plaintiffs previously listed on the July 1, 2019 Status Report (Rec. Doc. 25772) who failed to provide full and complete initial disclosures after having been ordered to do so by July 30, 2019 (Rec. Doc. 25805) (i.e., "Category II" plaintiffs), and whose cases have not been voluntarily dismissed.[1] This Report reflects the status of initial disclosures received as of 5 p.m. ET on Monday, August 5, 2019.[2]

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List |
|---|---|
| The Nations Law Firm | 168 |
| Amaro Law Firm | 6 |
| The Downs Law Group | 1 |
| Falcon Law Firm; Lindsay & Lindsay P.A. | 1 |
| **Total** | **176** |

---

[1] This Report also includes one plaintiff, Leeanna Ernesta Watson, Case No. 19-01119, who previously was listed on the June 1, 2019 Status Report (Rec. Doc. 25696) and who failed to provide full and complete initial disclosures after having been ordered to do so by July 1, 2019 (Rec Doc. 25701). The BP Parties inadvertently did not include Watson on the July 8, 2019 Status Report (Rec. Doc. 25809). Watson's initial disclosures remain incomplete because she failed to provide a signed PPF and authorizations.

[2] The Nations Law Firm notified counsel for the BP Parties on Monday, August 5 at 7:41 p.m. ET that it had mailed initial disclosures—including for five plaintiffs listed on this Report—but the BP Parties did not receive those disclosures in time to review them prior to filing this Report.

2

## Category II Plaintiffs

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
| --- | --- | --- | --- | --- |
| 1. | 19-01119 | Watson, Leeanna Ernesta | The Nations Law Firm | Missing signed PPF and authorizations |
| 2. | 19-01355 | McNeil, Michael W. | Falcon Law Firm; Lindsay & Lindsay P.A. | Failure to provide proof that signatory is authorized representative |
| 3. | 19-01757 | Ratliff, Jeffrey Odin | The Nations Law Firm | No production |
| 4. | 19-01765 | Rojas Jr., Arthur Leon | The Nations Law Firm | No production |
| 5. | 19-01769 | Simoneaux, Dale Gerard | The Nations Law Firm | No production |
| 6. | 19-01770 | Smith, Clyde Douglas | The Nations Law Firm | No production |
| 7. | 19-01774 | Sparrow, Jennifer Nicole | The Nations Law Firm | No production |
| 8. | 19-01775 | Spriggs, Ronald Eugene | The Nations Law Firm | No production |
| 9. | 19-01777 | Swinney Jr., Joseph Le | The Nations Law Firm | No production |
| 10. | 19-01780 | Tiet, Kenny Anh | The Nations Law Firm | No production |
| 11. | 19-01793 | Elizondo, Carlos | Amaro Law Firm | No production |
| 12. | 19-01815 | Dates, Terry Antonio | The Nations Law Firm | No production |
| 13. | 19-01816 | Norwood II, Wheeler | The Nations Law Firm | No production |
| 14. | 19-01817 | Fagan, Frank | The Nations Law Firm | No production |
| 15. | 19-01821 | Soudelier Jr., James L. | The Nations Law Firm | No production |
| 16. | 19-01822 | Tran, Tap Viet | The Nations Law Firm | No production |
| 17. | 19-01825 | Trough, Gerardo Jimmez | The Nations Law Firm | No production |
| 18. | 19-01827 | Verdin Jr., Michael Gerard | The Nations Law Firm | No production |
| 19. | 19-01829 | Williams, Ben Ray | The Nations Law Firm | No production |
| 20. | 19-01871 | Henn, Jason Leonard | The Nations Law Firm | No production |
| 21. | 19-01872 | Howard, Brain Lee | The Nations Law Firm | No production |
| 22. | 19-01874 | Hutchins, Bryan Keith | The Nations Law Firm | No production |
| 23. | 19-01877 | Lutley III, James Richard | The Nations Law Firm | No production |
| 24. | 19-01878 | McPherson, Rondell Martinez | The Nations Law Firm | No production |
| 25. | 19-01879 | Men, Sophin | The Nations Law Firm | No production |
| 26. | 19-01882 | Nelson, Cotie John | The Nations Law Firm | No production |
| 27. | 19-01950 | Bolden, Paul Wayne | The Nations Law Firm | No production |
| 28. | 19-01954 | Chau, Quon Van | The Nations Law Firm | No production |
| 29. | 19-01957 | Johnson, Challor | The Nations Law Firm | No production |
| 30. | 19-01958 | Jones, David Eugene | The Nations Law Firm | No production |

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|-----|---------------|-----------|---------------------|------------|
| 31. | 19-01965 | Thomas, Harry Darnell | The Nations Law Firm | No production |
| 32. | 19-01976 | Nguyen, Michael Thanh | The Nations Law Firm | No production |
| 33. | 19-02001 | Stevenson Sr., Everett Lee | The Nations Law Firm | No production |
| 34. | 19-02003 | Ta, Tua Van | The Nations Law Firm | No production |
| 35. | 19-02004 | Ross, Erica Ann | The Nations Law Firm | No production |
| 36. | 19-02010 | Watson, Michael | The Nations Law Firm | No production |
| 37. | 19-02015 | Hall, Tanisha Micque | The Nations Law Firm | No production |
| 38. | 19-02017 | Drake, Jomedgar Jomar | The Nations Law Firm | No production |
| 39. | 19-02052 | Barnes Jr., Willie Lee | The Nations Law Firm | No production |
| 40. | 19-02062 | Jones, Bradly Davis | The Nations Law Firm | No production |
| 41. | 19-02063 | Lankford, Eric Justin | The Nations Law Firm | No production |
| 42. | 19-02071 | Taylor, Daniel Mark | The Nations Law Firm | No production |
| 43. | 19-02073 | Trahan Jr., Lynn Paul | The Nations Law Firm | No production |
| 44. | 19-02077 | Vo, Tan Duy | The Nations Law Firm | No production |
| 45. | 19-02084 | Anderson III, Lensey | The Nations Law Firm | No production |
| 46. | 19-02117 | Campbell, Portrene Lynette | The Nations Law Firm | No production |
| 47. | 19-02120 | Constant, Sidney John | The Nations Law Firm | No production |
| 48. | 19-02122 | Dorsey, Jason Maurice | The Nations Law Firm | No production |
| 49. | 19-02127 | Herbert, Felicia Michelle | The Nations Law Firm | No production |
| 50. | 19-02133 | King, Clifton Windell | The Nations Law Firm | No production |
| 51. | 19-02135 | Maynard, William Lee | The Nations Law Firm | No production |
| 52. | 19-02138 | Nguyen, Anh Thi | The Nations Law Firm | No production |
| 53. | 19-02142 | Robinson III, Sterling Joseph | The Nations Law Firm | No production |
| 54. | 19-02143 | Sean, Sovan | The Nations Law Firm | No production |
| 55. | 19-02144 | Sprinkle Jr., Billy Gene | The Nations Law Firm | No production |
| 56. | 19-02145 | Tang, Hai Thanh | The Nations Law Firm | No production |
| 57. | 19-02146 | Tran, Hien Quang | The Nations Law Firm | No production |
| 58. | 19-02147 | Tran, Them Hiep | The Nations Law Firm | No production |
| 59. | 19-02151 | Allinder, Zachery Spencer | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 60. | 19-02183 | Adams, Robert Ray | The Nations Law Firm | Missing properly dated Social Security Administration authorization |
| 61. | 19-02187 | Collins, Tiffany Nicole | The Nations Law Firm | No production |
| 62. | 19-02188 | Catha, Diane Bragg | The Nations Law Firm | No production |
| 63. | 19-02192 | Acosta, Annette Marie | The Nations Law Firm | No production |

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
| --- | --- | --- | --- | --- |
| 64. | 19-02195 | Brown, Kenneth De Wayne | The Nations Law Firm | No production |
| 65. | 19-02196 | Cao, Minh Duc | The Nations Law Firm | No production |
| 66. | 19-02198 | Coppedge, Aaron Wayne | The Nations Law Firm | No production |
| 67. | 19-02243 | Smith, Rosetta | Amaro Law Firm | No production |
| 68. | 19-02251 | Broxson, Bruce Scott | The Nations Law Firm | No production |
| 69. | 19-02255 | Cao, Dan Dien | The Nations Law Firm | No production |
| 70. | 19-02256 | Davis, Robert Joseph | The Nations Law Firm | No production |
| 71. | 19-02258 | Demoran, Jill Ursula | The Nations Law Firm | No production |
| 72. | 19-02261 | Ellis, Jr., Albert James | The Nations Law Firm | Missing properly dated Social Security Administration authorization |
| 73. | 19-02265 | Fears, Denise Rose | The Nations Law Firm | No production |
| 74. | 19-02266 | Franklin, David James | The Nations Law Firm | No production |
| 75. | 19-02269 | Georgiou, Art Steve | The Nations Law Firm | No production |
| 76. | 19-02274 | Griffis Jr., Earle James | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 77. | 19-02275 | Gossett, Jonathan Lamar | The Nations Law Firm | No production |
| 78. | 19-02276 | Hamilton, Jeremy Damarius | The Nations Law Firm | No production |
| 79. | 19-02277 | Hall, Richard Louis | The Nations Law Firm | Missing properly dated Social Security Administration authorization |
| 80. | 19-02297 | Ditcharo, Dolores Sevin | The Nations Law Firm | No production |
| 81. | 19-02305 | Ken, Monychenda | The Nations Law Firm | No production |
| 82. | 19-02306 | Langley, Joseph Michael | The Nations Law Firm | No production |
| 83. | 19-02308 | Maloy, Christopher Allen | The Nations Law Firm | No production |
| 84. | 19-02310 | Livingston, Sean Andre | The Nations Law Firm | No production |
| 85. | 19-02311 | Maddox, William Charles | The Nations Law Firm | No production |
| 86. | 19-02314 | Merchant, Craig Maurice | The Nations Law Firm | No production |
| 87. | 19-02316 | Montgomery, Richard Demetrius | The Nations Law Firm | No production |
| 88. | 19-02319 | Nguyen, Nam Tan | The Nations Law Firm | No production |
| 89. | 19-02324 | Poole, Eric Paul | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 90. | 19-02326 | Ricker Jr, Carl Lambert | The Nations Law Firm | No production |
| 91. | 19-02331 | Tang, Hoa Thai | The Nations Law Firm | No production |
| 92. | 19-02335 | Tong, Hai Van | The Nations Law Firm | No production |
| 93. | 19-02339 | Washington, Karen Denice | The Nations Law Firm | No production |
| 94. | 19-02501 | Rayborn, Rodney Eric | The Downs Law Group | No production |
| 95. | 19-02517 | Atwell, Faith Ann | The Nations Law Firm | No production |
| 96. | 19-02519 | Atkinson, Brandon Wray | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 97. | 19-02520 | Authement, Dion John | The Nations Law Firm | No production |
| 98. | 19-02521 | Autrey Jr., James Ernest | The Nations Law Firm | No production |
| 99. | 19-02522 | Barbier, Christopher Nicholas | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 100. | 19-02524 | Black Jr., James Howard | The Nations Law Firm | No production |
| 101. | 19-02541 | Britton, Ronald Dean | The Nations Law Firm | No production |
| 102. | 19-02544 | Broussard, Charlie G. | The Nations Law Firm | Missing signed PPF and authorizations |
| 103. | 19-02561 | Brown Jr., Nathaniel Javier | The Nations Law Firm | No production |
| 104. | 19-02566 | Cao, Minh Thanh | The Nations Law Firm | No production |
| 105. | 19-02570 | Carver, Timothy Ray | The Nations Law Firm | No production |
| 106. | 19-02571 | Chaisson Sr., Michael Daniel | The Nations Law Firm | No production |
| 107. | 19-02573 | Chandler Jr., Alex | The Nations Law Firm | No production |
| 108. | 19-02576 | Chapman, Chai Josef | The Nations Law Firm | No production |
| 109. | 19-02577 | Chiem, John | The Nations Law Firm | No production |
| 110. | 19-02578 | Clark, Joshua Lee | The Nations Law Firm | No production |
| 111. | 19-02584 | Clipper, James William | The Nations Law Firm | No production |
| 112. | 19-02587 | Collier Jr., Gerald Randall | The Nations Law Firm | No production |
| 113. | 19-02589 | Collier, Kenneth Terry | The Nations Law Firm | No production |
| 114. | 19-02590 | Cooper, Addis Tallafarell | The Nations Law Firm | No production |
| 115. | 19-02591 | Crawford, Clyde Russell | The Nations Law Firm | No production |
| 116. | 19-02593 | Cunningham, Roger Glenn | The Nations Law Firm | No production |
| 117. | 19-02595 | Davis, James Roy | The Nations Law Firm | No production |
| 118. | 19-02596 | Davis, Timothy Ray | The Nations Law Firm | No production |
| 119. | 19-02598 | Do, Niem Van | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 120. | 19-02600 | Domangue, Brookes Allen | The Nations Law Firm | No production |
| 121. | 19-02603 | Feagin, Greta Louise | The Nations Law Firm | No production |
| 122. | 19-02605 | Gaines, Clifford Bryan | The Nations Law Firm | No production |
| 123. | 19-02606 | Gearhart, Jeffrey Scott | The Nations Law Firm | No production |
| 124. | 19-02608 | Harris, Marcus Dwayne | The Nations Law Firm | No production |
| 125. | 19-02609 | Heathcoe, Dean O'Neal | The Nations Law Firm | No production |
| 126. | 19-02610 | Hicks, Daniel John | The Nations Law Firm | No production |
| 127. | 19-02611 | Hoang, Kennedy | The Nations Law Firm | No production |
| 128. | 19-02614 | Rexford, Jennifer | Amaro Law Firm | No production |
| 129. | 19-02615 | Huynh, Hung Minh | The Nations Law Firm | No production |
| 130. | 19-02616 | Huynh, Ut Van | The Nations Law Firm | No production |
| 131. | 19-02617 | Jackson, Bertha Young | The Nations Law Firm | No production |
| 132. | 19-02618 | Jacobs, Ronald Allen | The Nations Law Firm | No production |
| 133. | 19-02622 | Le, Ha Q. | The Nations Law Firm | No production |
| 134. | 19-02623 | Lee, Lori Diane | The Nations Law Firm | No production |
| 135. | 19-02624 | Lee, Tenisha Rashida | The Nations Law Firm | No production |
| 136. | 19-02626 | Ziglar, Jason Spencer | The Nations Law Firm | No production |
| 137. | 19-02633 | Nguyen, Lam Van | The Nations Law Firm | No production |
| 138. | 19-02653 | Thompson, Joel Cecil | The Nations Law Firm | No production |
| 139. | 19-02657 | Waters, Michael Terrell | The Nations Law Firm | No production |
| 140. | 19-02664 | Tran, Hau Huu | The Nations Law Firm | No production |
| 141. | 19-02665 | Coker, Dwayne Dominick | The Nations Law Firm | No production |
| 142. | 19-02845 | Moreno Jr., Juan | Amaro Law Firm | No production |
| 143. | 19-03358 | Valdez Jr., Noe | Amaro Law Firm | No production |
| 144. | 19-03359 | Villarreal, Juan | Amaro Law Firm | No production |
| 145. | 19-03371 | Adams, John Clifton | The Nations Law Firm | No production |
| 146. | 19-03373 | Anderson, Zolia Powell | The Nations Law Firm | No production |
| 147. | 19-03375 | Atkinson, Lacondor Dejaun | The Nations Law Firm | No production |
| 148. | 19-03381 | Castle, Rhoda Marie | The Nations Law Firm | Missing signed authorization for release of employment records |
| 149. | 19-03384 | Cummings, Travis Blake | The Nations Law Firm | No production |
| 150. | 19-03387 | Dardar Jr., Eulbert | The Nations Law Firm | No production |
| 151. | 19-03388 | Dardar, Raymond Thomas | The Nations Law Firm | No production |
| 152. | 19-03389 | Davis, Martin Ellis | The Nations Law Firm | No production |
| 153. | 19-03391 | Dixon, Rentia Vail | The Nations Law Firm | No production |
| 154. | 19-03392 | Edwards, Nina Nanettee | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 155. | 19-03399 | Fowler, Randall Joseph | The Nations Law Firm | No production. |
| 156. | 19-03405 | Hoang, Anh Ngoc | The Nations Law Firm | No production |
| 157. | 19-03454 | Kitt, Eric Jermaine | The Nations Law Firm | No production |
| 158. | 19-03466 | Larry, Martineze | The Nations Law Firm | No production |
| 159. | 19-03477 | Kirchharr, Johnie Thomas | The Nations Law Firm | No production |
| 160. | 19-03481 | Jackson Jr., Earl Albert | The Nations Law Firm | No production |
| 161. | 19-03488 | Le, Hung Thanh | The Nations Law Firm | No production |
| 162. | 19-03491 | Lewis, Cerell Deshawn | The Nations Law Firm | No production |
| 163. | 19-03499 | Lo, Sinh Thieu | The Nations Law Firm | No production |
| 164. | 19-03508 | Tran, Lo | The Nations Law Firm | No production |
| 165. | 19-03509 | Tran, Mike Dinh | The Nations Law Firm | No production |
| 166. | 19-03513 | Love, Tory Romales | The Nations Law Firm | No production |
| 167. | 19-03523 | Martin, Paul Tapley (brought by decedent's personal representative Darlene Martin Baird) | The Nations Law Firm | No production |
| 168. | 19-03536 | Tompkins, Beatrice Hancock | The Nations Law Firm | No production |
| 169. | 19-03542 | Tew, Valiant Eugene | The Nations Law Firm | No production |
| 170. | 19-03546 | Prewett, William Ray | The Nations Law Firm | No production |
| 171. | 19-03572 | Luke, Darrell John | The Nations Law Firm | No production |
| 172. | 19-03575 | Luke, Patrick Joseph | The Nations Law Firm | No production |
| 173. | 19-03585 | Maddox Jr., James Edward | The Nations Law Firm | No production |
| 174. | 19-03595 | Marks, Thomas Kevin | The Nations Law Firm | No production |
| 175. | 19-03610 | Robinson, Wilbert Leo | The Nations Law Firm | No production |
| 176. | 19-03611 | Rutledge, Gregory Vanario | The Nations Law Firm | No production |

| | |
|---|---|
| August 6, 2019 | Respectfully submitted, |

                                                    /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

                                                    /s/ Kevin M. Hodges
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

                                                    /s/ Catherine Pyune McEldowney
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

                                                    /s/ Georgia L. Lucier
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of August 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                                         */s/ Don K. Haycraft*
                                                         Don K. Haycraft