UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** <br> **"Deepwater Horizon"** <br> **in the Gulf of Mexico,** <br> **on April 20, 2010** | **MDL 2179** <br><br> **SECTION: J** |
| **This Document Relates to:** <br> *All Cases* <br> *(including Donovan v. Herman, 2:19-cv-12014)* | **JUDGE BARBIER** <br> **MAG. JUDGE WILKINSON** |

_____/

## PLAINTIFF'S MOTION TO RECUSE
## THE HONORABLE CARL J. BARBIER

Plaintiff, Brian J. Donovan, on behalf of himself, his clients, and all others similarly situated, hereby files his Motion to Recuse the Honorable Carl J. Barbier from MDL 2179 for the reasons set out in the Memorandum of Law in support of this Motion which is being filed concurrently herewith.

DATED: August 7, 2019                                         Respectfully submitted,

                                                                                    **/s/ Brian J. Donovan_____**
                                                                                    Brian J. Donovan
                                                                                    Florida Bar No. 143900
                                                                                    3102 Seaway Court, Suite 304
                                                                                    Tampa, FL 33629
                                                                                    Tel: (352)328-7469
                                                                                    BrianJDonovan@verizon.net

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of August, 2019.

**/s/ Brian J. Donovan**
Brian J. Donovan
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net