UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** **"Deepwater Horizon"** **in the Gulf of Mexico,** **on April 20, 2010** | **MDL 2179** **SECTION: J** |
| **This Document Relates to:** *All Cases* *(including Donovan v. Herman, 2:19-cv-12014)* _____/ | **JUDGE BARBIER** **MAG. JUDGE WILKINSON** |

## ORDER

Considering Plaintiff's Motion to Recuse:

IT IS HEREBY ORDERED that the Plaintiff's Motion to Recuse The Honorable Carl J. Barbier is GRANTED.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE