

Nov 29 2010
5:05PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to: 2:10-cv-01984<br>Clay Whittinghill v. Abdon Callais Offshore, L.L.C. | : : | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### RESPONSE OF DEFENDANT ABDON CALLAIS OFFSHORE, L.L.C. TO PLAINTIFF'S MOTION TO DECONSOLIDATE

Defendant Abdon Callais Offshore, L.L.C. agrees with Plaintiff's Motion to Deconsolidate and respectfully urges the Court to grant the motion for the reasons set forth in Plaintiff's Memorandum in Support.

Respectfully submitted this 29th day of November, 2010.

/s/ Walter W. Christy
Walter W. Christy, La Bar No. 04134
Jacob C. Credeur, La Bar No. 31116
Coats | Rose
One Canal Place
365 Canal Street, Suite 800
New Orleans, Louisiana 70130
Telephone: (504) 299-3070
Facsimile: (504) 299-3071

Attorneys for Defendant
Abdon Callais Offshore, L.L.C.



1498345.1/010726.000002

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's Electronic Filing/Notification System.

This 29th day of November, 2010.

/s/ Walter W. Christy

## Judy M. Heinrich

**From:** LexisNexis File & Serve [ForwardServiceNotification@fileandserve.lexisnexis.com]
**Sent:** Monday, November 29, 2010 4:09 PM
**To:** Judy M. Heinrich
**Subject:** Case: 2:10cv01984; Transaction: 34574943 - Notification of Service
**Attachments:** Response of Defendan.pdf

Scott R Bickford has allowed you, Judy Heinrich, to receive a copy of this notification for Transaction ID 34574943. The details for this transaction are listed below.

To: Scott R Bickford
Subject: E-Service for LA US District Court Eastern District E-Service-Oil Spill

Title: Response of Defendant Abdon Callais Offshore, LLC to Plaintiff's Motion to Deconsolidate (2 pages)
Case: Whittinghill vs Abdon Callais Offshore LLC Case #: 2:10cv01984
Date: Nov 29 2010  5:05PM EST
Attorney: Walter Christy
Firm: Coats Rose Yale Ryman & Lee PC-Houston Transaction #: 34574943 Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=34574943 (subscriber login required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).


<<Response of Defendan.pdf>>

