UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br> SECTION: J(2) |
| Applies to: <br> *All Cases in Pleading Bundle B3* | * * | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

## ORDER
### [As to Certain B3 Plaintiffs' Compliance with PTO 63 and PTO 66]

The Court previously ordered 22 plaintiffs in the B3 pleading bundle to comply with PTO 63 and PTO 66 by July 16, 2019. (Rec. Docs. 25750, 25751, 25771). After that deadline passed, the Court issued an order deeming 4 of the 22 plaintiffs compliant with PTO 63 and PTO 66. ("Show Cause Order," Rec. Doc. 25907).[1] The other 18 plaintiffs submitted timely responses that were materially deficient with respect to PTO 66. Consequently, the Court ordered those 18 plaintiffs to show cause in writing by August 2, 2019 why their cases should not be dismissed. (*Id.*)

All 18 plaintiffs timely responded to the Show Cause Order. (Rec. Docs. 25920 & 25916 (supplementing Rec. Doc. 25903)). Plaintiffs state they have supplemented their PTO 66 submissions, curing all defects. Furthermore, Plaintiffs represent that BP does not contest that these plaintiffs are now compliant with PTOs 63 and 66.

Accordingly,

---

[1] The four compliant plaintiffs are Barefoot, Marion G. (No. 19-11663); Buskell, Baron (No. 19-11668); Murray, Max (No. 19-11691); and Southern, Nathan S. (No. 19-11697). The Show Cause Order incorrectly stated that these plaintiffs had complied with PTO 63 and PTO *64*. That Order is hereby amended to state that the plaintiffs are compliant with PTO 63 and PTO *66*.

IT IS ORDERED that the following plaintiffs are deemed COMPLAINT with PTO 63 and PTO 66, and the Show Cause Order (Rec. Doc. 25907) is hereby SATISFIED and SET ASIDE. These plaintiffs are subject to further proceedings in this Court.

| Plaintiff | Originating Case No. | Operative Case No. |
|---|---|---|
| Adams, John Lindsey | 18-08694 | 18-08694 |
| Bryant, James | 13-02879 | 19-11664 |
| Burke, Steven | 13-02879 | 19-11666 |
| Burrus, John | 13-01822 | 19-11667 |
| Clopton, Johnnie | 13-02879 | 19-11671 |
| Collier, Emmet | 18-13928 | 18-13928 |
| DeAgano, Dereck J. | 13-01802 | 13-01802 |
| DeAgano, Jr., Ted | 13-01802 | 13-01802 |
| DeAgano, Kimberley | 13-01802 | 13-01802 |
| Enfinger, William | 18-13926 | 18-13926 |
| Graham, Sarah | 13-01822 | 19-11673 |
| Jenkins, Henry | 13-02879 | 19-11686 |
| Keaghey, Keith | 13-01802 | 19-11688 |
| Mock, Edward | 18-13924 | 18-13924 |
| Richardson, Willie | 13-02879 | 19-11693 |
| Tripp, Tommy | 13-02879 | 19-11700 |
| Wood, Richard | 13-01822 | 19-11701 |
| Young, Kayla (Estate of David L. Ray) | 18-09900 | 18-09900 |

New Orleans, Louisiana, this 7th day of August, 2019.

                                                                                _____
                                                                                United States District Judge