# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE WILKINSON |
| BELO Cases identified below | * | |

## ORDER
**[Order to Show Cause re: BP's August 6, 2019 Status Report Pursuant to First Amended BELO CMO No. 2]**

BELO Case Management Order No. 1 requires BELO plaintiffs to provide defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of August 6, 2019 (Rec. Doc. 25926), the 176 BELO plaintiffs identified below failed to provide full and complete disclosures by the initial 90-day deadline, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that counsel for the 176 plaintiffs identified below shall appear before the undersigned on <u>Friday, August 16, 2019 at 9:30 a.m.</u> and **SHOW**

**CAUSE** why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall file a written response by no later than <u>Wednesday, August 14, 2019 at 5:00 p.m.</u> Each law firm shall file a single response brief on behalf of all plaintiffs represented by that firm. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO cases to which it pertains.

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency (per BP's status report)** |
|-----|-------------------|---------------|-------------------------|------------------------------------------|
| 1.  | 19-01119 | Watson, Leeanna Ernesta | The Nations Law Firm | Missing signed PPF and authorizations |
| 2.  | 19-01355 | McNeil, Michael W. | Falcon Law Firm; Lindsay & Lindsay P.A. | Failure to provide proof that signatory is authorized representative |
| 3.  | 19-01757 | Ratliff, Jeffrey Odin | The Nations Law Firm | No production |
| 4.  | 19-01765 | Rojas Jr., Arthur Leon | The Nations Law Firm | No production |
| 5.  | 19-01769 | Simoneaux, Dale Gerard | The Nations Law Firm | No production |
| 6.  | 19-01770 | Smith, Clyde Douglas | The Nations Law Firm | No production |
| 7.  | 19-01774 | Sparrow, Jennifer Nicole | The Nations Law Firm | No production |
| 8.  | 19-01775 | Spriggs, Ronald Eugene | The Nations Law Firm | No production |
| 9.  | 19-01777 | Swinney Jr., Joseph Le | The Nations Law Firm | No production |
| 10. | 19-01780 | Tiet, Kenny Anh | The Nations Law Firm | No production |
| 11. | 19-01793 | Elizondo, Carlos | Amaro Law Firm | No production |
| 12. | 19-01815 | Dates, Terry Antonio | The Nations Law Firm | No production |
| 13. | 19-01816 | Norwood II, Wheeler | The Nations Law Firm | No production |
| 14. | 19-01817 | Fagan, Frank | The Nations Law Firm | No production |
| 15. | 19-01821 | Soudelier Jr., James L. | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 16. | 19-01822 | Tran, Tap Viet | The Nations Law Firm | No production |
| 17. | 19-01825 | Trough, Gerardo Jimmez | The Nations Law Firm | No production |
| 18. | 19-01827 | Verdin Jr., Michael Gerard | The Nations Law Firm | No production |
| 19. | 19-01829 | Williams, Ben Ray | The Nations Law Firm | No production |
| 20. | 19-01871 | Henn, Jason Leonard | The Nations Law Firm | No production |
| 21. | 19-01872 | Howard, Brain Lee | The Nations Law Firm | No production |
| 22. | 19-01874 | Hutchins, Bryan Keith | The Nations Law Firm | No production |
| 23. | 19-01877 | Lutley III, James Richard | The Nations Law Firm | No production |
| 24. | 19-01878 | McPherson, Rondell Martinez | The Nations Law Firm | No production |
| 25. | 19-01879 | Men, Sophin | The Nations Law Firm | No production |
| 26. | 19-01882 | Nelson, Cotie John | The Nations Law Firm | No production |
| 27. | 19-01950 | Bolden, Paul Wayne | The Nations Law Firm | No production |
| 28. | 19-01954 | Chau, Quon Van | The Nations Law Firm | No production |
| 29. | 19-01957 | Johnson, Challor | The Nations Law Firm | No production |
| 30. | 19-01958 | Jones, David Eugene | The Nations Law Firm | No production |
| 31. | 19-01965 | Thomas, Harry Darnell | The Nations Law Firm | No production |
| 32. | 19-01976 | Nguyen, Michael Thanh | The Nations Law Firm | No production |
| 33. | 19-02001 | Stevenson Sr., Everett Lee | The Nations Law Firm | No production |
| 34. | 19-02003 | Ta, Tua Van | The Nations Law Firm | No production |
| 35. | 19-02004 | Ross, Erica Ann | The Nations Law Firm | No production |
| 36. | 19-02010 | Watson, Michael | The Nations Law Firm | No production |
| 37. | 19-02015 | Hall, Tanisha Micque | The Nations Law Firm | No production |
| 38. | 19-02017 | Drake, Jomedgar Jomar | The Nations Law Firm | No production |
| 39. | 19-02052 | Barnes Jr., Willie Lee | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 40. | 19-02062 | Jones, Bradly Davis | The Nations Law Firm | No production |
| 41. | 19-02063 | Lankford, Eric Justin | The Nations Law Firm | No production |
| 42. | 19-02071 | Taylor, Daniel Mark | The Nations Law Firm | No production |
| 43. | 19-02073 | Trahan Jr., Lynn Paul | The Nations Law Firm | No production |
| 44. | 19-02077 | Vo, Tan Duy | The Nations Law Firm | No production |
| 45. | 19-02084 | Anderson III, Lensey | The Nations Law Firm | No production |
| 46. | 19-02117 | Campbell, Portrene Lynette | The Nations Law Firm | No production |
| 47. | 19-02120 | Constant, Sidney John | The Nations Law Firm | No production |
| 48. | 19-02122 | Dorsey, Jason Maurice | The Nations Law Firm | No production |
| 49. | 19-02127 | Herbert, Felicia Michelle | The Nations Law Firm | No production |
| 50. | 19-02133 | King, Clifton Windell | The Nations Law Firm | No production |
| 51. | 19-02135 | Maynard, William Lee | The Nations Law Firm | No production |
| 52. | 19-02138 | Nguyen, Anh Thi | The Nations Law Firm | No production |
| 53. | 19-02142 | Robinson III, Sterling Joseph | The Nations Law Firm | No production |
| 54. | 19-02143 | Sean, Sovan | The Nations Law Firm | No production |
| 55. | 19-02144 | Sprinkle Jr., Billy Gene | The Nations Law Firm | No production |
| 56. | 19-02145 | Tang, Hai Thanh | The Nations Law Firm | No production |
| 57. | 19-02146 | Tran, Hien Quang | The Nations Law Firm | No production |
| 58. | 19-02147 | Tran, Them Hiep | The Nations Law Firm | No production |
| 59. | 19-02151 | Allinder, Zachery Spencer | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 60. | 19-02183 | Adams, Robert Ray | The Nations Law Firm | Missing properly dated Social Security Administration authorization |
| 61. | 19-02187 | Collins, Tiffany Nicole | The Nations Law Firm | No production |
| 62. | 19-02188 | Catha, Diane Bragg | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 63. | 19-02192 | Acosta, Annette Marie | The Nations Law Firm | No production |
| 64. | 19-02195 | Brown, Kenneth De Wayne | The Nations Law Firm | No production |
| 65. | 19-02196 | Cao, Minh Duc | The Nations Law Firm | No production |
| 66. | 19-02198 | Coppedge, Aaron Wayne | The Nations Law Firm | No production |
| 67. | 19-02243 | Smith, Rosetta | Amaro Law Firm | No production |
| 68. | 19-02251 | Broxson, Bruce Scott | The Nations Law Firm | No production |
| 69. | 19-02255 | Cao, Dan Dien | The Nations Law Firm | No production |
| 70. | 19-02256 | Davis, Robert Joseph | The Nations Law Firm | No production |
| 71. | 19-02258 | Demoran, Jill Ursula | The Nations Law Firm | No production |
| 72. | 19-02261 | Ellis, Jr., Albert James | The Nations Law Firm | Missing properly dated Social Security Administration authorization |
| 73. | 19-02265 | Fears, Denise Rose | The Nations Law Firm | No production |
| 74. | 19-02266 | Franklin, David James | The Nations Law Firm | No production |
| 75. | 19-02269 | Georgiou, Art Steve | The Nations Law Firm | No production |
| 76. | 19-02274 | Griffis Jr., Earle James | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 77. | 19-02275 | Gossett, Jonathan Lamar | The Nations Law Firm | No production |
| 78. | 19-02276 | Hamilton, Jeremy Damarius | The Nations Law Firm | No production |
| 79. | 19-02277 | Hall, Richard Louis | The Nations Law Firm | Missing properly dated Social Security Administration authorization |
| 80. | 19-02297 | Ditcharo, Dolores Sevin | The Nations Law Firm | No production |
| 81. | 19-02305 | Ken, Monychenda | The Nations Law Firm | No production |
| 82. | 19-02306 | Langley, Joseph Michael | The Nations Law Firm | No production |
| 83. | 19-02308 | Maloy, Christopher Allen | The Nations Law Firm | No production |
| 84. | 19-02310 | Livingston, Sean Andre | The Nations Law Firm | No production |
| 85. | 19-02311 | Maddox, William Charles | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 86. | 19-02314 | Merchant, Craig Maurice | The Nations Law Firm | No production |
| 87. | 19-02316 | Montgomery, Richard Demetrius | The Nations Law Firm | No production |
| 88. | 19-02319 | Nguyen, Nam Tan | The Nations Law Firm | No production |
| 89. | 19-02324 | Poole, Eric Paul | The Nations Law Firm | No production |
| 90. | 19-02326 | Ricker Jr, Carl Lambert | The Nations Law Firm | No production |
| 91. | 19-02331 | Tang, Hoa Thai | The Nations Law Firm | No production |
| 92. | 19-02335 | Tong, Hai Van | The Nations Law Firm | No production |
| 93. | 19-02339 | Washington, Karen Denice | The Nations Law Firm | No production |
| 94. | 19-02501 | Rayborn, Rodney Eric | The Downs Law Group | No production |
| 95. | 19-02517 | Atwell, Faith Ann | The Nations Law Firm | No production |
| 96. | 19-02519 | Atkinson, Brandon Wray | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 97. | 19-02520 | Authement, Dion John | The Nations Law Firm | No production |
| 98. | 19-02521 | Autrey Jr., James Ernest | The Nations Law Firm | No production |
| 99. | 19-02522 | Barbier, Christopher Nicholas | The Nations Law Firm | PPF is signed but lacks substantive responses |
| 100. | 19-02524 | Black Jr., James Howard | The Nations Law Firm | No production |
| 101. | 19-02541 | Britton, Ronald Dean | The Nations Law Firm | No production |
| 102. | 19-02544 | Broussard, Charlie G. | The Nations Law Firm | Missing signed PPF and authorizations |
| 103. | 19-02561 | Brown Jr., Nathaniel Javier | The Nations Law Firm | No production |
| 104. | 19-02566 | Cao, Minh Thanh | The Nations Law Firm | No production |
| 105. | 19-02570 | Carver, Timothy Ray | The Nations Law Firm | No production |
| 106. | 19-02571 | Chaisson Sr., Michael Daniel | The Nations Law Firm | No production |
| 107. | 19-02573 | Chandler Jr., Alex | The Nations Law Firm | No production |
| 108. | 19-02576 | Chapman, Chai Josef | The Nations Law Firm | No production |
| 109. | 19-02577 | Chiem, John | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 110. | 19-02578 | Clark, Joshua Lee | The Nations Law Firm | No production |
| 111. | 19-02584 | Clipper, James William | The Nations Law Firm | No production |
| 112. | 19-02587 | Collier Jr., Gerald Randall | The Nations Law Firm | No production |
| 113. | 19-02589 | Collier, Kenneth Terry | The Nations Law Firm | No production |
| 114. | 19-02590 | Cooper, Addis Tallafarell | The Nations Law Firm | No production |
| 115. | 19-02591 | Crawford, Clyde Russell | The Nations Law Firm | No production |
| 116. | 19-02593 | Cunningham, Roger Glenn | The Nations Law Firm | No production |
| 117. | 19-02595 | Davis, James Roy | The Nations Law Firm | No production |
| 118. | 19-02596 | Davis, Timothy Ray | The Nations Law Firm | No production |
| 119. | 19-02598 | Do, Niem Van | The Nations Law Firm | No production |
| 120. | 19-02600 | Domangue, Brookes Allen | The Nations Law Firm | No production |
| 121. | 19-02603 | Feagin, Greta Louise | The Nations Law Firm | No production |
| 122. | 19-02605 | Gaines, Clifford Bryan | The Nations Law Firm | No production |
| 123. | 19-02606 | Gearhart, Jeffrey Scott | The Nations Law Firm | No production |
| 124. | 19-02608 | Harris, Marcus Dwayne | The Nations Law Firm | No production |
| 125. | 19-02609 | Heathcoe, Dean O'Neal | The Nations Law Firm | No production |
| 126. | 19-02610 | Hicks, Daniel John | The Nations Law Firm | No production |
| 127. | 19-02611 | Hoang, Kennedy | The Nations Law Firm | No production |
| 128. | 19-02614 | Rexford, Jennifer | Amaro Law Firm | No production |
| 129. | 19-02615 | Huynh, Hung Minh | The Nations Law Firm | No production |
| 130. | 19-02616 | Huynh, Ut Van | The Nations Law Firm | No production |
| 131. | 19-02617 | Jackson, Bertha Young | The Nations Law Firm | No production |
| 132. | 19-02618 | Jacobs, Ronald Allen | The Nations Law Firm | No production |
| 133. | 19-02622 | Le, Ha Q. | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 134. | 19-02623 | Lee, Lori Diane | The Nations Law Firm | No production |
| 135. | 19-02624 | Lee, Tenisha Rashida | The Nations Law Firm | No production |
| 136. | 19-02626 | Ziglar, Jason Spencer | The Nations Law Firm | No production |
| 137. | 19-02633 | Nguyen, Lam Van | The Nations Law Firm | No production |
| 138. | 19-02653 | Thompson, Joel Cecil | The Nations Law Firm | No production |
| 139. | 19-02657 | Waters, Michael Terrell | The Nations Law Firm | No production |
| 140. | 19-02664 | Tran, Hau Huu | The Nations Law Firm | No production |
| 141. | 19-02665 | Coker, Dwayne Dominick | The Nations Law Firm | No production |
| 142. | 19-02845 | Moreno Jr., Juan | Amaro Law Firm | No production |
| 143. | 19-03358 | Valdez Jr., Noe | Amaro Law Firm | No production |
| 144. | 19-03359 | Villarreal, Juan | Amaro Law Firm | No production |
| 145. | 19-03371 | Adams, John Clifton | The Nations Law Firm | No production |
| 146. | 19-03373 | Anderson, Zolia Powell | The Nations Law Firm | No production |
| 147. | 19-03375 | Atkinson, Lacondor Dejaun | The Nations Law Firm | No production |
| 148. | 19-03381 | Castle, Rhoda Marie | The Nations Law Firm | Missing signed authorization for release of employment records |
| 149. | 19-03384 | Cummings, Travis Blake | The Nations Law Firm | No production |
| 150. | 19-03387 | Dardar Jr., Eulbert | The Nations Law Firm | No production |
| 151. | 19-03388 | Dardar, Raymond Thomas | The Nations Law Firm | No production |
| 152. | 19-03389 | Davis, Martin Ellis | The Nations Law Firm | No production |
| 153. | 19-03391 | Dixon, Rentia Vail | The Nations Law Firm | No production |
| 154. | 19-03392 | Edwards, Nina Nanettee | The Nations Law Firm | No production |
| 155. | 19-03399 | Fowler, Randall Joseph | The Nations Law Firm | No production. |
| 156. | 19-03405 | Hoang, Anh Ngoc | The Nations Law Firm | No production |
| 157. | 19-03454 | Kitt, Eric Jermaine | The Nations Law Firm | No production |
| 158. | 19-03466 | Larry, Martineze | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 159. | 19-03477 | Kirchharr, Johnie Thomas | The Nations Law Firm | No production |
| 160. | 19-03481 | Jackson Jr., Earl Albert | The Nations Law Firm | No production |
| 161. | 19-03488 | Le, Hung Thanh | The Nations Law Firm | No production |
| 162. | 19-03491 | Lewis, Cerell Deshawn | The Nations Law Firm | No production |
| 163. | 19-03499 | Lo, Sinh Thieu | The Nations Law Firm | No production |
| 164. | 19-03508 | Tran, Lo | The Nations Law Firm | No production |
| 165. | 19-03509 | Tran, Mike Dinh | The Nations Law Firm | No production |
| 166. | 19-03513 | Love, Tory Romales | The Nations Law Firm | No production |
| 167. | 19-03523 | Martin, Paul Tapley (brought by decedent's personal representative Darlene Martin Baird) | The Nations Law Firm | No production |
| 168. | 19-03536 | Tompkins, Beatrice Hancock | The Nations Law Firm | No production |
| 169. | 19-03542 | Tew, Valiant Eugene | The Nations Law Firm | No production |
| 170. | 19-03546 | Prewett, William Ray | The Nations Law Firm | No production |
| 171. | 19-03572 | Luke, Darrell John | The Nations Law Firm | No production |
| 172. | 19-03575 | Luke, Patrick Joseph | The Nations Law Firm | No production |
| 173. | 19-03585 | Maddox Jr., James Edward | The Nations Law Firm | No production |
| 174. | 19-03595 | Marks, Thomas Kevin | The Nations Law Firm | No production |
| 175. | 19-03610 | Robinson, Wilbert Leo | The Nations Law Firm | No production |
| 176. | 19-03611 | Rutledge, Gregory Vanario | The Nations Law Firm | No production |

New Orleans, Louisiana, this 7th day of August, 2019.

_____
United States District Judge