UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 12-970 (Claimant 100058191)* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Hope Bell's Motion to Enforce Settlement and Reissue Payment (Rec. Doc. 25719), the Claims Administrator's response (Rec. Doc. 25894), and Bell's reply (Rec. Doc. 25909).

IT IS ORDERED that oral argument on this Motion is scheduled for <u>Friday, August 16, 2019 at 9:00 a.m.</u>

New Orleans, Louisiana, this 7th day of August, 2019.

_____
United States District Judge