UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| April 20, 2010 | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE WILKINSON |
| This Document Relates to:  <u>12-2564</u> | : | |
| <u>12-1984</u> | : | |
| <u>13-6730</u> | : | |

…………………………………………………………………………………………..

**ADDENDUM TO CASE MANAGEMENT ORDER**

NOW COME, Low Land Construction Co., Inc., Larry Griffin Towing Co., Inc., Nature's Way Marine, LLC, and Abdon Callais Offshore, LLC, (hereinafter, the "Non-BP Defendant Group") who respectfully submit the following inserts as an addendum to the Case Management Order proposed and filed by the B3 plaintiffs, BP Exploration & Production, Inc. and BP America Production Company.

1. **In the preamble, the Non-BP Defendant Group proposes the following insert**:

Liability as to the Non-BP Defendant Group, including other non-BP defendants similarly situated, remains an issue for trial, as do the claims for damages asserted against them. As such, the Non-BP Defendant Group specifically reserves all rights while fully denying any liability to the applicable claimants. Further, any alleged damages, which are denied, are attributable to third-parties for whom these defendants are not responsible (including, but not

necessarily limited to, BP America Production Company and BP Exploration & Production Inc.), and such alleged damages are not recoverable against these defendants.

There are also issues between the Non-BP Defendant Group and other parties, including, but not limited to BP or any plaintiff, that may require motion practice prior to additional discovery, including, but not limited to, claims for indemnity from the named BP entities, immunity through the U.S Government, and or other potential issues inherent in the facts. In addition, these defendants specifically object to deconsolidation of these claims from the multidistrict litigation to the extent sought by the applicable claimants and the BP entities.

For purposes of the Case Management Order, the Non-BP Defendant Group shall be considered "Parties," as otherwise defined in the Case Management Order, for purposes of document production, participation in discovery and motion practice, the opportunity to meet and confer on protocols and other matters as may be appropriate, and other matters more fully addressed in Section IV. "Miscellaneous" of the Case Management Order.

2. **In section I. "Initial Disclosure Requirements," Subpart 1 "By BP to the B3 Plaintiffs:"**

The Non-BP Defendant Group seeks to revise the title to "By BP to the B3 Plaintiffs, the Non-BP Defendant Group and Other Identified Defendants."

Subpart (j) should be amended to include "Cleanup Worker training certificates."

Subpart (o) should be amended to include "any video representations of the data being presented."

3. **In section I. "Initial Disclosure Requirements" Subpart 2 "By the B3 Plaintiffs to BP:"**

The Non-BP Defendant Group seeks to revise the title to "By the B3 Plaintiffs to BP, the Non-BP Defendant Group and Other Identified Defendants."

Subpart (n) should be amended to include "or that refer to health, well-being, activities, and employment" at the end of the provision.

The Non-BP Defendant Group also seeks to add the following:

"(v) All B3 Plaintiffs must report to BP the identities of all non-BP defendants in their respective lawsuits, which BP then will include in a report to the Court."

4. **In section I. "Initial Disclosure Requirements:"**

    The Non-BP Defendant Group seeks to add:

    Subpart (3) Non-BP Defendant Group

    (a) Both BP and the respective plaintiffs will provide their disclosure and discovery material to the Non-BP Defendant Group, to the extent not otherwise addressed above.

    (b) The individual members of the Non-BP Defendant Group will provide initial disclosures to the pertinent B3 plaintiffs involved in their respective claims.

    (c) Upon request, or to the extent necessary, the Non-BP Defendant Group, individually, will provide their disclosure and discovery material to BP.

5. **In section II. "General Causation Expert Discovery:"**

    The Non-BP Defendant Group seeks to add:

    I. BP shall provide copies of all discovery, reports, CV's, or other documents to the Non-BP Defendant Group when same is served upon the B3 Plaintiffs or any other Party. The B3 Plaintiffs shall serve upon the Non-BP Defendant Group member(s) involved in his or her respective case all discovery, reports, CV's, or other documents when same is served upon BP or any other Party.

J. BP and the B3 Plaintiffs shall include the Non-BP Defendant Group on any notices of depositions of any expert whose identity is disclosed or report is produced with respect to the guidelines set forth in this section.

6. **In section III. "General Discovery for Remaining Cases:"**

   The Non-BP Defendant Group seeks to add:

   G. BP shall provide copies of all discovery responses, answers to interrogatories, or any other documents produced pursuant to the guidelines of this Section to the Non-BP Defendant Group when same is served upon or submitted by or to the B3 Plaintiffs or any other party. The respective B3 Plaintiffs who joined each Non-BP Defendant shall serve upon the member of the Non-BP Defendant Group to whom his claim is directed copies of all discovery responses, answers to interrogatories, or any other documents produced pursuant to the guidelines of this Section when same is served upon BP or any other party.

   H. BP and the B3 Plaintiffs shall include the Non-BP Defendant Group on any notices of depositions of any witness who is to be deposed in accordance with the provisions of this Section.

I. **In section IV. "Miscellaneous", Subpart C. "No Additional Discovery Permitted"**

   The Non-BP Defendant Group seeks to add:

   Nothing in this provision shall deprive the Non-BP Defendant Group the opportunity to conduct discovery upon the B3 Plaintiffs and take their depositions, nor shall it deprive the B3 Plaintiffs of the opportunity to take the depositions of the non-BP defendants and other witnesses.

J. **In section IV. "Miscellaneous"**

The Non-BP Defendant Group seeks to add:

H. If at any time the Parties, including the Non-BP Defendant Group, deem Alternative Dispute Resolution appropriate, they may request such efforts, including, but not limited to, a settlement conference with the presiding Magistrate Judge, or another Magistrate Judge who may agree to hear such matters.

Respectfully submitted,

**STAINES & EPPLING**

*/s/Anthony J. Staines*
**ANTHONY J. STAINES** (#12388)
**COREY P. PARENTON (#**32918)
3500 North Causeway Boulevard
Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Counsel for Low Land Construction Co.,
Inc., in *John D. Naples v. BP Exploration & Production, Inc., et al,* 12-cv-02564, USDC E.D. La.
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

*/s/ Frederick W. Swaim III*
 FREDERICK W. SWAIM III (LA #28242)
 ANDREW V. WATERS (#37913)
 701 Poydras Street, 40th Floor
 New Orleans, Louisiana 70139
 fswaim@gallowaylawfirm.com
 awaters@gallowaylawfirm.com
 Telephone: (504) 525-6802
 Telecopier: (504) 525-2456
 Counsel for Abdon Callais Offshore, LLC, in *Clay Whittinghill v. Abdon Callais Offshore, LLC,* Case 2:10-cv-01984-CJB-JCW (USDC E.D. La.)

**LARZELERE PICOU WELLS SIMPSON LONERO, LLC**

*/s/ T. Justin Simpson*_____
T. JUSTIN SIMPSON (#18437)
3850 N. Causeway Boulevard
Suite 500 – Two Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
E-mail: jsimpson@lpwsl.com
ATTORNEYS FOR LARRY GRIFFIN TOWING CO., INC., in *John D. Naples v. BP Exploration & Production, Inc., et al.*, 12-cv-02564, USDC, ED La., and *Larry Griffin Towing Co., Inc. v. John D. Naples*, 13-cv-6730, USDC, ED La.

**MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC**

*s/André J. Mouledoux*_____
ANDRÉ J. MOULEDOUX (Bar #9778)
DANIEL J. HOERNER (Bar #21706)
TREVOR CUTAIAR (Bar #33082)
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: 504-595-3000
Facsimile:   504-522-2121
E-Mail: amouledoux@mblb.com
Attorneys for Defendant, Nature's Way Marine, LLC, in *John D. Naples v. BP Exploration & Production, Inc.*, et al, 12-cv-02564, USDC, ED La.