UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | | CIVIL ACTION NO. 2:10-CV-02771 |
| | | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: All Cases in Pleading Bundle B3 | * * * | SECTION J |
| | | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * | * | MAG. DIV. 1 |

RESPONSE TO PROPOSED
JOINT CASE MANAGEMENT ORDER FOR THE B3 BUNDLE

DRC Emergency Services, LLC and DRC Marine, LLC (collectively, "DRC") and Danos & Curole Marine Contractors, LLC and Danos & Curole Staffing, LLC (collectively, "Danos"), provide the following brief response to the case management order for the B3 bundle proposed by BP and certain B3 plaintiffs (the "Proposed CMO").

DRC is a defendant in two remaining B3 personal injury claims: (1) *William J. Fitzgerald, III, et al. v. BP Exploration & Production, Inc., et al.*, No. 13-650 and (2) *Joseph G. Brown, et al. v. BP Exploration & Production, Inc., et al.*, No. 12-2333. Danos is a defendant in one remaining B3 personal injury claim: *Victoria Sanchez v. American Pollution Control Corp.*, No. 12-164 (the "Remaining DRC and Danos Claims").

DRC and Danos each think that the Proposed CMO, in general, will be an efficient means for the parties to the remaining B3 claims to exchange basic information and resolve general

1

causation issues that are common to all of the B3 claims.  DRC and Danos also understand that the Proposed CMO does not purport to limit their rights to conduct any discovery still necessary in the Remaining DRC and Danos Claims once this initial, proposed discovery process is complete and if the stay of those claims is lifted.

To ensure that DRC's and Danos's rights are preserved, and to allow for orderly and efficient resolution of Remaining DRC and Danos Claims, DRC and Danos ask that the CMO ultimately entered by the Court require that they be provided with copies of (1) any initial disclosures made by either the plaintiffs or BP in connection with the Remaining DRC and Danos Claims, (2) BP's General Causation Disclosure, (3) the CVs, disclosures, and reports of any expert retained by BP or plaintiffs in connection with the Remaining DRC and Danos Claims, and (4) any written discovery responses provided or documents produced by BP in response to B3 claimants' discovery requests (addressed in Section III.C of the Proposed CMO). DRC and Danos also ask that the ultimate CMO grant them the ability to attend and participate, as they see fit, in any expert or fact depositions conducted pursuant to the order.[1]

DRC's and Danos's roles in the remaining B3 claims as a whole is small, but they do play a role. DRC and Danos certainly do not want to make the agreed CMO process more complicated, but they do need to participate in that process as necessary to preserve their rights.

Finally, DRC and Danos each reserve and do not waive, all of their defenses to the Remaining DRC and Danos Claims, including, without limitation all defenses to liability (including those based on the government-contractor immunity defense), causation (both general and

---

[1]  DRC and Danos understand that similar issues have been raised by other non-BP defendants in other B3 cases (Rec. Doc. 25932).

specific), and damages. DRC and Danos also reserve all rights with respect to indemnity and contribution from other defendants, as those issues may arise.

Respectfully submitted,

/s/    Sean P. Brady
Harold J. Flanagan (Bar No. 24091)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170
Tel:  (504) 569-0235
Fax:  (504) 592-0251
hflanagan@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of August, 2019.

/s/    Sean P. Brady