UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| This Document Relates to: | * | JUDGE BARBIER |
| REMAINING CASES IN THE "B3" BUNDLE | * | MAG. JUDGE SHUSHAN |

## RESPONSE TO PROPOSED
## JOINT CASE MANAGEMENT ORDER FOR THE B3 BUNDLE

**NOW INTO COURT**, through undersigned counsel, comes Charles A. Boggs, plaintiff No. 75, in the B3 bundle, and, with respect, represents:

1.

Certain cases in the B3 bundle are filed by plaintiffs who have serious injury, resulting in extensive medical expenses as the result of bodily injury, forming a subclass of B3 plaintiffs.

2.

This subclass contains medical injury claims that are mature; that is, the initial treatment phase has ended during the nine plus years since the BP explosion and substantial documented medical expenses have been incurred. What remains is the disability caused by bodily injury and resulting functional injury, together with future medical expenses.

3.

So as to limit the scope of this subclass, it is respectfully proposed that any eligible B3

1

claimant, whose documented past medical expenses exceed $25,000.00, is eligible for the following, in an attempt to resolve his/her lawsuit in the following manner:

  a. After all medical reports, bills, and estimates of future expenses are supplied by plaintiff to defendants, counsel for the parties shall meet for a "good faith" attempt to negotiate settlement.

  b. Failing a good faith settlement, the matter shall be referred to a U.S. Magistrate for the Eastern District of Louisiana for mediation.

  c. Failing settlement after medication, the case shall proceed in accordance with the future Case Management Order being confected at this time by the parties and the Court.

4.

In summary, in the nine years plus since this accident, plaintiffs' counsel have obtained the proof necessary to establish quantum damages. In other words, there is sufficient (probably more than sufficient) documentation to support settlement negotiations with the aim of moving mature claims to expeditious resolution.

**NOW, THEREFORE**, it is proposed:

  1. Certain cases in the B3 bundle are filed by plaintiffs who have serious injury, resulting in extensive medical expenses as the result of bodily injury, forming a subclass of B3 plaintiffs.

  2. This subclass contains medical injury claims that are mature; that is, the initial treatment phase has ended during the nine plus years since the BP explosion and substantial documented medical expenses have been incurred. What remains is the

disability caused by bodily injury and resulting functional injury, together with future medical expenses.

3. So as to limit the scope of this subclass, it is respectfully proposed that any eligible B3 claimant, whose documented past medical expenses exceed $25,000.00, is eligible for the following, in an attempt to resolve his/her lawsuit in the following manner:

    a. After all medical reports, bills, and estimates of future expenses are supplied by plaintiff to defendants, counsel for the parties shall meet for a "good faith" attempt to negotiate settlement.

    b. Failing a good faith settlement, the matter shall be referred to a U.S. Magistrate for the Eastern District of Louisiana for mediation.

    c. Failing settlement after medication, the case shall proceed in accordance with the future Case Management Order being confected at this time by the parties and the Court.

Respectfully submitted,

**BOGGS, LOEHN & RODRIGUE**

/s/Thomas E. Loehn
**THOMAS E. LOEHN (LA 8663)**
2324 Severn Avenue, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
E-mail: tloehn@yahoo.com
*Attorney for Plaintiff, Charles A. Boggs*

/s/Charles A. Boggs
**CHARLES A. BOGGS (MS 982837)**
630 West Beach Boulevard
Long Beach, Mississippi 39560
Telephone: (228) 806-8228
Facsimile: (228) 863-6795
E-mail: cboggs8@gmail.com
***Attorney for Plaintiff, Charles A. Boggs***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8TH day of August, 2019, I electronically filed the foregoing document with the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and that all parties or their counsel of record will be served by the CM/ECF system.

/s/ Thomas E. Loehn
THOMAS E. LOEHN