## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | 2:10-md-02179-CJB-JCW |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | JUDGE CARL J. BARBIER |
| | * | |
| *Succession of Herman A. Isidore* | * | MAGISTRATE JUDGE |
| *Claimant No. 100058191* | * | JOSEPH C. WILKINSON |

**********************************************************************

### UNOPPOSED MOTION TO RESET ORAL ARGUMENT ON CLAIMANT'S MOTION TO ENFORCE SETTLEMENT AND REISSUE PAYMENT

NOW INTO COURT, through undersigned counsel, comes Claimant, Hope Bell, as Administrator of the Succession of Herman A. Isidore, who provides that this Honorable Court issued an Order scheduling oral argument on Claimant's Motion to Enforce Settlement and Reissue Payment (Rec. Doc. 25719) for August 16, 2019 at 9:00 a.m. As a result of a scheduling conflict, counsel for Claimant requests that the oral argument be reset to Tuesday, August 20, 2019 at 9:00 a.m.

Counsel for Claimant has communicated with counsel for the Administrator, who has no objection the resetting of the oral argument of Claimant's Motion to Enforce Settlement and Reissue Payment (Rec. Doc. 25719).

WHEREFORE, Claimant, Hope Bell, as Administrator of the Succession of Herman A. Isidore, moves this Honorable Court to reset oral argument on Claimant's Motion to Enforce Settlement and Reissue Payment (Rec. Doc. 25719) to Tuesday, August 20, 2019 at 9:00 a.m.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR, L.L.C.
ATTORNEYS AT LAW

 /s/ Corey E. Dunbar
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
firm@pivachlaw.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 8th day of August, 2019 electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                      /s/ Corey E. Dunbar
                                           COREY E. DUNBAR (30144)