UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | 2:10-md-02179-CJB-JCW<br><br>JUDGE CARL J. BARBIER |
| *Succession of Herman A. Isidore*<br>*Claimant No. 100058191* | * * | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON |

**********************************************************************

**ORDER UNOPPOSED MOTION TO RESET ORAL ARGUMENT ON
CLAIMANT'S MOTION TO ENFORCE SETTLEMENT AND REISSUE PAYMENT**

Considering the foregoing Unopposed Motion to Reset Oral Argument on Claimant's Motion to Enforce Settlement and Reissue Payment;

IT IS ORDERED that oral argument on Claimant's Motion to Enforce Settlement and Reissue Payment (Rec. Doc. 25719) is reset to Tuesday, August 20, 2019 at 9:00 a.m.

_____
JUDGE CARL J. BARBIER