UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *All Cases in the B3 Bundle* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

The Court previously ordered the parties to submit a proposed joint case management order regarding the B3 bundle by August 7, 2019. (Rec. Doc. 25858). At the parties' request,

IT IS ORDERED that the deadline for submitting a proposed joint case management order is extended up to and including August 13, 2019.

New Orleans, Louisiana, this 8th day of August, 2019.

_____
United States District Judge