UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | Case No. 2:10-md-02179 |
| | * | SECTION "J" |
| | * | |
| This document relates to: Civil No. 2:10-cv-01984 *Whittinghill v. Abdon Callais Offshore, L.L.C.* | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RESPONSE OF ABDON CALLAIS OFFSHORE, LLC TO PROPOSED CASE MANAGEMENT ORDER OF B(3) PLAINTIFF, CAPTAIN CLAY WHITTINGHILL**

In response to the Proposed Case Management Order submitted on behalf of plaintiff Clay Whittinghill (Rec. Doc. 25928), and further to the Addendum to Case Management Order filed on behalf of Abdon Callais Offshore, LLC ("Abdon Callais"), among others (Rec. Doc. 25932), Abdon Callais respectfully provides as follows:

Abdon Callais specifically reserves all rights while fully denying any liability to Mr. Whittinghill. Further, any alleged damages, which are denied, are attributable to third-parties for whom Abdon Callais is not responsible (including, but not necessarily limited to, BP America Production Company and BP Exploration & Production Inc.—collectively, "BP"), and such alleged damages are not recoverable against Abdon Callais. Issues also exist between these parties that require motion practice prior to discovery, including, but not limited to, indemnity from the named BP entities, immunity through the federal government of the United States, and beyond.

In addition, based non-exclusively on the above, Abdon Callais specifically objects to deconsolidation of this claim from the multidistrict litigation. The claims against Abdon Callais

arise out of alleged exposure to dispersants (among another non-recoverable claim) due to the conduct of BP. If this lawsuit is deconsolidated from the multidistrict litigation, Abdon Callais will be forced to tender BP as a direct defendant to Mr. Whittinghill pursuant to Fed. R. Civ. Proc. 14(c).

Finally, Mr. Whittinghill represents that Abdon Callais "filed separately to urge the Court to grant Plaintiff's motion to deconsolidate on [November 29, 2010]." *Proposed Case Management Order of B(3) Plaintiff, Captain Clay Whittinghill*, Rec. Doc. No. 25932 (citing Rec. Doc. 25932-1). Such filing preceded this Court's Order entered on December 17, 2010, which denied Mr. Whittinghill's motion to deconsolidate this case from the multidistrict litigation. *See* Rec. Doc. 909. Since the Court's denial of the plaintiff's motion for deconsolidation over eight (8) years ago (and any renewed request for same), Abdon Callais has not supported (and specifically opposes) deconsolidation. In sum, Abdon Callais agrees with this Court's statement included in its Order of December 17, 2010, in that this case "is sufficiently related to the [multidistrict litigation]." Abdon Callais looks forward to briefing this issue (and any others) further upon instruction of the Court.

Respectfully submitted,

*/s/ Frederick W. Swaim III*
FREDERICK W. SWAIM III (LA #28242)
ANDREW V. WATERS (#37913)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
fswaim@gallowaylawfirm.com
awaters@gallowaylawfirm.com
Telephone: (504) 525-6802
Telecopier: (504) 525-2456
Counsel for Abdon Callais Offshore, LLC, in *Clay Whittinghill v. Abdon Callais Offshore, LLC*, Case 2:10-cv-01984-CJB-JCW (USDC E.D. La.)

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing filing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 8, 2019.

                                              */s/ Frederick W. Swaim III*
                                              FREDERICK W. SWAIM III