UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| Applies to: 12-CV-968: BELO | JUDGE BARBIER |
| Relates to: | MAGISTRATE JUDGE WILKINSON |
| 19-01793 <br> 19-02243 <br> 19-02614 <br> 19-02845 <br> 19-03358 <br> 19-03359 | |

## ORDER

Upon considering the Response filed on behalf of CARLOS ELIZONDO, ROSETTA SMITH, JENNIFER REXFORD, JUAN MORENO JR., NOE VALDEZ JR., and JUAN VILLARREAL ("**Plaintiffs**")

**IT IS HEREBY ORDERED** that:

1. Plaintiffs and their Counsel, the Amaro Law Firm, are exempted from appearing in Court with respect to the Show Cause Order on August 16, 2019, and

2. Any other relief this Court deems just and proper.

New Orleans, Louisiana, this _____ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE