UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**  **SECTION: J** |
| **Applies to: 12-cv-968: BELO**  **Relates to:**  **19-02501** | **JUDGE BARBIER**  **MAGISTRATE**  **JUDGE WILKERSON** |

### RESPONSE TO SHOW CAUSE ORDER RELATED BP PARTIES AUGUST 6 STATUS REPORT PURSUANT TO BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER 2

**COMES NOW** Plaintiff, RODNEY ERIC RAYBORN ("**Plaintiff**") by and through the undersigned counsel, file this Response to Defendants BP Exploration & Production Inc and BP America Production Company (collectively the "**BP Parties**") August 6, Status Report *See* Rec. Doc. 25926 ("**Status Report**") pursuant to Belo Case Initial Proceedings Case Management Order No. 2. On August 7, 2019, this Court entered an Order to Show Cause regarding BP Parties August 6 Status Report. *See* Rec. Doc. 25930 ("**Show Cause Order**").

1. The aforesaid Plaintiff is listed on Category II of the Status Report, and therefore subject to the Show Cause Order, for the deficiency of "No Production".

2. Downs Law Group communicated with Counsel for BP Parties and filed a stipulation for dismissal with prejudice on August 6, 2019 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) before the issuance of the Show Cause Order.

3. Counsel for the BP Parties have conferred, and the BP Parties do not oppose this Response, notifying the Court that since the case is voluntarily dismissed with prejudice, the Show Cause Order for this Plaintiff should be set aside.

WHEREFORE, Plaintiff, RODNEY ERIC RAYBORN respectfully request that this Honorable Court (a) enter an Order setting aside the Show Cause Order with respect to his case;

(b) exempting the Plaintiff and his Counsel, the Downs Law Group from appearing in the Court with respect to the Show Cause Order; and (b) any other relief this Court deems just and proper.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

<u>*/s/ Nathan L. Nelson*</u>
**CRAIG T. DOWNS**, **FL BAR # 801089**
**NATHAN L. NELSON**, **FL BAR #1002523**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: cdowns@downslawgroup.com
nnelson@downslawgroup.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Response has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of August 2019.

                Dated this 9th day of August 2019

                   */s/ Nathan L. Nelson*
                 Nathan L. Nelson Esq.