UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to: 12-cv-968: BELO<br>Relates to:<br>19-02501 | JUDGE BARBIER<br>MAGISTRATE JUDGE WILKERSON |

## ORDER

Upon considering the Response filed by RODNEY ERIC RAYBORN ("**Plaintiff**")

**IT IS HEREBY ORDERED** that:

1. The Show Cause Order with respect to the Plaintiff is set aside,

2. Plaintiff and his Counsel, the Downs Law Group are exempted from appearing in the Court with respect to the Show Cause Order on August 16, 2019, and

3. Any other relief this Court deems just and proper.

New Orleans, Louisiana, this _____ day of_____, 2019

_____
UNITED STATES DISTRICT COURT JUDGE