UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to: 12-CV-968: BELO | JUDGE BARBIER |
| Relates to: | MAGISTRATE JUDGE WILKINSON |
| 19-01793<br>19-02243<br>19-02614<br>19-02845<br>19-03358<br>19-03359 | |

## ORDER

Upon considering the Response filed on behalf of CARLOS ELIZONDO, ROSETTA SMITH, JENNIFER REXFORD, JUAN MORENO JR., NOE VALDEZ JR., and JUAN VILLARREAL ("**Plaintiffs**") (Rec. Doc. 25938);

**IT IS HEREBY ORDERED** that:

1. Plaintiffs and their Counsel, the Amaro Law Firm, are exempted from appearing in Court with respect to the Show Cause Order on August 16, 2019, and

New Orleans, Louisiana this 9th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE