UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br> SECTION: J(2) |
| Applies to: 12-968, BELO AND No. 19-02501 | * * | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

## ORDER

The Downs Law Group filed a Response (Rec. Doc. 25939) to the Show Cause Order (Rec. Doc. 25930) informing the Court that a stipulation for dismissal with prejudice was filed with respect to Rodney Eric Rayborn (No. 19-02501), who is the only Downs Law Group client identified in the Show Cause Order. Accordingly,

IT IS ORDERED that the Show Cause Order (Rec. Doc. 25930) is SET ASIDE with respect to Rodney Eric Rayborn (No. 19-02501).

IT IS FURTHER ORDERED that the Downs Law Group is exempt from appearing at the Show Cause Hearing on August 16, 2019.

New Orleans, Louisiana, this 9th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge