UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 |
| | | SECTION: J(2) |
| ***Applies to:*** *No. 12-970 (Claimant 100058191)* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Considering the Unopposed Motion to Reset Oral Argument (Rec. Doc. 25935);

IT IS ORDERED that oral argument on Claimant's Motion to Enforce Settlement and Reissue Payment (Rec. Doc. 25719), previously set for Friday, August 16, 2019 at 9:00 a.m. (*see* Rec. Doc. 25931), is RESET to Tuesday, August 20, 2019 at 9:30 a.m.

Note that the new time of the hearing is 9:**30** a.m., not 9:00 a.m. as requested in the motion.

The date and time of the Show Cause Hearing regarding 176 BELO cases remains unchanged (Friday, August 16, 2019, at 9:30 a.m.). (*See* Rec. Doc. 25930).

New Orleans, Louisiana, this 9th day of August, 2019.

_____
United States District Judge