UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG        MDL No. 2179
    "DEEPWATER HORIZON" in the
    Gulf of Mexico on April 20, 2010

Applies to:                           JUDGE BARBIER
12-CV-968: BELO               MAG. JUDGE WILKINSON

## ORDER

Due to the Labor Day holiday weekend, IT IS ORDERED that the filing deadline for BP's monthly status report, as required by the BELO Cases Initial Proceedings Case Management Order No. 2, Record Doc. No. 25486, is hereby EXTENDED to September 4, 2019.

New Orleans, Louisiana, this ___13th___ day of August, 2019.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE