**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179 |
| | SECTION: J |
| | JUDGE CARL BARBIER |
| APPLIES TO: | MAG. JUDGE WILKINSON |
| *All Claims in Pleading Bundle B3* | |

<u>**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR RESPONSES TO BP'S SUMMARY JUDGMENT MOTION ON B3 CLAIMS RELEASED UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT**</u>

Plaintiffs hereby respectfully move this Court for a seven-day extension of time to files their responses to BP's Motions for Summary Judgment based on claims that certain B3 Plaintiffs have allegedly released pursuant to the Medical Benefits Class Action Settlement Agreement (the "MSA"). In support of this motion, which is unopposed by BP, Plaintiffs state as follows:

1. On July 17, 2019, this Court held a status conference to address future case management of the remaining cases in the B3 pleading bundle. (Rec. Doc. 25858.)

2. At the status conference, BP raised with the Court a proposed protocol for addressing claims of certain remaining B3 plaintiffs whom BP in good faith believes are or appear to be members of the MSA class and have released their claims against BP under the MSA. BP suggested that this protocol may involve a "show cause" process, whereby "BP would provide information identifying the plaintiffs it believes are MSA class members and the basis for that belief," and "[t]he identified plaintiffs would then be required to demonstrate that they are not

MSA class members whose claims have been released." (BP's Proposals for Future Case Management of the B3 Bundle, Rec. Doc. 25835, at 3.)

3. On July 18, 2019, the Court issued a Minute Order in which it directed BP to "file a motion for summary judgment" against those plaintiffs whom "BP believes are members of the Medical Benefits Settlement Class and have released their claims under the Medical Benefits Class Action Settlement Agreement" by Wednesday, July 24, 2019. The Court ordered plaintiffs to respond to BP's summary judgment motion by Wednesday, August, 7, 2019. (7/18/19 Order, Rec. Doc. 25858 at 2.)  On July 23, 2019, BP filed a Motion with this Court for a seven-day extension of time to file their motions. (Rec. Doc. 25895.)  This Court granted BP's Motion the same day.

4. In the meantime, the parties jointly requested an extension from this Court for the purpose of further conferring with each other in an attempt to find common ground for a proposed joint Case Management Order.  The Court granted this extension without the need for a motion or order.

5. Because of the additional time the parties spent in attempting to find common ground for the proposed Case Management Orders and to ensure that Plaintiffs have sufficient time to properly respond to BP's motion for summary judgment with respect to the allegedly-released claims, Plaintiffs respectfully request an extension of time of seven days, or until August 21, 2019, to file their responses.

WHEREFORE, the Plaintiffs referenced above respectfully request that this Court enter an order extending the time for Plaintiffs to respond to BP's Summary Judgment Motion on B3 claims that have allegedly been released under the MSA by seven days, to August 21, 2019.

Respectfully Submitted,

 /s/ Paul A. Dominick

Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

Dated:   August 13, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Memorandum of Law has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on August 13, 2019.

/s/ Paul A. Dominick

Paul A. Dominick