UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MASTER DOCKET NO. 10-MD-2179 SECTION: "J" JUDGE BARBIER MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *All Claims in Pleading Bundle B3* | * * * * | |

## JOINT SUBMISSION REGARDING
## PROPOSED CASE MANAGEMENT ORDER FOR THE B3 BUNDLE

Pursuant to the Court's July 18, 2019 Order (Rec. Doc. 25858), BP Exploration & Production, Inc. and BP America Production Company (together, "BP") and the majority of the remaining B3 plaintiffs[1] (the "B3 Plaintiffs," and together with BP, the "Parties") respectfully make this submission to update the Court on their efforts to reach a proposed joint case management order ("CMO") for the B3 bundle and to submit their respective proposals.

Since the July 17 status hearing, the Parties have met and conferred in good faith regarding a proposed CMO for cases remaining in the B3 bundle. The Parties have exchanged written proposals and had several phone conferences. The Parties agree that the Court should implement procedures regarding certain general phases for future management of the B3 bundle, providing for (1) an exchange of certain preliminary, or initial, disclosures; (2) expert discovery focused on general causation issues; and (3) certain additional discovery. The Parties have been unable to

---

[1]  The B3 Plaintiffs include plaintiffs represented by Nexsen Pruet, Douglas M. Schmidt, APLC, the Lambert Firm, Lindsay & Lindsay, P.A., the Downs Law Group, the Falcon Law Firm, Stag Luizza, the Law Offices of Frank D'Amico Jr., and the Toce Firm.

reach an accord, however, regarding the conduct of these pre-trial phases, as well as the appropriate approach to trial of the remaining B3 claims — in particular, whether the B3 cases should be tried in consolidated "trial flights," as the B3 Plaintiffs propose, or in single-plaintiff trials, as BP proposes. The Parties therefore respectfully submit separate proposed CMOs, along with brief summaries of their respective positions in the attached addenda. The B3 Plaintiffs' proposed CMO is attached as **Exhibit A**, and BP's proposed CMO is attached as **Exhibit B**.

The Parties stand ready to provide any additional information or briefing as the Court may request and also suggest that a status hearing or other opportunity to discuss these proposals with the Court further may be helpful.

Respectfully Submitted,

/s/ *Paul A. Dominick*
Paul A. Dominick Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC 29402
PHONE: 843.577.9440
FACSIMILE: 843.720.1777
PDominick@nexsenpruet.com

Douglas M. Schmidt Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE: 504-482-5711
FACSIMILE: 504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

/s/ *Don Haycraft*
Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP America Production Company and BP Exploration & Production, Inc.*

THE LAMBERT FIRM, PLC
/s/ *Hugh P. Lambert*
Hugh P. Lambert (La. Bar #7933)
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

/s/ *Allen W. Lindsay, Jr. Esq.*
Allen W. Lindsay, Jr. Esq.
Florida Bar No. 104956
Lindsay & Lindsay, P.A.
5218 Willing Street Milton, FL 32570
Telephone: 850-623-3200
Fax: 850-623-0104
awl@lal-law.com

/s/ *Craig Downs, Esq.*
Craig Downs, Esq.
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
(305) 444-8226
cdowns@downslawgroup.com

/s/ *C. David Durkee, Esq.*
C. David Durkee, Esq.
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
ddurkee@downslawgroup.com

/s/ *Timothy J. Falcon, Esq.*
Timothy J. Falcon, Esq.
Falcon Law Firm
5044 Lapalco Blvd.
Marrero, LA 70072
(504)-341-1234
tim@falconlaw.com

/s/ *Michael G. Stag, Esq.*
Michael G. Stag (LA No. 23314)
Ashley M. Liuzza (LA No. 34645)
Merritt E. Cunningham (LA No. 32843)
Matthew D. Rogenes (LA No. 36652)
STAG LUIZZA, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600

/s/ *Frank J. D'Amico, Esq.*
Frank J. D'Amico, Jr.
Louisiana Bar Number 17519
4608 Rye Street
Metairie, Louisiana 70006
Telephone: (504) 525-7272
Fax: (504) 525-9522

/s/ *Andre F. Toce*
Andre F. Toce
THE TOCE FIRM
 969 Coolidge St., #201
Lafayette, LA 70503
Phone: (337) 233-6818

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing JOINT SUBMISSION REGARDING PROPOSED CASE MANAGEMENT ORDER FOR THE B3 BUNDLE has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of August, 2019.

                                                                */s/ Don Haycraft*
                                                                Don Haycraft