# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **Civil Action No. 2:10-MD-02179**<br><br>**SECTION: J**<br><br>**JUDGE CARL BARBIER**<br><br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>All Claims in Pleading Bundle B3 | |

## NOTICE OF CORRECTION TO JOINT SUBMISSION REGARDING PROPOSED CASE MANAGEMENT ORDER FOR THE B3 BUNDLE

PLEASE TAKE NOTICE that on August 13, 2019 a Joint Submission Regarding Proposed Case Management Order for the B3 Bundle was filed [ECF #25947]. Plaintiffs' counsel listed in the Joint Submission did not include all of Plaintiffs' counsel who prepared and submitted Plaintiffs' Proposed Case Management Order No. 1 attached to the Joint Submission. This notice is to correct footnote 1 to the Joint Submission and Plaintiffs' counsel signatories to the Joint Submission document.

Correction to Footnote 1 should include the following additional counsel for Plaintiffs: Pivach, Pivach, Hufft, Thriffiley & Dunbar, L.L.C.; Irpino, Avin & Hawkins Law Firm; Motley Rice, LLC; Joseph F. Gaar, Jr. APLC; The Panagiotis Firm; Jacobs Manuel Kain & Aamodt; and Cossich Sumich Parsiola & Taylor, LLC.

The Plaintiffs' counsel signatories to the Joint Submission should be amended as shown on Exhibit "A" to this Notice.

1

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick    Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

July 14, 2019

/s/ Hugh P. Lambert
Hugh P. Lambert (LA No. 7933)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@thelambertfirm.com

/s/ Allen W. Lindsay, Jr., Esq.
Allen W. Lindsay, Jr. (Fl No. 104956)
Lindsay & Lindsay, P.A.
5218 Willing Street
Milton, FL 32570
Telephone: 850-623-3200
Facsimile: 850-623-0104
awl@lal-law.com

/s/ Craig Downs, Esq.
Craig Downs, Esq.
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
cdowns@downslawgroup.com

/s/ C. David Durkee, Esq.
C. David Durkee, Esq.
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
ddurkee@downslawgroup.com


/s/ Timothy J. Falcon, Esq.
Timothy J. Falcon, Esq.
Falcon Law Firm
5044 Lapalco Blvd.
Marrero, LA 70072
Telephone:  (504) 341-1234
tim@falconlaw.com

/s/ Michael G. Stag, Esq.
Michael G. Stag (LA No. 23314)
Ashley M. Liuzza (LA No. 34645)
Merritt E. Cunningham (LA No. 32843)
Matthew D. Rogenes (LA No. 36652)
Stag Liuzza, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone:  (504) 593-9600
mstag@stagliuzza.com
aliuzza@stagliuzza.com
mrogenes@stagliuzza.com

/s/Frank J. D'Amico Jr.
Frank J. D'Amico, Jr.  (LA No. 17519)
4608 Rye Street
Metairie, Louisiana 70006
Telephone: (504) 525-7272
frank@damicolaw.net

/s/ Andre F. Toce
Andre F. Toce
The Toce Firm
969 Coolidge St., #201
Lafayette, LA 70503
Telephone: (337)233-6818
andre@toce.com

/s/ Corey E. Dunbar
Corey E. Dunbar (LA No. 30144)
Pivach, Pivach, Hufft,
Thriffiley & Dunbar, L.L.C.
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com
*Counsel for William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald (13-00650)*

/s/ Louise C. Higgins
Anthony D. Irpino (LA No. 24727)
Bobby G. Hawkins (LA No. 30546)
Louise C. Higgins (LA No. 31780)
Pearl A. Robertson (LA No. 34060)
Kacie F. Gray (LA No. 36476)
Irpino, Avin & Hawkins Law Firm
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
bhawkins@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

/s/ Joseph F. Rice
Joseph F. Rice
Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9159
Fax: (843) 216-9450
jrice@motleyrice.com

/s/ Joseph F. Gaar, Jr.
Joseph F. Gaar, Jr.
Joseph F. Gaar, Jr. APLC
617 S. Buchanan Street
Lafayette, Louisiana 70501
Telephone: (337) 233-3185
joseph@gaarlaw.com

/s/ D. C. Panagiotis
D.C. Panagiotis (LA No. 15032)
The Panagiotis Firm
1540 W. Pinhook Rd.
Lafayette, LA 70503
(337) 264-1516
Dan@panalaw.com

Attorneys for Plaintiff, Russell J. Bertrand and Mitzi Bertrand (No.55)

/s/ Jodi Jacobs Aamodt
Jodi Jacobs Aamodt
Jacobs Manuel Kain & Aamodt
500 St. Louis Street, Ste. 200
New Orleans, LA  70130
Telephone: 504-523-1444
Jmk_jodi@bellsouth.net

/s/ Brandon J. Taylor
Philip F. Cossich, Jr., (LA No. 1788 (T.A.))
Brandon J. Taylor (LA No. 27662)
David A. Parsiola (LA No. 21005)
DARREN D. SUMICH (LA No. 23321)

5

>Cossich Sumich Parsiola & Taylor, LLC
>8397 Highway 23, Suite 100
>Belle Chasse, LA 70037-2648
>Telephone: (504) 394-9000
>pcossich@cossichlaw.com
>btaylor@cossichlaw.com
>dparsiola@cossichlaw.com
>dsumich@cossichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Reconsider has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on August 14, 2019.

/s/ Paul A. Dominick<br>
Paul A. Dominick

# Exhibit A

# Correction of Plaintiffs' Counsel Signatories

    /s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

July 12, 2019

/s/ Hugh P. Lambert
Hugh P. Lambert (LA No. 7933)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@thelambertfirm.com

/s/ Allen W. Lindsay, Jr., Esq.
Allen W. Lindsay, Jr. (Fl No. 104956)
Lindsay & Lindsay, P.A.
5218 Willing Street
Milton, FL 32570
Telephone: 850-623-3200
Facsimile: 850-623-0104
awl@lal-law.com

/s/ Craig Downs, Esq.
Craig Downs, Esq.
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
cdowns@downslawgroup.com

/s/ C. David Durkee, Esq.
C. David Durkee, Esq.
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
ddurkee@downslawgroup.com


/s/ Timothy J. Falcon, Esq.
Timothy J. Falcon, Esq.
Falcon Law Firm
5044 Lapalco Blvd.
Marrero, LA 70072
Telephone:  (504) 341-1234
tim@falconlaw.com

/s/ Michael G. Stag, Esq.
Michael G. Stag (LA No. 23314)
Ashley M. Liuzza (LA No. 34645)
Merritt E. Cunningham (LA No. 32843)
Matthew D. Rogenes (LA No. 36652)
Stag Liuzza, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone:  (504) 593-9600
mstag@stagliuzza.com
aliuzza@stagliuzza.com
mrogenes@stagliuzza.com


/s/Frank J. D'Amico Jr.
Frank J. D'Amico, Jr.  (LA No. 17519)
4608 Rye Street
Metairie, Louisiana 70006
Telephone: (504) 525-7272
frank@damicolaw.net

/s/ Andre F. Toce
Andre F. Toce
The Toce Firm
969 Coolidge St., #201
Lafayette, LA 70503
Telephone: (337)233-6818
andre@toce.com

/s/ Corey E. Dunbar
Corey E. Dunbar (LA No. 30144)
Pivach, Pivach, Hufft,
Thriffiley & Dunbar, L.L.C.
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

*Counsel for William J. Fitzgerald, III
and Dianna M. Fitzgerald,
individually and on behalf of decedent
Nathan Joseph Fitzgerald (13-00650)*

/s/ Louise C. Higgins
Anthony D. Irpino (LA No. 24727)
Bobby G. Hawkins (LA No. 30546)
Louise C. Higgins (LA No. 31780)
Pearl A. Robertson (LA No. 34060)
Kacie F. Gray (LA No. 36476)
Irpino, Avin & Hawkins Law Firm
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
bhawkins@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

/s/ Joseph F. Rice
Joseph F. Rice
Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9159
Fax: (843) 216-9450
jrice@motleyrice.com

/s/ Joseph F. Gaar, Jr.
Joseph F. Gaar, Jr.
Joseph F. Gaar, Jr. APLC
617 S. Buchanan Street
Lafayette, Louisiana 70501
Telephone: (337) 233-3185
joseph@gaarlaw.com

/s/ D. C. Panagiotis
D.C. Panagiotis (LA No. 15032)
The Panagiotis Firm
1540 W. Pinhook Rd.
Lafayette, LA 70503
(337) 264-1516
Dan@panalaw.com

Attorneys for Plaintiff, Russell J. Bertrand and Mitzi Bertrand (No.55)

/s/ Jodi Jacobs Aamodt
Jodi Jacobs Aamodt
Jacobs Manuel Kain & Aamodt
500 St. Louis Street, Ste. 200
New Orleans, LA  70130
Telephone: 504-523-1444
Jmk_jodi@bellsouth.net

/s/ Brandon J. Taylor
Philip F. Cossich, Jr., (LA No. 1788 (T.A.))
Brandon J. Taylor (LA No. 27662)
David A. Parsiola (LA No. 21005)
DARREN D. SUMICH (LA No. 23321)

Cossich Sumich Parsiola & Taylor, LLC
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
pcossich@cossichlaw.com
btaylor@cossichlaw.com
dparsiola@cossichlaw.com
dsumich@cossichlaw.com