# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J(2) |
| This Document Relates to:<br>Civil Action No. 17-cv-03383 | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| Ricky R. Robin, Jr. v. BP Exploration Production, Inc. et al. | |

### OPPOSITION TO BP'S MOTION FOR SUMMARY JUDGMENT ON B3 CLAIMS RELEASED UNDER THE MEDICAL CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff RICKY R. ROBIN, JR. ("Plaintiff"), through his undersigned attorneys, responds to BP's Motion for Summary Judgment as follows:

Claimant was originally represented by Dan Robins and Kevin Goldberg. While under their representation, Mr. Robin opted out of the Medical Benefits Class Action Settlement as required by the procedures set forth by this Honorable Court. Thereafter Mr. Robin revoked that opt-out. Undersigned counsel did not know about the revocation until defendants filed their Motion for Summary Judgment Brief. Undersigned counsel has attempted to contact Mr. Robin to discuss this matter with him but have not been able to communicate personally with him.

Undersigned counsel does not oppose relief requested in defendant's brief. Respectfully submitted by:

        S/Salvadore Christina, Jr.
        Salvadore Christina, Jr. (LA 27198)
        Kevin Klibert (LA 26954)
        Becnel Law Firm, LLC
        Post Office Drawer H
        Reserve, LA 70084
        (985) 536-1186 - telephone
        (985) 536-6445 - facsimile

dbecnel@becnellaw.com  
schristina@becnellaw.com  
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12 and 60 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179 on this the 14th day of August 2019.

S/Salvadore Christina, Jr.