UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J(2) |
| This Document Relates to:<br>Civil Action No. 17-cv-03383 | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| Ricky R. Robin, Jr. v. BP Exploration Production, Inc. et al. | |

## STATEMENT OF CONTESTED FACTS

Plaintiff RICKY R. ROBIN, JR. ("Plaintiff"), through his undersigned attorneys, concedes that he does not dispute the uncontested facts as set forth by the defendants.

> S/Salvadore Christina, Jr.
> Salvadore Christina, Jr. (LA 27198)
> Kevin Klibert (LA 26954)
> Becnel Law Firm, LLC
> Post Office Drawer H
> Reserve, LA 70084
> (985) 536-1186 - telephone
> (985) 536-6445 - facsimile
> dbecnel@becnellaw.com
> schristina@becnellaw.com
> Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12 and 60 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179 on this the 14th day of August 2019.

> S/Salvadore Christina, Jr.