IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |
| **APPLIES TO:**<br><br>*All Claims in Pleading Bundle B3* | |

**ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO BP'S MOTION FOR SUMMARY JUDGMENT ON B3 CLAIMS ALLEGEDLY RELEASED UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT**

WHEREAS, the Plaintiffs' Motion for an Extension of Time to File Their Responses to BP's Summary Judgment Motion on B3 Claims Allegedly Released Under the Medical Benefits Class Action Settlement Agreement (Rec. Doc. 25944) is unopposed by BP; and

WHEREAS, no prejudice will result from the requested seven-day extension;

THEREFORE, it is hereby ORDERED that Plaintiffs' Motion is GRANTED, so that their response to BP's Motion for Summary Judgment on certain B3 claims is not required until August 21, 2019.

New Orleans, Louisiana this 14th day of August, 2019.

_____
United States District Judge