UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *Nos. 11-02621, 17-03387, 17-03412, 17-03347, 17-03347* | * * | **MAG. JUDGE WILKINSON** |

**ORDER RE: SUGGESTION OF REMAND**
**[As to 5 Cases in the B3 Pleading Bundle that Assert Only Contract Claims]**

Considering the Court's Order of July 18, 2019 [As to 12 Cases in the B3 Bundle that Assert Only Contract Claims] (Rec. Doc. 25859), and the parties' responses to same,[1] the Court intends to issue the attached Suggestion of Remand as to the five cases identified therein and referenced above.

IT IS ORDERED that on or before <u>Wednesday, August 28, 2019</u>, BP and each plaintiff in the referenced cases shall file with this Court a Joint Supplement to the Suggestion of Remand. The Joint Supplement shall identify:

1. Any relevant orders, discovery, or other litigation developments that were omitted from the Suggestion of Remand but should have been included;

2. Any key evidentiary and legal rulings in MDL 2179 that will affect further proceedings that were not mentioned in the Suggestion of Remand; and

---

[1] *See* Rec. Docs. 25861 (Anh Dang), 25862 (John Howard), 25863 (Nicholas Collier), 25864 (Machelle Steiner), 25865 (William Brehm), 25866 (Jesco Construction), 25905 (BP), and 25906 (Coastal Water Cleaners and Environmental Services, LLC). Richard Pinell o/b/o Billie Sue, Inc., did not file a response.

3. Any remaining discovery or other pretrial issues that must be resolved in order for the remanded cases to be ready for trial.

Upon compliance with the above, the Court will issue the attached Suggestion of Remand with the Joint Supplements, which will be provided to the Judicial Panel on Multidistrict Litigation.

IT IS FURTHER ORDERED that the parties in the five referenced cases shall begin the process of designating the record as set forth in Rule 10.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. Upon receipt of an order to remand from the Clerk of the Panel, a "record on remand," including a designation of the contents of the record or part thereof to be remanded, shall be furnished by the parties to the Clerk of this Court.

New Orleans, Louisiana, this 14th day of August, 2019.

_____
United States District Judge