UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J(2) |
| Nos. 11-00911, 17-02387, 17-03349 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

### ORDER
**[Severing 3 Cases in the B3 Pleading Bundle that Assert Only Contract Claims]**

During a Status Conference on July 17, 2019, the Court announced its intent to sever from the MDL twelve cases in the B3 pleading bundle that assert only contract claims and allege no medical or personal injury claims. (Rec. Doc. 25858). On July 18, the Court issued an order asking the parties in eight of those cases to confirm whether the case should remain in this Court for further proceedings or be remanded to the transferor district in accordance with 28 U.S.C. § 1407(a). (Rec. Doc. 25859). The order further stated that if a party failed to respond, the Court would assume that the chart contained in that order was correct with respect to the originating district court.

One plaintiff, Richard Pinell o/b/o Billie Sue, Inc (No. 17-03349) did not file a response. This case will remain in this Court, where it was originally filed.

After reviewing the responses to the July 18, 2019 Order,[1] two other cases also will remain in this Court: Jesco Construction (No. 11-00911)[2] and Anh Dang (No. 17-02387).[3] The other five cases will be remanded to the Southern District of Alabama, which will be initiated by a separate "Suggestion of Remand" issued to the Judicial Panel on Multidistrict Litigation.

Accordingly,

**IT IS ORDERED** that *Jesco Construction of Delaware v. BP America Production Company, et al.* (No. 11-00911); *Anh Dang v. BP America Production Company* (No. 17-02387); and *Richard Pinell o/b/o Billie Sue, Inc. v. BP Exploration & Production* (No. 17-03349) are hereby **SEVERED** and **DECONSOLIDATED** from MDL 2179.

All future filings for these severed cases shall be filed in the respective individual dockets, not in the MDL 2179 master docket (No. 10-md-2179), and will use the caption for the individual case, not the MDL 2179 caption.

**IT IS FURTHER ORDERED** that any stay imposed in these cases by an order or pretrial order in MDL 2179 is hereby **LIFTED**. If the plaintiffs have not already served the defendants with a summons and a copy of the complaint as contemplated in Federal Rule of Civil Procedure 4, the plaintiffs shall promptly do so. If service under Rule 4 has already occurred, then the time for defendants to

---

[1] *See* Rec. Docs. 25861 (Anh Dang), 25862 (John Howard), 25863 (Nicholas Collier), 25864 (Machelle Steiner), 25865 (William Brehm), 25866 (Jesco Construction), 25905 (BP), and 25906 (Coastal Water Cleaners and Environmental Services, LLC). Richard Pinell o/b/o Billie Sue, Inc., did not file a response.
[2] This case was transferred to this Court from the Southern District of Texas. However, the parties consent to the case being tried in this Court. (*See* Rec. Docs. 25866, 25905).
[3] This case was originally filed in this Court. (Rec. Doc. 25861).

respond to the complaint shall commence to run anew from the date of this Order. *See* Fed. R. Civ. P. 12.

**IT IS FURTHER ORDERED** that the parties in each of the severed cases shall jointly designate the parts of the MDL master docket or any other docket associated with MDL 2179 (e.g., No. 10-8888) that are relevant to the severed case. The joint designation shall be filed within 60 days of the date the last defendant in a severed case is served or, if all defendants have already been served, within 60 days of this Order.

New Orleans, Louisiana, this 14th day of August, 2019.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179, 11-00911, 17-02387, and 17-03349.**