**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179  SECTION:   J  JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE 2:12-cv-00164 | § § | MAG. JUDGE JOHN WILKINSON, JR. |

**UPDATED NOTICE OF PLAINTIFF'S**
**PROPOSAL FOR FUTURE CASE MANAGEMENT**

**NOW INTO COURT,** through the undersigned counsel, comes Plaintiff Victoria Sanchez, who respectfully submits the instant *Notice* to the Court's Order [Rec. Dox. 25858 & 25936]. The undersigned counsel submits this updated proposal on behalf of its one remaining B3 client, *Victoria Sanchez,* No. 12-00164, to correct an inadvertent factual misstatement regarding the originating district court.

Plaintiff Victoria Sanchez was employed as a Clean-Up Worker on a Vessel of Opportunity Program vessel following the spill. She suffered non-exposure related physical injuries when the vessel she was working on hit a swell and she was thrown onto the deck and rail of the vessel. Plaintiff filed a Jones Act Lawsuit the Eastern District of Louisiana against AMPOL and other Defendants which was transferred into the MDL and grouped with the B3 Pleading Bundle. Plaintiff has no dispersant-related inhalation medical claims which the undersigned counsel believes constitute the majority of the remaining B3 Plaintiffs.

Prior to transfer to this MDL, Victoria Sanchez responded to written discovery requests in the Jones Act negligence lawsuit. In addition, Plaintiff has provided significant background information to Defendants through the court-ordered completion of a "PTO 66 Particularized Statement of Claim".

BP's Proposed Case Management Order is a two-year plus plan to resolve some cases, and some conditions, but not Plaintiff's. The undersigned counsel is not aware how many similarly-situated plaintiffs remain in the B3 Bundle, but believes her to be in the minority, which might make her a good candidate for mediation or to proceed to trial, but perhaps not for a trial flight or bellwether process which would not be economical for a small groups of cases. BP's proposed Case Management Order would place her at the back of the line, subjecting her Jones Act case to considerable further delay. Accordingly, Plaintiff respectfully requests to be released from the stay and have her case placed on a regular docket for discovery, depositions and a trial date.

Respectfully Submitted,

    */s/ Cyndi Rusnak*
CYNDI M. RUSNAK
TEXAS SBN: 24007964
cyndi@jimmywilliamson.com
WILLIAMSON & RUSNAK
13231 CHAMPION FOREST DRIVE, SUITE 309
HOUSTON, TEXAS 77069
(713) 223-3330 TELEPHONE
(713) 223-0001 FACSIMILE

**ATTORNEYS FOR PLAINTIFF VICTORIA SANCHEZ**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all known counsel of record in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this the 14TH day of August, 2019.

    */s/ Cyndi Rusnak*
Cyndi Rusnak