UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
|   "DEEPWATER HORIZON" in the | * | |
|   GULF OF MEXICO, on April 20, 2010 | * | |
| | * | |
| | * | Section "J" |
| | * | |
| This document relates to: Civil No. 2:10-cv-01984 | * | |
| *Whittinghill v. Abdon Callais Offshore, L.L.C.* | * | Judge Barbier |
| | * | |
| | * | |

*********************************************

**PLAINTIFF'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT**

1. Whether Defendant, Abdon Callais, terminated Clay Whittinghill in violation of the Family and Medical Leave Act, 29 U.S.C.A. § 2615.  See Doc. 25914-12, Addendum to #39.

2. Whether Clay Whittinghill released Abdon Callais for its wrongful termination by virtue of his Class Member status.

Respectfully Submitted,

**MARTZELL, BICKFORD, & CENTOLA A.P.C.**

*/s/ Spencer R. Doody*
_____
Scott R. Bickford, T. A. (#1165)
Spencer R. Doody (#27795)
Neil F. Nazareth (#28969)
338 Lafayette Street
New Orleans, LA 70130
Telephone:    504-581-9065
Facsimile:     504-581-7635
**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Opposition to Motion for Summary Judgment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 14, 2019.

                                              */s/ Spencer R. Doody*
                                              SPENCER R. DOODY