**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) <br>    "Deepwater Horizon" in the Gulf ) <br>    of Mexico on APRIL 20, 2010 ) <br> ) <br> ) <br> This Document Relates to: ) <br> ) <br> *Christopher Green v. BP Exploration &* ) <br> *Production, Inc., et al.* ) <br> ) <br> <u>Case No. 2:17-cv-3191</u> ) | **MDL No. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** <br><br> **MAG. JUDGE WILKINSON** |

**<u>PLAINTIFF'S STATEMENT OF DISPUTED MATERIAL FACTS AND
ESSENTIAL LEGAL ELEMENTS IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT ON B3 CLAIMS RELEASED UNDER
THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT</u>**

In accordance with Rule 56 (c) of the Federal Rules of Civil Procedure and Rule 56.1 of

this Court, Plaintiff Christopher Green respectfully submits the following disputed material facts

that support his Opposition to Defendants' Motion for Summary Judgment on B3 claims released

under the Medical Benefits Class Action Settlement Agreement ("MSA") and shows as follows:

1.    Plaintiff Christopher Green opted out of the MSA by providing a valid and timely written request to opt out to Garretson Resolution Group ("GRG"), Deepwater Horizon Medical Benefits Class Administrator. *See* Rec Doc. 25914-1 at par. 14: BP's Statement of Material Facts.

2.    Plaintiff's counsel did not receive a copy of the list provided by GRG to the Court, BP and Plaintiffs' Steering Committee in May 2018. *See* Rec Doc. 25914-1 at par. 13: BP's Statement of Material Facts.

3.    Plaintiff  was not listed on the GRG report attached to the Court's January 31, 2019 PTO 66 Compliance Order as Ex. 1. *See* Rec Doc. 25914-1 at par. 13: BP's Statement of Material Facts.

4.    Plaintiff has not released his claims against BP under the MSA because he timely and validly opted out of the MSA. *See* Rec Doc. 25914-2 at 8: BP's Memorandum of Law in Support of its Motion for Summary Judgment

August 14, 2019                                     Respectfully submitted,

                                                    s/ Merritt E. Cunningham
                                                    Michael G. Stag, Esquire
                                                    Louisiana Bar Number:  23314
                                                    mstag@smithstag.com
                                                    Merritt E. Cunningham, Esquire
                                                    Louisiana Bar Number:  32843
                                                    mcunningham@smithstag.com
                                                    Ashley M. Liuzza, Esquire
                                                    Louisiana Bar Number: 34645
                                                    aliuzza@smithstag.com
                                                    Matthew D. Rogenes, Esquire
                                                    Louisiana Bar Number: 36652
                                                    mrogenes@smithstag.com
                                                    STAG LIUZZA, L.L.C.
                                                    One Canal Place, Suite 2850
                                                    365 Canal Street
                                                    New Orleans, Louisiana  70130
                                                    (504) 593-9600 telephone
                                                    (504) 593-9601 facsimile

                                                    AND

                                                    Kelley B. Stewart, Esquire
                                                    Florida Bar Number:  492132
                                                    kstewart@krupnicklaw.com
                                                    Michael J. Ryan, Esquire
                                                    Florida Bar Number:  975990
                                                    mryan@krupnicklaw.com
                                                    Joseph J. Slama, Esquire
                                                    Florida Bar Number:  476171
                                                    jslama@krupnicklaw.com
                                                    Jesse S. Fulton, Esquire
                                                    Florida Bar Number:  112495
                                                    jfulton@krupnicklaw.com
                                                    Kevin A. Malone, Esquire
                                                    Florida Bar Number:  224499
                                                    kmalone@krupnicklaw.com
                                                    Carlos A. Acevedo, Esquire
                                                    Florida Bar Number:  0097771
                                                    cacevedo@krupnicklaw.com
                                                    KRUPNICK,CAMPBELL, MALONE,
                                                    BUSER
                                                    BUSER, SLAMA, HANCOCK,
                                                    LIBERMAN, P.A.

12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of August, 2019.

<u>s/ Merritt E. Cunningham</u>
Merritt E. Cunningham