# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on APRIL 20, 2010 ) ) ) ) ) ) **This Document Relates to:** ) ) *Christopher Green v. BP Exploration & Production, Inc., et al.* ) ) ) **Case No. 2:17-cv-3191** ) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## AFFIDAVIT OF MICHAEL G. STAG

STATE OF LOUISIANA

PARISH OF ORLEANS

**BEFORE ME**, the undersigned authority, personally came and appeared:

**Michael G. Stag**

1. I am the managing member of Stag Liuzza, L.L.C. (formerly known as Smith Stag, L.L.C.), located at 365 Canal Street, Suite 2850, New Orleans, Louisiana 70130. I have held this position since 2003. I am of full age of majority and capable of making this affidavit. I have personal knowledge of the facts set forth in this affidavit, and the facts stated herein are true and correct.

2. In conjunction with our co-counsel and other members of our legal team, I assisted in the management of the firm's Deepwater Horizon Medical Benefits Class Action Settlement Agreement opt out process, including that of Plaintiff Christopher Green.

3. On October 29, 2012, my firm mailed Plaintiff Christopher Green's opt out request to the Deepwater Horizon Medical Benefits Class Administrator. During that time, all of the

firm's qualified clients opted out of the Deepwater Horizon Medical Benefits Class Action Settlement by signing opt out forms and mailing them to the Administrator of the Class.

4. Because Mr. Green worked offshore and was often unavailable to sign documents and conduct other business related to his filed claim, he appointed his mother with General Power of Attorney. The request was properly executed by an authorized party on behalf of Plaintiff. A copy of the General Power of Attorney authorizing Mary Morris to execute the opt out request on behalf of Christopher Green was also timely submitted to the Deepwater Horizon Medical Benefits Class Administrator. A copy of the submitted documentation is attached hereto as Exhibit A.1.

5. The documents attached hereto are true and correct copies of records maintained at the law firm of Stag Liuzza, L.L.C. (formerly known as Smith Stag, L.L.C.) in the regular course of business.

6. I understand that the Deepwater Horizon Medical Benefits Class Administrator is in possession of Mr. Green's opt out request, but no reason for the Deepwater Horizon Medical Benefits Class Administrator's decision was provided in BP's motion for summary judgment.

7. We have not had any opportunity to conduct discovery related to the underlying information forming the basis for the list provided by the Deepwater Horizon Medical Benefits Class Administrator to BP and attached by BP as the factual basis for the motion for summary judgment.

New Orleans, Louisiana, this 14th day of August, 2019.

_____
MICHAEL G. STAG

SWORN TO AND SUBSCRIBED before me this 14th day of August, 2019.

Matthew D. Rogenes, Notary Public
and Attorney at Law (LSBA No.36652/Notary ID 144110)
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Parish of Orleans, State of Louisiana
My Commission is for Life.

_____
NOTARY PUBLIC

3



# SMITH STAG, LLC

One Canal Place | 365 Canal Street | Suite 2850 | New Orleans, Louisiana 70130
Phone 504 593 9600 | Fax 504 593 9601 | www.smithstag.com | mail@smithstag.com

Stuart H. Smith†
Michael G. Stag†

Catherine B. Cummins
Robert D. McMillin
Sean S. Cassidy±
John L. Fontenot
Merritt E. Cunningham°

Of Counsel:
Barry J. Cooper, Jr.‡

† Limited Liability Company
‡ Also Admitted in Texas
± Also Admitted in New Jersey
° Also Admitted in Mississippi

October 29, 2012

**CERTIFIED MAIL**
**Deepwater Horizon Medical Benefits**
**Class Administrator**
**935 Gravier Street, Suite 1400**
**New Orleans, LA 70112**

    RE:    Christopher Green

Dear Sir/Mam:

Please see Mr. Green's attached signed Opt-out Notice where he wishes to be excluded from the medical class.

Regards,

**SMITH STAG, LLC**

*[signature]*

Catherine B. Cummins

CBC/jaf
Attachment

**EXHIBIT A. 1**

Return Original Signed Form To:

For Krupnick Campbell Clients:
Odalys Borges
Krupnick Campbell Malone, et. al.
12 SE 7 Street, Suite 801
Ft. Lauderdale, FL 33301

For Smith Stag Clients:
Cate Cummins
Smith Stag, LLC
One Canal Place
365 Canal Street
Suite 2850
New Orleans, LA 70130

## Medical Benefits Opt-Out Notice

I wish to exclude myself from the Medical Class.

Date 10-22-12

Sign Here _Chris Green by Mary Morris TDT_
Print Name CHRIS GREEN
Date of Birth 1965
Address 1720 William Penn Rd
City/State Washington
Zip Code TX 77880
Phone 850-380-2907 Chris
850-380-5216 Mary Morris

*Please provide copy of your driver's license or other government-issued identification.

Passport Copy Enclosed

SMITH STAG LLC

OCT 26 2012



10-22-12

Ms Cummins —

Chris is in the GOM. Here is a copy of his Port. If you had sent the email to me on the 18th instead of the (2) emails to Chris I would have mailed on the 18th — Mary J Morris POA

# General Power of Attorney
(with Durable Provision)

**NOTICE:** THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON WHOM YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO PLEDGE, SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU. YOU MAY SPECIFY THAT THESE POWERS WILL EXIST EVEN AFTER YOU BECOME DISABLED, INCAPACITATED OR INCOMPETENT. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU. IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

TO ALL PERSONS, be it known that I, _CHRISTOPHER ALAN GREEN_,
of _____,
the undersigned Grantor (hereinafter Principal), do hereby make and grant a general power of attorney to _____
_MARY M MORRIS_, of _____,
and do thereupon constitute and appoint said individual as my Attorney-in-Fact/Agent.

If my Agent is unable to serve for any reason, I designate _____,
of _____, as my successor Agent.

My Attorney-in-Fact/Agent shall act in my name, place and stead in any way that I myself could do, if I were personally present, with respect to the following matters, to the extent that I am permitted by law to act through an agent:

(**NOTICE:** The Principal must write his or her initials in the corresponding blank space of each box below with respect to each of the subdivisions (A) through (N) below for which the Principal wants to give the agent authority. If the blank space within a box for any particular subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Cross out each power withheld.)

[ _CG_ ]   (A)   Real estate transactions

[ _CG_ ]   (B)   Tangible personal property transactions

[ _CG_ ]   (C)   Bond, share and commodity transactions

[ _CG_ ]   (D)   Banking transactions

[ _CG_ ]   (E)   Business operating transactions

[ _CG_ ]   (F)   Insurance transactions

[ _CG_ ]   (G)   Gifts to charities and individuals other than Attorney-in-Fact/Agent
              **(If trust distributions are involved or tax consequences are anticipated, consult an attorney.)**

[ _CG_ ]   (H)   Claims and litigation

[ _CG_ ]   (I)   Personal relationships and affairs

[ _CG_ ]   (J)   Benefits from military service

[ CG ]  (K)   Records, reports and statements

[ CG ]  (L)   Full and unqualified authority to my Attorney-in-Fact/Agent to delegate any or all of the foregoing powers to any person or persons whom my Attorney-in-Fact/Agent shall select

[ CG ]  (M)   Access to safe deposit box(es)

[ CG ]  (N)   All other matters

**Durable Provision:**

[   ]   (O)   If the blank space in the block to the left is initialed by the Principal, this power of attorney shall not be affected by the subsequent disability or incompetence of the Principal.

Other Terms: _____

_____

_____

My Attorney-in-Fact/Agent hereby accepts this appointment subject to its terms and agrees to act and perform in said fiduciary capacity consistent with my best interests as he or she in his or her best discretion deems advisable, and I affirm and ratify all acts so undertaken.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY UNLESS AND UNTIL ACTUAL NOTICE OR KNOWLEDGE OF SUCH REVOCATION OR TERMINATION SHALL HAVE BEEN RECEIVED BY SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

Signed under seal this _On 11th_ day of _June_, 20_07_.

Signed in the presence of:

_____     _____
Witness                              Grantor (Principal)

_____     _____
Witness                              Attorney-in-Fact/Agent

ROHOLLAH SEDDIQ
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 12-15-2007

State of ____Texas____ )
County of __Fort Bend__ )

On 11th day of June 2007, before me, __ROHOLLAH SEDDIQ__,
appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

__Rohollah Seddiq__
Signature of Notary

ROHOLLAH SEDDIQ
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 12-15-2007

Affiant ____ Known ____ Produced ID __Driver License__
Type of ID __Driver's License__
(Seal)