# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION: J(2) |
| Applies to: 12-cv-968, BELO | ) ) | JUDGE BARBIER |
| AND | ) ) | MAG. JUDGE WILKINSON |
| BELO Cases identified below | ) | |

## NATIONS RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, The Nations Law Firm ("Nations"), by and through the undersigned counsel, and respectfully files its Response to the Court's Order to Show Cause re: BP's August 6, 2019 Status Report Pursuant to First Amended BELO CMO No. 2. The following Nations clients identified in in BP's status report (Rec. Doc. 25926) have provided full and complete disclosures and should not be dismissed:

| | Docket Number | Plaintiff | Delivery of Signed PPF Originals to BP | Delivery of PPF Copies Via Dropbox | Rule 26 Initial Disclosures | Tracking Number |
|---|---|---|---|---|---|---|
| 1 | 19-01757 | Ratliff, Jeffrey Odin | 8/9/2019 | 8/6/2019 | 8/9/2019 | 9114 9014 9645 1681 5363 77 |
| 2 | 19-01769 | Simoneaux, Dale Gerard | 8/6/2019 | 8/5/2019 | 8/6/2019 | 7889 3361 2600 |
| 3 | 19-01774 | Sparrow, Jennifer Nicole | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 4 | 19-01775 | Spriggs, Ronald Eugen | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 5 | 19-01780 | Tiet, Kenny Anh | 8/9/2019 | 8/8/2019 | 8/9/2019 | EE 336 787 185 US |
| 6 | 19-01871 | Henn, Jason Leonard | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 7 | 19-01882 | Nelson, Cotie John | 8/9/2019 | 8/8/2019 | 8/9/2019 | EE 336 787 185 US |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | 19-01976 | Nguyen, Michael Thanh | 8/12/2019 | 8/7/2019 | 8/12/2019 | 9114 9014 9645 1681 5364 21 |
| 9 | 19-02052 | Barnes, Willie Lee | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 10 | 19-02063 | Lankford, Eric Justin | 8/10/2019 (attempted) | 8/9/2019 | 8/10/2019 | 7759 5300 0197 |
| 11 | 19-02122 | Dorsey, Jason Maurice | 8/9/2019 | 8/8/2019 | 8/9/2019 | EE 336 787 185 US |
| 12 | 19-02127 | Herbert, Felicia Michelle | 8/9/2019 | 8/8/2019 | 8/9/2019 | EE 336 787 185 US |
| 13 | 19-02133 | King, Clifton Windell | 8/9/2019 | 8/8/2019 | 8/9/2019 | EE 336 787 185 US |
| 14 | 19-02135 | Maynard, William Lee | 8/9/2019 | 8/6/2019 | 8/9/2019 | 9114 9014 9645 1681 5363 77 |
| 15 | 19-02146 | Tran, Hien Quang | 8/12/2019 | 8/7/2019 | 8/12/2019 | 9114 9014 9645 1681 5364 21 |
| 16 | 19-02183 | Adams, Robert Ray | 8/10/2019 (attempted) | 8/9/2019 | 7/25/2019 | 7759 5300 0197 |
| 17 | 19-02198 | Coppedge, Aaron Wayne | 8/9/2019 | 8/6/2019 | 8/9/2019 | 9114 9014 9645 1681 5363 77 |
| 18 | 19-02258 | Demoran, Jill Ursula | 8/9/2019 | 8/6/2019 | 8/9/2019 | 9114 9014 9645 1681 5363 77 |
| 19 | 19-02261 | Ellis, Albert James | 8/10/2019 | 8/9/2019 | 7/31/2019 | 7759 5300 0197 |
| 20 | 19-02274 | Griffis, Earle James | 8/13/2019 | 8/12/2019 | 8/13/2019 | 7759 6514 9367 |
| 21 | 19-02277 | Hall, Richard Louis | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 22 | 19-02314 | Merchant, Craig Maurice | 8/10/2019 (attempted) | 8/9/2019 | 8/10/2019 | 7759 5300 0197 |
| 23 | 19-02316 | Montgomery, Richard Demetrius | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 24 | 19-02326 | Ricker, Carl Lambert | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 25 | 19-02521 | Autrey, James Ernest | 8/6/2019 | 8/5/2019 | 8/6/2019 | 7889 3361 2600 |
| 26 | 19-02544 | Broussard, Charlie | 7/31/2019 | 7/29/2019 | 7/31/2019 | 9505 5107 6426 9210 2544 83 |
| 27 | 19-02573 | Chandler, Alex | 8/13/2019 | 8/12/2019 | 8/13/2019 | 7759 6514 9367 |
| 28 | 19-02591 | Crawford, Clyde Russell | 8/6/2019 | 8/5/2019 | 8/6/2019 | 7889 3361 2600 |
| 29 | 19-02596 | Davis, Timothy Ray | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 30 | 19-02603 | Feagin, Greta Louise | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 31 | 19-02608 | Harris, Marcus Dwayne | 8/10/2019 (attempted) | 8/9/2019 | 8/10/2019 | 7759 5300 0197 |
| 32 | 19-02610 | Hicks, Daniel John | 8/6/2019 | 8/5/2019 | 8/6/2019 | 7889 3361 2600 |
| 33 | 19-02617 | Jackson, Bertha Young | 8/12/2019 | 8/7/2019 | 8/12/2019 | 9114 9014 9645 1681 5364 21 |

| 34 | 19-02623 | Lee, Lori Diane | 8/9/2019 | 8/6/2019 | 8/9/2019 | 9114 9014 9645 1681 5363 77 |
|---|---|---|---|---|---|---|
| 35 | 19-02657 | Waters, Michael Terrell | 8/10/2019 (attempted) | 8/9/2019 | 8/10/2019 | 7759 5300 0197 |
| 36 | 19-03373 | Anderson, Zolia Powell | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 37 | 19-03381 | Castle, Rhonda Marie | 8/14/2019 | 8/13/2019 | 7/31/2019 | 7759 7588 3075 |
| 38 | 19-03389 | Davis, Martin Ellis | 8/6/2019 | 8/5/2019 | 8/6/2019 | 7889 3361 2600 |
| 39 | 19-03392 | Edwards, Nina Nanettee | 8/9/2019 | 8/6/2019 | 8/9/2019 | 9114 9014 9645 1681 5363 77 |
| 40 | 19-03405 | Hoang, Anh Ngoc | 8/14/2019 | 8/13/2019 | 8/14/2019 | 7759 7588 3075 |
| 41 | 19-03572 | Luke, Darrell John | 8/13/2019 | 8/12/2019 | 8/13/2019 | 7759 6514 9367 |
| 42 | 19-03611 | Rutledge, Gregory Vanario | 8/9/2019 | 8/8/2019 | 8/9/2019 | EE 336 787 185 US |
| 43 | 19-02261 | Ellis, Albert J. | 8/10/19 | 8/9/19 | 8/10/19 | 7760 5300 0197 |
| 44 | 19-01765 | Rojas, Arthur Leon Jr | 8/15/19 (in transit) | 8/14/19 | 8/15/2019 | 7759 8805 4375 |
| 45 | 19-02143 | Sean, Sovan | 8/15/19 (in transit) | 8/14/19 | 8/15/2019 | 7759 8805 4375 |
| 46 | 19-02266 | Franklin, David James | 8/15/19 (in transit) | 8/14/19 | 8/15/2019 | 7759 8805 4375 |
| 47 | 19-02335 | Tong, Hai Van | 8/15/19 (in transit) | 8/14/19 | 8/15/2019 | 7759 8805 4375 |
| 48 | 19-02519 | Atkinson, Brandon Wray | 8/15/19 (in transit) | 8/14/19 | 7/31/2019 | 7759 8805 4375 |
| 49 | 19-02522 | Barbier, Christopher Nicholas | 8/15/19 (in transit) | 8/14/19 | 7/30/19 | 7759 8805 4375 |
| 50 | 19-02570 | Carver, Timothy Ray | 8/15/19 (in transit) | 8/14/19 | 8/15/2019 | 7759 8805 4375 |
| 51 | 19-02578 | Clark, Joshua Lee | 8/15/19 (in transit) | 8/14/19 | 8/15/2019 | 7759 8805 4375 |
| 52 | 19-03375 | Atkinson, Lacondor Dejuan | 8/15/19 (in transit) | 8/14/19 | 8/15/2019 | 7759 8805 4375 |
| 53 | 19-03454 | Kitt, Eric Jermaine | 8/15/19 (in transit) | 8/14/19 | 8/15/2019 | 7759 8805 4375 |
| 54 | 19-02275 | Gossett, Johnathan | 8/15/19 | 8/14/19 | 8/15/19 | 7759 8805 4375 |

The following Plaintiffs' PPFs, included in the list above, are being held at the FedEx facility in Wilmington Delaware, pending pick up by Defendants. Delivery was attempted on August 10, 2019, but the package was not delivered because it was a Saturday. Copies of the

documents were uploaded to Dropbox for review on August 9th, and opposing counsel was notified accordingly, so the following Plaintiffs (also in the previous list) should not be dismissed:

| Docket Number | Plaintiff | Date of attempted delivery to BP | Delivery of PPF Copies Via Dropbox | Rule 26 Initial Disclosures | Tracking Number |
|---|---|---|---|---|---|
| 19-02608 | Harris, Marcus D. | 8/10/2019 | 8/9/2019 | 8/10/2019 | 7759 5300 0197 |
| 19-02063 | Lankford, Eric J. | 8/10/2019 | 8/9/2019 | 8/10/2019 | 7759 5300 0197 |
| 19-02314 | Merchant, Craig M. | 8/10/2019 | 8/9/2019 | 8/10/2019 | 7759 5300 0197 |
| 19-02657 | Waters, Michael T. | 8/10/2019 | 8/9/2019 | 8/10/2019 | 7759 5300 0197 |
| 19-02183 | Adams, Robert | 8/10/2019 | 8/9/2019 | 8/10/2019 | 7759 5300 0197 |

WHEREFORE, it is requested that the Court grant these clients the relief requested herein.

Respectfully submitted this 14th day of August,

/s/ Howard L. Nations

Howard L. Nations
Texas Bar Number 14823000
Attorney for Plaintiffs

The Nations Law Firm
3131 Briarpark Dr., Suite 208
Houston, Texas  77042
(713) 807-8400 (Phone)
(713) 807-8423 (Fax)
Nations@howardnations.com