August 7, 2019

Office of the Clerk
U.S. District Court
500 Poydras St, Room C-151
New Orleans, LA 70130

19-10295 J(2)
10md2179 J(2)

RE: CV19-10295 "J"(2), Larkin v. Juneau, et al

Dear Clerk,

Please file the Plaintiff's Change of Address to:

Billy F. Larkin, #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

Thank you for your usual, kind cooperation,

Billy F. Larkin

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

LARKIN, Billy F. 0440312
WARREN CORRECTIONAL INSTITUTION
P.O. Box 728
Norlina, NC 27563

Mailed From
Warren Correctional Institution

PLEASE APPLY Adequate POSTAGE

OFFICE OF THE CLERK
U.S. DISTRICT COURT
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130

7019 0830 0057 0025

LEGAL MAIL

