United States District Court

Eastern District of Louisiana

MDL NO. 2179 Case # 17-cv-03681



Section J Judge Barbier

Mag.Judge Wilkinson

Response BP's motion for summary judgment on B3 claims released under the medical benefits class action settlement agreement.

    As a pro se litigant I am forced to represent myself because I cannot find any attorney taking new cases. I do not believe my case should be dismissed or the motion for summary judgement the defendant filed should be granted against me. I had originally filed claims against the defendant's including claims for my work in the Vessel of Opportunity program (VOO). I had originally hired an attorney who made it clear that they were only representing me in the portion of my claim addressing failure to properly terminate the VOO contract, where we were placed on "off hire". The law firm of Nicaud and Sunseri, a Metairie, Louisiana law firm, made it clear they were not representing me against any other claims including medical claims. At some point after the medical settlement was reached and all deadlines to take a position in the medical settlement agreement had passed, I learned that the claim facility had the law firm of Nicaud and Sunseri registered as the point of contact for all of my claims. This caused any notifications or requirements to respond by any specific deadline to be delivered to the Nicaud and Sunceri firm. For whatever reason those notifications were not forwarded on or delivered to me. I was never provided any notification from the court, claim facility or opposing council that I needed to take any action or provide any reply. I did not have any knowledge of the medical settlement agreement as it pertained to me or the claims that I had filed against the defendant. I remind this court that by the time I needed an attorney in this matter there were no attorneys I could find willing to accept a new case. I am asking this court to consider the fact that I had not been provided proper notice and allow me to pursue what would be a late claim under the medical settlement agreement or proceed with my current claim against the defendant.

Craig M Burkett

_____ Fee _____
_____ Process _____
__X__ D____
_____ CtrmDep _____
_____ Doc. No. _____

TENDERED FOR FILING

AUG 15 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



NEW ORLEANS LA 700
14 AUG 2019 PM 2

United States District
Clerk of Court
500 Poydras St.
New Orleans, LA 70130

70130-336725

Burket
P.O. Box 1794
Metairie, LA 70004

