# EXHIBIT 8

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon )
*Plaintiff* )
v. ) Civil Action No. 2:10-MDL-2179-CJB-JCW
 )
 )
*Defendant* )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: JP Morgan Chase Bank

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Copies of all bank statements of accounts (open and closed) existing from December 1, 2104 to date in the following names: (i)Succession of Herman Isidore, (ii)Estate of Herman Isidore, (iii)Juan Manuel as Executor of the Estate (or Succession) of Herman Isidore, (iv) and (iv)Juan Manuel

| Place: Sessions, Fishman, Nathan & Israel, LLC<br>400 Poydras Street, Suite 2550<br>New Orleans, LA 70130 | Date and Time:<br><br>08/19/2019 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/14/2019

CLERK OF COURT

OR  *[signature]*

_____      _____
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Patrick A. Juneau, Claims Administrator, who issues or requests this subpoena, are:
J. David Forsyth, 400 Poydras St., Ste. 2550, New Orleans, LA 70130 (504)582-1521 jdf@sessions-law.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).