# EXHIBIT 9

## AFFIDAVIT

### Case No. : 2:10-MDL-2179-CJB-JCW

Debra S Allen, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 8 -16- 19

By: 

Debra S Allen
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 16 day of August , 20 19.

Notary Public

Commission Expires

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

**Table Of Contents :**
**SB1061427-F1**

**Account Number : 00000000000286184622**
   **Checking - Other Records**            **1**

**Account Number : 00000000000446916277**
   **Checking - Other Records**            **9**



**CHASE** ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

March 24, 2015 through April 22, 2015
Primary Account: **000000286184622**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IlluIlIlullIlluIulululululluIuluIuIllIuluIllluIluI

00001586 DRE 552 142 11315 YNNNNNNNNNN T  1 000000000 36 0000

PAULINE L MANUEL
OR JUAN G MANUEL
1640 HEIGHTS DR
SAINT BERNARD LA 70085-4840



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | 000000286184622 | $15,133.92 | $26,046.11 |
| Chase Plus Savings | 000001607608492 | 49,070.29 | 50,172.53 |
| **Total** | | **$64,204.21** | **$76,218.64** |

| Investments | ACCOUNT | MARKET VALUE PRIOR PERIOD | MARKET VALUE THIS PERIOD |
|---|---|---|---|
| Annuity as of 02/27/15 | ***************5506 | 33,038.08 | 33,088.31 |
| **Total** | | **$33,038.08** | **$33,088.31** |

Please review the important disclosures following the Consolidated Balance Summary.

> **Investment accounts and insurance products are: Not a Deposit - Not FDIC Insured - Not Insured  by any Federal Government Agency - Not Guaranteed by the Bank - May Go Down In Value.**

| | | |
|---|---|---|
| **TOTAL  ASSETS** | **$97,242.29** | **$109,306.95** |



CHASE

March 24, 2015 through April 22, 2015
Primary Account: **000000286184622**

## CHASE PREMIER CHECKING

PAULINE L MANUEL

OR JUAN G MANUEL

Account Number: 000000286184622

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$15,133.92** |
| Deposits and Additions | 24,579.68 |
| Checks Paid | - 1,804.31 |
| ATM & Debit Card Withdrawals | - 1,298.15 |
| Electronic Withdrawals | - 1,065.03 |
| Fees and Other Withdrawals | - 9,500.00 |
| **Ending Balance** | **$26,046.11** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.20 |
| Interest Paid Year-to-Date | $0.63 |

This message confirms your enrollment in the Classic Benefits Package.

Good news. Your Chase Premier Checking Monthly Service Fee was waived because you kept an average daily balance of $15,000 in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/24 | Deposit    691325321 | | $807.79 |
| 04/01 | Ochsner Clinic F Ret Pmt | PPD ID: 1720210640 | 568.13 |
| 04/03 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736026 | 1,412.00 |
| 04/06 | ATM Check Deposit | 04/06 950 S Clearview Pkwy Harahan LA Card 0410 | 21,791.56 |
| 04/22 | Interest Payment | | 0.20 |



March 24, 2015 through April 22, 2015
Primary Account: **000000286184622**



## CHECKS PAID

| CHECK NO. | DESCRIPTION | | | | DATE PAID | AMOUNT |
|-----------|-------------|--|--|--|-----------|--------|
| 2594  ^ | | | | | 03/31 | $122.50 |
| 2603  * ^ | | | | | 03/25 | 248.83 |
| 2604 | Check # 2604 | Discover Arc | Payments | Arc ID: 5510020270 | 04/02 | 200.00 |
| 2605 | Check # 2605 | Entergy Utility | Payment | Arc ID: 3720570912 | 03/31 | 202.44 |
| 2606 | Check # 2606 | Entergy Utility | Payment | Arc ID: 3720570912 | 03/31 | 25.27 |
| 2607  ^ | | | | | 03/30 | 18.60 |
| 2608 | Check # 2608 | Directv | Check Pymt | Arc ID: 0480000222 | 03/31 | 120.79 |
| 2609  ^ | | | | | 03/31 | 37.80 |
| 2610 | Check # 2610 | American Express Arc Pmt | | Arc ID: 9116891001 | 04/06 | 828.08 |

**Total Checks Paid**                                                                                  **$1,804.31**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31 | ATM Withdrawal          03/31 950 S Clearview Pkwy Harahan LA Card 0410 | $100.00 |
| 04/06 | Card Purchase With Pin  04/04 Wm Supercenter # Chalmette LA Card 0410 | 132.88 |
| 04/06 | Card Purchase          04/04 Wm Supercenter #912 New Orleans LA Card 0410 | 28.56 |
| 04/08 | Card Purchase With Pin  04/08 Johnston & Murphy #169 Metairie LA Card 0410 | 144.64 |
| 04/08 | Card Purchase With Pin  04/08 Macy's      693 3301 V Metairie LA Card 0410 | 128.31 |
| 04/08 | Card Purchase With Pin  04/08 Stein-Mart #0040 2840 Metairie LA Card 0410 | 152.22 |
| 04/10 | Card Purchase          04/09 Rouses Market #46 New Orleans LA Card 0410 | 6.54 |
| 04/13 | Card Purchase With Pin  04/11 Walgreens 11297 Lake F New Orleans LA Card 0410 | 6.86 |
| 04/13 | Card Purchase With Pin  04/11 Wal Wal-Mart Super 852 New Orleans LA Card 0410 | 23.18 |
| 04/13 | Card Purchase          04/12 Rouses Market # 28 Metairie LA Card 0410 | 63.15 |
| 04/16 | Non-Chase ATM Withdraw  04/16 326 N Jefferson Davis New Orleans LA Card 0410 | 102.85 |



March 24, 2015 through April 22, 2015
Primary Account: **000000286184622**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/06 | The Hartford    Ntplicpcol         PPD ID: 900653231 | $260.60 |
| 04/06 | Unitedhealthcare Premium          PPD ID: 1836282001 | 11.50 |
| 04/06 | Aii         Dues          PPD ID: A800532025 | 5.00 |
| 04/07 | 04/07 Transfer To Mma Xxxxx8492 | 200.00 |
| 04/17 | State Farm Ro 08 Cpc-Client 22 S 0360897722 Tel ID: 9000313400 | 572.93 |
| 04/21 | Ameriplan Dental Drafts          PPD ID: 1752452941 | 15.00 |
| **Total Electronic Withdrawals** | | **$1,065.03** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/10 | 04/10 Withdrawal | $4,000.00 |
| 04/15 | 04/15 Withdrawal | 1,500.00 |
| 04/22 | 04/22 Withdrawal | 4,000.00 |
| **Total Fees & Other Withdrawals** | | **$9,500.00** |

## REWARDS SUMMARY   Chase Debit Card



| DATE | DESCRIPTION |
|------|-------------|
| 04/22 | Redeem your Ultimate Rewards points for a wide range of gift cards, cash back, merchandise, travel and more. |

Points can also be combined with your eligible debit and credit cards in Ultimate Rewards.

For more information and to redeem, please visit chase.com/UltimateRewards.com

Debit Card ending 6472 - Total points balance as of 04/21/14                    0

## CHASE 🌀

March 24, 2015 through April 22, 2015
Primary Account: **000000286184622**

## CHASE PLUS SAVINGS

PAULINE L MANUEL

Account Number: 000001607608492

JUAN G MANUEL

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$49,070.29** |
| Deposits and Additions | 1,302.24 |
| ATM Withdrawals | - 200.00 |
| **Ending Balance** | **$50,172.53** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Earned This Period | $1.40 |
| Interest Paid Year-to-Date | $5.06 |



The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
|  | **Beginning Balance** | | | **$49,070.29** |
| 04/01 | ATM Withdrawal | 04/01 4141 E Judge Perez DR Meraux LA Card 0410 | - 200.00 | 48,870.29 |
| 04/07 | Transfer From Chk Xxxxx4622 | | 200.00 | 49,070.29 |
| 04/15 | ATM Check Deposit 0410 | 04/15 950 S Clearview Pkwy Harahan LA Card | 1,100.84 | 50,171.13 |
| 04/22 | Interest Payment | | 1.40 | 50,172.53 |
|  | **Ending Balance** | | | **$50,172.53** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Checking account.


CHASE
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 22, 2016 through January 24, 2017
Account Number:   **000000446916277**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |


00048779 DRE 552 141 02517 NNNNNNNNNNN T  1 000000000 15 0000
EST OF HERMAN A ISIDORE
JUAN G MANUEL ADMSTR
7421 LAKE BARRINGTON DR
NEW ORLEANS LA 70128-2228



## CHECKING SUMMARY  Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,345.00** |
| Deposits and Additions | 20,821.33 |
| Other Withdrawals | -1,000.00 |
| **Ending Balance** | **$21,166.33** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,345.00** |
| 12/27 | Deposit      844083560 | **20,821.33** | 22,166.33 |
| 12/27 | 12/27 Withdrawal | - 1,000.00 | 21,166.33 |
| | **Ending Balance** | | **$21,166.33** |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling  $500.00 or more.**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of  $1,500.00 or more**
  (Your minimum daily balance was  $1,345.00)



December 22, 2016 through January 24, 2017

Account Number:   **000000446916277**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**