# EXHIBIT 11

## AFFIDAVIT

### Case No. : 2:10-MDL-2179-CJB-JCW

Angel Ballard, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 8-19-19

By: _Angel Ballard_
Angel Ballard
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 19 day of August , 20 19

_Cathy Jo Johnson_
Notary Public

4-3-21

Commission Expires

CATHY JO JOHNSON
My Commission Expires
April 3, 2021
Commission Number NP0641838
Hendricks County

SD_SwornDocumentExecution_000194990027
SB1061462-F1

Table Of Contents :
SB1061462-F1

Account Number : 00000000000286184622
   Checking - Other Records           1

Account Number : 00000000000446916277
   Checking - Other Records           2

BP Economic and Property Damages
Settlement Trust
Seafood Compensation Fund

**CHASE** 🔘

JPMorgan Chase Bank, N.A.
New Orleans, LA

84-13/954

CHECK NUMBER:  03004547
CHECK DATE:       02/09/15

Twenty one thousand six hundred ninety six and 11/100 Dollars

*****$21,696.11

PAY
TO
THE
ORDER
OF

HERMAN ISIDORE
7531 JONLEE DRIVE
NEW ORLEANS, LA 70128

Void After 180 Days



BY _____
AUTHORIZED SIGNATURE

⑂

MP

⑃"03004547⑃"  ⑃065400137⑃:        465597677⑃"



BP Economic and Property Damages
Settlement Trust
Seafood Compensation Fund

CHASE ○

JPMorgan Chase Bank, N.A.
New Orleans, LA

84-13/654

CHECK NUMBER: 03007767
CHECK DATE:     11/11/16

Twenty thousand eight hundred twenty one and 33/100 Dollars

*****$20,821.33

PAY
TO
THE
ORDER
OF

HERMAN ISIDORE
7531 JONLEE DRIVE
NEW ORLEANS, LA 70128

Void After 180 Days

BY _____
AUTHORIZED SIGNATURE

⑪''03007767'' ⑋065400137⑋    465597677''



