IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document applies to No. 12-970, Claimant No. 100058191 | * * * | DISTRICT JUDGE CARL J. BARBIER |
| | * * * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

***CONSENT EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY ON MOTION TO ENFORCE SETTLEMENT AND REISSUE PAYMENT [Rec. Doc. 25719]**

**NOW INTO COURT**, through undersigned counsel comes Patrick A. Juneau as Claims Administrator (the "Claims Administrator"), who moves, *ex parte*, for leave to file the annexed Sur-Reply to the Reply filed by Hope Bell ("Bell") [Rec. Doc.25909] to the Claims Administrator's Response [Rec. Doc. 25894] to Bell's Motion to Enforce Settlement and Reissue Payment (the "Motion")[Rec. Doc. 25719] based on the following:

1. The Claims Administrator is fully aware that this Court does not normally welcome sur-replies unless specifically requested. However, the Claims Administrator believes that a short sur-reply is warranted (indeed necessary) here because it presents dispositive facts only recently-learned (at about 11:30 a.m. **today**) by the Claims Administrator.

2. As a result, the Claims Administrator asks the Court's indulgence and requests that the Court grant him leave to file the annexed Sur-Reply.

3. In her Reply, Bell again suggests that the Claims Administrator seek to obtain information from JPMorgan Chase about the negotiation of the two checks at issue – even though that effort failed previously.

4. Indeed, prior to the hearing on the Motion being re-set to August 20, the Claims Administrator suggested to Bell's counsel that Bell issue a subpoena to the bank to obtain the information, since the Court would likely want to be aware of the information in considering the Motion. Bell's counsel refused and again suggested that the Claims Administrator should try to obtain the information from the bank.

5. Despite having been refused previously by the bank based on confidentiality concerns, since Bell refused to further seek the information, the Claims Administrator's representatives again reached out to the bank and after being required to issue two subpoenas, finally received from the bank on an expedited basis copies of bank statements and the checks as deposited establishing that (a) Check #2 was deposited into an account in the name of Juan Manuel, and (b) Check #3 was deposited into an account in the name of the Estate of Herman Isidore, which are attached to the Sur-Reply.

6. Undersigned counsel for the Claims Administrator has communicated with counsel for Bell, who consents to the filing of this motion and the accompanying Sur-Reply .

    **WHEREFORE**, the Claims Administrator respectfully request that this Court grant him leave to file the accompanying Sur-Reply.

    DATED   this 19th day of August, 2019.

Respectfully submitted:

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC.
J. DAVID FORSYTH (#5719)
400 Poydras Street, Suite 2550
New Orleans, LA  70130
Tel.:  (504) 582-1521
Fax:  (504) 582-1555
Email:  jdf@sessions-law.com

and

Stanley, Reuter, Ross, Thornton & Alford
Richard C. Stanley (Bar. No.8487)
Kathryn W. Munson (Bar No. 35933)
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
rcs@stanleyreuter.com
kwm@stanleyreuter.com

By: */s/ J. David Forsyth*
J. David Forsyth
*Attorneys for The Claims Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of August, 2019.

*/s/ J. David Forsyth*
J. David Forsyth

3