## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | | SECTION "J" |

This Document Relates To:
*No. 15-4143, 15-4146 & 15-4654*

**District Judge Carl J. Barbier**

**Chief Magistrate Judge Joseph C. Wilkinson, Jr.**

## MOTION FOR DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

NOW COMES the Claims Administrator for the Old Class and for the New Class, Patrick A. Juneau, who submits the following invoices and requests that the Court authorize payment as Administrative Costs pursuant to Section 8(c) of the HESI Punitive Damages and Assigned Claims Settlement Agreement and Section 8(c) of the Transocean Punitive Damages and Assigned Claims Settlement Agreement:

New Class Expenses:

| | |
|---|---|
| Epiq invoice dated 8/14/2019 | $1,018,169.52 |
| Juneau David, APLC invoice dated 8/16/2019 | $8,800.50 |

Old Class Expenses:

| | |
|---|---|
| Epiq invoice dated 8/14/2019 | $ 43,676.37 |
| Deepwater Horizon Economic & Property Damage Settlement invoice | $3,160.00 |

WHEREFORE, Patrick A. Juneau respectfully prays that the Court authorizes and directs (1) the Settlement Fund Escrow Agent to issue payment as to the above New Class Expenses pursuant to the Halliburton and the Transocean Punitive Damages and Assigned Claims Settlement Agreements and that such payments be made from the Transocean Settlement Fund (17.08%) and the Halliburton Settlement Fund (82.92%) pro rata based on the respective contributions to the overall settlement amount, and (2) Huntington Bank to issue from the HESI-Transocean Assigned Claims Combined Settlements Fund payment as to the above Old Class Expenses pursuant to the Halliburton and the Transocean Punitive Damages and Assigned Claims Settlement Agreements.

Respectfully submitted,

/s/ Patrick A. Juneau
PATRICK A. JUNEAU
Old Class and New Class Claims Administrator

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of August, 2019

> /s/ Patrick Hron
> Patrick J. Hron