

August 14, 2019

Patrick Juneau, Old Class Claims Administrator
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Dear Mr. Juneau:

Attached please find the quarterly invoice for Old and New Class administration work completed by GCG, inclusive of pass-through invoices received for GCR and Stanley Reuter, during the period May 1, 2019 – July 31, 2019.

The breakdown of fees and expenses between the Old and New Classes is as follows:

| | |
|---|---|
| HESI and Transocean Old Class | $ 43,676.37 |
| HESI and Transocean New Class | $1,018,169.52 |
| Total Due | $1,061,845.89 |



As always, it has been a pleasure serving your needs. Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count

epiqglobal.com

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/14/2019 | 26379 |
| **PERIOD START** | **THROUGH DATE** |
| 5/1/2019 | 7/31/2019 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Additional Printing | 26,894 | $0.0615 | $1,653.98 |
| Fulfill Case Document Requests | 53 Hrs. | | $2,650.00 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 190.4 Hrs. | | $9,560.50 |
| Document Storage - Paper (per box/per month) | 325 | $3.00 | $975.00 |
| Document Storage - Electronic (per img./record per month) | 585,091 | $0.002 | $1,170.18 |
| **Claim Validation** | | | |
| Process Paper Claims | 3,907.8 Hrs. | | $408,857.00 |
| Deficiency / Rejection Processing | 2.8 Hrs. | | $140.00 |
| **Contact Services** | | | |
| IVR (per minute) | 11,130.3 | $0.32 | $3,561.70 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 702 | $0.8333 | $585.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 150.4 Hrs. | | $7,520.00 |
| Handling of class member communications | 1,028.4 Hrs. | | $121,314.00 |
| **Website Services** | | | |
| Design and Maintain Website | 2.3 Hrs. | | $287.50 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 207.5 Hrs. | | $35,675.00 |
| Records Paid by Check | 1,001 | $0.79 | $790.79 |
| Records Paid by Wire | 7,959 | $0.79 | $6,287.61 |
| Check reissues | 244 | $0.79 | $192.76 |
| **Reporting** | 90.4 Hrs. | | $9,324.50 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Project Management** | | 2,271.2 Hrs. | | $300,475.00 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | | |
| **Systems Support** | | 69.7 Hrs. | | $9,269.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | | |
| **Quality Assurance** | | 376.7 Hrs. | | $64,862.50 |
| **Total Fees** | | | | **$985,152.02** |
| **Total Project Expenses (See Exhibit A)** | | | | **$76,444.62** |
| **Sub Total** | | | | **$1,061,596.64** |
| Sales Tax | | | | $249.25 |
| **Grand Total** | | | | **$1,061,845.89** |



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: May 01, 2019 through Jul 31, 2019 | | |
| Stanley Reuter Invoices | | $17,169.31 |
| GCR, Inc. | | $57,375.00 |
| Postage | | $1,633.05 |
| FedEx, Messenger & Shipping | | $37.76 |
| PACER Charges | | $16.50 |
| Copy Charges | | $213.00 |
| **Total** | | **$76,444.62** |

**Please Remit To:**

Epiq Class Action & Claims Solutions, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Epiq Class Action & Claims Solutions, Inc.
Operating A/C
Signature Bank
900 Stewart Ave., 3rd Floor
Garden City, NY 11530



**JUNEAU DAVID**
P.O. Drawer 51268
Lafayette, LA  70505-1268
Tax ID ▮▮▮▮▮▮▮

August 16, 2019

|  |  |
|---|---|
| Invoice #: | 33053 |
| Billed Through: | July 31, 2019 |
| Account #: | 001300   01580 |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
     OUR FILE:  1300-1580

| | | |
|---|---|---:|
| CURRENT FEES THROUGH: | July 31, 2019 | $8,750.00 |
| CURRENT EXPENSES THROUGH: | July 31, 2019 | $50.50 |
| TOTAL CHARGES FOR THIS BILL | | $8,800.50 |
| TOTAL NOW DUE | | $8,800.50 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

August 16, 2019

Invoice #: 33053
Billed through: July 31, 2019
Account #: 001300 01580

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $12,402.28 |
| Less payments received since previous invoice | $12,402.28 |

## PROFESSIONAL SERVICES

**Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/01/19 | PAJ | REVIEW OF EMAIL RE: FILING OF QUARTERLY REPORT #14 | 0.10 |
| 05/02/19 | PAJ | REVIEW OF FILED QUARTERLY REPORT #14 | 0.10 |
| 05/07/19 | PAJ | REVIEW EMAILS RE: NEW CLASS REVISED CLAIMS NOTICE | 0.20 |
| 05/08/19 | PJH | SEVERAL CORRESPONDENCES RE: NEW CLASS VENDOR INVOICE SUBMISSION; REVIEW, EDIT, NOTICE RE: NEW CLASS CLAIM RECONCILIATION AND CORRESPONDENCE VENDOR RE: SAME | 0.40 |
| 05/21/19 | PJH | SEVERAL CORRESPONDENCES WITH VENDOR RE: NEW CLASS DISTRIBUTION MOTION AND INQUIRIES RE: ADMINISTRATIVE RESERVE AMOUNTS | 0.20 |
| 05/22/19 | PAJ | REVIEW EMAILS RE: REINVESTING OF NEW CLASS FUNDS AT UBS | 0.10 |
| 05/23/19 | PAJ | REVIEW OF EMAILS RE: NEW CLASS FUNDS AT UBS | 0.10 |
| 05/23/19 | PAJ | REVIEW OF EMAILS RE: DENIED APPEAL ON BEHALF OF MUNICIPALITY CLAIM | 0.20 |
| 05/23/19 | PJH | CORERSPONDENCES WITH COUNSEL, VENDOR RE: NEW CLASS FIFTH CIRCUIT APPEAL ORAL ARGUMENT; SEVERAL CORRESPONDENSES WITH VENDOR RE: STATUS OF NEW CLASS DISTRIBUTION MOTION; CORRESPONDENCES WITH PAJ, UBS, COUNSEL RE: REINVESTMENT STRATEGY FOR NEW CLASS FUNDS | 0.40 |
| 05/24/19 | PAJ | REVIEW OF EMAILS RE: OUTSTANDING NOTICE INVOICES [HALF TIME] | 0.10 |
| 05/24/19 | PAJ | REVIEW OF EMAILS RE: MUNICIPALITY CLAIM | 0.10 |
| 05/24/19 | PJH | SEVERAL CORRESPONDENCES RE: NEW CLASS FIFTH CIRCUIT APPEAL ORAL ARGUMENT, INQUIRY RE: APPEAL REQUEST AFTER NEW CLASS CLAIM DENIAL AND REVIEW OF DOCUMENTS RE: SAME, INQUITY FROM VENDOR RE: NOTICE INVOICES | 0.90 |
| 05/28/19 | PAJ | REVIEW OF NUMEROUS EMAILS RE: MUNICIPALITY CLAIM | 0.20 |
| 05/28/19 | PJH | SEVERAL CONFER AND CORRESPONDENCES RE: NEW CLASS APPEAL AND DETERMINATION RE: SAME | 0.30 |
| 05/29/19 | PAJ | REVIEW EMAIL RE: NEW CLASS EXPENSES | 0.10 |
| 05/29/19 | PJH | REVIEW SEVERAL INQUIRIES FROM VENDOR RE: PENDING NEW CLASS CLAIMS AND POTENTIAL ISSUES, ASSESS CLAIMS AND CLAIM REVIEW HISTORY, AND CORRESPONDENCE VENDOR RE: DETERMINATIONS OF SAME | 1.50 |

| 001300 | 01580 | | Invoice # 33053 Page 2 | |
|---|---|---|---|---|
| 05/30/19 | PAJ | CONFER WITH HRON RE: ORAL ARGUMENT OF FIFTH CIRCUIT APPEAL | | 0.20 |
| 05/30/19 | PJH | CONFER PAJ AND CORRESPONDENCE COUNSEL RE: INQUIRY RE: ORAL ARGUMENT OF FIFTH CIRCUIT APPEAL | | 0.20 |
| 05/31/19 | PJH | PREPARE MOTION, MEMORANDUM, EXHIBITS FOR DISBURSEMENT OF ADMINISTRATIVE COSTS AND CORRESPONDENCE PARTIES RE: SAME [HALF TIME]; CORRESPONDENCES TO VENDOR RE: CLAIMANT INQUIRY [HALF TIME] | | 0.30 |
| 06/02/19 | PJH | FINAL REVIEW AND FILING OF MOTION FOR DISBURSEMENT OF ADMINISTRATIVE EXPENSES [HALF TIME]; CORRESPONDENCE COUNSEL RE: INQUIRY RE: NEW CLASS REAL PROPERTY CLAIM TYPES | | 0.30 |
| 06/03/19 | PJH | REVIEW INQUIRY FROM COURT RE: ADMINISTRATIVE EXPENSES AND CORRESPONDENCES TO COURT, VENDOR RE: SAME [HALF TIME] | | 0.20 |
| 06/04/19 | PJH | SEVERAL CORRESPONDENCES TO COURT, VENDOR RE: INQUIRIES RE: ADMINISTRATIVE EXPENSES AND FUTURE EXPECTATIONS RE: SAME [HALF TIME]; CORRESPONDENCE RE: APPROVAL OF DISBURSEMENT MOTION | | 0.30 |
| 06/05/19 | PAJ | REVIEW OF ORDER AUTHORIZING DISBURSEMENT OF NEW CLASS ADMINISTRATIVE COSTS | | 0.10 |
| 06/05/19 | PAJ | REVIEW OF EMAILS REGARDING PAYMENT OF ADMINISTRATIVE COSTS | | 0.20 |
| 06/06/19 | PAJ | REVIEW OF EMAILS RE: PAYMENT OF NEW CLASS EXPENSES | | 0.10 |
| 06/06/19 | PAJ | REVIEW OF EMAILS RE: RESERVE CLAIMS | | 0.20 |
| 06/06/19 | PJH | CORRESPONDENCE RE: MOTION AND ORDER FOR DISBURSEMENT OF ADMINISTRATIVE EXPENSES FOR NEW CLASS; CONFER AND CORRESPONDENCE WITH VENDOR RE: INQUIRY ABOUT NEW CLASS RESERVE AND APPEAL DETERMINATION ON NEW CLASS CLAIM | | 0.70 |
| 06/10/19 | PJH | REVIEW AND EDIT OF DRAFT MOTION RE: NEW CLASS AMICUS ORAL ARGUMENT MOTION AND APPROVAL RE: SAME | | 0.50 |
| 06/11/19 | PJH | CORRESPONDENCES RE: NEW CLASS AMICUS ORAL ARGUMENT MOTION AND APPROVAL RE: SAME | | 0.10 |
| 06/12/19 | PJH | REVIEW INQUIRY RE: NEW CLASS APPEAL AND CORRESPONDENCE WITH VENDOR RE: SAME | | 0.10 |
| 06/13/19 | PAJ | REVIEW OF EMAIL RE: ORAL ARGUMENT IN MENHADEN CASE | | 0.10 |
| 06/13/19 | PJH | REVIEW AND RESPOND TO SEVERAL CORRESPONDENCES RE: FIFTH CIRCUIT AMICUS ORAL ARGUMENT RE: NEW CLASS MENHADEN CLAIMANTS AND PREPARATION RE: SAME | | 0.30 |
| 06/17/19 | PJH | REVIEW, EDIT RE: NEW CLASS MEMORANDUM FOR MOTION FOR DISTRIBUTION AND SEVERAL CORRESPONDENCES RE: SAME | | 2.40 |
| 06/18/19 | PJH | REVIEW AND SEVERAL CORRESPONDENCES RE: INQUIRY FROM COUNSEL RE: FIFTH CIRCUIT APPEAL ORAL ARGUMENT | | 0.30 |
| 06/19/19 | PAJ | CONFER WITH PJH RE: FIFTH CIRCUIT ORAL ARGUMENT | | 0.10 |
| 06/19/19 | PJH | CONFER PAJ, COUNSEL, AND SEVERAL CORRESPONDENCES RE: FIFTH CIRCUIT ORAL ARGUMENT INQUIRY | | 0.30 |
| 07/08/19 | PJH | REVIEW AND RESPOND TO CORRESPONDENCE, PHONE CALLS FROM COUNSEL, CLAIMANT RE: NEW CLASS CLAIMS STATUS | | 0.50 |
| 07/09/19 | PJH | SEVERAL INQUIRIES, CORRESPONDENCES WITH COUNSEL, VENDOR RE: UPCOMING FIFTH CIRCUIT ARGUMENT RE: APPEAL RE: NEW CLASS MENHADEN CLAIMS | | 0.20 |
| 07/10/19 | PJH | SEVERAL CORRESPONDENCES RE: PREPARATION AND SCHEDULING FOR NEW CLASS ORAL ARGUMENTS RE: APPEAL AND INQUIRIES RE: | | 0.30 |

001300   01580                                                                           Invoice # 33053      Page   3

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | NEW CLASS PAYMENT TIMING | |
| 07/11/19 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION | 0.20 |
| 07/11/19 | PJH | CORRESPONDENCE RE: NEW CLASS FIFTH CIRCUIT APPEAL AND ORAL ARGUMENT AND REVIEW AND CORRESPONDENCE RE: NEW CLASS MOTION DISTRIBUTION FIGURES AND PRO RATAS | 0.40 |
| 07/12/19 | PAJ | REVIEW EMAILS RE: DRAFT OF NEW CLASS DECLARATION | 0.30 |
| 07/12/19 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION NUMBERS | 0.20 |
| 07/12/19 | PJH | CONFER VENDOR RE: PRO RATAS FOR NEW CLASS DISTRIBUTION MOTION, DECLARATION AND FINALIZATION OF SAME, AND REVIEW EDITS AND CORRESPONDENCE RE: SAME; LISTEN TO FIFTH CIRCUIT NEW CLASS ORAL ARGUMENT | 1.40 |
| 07/15/19 | PAJ | REVIEW EMAILS RE: DRAFT OF NEW CLASS DECLARATION | 0.20 |
| 07/15/19 | PAJ | REVIEW EMAILS RE: NEW CLASS TAX QUARTERLY PAYMENTS | 0.10 |
| 07/15/19 | PJH | REVIEW ADDITIONAL EDITS TO NEW CLASS DISTRIBUTION MOTION DECLARATION AND CORRESPONDENCE RE: SAME; CORRESPONDENCE RE: INQURY RE: IRS LETTER AND LAST QUARTERLY PAYMENT | 0.40 |
| 07/16/19 | PAJ | REVIEW EMAILS RE: DRAFT DECLARATION | 0.20 |
| 07/16/19 | PJH | FURTHER REVIEW OF DRAFT DECLARATION FOR NEW CLASS DISTRIBUTION A MOTION AND NOTES, QUESTIONS, COMMENTS, AND REDLINES RE: SAME; LENGTHY CONFER WITH VENDOR WALKING THROUGH CHANGES AND REDLINES RE: SAME | 4.30 |
| 07/17/19 | PAJ | REVIEW EMAILS RE: DRAFT MEMO IN SUPPORT OF MOTION FOR APPROVAL OF DISTRIBUTION | 0.20 |
| 07/18/19 | PAJ | REVIEW NUMEROUS EMAILS RE: REVISED DRAFT DECLARATION, REVISED CLAIM ISSUE, EXHIBITS AND DRAFT MEMO IN SUPPORT | 0.40 |
| 07/18/19 | PJH | FURTHER REVIEW OF HESI/TO NEW CLASS MOTION DECLARATION AND CORRESPONDENCES RE: SAME; REVIEW AND RESPOND TO CORRESPONDENCE RE: DATA ISSUE WITH GCCF RELEASES RELATIVE TO VPD CLAIMANTS RE: NEW CLASS DISTRIBUTION FIGURES | 0.50 |
| 07/19/19 | PAJ | REVIEW EMAILS RE: ISSUES WITH DATA AND UPDATED DRAFTS | 0.30 |
| 07/19/19 | PJH | REVIEW CORRESPONDENCES AND CONFER VENDOR RE: QA OF DATA IN NEW CLASS MOTION FOR DISBURSEMENT AND REVISION TO FIGURES RE: SAME | 0.40 |
| 07/22/19 | PJH | BRIEF REVIEW OF REVISED NEW CLASS MOTION AND MEMORANDUM AND DECLARATION REVISIONS AND CORRESPONDENCE TO VENDOR RE: SAME | 0.20 |
| 07/23/19 | PAJ | REVIEW OF REVISIONS TO MEMO IN SUPPORT OF MOTION TO APPROVE DISTRIBUTION AND FINAL DOCUMENT | 0.20 |
| 07/23/19 | PJH | FINAL FULL REVIEW OF ALL DOCUMENTS RELATED TO NEW CLASS DISBURSEMENT MOTION, MEMORANDUM, DECLARATION AND LAST EDITS AROUND FORMATTING, MINOR WORD CLEAN UP, SPELL CHECK, ETC.; CONFER VENDOR RE: SAME AND FILING OF MOTION TOMORROW FOLLOWING CONFER PAJ; RECEIPT AND REVIEW OF CORRESPONDENCE FROM COUNSEL, VARIOUS CORRESPONDENCES TO VENDOR AND CONFER WITH PAJ RE: RESPONSE TO SAME | 3.60 |
| 07/24/19 | PAJ | REVIEW EMAILS RE: FILING FINAL DECLARATION, MEMO IN SUPPORT AND EXHIBITS | 0.20 |
| 07/24/19 | PJH | VARIOUS CORRESPONDENCES RE: FILING OF NEW CLASS DISTRIBUTION MOTION AND RESPONSES TO INQUIRY RE: SAME | 0.30 |
| 07/25/19 | PAJ | REVIEW NEW CLASS CHECK STUBS | 0.10 |

| 001300 | 01580 | | | Invoice # 33053 | Page | 4 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/26/19 | PAJ | REVIEW EMAILS RE: QUARTERLY REPORT NO. 15 | 0.10 |
| 07/26/19 | PAJ | REVIEW EMAILS RE: DISTRIBUTION CHECKS | 0.20 |
| 07/26/19 | PJH | CORRESPONDENCES RE: INQUIRY RE: NEW CLASS DISTRIBUTION TIMING; REVIEW, EDIT, CORRESPONDENCES RE: CHECK STUB DRAFTS FOR NEW CLASS DISTRIBUTION A | 0.60 |
| 07/29/19 | PAJ | REVIEW DRAFT QUARTERLY REPORT NO. 15 | 0.20 |
| 07/30/19 | PJH | SEVERAL CORRESPONDENCES AND CONFERS WITH PAJ, VENDOR RE: INQUIRY FROM COUNSEL AND CONFER COUNSEL RE: SAME; REVIEW, REDLINE, AND COMMENT ON COURT STATUS REPORT AND CORRESPONDENCES WITH VENDOR RE: SAME [HALF TIME] | 1.00 |
| 07/30/19 | PAJ | REVIEW EMAILS RE: CHANGES TO QUARTERLY REPORT NO. 15 AND FILING OF SAME | 0.20 |
| | | | 29.40     $8,750.00 |

| PAJ | JUNEAU, PATRICK A. | 5.60 hrs @ | $500.00 /hr | $2,800.00 |
|---|---|---|---|---|
| PJH | HRON, PATRICK J | 23.80 hrs @ | $250.00 /hr | $5,950.00 |
| | Fee Recap Totals | 29.40 | | $8,750.00 |

**EXPENSES**  **Amount**

| 05/10/19 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
|---|---|---|
| 06/10/19 | FILE & SERVEXPRESS; RESPOSITORY FEE MAY | 5.00 |
| 06/10/19 | FILE & SERVEXPRESS; RESPOSITORY FEE JANUARY AND APRIL | 10.00 |
| 07/18/19 | FILE & SERVEXPRESS; RESPOSITORY FEE | 5.00 |
| 07/31/19 | COPYING | 25.50 |
| | | $50.50 |

**BILLING SUMMARY:**

| TOTAL FEES | $8,750.00 |
|---|---|
| TOTAL EXPENSES | $50.50 |
| TOTAL FEES & EXPENSES | $8,800.50 |
| **TOTAL NOW DUE** | **$8,800.50** |

**Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO**

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 05/07/19 | Patrick Hron | Several corresps. re: inquiry re W-9s for Old Class distribution. | 0.10 | $ 250.00 | $ 25.00 | |
| 05/08/19 | Patrick Hron | Several corresps. re: Old Class Vendor invoice submission. | 0.10 | $ 250.00 | $ 25.00 | |
| 05/20/19 | Patrick Hron | Several corresps. re: joint motions for approval of DMI settlement payments for Old Class. | 0.10 | $ 250.00 | $ 25.00 | |
| 05/21/19 | Patrick Hron | Several corresps. to Vendor, Counsel re: Third Party Claimant dispute issue, inquiry re: Neutrals settlement apparently relating to pending litigation rather than pending claim and determination re: same. | 1.50 | $ 250.00 | $ 375.00 | |
| 05/24/19 | Patrick Hron | Several corresps. re: inquiry from vendor re: notice invoices (half time), joint motions for approval of Old Class claim payments; review, edit, execute, and file with District Court numerous joint motions for approval of Old Class claim payments. | 1.90 | $ 250.00 | $ 475.00 | |
| 05/30/19 | Patrick Hron | Corresp. and confer Court re: JMO process for DMI issues, and corresp. vendor re: same. | 0.50 | $ 250.00 | $ 125.00 | |
| 05/31/19 | Patrick Hron | Prepare motion, memorandum, exhibits for disbursement of administrative costs and corresp. parties re: same (half time); corresps. to vendor re: claimant inquiry (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 06/02/19 | Patrick Hron | Final review and filing of motion for disbursement of administrative expenses (half time). | 0.20 | $ 250.00 | $ 50.00 | |
| 06/03/19 | Patrick Hron | Review inquiry from Court re: administrative expenses and corresps.to Court, Vendor re: same (half time). | 0.20 | $ 250.00 | $ 50.00 | |
| 06/04/19 | Patrick Hron | Several corresps. to Court, Vendor re: inquiries re: administrative expenses and future expectations re: same (half time); corresp. re: approval of disbursement motion. | 0.30 | $ 250.00 | $ 75.00 | |
| 06/05/19 | Patrick Hron | Several corresps. with Vendor re: pending issue of third party claim for Old Class claimant and resolution of same. | 0.30 | $ 250.00 | $ 75.00 | |
| 06/11/19 | Patrick Hron | Corresp. re: prior DHEPDS compromises as relating to Old Class distribution. | 0.10 | $ 250.00 | $ 25.00 | |
| 06/12/19 | Patrick Hron | Review final drafts of Old Class CAP 5 JMO motion memoranda and corresp. vendor re: additional edits re: same. | 0.40 | $ 250.00 | $ 100.00 | |
| 06/13/19 | Patrick Hron | Review and corresp. re: final memoranda re: JMOs re: DMI claimants for Old Class. | 0.20 | $ 250.00 | $ 50.00 | |
| 06/19/19 | Patrick Hron | Begin review of Old Class JMO motions, memoranda, proposed orders and corresp. vendor re: same. | 0.40 | $ 250.00 | $ 100.00 | |
| 06/21/19 | Patrick Hron | Continued review of JMOs re: DMI claimants and additional edits, corresp. to Vendor re: same. | 0.40 | $ 250.00 | $ 100.00 | |
| 06/25/19 | Patrick Hron | Several corresps. with Vendor re: DMI Claimant JMO process and updates re: same. | 0.30 | $ 250.00 | $ 75.00 | |
| 06/26/19 | Patrick Hron | Several corresps. re: Orders re: DMI JMOs. | 0.20 | $ 250.00 | $ 50.00 | |
| 06/28/19 | Patrick Hron | Review new DMI JMO documents including motions, memoranda, proposed orders from vendor and corresp., submission re: same. | 1.20 | $ 250.00 | $ 300.00 | |
| 07/02/19 | Patrick Hron | Corresps. re: orders following JMO Orders and inquiry re: same from counsel. | 0.20 | $ 250.00 | $ 50.00 | |
| 07/06/19 | Patrick Hron | Review and edit CAP 5 JMO motion and memoranda and proposed order and several corresps. re: approval of same. | 0.80 | $ 250.00 | $ 200.00 | |
| 07/08/19 | Patrick Hron | Review inquiry from vendor re: Old Class HESI/TO claimant inquiry re: neutrals, research re: same, and various corresps. back and forth, review and redline with vendor re: response. | 0.90 | $ 250.00 | $ 225.00 | |
| 07/12/19 | Patrick Hron | Gather documents and corresp. re: filing of Old Class DMI JMOs. | 0.10 | $ 250.00 | $ 25.00 | |
| 07/17/19 | Patrick Hron | Review and respond to several corresps. re: inquiry from claims preparer re: HESI/TO Old Class liens and re: DMI JMO filings with Court. | 0.40 | $ 250.00 | $ 100.00 | |
| 07/19/19 | Patrick Hron | Several corresps. to vendor re: Orders approving DMI JMOs. | 0.10 | $ 250.00 | $ 25.00 | |
| 07/30/19 | Patrick Hron | Review, redline, and comment on Court Status Report and corresps. with vendor re: same (half time); corresps. re: inquiry re: Old Class reserve claims and eligibility. | 0.60 | $ 250.00 | $ 150.00 | $ 2,950.00 |
| 05/13/19 | Robert Levine | Accumulate Time charges from staff invoices and prepare file for invoice | 1.00 | $ 175.00 | $ 175.00 | |
| 07/15/19 | Robert Levine | Respond to emails on IRS Notice | 0.20 | $ 175.00 | $ 35.00 | $ 210.00 |
| | | | | | | $ 3,160.00 |