Minute Entry
Barbier, J.
August 16, 2019
JS-10: 19 minutes

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** <br> **SECTION: J(2)** |
| **Applies to: 12-cv-968 and All BELO Cases** | * * * | **JUDGE BARBIER** <br> **MAG. JUDGE WILKINSON** |

Case Manager:                                                                Court Reporter:
Gail Chauvin                                                               Cathy Pepper

### FRIDAY, AUGUST 16, 2019, 9:30 A.M.
### JUDGE CARL J. BARBIER PRESIDING

### SHOW CAUSE HEARING

Case called at 9:34 a.m.

On August 7, 2019, the Court ordered plaintiffs' counsel in 176 BELO cases to appear and show cause why those cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). (Rec. Doc. 25930).

Re: plaintiffs represented by the Downs Law Firm (1)
- The Downs Law Firm was excused from attending the hearing. (Rec. Doc. 25941)
- Rodney Eric Rayborn's case (No. 19-02501) was voluntarily dismissed with prejudice.

Re: plaintiffs represented by the Amaro Law Firm (6)
- The Amaro Law Firm was excused from attending the hearing. (Rec. Doc. 25940).

- ORDERED that the following cases are DISMISSED WITH PREJUDICE:
    - Carlos Elizondo (No. 19-01793)
    - Rosetta Smith (No. 19-02243)
    - Jennifer Rexford (No. 19-02614)
    - Juan Moreno, Jr. (No. 19-02845)
    - Noe Valdez, Jr. (No. 19-03358)
    - Juan Villarreal (No. 19-03359)

Re: plaintiffs represented by the Falcon Law Firm/Lindsay & Lindsay P.A (1)
- The Falcon Law Firm/Lindsay & Lindsay did not file a written response to the Show Cause Order.
- No one from the Falcon Law Firm/Lindsay & Lindsay appeared at the hearing.
- ORDERED that Michael W. McNeil's case (No. 19-01355) is DISMISSED WITH PREJUDICE.

Re: plaintiffs represented by the Nations Law Firm (168)
- Counsel from the Nations Law Firm reported that 56 of its plaintiffs have voluntarily dismissed their cases.
- ORDERED that on or before August 23, 2019, BP and Nations Law Firm shall file a supplemental report identifying (1) those plaintiffs that have voluntarily dismissed their cases, (2) those plaintiffs that the parties agree are compliant as of August 16, 2019, and (3) those plaintiffs that BP contends are subject to dismissal.

The hearing ended at 9:53 a.m.

Attendance: See attached.