# MDL 2179
# ATTENDANCE RECORD
# SHOW CAUSE HEARING

DATE: 8/16/2019                                    TIME: 9:30 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Kevin Hodges | BP |
| Keith Jarrett | BP |
| Landy Marse | BP |
| David Durkee | Downs Law Group |
| Jacki Smith | The Lambert Firm |
| Alison Divine | The Nations Firm |