UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *All Cases and 11-02533, 11-01987, 13-06014, 19-12014* | * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are two Motions to Recuse (Rec. Docs. 25908, 25927) filed by Brian J. Donovan, who is the plaintiff in member case No. 19-12014 and plaintiffs' counsel in Nos. 11-02533, 11-01987, 13-06014. The latter Motion seeks to recuse the undersigned from all proceedings involving cases in MDL 2179.

IT IS ORDERED that any response to the Motions to Recuse (Rec. Docs. 25908, 25927) shall be filed by Thursday, September 19, 2019. Any reply by Mr. Donovan shall be filed by Thursday, September 26, 2019. The Court will determine if oral argument is necessary after it has reviewed the parties' memoranda.

New Orleans, Louisiana, this 19th day of August, 2019.

_____
United States District Judge