Minute Entry
Barbier, J.
August 20, 2019
JS-10: 10 mins.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>    "DEEPWATER HORIZON" in the<br>    GULF OF MEXICO, on<br>    APRIL 20, 2010 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | MDL NO. 2179<br><br><br>SECTION: J (2) |
| Related to:<br>No. 12-970, Claimant No. 100058191 | :<br>: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

CASE MANAGER:                                        COURT REPORTER:
GAIL CHAUVIN                                          CATHY PEPPER

TUESDAY, AUGUST 20, 2019, 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

<u>MOTION HEARING</u>

Case called at 9:38

Appearances:
Corey Dunbar for Hope Bell, as Administrator of the Succession of Herman A. Isidore
David Forsyth for the Claims Administrator of the Deepwater Horizon Economic and
Property Damages Settlement

Hope Bell's Motion to Enforce Settlement and Reissue Payment (**Rec. Doc. 25719**).
Motion argued; **ORDERED** that the Motion is **DENIED**.

The hearing ended at 9:49.

