UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *All Cases in the B3 Pleading Bundle* | * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that an in-court status conference is scheduled for <u>Wednesday, August 28 at 9:30 a.m.</u> The purpose of the status conference is to discuss the parties' case management proposals for the B3 pleading bundle. (*See* Rec. Docs. 25928, 25932, 25933, 25934, 25937, 25945, 25947/25948, 25953,).

New Orleans, Louisiana, this 19th day of August, 2019.

_____
United States District Judge