IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document applies to No. 12-970, Claimant No. 100058191 | * * * * | DISTRICT JUDGE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the *Ex Parte* Motion for Leave to File Sur-Reply on Motion to Enforce Settlement Agreement and Reissue Payment (Doc. 25960), and the Court finding the same to be warranted and justified; accordingly

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the Claims Administrator be and is hereby granted leave to file the accompanying Sur-Reply.

New Orleans, Louisiana this 20th day of August, 2019.

_____
United States District Judge