1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4     *************************************************************

5

      IN RE: OIL SPILL BY THE
6     OIL RIG *DEEPWATER HORIZON*
      IN THE GULF OF MEXICO ON
7     APRIL 20, 2010

8
                                CIVIL ACTION NO. 10-MD-2179 "J"
9                               NEW ORLEANS, LOUISIANA
                                FRIDAY, AUGUST 16, 2019, 9:30 A.M.
10

11
      THIS DOCUMENT RELATES TO
12    12-CV-968 AND ALL BELO
      CASES
13
      *************************************************************
14

15
                TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
16             HEARD BEFORE THE HONORABLE CARL J. BARBIER
                      UNITED STATES DISTRICT JUDGE
17

18

19    APPEARANCES:

20

21    FOR THE PLAINTIFFS:    THE NATIONS LAW FIRM
                             BY:  ALISON DIVINE, ESQUIRE
22                           3131 BRIARPARK DRIVE, SUITE 208
                             HOUSTON TX 77042
23

24

25

                        *OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 4    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
 5    BP CORPORATION NORTH
      AMERICA INC.,
 6    BP EXPLORATION &
      PRODUCTION INC.,
 7    BP HOLDINGS NORTH
      AMERICA LIMITED,
 8    BP PRODUCTS NORTH
      AMERICA INC.:        LISKOW & LEWIS
 9                         BY:  R. KEITH JARRETT, ESQUIRE
                                RANDY MARSE, JR., ESQUIRE
10                         ONE SHELL SQUARE
                           701 POYDRAS STREET
11                         SUITE 5000
                           NEW ORLEANS, LA  70139
12

13
                           WILLIAMS & CONNOLLY
14                         BY:  KEVIN M. HODGES, ESQUIRE
                           725 12TH ST., N. W.
15                         WASHINGTON, DC  20005

16

17    ALSO PRESENT:        DAVID DURKEE, ESQUIRE
                           JACKI SMITH, ESQUIRE
18

19

20    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
21                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B-275
22                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
23                               Cathy_Pepper@laed.uscourts.gov

24
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25    PRODUCED BY COMPUTER.
```

*OFFICIAL TRANSCRIPT*

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                   FRIDAY, AUGUST 16, 2019

3                 M O R N I N G   S E S S I O N

4                   (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  All right.  Good morning, everyone.  Please

9   be seated.  Okay.  Gail, go ahead and call the case.

10          THE DEPUTY CLERK:  MDL 2179, In re:  Oil Spill By the

11   Oil Rig *Deepwater Horizon* in the Gulf of Mexico on April 20,

12   2010, relating to certain BELO cases.

13          THE COURT:  All right.  Is everyone signed in this

14   morning?

15          VOICES:  Yes, Your Honor.

16          THE COURT:  We're here on another Rule to Show Cause.

17   It looks like there were 176 BELO cases who were ordered to

18   show cause this morning why these cases should not be dismissed

19   with prejudice for failure to prosecute.

20              According to BP's status report of August 6th,

21   these 176 BELO plaintiffs failed to provide full or complete

22   disclosures by the initial 90-day deadline contained in

23   CMO Number 1.  They were granted an extension in order to

24   comply by the extended deadline and then again failed to

25   provide full and complete disclosures by the extended deadline.

                    *OFFICIAL TRANSCRIPT*

1          In advance of this morning's hearing, the Court

2   has received a response, first of all, from the Downs Law

3   Group, which is Record Document 25939.  The Downs Group

4   represents only one of the 176 show cause plaintiffs this

5   morning, and they indicate that they had already filed a

6   stipulation of dismissal with prejudice in the case of

7   Rodney Eric Rayborn, Civil Action 19-02501.  So that matter is

8   moot.

9          The Amaro Law Firm filed a response, which is

10  Record Document 25938, indicating they represent six of the 176

11  show cause plaintiffs, Carlos Elizondo, Civil Action 19-01793;

12  Rosetta Smith, Civil Action 19-02243; Jennifer Rexford

13  Civil Action 19-02614; Juan Moreno Jr., Civil Action 19-02845;

14  Noe, N-O-E, Valdez Jr., Civil Action 19-03358; and

15  Juan Villarreal, Civil Action 19-03359.

16         With respect to these six plaintiffs, the Amaro

17  Law Firm represents in their response that despite repeated

18  efforts by counsel, these plaintiffs have been noncooperative,

19  and the Amaro Law Firm concedes that these plaintiffs are

20  noncompliant and does not contest dismissal with prejudice.  So

21  based on that, we're I'm going to order that those six cases be

22  dismissed with prejudice.

23         Falcon Law Firm.  Anyone here from Falcon?  No,

24  it doesn't look like it.  Falcon Law Firm, together with

25  Lindsay & Lindsay, represents one of the 176 plaintiffs that is

*OFFICIAL TRANSCRIPT*

1   Michael W. McNeil, Civil Action 19-01355.  There was no

2   response filed by on behalf of that plaintiff.

3                 According to the File and Serve Express website,

4   the show cause order was served via email on Timothy J. Falcon

5   and Alan W. Lindsay Jr. on August 7, 2019; so, since we have no

6   response, I'm going to dismiss that claim, Michael W. McNeil,

7   19-01355, with prejudice.

8                 That brings us to The Nations Law Firm, which

9   represents 168 of the 176 show cause plaintiffs.  Is anyone

10  going to make an appearance on behalf of The Nations Law Firm?

11       MS. DIVINE:  Yes, Your Honor.  Alison Divine on behalf

12  of The Nations Law Firm.

13       THE COURT:  Come forward, Ms. Divine.

14                 By the way, before we get into the response, I

15  just realized, it's been brought to my attention that I don't

16  believe you are counsel of record on any of these cases, are

17  you?

18       MS. DIVINE:  On these particular cases, no, I'm not.  I

19  did speak with your clerk, Ben, yesterday, and I'm going to

20  meet with him after the hearing to determine exactly how to

21  correct that.

22       THE COURT:  Yeah.  Because I was curious as to every

23  time a response is filed by The Nations Law Firm, the only

24  person signing is Howard Nations, and so you're going to have

25  to enroll since you've been appearing here.

*OFFICIAL TRANSCRIPT*

1          MS. DIVINE:  Yes, Your Honor, I'm enrolled in

2   representing other BELO plaintiffs, so I was under the

3   impression that that would serve for me to make an appearance.

4          THE COURT:  Well, not really because these are all

5   individual cases at this point.  There is a way, I think, to do

6   it globally without going into each.  I think there is a way to

7   do it.  Ben can help you do that after.

8          MS. DIVINE:  Thank you.

9          THE COURT:  But it would be easier if you do it while

10  the cases are still in front of me, when we have the majority

11  of them here.  If they are not dismissed, once they get

12  reallocated to other courts, either here or elsewhere, you're

13  going to have to go into those cases individually one by one;

14  so, I strongly suggest you enroll now, and it's a lot better

15  for everybody.

16         MS. DIVINE:  Yes, Your Honor.

17         THE COURT:  Okay.  All right.  Do you want to talk

18  about your response?

19         MS. DIVINE:  Yes, Your Honor.  We didn't include our

20  notice of dismissals with the filing because we were still in

21  the process of working through those.  I did -- we did dismiss

22  56 plaintiffs for being nonresponsive or noncompliant.  I have

23  a list of those.

24         THE COURT:  You've already filed those, ma'am?

25         MS. DIVINE:  Yes, with consultation with counsel.

*OFFICIAL TRANSCRIPT*

1        THE COURT:   Were those notices of dismissal?

2        MS. DIVINE:   Yes, Your Honor.   I brought a list just

3   for the Court's convenience.

4        THE COURT:   Okay.

5        MR. HODGES:   Thank you.

6        MS. DIVINE:   The remainder of the clients we are in

7   contact with.   They have been compliant, but we have been

8   unable to obtain their full PPFs with exact signatures and

9   every detail that the defense is asking for in order to count

10  them as compliant, so that's why we did not dismiss the

11  remainder ourselves.

12       THE COURT:   It's either you're compliant or you're not

13  compliant.   It's not you're sort of compliant.

14       MS. DIVINE:   We have PPFs -- and I know you've heard

15  this before, Your Honor -- where they just don't sign it

16  properly.   We get them back but they don't have all the

17  initials, or they have put the wrong name into the wrong blank.

18            We are getting those returned to us as

19  noncompliant even though they are -- we would consider them

20  substantially complaint, and these clients are trying.   Now,

21  not for all of them.   Some people have certainly not responded.

22       THE COURT:   Let me ask you this:   Let's back up a

23  minute.   When you filed your written response, which is

24  Record Document 25956, it states that 54 of your plaintiffs are

25  now compliant.

*OFFICIAL TRANSCRIPT*

1            So I guess what I'm trying to understand, I guess

2    I should ask Mr. Hodges, is there agreement on those 54 or not?

3    I'm trying to understand where we are here.

4            MR. HODGES:  There is disagreement on several,

5    Your Honor.

6            THE COURT:  There is disagreement on several?

7            MR. HODGES:  Disagreement on just several.  There are

8    only 53 because one name is repeated twice.  That's

9    Albert Ellis number 19 --

10           THE COURT:  Okay.  I'll call you up in a minute.  I

11   just wanted to see if you were in agreement or not.

12               So if you've dismissed 56, and there were 53 or

13   54 others, that's still only 109 or 110; so, we still have

14   another 56 or so who are missing in action here.  Are those the

15   ones that you said are sort of compliant?

16           MS. DIVINE:  No.  We have been in communication with

17   them.  We have been unable to obtain a completed Plaintiffs

18   Fact Sheet, Your Honor.

19           THE COURT:  Well, then they are not compliant.

20           MS. DIVINE:  That's correct.

21           THE COURT:  Yeah.

22           MS. DIVINE:  That brings up something I wanted to ask

23   and bring up as far as the next group.  We have --

24           THE COURT:  The next group, what do you mean?

25           MS. DIVINE:  Well, the plaintiffs that were due.

*OFFICIAL TRANSCRIPT*

1          THE COURT:  Are coming behind this group, you mean?

2          MS. DIVINE:  Yes, Your Honor.  I know that there has

3    been reference to an extension of time given.  The way my

4    understanding of, I believe these plaintiffs and the next

5    group, especially, I know the next group, there hasn't been an

6    extension granted.

7          THE COURT:  Don't they give 30 days more or less

8    automatically by Judge Wilkinson?  My understanding is you've

9    got 90 days by the Case Management Order Number 1.  If you

10   don't comply within the 90 days, you go on a list to

11   Judge Wilkinson, and he gives another 30 days before it comes

12   to me.

13         MS. DIVINE:  No, Your Honor.

14         THE COURT:  That's my understanding.

15         MR. HODGES:  Yes, it is.  Your understanding is

16   correct, Your Honor.

17         MS. DIVINE:  For the next group, I mean.  I know that

18   the next group that were listed as not -- I mean, as listed as

19   not, you know, having been received, they were due at the end

20   of July, so I guess I'm just trying to understand.

21         THE COURT:  Was that the 90-day deadline --

22         MS. DIVINE:  Yes, Your Honor.

23         THE COURT:  -- or the 120-day deadline?

24         MS. DIVINE:  90-day deadline.

25         MR. HODGES:  No, Your Honor, it was not.  We do not

*OFFICIAL TRANSCRIPT*

1    report cases deficient to Judge Wilkinson and put them on

2    Category 1 of our status report until the 90 days is expired.

3    Thereafter Judge Wilkinson enters his order and gives another

4    30 days.  There is an intervening period of time, so it's

5    actually more than 120 days.

6            MS. DIVINE:  Okay.  I may be mistaken.  I'll double

7    check those figures.

8            THE COURT:  Okay.  One of the problems we're having,

9    too, with the Nation's response is when your firm is

10   responding -- I think the same thing occurred last time we were

11   here -- you're only responding on behalf of part your show

12   cause plaintiffs.

13           This time you had 168 people on the list, and

14   your written response only mentioned 54 of them that you

15   believed were compliant.  I'll hear from Mr. Hodges in a minute

16   about those, but you didn't even mention the 114 of your

17   clients.

18           So I don't know why, when you're filing a written

19   response, you don't tell us as to all 168 exactly what's going

20   on.  Either you believe they are fully compliant, they are

21   trying to comply, they are partially complied, or you can't

22   contact them, or whatever the situation is, you know.

23           MS. DIVINE:  I'm happy to do that for next report,

24   Your Honor.

25           THE COURT:  All right.  That would be helpful, I think,

1    to everyone.

2              Okay.  Anything else you want to add right now?

3         MS. DIVINE:  No, Your Honor.

4         THE COURT:  Okay.  Let me hear from Mr. Hodges.

5         MR. HODGES:  Thank you, Your Honor.  Kevin Hodges on

6    behalf of BP.

7              So at the high level, our numbers are a little

8    different.  I have for The Nations Firm, 52 plaintiffs who have

9    cured their deficiencies.

10        THE COURT:  52 instead of 54 you mean?

11        MR. HODGES:  52 have cured, correct.  I'll explain that

12   in one moment.  55 plaintiffs have voluntarily dismissed.

13   Ms. Divine told you it was 56.  So I need to reconcile that

14   number.

15        THE COURT:  Okay.

16        MR. HODGES:  Then I have 61 plaintiffs who remain

17   deficient and are subject to dismissal.

18             With respect to the Nations response to the show

19   cause order, there were 54 entries, but as I mentioned, one

20   plaintiff was mentioned twice, so there were only 53.  We agree

21   of the 53 that 51 have been cured.

22             There is also a plaintiff that is not listed who

23   we believe has been cured.  That plaintiff is Lynn Paul Trahan

24   Jr., T-R-A-H-A-N, case number 19-2073.

25        THE COURT:  If he's from Lafayette that would be

*OFFICIAL TRANSCRIPT*

12

1    Tra-ha.  If he's from here it would be Tray-han.

2              MR. HODGES:  Then on the list that was submitted by

3    The Nations Law Firm, we have two plaintiffs that we do not

4    agree have been cured.  They are Charlie Broussard, Case Number

5    19-2544, and Ronald Eugene Spriggs, Case Number 19-1775.

6              I should also mention that last night at about

7    6:00 p.m. we received an email from The Nations Firm that three

8    additional -- materials for three additional plaintiffs have

9    been mailed, but obviously we haven't received those, and I'm

10   not in a position to speak to those because we haven't received

11   them.

12             THE COURT:  All right.  Here is what we're going to do.

13   I think we were in a somewhat similar situation last month.

14   I'm going to order -- obviously those who BP agrees whose

15   responses have been cured, whether it's 52 or 53 or 54,

16   whatever her number is, those are not going to be dismissed.

17             Then we'll sort out exactly how many have been

18   voluntarily dismissed, but the remaining number, whether it's

19   61 or whatever the exact number is that apparently remained

20   deficient, I'm going to ask Mr. Hodges, if you and Ms. Divine

21   could get together and try to reconcile the very small

22   discrepancies in your numbers there and give us a report within

23   seven days.

24             MR. HODGES:  We can do that, Your Honor.

25             THE COURT:  A list of the ones that you believe remain

*OFFICIAL TRANSCRIPT*

1    deficient as of today.  If the ones, the three that are

2    supposedly in the mail, you know, if they were emailed to you

3    before today and they arrive tomorrow or the next day, as long

4    as the response is satisfactory, we would allow those to go

5    forward.

6              MR. HODGES:  Understood, Your Honor.

7              THE COURT:  So if you could do that within seven days

8    and get together with Ms. Divine.

9              MR. HODGES:  I could certainly do that.

10             THE COURT:  All right.  Thank you.  Anything else?

11             MR. HODGES:  Well, Your Honor, you didn't specifically

12   ask, but with respect to the Category 1 cases, the ones that

13   are being submitted to Judge Wilkinson, just to give you a

14   preview, there are 728.

15             THE COURT:  728.

16             MR. HODGES:  728 total that were reported on

17   August 1st.  Judge Wilkinson has now entered an order giving

18   those plaintiffs until September 4th to comply.  So that's an

19   additional 30-day period.  Of those 713 are from

20   The Nations Law Firm.  So that's what we'll be seeing at the

21   next one of these hearings.

22             THE COURT:  Is there something that occurred time wise

23   why, like, the sudden bump up in the number because we have

24   been dealing with 150 or 200 a month, it looks like.

25             MR. HODGES:  There was a spike in the filings by

*OFFICIAL TRANSCRIPT*

14

1    The Nations Law Firm.

2             THE COURT:  Around the same time?

3             MR. HODGES:  That's right.  I think we're starting to

4    see the tail of the filings.  There is still a bulge working

5    through the system, but it will slow down in the future.

6             THE COURT:  Okay.  Ms. Divine, you've got your work cut

7    out for you between now and next month, it looks like.  You've

8    got 700 you need to deal with.

9             MS. DIVINE:  Yes, Your Honor.  I would respectfully ask

10   for one extra month in light of the high spike.  They were all

11   filed because of statute of limitation issues at the same time.

12            THE COURT:  I'm not going to do that now.  Like I

13   pointed out, I think the last time or time before last when we

14   were here, it's not just that the plaintiffs have the 90 days

15   and then the 30 days and then you come here.  You've got time,

16   in some cases months and months or maybe longer before you ever

17   get to filing these cases because you know they are in the

18   pipeline.

19            So I'm assuming your firm would be working on

20   those.  You don't wait until, you know, the clock on the

21   90 days or the 120 days start running, I would assume, right?

22            MS. DIVINE:  In many cases, yes, Your Honor.  Not in

23   all cases.

24            THE COURT:  Okay.  Anybody?  Mr. Durkee, right?

25            MR. DURKEE:  Yes, Your Honor.

                        *OFFICIAL TRANSCRIPT*

1          THE COURT:  Are you just observing?

2          MR. DURKEE:  I was just making sure there weren't any

3     issues that arose before Your Honor that we needed to address

4     but we're not here substantively, Your Honor.

5          THE COURT:  Okay.  All right.  Very well.  I see

6     Ms. Smith.  You're here from the Lambert firm.  Same thing.

7     You're just observing?

8          MS. SMITH:  I'm just observing.

9          THE COURT:  All right.  I guess that's it for this

10    morning.  Does anybody have anything else?

11         MR. HODGES:  No, Your Honor.

12         MS. DIVINE:  No, Your Honor.

13         THE COURT:  Okay.  Have a good day, everyone.

14         VOICES:  Thank you, Your Honor.

15         THE DEPUTY CLERK:  All rise.

16         (WHEREUPON, at 9:52 a.m., the proceedings were

17    concluded.)

18                         *    *    *

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

16

1              REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Certified Court Reporter in and for the State

5   of Louisiana, Official Court Reporter for the United States

6   District Court, Eastern District of Louisiana, do hereby

7   certify that the foregoing is a true and correct transcript to

8   the best of my ability and understanding from the record of the

9   proceedings in the above-entitled and numbered matter.

10

11                          *s/Cathy Pepper*

12                          Cathy Pepper, CRR, RMR, CCR
                            Certified Realtime Reporter
13                          Registered Merit Reporter
                            Official Court Reporter
14                          United States District Court
                            Cathy_Pepper@laed.uscourts.gov
15

16

17

18

19

20

21

22

23

24

25

                    *OFFICIAL TRANSCRIPT*

## 1

**1** [4] - 3:23, 9:9, 10:2, 13:12
**10-MD-2179** [1] - 1:8
**109** [1] - 8:13
**110** [1] - 8:13
**114** [1] - 10:16
**12-CV-968** [1] - 1:12
**120** [2] - 10:5, 14:21
**120-day** [1] - 9:23
**12TH** [1] - 2:14
**150** [1] - 13:24
**16** [2] - 1:9, 3:2
**168** [3] - 5:9, 10:13, 10:19
**176** [6] - 3:17, 3:21, 4:4, 4:10, 4:25, 5:9
**19** [1] - 8:9
**19-01355** [2] - 5:1, 5:7
**19-01793** [1] - 4:11
**19-02243** [1] - 4:12
**19-02501** [1] - 4:7
**19-02614** [1] - 4:13
**19-02845** [1] - 4:13
**19-03358** [1] - 4:14
**19-03359** [1] - 4:15
**19-1775** [1] - 12:5
**19-2073** [1] - 11:24
**19-2544** [1] - 12:5
**1st** [1] - 13:17

## 2

**20** [2] - 1:7, 3:11
**200** [1] - 13:24
**20005** [1] - 2:15
**2010** [2] - 1:7, 3:12
**2019** [3] - 1:9, 3:2, 5:5
**208** [1] - 1:22
**2179** [1] - 3:10
**25938** [1] - 4:10
**25939** [1] - 4:3
**25956** [1] - 7:24

## 3

**30** [4] - 9:7, 9:11, 10:4, 14:15
**30-day** [1] - 13:19
**3131** [1] - 1:22

## 4

**4th** [1] - 13:18

## 5

**500** [1] - 2:19
**5000** [1] - 2:11
**504** [1] - 2:20
**51** [1] - 11:21
**52** [4] - 11:8, 11:10, 11:11, 12:15
**53** [5] - 8:8, 8:12, 11:20, 11:21, 12:15
**54** [7] - 7:24, 8:2, 8:13, 10:14, 11:10, 11:19, 12:15
**55** [1] - 11:12
**56** [4] - 6:22, 8:12, 8:14, 11:13
**589-7779** [1] - 2:20

## 6

**61** [2] - 11:16, 12:19
**6:00** [1] - 12:7
**6th** [1] - 3:20

## 7

**7** [1] - 5:5
**700** [1] - 14:8
**701** [1] - 2:10
**70130** [1] - 2:19
**70139** [1] - 2:11
**713** [1] - 13:19
**725** [1] - 2:14
**728** [3] - 13:14, 13:15, 13:16
**77042** [1] - 1:22

## 9

**90** [5] - 9:9, 9:10, 10:2, 14:14, 14:21
**90-day** [3] - 3:22, 9:21, 9:24
**9:30** [1] - 1:9
**9:52** [1] - 15:16

## A

**A.M** [1] - 1:9
**a.m** [1] - 15:16
**ability** [1] - 16:8
**above-entitled** [1] - 16:9
**according** [2] - 3:20, 5:3
**action** [1] - 8:14
**ACTION** [1] - 1:8
**Action** [8] - 4:7, 4:11, 4:12, 4:13, 4:14, 4:15, 5:1
**add** [1] - 11:2
**additional** [3] - 12:8, 13:19
**address** [1] - 15:3
**advance** [1] - 4:1
**agree** [2] - 11:20, 12:4
**agreement** [2] - 8:2, 8:11
**agrees** [1] - 12:14
**ahead** [1] - 3:9
**Alan** [1] - 5:5
**Albert** [1] - 8:9
**ALISON** [1] - 1:21
**Alison** [1] - 5:11
**ALL** [1] - 1:12
**allow** [1] - 13:4
**Amaro** [3] - 4:9, 4:16, 4:19
**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**AND** [1] - 1:12
**appearance** [2] - 5:10, 6:3
**APPEARANCES** [2] - 1:19, 2:1
**appearing** [1] - 5:25
**April** [1] - 3:11
**APRIL** [1] - 1:7
**arose** [1] - 15:3
**arrive** [1] - 13:3
**assume** [1] - 14:21
**assuming** [1] - 14:19
**attention** [1] - 5:15
**August** [3] - 3:20, 5:5, 13:17
**AUGUST** [2] - 1:9, 3:2
**automatically** [1] - 9:8

## B

**B-275** [1] - 2:19
**BARBIER** [1] - 1:16
**based** [1] - 4:21
**BEFORE** [1] - 1:16
**behalf** [5] - 5:2, 5:10, 5:11, 10:11, 11:6
**behind** [1] - 9:1
**BELO** [5] - 1:12, 3:12, 3:17, 3:21, 6:2
**Ben** [2] - 5:19, 6:7
**best** [1] - 16:8
**better** [1] - 6:14
**between** [1] - 14:7
**blank** [1] - 7:17
**BP** [9] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 11:6, 12:14
**BP's** [1] - 3:20
**BRIARPARK** [1] - 1:22
**bring** [1] - 8:23
**brings** [2] - 5:8, 8:22
**brought** [2] - 5:15, 7:2
**Broussard** [1] - 12:4
**bulge** [1] - 14:4
**bump** [1] - 13:23
**BY** [6] - 1:5, 1:21, 2:9, 2:14, 2:22, 2:22

## C

**CALLED** [1] - 3:4
**CARL** [1] - 1:16
**Carlos** [1] - 4:11
**Case** [3] - 9:9, 12:4, 12:5
**case** [3] - 3:9, 4:6, 11:24
**CASES** [1] - 1:12
**cases** [15] - 3:12, 3:17, 3:18, 4:21, 5:16, 5:18, 6:5, 6:10, 6:13, 10:1, 13:12, 14:16, 14:17, 14:22, 14:23
**Category** [2] - 10:2, 13:12
**Cathy** [2] - 16:3, 16:12
**CATHY** [1] - 2:17
**Cathy_Pepper@laed.uscourts.gov** [1] - 16:14
**cathy_Pepper@laed.uscourts.gov** [1] - 2:20
**CAUSE** [1] - 1:15
**CCR** [2] - 2:17, 16:12
**certain** [1] - 3:12
**certainly** [2] - 7:21, 13:9
**CERTIFICATE** [1] - 16:1
**CERTIFIED** [1] - 2:18
**Certified** [3] - 16:3, 16:4, 16:12
**certify** [1] - 16:7
**Charlie** [1] - 12:4
**check** [1] - 10:7
**CIVIL** [1] - 1:8
**Civil** [8] - 4:7, 4:11, 4:12, 4:13, 4:14, 4:15, 5:1
**claim** [1] - 5:6
**CLERK** [3] - 3:7, 3:10, 15:15

**clerk** [1] - 5:19
**clients** [3] - 7:6, 7:20, 10:17
**clock** [1] - 14:20
**CMO** [1] - 3:23
**coming** [1] - 9:1
**communication** [1] - 8:16
**COMPANY** [2] - 2:4
**complaint** [1] - 7:20
**complete** [2] - 3:21, 3:25
**completed** [1] - 8:17
**compliant** [10] - 7:7, 7:10, 7:12, 7:13, 7:25, 8:15, 8:19, 10:15, 10:20
**complied** [1] - 10:21
**comply** [4] - 3:24, 9:10, 10:21, 13:18
**COMPUTER** [1] - 2:22
**concedes** [1] - 4:19
**concluded** [1] - 15:17
**CONNOLLY** [1] - 2:13
**consider** [1] - 7:19
**consultation** [1] - 6:25
**contact** [2] - 7:7, 10:22
**contained** [1] - 3:22
**contest** [1] - 4:20
**CONTINUED** [1] - 2:1
**convenience** [1] - 7:3
**CORPORATION** [1] - 2:5
**correct** [5] - 5:21, 8:20, 9:16, 11:11, 16:7
**counsel** [3] - 4:18, 5:16, 6:25
**count** [1] - 7:9
**COURT** [46] - 1:1, 2:17, 3:4, 3:8, 3:13, 3:16, 5:13, 5:22, 6:4, 6:9, 6:17, 6:24, 7:1, 7:4, 7:12, 7:22, 8:6, 8:10, 8:19, 8:21, 8:24, 9:1, 9:7, 9:14, 9:21, 9:23, 10:8, 10:25, 11:4, 11:10, 11:15, 11:25, 12:12, 12:25, 13:7, 13:10, 13:15, 13:22, 14:2, 14:6, 14:12, 14:24, 15:1, 15:5, 15:9, 15:13
**Court** [6] - 4:1, 16:4, 16:5, 16:6, 16:13, 16:14
**Court's** [1] - 7:3
**courts** [1] - 6:12

*OFFICIAL TRANSCRIPT*

CRR [2] - 2:17, 16:12
cured [6] - 11:9, 11:11, 11:21, 11:23, 12:4, 12:15
curious [1] - 5:22
cut [1] - 14:6

**D**

days [13] - 9:7, 9:9, 9:10, 9:11, 10:2, 10:4, 10:5, 12:23, 13:7, 14:14, 14:15, 14:21
DC [1] - 2:15
deadline [6] - 3:22, 3:24, 3:25, 9:21, 9:23, 9:24
deal [1] - 14:8
dealing [1] - 13:24
DEEPWATER [1] - 1:6
Deepwater [1] - 3:11
defense [1] - 7:9
deficiencies [1] - 11:9
deficient [4] - 10:1, 11:17, 12:20, 13:1
DEPUTY [3] - 3:7, 3:10, 15:15
despite [1] - 4:17
detail [1] - 7:9
determine [1] - 5:20
different [1] - 11:8
disagreement [3] - 8:4, 8:6, 8:7
disclosures [2] - 3:22, 3:25
discrepancies [1] - 12:22
dismiss [3] - 5:6, 6:21, 7:10
dismissal [4] - 4:6, 4:20, 7:1, 11:17
dismissals [1] - 6:20
dismissed [7] - 3:18, 4:22, 6:11, 8:12, 11:12, 12:16, 12:18
District [3] - 16:6, 16:14
DISTRICT [3] - 1:1, 1:2, 1:16
Divine [6] - 5:11, 5:13, 11:13, 12:20, 13:8, 14:6
DIVINE [26] - 1:21, 5:11, 5:18, 6:1, 6:8, 6:16, 6:19, 6:25, 7:2, 7:6, 7:14, 8:16, 8:20, 8:22, 8:25, 9:2, 9:13, 9:17, 9:22, 9:24,

10:6, 10:23, 11:3, 14:9, 14:22, 15:12
Document [3] - 4:3, 4:10, 7:24
DOCUMENT [1] - 1:11
double [1] - 10:6
down [1] - 14:5
Downs [2] - 4:2, 4:3
DRIVE [1] - 1:22
due [2] - 8:25, 9:19
Durkee [1] - 14:24
DURKEE [2] - 14:25, 15:2

**E**

easier [1] - 6:9
EASTERN [1] - 1:2
Eastern [1] - 16:6
efforts [1] - 4:18
either [3] - 6:12, 7:12, 10:20
Elizondo [1] - 4:11
Ellis [1] - 8:9
elsewhere [1] - 6:12
email [2] - 5:4, 12:7
emailed [1] - 13:2
end [1] - 9:19
enroll [2] - 5:25, 6:14
enrolled [1] - 6:1
entered [1] - 13:17
enters [1] - 10:3
entitled [1] - 16:9
entries [1] - 11:19
Eric [1] - 4:7
especially [1] - 9:5
ESQUIRE [4] - 1:21, 2:9, 2:9, 2:14
Eugene [1] - 12:5
exact [2] - 7:8, 12:19
exactly [3] - 5:20, 10:19, 12:17
expired [1] - 10:2
explain [1] - 11:11
EXPLORATION [1] - 2:6
Express [1] - 5:3
extended [2] - 3:24, 3:25
extension [3] - 3:23, 9:3, 9:6
extra [1] - 14:10

**F**

Fact [1] - 8:18
failed [2] - 3:21, 3:24
failure [1] - 3:19

falcon [1] - 5:4
Falcon [3] - 4:23, 4:24
far [1] - 8:23
figures [1] - 10:7
File [1] - 5:3
filed [7] - 4:5, 4:9, 5:2, 5:23, 6:24, 7:23, 14:11
filing [3] - 6:20, 10:18, 14:17
filings [2] - 13:25, 14:4
firm [3] - 10:9, 14:19, 15:6
Firm [14] - 4:9, 4:17, 4:19, 4:23, 4:24, 5:8, 5:10, 5:12, 5:23, 11:8, 12:3, 12:7, 13:20, 14:1
FIRM [1] - 1:21
first [1] - 4:2
FOR [2] - 1:21, 2:3
foregoing [1] - 16:7
forward [2] - 5:13, 13:5
FRIDAY [2] - 1:9, 3:2
front [1] - 6:10
full [3] - 3:21, 3:25, 7:8
fully [1] - 10:20
future [1] - 14:5

**G**

Gail [1] - 3:9
given [1] - 9:3
globally [1] - 6:6
granted [2] - 3:23, 9:6
group [7] - 8:23, 8:24, 9:1, 9:5, 9:17, 9:18
Group [2] - 4:3
guess [4] - 8:1, 9:20, 15:9
Gulf [1] - 3:11
GULF [1] - 1:6

**H**

han [1] - 12:1
happy [1] - 10:23
hear [2] - 10:15, 11:4
HEARD [1] - 1:16
heard [1] - 7:14
hearing [2] - 4:1, 5:20
HEARING [1] - 1:15
hearings [1] - 13:21
help [1] - 6:7
helpful [1] - 10:25
hereby [1] - 16:6

high [2] - 11:7, 14:10
Hodges [5] - 8:2, 10:15, 11:4, 11:5, 12:20
HODGES [18] - 2:14, 7:5, 8:4, 8:7, 9:15, 9:25, 11:5, 11:11, 11:16, 12:2, 12:24, 13:6, 13:9, 13:11, 13:16, 13:25, 14:3, 15:11
HOLDINGS [1] - 2:7
Honor [28] - 3:15, 5:11, 6:1, 6:16, 6:19, 7:2, 7:15, 8:5, 8:18, 9:2, 9:13, 9:16, 9:22, 9:25, 10:24, 11:3, 11:5, 12:24, 13:6, 13:11, 14:9, 14:22, 14:25, 15:3, 15:4, 15:11, 15:12, 15:14
HONORABLE [1] - 1:16
Horizon [1] - 3:11
HORIZON [1] - 1:6
HOUSTON [1] - 1:22
Howard [1] - 5:24

**I**

impression [1] - 6:3
IN [2] - 1:5, 1:6
INC [5] - 2:3, 2:4, 2:5, 2:6, 2:8
include [1] - 6:19
indicate [1] - 4:5
indicating [1] - 4:10
individual [1] - 6:5
individually [1] - 6:13
initial [1] - 3:22
initials [1] - 7:17
instead [1] - 11:10
intervening [1] - 10:4
issues [2] - 14:11, 15:3

**J**

JARRETT [1] - 2:9
Jennifer [1] - 4:12
JR [1] - 2:9
Jr [4] - 4:13, 4:14, 5:5, 11:24
Juan [2] - 4:13, 4:15
JUDGE [1] - 1:16
Judge [6] - 9:8, 9:11, 10:1, 10:3, 13:13, 13:17

July [1] - 9:20

**K**

KEITH [1] - 2:9
Kevin [1] - 11:5
KEVIN [1] - 2:14

**L**

LA [2] - 2:11, 2:19
Lafayette [1] - 11:25
Lambert [1] - 15:6
last [5] - 10:10, 12:6, 12:13, 14:13
Law [13] - 4:2, 4:9, 4:17, 4:19, 4:23, 4:24, 5:8, 5:10, 5:12, 5:23, 12:3, 13:20, 14:1
LAW [1] - 1:21
less [1] - 9:7
level [1] - 11:7
LEWIS [1] - 2:8
light [1] - 14:10
limitation [1] - 14:11
LIMITED [1] - 2:7
Lindsay [3] - 4:25, 5:5
LISKOW [1] - 2:8
list [6] - 6:23, 7:2, 9:10, 10:13, 12:2, 12:25
listed [3] - 9:18, 11:22
look [1] - 4:24
looks [3] - 3:17, 13:24, 14:7
LOUISIANA [2] - 1:2, 1:9
Louisiana [2] - 16:5, 16:6
Lynn [1] - 11:23

**M**

ma'am [1] - 6:24
mail [1] - 13:2
mailed [1] - 12:9
majority [1] - 6:10
Management [1] - 9:9
MARSE [1] - 2:9
materials [1] - 12:8
matter [2] - 4:7, 16:9
McNeil [2] - 5:1, 5:6
MDL [1] - 3:10
mean [5] - 8:24, 9:1, 9:17, 9:18, 11:10
MECHANICAL [1] - 2:22

*OFFICIAL TRANSCRIPT*

**meet** [1] - 5:20
**mention** [2] - 10:16, 12:6
**mentioned** [3] - 10:14, 11:19, 11:20
**MERIT** [1] - 2:18
**Merit** [2] - 16:4, 16:13
**Mexico** [1] - 3:11
**MEXICO** [1] - 1:6
**Michael** [2] - 5:1, 5:6
**minute** [3] - 7:23, 8:10, 10:15
**missing** [1] - 8:14
**mistaken** [1] - 10:6
**moment** [1] - 11:12
**month** [4] - 12:13, 13:24, 14:7, 14:10
**months** [2] - 14:16
**moot** [1] - 4:8
**Moreno** [1] - 4:13
**morning** [5] - 3:8, 3:14, 3:18, 4:5, 15:10
**morning's** [1] - 4:1
**MR** [19] - 7:5, 8:4, 8:7, 9:15, 9:25, 11:5, 11:11, 11:16, 12:2, 12:24, 13:6, 13:9, 13:11, 13:16, 13:25, 14:3, 14:25, 15:2, 15:11
**MS** [26] - 5:11, 5:18, 6:1, 6:8, 6:16, 6:19, 6:25, 7:2, 7:6, 7:14, 8:16, 8:20, 8:22, 8:25, 9:2, 9:13, 9:17, 9:22, 9:24, 10:6, 10:23, 11:3, 14:9, 14:22, 15:8, 15:12

### N

**name** [2] - 7:17, 8:8
**Nation's** [1] - 10:9
**NATIONS** [1] - 1:21
**Nations** [11] - 5:8, 5:10, 5:12, 5:23, 5:24, 11:8, 11:18, 12:3, 12:7, 13:20, 14:1
**need** [2] - 11:13, 14:8
**needed** [1] - 15:3
**NEW** [3] - 1:9, 2:11, 2:19
**next** [10] - 8:23, 8:24, 9:4, 9:5, 9:17, 9:18, 10:23, 13:3, 13:21, 14:7
**night** [1] - 12:6

**NO** [1] - 1:8
**Noe** [1] - 4:14
**NOE** [1] - 4:14
**noncompliant** [3] - 4:20, 6:22, 7:19
**noncooperative** [1] - 4:18
**nonresponsive** [1] - 6:22
**NORTH** [4] - 2:4, 2:5, 2:7, 2:8
**notice** [1] - 6:20
**notices** [1] - 7:1
**number** [7] - 8:9, 11:14, 11:24, 12:16, 12:18, 12:19, 13:23
**Number** [4] - 3:23, 9:9, 12:4, 12:5
**numbered** [1] - 16:9
**numbers** [2] - 11:7, 12:22

### O

**observing** [3] - 15:1, 15:7, 15:8
**obtain** [2] - 7:8, 8:17
**obviously** [2] - 12:9, 12:14
**occurred** [2] - 10:10, 13:22
**OF** [3] - 1:2, 1:6, 1:15
**Official** [2] - 16:5, 16:13
**OFFICIAL** [1] - 2:17
**Oil** [2] - 3:10, 3:11
**OIL** [2] - 1:5, 1:6
**ON** [1] - 1:6
**once** [1] - 6:11
**one** [10] - 4:4, 4:25, 6:13, 8:8, 10:8, 11:12, 11:19, 13:21, 14:10
**ONE** [1] - 2:10
**ones** [4] - 8:15, 12:25, 13:1, 13:12
**ORDER** [1] - 3:4
**Order** [1] - 9:9
**order** [8] - 3:23, 4:21, 5:4, 7:9, 10:3, 11:19, 12:14, 13:17
**ordered** [1] - 3:17
**ORLEANS** [3] - 1:9, 2:11, 2:19
**ourselves** [1] - 7:11

### P

**p.m** [1] - 12:7
**part** [1] - 10:11
**partially** [1] - 10:21
**particular** [1] - 5:18
**Paul** [1] - 11:23
**people** [2] - 7:21, 10:13
**PEPPER** [1] - 2:17
**Pepper** [3] - 16:3, 16:11, 16:12
**period** [2] - 10:4, 13:19
**person** [1] - 5:24
**pipeline** [1] - 14:18
**plaintiff** [4] - 5:2, 11:20, 11:22, 11:23
**Plaintiffs** [1] - 8:17
**plaintiffs** [21] - 3:21, 4:4, 4:11, 4:16, 4:18, 4:19, 4:25, 5:9, 6:2, 6:22, 7:24, 8:25, 9:4, 10:12, 11:8, 11:12, 11:16, 12:3, 12:8, 13:18, 14:14
**PLAINTIFFS** [1] - 1:21
**point** [1] - 6:5
**pointed** [1] - 14:13
**position** [1] - 12:10
**POYDRAS** [2] - 2:10, 2:19
**PPFs** [2] - 7:8, 7:14
**prejudice** [5] - 3:19, 4:6, 4:20, 4:22, 5:7
**preview** [1] - 13:14
**problems** [1] - 10:8
**proceedings** [2] - 15:16, 16:9
**PROCEEDINGS** [3] - 1:15, 2:22, 3:1
**process** [1] - 6:21
**PRODUCED** [1] - 2:22
**PRODUCTION** [2] - 2:3, 2:6
**PRODUCTS** [1] - 2:8
**properly** [1] - 7:16
**prosecute** [1] - 3:19
**provide** [2] - 3:21, 3:25
**put** [2] - 7:17, 10:1

### R

**RANDY** [1] - 2:9
**Rayborn** [1] - 4:7
**re** [1] - 3:10
**RE** [1] - 1:5

**realized** [1] - 5:15
**reallocated** [1] - 6:12
**really** [1] - 6:4
**Realtime** [2] - 16:3, 16:12
**REALTIME** [1] - 2:18
**received** [5] - 4:2, 9:19, 12:7, 12:9, 12:10
**reconcile** [2] - 11:13, 12:21
**record** [2] - 5:16, 16:8
**Record** [3] - 4:3, 4:10, 7:24
**RECORDED** [1] - 2:22
**reference** [1] - 9:3
**Registered** [1] - 16:3
**REGISTERED** [1] - 2:18
**registered** [1] - 16:13
**RELATES** [1] - 1:11
**relating** [1] - 3:12
**remain** [2] - 11:16, 12:25
**remainder** [2] - 7:6, 7:11
**remained** [1] - 12:19
**remaining** [1] - 12:18
**repeated** [2] - 4:17, 8:8
**report** [5] - 3:20, 10:1, 10:2, 10:23, 12:22
**reported** [1] - 13:16
**Reporter** [7] - 16:3, 16:4, 16:5, 16:12, 16:13, 16:13
**REPORTER** [3] - 2:17, 2:18, 2:18
**REPORTER'S** [1] - 16:1
**represent** [1] - 4:10
**representing** [1] - 6:2
**represents** [4] - 4:4, 4:17, 4:25, 5:9
**respect** [3] - 4:16, 11:18, 13:12
**respectfully** [1] - 14:9
**responded** [1] - 7:21
**responding** [2] - 10:10, 10:11
**response** [14] - 4:2, 4:9, 4:17, 5:2, 5:6, 5:14, 5:23, 6:18, 7:23, 10:9, 10:14, 10:19, 11:18, 13:4
**responses** [1] - 12:15
**returned** [1] - 7:18
**Rexford** [1] - 4:12
**Rig** [1] - 3:11
**RIG** [1] - 1:6

**rise** [2] - 3:7, 15:15
**RMR** [2] - 2:17, 16:12
**Rodney** [1] - 4:7
**Ronald** [1] - 12:5
**ROOM** [1] - 2:19
**Rosetta** [1] - 4:12
**Rule** [1] - 3:16
**running** [1] - 14:21

### S

**s/Cathy** [1] - 16:11
**satisfactory** [1] - 13:4
**seated** [1] - 3:9
**see** [3] - 8:11, 14:4, 15:5
**seeing** [1] - 13:20
**September** [1] - 13:18
**Serve** [1] - 5:3
**serve** [1] - 6:3
**served** [1] - 5:4
**seven** [2] - 12:23, 13:7
**several** [3] - 8:4, 8:6, 8:7
**Sheet** [1] - 8:18
**SHELL** [1] - 2:10
**Show** [1] - 3:16
**SHOW** [1] - 1:15
**show** [7] - 3:18, 4:4, 4:11, 5:4, 5:9, 10:11, 11:18
**sign** [1] - 7:15
**signatures** [1] - 7:8
**signed** [1] - 3:13
**signing** [1] - 5:24
**similar** [1] - 12:13
**situation** [2] - 10:22, 12:13
**six** [3] - 4:10, 4:16, 4:21
**slow** [1] - 14:5
**small** [1] - 12:21
**SMITH** [1] - 15:8
**Smith** [2] - 4:12, 15:6
**somewhat** [1] - 12:13
**sort** [3] - 7:13, 8:15, 12:17
**specifically** [1] - 13:11
**spike** [2] - 13:25, 14:10
**Spill** [1] - 3:10
**SPILL** [1] - 1:5
**Spriggs** [1] - 12:5
**SQUARE** [1] - 2:10
**ST** [1] - 2:14
**start** [1] - 14:21
**starting** [1] - 14:3
**State** [1] - 16:4
**states** [1] - 7:24

**States** [2] - 16:5, 16:14
**STATES** [2] - 1:1, 1:16
**status** [2] - 3:20, 10:2
**statute** [1] - 14:11
**STENOGRAPHY** [1] - 2:22
**still** [5] - 6:10, 6:20, 8:13, 14:4
**stipulation** [1] - 4:6
**STREET** [2] - 2:10, 2:19
**strongly** [1] - 6:14
**subject** [1] - 11:17
**submitted** [2] - 12:2, 13:13
**substantially** [1] - 7:20
**substantively** [1] - 15:4
**sudden** [1] - 13:23
**suggest** [1] - 6:14
**SUITE** [2] - 1:22, 2:11
**supposedly** [1] - 13:2
**system** [1] - 14:5

## T

**tail** [1] - 14:4
**THE** [51] - 1:5, 1:6, 1:16, 1:21, 3:7, 3:8, 3:10, 3:13, 3:16, 5:13, 5:22, 6:4, 6:9, 6:17, 6:24, 7:1, 7:4, 7:12, 7:22, 8:6, 8:10, 8:19, 8:21, 8:24, 9:1, 9:7, 9:14, 9:21, 9:23, 10:8, 10:25, 11:4, 11:10, 11:15, 11:25, 12:12, 12:25, 13:7, 13:10, 13:15, 13:22, 14:2, 14:6, 14:12, 14:24, 15:1, 15:5, 15:9, 15:13, 15:15
**thereafter** [1] - 10:3
**THIS** [1] - 1:11
**three** [3] - 12:7, 12:8, 13:1
**Timothy** [1] - 5:4
**TO** [2] - 1:11, 3:4
**today** [2] - 13:1, 13:3
**together** [3] - 4:24, 12:21, 13:8
**tomorrow** [1] - 13:3
**total** [1] - 13:16
**Tra** [1] - 12:1
**Tra-ha** [1] - 12:1
**Trahan** [1] - 11:23
**TRAHAN** [1] - 11:24

**transcript** [1] - 16:7
**TRANSCRIPT** [2] - 1:15, 2:22
**Tray** [1] - 12:1
**Tray-han** [1] - 12:1
**true** [1] - 16:7
**try** [1] - 12:21
**trying** [5] - 7:20, 8:1, 8:3, 9:20, 10:21
**twice** [2] - 8:8, 11:20
**two** [1] - 12:3
**TX** [1] - 1:22

## U

**unable** [2] - 7:8, 8:17
**under** [1] - 6:2
**understood** [1] - 13:6
**UNITED** [2] - 1:1, 1:16
**United** [2] - 16:5, 16:14
**up** [5] - 7:22, 8:10, 8:22, 8:23, 13:23

## V

**Valdez** [1] - 4:14
**via** [1] - 5:4
**Villarreal** [1] - 4:15
**VOICES** [2] - 3:15, 15:14
**voluntarily** [2] - 11:12, 12:18

## W

**wait** [1] - 14:20
**WASHINGTON** [1] - 2:15
**website** [1] - 5:3
**WHEREUPON** [1] - 15:16
**Wilkinson** [6] - 9:8, 9:11, 10:1, 10:3, 13:13, 13:17
**WILLIAMS** [1] - 2:13
**wise** [1] - 13:22
**written** [3] - 7:23, 10:14, 10:18

## Y

**yesterday** [1] - 5:19

*OFFICIAL TRANSCRIPT*