## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater | * | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, | * | |
| On April 20, 2010 | * | Section: J |
| | * | |
| This filing relates to: | * | District Judge Carl J. Barbier |
| *15-4143, 15-4146 & 15-4654* | * | |
| | * | Chief Magistrate Judge |
| | * | Joseph Wilkinson |

-------------------------------------------------------------------------

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF HESI AND TRANSOCEAN ASSIGNED CLAIMS AND/OR PUNITIVE DAMAGES CLAIM(S)

The authorized representative of Claimant, JOHN GORMAN, a Deceased claimant, and the HESI and Transocean Assigned Claims and Punitive Damages Settlements Claims Administrator respectfully move this Court to (1) approve the settlement(s) of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the HESI and Transocean Punitive Damages and Assigned Claims Settlements as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

On behalf of John Gorman:

*Holly Hummell-H*
Holly M. Hummell-Gorman
227 Venus Lane
Key West, FL 33040

On behalf of Patrick A. Juneau, Claims Administrator:

/s/Patrick J. Hron, Esq.
Patrick J. Hron, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater | * | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, | * | |
| On April 20, 2010 | * | Section: J |
| | * | |
| This filing relates to: | * | District Judge Carl J. Barbier |
| *15-4143, 15-4146 & 15-4654* | * | |
| | * | Chief Magistrate Judge |
| | * | Joseph Wilkinson |

-------------------------------------------------------------------

### MEMORANDUM IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT OF HESI AND TRANSOCEAN ASSIGNED CLAIMS AND/OR PUNITIVE DAMAGES CLAIM(S)

The Claims Administrator for the HESI and Transocean Assigned Claims and Punitive Damages Settlement Agreements ("Claims Administrator") and HOLLY M. HUMMELL-GORMAN, the Authorized Representative of JOHN GORMAN, a Deceased Claimant ("Claimant"), move this Court for an Order approving settlement of the Claimant's claim under the HESI and Transocean Assigned Claims and Punitive Damages Settlements ("Settlements"), and in support thereof state as follows:

## I.    INTRODUCTION

Court Approved Procedure 2 requires the Claims Administrator and Claimant's Authorized Representative filing claims on behalf of a Deceased, Minor, or Incompetent Claimant to seek the Court's approval of the settlement prior to payments being issued on behalf of the Claimant in the event the claimant is either deceased and (a) there is not a local Court proceeding for probate/succession, (b) there is not a valid trust instrument with ownership rights to the claim, or (c) the claim is outside the limitations set by the relevant state's law for use of a small estates affidavit or transfer by affidavit, or, alternatively, the claimant is deemed incompetent and a conservator/guardian has not been appointed by a court of local jurisdiction.