# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179 <br><br> SECTION: J <br><br> JUDGE CARL BARBIER <br><br> MAG. JUDGE WILKINSON |
| APPLIES TO: <br><br> Civil Action No.: 2:17-vs-04321 <br><br> Jordan Dixey v. British Petroleum (BP) Oil Company | |

### AFFIDAVIT OF LILLIAN SCHMIDT

I, Lillian Schmidt, personally appeared before a notary public, and after being sworn, submit the following:

1. I am employed with Douglas M. Schmidt, APLC as a case manager. I was case manager for Plaintiff Jordan Dixey since he hired our firms to represent him in this case.

2. Mr. Dixey's Exhibit D to his Particularlized Statement of Claim in response to PTO 66 was drafted by me and based on a standard form our firm uses for gathering information. Because most of the clients were clean-up workers, we used the same rubric with altered answers for the exposure-only clients for the sake of simplicity. The row in Mr. Dixey's Exhibit D stating "Locations where client worked cleanup" was not intended to convey that Mr. Dixey worked clean-up, as evidenced by the answers of his home address and workplace.

3. The information provided did not intend to allege that Mr. Dixey was a member of the class, as evidenced everywhere else in his PTO 66 answers. Mr. Dixey was exposed through his non-cleanup job and at his home in Cantonment, Florida. He was also a pilot flying in and around the Gulf of Mexico during 2010.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Lillian Schmidt

SWORN to before me,
This 21 day of August, 2019

_____ #03264
Notary Public for Louisiana
My commission expires _Upon Death_