# EXHIBIT 4

Date: 6-25-12

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Re: Request to Opt Out

Dear Claims Administrator:

**I wish to exclude myself from and hereby opt out of the Economic Settlement Class.** I understand that I will not be able to make a claim or receive any payment under the Economic Settlement as a result of this request. Please find my information below and a copy of my <u>driver's license or other government-issued identification</u> attached hereto.

Printed Name: ERVIN　　CHARLES　　POUGH
　　　　　　　　First　　　　　Middle　　　　　Last

Address: 171 HOLLY BUSH CHURCH ROAD
WAYNESBORO, MS 39367

Phone Number: (601) 381-4548 (sister)
504-491-8447 (mother)

Date of Birth: 3-27-80

Case 2:10-md-02179-CJB-DPC Document 25979-4 Filed 08/21/19 Page 2 of 7

**Sincerely,**

Ervin C. Pough (Annette Patterson)
　　　　Signature　　　　　　　　mother



# DURABLE GENERAL POWER OF ATTORNEY

## KNOW ALL MEN BY THESE PRESENTS:

That I, **ERVIN POUGH**, an adult resident of 169 Holly Bush Church Road, Waynesboro, Mississippi 39367 (sometimes referred to as "principal" herein), by these presents do make, constitute, and appoint **ANNETTE W. PATTERSON**, an adult resident of 169 Holly Bush Church Road, Waynesboro, Mississippi 39367, to be my general agent, and by these presents I hereby empower and authorize my general agent, for me and in my name and on my behalf, to do and perform all acts which I personally can or could do myself, or, should I at any future date be under any type of mental or physical disability, which I personally could do myself except for such disability; it being my intention hereby to vest in my attorney-in-fact full, complete and plenary power, without any limitation whatsoever, to act for me and in my name and on my behalf with respect to any and all matters and things whether business or personal. Each and every thing so done for me or on my behalf by my attorney-in-fact, when and as done, hereby is ratified, adopted, approved and declared valid.

Without in any manner limiting the generality and total inclusiveness of the powers and authorities specified above, but rather unequivocally to confirm same, my general agent shall have full and complete power, for me and in my name and on my behalf:

1. To demand, sue for, collect, recover, and receive all goods, claims, debts, monies, interest and demands whatsoever now due, or that may hereafter be due or belong to me, and to make, execute and deliver receipts, releases or other discharges therefor;

2. To make, execute, endorse, accept and deliver any and all bills of exchange, drafts, notes and trade acceptances, and to sign and endorse checks and withdrawal requests on any bank account or savings account which I now possess or may acquire in the future and to pay all sums of money, at any time, or times, that may hereafter be owing by me upon any bill of exchange, check, draft, note or trade acceptance made, executed, endorsed, accepted and delivered by me, or for me, and in my name, by my said general agent;

3. To purchase, for and on my behalf, such property, real, personal or intangible, including, but not limited to, stock, bonds, notes, securities, certificates of deposit, and the like upon such terms and conditions as my attorney-in-fact may determine;

4. To sell any and all shares of stocks, bonds or other securities now, or hereafter, belonging to me that may be issued by any association, trust, or corporation, whether private or public, and to make, execute and deliver an assignment, or assignments, of any such shares of stocks, bonds, or other securities;

Page 1 of 4

5. To defend, settle, adjust, compound, submit to arbitration and compromise all actions, suits, accounts, reckonings, claims and demands whatsoever that now are, or hereafter shall be, pending between me and any person, firm or corporation in such manner and in all respects as my said general agent shall think fit;

6. To enter into, make, sign, execute and deliver, acknowledge and perform any contract, agreement, writing or thing that may, in the opinion of my said general agent, be necessary or proper to be entered into, made, or signed, sealed, executed, delivered, acknowledged or performed;

7. To enter into any safe deposit box that I may have and remove therefrom any of the contents thereof; open new safe deposit boxes and close out any safe deposit boxes;

8. To employ such brokers, banks, custodians, investment counsel, attorneys, and other agents, and to delegate to them such of their duties, rights, and powers, including among others, the right to vote on shares of stock held by them, as they may determine, and for such periods as my general agent thinks proper;

9. To negotiate for the sale of, to sell, barter, exchange or dispose of any real estate of which I am now seized or possessed in fee simple, or for any less estate, to any person or persons, for any price, or in any manner whatsoever, and for those purposes to execute and acknowledge any deed or deeds, lease or leases, or other assurance or assurances, with general covenants of warranty against all persons, or any other covenants whatsoever, as my said general agent may deem expedient;

10. To sell, mortgage, hypothecate and in any and every way and manner deal with any of my real estate, personalty, choses in action and other property, and to sign, seal, execute, acknowledge and deliver any agreements, mortgages and deeds of trust as may be necessary or proper;

11. To lease, rent, or otherwise encumber for a period of months or years any real estate, personalty, choses in action and other property in which I have any interest, and to sign, execute, acknowledge and deliver any agreements, leases, and contracts as may be necessary and proper for such price as my attorney-in-fact shall determine and for such periods as my attorney-in-fact may think proper;

12. To obtain copies of any financial information, tax returns, wills, trusts, or other legal or estate planning documents from any attorney, accountant, financial consultant, broker or other professional hired by me and to consult with any such professionals concerning the same;

13. To handle any federal or state tax matters on my behalf, to make any federal or state tax elections on my behalf, to sign any federal or state tax forms on my behalf, including but not limited to Internal Revenue Service Form 2848, "Power of Attorney and Declaration of Representative," and to hire attorneys or accountants to represent me in any federal or state tax controversies;

14. To disclaim or renounce any interest in property, in whole or in part, including any power with respect to property and including an undivided interest in property transferred to me, with any such disclaimer to be made in writing stating specifically the property or interest disclaimed and delivered to the transferor of the property, the transferor's legal representative, or the holder of the legal title to the property to which the interest relates and with any such disclaimer to be made within the time period and in the manner required for the disclaimer to qualify under Section 2518 of the Internal Revenue Code of 1986, or the corresponding provisions of any subsequent federal law;

15. To create and contribute to an employee benefit plan (including a plan for a self-employed individual) for my benefit; to select any payment option under any IRA or employee benefit plan in which I am a participant (including plans for self-employed individuals) or to change options I have selected; to make voluntary contributions to such plans; to make "roll-overs" of plan benefits into other retirement plans;

to apply for and receive payments and benefits; to waive rights given to non-employee spouses under state or federal law; to borrow money and purchase assets therefrom and sell assets thereto, if authorized by any such plans; to make and change beneficiary designations; to consent and/or waive consent in connection with the designation of beneficiaries and the selection of joint and survivor annuities under any employee benefit plan; and

16. To handle any matters concerning public / governmental benefits or services on my behalf, including, but not limited to, benefits or services to which I may be entitled from the Social Security Administration, the Veterans Administration, Medicare, and Medicaid, and any other benefits/services to which I am entitled; to represent me in all such matters, to execute documents as my representative, to ask for, demand, file necessary appeals, collect and receive such benefits now or hereafter due, owing or payable to which I have a claim and to execute and deliver documents related thereto.

17. To be my Personal Representative as defined by the Health Insurance Portability & Accountability Act of 1996 (HIPAA). This shall supercede any prior agreement I have with a Health Care Provider and shall be immediate and in full force and effect upon the execution of this Durable Power of Attorney.

18. Without, in any way, limiting the foregoing, generally to do, execute and perform any other act, deed, matter or thing whatsoever that ought to be done, executed and performed or that, in the opinion of my said attorney-in-fact, ought to be done, executed or performed, in and about the premises, of every nature and kind whatsoever, as fully and effectually as I could do, if personally present, and I hereby ratify and confirm all lawful acts done by my said attorney-in-fact in virtue hereof.

19. No agent named or substituted in this power shall incur any liability to me for acting or refraining from acting under this power, except for such agent's own misconduct or negligence.

20. Photocopies of this signed Durable General Power of Attorney shall be treated as original counterparts.

21. I hereby expressly revoke any and all Durable General Powers of Attorney heretofore given by me.

The powers and authorities hereby granted shall remain effective and be in full force and effect until such time as same may hereafter be amended or revoked, in whole or in part, by an instrument in writing executed by me. However, any amendment or ratification, or attempted amendment or ratification, of the powers and authorities hereby granted shall not be effective as to any one to whom a copy of this Power of Attorney has been delivered until such time as there shall have been delivered to such person a copy of a written amendment or revocation, or partial revocation, executed by me. Each person to whom a copy of this Power of Attorney has been delivered may continue to rely upon same until such time as said person has received delivery of a copy of a written amendment or revocation, or partial revocation, hereof executed by me.

Every bank or other financial institution, insurance company, transfer agent, issuer, obligor, safe deposit box company, title insurance company or other person, firm or corporation to which this power of attorney is presented is authorized to receive, honor and give effect to all instruments signed pursuant to the foregoing authority without inquiring as to the circumstances of their issuance or the disposition of the property delivered pursuant thereto. All acts done by my general agent pursuant to this power shall be binding upon me and my heirs and legal representatives.

This power of attorney shall not be affected by my subsequent disability or incompetency or lapse of time. It is my intention and desire that it shall validly and effectively continue thereafter.

IN TESTIMONY WHEREOF, I have hereunto set my signature this the 6th day of April, 2012.

Witnesses to Mark (X):

_Henry Pough_

_Arthur Thomas_

_____ (His Mark)
ERVIN POUGH

**STATE OF MISSISSIPPI**

**COUNTY OF WAYNE**

PERSONALLY came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named **ERVIN POUGH**, who acknowledged to me that he signed and delivered the above and foregoing Durable General Power of Attorney on the day and year therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this the 6th day of April, 2012.

_Charles M. Leggett_
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 18680, CHARLES M. LEGGETT, Commission Expires May 20, 2015, WAYNE COUNTY]

ND: 4847-4877-2367, v. 1