UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAG. JUDGE WILKINSON |
| Case No. 2:17-cv-1039 *Patti Wallace, on behalf of the decedent, Guy Wallace v. BP Exploration & Production, Inc., et al.* | * * | |

*******************************************

### AFFIDAVIT OF ALLEN W. LINDSAY, JR.

STATE OF FLORIDA

COUNTY OF SANTA ROSA

BEFORE ME, the undersigned authority, personally came and appeared:

Allen W. Lindsay, Jr.

1. I am the owner of Lindsay & Lindsay, P.A., located at 5218 Willing Street, Milton, Florida 32570. I have been practicing law in Florida and Alabama since 1967. I am of full age of majority and capable of making this affidavit. I have personal knowledge of the facts set forth in this affidavit, and the facts stated herein are true and correct.

2. In conjunction with other members of our legal team, I assisted in the management of the firm's Deepwater Horizon Medical Benefits Class Action Settlement Agreement opt out process, including that of Plaintiff Guy Wallace.

3. On October 30, 2012, Lindsay & Lindsay, P.A. mailed Plaintiff Guy Wallace's opt out request to the Deepwater Horizon Medical Benefits Class Administrator. During that time, all of the firm's qualified clients opted out of the Deepwater Horizon Medical Benefits Class Action Settlement by signing opt out forms ("Opt-Out Notifications") and mailing them to the Administrator of the Class.


4. Because of Guy Wallace's declining health and other medical issues, he was often unavailable to sign documents and conduct other business related to his filed claim, and he appointed his wife, Patti Wallace, with General Power of Attorney on June 25, 2012. The opt-out request was properly executed by an authorized party on behalf of Plaintiff. A copy of the General Power of Attorney authorizing Patti Wallace to execute the opt out request on behalf of Guy Wallace was also timely submitted to the Deepwater Horizon Medical Benefits Class Administrator. A copy of the submitted documentation is attached hereto as Exhibit A.1.

5. The documents attached hereto are true and correct copies of records maintained at the law firm of Lindsay & Lindsay, P.A. in the regular course of business.

6. I understand that the Deepwater Horizon Medical Benefits Class Administrator is in possession of Guy Wallace's opt out request, but no reason for the Deepwater Horizon Medical Benefits Class Administrator's decision was provided in BP's motion for summary judgment.

7. We have not had any opportunity to conduct discovery related to the underlying information forming the basis for the list provided by the Deepwater Horizon Medical Benefits Class Administrator to BP and attached by BP as the factual basis for the motion for summary judgment.

Dated this 20th day of August, 2019.

_____
Allen W. Lindsay, Jr.

SWORN TO AND SUBSCRIBED before me this 20th day of August, 2019.

_____
Notary Public



SYLVIA M. GALLOWAY
MY COMMISSION # FF 929114
EXPIRES: November 2, 2019
Bonded Thru Notary Public Underwriters