10-30-12 - Medical Opt Outs Mailed certified mail, RRR  70083230000064025583

Joni Barkley
Cedric Beachem
Stephone Caldwell
Derek Dwyer
Cynthia Elliott
Larry Fountain
Curtis Fugatt
Jerry Hampton
Bruce Hunt
Brian Keller
Jared Kendrick
Jason Landers
William McIntosh
Lorenzo Murphy
Ulric Novelozo
Robert Parizo - **Revocation of Opt-Out mailed 11-6-12**
Michael Turner
Michael Vickers
Guy Wallace
Ashley Williams
Allen Wright

Ulysses Barkley mailed his direct


10-30-12 - Economic Opt Outs Mailed certified mail, RRR 70083230000064025576

Bolley Johnson
Linda Tessicini
Mary Matthews


11-1-12 - Economic Opt Out

Lindsay & Andrews - **Revocation of Opt-Out mailed 11-5-12**

EXHIBIT A.2



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Deepwater Horizon Medical<br>Benefits Settlement - OPT OUTS<br>935 Gravier Street, Suite 1400<br>New Orleans, LA 70112 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 3230 0000 6402 5583 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540