UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAG. JUDGE WILKINSON |
| Case No. 2:17-cv-1039 *Patti Wallace, on behalf of the decedent, Guy Wallace v. BP Exploration & Production, Inc., et al*. | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF'S STATEMENT OF MATERIAL DISPUTED FACTS SUBMITTED IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT ON B3 CLAIMS RELEASED UNDER THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT FILED BY BP AMERICA PRODUCTION COMPANY AND BP EXPLORATION & PRODUCTION INC.**

In accordance with Rule 56(c) of the Federal Rules of Civil Procedure and Rule 56.1 of this Court, Plaintiff, Guy Wallace, respectfully submits the following disputed material facts in opposition to the Motion for Summary Judgment on B3 Claims Released under the Medical Benefits Class Action Settlement Agreement (the "MSA") filed by BP America Production Company and BP Exploration & Production Inc. (collectively, "BP"):

1. Plaintiff, Guy Wallace, opted out of the MSA by providing a valid and timely written request to opt out of the MSA Class to the Deepwater Horizon Medical Benefits Class Administrator, Garretson Resolution Group ("GRG"), which was dated October 22, 2012. *See* Plaintiff's Opt-Out Notification, dated October 22, 2012, attached hereto as Exhibit A.1 to the Affidavit of Allen W. Lindsay, Jr. (Exhibit A).

2. With the Opt-Out Notification, Plaintiff provided his driver's license, printed name, address, phone number, and date of birth as required under the MSA. *Id.*

3. Plaintiff's Opt-Out Notification and required documents were timely sent via certified mail to GRG's office on October 30, 2012. *See* list of Opt-Outs mailed via certified mail, RRR 70083230000064025583, attached hereto as Exhibit A.2 to the Affidavit of Allen W. Lindsay, Jr. (Exhibit A).

4. The return receipt indicates that the Opt-Out Notice and required documents were received and signed for by GRG's Office. Ex. A.2 to the Affidavit of Allen W. Lindsay, Jr. (Exhibit A) at p. 2.

5. GRG's office apparently received the other Opt-Out Notifications sent that same day via certified mail from Plaintiff's counsel's office, as those plaintiffs are not included on the list of plaintiffs who did not provide timely and valid opt-out forms. *See* Exhibit A.2 to the Affidavit of Allen W. Lindsay, Jr. (Exhibit A); *see* also, BP's Memorandum of Law in Support of its Motion for Summary Judgment, Exhibit A.

6. Because Plaintiff produced a valid and timely Opt-Out Notification in the form and manner required under the MSA, he has effectively opted-out of the MSA Class, and therefore has not released his claims against BP. Ex. A.1 to the Affidavit of Allen W. Lindsay, Jr. (Exhibit A); Ex. A.2 to the Affidavit of Allen W. Lindsay, Jr. (Exhibit A); MSA (Rec. Doc. 6427.1 at p. 92, ¶ E). Accordingly, summary judgment is not appropriate. *Id.*

7. Plaintiff's counsel did not receive a copy of the list provided by GRG to the Court, BP and Plaintiffs' Steering Committee in May 2018. *See* BP's Statement of Material Facts, Rec Doc. 25914-1 at ¶ 13.

8. Plaintiff was not listed on the GRG report attached to the Court's January 31, 2019 PTO 66 Compliance Order as Ex. 1. *See* BP's Statement of Material Facts*,* Rec. Doc. 25914-1 at ¶ 13.

          Respectfully submitted,

          _/s/ Timothy J. Falcon_____
          Timothy J. Falcon, #16909
          Email: tim@falconlaw.com
          Jeremiah A. Sprague, #24885
          Email: jerry@falconlaw.com
          FALCON LAW FIRM, PLC
          5044 Lapalco Boulevard
          Marrero, Louisiana 70072
          Telephone: (504) 341-1234
          Facsimile: (504) 341-8115

          And

          Allen W. Lindsay, Jr.
          Florida Bar Roll No. 104956
          awl@lal-law.com
          LINDSAY & LINDSAY
          5218 Willing Street
          Milton, Florida   32570
          Telephone: (850) 623-3200
          Facsimile: (850) 623-0104

          ***Attorneys for Plaintiff, Guy Wallace***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Statement of Disputed Material Facts in Opposition to BP's Motion for Summary Judgment on B3 Claims Released Under the Medical Benefits Class Action Settlement Agreement has been served on by All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended,

3

4

and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of August, 2019.

*/s/ Timothy J. Falcon*
Timothy J. Falcon