# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY MATULONIS * | |
| *Plaintiff* * | |
| * | No. 13-cv-01512 |
| v. * | |
| * | SECTION: "J" (1) |
| * | |
| B.P. EXPLORATION & PRODUCTION, INC.,* | JUDGE: CARL J. BARBIER |
| B.P. AMERICA PRODUCTION COMPANY. * | |
| and B.P. P.L.C., * | |
| *Defendants* * | |
| * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Anthony Matulonis, who respectfully requests that Kacie F. Gray (La. Bar No. 36476) of Irpino, Avin & Hawkins Law Firm, LLC, be enrolled as additional counsel of record on his behalf.

Respectfully submitted:

*/s/ Kacie F. Gray*
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Carlos A. Ramirez (#31532)
Kacie F. Gray (#36476)
Irpino, Avin & Hawkins Law Firm
2216 Magazine Street
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggin@irpinolaw.com
cramirez@irpinolaw.com
kgray@irpinolaw.com

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I have on this 22nd day of August 2019, filed electronically a true copy of the foregoing. All parties received notice of this filing by operation of Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                                 */s/ Kacie F. Gray*  
                                                                 KACIE F. GRAY