# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY MATULONIS *<br>　　*Plaintiff* *<br>　　　　　　　　　　　　*<br>　　v.　　　　　　　　　　*<br>　　　　　　　　　　　　*<br>B.P. EXPLORATION & PRODUCTION, INC.,*<br>B.P. AMERICA PRODUCTION COMPANY. *<br>and B.P. P.L.C.,　　　　　*<br>　　*Defendants* *<br>　　　　　　　　　　　　*<br>　　　　　　　　　　　　* | No. 13-cv-01512<br><br>SECTION: "J" (1)<br><br>JUDGE: CARL J. BARBIER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Enroll:

**IT IS HEREBY ORDERED** that Kacie F. Gray of Irpino, Avin & Hawkins Law Firm, LLC, be hereby permitted to appear and participate as co-counsel for the plaintiff, Anthony Matulonis, in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**CARL J. BARBIER**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**