# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER** |
| **Applies to: 12-cv-968: BELO** | **MAGISTRATE JUDGE WILKINSON** |
| **Relates to:** | |

| | | | | | |
|---|---|---|---|---|---|
| 19-01119 | 19-01965 | 19-02151 | 19-02319 | 19-02595 | 19-03384 |
| 19-01757 | 19-01976 | 19-02183 | 19-02324 | 19-02596 | 19-03387 |
| 19-01765 | 19-02001 | 19-02187 | 19-02326 | 19-02598 | 19-03388 |
| 19-01769 | 19-02003 | 19-02188 | 19-02331 | 19-02600 | 19-03389 |
| 19-01770 | 19-02004 | 19-02192 | 19-02335 | 19-02603 | 19-03391 |
| 19-01774 | 19-02010 | 19-02195 | 19-02339 | 19-02605 | 19-03392 |
| 19-01775 | 19-02015 | 19-02196 | 19-02517 | 19-02606 | 19-03399 |
| 19-01777 | 19-02017 | 19-02198 | 19-02519 | 19-02608 | 19-03405 |
| 19-01780 | 19-02052 | 19-02251 | 19-02520 | 19-02609 | 19-03454 |
| 19-01815 | 19-02062 | 19-02255 | 19-02521 | 19-02610 | 19-03466 |
| 19-01816 | 19-02063 | 19-02256 | 19-02522 | 19-02611 | 19-03477 |
| 19-01817 | 19-02071 | 19-02258 | 19-02524 | 19-02615 | 19-03481 |
| 19-01821 | 19-02073 | 19-02261 | 19-02541 | 19-02616 | 19-03488 |
| 19-01822 | 19-02077 | 19-02265 | 19-02544 | 19-02617 | 19-03491 |
| 19-01825 | 19-02084 | 19-02266 | 19-02561 | 19-02618 | 19-03499 |
| 19-01827 | 19-02117 | 19-02269 | 19-02566 | 19-02622 | 19-03508 |
| 19-01829 | 19-02120 | 19-02274 | 19-02570 | 19-02623 | 19-03509 |
| 19-01871 | 19-02122 | 19-02275 | 19-02571 | 19-02624 | 19-03513 |
| 19-01872 | 19-02127 | 19-02276 | 19-02573 | 19-02626 | 19-03523 |
| 19-01874 | 19-02133 | 19-02277 | 19-02576 | 19-02633 | 19-03536 |
| 19-01877 | 19-02135 | 19-02297 | 19-02577 | 19-02653 | 19-03542 |
| 19-01878 | 19-02138 | 19-02305 | 19-02578 | 19-02657 | 19-03546 |
| 19-01879 | 19-02142 | 19-02306 | 19-02584 | 19-02664 | 19-03572 |
| 19-01882 | 19-02143 | 19-02308 | 19-02587 | 19-02665 | 19-03575 |
| 19-01950 | 19-02144 | 19-02310 | 19-02589 | 19-03371 | 19-03585 |
| 19-01954 | 19-02145 | 19-02311 | 19-02590 | 19-03373 | 19-03595 |
| 19-01957 | 19-02146 | 19-02314 | 19-02591 | 19-03375 | 19-03610 |
| 19-01958 | 19-02147 | 19-02316 | 19-02593 | 19-03381 | 19-03611 |

**JOINT SUPPLEMENTAL REPORT
REGARDING THE AUGUST 8, 2019 SHOW CAUSE ORDER**

On August 8, 2019, the Court issued an Order to Show Cause with respect to 176 BELO Plaintiffs ("Show Cause Order," Rec. Doc. 25930). The plaintiffs subject to the Show Cause Order had failed to provide full and complete initial disclosures by the initial 90-day deadline set by BELO Case Management Order No. 1, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. The Court ordered counsel for the plaintiffs identified in the Show Cause Order to appear at a Show Cause Hearing on Friday, August 16, 2019, and show cause why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). The Nations Law Firm represented 168 of the 176 plaintiffs subject to the Show Cause Order.

Pursuant to the Court's August 20, 2019 Order on the Show Cause Hearing (Rec Doc. 25962) the BP Parties and the Nations Law Firm provide this joint supplemental report identifying: (1) those plaintiffs that have voluntarily dismissed their cases; (2) those plaintiffs that the parties agree are compliant as of August 16, 2019; and (3) those plaintiffs that BP contends are subject to dismissal. The BP Parties have conferred with The Nations Firm, who are in agreement with the information presented in this report.

**I.   Plaintiffs Who Have Voluntarily Dismissed Their Cases.**

The following 56 Nations Law Firm plaintiffs subject to the August 16, 2019 Show Cause Hearing have dismissed their complaints.

| Show Cause Order Case Number | Docket Number | Plaintiff |
|---|---|---|
| 9 | 19-01777 | Swinney, Joseph Le Jr. |

2

| Show Cause Order Case Number | Docket Number | Plaintiff |
|---|---|---|
| 12 | 19-01815 | Dates, Terry Antonio |
| 14 | 19-01817 | Fagan, Frank |
| 15 | 19-01821 | Soudelier Jr., James L. |
| 18 | 19-01827 | Verdin Jr., Michael Gerard |
| 21 | 19-01872 | Howard, Brain Lee |
| 22 | 19-01874 | Hutchins, Bryan Keith |
| 23 | 19-01877 | Lutley III, James Richard |
| 24 | 19-01878 | McPherson, Rondell Martinez |
| 25 | 19-01879 | Men, Sophin |
| 28 | 19-01954 | Chau, Quon Van |
| 29 | 19-01957 | Johnson, Challor |
| 30 | 19-01958 | Jones, David Eugene |
| 34 | 19-02003 | Ta, Tua Van |
| 35 | 19-02004 | Ross, Erica Ann |
| 36 | 19-02010 | Watson, Michael |
| 44 | 19-02077 | Vo, Tan Duy |
| 45 | 19-02084 | Anderson III, Lensey |
| 46 | 19-02117 | Campbell, Portrene Lynette |
| 47 | 19-02120 | Constant, Sidney John |
| 53 | 19-02142 | Robinson III, Sterling Joseph |
| 55 | 19-02144 | Sprinkle Jr., Billy Gene |
| 65 | 19-02196 | Cao, Minh Duc |
| 68 | 19-02251 | Broxson, Bruce Scott |
| 70 | 19-02256 | Davis, Robert Joseph |
| 80 | 19-02297 | Ditcharo, Dolores Sevin |
| 83 | 19-02308 | Maloy, Christopher Allen |
| 88 | 19-02319 | Nguyen, Nam Tan |
| 95 | 19-02517 | Atwell, Faith Ann |
| 97 | 19-02520 | Authement, Dion John |
| 106 | 19-02571 | Chaisson Sr., Michael Daniel |
| 108 | 19-02576 | Chapman, Chai Josef |
| 109 | 19-02577 | Chiem, John |
| 116 | 19-02593 | Cunningham, Roger Glenn |
| 119 | 19-02598 | Do, Niem Van |
| 120 | 19-02600 | Domangue, Brookes Allen |
| 123 | 19-02606 | Gearhart, Jeffrey Scott |
| 125 | 19-02609 | Heathcoe, Dean O'Neal |
| 127 | 19-02611 | Hoang, Kennedy |

| Show Cause Order Case Number | Docket Number | Plaintiff |
|---|---|---|
| 133 | 19-02622 | Le, Ha Q. |
| 135 | 19-02624 | Lee, Tenisha Rashida |
| 138 | 19-02653 | Thompson, Joel Cecil |
| 150 | 19-03387 | Dardar Jr., Eulbert |
| 151 | 19-03388 | Dardar, Raymond Thomas |
| 153 | 19-03391 | Dixon, Rentia Vail |
| 159 | 19-03477 | Kirchharr, Johnie Thomas |
| 162 | 19-03491 | Lewis, Cerell Deshawn |
| 166 | 19-03513 | Love, Tory Romales |
| 167 | 19-03523 | Martin, Paul Tapley (brought by decedent's personal representative Darlene Martin Baird) |
| 168 | 19-03536 | Tompkins, Beatrice Hancock |
| 169 | 19-03542 | Tew, Valiant Eugene |
| 170 | 19-03546 | Prewett, William Ray |
| 172 | 19-03575 | Luke, Patrick Joseph |
| 173 | 19-03585 | Maddox, James Edward, Jr. |
| 174 | 19-03595 | Marks, Thomas Kevin |
| 175 | 19-03610 | Robinson, Wilbert Leo |

II.   **Plaintiffs Who the Parties Agree Are Compliant as of August 16, 2019.**

The following 57 Nations Law Firm plaintiffs subject to the August 16, 2019 Show Cause Hearing have submitted full and complete disclosures as of the August 16, 2019 Show Cause Hearing, and therefore the Show Cause Order has been satisfied with respect to these plaintiffs:

| Show Cause Order Case Number | Docket Number | Plaintiff |
|---|---|---|
| 3 | 19-01757 | Ratliff, Jeffrey Odin |
| 4 | 19-01765 | Rojas Jr., Arthur Leon |
| 5 | 19-01769 | Simoneaux, Dale Gerard |
| 7 | 19-01774 | Sparrow, Jennifer Nicole |
| 8 | 19-01775 | Spriggs, Ronald Eugene |

4

| Show Cause Order Case Number | Docket Number | Plaintiff |
|---|---|---|
| 10 | 19-01780 | Tiet, Kenny Anh |
| 13 | 19-01816 | Norwood II, Wheeler |
| 20 | 19-01871 | Henn, Jason Leonard |
| 26 | 19-01882 | Nelson, Cotie John |
| 32 | 19-01976 | Nguyen, Michael Thanh |
| 39 | 19-02052 | Barnes Jr., Willie Lee |
| 41 | 19-02063 | Lankford, Eric Justin |
| 42 | 19-02071 | Taylor, Daniel Mark |
| 43 | 19-02073 | Trahan Jr., Lynn Paul |
| 48 | 19-02122 | Dorsey, Jason Maurice |
| 49 | 19-02127 | Herbert, Felicia Michelle |
| 50 | 19-02133 | King, Clifton Windell |
| 51 | 19-02135 | Maynard, William Lee |
| 54 | 19-02143 | Sean, Sovan |
| 57 | 19-02146 | Tran, Hien Quang |
| 60 | 19-02183 | Adams, Robert Ray |
| 66 | 19-02198 | Coppedge, Aaron Wayne |
| 71 | 19-02258 | Demoran, Jill Ursula |
| 72 | 19-02261 | Ellis, Jr., Albert James |
| 74 | 19-02266 | Franklin, David James |
| 76 | 19-02274 | Griffis Jr., Earle James |
| 77 | 19-02275 | Gossett, Jonathan Lamar |
| 79 | 19-02277 | Hall, Richard Louis |
| 86 | 19-02314 | Merchant, Craig Maurice |
| 87 | 19-02316 | Montgomery, Richard Demetrius |
| 90 | 19-02326 | Ricker Jr, Carl Lambert |
| 92 | 19-02335 | Tong, Hai Van |
| 96 | 19-02519 | Atkinson, Brandon Wray |
| 98 | 19-02521 | Autrey Jr., James Ernest |
| 99 | 19-02522 | Barbier, Christopher Nicholas |
| 102 | 19-02544 | Broussard, Charlie G. |
| 105 | 19-02570 | Carver, Timothy Ray |
| 107 | 19-02573 | Chandler Jr., Alex |
| 110 | 19-02578 | Clark, Joshua Lee |
| 115 | 19-02591 | Crawford, Clyde Russell |
| 118 | 19-02596 | Davis, Timothy Ray |
| 121 | 19-02603 | Feagin, Greta Louise |
| 124 | 19-02608 | Harris, Marcus Dwayne |
| 126 | 19-02610 | Hicks, Daniel John |

5

| Show Cause Order Case Number | Docket Number | Plaintiff |
|---|---|---|
| 130 | 19-02616 | Huynh, Ut Van |
| 131 | 19-02617 | Jackson, Bertha Young |
| 134 | 19-02623 | Lee, Lori Diane |
| 139 | 19-02657 | Waters, Michael Terrell |
| 146 | 19-03373 | Anderson, Zolia Powell |
| 147 | 19-03375 | Atkinson, Lacondor Dejaun |
| 148 | 19-03381 | Castle, Rhoda Marie |
| 152 | 19-03389 | Davis, Martin Ellis |
| 154 | 19-03392 | Edwards, Nina Nanettee |
| 156 | 19-03405 | Hoang, Anh Ngoc |
| 157 | 19-03454 | Kitt, Eric Jermaine |
| 171 | 19-03572 | Luke, Darrell John |
| 176 | 19-03611 | Rutledge, Gregory Vanario |

### III. Plaintiffs Who Are Subject to Dismissal.

The following 55 Nations plaintiffs subject to the July 19, 2019 Show Cause Hearing did *not* submit full and complete disclosures as of the August 16, 2019 Show Cause Hearing. The BP Parties submit that these lawsuits should be dismissed with prejudice.

| Show Cause Order Case Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 1 | 19-01119 | Watson, Leeanna Ernesta | Missing signed PPF and authorizations |
| 6 | 19-01770 | Smith, Clyde Douglas | No production |
| 16 | 19-01822 | Tran, Tap Viet | No production |
| 17 | 19-01825 | Trough, Gerardo Jimmez | No production |
| 19 | 19-01829 | Williams, Ben Ray | No production |
| 27 | 19-01950 | Bolden, Paul Wayne | No production |
| 31 | 19-01965 | Thomas, Harry Darnell | No production |

6

| Show Cause Order Case Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 33 | 19-02001 | Stevenson Sr., Everett Lee | No production. |
| 37 | 19-02015 | Hall, Tanisha Micque | No production |
| 38 | 19-02017 | Drake, Jomedgar Jomar | No production |
| 40 | 19-02062 | Jones, Bradly Davis | No production |
| 52 | 19-02138 | Nguyen, Anh Thi | No production |
| 56 | 19-02145 | Tang, Hai Thanh | No production |
| 58 | 19-02147 | Tran, Them Hiep | No production |
| 59 | 19-02151 | Allinder, Zachery Spencer | PPF is signed but lacks substantive responses |
| 61 | 19-02187 | Collins, Tiffany Nicole | No production |
| 62 | 19-02188 | Catha, Diane Bragg | No production |
| 63 | 19-02192 | Acosta, Annette Marie | No production |
| 64 | 19-02195 | Brown, Kenneth De Wayne | No production |
| 69 | 19-02255 | Cao, Dan Dien | No production |
| 73 | 19-02265 | Fears, Denise Rose | No production |
| 75 | 19-02269 | Georgiou, Art Steve | No production |
| 78 | 19-02276 | Hamilton, Jeremy Damarius | No production |
| 81 | 19-02305 | Ken, Monychenda | No production |
| 82 | 19-02306 | Langley, Joseph Michael | No production |
| 84 | 19-02310 | Livingston, Sean Andre | No production |
| 85 | 19-02311 | Maddox, William Charles | No production |
| 89 | 19-02324 | Poole, Eric Paul | No production |
| 91 | 19-02331 | Tang, Hoa Thai | No production |
| 93 | 19-02339 | Washington, Karen Denice | No production |
| 100 | 19-02524 | Black Jr., James Howard | No production |

| Show Cause Order Case Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 101 | 19-02541 | Britton, Ronald Dean | No production |
| 103 | 19-02561 | Brown Jr., Nathaniel Javier | No production |
| 104 | 19-02566 | Cao, Minh Thanh | No production |
| 111 | 19-02584 | Clipper, James William | No production |
| 112 | 19-02587 | Collier Jr., Gerald Randall | No production |
| 113 | 19-02589 | Collier, Kenneth Terry | No production |
| 114 | 19-02590 | Cooper, Addis Tallafarell | No production |
| 117 | 19-02595 | Davis, James Roy | No production |
| 122 | 19-02605 | Gaines, Clifford Bryan | No production |
| 129 | 19-02615 | Huynh, Hung Minh | No production |
| 132 | 19-02618 | Jacobs, Ronald Allen | No production |
| 136 | 19-02626 | Ziglar, Jason Spencer | No production |
| 137 | 19-02633 | Nguyen, Lam Van | No production |
| 140 | 19-02664 | Tran, Hau Huu | No production |
| 141 | 19-02665 | Coker, Dwayne Dominick | No production |
| 145 | 19-03371 | Adams, John Clifton | No production |
| 149 | 19-03384 | Cummings, Travis Blake | No production |
| 155 | 19-03399 | Fowler, Randall Joseph | No production. |
| 158 | 19-03466 | Larry, Martineze | No production |
| 160 | 19-03481 | Jackson Jr., Earl Albert | No production |
| 161 | 19-03488 | Le, Hung Thanh | No production |
| 163 | 19-03499 | Lo, Sinh Thieu | No production |
| 164 | 19-03508 | Tran, Lo | No production |
| 165 | 19-03509 | Tran, Mike Dinh | No production |

August 23, 2019                               Respectfully submitted,

    */s/ Howard L. Nations*
Howard L. Nations
The Nations Law Firm
Texas State Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, Texas 77042
Telephone:  (713) 807-8400
Telefax:  (713) 807-8423 (Fax)

**ATTORNEYS FOR PLAINTIFF**

    */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON &
TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of August 2019.

                                                    */s/ Don K. Haycraft*
                                                    Don K. Haycraft