UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE WILKINSON |
| BELO Cases identified below | * | |

## ORDER
**[As to the 168 BELO Plaintiffs Represented by the Nations Law Firm and Identified in the August 7, 2019 Show Cause Order (Rec. Doc. 25930)]**

On August 7, 2019, the Court issued an Order to Show Cause with respect to 176 BELO Plaintiffs ("Show Cause Order," Rec. Doc. 25930). The plaintiffs subject to the Show Cause Order had failed to provide full and complete initial disclosures by the initial 90-day deadline set by BELO Case Management Order No. 1, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. The Court ordered counsel for the plaintiffs identified in the Show Cause Order to appear at a hearing on Friday, August 16, 2019, and show cause why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). The Nations Law Firm represents 168 of the 176 plaintiffs subject to the Show Cause Order.

At the Show Cause Hearing, the Court ordered BP and the Nations Law Firm to file a joint supplemental report identifying (1) those plaintiffs that have voluntarily dismissed their cases; (2) those plaintiffs that the parties agree are compliant as of August 16, 2019; and (3) those plaintiffs that BP contends are subject to dismissal. (*See* Minute Entry, Rec. Doc. 25962). BP filed the Joint Supplemental Report on August 23, 2019, which the Court has reviewed. (Rec. Doc. 25982).

## I. Plaintiffs Who Have Voluntarily Dismissed Their Cases

The 56 Nations Law Firm plaintiffs listed below have voluntarily dismissed their complaints. Accordingly,

IT IS ORDERED that the Show Cause Order (Rec. Doc. 25930) is MOOT with respect to the following 56 plaintiffs:

| Case No. | Plaintiff |
|---|---|
| 19-01777 | Swinney, Joseph Le Jr. |
| 19-01815 | Dates, Terry Antonio |
| 19-01817 | Fagan, Frank |
| 19-01821 | Soudelier Jr., James L. |
| 19-01827 | Verdin Jr., Michael Gerard |
| 19-01872 | Howard, Brain Lee |
| 19-01874 | Hutchins, Bryan Keith |
| 19-01877 | Lutley III, James Richard |
| 19-01878 | McPherson, Rondell Martinez |
| 19-01879 | Men, Sophin |
| 19-01954 | Chau, Quon Van |
| 19-01957 | Johnson, Challor |
| 19-01958 | Jones, David Eugene |
| 19-02003 | Ta, Tua Van |
| 19-02004 | Ross, Erica Ann |
| 19-02010 | Watson, Michael |
| 19-02077 | Vo, Tan Duy |
| 19-02084 | Anderson III, Lensey |
| 19-02117 | Campbell, Portrene Lynette |
| 19-02120 | Constant, Sidney John |
| 19-02142 | Robinson III, Sterling Joseph |

| | |
|---|---|
| 19-02144 | Sprinkle Jr., Billy Gene |
| 19-02196 | Cao, Minh Duc |
| 19-02251 | Broxson, Bruce Scott |
| 19-02256 | Davis, Robert Joseph |
| 19-02297 | Ditcharo, Dolores Sevin |
| 19-02308 | Maloy, Christopher Allen |
| 19-02319 | Nguyen, Nam Tan |
| 19-02517 | Atwell, Faith Ann |
| 19-02520 | Authement, Dion John |
| 19-02571 | Chaisson Sr., Michael Daniel |
| 19-02576 | Chapman, Chai Josef |
| 19-02577 | Chiem, John |
| 19-02593 | Cunningham, Roger Glenn |
| 19-02598 | Do, Niem Van |
| 19-02600 | Domangue, Brookes Allen |
| 19-02606 | Gearhart, Jeffrey Scott |
| 19-02609 | Heathcoe, Dean O'Neal |
| 19-02611 | Hoang, Kennedy |
| 19-02622 | Le, Ha Q. |
| 19-02624 | Lee, Tenisha Rashida |
| 19-02653 | Thompson, Joel Cecil |
| 19-03387 | Dardar Jr., Eulbert |
| 19-03388 | Dardar, Raymond Thomas |
| 19-03391 | Dixon, Rentia Vail |
| 19-03477 | Kirchharr, Johnie Thomas |
| 19-03491 | Lewis, Cerell Deshawn |
| 19-03513 | Love, Tory Romales |
| 19-03523 | Martin, Paul Tapley (brought by decedent's personal representative Darlene Martin Baird) |
| 19-03536 | Tompkins, Beatrice Hancock |
| 19-03542 | Tew, Valiant Eugene |
| 19-03546 | Prewett, William Ray |
| 19-03575 | Luke, Patrick Joseph |
| 19-03585 | Maddox, James Edward, Jr. |
| 19-03595 | Marks, Thomas Kevin |
| 19-03610 | Robinson, Wilbert Leo |

## II. Plaintiffs Who Are Compliant as of August 16, 2019

The parties agree that the 57 Nations Law Firm plaintiffs listed below submitted full and complete disclosures as of the August 16, 2019 Show Cause Hearing. Accordingly,

IT IS ORDERED that the Show Cause Order (Rec. Doc. 25930) is SATISFIED and SET ASIDE with respect to the following 57 plaintiffs, and their complaints are NOT dismissed:

| Case No. | Plaintiff |
|---|---|
| 19-01757 | Ratliff, Jeffrey Odin |
| 19-01765 | Rojas Jr., Arthur Leon |
| 19-01769 | Simoneaux, Dale Gerard |
| 19-01774 | Sparrow, Jennifer Nicole |
| 19-01775 | Spriggs, Ronald Eugene |
| 19-01780 | Tiet, Kenny Anh |
| 19-01816 | Norwood II, Wheeler |
| 19-01871 | Henn, Jason Leonard |
| 19-01882 | Nelson, Cotie John |
| 19-01976 | Nguyen, Michael Thanh |
| 19-02052 | Barnes Jr., Willie Lee |
| 19-02063 | Lankford, Eric Justin |
| 19-02071 | Taylor, Daniel Mark |
| 19-02073 | Trahan Jr., Lynn Paul |
| 19-02122 | Dorsey, Jason Maurice |
| 19-02127 | Herbert, Felicia Michelle |
| 19-02133 | King, Clifton Windell |
| 19-02135 | Maynard, William Lee |
| 19-02143 | Sean, Sovan |
| 19-02146 | Tran, Hien Quang |
| 19-02183 | Adams, Robert Ray |
| 19-02198 | Coppedge, Aaron Wayne |
| 19-02258 | Demoran, Jill Ursula |
| 19-02261 | Ellis, Jr., Albert James |
| 19-02266 | Franklin, David James |
| 19-02274 | Griffis Jr., Earle James |
| 19-02275 | Gossett, Jonathan Lamar |
| 19-02277 | Hall, Richard Louis |

| | |
|---|---|
| 19-02314 | Merchant, Craig Maurice |
| 19-02316 | Montgomery, Richard Demetrius |
| 19-02326 | Ricker Jr, Carl Lambert |
| 19-02335 | Tong, Hai Van |
| 19-02519 | Atkinson, Brandon Wray |
| 19-02521 | Autrey Jr., James Ernest |
| 19-02522 | Barbier, Christopher Nicholas |
| 19-02544 | Broussard, Charlie G. |
| 19-02570 | Carver, Timothy Ray |
| 19-02573 | Chandler Jr., Alex |
| 19-02578 | Clark, Joshua Lee |
| 19-02591 | Crawford, Clyde Russell |
| 19-02596 | Davis, Timothy Ray |
| 19-02603 | Feagin, Greta Louise |
| 19-02608 | Harris, Marcus Dwayne |
| 19-02610 | Hicks, Daniel John |
| 19-02616 | Huynh, Ut Van |
| 19-02617 | Jackson, Bertha Young |
| 19-02623 | Lee, Lori Diane |
| 19-02657 | Waters, Michael Terrell |
| 19-03373 | Anderson, Zolia Powell |
| 19-03375 | Atkinson, Lacondor Dejaun |
| 19-03381 | Castle, Rhoda Marie |
| 19-03389 | Davis, Martin Ellis |
| 19-03392 | Edwards, Nina Nanettee |
| 19-03405 | Hoang, Anh Ngoc |
| 19-03454 | Kitt, Eric Jermaine |
| 19-03572 | Luke, Darrell John |
| 19-03611 | Rutledge, Gregory Vanario |

### III. Plaintiffs Who Are Not Compliant as of August 16, 2019

The 55 Nations Law Firm plaintiffs listed below did not submit full and complete disclosures as of the August 16, 2019 Show Cause Hearing. Accordingly,

5

IT IS ORDERED that the Show Cause Order (Rec. Doc. 25930) is NOT satisfied with respect to the following 55 plaintiffs, and their complaints are DISMISSED WITH PREJUDICE:

| Case No. | Plaintiff |
|---|---|
| 19-01119 | Watson, Leeanna Ernesta |
| 19-01770 | Smith, Clyde Douglas |
| 19-01822 | Tran, Tap Viet |
| 19-01825 | Trough, Gerardo Jimmez |
| 19-01829 | Williams, Ben Ray |
| 19-01950 | Bolden, Paul Wayne |
| 19-01965 | Thomas, Harry Darnell |
| 19-02001 | Stevenson Sr., Everett Lee |
| 19-02015 | Hall, Tanisha Micque |
| 19-02017 | Drake, Jomedgar Jomar |
| 19-02062 | Jones, Bradly Davis |
| 19-02138 | Nguyen, Anh Thi |
| 19-02145 | Tang, Hai Thanh |
| 19-02147 | Tran, Them Hiep |
| 19-02151 | Allinder, Zachery Spencer |
| 19-02187 | Collins, Tiffany Nicole |
| 19-02188 | Catha, Diane Bragg |
| 19-02192 | Acosta, Annette Marie |
| 19-02195 | Brown, Kenneth De Wayne |
| 19-02255 | Cao, Dan Dien |
| 19-02265 | Fears, Denise Rose |
| 19-02269 | Georgiou, Art Steve |
| 19-02276 | Hamilton, Jeremy Damarius |
| 19-02305 | Ken, Monychenda |
| 19-02306 | Langley, Joseph Michael |
| 19-02310 | Livingston, Sean Andre |
| 19-02311 | Maddox, William Charles |
| 19-02324 | Poole, Eric Paul |
| 19-02331 | Tang, Hoa Thai |
| 19-02339 | Washington, Karen Denice |
| 19-02524 | Black Jr., James Howard |
| 19-02541 | Britton, Ronald Dean |
| 19-02561 | Brown Jr., Nathaniel Javier |
| 19-02566 | Cao, Minh Thanh |
| 19-02584 | Clipper, James William |

| | |
|---|---|
| 19-02587 | Collier Jr., Gerald Randall |
| 19-02589 | Collier, Kenneth Terry |
| 19-02590 | Cooper, Addis Tallafarell |
| 19-02595 | Davis, James Roy |
| 19-02605 | Gaines, Clifford Bryan |
| 19-02615 | Huynh, Hung Minh |
| 19-02618 | Jacobs, Ronald Allen |
| 19-02626 | Ziglar, Jason Spencer |
| 19-02633 | Nguyen, Lam Van |
| 19-02664 | Tran, Hau Huu |
| 19-02665 | Coker, Dwayne Dominick |
| 19-03371 | Adams, John Clifton |
| 19-03384 | Cummings, Travis Blake |
| 19-03399 | Fowler, Randall Joseph |
| 19-03466 | Larry, Martineze |
| 19-03481 | Jackson Jr., Earl Albert |
| 19-03488 | Le, Hung Thanh |
| 19-03499 | Lo, Sinh Thieu |
| 19-03508 | Tran, Lo |
| 19-03509 | Tran, Mike Dinh |

The Court will enter judgments of dismissal in each of the above 55 cases.

New Orleans, Louisiana, this 26th day of August, 2019.

_____
United States District Judge