UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br><br>ANTHONY MATULONIS<br>No. 2:13-cv-01512 | JUDGE BARBIER |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiff, Anthony Matulonis, who respectfully requests that Kacie F. Gray (La. Bar No. 36476) of Irpino, Avin & Hawkins Law Firm, LLC, be enrolled as additional counsel of record on his behalf.

Respectfully submitted:

/s/ Kacie F. Gray_____
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Carlos A. Ramirez (#31532)
Kacie F. Gray (#36476)
Irpino, Avin & Hawkins Law Firm
2216 Magazine Street
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggin@irpinolaw.com
cramirez@irpinolaw.com
kgray@irpinolaw.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this 22nd day of August 2019, filed electronically a true copy of the foregoing. All parties received notice of this filing by operation of Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kacie F. Gray*
KACIE F. GRAY