UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.

MDL NO. 2179

SECTION J

Applies to:

JUDGE BARBIER

ANTHONY MATULONIS
No. 2:13-cv-01512

## ORDER

Considering the foregoing Motion to Enroll:

**IT IS HEREBY ORDERED** that Kacie F. Gray of Irpino, Avin & Hawkins Law Firm, LLC, be hereby permitted to appear and participate as co-counsel for the plaintiff Anthony Matulonis in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**