UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig             MDL 2179
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010             SECTION: J

*This Document Relates to:*             JUDGE BARBIER
*All Cases and*
*Salvesen v. Feinberg, et al.,*            MAG. JUDGE WILKINSON
*2:11-cv-02533*
*Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,*
*2:11-cv-01987*
*Ditch v. Feinberg et al.,*
*2:13-cv-06014*
*Donovan v. Herman,*
*2:19-cv-12014*
_____/

**PLAINTIFF'S MOTION FOR CLARIFICATION**

Plaintiff, Brian J. Donovan, on behalf of himself, his clients, and all others similarly situated, hereby respectfully moves the Court to enter an order clarifying its Order (Rec. Doc. 25963) filed on August 20, 2019 for the reasons set out in the Memorandum of Law in support of this Motion which is being filed concurrently herewith.

DATED: August 27, 2019             Respectfully submitted,

           **/s/ Brian J. Donovan**_____
           Brian J. Donovan
           Florida Bar No. 143900
           3102 Seaway Court, Suite 304
           Tampa, FL 33629
           Tel: (352)328-7469
           BrianJDonovan@verizon.net

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of August, 2019.

/s/ Brian J. Donovan
Brian J. Donovan
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net