## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *All Cases and 11-02533, 11-01987, 13-06014, 19-12014* | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Brian J. Donovan's Motion for Clarification. (Rec. Doc. 25985).

IT IS ORDERED that the Motion for Clarification (Rec. Doc. 25985) is DENIED.

New Orleans, Louisiana, this 27th day of August, 2019.

_____
United States District Judge