UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br><br>ANTHONY MATULONIS<br>No. 2:13-cv-01512 | JUDGE BARBIER |

## ORDER

Considering the foregoing Motion to Enroll:

**IT IS HEREBY ORDERED** that Kacie F. Gray of Irpino, Avin & Hawkins Law Firm, LLC, be hereby permitted to appear and participate as co-counsel for the plaintiff Anthony Matulonis in the above-captioned matter.

New Orleans, Louisiana, this 27th day of August, 2019.

_____
United States District Judge