United States District Court
Eastern District of Louisiana

Billy F. Larkin, et al.
Plaintiff,

v.

Patrick Juneau, Claims Administrator, et al.
Defendants.

Civil Action
10 md 2179 J(2)
No: 19-10295

Section "J"(2)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 22 2019
WILLIAM W. BLEVINS
CLERK

Motion For Copy Of The Deepwater Horizon Economic And Property Damages Settlement Program.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, And Respectfully Request This Court Provide A Copy Of The Deepwater Horizon Economic And Property Damages Settlement Program. In Support Of This Request, The Plaintiff Submit The Following:

(1.) The Plaintiff Is Incarcerated With No Computer Access To The Court's Website, www.edla.uscourts.gov To Download A Copy Of The Deepwater Horizon Economic And Property

TENDERED FOR FILING
AUG 22 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Damages Settlement Program, as well as the Halliburton (HESI) and Transocean Punitive Damages and Assigned Claims Settlements.

(2.) The Deepwater Horizon Economic and Property Damages Settlement Program, and the Halliburton (HESI) and Transocean Punitive Damages and Assigned Claims Settlements is needed by the Plaintiff to appeal the Court Order dated July 31, 2019, denying the Plaintiff motion to suspend.

(3.) Plaintiff has alleged Racial Bias in the above-style Complaint and access to the Deepwater Horizon and Property Damages Settlement Program and the Halliburton (HESI) and Transocean Punitive Damages and Assigned Claims Settlements will prove Disparate Impact.

Wherefore, the Plaintiff request this Court provide a copy of the Deepwater Horizon Economic and Property Damages Settlement Program, and the Halliburton (HESI) and Transocean Punitive Damages and Assigned Claims Settlements for the above-stated reasons.

Respectfully Submitted this the 19 day of Aug., 2019.

Billy F. Larkin

Larkin, Billy F. #0490312

Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

PLEASE APPLY INDIGENT POSTAGE

MAILED FROM
WARREN
CORRECTIONAL
INSTITUTION

NEOPOST
08/19/2019
US POSTAGE $000.55⁰
ZIP 27563
041M11276984

OFFICE OF THE CLERK
U.S. DISTRICT COURT
500 POYDRAS ST, ROOM C-151
NEW ORLEANS, LA 70130

7013 3357 0026

LARKIN, BILLY F. #0440312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

LEGAL MAIL

Case 2:10-md-02179-CJB-DPC Document 25988 Filed 08/22/19 Page 5 of 5

