United States District Court
Eastern District of Louisiana

**FILED AUG 19 2019**
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| Billy F. Larkin, #0490312<br>Plaintiff, | Civil Action<br>10-md-2179 J(2) |
| V. | File No: 19-10295 |
| Patrick Juneau, Claims<br>Administrator, et al,<br>Defendants. | Section "J" (2) |

## Motion For Default Judgement

Comes Now The Plaintiff, Billy F. Larkin, Pro Se And Respectfully Request This Court Grant The Plaintiff's Motion For Default Judgement. In Support Of Said Motion, The Plaintiff Submit The Following:

(1) The U.S. Marshals Service Attempted To Serve BP Exploration And Production, Inc, At 1350 Enclave Pkwy, Houston, TX 70770 On 7-10-19. (See Attachment - A)

TENDERED FOR FILING
AUG 19 2019
(2) The U.S. Marshals Service Attempted To Serve BP
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

American Production Company, at 5914 Old Mobile Ave., #4 Pascagoula, MS, 39518, on 7-16-19. (See Attachment-B)

(3) The address on both Process Receipts and Returns was provided by Elizabeth F. Farley from Court Files, and not provided by the Plaintiff.

(4) The BP Exploration and Production, Inc, as well as the BP American Production Company appears to have been sold, thus by default, the Plaintiff pray this Court award:

(A) Five-Million ($5,000,000) Tax-Free in Compensatory Damages at a rate of $1-million per year for the Gross Mis-Handling of Plaintiff Frillo Business Economic Loss Claim.

(B) Three-Million ($3,000,000) Tax Free from the Creation of the $57-Million Fund to Promote Tourism.

(C) Three-Million ($3,000,000) Tax Free from Plaintiff's Portion of the Hesi/Transocean Settlement.

(D) Four-Million ($4,000,000) Tax-Free in Punitive Damages for Mental Anguish and Emotional Distress from the Disparate Impact in the Statistical Data in the Deep-

(2)

Water Horizon Economic and Property Damages Settlement Program.

Wherefore, the Plaintiff respectfully request this court grant Plaintiff's Motion for Default Judgement.

Submitted this the 16 Day of Aug, 2019.

*[signature]*

Larkin, Billy F. #0490312

Warren Correctional Institution

Post Office Box 728

Norlina, NC 27565

(3)

PLEASE APPLY INDIGENT POSTAGE

MAILED FROM
WARREN
Mailed From CTIONAL
Warren Correctional Institution

US POSTAGE $000.55
08/16/2019
NEOPOST
ZIP 27563
041M11276984

LARKIN, BILLY F. #0490512
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NOLINA, NC 27563

OFFICE OF THE CLERK
U.S. DISTRICT COURT
500 POYDRAS ST, ROOM C-151
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

7016 3560 0007 0026

LEGAL MAIL

