# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Billy F. Larkin, et al. | **COURT CASE NUMBER** 19-10295  19-10295 |
| **DEFENDANT** Patrick Juneau, et al | **TYPE OF PROCESS** Civil |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: BP Exploration and Production, Inc.
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1330 Enclave Pkwy  Houston, TX  77077

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Billy F. Larkin #0490312
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: Elizabeth F. Varley | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (504)589-3904 | DATE 07/01/2019 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 34 | District to Serve No. F-79 | Signature of Authorized USMS Deputy or Clerk | Date 07/01/2019 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 7/10/19 | Time 10:50 ☒ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy  L. HERNANDEZ | |

| Service Fee $65.00 | Total Mileage Charges *(including endeavors)* 21.23 | Forwarding Fee | Total Charges 86.27 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

**REMARKS**

JDIS

19-10295 (1)

ACCORDING TO THE RECEPTIONIST AT LISTED ADDRESS, BP EXPLORATION AND PRODUCTION, INC. DOES NOT CONDUCT BUSINESS AT 1330 ENCLAVE PKWY, HOUSTON, TX 77077.

(ATTACHMENT-A)

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Billy Larkin, et al | 19-10295 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Patrick Juneau, et al | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BP America Production Company

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5914 Old Mobile Ave. #4  Pascagoula, MS  39581

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Billy F. Larkin #0490312
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Elizabeth F. Varley
TELEPHONE NUMBER: (504) 589-3904
DATE: 07/01/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 34 | District to Serve No. 43 | Signature of Authorized USMS Deputy or Clerk | Date: 07/01/2019 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 7-16-19  Time: 2:05 ☐ am ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) 57.30 | Forwarding Fee 0 | Total Charges 145.30 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 145.30 |

REMARKS
JDIS
19-102966

[handwritten notes, partially illegible] ...BP Enterprise Production... Spoke w/ the foreign employees. They are not in any way affiliated w/ BP America Production...

(ATTACHMENT-B)

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18