UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br> SECTION: J(2) |
| Applies to: <br> *Nos. 12-970, 15-4143, 15-4146, 15-4654* | * * * | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

## ORDER

The Court previously issued an order regarding communications it had received from Thoai Nguyen (Rec. Doc. 24941), which is attached as an Exhibit to this Order. As noted in that order, Ms. Nguyen is not an attorney, a party to a case before the Court, or a claimant in one of the settlement programs overseen by this Court. Ms. Nguyen's communications consisted of faxes to chambers, documents and a flash drive delivered to chambers, and emails sent to chambers staff and the Chief Judge of this Court. The order denied Ms. Nguyen's request that the Court investigate her fraud allegations, and suggested that she direct her allegations and any supporting evidence to an appropriate investigative entity (e.g., the FBI). (Rec. Doc. 24941 at 9).

Since that time, the Court has continued to receive unsolicited emails from Thoai Nguyen. Again, Ms. Nguyen is not an attorney, a party to a case before the Court, or a claimant in one of the settlement programs overseen by this Court.

**IT IS ORDERED that Thoai Nguyen shall immediately stop contacting the Court, including any judges or employees of this Court. Thoai Nguyen shall send no further emails, faxes, deliveries, or any other communications**

**to the Court, including any judges or employees of this Court, unless she does so in connection with a case in which she is a party or claimant.**

New Orleans, Louisiana, this 28th day of August, 2019.

_____
United States District Judge

**Note to Clerk:**

**Mail a copy of this Order to
Thoai Nguyen
3032 Mt. Blanc Dr.
Marrero, LA 70072**

**Email a copy of this Order to
Thoai Nguyen
twi@oxmotion.com**