United States District Court
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 26 2019
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| Billy F. Larkin, et al.<br>Plaintiff, | Civil Action<br>10 md 2179 J(2) |
| v. | File No: 19-10295 |
| Patrick Juneau, Claims Administrator, et al.<br>Defendants. | Section "J"(2) |

## Motion To Remove The Claims Administrator

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, And Respectfully Request This Court Immediately Remove The Claims Administrator From The Above-Styled Complaint Due To A Conflict-Of-Interest. In Support Of This Request To Remove The Claims Administrator From *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf Of Mexico, On April 20, 2010*, The Plaintiff Submit The Following:

(1.) The Plaintiff Filed The Above-Style Complaint 5-13-19, Alleging Gross Negligence And Discrimination.

____ Fee ____
____ Process ____
X  Dktd. ____
____ CtRmDep ____
____ Doc. No. ____

TENDERED FOR FILING
AUG 26 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

(2) The Plaintiff further alleges racial bias by the Claims Administrator that a case-by-case assessment of the use of the Deepwater Horizon Economic and Property Damages Settlement Program will prove disparate impact by its statistical data.

(3) This motion goes to the heart of the credibility of the Claims Administrator, entrusted by this Court to disspurse billions in claims.

(4) For the five year period of the Plaintiffs failed Business Economic Claim, the Claims Administrator has sought to perpetuate racism and stereotypes, in a process that wasn't transparent.

Wherefore, the Plaintiff request this Court remove the Claims Administrator to confront the persistent biases in the use of the Deepwater Horizon Economic and Property Damages Settlement Program.

Respectfully Submitted, This The 18 Day of August, 2019

_____
Larkin, Billy F. #0490312

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

PLEASE APPLY INDIGENT POSTAGE

MAILED FROM
WARREN
CORRECTIONAL
INSTITUTION

NEOPOST
08/19/2019
US POSTAGE $000.55⁰
ZIP 27563
041M11276984

Office of the Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Legal Mail

