UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br><br>SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAG. JUDGE WILKINSON |
| *Nos. 11-00911, 11-02621, 17-03387, 17-03412, 17-03347, 17-03356* | * * | |

**JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**

Defendants BP America Production Company and BP Exploration & Production Inc. (together, "BP") and Plaintiffs Coastal Water Cleaners and Environmental Services, L.L.C., Machelle Steiner, William H. Brehm, John L. Howard, Nicholas W. Collier, and Jesco Construction of Delaware (together, "Plaintiffs" and collectively with BP, the "Parties") respectfully request that the Court issue an order referring the above-captioned cases to mediation and staying proceedings in each case pending the conclusion of mediation.

**BACKGROUND**

On July 17, 2019, the Court held a status conference to address future case management of the then-remaining cases in the B3 pleading bundle, including twelve cases that asserted only contract claims. Following the status conference, the Court ordered that (1) four of the twelve cases would remain in MDL 2179 pending their completion of the mandatory mediation process established under Pretrial Order No. 67 (*see* Rec. Doc. 25859); (2) three cases would be severed from MDL 2179 but remain in the Eastern District of Louisiana because they originated in this district or because the parties consented to trial in this district (Rec. Doc. 25952); and (3) five cases would be included on a Suggestion of Remand for potential remand by the Judicial Panel on

Multidistrict Litigation to their transferor court in the Southern District of Alabama (Rec. Doc. 25951).

Counsel for BP has conferred with counsel for Machelle Steiner, William H. Brehm, John L. Howard, Nicholas W. Collier, and Jesco Construction of Delaware (all represented by Cunningham Bounds LLC) and counsel for Coastal Water Cleaners and Environmental Services, L.L.C. (represented by the Law Office of Grant D. Amey, LLC).[1]  The Parties agree that the management of Plaintiffs' claims may be materially advanced by a mediation process in which the parties could discuss potential resolution of these claims and during which time other proceedings in their cases would be stayed.

**ARGUMENT**

Per Local Civil Rule 16.3.1, the Court may determine "at any time that the case will benefit from alternative dispute resolution" and as a result may "refer the case to private mediation, if the parties consent . . . ."  Here, the Parties all consent to mediation of their cases and are prepared to enter into good faith discussions that may result in resolution of Plaintiffs' claims.  Moreover, the Court has allowed four other "contract-only" claims in the B3 pleading bundle to proceed through a mediation process as part of the PTO 67 process.  (Rec. Doc. 25859.)  Plaintiffs' claims would benefit from a similar opportunity to pursue resolution through mediation.

So that the Parties may focus their efforts on an informed and effective mediation process, the Parties request that the Court stay proceedings in their individual cases for a period of 130

---

[1] These plaintiffs constitute six of the eight "contract-only" claims being removed from the B3 pleading bundle by the Court's recent orders.  BP has not yet been served in *Richard Pinell o/b/o Billie Sue, Inc. v. BP Exploration & Production Inc.*, No. 17-03349.  BP was served in *Anh Dang v. BP America Production Company,* No. 17-02387, on August 19, 2019.  Because the *Anh Dang* case has been severed from MDL 2179, BP and plaintiff in that case intend to request by a separate joint motion that the Court also refer that matter to mediation and stay proceedings pending the conclusion of mediation.

days.[2] Under Supreme Court, Fifth Circuit, and Eastern District of Louisiana precedent, courts have the inherent authority to control their dockets, which includes the power to stay proceedings: "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 255-56 (1936); *accord. Clinton v. Jones*, 620 U.S. 683, 706 (1997); *Ambraco, Inc. v. Bossclip, B.V.*, 570 F.3d 233, 243 (5th Cir. 2009); *see also Avila v. BP Expl. & Prod., Inc.*, 2019 WL 530041, at *3 (E.D. La. Feb. 11, 2019) (citing *In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) (Court's inherent power to control its docket "this authority includes the district court's wide discretion to grant a stay in a pending matter.").

## CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court enter an order referring their cases for mediation and staying other proceedings in their cases pending the conclusion of the mediation process.

---

[2] In the event the Court denies the Parties' Motion to Stay, the parties to cases 11-02621, 17-03387, 17-03412, 17-03347, and 17-03356 request that the Court grant them a short extension of seven days from the date of an order denying the Motion to Stay to file their Joint Supplement to the Suggestion of Remand as required by Rec. Doc. 25951.

Respectfully submitted,

*/s/ Don Haycraft*
Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP America Production Company and BP Exploration & Production Inc.*

*/s/ Steven L. Nicholas*
Steven L. Nicholas
Cunningham Bounds, LLC
Post Office Box 67705
1601 Dauphin Street
Mobile, Alabama  36660
(251) 471-6191
(251) 479-1031 (fax)
sln@cunninghambounds.com

*Counsel for Jesco Construction, Machelle Steiner, William H. Brehm, John L. Howard, and Nicholas W. Collier*

*/s/ Frederick T. Kuykendall III*
Frederick T. Kuykendall III
The Kuykendall Group, LLC
PO Box 2129
Fairhope, AL  36533
(205) 434-2866
ftk@thekuykendallgroup.com

*/s/ Grant D. Amey*
Grant D. Amey
Law Office of Grant D. Amey, LLC
PO Box 67
Fairhope, AL  36533
(251) 716-0317
grantamey@grantamey.com

*Counsel for Coastal Water Cleaners and Environmental Services, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Stay Pending Mediation has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of August, 2019.

*/s/ Don Haycraft*
Don Haycraft