UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: Nos. 11-00911, 11-02621, 17-03387, 17-03412, 17-03347, 17-03356 | * * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

**[PROPOSED] ORDER**

Before the Court is the Motion to Stay Proceedings Pending Mediation filed by Defendants BP America Production Company and BP Exploration & Production Inc. and Plaintiffs Coastal Water Cleaners and Environmental Services, L.L.C., Machelle Steiner, William H. Brehm, John L. Howard, Nicholas W. Collier, and Jesco Construction of Delaware.  Having considered the briefs, the applicable law, and the record,

IT IS ORDERED that the Motion to Stay Proceedings Pending Mediation is GRANTED.

IT IS FURTHER ORDERED that the parties to the above-captioned actions shall participate in mediation.  The mediations shall each occur within 130 days from the date of this Order.  During the pendency of the mediation process, all other proceedings in the six above-captioned cases, as well as the parties' submission of a Joint Supplement to the Suggestion of Remand as to cases 11-02621, 17-03387, 17-03412, 17-03347, 17-03356 (*see* Rec. Doc. 25951), shall be STAYED.  Absent further order of the Court, the stay shall terminate 130 days from the date of this Order.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
United States District Judge