Minute Entry
Barbier, J.
August 28, 2019
JS-10:  1 hr. 48 mins.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179<br><br>SECTION: J (2) |
| Related to:<br>All Cases in the B3 Pleading Bundle | : : | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CASE MANAGER:                                           COURT REPORTER:
GAIL CHAUVIN                                            CATHY PEPPER

TUESDAY, AUGUST 28, 2019, 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

STATUS CONFERENCE

Case called at 9:35

The Court held a status conference to address future case management of the remaining cases in the B3 pleading bundle.

The Court will sever from the MDL case No. 12-0164 (Victoria Sanchez v. American Pollution Control Corp.) and No. 12-02715 (Hank Kiff v. BP America Production Co.), two cases that allege only non-exposure personal injury claims.

Regarding case No. 10-01984 (Clay Whittinghill v. Abdon Callais Offshore, L.L.C.), the Court ORDERED that plaintiff's claims are dismissed as released by the Medical Benefits Class Action Settlement Agreement (Rec. Doc. 6427), except for plaintiff's claims under the Family and Medical Leave Act against Abdon Callais Offshore, L.L.C. The Court will sever case No. 10-01984 from the MDL.

The Court noted that around 59 cases in the B3 bundle assert both non-exposure personal injury claims (e.g., slip and fall) and exposure personal injury claims. The Court

is inclined to sever from the MDL any case where the plaintiff voluntarily dismisses his or her exposure personal injury claim.

The Court heard arguments on B3 Case Management Proposals.

The Court instructed the parties to submit by <u>September 9, 2019</u> revised proposals that, <u>at a minimum</u>, requires:
      Plaintiffs to identify the particular injuries they are alleging.
      Plaintiffs to produce medical records.
      BP to produce information it has produced for BELO cases.

Prior to filing any revised proposals with the Court, BP and plaintiffs' counsel shall meet and confer regarding their revised proposals.

The status conference ended at 11:23.

See attached for attendance.

