# MDL 2179
# ATTENDANCE RECORD
# STATUS CONFERENCE

DATE: 8/28/2019                                         TIME: 9:30 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Trevor M. Cutaiar | Natures Way Marine, LLC |
| Justin Simpson | Larry Griffin Towing, LLC |
| Cheryl L. Blount | Halliburton Energy Services |
| David Durkee | Downs Law Group |
| Stanley J. Jacobs | Jacobs Manuel Kain Tanmodl |
| Steve Herman | Plaintiff Co-Liaison and HHK (and PSC) |
| Andrew H. Meyers | American Pollution Control Corp. |
| Thomas E. Loehn | Charles A. Boggs |
| Paul Dominick | Nexsen Pruet, LLC |
| Spencer Doody | Clay Whittinghill |
| Hugh "Skip" Lambert | The Lambert Firm / Dresses Lambrecht |
| Doug Schmidt | Plaintiffs, Douglas Schmidt APLC |
| Frank D'Amico Jr | Plaintiff opt outs |

# MDL 2179
# ATTENDANCE RECORD
# STATUS CONFERENCE

DATE: 8/28/2019                                           TIME: 9:30 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Cyndi Rusnak | π Victoria Sanchez |
| Gayle Peterson | π The Lambert firm |
| Sean P. Brady | DRC Emergency Services, Davis & Curole Staffing |
| Matt Rogers | WS |
| Dan Panagiotis | Russell Bertrand |
| Katie Gray | π Anthony Matulonis |
| Katie Jakola | Kirkland & Ellis for BP |
| Marsha Montgomery | BP America Inc. |
| Matthew T. Regan | K&E for BP |
| Brandon Taylor | π S |
| Tim Foley | π S |