UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION:  J |
| This document relates to: | HONORABLE CARL J. BARBIER |
| 2:11-cv-1200; 2:11-cv-1432; 2:17-cv-3219; AND 2:17-cv-3244 | MAGISTRATE JUDGE WILKINSON |

### UPDATED NOTICE OF PROPOSAL FOR FUTURE CASE MANAGEMENT OF MEDICAL OPT-OUTS IN B3 BUNDLE BY JACOBS MANUEL KAIN AND AAMODT

NOW INTO COURT, comes Jacobs Manuel Kain & Aamodt through the undersigned counsel, who submits this pleading as a follow up to the status conference that this Honorable Court held on Wednesday, August 28, 2019, on the Joint Submission Regarding Proposed Case Management Order for the B3 Bundle (Rec. Doc. 25947).

As the undersigned argued at this hearing, we have alleged that all four plaintiffs in these cases were Jones Act seamen at the time of their exposure to the toxins resulting from the blowout and suit was filed for all four under the Jones Act.  As such, it is well founded under the law that they are "wards of the court" and a special obligation is owed to them because of their Jones Act status.  See *Castorina v. Lykes Bros. S.S. Co., Inc.,* 578 F.Supp. 1153 (D.C.Tx.1984), *cert. denied* 474 U.S. 846, 106 S.Ct. 137, 88 L.Ed.2d 113 (1985) stating that Seaman have historically been considered wards of the court in admiralty, and great deference is afforded to them in protecting and liberally construing their rights. Because of the unique status of a Jones Act seaman, we believe that they should be entitled to special consideration.

In addition, all four of these plaintiffs have undergone a neuropsychological evaluation and been diagnosed with toxic encephalopathy as a result of this exposure with extensive neurological and

neuropsychological injuries.  All four have been followed and treated by a neurologist consistently and without any improvement or progression since the time of the spill.

At the recent hearing, this Honorable Court recommended that the undersigned share its medical with counsel for BP on these toxic encephalopathy cases.  While we are more than willing and stand ready to do so, it has been undersigned's experience in practicing law for over fifty years, that BP will not do anything in these cases without a trial dates.  In other words, until BP is forced to stare into the eyes of the jury, it will make no effort to move these cases along towards a resolution of some sort no matter what documents the plaintiffs provide to the defendants.

It has been a long and tortious nine years for these clients and they are desperate for this litigation to come to an end as soon as possible.  We have worked well with the plaintiff group and will continue to do so as we are in agreement with the proposed process of trial flights.  However our clients have already provided all available information to BP specific to their cases and as previously stated, are prepared to provide all medical records to BP.  Therefore if this Honorable Court is not inclined to consider trial flights at this point, then we have no choice but to request that these cases be released from the B3 bundle so that they can be placed on a regular docket for discovery, depositions and a trial date.  Hopefully, if discovery commences the parties can work towards an evaluation number with the hopes of an ultimate resolution. If that were to occur, perhaps any potential settlement would have value in assessing the other personal injuries claims that are out there for claimants who have also opted out of the medical benefits settlement.

In conclusion, these cases will not move towards a resolution without an impending trial date and the undersigned asks for relief in the form of a removal from this stay.

This 29th day of August, 2019.

**JACOBS MANUEL KAIN & AAMODT**

/s/ Stanley J. Jacobs

        _____
STANLEY J. JACOBS #7211
500 ST. LOUIS STREET
STE 200
NEW ORLEANS, LA  70130
(504) 523-1444
(504) 524-1655 (F)
Jmk_hht@bellsouth.net

*Counsel for Paul Hebert, 11-cv-1200;*
*Jamie Simon 11-cv-1432; Sterling Martin*
*17-cv-3249; Alice Griffin 17-cv-3244*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Memorandum has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of August, 2019.

/s/ Stanley J. Jacobs
_____