# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Anh Dang,** | * | |
| **Plaintiff,** | * | Case No. 17-02387 |
| | * | |
| v. | * | JUDGE BARBIER |
| | * | |
| **BP America Production Company,** | * | MAG. JUDGE WILKINSON |
| | * | |
| **Defendant.** | * | |

## JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

Defendant BP America Production Company ("BP") and Plaintiff Anh Dang ("Plaintiff" and collectively with BP, the "Parties") respectfully request that the Court issue an order referring the above-captioned case to mediation and staying proceedings in the case pending the conclusion of mediation.

## BACKGROUND

On July 17, 2019, the Court held a status conference to address future case management of the then-remaining cases in the B3 pleading bundle, including twelve cases that asserted only contract claims. Following the status conference, the Court ordered that (1) four of the twelve cases would remain in MDL 2179 pending their completion of the mandatory mediation process established under Pretrial Order No. 67 (*see* Rec. Doc. 25859); (2) three cases would be severed from MDL 2179 but remain in the Eastern District of Louisiana because they originated in this district or because the parties consented to trial in this district (Rec. Doc. 25952); and (3) five cases would be included on a Suggestion of Remand for potential remand by the Judicial Panel on Multidistrict Litigation to their transferor court in the Southern District of Alabama (Rec. Doc. 25951).

Counsel for BP has conferred with counsel for Plaintiff.[1] The Parties agree that the management of Plaintiff's claims may be materially advanced by a mediation process in which the Parties could discuss potential resolution of these claims and during which time other proceedings in this case would be stayed.

## ARGUMENT

Per Local Civil Rule 16.3.1, the Court may determine "at any time that the case will benefit from alternative dispute resolution" and as a result may "refer the case to private mediation, if the parties consent . . . ." Here, the Parties consent to mediation of this case and are prepared to enter into good faith discussions that may result in resolution of Plaintiff's claims. Moreover, the Court has allowed four other "contract-only" claims in the B3 pleading bundle to proceed through a mediation process as part of the PTO 67 process. (Rec. Doc. 25859.) Plaintiff's claims would benefit from a similar opportunity to pursue resolution through mediation.

So that the Parties may focus their efforts on an informed and effective mediation process, the Parties request that the Court stay proceedings in this case for a period of 130 days.[2] Under Supreme Court, Fifth Circuit, and Eastern District of Louisiana precedent, courts have the inherent authority to control their dockets, which includes the power to stay proceedings: "the power to

---

[1] Plaintiff's case constitutes one of the eight "contract-only" claims being removed from the B3 pleading bundle by the Court's recent orders and has since been severed from MDL 2179. BP has not yet been served in *Richard Pinell o/b/o Billie Sue, Inc. v. BP Exploration & Production Inc.*, No. 17-03349. In the other six cases, Case Nos. 11-00911, 11-02621, 17-03387, 17-03412, 17-03347, and 17-03356, BP and plaintiffs in those cases requested by separate joint motion that the Court also refer those matters to mediation and stay proceedings pending the conclusion of mediation.

[2] In the event the Court denies the Parties' Motion to Stay, BP requests, pursuant to this Court's Local Rule 7.8, that BP receive an extension of time to plead of twenty-one (21) days from the time the pleading otherwise would be due. Responsive pleadings in this matter are due to be filed on or before September 9, 2019. There has been no previous extension of time within which to answer, move, or otherwise respond to the complaint in this action, and the Plaintiff has not filed into record an objection to an extension of time. Wherefore, in the event the Court denies the Parties' Motion to Stay, BP respectfully requests an extension of time to answer, move, or otherwise respond to the complaint in this action of twenty-one (21) days from the time a responsive pleading otherwise would be due, or through and including September 30, 2019.

stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 255-56 (1936); *accord. Clinton v. Jones*, 620 U.S. 683, 706 (1997); *Ambraco, Inc. v. Bossclip, B.V.*, 570 F.3d 233, 243 (5th Cir. 2009); *see also Avila v. BP Expl. & Prod., Inc.*, 2019 WL 530041, at *3 (E.D. La. Feb. 11, 2019) (citing *In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) (Court's inherent power to control its docket "this authority includes the district court's wide discretion to grant a stay in a pending matter.").

## CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court enter an order referring this case for mediation and staying other proceedings in this case pending the conclusion of the mediation process.

Respectfully submitted, this the 29th day of August, 2019.

    Respectfully submitted,

    */s/ Don Haycraft*
    Don Haycraft (Bar #14361)
    R. Keith Jarrett (Bar #16984)
    **LISKOW & LEWIS**
    One Shell Square
    701 Poydras Street, Suite 5000
    New Orleans, Louisiana 70139-5099
    Telephone: (504) 581-7979
    Fax No. (504) 556-4108

    Matthew T. Regan, P.C.
    (matthew.regan@kirkland.com)
    A. Katrine Jakola, P.C.
    (katie.jakola@kirkland.com)
    Kristopher Ritter
    (kristopher.ritter@kirkland.com)
    **KIRKLAND & ELLIS LLP**
    300 North LaSalle
    Chicago, IL 60654
    Telephone: (312) 862-2000

*Counsel for BP America Production Company*

*/s/ Clay Garside*
Clay Garside (LA Bar # 29873)
Cheryl Wild-Don de'Ville (LA Bar #28805)
Waltzer Wiygul & Garside, LLC
14399 Chef Menteur Highway, Suite D
New Orleans, LA  70129
Tele:  (504) 254-4400
Fax:   (504) 254-1112
clay@wwglaw.com
cheryl@wwglaw.com

*Counsel for Anh Dang*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Stay Pending Mediation has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of August, 2019.

*/s/ Don Haycraft*
Don Haycraft