UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Anh Dang,** | * | |
| **Plaintiff,** | * | Case No. 17-02387 |
| | * | |
| **v.** | * | **JUDGE BARBIER** |
| | * | |
| **BP America Production Company,** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| **Defendant.** | * | |

## [PROPOSED] ORDER

Before the Court is the Joint Motion to Stay Proceedings Pending Mediation filed by Defendant BP America Production Company and Plaintiff Anh Dang. Having considered the briefs, the applicable law, and the record,

IT IS ORDERED that the Joint Motion to Stay Proceedings Pending Mediation is GRANTED.

IT IS FURTHER ORDERED that the Parties to the above-captioned action shall participate in mediation. The mediation shall each occur within 130 days of the issuance of this Order. During the pendency of the mediation process, all other proceedings in the above-captioned case, including the deadline for BP to respond to Plaintiff's complaint, shall be STAYED. Absent further order of the Court, the stay shall terminate 130 days from the issuance of this Order.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
United States District Judge