UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179<br><br>SECTION: J(2) |
| **Applies to:**<br>*Nos. 11-00911, 11-02621, 17-03387, 17-03412, 17-03347, 17-03356* | *<br>*<br>* | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

Before the Court is the Motion to Stay Proceedings Pending Mediation (Rec. Doc. 25993) filed by Defendants BP America Production Company and BP Exploration & Production Inc. and Plaintiffs Coastal Water Cleaners and Environmental Services, L.L.C., Machelle Steiner, William H. Brehm, John L. Howard, Nicholas W. Collier, and Jesco Construction of Delaware.. Having considered the briefs, the applicable law, and the record,

IT IS ORDERED that the Motion to Stay Proceedings Pending Mediation (Rec. Doc. 25993) is GRANTED.

IT IS FURTHER ORDERED that the parties to the above-captioned actions shall participate in private mediation. The parties shall agree to a mediator. If the parties cannot agree, the Court will appoint a mediator. The mediations shall each occur within 130 days from the date of this Order. During the pendency of the mediation process, all other proceedings in the six above-captioned cases, as well as the parties' submission of a Joint Supplement to the Suggestion of Remand as to cases 11-02621, 17-03387, 17-03412, 17-03347, 17-03356 (*see* Rec. Doc. 25951), shall be

2

STAYED. Absent further order of the Court, the stay shall terminate 130 days from the date of this Order.

New Orleans, Louisiana, this 30th day of August, 2019.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and each of the referenced member cases.**

2