UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to:<br>*No. 12-2715* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

The Court stated it would sever certain cases from MDL 2179 during a status conference on August 28, 2019, including the referenced member case. (Rec. Doc. 25994).[1] Accordingly,

**IT IS ORDERED** that *Hank J. Kiff v. BP America Production Company* (No. 12-2715) is hereby **SEVERED** and **DECONSOLIDATED** from MDL 2179.

Future filings for this case shall be filed in the individual docket (No. 12-2715), not the MDL 2179 master docket (No. 10-md-2179), and will use the individual case caption, not the MDL 2179 caption.

This case was transferred to this Court from the Southern District of Texas by the United States Judicial Panel on Multidistrict Litigation. (Rec. Doc. 1 in No. 12-2715). Consequently, this case must be remanded to the Southern District of Texas unless all parties consent to trial in this Court. *See* Fed. Judicial Ctr., *Manual on Complex Litigation (Fourth)* § 22.93 (2004) (citing *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998)). Accordingly,

---

[1] Rec. Doc. citations in this Order are to the MDL 2179 master docket, No. 10-md-2179, unless otherwise noted.

**IT IS FURTHER ORDERED** that on or before <u>Tuesday, September 10, 2019</u>, the parties shall file a statement setting forth whether they consent to trial in this Court. If the parties do not consent, then the Court will begin the process of issuing a Suggestion of Remand pursuant to Rule 10(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. (*See, e.g.* Rec. Doc. 25951).

Finally, **IT IS FURTHER ORDERED** that Hank Kiff's Motion for Reconsideration (Rec. Doc. 14941) is **DENIED AS MOOT.**

New Orleans, Louisiana, this 3rd day of September, 2019.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 12-2715.**