UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: Nos. 16-05093, 16-05050, 16-05041, 16-05403, 16-05454, 16-05127 | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court are six Motions to Withdraw as Counsel of Record. (Rec. Docs. 25827-25832).

IT IS ORDERED that the Motions to Withdraw as Counsel of Record are GRANTED and William B. Price is hereby WITHDRAWN as counsel for plaintiffs in the following cases:

| Plaintiff, Case No. | Plaintiff Contact No. |
|---|---|
| Kay Eubanks, No. 16-05093 | Kay Eubanks<br>826 Bolivar Street<br>Lady Lake, FL 32159<br>(850) 227-4636<br>keubanks75@gmail.com |
| Justice Design Studio, PC, No. 16-05050 | Justice Design Studio, PC<br>c/o Samuel Justice<br>23 Lakecrest Drive<br>Greenville, SC 29609<br>(864) 346-0583<br>sjustice@jdsarch.com |
| Justice Group, LLC, No. 16-05041 | Justice Group, LLC<br>c/o Samuel Justice<br>23 Lakecrest Drive<br>Greenville, SC 29609<br>(864) 346-0583<br>sjustice@jdsarch.com |

| Robert Minnigan, No. 16-05403 | Robert Minnigan<br>9601 Leeside Court<br>Windermere, FL 34786<br>(407) 592-1319<br>robert.minnigan@lifestyletravelbenefits.com |
|---|---|
| William Richardson, No. 16-05454 | William Richardson<br>6113 Thresher Drive<br>Naples, FL 34112<br>(850) 496-8088<br>billy11358@gmail.com |
| David Thomas, No. 16-05127 | David Thomas<br>2701 Mall Road, Suite 220<br>Florence, AL 35630<br>(256)-710-2606<br>dthomas@diecast-solutions.com |

Because corporations and other business entities must be represented by an attorney, new counsel will need to enroll for Justice Design Studio, PC and Justice Group, LLC or their claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002). New counsel shall file a motion to enroll as counsel within 30 days of the issuance of this Order.

New Orleans, Louisiana, this 3rd day of September, 2019.

_____
United States District Judge