UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br>SECTION: J(2) |
| Applies to:<br>*No. 10-01984* | * * | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

The Court stated it would sever certain cases from MDL 2179 during a status conference on August 28, 2019, including the referenced member case. (Rec. Doc. 25994).[1] Accordingly,

**IT IS ORDERED** that *Clay Whittinghill v. Abdon Callais Offshore, L.L.C.* (No. 10-01984) is hereby **SEVERED** and **DECONSOLIDATED** from MDL 2179.

All future filings for this case shall be made in the individual docket (No. 10-01984), not in the MDL 2179 master docket (No. 10-md-2179), and will use the individual case caption, not the MDL 2179 caption.

**IT IS FURTHER ORDERED** that any stay imposed in the severed case by an order or pretrial order in MDL 2179 is hereby **LIFTED**.

If the plaintiff has not already served the defendant(s) with a summons and a copy of the complaint as contemplated in Federal Rule of Civil Procedure 4, the plaintiff shall promptly do so. If service under Rule 4 has already occurred, then the time for defendant(s) to respond to the complaint shall commence to run anew from

---

[1] Record citations in this Order are to the MDL 2179 master docket, No. 10-md-2179.

the date of this Order.  *See* Fed. R. Civ. P. 12.

The Case Manager is instructed to conduct a Scheduling Conference once all parties are joined.

**IT IS FURTHER ORDERED** that the parties shall jointly designate any parts of the MDL master docket or any other docket associated with MDL 2179 (e.g., No. 10-8888) that are relevant to the severed case. The joint designation shall be filed within 30 days of the date the last defendant is served or, if all defendants have already been served, within 30 days of this Order.

**IT IS FURTHER ORDERED** that Clay Whittinghill's Motion to Deconsolidate (Rec. Doc. 21882) is **DENIED AS MOOT.**

The Court notes that it dismissed all of Plaintiff Clay Whittinghill's claims as released by the Medical Benefits Class Action Settlement Agreement (Rec. Doc. 6427) during the August 28, 2019 status conference, <u>except</u> for his claims under the Family and Medical Leave Act against Abdon Callais Offshore, L.L.C.. (*See* Rec. Doc. 25994).

**IT IS FURTHER ORDERED** that BP's Motion for Summary Judgment on B3 Claims Released Under the Medical Benefits Class Action Settlement Agreement (Rec. Doc. 25914) is **DENIED IN PART AS MOOT** insofar as it targeted Clay Whittinghill's claims. The Motion otherwise remains pending.

New Orleans, Louisiana, this 3rd day of September, 2019.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 10-1984.**