UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *All Cases in the B3 Bundle* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

The Court previously ordered the parties to submit a revised case management proposal regarding the B3 bundle by September 9, 2019. (Rec. Doc. 25994). An attorney from Nexsen Pruett, which is located in South Carolina and represents the majority of the B3 plaintiffs, contacted chambers to request an extension of time in light of Hurricane Dorian, a major hurricane threatening several states including South Carolina. Counsel for BP, which was also on the call, consents to the request.

IT IS ORDERED that the deadline for all parties to submit a revised case management proposal for the B3 bundle is extended up to and including <u>September 16, 2019</u>.

New Orleans, Louisiana, this 4th day of September, 2019.

_____
United States District Judge