# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | | | |
|---|---|---|---|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | | | MDL NO. 2179 SECTION: J JUDGE BARBIER MAGISTRATE JUDGE WILKINSON | | |
| **Applies to: 12-cv-968: BELO** | | | | | |

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 19-09827 | 19-09956 | 19-10158 | 19-10259 | 19-10397 | 19-10478 |
| 19-09828 | 19-09957 | 19-10164 | 19-10260 | 19-10398 | 19-10479 |
| 19-09829 | 19-09961 | 19-10166 | 19-10261 | 19-10399 | 19-10480 |
| 19-09832 | 19-09962 | 19-10167 | 19-10262 | 19-10400 | 19-10481 |
| 19-09840 | 19-09964 | 19-10168 | 19-10264 | 19-10401 | 19-10482 |
| 19-09841 | 19-09966 | 19-10170 | 19-10265 | 19-10402 | 19-10483 |
| 19-09850 | 19-09967 | 19-10171 | 19-10266 | 19-10403 | 19-10484 |
| 19-09853 | 19-09968 | 19-10173 | 19-10267 | 19-10404 | 19-10485 |
| 19-09856 | 19-09969 | 19-10176 | 19-10268 | 19-10406 | 19-10511 |
| 19-09857 | 19-09972 | 19-10179 | 19-10269 | 19-10407 | 19-10541 |
| 19-09861 | 19-09984 | 19-10180 | 19-10270 | 19-10408 | 19-10542 |
| 19-09863 | 19-09991 | 19-10182 | 19-10275 | 19-10409 | 19-10543 |
| 19-09864 | 19-09993 | 19-10183 | 19-10276 | 19-10410 | 19-10544 |
| 19-09866 | 19-09994 | 19-10185 | 19-10277 | 19-10412 | 19-10546 |
| 19-09867 | 19-09997 | 19-10188 | 19-10278 | 19-10413 | 19-10548 |
| 19-09868 | 19-10001 | 19-10190 | 19-10279 | 19-10414 | 19-10550 |
| 19-09870 | 19-10004 | 19-10191 | 19-10280 | 19-10415 | 19-10553 |
| 19-09871 | 19-10005 | 19-10192 | 19-10282 | 19-10418 | 19-10554 |
| 19-09872 | 19-10006 | 19-10193 | 19-10283 | 19-10419 | 19-10555 |
| 19-09873 | 19-10008 | 19-10195 | 19-10284 | 19-10420 | 19-10557 |
| 19-09876 | 19-10013 | 19-10196 | 19-10298 | 19-10422 | 19-10559 |
| 19-09877 | 19-10015 | 19-10197 | 19-10299 | 19-10423 | 19-10560 |
| 19-09879 | 19-10017 | 19-10198 | 19-10300 | 19-10425 | 19-10561 |
| 19-09880 | 19-10018 | 19-10199 | 19-10301 | 19-10434 | 19-10563 |
| 19-09881 | 19-10020 | 19-10200 | 19-10302 | 19-10436 | 19-10564 |
| 19-09886 | 19-10025 | 19-10201 | 19-10303 | 19-10437 | 19-10565 |
| 19-09887 | 19-10026 | 19-10203 | 19-10304 | 19-10438 | 19-10566 |
| 19-09888 | 19-10034 | 19-10205 | 19-10305 | 19-10440 | 19-10567 |
| 19-09889 | 19-10036 | 19-10206 | 19-10306 | 19-10442 | 19-10568 |
| 19-09891 | 19-10038 | 19-10207 | 19-10307 | 19-10444 | 19-10569 |
| 19-09892 | 19-10040 | 19-10208 | 19-10309 | 19-10445 | 19-10570 |
| 19-09893 | 19-10041 | 19-10210 | 19-10310 | 19-10446 | 19-10571 |

| | | | | | |
|---|---|---|---|---|---|
| 19-09895 | 19-10042 | 19-10211 | 19-10312 | 19-10447 | 19-10572 |
| 19-09897 | 19-10045 | 19-10213 | 19-10313 | 19-10448 | 19-10574 |
| 19-09899 | 19-10048 | 19-10215 | 19-10314 | 19-10449 | 19-10575 |
| 19-09900 | 19-10049 | 19-10217 | 19-10315 | 19-10451 | 19-10576 |
| 19-09901 | 19-10053 | 19-10218 | 19-10316 | 19-10452 | 19-10577 |
| 19-09903 | 19-10095 | 19-10219 | 19-10317 | 19-10453 | 19-10578 |
| 19-09904 | 19-10096 | 19-10220 | 19-10318 | 19-10454 | 19-10581 |
| 19-09905 | 19-10106 | 19-10222 | 19-10319 | 19-10455 | 19-10583 |
| 19-09907 | 19-10107 | 19-10223 | 19-10328 | 19-10456 | 19-10631 |
| 19-09908 | 19-10110 | 19-10224 | 19-10358 | 19-10457 | 19-10638 |
| 19-09911 | 19-10111 | 19-10226 | 19-10369 | 19-10458 | 19-10662 |
| 19-09913 | 19-10112 | 19-10242 | 19-10380 | 19-10459 | 19-10663 |
| 19-09932 | 19-10118 | 19-10243 | 19-10381 | 19-10464 | 19-10664 |
| 19-09936 | 19-10120 | 19-10244 | 19-10383 | 19-10465 | 19-10665 |
| 19-09938 | 19-10121 | 19-10245 | 19-10385 | 19-10466 | 19-10666 |
| 19-09940 | 19-10122 | 19-10250 | 19-10387 | 19-10469 | 19-10669 |
| 19-09941 | 19-10124 | 19-10252 | 19-10388 | 19-10470 | 19-10670 |
| 19-09942 | 19-10130 | 19-10253 | 19-10390 | 19-10471 | 19-10671 |
| 19-09947 | 19-10131 | 19-10254 | 19-10391 | 19-10472 | 19-10686 |
| 19-09950 | 19-10132 | 19-10255 | 19-10392 | 19-10473 | 19-10702 |
| 19-09951 | 19-10134 | 19-10256 | 19-10393 | 19-10475 | 19-10703 |
| 19-09954 | 19-10150 | 19-10257 | 19-10394 | 19-10476 | 19-10704 |
| 19-09955 | 19-10152 | 19-10258 | 19-10396 | 19-10477 | |

**THE BP PARTIES' SEPTEMBER 4, 2019[1] STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
<u>CASE MANAGEMENT ORDER NO. 2</u>**

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report.  The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on August 23, 2019.  This report includes plaintiffs whose initial disclosures were

---

[1] The Court extended the filing deadline for the BP Parties' monthly status report to September 4, 2019.  *See* Order, Rec. Doc. 25943 (Aug. 13, 2019).

due through Thursday, August 22 and reflects the status of initial disclosures received as of 5 p.m. ET on September 3, 2019.[2]

This Status Report contains a list of cases in which plaintiffs (a) provided no disclosures, or (b) provided deficient or incomplete disclosures.  Pursuant to the First Amended CMO No. 2, the BP Parties on September 11, 2019 will submit a Status Report listing plaintiffs who failed to provide full and complete disclosures after having been ordered to do so by September 4, 2019, pursuant to the Court's August 5, 2019 Order (Rec. Doc. 25922) (i.e., "Category II" plaintiffs).

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| The Nations Law Firm | 314 | 312 | 2 |
| The Downs Law Group | 7 | 7 | 0 |
| Amaro Law Firm | 8 | 8 | 0 |
| **Total** | **329** | **327** | **2** |

**I.  Category I**

**A.  Plaintiffs With Missing Initial Disclosures**

Pursuant to Section 2(B) of First Am. CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 19-09827 | Crocton, Rodney Lindsey | The Nations Law Firm |
| 2. | 19-09828 | Chastang, James Terrell | The Nations Law Firm |
| 3. | 19-09829 | Cave, Charlie Banard | The Nations Law Firm |
| 4. | 19-09832 | Edwards, Reginald Labarron | The Nations Law Firm |
| 5. | 19-09840 | Lord, Larry Junior, II | The Nations Law Firm |
| 6. | 19-09841 | Moore, Jason Evan | The Nations Law Firm |
| 7. | 19-09850 | Pritt, Kevin Jay | The Nations Law Firm |

---

[2]  The BP Parties received initial disclosures for six plaintiffs who appeared on the August 23 draft Report today, September 4, 2019, but were not able to review these initial disclosures in advance of filing this Report.  Therefore, these plaintiffs are listed on this Report.

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
|-----|---------------|-----------|---------------------|
| 8.  | 19-09853 | Steele, Mark Wayne, Jr. | The Nations Law Firm |
| 9.  | 19-09856 | Theriot, Jeramie Joshua | The Nations Law Firm |
| 10. | 19-09857 | Vanderhall, Teresa Brown | The Nations Law Firm |
| 11. | 19-09861 | Billiot, Crystal Hendon | The Nations Law Firm |
| 12. | 19-09863 | Billiot, Laura Lane | The Nations Law Firm |
| 13. | 19-09864 | Billiot, Ranzel Joseph | The Nations Law Firm |
| 14. | 19-09866 | Boudreaux, Clinton Bernard | The Nations Law Firm |
| 15. | 19-09867 | Carlee, James Benjamine | The Nations Law Firm |
| 16. | 19-09868 | Chaisson, Lawrence Joseph | The Nations Law Firm |
| 17. | 19-09870 | Coleman, Niyoki Deshe | The Nations Law Firm |
| 18. | 19-09871 | Dees, Britton Taylor | The Nations Law Firm |
| 19. | 19-09872 | Do, Hai Van | The Nations Law Firm |
| 20. | 19-09873 | Domangue, Dean Joseph | The Nations Law Firm |
| 21. | 19-09876 | Falgout, Roosevelt J. | The Nations Law Firm |
| 22. | 19-09877 | Johnson, Edwina Theresa | The Nations Law Firm |
| 23. | 19-09879 | Mobley, Lorenzo Dwayne | The Nations Law Firm |
| 24. | 19-09880 | Nguyen, Nhan | The Nations Law Firm |
| 25. | 19-09881 | Peairs, Karen Denise | The Nations Law Firm |
| 26. | 19-09886 | Tran, Dac Van | The Nations Law Firm |
| 27. | 19-09887 | Verdin, Oneil M. | The Nations Law Firm |
| 28. | 19-09888 | Fick, Thomas Davis | The Nations Law Firm |
| 29. | 19-09889 | Verdin, Titus James | The Nations Law Firm |
| 30. | 19-09891 | White, Coty James | The Nations Law Firm |
| 31. | 19-09892 | Anderson, Richard Walter | The Nations Law Firm |
| 32. | 19-09893 | Authement, Clarence Antoine | The Nations Law Firm |
| 33. | 19-09895 | Borne, Travis James | The Nations Law Firm |
| 34. | 19-09897 | Collins, Jody Stephen | The Nations Law Firm |
| 35. | 19-09899 | Danos, Danny Lee | The Nations Law Firm |
| 36. | 19-09900 | Dardar, Joshua Michael | The Nations Law Firm |
| 37. | 19-09901 | Eldridge, Teneshia Sharta | The Nations Law Firm |
| 38. | 19-09903 | Fontaine, Cody Layne | The Nations Law Firm |
| 39. | 19-09904 | Howard, Charles Joel | The Nations Law Firm |
| 40. | 19-09905 | Le, Ben Ngoc | The Nations Law Firm |
| 41. | 19-09907 | Molinere, Terry Wayne | The Nations Law Firm |
| 42. | 19-09908 | Oliver, Steven Craig | The Nations Law Firm |
| 43. | 19-09911 | Verdin, Frannie Lee | The Nations Law Firm |
| 44. | 19-09913 | Verdin, Carl Antoine | The Nations Law Firm |
| 45. | 19-09932 | Beal, Albert Gene | The Nations Law Firm |
| 46. | 19-09936 | Collum, Sandy Lynn | The Nations Law Firm |
| 47. | 19-09938 | Diep, Quan Thanh | The Nations Law Firm |
| 48. | 19-09940 | Feltman, Dennis Keith | The Nations Law Firm |
| 49. | 19-09941 | Fierro, Michael Bernabe | The Nations Law Firm |
| 50. | 19-09942 | Frantz, Jeffery David | The Nations Law Firm |
| 51. | 19-09947 | Ward, Michael Ernest | The Nations Law Firm |

|  | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|---|---|---|---|
| 52. | 19-09950 | Henry, John Richard | The Nations Law Firm |
| 53. | 19-09951 | Ingram, Kenzia Jonita | The Nations Law Firm |
| 54. | 19-09954 | Keyes, Anquelic Shontae | The Nations Law Firm |
| 55. | 19-09955 | Loftus, William Kyle | The Nations Law Firm |
| 56. | 19-09956 | Manning, Carl Austin | The Nations Law Firm |
| 57. | 19-09957 | Massey, Thomas Clay | The Nations Law Firm |
| 58. | 19-09961 | Miller, Ram Anthony | The Nations Law Firm |
| 59. | 19-09962 | Morales, Alex, Jr. | The Nations Law Firm |
| 60. | 19-09964 | Nguyen, Hoang Anh | The Nations Law Firm |
| 61. | 19-09966 | Nguyen, Tan Van | The Nations Law Firm |
| 62. | 19-09967 | Nichols, Geoffrey Randall | The Nations Law Firm |
| 63. | 19-09968 | Rankins, Christopher Jacob | The Nations Law Firm |
| 64. | 19-09969 | Shivers, Elando Kelly | The Nations Law Firm |
| 65. | 19-09972 | Swain, Johnnie McCoy | The Nations Law Firm |
| 66. | 19-09984 | Kent, Larry | Amaro Law Firm |
| 67. | 19-09991 | Basulito, Tabitha Mary | The Nations Law Firm |
| 68. | 19-09993 | Bell, Alexander | The Nations Law Firm |
| 69. | 19-09994 | Benjamin, Phillip Arnez | The Nations Law Firm |
| 70. | 19-09997 | Carter, Johnny Leroy | The Nations Law Firm |
| 71. | 19-10001 | Dasher, Michael Eugene, Jr. | The Nations Law Firm |
| 72. | 19-10004 | Fountain, Caleb James | The Nations Law Firm |
| 73. | 19-10005 | Goff, Jeffrey Phillip | The Nations Law Firm |
| 74. | 19-10006 | Ho, Kiet Minh | The Nations Law Firm |
| 75. | 19-10008 | Ho, Michael | The Nations Law Firm |
| 76. | 19-10013 | Klock, Charles William | The Nations Law Firm |
| 77. | 19-10015 | Lam, Tho Van | The Nations Law Firm |
| 78. | 19-10017 | Lambert, Jerry | The Nations Law Firm |
| 79. | 19-10018 | Lett, Annette Marandal | The Nations Law Firm |
| 80. | 19-10020 | Lett, Cassious Darell | The Nations Law Firm |
| 81. | 19-10025 | McGuire, Brayton Scott | The Nations Law Firm |
| 82. | 19-10026 | Mills, Joseph Cornelius | The Nations Law Firm |
| 83. | 19-10034 | Perrin, Don David | The Nations Law Firm |
| 84. | 19-10036 | Pickett, Kertishia Leuntae | The Nations Law Firm |
| 85. | 19-10038 | Preudhomme, Robert Fitzgerald | The Nations Law Firm |
| 86. | 19-10040 | Readenour, Jared Austin | The Nations Law Firm |
| 87. | 19-10041 | Rollo, Johnnie Philip | The Nations Law Firm |
| 88. | 19-10042 | Ros, George Anthony | The Nations Law Firm |
| 89. | 19-10048 | Slusher-Eib, Wendy Marie | The Nations Law Firm |
| 90. | 19-10049 | Smith, Jermaine Albert | The Nations Law Firm |
| 91. | 19-10053 | Wing, Joshua Thomas | The Nations Law Firm |
| 92. | 19-10095 | Parker, John Michael | The Downs Law Group |
| 93. | 19-10096 | Diaz, Ramon | The Downs Law Group |
| 94. | 19-10106 | Austin, Jeffrey Kent | The Nations Law Firm |
| 95. | 19-10107 | Becknell, Clarence Alexander, Jr. | The Nations Law Firm |

|  | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|---|---|---|---|
| 96. | 19-10110 | Delle, Jack John, Jr. | The Nations Law Firm |
| 97. | 19-10111 | Flannery, Jeremy Wilson | The Nations Law Firm |
| 98. | 19-10112 | Forte, Christopher Ezra | The Nations Law Firm |
| 99. | 19-10118 | Michael, Paul Henry, Jr. | The Nations Law Firm |
| 100. | 19-10120 | Nguyen, Que Van | The Nations Law Firm |
| 101. | 19-10121 | Overstreet, Darish | The Nations Law Firm |
| 102. | 19-10122 | Packer, Darryl Demetrius | The Nations Law Firm |
| 103. | 19-10124 | Patterson, Roman Gabriel | The Nations Law Firm |
| 104. | 19-10130 | Steib, Farrell Paul, Jr. | The Nations Law Firm |
| 105. | 19-10131 | Thompson, Tracy Justin | The Nations Law Firm |
| 106. | 19-10132 | Walker, George Kinte | The Nations Law Firm |
| 107. | 19-10134 | White, Paula Warren | The Nations Law Firm |
| 108. | 19-10150 | Carlos, Mario | Amaro Law Firm |
| 109. | 19-10152 | Izquierdo, Maribel | The Downs Law Group |
| 110. | 19-10158 | Payne, Stanley Levon | The Downs Law Group |
| 111. | 19-10164 | Averitt, Kenneth Larry | The Nations Law Firm |
| 112. | 19-10166 | Bergeron, Nicholas James | The Nations Law Firm |
| 113. | 19-10167 | Berghman, Danny Joseph, Jr. | The Nations Law Firm |
| 114. | 19-10168 | Besson, Kelly James, Jr. | The Nations Law Firm |
| 115. | 19-10170 | Cheramie, Harvey Joseph, Sr. | The Nations Law Firm |
| 116. | 19-10171 | Cooke, Michael Anthony | The Nations Law Firm |
| 117. | 19-10173 | Dardar, Teddy Darnella | The Nations Law Firm |
| 118. | 19-10176 | Edwards, Antwan Cavett | The Nations Law Firm |
| 119. | 19-10179 | Evans, James Joseph, Jr. | The Nations Law Firm |
| 120. | 19-10180 | Fischer, Marilyn Kay | The Nations Law Firm |
| 121. | 19-10182 | Floyd, Ricky Raidell, II | The Nations Law Firm |
| 122. | 19-10183 | Griffin, Myron | The Nations Law Firm |
| 123. | 19-10185 | Haynes, Todd Louis | The Nations Law Firm |
| 124. | 19-10188 | Kyles, Michael Therese | The Nations Law Firm |
| 125. | 19-10190 | Lirette, Guy Anthony | The Nations Law Firm |
| 126. | 19-10191 | Moreau, Jason Paul | The Nations Law Firm |
| 127. | 19-10192 | Pham, Phung Ky | The Nations Law Firm |
| 128. | 19-10193 | Price, Jeremy Joseph | The Nations Law Firm |
| 129. | 19-10195 | Sevin, Willard Paul, Jr. | The Nations Law Firm |
| 130. | 19-10196 | Shanahan, Timothy Roland | The Nations Law Firm |
| 131. | 19-10197 | Shoemaker, Roderick Akeem, Sr. | The Nations Law Firm |
| 132. | 19-10198 | Simon, Daryl Joseph | The Nations Law Firm |
| 133. | 19-10199 | Steorts, Ricky Dale | The Nations Law Firm |
| 134. | 19-10200 | Taillon, Michelle Gauthier | The Nations Law Firm |
| 135. | 19-10201 | Taillon, Monique Samantha | The Nations Law Firm |
| 136. | 19-10203 | Theriot, Gene Eddie | The Nations Law Firm |
| 137. | 19-10205 | Sewer, Darrell Henry | The Nations Law Firm |
| 138. | 19-10206 | Smith, Jeffrey Paul | The Nations Law Firm |
| 139. | 19-10207 | Turan, Gerald Arthur | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 140. | 19-10208 | Turner, Adonis Bennett, Jr. | The Nations Law Firm |
| 141. | 19-10210 | Vizier, Craig Michael | The Nations Law Firm |
| 142. | 19-10211 | Watson, Corry Deshun | The Nations Law Firm |
| 143. | 19-10213 | Rayford, Gandar Cherief | The Nations Law Firm |
| 144. | 19-10215 | Du, Hue Kien | The Nations Law Firm |
| 145. | 19-10217 | Raybon, Kristi Ann | The Nations Law Firm |
| 146. | 19-10218 | Hagadone, Dustin James | The Nations Law Firm |
| 147. | 19-10219 | Alphonso, Eugene Raymond | The Nations Law Firm |
| 148. | 19-10220 | Glenn, Robert Ernest, Jr. | The Nations Law Firm |
| 149. | 19-10222 | Marinkovic, Milivoj | The Nations Law Firm |
| 150. | 19-10223 | Hunter, Dominique Marquise | The Nations Law Firm |
| 151. | 19-10224 | Pharr, Roderick Lavert | The Nations Law Firm |
| 152. | 19-10226 | Johnson, Kelvin Arness | The Nations Law Firm |
| 153. | 19-10242 | Collier, Misty Lou | The Nations Law Firm |
| 154. | 19-10243 | Dang, Cuong Van | The Nations Law Firm |
| 155. | 19-10244 | Dang, Duong Tung | The Nations Law Firm |
| 156. | 19-10245 | Davis, Johnnie Ray | The Nations Law Firm |
| 157. | 19-10250 | Galea, Robert Paul | The Nations Law Firm |
| 158. | 19-10252 | Gilbert, Burton Thomas | The Nations Law Firm |
| 159. | 19-10253 | Hall, Charlie Leon, III | The Nations Law Firm |
| 160. | 19-10254 | Hayes, Lamont Daniel | The Nations Law Firm |
| 161. | 19-10255 | Hill, Derrick Thomas | The Nations Law Firm |
| 162. | 19-10256 | Hoover, James Robert | The Nations Law Firm |
| 163. | 19-10257 | Huynh, Ke Van | The Nations Law Firm |
| 164. | 19-10258 | Kern, William Barton, Jr. | The Nations Law Firm |
| 165. | 19-10259 | Long, Brian Jamaal | The Nations Law Firm |
| 166. | 19-10260 | Lovette, Eric Vonshia | The Nations Law Firm |
| 167. | 19-10261 | Lozano, Mary Lett | The Nations Law Firm |
| 168. | 19-10262 | Mai, Tong Van | The Nations Law Firm |
| 169. | 19-10264 | Moye, Lisa Evelyn | The Nations Law Firm |
| 170. | 19-10265 | Nguyen, Ban Van | The Nations Law Firm |
| 171. | 19-10266 | Perez, Manuel | The Nations Law Firm |
| 172. | 19-10267 | Phan, Nghia Dinh | The Nations Law Firm |
| 173. | 19-10268 | Phillips, Christopher Michael | The Nations Law Firm |
| 174. | 19-10269 | Reeves, James Michael | The Nations Law Firm |
| 175. | 19-10270 | Rogers, McIllwain | The Nations Law Firm |
| 176. | 19-10275 | Tran, Tot Van | The Nations Law Firm |
| 177. | 19-10276 | Truong, Man B. | The Nations Law Firm |
| 178. | 19-10277 | Truong, Tu B. | The Nations Law Firm |
| 179. | 19-10278 | Vinson, Joseph Daniel, III | The Nations Law Firm |
| 180. | 19-10279 | Washington, Tommy Leo | The Nations Law Firm |
| 181. | 19-10280 | Way, Kenneth Brian, II | The Nations Law Firm |
| 182. | 19-10282 | Williams, Felecia Benita | The Nations Law Firm |
| 183. | 19-10283 | Wynn, Stefanie Patrice | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 184. | 19-10284 | Jones, Reno | The Nations Law Firm |
| 185. | 19-10298 | Alexander, Christopher Lewis | The Nations Law Firm |
| 186. | 19-10299 | Bay, William Casey | The Nations Law Firm |
| 187. | 19-10300 | Cain, Frances Louise | The Nations Law Firm |
| 188. | 19-10301 | Carter, Monchetee Mondale | The Nations Law Firm |
| 189. | 19-10302 | Castanedo, Joshua Edward | The Nations Law Firm |
| 190. | 19-10303 | Davison, Woodrow | The Nations Law Firm |
| 191. | 19-10304 | Holmes, Finley Clarke, Jr. | The Nations Law Firm |
| 192. | 19-10305 | Johnson, Angela Brown | The Nations Law Firm |
| 193. | 19-10306 | Kelly, Terry Wayne, Jr. | The Nations Law Firm |
| 194. | 19-10307 | Lee, Frederick Wayne | The Nations Law Firm |
| 195. | 19-10309 | Mitchum, Paul Lane | The Nations Law Firm |
| 196. | 19-10310 | Roberson, Ronald Eugene, Jr. | The Nations Law Firm |
| 197. | 19-10312 | Sherrod, Crystal Shanie | The Nations Law Firm |
| 198. | 19-10313 | Smith, Jason Orlando | The Nations Law Firm |
| 199. | 19-10314 | Stewart, Chester Earl | The Nations Law Firm |
| 200. | 19-10315 | Stewart, Cynthia Dianne | The Nations Law Firm |
| 201. | 19-10316 | Triplett, Marcus Terrell | The Nations Law Firm |
| 202. | 19-10317 | Williams, Charles Franklin | The Nations Law Firm |
| 203. | 19-10318 | Williams, Jonathan Lekeif Coleville | The Nations Law Firm |
| 204. | 19-10319 | Williams, Rayfaird | The Nations Law Firm |
| 205. | 19-10328 | Montalvo, Amaro | Amaro Law Firm |
| 206. | 19-10358 | Alley, Kevin | Amaro Law Firm |
| 207. | 19-10369 | Reyes-Gutierrez, Esteban | The Downs Law Group |
| 208. | 19-10380 | Coachman, Sandra Kay | The Nations Law Firm |
| 209. | 19-10381 | Hutchinson, Willie, III | The Nations Law Firm |
| 210. | 19-10383 | Marshall, Terry Nathaniel | The Nations Law Firm |
| 211. | 19-10385 | Waldron, Phillip Sharadan | The Nations Law Firm |
| 212. | 19-10387 | Bates, Clinton Joseph | The Nations Law Firm |
| 213. | 19-10388 | Bogart-Smith, Jane Lucy | The Nations Law Firm |
| 214. | 19-10390 | Breaux, Nolan Peaire, Jr. | The Nations Law Firm |
| 215. | 19-10391 | Chaisson, Smitty Paul | The Nations Law Firm |
| 216. | 19-10392 | Chatman, Vernon Leonard | The Nations Law Firm |
| 217. | 19-10393 | Clark, Catessa Lashayla | The Nations Law Firm |
| 218. | 19-10394 | Clark, Raymond Joseph, Jr. | The Nations Law Firm |
| 219. | 19-10396 | Fleming, Kerk Thomas | The Nations Law Firm |
| 220. | 19-10397 | Foucha, Bryan Joseph | The Nations Law Firm |
| 221. | 19-10398 | Glass, Brandy Morgan | The Nations Law Firm |
| 222. | 19-10399 | Goines, Donald Terrell | The Nations Law Firm |
| 223. | 19-10400 | Gray, Floyd Quinton | The Nations Law Firm |
| 224. | 19-10401 | Guidry, Wayne Paul | The Nations Law Firm |
| 225. | 19-10402 | Holley, Eric Anthony | The Nations Law Firm |
| 226. | 19-10403 | Holloway, Jacqueline Ann | The Nations Law Firm |
| 227. | 19-10404 | Jones, Roderick Alan, II | The Nations Law Firm |

|      | **Docket Number** | **Plaintiff**                 | **Plaintiff's Counsel** |
|------|-------------------|-------------------------------|-------------------------|
| 228. | 19-10406          | Layfield, Albert William, Jr. | The Nations Law Firm    |
| 229. | 19-10407          | Le, Nancy                     | The Nations Law Firm    |
| 230. | 19-10408          | Lewis, Harry                  | The Nations Law Firm    |
| 231. | 19-10409          | Lirette, Jonathan Peter       | The Nations Law Firm    |
| 232. | 19-10410          | Lirette, Wayne Andrew         | The Nations Law Firm    |
| 233. | 19-10412          | McCraney, John Benjamin, Jr.  | The Nations Law Firm    |
| 234. | 19-10413          | McKinney, Brian Steven        | The Nations Law Firm    |
| 235. | 19-10414          | Moore, Faye Patricia-Ann      | The Nations Law Firm    |
| 236. | 19-10415          | Naquin, Albert Paul           | The Nations Law Firm    |
| 237. | 19-10418          | Averitt, Mark Travis          | The Nations Law Firm    |
| 238. | 19-10419          | Boone, Richard Barnett        | The Nations Law Firm    |
| 239. | 19-10420          | Brooks, David Scott           | The Nations Law Firm    |
| 240. | 19-10422          | Brown, Roscoe Machelle        | The Nations Law Firm    |
| 241. | 19-10423          | Bucci, Christopher Allen      | The Nations Law Firm    |
| 242. | 19-10425          | Butler, Saleta Sabrina        | The Nations Law Firm    |
| 243. | 19-10434          | Dewitt, Mearl Jackie, Jr.     | The Nations Law Firm    |
| 244. | 19-10436          | Horn, James Alexander         | The Nations Law Firm    |
| 245. | 19-10437          | Keelin, Kenneth Lawrence      | The Nations Law Firm    |
| 246. | 19-10438          | Key, William Lee              | The Nations Law Firm    |
| 247. | 19-10440          | Laurendine, Frances Smith     | The Nations Law Firm    |
| 248. | 19-10442          | Nguyen, Xuong Kim             | The Nations Law Firm    |
| 249. | 19-10444          | Robinson, Robert Lee          | The Nations Law Firm    |
| 250. | 19-10445          | Schofield, Christopher Daniel | The Nations Law Firm    |
| 251. | 19-10446          | Seltzer, Alex Cornell         | The Nations Law Firm    |
| 252. | 19-10447          | Smith, Mildred Denise         | The Nations Law Firm    |
| 253. | 19-10448          | Steen, Raymond Burk           | The Nations Law Firm    |
| 254. | 19-10449          | Tran, Thanh Van               | The Nations Law Firm    |
| 255. | 19-10451          | Vanacor, James Thomas         | The Nations Law Firm    |
| 256. | 19-10452          | Wentworth, Todd Allan         | The Nations Law Firm    |
| 257. | 19-10453          | West, Rebecca Lanier          | The Nations Law Firm    |
| 258. | 19-10454          | Boquet, Glynn Philip, Jr.     | The Nations Law Firm    |
| 259. | 19-10455          | Boudreaux, Corey Michael      | The Nations Law Firm    |
| 260. | 19-10456          | Bunn, Latonza Marcia          | The Nations Law Firm    |
| 261. | 19-10457          | Catha, Richard Thomas         | The Nations Law Firm    |
| 262. | 19-10458          | Clark, Roger Lee              | The Nations Law Firm    |
| 263. | 19-10459          | Coleman, Thomas Deon          | The Nations Law Firm    |
| 264. | 19-10464          | Ford, Bieonka Sophia          | The Nations Law Firm    |
| 265. | 19-10465          | Grayson, Master Lepoleon      | The Nations Law Firm    |
| 266. | 19-10466          | Lopez, Guillermo              | Amaro Law Firm          |
| 267. | 19-10469          | Le, Dang Van                  | The Nations Law Firm    |
| 268. | 19-10470          | Nguyen, Thanh Van             | The Nations Law Firm    |
| 269. | 19-10471          | Nguyen, Tien Van              | The Nations Law Firm    |
| 270. | 19-10472          | Nguyen, Ve Thi                | The Nations Law Firm    |
| 271. | 19-10473          | O'Neal, Allen Dexter, II      | The Nations Law Firm    |

|  | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|---|---|---|---|
| 272. | 19-10475 | Praytor, Robert Mitchell | The Nations Law Firm |
| 273. | 19-10476 | Pryor, Robert Hugh, Jr. | The Nations Law Firm |
| 274. | 19-10477 | Robinson, Jamie Darnell | The Nations Law Firm |
| 275. | 19-10478 | Scott, Rondell Joseph | The Nations Law Firm |
| 276. | 19-10479 | Sewire, Ronald Wayne | The Nations Law Firm |
| 277. | 19-10480 | Tran, Hai Van | The Nations Law Firm |
| 278. | 19-10481 | Watts, Tanzila Dejira | The Nations Law Firm |
| 279. | 19-10482 | Wescovich, Michael Anthony | The Nations Law Firm |
| 280. | 19-10483 | Whitsett, Demartess Anthony | The Nations Law Firm |
| 281. | 19-10484 | Williams, Antwone Dwayne | The Nations Law Firm |
| 282. | 19-10485 | Winkler, Rory Thomas | The Nations Law Firm |
| 283. | 19-10511 | Galvan, Guadalupe | Amaro Law Firm |
| 284. | 19-10541 | Barisich, George Anthony | The Nations Law Firm |
| 285. | 19-10542 | Barthelemy, Anthony | The Nations Law Firm |
| 286. | 19-10543 | Barthelemy, Kendrell Torell | The Nations Law Firm |
| 287. | 19-10546 | Campo, Blake Cameron | The Nations Law Firm |
| 288. | 19-10548 | Dempster, Jason Thomas | The Nations Law Firm |
| 289. | 19-10550 | Do, Linh Ti | The Nations Law Firm |
| 290. | 19-10553 | Grossie, Janet Matte | The Nations Law Firm |
| 291. | 19-10554 | Hue, Patrick Anthony | The Nations Law Firm |
| 292. | 19-10555 | Huynh, Chi | The Nations Law Firm |
| 293. | 19-10557 | Koenig, Dolores White | The Nations Law Firm |
| 294. | 19-10559 | Lam, Lan Van | The Nations Law Firm |
| 295. | 19-10560 | Lopez, Scott Paul, Jr. | The Nations Law Firm |
| 296. | 19-10561 | Lott, Logan Daniel | The Nations Law Firm |
| 297. | 19-10563 | Mitchell, Sherron Denise | The Nations Law Firm |
| 298. | 19-10564 | Montecino, Clifford Joseph | The Nations Law Firm |
| 299. | 19-10565 | Moody, Alfred Jerome | The Nations Law Firm |
| 300. | 19-10566 | Nguyen, Dai Van | The Nations Law Firm |
| 301. | 19-10567 | Nicholas, Melissa Ruth | The Nations Law Firm |
| 302. | 19-10568 | O'Neil, Carey Martin | The Nations Law Firm |
| 303. | 19-10569 | Parker, Roderick Ellery | The Nations Law Firm |
| 304. | 19-10570 | Pettway, Taiwan O'Neal | The Nations Law Firm |
| 305. | 19-10571 | Triplette, Ronald, Jr. | Amaro Law Firm |
| 306. | 19-10572 | Sherrod, Donna Evette | The Nations Law Firm |
| 307. | 19-10574 | Tong, Nam Ngoc | The Nations Law Firm |
| 308. | 19-10575 | Perez, Wesley Vaughan, III | The Nations Law Firm |
| 309. | 19-10576 | Tra, Nhi | The Nations Law Firm |
| 310. | 19-10577 | Tran, Dat Van | The Nations Law Firm |
| 311. | 19-10578 | Tran, Dung Quoc | The Nations Law Firm |
| 312. | 19-10581 | Tran, Vincent Hoang | The Nations Law Firm |
| 313. | 19-10583 | Wyatt, David Wayne | The Nations Law Firm |
| 314. | 19-10631 | Woodall, Savarus | The Downs Law Group |
| 315. | 19-10638 | Ladnier, Brenda | Amaro Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
|-----|---------------|-----------|---------------------|
| 316. | 19-10662 | Allen, Della Reese | The Nations Law Firm |
| 317. | 19-10663 | Brooks, Rashad | The Nations Law Firm |
| 318. | 19-10664 | Buras, Judith Estelle | The Nations Law Firm |
| 319. | 19-10665 | Burgess, Larry Darnell, Sr. | The Nations Law Firm |
| 320. | 19-10666 | Burton, Charles Alexander | The Nations Law Firm |
| 321. | 19-10669 | Andrews, Stephen Robert | The Nations Law Firm |
| 322. | 19-10670 | Armand, Robert Anthony, Jr. | The Nations Law Firm |
| 323. | 19-10671 | Barfield, Bobby Ray | The Nations Law Firm |
| 324. | 19-10686 | Cartagena, Florentina | The Downs Law Group |
| 325. | 19-10702 | Bergeron, Bernard Joseph, Jr. | The Nations Law Firm |
| 326. | 19-10703 | Berthelot, John Roy | The Nations Law Firm |
| 327. | 19-10704 | Boudreaux, Wallace Joseph | The Nations Law Firm |

### B. Plaintiffs With Deficient Initial Disclosures

Pursuant to Section 2(C) of First Am. CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided deficient or incomplete initial disclosures.

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|-----|---------------|-----------|---------------------|------------|
| 1. | 19-10045 | Salter, Terrance James | The Nations Law Firm | Missing dated Claims Administrator authorization |
| 2. | 19-10544 | Broussard, Keith Joel, Jr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials typed |

September 4, 2019                                        Respectfully submitted,

    */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & T.
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of September 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                            */s/ Don K. Haycraft*
                                            Don K. Haycraft