**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | ) | |
|     of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This document Relates to: | ) | JUDGE BARBIER |
| *Pleading Bundle B1* | ) | |
| | ) | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| | ) | |
| KAY EUBANKS, | ) | CASE NO.:   2:16-cv-5093 |
| | ) | |
|     Plaintiff, | ) | |
| | ) | SECTION J |
| vs. | ) | |
| | ) | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., | ) | |
| BP AMERICA PRODUCTION COMPANY, | ) | MAG. JUDGE WILKINSON |
| and BP P.L.C., | ) | |
| | ) | |
|     Defendants. | ) | |

## MOTION FOR LEAVE TO INTERVENE

**NOW INTO COURT**, through undersigned counsel, comes William B.

Price, PA, which respectfully moves this Honorable Court for leave to file a

Complaint of Intervention in the captioned action pursuant to Federal Rules of Civil

Procedure 24 (a)(2) on the grounds that intervenor claims an interest in and is

entitled to the proceeds of any settlement or judgment in the captioned action in

preference to other creditors and that intervenor is so situated that the disposition of

the action may as a practical matter impede intervenor's ability to protect that

interest.

The proposed defendant in intervention is Kay Eubanks.

Pursuant to Local Rule 7.6, the undersigned has attempted to obtain consent for the filing and granting of the motion, and Kay Eubanks does not consent to the filing of this Motion.   BP neither consents nor objects.

The filing of the Complaint of Intervention will not in any way delay the progress of this matter.

**WHEREFORE**, William B. Price, PA, through the undersigned counsel, prays that it be allowed to file its Complaint of Intervention in the aforesaid matter.

Respectfully submitted this 6th day of September, 2019

BY:*/s/William B. Price*
WILLIAM B. PRICE
Florida Bar No: 28277
bill@thepricelawfirm.com
hannah@thepricelawfirm.com
brandi@thepricelawfirm.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Intervene has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and upon the Plaintiff, Kay Eubanks via electronic mail at keubanks75@gmail.com on this 6th day of September, 2019.

*/s/ William B. Price*
William B. Price