UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| This document Relates to: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER MAG. JUDGE WILKINSON |
| ROBERT MINNIGAN, Plaintiff, vs. BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 2:16-cv-5403 SECTION J JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

The Court, having considered the Motion for Leave to Intervene of William B. Price, PA, through William B. Price:

**IT IS HEREBY ORDERED** that William B. Price, PA, through William B. Price, is granted leave to file its Complaint of Intervention and said Complaint of Intervention attached to the Motion for Leave to Intervene is deemed filed.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE