UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179  SECTION J |
| This document Relates to: *Pleading Bundle B1* | JUDGE BARBIER  MAG. JUDGE WILKINSON |
| ROBERT MINNIGAN,  Plaintiff,  vs.  BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.,  Defendants. | CASE NO.: 2:16-cv-5403  SECTION J  JUDGE BARBIER  MAG. JUDGE WILKINSON |

## COMPLAINT OF INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Intervenor William B. Price, PA, with its principal place of business located in Bay County, Florida, appearing herein through its sole member, William B. Price, respectfully represents:

1. Defendant herein is Robert Minnigan.

2. William B. Price, PA is a Florida profit corporation. William B. Price, William B. Price, PA's sole member, maintains a practice of law in the State of Florida and is licensed and authorized to practice law by the State of

> Florida. William B. Price, PA was retained in these proceedings by the defendant in intervention.

3. Defendant in intervention signed a retainer contract for legal representation with William B. Price and William B. Price, PA for damages associated with the BP Deepwater Horizon disaster. Defendant in intervention is seeking payment of damages owed to them resultant from the BP Deepwater Horizon disaster. The retainer contract provides for a contingency fee and reimbursement of costs.

4. In his capacity as counsel for defendant in intervention, Mr. Price performed professional services on behalf of defendant in intervention, incurred expenses, and earned reasonable attorneys' fees in the prosecution and maintenance of this case.

5. Intervenor William B. Price, PA is entitled to the recovery of a reasonable fee for the services it has performed and reimbursement of the costs it has incurred. Defendant in intervention is responsible for such amount and for the reservation of such amount from any sum it receives pursuant to a settlement or judgment in these matters.

**WHEREFORE**, Intervenor William B. Price, PA prays that the Complaint in Intervention be served upon defendant in intervention, Robert Minnigan, and that after due proceedings be had, there be a judgment in favor of intervenor William B.

Price, PA in an amount commensurate with the agreement between William B. Price, PA and Robert Minnigan.

Respectfully submitted this 6th day of September 2019

BY:/s/William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
bill@thepricelawfirm.com
hannah@thepricelawfirm.com
brandi@thepricelawfirm.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Complaint of Intervention has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and upon the Plaintiff, Robert Minnigan via electronic mail at robert.minnigan@lifestyletravelbenefits.com on this 6th day of September, 2019.

/s/ William B. Price
William B. Price