**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | ) | |
| of Mexico, on April 20, 2010 | ) | **SECTION J** |
| | ) | |
| **This document Relates to:** | ) | **JUDGE BARBIER** |
| *Pleading Bundle B1* | ) | |
| | ) | **MAG. JUDGE WILKINSON** |

| | | |
|---|---|---|
| **DAVID THOMAS,** | ) | **CASE NO.:  2:16-cv-5127** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SECTION J** |
| vs. | ) | |
| | ) | **JUDGE BARBIER** |
| **BP EXPLORATION & PRODUCTION, INC.,** | ) | |
| **BP AMERICA PRODUCTION COMPANY,** | ) | **MAG. JUDGE WILKINSON** |
| **and BP P.L.C.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court, having considered the Motion for Leave to Intervene of William

B. Price, PA, through William B. Price:

**IT IS HEREBY ORDERED** that William B. Price, PA, through William B.

Price, is granted leave to file its Complaint of Intervention and said Complaint of

Intervention attached to the Motion for Leave to Intervene is deemed filed.

New Orleans, Louisiana, this _____ day of _____, 2019.


_____
UNITED STATES DISTRICT JUDGE