# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 05, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-30440    In re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:13-CV-1778

The court has granted the motion to supplement the record in this
case.  The originating court is requested to add the attached
motion and documents to their court's docket and to provide us
with a supplemental electronic record, within 15 days.  Counsel is
reminded that any citations to these documents must cite to the
supplemental electronic record.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Shea E. Pertuit*

                            By: _____
                            Shea E. Pertuit, Deputy Clerk
                            504-310-7666

Mr. William W. Blevins
Mr. Harvey Grannis Brown Jr.
Ms. Miriam Michelle Carreras
Mr. Don Keller Haycraft
Mr. George W. Hicks Jr.
Mr. James Andrew Langan
Mr. W. Mark Lanier
Mr. James Alistair McKenzie
Mr. Kerry J. Miller
Mr. Aaron Lloyd Nielson
Mr. Kevin Philip Parker
Mr. Thomas Andrew Range
Mr. Devin Chase Reid
Mr. David Bruce Salmons
Mr. Douglas M. Schmidt
Mr. Robert Alan York