IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

―――――――――――――――――――――――――――

**No. 19-30440**

―――――――――――――――――――――――――――

In re: Deepwater Horizon

―――――――――――――――――――――――

SERGIO ALVARADO,
Plaintiff - Appellant
v.
BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C,
Defendants - Appellees

―――――――――――――――――――――――

SANDRA A. IAMES,
Plaintiff - Appellant
v.
BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN HOLDINGS, L.L.C.;
TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN,
LIMITED; TRITON ASSET LEASING GMBH; ANADARKO PETROLEUM
CORPORATION COMPANY; ANADARKO E&P COMPANY, L.P.;
HALLIBURTON ENERGY SERVICES, INCORPORATED,
Defendants - Appellees

―――――――――――――――――――――――

SHERI ALLEN DORGAN,
Plaintiff - Appellant
v.
BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP
AMERICA PRODUCTION COMPANY,
Defendants - Appellees

―――――――――――――――――――――――

BRIAN GORTNEY,
Plaintiff - Appellant
v.
BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA
INCORPORATED; BP, P.L.C,
Defendants – Appellees
_____

SERGIO VALDIVIESO,
Plaintiff - Appellant
v.
BP, P.L.C.; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP
AMERICA, INCORPORATED,
Defendants - Appellees

On Appeal from the U.S. District Court
for the Eastern District of Louisiana
Nos. MDL 2179, 2:15-cv-01047 2:12-cv-02004;

**APPELLANTS' UNOPPOSED MOTION TO SUPPLEMENT THE
RECORD ON APPEAL**

Kevin Parker
State Bar No: 15494020
Harvey G. Brown Jr.
State Bar No.: 03130500
THE LANIER LAW FIRM
10940 W. Sam Houston Pwky N., Ste. 100
Houston, Texas 77069
Telephone: 713.659.5200
Facsimile: 713.659.2204

COUNSEL FOR PLAINTIFF-
APPELLANTS

August 29, 2019

## <u>APPELLANTS' UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON APPEAL</u>

Appellants Brian Gortney, Sergio Valdivieso, and Sheri Allen Dorgan, pursuant to <span style="font-variant: small-caps;">Fed. R. App. P. 10</span> this their Motion to Supplement the Record.

1.     This is a consolidated appeal from the MDL court's dismissal-with-prejudice of Plaintiffs' lawsuits for failure to comply timely with a scheduling order.

2.     Parties filed a Joint Designation of Record (Docket No. 25897) on July 23, 2019.

3.     This Court issued its briefing schedule on August 12, 2019. The official record on appeal was made available on August 13, 2019.

### Request for Omitted Pleadings Included in the Joint Designation

4.     Upon review of the record, Appellants' counsel discovered that designated pleadings from case no. 2:10-cv-08888, which is a part of the MDL, were not included as part of the appellate record.

5.     After advising the District Court, counsel was advised that the record for this appeal is very large and to print the pleadings from case no. 2:10-cv-08888 and attach them to this Motion so the Clerk of this Court could request from the District Court and include them as part of the record in this appeal.

3

6. The specific pleadings that were designated but not included in the record are listed below and attached as Exhibit A.

| Case No. | Document No. | Pleading | Date Filed |
|---|---|---|---|
| 2:10-08888 | 54971 | Short Form Joinder - Sergio Alvarado | 4/15/2011 |
| 2:10-08888 | 86372 | Short Form Joinder – Brian Gortney | 4/11/2011 |
| 2:10-08888 | 108825 | Short Form Joinder – Sheri Dorgan | 9/26/2011 |
| 2:10-08888 | 118018 | Amended 108825 Short Form Joinder – Sheri Dorgan | 3/16/2012 |
| 2:10-08888 | 136654 | Short Form Joinder – Sergio Valdivieso | 2/6/2014 |

**Request for Additional Pleadings and Court Orders Issued After the Designation of the Record**

The MDL court and the remaining B3 plaintiffs continue to move this case forward.  In order for the court to know the current status of the case, Plaintiff-Appellants request that the record be supplemented with the following additional pleadings and court orders:

| | | | |
|---|---|---|---|
| 2:10-md-02179 | 25929 | ORDER as to Certain B3 Plaintiffs' Compliance with PTO 63 and PTO 66. The Court previously ordered 22 plaintiffs in the B3 pleading bundle to comply with PTO 63 and PTO 66 by July 16, 2019. All 18 plaintiffs timely responded to the Show Cause Order. (Rec. Docs. 25920 & 25916 (supplementing Rec. Doc. 25903)). Plaintiffs state they have supplemented their PTO 66 submissions, curing all defects. Furthermore, Plaintiffs represent that BP does not contest that these plaintiffs are now compliant with PTOs 63 and 66. Accordingly, IT IS ORDERED that the following plaintiffs herein are deemed COMPLAINT with PTO 63 and PTO 66, and the Show Cause Order (Rec. Doc. 25907) is hereby SATISFIED and SET ASIDE. These plaintiffs are subject to further proceedings in this Court. Signed by Judge Carl Barbier on 8/7/2019. | 8/7/2019 |
| 2:10-md-02179 | 25936 | ORDER - The Court previously ordered the parties to submit a proposed joint case management | 8/8//2019 |

| | | | |
|---|---|---|---|
| | | order regarding the B3 bundle by August 7, 2019. (Rec. Doc. 25858). At the parties' request, IT IS ORDERED that the deadline for submitting a proposed joint case management order is extended up to and including August 13, 2019. Signed by Judge Carl Barbier on 8/8/2019. | |
| 2:10-md-02179 | 25947 | NOTICE by BP Exploration & Production, Inc., BP America Production Company and the majority of the remaining B3 plaintiffs *of Joint Submission Regarding Proposed Case Management Order for the B3 Bundle*. | 8/13/2019 |
| 2:10-md-02179 | 25965 | ORDER - IT IS ORDERED that an in-court status conference is scheduled for Wednesday, August 28 at 9:30 a.m. The purpose of the status conference is to discuss the parties' case management proposals for the B3 pleading bundle. | 8/20/2019 |

For these reasons, Plaintiffs/Appellants respectfully request that the Court's record be supplemented as outlined above.

THE LANIER LAW FIRM

By: */s/ Kevin Parker*
Kevin P. Parker
State Bar No: 15494020
kevin.parker@lanierlawfirm.com
Harvey G. Brown
State Bar No. 03130500
harvey.brown@lanierlawfirm.com
10940 W. Sam Houston Pwky N.
Suite 100
Houston, Texas 77069
Telephone: 713.659.5200
Facsimile: 713.659.2204

COUNSEL FOR PLAINTIFFS-APPELLANTS

## CERTIFICATE OF CONFERENCE

This is to certify that on August 27, 2019, Harvey Brown of the Lanier Law Firm emailed counsel for counsel of record regarding this motion and sent them a draft of the motion.  George Hicks for the BP entities, Alan York for Halliburton, and Kerry Miller for Transocean stated by e-mails later that day that they weren't opposed to this motion. Mr. Douglas Schmidt representing Appellant Sergio Alvarado on August 28 orally stated that he didn't oppose the motion. Harvey Brown's staff sent a second emailed to counsel for Appellant Sandra Iames on August 28 and telephoned him on August 29. Mr. Bryan Arcila emailed later that day that he also doesn't oppose the motion.

*/s/ Harvey G. Brown*
Harvey G. Brown

CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25 (d), I certify that, on August 29, 2019, I e-filed the attached Appellant's Brief with the United States Court of Appeals for the Fifth Circuit, and served an electronic version of this Appellant's Brief on Defendants/Appellees, and all counsel, through their attorneys of record:

Mr. Jeffrey Bossert Clark, Sr.
Mr. Aaron Lloyd Nielson
Mr. George Hicks
Kirkland & Ellis
655 Fifteenth St. NW
Washington, DC 20005

Mrs. Anne Marie Estevez
Mr. Joseph Magrisso
Morgan Lewis
200 S. Biscayne Blvd.,
Suite 5300
Miami, Florida 33131

Mr. Don Keller Haycraft
Mr. Devin Chase Reid
Liskow & Lewis
701 Poydras St., Suite 5000
New Orleans, Louisiana 70139

Mr. James Andrew Langan
Mr. Matthew Regan
Mr. Kristopher Ritter
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

Mr. Robert Alan
York Reed Smith
811 Main Street, Suite 1700
Houston, TX 77002

**Attorneys for Defendants-Respondent**

*/s/Harvey G. Brown*

**<u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION</u>**

I hereby certify that:

1.    This document complies with the type-volume limitation of <u>Fed. R. App. P. 27(d)</u> because it contains 609 words, excluding the parts of the document exempted by <u>Fed. R. App. P. 32(f)</u>.

2.    This document complies with the typeface requirements of <u>Fed. R. App. P. 32(a)(5)</u> and the type-style requirements of <u>Fed. R. App. P. 32(a)(6)</u> because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point font.

August 29, 2019.

*<u>/s/Harvey G. Brown</u>*

# EXHIBIT "A"

## IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982

(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 APR 21 PM 3:31

MDL 2179                                    SECTION: J                    JUDGE CARL BARBIER

LORETTA G. WHYTE **CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER**
CLERK **IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gortney | Brian | W | II |

| Phone Number | E-Mail Address |
|---|---|
| 850.549.2289 | bwg@briangortney.com |

| Address | City / State / Zip |
|---|---|
| PO Box 1465 | Fort Walton Beach, FL 32549 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name | Business Name |
| Self | |
| Job Title / Description | Type of Business |
| Strategy development | |
| Address | Address |
| PO Box 1465 | |
| City / State / Zip | City / State / Zip |
| Fort Walton Beach, FL 32549 | |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| 7591 | |

| Attorney Name | Firm Name |
|---|---|
| | |
| Address | City / State / Zip |
| | |
| Phone Number | E-Mail Address |
| | |

| Claim filed with BP? | YES ☐ | NO ☑ | Claim Filed with GCCF?: | YES ☐ | NO ☐ |
|---|---|---|---|---|---|
| If yes, BP Claim No.: | | | If yes, Claimant Identification No.: | | |

**Claim Type (Please check all that apply):**

| | | | | |
|---|---|---|---|---|
| ☐ | Damage or destruction to real or personal property | ☑ | Fear of Future Injury and/or Medical Monitoring | |
| ☑ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources | |
| ☑ | Personal Injury/Death | ☐ | Removal and/or clean-up costs | |
| | | ☐ | Other: | |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury.  For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred.  For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Loss of appreciation in value of corporation (Pannex Corporation; 8725; filed joinder 4/18); loss of revenue from corporation due to loss of key contractor (myself);

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Lived ~0.2mi from the beach at 52 Batchelors Button Dr, Miramar Beach, FL for 9 months following spill.  Exposure was primarily through inhalation and absorption of airborne toxins. Visited beach several times and was bedridden after a visit in Aug.  BP beach cleanup staging area ~500' from residence.  First symptoms in May '10; included mild fatigue and lethargy, sore throat, eye irritation, lung irritation, sinus congestion, loss of appetite, and cognitive difficulties (brain fog, attention & focus problems, inability to think clearly/process information, memory impairment, vocabulary issues).  Symptoms persisted until October.  Noted strong chem. odor in air late Dec.; all symptoms recurred and condition deteriorated; new symptoms appeared; including paresthesia (left arm, left foot/lwr leg, left cheek), difficulty speaking, violent vomiting, emotional instability/irrationality.  Liver, pancreas, GI damage; immune issues; hormone imbalance; developed chem. sensitivities, allergies.  Volatile solvents test confirming hydrocarbon exposure and treatment by Dr. Rodney Soto, Miramar Beach, FL.  Relocated late Feb following Dx.  Contact via email for auth form.  Self-employed.

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1.   Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- [ ] 2.   Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- [ ] 3.   Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- [ ] 4.   Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- [ ] 5.   Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- [ ] 6.   Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- [ ] 7   Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- [ ] 8.   Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- [ ] 9.   Bank, financial institution, or retail business that suffered losses as a result of the spill.

- [ ] 10.  Person who utilizes natural resources for subsistence.

- [x] 11.  Other: Owner of business damaged by related loss of key contracts

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1.   Boat captain or crew involved in the Vessels of Opportunity program.

- [ ] 2.   Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- [ ] 3.   Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- [ ] 4.   Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- [x] 5.   Resident who lives or works in close proximity to coastal waters.

- [x] 6.   Other: Concerned with increased risk of developing cancer

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Brian W. Gortney, II
_____
Print Name

04/18/2011
_____
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

CERTIFIED MAIL

7010 1870 0002 9815 2836



U.S. POSTAGE
PAID
CANTON, OH
44708
APR 18
AMOUNT
$3.29
00017134+14

UNITED STATES
POSTAL SERVICE

1000      70130

B. Godfrey
PO Box 1465
Fort Walton Beach, FL 32549

Clerk of Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

7013033373

Case: 19-30440   Document: 00515105422   Page: 6   Date Filed: 09/05/2019
Case: 2:10-md-02179-CJB-DPC Document 269154   Filed 09/02/19   Page 15 of 52
Case 2:10-cv-08888-CJB-JCW Document 136654   Filed 02/06/14   Page 1 of 3

## IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

### Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
### (Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Valdivieso | Sergio | | |

| Phone Number | E-Mail Address |
|---|---|
| 941-545-9778 | sergiovaldiviesovaldes@gmail.com |

| Address | City / State / Zip |
|---|---|
| 6708 36th Avenue Drive, West | Bradenton, FL 34209 |

| INDIVIDUAL CLAIM | ☒ | BUSINESS CLAIM | ☐ |
|---|---|---|---|

| Employer Name | Southern Cat | Business Name | |
|---|---|---|---|
| Job Title / Description | Deckhand | Type of Business | |
| Address | Gardere Wynne Sewell LLP | Address | |
| City / State / Zip | 1000 Louisiana, Suite 3400 Houston, TX 77002 | City / State / Zip | |
| Last 4 digits of your Social Security Number | 5366 | Last 4 digits of your Tax ID Number | |

*(Alexander C. Chae appears near Job Title / Description field)*

| Attorney Name | Charles F. Herd, Jr. | Firm Name |
|---|---|---|
| Address | 6810 FM 1960 West, Houston, TX 77069 | City / State / Zip |
| Phone Number | 713-659-5200 | E-Mail Address |

| Claim filed with BP? | YES ☐ | NO ☒ | Claim Filed with GCCF?: | YES ☐ | NO ☒ |
|---|---|---|---|---|---|
| If yes, BP Claim No.: | | | If yes, Claimant Identification No.: | | |

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| ☐ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ☒ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☒ | Personal Injury/Death | ☐ | Removal and/or clean-up costs |
| | | ☐ | Other: |

---

[1] **This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130**, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case: 19-30440    Document: 00515105422    Page: 7    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC   Document 296454   Filed 02/06/14   Page 16 of 52
Case 2:10-cv-08888-CJB-JCW   Document 196654   Filed 02/06/14   Page 2 of 3

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Plaintiff is Jones Act seaman and sustained serious and disabling personal injuries, including to Plaintiff's neck, shoulder, arm, and back, and other parts of his body, while attempting to lift, position or reposition oil-absorbing boom. Plaintiff is not able to work as he used to and has earnings and/or profit.

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Plaintiff sustained serious and disabling personal injuries, including to Plaintiff's neck, shoulder, arm, and back, and other parts of his body, while attempting to lift, position or reposition oil-absorbing boom on or about June 9, 2010. See attached page for Medical Providers:

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Plaintiff sustained serious and disabling personal injuries, including to Plaintiff's neck, shoulder, arm, and back, and other parts of his body, while attempting to lift, position or reposition oil-absorbing boom on or about June 9, 2010. As a Jones Act seaman, Plaintiff worked at a deck hand and assisted in moving and positioning clean up boom. He injured himself while employed by Southern Cat while in or near Barataria Bay, located offshore Grand Isle, Louisiana.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case: 19-30440    Document: 00515105422    Page: 8    Date Filed: 09/05/2019
Case: 2:10-md-02179-CJB-DPC v Document 126654  Filed 02/06/14  Page 17 of 52
Case: 2:10-cv-08888-CJB-JCW  Document 126654  Filed 02/06/14  Page 3 of 3

| | | |
|---|---|---|
| **Please check the box(es) below that you think apply to you and your claims:** | | |
| **Non-governmental Economic Loss and Property Damage Claims (Bundle B1)** | | |

☐ 1.  Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2.  Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.  Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4.  Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.  Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6.  Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7  Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.  Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.  Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10.  Person who utilizes natural resources for subsistence.

☐ 11.  Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1.  Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.  Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.  Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☒ 4.  Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.  Resident who lives or works in close proximity to coastal waters.

☐ 6.  Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Charles F. Herd, Jr.
_____
Print Name

                    2/6/14
_____
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

1

2

3

4

5

6

7

8

9

| MEDICAL Providers |
|---|
| Lady of the Sea<br>General Hospital<br>200 W 134th Pl<br>Cut Off, LA 70345 |
| Bowes Imaging Center<br>Thomas E. Turek, M.d.<br>6015 Pointe West Blvd.<br>Bradenton, FL 34209<br>941/782-0490 |
| Manatee Memorial Hospital<br>206 Second Street<br>Bradenton FL 34208<br>941/746-5111 |
| Harish J. Patel, M.D.<br>West coast Neurology, P.A.<br>5649 49th Street North<br>St. Petersburg, FL 33709<br>727-528-2272 |
| Blake Hospital LW<br>2020 59th Street West<br>Bradenton, FL 34209<br>(PH) 941-798-6134 |
| Marina's Medical Center<br>LLC<br>5591 Cortez Road West<br>Bradenton, FL 34280<br>(PH) 941-795-4206<br>(Fax) 941-795-1386 |
| Advanced Spine and<br>Orthopedic Surgery<br>Dr. Nair<br>1922 53'd Avenue East<br>Bradenton, FL 34203<br>(PH) 941-753-1756<br>(Fax) 941-201-1200 |
| West Coast Neurology and<br>Imaging Centers<br>5649 49th Street North<br>St Petersburg, FL 33709<br>(PH) 727-528-2272<br>(Fax) 727-528-1437 |

Internal Center for Advanced Spine

Dr. Sajeev K. Nair

1922 53rd Ave. E. Suite A

Bradenton, FL 34203

Phone 941-753-1756

Fax 941-201-1200

**Lady of the Sea General Hospital**

# HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | xxx-xx-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier  [ ] facsimile  [ ] mail

**CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:**

*The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD**, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must do so in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received._____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law.
I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____ DATE:_____

Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

**OFFICE USE ONLY:**
Name of staff member copying records:_____ Date:_____

Name of staff member releasing records:_____ Date:_____

# HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

BOWES IMAGING CENTER

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-xx-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

**CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:**

*The information will be used/disclosed for discovery purposed and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD,** including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

**I understand that:**

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric use.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to do so in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received._____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law.

I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____     DATE:_____

Signature of Patient/Legal Guardian or Representative*

                                    WITNESS:_____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

**OFFICE USE ONLY:**                                    Date:_____
Name of staff member copying records:_____

Name of staff member releasing records:_____     Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

MANATEE MEMORIAL HOSPITAL

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

### CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

*The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

**TYPE OF ACCESS REQUESTED:** Copies of Records **and** pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD**, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid until shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has coincided as to all parties.*

I understand that:

1.  The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2.  Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3.  I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to so in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4.  I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5.  A copy or facsimile (fax) if this authorization **IS** as valid as the original.

6.  My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7.  This authorization is intended to comply with all rules of information requirements mandated by HIPAA and/or federal law.
    I have read the above/had it read in me and authorize the disclosure of the Protected Health Information.
    SIGNED:_____    DATE:_____

    _____
    Signature of Patient/Legal Guardian or Representative*

    WITNESS:_____

    _____
    (Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

**OFFICE USE ONLY:**                                                                                    Date:_____
Name of staff member copying records:_____

Name of staff member releasing records:_____    Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

HARISH J. PATEL, M.D.

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier  [ ] facsimile  [ ] mail

**CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:**

*The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD,** including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid until that is assured by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1.   The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2.   Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3.   I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must do so in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4.   I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5.   A copy or facsimile (fax) if this authorization IS as valid as the original.

6.   My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7.   This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law.
I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.
SIGNED: _____     DATE:_____
_____
Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.
**OFFICE USE ONLY:**
Name of staff member copying records:_____     Date:_____
Name of staff member releasing records:_____     Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

BLAKE HOSPITAL LW

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal source   [ ] facsimile   [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

*The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD**, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Report(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1. This records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received. _____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law. I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED: _____   DATE: _____

Signature of Patient/Legal Guardian or Representative*

WITNESS: _____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:

Name of staff member copying records: _____   Date: _____

Name of staff member releasing records: _____   Date: _____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

**MARINA'S MEDICAL CENTER LLC**

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier    [ ] facsimile    [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

*The information will be used/disclosed for discovery purposed and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1.  The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2.  Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3.  I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to s in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4.  I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5.  A copy or facsimile (fax) if this authorization IS as valid as the original.

6.  My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7.  This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law. I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED: _____    DATE: _____

    Signature of Patient/Legal Guardian or Representative*

    _____    WITNESS: _____

    (Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:                                                                    Date:_____

Name of staff member copying records: _____

Name of staff member releasing records: _____    Date: _____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

**ADVANCED SPINE AND ORTHOPEDIC SURGERY (DR. NAIR)**

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | xxx-xx-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier    [ ] facsimile    [ ] mail

**CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:**

*The information will be used/disclosed for discovery purposed and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD**, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other hospitals/physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

**I understand that:**

1. The records and/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must do so in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5. A copy or facsimile (fax) if this authorization **IS** as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all release of information requirements mandated by HIPAA and/or federal law.

I have read the above/and it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____    DATE:_____
Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

_____
(Relationship, if signed not signed by patient)

*Representatives must submit copies of legal documents supporting his or her authority to act on the patients behalf.

**OFFICE USE ONLY:**

Name of staff member copying records:_____    Date:_____

Name of staff member releasing records:_____    Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

## WEST COAST NEUROLOGY AND IMAGING CENTERS

### HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier  [ ] facsimile  [ ] mail

CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:

*The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:*

*Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party contained to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.*

TYPE OF ACCESS REQUESTED: Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaires/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

*This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.*

I understand that:

1. The records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2. Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3. I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4. I have a right to receive a copy of this authorization. Copy of this authorization received_____ (Initials)

5. A copy or facsimile (fax) if this authorization IS as valid as the original.

6. My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7. This authorization is intended to comply with all releases of information requirements mandated by HIPAA and/or federal law.

I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____    DATE:_____

Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

(Relationship, if signed not signed by patient)

*Representative must submit copies of legal documents supporting his or her authority to act on the patients behalf.

OFFICE USE ONLY:

Name of staff member copying records:_____    Date:_____

Name of staff member releasing records:_____    Date:_____

### HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

Internal Center for Advanced Sping (Dr. Nair)

# HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

| Patient's Printed Name | Birthday | Social Security Number | Contact Phone Number |
|---|---|---|---|
| Sergio Valdivieso | 1-19-53 | XXX-XX-5366 | 941-545-9778 |

I hereby authorize the use/disclosure of health information about me as described below. I hereby authorize the medical professionals in receipt of this authorization to disclose records obtained in the course of my evaluation and/or treatment to the class of person presenting this release to you as detailed below via [ ] personal courier   [ ] facsimile   [ ] mail

**CLASS OF PERSONS TO WHOM PROTECTED HEALTH INFORMATION MAY BE RELEASED:**

The information will be used/disclosed for discovery purposes and/or as evidence in the lawsuit styled:

Records and/or slides, samples, films and/or images obtained by the requesting party may be forwarded to testifying and/or consulting experts of the requesting party consistent to the purposes of the lawsuit referenced herein. The Authorizing party will have no right to the disclosure of the consulting experts in this matter outside of the scope of the lawsuit referenced herein.

**TYPE OF ACCESS REQUESTED:** Copies of Records and pathology slides, tissue samples, x-ray films/films of any kind, computer stored images, and any test or procedure results (however maintained) for all the time periods past until two years from the date of this authorization.

**DESCRIPTION OF RECORDS OR SLIDES/SAMPLES/FILMS/IMAGES REQUESTED: ENTIRE RECORD**, including, but not limited to, the following categories of records: Discharge Summary, Emergency Room Records, History and Physical Records, Consult Report(s), Operative Report(s), Rehab Services, Laboratory Reports, Imaging/Radiology, Nursing notes, Medication Record, Psychological Record, Psychiatric Record(s), Progress Notes, Physician Orders, Pathology Report(s), Cardiopulmonary Record(s), Face Sheet(s), Inpatient Treatment, Outpatient Treatment, Emergency Treatment, Clinical Chart(s), Clinical Report(s)/Document(s), Correspondence, Test Results, Questionnaire/Histories, Doctor's Handwritten Notes, documents received by other physicians, Autopsy Report(s), Histology Reports, Cytology Reports, CT Scans, MRI Echocardiogram Videos, Cardiac Catheterization Reports, Cardiac Catheterization videos/CDs/films/reels, Mammograms, Myelograms, Pharmacy Prescription records including NDC numbers and drug information handouts/monographs, Information regarding alcohol/substance abuse, consent forms, Medical Power of Attorney, Advance Directives, organ donation records, requests to amend records, log sheets, demographic information, nuclear medicine reports, ultrasound reports/videos/pictures, and Billing Records including all the statements itemized bills and insurance records.

This authorization is given in connection with pending claims and is valid and shall be honored by the health care provider for the entire time that claims remain pending in the referenced lawsuit. The party receiving information pursuant to this authorization is notified that the authority to use such authorization terminates when the lawsuit has concluded as to all parties.

I understand that:

1.  This records used/disclosed pursuant to this authorization may include information relating to Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency Syndrome ("AIDS"), treatment for or history of drug or alcohol abuse, or mental or behavioral health or psychiatric care.

2.  Information disclosed by this authorization may be re-disclosed by the recipient of you Protected Health Information. Such re-disclosure will no longer be protected by this authorization.

3.  I understand that I have a right to cancel this authorization at any time. If I wish to cancel this authorization, I understand that I must to in writing and give it to the Medical Records Department of the medical facilities where I have been treated and/or evaluated to the party/class of persons requesting the above-specified protected health information. I understand that cancellation will not apply to information that has already been released based on this authorization.

4.  I have a right to receive a copy of this authorization. Copy of this authorization received._____ (Initials)

5.  A copy or facsimile (fax) if this authorization IS as valid as the original.

6.  My healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

7.  This authorization is intended to comply with all releases of information requirements mandated by HIPAA and/or federal law.

I have read the above/had it read to me and authorize the disclosure of the Protected Health Information.

SIGNED:_____    DATE:_____

_____
Signature of Patient/Legal Guardian or Representative*

WITNESS:_____

_____
(Relationship, if signed not signed by patient)

*Representatives must submit copies of legal documents supporting his or her authority to act on the patients behalf.

**OFFICE USE ONLY:**

Name of staff member copying records:_____    Date:_____

Name of staff member releasing records:_____    Date:_____

## HIPAA AUTHORIZATION - RELEASE OF PROTECTED HEALTH INFORMATION

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179                          SECTION: J                    JUDGE CARL BARBIER

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Allen | Sheri | Dorgan | |

| Phone Number | E-Mail Address |
|---|---|
| 251-948-2229 | sheriaallen@blackboxliveinc.com |

| Address | City / State / Zip |
|---|---|
| 16163-D Bon Bay Estates | Gulf Shores, AL. 36542 |

| INDIVIDUAL CLAIM | ✓ | BUSINESS CLAIM | ☐ |
|---|---|---|---|

| Employer Name | Business Name |
|---|---|
| Landscape, Inc. | |

| Job Title / Description | Type of Business |
|---|---|
| Co- Owner / Office Management | |

| Address | Address |
|---|---|
| 16163-D Bon Bay Estates | |

| City / State / Zip | City / State / Zip |
|---|---|
| Gulf Shores, AL. 36542 | |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| 5666 | |

| Attorney Name | Firm Name |
|---|---|
| N/A | |

| Address | City / State / Zip |
|---|---|
| N/A | |

| Phone Number | E-Mail Address |
|---|---|
| 251-948-2229 | |

| Claim filed with BP? | YES ✓ | NO ☐ | Claim Filed with GCCF?: | YES ✓ | NO ☐ |
|---|---|---|---|---|---|

| If yes, BP Claim No.: | if yes, Claimant Identification No.:01144764 |
|---|---|

Claim Type (Please check all that apply):

| | | | | |
|---|---|---|---|---|
| ✓ | Damage or destruction to real or personal property | ✓ | Fear of Future Injury and/or Medical Monitoring |
| | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ✓ | Personal Injury/Death | ✓ | Removal and/or clean-up costs |
| | | ✓ | Other: Continued medical expenses |

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case: 19-30440    Document: 00515105422    Page: 20    Date Filed: 09/05/2019

Case 2:10-md-02179-CJB-DPC  Document 26061-2  Filed 09/20/19  Page 29 of 52
Case 2:10-cv-08888-CJB-JCW  Document 133825  Filed 09/26/11  Page 2 of 2

Brief Description:

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

16163-D Bon Bay Estates Gulf Shores Alabama 36542. Residential property, Loss of value, debris removal due to fish kills.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

On May 8th, 2010  I became ill from exposure to the water in Mobile Bay. I continue to have on going health conditions as a result of this exposure. I will be happy to provide you with medical records etc.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:

## Non-governmental Economic Loss and Property Damage Claims (Bundle B1)

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

- [ ] 10. Person who utilizes natural resources for subsistence.

- [x] 11. Other: Medical, physical injury

## Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.

- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- [x] 5. Resident who lives or works in close proximity to coastal waters.

- [x] 6. Other: Property Damage and loss of value, Physical injury

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Sheri A. Allen_
Claimant or Attorney Signature

_Sheri A. Allen_
Print Name

_4-20-2011_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Regina Valenti**

| | |
|---|---|
| **From:** | Office PC [palms@gulftel.com] |
| **Sent:** | Thursday, April 21, 2011 12:54 AM |
| **To:** | service@mdl2179plc.com |
| **Cc:** | 'Office PC' |
| **Attachments:** | Scan.pdf |

Please see attached

Case: 19-30440     Document: 00515105422     Page: 23     Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC   Document 26001-1   Filed 09/16/19   Page 32 of 52
Case 2:10-cv-08888-CJB-JCW   Document 130013   Filed 09/16/19   Page 1 of 4
Case 2:10-md-02179-CJB-SS   Document 4043-1   Filed 09/16/11   Page 1 of 4

## IN RE: OIL SPILL by "Deepwater Horizon"

## AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE F...)

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

**Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.**
*(It will be presumed, for all spaces left blank on this form, that the information is the same.)*

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM

By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.

**Short Form** filed?     YES ■   NO ☐

If yes, list your **Original Short Form Document Number** (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.: **108825** _____ (filed in No. 10-8888).

**Plaintiff Profile Form** served?     YES ☐   NO ☒

If yes, list your "**LexisNexis® File & Serve" Number** (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: **N/A** _____

If yes, please provide the following information about your original case:

Original Case Caption: **N/A** _____

Original Civil Action No.: **N/A** _____

Originating Court: **N/A** _____

EDLA Civil Action No.: **N/A** _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Allen | Sheri | Dorgan | |

| Phone Number **(251) 948-2229** | E-Mail Address **sheriaallen@blackboxliveinc.com** |
|---|---|
| Address **16163-D Bon Bay Estates** | City / State / Zip **Gulf Shores Alabama 36542** |

| INDIVIDUAL CLAIM | ✓ | BUSINESS CLAIM | ☐ |
|---|---|---|---|
| Employer Name **Landscape, Inc.** | | Business Name | |
| Job Title / Description **Co-Owner/Office Management** | | Type of Business | |
| Address **16163-D Bon Bay Estates** | | Address | |
| City / State / Zip **Gulf Shores, AL. 36542** | | City / State / Zip | |

---

[1] **If amending a Short Form**, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888.   **If amending a Plaintiff Profile Form**, this form should be served on all counsel using LexisNexis File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600].

1

Fee _____
X Dktd _____
____CtRmDep _____
____Doc. No. _____

Case: 19-30440    Document: 00515105422    Page: 24    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC    Document 26001-3    Filed 09/16/19    Page 33 of 52
Case 2:10-md-02179-CJB-SS    Document 4043-1    Filed 09/16/11    Page 2 of 4

| Last 4 digits of Social Security Number   5666 | Last 4 digits of Tax ID Number |
|---|---|
| Attorney Name (if applicable) | Firm Name (if applicable) |
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP?    YES ☑ NO ☐ | Claim Filed with GCCF?    YES ☑ NO ☐ |
|---|---|
| If yes, list BP Claim No.: _____ | If yes, list Claimant Identification No.: 01144764 |

**Claim Type (Please check all that apply):**

- ☐ Damage or destruction to real or personal property
- ☐ Earnings/Profit Loss
- ☑ Personal Injury/Death
- ☑ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ VoO Charter Dispute
- ☑ Other    Bodily Injury Claim Continued Medical Expenses

The original claim filed included; loss of income, residential loss of value and debris removal.  Since this form was filed the GCCF has paid the Loss of Income Claim in full. I accepted a Quick Payment out of desperation in order to maintain my health insurance and medical cost incurred, as a result of the toxic exposure from the spill. One of the requirements of the quick Payment was that I sign a Release, which I did. The release excluded my Bodily Injury claim. So to summarize, I only have one claim out standing with the GCCF, which is a Bodily Injury Claim, Claim I.D. Number 9562711.On the GCCF web site it shows there are  two active bodily injury claims. This is incorrect, as I have sent them notification of this time and again, and the error to date is still not corrected. The error occurred when I filed my claim on January 10th, 2012. a week after having filed the claim I called the GCCF, to get a status update. I was asked if I was injured while working. I replied NO, they further instructed me to refill in an individual status, which I did. As a result they called and told me because I had filed a loss of income (Quick Payment) and had signed a Release that I was ineligible to fill a Bodily Injury Claim. They later recanted their statement by saying I was told this in error That in fact I am eligible to file a Bodily Injury Claim, which I did. My Bodily Injury Claim was filed with BP twenty one months ago

Case: 19-30440     Document: 00515105422     Page: 25     Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC   Document 26001-1   Filed 09/16/19   Page 34 of 52
Case 2:10-md-02179-CJB-SS   Document 4043-1   Filed 09/16/11   Page 3 of 4

**Brief Description:**

1. **For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.**

   N/A

   This portion of the previously filed claim has been paid in full by the GCCF.

2. **For personal injury claims, describe the injury, as well as how and when it was sustained. Also, Bundle A plaintiffs should identify all health care providers from January 1, 2008 to present, and complete authorizations for release of medical records for each. Bundle B3 plaintiffs should identify all health care providers from April 20, 2010 to present, and complete authorizations for release of medical records for each. Bundle A plaintiffs should also identify all employers from January 1, 2008 to present and complete authorizations for release of employee/personnel records for each employer. Bundle B3 plaintiffs should identify all employers from January 1, 2010, and provide authorizations, if your personal injury took place after April 20, 2010 and you are claiming damages for lost work-time as a result of those personal injuries.[2] [Additional authorizations may be required.]**

   Injury was sustained May 8th, 2010 in Mobile Bay, in the State of Alabama. See attached pages for specific details.

3. **For post-explosion claims related to clean-up or removal, include your role or your business's role in the clean-up activities, the name of your employer (if applicable), and where you were working.**

   N/A I did not participate in any post clean up activities.

---

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Case: 19-30440    Document: 00515105422    Page: 26    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC  Document 26001-3  Filed 09/16/19  Page 35 of 52
Case 2:10-md-02179-CJB-SS   Document 4043-1   Filed 09/16/11   Page 4 of 4

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☒ 11. Other: _Bodily Injury Claim_

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☒ 5. Resident who lives or works in close proximity to coastal waters.

☒ 6. Other: _Bodily Injury Claim_

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Sheri C. Allen_
Claimant or Attorney Signature

Sheri a. Allen
Print Name

March 13, 2012
Date

4

Case: 19-30440    Document: 00515105422    Page: 27    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC Document 26001-3 Filed 09/16/19 Page 36 of 52
Case 2:10-md-02179-CJB-SS   Document 4043-3   Filed 09/16/11   Page 1 of 2

Name of Health Care Provider:     Dr. Rodney Soto
Address:     249 Mack Bayou Loop Suite 201
     Santa Rosa Beach,  FL 32459    (850) 267-8452

## AUTHORIZATION AND DIRECTION FOR
## DISCLOSURE AND RELEASE OF MEDICAL RECORDS

I hereby authorize Dr. Rodney Soto _____ hereafter referred to as the ("Health Care Provider") to release or disclose the health records of:

**Name of Patient:** Sheri A. Allen
**Date of Birth:** 03/03/1961
**Social Security Number:** 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

For the **PURPOSE** of: Litigation

**AUTHORIZATION EXPIRATION DATE: ONE YEAR AFTER DATE OF MY SIGNATURE BELOW**

**YOU ARE HEREBY AUTHORIZED AND DIRECTED** to disclose and release the following to the law firm of **Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099; hereafter referred to as the "Recipient" of the health information.**

Any and all medical records including, but not limited to, physician's records; surgeons' records; discharge summaries; progress notes; consultations; pharmaceutical records; medication sheets; patient information sheets; consents for treatment; medical reports; x-rays and x-ray reports; CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films; interpretations of diagnostic tests; pathology materials, slides, tissues, and laboratory results and/or reports; consultations; physical therapy records; drug and/or alcohol abuse records; HIV/AIDS diagnosis and/or treatment; physicals and histories; correspondence; psychiatric records; psychological records; psychometric test results; social worker's records; other information pertaining to the physical and mental condition; all hospital summaries and hospital records including, but not limited to, admitting records; admitting histories and physicals; case records, discharge summaries; physician's orders, progress notes, and nurses' notes; medical record summaries; emergency room records; all other hospital documents and memoranda pertaining to any and all hospitalizations and/or out-patient visits; and all insurance records; statements of account, bills or billing records, or invoices; any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, or diagnosis.

**For treatment dates: ALL**

I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

Case: 19-30440   Document: 00515105422   Page: 28   Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC   Document 26001-8   Filed 09/16/19   Page 37 of 52
Case 2:10-cv-08888-CJB-CS   Document 4043-3   Filed 09/16/11   Page 2 of 2

I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above referenced health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

I understand that authorizing the disclosure of this protected health information is voluntary. I can refuse to sign this authorization. I need not sign this authorization in order to assure treatment. I understand any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by 45 CFR Parts 160 and 164.

Dated this **13** day of **March** 201**2**

_Sheri A. Allen_ (signature)
Patient Signature

**Sheri A. Allen**

Printed Name (write legibly)

39867239

Sep 16 2011
4:09PM

| Name of Health Care Provider: | Dr. Ellis Allen |
| Address: | 202 West Orange Avenue |
| | Foley, AL. 36535 (251) 943-7325 |

## AUTHORIZATION AND DIRECTION FOR
## DISCLOSURE AND RELEASE OF MEDICAL RECORDS

I hereby authorize Dr. Ellis Allen _____ hereafter referred to as the ("Health Care Provider") to release or disclose the health records of:

**Name of Patient:** Sheri A. Allen

**Date of Birth:** 03/03/1961

**Social Security Number:** 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

For the **PURPOSE** of: Litigation

**AUTHORIZATION EXPIRATION DATE: ONE YEAR AFTER DATE OF MY SIGNATURE BELOW**

**YOU ARE HEREBY AUTHORIZED AND DIRECTED** to disclose and release the following to the law firm of **Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099; hereafter referred to as the "Recipient"** of the health information.

Any and all medical records including, but not limited to, physician's records; surgeons' records; discharge summaries; progress notes; consultations; pharmaceutical records; medication sheets; patient information sheets; consents for treatment; medical reports; x-rays and x-ray reports; CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films; interpretations of diagnostic tests; pathology materials, slides, tissues, and laboratory results and/or reports; consultations; physical therapy records; drug and/or alcohol abuse records; HIV/AIDS diagnosis and/or treatment; physicals and histories; correspondence; psychiatric records; psychological records; psychometric test results; social worker's records; other information pertaining to the physical and mental condition; all hospital summaries and hospital records including, but not limited to, admitting records; admitting histories and physicals; case records, discharge summaries; physician's orders, progress notes, and nurses' notes; medical record summaries; emergency room records; all other hospital documents and memoranda pertaining to any and all hospitalizations and/or out-patient visits; and all insurance records; statements of account, bills or billing records, or invoices; any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, or diagnosis.

**For treatment dates: ALL**

I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above referenced health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

I understand that authorizing the disclosure of this protected health information is voluntary. I can refuse to sign this authorization. I need not sign this authorization in order to assure treatment. I understand any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by 45 CFR Parts 160 and 164.

Dated this __13__ day of __March__ 201**2**

_____
Patient Signature

**Sheri A. Allen**
_____
Printed Name (write legibly)

LEXISNEXIS' FILE & SERVE
E-SERVICE
39867239

Sep 16 2011
4:09PM

Name of Health Care Provider:
Address:

Dr. Robert Favret C/O Thomas Hospital

750 Morphy Avenue

Fairhope,  AL. 36533

## AUTHORIZATION AND DIRECTION FOR
## DISCLOSURE AND RELEASE OF MEDICAL RECORDS

I hereby authorize Dr. Robert Favret _____ hereafter referred to as the ("Health Care Provider") to release or disclose the health records of:

**Name of Patient:** Sheri A. Allen
**Date of Birth:** 03/03/1961
**Social Security Number:** 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

For the **PURPOSE** of: Litigation

**AUTHORIZATION EXPIRATION DATE: ONE YEAR AFTER DATE OF MY SIGNATURE BELOW**

**YOU ARE HEREBY AUTHORIZED AND DIRECTED** to disclose and release the following to the law firm of **Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099; hereafter referred to as the "Recipient"** of the health information.

Any and all medical records including, but not limited to, physician's records; surgeons' records; discharge summaries; progress notes; consultations; pharmaceutical records; medication sheets; patient information sheets; consents for treatment; medical reports; x-rays and x-ray reports; CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films; interpretations of diagnostic tests; pathology materials, slides, tissues, and laboratory results and/or reports; consultations; physical therapy records; drug and/or alcohol abuse records; HIV/AIDS diagnosis and/or treatment; physicals and histories; correspondence; psychiatric records; psychological records; psychometric test results; social worker's records; other information pertaining to the physical and mental condition; all hospital summaries and hospital records including, but not limited to, admitting records; admitting histories and physicals; case records, discharge summaries; physician's orders, progress notes, and nurses' notes; medical record summaries; emergency room records; all other hospital documents and memoranda pertaining to any and all hospitalizations and/or out-patient visits; and all insurance records; statements of account, bills or billing records, or invoices; any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, or diagnosis.

**For treatment dates: ALL**

I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above referenced health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

I understand that authorizing the disclosure of this protected health information is voluntary. I can refuse to sign this authorization. I need not sign this authorization in order to assure treatment. I understand any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by 45 CFR Parts 160 and 164.

Dated this __13__ day of ____March____ 201__2__

_Sheri C. Allen_
Patient Signature

**Sheri A. Allen**
Printed Name (write legibly)

Sep 16 2011
4:09PM

Name of Health Care Provider:    Dr. Sheila Dillard
Address:                         101 East 15th Avenue
                                 Gulf Shores, AL. 36542    (251) 962-1250

## AUTHORIZATION AND DIRECTION FOR
## DISCLOSURE AND RELEASE OF MEDICAL RECORDS

I hereby authorize Dr. Sheila Dillard        hereafter referred to as the ("Health Care Provider") to release or disclose the health records of:

**Name of Patient:** Sheri A. Allen

**Date of Birth:** 03/03/1961

**Social Security Number:** 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

For the **PURPOSE** of: Litigation

**AUTHORIZATION EXPIRATION DATE: ONE YEAR AFTER DATE OF MY SIGNATURE BELOW**

**YOU ARE HEREBY AUTHORIZED AND DIRECTED** to disclose and release the following to the law firm of **Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099; hereafter referred to as the "Recipient" of the health information.**

Any and all medical records including, but not limited to, physician's records; surgeons' records; discharge summaries; progress notes; consultations; pharmaceutical records; medication sheets; patient information sheets; consents for treatment; medical reports; x-rays and x-ray reports; CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films; interpretations of diagnostic tests; pathology materials, slides, tissues, and laboratory results and/or reports; consultations; physical therapy records; drug and/or alcohol abuse records; HIV/AIDS diagnosis and/or treatment; physicals and histories; correspondence; psychiatric records; psychological records; psychometric test results; social worker's records; other information pertaining to the physical and mental condition; all hospital summaries and hospital records including, but not limited to, admitting records; admitting histories and physicals; case records, discharge summaries; physician's orders, progress notes, and nurses' notes; medical record summaries; emergency room records; all other hospital documents and memoranda pertaining to any and all hospitalizations and/or out-patient visits; and all insurance records; statements of account, bills or billing records, or invoices; any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, or diagnosis.

For treatment dates: ALL

I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

Case: 19-30440   Document: 00515105422   Page: 34   Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC   Document 26001-1   Filed 09/10/19   Page 43 of 52
Case 2:10-md-02179-CJB-SS   Document 4043-3   Filed 09/16/11   Page 2 of 2

I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above referenced health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

I understand that authorizing the disclosure of this protected health information is voluntary. I can refuse to sign this authorization. I need not sign this authorization in order to assure treatment. I understand any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by 45 CFR Parts 160 and 164.

Dated this **13** day of **March** 201**2**

_Shari A. Allen_
Patient Signature

**Sheri A. Allen**
Printed Name (write legibly)

Case: 19-30440    Document: 00515105422    Page: 35    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC    Document 26001-1    Filed 09/16/19    Page 44 of 52
Case 2:10-md-02179-CJB-SS    Document 4043-3    Filed 09/16/11    Page 1 of 2

Sep 16 2011
4:09PM

| Name of Health Care Provider: | Dr. Janet Hoffman |
|---|---|
| Address: | 300 East Laurel Avenue |
| | Foley, AL    36535 |

## AUTHORIZATION AND DIRECTION FOR
## DISCLOSURE AND RELEASE OF MEDICAL RECORDS

     I hereby authorize Dr. Janet Hoffman          hereafter referred to as the ("Health Care Provider") to release or disclose the health records of:

**Name of Patient:** Sheri A. Allen

**Date of Birth:** 03/03/1961

**Social Security Number:** 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

For the **PURPOSE** of: Litigation

**AUTHORIZATION EXPIRATION DATE: ONE YEAR AFTER DATE OF MY SIGNATURE BELOW**

     **YOU ARE HEREBY AUTHORIZED AND DIRECTED** to disclose and release the following to the law firm of **Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099; hereafter referred to as the "Recipient"** of the health information.

     Any and all medical records including, but not limited to, physician's records; surgeons' records; discharge summaries; progress notes; consultations; pharmaceutical records; medication sheets; patient information sheets; consents for treatment; medical reports; x-rays and x-ray reports; CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films; interpretations of diagnostic tests; pathology materials, slides, tissues, and laboratory results and/or reports; consultations; physical therapy records; drug and/or alcohol abuse records; HIV/AIDS diagnosis and/or treatment; physicals and histories; correspondence; psychiatric records; psychological records; psychometric test results; social worker's records; other information pertaining to the physical and mental condition; all hospital summaries and hospital records including, but not limited to, admitting records; admitting histories and physicals; case records, discharge summaries; physician's orders, progress notes, and nurses' notes; medical record summaries; emergency room records; all other hospital documents and memoranda pertaining to any and all hospitalizations and/or out-patient visits; and all insurance records; statements of account, bills or billing records, or invoices; any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, or diagnosis.

     **For treatment dates: ALL**

     I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

Case: 19-30440    Document: 00515105422    Page: 36    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC    Document 26001-1    Filed 09/10/19    Page 45 of 52
Case 2:10-md-02179-CJB-SS    Document 4043-3    Filed 09/16/11    Page 2 of 2

I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above referenced health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

I understand that authorizing the disclosure of this protected health information is voluntary. I can refuse to sign this authorization. I need not sign this authorization in order to assure treatment. I understand any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by 45 CFR Parts 160 and 164.

Dated this _13_ day of __March__ 2012

_Sheri A. Allen_
Patient Signature

**Sheri A. Allen**
_____
Printed Name (write legibly)

Case: 19-30440    Document: 00515105422    Page: 37    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC    Document 26001-1    Filed 09/10/19    Page 46 of 52
Case 2:10-md-02179-CJB-SS    Document 4043-4    Filed 09/16/11    Page 1 of 1



LEXISNEXIS' FILE & SERVE
39867239
E-SERVICE
Sep 16 2011
4:09PM

## AUTHORIZATION AND DIRECTION FOR DISCLOSURE
## AND RELEASE OF EMPLOYEE/PERSONNEL RECORDS

**EMPLOYER:**

**Name:** Sheri A. Allen          (Self Employed)

**Address:** 16163 D Bon Bay Estates

Gulf Shores AL 36542

**EMPLOYEE:**

**Name:** Sheri A. Allen

**Date of Birth:** 03/03/1961

**Social Security No:** -5666

   **YOU ARE HEREBY AUTHORIZED AND DIRECTED** to disclose and release to the law firm of **Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099,** and/or its duly authorized representative any and all records, files, documents and other information concerning my employment with the above person, firm, corporation or entity.

Dated this ___12___ day of __March_____ 201_2_.

Employee Signature

Printed Employee Signature

**Sheri A. Allen**

16163 D Bon Bay Estates Gulf Shores, AL. 36542

Employee Address

I live on Mobile Bay, the morning of May 8th, 2010 my dogs & I went to the beach in front of my home. I took my two dogs out to the beach for exercise. The Bull Mastiff would not get in the water; he went back to the kennel. The Pit Bull & I ran the beach and I threw the Frisbee for him. Back and forth in and out of the water knee high, I would guess the water is still cool here in May. That evening when we came in I had areas on my body that was burning. I rinsed off and started dinner. That evening I had whelps and blood blisters on my legs, arms, hands etc. the days following I developed actual sores in these areas and a horrific sinus infection. Within the following days I went to my general practitioner. He put me on antibiotics. After a week of that I could tell I was not getting better. I went to the emergency walk in clinic (this was a week end my doctor's office was closed) which is an extension of our hospital. The doctor did blood work, changed the medication and sent me home. My next visit was back to my general practitioner, for upper respiratory, sinus infection, severe infection in the leg area where the concentration of the water was on my body.  From there I was sent to a specialist that referred me to a neurologist. I stayed with my general practitioner trying to get better. The problems did not seem to be improving. What started as wounds on my legs has now,  manifested into problems such as debilitated stomach & immune system coupled with constant sinus infection, thyroid disorder, high blood pressure, loss of memory, muscle & joint pain & fatigue.

Oddly enough, after I got sick, so did my bull dog. My husband took him to the veterinary clinic. He was treated for skin abrasions and hair loss and infection of the skin.

I have lived on this bay for 20 years. I have never experienced anything like this in my life. I am 50 years old and was in excellent health. I rode my Sea Doo 10 plus miles 3 to 4 days a week.  You have to be in good physical condition to handle these skis at 70 mph traveling 10 plus miles.  I have always had a very active life until this illness.

Case: 19-30440    Document: 00515105422    Page: 39    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC   Document 26001-1   Filed 09/10/19   Page 48 of 52
Case 2:10-cv-08888-CJB-SS   Document 108825   Filed 09/26/11   Page 1 of 4

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179                  SECTION: J                  JUDGE CARL BARBIER

### CLAIM IN LIMITATION—JOINDER IN MASTER ANSWER—INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Allen | Sheri | Dorgan | |

Phone Number: 251-948-2229
E-Mail Address: sheriaallen@blackboxliveinc.com
Address: 16163-D Bon Bay Estates
City / State / Zip: Gulf Shores, AL. 36542

INDIVIDUAL CLAIM [✓]    BUSINESS CLAIM [ ]

Employer Name: Landscape, Inc.
Job Title / Description: Co- Owner / Office Management
Address: 16163-D Bon Bay Estates
City / State / Zip: Gulf Shores, AL. 36542
Last 4 digits of your Social Security Number: 5666

Business Name:
Type of Business:
Address:
City / State / Zip:
Last 4 digits of your Tax ID Number:

Attorney Name: N/A
Address: N/A
Phone Number: 251-948-2229
Firm Name:
City / State / Zip:
E-Mail Address:

Claim filed with BP? YES [✓] NO [ ]    Claim Filed with GCCF?: YES [✓] NO [ ]
If yes, BP Claim No.:    If yes, Claimant Identification No.:01144764

Claim Type (Please check all that apply):
[✓] Damage or destruction to real or personal property
[ ] Earnings/Profit Loss
[✓] Personal Injury/Death

[✓] Fear of Future Injury and/or Medical Monitoring
[ ] Loss of Subsistence use of Natural Resources
[✓] Removal and/or clean-up costs
[✓] Other: Continued medical expenses

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

first form filed

Case: 19-30440     Document: 00515105422     Page: 40     Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC     Document 26001-1     Filed 09/16/19     Page 49 of 52
Case 2:10-cv-08888-CJB-SS     Document 108825     Filed 09/26/11     Page 2 of 4

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

16163-D Bon Bay Estates Gulf Shores Alabama 36542. Residential property, Loss of value, debris removal due to fish kills.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

On May 8th, 2010 I became ill from exposure to the water in Mobile Bay. I continue to have on going health conditions as a result of this exposure. I will be happy to provide you with medical records etc.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case: 19-30440    Document: 00515105422    Page: 41    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC    Document 26001-1    Filed 09/10/19    Page 50 of 52
Case 2:10-cv-08888-CJB-SS    Document 108825    Filed 09/26/11    Page 3 of 4

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☑ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☑ 11. Other: Medical, physical injury

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ 5. Resident who lives or works in close proximity to coastal waters.

☑ 6. Other: Property Damage and loss of value, Physical injury

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Sheri A. Allen_
Claimant or Attorney Signature

_Sheri A. Allen_
Print Name

_4-20-2011_
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*





March 12, 2012

Clerk's Office
500 Poydras Street
New Orleans, LA. 70130

RE: Claim amendment

Dear Sir;

     Please find enclosed a copy of the original short form filed
with the Courts. I have since been able to settle portions of the claim. I
enclosed an amended form to update the status of the claim. I sent the
form to the office of Liskow & Lewis. Authorizations for medical &
employee/personnel records are enclosed as per the instructions on the
MDL website. I have enclosed a copy of the original claim, and the
amended claim for your file.

Thank you kindly for your assistance with this matter.

Kindest regards,



Sheri A. Allen

**Sheri A. Allen**

**16163-D Bon Bay Estates**

**Gulf Shores, AL   36542**

**251.948.2229**

Case: 19-30440    Document: 00515105422    Page: 43    Date Filed: 09/05/2019
Case 2:10-md-02179-CJB-DPC    Document 26001-1    Filed 09/10/19    Page 52 of 52
Case 2:10-cv-08888-CJB-JCW    Document 138018    Filed 03/16/12    Page 21 of 21

$1.70
0004368989-06

70130

1000

UNITED STATES
POSTAL SERVICE

Clerk's Office

500 Poydras Street
New Orleans, Louisiana  70130

Sheri Allen
16163 D Bon Bay Estates
Gulf Shores,  AL.  36542