# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to the Following Cases in Pleading Bundle B3: | * * | MAG. JUDGE WILKINSON |
| *12-02715* | * * | |

## BP'S STATEMENT REGARDING HANK J. KIFF V. BP AMERICAN PRODUCTION COMPANY

Pursuant to the Court's September 3, 2019 Order (Rec. Doc. 26000), BP America Production Co. and BP Exploration & Production Inc. (together, "BP") respectfully submit the following statement regarding *Hank J. Kiff v. BP America Production Company* (No. 12-02715), which the Court has severed and deconsolidated from MDL 2179.  BP consents to trial in the Eastern District of Louisiana.  Plaintiff Hank J. Kiff requests remand to the Southern District of Texas.

Respectfully submitted,

*/s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
Christina L. Briesacher
(christina.briesacher@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP America Production Co. and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **BP's Statement Regarding Hank J. Kiff v. BP America Production Company** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of September 2019.

                                              */s/ Don K. Haycraft*
                                              Don K. Haycraft