UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
|---|---|
| | SECTION: J |
| | JUDGE BARBIER |
| Applies to: 12-cv-968: BELO | |
| | MAGISTRATE JUDGE WILKINSON |

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 19-01465 | 19-05656 | 19-07990 | 19-09184 | 19-09405 | 19-09629 |
| 19-03874 | 19-05658 | 19-08000 | 19-09185 | 19-09408 | 19-09631 |
| 19-03879 | 19-05663 | 19-08017 | 19-09189 | 19-09410 | 19-09642 |
| 19-03882 | 19-05829 | 19-08021 | 19-09191 | 19-09414 | 19-09671 |
| 19-03886 | 19-06238 | 19-08030 | 19-09192 | 19-09417 | 19-09672 |
| 19-03931 | 19-06333 | 19-08037 | 19-09193 | 19-09421 | 19-09673 |
| 19-03987 | 19-06367 | 19-08043 | 19-09196 | 19-09427 | 19-09676 |
| 19-03997 | 19-06406 | 19-08071 | 19-09200 | 19-09428 | 19-09678 |
| 19-04013 | 19-06420 | 19-08076 | 19-09201 | 19-09430 | 19-09682 |
| 19-04018 | 19-06428 | 19-08090 | 19-09203 | 19-09441 | 19-09683 |
| 19-04027 | 19-06450 | 19-08097 | 19-09204 | 19-09442 | 19-09685 |
| 19-04037 | 19-06456 | 19-08103 | 19-09205 | 19-09445 | 19-09688 |
| 19-04038 | 19-06475 | 19-08124 | 19-09206 | 19-09450 | 19-09692 |
| 19-04095 | 19-06503 | 19-08141 | 19-09208 | 19-09455 | 19-09693 |
| 19-04097 | 19-06515 | 19-08152 | 19-09209 | 19-09456 | 19-09696 |
| 19-04107 | 19-06565 | 19-08164 | 19-09211 | 19-09457 | 19-09702 |
| 19-04114 | 19-06568 | 19-08178 | 19-09217 | 19-09461 | 19-09703 |
| 19-04121 | 19-06570 | 19-08182 | 19-09238 | 19-09465 | 19-09724 |
| 19-04129 | 19-06572 | 19-08226 | 19-09239 | 19-09471 | 19-09725 |
| 19-04133 | 19-06579 | 19-08227 | 19-09242 | 19-09473 | 19-09726 |
| 19-04146 | 19-06581 | 19-08230 | 19-09247 | 19-09517 | 19-09727 |
| 19-04151 | 19-07176 | 19-08232 | 19-09248 | 19-09524 | 19-09729 |
| 19-04152 | 19-07191 | 19-08234 | 19-09250 | 19-09525 | 19-09732 |
| 19-04636 | 19-07207 | 19-08236 | 19-09252 | 19-09526 | 19-09733 |
| 19-04650 | 19-07223 | 19-08238 | 19-09255 | 19-09528 | 19-09739 |
| 19-04671 | 19-07229 | 19-08246 | 19-09256 | 19-09531 | 19-09740 |
| 19-04682 | 19-07338 | 19-08726 | 19-09264 | 19-09561 | 19-09741 |
| 19-04696 | 19-07343 | 19-08737 | 19-09266 | 19-09562 | 19-09742 |
| 19-04701 | 19-07369 | 19-08773 | 19-09267 | 19-09563 | 19-09744 |
| 19-04717 | 19-07393 | 19-09062 | 19-09268 | 19-09566 | 19-09745 |
| 19-04728 | 19-07403 | 19-09080 | 19-09270 | 19-09570 | 19-09747 |

| | | | | | |
|---|---|---|---|---|---|
| 19-04731 | 19-07406 | 19-09083 | 19-09272 | 19-09571 | 19-09750 |
| 19-04738 | 19-07415 | 19-09084 | 19-09274 | 19-09573 | 19-09751 |
| 19-04745 | 19-07419 | 19-09093 | 19-09277 | 19-09574 | 19-09752 |
| 19-04756 | 19-07423 | 19-09094 | 19-09278 | 19-09575 | 19-09753 |
| 19-04868 | 19-07427 | 19-09097 | 19-09280 | 19-09577 | 19-09755 |
| 19-05556 | 19-07434 | 19-09099 | 19-09281 | 19-09583 | 19-09756 |
| 19-05570 | 19-07437 | 19-09100 | 19-09282 | 19-09590 | 19-09758 |
| 19-05572 | 19-07483 | 19-09104 | 19-09283 | 19-09591 | 19-09766 |
| 19-05576 | 19-07492 | 19-09112 | 19-09285 | 19-09593 | 19-09767 |
| 19-05577 | 19-07496 | 19-09124 | 19-09347 | 19-09594 | 19-09768 |
| 19-05599 | 19-07506 | 19-09128 | 19-09351 | 19-09595 | 19-09769 |
| 19-05603 | 19-07510 | 19-09141 | 19-09356 | 19-09596 | 19-09770 |
| 19-05606 | 19-07517 | 19-09145 | 19-09357 | 19-09604 | 19-09773 |
| 19-05608 | 19-07518 | 19-09149 | 19-09367 | 19-09605 | 19-09774 |
| 19-05639 | 19-07526 | 19-09154 | 19-09369 | 19-09608 | 19-09776 |
| 19-05643 | 19-07529 | 19-09170 | 19-09376 | 19-09620 | 19-09778 |
| 19-05644 | 19-07538 | 19-09172 | 19-09378 | 19-09621 | 19-09783 |
| 19-05649 | 19-07540 | 19-09175 | 19-09379 | 19-09622 | |
| 19-05650 | 19-07966 | 19-09177 | 19-09382 | 19-09623 | |
| 19-05653 | 19-07983 | 19-09178 | 19-09384 | 19-09628 | |

**THE BP PARTIES' SEPTEMBER 11, 2019 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2**

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. This Report includes plaintiffs previously listed on the August 1, 2019 Status Report (Rec. Doc. 25919) who failed to provide full and complete initial disclosures after having been ordered to do so by September 4, 2019 (Rec. Doc. 25922) (i.e., "Category II" plaintiffs), and whose cases have not been voluntarily

dismissed.[1]  This Report reflects the status of initial disclosures received as of 5 p.m. ET on Tuesday, September 10, 2019.[2]

## Summary Chart

| Plaintiffs' Counsel | Plaintiffs on List |
|---|---|
| The Nations Law Firm | 299 |
| Amaro Law Firm | 3 |
| The Downs Law Group | 1 |
| **Total** | **303** |

## Category II Plaintiffs

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-01465 | Nguyen, Ricky Van | The Nations Law Firm | PPF signed but lacks substantive responses |
| 2. | 19-03874 | Sanchez-Ramirez, Gloria | The Downs Law Group | No production |
| 3. | 19-03879 | Matter, Kathleen Drew | The Nations Law Firm | No production |
| 4. | 19-03882 | Mayfield, Anthony Darin | The Nations Law Firm | No production |
| 5. | 19-03886 | McBride, Cleon Windall Brooks | The Nations Law Firm | No production |
| 6. | 19-03931 | Moore, George Leslie | The Nations Law Firm | No production |
| 7. | 19-03987 | Millender, Terry Jerome, Jr. | The Nations Law Firm | No production |
| 8. | 19-03997 | Nguyen, Thi Nhung | The Nations Law Firm | No production |
| 9. | 19-04013 | Ong, Duc Minh | The Nations Law Firm | No production |
| 10. | 19-04018 | Nguyen, Manh The | The Nations Law Firm | No production |
| 11. | 19-04027 | Moore, Tremain O'Neal | The Nations Law Firm | No production |
| 12. | 19-04037 | Nguyen, Mung Thi | The Nations Law Firm | No production |
| 13. | 19-04038 | Nelson, Shannon Derrell | The Nations Law Firm | No production |

---

[1]  This Report also includes one plaintiff, Ricky Van Nguyen, Case No. 19-01465, who previously was listed on the June 1, 2019 Status Report (Rec. Doc. 25696), for missing a signed PPF and authorizations as well as Rule 26(a) disclosures, and he was ordered to provide full and complete disclosures by July 1, 2019 (Rec. Doc. 25701).  After the BP Parties received these disclosure materials for this plaintiff, he was not listed on a subsequent status report.  However, upon further review of his materials, the BP Parties determined that his PPF, while signed, was substantively deficient, and his initial disclosures therefore remain incomplete.

[2]  The BP Parties received hard-copy materials for 16 plaintiffs listed herein on the date of this Status Report, and without sufficient time to review.  These plaintiffs therefore remain on the Status Report.

3

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 14. | 19-04095 | Nguyen, Kenny Hung Mong | The Nations Law Firm | No production |
| 15. | 19-04097 | Nguyen, My Tan | The Nations Law Firm | No production |
| 16. | 19-04107 | Nguyen, Hung Huy | The Nations Law Firm | No production |
| 17. | 19-04114 | Nguyen, Robert Alfred | The Nations Law Firm | No production |
| 18. | 19-04121 | Williamson, Wayne Morris, Jr. | The Nations Law Firm | No production |
| 19. | 19-04129 | Tran, Nhat Minh | The Nations Law Firm | No production |
| 20. | 19-04133 | Tran, Phuong Quoc | The Nations Law Firm | No production |
| 21. | 19-04146 | Mosley, Neigel Ranael | The Nations Law Firm | No production |
| 22. | 19-04151 | Mucci, Dave John | The Nations Law Firm | No production |
| 23. | 19-04152 | Nabors, Jimmy Earl | The Nations Law Firm | No production |
| 24. | 19-04636 | Batiste, Renaldo | The Nations Law Firm | No production |
| 25. | 19-04650 | Chauvin, Jamie Anthony | The Nations Law Firm | No production |
| 26. | 19-04671 | Connelly, George Peter, III. | The Nations Law Firm | No production |
| 27. | 19-04682 | Dang, Tony Van | The Nations Law Firm | No production |
| 28. | 19-04696 | Degroote, James David | The Nations Law Firm | Missing complete authorization for release of Social Security Administration information. |
| 29. | 19-04701 | Freeman, Ray Bryn, Jr. | The Nations Law Firm | No production |
| 30. | 19-04717 | Harden, William Lee, Jr. | The Nations Law Firm | No production |
| 31. | 19-04728 | Vo, Duc Troung | The Nations Law Firm | No production |
| 32. | 19-04731 | Vo, Minh Van | The Nations Law Firm | No production |
| 33. | 19-04738 | Vu, Thoa Thhi | The Nations Law Firm | No production |
| 34. | 19-04745 | Washington, Bryant Keith | The Nations Law Firm | No production |
| 35. | 19-04756 | Howze, James Lamar | The Nations Law Firm | No production |
| 36. | 19-04868 | Jackson, William Earl, Jr. | The Nations Law Firm | No production |
| 37. | 19-05556 | Andrews, Dennis Wayne, Jr. | The Nations Law Firm | No production |
| 38. | 19-05570 | Branch, Corey | The Nations Law Firm | No production |
| 39. | 19-05572 | Demoll, James Collins, Jr. | The Nations Law Firm | No production |
| 40. | 19-05576 | Dennis, Lavaughn Joseph | The Nations Law Firm | No production |
| 41. | 19-05577 | Do, Ta P. | The Nations Law Firm | No production |
| 42. | 19-05599 | Early, Joseph, Jr. | The Nations Law Firm | No production |
| 43. | 19-05603 | Fitch, Terry Adam | The Nations Law Firm | No production |
| 44. | 19-05606 | Fowler, John Henry | The Nations Law Firm | No production |
| 45. | 19-05608 | Gaudet, Judy Ann | The Nations Law Firm | No production |
| 46. | 19-05639 | Goleman, Nathan Eugene, Sr. | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 47. | 19-05643 | Graham, Susan Hunt | The Nations Law Firm | No production |
| 48. | 19-05644 | Green, Clarence Joseph | The Nations Law Firm | No production |
| 49. | 19-05649 | Johnson, Arlando | The Nations Law Firm | No production |
| 50. | 19-05650 | Johnson, Derrick Duval | The Nations Law Firm | No production |
| 51. | 19-05653 | White, Russell Steven | The Nations Law Firm | No production |
| 52. | 19-05656 | Williams, James Edward | The Nations Law Firm | No production |
| 53. | 19-05658 | Williams, Joseph Dewayne | The Nations Law Firm | No production |
| 54. | 19-05663 | Wilson, Joe Simon | The Nations Law Firm | No production |
| 55. | 19-05829 | White, Jermaine Olivia | The Nations Law Firm | No production |
| 56. | 19-06238 | Asbury, Aaron Von | The Nations Law Firm | No production |
| 57. | 19-06333 | Brown, Timothy Tyrone | The Nations Law Firm | No production |
| 58. | 19-06367 | Bui, Thanh Minh | The Nations Law Firm | No production |
| 59. | 19-06406 | Cain, Timothy Gleen | The Nations Law Firm | No production |
| 60. | 19-06420 | Carpenter, Mark | The Nations Law Firm | No production |
| 61. | 19-06428 | Chaisson, Hartman Joseph, Sr. | The Nations Law Firm | No production |
| 62. | 19-06450 | Nguyen, Phuoc Van | The Nations Law Firm | No production |
| 63. | 19-06456 | Nguyen, Rick Hai Van | The Nations Law Firm | No production |
| 64. | 19-06475 | Nguyen, Thang Van | The Nations Law Firm | No production |
| 65. | 19-06503 | Green, Keith Robert | The Nations Law Firm | No production |
| 66. | 19-06515 | Johnston, Raymond Anthony | The Nations Law Firm | No production |
| 67. | 19-06565 | Le, Kiet Tuan | The Nations Law Firm | No production |
| 68. | 19-06568 | Le, Hung Cong | The Nations Law Firm | No production |
| 69. | 19-06570 | Le, Khoa Dao | The Nations Law Firm | No production |
| 70. | 19-06572 | Le, Khoa H. | The Nations Law Firm | No production |
| 71. | 19-06579 | Mitchell, Mason Lee | The Nations Law Firm | No production |
| 72. | 19-06581 | Mitchell, Louis Earl | The Nations Law Firm | No production |
| 73. | 19-07176 | Le, Paul Van | The Nations Law Firm | No production |
| 74. | 19-07191 | Le, Thuong Van | The Nations Law Firm | No production |
| 75. | 19-07207 | Lee, Gerald Wayne, Jr. | The Nations Law Firm | No production |
| 76. | 19-07223 | Loper, Theodore Willis | The Nations Law Firm | No production |
| 77. | 19-07229 | Lott, Daniel Scott | The Nations Law Firm | No production |
| 78. | 19-07338 | Truong, Ut Thanh Van | The Nations Law Firm | No production |
| 79. | 19-07343 | Truong, Manh Van | The Nations Law Firm | No production |
| 80. | 19-07369 | Tran, Vy Van | The Nations Law Firm | No production |
| 81. | 19-07393 | Tran, Quoi Huu | The Nations Law Firm | No production |
| 82. | 19-07403 | Tran, Quang Thanh | The Nations Law Firm | No production |
| 83. | 19-07406 | Tran, Nhieu Van | The Nations Law Firm | No production |
| 84. | 19-07415 | Tran, Ly Van | The Nations Law Firm | No production |
| 85. | 19-07419 | Tran, Lun Kim | The Nations Law Firm | No production |
| 86. | 19-07423 | Tran, Loi Huu | The Nations Law Firm | No production |
| 87. | 19-07427 | Tran, Kenny | The Nations Law Firm | No production |

|  | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|---|---|---|---|---|
| 88. | 19-07434 | Tran, Huynh Anh | The Nations Law Firm | No production |
| 89. | 19-07437 | Nguyen, Thanh Van | The Nations Law Firm | No production |
| 90. | 19-07483 | Nguyen, Hanh V. | The Nations Law Firm | No production |
| 91. | 19-07492 | Nguyen, Khoa T. | The Nations Law Firm | No production |
| 92. | 19-07496 | Nguyen, Luan | The Nations Law Firm | No production |
| 93. | 19-07506 | Nguyen, Andy Van | The Nations Law Firm | No production |
| 94. | 19-07510 | Nguyen, Cuong Van | The Nations Law Firm | No production |
| 95. | 19-07517 | Ngo, Liem Thanh | The Nations Law Firm | No production |
| 96. | 19-07518 | Nguyen, Anthony An Duc | The Nations Law Firm | No production |
| 97. | 19-07526 | Rogers, Lavinckey Mantrell | The Nations Law Firm | No production |
| 98. | 19-07529 | Nero, Louis Henry | The Nations Law Firm | No production |
| 99. | 19-07538 | Hoang, Johnny Minh Tri | The Nations Law Firm | No production |
| 100. | 19-07540 | Bui, Tien D. | The Nations Law Firm | No production |
| 101. | 19-07966 | Nguyen, Dao Minh | The Nations Law Firm | No production |
| 102. | 19-07983 | Nguyen, Tuan Van | The Nations Law Firm | No production |
| 103. | 19-07990 | Nix, Kristopher Aaron | The Nations Law Firm | No production |
| 104. | 19-08000 | Norris, Diane Jean | The Nations Law Firm | Authorization for release of Social Security Administration information is not dated |
| 105. | 19-08017 | Orbin, Roberta Gene | The Nations Law Firm | No production |
| 106. | 19-08021 | Oum, Sovanary | The Nations Law Firm | No production |
| 107. | 19-08030 | Parker, Percy Todd | The Nations Law Firm | No production |
| 108. | 19-08037 | Passantino, Paul Martin | The Nations Law Firm | No production |
| 109. | 19-08043 | Payne, Stephen Hurst | The Nations Law Firm | No production |
| 110. | 19-08071 | Vu, Phong Anh | The Nations Law Firm | No production |
| 111. | 19-08076 | Tran, Hiep Nghia | The Nations Law Firm | No production |
| 112. | 19-08090 | Tran, Anthony Kinh | The Nations Law Firm | No production |
| 113. | 19-08097 | Tran, Andrew Phong | The Nations Law Firm | Authorizations for release of medical records, Deepwater Horizon Claims Administrator records, employment records, and Social Security information are not dated |
| 114. | 19-08103 | Tong, Thoai Chi | The Nations Law Firm | No production |
| 115. | 19-08124 | Svenson, Constance Hunter | The Nations Law Firm | No production |
| 116. | 19-08141 | Stabler, George McArthur | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 117. | 19-08152 | Spencer, Leon | The Nations Law Firm | No production |
| 118. | 19-08164 | Smith, David Leo, Sr. | The Nations Law Firm | No production |
| 119. | 19-08178 | Carlos, Lauro | Amaro Law Firm | No production |
| 120. | 19-08182 | Sa, Nari Oanh | The Nations Law Firm | No production |
| 121. | 19-08226 | Perrington, Glenn William | The Nations Law Firm | No production |
| 122. | 19-08227 | Pettway, Nicholas Devon | The Nations Law Firm | No production |
| 123. | 19-08230 | Phan, Hanh Van | The Nations Law Firm | No production |
| 124. | 19-08232 | Phan, Sang Van | The Nations Law Firm | No production |
| 125. | 19-08234 | Phan, Tri Van | The Nations Law Firm | No production |
| 126. | 19-08236 | Ponthieux, Timothy Calvin | The Nations Law Firm | No production |
| 127. | 19-08238 | Pugh, Allen | The Nations Law Firm | No production |
| 128. | 19-08246 | Ryan, Jimmy Wayne | The Nations Law Firm | No production |
| 129. | 19-08726 | Bowens, Tamara Moneek | The Nations Law Firm | No production |
| 130. | 19-08737 | Dale, Tony Dwayne | The Nations Law Firm | No production |
| 131. | 19-08773 | Griffin, Kennard Bryan, Jr. | The Nations Law Firm | No production |
| 132. | 19-09062 | Guillot, Travis Anthony | The Nations Law Firm | No production |
| 133. | 19-09080 | Anglin, Cheyenne Samuel | The Nations Law Firm | No production |
| 134. | 19-09083 | Avery, Quintel Byron | The Nations Law Firm | No production |
| 135. | 19-09084 | Barnes, David Howard | The Nations Law Firm | No production |
| 136. | 19-09093 | Collier, Dennis Wayne | The Nations Law Firm | No production |
| 137. | 19-09094 | Crumedy, Keith Laronzelle | The Nations Law Firm | No production |
| 138. | 19-09097 | Ethridge, Elizabeth Machel | The Nations Law Firm | No production |
| 139. | 19-09099 | Nguyen, Hung Ngoc | The Nations Law Firm | No production |
| 140. | 19-09100 | Martinez, Kadee Evans | The Nations Law Firm | No production |
| 141. | 19-09104 | Jones, Shelvin Lanell | The Nations Law Firm | No production |
| 142. | 19-09112 | Hunter, William Labronce | The Nations Law Firm | No production |
| 143. | 19-09124 | Cutura, Anto | The Nations Law Firm | No production |
| 144. | 19-09128 | Huynh, Nghia Loi | The Nations Law Firm | No production |
| 145. | 19-09141 | Phillips, Donald William | The Nations Law Firm | No production |
| 146. | 19-09145 | Robinson, Darian Deon | The Nations Law Firm | No production |
| 147. | 19-09149 | Terluin, Jan Louis, Jr. | The Nations Law Firm | No production |
| 148. | 19-09154 | Trabeau, James Darrell | The Nations Law Firm | No production |
| 149. | 19-09170 | Brown, Gerron Raphael | The Nations Law Firm | No production |
| 150. | 19-09172 | Crabtree, Dusty Ann | The Nations Law Firm | No production |
| 151. | 19-09175 | Fancher, Richard Todd | The Nations Law Firm | No production |
| 152. | 19-09177 | Frost, Clifford | The Nations Law Firm | No production |
| 153. | 19-09178 | Fuscia, Jeffrey Dale | The Nations Law Firm | No production |
| 154. | 19-09184 | Gosa, David Michael | The Nations Law Firm | No production |
| 155. | 19-09185 | Hawkins, Gary Louis, Jr. | The Nations Law Firm | No production |
| 156. | 19-09189 | Hope, Garry Lee | The Nations Law Firm | No production |
| 157. | 19-09191 | Johns, Christopher Sanford | The Nations Law Firm | No production |
| 158. | 19-09192 | Johnson, Deon Andrew | The Nations Law Firm | No production |
| 159. | 19-09193 | Le, Tong Minh | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 160. | 19-09196 | Martin, Darren Keith | The Nations Law Firm | No production |
| 161. | 19-09200 | Mitchell, Essie Antonio | The Nations Law Firm | No production |
| 162. | 19-09201 | Ngo, Tron Van | The Nations Law Firm | No production |
| 163. | 19-09203 | Nguyen, Khanh Van | The Nations Law Firm | No production |
| 164. | 19-09204 | Nguyen, Lien Thi | The Nations Law Firm | No production |
| 165. | 19-09205 | Nguyen, Nam | The Nations Law Firm | No production |
| 166. | 19-09206 | Nguyen, Nam Van | The Nations Law Firm | No production |
| 167. | 19-09208 | Nguyen, Tung Huu | The Nations Law Firm | No production |
| 168. | 19-09209 | O'Brien, Nicholas Stephen | The Nations Law Firm | No production |
| 169. | 19-09211 | Sarn, Sopheap | The Nations Law Firm | No production |
| 170. | 19-09217 | Vercher, Julie Michele | The Nations Law Firm | No production |
| 171. | 19-09238 | Basulito, Edelio Roman, Jr. | The Nations Law Firm | No production |
| 172. | 19-09239 | Blanchard, Timothy Joseph, Jr. | The Nations Law Firm | No production |
| 173. | 19-09242 | Conner, Wade Joseph, Jr. | The Nations Law Firm | No production |
| 174. | 19-09247 | Lott, Everett Lee | The Nations Law Firm | No production |
| 175. | 19-09248 | Campbell, Randall Joe | The Nations Law Firm | No production |
| 176. | 19-09250 | Cottrell, Calvin Kenneth, Jr. | The Nations Law Firm | No production |
| 177. | 19-09252 | Daniels, Leslie Bernard | The Nations Law Firm | No production |
| 178. | 19-09255 | Foret, Brian Paul, Jr. | The Nations Law Firm | No production |
| 179. | 19-09256 | Garcia, Andres Valentin, Jr. | The Nations Law Firm | No production |
| 180. | 19-09264 | Harris, Stanley James, Jr. | The Nations Law Firm | No production |
| 181. | 19-09266 | Holifield, Marvin Dewayne | The Nations Law Firm | No production |
| 182. | 19-09267 | Houston, Dominic Jermaine | The Nations Law Firm | Authorization for release of employment records is undated/lacks complete signature |
| 183. | 19-09268 | Golston, Michael Dewayne | The Nations Law Firm | No production |
| 184. | 19-09270 | In, Kimyi | The Nations Law Firm | No production |
| 185. | 19-09272 | Jackson, Michael Corey | The Nations Law Firm | No production |
| 186. | 19-09274 | Jarrell, Guy Leslie | The Nations Law Firm | No production |
| 187. | 19-09277 | Nguyen, Linh Thi | The Nations Law Firm | No production |
| 188. | 19-09278 | Kimbrough, Walter O'Brian | The Nations Law Firm | No production |
| 189. | 19-09280 | Leblanc, David Paul | The Nations Law Firm | No production |
| 190. | 19-09281 | Le, Nam Hoang | The Nations Law Firm | No production |
| 191. | 19-09282 | Tran, Cau V. | The Nations Law Firm | No production |
| 192. | 19-09283 | Silas, Rodney | The Nations Law Firm | No production |
| 193. | 19-09285 | Nguyen, Tony Giang | The Nations Law Firm | No production |
| 194. | 19-09347 | Dyess, Odell | The Nations Law Firm | No production |

|      | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|------|---------------|-----------|---------------------|------------|
| 195. | 19-09351 | Lizana, James Rogers | The Nations Law Firm | No production |
| 196. | 19-09356 | Tank, Bobby Bernard | The Nations Law Firm | No production |
| 197. | 19-09357 | White, Andre | The Nations Law Firm | No production |
| 198. | 19-09367 | Luke, Lillian Ann | The Nations Law Firm | No production |
| 199. | 19-09369 | McCarty, Reginald | The Nations Law Firm | No production |
| 200. | 19-09376 | Williams, Jeremiah Deokta | The Nations Law Firm | No production |
| 201. | 19-09378 | Vincent, Terrance Stephen | The Nations Law Firm | No production |
| 202. | 19-09379 | Stewart, Dionne | The Nations Law Firm | No production |
| 203. | 19-09382 | Taylor, Lentrice | The Nations Law Firm | No production |
| 204. | 19-09384 | Taylor, Derron Anthony | The Nations Law Firm | No production |
| 205. | 19-09405 | Buckley, Leonard Rosevelt | The Nations Law Firm | No production |
| 206. | 19-09408 | Colletti, Kally Yvonne | The Nations Law Firm | No production |
| 207. | 19-09410 | Evans, Ladarius Demetrius | The Nations Law Firm | No production |
| 208. | 19-09414 | Hubbard, Kevin Dewayne | The Nations Law Firm | Authorizations for release of medical records, Deepwater Horizon Claims Administrator records, employment records, and Social Security information are not dated |
| 209. | 19-09417 | Johnson, Kirstin Lachae | The Nations Law Firm | No production |
| 210. | 19-09421 | Jordan, Robert Durel | The Nations Law Firm | No production |
| 211. | 19-09427 | Verdin, Joseph Alvin | The Nations Law Firm | No production |
| 212. | 19-09428 | Verdin, Keith John | The Nations Law Firm | No production |
| 213. | 19-09430 | Willis, Jermaine Lamar | The Nations Law Firm | No production |
| 214. | 19-09441 | Pham, Hoai Minh | The Nations Law Firm | No production |
| 215. | 19-09442 | Dortch, Kerwin Aloysius | The Nations Law Firm | No production |
| 216. | 19-09445 | Exline, Allison Grace | The Nations Law Firm | No production |
| 217. | 19-09450 | Lamey, Bennie Joseph, Jr. | The Nations Law Firm | No production |
| 218. | 19-09455 | Maise, Penny Ann | The Nations Law Firm | No production |
| 219. | 19-09456 | McGowen, John Terrence | The Nations Law Firm | Authorizations for release of medical records, Deepwater Horizon Claims Administrator records, employment records, and Social Security information are not dated |
| 220. | 19-09457 | McMillon, Joseph Carl | The Nations Law Firm | No production |
| 221. | 19-09461 | Nguyen, Luan Van | The Nations Law Firm | No production |

9

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 222. | 19-09465 | Rodrigue, Sandra Lee Mae | The Nations Law Firm | No production |
| 223. | 19-09471 | Vo, Ai | The Nations Law Firm | No production |
| 224. | 19-09473 | Vo, Hoang The | The Nations Law Firm | No production |
| 225. | 19-09517 | Hongsa, Bunkhum | The Nations Law Firm | No production |
| 226. | 19-09524 | Nguyen, Tony Ngoc | The Nations Law Firm | No production |
| 227. | 19-09525 | Nguyen, Tuan Thanh | The Nations Law Firm | No production |
| 228. | 19-09526 | Nguyen, Y Luu | The Nations Law Firm | No production |
| 229. | 19-09528 | Pirello, David Andrew | The Nations Law Firm | No production |
| 230. | 19-09531 | Wells, Clayton Leroy | The Nations Law Firm | No production |
| 231. | 19-09561 | Agent, Rachel Sherlan | The Nations Law Firm | No production |
| 232. | 19-09562 | Alston, Sherry Sherrie Marie | The Nations Law Firm | No production |
| 233. | 19-09563 | Ballard, Shannon Onama | The Nations Law Firm | No production |
| 234. | 19-09566 | Bullard, Thomas Jerrel | The Nations Law Firm | No production |
| 235. | 19-09570 | Dill, Aubrey Joseph | The Nations Law Firm | No production |
| 236. | 19-09571 | Do, Tai Van | The Nations Law Firm | No production |
| 237. | 19-09573 | Ellison, William Brian | The Nations Law Firm | No production |
| 238. | 19-09574 | Franklin, Melvin Dwight | The Nations Law Firm | No production |
| 239. | 19-09575 | Johnson, Michael Dewayne, II | The Nations Law Firm | No production |
| 240. | 19-09577 | Jones, Mikell Armond | The Nations Law Firm | No production |
| 241. | 19-09583 | Smith, Southern | Amaro Law Firm | No production |
| 242. | 19-09590 | Womack, Orenthal James | The Nations Law Firm | No production |
| 243. | 19-09591 | Verdin, Dillon John | The Nations Law Firm | No production |
| 244. | 19-09593 | Ngo, Nghia Hoang | The Nations Law Firm | No production |
| 245. | 19-09594 | McCants, Larry Darnell | The Nations Law Firm | No production |
| 246. | 19-09595 | Fillingim, Mark Allan | The Nations Law Firm | No production |
| 247. | 19-09596 | Floyd, Toney Lee | The Nations Law Firm | No production |
| 248. | 19-09604 | Reese, Arvetta Latrice | The Nations Law Firm | No production |
| 249. | 19-09605 | Simpkins, Jeremy Christopher | The Nations Law Firm | No production |
| 250. | 19-09608 | Sun, Hong Sreng | The Nations Law Firm | No production |
| 251. | 19-09620 | Demoll, Herman James, Jr. | The Nations Law Firm | No production |
| 252. | 19-09621 | Evans, Timothy Quintel | The Nations Law Firm | No production |
| 253. | 19-09622 | Fountain, Leonard Charles, Jr. | The Nations Law Firm | No production |
| 254. | 19-09623 | Gainer, Jeffrey Lamar | The Nations Law Firm | No production |
| 255. | 19-09628 | Locke, Mario Lee | The Nations Law Firm | No production |
| 256. | 19-09629 | Mackey, Rodney Darnell | The Nations Law Firm | No production |
| 257. | 19-09631 | Trang, Tan Van | The Nations Law Firm | No production |
| 258. | 19-09642 | Thompson, Anthony Lee | The Nations Law Firm | No production |
| 259. | 19-09671 | Durr, William Clayton | The Nations Law Firm | No production |
| 260. | 19-09672 | Farrier, Richard Henry | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 261. | 19-09673 | Hinton, Dwayne Antony | The Nations Law Firm | No production |
| 262. | 19-09676 | Knott, Patrick Lashawn | The Nations Law Firm | No production |
| 263. | 19-09678 | Law, Terence Terrell | The Nations Law Firm | No production |
| 264. | 19-09682 | Massey, Tyler Cole | The Nations Law Firm | No production |
| 265. | 19-09683 | McCall, Timothy James | The Nations Law Firm | No production |
| 266. | 19-09685 | Nguyen, Dung Ngoc | The Nations Law Firm | No production |
| 267. | 19-09688 | Parker, Ernest Cleveland, Jr. | The Nations Law Firm | No production |
| 268. | 19-09692 | Perez, Wesley Vaughn | The Nations Law Firm | No production |
| 269. | 19-09693 | Pickett, Ali Syrvein | The Nations Law Firm | No production |
| 270. | 19-09696 | Rodgers, Tommie Ray | The Nations Law Firm | No production |
| 271. | 19-09702 | Thayer, Roger Lee, Jr. | The Nations Law Firm | No production |
| 272. | 19-09703 | Lisenby, Michael Patrick | The Nations Law Firm | No production |
| 273. | 19-09724 | Cao, Nghia Thi | The Nations Law Firm | No production |
| 274. | 19-09725 | Pernell, Percy | Amaro Law Firm | No production |
| 275. | 19-09726 | Davis, Ernest Daniel | The Nations Law Firm | No production |
| 276. | 19-09727 | Davis, Kamal Rashad | The Nations Law Firm | No production |
| 277. | 19-09729 | Eggart, William Edward | The Nations Law Firm | No production |
| 278. | 19-09732 | Ho, Hoa Minh | The Nations Law Firm | No production |
| 279. | 19-09733 | Jacobs, Richard Lee | The Nations Law Firm | No production |
| 280. | 19-09739 | Law, Calvin Carnell | The Nations Law Firm | No production |
| 281. | 19-09740 | Le, Tanh Ba | The Nations Law Firm | No production |
| 282. | 19-09741 | Lucas, Robert Shane | The Nations Law Firm | No production |
| 283. | 19-09742 | Luu, Hoang Kim | The Nations Law Firm | No production |
| 284. | 19-09744 | McKay, Keenan Jershon | The Nations Law Firm | No production |
| 285. | 19-09745 | McKinley, Howard Fremonce | The Nations Law Firm | No production |
| 286. | 19-09747 | Nguyen Le, Hy Thi | The Nations Law Firm | No production |
| 287. | 19-09750 | Nguyen, Sang Cong | The Nations Law Firm | No production |
| 288. | 19-09751 | Nguyen, Sang Thanh | The Nations Law Firm | No production |
| 289. | 19-09752 | Nguyen, Thuyen Van | The Nations Law Firm | No production |
| 290. | 19-09753 | Nguyen, Trong Duc | The Nations Law Firm | No production |
| 291. | 19-09755 | Nguyen, Viet Van | The Nations Law Firm | No production |
| 292. | 19-09756 | Phillips, Matthew Steven | The Nations Law Firm | No production |
| 293. | 19-09758 | Pressel, Brent Alan | The Nations Law Firm | No production |
| 294. | 19-09766 | Taylor, Rickie Allen | The Nations Law Firm | No production |
| 295. | 19-09767 | Thrift, Charles Shane | The Nations Law Firm | No production |
| 296. | 19-09768 | Todd, Charles Ryan | The Nations Law Firm | No production |
| 297. | 19-09769 | Tran, Dau | The Nations Law Firm | No production |
| 298. | 19-09770 | Tran, Johnway | The Nations Law Firm | No production |
| 299. | 19-09773 | Tran, On Van | The Nations Law Firm | No production |
| 300. | 19-09774 | Tran, Ty Van | The Nations Law Firm | No production |
| 301. | 19-09776 | Weaver, Richard Alonzo | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 302. | 19-09778 | Wilkens, Denise | The Nations Law Firm | No production |
| 303. | 19-09783 | Zierk, Andrew Scott | The Nations Law Firm | No production |

September 11, 2019                                    Respectfully submitted,

    */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of September 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                                */s/ Don K. Haycraft*
                                                Don K. Haycraft