**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * * | MAG. JUDGE WILKINSON |
| BELO Cases identified in the attached list | | |

**ORDER**
**[Order to Show Cause re: BP's September 11, 2019 Status Report Pursuant to First Amended BELO CMO No. 2]**

BELO Case Management Order No. 1 requires BELO plaintiffs to provide defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of September 11, 2019 (Rec. Doc. 26015), the 303 BELO plaintiffs identified in the attached list failed to provide full and complete disclosures by the initial 90-day deadline, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that counsel for the 303 plaintiffs identified in the attached list shall appear before the undersigned on Friday, September 27, 2019 at 9:00 a.m.

and **SHOW CAUSE** why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall file a written response by no later than <u>Wednesday, September 25, 2019 at 5:00 p.m</u>. Each law firm shall file a single response addressing the status of <u>all</u> of its clients identified in the attached list. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO cases to which it pertains.

**NOTE:** An attorney may not appear at the Show Cause Hearing unless they are enrolled as counsel of record in the individual case(s) corresponding to their client(s). The Court addressed this issue with an attorney from the Nations Law Firm during last month's BELO Show Cause hearing, but it appears that attorney has yet to correct this deficiency. (*See, e.g.*, Dkt. No. 19-1465 (listing only Howard L. Nations as counsel of record for plaintiff Ricky Van Nguyen)).

New Orleans, Louisiana, this 12th day of September, 2019.

_____
United States District Judge