**Category II Plaintiffs**

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|-----|---------------|-----------|---------------------|------------|
| 1.  | 19-01465 | Nguyen, Ricky Van | The Nations Law Firm | PPF signed but lacks substantive responses |
| 2.  | 19-03874 | Sanchez-Ramirez, Gloria | The Downs Law Group | No production |
| 3.  | 19-03879 | Matter, Kathleen Drew | The Nations Law Firm | No production |
| 4.  | 19-03882 | Mayfield, Anthony Darin | The Nations Law Firm | No production |
| 5.  | 19-03886 | McBride, Cleon Windall Brooks | The Nations Law Firm | No production |
| 6.  | 19-03931 | Moore, George Leslie | The Nations Law Firm | No production |
| 7.  | 19-03987 | Millender, Terry Jerome, Jr. | The Nations Law Firm | No production |
| 8.  | 19-03997 | Nguyen, Thi Nhung | The Nations Law Firm | No production |
| 9.  | 19-04013 | Ong, Duc Minh | The Nations Law Firm | No production |
| 10. | 19-04018 | Nguyen, Manh The | The Nations Law Firm | No production |
| 11. | 19-04027 | Moore, Tremain O'Neal | The Nations Law Firm | No production |
| 12. | 19-04037 | Nguyen, Mung Thi | The Nations Law Firm | No production |
| 13. | 19-04038 | Nelson, Shannon Derrell | The Nations Law Firm | No production |

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
| --- | --- | --- | --- | --- |
| 14. | 19-04095 | Nguyen, Kenny Hung Mong | The Nations Law Firm | No production |
| 15. | 19-04097 | Nguyen, My Tan | The Nations Law Firm | No production |
| 16. | 19-04107 | Nguyen, Hung Huy | The Nations Law Firm | No production |
| 17. | 19-04114 | Nguyen, Robert Alfred | The Nations Law Firm | No production |
| 18. | 19-04121 | Williamson, Wayne Morris, Jr. | The Nations Law Firm | No production |
| 19. | 19-04129 | Tran, Nhat Minh | The Nations Law Firm | No production |
| 20. | 19-04133 | Tran, Phuong Quoc | The Nations Law Firm | No production |
| 21. | 19-04146 | Mosley, Neigel Ranael | The Nations Law Firm | No production |
| 22. | 19-04151 | Mucci, Dave John | The Nations Law Firm | No production |
| 23. | 19-04152 | Nabors, Jimmy Earl | The Nations Law Firm | No production |
| 24. | 19-04636 | Batiste, Renaldo | The Nations Law Firm | No production |
| 25. | 19-04650 | Chauvin, Jamie Anthony | The Nations Law Firm | No production |
| 26. | 19-04671 | Connelly, George Peter, III. | The Nations Law Firm | No production |
| 27. | 19-04682 | Dang, Tony Van | The Nations Law Firm | No production |
| 28. | 19-04696 | Degroote, James David | The Nations Law Firm | Missing complete authorization for release of Social Security Administration information. |
| 29. | 19-04701 | Freeman, Ray Bryn, Jr. | The Nations Law Firm | No production |
| 30. | 19-04717 | Harden, William Lee, Jr. | The Nations Law Firm | No production |
| 31. | 19-04728 | Vo, Duc Troung | The Nations Law Firm | No production |
| 32. | 19-04731 | Vo, Minh Van | The Nations Law Firm | No production |
| 33. | 19-04738 | Vu, Thoa Thhi | The Nations Law Firm | No production |
| 34. | 19-04745 | Washington, Bryant Keith | The Nations Law Firm | No production |
| 35. | 19-04756 | Howze, James Lamar | The Nations Law Firm | No production |
| 36. | 19-04868 | Jackson, William Earl, Jr. | The Nations Law Firm | No production |
| 37. | 19-05556 | Andrews, Dennis Wayne, Jr. | The Nations Law Firm | No production |
| 38. | 19-05570 | Branch, Corey | The Nations Law Firm | No production |
| 39. | 19-05572 | Demoll, James Collins, Jr. | The Nations Law Firm | No production |
| 40. | 19-05576 | Dennis, Lavaughn Joseph | The Nations Law Firm | No production |
| 41. | 19-05577 | Do, Ta P. | The Nations Law Firm | No production |
| 42. | 19-05599 | Early, Joseph, Jr. | The Nations Law Firm | No production |
| 43. | 19-05603 | Fitch, Terry Adam | The Nations Law Firm | No production |
| 44. | 19-05606 | Fowler, John Henry | The Nations Law Firm | No production |
| 45. | 19-05608 | Gaudet, Judy Ann | The Nations Law Firm | No production |
| 46. | 19-05639 | Goleman, Nathan Eugene, Sr. | The Nations Law Firm | No production |

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|-----|---------------|-----------|---------------------|------------|
| 47. | 19-05643 | Graham, Susan Hunt | The Nations Law Firm | No production |
| 48. | 19-05644 | Green, Clarence Joseph | The Nations Law Firm | No production |
| 49. | 19-05649 | Johnson, Arlando | The Nations Law Firm | No production |
| 50. | 19-05650 | Johnson, Derrick Duval | The Nations Law Firm | No production |
| 51. | 19-05653 | White, Russell Steven | The Nations Law Firm | No production |
| 52. | 19-05656 | Williams, James Edward | The Nations Law Firm | No production |
| 53. | 19-05658 | Williams, Joseph Dewayne | The Nations Law Firm | No production |
| 54. | 19-05663 | Wilson, Joe Simon | The Nations Law Firm | No production |
| 55. | 19-05829 | White, Jermaine Olivia | The Nations Law Firm | No production |
| 56. | 19-06238 | Asbury, Aaron Von | The Nations Law Firm | No production |
| 57. | 19-06333 | Brown, Timothy Tyrone | The Nations Law Firm | No production |
| 58. | 19-06367 | Bui, Thanh Minh | The Nations Law Firm | No production |
| 59. | 19-06406 | Cain, Timothy Gleen | The Nations Law Firm | No production |
| 60. | 19-06420 | Carpenter, Mark | The Nations Law Firm | No production |
| 61. | 19-06428 | Chaisson, Hartman Joseph, Sr. | The Nations Law Firm | No production |
| 62. | 19-06450 | Nguyen, Phuoc Van | The Nations Law Firm | No production |
| 63. | 19-06456 | Nguyen, Rick Hai Van | The Nations Law Firm | No production |
| 64. | 19-06475 | Nguyen, Thang Van | The Nations Law Firm | No production |
| 65. | 19-06503 | Green, Keith Robert | The Nations Law Firm | No production |
| 66. | 19-06515 | Johnston, Raymond Anthony | The Nations Law Firm | No production |
| 67. | 19-06565 | Le, Kiet Tuan | The Nations Law Firm | No production |
| 68. | 19-06568 | Le, Hung Cong | The Nations Law Firm | No production |
| 69. | 19-06570 | Le, Khoa Dao | The Nations Law Firm | No production |
| 70. | 19-06572 | Le, Khoa H. | The Nations Law Firm | No production |
| 71. | 19-06579 | Mitchell, Mason Lee | The Nations Law Firm | No production |
| 72. | 19-06581 | Mitchell, Louis Earl | The Nations Law Firm | No production |
| 73. | 19-07176 | Le, Paul Van | The Nations Law Firm | No production |
| 74. | 19-07191 | Le, Thuong Van | The Nations Law Firm | No production |
| 75. | 19-07207 | Lee, Gerald Wayne, Jr. | The Nations Law Firm | No production |
| 76. | 19-07223 | Loper, Theodore Willis | The Nations Law Firm | No production |
| 77. | 19-07229 | Lott, Daniel Scott | The Nations Law Firm | No production |
| 78. | 19-07338 | Truong, Ut Thanh Van | The Nations Law Firm | No production |
| 79. | 19-07343 | Truong, Manh Van | The Nations Law Firm | No production |
| 80. | 19-07369 | Tran, Vy Van | The Nations Law Firm | No production |
| 81. | 19-07393 | Tran, Quoi Huu | The Nations Law Firm | No production |
| 82. | 19-07403 | Tran, Quang Thanh | The Nations Law Firm | No production |
| 83. | 19-07406 | Tran, Nhieu Van | The Nations Law Firm | No production |
| 84. | 19-07415 | Tran, Ly Van | The Nations Law Firm | No production |
| 85. | 19-07419 | Tran, Lun Kim | The Nations Law Firm | No production |
| 86. | 19-07423 | Tran, Loi Huu | The Nations Law Firm | No production |
| 87. | 19-07427 | Tran, Kenny | The Nations Law Firm | No production |

|      | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|------|---------------|-----------|---------------------|------------|
| 88.  | 19-07434 | Tran, Huynh Anh | The Nations Law Firm | No production |
| 89.  | 19-07437 | Nguyen, Thanh Van | The Nations Law Firm | No production |
| 90.  | 19-07483 | Nguyen, Hanh V. | The Nations Law Firm | No production |
| 91.  | 19-07492 | Nguyen, Khoa T. | The Nations Law Firm | No production |
| 92.  | 19-07496 | Nguyen, Luan | The Nations Law Firm | No production |
| 93.  | 19-07506 | Nguyen, Andy Van | The Nations Law Firm | No production |
| 94.  | 19-07510 | Nguyen, Cuong Van | The Nations Law Firm | No production |
| 95.  | 19-07517 | Ngo, Liem Thanh | The Nations Law Firm | No production |
| 96.  | 19-07518 | Nguyen, Anthony An Duc | The Nations Law Firm | No production |
| 97.  | 19-07526 | Rogers, Lavinckey Mantrell | The Nations Law Firm | No production |
| 98.  | 19-07529 | Nero, Louis Henry | The Nations Law Firm | No production |
| 99.  | 19-07538 | Hoang, Johnny Minh Tri | The Nations Law Firm | No production |
| 100. | 19-07540 | Bui, Tien D. | The Nations Law Firm | No production |
| 101. | 19-07966 | Nguyen, Dao Minh | The Nations Law Firm | No production |
| 102. | 19-07983 | Nguyen, Tuan Van | The Nations Law Firm | No production |
| 103. | 19-07990 | Nix, Kristopher Aaron | The Nations Law Firm | No production |
| 104. | 19-08000 | Norris, Diane Jean | The Nations Law Firm | Authorization for release of Social Security Administration information is not dated |
| 105. | 19-08017 | Orbin, Roberta Gene | The Nations Law Firm | No production |
| 106. | 19-08021 | Oum, Sovanary | The Nations Law Firm | No production |
| 107. | 19-08030 | Parker, Percy Todd | The Nations Law Firm | No production |
| 108. | 19-08037 | Passantino, Paul Martin | The Nations Law Firm | No production |
| 109. | 19-08043 | Payne, Stephen Hurst | The Nations Law Firm | No production |
| 110. | 19-08071 | Vu, Phong Anh | The Nations Law Firm | No production |
| 111. | 19-08076 | Tran, Hiep Nghia | The Nations Law Firm | No production |
| 112. | 19-08090 | Tran, Anthony Kinh | The Nations Law Firm | No production |
| 113. | 19-08097 | Tran, Andrew Phong | The Nations Law Firm | Authorizations for release of medical records, Deepwater Horizon Claims Administrator records, employment records, and Social Security information are not dated |
| 114. | 19-08103 | Tong, Thoai Chi | The Nations Law Firm | No production |
| 115. | 19-08124 | Svenson, Constance Hunter | The Nations Law Firm | No production |
| 116. | 19-08141 | Stabler, George McArthur | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 117. | 19-08152 | Spencer, Leon | The Nations Law Firm | No production |
| 118. | 19-08164 | Smith, David Leo, Sr. | The Nations Law Firm | No production |
| 119. | 19-08178 | Carlos, Lauro | Amaro Law Firm | No production |
| 120. | 19-08182 | Sa, Nari Oanh | The Nations Law Firm | No production |
| 121. | 19-08226 | Perrington, Glenn William | The Nations Law Firm | No production |
| 122. | 19-08227 | Pettway, Nicholas Devon | The Nations Law Firm | No production |
| 123. | 19-08230 | Phan, Hanh Van | The Nations Law Firm | No production |
| 124. | 19-08232 | Phan, Sang Van | The Nations Law Firm | No production |
| 125. | 19-08234 | Phan, Tri Van | The Nations Law Firm | No production |
| 126. | 19-08236 | Ponthieux, Timothy Calvin | The Nations Law Firm | No production |
| 127. | 19-08238 | Pugh, Allen | The Nations Law Firm | No production |
| 128. | 19-08246 | Ryan, Jimmy Wayne | The Nations Law Firm | No production |
| 129. | 19-08726 | Bowens, Tamara Moneek | The Nations Law Firm | No production |
| 130. | 19-08737 | Dale, Tony Dwayne | The Nations Law Firm | No production |
| 131. | 19-08773 | Griffin, Kennard Bryan, Jr. | The Nations Law Firm | No production |
| 132. | 19-09062 | Guillot, Travis Anthony | The Nations Law Firm | No production |
| 133. | 19-09080 | Anglin, Cheyenne Samuel | The Nations Law Firm | No production |
| 134. | 19-09083 | Avery, Quintel Byron | The Nations Law Firm | No production |
| 135. | 19-09084 | Barnes, David Howard | The Nations Law Firm | No production |
| 136. | 19-09093 | Collier, Dennis Wayne | The Nations Law Firm | No production |
| 137. | 19-09094 | Crumedy, Keith Laronzelle | The Nations Law Firm | No production |
| 138. | 19-09097 | Ethridge, Elizabeth Machel | The Nations Law Firm | No production |
| 139. | 19-09099 | Nguyen, Hung Ngoc | The Nations Law Firm | No production |
| 140. | 19-09100 | Martinez, Kadee Evans | The Nations Law Firm | No production |
| 141. | 19-09104 | Jones, Shelvin Lanell | The Nations Law Firm | No production |
| 142. | 19-09112 | Hunter, William Labronce | The Nations Law Firm | No production |
| 143. | 19-09124 | Cutura, Anto | The Nations Law Firm | No production |
| 144. | 19-09128 | Huynh, Nghia Loi | The Nations Law Firm | No production |
| 145. | 19-09141 | Phillips, Donald William | The Nations Law Firm | No production |
| 146. | 19-09145 | Robinson, Darian Deon | The Nations Law Firm | No production |
| 147. | 19-09149 | Terluin, Jan Louis, Jr. | The Nations Law Firm | No production |
| 148. | 19-09154 | Trabeau, James Darrell | The Nations Law Firm | No production |
| 149. | 19-09170 | Brown, Gerron Raphael | The Nations Law Firm | No production |
| 150. | 19-09172 | Crabtree, Dusty Ann | The Nations Law Firm | No production |
| 151. | 19-09175 | Fancher, Richard Todd | The Nations Law Firm | No production |
| 152. | 19-09177 | Frost, Clifford | The Nations Law Firm | No production |
| 153. | 19-09178 | Fuscia, Jeffrey Dale | The Nations Law Firm | No production |
| 154. | 19-09184 | Gosa, David Michael | The Nations Law Firm | No production |
| 155. | 19-09185 | Hawkins, Gary Louis, Jr. | The Nations Law Firm | No production |
| 156. | 19-09189 | Hope, Garry Lee | The Nations Law Firm | No production |
| 157. | 19-09191 | Johns, Christopher Sanford | The Nations Law Firm | No production |
| 158. | 19-09192 | Johnson, Deon Andrew | The Nations Law Firm | No production |
| 159. | 19-09193 | Le, Tong Minh | The Nations Law Firm | No production |

|      | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|------|---------------|-----------|---------------------|------------|
| 160. | 19-09196 | Martin, Darren Keith | The Nations Law Firm | No production |
| 161. | 19-09200 | Mitchell, Essie Antonio | The Nations Law Firm | No production |
| 162. | 19-09201 | Ngo, Tron Van | The Nations Law Firm | No production |
| 163. | 19-09203 | Nguyen, Khanh Van | The Nations Law Firm | No production |
| 164. | 19-09204 | Nguyen, Lien Thi | The Nations Law Firm | No production |
| 165. | 19-09205 | Nguyen, Nam | The Nations Law Firm | No production |
| 166. | 19-09206 | Nguyen, Nam Van | The Nations Law Firm | No production |
| 167. | 19-09208 | Nguyen, Tung Huu | The Nations Law Firm | No production |
| 168. | 19-09209 | O'Brien, Nicholas Stephen | The Nations Law Firm | No production |
| 169. | 19-09211 | Sarn, Sopheap | The Nations Law Firm | No production |
| 170. | 19-09217 | Vercher, Julie Michele | The Nations Law Firm | No production |
| 171. | 19-09238 | Basulito, Edelio Roman, Jr. | The Nations Law Firm | No production |
| 172. | 19-09239 | Blanchard, Timothy Joseph, Jr. | The Nations Law Firm | No production |
| 173. | 19-09242 | Conner, Wade Joseph, Jr. | The Nations Law Firm | No production |
| 174. | 19-09247 | Lott, Everett Lee | The Nations Law Firm | No production |
| 175. | 19-09248 | Campbell, Randall Joe | The Nations Law Firm | No production |
| 176. | 19-09250 | Cottrell, Calvin Kenneth, Jr. | The Nations Law Firm | No production |
| 177. | 19-09252 | Daniels, Leslie Bernard | The Nations Law Firm | No production |
| 178. | 19-09255 | Foret, Brian Paul, Jr. | The Nations Law Firm | No production |
| 179. | 19-09256 | Garcia, Andres Valentin, Jr. | The Nations Law Firm | No production |
| 180. | 19-09264 | Harris, Stanley James, Jr. | The Nations Law Firm | No production |
| 181. | 19-09266 | Holifield, Marvin Dewayne | The Nations Law Firm | No production |
| 182. | 19-09267 | Houston, Dominic Jermaine | The Nations Law Firm | Authorization for release of employment records is undated/lacks complete signature |
| 183. | 19-09268 | Golston, Michael Dewayne | The Nations Law Firm | No production |
| 184. | 19-09270 | In, Kimyi | The Nations Law Firm | No production |
| 185. | 19-09272 | Jackson, Michael Corey | The Nations Law Firm | No production |
| 186. | 19-09274 | Jarrell, Guy Leslie | The Nations Law Firm | No production |
| 187. | 19-09277 | Nguyen, Linh Thi | The Nations Law Firm | No production |
| 188. | 19-09278 | Kimbrough, Walter O'Brian | The Nations Law Firm | No production |
| 189. | 19-09280 | Leblanc, David Paul | The Nations Law Firm | No production |
| 190. | 19-09281 | Le, Nam Hoang | The Nations Law Firm | No production |
| 191. | 19-09282 | Tran, Cau V. | The Nations Law Firm | No production |
| 192. | 19-09283 | Silas, Rodney | The Nations Law Firm | No production |
| 193. | 19-09285 | Nguyen, Tony Giang | The Nations Law Firm | No production |
| 194. | 19-09347 | Dyess, Odell | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 195. | 19-09351 | Lizana, James Rogers | The Nations Law Firm | No production |
| 196. | 19-09356 | Tank, Bobby Bernard | The Nations Law Firm | No production |
| 197. | 19-09357 | White, Andre | The Nations Law Firm | No production |
| 198. | 19-09367 | Luke, Lillian Ann | The Nations Law Firm | No production |
| 199. | 19-09369 | McCarty, Reginald | The Nations Law Firm | No production |
| 200. | 19-09376 | Williams, Jeremiah Deokta | The Nations Law Firm | No production |
| 201. | 19-09378 | Vincent, Terrance Stephen | The Nations Law Firm | No production |
| 202. | 19-09379 | Stewart, Dionne | The Nations Law Firm | No production |
| 203. | 19-09382 | Taylor, Lentrice | The Nations Law Firm | No production |
| 204. | 19-09384 | Taylor, Derron Anthony | The Nations Law Firm | No production |
| 205. | 19-09405 | Buckley, Leonard Rosevelt | The Nations Law Firm | No production |
| 206. | 19-09408 | Colletti, Kally Yvonne | The Nations Law Firm | No production |
| 207. | 19-09410 | Evans, Ladarius Demetrius | The Nations Law Firm | No production |
| 208. | 19-09414 | Hubbard, Kevin Dewayne | The Nations Law Firm | Authorizations for release of medical records, Deepwater Horizon Claims Administrator records, employment records, and Social Security information are not dated |
| 209. | 19-09417 | Johnson, Kirstin Lachae | The Nations Law Firm | No production |
| 210. | 19-09421 | Jordan, Robert Durel | The Nations Law Firm | No production |
| 211. | 19-09427 | Verdin, Joseph Alvin | The Nations Law Firm | No production |
| 212. | 19-09428 | Verdin, Keith John | The Nations Law Firm | No production |
| 213. | 19-09430 | Willis, Jermaine Lamar | The Nations Law Firm | No production |
| 214. | 19-09441 | Pham, Hoai Minh | The Nations Law Firm | No production |
| 215. | 19-09442 | Dortch, Kerwin Aloysius | The Nations Law Firm | No production |
| 216. | 19-09445 | Exline, Allison Grace | The Nations Law Firm | No production |
| 217. | 19-09450 | Lamey, Bennie Joseph, Jr. | The Nations Law Firm | No production |
| 218. | 19-09455 | Maise, Penny Ann | The Nations Law Firm | No production |
| 219. | 19-09456 | McGowen, John Terrence | The Nations Law Firm | Authorizations for release of medical records, Deepwater Horizon Claims Administrator records, employment records, and Social Security information are not dated |
| 220. | 19-09457 | McMillon, Joseph Carl | The Nations Law Firm | No production |
| 221. | 19-09461 | Nguyen, Luan Van | The Nations Law Firm | No production |

|      | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|------|---------------|-----------|---------------------|------------|
| 222. | 19-09465 | Rodrigue, Sandra Lee Mae | The Nations Law Firm | No production |
| 223. | 19-09471 | Vo, Ai | The Nations Law Firm | No production |
| 224. | 19-09473 | Vo, Hoang The | The Nations Law Firm | No production |
| 225. | 19-09517 | Hongsa, Bunkhum | The Nations Law Firm | No production |
| 226. | 19-09524 | Nguyen, Tony Ngoc | The Nations Law Firm | No production |
| 227. | 19-09525 | Nguyen, Tuan Thanh | The Nations Law Firm | No production |
| 228. | 19-09526 | Nguyen, Y Luu | The Nations Law Firm | No production |
| 229. | 19-09528 | Pirello, David Andrew | The Nations Law Firm | No production |
| 230. | 19-09531 | Wells, Clayton Leroy | The Nations Law Firm | No production |
| 231. | 19-09561 | Agent, Rachel Sherlan | The Nations Law Firm | No production |
| 232. | 19-09562 | Alston, Sherry Sherrie Marie | The Nations Law Firm | No production |
| 233. | 19-09563 | Ballard, Shannon Onama | The Nations Law Firm | No production |
| 234. | 19-09566 | Bullard, Thomas Jerrel | The Nations Law Firm | No production |
| 235. | 19-09570 | Dill, Aubrey Joseph | The Nations Law Firm | No production |
| 236. | 19-09571 | Do, Tai Van | The Nations Law Firm | No production |
| 237. | 19-09573 | Ellison, William Brian | The Nations Law Firm | No production |
| 238. | 19-09574 | Franklin, Melvin Dwight | The Nations Law Firm | No production |
| 239. | 19-09575 | Johnson, Michael Dewayne, II | The Nations Law Firm | No production |
| 240. | 19-09577 | Jones, Mikell Armond | The Nations Law Firm | No production |
| 241. | 19-09583 | Smith, Southern | Amaro Law Firm | No production |
| 242. | 19-09590 | Womack, Orenthal James | The Nations Law Firm | No production |
| 243. | 19-09591 | Verdin, Dillon John | The Nations Law Firm | No production |
| 244. | 19-09593 | Ngo, Nghia Hoang | The Nations Law Firm | No production |
| 245. | 19-09594 | McCants, Larry Darnell | The Nations Law Firm | No production |
| 246. | 19-09595 | Fillingim, Mark Allan | The Nations Law Firm | No production |
| 247. | 19-09596 | Floyd, Toney Lee | The Nations Law Firm | No production |
| 248. | 19-09604 | Reese, Arvetta Latrice | The Nations Law Firm | No production |
| 249. | 19-09605 | Simpkins, Jeremy Christopher | The Nations Law Firm | No production |
| 250. | 19-09608 | Sun, Hong Sreng | The Nations Law Firm | No production |
| 251. | 19-09620 | Demoll, Herman James, Jr. | The Nations Law Firm | No production |
| 252. | 19-09621 | Evans, Timothy Quintel | The Nations Law Firm | No production |
| 253. | 19-09622 | Fountain, Leonard Charles, Jr. | The Nations Law Firm | No production |
| 254. | 19-09623 | Gainer, Jeffrey Lamar | The Nations Law Firm | No production |
| 255. | 19-09628 | Locke, Mario Lee | The Nations Law Firm | No production |
| 256. | 19-09629 | Mackey, Rodney Darnell | The Nations Law Firm | No production |
| 257. | 19-09631 | Trang, Tan Van | The Nations Law Firm | No production |
| 258. | 19-09642 | Thompson, Anthony Lee | The Nations Law Firm | No production |
| 259. | 19-09671 | Durr, William Clayton | The Nations Law Firm | No production |
| 260. | 19-09672 | Farrier, Richard Henry | The Nations Law Firm | No production |

|      | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|------|---------------|-----------|---------------------|------------|
| 261. | 19-09673 | Hinton, Dwayne Antony | The Nations Law Firm | No production |
| 262. | 19-09676 | Knott, Patrick Lashawn | The Nations Law Firm | No production |
| 263. | 19-09678 | Law, Terence Terrell | The Nations Law Firm | No production |
| 264. | 19-09682 | Massey, Tyler Cole | The Nations Law Firm | No production |
| 265. | 19-09683 | McCall, Timothy James | The Nations Law Firm | No production |
| 266. | 19-09685 | Nguyen, Dung Ngoc | The Nations Law Firm | No production |
| 267. | 19-09688 | Parker, Ernest Cleveland, Jr. | The Nations Law Firm | No production |
| 268. | 19-09692 | Perez, Wesley Vaughn | The Nations Law Firm | No production |
| 269. | 19-09693 | Pickett, Ali Syrvein | The Nations Law Firm | No production |
| 270. | 19-09696 | Rodgers, Tommie Ray | The Nations Law Firm | No production |
| 271. | 19-09702 | Thayer, Roger Lee, Jr. | The Nations Law Firm | No production |
| 272. | 19-09703 | Lisenby, Michael Patrick | The Nations Law Firm | No production |
| 273. | 19-09724 | Cao, Nghia Thi | The Nations Law Firm | No production |
| 274. | 19-09725 | Pernell, Percy | Amaro Law Firm | No production |
| 275. | 19-09726 | Davis, Ernest Daniel | The Nations Law Firm | No production |
| 276. | 19-09727 | Davis, Kamal Rashad | The Nations Law Firm | No production |
| 277. | 19-09729 | Eggart, William Edward | The Nations Law Firm | No production |
| 278. | 19-09732 | Ho, Hoa Minh | The Nations Law Firm | No production |
| 279. | 19-09733 | Jacobs, Richard Lee | The Nations Law Firm | No production |
| 280. | 19-09739 | Law, Calvin Carnell | The Nations Law Firm | No production |
| 281. | 19-09740 | Le, Tanh Ba | The Nations Law Firm | No production |
| 282. | 19-09741 | Lucas, Robert Shane | The Nations Law Firm | No production |
| 283. | 19-09742 | Luu, Hoang Kim | The Nations Law Firm | No production |
| 284. | 19-09744 | McKay, Keenan Jershon | The Nations Law Firm | No production |
| 285. | 19-09745 | McKinley, Howard Fremonce | The Nations Law Firm | No production |
| 286. | 19-09747 | Nguyen Le, Hy Thi | The Nations Law Firm | No production |
| 287. | 19-09750 | Nguyen, Sang Cong | The Nations Law Firm | No production |
| 288. | 19-09751 | Nguyen, Sang Thanh | The Nations Law Firm | No production |
| 289. | 19-09752 | Nguyen, Thuyen Van | The Nations Law Firm | No production |
| 290. | 19-09753 | Nguyen, Trong Duc | The Nations Law Firm | No production |
| 291. | 19-09755 | Nguyen, Viet Van | The Nations Law Firm | No production |
| 292. | 19-09756 | Phillips, Matthew Steven | The Nations Law Firm | No production |
| 293. | 19-09758 | Pressel, Brent Alan | The Nations Law Firm | No production |
| 294. | 19-09766 | Taylor, Rickie Allen | The Nations Law Firm | No production |
| 295. | 19-09767 | Thrift, Charles Shane | The Nations Law Firm | No production |
| 296. | 19-09768 | Todd, Charles Ryan | The Nations Law Firm | No production |
| 297. | 19-09769 | Tran, Dau | The Nations Law Firm | No production |
| 298. | 19-09770 | Tran, Johnway | The Nations Law Firm | No production |
| 299. | 19-09773 | Tran, On Van | The Nations Law Firm | No production |
| 300. | 19-09774 | Tran, Ty Van | The Nations Law Firm | No production |
| 301. | 19-09776 | Weaver, Richard Alonzo | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 302. | 19-09778 | Wilkens, Denise | The Nations Law Firm | No production |
| 303. | 19-09783 | Zierk, Andrew Scott | The Nations Law Firm | No production |