# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** |
| | * | **SECTION: J** |
| **Applies to: 12-CV-968: BELO VERSUS** | * * * | **JUDGE BARBIER** |
| **BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY,** | * * * * | **MAGISTRATE JUDGE WILKINSON** |
| **DEFENDANTS.** | * * | |
| **Relates to:   19-09583** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATEMENT REGARDING STATUS REPORT FILED SEPTEMBER 11, 2019

MAY IT PLEASE THE COURT:

Defendants BP Exploration & Production Inc. and BP American Production Company, together with Plaintiff Southern Smith ("The Parties," collectively), hereby file this Joint Statement Regarding the Status Report filed September 11, 2019 (Rec. Doc. 26015). The Parties agree that Plaintiff Southern Smith has provided compliant initial disclosures and therefore this case should be removed from the September 11, 2019 Status Report, and should not be subject to the Show Cause Order issued by this Court for those cases included on the September 11, 2019 Status Report (Rec. Doc. 26016).

September 12, 2019

        Respectfully submitted,

        /s/ David F. Miller_____
        R. James Amaro
        SBN: 24036134
        Southern District of Texas Bar No. 36070
        David F. Miller
        SBN: ASB-0639-A47E
        Southern District of Texas Bar No. 3244709
        2500 E. TC Jester Blvd., Ste. 525
        Houston, Texas 77008
        713.864.1941 tel.
        713.864.1942 fax
        fax@amarolawfirm.com

        ***ATTORNEYS FOR PLAINTIFF***

        /s/ Don K. Haycraft
        Don K. Haycraft (Bar #14361)
        LISKOW & LEWIS
        701 Poydras Street, Suite 5000
        New Orleans, LA 70139
        Telephone: (504) 581-7979
        Telefax: (504) 556-4108

        /s/ Kevin M. Hodges
        Kevin M. Hodges
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Telephone: (202) 434-5000
        Telefax: (202) 434-5029

        /s/ Catherine Pyune McEldowney
        Catherine Pyune McEldowney
        MARON MARVEL BRADLEY
        ANDERSON &
        TARDY LLC
        1201 North Market Street, Suite 900
        Wilmington, DE 19801
        Telephone: (302) 425-5177
        Telefax: (302) 425-0180

/s/ Georgia L. Lucier
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September, 2019 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/  *Don K. Haycraft*  ____
Don K. Haycraft
