# Exhibit C

## News Articles Which Have Led to Reasonable Questions
## About Judge Barbier's Impartiality

S. Korris, *Oil spill judge to hold hearing on his investments*, Legal Newsline (Aug. 26, 2010) Available at: https://legalnewsline.com/stories/510523413-oil-spill-judge-to-hold-hearing-on-his-investments

*WSJ editorial: BP Oil Spill fund an 'all-you-can-eat buffet' for trial lawyers*, Louisiana Record Reports (Oct. 24, 2014) Available at: https://louisianarecord.com/stories/510585251-wsj-editorial-bp-oil-spill-fund-an-all-you-can-eat-buffet-for-trial-lawyers

D. Hammer, Plaintiffs urged to accept BP settlement, WWLTV.com (updated Nov. 12, 2018) Available at: https://www.wwltv.com/article/news/local/orleans/plaintiffs-urged-to-accept-bp-settlement/289-346601861

T. Hals, *Lawyer steps from dad's shadow in spill legal fight*, Reuters (Aug. 13, 2010) Available at: https://www.reuters.com/article/us-oil-spill-attorney-interview/lawyer-steps-from-dads-shadow-in-spill-legal-fight-idUSTRE67C45A20100813

K. Kidd, *Louisiana Lawsuit Abuse Watch says attorney fees paid out from $20 billion BP oil spill settlement is 'absurd'*, Louisiana Record (Apr. 11, 2016) Available at: https://louisianarecord.com/stories/510712318-local-government-louisiana-lawsuit-abuse-watch-says-attorney-fees-paid-out-from-20-billion-bp-oil-spill-settlement-is-absurd

*Our View: You've fooled us too many times, Judge Barbier*, The SE Texas Record (Sept. 30, 2014) Available at: https://setexasrecord.com/stories/510624552-our-view-you-ve-fooled-us-too-many-times-judge-barbier

S. Korris, *Oil Spill PSC draws fire over six percent holdback proposal*, Louisiana Record (Dec. 13, 2011) Available at: https://louisianarecord.com/stories/510581468-newsinator-oil-spill-psc-draws-fire-over-six-percent-holdback-proposal

J. Nocera, *Justice, Louisiana Style*, The New York Times (July 8, 2013) Available at: https://www.nytimes.com/2013/07/09/opinion/nocera-justice-louisiana-style.html

A. Frankel, *The evil corrupt plaintiffs' lawyers do*, Reuters (Oct. 30, 2015) Available at: http://blogs.reuters.com/alison-frankel/2015/10/30/the-evil-corrupt-plaintiffs-lawyers-do/

Becnel, *Deepwater Horizon plaintiffs steering committee failing claimants, motives questionable*, Louisiana Record Reports (Feb. 13, 2015) Available at: https://louisianarecord.com/stories/510585633-becnel-deepwater-horizon-plaintiffs-steering-committee-failing-claimants-motives-questionable

*Non-PSC attorneys feel left out of Deepwater Horizon settlement process*, Louisiana Record Reports (Oct. 28, 2014) Available at: https://louisianarecord.com/stories/510585262-non-psc-attorneys-feel-left-out-of-deepwater-horizon-settlement-process

*Lawyer who filed initial lawsuit against BP over Deepwater Horizon oil spill says settlement irreparably broken*, Louisiana Record Reports (Jan. 22, 2015) Available at: https://louisianarecord.com/stories/510585547-lawyer-who-filed-initial-lawsuit-against-bp-over-deepwater-horizon-oil-spill-says-settlement-irreparably-broken

S. Canfield, *BP Says It Has 'New Evidence' of Fraud in Claims Process*, Courthouse News Service (Aug. 7, 2013) Available at: https://www.courthousenews.com/bp-says-it-has-new-evidenceof-fraud-in-claims-process/

*As deadline looms for Deepwater Horizon claims, plaintiffs attorneys prepare for huge payday*, Louisiana Record Reports (May 19, 2015) Available at: https://louisianarecord.com/stories/510586106-newsinator-as-deadline-looms-for-deepwater-horizon-claims-plaintiffs-rsquo-attorneys-prepare-for-huge-payday

M. Sledge, *A near-decade after BP oil spill, now-public payout claims run gamut – including ex-NBA star*, NOLA.com (July 2, 2019) Available at: https://www.nola.com/news/business/article_872a7ed6-9cf3-11e9-9055-7b30798f21b4.html?utm_medium=social&utm_source=twitter&utm_campaign=user-share