UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to: 12-cv-968: BELO<br>Relates to:<br>19-03874 | JUDGE BARBIER<br>MAGISTRATE JUDGE WILKERSON |

### RESPONSE TO SHOW CAUSE ORDER RELATED TO BP PARTIES SEPTEMBER 11 STATUS REPORT PURSUANT TO BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER 2

**COMES NOW** Plaintiff, Gloria Sanchez-Ramirez by and through the undersigned counsel, file this Response to Defendants BP Exploration & Production Inc and BP America Production Company (collectively the "**BP Parties**") September 11, 2019 Status Report Pursuant to Belo Case Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2"). *See* Rec. Doc. 26015 ("**Status Report**"). On September 12, 2019, this Court entered an Order to Show Cause regarding BP's September 11 Status Report. *See* Rec. Doc. 26016 ("**Show Cause Order**").

1. The aforesaid Plaintiff is listed on Category II of the Status Report, and therefore subject to the Show Cause Order, for the deficiency of "No Production".

2. Counsel for Plaintiffs has also provided the BP Parties with a compliant Plaintiff Profile Form and Initial Disclosures for Plaintiff on September 19, 2019.

3. DLG and Counsel for the BP Parties have communicated and resolved the deficiency for this Plaintiff. Further Counsel for the BP Parties have conferred and the BP Parties do not oppose this Response, notifying the Court that this Plaintiff has satisfied the Show Cause Order.

WHEREFORE, Plaintiff, GLORIA SANCHEZ-RAMIREZ respectfully requests that this Honorable Court (a) enter an Order setting aside the Show Cause Order with respect to this Plaintiff ; (b) exempting the Plaintiff and their Counsel, the Downs Law Group from appearing in

the Court with respect to the Show Cause Order; and (c) any other relief this Court deems just and proper.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

/s/ Nathan L. Nelson
**NATHAN L. NELSON, FL BAR #1002523**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: nnelson@downslawgroup.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Response has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of September 2019.

      Dated this 20th day of September 2019

      */s/ Nathan L. Nelson*
      Nathan L. Nelson Esq.