UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

**In re: Oil Spill by the Oil Rig**                    **MDL NO. 2179**
 **"Deepwater Horizon" in the Gulf**
 **of Mexico, on April 20, 2010**                    **SECTION: J**

**Applies to: 12-cv-968: BELO**                    **JUDGE BARBIER**

 **Relates to:**                    **MAGISTRATE JUDGE WILKERSON**

 **19-03874**

## ORDER

Upon considering the Response filed by Gloria Sanchez-Ramirez ("**Plaintiff**")

**IT IS HEREBY ORDERED** that:

1. The Show Cause Order with respect to this Plaintiff is set aside,

2. Plaintiff and her Counsel, the Downs Law Group are exempted from appearing in the

   Court with respect to the Show Cause Order on September 29, 2019, and

3. Any other relief this Court deems just and proper.

New Orleans, Louisiana, this _____ day of_____, 2019

_____
UNITED STATES DISTRICT COURT JUDGE