UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

MDL NO. 2179

SECTION: J

Applies to: 12-cv-968: BELO
Relates to:
19-03874

JUDGE BARBIER

MAGISTRATE JUDGE WILKINON

## ORDER

Upon considering the Response filed by Gloria Sanchez-Ramirez ("**Plaintiff**") (Doc. 26024)

**IT IS HEREBY ORDERED** that:

1. The Show Cause Order (Doc. 26016) with respect to this Plaintiff is satisfied and set aside,

2. Plaintiff and her Counsel, the Downs Law Group, are exempted from appearing at the Show Cause Hearing on September 27, 2019.

New Orleans, Louisiana this 24th day of September, 2019.

_____
United States District Judge