UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: 12-968, BELO AND Nos. 19-09583, 19-08178, 19-09725 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

The Court previously issued a Show Cause Order (Rec. Doc. 26016) requiring counsel for 303 BELO plaintiffs to appear on September 27, 2019 and show cause why their cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

Considering the Joint Statement Regarding Status Report (Rec. Doc. 26017), where BP and plaintiff Southern Smith agree that Southern Smith provided compliant initial disclosures;

IT IS ORDERED that the Show Cause Order (Rec. Doc. 26016) is SATISFIED and SET ASIDE with respect to Southern Smith (No. 19-09583).

Considering also the response (Rec. Doc. 26023) filed on behalf of plaintiffs Lauro Carlos and Percy Pernell where their counsel reports these plaintiffs have been non-cooperative despite counsel's numerous attempts to solicit the required information;

IT IS ORDERED that the claims by Lauro Carlos (No. 19-08178) and Percy Pernell (No. 19-09725) are DISMISSED WITH PREJUDICE.

Finally, considering that the above three plaintiffs are the only plaintiffs represented by the Amaro Law Firm who are identified in the Show Cause Order;

IT IS FURTHER ORDERED that the Amaro Law Firm is exempt from appearing at the Show Cause Hearing on September 27, 2019.

New Orleans, Louisiana, this 24th day of September, 2019.

_____
United States District Judge