UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: Nos. 16-05093, 16-05050, 16-05041, 16-05403, 16-05454, 16-05127 | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court are six Motions for Leave to Intervene (Rec. Docs. 26005-26010) by William B. Price, P.A. Movant is the attorney who previously represented on a contingent-fee basis six plaintiffs in the referenced member cases. Movant recently was permitted to withdraw as plaintiffs' counsel and now seeks to intervene in order to protect its interest in those six cases. The Court will grant four of the six motions. *See Gaines v. Dixie Carrier, Inc.*, 434 F.2d 52 (5th Cir. 1970). Two of the motions, however, reference the wrong member cases.[1] The Court will deny these two motions without prejudice to movant's ability to re-file using the correct member case numbers, particularly with respect to the proposed complaint in intervention submitted with the motions. Accordingly,

IT IS ORDERED that the following Motions for Leave to Intervene are GRANTED and the Complaints of Intervention attached to those Motions are deemed filed: Rec. Docs. 26005, 26008, 26009, 26010.

---

[1] The motion at Rec. Doc. 26006 references No. 16-0550; it should reference 16-5050. The motion at Rec. Doc. 26007 references No. 16-2179; it should reference 16-5041. The wrong case numbers are also stated on the proposed complaints in intervention attached with the motions, which makes the error particularly problematic.

IT IS FURTHER ORDERED that the following Motions for Leave to Intervene are DENIED WITHOUT PREJUDICE as set forth above: Rec. Docs. 26006, 26007.

New Orleans, Louisiana, this 24th day of September, 2019.

_____
United States District Judge