IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| This filing relates to: All Cases (including Civil Action No. 12-968) | * * * * * * * | JUDGE CARL J. BARBIER  MAG. JUDGE WILKINSON |

## CLASS COUNSEL AND BP'S JOINT MOTION
## TO APPOINT A SUCCESSOR TRUSTEE

Class Counsel, on behalf of the Medical Benefits Settlement Class, and BP counsel, on behalf of BP Exploration & Production, Inc., and BP America Production Company (the "BP Parties"), respectively jointly move this Court to appoint a Successor Trustee for the (BP) Medical Settlement Trust dated as of May 4 2012 (the "Trust"), and created pursuant to the Medical Benefits Class Action Settlement Agreement dated April 18, 2012, and as amended May 1, 2012 (the "Medical Benefits Settlement"). Exhibit 1 represents a complete, accurate and fully executed copy of the Trust.

On January 11, 2013, this Court issued its Order granting final approval of the Medical Benefits Settlement (Rec. Doc. 8218), in which, in relevant part, in paragraph 9 of that order, the Court appointed Matthew L. Garretson, as Trustee of the Trust.

On August 21, 2019, Mr. Garretson issued a notice of intent to resign consistent with Section 3.2 of the Trust, which provides, in relevant part, that the Trustee may resign by providing at least 60 days' prior written notice. Mr. Garretson's letter advises that he intends to

resign as of noon (Eastern standard time), on October 22, 2019.  Mr. Garretson's notice was also consistent with Section 7.4 of the Trust such that he notified the Court, counsel for the parties, and the Directed Trustee, JP Morgan Trust Company of Delaware.  A complete and accurate copy of Mr. Garretson's notice is attached as Exhibit 2.

Section 3.3 of the Trust provides that Class Counsel and BP's counsel are to jointly nominate a new Trustee for the Trust in the event of the Trustee's resignation, removal, or circumstances leafing to the Trustee otherwise being unable to continue to so serve.  Section 3.3 also requires the Court approve any such joint nomination.

Following review of this matter, and taking into account the recommendation of the Claims Administrator, the parties jointly nominate Sylvius H. von Saucken, to serve as the Successor Trustee of the Trust.  Mr. von Saucken is, and has been for more than 20 years, a licensed attorney in good standing, has served as counsel for corporate trustees, and has served as a trust attorney for more than 20 years.  Further, for over a decade, Mr. von Saucken has served as the designated fiduciary with respect to all settlement funds managed or overseen by the Claims Administrator of the Medical Benefits Settlement, the Garretson Resolution Group.

Further, with respect to the Medical Benefits Settlement, since prior to the approval of the Trust, Mr. von Saucken has worked closely with the Trustee on all aspects of the Trust's administration, including its formation, and has served as a liaison to the Trustee in his dealings with the Claims Administrator.  Mr. von Saucken's curriculum vitae is attached as Exhibit 3.

Given Mr. von Saucken's familiarity with the Medical Benefits Settlement, his experience as a trust lawyer, and his experience as a trustee, the parties respectfully submit that the Court's appointment of Mr. von Saucken would be both cost-effective and efficient, thereby

promoting the least disruption to the orderly administration of the Trust consistent with the terms of the Medical Benefits Settlement.  A proposed Order is submitted for the Court's review.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 1511 |
| Herman Herman & Katz LLC | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

| | |
|---|---|
| */s/ Catherine Pyune McEldowney* | */s/ Kevin M. Hodges* |
| Catherine Pyune McEldowney | Kevin M. Hodges |
| Maron Marvel Bradley | Williams & Connolly LLP |
|  Anderson & Tardy LLC | 725 Twelfth Street, NW |
| 1201 North Market Street, Suite 900 | Washington, DC 20005 |
| Wilmington, DE 19801 | Tel:  (202) 434-5000 |
| Tel:  (302) 425-5177 | Fax:  (202) 434-5029 |
| Fax:  (302) 425-0180 | E-Mail:  khodges@wc.com |
| E-Mail:  cpm@maronmarvel.com | |
| *Liaison Counsel for the BP Parties* | *Liaison Counsel for the BP Parties* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Joint Motion will be filed into the record electronically *via* the Court's ECF system and served on All Counsel *via* the Lexis-Nexis File & Serve system in accordance with Pre-Trial Order No. 12, this 24th day of September, 2019
.

/s/ Stephen J. Herman, James Parkerson Roy