Matthew L. Garretson, Trustee
P.O. Box 2806
Park City, UT  84060

August 21, 2019

**Via Overnight Delivery & Electronic Mail**

The Honorable Carl J. Barbier
Section J
500 Poydras Street, Room C256
New Orleans, LA  70130
Ben_Allums@laed.uscourts.gov

James H. Gavin III
Attn: Deepwater Horizon Settlement Trust
J.P. Morgan Trust Company of Delaware
500 Stanton Christiana Road, CC Commons
North/South, Floor 2
Newark, Delaware 19713-2107
james.h.gavin@jpmorgan.com

Richard C. Godfrey, P.C.
Attn: Medical Settlement Trust
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
rgodfrey@kirkland.com

Stephen J. Herman
Attn: Medical Settlement Trust
Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Sherman@hhkc.com

James P. Roy
Attn: Medical Settlement Trust
Domengeaux Wright Roy & Edwards, LLC
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, LA 70501
jimr@wrightroy.com

> *In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010  MDL 2179*
> *Re:  12-968, Plaisance, et al. v. BP Exploration & Production Inc., et al (and all related cases)*

Your Honor and Esteemed Counsel,

At the end of 2018, the Garretson Resolution Group (GRG) was acquired by Epiq (another claims administrator).  As part of that transaction, and following a brief transition period, I retired from GRG and am no longer involved in that business. With that backdrop, I write today to advise that I intend to resign as the individual Trustee of the (BP) Medical Settlement Trust dated as of May 4, 2012 (the "Trust"), effective as of 12:00 p.m. (Eastern) October 22, 2019.  Section 3.2 of the Trust, reproduced below for convenience, provides, in relevant part, that the Trustee may resign by providing at least 60 days' prior written notice.  Consequently, please consider this my (at least) 60 days' notice, the notice parties and manner of notice being consistent with Section 7.4 of the Trust.

Matthew L. Garretson, Trustee
P.O. Box 2806
Park City, UT  84060

> 3.2 <u>Term of Service; Resignation; Removal</u>. The Trustee and the Directed Trustee shall serve for the duration of the MEDICAL SETTLEMENT TRUST, subject to the incapacity, death, resignation, or removal of the Trustee or dissolution, resignation, or removal of the Directed Trustee. The Trustee or the Directed Trustee may resign by providing at least sixty (60) days' prior written notice of such resignation to BP, MEDICAL BENEFITS CLASS COUNSEL, the COURT, and the Trustee or the Directed Trustee (as the case may be), specifying the date when such resignation shall take effect. The Trustee or the Directed Trustee may be removed by joint motion made by BP'S COUNSEL and MEDICAL BENEFITS CLASS COUNSEL, and granted by the COURT.
>
> 3.3 <u>Appointment of Successor Trustee</u>.
>
> (A) If the Trustee or the Directed Trustee resigns, is removed, or is otherwise unable to continue service in this position, the MEDICAL BENEFITS CLASS COUNSEL and BP'S COUNSEL shall jointly nominate a new Trustee or Directed Trustee (as the case may be), and move the COURT to approve the nominated Trustee or Directed Trustee. The MEDICAL BENEFITS CLASS COUNSEL and BP'S COUNSEL and the COURT will follow this process until such time as a new Trustee or Directed Trustee (as the case may be) is approved by the COURT and appointed.

Further, Section 3.3 of the Trust (reproduced above) provides that Medical Benefits Class Counsel and BP's counsel shall jointly nominate a new Trustee and move the Court to approve the nominated Trustee. I understand that the parties have agreed on the Successor Trustee, Sylvius H. von Saucken, who is very qualified to so serve, with his having more than 20 years of trust law experience, and his having been actively involved in the administration of this Trust, working closely with me, as well as with the Claims Administrator following the terms of the Medical Benefits Class Action Settlement Agreement dated April 18, 2012, as amended May 1, 2012. I further understand that on or about October 22, 2019, the parties intend to file their Successor Trustee joint motion with the Court to ensure continuity with respect to trust administration.

Please review this letter and let me know if you have any questions. If none, it has been a privilege serving as the Trustee of this landmark Trust.

Best wishes,

*/s/ Matthew L. Garretson*

Matthew L Garretson, Trustee
(BP) Medical Settlement Trust

c:  Sylvius von Saucken (*via e-mail*)
    Maria Travis (*via e-mail*)