



**Sylvius H. von Saucken**
Fiduciary & Chief Compliance Officer
Garretson Resolution Group

Sylvius von Saucken, Chief Compliance Officer and Fiduciary of Garretson Resolution Group, joined Garretson in 2005. Sylvius leads Garretson's internal protocol development and training initiatives, and provides compliance support to the company's Medicare Set Aside custodial division, Affiance Partners.

In his capacity as fiduciary for more than 150 settlement funds managed by Garretson Resolution Group, Sylvius advises Garretson's Fund Administration team on decisions for qualified settlement funds and other settlement fund vehicles. This role includes developing and overseeing principal preservation strategies and addressing tax reporting and other disbursement matters, as well as negotiating escrow-type agreements with financial institutions.

Sylvius relies on his many years of experience serving as counsel for professional trustees and as a tax and trust attorney to ensure that decisions made on behalf of the settlement funds and its beneficiaries follow prudent fiduciary and best practice standards. He has extensive experience in complex planning issues in areas of estate planning, trust administration, taxation and related government benefit preservation issues. Sylvius received his BA in Diplomacy/Foreign Affairs & Political Science from Miami University (OH) and his J.D. from the Salmon P. Chase College of Law, where he has served as an adjunct professor, co-teaching courses in Federal Wealth Transfer Taxation and Estate Planning.

Additionally, Sylvius has spoken before various state and national bar associations, as well as judicial conferences on a variety of topics impacting the settlement continuum, from Medicaid component estate planning, trust administration and taxation, taxation of settlements, Medicare repayment rules, strategies and practice tips, to Medicare Set-Asides, Qualified Settlement Funds, Medicaid lien strategies and resolution, special needs trusts, and government benefit preservation strategies.

Sylvius continues to focus his presentations on the ever-changing obligations under the Medicare Secondary Payer framework, including conditional payment reimbursement rules and strategies, the MMSEA's reporting obligations for insurance companies involved in settlements, as well the changing tides in the courts and Congress concerning statutory interpretation and reform.

A representative sampling of his speaking engagements follows.

___

www.garretsongroup.com

Cincinnati Office
Phone 513.794.0400 | Fax 513.575.7201
6281 Tri-Ridge Blvd., Ste. 300 | Cincinnati, OH | 45140

Charlotte Office
Phone 704.559.4300 | Fax 704.559.4331
4064 Colony Road, 2nd Floor | Charlotte, NC | 28211

**Representative Sample of Speaking Engagements**
• SNAP Seminar (Trusts and Taxation)
• OAJ Seminar, Deficit Reduction Act and Settlement Planning
• National Crime Victims Seminar
• NBI Seminars (Trusts; Settlement Planning)
• NAMSAP Seminar (Medicare Set Asides and Qualified Settlement Funds)
• CBA Seminar (Medicare Set Asides and Settlement Planning Issues)
• OAJ Insurance Negligence Seminars (Taxation of Settlements)
• NYSWC Bar Association (Settlement Planning)
• LBA Seminar (Medicaid/Care and Govt. Benefit Preservation Settlement. Issues)
• SEAK Workers' Compensation Seminar (Medicare Set Asides)
• SDTLA, WILG Seminars (Medicare Set Asides and MSP Compliance)
• Multi-State Workers' Compensation Seminar (Resolving Conditional Payments)
• Central Ohio Self-Insured Association (MSA's, Settlements & The New Reporting Rules)
• Ohio Academy for Justice (Lien Resolution: The Ultimate Update)
• 3rd Annual Meeting of the Academy of Special Needs Planners (The new Medicare Reporting Rules and MSAs)
• Wisconsin Association for Justice (ERISA, Settlements, MSAs and MMSEA)
• American Rail Labor Attorneys (Medicare Compliance)
• OSBA Annual Convention (New Medicare Reporting Rules)
• Ohio Academy for Justice Annual Convention (New Medicare Reporting Rules)
• Missouri Association of Trial Attorneys 51st Annual Convention
• American Association of Justice – Teleseminar (MSAs)
• Kentucky Academy of Hospital Attorneys
• Qualified Settlement Funds and the MMSEA Seminar (Presentation to Louisville Plaintiff and Defense Counsel)
• Indiana Trial Lawyers Association-Lien Resolution: The Ultimate Update on Conditional Payments)
• National Business Institute (Subrogation and Liens in Auto Accident Litigation)
• Wisconsin Association for Justice (Elephants in the Room; MSAs, MMSEA and the Great July 1st Debate)
• LA State Bar Association 9th Annual Class Action/Mass Tort Symposium (Federal and State Involvement in Complex Litigation)
• Injured Workers' Advocates (Ethical Considerations for Handling Liens)
• New York State Bar Association (Handling Tough Issues in a Plaintiff's Personal Injury Case)
• Pennsylvania Association for Justice Liens & Subrogation (Preparing for Absolute Medicare Compliance)
• HB Litigation Conference Emerging Trends in Asbestos (Compliance Requirements: Asbestos Settlements)
• Consumer Attorneys of California Annual Tahoe Ski Seminar (Preparing for Absolute Medicare Compliance: Understanding The New Requirements And Their Effect On Your Practice And Set Asides)
• State Bar of Georgia Complex Personal Injury Litigation (Preparing for Absolute Medicate Compliance: MMSEA and the Myths of the MSP Act)
• USA&M Midwest, Inc. "The Best Practice Series Seminar" (Current Issues in Law & Negotiations: Understanding and Dealing with Medicare Set Aside Issues)
• Second Judicial District of the New York State Supreme Court (Preparing for Judicial responses to Medicare Compliance)
• RAND Institute for Justice, Policy Symposium
• American Association for Justice, San Francisco, (Medicare Set Aside Trusts-Post Settlement Issues)
• New York Judicial Conference Asbestos Litigation, Albany, NY (Substantive & Procedural Issues)
• HB Litigation Conference, Los Angeles, CA (December '10) (Asbestos Litigation West Coast Crash Course)
• Wisconsin Bar Institute, Milwaukee, WI (Litigation, Dispute Resolution & Appellate) Practice Institute, From Claims through Appeals