UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | ) | |
|     of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This document Relates to: | ) | JUDGE BARBIER |
| *Pleading Bundle B1* | ) | |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |
| JUSTICE DESIGN STUDIO, PC, | ) | CASE NO.:  2:16-cv-5050 |
| | ) | |
|     Plaintiff, | ) | |
| | ) | SECTION J |
| vs. | ) | |
| | ) | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., | ) | |
| BP AMERICA PRODUCTION COMPANY, | ) | MAG. JUDGE WILKINSON |
| and BP P.L.C., | ) | |
| | ) | |
|     Defendants. | ) | |

# **MEMORANDUM IN SUPPORT OF**
# **RENEWED MOTION FOR LEAVE TO INTERVENE**
### **(to correct case number)**

    William B. Price, PA, through undersigned counsel, respectfully moves this Honorable Court for leave to file a Complaint of Intervention in the captioned matter, pursuant to Federal Rules of Civil Procedure 24 (a)(2), for the following reasons, to wit:

    Intervenor claims an interest in and is entitled to the proceeds of any settlement or judgment in the captioned action in preference to other creditors. William B. Price, PA was retained by defendant in intervention, Justice Design Studio, PC, to prosecute its claims against BP and other defendants as a result of

Page **1** of **4**

the Deepwater Horizon disaster. The contract between William B. Price, PA and defendant in intervention provides for a contingency fee and reimbursement of costs expended on behalf of the defendant in intervention.

"It is well settled that to intervene of right each of the four requirements of the rule must be met: (1) the application of the intervention must be timely; (2) the applicant must have an interest relating to the property or transaction which is the subject of the action; (3) the applicant be so situated that the disposition of the matter may as a practical matter, impair or impede his ability to protect that interest; (4) the applicant's interests must be inadequately represented by the existing partied to the suit." *Keith v. St. George Packing Company, Inc.*, 806 F.2d 25 (U.S. 5th Cir. 1986), quoting *New Orleans Public Serv., Inc. v. United Gas Pipeline Co.*, 732 F.2d 452, 463 (5th Cir.) (enbanc) quoting *International Tank Terminals, Ltd. v. M/V Acadia Forest*, 579 F.2d 964, 967 (5th Cir.1978) cert. denied 469 U/S. 1019, 105 S.Ct. 434, 83 L.Ed.2d 360 (1984).  This Court and the Fifth Circuit have previously held that "an intervention of right exists for an attorney who has a contingency fee contract with the client" since the firm [has] an interest in the subject of the action and is so situated that an action's final disposition may as a practical matter impair or impede its interest. *State Farm Fire and Casualty Company v. Black & Decker*, 2003 WL 22966373 (E.D. La.); quoting *Gaines v. Dixie Carriers, Inc.* 434 F.2d 52 (5th Cir. 1995).

William B. Price, PA's Complaint of Intervention is timely as final determination of this matter has not yet been had. William B. Price, PA has an interest relating to the subject of the action in that it was retained under a contingency fee contract to perform legal services and did so until it was substituted by order of the court. William B. Price, PA cannot protect its interest in the subject matter of the action without intervening. William B. Price, PA's interests are not represented at all by the existing parties to the suit, which is why it must seek this Court's permission to intervene. Moreover, the filing of William B. Price, PA's Complaint of Intervention will not delay the progress of this matter. Accordingly, William B. Price, PA requests that it be allowed to file its Complaint of Intervention in this matter.

Respectfully submitted this 24th day of September 2019

BY:/s/*William B. Price*
WILLIAM B. PRICE
Florida Bar No: 28277
bill@thepricelawfirm.com
hannah@thepricelawfirm.com
brandi@thepricelawfirm.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave to Intervene has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and upon the Plaintiff, Samuel Justice via electronic mail at sjustice@jdsarch.com on this 24th day of September, 2019.

                                      */s/ William B. Price*
                                      William B. Price