UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| This document Relates to: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER MAG. JUDGE WILKINSON |
| JUSTICE DESIGN STUDIO, PC, Plaintiff, vs. BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 2:16-cv-5050 SECTION J JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

The Court, having considered the Renewed Motion for Leave to Intervene (to correct case number) of William B. Price, PA, through William B. Price:

**IT IS HEREBY ORDERED** that William B. Price, PA, through William B. Price, is granted leave to file its Complaint of Intervention and said Complaint of Intervention attached to the Renewed Motion for Leave to Intervene (to correct case number) is deemed filed.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Page **1** of **1**