IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § | MDL 2179<br><br>SECTION J(2)<br><br>JUDGE BARBIER |
| Applies to 12-968, BELO | § § | MAGISTRATE JUDGE WILKINSON |
| AND | § § | |
| BELO Cases Identified on the attached "Attachment A" | § § | |

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL FOR PLAINTIFFS

COME NOW Plaintiffs listed on Attachment A hereto, all of which are still in the "initial proceedings case management process", through counsel, and pursuant to Local Rule 83.2.12, respectfully move this Honorable Court for an order enrolling attorney Gary L. Fuller, Texas State Bar No. 07518200, of The Nations Law Firm, 9703 Richmond Ave., Suite 200, Houston, Texas 77042, (713) 807-8400, as additional counsel of record for Plaintiffs listed on Attachment A in this matter.  This addition of counsel will not delay or prejudice any matter herein.

WHEREFORE, Plaintiff respectfully requests that attorney Gary L. Fuller be enrolled as additional counsel of record for all Plaintiffs listed on Attachment A in this matter, along with current counsel of record Howard L. Nations.

Respectfully submitted,

THE NATIONS LAW FIRM

  /s/ Howard L. Nations
Howard L. Nations - MDL Attorney, LAED
Texas Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, TX 77042
(713) 807-8400 telephone
(713) 807-8423 fax
cdb@howardnations.com

Gary L. Fuller - MDL Attorney, LAED
Texas Bar No. 07518200
3131 Briarpark Dr., Suite 208
Houston, TX 77042
(713) 807-8400 telephone
(713) 807-8423 fax
Gary.Fuller@howardnations.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion to Enroll Additional Counsel has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of September, 2019.

/s/ Howard L. Nations
Howard L. Nations