## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: OIL SPILL BY THE OIL** | § | **MDL 2179** |
| **RIG "DEEPWATER HORIZON"** | § | |
| **IN THE GULF OF MEXICO** | § | **SECTION J(2)** |
| **ON APRIL 20, 2010** | § | |
| | § | **JUDGE BARBIER** |
| **Applies to 12-968, BELO** | § | |
| | § | **MAGISTRATE JUDGE WILKINSON** |
| **AND** | § | |
| | § | |
| **BELO Cases Identified on the attached** | § | |
| **"Attachment A"** | § | |

## ORDER ENROLLING GARY L. FULLER
## AS ADDITIONAL COUNSEL

Having considered the *Ex Parte* Motion by plaintiff to enroll Gary L. Fuller as additional counsel in all cases identified on "Attachment A", it is

**ORDERED** that Gary L. Fuller of The Nations Law Firm, 9703 Richmond Ave., Suite 200, Houston, Texas 77042, telephone (713) 807-87400,  be enrolled as additional counsel of record for all plaintiffs on the attached "Attachment A."


SIGNED: _____


_____
**UNITED STATES DISTRICT JUDGE**

# ATTACHMENT  A

|     | DOCKET NUMBER | PLAINTIFF |
| --- | --- | --- |
| 1. | 19-01465 | Nguyen, Ricky Van |
| 2. | 19-03879 | Matter, Kathleen Drew |
| 3. | 19-03882 | Mayfield, Anthony Darin |
| 4. | 19-03886 | McBride, Cleon Windall Brooks |
| 5. | 19-03931 | Moore, George Leslie |
| 6. | 19-03987 | Millender, Terry Jerome Jr. |
| 7. | 19-03997 | Nguyen, Thi Nhung |
| 8. | 19-04013 | Ong, Duc Minh |
| 9. | 19-04018 | Nguyen, Manh The |
| 10. | 19-04027 | Moore, Tremain O'Neal |
| 11. | 19-04037 | Nguyen, Mung Thi |
| 12. | 19-04038 | Nelson, Shannon Derrell |
| 13. | 19-04095 | Nguyen, Kenny Hung Mong |
| 14. | 19-04097 | Nguyen, My Tan |
| 15. | 19-04107 | Nguyen, Hung Huy |
| 16. | 19-04114 | Nguyen, Robert Alfred |
| 17. | 19-04121 | Williamson, Wayne Morris, Jr. |
| 18. | 19-04129 | Tran, Nhat Minh |
| 19. | 19-04133 | Tran, Phuong Quoc |
| 20. | 19-04146 | Mosley, Neigel Ranael |
| 21. | 19-04151 | Mucci, Dave John |
| 22. | 19-04152 | Nabors, Jimmy Earl |
| 23. | 19-04636 | Batiste, Renaldo |

|      | DOCKET NUMBER | PLAINTIFF |
|------|---------------|-----------|
| 24.  | 19-04650      | Chauvin, Jamie Anthony |
| 25.  | 19-04671      | Connelly, George Peter III. |
| 26.  | 19-04682      | Dang, Tony Van |
| 27.  | 19-04696      | Degroote, James David |
| 28.  | 19-04701      | Freeman, Ray Bryn Jr. |
| 29.  | 19-04717      | Harden, William Lee, Jr. |
| 30.  | 19-04728      | Vo, Duc Troung |
| 31.  | 19-04731      | Vo, Minh Van |
| 32.  | 19-04738      | Vu, Thoa Thhi |
| 33.  | 19-04745      | Washington, Bryant Keith |
| 34.  | 19-04756      | Howze, James Lamar |
| 35.  | 19-04868      | Jackson, William Earl, Jr. |
| 36.  | 19-05556      | Andrews, Dennis Wayne Jr. |
| 37.  | 19-05570      | Branch, Corey |
| 38.  | 19-05572      | Demoll, James Collins, Jr. |
| 39.  | 19-05576      | Dennis, Lavaughn Joseph |
| 40.  | 19-05577      | Do, Ta P. |
| 41.  | 19-05599      | Early, Joseph, Jr. |
| 42.  | 19-05603      | Fitch, Terry Adam |
| 43.  | 19-05606      | Fowler, John Henry |
| 44.  | 19-05608      | Gaudet, Judy Ann |
| 45.  | 19-05639      | Goleman, Nathan Eugene, Sr. |
| 46   | 19-05643      | Graham, Susan Hunt |
| 47.  | 19-05644      | Green, Clarence Joseph |
| 48.  | 19-05649      | Johnson, Arlando |

|  | DOCKET NUMBER | PLAINTIFF |
|---|---|---|
| 49. | 19-05650 | Johnson, Derrick Duval |
| 50. | 19-05653 | White, Russell Steven |
| 51. | 19-05656 | Williams, James Edward |
| 52. | 19-05658 | Williams, Joseph Dewayne |
| 53. | 19-05663 | Wilson, Joe Simon |
| 54. | 19-05829 | White, Jermaine Olivia |
| 55. | 19-06238 | Asbury, Aaron Von |
| 56. | 19-06333 | Brown, Timothy Tyrone |
| 57. | 19-06367 | Bui, Thanh Minh |
| 58. | 19-06406 | Cain, Timothy Gleen |
| 59. | 19-06420 | Carpenter, Mark |
| 60. | 19-06428 | Chaisson, Hartman Joseph, Sr. |
| 61. | 19-06450 | Nguyen, Phuoc Van |
| 62. | 19-06456 | Nguyen, Rick Hai Van |
| 63. | 19-06475 | Nguyen, Thang Van |
| 64. | 19-06503 | Green, Keith Robert |
| 65. | 19-06515 | Johnston, Raymond Anthony |
| 66. | 19-06565 | Le, Kiet Tuan |
| 67. | 19-06568 | Le, Hung Cong |
| 68. | 19-06570 | Le, Khoa Dao |
| 69. | 19-06572 | Le, Khoa H. |
| 70. | 19-06579 | Mitchell, Mason Lee |
| 71. | 19-06581 | Mitchell, Louis Earl |
| 72. | 19-07176 | Le, Paul Van |
| 73. | 19-07191 | Le, Thuong Van |

|     | DOCKET NUMBER | PLAINTIFF |
| --- | --- | --- |
| 74. | 19-07207 | Lee, Gerald Wayne, Jr. |
| 75. | 19-07223 | Loper, Theodore Willis |
| 76. | 19-07229 | Lott, Daniel Scott |
| 77. | 19-07338 | Truong, Ut Thanh Van |
| 78. | 19-07343 | Truong, Manh Van |
| 79. | 19-07369 | Tran, Vy Van |
| 80. | 19-07393 | Tran, Quoi Huu |
| 81. | 19-07403 | Tran, Quang Thanh |
| 82. | 19-07406 | Tran, Nhieu Van |
| 83. | 19-07415 | Tran, Ly Van |
| 84. | 19-07419 | Tran, Lun Kim |
| 85. | 19-07423 | Tran, Loi Huu |
| 86. | 19-07427 | Tran, Kenny |
| 87. | 19-07434 | Tran, Huynh Anh |
| 88. | 19-07437 | Nguyen, Thanh Van |
| 89. | 19-07483 | Nguyen, Hanh V. |
| 90. | 19-07492 | Nguyen, Khoa T. |
| 91. | 19-07496 | Nguyen, Luan |
| 92. | 19-07506 | Nguyen, Andy Van |
| 93. | 19-07510 | Nguyen, Cuong Van |
| 94. | 19-07517 | Ngo, Liem Thanh |
| 95. | 19-07518 | Nguyen, Anthony An Duc |
| 96. | 19-07526 | Rogers, Lavinckey Mantrell |
| 97. | 19-07529 | Nero, Louis Henry |
| 98. | 19-07538 | Hoang, Johnny Minh Tri |

|      | DOCKET NUMBER | PLAINTIFF |
|------|---------------|-----------|
| 99.  | 19-07540      | Bui, Tien D. |
| 100. | 19-07966      | Nguyen, Dao Minh |
| 101. | 19-07983      | Nguyen, Tuan Van |
| 102. | 19-07990      | Nix, Kristopher Aaron |
| 103. | 19-08000      | Norris, Diane Jean |
| 104. | 19-08017      | Orbin, Roberta Gene |
| 105. | 19-08021      | Oum, Sovanary |
| 106. | 19-08030      | Parker, Percy Todd |
| 107. | 19-08037      | Passantino, Paul Martin |
| 108. | 19-08043      | Payne, Stephen Hurst |
| 109. | 19-08071      | Vu, Phong Anh |
| 110. | 19-08076      | Tran, Hiep Nghia |
| 111. | 19-08090      | Tran, Anthony Kinh |
| 112. | 19-08097      | Tran, Andrew Phong |
| 113. | 19-08103      | Tong, Thoai Chi |
| 114. | 19-08124      | Svenson, Constance Hunter |
| 115. | 19-08141      | Stabler, George McArthur |
| 116. | 19-08152      | Spencer, Leon |
| 117. | 19-08164      | Smith, David Leo, Sr. |
| 118. | 19-08182      | Sa, Nari Oanh |
| 119. | 19-08226      | Perrington, Glenn William |
| 120. | 19-08227      | Pettway, Nicholas Devon |
| 121. | 19-08230      | Phan, Hanh Van |
| 122. | 19-08232      | Phan, Sang Van |
| 123. | 19-08234      | Phan, Tri Van |

|  | DOCKET NUMBER | PLAINTIFF |
|---|---|---|
| 124. | 19-08236 | Ponthieux, Timothy Calvin |
| 125. | 19-08238 | Pugh, Allen |
| 126. | 19-08246 | Ryan, Jimmy Wayne |
| 127. | 19-08726 | Bowens, Tamara Moneek |
| 128. | 19-08737 | Dale, Tony Dwayne |
| 129. | 19-08773 | Griffin, Kennard Bryan, Jr. |
| 130. | 19-09062 | Guillot, Travis Anthony |
| 131. | 19-09080 | Anglin, Cheyenne Samuel |
| 132. | 19-09083 | Avery, Quintel Byron |
| 133. | 19-09084 | Barnes, David Howard |
| 134. | 19-09093 | Collier, Dennis Wayne |
| 135. | 19-09094 | Crumedy, Keith Laronzelle |
| 136. | 19-09097 | Ethridge, Elizabeth Machel |
| 137. | 19-09099 | Nguyen, Hung Ngoc |
| 138. | 19-09100 | Martinez, Kadee Evans |
| 139. | 19-09104 | Jones, Shelvin Lanell |
| 140. | 19-09112 | Hunter, William Labronce |
| 141. | 19-09124 | Cutura, Anto |
| 142. | 19-09128 | Huynh, Nghia Loi |
| 143. | 19-09141 | Phillips, Donald William |
| 144. | 19-09145 | Robinson, Darian Deon |
| 145. | 19-09149 | Terluin, Jan Louis, Jr. |
| 146. | 19-09154 | Trabeau, James Darrell |
| 147. | 19-09170 | Brown, Gerron Raphael |
| 148. | 19-09172 | Crabtree, Dusty Ann |

|  | DOCKET NUMBER | PLAINTIFF |
|---|---|---|
| 149. | 19-09175 | Fancher, Richard Todd |
| 150. | 19-09177 | Frost, Clifford |
| 151. | 19-09178 | Fuscia, Jeffrey Dale |
| 152. | 19-09184 | Gosa, David Michael |
| 153. | 19-09185 | Hawkins, Gary Louis, Jr. |
| 154. | 19-09189 | Hope, Garry Lee |
| 155. | 19-09191 | Johns, Christopher Sanford |
| 156. | 19-09192 | Johnson, Deon Andrew |
| 157. | 19-09193 | Le, Tong Minh |
| 158. | 19-09196 | Martin, Darren Keith |
| 159. | 19-09200 | Mitchell, Essie Antonio |
| 160. | 19-09201 | Ngo, Tron Van |
| 161. | 19-09203 | Nguyen, Khanh Van |
| 162. | 19-09204 | Nguyen, Lien Thi |
| 163. | 19-09205 | Nguyen, Nam |
| 164. | 19-09206 | Nguyen, Nam Van |
| 165. | 19-09208 | Nguyen, Tung Huu |
| 166. | 19-09209 | O'Brien, Nicholas Stephen |
| 167. | 19-09211 | Sarn, Sopheap |
| 168. | 19-09217 | Vercher, Julie Michele |
| 169. | 19-09238 | Basulito, Edelio Roman, Jr. |
| 170. | 19-09239 | Blanchard, Timothy Joseph, Jr. |
| 171. | 19-09242 | Conner, Wade Joseph, Jr. |
| 172. | 19-09247 | Lott, Everett Lee |
| 173. | 19-09248 | Campbell, Randall Joe |

| | DOCKET NUMBER | PLAINTIFF |
|---|---|---|
| 174. | 19-09250 | Cottrell, Calvin Kenneth, Jr. |
| 175. | 19-09252 | Daniels, Leslie Bernard |
| 176. | 19-09255 | Foret, Brian Paul, Jr. |
| 177. | 19-09256 | Garcia, Andres Valentin, Jr. |
| 178. | 19-09264 | Harris, Stanley James, Jr. |
| 179. | 19-09266 | Holifield, Marvin Dewayne |
| 180. | 19-09267 | Houston, Dominic Jermaine |
| 181. | 19-09268 | Golston, Michael Dewayne |
| 182. | 19-09270 | In, Kimyi |
| 183. | 19-09272 | Jackson, Michael Corey |
| 184. | 19-09274 | Jarrell, Guy Leslie |
| 185. | 19-09277 | Nguyen, Linh Thi |
| 186. | 19-09278 | Kimbrough, Walter O'Brian |
| 187. | 19-09280 | Leblanc, David Paul |
| 188. | 19-09281 | Le, Nam Hoang |
| 189. | 19-09282 | Tran, Cau V. |
| 190. | 19-09283 | Silas, Rodney |
| 191. | 19-09285 | Nguyen, Tony Giang |
| 192. | 19-09347 | Dyess, Odell |
| 193. | 19-09351 | Lizana, James Rogers |
| 194. | 19-09356 | Tank, Bobby Bernard |
| 195. | 19-09357 | White, Andre |
| 196. | 19-09367 | Luke, Lillian Ann |
| 197. | 19-09369 | McCarty, Reginald |
| 198. | 19-09376 | Williams, Jeremiah Deokta |

|  | DOCKET NUMBER | PLAINTIFF |
|---|---|---|
| 199. | 19-09378 | Vincent, Terrance Stephen |
| 200. | 19-09379 | Stewart, Dionne |
| 201. | 19-09382 | Taylor, Lentrice |
| 202. | 19-09384 | Taylor, Derron Anthony |
| 203. | 19-09405 | Buckley, Leonard Rosevelt |
| 204. | 19-09408 | Colletti, Kally Yvonne |
| 205. | 19-09410 | Evans, Ladarius Demetrius |
| 206. | 19-09414 | Hubbard, Kevin Dewayne |
| 207. | 19-09417 | Johnson, Kirstin Lachae |
| 208 | 19-09421 | Jordan, Robert Durel |
| 209. | 19-09427 | Verdin, Joseph Alvin |
| 210. | 19-09428 | Verdin, Keith John |
| 211. | 19-09430 | Willis, Jermaine Lamar |
| 212. | 19-09441 | Pham, Hoai Minh |
| 213. | 19-09442 | Dortch, Kerwin Aloysius |
| 214. | 19-09445 | Exline, Allison Grace |
| 215. | 19-09450 | Lamey, Bennie Joseph, Jr. |
| 216. | 19-09455 | Maise, Penny Ann |
| 217. | 19-09456 | McGowen, John Terrence |
| 218. | 19-09457 | McMillon, Joseph Carl |
| 219. | 19-09461 | Nguyen, Luan Van |
| 220. | 19-09465 | Rodrigue, Sandra Lee Mae |
| 221. | 19-09471 | Vo, Ai |
| 222. | 19-09473 | Vo, Hoang The |
| 223. | 19-09517 | Hongsa, Bunkhum |

|     | DOCKET NUMBER | PLAINTIFF |
| --- | --- | --- |
| 224. | 19-09524 | Nguyen, Tony Ngoc |
| 225. | 19-09525 | Nguyen, Tuan Thanh |
| 226. | 19-09526 | Nguyen, Y Luu |
| 227. | 19-09528 | Pirello, David Andrew |
| 228. | 19-09531 | Wells, Clayton Leroy |
| 229. | 19-09561 | Agent, Rachel Sherlan |
| 230. | 19-09562 | Alston, Sherry Sherrie Marie |
| 231. | 19-09563 | Ballard, Shannon Onama |
| 232. | 19-09566 | Bullard, Thomas Jerrel |
| 233. | 19-09570 | Dill, Aubrey Joseph |
| 234. | 19-09571 | Do, Tai Van |
| 235. | 19-09573 | Ellison, William Brian |
| 236. | 19-09574 | Franklin, Melvin Dwight |
| 237. | 19-09575 | Johnson, Michael Dewayne, II |
| 238. | 19-09577 | Jones, Mikell Armond |
| 239. | 19-09590 | Womack, Orenthal James |
| 240. | 19-09591 | Verdin, Dillon John |
| 241. | 19-09593 | Ngo, Nghia Hoang |
| 242. | 19-09594 | McCants, Larry Darnell |
| 243. | 19-09595 | Fillingim, Mark Allan |
| 244. | 19-09596 | Floyd, Toney Lee |
| 245. | 19-09604 | Reese, Arvetta Latrice |
| 246. | 19-09605 | Simpkins, Jeremy Christopher |
| 247. | 19-09608 | Sun, Hong Sreng |
| 248. | 19-09620 | Demoll, Herman James, Jr. |

| | DOCKET NUMBER | PLAINTIFF |
|---|---|---|
| 249. | 19-09621 | Evans, Timothy Quintel |
| 250. | 19-09622 | Fountain, Leonard Charles, Jr. |
| 251. | 19-09623 | Gainer, Jeffrey Lamar |
| 252. | 19-09628 | Locke, Mario Lee |
| 253. | 19-09629 | Mackey, Rodney Darnell |
| 254. | 19-09631 | Trang, Tan Van |
| 255. | 19-09642 | Thompson, Anthony Lee |
| 256. | 19-09671 | Durr, William Clayton |
| 257. | 19-09672 | Farrier, Richard Henry |
| 258. | 19-09673 | Hinton, Dwayne Antony |
| 259. | 19-09676 | Knott, Patrick Lashawn |
| 260. | 19-09678 | Law, Terence Terrell |
| 261. | 19-09682 | Massey, Tyler Cole |
| 262. | 19-09683 | McCall, Timothy James |
| 263. | 19-09685 | Nguyen, Dung Ngoc |
| 264. | 19-09688 | Parker, Ernest Cleveland, Jr. |
| 265. | 19-09692 | Perez, Wesley Vaughn |
| 266. | 19-09693 | Pickett, Ali Syrvein |
| 267. | 19-09696 | Rodgers, Tommie Ray |
| 268. | 19-09702 | Thayer, Roger Lee, Jr. |
| 269. | 19-09703 | Lisenby, Michael Patrick |
| 270. | 19-09724 | Cao, Nghia Thi |
| 271. | 19-09726 | Davis, Ernest Daniel |
| 272. | 19-09727 | Davis, Kamal Rashad |
| 273. | 19-09729 | Eggart, William Edward |

|      | DOCKET NUMBER | PLAINTIFF |
|------|---------------|-----------|
| 274. | 19-09732      | Ho, Hoa Minh |
| 275. | 19-09733      | Jacobs, Richard Lee |
| 276. | 19-09739      | Law, Calvin Carnell |
| 277. | 19-09740      | Le, Tanh Ba |
| 278. | 19-09741      | Lucas, Robert Shane |
| 279. | 19-09742      | Luu, Hoang Kim |
| 280. | 19-09744      | McKay, Keenan Jershon |
| 281. | 19-09745      | McKinley, Howard Fremonce |
| 282. | 19-09747      | Nguyen Le, Hy Thi |
| 283. | 19-09750      | Nguyen, Sang Cong |
| 284. | 19-09751      | Nguyen, Sang Thanh |
| 285. | 19-09752      | Nguyen, Thuyen Van |
| 286. | 19-09753      | Nguyen, Trong Duc |
| 287. | 19-09755      | Nguyen, Viet Van |
| 288. | 19-09756      | Phillips, Matthew Steven |
| 289. | 19-09758      | Pressel, Brent Alan |
| 290. | 19-09766      | Taylor, Rickie Allen |
| 291. | 19-09767      | Thrift, Charles Shane |
| 292. | 19-09768      | Todd, Charles Ryan |
| 293. | 19-09769      | Tran, Dau |
| 294. | 19-09770      | Tran, Johnway |
| 295. | 19-09773      | Tran, On Van |
| 296. | 19-09774      | Tran, Ty Van |
| 297. | 19-09776      | Weaver, Richard Alonzo |
| 298. | 19-09778      | Wilkens, Denise |

|      | DOCKET NUMBER | PLAINTIFF            |
|------|---------------|---------------------|
| 299. | 19-09783      | Zierk, Andrew Scott |
| 300. |               |                     |