MINUTE ENTRY
WILKINSON, M. J.
SEPTEMBER 24, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**CLAIMS APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notices with reasons for denial, Appeal Forms, Court Review Requests and Claim Forms concerning six (6) appeals of Robert Evans, all of which are identified with Claim No. C80 * * * denying his claims for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, including claimant's failure to provide required documentation in support of his claims. The determination and reasons are wholly consistent with the Settlement Agreements,

MJSTAR: 0:45

the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. No basis requiring different results has been provided.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**