IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This filing relates to: *All Cases* (including Civil Action No. 12-968) | * * * | JUDGE CARL J. BARBIER |

## ORDER

**[Appointing Successor Trustee for the (BP) Medical Settlement Trust]**

**CONSIDERING** the joint motion filed by Medical Benefits Class Counsel and counsel for the BP Parties, for entry of an Order appointing Sylvius H. von Saucken, as Successor Trustee of the (BP) Medical Settlement Trust dated as of May 4, 2012 (the "Trust"), and taking into account the current Trustee's notice of intent to resign on October 22, 2019, at 12:00 p.m. (Eastern Standard Time), under terms and conditions consistent with the terms of the Trust, and being fully apprised,

**IT IS HEREBY ORDERED** as follows:

1.  Sylvius H. von Saucken, shall serve as the Successor Trustee, beginning on October 22, 2019, at 12:01 p.m. (Eastern Standard Time)

2.  Pursuant to Section 3.3(B) of the Trust Mr. von Saucken, shall immediately upon approval by this Court and acceptance of the office of Successor Trustee, have vested in him all rights, titles, duties, obligations, powers and authority of his predecessor Trustee, Matthew L. Garretson, and shall not need to take any further actions to prove same.

3.  Pursuant to Section 3.3(B) of the Trust, Mr. von Saucken shall not be liable for the actions or inactions of the predecessor Trustee, who is discharged from any of his duties as Trustee as of October 22, 2019, at 12:00 p.m. (Eastern Standard time).

4.  This Court retains continuing and exclusive jurisdiction over the interpretation, implementation, and enforcement of this Order.

New Orleans, Louisiana this 25th day of September, 2019.

_____
**CARL J. BARBIER**
**United States District Judge**