UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: Nos. 16-05050, 16-05041 | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

The Court, having considered the Renewed Motions for Leave to Intervene (to correct case number) of William B. Price, PA, through William B. Price;

IT IS ORDERED that the Motions for Leave to Intervene (Rec. Docs. 26029, 26030) are GRANTED and the Complaints of Intervention attached to the Motions are deemed filed.

New Orleans, Louisiana, this 25th day of September, 2019.

_____
United States District Judge