UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL 2179<br><br>SECTION: J(2) |
| Applies to: 12-cv-968, BELO ) ) | JUDGE BARBIER |
| AND ) ) | MAG. JUDGE WILKINSON |
| BELO Cases identified below ) | |

## NATIONS RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, The Nations Law Firm ("Nations"), by and through the undersigned counsel, and respectfully files its Response to the Court's Order to Show Cause re: BP's September 11, 2019 Status Report Pursuant to First Amended BELO CMO No. 2. The following Nations clients identified in BP's status report (Rec. Doc. 26016) have provided full and complete disclosures and should not be dismissed:

| | Docket Number | Plaintiff | Delivery of PPF Originals | Delivery of PPF Documents and Disclosures via Dropbox | Tracking Number |
|---|---|---|---|---|---|
| 1 | 19-09450 | Lamey, Bennie Joseph Jr. | 8/9/2019 | 8/6/2019 | 9114 9014 9645 1681 5363 77 |
| 2 | 19-05570 | Branch, Corey | 9/5/2019 | 9/4/2019 | 7761 5343 9799 |
| 3 | 19-09255 | Foret, Brian Paul Jr. | 9/5/2019 | 9/4/2019 | 7761 5343 9799 |
| 4 | 19-05643 | Graham, Susa Hunt | 9/5/2019 | 9/4/2019 | 7761 5343 9799 |
| 5 | 19-06579 | Mitchell, Mason Lee | 9/5/2019 | 9/4/2019 | 7761 5343 9799 |
| 6 | 19-09770 | Tran, Johnway | 9/5/2019 | 9/4/2019 | 7761 5343 9799 |
| 7 | 19-05663 | Wilson, Joe Simon | 9/5/2019 | 9/4/2019 | 7761 5343 9799 |
| 8 | 19-09573 | Ellison, William Brian | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |

| 9 | 19-09185 | Hawkins, Gary Louis Jr. | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
|---|---|---|---|---|---|
| 10 | 19-09266 | Holifield, Mavin Dewayne | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 11 | 19-09274 | Jarrell, Guy Leslie | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 12 | 19-09191 | Johns, Christopher Sanford | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 13 | 19-07223 | Loper, Theodore Willis | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 14 | 19-09742 | Luu, Hoang Kim | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 15 | 19-07966 | Nguyen, Dao Minh | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 16 | 19-09685 | Nguyen, Dung Ngoc | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 17 | 19-04095 | Nguyen, Kenny Hung Mong | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 18 | 19-09750 | Nguyen, Sang Cong | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 19 | 19-08232 | Phan, Sang Van | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 20 | 19-08238 | Pugh, Allen | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 21 | 19-09631 | Trang, Tan Van | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 22 | 19-04728 | Vo, Duc Troung | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 23 | 19-09531 | Wells, Clayton Leroy | 9/11/2019 | 9/9/2019 | 7761 9173 1525 |
| 24 | 19-09561 | Agent, Rachel Sherlan | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 25 | 19-05577 | Do, Ta P | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 26 | 19-09175 | Fancher, Richard Todd | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 27 | 19-09622 | Fountain, Leonard Charles Jr. | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 28 | 19-06568 | Le, Hung Cong | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 29 | 19-09703 | Lisenby, Michael Patrick | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |

| 30 | 19-07229 | Lott, Daniel Scott | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
|---|---|---|---|---|---|
| 31 | 19-06581 | Mitchell, Louis Earl | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 32 | 19-07529 | Nero, Louis Henry | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 33 | 19-09604 | Reese, Arvetta Latrice | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 34 | 19-08164 | Smith, David Leo Sr. | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 35 | 19-09356 | Tank, Bobby Bernard | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 36 | 19-09154 | Trabeau, James Darrell | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 37 | 19-07338 | Truong, Ut Thanh Van | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 38 | 19-09776 | Weaver, Richard Alonzo | 9/12/2019 | 9/10/2019 | 7762 0311 7533 |
| 39 | 19-09124 | Cutura, Anto | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 40 | 19-05572 | Demoll, James Collins Jr. | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 41 | 19-09596 | Floyd, Tony Lee | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 42 | 19-05649 | Johnson, Arlando | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 43 | 19-09575 | Johnson, Michael Dewayne II | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 44 | 19-09678 | Law, Terence Terrell | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 45 | 19-06570 | Le, Khoa Dao | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 46 | 19-06565 | Le, Kiet Tuan | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 47 | 19-09628 | Locke, Mario Lee | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 48 | 19-07506 | Nguyen, Andy Van | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 49 | 19-04018 | Nguyen, Manh The | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 50 | 19-04133 | Tran, Phuong Quoc | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |
| 51 | 19-09778 | Wilkens, Denise | 9/13/2019 | 9/11/2019 | 7762 1697 2057 |

| | | | | | |
|---|---|---|---|---|---|
| 52 | 19-09563 | Ballard, Shannon Onama | 9/13/2019 | 9/12/2019 | 7762 2860 9326 |
| 53 | 19-05576 | Dennis, Lavaughn Joseph | 9/13/2019 | 9/12/2019 | 7762 2860 9326 |
| 54 | 19-09732 | Ho, Hoa Minh | 9/13/2019 | 9/12/2019 | 7762 2860 9326 |
| 55 | 19-04868 | Jackson, William Earl Jr. | 9/13/2019 | 9/12/2019 | 7762 2860 9326 |
| 56 | 19-07496 | Nguyen, Luan | 9/16/2019 | 9/13/2019 | 7762 3887 9123 |
| 57 | 19-06450 | Nguyen, Phuoc Van | 9/16/2019 | 9/13/2019 | 7763 3887 9123 |
| 58 | 19-07540 | Bui, Tien D | 9/18/2019 | 9/16/2019 | 7762 5029 1379 |
| 59 | 19-09094 | Crumedy, Keith Laronzelle | 9/18/2019 | 9/16/2019 | 7762 5029 1379 |
| 60 | 19-09252 | Daniels, Leslie Bernard | 9/18/2019 | 9/16/2019 | 7762 5029 1379 |
| 61 | 19-09571 | Do, Tai Van | 9/18/2019 | 9/16/2019 | 7762 5029 1379 |
| 62 | 19-09128 | Huynh, Nghia Loi | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 63 | 19-06572 | Le, Khoa H. | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 64 | 19-09682 | Massey, Tyler Cole | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 65 | 19-09208 | Nguyen, Tung Huu | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 66 | 19-09379 | Stewart, Dionne | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 67 | 19-09382 | Taylor, Lentrice | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 68 | 19-09282 | Tran, Cau V | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 69 | 19-09471 | Vo, Ai | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 70 | 19-09430 | Willis, Jermaine Lamar | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 71 | 19-09562 | Alston, Sherry Sherrie Marie | 9/20/2019 | 9/18/2019 | 7762 7539 2305 |
| 72 | 19-05556 | Andrews, Dennis Wayne Jr. | 9/20/2019 | 9/18/2019 | 7762 7539 2305 |
| 73 | 19-09104 | Jones, Shelvin Lanell | 9/20/2019 | 9/18/2019 | 7762 7539 2305 |
| 74 | 19-07419 | Tran, Lun Kim | 9/20/2019 | 9/18/2019 | 7762 7539 2305 |

| | | | | | |
|---|---|---|---|---|---|
| 75 | 19-09671 | Durr, William Clayton | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 76 | 19-09347 | Dyess, Odell | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 77 | 19-09729 | Eggart, William Edward | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 78 | 19-09595 | Fillingim, Mark Allan | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 79 | 19-05603 | Fitch, Terry Adam | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 80 | 19-07526 | Rogers, Lavinckey Mantrell | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 81 | 19-09768 | Todd, Charles Ryan | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 82 | 19-07406 | Tran, Nhieu Van | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 83 | 19-09591 | Verdin, Dillon John | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 84 | 19-09590 | Womack, Orenthal James | 9/23/2019 | 9/20/2019 | 7762 9883 8482 |
| 85 | 19-09570 | Dill, Aubrey Joseph | 9/24/2019 | 9/23/2019 | 7763 1155 3761 |
| 86 | 19-09369 | McCarty, Reginald | 9/24/2019 | 9/23/2019 | 7763 1155 3761 |
| 87 | 19-07517 | Ngo, Liem Thanh | 9/24/2019 | 9/23/2019 | 7763 1155 3761 |
| 88 | 19-09688 | Parker, Ernest Cleveland, Jr. | 9/24/2019 | 9/23/2019 | 7763 1155 3761 |
| 89 | 19-09605 | Simpkins, Jeremy Christopher | 9/24/2019 | 9/23/2019 | 7763 1155 3761 |
| 90 | 19-04738 | Vu, Thoa Thhi | 9/24/2019 | 9/23/2019 | 7763 1155 3761 |
| 91 | 19-09783 | Zierk, Andrew Scott | 9/24/2019 | 9/23/2019 | 7763 1155 3761 |
| 92 | 19-09445 | Exline, Allison Grace | 9/25/2019 | 9/24/2019 | 7763 2694 6318 |
| 93 | 19-09441 | Pham, Hoai Minh | 9/25/2019 | 9/24/2019 | 7763 2694 6318 |
| 94 | 19-07423 | Tran, Loi Huu | 9/25/2019 | 9/24/2019 | 7763 2694 6318 |
| 95 | 19-09170 | Brown, Gerron Raphael | 9/26/2019 (in transit) | 9/25/2019 | 7763 3617 3620 |
| 96 | 19-05650 | Johnson, Derrick Duval | 9/26/2019 (in transit) | 9/25/2019 | 7763 3617 3620 |

The following plaintiffs have not submitted full and complete disclosures:

|    | Docket Number | Plaintiff |
|----|---------------|-----------|
| 1  | 19-09080 | Anglin, Cheyenne Samuel |
| 2  | 19-06238 | Asbury, Aaron Von |
| 3  | 19-09083 | Avery, Quintel Byron |
| 4  | 19-09084 | Barnes, David Howard |
| 5  | 19-09238 | Basulito, Edelio Roman, Jr. |
| 6  | 19-04636 | Batiste, Renaldo |
| 7  | 19-09239 | Blanchard, Timothy Joseph, Jr. |
| 8  | 19-08726 | Bowens, Tamara Moneek |
| 9  | 19-06333 | Brown, Timothy Tyrone |
| 10 | 19-09405 | Buckley, Leonard Rosevelt |
| 11 | 19-06367 | Bui, Thanh Minh |
| 12 | 19-09566 | Bullard, Thomas Jerrel |
| 13 | 19-06406 | Cain, Timothy Gleen |
| 14 | 19-09248 | Campbell, Randall Joe |
| 15 | 19-09724 | Cao, Nghia Thi |
| 16 | 19-06420 | Carpenter, Mark |
| 17 | 19-06428 | Chaisson, Hartman Joseph, Sr. |
| 18 | 19-04650 | Chauvin, Jamie Anthony |
| 19 | 19-09408 | Colletti, Kally Yvonne |
| 20 | 19-09093 | Collier, Dennis Wayne |
| 21 | 19-04671 | Connelly, George Peter, III. |
| 22 | 19-09242 | Conner, Wade Joseph, Jr. |
| 23 | 19-09250 | Cottrell, Calvin Kenneth, Jr. |
| 24 | 19-09172 | Crabtree, Dusty Ann |
| 25 | 19-08737 | Dale, Tony Dwayne |
| 26 | 19-04682 | Dang, Tony Van |
| 27 | 19-09726 | Davis, Ernest Daniel |
| 28 | 19-09727 | Davis, Kamal Rashad |
| 29 | 19-04696 | Degroote, James David |
| 30 | 19-09620 | Demoll, Herman James, Jr. |
| 31 | 19-09442 | Dortch, Kerwin Aloysius |
| 32 | 19-05599 | Early, Joseph, Jr. |
| 33 | 19-09097 | Ethridge, Elizabeth Machel |
| 34 | 19-09410 | Evans, Ladarius Demetrius |
| 35 | 19-09621 | Evans, Timothy Quintel |
| 36 | 19-09672 | Farrier, Richard Henry |
| 37 | 19-05606 | Fowler, John Henry |
| 38 | 19-09574 | Franklin, Melvin Dwight |
| 39 | 19-04701 | Freeman, Ray Bryn, Jr. |
| 40 | 19-09177 | Frost, Clifford |
| 41 | 19-09178 | Fuscia, Jeffrey Dale |
| 42 | 19-09623 | Gainer, Jeffrey Lamar |
| 43 | 19-09256 | Garcia, Andres Valentin, Jr. |
| 44 | 19-05608 | Gaudet, Judy Ann |
| 45 | 19-05639 | Goleman, Nathan Eugene, Sr. |
| 46 | 19-09268 | Golston, Michael Dewayne |
| 47 | 19-09184 | Gosa, David Michael |
| 48 | 19-05644 | Green, Clarence Joseph |
| 49 | 19-06503 | Green, Keith Robert |
| 50 | 19-08773 | Griffin, Kennard Bryan, Jr. |
| 51 | 19-09062 | Guillot, Travis Anthony |
| 52 | 19-04717 | Harden, William Lee, Jr. |

| | | | | | |
|---|---|---|---|---|---|
| 53 | 19-09264 | Harris, Stanley James, Jr. | 82 | 19-09741 | Lucas, Robert Shane |
| 54 | 19-09673 | Hinton, Dwayne Antony | 83 | 19-09367 | Luke, Lillian Ann |
| 55 | 19-07538 | Hoang, Johnny Minh Tri | 84 | 19-09629 | Mackey, Rodney Darnell |
| 56 | 19-09517 | Hongsa, Bunkhum | 85 | 19-09455 | Maise, Penny Ann |
| 57 | 19-09189 | Hope, Garry Lee | 86 | 19-09196 | Martin, Darren Keith |
| 58 | 19-09267 | Houston, Dominic Jermaine | 87 | 19-09100 | Martinez, Kadee Evans |
| 59 | 19-04756 | Howze, James Lamar | 88 | 19-03879 | Matter, Kathleen Drew |
| 60 | 19-09414 | Hubbard, Kevin Dewayne | 89 | 19-03882 | Mayfield, Anthony Darin |
| 61 | 19-09112 | Hunter, William Labronce | 90 | 19-03886 | McBride, Cleon Windall Brooks |
| 62 | 19-09270 | In, Kimyi | 91 | 19-09683 | McCall, Timothy James |
| 63 | 19-09272 | Jackson, Michael Corey | 92 | 19-09594 | McCants, Larry Darnell |
| 64 | 19-09733 | Jacobs, Richard Lee | 93 | 19-09456 | McGowen, John Terrence |
| 65 | 19-09192 | Johnson, Deon Andrew | 94 | 19-09744 | McKay, Keenan Jershon |
| 66 | 19-09417 | Johnson, Kirstin Lachae | 95 | 19-09745 | McKinley, Howard Fremonce |
| 67 | 19-06515 | Johnston, Raymond Anthony | 96 | 19-09457 | McMillon, Joseph Carl |
| 68 | 19-09577 | Jones, Mikell Armond | 97 | 19-03987 | Millender, Terry Jerome, Jr. |
| 69 | 19-09421 | Jordan, Robert Durel | 98 | 19-09200 | Mitchell, Essie Antonio |
| 70 | 19-09278 | Kimbrough, Walter O'Brian | 99 | 19-03931 | Moore, George Leslie |
| 71 | 19-09676 | Knott, Patrick Lashawn | 100 | 19-04027 | Moore, Tremain O'Neal |
| 72 | 19-09739 | Law, Calvin Carnell | 101 | 19-04146 | Mosley, Neigel Ranael |
| 73 | 19-09281 | Le, Nam Hoang | 102 | 19-04151 | Mucci, Dave John |
| 74 | 19-07176 | Le, Paul Van | 103 | 19-04152 | Nabors, Jimmy Earl |
| 75 | 19-09740 | Le, Tanh Ba | 104 | 19-04038 | Nelson, Shannon Derrell |
| 76 | 19-07191 | Le, Thuong Van | 105 | 19-09593 | Ngo, Nghia Hoang |
| 77 | 19-09193 | Le, Tong Minh | 106 | 19-09201 | Ngo, Tron Van |
| 78 | 19-09280 | Leblanc, David Paul | 107 | 19-07518 | Nguyen, Anthony An Duc |
| 79 | 19-07207 | Lee, Gerald Wayne, Jr. | 108 | 19-07510 | Nguyen, Cuong Van |
| 80 | 19-09351 | Lizana, James Rogers | | | |
| 81 | 19-09247 | Lott, Everett Lee | | | |

| | | | | | |
|---|---|---|---|---|---|
| 109 | 19-07483 | Nguyen, Hanh V. | 138 | 19-09209 | O'Brien, Nicholas Stephen |
| 110 | 19-04107 | Nguyen, Hung Huy | 139 | 19-04013 | Ong, Duc Minh |
| 111 | 19-09099 | Nguyen, Hung Ngoc | 140 | 19-08017 | Orbin, Roberta Gene |
| 112 | 19-09203 | Nguyen, Khanh Van | 141 | 19-08021 | Oum, Sovanary |
| 113 | 19-07492 | Nguyen, Khoa T. | 142 | 19-08030 | Parker, Percy Todd |
| 114 | 19-09204 | Nguyen, Lien Thi | 143 | 19-08037 | Passantino, Paul Martin |
| 115 | 19-09277 | Nguyen, Linh Thi | 144 | 19-08043 | Payne, Stephen Hurst |
| 116 | 19-09461 | Nguyen, Luan Van | 145 | 19-09692 | Perez, Wesley Vaughn |
| 117 | 19-04037 | Nguyen, Mung Thi | 146 | 19-08226 | Perrington, Glenn William |
| 118 | 19-04097 | Nguyen, My Tan | 147 | 19-08227 | Pettway, Nicholas Devon |
| 119 | 19-09205 | Nguyen, Nam | 148 | 19-08230 | Phan, Hanh Van |
| 120 | 19-09206 | Nguyen, Nam Van | 149 | 19-08234 | Phan, Tri Van |
| 121 | 19-06456 | Nguyen, Rick Hai Van | 150 | 19-09141 | Phillips, Donald William |
| 122 | 19-04114 | Nguyen, Robert Alfred | 151 | 19-09756 | Phillips, Matthew Steven |
| 123 | 19-09751 | Nguyen, Sang Thanh | 152 | 19-09693 | Pickett, Ali Syrvein |
| 124 | 19-06475 | Nguyen, Thang Van | 153 | 19-09528 | Pirello, David Andrew |
| 125 | 19-07437 | Nguyen, Thanh Van | 154 | 19-08236 | Ponthieux, Timothy Calvin |
| 126 | 19-03997 | Nguyen, Thi Nhung | 155 | 19-09758 | Pressel, Brent Alan |
| 127 | 19-09752 | Nguyen, Thuyen Van | 156 | 19-09145 | Robinson, Darian Deon |
| 128 | 19-09285 | Nguyen, Tony Giang | 157 | 19-09696 | Rodgers, Tommie Ray |
| 129 | 19-09524 | Nguyen, Tony Ngoc | 158 | 19-09465 | Rodrigue, Sandra Lee Mae |
| 130 | 19-09753 | Nguyen, Trong Duc | 159 | 19-08246 | Ryan, Jimmy Wayne |
| 131 | 19-09525 | Nguyen, Tuan Thanh | 160 | 19-08182 | Sa, Nari Oanh |
| 132 | 19-07983 | Nguyen, Tuan Van | 161 | 19-09211 | Sarn, Sopheap |
| 133 | 19-09755 | Nguyen, Viet Van | 162 | 19-09283 | Silas, Rodney |
| 134 | 19-09526 | Nguyen, Y Luu | 163 | 19-08152 | Spencer, Leon |
| 135 | 19-09747 | Nguyen Le, Hy Thi | 164 | 19-08141 | Stabler, George McArthur |
| 136 | 19-07990 | Nix, Kristopher Aaron | 165 | 19-09608 | Sun, Hong Sreng |
| 137 | 19-08000 | Norris, Diane Jean | 166 | 19-08124 | Svenson, Constance Hunter |

| | | | | | | |
|---|---|---|---|---|---|---|
| 167 | 19-09384 | Taylor, Derron Anthony | | 186 | 19-07369 | Tran, Vy Van |
| 168 | 19-09766 | Taylor, Rickie Allen | | 187 | 19-07343 | Truong, Manh Van |
| 169 | 19-09149 | Terluin, Jan Louis Jr | | 188 | 19-09217 | Vercher, Julie Michele |
| 170 | 19-09702 | Thayer, Roger Lee Jr | | 189 | 19-09427 | Verdin, Joseph Alvin |
| 171 | 19-09642 | Thompson, Anthony Lee | | 190 | 19-09428 | Verdin, Keith John |
| 172 | 19-09767 | Thrift, Charles Shane | | 191 | 19-09378 | Vincent, Terrance Stephen |
| 173 | 19-08103 | Tong, Thoai Chi | | 192 | 19-09473 | Vo, Hoang The |
| 174 | 19-08097 | Tran, Andrew Phong | | 193 | 19-04731 | Vo, Minh Van |
| 175 | 19-08090 | Tran, Anthony Kinh | | 194 | 19-08071 | Vu, Phong Anh |
| 176 | 19-09769 | Tran, Dau | | 195 | 19-04745 | Washington, Bryant Keith |
| 177 | 19-08076 | Tran, Hiep Nghia | | 196 | 19-09357 | White, Andre |
| 178 | 19-07434 | Tran, Huynh Anh | | 197 | 19-05829 | White, Jermaine Olivia |
| 179 | 19-07427 | Tran, Kenny | | 198 | 19-05653 | White, Russell Steven |
| 180 | 19-07415 | Tran, Ly Van | | 199 | 19-05656 | Williams, James Edward |
| 181 | 19-04129 | Tran, Nhat Minh | | 200 | 19-09376 | Williams, Jeremiah Deokta |
| 182 | 19-09773 | Tran, On Van | | 201 | 19-05658 | Williams, Joseph Dewayne |
| 183 | 19-07403 | Tran, Quang Thanh | | 202 | 19-04121 | Williamson, Wayne Morris Jr |
| 184 | 19-07393 | Tran, Quoi Huu | | 203 | 19-01465 | Nguyen, Ricky Van |
| 185 | 19-09774 | Tran, Ty Van | | | | |

WHEREFORE, it is requested that the Court grant these clients the relief requested herein.

Respectfully submitted this 25th day of September, 2019.

    /s/ Howard L. Nations

Howard L. Nations
Texas Bar Number 14823000
Attorney for Plaintiffs

The Nations Law Firm
3131 Briarpark Dr., Suite 208
Houston, Texas 77042
(713) 807-8400 (Phone)
(713) 807-8423 (Fax)
Nations@howardnations.com