UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | | MDL 2179 |
| of Mexico, on April 20, 2010 | * | |
| | | SECTION: J(2) |
| | * | |
| Applies to: | | JUDGE BARBIER |
| *Nos. 16-05093, 16-05050* | * | |
| *16-05041, 16-05403, 16-05454* | | MAG. JUDGE WILKINSON |
| *16-05127* | | |

## EXPARTE MOTION TO ENROLL AS COUNSEL OF RECORD

Langston & Langston, PLLC, on behalf of the various Plaintiffs listed in the above-styled causes of action, who have filed cases in MDL No. 2179, hereby moves this Court to enter an Order allowing Shane Langston, Rebecca Langston, Kevin White and Justin Broome, counselors and attorneys of Langston & Langston, PLLC, to enroll as counsel of record for these various plaintiffs.  Pursuant to Pretrial Order #1 paragraph 12 (D.E. 2), Mr.'s Langston, White, Broome and Mrs. Langston are deemed to be admitted *pro hac vice* in this litigation as they are admitted to practice and in good standing in the United States District Court for the Southern District of Mississippi.

These appearances specifically relate to this Court's Order of September 3, 2019 allowing the withdrawal of counsel for the various plaintiffs included in the applicable cause numbers listed above (D.E. 26001).  According to said Order, certain of these corporate Plaintiffs are required to have new counsel move to enroll within 30 days of the issuance of that Order.

Dated: September 25, 2019

Respectfully submitted,

**LANGSTON & LANGSTON, PLLC**


_____*/s/ Kevin J. White*_____
**KEVIN J. WHITE, MS BAR# 101619**


Shane F. Langston, MSB #1061
Rebecca M. Langston, MSB #99608
C. Justin Broome, MSB #104508
Kevin J. White, MSB #101619
LANGSTON AND LANGSTON, PLLC
210 East Capitol Street, Suite 1205
Jackson, Mississippi 39201
Tel: 601-969-1356
Fax: 601-968-3866
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Exparte Motion to Enroll as Counsel of Record* has

been served upon All Counsel by electronically uploading the same to File & Serve in accordance

with PreTrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court

of the United States District Court for the Eastern District of Louisiana by using the CM/ECF

system, which will send a notice of electronic filing in accordance with the procedures established

in MDL 2179, on this the 26th day of September, 2019.

Dated: September 25, 2019

*/s/ Kevin J. White*
Kevin J. White, Esq.