UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br> SECTION: J(2) |
| Applies to: <br> *Nos. 16-05093, 16-05050 16-05041, 16-05403, 16-05454 16-05127* | * | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

ORDER

IT IS HEREBY ORDERED, this the ____ day of _____, 2019, that the Motion to Enroll Langston & Langston, PLLC, Shane Langston, Rebecca Langston, Kevin White and Justin Broome, as counsel of record to represent plaintiffs in the above action is GRANTED.

_____
UNITED STATES DISTRICT JUDGE