UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br><br> SECTION: J(2) |
| Applies to: <br> *Nos. 16-05093, 16-05050, 16-05041, 16-05403, 16-05454, 16-05127* | * * | JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

## ORDER

Considering the Exparte Motion to Enroll as Counsel of Record (Rec. Doc. 26037);

IT IS ORDERED that the Motion (Rec. Doc. 26037) is GRANTED, and Shane Langston, Rebecca Langston, Kevin White and Justin Broome of Langston & Langston, PLLC are enrolled as counsel of record for plaintiffs in the referenced member cases.

New Orleans, Louisiana, this 26th day of September, 2019.

_____
United States District Judge