## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § § | MDL 2179 SECTION J(2) JUDGE BARBIER |
| Applies to 12-968, BELO | § § | MAGISTRATE JUDGE WILKINSON |
| AND | § § | |
| BELO Cases Identified on the attached "Attachment A" | § § § | |

### ORDER ENROLLING GARY L. FULLER
### AS ADDITIONAL COUNSEL

Having considered the *Ex Parte* Motion by plaintiff to enroll Gary L. Fuller as additional counsel in all cases identified on "Attachment A", it is

**ORDERED** that Gary L. Fuller of The Nations Law Firm, 9703 Richmond Ave., Suite 200, Houston, Texas 77042, telephone (713) 807-87400,  be enrolled as additional counsel of record for all plaintiffs on the attached "Attachment A."

Newly enrolled counsel shall comply with First Amended Pretrial Order No. 12 (Rec. Doc. 18627), regarding electronic service in the MDL.

 New Orleans, Louisiana, this 26th day of September, 2019.


_____
United States District Judge