UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO: 2179** |
| | **SECTION: J(2)** |
| **This Document Relates to:** 2:16-cv-06391-CJB-JCW | **JUDGE BARBIER** |
| | **MAG. JUDGE WILKINSON** |

## MOTION REQUESTING ORDER TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF J PEACEFUL, LC

Now comes the undersigned counsel on behalf of Plaintiff J Peaceful LC, who moves this Court to allow the withdrawal of attorney Wesley J. Farrell, the law firm of Farrell & Patel, and all attorneys of Farrell & Patel as counsel of record for Plaintiff J Peaceful LC, and in support states:

1. That the undersigned is counsel for Plaintiff J Peaceful LC, in the above entitled and numbered action.

2. Plaintiff J Peaceful LC and undersigned counsel have irreconcilable differences over issues arising out of this litigation as well as over the management and direction of the litigation. Under these circumstances, undersigned counsel is unable to represent Plaintiff J Peaceful LC and,

      therefore, counsel moves to withdraw as counsel of record in the above-entitled and numbered action and no longer be sent further notices of the court.

3. Plaintiff J Peaceful, LC has been notified of all deadlines, pursuant to Rule 83.2.11 of the Eastern District of Louisiana Local Rules, by electronic mail and via certified mail to the last known addresses detailed below, directed to Mr. Georges Chami, hgchami@gmail.com, who is Managing Member of J Peaceful, LC.

4. Plaintiff J Peaceful, LC's last known mailing address is 7675 Santa Margherita Way, Naples, FL 34109. Plaintiff J Peaceful, LC's last known physical address/place of business is 7770 Preserve Lane, Naples FL 34109.

5. Plaintiff J Peaceful, LC's telephone number is 239-571-7777.

6. The request for withdrawal is done in good faith and will not cause an undue burden to the parties involved in this case.

    Wherefore, the undersigned, respectfully requests the District Court for the Eastern District of Louisiana grant the motion to withdraw from the present case as requested.

        Respectfully submitted,

                                        /s/ *Wesley J. Farrell*
                                        Wesley J. Farrell, Esq.
                                        *Counsel for the Plaintiff*

FARRELL & PATEL, ATTORNEYS AT LAW<br>
4300 Biscayne Blvd. Suite 305<br>
Miami, FL 33137<br>
Office: 305-798-4177 / Fax: 305-396-3275<br>
E-mail: wesfarrell@floridaattorney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of September, 2019; J Peaceful, LC, Georges Chami, Managing Member, 7675 Santa Margherita Way, Naples, FL 34109, hgchami@gmail.com.

Respectfully submitted,

/s/ *Wesley J. Farrell*
Wesley J. Farrell, Esq.
*Counsel for the Plaintiff*
FARRELL & PATEL, ATTORNEYS AT LAW
4300 Biscayne Blvd. Suite 305
Miami, FL 33137
Office: 305-798-4177 / Fax: 305-396-3275
E-mail: wesfarrell@floridaattorney.com