## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO: 2179 |
| | SECTION: J(2) |
| This Document Relates to: 2:16-cv-06391-CJB-JCW | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

### ORDER
### [As to Motion to Withdraw Filed by Attorneys for J Peaceful LC]

Considering the foregoing Motion and Order to Withdraw as Counsel of Record; IT IS ORDERED that the names of Wesley J. Farrell, Pimal A. Patel, Eduardo Alexander Pujol, be removed from the record of this Court as counsel for Plaintiff, J Peaceful LC, in the above entitled and numbered cause.

New Orleans, Louisiana, this_____ day of September, 2019.

<br>

CARL J. BARBIER
United States District Judge