Minute Entry
Barbier, J.
September 27, 2019
JS-10: 25 minutes

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 |
| | | SECTION: J(2) |
| **Applies to: 12-cv-968 and All BELO Cases** | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

Case Manager:                                               Court Reporter:
Gail Chauvin                                                Jodi Simcox


**FRIDAY, SEPTEMBER 27, 2019, 9:00 A.M.
JUDGE CARL J. BARBIER PRESIDING**

**SHOW CAUSE HEARING**

Case called at 9:07 a.m.

On September 12, 2019, the Court ordered plaintiffs' counsel in 303 BELO cases to appear and show cause why those cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). ("Show Cause Order," Rec. Doc. 26016).


Re: plaintiffs represented by the Downs Law Firm (1)
- The Court previously deemed the Show Cause Order satisfied and set aside with respect to Gloria Sanchez-Ramirez (No. 19-03874). (*See* Rec. Doc. 26025)
- The Downs Law Firm was excused from attending the hearing. (Rec. Doc. 26025)

Re: plaintiffs represented by the Amaro Law Firm (3)
- The Court previously deemed the Show Cause Order satisfied and set aside with respect to Southern Smith (No. 19-09583). (*See* Rec. Doc. 26026)

- The Court previously dismissed with prejudice the claims by Lauro Carlos (No. 19-08178) and Percy Pernell (No. 19-09725). (*See* Rec. Doc. 26026)
- The Amaro Law Firm was excused from attending the hearing. (Rec. Doc. 26026)

Re: plaintiffs represented by the Nations Law Firm (299)
- ORDERED that on or before Friday, October 4, 2019, BP and Nations Law Firm shall file a joint supplemental report identifying:
    (1) those plaintiffs that BP and Nations Law Firm agree are compliant as of September 27, 2019 and should not be dismissed; and
    (2) those plaintiffs that BP contends are not compliant as of September 27, 2019 and should be dismissed.

The hearing ended at 9:32 a.m.

Attendance: See attached.