UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 16-6391 | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Considering the Motion to Withdraw as Counsel of Record (Rec. Doc. 26046);

IT IS ORDERED that the Motion is GRANTED and Wesley J. Farrell, Pimal A. Patel, and Eduardo Alexander Pujol are WITHDRAWN as counsel of record for plaintiff, J Peaceful LC, in the referenced member case.

Because corporations and other business entities must be represented by an attorney, new counsel will need to enroll for J Peaceful LC or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002). New counsel shall file a motion to enroll as counsel within 30 days of the issuance of this Order.

J Peaceful, LC's last known mailing address is 7675 Santa Margherita Way, Naples, FL 34109. Plaintiff J Peaceful, LC's last known physical address/place of business is 7770 Preserve Lane, Naples FL 34109. J Peaceful, LC's telephone number is 239-571-7777.

2

New Orleans, Louisiana, this 1st day of October, 2019.

_____
United States District Judge

2