UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Applies to: 12-cv-968: BELO | |

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 19-01465 | 19-05656 | 19-07983 | 19-09178 | 19-09382 | 19-09623 |
| 19-03879 | 19-05658 | 19-07990 | 19-09184 | 19-09384 | 19-09628 |
| 19-03882 | 19-05663 | 19-08000 | 19-09185 | 19-09405 | 19-09629 |
| 19-03886 | 19-05829 | 19-08017 | 19-09189 | 19-09408 | 19-09631 |
| 19-03931 | 19-06238 | 19-08021 | 19-09191 | 19-09410 | 19-09642 |
| 19-03987 | 19-06333 | 19-08030 | 19-09192 | 19-09414 | 19-09671 |
| 19-03997 | 19-06367 | 19-08037 | 19-09193 | 19-09417 | 19-09672 |
| 19-04013 | 19-06406 | 19-08043 | 19-09196 | 19-09421 | 19-09673 |
| 19-04018 | 19-06420 | 19-08071 | 19-09200 | 19-09427 | 19-09676 |
| 19-04027 | 19-06428 | 19-08076 | 19-09201 | 19-09428 | 19-09678 |
| 19-04037 | 19-06450 | 19-08090 | 19-09203 | 19-09430 | 19-09682 |
| 19-04038 | 19-06456 | 19-08097 | 19-09204 | 19-09441 | 19-09683 |
| 19-04095 | 19-06475 | 19-08103 | 19-09205 | 19-09442 | 19-09685 |
| 19-04097 | 19-06503 | 19-08124 | 19-09206 | 19-09445 | 19-09688 |
| 19-04107 | 19-06515 | 19-08141 | 19-09208 | 19-09450 | 19-09692 |
| 19-04114 | 19-06565 | 19-08152 | 19-09209 | 19-09455 | 19-09693 |
| 19-04121 | 19-06568 | 19-08164 | 19-09211 | 19-09456 | 19-09696 |
| 19-04129 | 19-06570 | 19-08182 | 19-09217 | 19-09457 | 19-09702 |
| 19-04133 | 19-06572 | 19-08226 | 19-09238 | 19-09461 | 19-09703 |
| 19-04146 | 19-06579 | 19-08227 | 19-09239 | 19-09465 | 19-09724 |
| 19-04151 | 19-06581 | 19-08230 | 19-09242 | 19-09471 | 19-09726 |
| 19-04152 | 19-07176 | 19-08232 | 19-09247 | 19-09473 | 19-09727 |
| 19-04636 | 19-07191 | 19-08234 | 19-09248 | 19-09517 | 19-09729 |
| 19-04650 | 19-07207 | 19-08236 | 19-09250 | 19-09524 | 19-09732 |
| 19-04671 | 19-07223 | 19-08238 | 19-09252 | 19-09525 | 19-09733 |
| 19-04682 | 19-07229 | 19-08246 | 19-09255 | 19-09526 | 19-09739 |
| 19-04696 | 19-07338 | 19-08726 | 19-09256 | 19-09528 | 19-09740 |
| 19-04701 | 19-07343 | 19-08737 | 19-09264 | 19-09531 | 19-09741 |
| 19-04717 | 19-07369 | 19-08773 | 19-09266 | 19-09561 | 19-09742 |
| 19-04728 | 19-07393 | 19-09062 | 19-09267 | 19-09562 | 19-09744 |
| 19-04731 | 19-07403 | 19-09080 | 19-09268 | 19-09563 | 19-09745 |

| | | | | | |
|---|---|---|---|---|---|
| 19-04738 | 19-07406 | 19-09083 | 19-09270 | 19-09566 | 19-09747 |
| 19-04745 | 19-07415 | 19-09084 | 19-09272 | 19-09570 | 19-09750 |
| 19-04756 | 19-07419 | 19-09093 | 19-09274 | 19-09571 | 19-09751 |
| 19-04868 | 19-07423 | 19-09094 | 19-09277 | 19-09573 | 19-09752 |
| 19-05556 | 19-07427 | 19-09097 | 19-09278 | 19-09574 | 19-09753 |
| 19-05570 | 19-07434 | 19-09099 | 19-09280 | 19-09575 | 19-09755 |
| 19-05572 | 19-07437 | 19-09100 | 19-09281 | 19-09577 | 19-09756 |
| 19-05576 | 19-07483 | 19-09104 | 19-09282 | 19-09590 | 19-09758 |
| 19-05577 | 19-07492 | 19-09112 | 19-09283 | 19-09591 | 19-09766 |
| 19-05599 | 19-07496 | 19-09124 | 19-09285 | 19-09593 | 19-09767 |
| 19-05603 | 19-07506 | 19-09128 | 19-09347 | 19-09594 | 19-09768 |
| 19-05606 | 19-07510 | 19-09141 | 19-09351 | 19-09595 | 19-09769 |
| 19-05608 | 19-07517 | 19-09145 | 19-09356 | 19-09596 | 19-09770 |
| 19-05639 | 19-07518 | 19-09149 | 19-09357 | 19-09604 | 19-09773 |
| 19-05643 | 19-07526 | 19-09154 | 19-09367 | 19-09605 | 19-09774 |
| 19-05644 | 19-07529 | 19-09170 | 19-09369 | 19-09608 | 19-09776 |
| 19-05649 | 19-07538 | 19-09172 | 19-09376 | 19-09620 | 19-09778 |
| 19-05650 | 19-07540 | 19-09175 | 19-09378 | 19-09621 | 19-09783 |
| 19-05653 | 19-07966 | 19-09177 | 19-09379 | 19-09622 | |

**JOINT SUPPLEMENTAL REPORT**
**REGARDING THE SEPTEMBER 12, 2019 SHOW CAUSE ORDER**

On September 12, 2019, the Court issued an Order to Show Cause with respect to 303 BELO Plaintiffs ("Show Cause Order," Rec. Doc. 26016). The plaintiffs subject to the Show Cause Order had failed to provide full and complete initial disclosures by the initial 90-day deadline set by BELO Case Management Order No. 1, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. The Court ordered counsel for the plaintiffs identified in the Show Cause Order to appear at a Show Cause Hearing on Friday, September 27, 2019, and show cause why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). The Nations Law Firm represented 299 of the 303 plaintiffs subject to the Show Cause Order.

2

Pursuant to the Court's September 27, 2019 Order on the Show Cause Hearing (Rec. Doc. 26047) the BP Parties and the Nations Law Firm provide this joint supplemental report identifying: (1) those plaintiffs that the parties agree are compliant as of September 27, 2019; and (2) those plaintiffs that the BP Parties contend are not compliant as of September 27, 2019 and are therefore subject to dismissal. The BP Parties have conferred with The Nations Firm, who are in agreement with the information presented in this report.

### I. Plaintiffs Who the Parties Agree Are Compliant as of September 27, 2019.

The following 101 Nations Law Firm plaintiffs subject to the September 27, 2019 Show Cause Hearing have submitted full and complete disclosures as of the September 27, 2019 Show Cause Hearing, and therefore the Show Cause Order has been satisfied with respect to these plaintiffs:

| Show-Cause Order Number | Docket Number | Plaintiff |
|---|---|---|
| 10 | 19-04018 | Nguyen, Manh The |
| 14 | 19-04095 | Nguyen, Kenny Hung Mong |
| 20 | 19-04133 | Tran, Phuong Quoc |
| 28 | 19-04696 | Degroote, James David |
| 31 | 19-04728 | Vo, Duc Troung |
| 33 | 19-04738 | Vu, Thoa Thhi |
| 36 | 19-04868 | Jackson, William Earl, Jr. |
| 37 | 19-05556 | Andrews, Dennis Wayne, Jr. |
| 38 | 19-05570 | Branch, Corey |
| 39 | 19-05572 | Demoll, James Collins, Jr. |
| 40 | 19-05576 | Dennis, Lavaughn Joseph |
| 41 | 19-05577 | Do, Ta P. |
| 43 | 19-05603 | Fitch, Terry Adam |
| 47 | 19-05643 | Graham, Susan Hunt |
| 49 | 19-05649 | Johnson, Arlando |
| 50 | 19-05650 | Johnson, Derrick Duval |
| 54 | 19-05663 | Wilson, Joe Simon |
| 62 | 19-06450 | Nguyen, Phuoc Van |
| 67 | 19-06565 | Le, Kiet Tuan |
| 68 | 19-06568 | Le, Hung Cong |
| 69 | 19-06570 | Le, Khoa Dao |

3

| Show-Cause Order Number | Docket Number | Plaintiff |
|---|---|---|
| 70 | 19-06572 | Le, Khoa H. |
| 71 | 19-06579 | Mitchell, Mason Lee |
| 72 | 19-06581 | Mitchell, Louis Earl |
| 76 | 19-07223 | Loper, Theodore Willis |
| 77 | 19-07229 | Lott, Daniel Scott |
| 78 | 19-07338 | Truong, Ut Thanh Van |
| 83 | 19-07406 | Tran, Nhieu Van |
| 85 | 19-07419 | Tran, Lun Kim |
| 86 | 19-07423 | Tran, Loi Huu |
| 92 | 19-07496 | Nguyen, Luan |
| 93 | 19-07506 | Nguyen, Andy Van |
| 95 | 19-07517 | Ngo, Liem Thanh |
| 97 | 19-07526 | Rogers, Lavinckey Mantrell |
| 98 | 19-07529 | Nero, Louis Henry |
| 100 | 19-07540 | Bui, Tien D. |
| 101 | 19-07966 | Nguyen, Dao Minh |
| 104 | 19-08000 | Norris, Diane Jean[1] |
| 113 | 19-08097 | Tran, Andrew Phong |
| 118 | 19-08164 | Smith, David Leo, Sr. |
| 124 | 19-08232 | Phan, Sang Van |
| 127 | 19-08238 | Pugh, Allen |
| 137 | 19-09094 | Crumedy, Keith Laronzelle |
| 141 | 19-09104 | Jones, Shelvin Lanell |
| 143 | 19-09124 | Cutura, Anto |
| 144 | 19-09128 | Huynh, Nghia Loi |
| 148 | 19-09154 | Trabeau, James Darrell |
| 149 | 19-09170 | Brown, Gerron Raphael |
| 151 | 19-09175 | Fancher, Richard Todd |
| 155 | 19-09185 | Hawkins, Gary Louis, Jr. |
| 157 | 19-09191 | Johns, Christopher Sanford |
| 167 | 19-09208 | Nguyen, Tung Huu |
| 177 | 19-09252 | Daniels, Leslie Bernard |
| 181 | 19-09266 | Holifield, Marvin Dewayne |
| 182 | 19-09267 | Houston, Dominic Jermaine |
| 186 | 19-09274 | Jarrell, Guy Leslie |
| 191 | 19-09282 | Tran, Cau V. |

---

[1] Certain of Plaintiff Diane Jean Norris's authorization forms were not properly completed. Plaintiff has agreed to correct this issue, and the BP Parties have agreed not to seek dismissal of her case at this time. The BP Parties reserve the right to seek dismissal in the future if the deficiency is not cured.

| Show-Cause Order Number | Docket Number | Plaintiff |
|---|---|---|
| 194 | 19-09347 | Dyess, Odell |
| 196 | 19-09356 | Tank, Bobby Bernard |
| 199 | 19-09369 | McCarty, Reginald |
| 202 | 19-09379 | Stewart, Dionne |
| 203 | 19-09382 | Taylor, Lentrice |
| 208 | 19-09414 | Hubbard, Kevin Dewayne |
| 213 | 19-09430 | Willis, Jermaine Lamar |
| 214 | 19-09441 | Pham, Hoai Minh |
| 216 | 19-09445 | Exline, Allison Grace |
| 217 | 19-09450 | Lamey, Bennie Joseph, Jr. |
| 219 | 19-09456 | McGowen, John Terrence |
| 223 | 19-09471 | Vo, Ai |
| 230 | 19-09531 | Wells, Clayton Leroy |
| 231 | 19-09561 | Agent, Rachel Sherlan |
| 232 | 19-09562 | Alston, Sherry Sherrie Marie |
| 233 | 19-09563 | Ballard, Shannon Onama |
| 235 | 19-09570 | Dill, Aubrey Joseph |
| 236 | 19-09571 | Do, Tai Van |
| 237 | 19-09573 | Ellison, William Brian |
| 239 | 19-09575 | Johnson, Michael Dewayne, II |
| 242 | 19-09590 | Womack, Orenthal James |
| 243 | 19-09591 | Verdin, Dillon John |
| 246 | 19-09595 | Fillingim, Mark Allan |
| 247 | 19-09596 | Floyd, Toney Lee |
| 248 | 19-09604 | Reese, Arvetta Latrice |
| 249 | 19-09605 | Simpkins, Jeremy Christopher |
| 253 | 19-09622 | Fountain, Leonard Charles, Jr. |
| 255 | 19-09628 | Locke, Mario Lee |
| 257 | 19-09631 | Trang, Tan Van |
| 259 | 19-09671 | Durr, William Clayton |
| 263 | 19-09678 | Law, Terence Terrell |
| 264 | 19-09682 | Massey, Tyler Cole |
| 266 | 19-09685 | Nguyen, Dung Ngoc |
| 267 | 19-09688 | Parker, Ernest Cleveland, Jr. |
| 272 | 19-09703 | Lisenby, Michael Patrick |
| 277 | 19-09729 | Eggart, William Edward |
| 278 | 19-09732 | Ho, Hoa Minh |
| 283 | 19-09742 | Luu, Hoang Kim |
| 287 | 19-09750 | Nguyen, Sang Cong |
| 296 | 19-09768 | Todd, Charles Ryan |
| 298 | 19-09770 | Tran, Johnway |
| 301 | 19-09776 | Weaver, Richard Alonzo |

5

| Show-Cause Order Number | Docket Number | Plaintiff |
|---|---|---|
| 302 | 19-09778 | Wilkens, Denise |
| 303 | 19-09783 | Zierk, Andrew Scott |

## II. Plaintiffs Who Are Subject to Dismissal.

The following 198 Nations plaintiffs subject to the September 27, 2019 Show Cause Hearing did *not* submit full and complete disclosures as of the September 27, 2019 Show Cause Hearing. The BP Parties submit that these lawsuits should be dismissed with prejudice.

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 1 | 19-01465 | Nguyen, Ricky Van | PPF signed but lacks substantive responses |
| 3 | 19-03879 | Matter, Kathleen Drew | No production |
| 4 | 19-03882 | Mayfield, Anthony Darin | No production |
| 5 | 19-03886 | McBride, Cleon Windall Brooks | No production |
| 6 | 19-03931 | Moore, George Leslie | No production |
| 7 | 19-03987 | Millender, Terry Jerome, Jr. | No production |
| 8 | 19-03997 | Nguyen, Thi Nhung | No production |
| 9 | 19-04013 | Ong, Duc Minh | No production |
| 11 | 19-04027 | Moore, Tremain O'Neal | No production |
| 12 | 19-04037 | Nguyen, Mung Thi | No production |
| 13 | 19-04038 | Nelson, Shannon Derrell | No production |
| 15 | 19-04097 | Nguyen, My Tan | No production |
| 16 | 19-04107 | Nguyen, Hung Huy | No production |
| 17 | 19-04114 | Nguyen, Robert Alfred | No production |
| 18 | 19-04121 | Williamson, Wayne Morris, Jr. | No production |
| 19 | 19-04129 | Tran, Nhat Minh | No production |
| 21 | 19-04146 | Mosley, Neigel Ranael | No production |
| 22 | 19-04151 | Mucci, Dave John | No production |
| 23 | 19-04152 | Nabors, Jimmy Earl | No production |
| 24 | 19-04636 | Batiste, Renaldo | No production |
| 25 | 19-04650 | Chauvin, Jamie Anthony | No production |
| 26 | 19-04671 | Connelly, George Peter, III. | No production |
| 27 | 19-04682 | Dang, Tony Van | No production |
| 29 | 19-04701 | Freeman, Ray Bryn, Jr. | No production |
| 30 | 19-04717 | Harden, William Lee, Jr. | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 32 | 19-04731 | Vo, Minh Van | No production |
| 34 | 19-04745 | Washington, Bryant Keith | No production |
| 35 | 19-04756 | Howze, James Lamar | No production |
| 42 | 19-05599 | Early, Joseph, Jr. | No production |
| 44 | 19-05606 | Fowler, John Henry | No production |
| 45 | 19-05608 | Gaudet, Judy Ann | No production |
| 46 | 19-05639 | Goleman, Nathan Eugene, Sr. | No production |
| 48 | 19-05644 | Green, Clarence Joseph | No production |
| 51 | 19-05653 | White, Russell Steven | No production |
| 52 | 19-05656 | Williams, James Edward | No production |
| 53 | 19-05658 | Williams, Joseph Dewayne | No production |
| 55 | 19-05829 | White, Jermaine Olivia | No production |
| 56 | 19-06238 | Asbury, Aaron Von | No production |
| 57 | 19-06333 | Brown, Timothy Tyrone | No production |
| 58 | 19-06367 | Bui, Thanh Minh | No production |
| 59 | 19-06406 | Cain, Timothy Gleen | No production |
| 60 | 19-06420 | Carpenter, Mark | No production |
| 61 | 19-06428 | Chaisson, Hartman Joseph, Sr. | No production |
| 63 | 19-06456 | Nguyen, Rick Hai Van | No production |
| 64 | 19-06475 | Nguyen, Thang Van | No production |
| 65 | 19-06503 | Green, Keith Robert | No production |
| 66 | 19-06515 | Johnston, Raymond Anthony | No production |
| 73 | 19-07176 | Le, Paul Van | No production |
| 74 | 19-07191 | Le, Thuong Van | No production |
| 75 | 19-07207 | Lee, Gerald Wayne, Jr. | No production |
| 79 | 19-07343 | Truong, Manh Van | No production |
| 80 | 19-07369 | Tran, Vy Van | No production |
| 81 | 19-07393 | Tran, Quoi Huu | No production |
| 82 | 19-07403 | Tran, Quang Thanh | No production |
| 84 | 19-07415 | Tran, Ly Van | No production |
| 87 | 19-07427 | Tran, Kenny | No production |
| 88 | 19-07434 | Tran, Huynh Anh | No production |
| 89 | 19-07437 | Nguyen, Thanh Van | No production |
| 90 | 19-07483 | Nguyen, Hanh V. | No production |
| 91 | 19-07492 | Nguyen, Khoa T. | No production |
| 94 | 19-07510 | Nguyen, Cuong Van | No production |
| 96 | 19-07518 | Nguyen, Anthony An Duc | No production |
| 99 | 19-07538 | Hoang, Johnny Minh Tri | No production |
| 102 | 19-07983 | Nguyen, Tuan Van | No production |
| 103 | 19-07990 | Nix, Kristopher Aaron | No production |
| 105 | 19-08017 | Orbin, Roberta Gene | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 106 | 19-08021 | Oum, Sovanary | No production |
| 107 | 19-08030 | Parker, Percy Todd | No production |
| 108 | 19-08037 | Passantino, Paul Martin | No production |
| 109 | 19-08043 | Payne, Stephen Hurst | No production |
| 110 | 19-08071 | Vu, Phong Anh | No production |
| 111 | 19-08076 | Tran, Hiep Nghia | No production |
| 112 | 19-08090 | Tran, Anthony Kinh | No production |
| 114 | 19-08103 | Tong, Thoai Chi | No production |
| 115 | 19-08124 | Svenson, Constance Hunter | No production |
| 116 | 19-08141 | Stabler, George McArthur | No production |
| 117 | 19-08152 | Spencer, Leon | No production |
| 120 | 19-08182 | Sa, Nari Oanh | No production |
| 121 | 19-08226 | Perrington, Glenn William | No production |
| 122 | 19-08227 | Pettway, Nicholas Devon | No production |
| 123 | 19-08230 | Phan, Hanh Van | No production |
| 125 | 19-08234 | Phan, Tri Van | No production |
| 126 | 19-08236 | Ponthieux, Timothy Calvin | No production |
| 128 | 19-08246 | Ryan, Jimmy Wayne | No production |
| 129 | 19-08726 | Bowens, Tamara Moneek | No production |
| 130 | 19-08737 | Dale, Tony Dwayne | No production |
| 131 | 19-08773 | Griffin, Kennard Bryan, Jr. | No production |
| 132 | 19-09062 | Guillot, Travis Anthony | No production |
| 133 | 19-09080 | Anglin, Cheyenne Samuel | No production |
| 134 | 19-09083 | Avery, Quintel Byron | No production |
| 135 | 19-09084 | Barnes, David Howard | No production |
| 136 | 19-09093 | Collier, Dennis Wayne | No production |
| 138 | 19-09097 | Ethridge, Elizabeth Machel | No production |
| 139 | 19-09099 | Nguyen, Hung Ngoc | No production |
| 140 | 19-09100 | Martinez, Kadee Evans | No production |
| 142 | 19-09112 | Hunter, William Labronce | No production |
| 145 | 19-09141 | Phillips, Donald William | No production |
| 146 | 19-09145 | Robinson, Darian Deon | No production |
| 147 | 19-09149 | Terluin, Jan Louis, Jr. | No production |
| 150 | 19-09172 | Crabtree, Dusty Ann | No production |
| 152 | 19-09177 | Frost, Clifford | No production |
| 153 | 19-09178 | Fuscia, Jeffrey Dale | No production |
| 154 | 19-09184 | Gosa, David Michael | No production |
| 156 | 19-09189 | Hope, Garry Lee | No production |
| 158 | 19-09192 | Johnson, Deon Andrew | No production |
| 159 | 19-09193 | Le, Tong Minh | No production |
| 160 | 19-09196 | Martin, Darren Keith | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 161 | 19-09200 | Mitchell, Essie Antonio | No production |
| 162 | 19-09201 | Ngo, Tron Van | No production |
| 163 | 19-09203 | Nguyen, Khanh Van | No production |
| 164 | 19-09204 | Nguyen, Lien Thi | No production |
| 165 | 19-09205 | Nguyen, Nam | No production |
| 166 | 19-09206 | Nguyen, Nam Van | No production |
| 168 | 19-09209 | O'Brien, Nicholas Stephen | No production |
| 169 | 19-09211 | Sarn, Sopheap | No production |
| 170 | 19-09217 | Vercher, Julie Michele | No production |
| 171 | 19-09238 | Basulito, Edelio Roman, Jr. | No production |
| 172 | 19-09239 | Blanchard, Timothy Joseph, Jr. | No production |
| 173 | 19-09242 | Conner, Wade Joseph, Jr. | No production |
| 174 | 19-09247 | Lott, Everett Lee | No production |
| 175 | 19-09248 | Campbell, Randall Joe | No production |
| 176 | 19-09250 | Cottrell, Calvin Kenneth, Jr. | No production |
| 178 | 19-09255 | Foret, Brian Paul, Jr. | PPF signed but lacks substantive responses |
| 179 | 19-09256 | Garcia, Andres Valentin, Jr. | No production |
| 180 | 19-09264 | Harris, Stanley James, Jr. | No production |
| 183 | 19-09268 | Golston, Michael Dewayne | No production |
| 184 | 19-09270 | In, Kimyi | No production |
| 185 | 19-09272 | Jackson, Michael Corey | No production |
| 187 | 19-09277 | Nguyen, Linh Thi | No production |
| 188 | 19-09278 | Kimbrough, Walter O'Brian | No production |
| 189 | 19-09280 | Leblanc, David Paul | No production |
| 190 | 19-09281 | Le, Nam Hoang | No production |
| 192 | 19-09283 | Silas, Rodney | No production |
| 193 | 19-09285 | Nguyen, Tony Giang | No production |
| 195 | 19-09351 | Lizana, James Rogers | No production |
| 197 | 19-09357 | White, Andre | No production |
| 198 | 19-09367 | Luke, Lillian Ann | No production |
| 200 | 19-09376 | Williams, Jeremiah Deokta | No production |
| 201 | 19-09378 | Vincent, Terrance Stephen | No production |
| 204 | 19-09384 | Taylor, Derron Anthony | No production |
| 205 | 19-09405 | Buckley, Leonard Rosevelt | No production |
| 206 | 19-09408 | Colletti, Kally Yvonne | No production |
| 207 | 19-09410 | Evans, Ladarius Demetrius | No production |
| 209 | 19-09417 | Johnson, Kirstin Lachae | No production |
| 210 | 19-09421 | Jordan, Robert Durel | No production |
| 211 | 19-09427 | Verdin, Joseph Alvin | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 212 | 19-09428 | Verdin, Keith John | No production |
| 215 | 19-09442 | Dortch, Kerwin Aloysius | No production |
| 218 | 19-09455 | Maise, Penny Ann | No production |
| 220 | 19-09457 | McMillon, Joseph Carl | No production |
| 221 | 19-09461 | Nguyen, Luan Van | No production |
| 222 | 19-09465 | Rodrigue, Sandra Lee Mae | No production |
| 224 | 19-09473 | Vo, Hoang The | No production |
| 225 | 19-09517 | Hongsa, Bunkhum | No production |
| 226 | 19-09524 | Nguyen, Tony Ngoc | No production |
| 227 | 19-09525 | Nguyen, Tuan Thanh | No production |
| 228 | 19-09526 | Nguyen, Y Luu | No production |
| 229 | 19-09528 | Pirello, David Andrew | No production |
| 234 | 19-09566 | Bullard, Thomas Jerrel | No production |
| 238 | 19-09574 | Franklin, Melvin Dwight | No production |
| 240 | 19-09577 | Jones, Mikell Armond | No production |
| 244 | 19-09593 | Ngo, Nghia Hoang | No production |
| 245 | 19-09594 | McCants, Larry Darnell | No production |
| 250 | 19-09608 | Sun, Hong Sreng | No production |
| 251 | 19-09620 | Demoll, Herman James, Jr. | No production |
| 252 | 19-09621 | Evans, Timothy Quintel | No production |
| 254 | 19-09623 | Gainer, Jeffrey Lamar | No production |
| 256 | 19-09629 | Mackey, Rodney Darnell | No production |
| 258 | 19-09642 | Thompson, Anthony Lee | No production |
| 260 | 19-09672 | Farrier, Richard Henry | No production |
| 261 | 19-09673 | Hinton, Dwayne Antony | No production |
| 262 | 19-09676 | Knott, Patrick Lashawn | No production |
| 265 | 19-09683 | McCall, Timothy James | No production |
| 268 | 19-09692 | Perez, Wesley Vaughn | No production |
| 269 | 19-09693 | Pickett, Ali Syrvein | No production |
| 270 | 19-09696 | Rodgers, Tommie Ray | No production |
| 271 | 19-09702 | Thayer, Roger Lee, Jr. | No production |
| 273 | 19-09724 | Cao, Nghia Thi | No production |
| 275 | 19-09726 | Davis, Ernest Daniel | No production |
| 276 | 19-09727 | Davis, Kamal Rashad | No production |
| 279 | 19-09733 | Jacobs, Richard Lee | No production |
| 280 | 19-09739 | Law, Calvin Carnell | No production |
| 281 | 19-09740 | Le, Tanh Ba | No production |
| 282 | 19-09741 | Lucas, Robert Shane | No production |
| 284 | 19-09744 | McKay, Keenan Jershon | No production |
| 285 | 19-09745 | McKinley, Howard Fremonce | No production |
| 286 | 19-09747 | Nguyen Le, Hy Thi | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 288 | 19-09751 | Nguyen, Sang Thanh | Missing signed PPF and authorizations and medical records |
| 289 | 19-09752 | Nguyen, Thuyen Van | No production |
| 290 | 19-09753 | Nguyen, Trong Duc | No production |
| 291 | 19-09755 | Nguyen, Viet Van | No production |
| 292 | 19-09756 | Phillips, Matthew Steven | No production |
| 293 | 19-09758 | Pressel, Brent Alan | No production |
| 294 | 19-09766 | Taylor, Rickie Allen | No production |
| 295 | 19-09767 | Thrift, Charles Shane | No production |
| 297 | 19-09769 | Tran, Dau | No production |
| 299 | 19-09773 | Tran, On Van | No production |
| 300 | 19-09774 | Tran, Ty Van | No production |

October 2, 2019                                    Respectfully submitted,

                                                    */s/ Howard L. Nations*
Howard L. Nations
The Nations Law Firm
Texas State Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, Texas 77042
Telephone: (713) 807-8400
Telefax: (713) 807-8423 (Fax)

***ATTORNEYS FOR PLAINTIFFS***

   */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

   */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

   */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

   */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

***ATTORNEYS FOR DEFENDANTS***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of October, 2019.

                                          */s/ Don K. Haycraft*
                                          Don K. Haycraft