UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG         MDL No. 2179
     "DEEPWATER HORIZON" in the
     Gulf of Mexico on April 20, 2010

Applies to:                                     JUDGE BARBIER
12-CV-968: BELO                      MAG. JUDGE WILKINSON
AND
All BELO cases included in the attached lists.

## ORDER

Defense counsel has advised that plaintiffs in 205 BELO cases[1] have either failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1, or have provided disclosures that are deficient and incomplete. Record Doc. No. 26050 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **NOVEMBER 1, 2019**, plaintiffs in the attached lists must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT**, as to all of the listed cases in which plaintiffs produce full and complete disclosures in compliance with this order, the

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in the individual cases in the attached lists.

deadline by which the parties must submit their venue filing is extended to no later than

**DECEMBER 2, 2019.**

        New Orleans, Louisiana, this \_\_\_\_2nd\_\_\_\_ day of October, 2019.

                                     JOSEPH C. WILKINSON, JR.
                              UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 1.  | 19-10709 | Danos, Danny James | The Nations Law Firm |
| 2.  | 19-10711 | Dassau, Louis Joseph | The Nations Law Firm |
| 3.  | 19-10715 | Dean, Margie Ann | The Nations Law Firm |
| 4.  | 19-10720 | Fleming, Robert Jason | The Nations Law Firm |
| 5.  | 19-10721 | Fore, Robert Mitchell | The Nations Law Firm |
| 6.  | 19-10727 | McBride, Demetrius Brusean | The Nations Law Firm |
| 7.  | 19-10728 | McCloud, Nettie Glass | The Nations Law Firm |
| 8.  | 19-10731 | Milton, Demetrick Cortez | The Nations Law Firm |
| 9.  | 19-10733 | Morgan, Richard Scott | The Nations Law Firm |
| 10. | 19-10734 | Murphy, Lance Sterie | The Nations Law Firm |
| 11. | 19-10736 | Edmond, Earl Antuan, Jr. | The Nations Law Firm |
| 12. | 19-10739 | Gauthier, Ambra Rose | The Nations Law Firm |
| 13. | 19-10740 | Ho, Hung Thanh | The Nations Law Firm |
| 14. | 19-10741 | Ho, Thuy Thi Linh | The Nations Law Firm |
| 15. | 19-10742 | Huynh, Ba Thi | The Nations Law Firm |
| 16. | 19-10743 | Niquet, Brian Matthew | The Nations Law Firm |
| 17. | 19-10748 | Harrison, Brenda Lee | The Nations Law Firm |
| 18. | 19-10756 | Jones, David, II | The Nations Law Firm |
| 19. | 19-10757 | Joseph, Marshean Arkeith | The Nations Law Firm |
| 20. | 19-10763 | Lecompte, Jesse Charles, Jr. | The Nations Law Firm |
| 21. | 19-10780 | Ragas, Bjorn Caesar | The Nations Law Firm |
| 22. | 19-10781 | Richardson, Julian Demetric | The Nations Law Firm |
| 23. | 19-10790 | Lerma, Antonio, Jr. | Amaro Law Firm |
| 24. | 19-10793 | Tran, Dung Trung | The Nations Law Firm |
| 25. | 19-10795 | Tran, Phong Thanh | The Nations Law Firm |
| 26. | 19-10796 | Vieira, Roger Dale | The Nations Law Firm |
| 27. | 19-10797 | White, Claude Ellis, Jr. | The Nations Law Firm |
| 28. | 19-10799 | Thompson, Thomas Lashawn | The Nations Law Firm |
| 29. | 19-10804 | Tew, Marshall Scott | The Nations Law Firm |
| 30. | 19-10806 | Trahan, Baron Thomas | The Nations Law Firm |
| 31. | 19-10848 | Hayden, Michael | Amaro Law Firm |
| 32. | 19-10860 | Elizondo, Sergio | Amaro Law Firm |
| 33. | 19-10903 | Guin, David Wayne | The Downs Law Group |
| 34. | 19-10909 | Vega, Jorge | Amaro Law Firm |
| 35. | 19-10940 | Clark, Jason Brandon | The Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 36. | 19-10941 | Coover, Timothy Wayne | The Nations Law Firm |
| 37. | 19-10942 | Durden, Kasonja Lasha | The Nations Law Firm |
| 38. | 19-10944 | Gary, Chenita Lashelle | The Nations Law Firm |
| 39. | 19-10946 | Joseph, Ashley Arashieka | The Nations Law Firm |
| 40. | 19-10949 | Hoff, Dona | Amaro Law Firm |
| 41. | 19-10950 | Leatherwood, Monique Lynette | The Nations Law Firm |
| 42. | 19-10951 | Lyons, Sidney Thomas, Jr. | The Nations Law Firm |
| 43. | 19-10952 | Mass, Kenneth Lamar | The Nations Law Firm |
| 44. | 19-10954 | Nguyen, Viet Thanh | The Nations Law Firm |
| 45. | 19-10956 | Owens, Houston Alonzo | The Nations Law Firm |
| 46. | 19-10957 | Pafford, Frankie Miguel Paul | The Nations Law Firm |
| 47. | 19-10959 | Timmons, Bernetta Juanee | The Nations Law Firm |
| 48. | 19-10960 | Valencia-Elis, Luciano | The Nations Law Firm |
| 49. | 19-10961 | Washington, Joseph | The Nations Law Firm |
| 50. | 19-10968 | Bell, Shereena Asheeba | The Nations Law Firm |
| 51. | 19-10970 | Bumpers, Claude, III | The Nations Law Firm |
| 52. | 19-10971 | Glamuzina, Stanko | The Nations Law Firm |
| 53. | 19-10973 | Adams, Wayne Charles | The Nations Law Firm |
| 54. | 19-10975 | Auseve, Gilbert Joseph, Jr. | The Nations Law Firm |
| 55. | 19-10977 | Bailey, Lionel Luke | The Nations Law Firm |
| 56. | 19-10978 | Baker, Oliver Wendell, Jr. | The Nations Law Firm |
| 57. | 19-10979 | Baker, Richard Lee | The Nations Law Firm |
| 58. | 19-10980 | Blackstock, Larry Gerald | The Nations Law Firm |
| 59. | 19-10981 | Borden, Stanley John | The Nations Law Firm |
| 60. | 19-10982 | Borders, Olivia Barnes | The Nations Law Firm |
| 61. | 19-10983 | Bourgeois, Arthur Joseph | The Nations Law Firm |
| 62. | 19-10984 | Bryant, Beverly Ross Mann | The Nations Law Firm |
| 63. | 19-10985 | Bryant, William Ray | The Nations Law Firm |
| 64. | 19-10986 | Burchett, Phillip Wayne | The Nations Law Firm |
| 65. | 19-10988 | Clay, Dewayne | The Nations Law Firm |
| 66. | 19-10989 | Conyers, Martin Jeremy | The Nations Law Firm |
| 67. | 19-10990 | Crawford, Craig Russell | The Nations Law Firm |
| 68. | 19-10991 | Creamer, George Buckley | The Nations Law Firm |
| 69. | 19-10992 | Dao, Giau Thi | The Nations Law Firm |
| 70. | 19-10993 | Dejean, Chris Noel, Jr. | The Nations Law Firm |
| 71. | 19-10994 | Dubose, John Troy, Jr. | The Nations Law Firm |
| 72. | 19-10996 | Duncan, Jacob Joseph | The Nations Law Firm |
| 73. | 19-10997 | Dunn, Joycelyn Carter | The Nations Law Firm |
| 74. | 19-10999 | Durham, Wendell Russell | The Nations Law Firm |
| 75. | 19-11000 | Feeler, Peggy Ann | The Nations Law Firm |
| 76. | 19-11001 | Furby, Jerry Wayne | The Nations Law Firm |
| 77. | 19-11002 | Gallant, Raymond Henry, Jr. | The Nations Law Firm |
| 78. | 19-11003 | Gallina, Devin Michael | The Nations Law Firm |
| 79. | 19-11004 | Greco, Glenn Paul | The Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 80. | 19-11006 | Griffice, Arlen Glen, Jr. | The Nations Law Firm |
| 81. | 19-11007 | Harris, De'ja Shonte' | The Nations Law Firm |
| 82. | 19-11008 | Harvey, Thomas Earl, Jr. | The Nations Law Firm |
| 83. | 19-11011 | Hinton, Rocky Dale | The Nations Law Firm |
| 84. | 19-11012 | Ho, Minh Quang | The Nations Law Firm |
| 85. | 19-11013 | Hoang, Lang | The Nations Law Firm |
| 86. | 19-11014 | Holifield, Michelle Anice | The Nations Law Firm |
| 87. | 19-11015 | Huff, Matthew Wayne | The Nations Law Firm |
| 88. | 19-11016 | Humphrey, Corey Charles | The Nations Law Firm |
| 89. | 19-11018 | Huynh, Minh Huu | The Nations Law Firm |
| 90. | 19-11019 | Jackson, Nicholas Gregory | The Nations Law Firm |
| 91. | 19-11020 | Jason, Carameca Noami | The Nations Law Firm |
| 92. | 19-11021 | Jefferson, Mitchell Anthony | The Nations Law Firm |
| 93. | 19-11022 | Johnson, Alexander | The Nations Law Firm |
| 94. | 19-11023 | Johnson, Zachary James Phelan | The Nations Law Firm |
| 95. | 19-11024 | Kearney, Virginia Christian | The Nations Law Firm |
| 96. | 19-11025 | Khath, Lorn | The Nations Law Firm |
| 97. | 19-11028 | Le, Jimmy | The Nations Law Firm |
| 98. | 19-11029 | Lewis, Carlton Lemoyne | The Nations Law Firm |
| 99. | 19-11030 | Lewis, Chadwick Madison | The Nations Law Firm |
| 100. | 19-11031 | Lingerfelt, Jeffery Leon | The Nations Law Firm |
| 101. | 19-11032 | Lockett, Charles Wayne | The Nations Law Firm |
| 102. | 19-11033 | Lowe, Ladaus Rodriques | The Nations Law Firm |
| 103. | 19-11034 | Luke, Jeremy Paul | The Nations Law Firm |
| 104. | 19-11035 | Ly, Trinh Mong | The Nations Law Firm |
| 105. | 19-11036 | Malcolm, Clement Valentine, Jr. | The Nations Law Firm |
| 106. | 19-11037 | Mallety, Tawaun Ladarly | The Nations Law Firm |
| 107. | 19-11038 | Maloy, Victoria Lynn | The Nations Law Firm |
| 108. | 19-11039 | Manila, Chan | The Nations Law Firm |
| 109. | 19-11040 | Manila, Linda | The Nations Law Firm |
| 110. | 19-11041 | Martin, Silas Richard, Jr. | The Nations Law Firm |
| 111. | 19-11043 | McConnell, Jeffery Lee | The Nations Law Firm |
| 112. | 19-11045 | Ray, Mellisie Virginia | The Nations Law Firm |
| 113. | 19-11046 | Richardson, Winslow Lamonte | The Nations Law Firm |
| 114. | 19-11048 | Riggins, Carey Terrence | The Nations Law Firm |
| 115. | 19-11049 | Riley, Timmy Lee | The Nations Law Firm |
| 116. | 19-11051 | Roberts, Darrell Eugene | The Nations Law Firm |
| 117. | 19-11052 | Robinson, Brandon Terrell | The Nations Law Firm |
| 118. | 19-11053 | Sanders, Errol Lee, Jr. | The Nations Law Firm |
| 119. | 19-11054 | Sauceda, Manuel Cristobal, Jr. | The Nations Law Firm |
| 120. | 19-11055 | Sherman, Nolan Ryan | The Nations Law Firm |
| 121. | 19-11056 | Singleton, Clarence Joshua | The Nations Law Firm |
| 122. | 19-11057 | Sommerville, Malissa Nadine | The Nations Law Firm |
| 123. | 19-11058 | St. Pierre, Eddie John | The Nations Law Firm |

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 124. | 19-11064 | Thompson, Joe Edward, Jr. | The Nations Law Firm |
| 125. | 19-11065 | Timmons, Derrick Lashun | The Nations Law Firm |
| 126. | 19-11067 | Tran, Hoi | The Nations Law Firm |
| 127. | 19-11068 | Tran, Luc Van | The Nations Law Firm |
| 128. | 19-11069 | Tran, Toi Van | The Nations Law Firm |
| 129. | 19-11070 | Turner, Fletcher Doyle | The Nations Law Firm |
| 130. | 19-11071 | Turner, Verda Wimbley | The Nations Law Firm |
| 131. | 19-11072 | Verdin, Larry Gene | The Nations Law Firm |
| 132. | 19-11074 | Dang, Do Thi Vo | The Nations Law Firm |
| 133. | 19-11075 | Vo, Dat Van | The Nations Law Firm |
| 134. | 19-11076 | Vo, Son Duc | The Nations Law Firm |
| 135. | 19-11077 | Weaver, Michael Paul | The Nations Law Firm |
| 136. | 19-11079 | Wilson, Johnnie Ray | The Nations Law Firm |
| 137. | 19-11080 | York, Reginald Montrez | The Nations Law Firm |
| 138. | 19-11081 | Plaisance, James Herbert | The Nations Law Firm |
| 139. | 19-11082 | Meggs, Sharon Denise | The Nations Law Firm |
| 140. | 19-11083 | Naquin, Leonard Gordon | The Nations Law Firm |
| 141. | 19-11085 | Nguyen, Thanh Van | The Nations Law Firm |
| 142. | 19-11087 | Nichols, Donnie Gordon | The Nations Law Firm |
| 143. | 19-11088 | Niquet, Brian Matthew, Jr. | The Nations Law Firm |
| 144. | 19-11089 | Nowell, James Edward | The Nations Law Firm |
| 145. | 19-11090 | Owens, Tiffany Chareese | The Nations Law Firm |
| 146. | 19-11091 | Parfait, Eric John | The Nations Law Firm |
| 147. | 19-11092 | Patty, William Earl | The Nations Law Firm |
| 148. | 19-11114 | McCoy, Michael | Amaro Law Firm |
| 149. | 19-11115 | Barcenas, Mary Ellen | The Nations Law Firm |
| 150. | 19-11116 | Crawford, Brandon Charles | The Nations Law Firm |
| 151. | 19-11117 | Curry, Reginald Lamarr | The Nations Law Firm |
| 152. | 19-11118 | Graves, Martin Allen | The Nations Law Firm |
| 153. | 19-11119 | Holberg, Pamela Kay Addison | The Nations Law Firm |
| 154. | 19-11120 | Huynh, Vuong Minh | The Nations Law Firm |
| 155. | 19-11122 | Le, Ri Van | The Nations Law Firm |
| 156. | 19-11123 | Miles, Frederick Pierre, Jr. | The Nations Law Firm |
| 157. | 19-11124 | Nguyen, Dinh | The Nations Law Firm |
| 158. | 19-11125 | Nguyen, Luu Ngoc | The Nations Law Firm |
| 159. | 19-11126 | Nguyen, Luu Xuan | The Nations Law Firm |
| 160. | 19-11127 | Nguyen, Quoc Van | The Nations Law Firm |
| 161. | 19-11128 | Nguyen, Thom Van | The Nations Law Firm |
| 162. | 19-11129 | Nguyen, Tuyen Bishop | The Nations Law Firm |
| 163. | 19-11130 | Stafford, Roy Lee | The Nations Law Firm |
| 164. | 19-11131 | Stallings, Frankie Dewayne | The Nations Law Firm |
| 165. | 19-11132 | Verdin, Irene Dardar | The Nations Law Firm |
| 166. | 19-11150 | Buras, Herbert Clayton, III | The Nations Law Firm |
| 167. | 19-11151 | Button, Anthony Jerome | The Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 168. | 19-11152 | Dedeaux, John Joseph | The Nations Law Firm |
| 169. | 19-11157 | Johnson, Stacy Ann | The Nations Law Firm |
| 170. | 19-11158 | Jones, Amy Faye | The Nations Law Firm |
| 171. | 19-11159 | Labeth, Morgan Watts | The Nations Law Firm |
| 172. | 19-11160 | Le, Kim Em Thi | The Nations Law Firm |
| 173. | 19-11161 | Lopez, Donna Marie | The Nations Law Firm |
| 174. | 19-11163 | Pham, Henry Hai | The Nations Law Firm |
| 175. | 19-11164 | Santiny, Jonathan Reid | The Nations Law Firm |
| 176. | 19-11165 | Shore, Charles Joseph, Jr. | The Nations Law Firm |
| 177. | 19-11166 | Sommerville, Eugene Stanley, III | The Nations Law Firm |
| 178. | 19-11177 | Freeman, Tommie, Jr. | Amaro Law Firm |
| 179. | 19-11188 | Carter, James Albert | The Nations Law Firm |
| 180. | 19-11189 | Carter, Latoya | The Nations Law Firm |
| 181. | 19-11190 | Infinger, Mary Farris | The Nations Law Firm |
| 182. | 19-11191 | Johnson, Robert Drew | The Nations Law Firm |
| 183. | 19-11193 | Salcedo, Jose Joel | The Nations Law Firm |
| 184. | 19-11194 | Truong, Vu Dinh | The Nations Law Firm |
| 185. | 19-11216 | Borst-Chow, Rodas Regan | The Downs Law Group |
| 186. | 19-11218 | Gomez, Luis | Amaro Law Firm |
| 187. | 19-11222 | Campbell, Jason Brian | The Downs Law Group |
| 188. | 19-11242 | Crockett, Joseph | Amaro Law Firm |
| 189. | 19-11276 | Roten, David | Amaro Law Firm |
| 190. | 19-11300 | Alexander, James Edward, Jr. | The Nations Law Firm |
| 191. | 19-11301 | Bridges, Tessica Rayfillia | The Nations Law Firm |
| 192. | 19-11302 | Huff, Bobby Earl, Jr. | The Nations Law Firm |
| 193. | 19-11304 | LeBouef, Jimmie Joseph, Sr. | The Nations Law Firm |
| 194. | 19-11305 | Luke, Jaby Jude | The Nations Law Firm |
| 195. | 19-11306 | McGee, Rosa Mildred | The Nations Law Firm |
| 196. | 19-11307 | Roberts, Anita Williams | The Nations Law Firm |
| 197. | 19-11308 | Tran, Ngoc Thanh | The Nations Law Firm |
| 198. | 19-11309 | Jones, Bruce | Amaro Law Firm |
| 199. | 19-11319 | Benner, Edward Ray | The Downs Law Group |
| 200. | 19-11325 | Bowdry, Fabrice | The Downs Law Group |
| 201. | 19-11329 | Jones, Claudette | The Nations Law Firm |
| 202. | 19-11368 | Rodriquez, Carlos, Jr. | Amaro Law Firm |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 1. | 19-10972 | Gadson, Michael Leon, Jr. | The Nations Law Firm | Missing signed PPF and authorizations |
| 2. | 19-10987 | Byars, Alvin Lee | The Nations Law Firm | Missing signed PPF and authorizations |
| 3. | 19-11153 | Dortch, Buddy | The Nations Law Firm | Missing signed PPF and authorizations |