UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **BELO Cases identified in the attached exhibits** | * | |

**ORDER**
**[As to the 299 BELO Plaintiffs Represented by the Nations Law Firm and Identified in the September 12, 2019 Show Cause Order (Rec. Doc. 26016)]**

On September 12, 2019, the Court issued an Order to Show Cause with respect to 303 BELO Plaintiffs ("Show Cause Order," Rec. Doc. 26016). The plaintiffs subject to the Show Cause Order had failed to provide full and complete initial disclosures by the initial 90-day deadline set by BELO Case Management Order No. 1, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. The Court ordered counsel for the plaintiffs identified in the Show Cause Order to appear on Friday, September 27, 2019, and show cause why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). The Nations Law Firm represents 299 of the 303 plaintiffs subject to the Show Cause Order.

At the Show Cause Hearing, the Court ordered BP and the Nations Law Firm to file a joint supplemental report identifying: (1) those plaintiffs that the parties agree are compliant as of September 27, 2019; and (2) those plaintiffs that BP contends are not compliant as of September 27, 2019 and are therefore subject to dismissal. (*See* Rec. Doc. 26047). The parties have filed the Joint Supplemental Report, which the Court has reviewed. (Rec. Doc. 26051).

The parties agree that the 101 Nations Law Firm plaintiffs identified in **Exhibit A** to this Order have submitted full and complete disclosures as of the September 27, 2019 Show Cause Hearing. Those cases will not be dismissed.

The 198 Nations Law Firm plaintiffs identified in **Exhibit B** to this Order have not submitted full and complete disclosures as of the September 27, 2019 Show Cause Hearing. Those cases will be dismissed with prejudice.

Accordingly.

IT IS ORDERED that the Show Cause Order (Rec. Doc. 26016) is SATISFIED and SET ASIDE with respect to the 101 plaintiffs identified in **Exhibit A** to this Order, and their complaints are NOT dismissed.

IT IS FURTHER ORDERED that the Show Cause Order (Rec. Doc. 26016) is NOT satisfied with respect to the 198 plaintiffs identified in **Exhibit B**, and their complaints are DISMISSED WITH PREJUDICE. The Court will enter judgments of dismissal in the individual dockets for each of these 198 cases.

New Orleans, Louisiana this 3rd day of October, 2019.

_____
United States District Judge