EXHIBIT A
THE 101 PLAINTIFFS LISTED BELOW ARE NOT DISMISSED BY THE ORDER OF OCT. 3, 2019.

| Show-Cause Order Number | Docket Number | Plaintiff |
|---|---|---|
| 10 | 19-04018 | Nguyen, Manh The |
| 14 | 19-04095 | Nguyen, Kenny Hung Mong |
| 20 | 19-04133 | Tran, Phuong Quoc |
| 28 | 19-04696 | Degroote, James David |
| 31 | 19-04728 | Vo, Duc Troung |
| 33 | 19-04738 | Vu, Thoa Thhi |
| 36 | 19-04868 | Jackson, William Earl, Jr. |
| 37 | 19-05556 | Andrews, Dennis Wayne, Jr. |
| 38 | 19-05570 | Branch, Corey |
| 39 | 19-05572 | Demoll, James Collins, Jr. |
| 40 | 19-05576 | Dennis, Lavaughn Joseph |
| 41 | 19-05577 | Do, Ta P. |
| 43 | 19-05603 | Fitch, Terry Adam |
| 47 | 19-05643 | Graham, Susan Hunt |
| 49 | 19-05649 | Johnson, Arlando |
| 50 | 19-05650 | Johnson, Derrick Duval |
| 54 | 19-05663 | Wilson, Joe Simon |
| 62 | 19-06450 | Nguyen, Phuoc Van |
| 67 | 19-06565 | Le, Kiet Tuan |
| 68 | 19-06568 | Le, Hung Cong |
| 69 | 19-06570 | Le, Khoa Dao |

| Show-Cause Order Number | Docket Number | Plaintiff |
|---|---|---|
| 70 | 19-06572 | Le, Khoa H. |
| 71 | 19-06579 | Mitchell, Mason Lee |
| 72 | 19-06581 | Mitchell, Louis Earl |
| 76 | 19-07223 | Loper, Theodore Willis |
| 77 | 19-07229 | Lott, Daniel Scott |
| 78 | 19-07338 | Truong, Ut Thanh Van |
| 83 | 19-07406 | Tran, Nhieu Van |
| 85 | 19-07419 | Tran, Lun Kim |
| 86 | 19-07423 | Tran, Loi Huu |
| 92 | 19-07496 | Nguyen, Luan |
| 93 | 19-07506 | Nguyen, Andy Van |
| 95 | 19-07517 | Ngo, Liem Thanh |
| 97 | 19-07526 | Rogers, Lavinckey Mantrell |
| 98 | 19-07529 | Nero, Louis Henry |
| 100 | 19-07540 | Bui, Tien D. |
| 101 | 19-07966 | Nguyen, Dao Minh |
| 104 | 19-08000 | Norris, Diane Jean[1] |
| 113 | 19-08097 | Tran, Andrew Phong |
| 118 | 19-08164 | Smith, David Leo, Sr. |
| 124 | 19-08232 | Phan, Sang Van |
| 127 | 19-08238 | Pugh, Allen |
| 137 | 19-09094 | Crumedy, Keith Laronzelle |
| 141 | 19-09104 | Jones, Shelvin Lanell |
| 143 | 19-09124 | Cutura, Anto |
| 144 | 19-09128 | Huynh, Nghia Loi |
| 148 | 19-09154 | Trabeau, James Darrell |
| 149 | 19-09170 | Brown, Gerron Raphael |
| 151 | 19-09175 | Fancher, Richard Todd |
| 155 | 19-09185 | Hawkins, Gary Louis, Jr. |
| 157 | 19-09191 | Johns, Christopher Sanford |
| 167 | 19-09208 | Nguyen, Tung Huu |
| 177 | 19-09252 | Daniels, Leslie Bernard |
| 181 | 19-09266 | Holifield, Marvin Dewayne |
| 182 | 19-09267 | Houston, Dominic Jermaine |
| 186 | 19-09274 | Jarrell, Guy Leslie |
| 191 | 19-09282 | Tran, Cau V. |

---

[1] Certain of Plaintiff Diane Jean Norris's authorization forms were not properly completed. Plaintiff has agreed to correct this issue, and the BP Parties have agreed not to seek dismissal of her case at this time. The BP Parties reserve the right to seek dismissal in the future if the deficiency is not cured.

| Show-Cause Order Number | Docket Number | Plaintiff |
|---|---|---|
| 194 | 19-09347 | Dyess, Odell |
| 196 | 19-09356 | Tank, Bobby Bernard |
| 199 | 19-09369 | McCarty, Reginald |
| 202 | 19-09379 | Stewart, Dionne |
| 203 | 19-09382 | Taylor, Lentrice |
| 208 | 19-09414 | Hubbard, Kevin Dewayne |
| 213 | 19-09430 | Willis, Jermaine Lamar |
| 214 | 19-09441 | Pham, Hoai Minh |
| 216 | 19-09445 | Exline, Allison Grace |
| 217 | 19-09450 | Lamey, Bennie Joseph, Jr. |
| 219 | 19-09456 | McGowen, John Terrence |
| 223 | 19-09471 | Vo, Ai |
| 230 | 19-09531 | Wells, Clayton Leroy |
| 231 | 19-09561 | Agent, Rachel Sherlan |
| 232 | 19-09562 | Alston, Sherry Sherrie Marie |
| 233 | 19-09563 | Ballard, Shannon Onama |
| 235 | 19-09570 | Dill, Aubrey Joseph |
| 236 | 19-09571 | Do, Tai Van |
| 237 | 19-09573 | Ellison, William Brian |
| 239 | 19-09575 | Johnson, Michael Dewayne, II |
| 242 | 19-09590 | Womack, Orenthal James |
| 243 | 19-09591 | Verdin, Dillon John |
| 246 | 19-09595 | Fillingim, Mark Allan |
| 247 | 19-09596 | Floyd, Toney Lee |
| 248 | 19-09604 | Reese, Arvetta Latrice |
| 249 | 19-09605 | Simpkins, Jeremy Christopher |
| 253 | 19-09622 | Fountain, Leonard Charles, Jr. |
| 255 | 19-09628 | Locke, Mario Lee |
| 257 | 19-09631 | Trang, Tan Van |
| 259 | 19-09671 | Durr, William Clayton |
| 263 | 19-09678 | Law, Terence Terrell |
| 264 | 19-09682 | Massey, Tyler Cole |
| 266 | 19-09685 | Nguyen, Dung Ngoc |
| 267 | 19-09688 | Parker, Ernest Cleveland, Jr. |
| 272 | 19-09703 | Lisenby, Michael Patrick |
| 277 | 19-09729 | Eggart, William Edward |
| 278 | 19-09732 | Ho, Hoa Minh |
| 283 | 19-09742 | Luu, Hoang Kim |
| 287 | 19-09750 | Nguyen, Sang Cong |
| 296 | 19-09768 | Todd, Charles Ryan |
| 298 | 19-09770 | Tran, Johnway |
| 301 | 19-09776 | Weaver, Richard Alonzo |

| Show-Cause Order Number | Docket Number | Plaintiff |
|---|---|---|
| 302 | 19-09778 | Wilkens, Denise |
| 303 | 19-09783 | Zierk, Andrew Scott |