EXHIBIT B
THE 198 PLAINTIFFS LISTED BELOW ARE DISMISSED WITH PREJUDICE.

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 1 | 19-01465 | Nguyen, Ricky Van | PPF signed but lacks substantive responses |
| 3 | 19-03879 | Matter, Kathleen Drew | No production |
| 4 | 19-03882 | Mayfield, Anthony Darin | No production |
| 5 | 19-03886 | McBride, Cleon Windall Brooks | No production |
| 6 | 19-03931 | Moore, George Leslie | No production |
| 7 | 19-03987 | Millender, Terry Jerome, Jr. | No production |
| 8 | 19-03997 | Nguyen, Thi Nhung | No production |
| 9 | 19-04013 | Ong, Duc Minh | No production |
| 11 | 19-04027 | Moore, Tremain O'Neal | No production |
| 12 | 19-04037 | Nguyen, Mung Thi | No production |
| 13 | 19-04038 | Nelson, Shannon Derrell | No production |
| 15 | 19-04097 | Nguyen, My Tan | No production |
| 16 | 19-04107 | Nguyen, Hung Huy | No production |
| 17 | 19-04114 | Nguyen, Robert Alfred | No production |
| 18 | 19-04121 | Williamson, Wayne Morris, Jr. | No production |
| 19 | 19-04129 | Tran, Nhat Minh | No production |
| 21 | 19-04146 | Mosley, Neigel Ranael | No production |
| 22 | 19-04151 | Mucci, Dave John | No production |
| 23 | 19-04152 | Nabors, Jimmy Earl | No production |
| 24 | 19-04636 | Batiste, Renaldo | No production |
| 25 | 19-04650 | Chauvin, Jamie Anthony | No production |
| 26 | 19-04671 | Connelly, George Peter, III. | No production |
| 27 | 19-04682 | Dang, Tony Van | No production |
| 29 | 19-04701 | Freeman, Ray Bryn, Jr. | No production |
| 30 | 19-04717 | Harden, William Lee, Jr. | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 32 | 19-04731 | Vo, Minh Van | No production |
| 34 | 19-04745 | Washington, Bryant Keith | No production |
| 35 | 19-04756 | Howze, James Lamar | No production |
| 42 | 19-05599 | Early, Joseph, Jr. | No production |
| 44 | 19-05606 | Fowler, John Henry | No production |
| 45 | 19-05608 | Gaudet, Judy Ann | No production |
| 46 | 19-05639 | Goleman, Nathan Eugene, Sr. | No production |
| 48 | 19-05644 | Green, Clarence Joseph | No production |
| 51 | 19-05653 | White, Russell Steven | No production |
| 52 | 19-05656 | Williams, James Edward | No production |
| 53 | 19-05658 | Williams, Joseph Dewayne | No production |
| 55 | 19-05829 | White, Jermaine Olivia | No production |
| 56 | 19-06238 | Asbury, Aaron Von | No production |
| 57 | 19-06333 | Brown, Timothy Tyrone | No production |
| 58 | 19-06367 | Bui, Thanh Minh | No production |
| 59 | 19-06406 | Cain, Timothy Gleen | No production |
| 60 | 19-06420 | Carpenter, Mark | No production |
| 61 | 19-06428 | Chaisson, Hartman Joseph, Sr. | No production |
| 63 | 19-06456 | Nguyen, Rick Hai Van | No production |
| 64 | 19-06475 | Nguyen, Thang Van | No production |
| 65 | 19-06503 | Green, Keith Robert | No production |
| 66 | 19-06515 | Johnston, Raymond Anthony | No production |
| 73 | 19-07176 | Le, Paul Van | No production |
| 74 | 19-07191 | Le, Thuong Van | No production |
| 75 | 19-07207 | Lee, Gerald Wayne, Jr. | No production |
| 79 | 19-07343 | Truong, Manh Van | No production |
| 80 | 19-07369 | Tran, Vy Van | No production |
| 81 | 19-07393 | Tran, Quoi Huu | No production |
| 82 | 19-07403 | Tran, Quang Thanh | No production |
| 84 | 19-07415 | Tran, Ly Van | No production |
| 87 | 19-07427 | Tran, Kenny | No production |
| 88 | 19-07434 | Tran, Huynh Anh | No production |
| 89 | 19-07437 | Nguyen, Thanh Van | No production |
| 90 | 19-07483 | Nguyen, Hanh V. | No production |
| 91 | 19-07492 | Nguyen, Khoa T. | No production |
| 94 | 19-07510 | Nguyen, Cuong Van | No production |
| 96 | 19-07518 | Nguyen, Anthony An Duc | No production |
| 99 | 19-07538 | Hoang, Johnny Minh Tri | No production |
| 102 | 19-07983 | Nguyen, Tuan Van | No production |
| 103 | 19-07990 | Nix, Kristopher Aaron | No production |
| 105 | 19-08017 | Orbin, Roberta Gene | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 106 | 19-08021 | Oum, Sovanary | No production |
| 107 | 19-08030 | Parker, Percy Todd | No production |
| 108 | 19-08037 | Passantino, Paul Martin | No production |
| 109 | 19-08043 | Payne, Stephen Hurst | No production |
| 110 | 19-08071 | Vu, Phong Anh | No production |
| 111 | 19-08076 | Tran, Hiep Nghia | No production |
| 112 | 19-08090 | Tran, Anthony Kinh | No production |
| 114 | 19-08103 | Tong, Thoai Chi | No production |
| 115 | 19-08124 | Svenson, Constance Hunter | No production |
| 116 | 19-08141 | Stabler, George McArthur | No production |
| 117 | 19-08152 | Spencer, Leon | No production |
| 120 | 19-08182 | Sa, Nari Oanh | No production |
| 121 | 19-08226 | Perrington, Glenn William | No production |
| 122 | 19-08227 | Pettway, Nicholas Devon | No production |
| 123 | 19-08230 | Phan, Hanh Van | No production |
| 125 | 19-08234 | Phan, Tri Van | No production |
| 126 | 19-08236 | Ponthieux, Timothy Calvin | No production |
| 128 | 19-08246 | Ryan, Jimmy Wayne | No production |
| 129 | 19-08726 | Bowens, Tamara Moneek | No production |
| 130 | 19-08737 | Dale, Tony Dwayne | No production |
| 131 | 19-08773 | Griffin, Kennard Bryan, Jr. | No production |
| 132 | 19-09062 | Guillot, Travis Anthony | No production |
| 133 | 19-09080 | Anglin, Cheyenne Samuel | No production |
| 134 | 19-09083 | Avery, Quintel Byron | No production |
| 135 | 19-09084 | Barnes, David Howard | No production |
| 136 | 19-09093 | Collier, Dennis Wayne | No production |
| 138 | 19-09097 | Ethridge, Elizabeth Machel | No production |
| 139 | 19-09099 | Nguyen, Hung Ngoc | No production |
| 140 | 19-09100 | Martinez, Kadee Evans | No production |
| 142 | 19-09112 | Hunter, William Labronce | No production |
| 145 | 19-09141 | Phillips, Donald William | No production |
| 146 | 19-09145 | Robinson, Darian Deon | No production |
| 147 | 19-09149 | Terluin, Jan Louis, Jr. | No production |
| 150 | 19-09172 | Crabtree, Dusty Ann | No production |
| 152 | 19-09177 | Frost, Clifford | No production |
| 153 | 19-09178 | Fuscia, Jeffrey Dale | No production |
| 154 | 19-09184 | Gosa, David Michael | No production |
| 156 | 19-09189 | Hope, Garry Lee | No production |
| 158 | 19-09192 | Johnson, Deon Andrew | No production |
| 159 | 19-09193 | Le, Tong Minh | No production |
| 160 | 19-09196 | Martin, Darren Keith | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 161 | 19-09200 | Mitchell, Essie Antonio | No production |
| 162 | 19-09201 | Ngo, Tron Van | No production |
| 163 | 19-09203 | Nguyen, Khanh Van | No production |
| 164 | 19-09204 | Nguyen, Lien Thi | No production |
| 165 | 19-09205 | Nguyen, Nam | No production |
| 166 | 19-09206 | Nguyen, Nam Van | No production |
| 168 | 19-09209 | O'Brien, Nicholas Stephen | No production |
| 169 | 19-09211 | Sarn, Sopheap | No production |
| 170 | 19-09217 | Vercher, Julie Michele | No production |
| 171 | 19-09238 | Basulito, Edelio Roman, Jr. | No production |
| 172 | 19-09239 | Blanchard, Timothy Joseph, Jr. | No production |
| 173 | 19-09242 | Conner, Wade Joseph, Jr. | No production |
| 174 | 19-09247 | Lott, Everett Lee | No production |
| 175 | 19-09248 | Campbell, Randall Joe | No production |
| 176 | 19-09250 | Cottrell, Calvin Kenneth, Jr. | No production |
| 178 | 19-09255 | Foret, Brian Paul, Jr. | PPF signed but lacks substantive responses |
| 179 | 19-09256 | Garcia, Andres Valentin, Jr. | No production |
| 180 | 19-09264 | Harris, Stanley James, Jr. | No production |
| 183 | 19-09268 | Golston, Michael Dewayne | No production |
| 184 | 19-09270 | In, Kimyi | No production |
| 185 | 19-09272 | Jackson, Michael Corey | No production |
| 187 | 19-09277 | Nguyen, Linh Thi | No production |
| 188 | 19-09278 | Kimbrough, Walter O'Brian | No production |
| 189 | 19-09280 | Leblanc, David Paul | No production |
| 190 | 19-09281 | Le, Nam Hoang | No production |
| 192 | 19-09283 | Silas, Rodney | No production |
| 193 | 19-09285 | Nguyen, Tony Giang | No production |
| 195 | 19-09351 | Lizana, James Rogers | No production |
| 197 | 19-09357 | White, Andre | No production |
| 198 | 19-09367 | Luke, Lillian Ann | No production |
| 200 | 19-09376 | Williams, Jeremiah Deokta | No production |
| 201 | 19-09378 | Vincent, Terrance Stephen | No production |
| 204 | 19-09384 | Taylor, Derron Anthony | No production |
| 205 | 19-09405 | Buckley, Leonard Rosevelt | No production |
| 206 | 19-09408 | Colletti, Kally Yvonne | No production |
| 207 | 19-09410 | Evans, Ladarius Demetrius | No production |
| 209 | 19-09417 | Johnson, Kirstin Lachae | No production |
| 210 | 19-09421 | Jordan, Robert Durel | No production |
| 211 | 19-09427 | Verdin, Joseph Alvin | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 212 | 19-09428 | Verdin, Keith John | No production |
| 215 | 19-09442 | Dortch, Kerwin Aloysius | No production |
| 218 | 19-09455 | Maise, Penny Ann | No production |
| 220 | 19-09457 | McMillon, Joseph Carl | No production |
| 221 | 19-09461 | Nguyen, Luan Van | No production |
| 222 | 19-09465 | Rodrigue, Sandra Lee Mae | No production |
| 224 | 19-09473 | Vo, Hoang The | No production |
| 225 | 19-09517 | Hongsa, Bunkhum | No production |
| 226 | 19-09524 | Nguyen, Tony Ngoc | No production |
| 227 | 19-09525 | Nguyen, Tuan Thanh | No production |
| 228 | 19-09526 | Nguyen, Y Luu | No production |
| 229 | 19-09528 | Pirello, David Andrew | No production |
| 234 | 19-09566 | Bullard, Thomas Jerrel | No production |
| 238 | 19-09574 | Franklin, Melvin Dwight | No production |
| 240 | 19-09577 | Jones, Mikell Armond | No production |
| 244 | 19-09593 | Ngo, Nghia Hoang | No production |
| 245 | 19-09594 | McCants, Larry Darnell | No production |
| 250 | 19-09608 | Sun, Hong Sreng | No production |
| 251 | 19-09620 | Demoll, Herman James, Jr. | No production |
| 252 | 19-09621 | Evans, Timothy Quintel | No production |
| 254 | 19-09623 | Gainer, Jeffrey Lamar | No production |
| 256 | 19-09629 | Mackey, Rodney Darnell | No production |
| 258 | 19-09642 | Thompson, Anthony Lee | No production |
| 260 | 19-09672 | Farrier, Richard Henry | No production |
| 261 | 19-09673 | Hinton, Dwayne Antony | No production |
| 262 | 19-09676 | Knott, Patrick Lashawn | No production |
| 265 | 19-09683 | McCall, Timothy James | No production |
| 268 | 19-09692 | Perez, Wesley Vaughn | No production |
| 269 | 19-09693 | Pickett, Ali Syrvein | No production |
| 270 | 19-09696 | Rodgers, Tommie Ray | No production |
| 271 | 19-09702 | Thayer, Roger Lee, Jr. | No production |
| 273 | 19-09724 | Cao, Nghia Thi | No production |
| 275 | 19-09726 | Davis, Ernest Daniel | No production |
| 276 | 19-09727 | Davis, Kamal Rashad | No production |
| 279 | 19-09733 | Jacobs, Richard Lee | No production |
| 280 | 19-09739 | Law, Calvin Carnell | No production |
| 281 | 19-09740 | Le, Tanh Ba | No production |
| 282 | 19-09741 | Lucas, Robert Shane | No production |
| 284 | 19-09744 | McKay, Keenan Jershon | No production |
| 285 | 19-09745 | McKinley, Howard Fremonce | No production |
| 286 | 19-09747 | Nguyen Le, Hy Thi | No production |

| Show-Cause Order Number | Docket Number | Plaintiff | Deficiency |
|---|---|---|---|
| 288 | 19-09751 | Nguyen, Sang Thanh | Missing signed PPF and authorizations and medical records |
| 289 | 19-09752 | Nguyen, Thuyen Van | No production |
| 290 | 19-09753 | Nguyen, Trong Duc | No production |
| 291 | 19-09755 | Nguyen, Viet Van | No production |
| 292 | 19-09756 | Phillips, Matthew Steven | No production |
| 293 | 19-09758 | Pressel, Brent Alan | No production |
| 294 | 19-09766 | Taylor, Rickie Allen | No production |
| 295 | 19-09767 | Thrift, Charles Shane | No production |
| 297 | 19-09769 | Tran, Dau | No production |
| 299 | 19-09773 | Tran, On Van | No production |
| 300 | 19-09774 | Tran, Ty Van | No production |