# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Applies to: 12-cv-968: BELO | |

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 19-09827 | 19-09940 | 19-10121 | 19-10254 | 19-10387 | 19-10471 |
| 19-09829 | 19-09942 | 19-10122 | 19-10258 | 19-10390 | 19-10476 |
| 19-09832 | 19-09947 | 19-10130 | 19-10260 | 19-10391 | 19-10478 |
| 19-09850 | 19-09950 | 19-10173 | 19-10262 | 19-10396 | 19-10480 |
| 19-09856 | 19-09951 | 19-10179 | 19-10264 | 19-10399 | 19-10481 |
| 19-09857 | 19-09954 | 19-10180 | 19-10265 | 19-10400 | 19-10482 |
| 19-09861 | 19-09955 | 19-10185 | 19-10266 | 19-10401 | 19-10483 |
| 19-09863 | 19-09961 | 19-10188 | 19-10267 | 19-10402 | 19-10541 |
| 19-09864 | 19-09962 | 19-10193 | 19-10269 | 19-10407 | 19-10544 |
| 19-09866 | 19-09968 | 19-10195 | 19-10270 | 19-10409 | 19-10548 |
| 19-09867 | 19-09969 | 19-10198 | 19-10276 | 19-10413 | 19-10550 |
| 19-09868 | 19-09984 | 19-10199 | 19-10277 | 19-10415 | 19-10555 |
| 19-09876 | 19-09997 | 19-10203 | 19-10279 | 19-10420 | 19-10559 |
| 19-09877 | 19-10001 | 19-10205 | 19-10280 | 19-10436 | 19-10561 |
| 19-09879 | 19-10013 | 19-10208 | 19-10283 | 19-10437 | 19-10566 |
| 19-09880 | 19-10020 | 19-10210 | 19-10299 | 19-10438 | 19-10574 |
| 19-09887 | 19-10025 | 19-10211 | 19-10301 | 19-10440 | 19-10576 |
| 19-09891 | 19-10026 | 19-10213 | 19-10302 | 19-10445 | 19-10581 |
| 19-09892 | 19-10034 | 19-10215 | 19-10306 | 19-10446 | 19-10662 |
| 19-09895 | 19-10042 | 19-10218 | 19-10307 | 19-10448 | 19-10664 |
| 19-09897 | 19-10045 | 19-10222 | 19-10309 | 19-10449 | 19-10703 |
| 19-09899 | 19-10053 | 19-10223 | 19-10310 | 19-10451 | 19-10704 |
| 19-09900 | 19-10106 | 19-10224 | 19-10312 | 19-10452 | |
| 19-09901 | 19-10107 | 19-10243 | 19-10319 | 19-10453 | |
| 19-09903 | 19-10110 | 19-10244 | 19-10380 | 19-10458 | |
| 19-09913 | 19-10111 | 19-10245 | 19-10381 | 19-10459 | |
| 19-09936 | 19-10120 | 19-10253 | 19-10385 | 19-10470 | |

**THE BP PARTIES' OCTOBER 9, 2019 STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER NO. 2**

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. This Report includes plaintiffs previously listed on the September 4, 2019 Status Report (Rec. Doc. 26004) who failed to provide full and complete initial disclosures after having been ordered to do so by October 2, 2019 (Rec. Doc. 26018) (i.e., "Category II" plaintiffs), and whose cases have not been voluntarily dismissed. This Report reflects the status of initial disclosures received as of 5 p.m. ET on Tuesday, October 8, 2019.

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List |
|---|---|
| The Nations Law Firm | 156 |
| Amaro Law Firm | 1 |
| **Total** | **157** |

**Category II Plaintiffs**

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-09827 | Crocton, Rodney Lindsey | The Nations Law Firm | No production |
| 2. | 19-09829 | Cave, Charlie Banard | The Nations Law Firm | No production |
| 3. | 19-09832 | Edwards, Reginald Labarron | The Nations Law Firm | No production |
| 4. | 19-09850 | Pritt, Kevin Jay | The Nations Law Firm | No production |
| 5. | 19-09856 | Theriot, Jeramie Joshua | The Nations Law Firm | No production |
| 6. | 19-09857 | Vanderhall, Teresa Brown | The Nations Law Firm | No production |
| 7. | 19-09861 | Billiot, Crystal Hendon | The Nations Law Firm | No production |
| 8. | 19-09863 | Billiot, Laura Lane | The Nations Law Firm | No production |
| 9. | 19-09864 | Billiot, Ranzel Joseph | The Nations Law Firm | No production |
| 10. | 19-09866 | Boudreaux, Clinton Bernard | The Nations Law Firm | No production |
| 11. | 19-09867 | Carlee, James Benjamine | The Nations Law Firm | No production |

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
| --- | --- | --- | --- | --- |
| 12. | 19-09868 | Chaisson, Lawrence Joseph | The Nations Law Firm | No production |
| 13. | 19-09876 | Falgout, Roosevelt J. | The Nations Law Firm | No production |
| 14. | 19-09877 | Johnson, Edwina Theresa | The Nations Law Firm | No production |
| 15. | 19-09879 | Mobley, Lorenzo Dwayne | The Nations Law Firm | No production |
| 16. | 19-09880 | Nguyen, Nhan | The Nations Law Firm | No production |
| 17. | 19-09887 | Verdin, Oneil M. | The Nations Law Firm | No production |
| 18. | 19-09891 | White, Coty James | The Nations Law Firm | No production |
| 19. | 19-09892 | Anderson, Richard Walter | The Nations Law Firm | No production |
| 20. | 19-09895 | Borne, Travis James | The Nations Law Firm | No production |
| 21. | 19-09897 | Collins, Jody Stephen | The Nations Law Firm | No production |
| 22. | 19-09899 | Danos, Danny Lee | The Nations Law Firm | No production |
| 23. | 19-09900 | Dardar, Joshua Michael | The Nations Law Firm | No production |
| 24. | 19-09901 | Eldridge, Teneshia Sharta | The Nations Law Firm | No production |
| 25. | 19-09903 | Fontaine, Cody Layne | The Nations Law Firm | No production |
| 26. | 19-09913 | Verdin, Carl Antoine | The Nations Law Firm | No production |
| 27. | 19-09936 | Collum, Sandy Lynn | The Nations Law Firm | No production |
| 28. | 19-09940 | Feltman, Dennis Keith | The Nations Law Firm | No production |
| 29. | 19-09942 | Frantz, Jeffery David | The Nations Law Firm | No production |
| 30. | 19-09947 | Ward, Michael Ernest | The Nations Law Firm | No production |
| 31. | 19-09950 | Henry, John Richard | The Nations Law Firm | No production |
| 32. | 19-09951 | Ingram, Kenzia Jonita | The Nations Law Firm | No production |
| 33. | 19-09954 | Keyes, Anquelic Shontae | The Nations Law Firm | No production |
| 34. | 19-09955 | Loftus, William Kyle | The Nations Law Firm | No production |
| 35. | 19-09961 | Miller, Ram Anthony | The Nations Law Firm | No production |
| 36. | 19-09962 | Morales, Alex, Jr. | The Nations Law Firm | No production |
| 37. | 19-09968 | Rankins, Christopher Jacob | The Nations Law Firm | No production |
| 38. | 19-09969 | Shivers, Elando Kelly | The Nations Law Firm | No production |
| 39. | 19-09984 | Kent, Larry | Amaro Law Firm | No production |
| 40. | 19-09997 | Carter, Johnny Leroy | The Nations Law Firm | No production |
| 41. | 19-10001 | Dasher, Michael Eugene, Jr. | The Nations Law Firm | No production |
| 42. | 19-10013 | Klock, Charles William | The Nations Law Firm | No production |
| 43. | 19-10020 | Lett, Cassious Darell | The Nations Law Firm | No production |
| 44. | 19-10025 | McGuire, Brayton Scott | The Nations Law Firm | No production |
| 45. | 19-10026 | Mills, Joseph Cornelius | The Nations Law Firm | No production |
| 46. | 19-10034 | Perrin, Don David | The Nations Law Firm | No production |
| 47. | 19-10042 | Ros, George Anthony | The Nations Law Firm | No production |

| | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|---|---|---|---|---|
| 48. | 19-10045 | Salter, Terrance James | The Nations Law Firm | Missing dated authorization for release of records from the Deepwater Horizon Claims Administrator |
| 49. | 19-10053 | Wing, Joshua Thomas | The Nations Law Firm | No production |
| 50. | 19-10106 | Austin, Jeffrey Kent | The Nations Law Firm | No production |
| 51. | 19-10107 | Becknell, Clarence Alexander, Jr. | The Nations Law Firm | No production |
| 52. | 19-10110 | Delle, Jack John, Jr. | The Nations Law Firm | No production |
| 53. | 19-10111 | Flannery, Jeremy Wilson | The Nations Law Firm | No production |
| 54. | 19-10120 | Nguyen, Que Van | The Nations Law Firm | No production |
| 55. | 19-10121 | Overstreet, Darish | The Nations Law Firm | No production |
| 56. | 19-10122 | Packer, Darryl Demetrius | The Nations Law Firm | No production |
| 57. | 19-10130 | Steib, Farrell Paul, Jr. | The Nations Law Firm | No production |
| 58. | 19-10173 | Dardar, Teddy Darnella | The Nations Law Firm | No production |
| 59. | 19-10179 | Evans, James Joseph, Jr. | The Nations Law Firm | No production |
| 60. | 19-10180 | Fischer, Marilyn Kay | The Nations Law Firm | No production |
| 61. | 19-10185 | Haynes, Todd Louis | The Nations Law Firm | No production |
| 62. | 19-10188 | Kyles, Michael Therese | The Nations Law Firm | No production |
| 63. | 19-10193 | Price, Jeremy Joseph | The Nations Law Firm | No production |
| 64. | 19-10195 | Sevin, Willard Paul, Jr. | The Nations Law Firm | No production |
| 65. | 19-10198 | Simon, Daryl Joseph | The Nations Law Firm | No production |
| 66. | 19-10199 | Steorts, Ricky Dale | The Nations Law Firm | No production |
| 67. | 19-10203 | Theriot, Gene Eddie | The Nations Law Firm | No production |
| 68. | 19-10205 | Sewer, Darrell Henry | The Nations Law Firm | No production |
| 69. | 19-10208 | Turner, Adonis Bennett, Jr. | The Nations Law Firm | No production |
| 70. | 19-10210 | Vizier, Craig Michael | The Nations Law Firm | No production |
| 71. | 19-10211 | Watson, Corry Deshun | The Nations Law Firm | No production |
| 72. | 19-10213 | Rayford, Gandar Cherief | The Nations Law Firm | No production |
| 73. | 19-10215 | Du, Hue Kien | The Nations Law Firm | No production |
| 74. | 19-10218 | Hagadone, Dustin James | The Nations Law Firm | No production |
| 75. | 19-10222 | Marinkovic, Milivoj | The Nations Law Firm | No production |
| 76. | 19-10223 | Hunter, Dominique Marquise | The Nations Law Firm | No production |
| 77. | 19-10224 | Pharr, Roderick Lavert | The Nations Law Firm | No production |
| 78. | 19-10243 | Dang, Cuong Van | The Nations Law Firm | No production |
| 79. | 19-10244 | Dang, Duong Tung | The Nations Law Firm | No production |
| 80. | 19-10245 | Davis, Johnnie Ray | The Nations Law Firm | No production |

|  | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|---|---|---|---|---|
| 81. | 19-10253 | Hall, Charlie Leon, III | The Nations Law Firm | No production |
| 82. | 19-10254 | Hayes, Lamont Daniel | The Nations Law Firm | No production |
| 83. | 19-10258 | Kern, William Barton, Jr. | The Nations Law Firm | No production |
| 84. | 19-10260 | Lovette, Eric Vonshia | The Nations Law Firm | No production |
| 85. | 19-10262 | Mai, Tong Van | The Nations Law Firm | No production |
| 86. | 19-10264 | Moye, Lisa Evelyn | The Nations Law Firm | No production |
| 87. | 19-10265 | Nguyen, Ban Van | The Nations Law Firm | No production |
| 88. | 19-10266 | Perez, Manuel | The Nations Law Firm | No production |
| 89. | 19-10267 | Phan, Nghia Dinh | The Nations Law Firm | No production |
| 90. | 19-10269 | Reeves, James Michael | The Nations Law Firm | No production |
| 91. | 19-10270 | Rogers, McIllwain | The Nations Law Firm | No production |
| 92. | 19-10276 | Truong, Man B. | The Nations Law Firm | No production |
| 93. | 19-10277 | Truong, Tu B. | The Nations Law Firm | No production |
| 94. | 19-10279 | Washington, Tommy Leo | The Nations Law Firm | No production |
| 95. | 19-10280 | Way, Kenneth Brian, II | The Nations Law Firm | No production |
| 96. | 19-10283 | Wynn, Stefanie Patrice | The Nations Law Firm | No production |
| 97. | 19-10299 | Bay, William Casey | The Nations Law Firm | No production |
| 98. | 19-10301 | Carter, Monchetee Mondale | The Nations Law Firm | No production |
| 99. | 19-10302 | Castanedo, Joshua Edward | The Nations Law Firm | No production |
| 100. | 19-10306 | Kelly, Terry Wayne, Jr. | The Nations Law Firm | No production |
| 101. | 19-10307 | Lee, Frederick Wayne | The Nations Law Firm | No production |
| 102. | 19-10309 | Mitchum, Paul Lane | The Nations Law Firm | No production |
| 103. | 19-10310 | Roberson, Ronald Eugene, Jr. | The Nations Law Firm | No production |
| 104. | 19-10312 | Sherrod, Crystal Shanie | The Nations Law Firm | Missing signed verification page |
| 105. | 19-10319 | Williams, Rayfaird | The Nations Law Firm | No production |
| 106. | 19-10380 | Coachman, Sandra Kay | The Nations Law Firm | No production |
| 107. | 19-10381 | Hutchinson, Willie, III | The Nations Law Firm | Missing validly dated authorizations for release of medical records and records from the Deepwater Horizon Claims Administrator |
| 108. | 19-10385 | Waldron, Phillip Sharadan | The Nations Law Firm | No production |
| 109. | 19-10387 | Bates, Clinton Joseph | The Nations Law Firm | No production |
| 110. | 19-10390 | Breaux, Nolan Peaire, Jr. | The Nations Law Firm | No production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 111. | 19-10391 | Chaisson, Smitty Paul | The Nations Law Firm | No production |
| 112. | 19-10396 | Fleming, Kerk Thomas | The Nations Law Firm | No production |
| 113. | 19-10399 | Goines, Donald Terrell | The Nations Law Firm | No production |
| 114. | 19-10400 | Gray, Floyd Quinton | The Nations Law Firm | No production |
| 115. | 19-10401 | Guidry, Wayne Paul | The Nations Law Firm | No production |
| 116. | 19-10402 | Holley, Eric Anthony | The Nations Law Firm | No production |
| 117. | 19-10407 | Le, Nancy | The Nations Law Firm | No production |
| 118. | 19-10409 | Lirette, Jonathan Peter | The Nations Law Firm | No production |
| 119. | 19-10413 | McKinney, Brian Steven | The Nations Law Firm | No production |
| 120. | 19-10415 | Naquin, Albert Paul | The Nations Law Firm | No production |
| 121. | 19-10420 | Brooks, David Scott | The Nations Law Firm | No production |
| 122. | 19-10436 | Horn, James Alexander | The Nations Law Firm | No production |
| 123. | 19-10437 | Keelin, Kenneth Lawrence | The Nations Law Firm | No production |
| 124. | 19-10438 | Key, William Lee | The Nations Law Firm | No production |
| 125. | 19-10440 | Laurendine, Frances Smith | The Nations Law Firm | No production |
| 126. | 19-10445 | Schofield, Christopher Daniel | The Nations Law Firm | No production |
| 127. | 19-10446 | Seltzer, Alex Cornell | The Nations Law Firm | No production |
| 128. | 19-10448 | Steen, Raymond Burk | The Nations Law Firm | No production |
| 129. | 19-10449 | Tran, Thanh Van | The Nations Law Firm | No production |
| 130. | 19-10451 | Vanacor, James Thomas | The Nations Law Firm | No production |
| 131. | 19-10452 | Wentworth, Todd Allan | The Nations Law Firm | No production |
| 132. | 19-10453 | West, Rebecca Lanier | The Nations Law Firm | No production |
| 133. | 19-10458 | Clark, Roger Lee | The Nations Law Firm | No production |
| 134. | 19-10459 | Coleman, Thomas Deon | The Nations Law Firm | No production |
| 135. | 19-10470 | Nguyen, Thanh Van | The Nations Law Firm | No production |
| 136. | 19-10471 | Nguyen, Tien Van | The Nations Law Firm | No production |
| 137. | 19-10476 | Pryor, Robert Hugh, Jr. | The Nations Law Firm | No production |
| 138. | 19-10478 | Scott, Rondell Joseph | The Nations Law Firm | No production |
| 139. | 19-10480 | Tran, Hai Van | The Nations Law Firm | No production |
| 140. | 19-10481 | Watts, Tanzila Dejira | The Nations Law Firm | No production |
| 141. | 19-10482 | Wescovich, Michael Anthony | The Nations Law Firm | No production |
| 142. | 19-10483 | Whitsett, Demartess Anthony | The Nations Law Firm | No production |
| 143. | 19-10541 | Barisich, George Anthony | The Nations Law Firm | No production |
| 144. | 19-10544 | Broussard, Keith Joel, Jr. | The Nations Law Firm | No production |
| 145. | 19-10548 | Dempster, Jason Thomas | The Nations Law Firm | No production |
| 146. | 19-10550 | Do, Linh Ti | The Nations Law Firm | No production |
| 147. | 19-10555 | Huynh, Chi | The Nations Law Firm | No production |
| 148. | 19-10559 | Lam, Lan Van | The Nations Law Firm | No production |

|  | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|---|---|---|---|---|
| 149. | 19-10561 | Lott, Logan Daniel | The Nations Law Firm | No production |
| 150. | 19-10566 | Nguyen, Dai Van | The Nations Law Firm | No production |
| 151. | 19-10574 | Tong, Nam Ngoc | The Nations Law Firm | No production |
| 152. | 19-10576 | Tra, Nhi | The Nations Law Firm | No production |
| 153. | 19-10581 | Tran, Vincent Hoang | The Nations Law Firm | No production |
| 154. | 19-10662 | Allen, Della Reese | The Nations Law Firm | No production |
| 155. | 19-10664 | Buras, Judith Estelle | The Nations Law Firm | No production |
| 156. | 19-10703 | Berthelot, John Roy | The Nations Law Firm | No production |
| 157. | 19-10704 | Boudreaux, Wallace Joseph | The Nations Law Firm | No production |

October 9, 2019                                      Respectfully submitted,


   */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

   */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

   */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

   */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285


*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of October, 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                                     */s/ Don K. Haycraft*
                                                     Don K. Haycraft