MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 10, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179  SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER  MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

### CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notices, Court Review Requests, Claim Forms, Settlement Program Appeal Determination letters and other administrative mailings concerning the appeals of John Green, Claim No. 8D2 * * * (Transaction Nos. 195, 196), denying his claims for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. Claimant failed to submit documentation sufficient to establish either of his Menhaden fisherman claims. No basis requiring a different result has been provided.

MJSTAR: 0:55

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**