UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **BELO Cases identified below** | * | |

# ORDER
### [Order to Show Cause re: BP's October 9, 2019 Status Report Pursuant to First Amended BELO CMO No. 2]

BELO Case Management Order No. 1 requires BELO plaintiffs to provide defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of October 9, 2019 (Rec. Doc. 26055), the 157 BELO plaintiffs identified below failed to provide full and complete disclosures by the initial 90-day deadline, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that counsel for the 157 plaintiffs identified below shall appear before the undersigned on <u>Wednesday, October 23, 2019 at 9:30 a.m.</u> and

**SHOW CAUSE** why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall file a written response by no later than <u>Monday, October 21 at 5:00 p.m</u>. Each law firm shall file a single response addressing the status of <u>all</u> of its clients identified in this order. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO cases to which it pertains.

**NOTE:** No attorney may appear at the Show Cause Hearing unless they are enrolled as counsel of record in the individual case(s) corresponding to their client(s).

- Plaintiffs represented by The Nations Law Firm: 156
- Plaintiffs represented by Amaro Law Firm: 1

|     | Case No. | Plaintiff | Plaintiff's Counsel | Deficiency (per BP's status report) |
| --- | --- | --- | --- | --- |
| 1.  | 19-09827 | Crocton, Rodney Lindsey | The Nations Law Firm | No production |
| 2.  | 19-09829 | Cave, Charlie Banard | The Nations Law Firm | No production |
| 3.  | 19-09832 | Edwards, Reginald Labarron | The Nations Law Firm | No production |
| 4.  | 19-09850 | Pritt, Kevin Jay | The Nations Law Firm | No production |
| 5.  | 19-09856 | Theriot, Jeramie Joshua | The Nations Law Firm | No production |
| 6.  | 19-09857 | Vanderhall, Teresa Brown | The Nations Law Firm | No production |
| 7.  | 19-09861 | Billiot, Crystal Hendon | The Nations Law Firm | No production |
| 8.  | 19-09863 | Billiot, Laura Lane | The Nations Law Firm | No production |
| 9.  | 19-09864 | Billiot, Ranzel Joseph | The Nations Law Firm | No production |
| 10. | 19-09866 | Boudreaux, Clinton Bernard | The Nations Law Firm | No production |
| 11. | 19-09867 | Carlee, James Benjamine | The Nations Law Firm | No production |
| 12. | 19-09868 | Chaisson, Lawrence Joseph | The Nations Law Firm | No production |
| 13. | 19-09876 | Falgout, Roosevelt J. | The Nations Law Firm | No production |
| 14. | 19-09877 | Johnson, Edwina Theresa | The Nations Law Firm | No production |
| 15. | 19-09879 | Mobley, Lorenzo Dwayne | The Nations Law Firm | No production |
| 16. | 19-09880 | Nguyen, Nhan | The Nations Law Firm | No production |
| 17. | 19-09887 | Verdin, Oneil M. | The Nations Law Firm | No production |
| 18. | 19-09891 | White, Coty James | The Nations Law Firm | No production |
| 19. | 19-09892 | Anderson, Richard Walter | The Nations Law Firm | No production |
| 20. | 19-09895 | Borne, Travis James | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 21. | 19-09897 | Collins, Jody Stephen | The Nations Law Firm | No production |
| 22. | 19-09899 | Danos, Danny Lee | The Nations Law Firm | No production |
| 23. | 19-09900 | Dardar, Joshua Michael | The Nations Law Firm | No production |
| 24. | 19-09901 | Eldridge, Teneshia Sharta | The Nations Law Firm | No production |
| 25. | 19-09903 | Fontaine, Cody Layne | The Nations Law Firm | No production |
| 26. | 19-09913 | Verdin, Carl Antoine | The Nations Law Firm | No production |
| 27. | 19-09936 | Collum, Sandy Lynn | The Nations Law Firm | No production |
| 28. | 19-09940 | Feltman, Dennis Keith | The Nations Law Firm | No production |
| 29. | 19-09942 | Frantz, Jeffery David | The Nations Law Firm | No production |
| 30. | 19-09947 | Ward, Michael Ernest | The Nations Law Firm | No production |
| 31. | 19-09950 | Henry, John Richard | The Nations Law Firm | No production |
| 32. | 19-09951 | Ingram, Kenzia Jonita | The Nations Law Firm | No production |
| 33. | 19-09954 | Keyes, Anquelic Shontae | The Nations Law Firm | No production |
| 34. | 19-09955 | Loftus, William Kyle | The Nations Law Firm | No production |
| 35. | 19-09961 | Miller, Ram Anthony | The Nations Law Firm | No production |
| 36. | 19-09962 | Morales, Alex, Jr. | The Nations Law Firm | No production |
| 37. | 19-09968 | Rankins, Christopher Jacob | The Nations Law Firm | No production |
| 38. | 19-09969 | Shivers, Elando Kelly | The Nations Law Firm | No production |
| 39. | 19-09984 | Kent, Larry | Amaro Law Firm | No production |
| 40. | 19-09997 | Carter, Johnny Leroy | The Nations Law Firm | No production |
| 41. | 19-10001 | Dasher, Michael Eugene, Jr. | The Nations Law Firm | No production |
| 42. | 19-10013 | Klock, Charles William | The Nations Law Firm | No production |
| 43. | 19-10020 | Lett, Cassious Darell | The Nations Law Firm | No production |
| 44. | 19-10025 | McGuire, Brayton Scott | The Nations Law Firm | No production |
| 45. | 19-10026 | Mills, Joseph Cornelius | The Nations Law Firm | No production |
| 46. | 19-10034 | Perrin, Don David | The Nations Law Firm | No production |
| 47. | 19-10042 | Ros, George Anthony | The Nations Law Firm | No production |
| 48. | 19-10045 | Salter, Terrance James | The Nations Law Firm | Missing dated authorization for release of records from the Deepwater Horizon Claims Administrator |
| 49. | 19-10053 | Wing, Joshua Thomas | The Nations Law Firm | No production |
| 50. | 19-10106 | Austin, Jeffrey Kent | The Nations Law Firm | No production |
| 51. | 19-10107 | Becknell, Clarence Alexander, Jr. | The Nations Law Firm | No production |
| 52. | 19-10110 | Delle, Jack John, Jr. | The Nations Law Firm | No production |
| 53. | 19-10111 | Flannery, Jeremy Wilson | The Nations Law Firm | No production |
| 54. | 19-10120 | Nguyen, Que Van | The Nations Law Firm | No production |
| 55. | 19-10121 | Overstreet, Darish | The Nations Law Firm | No production |
| 56. | 19-10122 | Packer, Darryl Demetrius | The Nations Law Firm | No production |
| 57. | 19-10130 | Steib, Farrell Paul, Jr. | The Nations Law Firm | No production |
| 58. | 19-10173 | Dardar, Teddy Darnella | The Nations Law Firm | No production |
| 59. | 19-10179 | Evans, James Joseph, Jr. | The Nations Law Firm | No production |
| 60. | 19-10180 | Fischer, Marilyn Kay | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 61. | 19-10185 | Haynes, Todd Louis | The Nations Law Firm | No production |
| 62. | 19-10188 | Kyles, Michael Therese | The Nations Law Firm | No production |
| 63. | 19-10193 | Price, Jeremy Joseph | The Nations Law Firm | No production |
| 64. | 19-10195 | Sevin, Willard Paul, Jr. | The Nations Law Firm | No production |
| 65. | 19-10198 | Simon, Daryl Joseph | The Nations Law Firm | No production |
| 66. | 19-10199 | Steorts, Ricky Dale | The Nations Law Firm | No production |
| 67. | 19-10203 | Theriot, Gene Eddie | The Nations Law Firm | No production |
| 68. | 19-10205 | Sewer, Darrell Henry | The Nations Law Firm | No production |
| 69. | 19-10208 | Turner, Adonis Bennett, Jr. | The Nations Law Firm | No production |
| 70. | 19-10210 | Vizier, Craig Michael | The Nations Law Firm | No production |
| 71. | 19-10211 | Watson, Corry Deshun | The Nations Law Firm | No production |
| 72. | 19-10213 | Rayford, Gandar Cherief | The Nations Law Firm | No production |
| 73. | 19-10215 | Du, Hue Kien | The Nations Law Firm | No production |
| 74. | 19-10218 | Hagadone, Dustin James | The Nations Law Firm | No production |
| 75. | 19-10222 | Marinkovic, Milivoj | The Nations Law Firm | No production |
| 76. | 19-10223 | Hunter, Dominique Marquise | The Nations Law Firm | No production |
| 77. | 19-10224 | Pharr, Roderick Lavert | The Nations Law Firm | No production |
| 78. | 19-10243 | Dang, Cuong Van | The Nations Law Firm | No production |
| 79. | 19-10244 | Dang, Duong Tung | The Nations Law Firm | No production |
| 80. | 19-10245 | Davis, Johnnie Ray | The Nations Law Firm | No production |
| 81. | 19-10253 | Hall, Charlie Leon, III | The Nations Law Firm | No production |
| 82. | 19-10254 | Hayes, Lamont Daniel | The Nations Law Firm | No production |
| 83. | 19-10258 | Kern, William Barton, Jr. | The Nations Law Firm | No production |
| 84. | 19-10260 | Lovette, Eric Vonshia | The Nations Law Firm | No production |
| 85. | 19-10262 | Mai, Tong Van | The Nations Law Firm | No production |
| 86. | 19-10264 | Moye, Lisa Evelyn | The Nations Law Firm | No production |
| 87. | 19-10265 | Nguyen, Ban Van | The Nations Law Firm | No production |
| 88. | 19-10266 | Perez, Manuel | The Nations Law Firm | No production |
| 89. | 19-10267 | Phan, Nghia Dinh | The Nations Law Firm | No production |
| 90. | 19-10269 | Reeves, James Michael | The Nations Law Firm | No production |
| 91. | 19-10270 | Rogers, McIllwain | The Nations Law Firm | No production |
| 92. | 19-10276 | Truong, Man B. | The Nations Law Firm | No production |
| 93. | 19-10277 | Truong, Tu B. | The Nations Law Firm | No production |
| 94. | 19-10279 | Washington, Tommy Leo | The Nations Law Firm | No production |
| 95. | 19-10280 | Way, Kenneth Brian, II | The Nations Law Firm | No production |
| 96. | 19-10283 | Wynn, Stefanie Patrice | The Nations Law Firm | No production |
| 97. | 19-10299 | Bay, William Casey | The Nations Law Firm | No production |
| 98. | 19-10301 | Carter, Monchetee Mondale | The Nations Law Firm | No production |
| 99. | 19-10302 | Castanedo, Joshua Edward | The Nations Law Firm | No production |
| 100. | 19-10306 | Kelly, Terry Wayne, Jr. | The Nations Law Firm | No production |
| 101. | 19-10307 | Lee, Frederick Wayne | The Nations Law Firm | No production |
| 102. | 19-10309 | Mitchum, Paul Lane | The Nations Law Firm | No production |
| 103. | 19-10310 | Roberson, Ronald Eugene, Jr. | The Nations Law Firm | No production |
| 104. | 19-10312 | Sherrod, Crystal Shanie | The Nations Law Firm | Missing signed verification page |
| 105. | 19-10319 | Williams, Rayfaird | The Nations Law Firm | No production |
| 106. | 19-10380 | Coachman, Sandra Kay | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 107. | 19-10381 | Hutchinson, Willie, III | The Nations Law Firm | Missing validly dated authorizations for release of medical records and records from the Deepwater Horizon Claims Administrator |
| 108. | 19-10385 | Waldron, Phillip Sharadan | The Nations Law Firm | No production |
| 109. | 19-10387 | Bates, Clinton Joseph | The Nations Law Firm | No production |
| 110. | 19-10390 | Breaux, Nolan Peaire, Jr. | The Nations Law Firm | No production |
| 111. | 19-10391 | Chaisson, Smitty Paul | The Nations Law Firm | No production |
| 112. | 19-10396 | Fleming, Kerk Thomas | The Nations Law Firm | No production |
| 113. | 19-10399 | Goines, Donald Terrell | The Nations Law Firm | No production |
| 114. | 19-10400 | Gray, Floyd Quinton | The Nations Law Firm | No production |
| 115. | 19-10401 | Guidry, Wayne Paul | The Nations Law Firm | No production |
| 116. | 19-10402 | Holley, Eric Anthony | The Nations Law Firm | No production |
| 117. | 19-10407 | Le, Nancy | The Nations Law Firm | No production |
| 118. | 19-10409 | Lirette, Jonathan Peter | The Nations Law Firm | No production |
| 119. | 19-10413 | McKinney, Brian Steven | The Nations Law Firm | No production |
| 120. | 19-10415 | Naquin, Albert Paul | The Nations Law Firm | No production |
| 121. | 19-10420 | Brooks, David Scott | The Nations Law Firm | No production |
| 122. | 19-10436 | Horn, James Alexander | The Nations Law Firm | No production |
| 123. | 19-10437 | Keelin, Kenneth Lawrence | The Nations Law Firm | No production |
| 124. | 19-10438 | Key, William Lee | The Nations Law Firm | No production |
| 125. | 19-10440 | Laurendine, Frances Smith | The Nations Law Firm | No production |
| 126. | 19-10445 | Schofield, Christopher Daniel | The Nations Law Firm | No production |
| 127. | 19-10446 | Seltzer, Alex Cornell | The Nations Law Firm | No production |
| 128. | 19-10448 | Steen, Raymond Burk | The Nations Law Firm | No production |
| 129. | 19-10449 | Tran, Thanh Van | The Nations Law Firm | No production |
| 130. | 19-10451 | Vanacor, James Thomas | The Nations Law Firm | No production |
| 131. | 19-10452 | Wentworth, Todd Allan | The Nations Law Firm | No production |
| 132. | 19-10453 | West, Rebecca Lanier | The Nations Law Firm | No production |
| 133. | 19-10458 | Clark, Roger Lee | The Nations Law Firm | No production |
| 134. | 19-10459 | Coleman, Thomas Deon | The Nations Law Firm | No production |
| 135. | 19-10470 | Nguyen, Thanh Van | The Nations Law Firm | No production |
| 136. | 19-10471 | Nguyen, Tien Van | The Nations Law Firm | No production |
| 137. | 19-10476 | Pryor, Robert Hugh, Jr. | The Nations Law Firm | No production |
| 138. | 19-10478 | Scott, Rondell Joseph | The Nations Law Firm | No production |
| 139. | 19-10480 | Tran, Hai Van | The Nations Law Firm | No production |
| 140. | 19-10481 | Watts, Tanzila Dejira | The Nations Law Firm | No production |
| 141. | 19-10482 | Wescovich, Michael Anthony | The Nations Law Firm | No production |
| 142. | 19-10483 | Whitsett, Demartess Anthony | The Nations Law Firm | No production |
| 143. | 19-10541 | Barisich, George Anthony | The Nations Law Firm | No production |
| 144. | 19-10544 | Broussard, Keith Joel, Jr. | The Nations Law Firm | No production |
| 145. | 19-10548 | Dempster, Jason Thomas | The Nations Law Firm | No production |

| | | | | |
|---|---|---|---|---|
| 146. | 19-10550 | Do, Linh Ti | The Nations Law Firm | No production |
| 147. | 19-10555 | Huynh, Chi | The Nations Law Firm | No production |
| 148. | 19-10559 | Lam, Lan Van | The Nations Law Firm | No production |
| 149. | 19-10561 | Lott, Logan Daniel | The Nations Law Firm | No production |
| 150. | 19-10566 | Nguyen, Dai Van | The Nations Law Firm | No production |
| 151. | 19-10574 | Tong, Nam Ngoc | The Nations Law Firm | No production |
| 152. | 19-10576 | Tra, Nhi | The Nations Law Firm | No production |
| 153. | 19-10581 | Tran, Vincent Hoang | The Nations Law Firm | No production |
| 154. | 19-10662 | Allen, Della Reese | The Nations Law Firm | No production |
| 155. | 19-10664 | Buras, Judith Estelle | The Nations Law Firm | No production |
| 156. | 19-10703 | Berthelot, John Roy | The Nations Law Firm | No production |
| 157. | 19-10704 | Boudreaux, Wallace Joseph | The Nations Law Firm | No production |

New Orleans, Louisiana, this 10th day of October, 2019.

_____
United States District Judge