UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION J** |
| **This Document Relates to:** | **JUDGE BARBIER** |
| *16-CV-06391* | **MAGISTRATE JUDGE WILKINSON** |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT COMES, Soren E. Gisleson, John S. Creevy, and Charles M. King of Herman, Herman & Katz, LLC. who hereby desires to enroll as counsel of record in the above matter on behalf of plaintiff J. Peaceful LC (16-CV-06391).

Date: October 14, 2019

/s/John S. Creevy
 Soren E. Gisleson, La. Bar No. 26302
John S. Creevy, La. Bar No. 30879
Charles M. King La. Bar No. 34621
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
 New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail:  sgisleson@hhklawfirm.com
              jcreevy@hhklawfirm.com
              cking@hhklawfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of October, 2019.

S/John S. Creevy