UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION J** |
| **This Document Relates to:** | **JUDGE BARBIER** |
| *16-CV-06391* | **MAGISTRATE JUDGE WILKINSON** |

### ORDER

AFTER CONSIDERING the foregoing Motion to Enroll, it is hereby ordered that Soren E. Gisleson, and John S. Creevy, and Charles M. King of Herman, Herman & Katz, LLC. be enrolled as counsel of record for Plaintiff, J. Peaceful, LC (16-cv-06391).

_____
UNITED STATES DISTRICT COURT JUDGE CARL BARBIER

3