UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION: J** |
| **Applies to: 12-CV-968: BELO** | **JUDGE BARBIER** |
| Relates to: | **MAGISTRATE JUDGE WILKINSON** |
| 19-08178 <br> 19-09725 | |

## ORDER

Upon considering the Response filed on behalf of LARRY KENT ("**Plaintiff**")

**IT IS HEREBY ORDERED** that:

1. Plaintiff and his Counsel, the Amaro Law Firm, are exempted from appearing in Court with respect to the Show Cause Order on October 23, 2019, and

2. Any other relief this Court deems just and proper.

New Orleans, Louisiana, this _____ day of _____, 2019

_____ <br>
UNITED STATES DISTRICT JUDGE