UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| This Document Relates to:<br>*16-CV-06391* | JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON |

## ORDER

AFTER CONSIDERING the foregoing Motion to Enroll, it is hereby ordered that Soren E. Gisleson, and John S. Creevy, and Charles M. King of Herman, Herman & Katz, LLC. be enrolled as counsel of record for Plaintiff, J. Peaceful, LC (16-cv-06391).

New Orleans, Louisiana this 15th day of October, 2019.

_____
United States District Judge