UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: 12-968, BELO AND No. 19-09984 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

The Court issued a Show Cause Order (Rec. Doc. 26058) requiring counsel for 156 BELO plaintiffs to appear on October 23, 2019 and show cause why their cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

Considering the response (Rec. Doc. 26062) filed on behalf of plaintiff Larry Kent where counsel reports this plaintiff has been non-cooperative despite counsel's numerous attempts to solicit the required information;

IT IS ORDERED that the claims by Larry Kent (No. 19-09984) are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Amaro Law Firm is exempt from appearing at the Show Cause Hearing on October 23, 2019.

New Orleans, Louisiana, this 15th day of October, 2019.

_____
United States District Judge