MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 15, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG       MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010     SECTION "J" (2)

THIS DOCUMENT RELATES TO:       JUDGE BARBIER
                                       MAG. JUDGE WILKINSON

Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

## CLAIMS APPEAL DETERMINATION AND REASONS
### [Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice,

Appeal and Appeal Supplement forms, Court Review Request, Claim Form, Settlement

Program Determination letter and administrative mailings concerning the appeal of

Robert Sirvello (Bobo Bay Fishing), Claim No. A79* * * (Transaction No. 204), denying

his claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator

is AFFIRMED essentially for the reasons provided by the Claims Administrator, which

are wholly consistent with the Settlement Agreements, the Allocation and the court's

orders approving the Settlement Agreements, the Distribution Model and the law

supporting them. These claims relate to a vessel whose home ports are clearly outside of

**MJSTAR:  0:40**

the area eligible to receive New Class punitive damages payments. No basis requiring

a different result has been provided.

New Orleans, Louisiana, this _____15th_____ day of October, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**