MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 15, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (2) |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Administrative Mailings, Appeal Forms, Appeal Determination Notices, Court Review Requests, Claim Forms, Settlement Program Determination letters and letters with attachments of claimants' counsel concerning the appeals of Patricia Bernard, Claim No. 9A7* * * (Transaction No. 194), and Kevin Charlot, Claim No. B9C * * * (Transaction No. 197) denying their claims for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law

MJSTAR:  0:55

supporting them. The required fishing license for 2010, the year of the spill, has not been submitted. No basis requiring a different result has been provided.

New Orleans, Louisiana, this \_\_\_\_15th\_\_\_ day of October, 2019.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**