UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico on April 20, 2010 | * | Section: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| 2:2010-CV-2771 | * | MAG. JUDGE WILKINSON |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel comes, Becnel Law Firm, LLC, and submits its Ex Parte Motion to Withdraw Daniel E. Becnel, Jr. as Counsel of Record for the claimants on Exhibit A.  Mr. Becnel has been placed on inactive status with the Court and Bar. Salvadore Christina, Jr. of the Becnel Law Firm is already enrolled in this matter.

Wherefore, the Becnel Law Firm, LLC prays that this Court will enter an order withdrawing Daniel E. Becnel, Jr. as additional counsel of record in this matter.

Respectfully Submitted:

/S/ Salvadore Christina, Jr.
Salvadore Christina, Jr. (27198)
Becnel Law Firm, LLC
425. W. Airline Hwy, Ste B.
LaPlace, La. 70068
Telephone: 985.536.1186
Facsimile: 985.536.6445

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading has been filed on this the 18th day of October, 2019 electronically with the Clerk of Court with the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system.

<u>/s/ Salvadore Christina, Jr.</u>
Salvadore Christina, Jr.