**Daniel E. Becnel, Jr.**
Becnel Law Firm, LLC (Reserve)
Post Office Drawer H
Reserve, LA 70084
985-536-1186
dbecnel@becnellaw.com
*Assigned: 04/18/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Brian Ackerson**
*(Claimant)*

**6101 Delacroix Highway LLC**
*(Claimant)*

**6131 Delacroix Highway LLC**
*(Claimant)*

**6135 Delacroix Highway LLC**
*(Claimant)*

**Anita Nguyen, LLC**
*(Claimant)*

**BRS Seafood Inc.**
*(Claimant)*

**CD Grocery**
*(Claimant)*

**Cajun Cuisine LLC**
*(Claimant)*

**Cajun Grill & Catering, LLC**
*(Claimant)*

**Central China LLC**
*(Claimant)*

**Central Stop LLC**
*(Claimant)*

**City Market Chevron LLC**
*(Claimant)*

**Crab Pot of Mobile**
*(Claimant)*

**DIP Fuel Express LLC**
*(Claimant)*

**Dolphin Marine International, LLC**
*(Claimant)*

**Down South Distributors, LLC**
*(Claimant)*

**Down South Services, LLC**
*(Claimant)*

**First National Bank**
*(Claimant)*

**Folse Seafood & Louisiana Speciality Products LLC**
*(Claimant)*

**Goodman's Cash & Carry**
*(Claimant)*

**Gulf Finest Investment Co**
*(Claimant)*

**H&B Seafood**
*(Claimant)*

**Harrison Company, LLC**
*(Claimant)*

**Hilton Nguyen LLC**
*(Claimant)*

**Hot Wok of Slidell**
*(Claimant)*

**Imperial Trading Company LLC**
*(Claimant)*

**Jim Hall & Associates, LLC**
*(Claimant)*

**KPs 3 Construction LLC**
*(Claimant)*

**Key West Homes**
*(Claimant)*

**Lonesome Island LLC**
*(Claimant)*

**Lucky Coin Machine, Co., LLC**
*(Claimant)*

**Metairie Power Sports**
*(Claimant)*

**Mobile Home & RV Parts**
*(Claimant)*

**Mulates**
*(Claimant)*

**National Holdings LLC**
*(Claimant)*

**New Orleans Equity LLC**
*(Claimant)*

**Pascal Manale Restaurant, LLC**
*(Claimant)*

**Pho 88 Noodles Soup**
*(Claimant)*

**Pineville Gardens LLC**
*(Claimant)*

**Pirogue's Cafe**
*(Claimant)*

**Rathbone Inn Inc.**
*(Claimant)*

**Sea Farm Inc**
*(Claimant)*

**Shells Unlimited Inc.**
*(Claimant)*

**St. John the Baptist Parish School Board**
*(Claimant)*

**Sunshine Ventures Inc.**
*(Claimant)*

**Tim's Seafood Deli**
*(Claimant)*

**Trist Ford LLC**
*(Claimant)*

**Clinton Weeks**
*(Claimant)*

**Adriane Porter**
*(Claimant)*

**Adrians Porter**
*(Claimant)*

**Allen Carlisle**
*(Claimant)*

**Allen Lottinger**
*(Claimant)*

**Allen William**
*(Claimant)*

**Almus Gaston**
*(Claimant)*

**Andrew Vito**
*(Claimant)*

**Anita Henry**
*(Claimant)*

**Arthur Hardy**
*(Claimant)*

**Arthur Falgout, III**
*(Claimant)*

**August Rogers**
*(Claimant)*

**Barry Davis**
*(Claimant)*

**Barry Speed**
*(Claimant)*

**Betrand Ragas**
*(Claimant)*

**Betty Morgan**
*(Claimant)*

**Bill Johnson**
*(Claimant)*

**Billy Durm**
*(Claimant)*

**Billy King**
*(Claimant)*

**Billy Nailee**
*(Claimant)*

**Billy Nailer**
*(Claimant)*

**Bobby Houillon**
*(Claimant)*

**Brandt Dufrene**
*(Claimant)*

**Brent Rodrigue, Sr**
*(Claimant)*

**Brett Chaisson**
*(Claimant)*

**Brewster Stalter**
*(Claimant)*

**Brian Goodyear**
*(Claimant)*

**Bryan Lee**
*(Claimant)*

**Byron Gougisha**
*(Claimant)*

**Candy Menard**
*(Claimant)*

**Casey Spencer**
*(Claimant)*

**Chad Manieri**
*(Claimant)*

**Charlene Brunet**
*(Claimant)*

**Charles Coats**
*(Claimant)*

**Charles Healey**
*(Claimant)*

**Charles Miller**
*(Claimant)*

**Charles Lavinghouse, Jr.**
*(Claimant)*

**Chauncey Jorden**
*(Claimant)*

**Chester Duhe**
*(Claimant)*

**Christopher Davis**
*(Claimant)*

**Christopher Fraino**
*(Claimant)*

**Clay Kearney**
*(Claimant)*

**Clopha Derouselle, Jr.**
*(Claimant)*

**Collin Cagan**
*(Claimant)*

**Dakota Franke**
*(Claimant)*

**Daniel Webster**
*(Claimant)*

**Danny Sylve**
*(Claimant)*

**Darian Robinson**
*(Claimant)*

**Darrell Gray**
*(Claimant)*

**Darrell Lizana**
*(Claimant)*

**Darren Freeman**
*(Claimant)*

**David Brown**
*(Claimant)*

**David Ruiz**
*(Claimant)*

**Dennis Sylve**
*(Claimant)*

**Deonne DuBarry**
*(Claimant)*

**Derrick McMillian, Sr.**
*(Claimant)*

**Dianne Landry**
*(Claimant)*

**Dominsha Patrick**
*(Claimant)*

**Donald Weaver**
*(Claimant)*

**Donna Reddick**
*(Claimant)*

**Donzell Williamson**
*(Claimant)*

**Dwayne Simmons**
*(Claimant)*

**Earl Grady, Jr.**
*(Claimant)*

**Edrine Salvant**
*(Claimant)*

**Elaine Patrick**
*(Claimant)*

**Ernest Liner, III**
*(Claimant)*

**Errol Roberts**
*(Claimant)*

**Evelyn King**
*(Claimant)*

**Faye Loup**
*(Claimant)*

**Felicia Daughtry**
*(Claimant)*

**Felton Pinkins**
*(Claimant)*

**Frank Giovingo**
*(Claimant)*

**Fred Deitz**
*(Claimant)*

**Fred Deitz, Jr.**
*(Claimant)*

**Freddie Dural**
*(Claimant)*

**Gary Mathas**
*(Claimant)*

**George Cocran**
*(Claimant)*

**George Glasper**
*(Claimant)*

**Gerrit Lawrence**
*(Claimant)*

**Glen Robb**
*(Claimant)*

**Grant Landry**
*(Claimant)*

**Gregory Lloyd**
*(Claimant)*

**Gregory Loyd**
*(Claimant)*

**Happy Jones**
*(Claimant)*

**Harold Merrick**
*(Claimant)*

**Harold Tabor**
*(Claimant)*

**Harris Scott**
*(Claimant)*

**Harrol Charles**
*(Claimant)*

**Heidi Deitz**
*(Claimant)*

**Henry Singleton**
*(Claimant)*

**Hong Nguyen**
*(Claimant)*

**Howard Buras**
*(Claimant)*

**Jack Wong**
*(Claimant)*

**Jacob Daigle**
*(Claimant)*

**James Brooks**
*(Claimant)*

**James Kissane**
*(Claimant)*

**James Raliff, Jr.**
*(Claimant)*

**Jarod Burch**
*(Claimant)*

**Jarrod Legnon**
*(Claimant)*

**Jarves Dorsey**
*(Claimant)*

**Jason Brown**
*(Claimant)*

**Jason Kreyssig**
*(Claimant)*

**Jerry Folse**
*(Claimant)*

**Joey Ravia**
*(Claimant)*

**Jonathan Jacobs**
*(Claimant)*

**Joseph Farac**
*(Claimant)*

**Joseph Mackey**
*(Claimant)*

**Joshua Winston**
*(Claimant)*

**Joyce Muller**
*(Claimant)*

**Karbin Paul, Sr.**
*(Claimant)*

**Karin Damore**
*(Claimant)*

**Kenneth Cash**
*(Claimant)*

**Kevin Franklin**
*(Claimant)*

**Kevin Merrick**
*(Claimant)*

**Kuzma Petrovich, Jr**
*(Claimant)*

**Kuzma Petrovich, Sr**
*(Claimant)*

**Lane Panepinto, Jr**
*(Claimant)*

**Laura Gautreaux**
*(Claimant)*

**Lee Howard**
*(Claimant)*

**Lee Daniel Thomas**
*(Claimant)*

**Leo Ford**
*(Claimant)*

**Leonard Daigle**
*(Claimant)*

**Leroy McCallum**
*(Claimant)*

**Leroy Taylor**
*(Claimant)*

**Lester Coe, III**
*(Claimant)*

**Linda Nelson**
*(Claimant)*

**Loviest Lewis**
*(Claimant)*

**Luke Marengo**
*(Claimant)*

**Magdi El Sayed**
*(Claimant)*

**Mark Cooper**
*(Claimant)*

**Mark Doiron**
*(Claimant)*

**Mark Mattina**
*(Claimant)*

**Mark Schlesinger**
*(Claimant)*

**Mary Lou Suss**
*(Claimant)*

**Melissa Ortiz**
*(Claimant)*

**Michael Crosley**
*(Claimant)*

**Michael Garvey**
*(Claimant)*

**Michael Green**
*(Claimant)*

**Michael White**
*(Claimant)*

**Mickey Loomis**
*(Claimant)*

**Milton Cox**
*(Claimant)*

**Moises Keyes**
*(Claimant)*

**Morgan Nalty**
*(Claimant)*

**Murley Dillion**
*(Claimant)*

**Murphy Christina**
*(Claimant)*

**Neville Lois**
*(Claimant)*

**Nick Trist**
*(Claimant)*

**Nicole Wortmann**
*(Claimant)*

**Nicolo Giardina**
*(Claimant)*

**Patricia Duhon**
*(Claimant)*

**Patricia Jasmine**
*(Claimant)*

**Patrick Payton**
*(Claimant)*

**Paul Mottice**
*(Claimant)*

**Paul Richard**
*(Claimant)*

**Percy Parker**
*(Claimant)*

**Peter Vela**
*(Claimant)*

**Phillip Callais**
*(Claimant)*

**Phillip Hebert**
*(Claimant)*

**Phillip Marino**
*(Claimant)*

**Raafat Magalla**
*(Claimant)*

**Randall Duncan**
*(Claimant)*

**Randy Mackey**
*(Claimant)*

**Randy Picou**
*(Claimant)*

**Rebecca Fruge**
*(Claimant)*

**Reginald Jones**
*(Claimant)*

**Ria Cagan**
*(Claimant)*

**Richard Coursey**
*(Claimant)*

**Richard Stephens**
*(Claimant)*

**Ricky Broadway**
*(Claimant)*

**Ricky Mackey**
*(Claimant)*

**Ricky Tassin**
*(Claimant)*

**Robert Dryden**
*(Claimant)*

**Robert Hafner**
*(Claimant)*

**Robert Woodward**
*(Claimant)*

**Roberto Pomar**
*(Claimant)*

**Roger Pierron**
*(Claimant)*

**Roland Lyons**
*(Claimant)*

**Ron Sopko**
*(Claimant)*

**Ronald Olivier**
*(Claimant)*

**Ronnie Williams**
*(Claimant)*

**Roosevelt Murphy, Jr.**
*(Claimant)*

**Rosita Rodriguez**
*(Claimant)*

**Ryan Norman**
*(Claimant)*

**Sidney Farro**
*(Claimant)*

**Sultan Nicholls**
*(Claimant)*

**Tabor Mitchell**
*(Claimant)*

**Tam Nguyen**
*(Claimant)*

**Ted Nelson**
*(Claimant)*

**Terry Smith**
*(Claimant)*

**Thomas Fraino**
*(Claimant)*

**Thomas Gary**
*(Claimant)*

**Thomas Ronquillo**
*(Claimant)*

**Tiffany Sellers**
*(Claimant)*

**Timothy Smith**
*(Claimant)*

**Toray Taylor**
*(Claimant)*

**Tracy Harris**
*(Claimant)*

**Tuan Nguyen**
*(Claimant)*

**Tuong Pham**
*(Claimant)*

**Valaiporn Enfield**
*(Claimant)*

**Vicki Minor**
*(Claimant)*

**Walter Jennings, Jr.**
*(Claimant)*

**Wayne Lee**
*(Claimant)*

**William DeoGracias**
*(Claimant)*

**William Vann**
*(Claimant)*

**William Trotter, II**
*(Claimant)*

**William Bridges, III**
*(Claimant)*

**Yolanda Salinas**
*(Claimant)*

**John Lee**
P.O. Box 1267
Meraux, LA 70075-1267
525-7200
*(Claimant)*