UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico on April 20, 2010 | * | Section: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| 2:2010-CV-2771 | * | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw attorney Daniel E. Becnel, Jr.;

IT IS ORDERED that Daniel E. Becnel, Jr. be withdrawn as a counsel of record for the claimants listed on Exhibit A.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
JUDGE, Eastern District of Louisiana