IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § | MDL 2179<br><br>SECTION J(2)<br><br>JUDGE BARBIER |
| Applies to 12-968, BELO | § § | MAGISTRATE JUDGE WILKINSON |
| AND | § § | |
| BELO Cases Identified on the attached "Attachment A" | § § | |

**ORDER ENROLLING GARY L. FULLER and ALBERTUS F. WIESEDEPPE, III AS ADDITIONAL COUNSEL**

Having considered the *Ex Parte* Motion by plaintiff to enroll Gary L. Fuller as additional counsel in all cases identified on "Attachment A", it is

**ORDERED** that Gary L. Fuller and Albertus F. Wiesedeppe, III, both of The Nations Law Firm, 9703 Richmond Ave., Suite 200, Houston, Texas 77042, telephone (713) 807-87400, be enrolled as additional counsel of record for all plaintiffs on the attached "Attachment A."

SIGNED: _____

                                                                    _____
                                                                    **UNITED STATES DISTRICT JUDGE**

# ATTACHMENT  A

|     | DOCKET NUMBER | PLAINTIFF |
|-----|---------------|-----------|
| 1.  | 19-09827 | Crocton, Rodney Lindsey |
| 2.  | 19-09829 | Cave, Charlie Banard |
| 3.  | 19-09832 | Edwards, Reginald Labarron |
| 4.  | 19-09850 | Pritt, Kevin Jay |
| 5.  | 19-09856 | Theriot, Jeramie Joshua |
| 6.  | 19-09857 | Vanderhall, Teresa Brown |
| 7.  | 19-09861 | Billiot, Crystal Hendon |
| 8.  | 19-09863 | Billiot, Laura Lane |
| 9.  | 19-09864 | Billiot, Ranzel Joseph |
| 10. | 19-09866 | Boudreaux, Clinton Bernard |
| 11. | 19-09867 | Carlee, James Benjamine |
| 12. | 19-09868 | Chaisson, Lawrence Joseph |
| 13. | 19-09876 | Falgout, Roosevelt J. |
| 14. | 19-09877 | Johnson, Edwina Theresa |
| 15. | 19-09879 | Mobley, Lorenzo Dwayne |
| 16. | 19-09880 | Nguyen, Nham |
| 17. | 19-09887 | Verdin, Oneil M. |
| 18. | 19-09891 | White, Coty James |
| 19. | 19-09892 | Anderson, Richard Walter |
| 20. | 19-09895 | Borne, Travis James |
| 21. | 19-09897 | Collins, Jody Stephen |
| 22. | 19-09899 | Danos, Danny Lee |
| 23. | 19-09900 | Dardar, Joshua Michael |

|     | **DOCKET NUMBER** | **PLAINTIFF** |
|-----|-------------------|---------------|
| 24. | 19-09901 | Eldridge, Teneshia Sharta |
| 25. | 19-09903 | Fontaine, Cody Layne |
| 26. | 19-09913 | Verdin, Carl Antoine |
| 27. | 19-09936 | Collum, Sandy Lynn |
| 28. | 19-09940 | Feltman, Dennis Keith |
| 29. | 19-09942 | Frantz, Jeffery David |
| 30. | 19-09947 | Ward, Michael Ernest |
| 31. | 19-09950 | Henry, John Richard |
| 32. | 19-09951 | Ingram, Kenzia Jonita |
| 33. | 10-09954 | Keyes, Anquelic Shontae |
| 34. | 19-09955 | Loftus, William Kyle |
| 35. | 19-09961 | Miller, Ram Anthony |
| 36. | 19-09962 | Morales, Alex Jr. |
| 37. | 19-09968 | Rankins, Christopher Jacob |
| 38. | 19-09969 | Shivers, Elando Kelly |
| 39. | 19-09997 | Carter, Johnny Leroy |
| 40. | 19-10001 | Dasher, Michael Eugene Jr. |
| 41. | 19-10013 | Klock, Charles William |
| 42. | 19-10020 | Lett, Cassious Darell |
| 43. | 19-10025 | McGuire, Brayton Scott |
| 44. | 19-10026 | Mills, Joseph Cornelius |
| 45. | 19-10034 | Perrin, Don David |
| 46  | 19-10042 | Ros, George Anthony |
| 47. | 19-10045 | Salter, Tyerrance James |
| 48. | 19-10053 | Wing, Joshua Thomas |

|    | **DOCKET NUMBER** | **PLAINTIFF** |
|----|-------------------|---------------|
| 49. | 19-10106 | Austin, Jeffrey Kent |
| 50. | 19-10107 | Becknell, Clarence Alexander Jr. |
| 51. | 19-10110 | Delle, Jack John Jr. |
| 52. | 19-10111 | Flannery, Jeremy Wilson |
| 53. | 19-10120 | Nguyen, Que Van |
| 54. | 19-10121 | Overstreet, Darish |
| 55. | 19-10122 | Packer, Darryl Demetrius |
| 56. | 19-10130 | Steib, Farrell Paul Jr. |
| 57. | 19-10173 | Dardar, Teddy Darnella |
| 58. | 19-100179 | Evans, James Joseph Jr. |
| 59. | 19-10180 | Fischer, Marilyn Kay |
| 60. | 19-10185 | Haynes, Todd Louis |
| 61. | 19-10188 | Kyles, Michael Therese |
| 62. | 19-10193 | Price, Jeremy Joseph |
| 63. | 19-10195 | Sevin, Willard Paul Jr. |
| 64. | 19-10198 | Simon, Daryl Joseph |
| 65. | 19-10199 | Steorts, Ricky Dale |
| 66. | 19-10203 | Theriot, Gene Eddie |
| 67. | 19-10205 | Sewer, Darrell Henry |
| 68. | 19-10208 | Turner, Adonis Bennett Jr. |
| 69. | 19-10210 | Vizier, Craig Michael |
| 70. | 19-10211 | Watson, Corry Deshun |
| 71. | 19-10213 | Rayford, Gandar Cherief |
| 72. | 19-10215 | Du, Hue Kien |
| 73. | 19-10218 | Hagadone, Dustin James |

|  | **DOCKET NUMBER** | **PLAINTIFF** |
|---|---|---|
| 74. | 19-10222 | Marinkovic, Milivoj |
| 75. | 19-10223 | Hunter, Dominique Marquise |
| 76. | 19-10224 | Pharr, Roderick Lavert |
| 77. | 19-10243 | Dang, Cuong Van |
| 78. | 19-10244 | Dang, Duong Tung |
| 79. | 19-10245 | Davis, Johnnie Ray |
| 80. | 19-10253 | Hall, Charlie Leon III |
| 81. | 19-10254 | Hayes, Lamont Daniel |
| 82. | 19-10258 | Kern, William Barton Jr. |
| 83. | 19-10260 | Lovette, Eric Vonshia |
| 84. | 19-10262 | Mai, Tong Van |
| 85. | 19-10264 | Moye, Lisa Evelyn |
| 86. | 10-10265 | Nguyen, Ban Van |
| 87. | 10-10266 | Perez, Manuel |
| 88. | 19-10267 | Phan, Nghia Dinh |
| 89. | 19-10269 | Reeves, James Michael |
| 90. | 19-10270 | Rogers, McIllwain |
| 91. | 19-10276 | Truong, Man B. |
| 92. | 19-10277 | Truong, Tu B. |
| 93. | 19-10279 | Washington, Tommy Leo |
| 94. | 19-10280 | Way, Kenneth Brian II |
| 95. | 19-10283 | Wynn, Stefanie Patrice |
| 96. | 19-10299 | Bay, William Casey |
| 97. | 19-10301 | Carter, Monchetee Mondale |
| 98. | 19-10302 | Castanedo, Joshua Edward |

|      | DOCKET NUMBER | PLAINTIFF |
|------|---------------|-----------|
| 99.  | 19-10306 | Kelly, Terry Wayne Jr. |
| 100. | 19-10307 | Lee, Frederick Wayne |
| 101. | 19-10309 | Mitchum, Paul Lane |
| 102. | 19-10310 | Roberson, Ronald Eugene Jr. |
| 103. | 19-10312 | Sherrod, Crystal Shanie |
| 104. | 19-10319 | Williams, Rayfaird |
| 105. | 19-10380 | Coachman, Sandra Kay |
| 106. | 19-10381 | Hutchinson, Willie III |
| 107. | 19-10385 | Waldron, Phillip Sharadan |
| 108. | 19-10387 | Bates, Clinton Joseph |
| 109. | 19-10390 | Breaux, Nolan Peaire Jr. |
| 110. | 19-10391 | Chaisson, Smitty Paul |
| 111. | 19-10396 | Fleming, Kerk Thomas |
| 112. | 19-10399 | Goines, Donald Terrell |
| 113. | 19-10400 | Gray, Floyd Quinton |
| 114. | 19-10401 | Guidry, Wayne Paul |
| 115. | 19-10402 | Holley, Eric Anthony |
| 116. | 19-10407 | Le, Nancy |
| 117. | 19-10409 | Lirette, Jonathan Peter |
| 118. | 19-10413 | McKinney, Brian Steven |
| 119. | 19-10415 | Naquin, Albert Paul |
| 120. | 19-10420 | Brooks, David Scott |
| 121. | 19-10436 | Horn, James Alexander |
| 122. | 19-10437 | Keelin, Kenneth Lawrence |
| 123. | 19-10438 | Key, William Lee |

|      | DOCKET NUMBER | PLAINTIFF |
|------|---------------|-----------|
| 124. | 19-10440 | Laurendine, Frances Smith |
| 125. | 19-10445 | Schofield, Christopher Daniel |
| 126. | 19-10446 | Seltzer, Alex Cornell |
| 127. | 19-10448 | Steen, Raymond Burk |
| 128. | 19-10449 | Tran, Thanh Van |
| 129. | 19-10451 | Vanacor, James Thomas |
| 130. | 19-10452 | Wentworth, Todd Allan |
| 131. | 19-10453 | West, Rebecca Lanier |
| 132. | 19-10458 | Clark, Roger Lee |
| 133. | 19-10459 | Coleman, Thomas Deon |
| 134. | 19-10470 | Nguyen, Thanh Van |
| 135. | 19-10471 | Nguyen, Tien Van |
| 136. | 19-10476 | Pryor, Robert Hugh Jr. |
| 137. | 19-10478 | Scott, Rondell Joseph |
| 138. | 19-10480 | Tran, Hai Van |
| 139. | 19-10481 | Watts, Tanzila Dejira |
| 140. | 19-10482 | Wescovich, Michael Anthony |
| 141. | 19-10483 | Whitsett, Demartess Anthony |
| 142. | 19-10541 | Barisich, George Anthony |
| 143. | 19-10544 | Broussard, Keith Joel Jr. |
| 144. | 19-10548 | Dempster, Jason Thomas |
| 145. | 19-10550 | Do, Linh Ti |
| 146. | 19-10555 | Huynh, Chi |
| 147. | 19-10559 | Lam, Lan Van |
| 148. | 19-10561 | Lott, Logan Daniel |

|      | **DOCKET NUMBER** | **PLAINTIFF**              |
|------|-------------------|----------------------------|
| 149. | 19-10566          | Nguyen, Dai Van            |
| 150. | 19-10574          | Tong, Nam Ngoc             |
| 151. | 19-10576          | Tra, Nhi                   |
| 152. | 19-10581          | Tran, Vincent Hoang        |
| 153. | 19-10662          | Allen, Della Reese         |
| 154. | 19-10664          | Buras, Judith Estelle      |
| 155. | 19-10703          | Berthelot, John Roy        |
| 156. | 19-10704          | Boudreaux, Wallace Joseph  |