# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) | MDL 2179<br><br>SECTION: J(2) |
| Applies to: 12-cv-968, BELO ) ) | JUDGE BARBIER |
| AND ) ) | MAG. JUDGE WILKINSON |
| BELO Cases identified below ) | |

## NATIONS RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, The Nations Law Firm ("Nations"), by and through the undersigned counsel, and respectfully files its Response to the Court's Order to Show Cause re: BP's October 09, 2019 Status Report Pursuant to First Amended BELO CMO No. 2. The following Nations clients identified in BP's status report (Rec. Doc. 26055) have provided full and complete disclosures and should not be dismissed:

| | Docket Number | Plaintiff | Delivery of PPF Originals | Delivery of PPF Documents and Disclosures via Drop Box | Tracking Number |
|---|---|---|---|---|---|
| 1 | 19-10045 | Salter, Terrance James | 8/26/2019 | 8/23/2019 | 9114 9014 9645 1681 5363 91 |
| 2 | 19-10312 | Sherrod, Crystal Shanie | 09/12/2019, 10/15/2019 | 9/10/2019 | 7767 0167 5655 7762 0311 7533 |
| 3 | 19-10381 | Hutchinson, Willie, III | 10/18/2019 | 10/17/2019 | 7767 4691 3396 |
| 4 | 19-09850 | Pritt, Kevin Jay | 10/11/2019 | 10/9/2019 | 7766 4392 3991 |
| 5 | 19-09857 | Vanderhall, Teresa Brown | 10/11/2019 | 10/9/2019 | 7766 4392 3991 |
| 6 | 19-09866 | Boudreaux, Clinton Bernard | 10/11/2019 | 10/9/2019 | 7766 4392 3991 |
| 7 | 19-09951 | Ingram, Kenzia Jonita | 10/11/2019 | 10/9/2019 | 7766 4392 3991 |
| 8 | 19-10111 | Flannery, Jeremy Wilson | 10/11/2019 | 10/9/2019 | 7766 4392 3991 |

| 9 | 19-10179 | Evans, James Joseph, Jr. | 10/11/2019 | 10/9/2019 | 7766 4392 3991 |
|---|---|---|---|---|---|
| 10 | 19-10185 | Haynes, Todd Louis | 10/11/2019 | 10/9/2019 | 7766 4392 3991 |
| 11 | 19-10279 | Washington, Tommy Leo | 10/11/2019 | 10/9/2019 | 7766 4392 3991 |
| 12 | 19-10448 | Steen, Raymond Burk | 10/11/2019 | 10/9/2019 | 7766 4392 3991 |
| 13 | 19-10310 | Roberson, Ronald Eugene, Jr. | 10/15/2019 | 10/14/2019 | 7767 0167 5655 |
| 14 | 19-10415 | Naquin, Albert Paul | 10/15/2019 | 10/14/2019 | 7767 0167 5655 |
| 15 | 19-10034 | Perrin, Don David | 10/17/2019 | 10/15/2019 | 7767 2555 3861 |
| 16 | 19-10387 | Bates, Clinton Joseph | 10/17/2019 | 10/15/2019 | 7767 2555 3861 |
| 17 | 19-10173 | Dardar, Teddy Darnella | 10/18/2019 | 10/17/2019 | 7767 4691 3396 |
| 18 | 19-10391 | Chaisson, Smitty Paul | 10/18/2019 | 10/17/2019 | 7767 4691 3396 |
| 19 | 19-10478 | Scott, Rondell Joseph | 10/18/2019 | 10/17/2019 | 7767 4691 3396 |
| 20 | 19-10482 | Wescovich, Michael Anthony | 10/18/2019 | 10/17/2019 | 7767 4691 3396 |
| 21 | 19-10559 | Lam, Lan Van | 10/18/2019 | 10/17/2019 | 7767 4691 3396 |
| 22 | 19-10574 | Tong, Nam Ngoc | 10/18/2019 | 10/17/2019 | 7767 4691 3396 |
| 23 | 19-10703 | Berthelot, John Roy | 10/18/2019 | 10/17/2019 | 7767 4691 3396 |
| 24 | 19-09901 | Eldridge, Teneshia Sharta | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 25 | 19-09942 | Frantz, Jeffery David | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 26 | 19-09954 | Keyes, Anquelic Shontae | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 27 | 19-10053 | Wing, Joshua Thomas | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 28 | 19-10198 | Simon, Daryl Joseph | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 29 | 19-10205 | Sewer, Darrell Henry | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 30 | 19-10262 | Mai, Tong Van | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 31 | 19-10270 | Rogers, McIllwain | 10/22/2019 (In Transit) | 10/18/2019 | 7767 6110 3577 |
| 32 | 19-10319 | Williams, Rayfaird | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 33 | 19-10390 | Breaux, Nolan Peaire, Jr. | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 34 | 19-10400 | Gray, Floyd Quinton | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 35 | 19-10413 | McKinney, Brian Steven | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 36 | 19-10480 | Tran, Hai Van | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |
| 37 | 19-10550 | Do, Linh Ti | 10/21/2019 | 10/18/2019 | 7767 6110 3577 |

| 38 | 19-10260 | Lovette, Eric Vonshia | 10/22/2019 In Transit | 10/21/2019 | 7767 7282 2822 |
|---|---|---|---|---|---|
| 39 | 19-10470 | Nguyen, Thanh Van | 10/22/2019 (In Transit) | 10/21/2019 | 7767 7282 2822 |
| 40 | 19-10195 | Sevin, Willard Paul, Jr. | 10/22/2019 (In Transit) | 10/21/2019 | 7767 7282 2822 |
| 41 | 19-10283 | Wynn, Stefanie Patrice | 10/22/2019 (In Transit) | 10/21/2019 | 7767 7282 2822 |
| 42 | 19-09950 | Henry, John Richard | 10/22/2019 (In Transit) | 10/21/2019 | 7767 7282 2822 |
| 43 | 19-10471 | Nguyen, Tien Van | 10/22/2019 (In Transit) | 10/21/2019 | 7767 7282 2822 |

The following plaintiffs have not submitted full and complete disclosures:

|    | Docket Number | Plaintiff |
|----|---------------|-----------|
| 1  | 19-09827 | Crocton, Rodney Lindsey |
| 2  | 19-09829 | Cave, Charlie Banard |
| 3  | 19-09832 | Edwards, Reginald Labarron |
| 4  | 19-09856 | Theriot, Jeramie Joshua |
| 5  | 19-09861 | Billiot, Crystal Hendon |
| 6  | 19-09863 | Billiot, Laura Lane |
| 7  | 19-09864 | Billiot, Ranzel Joseph |
| 8  | 19-09867 | Carlee, James Benjamine |
| 9  | 19-09868 | Chaisson, Lawrence Joseph |
| 10 | 19-09876 | Falgout, Roosevelt J. |
| 11 | 19-09877 | Johnson, Edwina Theresa |
| 12 | 19-09879 | Mobley, Lorenzo Dwayne |
| 13 | 19-09880 | Nguyen, Nhan |
| 14 | 19-09887 | Verdin, Oneil M. |
| 15 | 19-09891 | White, Coty James |
| 16 | 19-09892 | Anderson, Richard Walter |
| 17 | 19-09895 | Borne, Travis James |
| 18 | 19-09897 | Collins, Jody Stephen |
| 19 | 19-09899 | Danos, Danny Lee |
| 20 | 19-09900 | Dardar, Joshua Michael |
| 21 | 19-09903 | Fontaine, Cody Layne |
| 22 | 19-09913 | Verdin, Carl Antoine |
| 23 | 19-09936 | Collum, Sandy Lynn |
| 24 | 19-09940 | Feltman, Dennis Keith |
| 25 | 19-09947 | Ward, Michael Ernest |
| 26 | 19-09955 | Loftus, William Kyle |
| 27 | 19-09961 | Miller, Ram Anthony |
| 28 | 19-09962 | Morales, Alex, Jr. |
| 29 | 19-09968 | Rankins, Christopher Jacob |
| 30 | 19-09969 | Shivers, Elando Kelly |
| 31 | 19-09997 | Carter, Johnny Leroy |
| 32 | 19-10001 | Dasher, Michael Eugene, Jr. |
| 33 | 19-10013 | Klock, Charles William |
| 34 | 19-10020 | Lett, Cassious Darell |
| 35 | 19-10025 | McGuire, Brayton Scott |
| 36 | 19-10026 | Mills, Joseph Cornelius |
| 37 | 19-10042 | Ros, George Anthony |
| 38 | 19-10106 | Austin, Jeffrey Kent |
| 39 | 19-10107 | Becknell, Clarence Alexander, Jr. |
| 40 | 19-10110 | Delle, Jack John, Jr. |

| | | |
|---|---|---|
| 41 | 19-10120 | Nguyen, Que Van |
| 42 | 19-10121 | Overstreet, Darish |
| 43 | 19-10122 | Packer, Darryl Demetrius |
| 44 | 19-10130 | Steib, Farrell Paul, Jr. |
| 45 | 19-10180 | Fischer, Marilyn Kay |
| 46 | 19-10188 | Kyles, Michael Therese |
| 47 | 19-10193 | Price, Jeremy Joseph |
| 48 | 19-10199 | Steorts, Ricky Dale |
| 49 | 19-10203 | Theriot, Gene Eddie |
| 50 | 19-10208 | Turner, Adonis Bennett, Jr. |
| 51 | 19-10210 | Vizier, Craig Michael |
| 52 | 19-10211 | Watson, Corry Deshun |
| 53 | 19-10213 | Rayford, Gandar Cherief |
| 54 | 19-10215 | Du, Hue Kien |
| 55 | 19-10218 | Hagadone, Dustin James |
| 56 | 19-10222 | Marinkovic, Milivoj |
| 57 | 19-10223 | Hunter, Dominique Marquise |
| 58 | 19-10224 | Pharr, Roderick Lavert |
| 59 | 19-10243 | Dang, Cuong Van |
| 60 | 19-10244 | Dang, Duong Tung |
| 61 | 19-10245 | Davis, Johnnie Ray |
| 62 | 19-10253 | Hall, Charlie Leon, III |
| 63 | 19-10254 | Hayes, Lamont Daniel |
| 64 | 19-10258 | Kern, William Barton, Jr. |
| 65 | 19-10264 | Moye, Lisa Evelyn |
| 66 | 19-10265 | Nguyen, Ban Van |
| 67 | 19-10266 | Perez, Manuel |
| 68 | 19-10267 | Phan, Nghia Dinh |
| 69 | 19-10269 | Reeves, James Michael |
| 70 | 19-10276 | Truong, Man B. |
| 71 | 19-10277 | Truong, Tu B. |
| 72 | 19-10280 | Way, Kenneth Brian, II |
| 73 | 19-10299 | Bay, William Casey |
| 74 | 19-10301 | Carter, Monchetee Mondale |
| 75 | 19-10302 | Castanedo, Joshua Edward |
| 76 | 19-10306 | Kelly, Terry Wayne, Jr. |
| 77 | 19-10307 | Lee, Frederick Wayne |
| 78 | 19-10309 | Mitchum, Paul Lane |
| 79 | 19-10380 | Coachman, Sandra Kay |
| 80 | 19-10385 | Waldron, Phillip Sharadan |
| 81 | 19-10396 | Fleming, Kerk Thomas |
| 82 | 19-10399 | Goines, Donald Terrell |
| 83 | 19-10401 | Guidry, Wayne Paul |
| 84 | 19-10402 | Holley, Eric Anthony |
| 85 | 19-10407 | Le, Nancy |

| | | |
|---|---|---|
| 86 | 19-10409 | Lirette, Jonathan Peter |
| 87 | 19-10420 | Brooks, David Scott |
| 88 | 19-10436 | Horn, James Alexander |
| 89 | 19-10437 | Keelin, Kenneth Lawrence |
| 90 | 19-10438 | Key, William Lee |
| 91 | 19-10440 | Laurendine, Frances Smith |
| 92 | 19-10445 | Schofield, Christopher Daniel |
| 93 | 19-10446 | Seltzer, Alex Cornell |
| 94 | 19-10449 | Tran, Thanh Van |
| 95 | 19-10451 | Vanacor, James Thomas |
| 96 | 19-10452 | Wentworth, Todd Allan |
| 97 | 19-10453 | West, Rebecca Lanier |
| 98 | 19-10458 | Clark, Roger Lee |
| 99 | 19-10459 | Coleman, Thomas Deon |
| 100 | 19-10476 | Pryor, Robert Hugh, Jr. |
| 101 | 19-10481 | Watts, Tanzila Dejira |
| 102 | 19-10483 | Whitsett, Demartess Anthony |
| 103 | 19-10541 | Barisich, George Anthony |
| 104 | 19-10548 | Dempster, Jason Thomas |
| 105 | 19-10555 | Huynh, Chi |
| 106 | 19-10561 | Lott, Logan Daniel |
| 107 | 19-10566 | Nguyen, Dai Van |
| 108 | 19-10576 | Tra, Nhi |
| 109 | 19-10581 | Tran, Vincent Hoang |
| 110 | 19-10662 | Allen, Della Reese |
| 111 | 19-10664 | Buras, Judith Estelle |
| 112 | 19-10704 | Boudreaux, Wallace Joseph |
| 113 | 19-10544 | Broussard, Keith Joel, Jr. |

WHEREFORE, it is requested that the Court grant these clients the relief requested herein.

Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
Texas Bar Number 14823000
Gary L. Fuller
Texas Bar Number 07518200
Attorney for Plaintiffs

The Nations Law Firm
9703 Richmond Ave., Suite 200
Houston, Texas  77042
(713) 807-8400 (Phone)
(713) 807-8423 (Fax)
cdb@howardnations.com

tiffs