UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL 2179 Section: J |
| This Document Relates to: | * * | JUDGE BARBIER |
| 2:2010-CV-2771 | * | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw attorney Daniel E. Becnel, Jr.;

IT IS ORDERED that Daniel E. Becnel, Jr. be withdrawn as a counsel of record for the claimants listed on Exhibit A to the motion (Rec. Doc. 26068-1).

New Orleans, Louisiana this 22nd day of October, 2019.

_____
United States District Judge