UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE WILKINSON |
| BELO Cases identified below | * | |

# ORDER
**[As to the 156 BELO Plaintiffs Represented by the Nations Law Firm and Identified in the October 10, 2019 Show Cause Order (Rec. Doc. 26058)]**

On October 10, 2019, the Court issued an Order to Show Cause with respect to 157 BELO Plaintiffs ("Show Cause Order," Rec. Doc. 26058). The plaintiffs subject to the Show Cause Order had failed to provide full and complete initial disclosures by the initial 90-day deadline set by BELO Case Management Order No. 1, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. The Court ordered counsel for the plaintiffs identified in the Show Cause Order to appear on Wednesday, October 23 and show cause why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). The Nations Law Firm ("Nations") represents 156 of the 157 plaintiffs subject to the Show Cause Order.

At the Show Cause Hearing, BP and Nations agreed that the 43 plaintiffs identified as compliant in Nations's response (Rec. Doc. 26071) are in fact compliant. BP and Nations also agreed that the 113 plaintiffs identified as non-compliant in Nations's response (Rec. Doc. 26071) are in fact non-compliant.

Accordingly,

IT IS ORDERED that the Show Cause Order (Rec. Doc. 26058) is SATISFIED and SET ASIDE with respect to the 43 plaintiffs identified below, and their claims are NOT dismissed:

|     | Case No. | Plaintiff |
| --- | --- | --- |
| 1.  | 19-10045 | Salter, Terrance James |
| 2.  | 19-10312 | Sherrod, Crystal Shanie |
| 3.  | 19-10381 | Hutchinson, Willie, III |
| 4.  | 19-09850 | Pritt, Kevin Jay |
| 5.  | 19-09857 | Vanderhall, Teresa Brown |
| 6.  | 19-09866 | Boudreaux, Clinton Bernard |
| 7.  | 19-09951 | Ingram, Kenzia Jonita |
| 8.  | 19-10111 | Flannery, Jeremy Wilson |
| 9.  | 19-10179 | Evans, James Joseph, Jr. |
| 10. | 19-10185 | Haynes, Todd Louis |
| 11. | 19-10279 | Washington, Tommy Leo |
| 12. | 19-10448 | Steen, Raymond Burk |
| 13. | 19-10310 | Roberson, Ronald Eugene, Jr. |
| 14. | 19-10415 | Naquin, Albert Paul |
| 15. | 19-10034 | Perrin, Don David |
| 16. | 19-10387 | Bates, Clinton Joseph |
| 17. | 19-10173 | Dardar, Teddy Darnella |
| 18. | 19-10391 | Chaisson, Smitty Paul |
| 19. | 19-10478 | Scott, Rondell Joseph |
| 20. | 19-10482 | Wescovich, Michael Anthony |
| 21. | 19-10559 | Lam, Lan Van |
| 22. | 19-10574 | Tong, Nam Ngoc |
| 23. | 19-10703 | Berthelot, John Roy |
| 24. | 19-09901 | Eldridge, Teneshia Sharta |
| 25. | 19-09942 | Frantz, Jeffery David |
| 26. | 19-09954 | Keyes, Anquelic Shontae |

|     | Case No.  | Plaintiff              |
|-----|-----------|------------------------|
| 27. | 19-10053  | Wing, Joshua Thomas    |
| 28. | 19-10198  | Simon, Daryl Joseph    |
| 29. | 19-10205  | Sewer, Darrell Henry   |
| 30. | 19-10262  | Mai, Tong Van          |
| 31. | 19-10270  | Rogers, McIllwain      |
| 32. | 19-10319  | Williams, Rayfaird     |
| 33. | 19-10390  | Breaux, Nolan Peaire, Jr. |
| 34. | 19-10400  | Gray, Floyd Quinton    |
| 35. | 19-10413  | McKinney, Brian Steven |
| 36. | 19-10480  | Tran, Hai Van          |
| 37. | 19-10550  | Do, Linh Ti            |
| 38. | 19-10260  | Lovette, Eric Vonshia  |
| 39. | 19-10470  | Nguyen, Thanh Van      |
| 40. | 19-10195  | Sevin, Willard Paul, Jr. |
| 41. | 19-10283  | Wynn, Stefanie Patrice |
| 42. | 19-09950  | Henry, John Richard    |
| 43. | 19-10471  | Nguyen, Tien Van       |

IT IS FURTHER ORDERED that the Show Cause Order (Rec. Doc. 26058) is NOT satisfied with respect to the 113 plaintiffs identified below, and their claims are DISMISSED WITH PREJUDICE. The Court will enter judgments of dismissal in the individual dockets for each of these 113 cases.

|     | Case No.  | Plaintiff                   |
|-----|-----------|-----------------------------|
| 1.  | 19-09827  | Crocton, Rodney Lindsey     |
| 2.  | 19-09829  | Cave, Charlie Banard        |
| 3.  | 19-09832  | Edwards, Reginald Labarron  |
| 4.  | 19-09856  | Theriot, Jeramie Joshua     |
| 5.  | 19-09861  | Billiot, Crystal Hendon     |
| 6.  | 19-09863  | Billiot, Laura Lane         |
| 7.  | 19-09864  | Billiot, Ranzel Joseph      |
| 8.  | 19-09867  | Carlee, James Benjamine     |
| 9.  | 19-09868  | Chaisson, Lawrence Joseph   |
| 10. | 19-09876  | Falgout, Roosevelt J.       |
| 11. | 19-09877  | Johnson, Edwina Theresa     |
| 12. | 19-09879  | Mobley, Lorenzo Dwayne      |
| 13. | 19-09880  | Nguyen, Nhan                |
| 14. | 19-09887  | Verdin, Oneil M.            |
| 15. | 19-09891  | White, Coty James           |

| | | |
|---|---|---|
| 16. | 19-09892 | Anderson, Richard Walter |
| 17. | 19-09895 | Borne, Travis James |
| 18. | 19-09897 | Collins, Jody Stephen |
| 19. | 19-09899 | Danos, Danny Lee |
| 20. | 19-09900 | Dardar, Joshua Michael |
| 21. | 19-09903 | Fontaine, Cody Layne |
| 22. | 19-09913 | Verdin, Carl Antoine |
| 23. | 19-09936 | Collum, Sandy Lynn |
| 24. | 19-09940 | Feltman, Dennis Keith |
| 25. | 19-09947 | Ward, Michael Ernest |
| 26. | 19-09955 | Loftus, William Kyle |
| 27. | 19-09961 | Miller, Ram Anthony |
| 28. | 19-09962 | Morales, Alex, Jr. |
| 29. | 19-09968 | Rankins, Christopher Jacob |
| 30. | 19-09969 | Shivers, Elando Kelly |
| 31. | 19-09997 | Carter, Johnny Leroy |
| 32. | 19-10001 | Dasher, Michael Eugene, Jr. |
| 33. | 19-10013 | Klock, Charles William |
| 34. | 19-10020 | Lett, Cassious Darell |
| 35. | 19-10025 | McGuire, Brayton Scott |
| 36. | 19-10026 | Mills, Joseph Cornelius |
| 37. | 19-10042 | Ros, George Anthony |
| 38. | 19-10106 | Austin, Jeffrey Kent |
| 39. | 19-10107 | Becknell, Clarence Alexander, Jr. |
| 40. | 19-10110 | Delle, Jack John, Jr. |
| 41. | 19-10120 | Nguyen, Que Van |
| 42. | 19-10121 | Overstreet, Darish |
| 43. | 19-10122 | Packer, Darryl Demetrius |
| 44. | 19-10130 | Steib, Farrell Paul, Jr. |
| 45. | 19-10180 | Fischer, Marilyn Kay |
| 46. | 19-10188 | Kyles, Michael Therese |
| 47. | 19-10193 | Price, Jeremy Joseph |
| 48. | 19-10199 | Steorts, Ricky Dale |
| 49. | 19-10203 | Theriot, Gene Eddie |
| 50. | 19-10208 | Turner, Adonis Bennett, Jr. |
| 51. | 19-10210 | Vizier, Craig Michael |
| 52. | 19-10211 | Watson, Corry Deshun |
| 53. | 19-10213 | Rayford, Gandar Cherief |
| 54. | 19-10215 | Du, Hue Kien |
| 55. | 19-10218 | Hagadone, Dustin James |
| 56. | 19-10222 | Marinkovic, Milivoj |
| 57. | 19-10223 | Hunter, Dominique Marquise |
| 58. | 19-10224 | Pharr, Roderick Lavert |

| 59.  | 19-10243 | Dang, Cuong Van |
| --- | --- | --- |
| 60.  | 19-10244 | Dang, Duong Tung |
| 61.  | 19-10245 | Davis, Johnnie Ray |
| 62.  | 19-10253 | Hall, Charlie Leon, III |
| 63.  | 19-10254 | Hayes, Lamont Daniel |
| 64.  | 19-10258 | Kern, William Barton, Jr. |
| 65.  | 19-10264 | Moye, Lisa Evelyn |
| 66.  | 19-10265 | Nguyen, Ban Van |
| 67.  | 19-10266 | Perez, Manuel |
| 68.  | 19-10267 | Phan, Nghia Dinh |
| 69.  | 19-10269 | Reeves, James Michael |
| 70.  | 19-10276 | Truong, Man B. |
| 71.  | 19-10277 | Truong, Tu B. |
| 72.  | 19-10280 | Way, Kenneth Brian, II |
| 73.  | 19-10299 | Bay, William Casey |
| 74.  | 19-10301 | Carter, Monchetee Mondale |
| 75.  | 19-10302 | Castanedo, Joshua Edward |
| 76.  | 19-10306 | Kelly, Terry Wayne, Jr. |
| 77.  | 19-10307 | Lee, Frederick Wayne |
| 78.  | 19-10309 | Mitchum, Paul Lane |
| 79.  | 19-10380 | Coachman, Sandra Kay |
| 80.  | 19-10385 | Waldron, Phillip Sharadan |
| 81.  | 19-10396 | Fleming, Kerk Thomas |
| 82.  | 19-10399 | Goines, Donald Terrell |
| 83.  | 19-10401 | Guidry, Wayne Paul |
| 84.  | 19-10402 | Holley, Eric Anthony |
| 85.  | 19-10407 | Le, Nancy |
| 86.  | 19-10409 | Lirette, Jonathan Peter |
| 87.  | 19-10420 | Brooks, David Scott |
| 88.  | 19-10436 | Horn, James Alexander |
| 89.  | 19-10437 | Keelin, Kenneth Lawrence |
| 90.  | 19-10438 | Key, William Lee |
| 91.  | 19-10440 | Laurendine, Frances Smith |
| 92.  | 19-10445 | Schofield, Christopher Daniel |
| 93.  | 19-10446 | Seltzer, Alex Cornell |
| 94.  | 19-10449 | Tran, Thanh Van |
| 95.  | 19-10451 | Vanacor, James Thomas |
| 96.  | 19-10452 | Wentworth, Todd Allan |
| 97.  | 19-10453 | West, Rebecca Lanier |
| 98.  | 19-10458 | Clark, Roger Lee |
| 99.  | 19-10459 | Coleman, Thomas Deon |
| 100. | 19-10476 | Pryor, Robert Hugh, Jr. |
| 101. | 19-10481 | Watts, Tanzila Dejira |

| | | |
|---|---|---|
| 102. | 19-10483 | Whitsett, Demartess Anthony |
| 103. | 19-10541 | Barisich, George Anthony |
| 104. | 19-10544 | Broussard, Keith Joel, Jr. |
| 105. | 19-10548 | Dempster, Jason Thomas |
| 106. | 19-10555 | Huynh, Chi |
| 107. | 19-10561 | Lott, Logan Daniel |
| 108. | 19-10566 | Nguyen, Dai Van |
| 109. | 19-10576 | Tra, Nhi |
| 110. | 19-10581 | Tran, Vincent Hoang |
| 111. | 19-10662 | Allen, Della Reese |
| 112. | 19-10664 | Buras, Judith Estelle |
| 113. | 19-10704 | Boudreaux, Wallace Joseph |

New Orleans, Louisiana, this 23rd day of October, 2019.

_____
United States District Judge