Minute Entry
Barbier, J.
October 23, 2019
JS-10: 12 minutes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 |
| | | SECTION: J(2) |
| **Applies to: 12-cv-968 and All BELO Cases** | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

Case Manager:                                                          Court Reporter:
Gail Chauvin                                                            Toni Tusa

### WEDNESDAY, OCTOBER 23, 2019, 9:30 A.M.
### JUDGE CARL J. BARBIER PRESIDING

### SHOW CAUSE HEARING

Case called at 9:41 a.m.

On October 10, 2019, the Court ordered plaintiffs' counsel in 157 BELO cases to appear and show cause why those cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). (Rec. Doc. 26058).

Re: plaintiffs represented by the Amaro Law Firm (1)
- The Court previously dismissed with prejudice the claims by Larry Kent (No. 19-09984) and excused the Amaro Law Firm from attending the hearing. (Rec. Doc. 26064)

Re: plaintiffs represented by the Nations Law Firm (156)
- Counsel for Nations Law Firm ("Nations") and BP agree that the 43 plaintiffs identified in Nations's response (Rec. Doc. 26071) are compliant.

- Counsel for Nations and BP agree that the 113 plaintiffs identified in Nations's response (Rec. Doc. 26071) are not compliant.
- The Court will issue a separate order deeming the 43 plaintiffs complaint and dismissing with prejudice the 113 non-compliant plaintiffs.

The hearing ended at 9:53 a.m.

Attendance: See attached.