# MDL 2179
# ATTENDANCE RECORD
# SHOW CAUSE HEARING

DATE: 10/23/2019                                    TIME: 9:30 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| R. Alan York | HESI |
| C David Durkee | Downs Law Group |
| Gary L. Fuller | PLAINTIFFS Nations Law Firm |
| Kevin Hodges | BP |
| Keith Jarrett | BP |