# ATTACHMENT A

|    | DOCKET NUMBER | PLAINTIFF |
|----|---------------|-----------|
| 1. | 19-11522 | Barfield, Dennis James Jr. |
| 2. | 19-11523 | Bess, Gene Autry |
| 3. | 19-11539 | Bond, Donna Marie |
| 4. | 19-11540 | Boyd, Tracey Lynell |
| 5. | 19-11541 | Breland, Jimi Nicole |
| 6. | 19-11549 | Kha, Chau Van |
| 7. | 19-11550 | Maxwell, James Ellis |
| 8. | 19-11552 | Papierz, David James |
| 9. | 19-11554 | Perkins, Tony Baretta |
| 10. | 19-11555 | Pham, Johnny Huan |
| 11. | 19-11557 | Rule, Jason Wilson |
| 12. | 19-11560 | Tran, Chieu |
| 13. | 19-11561 | Tubbs, Annette Lavone |
| 14. | 19-11563 | Baucum, Robert Zachary |
| 15. | 19-11564 | Herring, Jeffrey Lane Jr. |
| 16. | 19-11565 | Scott, Stanley Earl |
| 17. | 19-11608 | Anderson, Joseph Leigh |
| 18. | 19-11629 | Owens, Fredrick Lashon |
| 19. | 19-11631 | Cochran, Jamie Ellen |
| 20. | 19-11633 | Esteves, Jason Anthony |
| 21. | 19-11634 | Fredricks, Jamie Lymond |
| 22. | 19-11636 | Ho, Luc Thanh |
| 23. | 19-11639 | Kennedy, Kutish Kuyonda |

|     | **DOCKET NUMBER** | **PLAINTIFF** |
| --- | --- | --- |
| 24. | 19-11640 | Winn, Tonya Maria |
| 25. | 19-11641 | Nguyen, Linh Van |
| 26. | 19-11645 | Lewis, Victoria Lynette |
| 27. | 19-11646 | Louis, Michael St. John |
| 28. | 19-11649 | Orr, Elnora Lorraine |
| 29. | 19-11650 | Spencer, Robert Lee Ward |
| 30. | 19-11737 | Billiot, Derek John |
| 31. | 19-11738 | Brown, Connie Brackner |
| 32. | 19-11746 | Garrett, Leo Paul |
| 33. | 19-11747 | Faulks, Thomas Lee Jr. |
| 34. | 19-11749 | Luke, Terry Patrick |
| 35. | 19-11750 | Musgrove, Demetrius Lomax |
| 36. | 19-11754 | Cheramie, Peter James |
| 37. | 19-11755 | Page, Arthur Louis |
| 38. | 19-11756 | Tyler, Cinnamon Lanham |
| 39. | 19-11758 | Smith, Octavias Shantel |
| 40. | 19-11821 | Bennett, Emmett Jason |
| 41. | 19-11822 | Odom, Walter Ellis |
| 42. | 19-11824 | Brown, David Randolph |
| 43. | 19-11837 | Jackson, Isaac Latroy |
| 44. | 19-11839 | McNichols, Terrence Quinone |
| 45. | 19-11840 | Luke, Timothy Andrew |
| 46  | 19-11841 | McCovery, Michael Terrell |
| 47. | 19-11842 | Smeby, Michael Leon |
| 48. | 19-11843 | Vo, Son Truong |

|     | DOCKET NUMBER | PLAINTIFF |
|-----|---------------|-----------|
| 49. | 19-11849      | Wilson, Michael Jerome |
| 50. | 19-11850      | Woods, Clyde Levorn |