# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § | MDL 2179<br><br>SECTION J(2)<br><br>JUDGE BARBIER |
| Applies to 12-968, BELO | § § | MAGISTRATE JUDGE WILKINSON |
| AND | § § | |
| BELO Cases Identified on the attached "Attachment A" | § § | |

## ORDER ENROLLING GARY L. FULLER and ALBERTUS F. WIESEDEPPE, III AS ADDITIONAL COUNSEL

Having considered the *Ex Parte* Motion by plaintiff to enroll Gary L. Fuller and Albertus F. Wiesedeppe, III as additional counsel in all cases identified on "Attachment A", it is

**ORDERED** that Gary L. Fuller and Albertus F. Wiesedeppe, III, both of The Nations Law Firm, 9703 Richmond Ave., Suite 200, Houston, Texas 77042, telephone (713) 807-87400, be enrolled as additional counsel of record for all plaintiffs on the attached "Attachment A."

SIGNED: _____

_____
**UNITED STATES DISTRICT JUDGE**

# ATTACHMENT A

|  | DOCKET NUMBER | PLAINTIFF |
|---|---|---|
| 1. | 19-11522 | Barfield, Dennis James Jr. |
| 2. | 19-11523 | Bess, Gene Autry |
| 3. | 19-11539 | Bond, Donna Marie |
| 4. | 19-11540 | Boyd, Tracey Lynell |
| 5. | 19-11541 | Breland, Jimi Nicole |
| 6. | 19-11549 | Kha, Chau Van |
| 7. | 19-11550 | Maxwell, James Ellis |
| 8. | 19-11552 | Papierz, David James |
| 9. | 19-11554 | Perkins, Tony Baretta |
| 10. | 19-11555 | Pham, Johnny Huan |
| 11. | 19-11557 | Rule, Jason Wilson |
| 12. | 19-11560 | Tran, Chieu |
| 13. | 19-11561 | Tubbs, Annette Lavone |
| 14. | 19-11563 | Baucum, Robert Zachary |
| 15. | 19-11564 | Herring, Jeffrey Lane Jr. |
| 16. | 19-11565 | Scott, Stanley Earl |
| 17. | 19-11608 | Anderson, Joseph Leigh |
| 18. | 19-11629 | Owens, Fredrick Lashon |
| 19. | 19-11631 | Cochran, Jamie Ellen |
| 20. | 19-11633 | Esteves, Jason Anthony |
| 21. | 19-11634 | Fredricks, Jamie Lymond |
| 22. | 19-11636 | Ho, Luc Thanh |
| 23. | 19-11639 | Kennedy, Kutish Kuyonda |

|     | **DOCKET NUMBER** | **PLAINTIFF** |
| --- | --- | --- |
| 24. | 19-11640 | Winn, Tonya Maria |
| 25. | 19-11641 | Nguyen, Linh Van |
| 26. | 19-11645 | Lewis, Victoria Lynette |
| 27. | 19-11646 | Louis, Michael St. John |
| 28. | 19-11649 | Orr, Elnora Lorraine |
| 29. | 19-11650 | Spencer, Robert Lee Ward |
| 30. | 19-11737 | Billiot, Derek John |
| 31. | 19-11738 | Brown, Connie Brackner |
| 32. | 19-11746 | Garrett, Leo Paul |
| 33. | 19-11747 | Faulks, Thomas Lee Jr. |
| 34. | 19-11749 | Luke, Terry Patrick |
| 35. | 19-11750 | Musgrove, Demetrius Lomax |
| 36. | 19-11754 | Cheramie, Peter James |
| 37. | 19-11755 | Page, Arthur Louis |
| 38. | 19-11756 | Tyler, Cinnamon Lanham |
| 39. | 19-11758 | Smith, Octavias Shantel |
| 40. | 19-11821 | Bennett, Emmett Jason |
| 41. | 19-11822 | Odom, Walter Ellis |
| 42. | 19-11824 | Brown, David Randolph |
| 43. | 19-11837 | Jackson, Isaac Latroy |
| 44. | 19-11839 | McNichols, Terrence Quinone |
| 45. | 19-11840 | Luke, Timothy Andrew |
| 46. | 19-11841 | McCovery, Michael Terrell |
| 47. | 19-11842 | Smeby, Michael Leon |
| 48. | 19-11843 | Vo, Son Truong |

|     | DOCKET NUMBER | PLAINTIFF |
| --- | --- | --- |
| 49. | 19-11849 | Wilson, Michael Jerome |
| 50. | 19-11850 | Woods, Clyde Levorn |