## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig **"Deepwater Horizon"** in the Gulf of Mexico, on April 20, 2010 | * * * | **MDL 2179** **SECTION: J(2)** |
| | * | **JUDGE BARBIER** |
| Applies to: *All Cases in the B3 Pleading Bundle* | * * | **MAG. JUDGE WILKINSON** |

---

### FIRST AMENDMENT TO PRETRIAL ORDER NO. 68

Pretrial Order No. 68 ("PTO 68," Rec. Doc. 26070) required BP Exploration & Production Inc. and BP America Production Company (together, "BP") and the plaintiffs in remaining and newly-filed cases in the B3 pleading bundle[1] (the "B3 Plaintiffs") to, among other things, produce certain documents and information no later than 90 days after entry of PTO 68. The Court hereby AMENDS PTO 68 as follows:

1.    Section I.A.2.d. of PTO 68 required B3 Plaintiffs to complete, sign, and produce to BP an Authorization for Release of Medicals Records Information for every health care professional identified in the Plaintiff's Supplemental Medical Disclosure Form. However, PTO 68 did not contain the Authorization for Release of Medical Records Information. **Exhibit B** attached hereto[2] is the Authorization for

---

[1] The "B3" pleading bundle includes all claims, of any type, relating to postexplosion clean-up efforts asserted against defendants not named in the B1 master complaint, as well as all claims for personal injury and/or medical monitoring for exposure or other injury occurring after the explosion and fire of April 20, 2010. (Pretrial Order No. 25, Rec. Doc. 983).  The B3 bundle includes contract claims related to the oil spill response.

[2] This First Amendment to PTO 68 does not contain an Exhibit "A," in order to avoid confusion with the Exhibit A attached to the original PTO 68.

Release of Medical Records contemplated in paragraph I.A.2.d. of PTO 68.

2.    PTO 68 did not specify to whom and how the required productions should be made. Those instructions are provided here. Specifically, BP and the B3 Plaintiffs should produce the information and documents listed in Section I.A of PTO 68 to other parties in their individual cases, and **<u>not</u>** to the Court, by following the applicable procedure set forth below:

**Pro se B3 Plaintiffs** (plaintiffs not represented by an attorney) shall mail the information and documents to the following address:

> Counsel for BP
> Attn: Frank Sramek
> Kirkland & Ellis LLP
> 300 North LaSalle St., Suite 2400
> Chicago, IL 60654

BP shall produce documents and information to pro se B3 Plaintiffs by FTP (file transfer protocol) or another method as may appropriate. Pro se B3 Plaintiffs shall contact Frank Sramek at Kirkland & Ellis LLP (pto68productions@kirkland.com) to provide an email address where an FTP link to the production can be sent or to coordinate an alternative production method.

For **B3 Plaintiffs who are represented by counsel**, counsel for the B3 Plaintiffs should contact Frank Sramek at Kirkland & Ellis LLP (pto68productions@kirkland.com) to coordinate the production. Both BP and the B3 Plaintiffs shall produce documents and information

in litigation-ready format, including a document production load file, TIFF image files, text files, Excel files in native format, and Bates numbered pages, as set forth in **Exhibit C** attached hereto.

For other inquiries to BP relating to the claims in the PTO 68 process, please contact Katie Jakola (katie.jakola@kirkland.com) and/or Kris Ritter (kristopher.ritter@kirkland.com) at Kirkland & Ellis LLP.

All other aspects of PTO 68 remain unchanged.

New Orleans, Louisiana, this 28th day of October, 2019

_____
United States District Judge

**Notes to Clerk:**
**Enter this First Amendment to PTO 68 in the MDL 2179 master docket <u>and</u> in the individual docket of any cases that are consolidated with MDL 2179 <u>after</u> the issuance of this order.**

**Mail copies of (1) PTO 68 (Rec. Doc. 26070) and (2) this First Amendment to PTO 68, including the exhibits attached to both, to the individuals listed below, who appear to be the pro se plaintiffs in the B3 bundle.**

| | |
|---|---|
| Bruce, Shane Maddox | 18-02626 |
| Burkett, Craig Michael | 17-03681 |
| DeBose, Jimmy Raymond | 17-03675 |
| DeBose, Karen Ann | 17-03670 |
| Evans, Robert (Engineers & Filmmakers Computer Users Group) | 16-03966 |
| Fetterhoff, Carol Lynn | 17-03350 |
| Fetterhoff, Chayton Lee | 17-03350 |
| Fetterhoff, Chelsea Lynn | 17-03350 |
| Helmholtz, Michael Benjamin | 17-02932 |
| Keyes, Ellis (Estate of Christine C. Keyes) | 14-02211 |

3

| Merchant, Raymond Joe | 15-04290 |
| Watson, Esther Marie | 16-15259 |