**EXHIBIT B**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | * * * * * * | **MASTER DOCKET NO. 10-MD-2179** |
| **THIS DOCUMENT RELATES TO** *All Claims in Pleading Bundle B3* | * * * * * * * | **AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)** |

Name: _____

Date of Birth: _____

Social Security Number: _____

I, the individual named above, hereby authorize my health care provider(s), health plan(s), and health insurer(s) to disclose my **health records** to _____**at Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 and/or their designated agents ("Receiving Parties" or "Recipients")**. These records shall be used, disclosed or re-disclosed solely in connection with litigation of my B3 clam in MDL 2179 or subsequent or related proceedings.

I hereby further grant any reimbursement claimant, lien holder or state or federal agency, and the contract representatives of either, permission to share with the **Recipients** all reimbursement claim and lien information and confirming **health records** regarding any conditional payments made, or medical care performed (collectively the "lien information"), by the claim/ lien holder.

As referred to above, my **health records** include any and all of the following:

Records of my medical condition(s), diagnoses, and treatment, including, but not limited to, physician's records; surgeons' records; discharge summaries; progress notes; consultations; pharmaceutical records; medication sheets; patient information sheets; consents for treatment; medical reports; x-rays and x-ray reports; CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films; interpretations of diagnostic tests; pathology materials, slides, tissues, and laboratory results and laboratory specimens and/or reports; consultations; physical therapy records; drug and/or alcohol abuse records; HIV/AIDS

diagnosis and/or treatment; physicals and histories; correspondence; psychiatric records; psychological records; psychometric test results; social worker's records; other information pertaining to the physical and mental condition; all hospital summaries and hospital records including, but not limited to, admitting records; admitting histories and physicals; case records, discharge summaries; physician's orders, progress notes, and nurses' notes; medical record summaries; emergency room records; all other hospital documents and memoranda pertaining to any and all hospitalizations and/or out-patient visits; and

Any and all insurance records; statements of account, bills or billing records, or invoices; any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, or diagnosis pertaining to my health.

I understand that the information in my **health records** may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

I understand that this authorization will permit counsel in this case to communicate with my healthcare providers regarding obtaining the medical records disclosed pursuant to this authorization.

In the event that this facility or medical provider requires execution of a proprietary authorization for the release of medical records, I shall execute such authorization within 30 days of my attorneys or I receiving from the Receiving Parties or their designated agents the required form. Similarly, if the policies of this institution or medical provider require a more recently-dated execution of this authorization than the one provided, I shall re-execute this authorization within 30 days of the Receiving Parties alerting my attorneys or I of that fact.

I understand that I have the right to revoke this authorization at any time. I understand that if I wish to revoke the authorization, I must do so in writing and must provide my written revocation to any and all of my health care providers, health plans, or health insurers, state or federal agencies and all other third party lien holders to which the revocation will apply. I understand that the revocation will not apply to any disclosures that have already been made in reliance on this authorization prior to the date upon which the disclosing health care provider, health plan, health insurer, or such other third party receives my written revocation.

I understand that my authorization of the disclosure of my **health records and lien information** is voluntary and that I therefore can refuse to sign this authorization. I also understand that I do not need to sign this authorization in order to obtain health treatment or to receive or be eligible to receive benefits for coverage of health treatment.

I understand that, once disclosed to the **Recipients, my health records and lien information** may be subject to re-disclosure by the **Recipients** or any of its agents and/or employees without my authorization, and may no longer be protected by federal privacy law or 45 CFR Parts 160 and 164.

This authorization expires two years from the date upon which it is executed.

I understand that a photocopy hereof shall have the same authority as the original.

I have a right to receive and retain a copy of this authorization when signed below.

| | | |
|---|---|---|
| Name of PLAINTIFF [PRINT] | Signature | Date |

**OR**

| | | |
|---|---|---|
| Name and title of AUTHORIZED REPRESENTATIVE authorized to act on behalf of PLAINTIFF | Signature | Date |

Relationship to PLAINTIFF