**EXHIBIT C**

| Default Relativity or Concordance Load File Data (Note: Field Name has an 8-character limit) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Field Name** | **Field Description** | **Field Type** | **Hard Copy** | **E-mail** | **Spreadsheets** | **Presentations** | **Other Elec. Docs** |
| PLAINTIFF | Plaintiff producing data | Note Text | X | X | X | X | X |
| BOX | Submission / volume / box number | Note Text | X | X | X | X | X |
| CUSTODIAN | Custodian(s) / source(s) -- format:  Last, First or ABC Dept | Multi-Entry | X | X | X | X | X |
| BEGBATES | Start Bates (including prefix) -- no paces | Note Text | X | X | X | X | X |
| ENDBATES | End Bates (including prefix) -- no spaces | Note Text | X | X | X | X | X |
| DOCID | Populate with exact same value as start Bates [DOCID = BEGDOC#] | Note Text | X | X | X | X | X |
| PGCOUNT | Page count | Integer | X | X | X | X | X |
| BEGATTACH | Parent's start Bates, including prefix (ONLY in CHILD records) | Note Text | X | X | X | X | X |
| ENDATTACH | Denotes the end of the last attachment (for Bates numbering) | Multi-Entry | X | X | X | X | X |
| ATTACHRANGE | Bates number of the first page of the parent document to the Bates number of the last page of the last attachment child document (for Bates numbering) (including prefix) (i.e. ABC-001 - ABC-020) | Note Text | X | X | X | X | X |
| FILEEXTENSION | Extension of the original file. | Note Text | | X | X | X | X |
| HASREDACTIONS | "X" if the document has a redaction | Note Text | X | X | X | X | X |
| AUTHOR | Document Author -- format: Last, First | Note Text | | | X | X | X |
| FROM | Sender -- format: Last, First | Note Text | | X | | | |
| TO | Recipient -- format:  Last, First | Multi-Entry | | X | X | X | X |
| CC | CC field -- format:  Last, First | Multi-Entry | | X | X | X | X |
| BCC | BCC field -- format:  Last, First | Multi-Entry | | X | X | X | X |
| SUBJECT | Subject / document title | Note Text | | X | X | X | X |
| DATETIMESENT | Email Sent Date / Date and Time -- format:  MM/DD/YYYY HH:MM | Date/Time-Keyed | | X | | | |
| FILESIZE | File size | Note Text | | | X | X | X |
| FILENAME | File name - name of file as it appeared in it's original location | Note Text | | | X | X | X |
| FILEPATH | Data's original source full folder file path | Note Text | | X | X | X | X |
| DOCLINK | Current file path location to the native file (on the delivery medium) | Note Text | | | X | X | X |

| Production Format | |
|---|---|
| Native Files | "Document Produced in Native Format" slip sheet for Excels, Spreadsheets, CSV, Audio, and Video files<br>Named by Bates Begin<br>Place in a NATIVES folder |
| Text | Document level text files<br>Named by Bates Begin<br>Place in a TEXT folder |
| Images | Tiff format: Black and White, Compression Group IV, 300 dpi single-page<br>Named by bates number<br>Place in an IMAGES folder |
| DAT and OPT Load Files | Load File Formats Requested: Concordance .DAT and OPT<br>Delimiters:<br>• Field separator – ¶ (ASCII Character 020)<br>• Text qualifier – þ (ASCII Character 254)<br>• Multi-Entry –  ; (ASCII Character 059)<br>• Return Value – ®(ASCII Character 174) |