IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § | MDL 2179 SECTION J(2) JUDGE BARBIER |
| Applies to 12-968, BELO | § § | MAGISTRATE JUDGE WILKINSON |
| AND | § § | |
| BELO Cases Identified on the attached "Attachment A" | § § | |

### ORDER ENROLLING GARY L. FULLER and ALBERTUS F. WIESEDEPPE, III AS ADDITIONAL COUNSEL

Having considered the *Ex Parte* Motion by plaintiff to enroll Gary L. Fuller and Albertus F. Wiesedeppe, III as additional counsel in all cases identified on "Attachment A", it is

**ORDERED** that Gary L. Fuller and Albertus F. Wiesedeppe, III, both of The Nations Law Firm, 9703 Richmond Ave., Suite 200, Houston, Texas 77042, telephone (713) 807-87400, be enrolled as additional counsel of record for all plaintiffs on the attached "Attachment A."

New Orleans, Louisiana this 29th day of October, 2019.

_____
United States District Judge