IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to:<br>*15-4143, 15-4146 & 15-4654* | * * * * | District Judge Carl J. Barbier<br><br>Chief Magistrate Judge<br>Joseph Wilkinson |

-----------------------------------------------------------------

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF HESI AND TRANSOCEAN ASSIGNED CLAIMS AND/OR PUNITIVE DAMAGES CLAIM(S)**

The authorized representative of Claimant, OLTERAY SWANIER, a DECEASED claimant, and the HESI and Transocean Assigned Claims and Punitive Damages Settlements Claims Administrator respectfully move this Court to (1) approve the settlement(s) of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the HESI and Transocean Punitive Damages and Assigned Claims Settlements as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

On behalf of Olteray Swanier:　　　　　　　　On behalf of Patrick A. Juneau, Claims Administrator:

/s/ Diann Swanier　　　　　　　　　　　　　　/s/Patrick J. Hron, Esq.
Diann Swanier　　　　　　　　　　　　　　　　Patrick J. Hron, Esq.
4 Royal Circle　　　　　　　　　　　　　　　　Juneau David, APLC
Pass Christian, MS 39571　　　　　　　　　　1018 Harding Street, Suite 202
　　　　　　　　　　　　　　　　　　　　　　Lafayette, LA 70503