MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 29, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG              MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010             SECTION "J"

THIS DOCUMENT RELATES TO:                    JUDGE BARBIER
                                             MAG. JUDGE WILKINSON
Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination letter and various submissions of claimant and his counsel concerning the appeal of Rex Horton, Claim No. 4FA * * * denying his Charterboat Operator claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law

MJSTAR:  0:55

supporting them. The claim was properly treated and paid as a Charterboat Crew claim. The documentation is insufficient to establish that claimant was a charterboat owner. No basis requiring a different result has been provided.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**