UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** **SECTION: J** **JUDGE BARBIER** |
| **Applies to: 12-cv-968: BELO** | **MAGISTRATE JUDGE WILKINSON** |

**Relates to:**

| 19-11424 | 19-11539 | 19-11557 | 19-11633 | 19-11746 | 19-11821 |
|---|---|---|---|---|---|
| 19-11445 | 19-11540 | 19-11561 | 19-11634 | 19-11749 | 19-11822 |
| 19-11494 | 19-11541 | 19-11563 | 19-11640 | 19-11750 | 19-11839 |
| 19-11501 | 19-11549 | 19-11565 | 19-11645 | 19-11754 | 19-11841 |
| 19-11517 | 19-11550 | 19-11581 | 19-11649 | 19-11755 | 19-11842 |
| 19-11522 | 19-11552 | 19-11608 | 19-11650 | 19-11756 | 19-11843 |
| 19-11523 | 19-11554 | 19-11625 | 19-11737 | 19-11758 | 19-11849 |
| 19-11534 | 19-11555 | 19-11631 | 19-11738 | 19-11789 | |

**THE BP PARTIES' NOVEMBER 1, 2019 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2**

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on October 25, 2019. This report includes plaintiffs whose initial disclosures were due through October 22, 2019, and reflects the status of initial disclosures received as of 5 PM Eastern on October 31, 2019.

This Status Report contains a list of cases in which plaintiffs provided no disclosures. There are no cases eligible for this Status Report in which plaintiffs provided deficient or incomplete disclosures. Pursuant to the First Amended CMO No. 2, the BP Parties on November 8, 2019 will submit a Status Report listing plaintiffs who failed to provide full and complete disclosures after having been ordered to do so by November 1, 2019, pursuant to the Court's October 2, 2019 Order (Rec. Doc. 26052) (i.e., "Category II" plaintiffs).

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| The Nations Law Firm | 38 | 38 | 0 |
| The Downs Law Group | 4 | 4 | 0 |
| Amaro Law Firm | 4 | 4 | 0 |
| Falcon Law Firm; Lindsay & Lindsay P.A. | 1 | 1 | |
| **Total** | **47** | **47** | **0** |

**I.     Category I**

    **A.     Plaintiffs With Missing Initial Disclosures**

Pursuant to Section 2(B) of First Am. CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 19-11424 | Mitchell, Barry | Falcon Law Firm; Lindsay & Lindsay P.A. |
| 2. | 19-11445 | Gray, Dessie | Amaro Law Firm |
| 3. | 19-11494 | Rivers, Edna Mae | Downs Law Group |
| 4. | 19-11501 | Restrepo, Jaime | Downs Law Group |
| 5. | 19-11517 | Hernandez, Clarence, III | Amaro Law Firm |
| 6. | 19-11522 | Barfield, Dennis James, Jr. | Nations Law Firm |
| 7. | 19-11523 | Bess, Gene Autry | Nations Law Firm |
| 8. | 19-11534 | Allen, Alvin, Jr. | Amaro Law Firm |
| 9. | 19-11539 | Bond, Donna Marie | Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 10. | 19-11540 | Boyd, Tracey Lynell | Nations Law Firm |
| 11. | 19-11541 | Breland, Jimi Nicole | Nations Law Firm |
| 12. | 19-11549 | Kha, Chau Van | Nations Law Firm |
| 13. | 19-11550 | Maxwell, James Ellis | Nations Law Firm |
| 14. | 19-11552 | Papierz, David James | Nations Law Firm |
| 15. | 19-11554 | Perkins, Tony Baretta | Nations Law Firm |
| 16. | 19-11555 | Pham, Johnny Huan | Nations Law Firm |
| 17. | 19-11557 | Rule, Jason Wilson | Nations Law Firm |
| 18. | 19-11561 | Tubbs, Annette Lavone | Nations Law Firm |
| 19. | 19-11563 | Baucum, Robert Zackery | Nations Law Firm |
| 20. | 19-11565 | Scott, Stanley Earl | Nations Law Firm |
| 21. | 19-11581 | Juarez, Jesus, Jr. | Amaro Law Firm |
| 22. | 19-11608 | Anderson, Joseph Leigh | Nations Law Firm |
| 23. | 19-11625 | Morales-Velazquez, Pedro | Downs Law Group |
| 24. | 19-11631 | Cochran, Jamie Ellen | Nations Law Firm |
| 25. | 19-11633 | Esteves, Jason Anthony | Nations Law Firm |
| 26. | 19-11634 | Fredricks, Jamie Lymond | Nations Law Firm |
| 27. | 19-11640 | Winn, Tonya Maria | Nations Law Firm |
| 28. | 19-11645 | Lewis, Victoria Lynette | Nations Law Firm |
| 29. | 19-11649 | Orr, Elnora Lorraine | Nations Law Firm |
| 30. | 19-11650 | Spencer, Robert Lee Ward | Nations Law Firm |
| 31. | 19-11737 | Billiot, Derek John | Nations Law Firm |
| 32. | 19-11738 | Brown, Connie Brackner | Nations Law Firm |
| 33. | 19-11746 | Garrett, Leo Paul | Nations Law Firm |
| 34. | 19-11749 | Luke, Terry Patrick | Nations Law Firm |
| 35. | 19-11750 | Musgrove, Demetrius Lomax | Nations Law Firm |
| 36. | 19-11754 | Cheramie, Peter James | Nations Law Firm |
| 37. | 19-11755 | Page, Arthur Louis | Nations Law Firm |
| 38. | 19-11756 | Tyler, Cinnamon Lanham | Nations Law Firm |
| 39. | 19-11758 | Smith, Octavias Shantel | Nations Law Firm |
| 40. | 19-11789 | Torres, Rudy, Sr. | Downs Law Group |
| 41. | 19-11821 | Bennett, Emmett Jason | Nations Law Firm |
| 42. | 19-11822 | Odom, Walter Ellis | Nations Law Firm |
| 43. | 19-11839 | McNichols, Terrence Quinone | Nations Law Firm |
| 44. | 19-11841 | McCovery, Michael Terrell | Nations Law Firm |
| 45. | 19-11842 | Smeby, Michael Leon | Nations Law Firm |
| 46. | 19-11843 | Vo, Son Truong | Nations Law Firm |
| 47. | 19-11849 | Wilson, Michael Jerome | Nations Law Firm |

## B. Plaintiffs With Deficient Initial Disclosures

There are no cases eligible for this Status Report in which plaintiffs have provided deficient or incomplete initial disclosures.

November 1, 2019

Respectfully submitted,

  */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

  */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

  */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

  */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of November 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ Don K. Haycraft*
Don K. Haycraft