## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | § | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" in the GULF** | § | **SECTION J** |
| **OF MEXICO, on April 20, 2010** | § | |
| | § | **JUDGE BARBER** |
| | § | **MAG. JUDGE SHUSHAN** |
| | § | |

| | | |
|---|---|---|
| **Coastal Land Development Group, LLC** | § | **CASE NO. 2:16-cv-05941-CJB-JCW** |
| | § | |
| **vs.** | § | **SECTION J** |
| | § | |
| **BP P.L.C.; BP America, Inc.; BP** | § | **JUDGE BARBER** |
| **Products North America, Inc.; BP** | § | **MAG. JUDGE SHUSHAN** |
| **America Production Company; BP** | § | |
| **Exploration & Production, Inc.** | § | **JURY TRIAL DEMANDED** |

## NOTICE OF PENDENCY OF REOPENED BANKRUPTCY CASE

PLEASE TAKE NOTICE that on September 5, 2019, the Bankruptcy Estate of Charles Wesley Maddox and Vicki Lynn Maddox ("Debtors") pending in the United States Bankruptcy Court in the Middle District of Florida ("Bankruptcy Case"), Case No. 8:12-bk-05200-MGW was reopened to permit Douglas N. Menchise, Chapter 7 Trustee ("Trustee") to participate in this case and to recover the Debtors[1]' interest in Coastal's asserted claim against BP ("BP Claim"), for the benefit of the Bankruptcy Estate. The Trustee is entitled to recover all proceeds from the BP Claim by Coastal for the Benefit of the Bankruptcy Estate and no proceeds should be delivered to either Coastal or any of its pre-bankruptcy owners. The Trustee succeeds to the Maddoxes' majority ownership interest in Coastal's and to any and all distributions due to

---

[1] Charles Wesley Maddox held a 75% interest as a shareholder and president of the Coastal Land Development Group, LLC ("Coastal"); his ownership in Coastal constitutes Property of his Chapter 7 Estate and those rights are now held by the Trustee.

Coastal, which should be paid to the Trustee for distribution first to Coastal's pre-bankruptcy legitimate creditors and then to its equity owners.

SHUMAKER, LOOP & KENDRICK, LLP

By: /s/ Steven M. Berman
Steven M. Berman, Esq.
FL Bar ID: 856290
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602
813.229.7600; 813.229.1660 (fax)
Email: sberman@shumaker.com
*Attorney for the Douglas N. Menchise, Chapter 7 Trustee* of the Bankruptcy Estate of Charles Wesley Maddox and Vicki Lynn Maddox

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2019, the foregoing was furnished via CM/ECF notice to all counsel of record and by U.S. Mail to the following:

**Charles Maddox**
P.O. Box 2135
Tampa, FL 33601

**Charles Maddox**
502 S. Fremont Ave.
Apt. 509
Tampa, FL 33606

**Vicki Maddox**
P.O. Box 10351
Tampa, FL 33679

**Office of the United States Trustee**
501 E. Polk Street
Suite 1200
Tampa, Florida 33602

**Caroline E. Adams, Esq.**
Buzbee Law Firm
JPMorgan Chase Tower
600 Travis Street
Number 7300
Houston, Texas 77002

/s/ Steven M. Berman
**Attorney**