UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG        MDL No. 2179
"DEEPWATER HORIZON" in the
Gulf of Mexico on April 20, 2010

Applies to:        JUDGE BARBIER
12-CV-968: BELO        MAG. JUDGE WILKINSON
AND
All BELO cases included in the attached lists.

## ORDER

Defense counsel has advised that plaintiffs in 47 BELO cases[1] have failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. Record Doc. No. 26083 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **DECEMBER 4, 2019**, plaintiffs in the attached lists must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT**, as to all of the listed cases in which plaintiffs produce full and complete disclosures in compliance with this order, the deadline by which the parties must submit their venue filing is extended to no later than **JANUARY 6, 2019.**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in the individual cases in the attached lists.

New Orleans, Louisiana, this \_\_\_\_4th\_\_\_\_ day of November, 2019.

*(signature)*

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

|    | Docket Number | Plaintiff | Plaintiff's Counsel |
|----|---------------|-----------|---------------------|
| 1. | 19-11424 | Mitchell, Barry | Falcon Law Firm; Lindsay & Lindsay P.A. |
| 2. | 19-11445 | Gray, Dessie | Amaro Law Firm |
| 3. | 19-11494 | Rivers, Edna Mae | Downs Law Group |
| 4. | 19-11501 | Restrepo, Jaime | Downs Law Group |
| 5. | 19-11517 | Hernandez, Clarence, III | Amaro Law Firm |
| 6. | 19-11522 | Barfield, Dennis James, Jr. | Nations Law Firm |
| 7. | 19-11523 | Bess, Gene Autry | Nations Law Firm |
| 8. | 19-11534 | Allen, Alvin, Jr. | Amaro Law Firm |
| 9. | 19-11539 | Bond, Donna Marie | Nations Law Firm |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 10. | 19-11540 | Boyd, Tracey Lynell | Nations Law Firm |
| 11. | 19-11541 | Breland, Jimi Nicole | Nations Law Firm |
| 12. | 19-11549 | Kha, Chau Van | Nations Law Firm |
| 13. | 19-11550 | Maxwell, James Ellis | Nations Law Firm |
| 14. | 19-11552 | Papierz, David James | Nations Law Firm |
| 15. | 19-11554 | Perkins, Tony Baretta | Nations Law Firm |
| 16. | 19-11555 | Pham, Johnny Huan | Nations Law Firm |
| 17. | 19-11557 | Rule, Jason Wilson | Nations Law Firm |
| 18. | 19-11561 | Tubbs, Annette Lavone | Nations Law Firm |
| 19. | 19-11563 | Baucum, Robert Zackery | Nations Law Firm |
| 20. | 19-11565 | Scott, Stanley Earl | Nations Law Firm |
| 21. | 19-11581 | Juarez, Jesus, Jr. | Amaro Law Firm |
| 22. | 19-11608 | Anderson, Joseph Leigh | Nations Law Firm |
| 23. | 19-11625 | Morales-Velazquez, Pedro | Downs Law Group |
| 24. | 19-11631 | Cochran, Jamie Ellen | Nations Law Firm |
| 25. | 19-11633 | Esteves, Jason Anthony | Nations Law Firm |
| 26. | 19-11634 | Fredricks, Jamie Lymond | Nations Law Firm |
| 27. | 19-11640 | Winn, Tonya Maria | Nations Law Firm |
| 28. | 19-11645 | Lewis, Victoria Lynette | Nations Law Firm |
| 29. | 19-11649 | Orr, Elnora Lorraine | Nations Law Firm |
| 30. | 19-11650 | Spencer, Robert Lee Ward | Nations Law Firm |
| 31. | 19-11737 | Billiot, Derek John | Nations Law Firm |
| 32. | 19-11738 | Brown, Connie Brackner | Nations Law Firm |
| 33. | 19-11746 | Garrett, Leo Paul | Nations Law Firm |
| 34. | 19-11749 | Luke, Terry Patrick | Nations Law Firm |
| 35. | 19-11750 | Musgrove, Demetrius Lomax | Nations Law Firm |
| 36. | 19-11754 | Cheramie, Peter James | Nations Law Firm |
| 37. | 19-11755 | Page, Arthur Louis | Nations Law Firm |
| 38. | 19-11756 | Tyler, Cinnamon Lanham | Nations Law Firm |
| 39. | 19-11758 | Smith, Octavias Shantel | Nations Law Firm |
| 40. | 19-11789 | Torres, Rudy, Sr. | Downs Law Group |
| 41. | 19-11821 | Bennett, Emmett Jason | Nations Law Firm |
| 42. | 19-11822 | Odom, Walter Ellis | Nations Law Firm |
| 43. | 19-11839 | McNichols, Terrence Quinone | Nations Law Firm |
| 44. | 19-11841 | McCovery, Michael Terrell | Nations Law Firm |
| 45. | 19-11842 | Smeby, Michael Leon | Nations Law Firm |
| 46. | 19-11843 | Vo, Son Truong | Nations Law Firm |
| 47. | 19-11849 | Wilson, Michael Jerome | Nations Law Firm |