UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MASTER DOCKET NO. 10-MD-2179 SECTION: "J" |
| | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *All Claims in Pleading Bundle B3* | * * * * | |

### JOINT MOTION FOR ADJOURNMENT OF THE DEADLINE FOR SUBMISSION OF POSITION STATEMENTS PURSUANT TO PRETRIAL ORDER 68

Defendants BP America Production Company and BP Exploration & Production Inc. (together, "BP") and the B3 Plaintiffs who appear below (together, the "Parties"), respectfully request that the Court issue an order adjourning the deadline for the submission of position statements regarding certain legal issues, as set forth in section II of Pretrial Order 68 ("PTO 68"), Rec. Doc. 26070.

On October 21, 2019, this Court issued PTO 68, which set forth various initial disclosure requirements and other deadlines for the remaining B3 matters. In particular, PTO 68 provides that, by November 8, 2019, the Parties are to provide the Court with their positions on certain legal issues, specifically "fault and the availability of punitive damages for the claims asserted." (PTO 68, at II.A-B.) PTO 68 provides that, following these submissions, the Court "may set a briefing schedule for any unresolved issues identified above, contemporaneous with the other ongoing deadlines in this PTO 68." (PTO 68, at II.C.)

After PTO 68 was entered, the Parties met and conferred on several occasions regarding the submission of their respective legal position statements. Based on these discussions, the Parties agree that the deadline for submission of any such statements should be adjourned. Adjournment of the legal statement deadline would allow the Parties to continue to focus their efforts on gathering and producing information required for initial disclosures under PTO 68. In addition, given the status of the remaining B3 cases, the Parties believe that addressing these legal issues in the context of particular cases is premature and would be of limited utility at this juncture.

For the reasons set forth above, the Parties respectfully request that the Court enter an order adjourning the deadline for the submission of any position statements pursuant to section II of PTO 68. The Parties respectfully suggest that whether and when any such submissions should be made is a matter that may be discussed further at the next status conference regarding the B3 cases, which is currently scheduled for December 6, 2019.

Respectfully Submitted,

/s/ *Paul A. Dominick*
Paul A. Dominick Fed ID No. 577
Sylvia J. Maddox
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC 29402
PHONE: 843.577.9440
FACSIMILE: 843.720.1777
PDominick@nexsenpruet.com
SMaddox@nexsenpruet.com

Douglas M. Schmidt Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

/s/ *Don Haycraft*
Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
Christina Briesacher

PHONE: 504-482-5711
FACSIMILE: 504-482-5755
Dglsschmdt@yahoo.com

THE LAMBERT FIRM, PLC
/s/ *Hugh P. Lambert*
Hugh P. Lambert (La. Bar #7933)
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

/s/ *Allen W. Lindsay, Jr. Esq.*
Allen W. Lindsay, Jr. Esq.
Florida Bar No. 104956
Lindsay & Lindsay, P.A.
5218 Willing Street Milton, FL 32570
Telephone: 850-623-3200
Fax: 850-623-0104
awl@lal-law.com

/s/ *Craig Downs, Esq.*
Craig Downs, Esq.
The Downs Law Group
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
(305) 444-8226
cdowns@downslawgroup.com


/s/ *C. David Durkee, Esq.*
C. David Durkee, Esq.
The Downs Law Group
3250 Mary Street Suite 307
Coconut Grove, Florida 33133
ddurkee@downslawgroup.com

/s/ *Timothy J. Falcon, Esq.*
Timothy J. Falcon, Esq.
Jeremiah A. Sprague
Falcon Law Firm
5044 Lapalco Blvd.
Marrero, LA 70072
(504)-341-1234
tim@falconlaw.com
jerry@falconlaw.com

(christina.briesacher@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP America Production Company and BP Exploration & Production, Inc.*

/s/ *Michael G. Stag, Esq.*
Michael G. Stag (LA No. 23314)
Ashley M. Liuzza (LA No. 34645)
Merritt E. Cunningham (LA No. 32843)
Matthew D. Rogenes (LA No. 36652)
STAG LUIZZA, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600

/s/ *Frank J. D'Amico, Esq.*
Frank J. D'Amico, Jr.
Louisiana Bar Number 17519
4608 Rye Street
Metairie, Louisiana 70006
Telephone: (504) 525-7272
Fax: (504) 525-9522

/s/ *Andre F. Toce*
Andre F. Toce
THE TOCE FIRM
969 Coolidge St., #201
Lafayette, LA 70503
Phone: (337) 233-6818

/s/ *Jodi J. Aamodt, Esq.*
Jodi J. Aamodt, Esq. #21639
jmk_jodi@bellsouth.net
Stanley J. Jacobs #7211
JACOBS, MANUEL KAIN & AAMODT
500 St. Louis Street, Suite 200
New Orleans, LA  70130-2118
Telephone:     (504) 523-1444
Facsimile:      (504) 524-1655

*/s/ Brandon Taylor*
COSSICH, SUMICH PARSIOLA &
TAYLOR L.L.C.
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
BRANDON TAYLOR,  #27662
btaylor@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
DARREN D. SUMICH, #23321

dsumich@cossichlaw.com
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone:   (504) 394-9000
Facsimile:   (504) 394-9110

*/s/ Louise C. Higgins*
ANTHONY D. IRPINO (#24727)
BOBBY G. HAWKINS (#30546)
LOUISE C. HIGGINS (#31780)
PEARL A. ROBERTSON (#34060)
KACIE F. GRAY (#36476)
Irpino, Avin & Hawkins
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
bhawkins@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

/s/   *Joseph F. Gaar, Jr.*
JOSEPH F. GAAR, JR. # 16927
JASON M. WELBORN # 26548
Joseph F. Gaar, Jr., APLC
Attorneys at Law
617 S. Buchanan Street
Lafayette, Louisiana 70501
(337) 233-3185
joseph@gaarlaw.com
jason@gaarlaw.com

/s/   *D.C. Panagiotis*
D.C. PANAGIOTIS (#15032)
The Panagiotis Firm
1540 W. Pinhook Rd.
Lafayette, LA 70503
(337) 264-1516
Dan@panalaw.com

/s/   *Joseph F. Rice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9159
Fax: (843) 216-9450
jrice@motleyrice.com

/s/   *Corey E. Dunbar*
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

*Counsel for Certain B3 Plaintiffs*

**CERTIFICATE OF SERVICE**

I hearby certify that the above and foregoing Joint Motion For Adjournment Of The Deadline For Submission Of Position Statements Pursuant to Pretrial Order 68 has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of November, 2019.

*/s/ Don Haycraft*
Don Haycraft