# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | * * * * * * * | **MASTER DOCKET NO. 10-MD-2179** <br><br> **SECTION: "J"** <br><br> **JUDGE BARBIER** |
| | * | **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** *All Claims in Pleading Bundle B3* | * * * * | |

## [PROPOSED] ORDER

Before the Court is the Joint Motion For Adjournment Of The Deadline For Submission Of Position Statements Pursuant to Pretrial Order 68 filed by Defendants BP America Production Company and BP Exploration & Production Inc. (together, "BP") and those B3 Plaintiffs represented by counsel identified in the Joint Motion (collectively, the "Parties"). Having considered the brief and the record,

IT IS ORDERED that the Joint Motion For Adjournment Of The Deadline For Submission Of Position Statements Pursuant to Pretrial Order 68 is GRANTED.

IT IS FURTHER ORDERED that whether and when any such submissions should be made is a matter that may be discussed further at the next status conference regarding the B3 cases, which is currently scheduled for December 6, 2019.

New Orleans, Louisiana, this ____ day of _____, 2019

                                                        _____
                                                                 United States District Judge