UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| PERTAINS TO : *Fin & Feather, LLC v. BP, plc, et al.*, 16-6118 *Fin & Feather Adventures, LLC v. BP, plc, et al.*, 16-6126 *Fin & Feather Cabins, LLC v. BP, plc, et al.*, 16-6131 *Kirk Prest v. BP, plc, et al.*, 16-3409 | SECTION J-1 |

### EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Kirk Prest, Fin & Feather, LLC, Fin & Feather Adventures, LLC, and Fin & Feather Cabins, LLC who respectfully move this Honorable Court for an order substituting Stephen Kreller, of the Kreller Law Firm, and Al J. Robert, Jr., of the Law Firm of Al J. Robert, Jr., LLC, as Plaintiff's counsel in place of Joseph M. Bruno of Bruno & Bruno, LLP.

**ACCORDINGLY**, Plaintiff respectfully prays that an Order be issued enrolling Stephen Kreller, of the Kreller Law Firm, and Al J. Robert, Jr., of the Law Firm of Al J. Robert, Jr., LLC, as counsel of record on behalf of plaintiffs substituting for Plaintiff's present counsel, Joseph M. Bruno of Bruno & Bruno, LLP.

Respectfully submitted,

*/s/ Joseph M. Bruno*
Joseph M. Bruno, (LA Bar No. 3604) Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335

Facsimile: (504) 561-6775
jbruno@brunobrunolaw.com

/s/ *Stephen Kreller*
Stephen Skelly Kreller (Bar No. 28440)
757 Saint Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

- and -

s/*Al J. Robert, Jr.*
Al J. Robert, Jr., Bar No. 29401
**AL J. ROBERT, JR., LLC**
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
504.309.4852
ajr@ajrobert.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, Joseph M. Bruno, hereby certify that on this 7th day of November 2019, I electronically filed the foregoing with the Clerk of Court and all counsel of record by using the CM/ECF system.

/s/ Joseph M. Bruno
Joseph M. Bruno