UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

MDL 2179

PERTAINS TO  :
*Fin & Feather, LLC v. BP, plc, et al.*, 16-6118
*Fin & Feather Adventures, LLC v. BP, plc, et al.*, 16-6126
*Fin & Feather Cabins, LLC v. BP, plc, et al.*, 16-6131
*Kirk Prest v. BP, plc, et al.*, 16-3409

SECTION J-1

## ORDER

**CONSIDERING THE FOREGOING** Ex Parte Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that Stephen Kreller of the Kreller Law Firm, and Al J. Robert, Jr., of the Law Firm of Al J. Robert, Jr., LLC, be substituted as counsel of record on for plaintiffs, Kirk Prest, Fin & Feather, LLC, Fin & Feather Adventures, LLC, and Fin & Feather Cabins, LLC, in place of Joseph M. Bruno of Bruno & Bruno, LLP.

New Orleans, Louisiana, this 7th day of November, 2019

_____
THE HONORABLE CARL J. BARBIER,
UNITED STATES DISTRICT JUDGE