UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *All Cases in the B3 Pleading Bundle* | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## SECOND AMENDMENT TO PRETRIAL ORDER NO. 68

Before the Court is a joint motion (Rec. Doc. 26086) by Defendants BP America Production Company and BP Exploration & Production Inc. and certain B3 Plaintiffs requesting that the Court issue an order adjourning the deadline for the submission of position statements regarding certain legal issues, as set forth in section II of Pretrial Order 68 (Rec. Doc. 26077 at 6). Having considered the parties' brief and the record,

IT IS ORDERED that the Joint Motion for Adjournment of the Deadline for Submission of Position Statements (Rec. Doc. 26086) is GRANTED.

IT IS FURTHER ORDERED that Pretrial Order No. 68 (Rec. Doc. 26070, *amended by* Rec. Doc. 26077) is further AMENDED as follows:

**The deadline for the submission of any position statements pursuant to section II of PTO 68 (Rec. Doc. 26070 at 6) is ADJOURNED.**

Whether and when any such submissions should be made is a matter that may be discussed further at the next status conference regarding the B3 cases, which is currently scheduled for December 6, 2019.

New Orleans, Louisiana, this 7th day of November, 2019.

_____
United States District Judge