UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Panama City Cycles (dba Honda Yamaha of Panama City) | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs | |
| vs. | |
| BP Exploration & Production, Inc.; BP America Production Company; and BP p.l.c. | |
| Defendants | |
| Docket Number | |
| 2:16-cv-04864-CJB-JCW | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc.,

Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name and docket number:

Panama City Cycles (dba Honda Yamaha of Panama City)

Case No. 2:16-cv-4864

Respectfully submitted this 29th day of Oct., 2019.

The Price Law Firm

/s/ *[signature]*

William B. Price
The Price Law Firm
101 W. 5th Street
Panama City, FL 32401
Telephone: 850-215-2195
Facsimile: 850-763-0647
E-Mail: bill@thepricelawfirm.com

*Panama City Cycles, Inc. (dba Honda Yamaha of Panama City)*