MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 8, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Appeal Form, Court Review Request, Claim Form, Settlement Program Appeal Determination Letter, the submissions of claimant's counsel and supplemental statement concerning the appeal of Sam Lavalla, Claim No. 6DC*******, Transaction No. 198 ("claimant"), denying his claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is **VACATED,** and the claim is **REMANDED** for further consideration.

The Claims Administrator determined that claimant was not eligible for compensation because the documents submitted by the claimant did not establish that his personal property damage was related to oiling caused by the oil spill itself.

MJSTAR:  1:15

<u>After</u> the Appeal Determination Notice was issued and claimant's Court Review Request was filed, he submitted additional evidence, including his own supplemental statement. When coupled with the photographs and other documentation attached to his original Claim Form, claimant's detailed supplemental statement, sworn under penalty of perjury, which had <u>not</u> been submitted to the administrator at the time of the underlying determinations, appears to provide sufficient evidence that at least some of his property was damaged as a result of the oil spill and that he is potentially eligible for payment of his claim for personal property damage in excess of $500.

Accordingly, IT IS ORDERED that the decision of the Claims Administrator is VACATED, and this claim is REMANDED to the administrator for consideration of the supplemental materials submitted by claimant and a new determination of this claim based on the recently submitted information.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**