UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | \* \* \* | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | \* | **JUDGE BARBIER** |
| **AND** | \* | **MAG. JUDGE WILKINSON** |
| **BELO Cases** | \* | |

## ORDER
**[Order to Show Cause re: BP's Anticipated Status Report Pursuant to First Amended BELO CMO No. 2]**

The Court understands that BP will file today its monthly status report identifying BELO plaintiffs who failed to provide full and complete disclosures by the initial 90-day deadline in BELO CMO No. 1, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline.

**IT IS ORDERED** that the Court will hold a Show Cause Hearing on Wednesday, November 20, 2019 at 9:00 a.m. Counsel for the BELO plaintiffs identified in BP's anticipated status report shall appear at this hearing and **SHOW CAUSE** why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall file a written response by no later than Monday, November 18 at 5:00 p.m. Each law firm shall file

a single response addressing the status of <u>all</u> of its clients identified in BP's status report. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO cases to which it pertains.

**NOTE:** No attorney may appear at the Show Cause Hearing unless they are enrolled as counsel of record in the individual case(s) corresponding to their client(s).

New Orleans, Louisiana, this 8th day of November, 2019.

_____
United States District Judge