**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig          MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010          SECTION: J

                                      JUDGE BARBIER

Applies to: 12-cv-968:  BELO
                                      MAGISTRATE
                                      JUDGE WILKINSON

Relates to:

| | | | | | |
|---|---|---|---|---|---|
| 19-09520 | 19-10790 | 19-10981 | 19-11028 | 19-11076 | 19-11150 |
| 19-10709 | 19-10795 | 19-10991 | 19-11030 | 19-11083 | 19-11159 |
| 19-10715 | 19-10797 | 19-11000 | 19-11033 | 19-11085 | 19-11165 |
| 19-10720 | 19-10799 | 19-11001 | 19-11034 | 19-11087 | 19-11188 |
| 19-10721 | 19-10806 | 19-11002 | 19-11038 | 19-11090 | 19-11194 |
| 19-10727 | 19-10848 | 19-11007 | 19-11041 | 19-11091 | 19-11218 |
| 19-10733 | 19-10942 | 19-11008 | 19-11048 | 19-11118 | 19-11276 |
| 19-10734 | 19-10946 | 19-11011 | 19-11051 | 19-11120 | 19-11306 |
| 19-10736 | 19-10952 | 19-11012 | 19-11055 | 19-11122 | 19-11307 |
| 19-10739 | 19-10954 | 19-11018 | 19-11058 | 19-11124 | 19-11329 |
| 19-10741 | 19-10961 | 19-11019 | 19-11064 | 19-11125 | |
| 19-10742 | 19-10968 | 19-11023 | 19-11069 | 19-11126 | |
| 19-10757 | 19-10971 | 19-11024 | 19-11074 | 19-11128 | |
| 19-10781 | 19-10980 | 19-11025 | 19-11075 | 19-11129 | |

**THE BP PARTIES' NOVEMBER 11, 2019 STATUS REPORT PURSUANT TO**
**FIRST AMENDED BELO CASES INITIAL PROCEEDINGS**
**CASE MANAGEMENT ORDER NO. 2**

        Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case

Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP

Exploration & Production Inc. and BP America Production Company (collectively, the "BP

Parties") respectfully submit the foregoing Status Report.  This Report includes plaintiffs

previously listed on the October 1, 2019 Status Report (Rec. Doc. 26050) who failed to provide

full and complete initial disclosures after having been ordered to do so by November 1, 2019

(Rec. Doc. 26052) (i.e., "Category II" plaintiffs), and whose cases have not been voluntarily

dismissed.  This Report reflects the status of initial disclosures received as of 11 a.m. ET on

Friday, November 8, 2019.

### Summary Chart

| Plaintiffs' Counsel | Plaintiffs on List |
|---|---|
| The Nations Law Firm | 76 |
| Amaro Law Firm | 4 |
| **Total** | **80** |

### Category II Plaintiffs

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-09520 | Jordan, Miranda Fay[1] | The Nations Law Firm | PPF missing pages 7-16 |
| 2. | 19-10709 | Danos, Danny James | The Nations Law Firm | No Production |
| 3. | 19-10715 | Dean, Margie Ann | The Nations Law Firm | No Production |
| 4. | 19-10720 | Fleming, Robert Jason | The Nations Law Firm | No Production |
| 5. | 19-10721 | Fore, Robert Mitchell | The Nations Law Firm | No Production |
| 6. | 19-10727 | McBride, Demetrius Brusean | The Nations Law Firm | No Production |
| 7. | 19-10733 | Morgan, Richard Scott | The Nations Law Firm | No Production |
| 8. | 19-10734 | Murphy, Lance Sterie | The Nations Law Firm | No Production |
| 9. | 19-10736 | Edmond, Earl Antuan, Jr. | The Nations Law Firm | No Production |
| 10. | 19-10739 | Gauthier, Ambra Rose | The Nations Law Firm | No Production |
| 11. | 19-10741 | Ho, Thuy Thi Linh | The Nations Law Firm | No Production |
| 12. | 19-10742 | Huynh, Ba Thi | The Nations Law Firm | No Production |
| 13. | 19-10757 | Joseph, Marshean Arkeith | The Nations Law Firm | No Production |
| 14. | 19-10781 | Richardson, Julian Demetric | The Nations Law Firm | No Production |
| 15. | 19-10790 | Lerma, Antonio, Jr. | Amaro Law Firm | No production |
| 16. | 19-10795 | Tran, Phong Thanh | The Nations Law Firm | No Production |
| 17. | 19-10797 | White, Claude Ellis, Jr. | The Nations Law Firm | No Production |
| 18. | 19-10799 | Thompson, Thomas Lashawn | The Nations Law Firm | No Production |
| 19. | 19-10806 | Trahan, Baron Thomas | The Nations Law Firm | No Production |
| 20. | 19-10848 | Hayden, Michael | Amaro Law Firm | No production |
| 21. | 19-10942 | Durden, Kasonja Lasha | The Nations Law Firm | No Production |
| 22. | 19-10946 | Joseph, Ashley Arashieka | The Nations Law Firm | No Production |

---

[1] Plaintiff Miranda Fay Jordan was listed on the August 1, 2019 Status Report (Rec. Doc. 25919) as missing initial disclosures.  The PPF subsequently provided by Plaintiff was found to be missing pages.

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 23. | 19-10952 | Mass, Kenneth Lamar | The Nations Law Firm | No Production |
| 24. | 19-10954 | Nguyen, Viet Thanh | The Nations Law Firm | No Production |
| 25. | 19-10961 | Washington, Joseph | The Nations Law Firm | No Production |
| 26. | 19-10968 | Bell, Shereena Asheeba | The Nations Law Firm | No Production |
| 27. | 19-10971 | Glamuzina, Stanko | The Nations Law Firm | No Production |
| 28. | 19-10980 | Blackstock, Larry Gerald | The Nations Law Firm | Missing validly dated Social Security Administration form |
| 29. | 19-10981 | Borden, Stanley John | The Nations Law Firm | No Production |
| 30. | 19-10991 | Creamer, George Buckley | The Nations Law Firm | No Production |
| 31. | 19-11000 | Feeler, Peggy Ann | The Nations Law Firm | No Production |
| 32. | 19-11001 | Furby, Jerry Wayne | The Nations Law Firm | No Production |
| 33. | 19-11002 | Gallant, Raymond Henry, Jr. | The Nations Law Firm | No Production |
| 34. | 19-11007 | Harris, De'ja Shonte' | The Nations Law Firm | No Production |
| 35. | 19-11008 | Harvey, Thomas Earl, Jr. | The Nations Law Firm | Missing validly dated medical records authorization |
| 36. | 19-11011 | Hinton, Rocky Dale | The Nations Law Firm | No Production |
| 37. | 19-11012 | Ho, Minh Quang | The Nations Law Firm | No Production |
| 38. | 19-11018 | Huynh, Minh Huu | The Nations Law Firm | No Production |
| 39. | 19-11019 | Jackson, Nicholas Gregory | The Nations Law Firm | No Production |
| 40. | 19-11023 | Johnson, Zachary James Phelan | The Nations Law Firm | No Production |
| 41. | 19-11024 | Kearney, Virginia Christian | The Nations Law Firm | No Production |
| 42. | 19-11025 | Khath, Lorn | The Nations Law Firm | No Production |
| 43. | 19-11028 | Le, Jimmy | The Nations Law Firm | No Production |
| 44. | 19-11030 | Lewis, Chadwick Madison | The Nations Law Firm | No Production |
| 45. | 19-11033 | Lowe, Ladaus Rodriques | The Nations Law Firm | No Production |
| 46. | 19-11034 | Luke, Jeremy Paul | The Nations Law Firm | No Production |
| 47. | 19-11038 | Maloy, Victoria Lynn | The Nations Law Firm | No Production |
| 48. | 19-11041 | Martin, Silas Richard, Jr. | The Nations Law Firm | No Production |
| 49. | 19-11048 | Riggins, Carey Terrence | The Nations Law Firm | No Production |
| 50. | 19-11051 | Roberts, Darrell Eugene | The Nations Law Firm | No Production |
| 51. | 19-11055 | Sherman, Nolan Ryan | The Nations Law Firm | No Production |
| 52. | 19-11058 | St. Pierre, Eddie John | The Nations Law Firm | No Production |
| 53. | 19-11064 | Thompson, Joe Edward, Jr. | The Nations Law Firm | No Production |
| 54. | 19-11069 | Tran, Toi Van | The Nations Law Firm | No Production |

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 55. | 19-11074 | Dang, Do Thi Vo | The Nations Law Firm | No Production |
| 56. | 19-11075 | Vo, Dat Van | The Nations Law Firm | No Production |
| 57. | 19-11076 | Vo, Son Duc | The Nations Law Firm | No Production |
| 58. | 19-11083 | Naquin, Leonard Gordon | The Nations Law Firm | No Production |
| 59. | 19-11085 | Nguyen, Thanh Van | The Nations Law Firm | No Production |
| 60. | 19-11087 | Nichols, Donnie Gordon | The Nations Law Firm | No Production |
| 61. | 19-11090 | Owens, Tiffany Chareese | The Nations Law Firm | No Production |
| 62. | 19-11091 | Parfait, Eric John | The Nations Law Firm | No Production |
| 63. | 19-11118 | Graves, Martin Allen | The Nations Law Firm | No Production |
| 64. | 19-11120 | Huynh, Vuong Minh | The Nations Law Firm | No Production |
| 65. | 19-11122 | Le, Ri Van | The Nations Law Firm | No Production |
| 66. | 19-11124 | Nguyen, Dinh | The Nations Law Firm | No Production |
| 67. | 19-11125 | Nguyen, Luu Ngoc | The Nations Law Firm | No Production |
| 68. | 19-11126 | Nguyen, Luu Xuan | The Nations Law Firm | No Production |
| 69. | 19-11128 | Nguyen, Thom Van | The Nations Law Firm | No Production |
| 70. | 19-11129 | Nguyen, Tuyen Bishop | The Nations Law Firm | No Production |
| 71. | 19-11150 | Buras, Herbert Clayton, III | The Nations Law Firm | No Production |
| 72. | 19-11159 | Labeth, Morgan Watts | The Nations Law Firm | No Production |
| 73. | 19-11165 | Shore, Charles Joseph, Jr. | The Nations Law Firm | No Production |
| 74. | 19-11188 | Carter, James Albert | The Nations Law Firm | No Production |
| 75. | 19-11194 | Truong, Vu Dinh | The Nations Law Firm | No Production |
| 76. | 19-11218 | Gomez, Luis | Amaro Law Firm | No production |
| 77. | 19-11276 | Roten, David | Amaro Law Firm | No production |
| 78. | 19-11306 | McGee, Rosa Mildred | The Nations Law Firm | No Production |
| 79. | 19-11307 | Roberts, Anita Williams | The Nations Law Firm | No Production |
| 80. | 19-11329 | Jones, Claudette | The Nations Law Firm | No Production |

November 11, 2019                    Respectfully submitted,


_/s/ Don K. Haycraft_
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108


_/s/ Kevin M. Hodges_
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029


_/s/ Catherine Pyune McEldowney_
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON &
TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180


_/s/ Georgia L. Lucier_
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285


**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of November, 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

<u>*/s/ Don K. Haycraft*</u>
Don K. Haycraft