UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to: 12-cv-968:  BELO | JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 19-cv-09850 | 19-cv-10940 | 19-cv-11130 | 19-cv-12060 | 19-cv-12508 | 19-cv-12975 |
| 19-cv-09857 | 19-cv-10944 | 19-cv-11189 | 19-cv-12066 | 19-cv-12513 | 19-cv-12976 |
| 19-cv-09950 | 19-cv-10979 | 19-cv-11521 | 19-cv-12077 | 19-cv-12601 | 19-cv-12980 |
| 19-cv-10045 | 19-cv-10986 | 19-cv-11552 | 19-cv-12079 | 19-cv-12605 | 19-cv-13309 |
| 19-cv-10191 | 19-cv-11000 | 19-cv-11563 | 19-cv-12100 | 19-cv-12630 | 19-cv-13312 |
| 19-cv-10260 | 19-cv-11022 | 19-cv-11608 | 19-cv-12101 | 19-cv-12742 | |
| 19-cv-10283 | 19-cv-11037 | 19-cv-11631 | 19-cv-12102 | 19-cv-12758 | |
| 19-cv-10465 | 19-cv-11090 | 19-cv-11638 | 19-cv-12178 | 19-cv-12759 | |
| 19-cv-10577 | 19-cv-11124 | 19-cv-11646 | 19-cv-12180 | 19-cv-12863 | |
| 19-cv-10756 | 19-cv-11125 | 19-cv-11847 | 19-cv-12181 | 19-cv-12867 | |

## STIPULATION OF DISMISSALS WITH PREJUDICE

Come now, Plaintiffs in the 55 Back-End Litigation Option ("BELO") cases listed herein and Defendants BP Exploration & Production Inc. and BP America Production Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiffs in these actions against Defendants BP Exploration & Production Inc. and BP America Production Company are dismissed with prejudice, with each party to bear its own costs.

I.   **BELO Cases Dismissed With Prejudice**

| | **Docket Number** | **Plaintiff** |
|---|---|---|
| 1 | 19-cv-09850 | Pritt, Kevin Jay |
| 2 | 19-cv-09857 | Vanderhall, Teresa Brown |
| 3 | 19-cv-09950 | Henry, John Richard |
| 4 | 19-cv-10045 | Salter, Terrance James |
| 5 | 19-cv-10191 | Moreau, Jason Paul |

|    | **Docket Number** | **Plaintiff** |
|----|-------------------|---------------|
| 6  | 19-cv-10260 | Lovette, Eric Vonshia |
| 7  | 19-cv-10283 | Wynn, Stefanie Patrice |
| 8  | 19-cv-10465 | Grayson, Master Lepoleon |
| 9  | 19-cv-10577 | Tran, Dat Van |
| 10 | 19-cv-10756 | Jones, David, II |
| 11 | 19-cv-10940 | Clark, Jason Brandon |
| 12 | 19-cv-10944 | Gary, Chenita Lashelle |
| 13 | 19-cv-10979 | Baker, Richard Lee |
| 14 | 19-cv-10986 | Burchett, Phillip Wayne |
| 15 | 19-cv-11000 | Feeler, Peggy Ann |
| 16 | 19-cv-11022 | Johnson, Alexander |
| 17 | 19-cv-11037 | Mallety, Tawaun Ladarly |
| 18 | 19-cv-11090 | Owens, Tiffany Chareese |
| 19 | 19-cv-11124 | Nguyen, Dinh |
| 20 | 19-cv-11125 | Nguyen, Luu Ngoc |
| 21 | 19-cv-11130 | Stafford, Roy Lee |
| 22 | 19-cv-11189 | Carter, Latoya |
| 23 | 19-cv-11521 | Baptista, Lorinio Humberto |
| 24 | 19-cv-11552 | Papierz, David James |
| 25 | 19-cv-11563 | Baucum, Robert Zackery |
| 26 | 19-cv-11608 | Anderson, Joseph Leigh |
| 27 | 19-cv-11631 | Cochran, Jamie Ellen |
| 28 | 19-cv-11638 | Boggs, Thomas Roy |
| 29 | 19-cv-11646 | Louis, Michael St. John |
| 30 | 19-cv-11847 | Powers, Ronald Allen |
| 31 | 19-cv-12060 | Carroll, Joe C. |
| 32 | 19-cv-12066 | Weiss, John Frederic |
| 33 | 19-cv-12077 | Pryor, Arto, Jr. |
| 34 | 19-cv-12079 | Mothershed, Henry David |
| 35 | 19-cv-12100 | Belton, Tracy Sledge |
| 36 | 19-cv-12101 | Conti, Raymond Anthony |
| 37 | 19-cv-12102 | Johnson, Thomas Alvin |
| 38 | 19-cv-12178 | Boyd, James Samuel, Jr. |
| 39 | 19-cv-12180 | Cheatum, Chandra Lacrecia |
| 40 | 19-cv-12181 | Clarke, Marcus Bill |
| 41 | 19-cv-12508 | Dohanyos, Christopher Scott |
| 42 | 19-cv-12513 | Rich, Audrea Estelle |
| 43 | 19-cv-12601 | Coile, Alan Scott |
| 44 | 19-cv-12605 | Johnson, Zederrick O'Brian |
| 45 | 19-cv-12630 | Gainey, Fredrick Lee |
| 46 | 19-cv-12742 | Bova, Lawrence Peter |
| 47 | 19-cv-12758 | Cox, Jeremy Richard |
| 48 | 19-cv-12759 | Nguyen, Ra Van |

|    | **Docket Number** | **Plaintiff** |
|----|-------------------|---------------|
| 49 | 19-cv-12863 | Thomas, Karen Kristine |
| 50 | 19-cv-12867 | Williams, Beverly Ann |
| 51 | 19-cv-12975 | Ainsley, James Earl |
| 52 | 19-cv-12976 | Dial, Danzael Ladarius |
| 53 | 19-cv-12980 | Mims, Harvey Bernard |
| 54 | 19-cv-13309 | Colburn, Bruce Shannon |
| 55 | 19-cv-13312 | Johnson, Jessica Leigh |

Date: November 11, 2019							Respectfully submitted,

   */s/ Howard L. Nations*
Howard L. Nations
The Nations Law Firm
Texas State Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, Texas 77042
Telephone:  (713) 807-8400
Telefax:  (713) 807-8423 (Fax)

***ATTORNEY FOR PLAINTIFFS***

   */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

   */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

   */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

   */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

***ATTORNEYS FOR DEFENDANTS BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of November 2019.

                                                            */s/ Don K. Haycraft*
                                                            Don K. Haycraft