UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN Re: Oil Spill by the Oil Rig          MDL 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

PERTAINS TO    :          SECTION: J(2)
*Fin & Feather, LLC v. BP, plc, et al.*, 16-6118
*Fin & Feather Adventures, LLC v. BP, plc, et al.*, 16-6126
*Fin & Feather Cabins, LLC v. BP, plc, et al.*, 16-6131
*Kirk Prest v. BP, plc, et al.*, 16-3409

## ORDER

**CONSIDERING THE FOREGOING** Ex Parte Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that Stephen Kreller of the Kreller Law Firm, and Al J. Robert, Jr., of the Law Firm of Al J. Robert, Jr., LLC, be substituted as counsel of record on for plaintiffs, Kirk Prest, Fin & Feather, LLC, Fin & Feather Adventures, LLC, and Fin & Feather Cabins, LLC, in place of Joseph M. Bruno of Bruno & Bruno, LLP.

New Orleans, Louisiana this 8th day of November, 2019.

THE HONORABLE CARL J. BARBIER,
UNITED STATES DISTRICT JUDGE