**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0454769272

RUFINO'S PAINTING & CONSTRUCTION INC
3709 LAKE MICHEL COURT
GRETNA, LA 70056

June 30, 2015
Claimant No.: 100341225

Re:     Confirmation Notice of Receipt of Claim

Dear Claimant:

  The Claims Administrator has received the claim form you submitted to the Deepwater Horizon Claims Center (Economic & Property Damages). You will be contacted if additional information or documentation is required to process your claim.

  If you have any questions regarding your Deepwater Horizon claim, you may contact the Claims Center toll-free at (866) 992-6174. You may also contact the Claims Center electronically by emailing us at Questions@DeepwaterHorizonEconomicSettlement.com.

  Please retain this letter and make note of your Claimant Number printed above for future reference and include it on any correspondence with the Claims Center.

                                    Sincerely,

                                    Claims Administrator
                                    Deepwater Horizon Claims Center
                                    Economic and Property Damages

EXHIBIT A

TOLL FREE: 1-866-992-6174   |   TTY: 1-888-584-7624   |   www.deepwaterhorizoneconomicsettlement.com