UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUFINO'S PAINTING & CONSTRUCTION, INC. | CIVIL ACTION |
| VERSUS | NO.: 2:19-cv-11614 |
| DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; and PATRICK A. JUNEAU, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust | SECTION: "J" |
| | DIVISION: 2 |
| | JUDGE: Carl J. Barbier |
| | MAGISTRATE: Joseph C. Wilkinson, Jr. |

## ORDER

Considering the Motion to Lift Stay filed by Rufino's Painting & Construction, Inc.,

IT IS ORDERED that the Motion to Lift Stay is granted. The defendants are hereby ordered to file responsive pleadings no later than thirty (30) days after the date of this Order.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE