UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | § § § § § § | MDL NO. 2179 SECTION J<br><br>JUDGE BARBER<br>MAG. JUDGE SHUSHAN |
| Coastal Land Development Group, LLC<br><br>vs.<br><br>BP P.L.C.; BP America, Inc.; BP Products North America, Inc.; BP America Production Company; BP Exploration & Production, Inc. | § § § § § § § § § | CASE NO. 2:16-cv-05941-CJB-JCW<br><br>SECTION J<br><br>JUDGE BARBER<br>MAG. JUDGE SHUSHAN<br><br>JURY TRIAL DEMANDED |

NOTICE OF PENDENCY OF REOPENED BANKRUPTCY CASE

PLEASE TAKE NOTICE that on September 5, 2019, the Bankruptcy Estate of Charles Wesley Maddox and Vicki Lynn Maddox ("Debtors") pending in the United States Bankruptcy Court in the Middle District of Florida ("Bankruptcy Case"), Case No. 8:12-bk-05200-MGW was reopened to permit Douglas N. Menchise, Chapter 7 Trustee ("Trustee") to participate in this case and to recover the Debtors[1]' interest in Coastal's asserted claim against BP ("BP Claim"), for the benefit of the Bankruptcy Estate. The Trustee is entitled to recover all proceeds from the BP Claim by Coastal for the Benefit of the Bankruptcy Estate and no proceeds should be delivered to either Coastal or any of its pre-bankruptcy owners. The Trustee succeeds to the Maddoxes' majority ownership interest in Coastal's and to any and all distributions due to

---

[1] Charles Wesley Maddox held a 75% interest as a shareholder and president of the Coastal Land Development Group, LLC ("Coastal"); his ownership in Coastal constitutes Property of his Chapter 7 Estate and those rights are now held by the Trustee.

1

Coastal, which should be paid to the Trustee for distribution first to Coastal's pre-bankruptcy legitimate creditors and then to its equity owners.

SHUMAKER, LOOP & KENDRICK, LLP

By: /s/ Steven M. Berman
Steven M. Berman, Esq.
FL Bar ID: 856290
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602
813.229.7600; 813.229.1660 (fax)
Email: sberman@shumaker.com
*Attorney for the Douglas N. Menchise, Chapter 7 Trustee* of the Bankruptcy Estate of Charles Wesley Maddox and Vicki Lynn Maddox

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2019, the foregoing was furnished via CM/ECF notice to all counsel of record and by U.S. Mail to the following:

| | |
|---|---|
| **Charles Maddox**<br>P.O. Box 2135<br>Tampa, FL 33601 | **Charles Maddox**<br>502 S. Fremont Ave.<br>Apt. 509<br>Tampa, FL 33606 |
| **Vicki Maddox**<br>P.O. Box 10351<br>Tampa, FL 33679 | **Office of the United States Trustee**<br>501 E. Polk Street<br>Suite 1200<br>Tampa, Florida 33602 |
| **Caroline E. Adams, Esq.**<br>Buzbee Law Firm<br>JPMorgan Chase Tower<br>600 Travis Street<br>Number 7300<br>Houston, Texas 77002 | |

/s/ Steven M. Berman
**Attorney**
