# ATTACHMENT  A

|     | DOCKET NUMBER | PLAINTIFF |
|-----|---------------|-----------|
| 1.  | 19-09520      | Jordan, Miranda Fay |
| 2.  | 19-10709      | Danos, Danny James |
| 3.  | 19-10715      | Dean, Margie Ann |
| 4.  | 19-10720      | Fleming, Robert Jason |
| 5.  | 19-10721      | Fore, Robert Mitchell |
| 6.  | 19-10727      | McBride, Demetrius Brusean |
| 7.  | 19-10733      | Morgan, Richard Scott |
| 8.  | 19-10734      | Murphy, Lance Sterie |
| 9.  | 19-10736      | Edmond, Earl Antuan, Jr. |
| 10. | 19-10739      | Gauthier, Ambra Rose |
| 11. | 19-10741      | Ho, Thuy Thi Linh |
| 12. | 19-10742      | Huynh, Ba Thi |
| 13. | 19-10757      | Joseph, Marshean Arkeith |
| 14. | 19-10781      | Richardson, Julian Demetric |
| 15. | 19-10795      | Tran, Phong Thanh |
| 16. | 19-10797      | White, Claude Ellis Jr. |
| 17. | 19-10799      | Thompson, Thomas Lashawn |
| 18. | 19-10806      | Trahan, Baron Thomas |
| 19. | 19-10942      | Durken, Kasonja Lasha |
| 20. | 19-10946      | Joseph, Ashley Arashieka |
| 21. | 19-10952      | Mass, Kenneth Lamar |
| 22. | 19-10954      | Nguyen, Viet Thanh |
| 23. | 19-10961      | Washington, Joseph |

|     | **DOCKET NUMBER** | **PLAINTIFF** |
| --- | --- | --- |
| 24. | 19-10968 | Bell, Shereena Asheeba |
| 25. | 19-10971 | Glamuzina, Stanko |
| 26. | 19-10980 | Blackstock, Larry Gerald |
| 27. | 19-10981 | Borden, Stanley John |
| 28. | 19-10991 | Creamer, George Buckley |
| 29. | 19-11000 | Feeler, Peggy Ann |
| 30. | 19-11001 | Furby, Jerry Wayne |
| 31. | 19-11002 | Gallant, Raymond Henry Jr. |
| 32. | 19-11007 | Harris, De'ja Shonte' |
| 33. | 19-11008 | Harvey, Thomas Earl Jr. |
| 34. | 19-11011 | Hinton, Rocky Dale |
| 35. | 19-11012 | Ho, Minh Quang |
| 36. | 19-11018 | Huynh, Minh Huu |
| 37. | 19-11019 | Jackson, Nicholas Gregory |
| 38. | 19-11023 | Johnson, Zachary James Phelan |
| 39. | 19-11024 | Kearney, Virginia Christian |
| 40. | 19-11025 | Khath, Lorn |
| 41. | 19-11028 | Le, Jimmy |
| 42. | 19-11030 | Lewis, Chadwick Madison |
| 43. | 19-11033 | Lowe, Ladaus Rodriques |
| 44. | 19-11034 | Luke, Jeremy Paul |
| 45. | 19-11038 | Maloy, Victoria Lynn |
| 46. | 19-11041 | Martin, Silas Richard Jr. |
| 47. | 19-11048 | Riggins, Carey Terrence |
| 48. | 19-11051 | Roberts, Darrell Eugene |

|     | DOCKET NUMBER | PLAINTIFF |
|-----|---------------|-----------|
| 49. | 19-11055 | Sherman, Nolan Ryan |
| 50. | 19-11058 | St. Pierre, Eddie John |
| 51. | 19-11064 | Thompson, Joe Edward, Jr. |
| 52. | 19-11069 | Tran, Toi Van |
| 53. | 19-11074 | Dang, Do Thi Vo |
| 54. | 19-11075 | Vo, Dat Van |
| 55. | 19-11076 | Vo, Son Duc |
| 56. | 19-11083 | naquin, Leonard Gordon |
| 57. | 19-11085 | Nguyen, Thanh Van |
| 58. | 19-11087 | Nichols, Donnie Gordon |
| 59. | 19-11090 | Owens, Tiffany Chareese |
| 60. | 19-11091 | Parfait, Eric John |
| 61. | 19-11118 | Graves, Martin Allen |
| 62. | 19-11120 | Huynh, Vuong Minh |
| 63. | 19-11122 | Le, Ri Van |
| 64. | 19-11124 | Nguyen, Dinh |
| 65. | 19-11125 | Nguyen, Luu Ngoc |
| 66. | 19-11126 | Nguyen, Luu Xuan |
| 67. | 19-11128 | Nguyen, Thom Van |
| 68. | 19-11129 | Nguyen, Tuyen Bishop |
| 69. | 19-11150 | Buras, Herbert Clayton III |
| 70. | 19-11159 | Labeth, Morgan Watts |
| 71. | 19-11165 | Shore, Charles Joseph Jr. |
| 72. | 19-11188 | Carter, James Albert |
| 73. | 19-11194 | Truong, Vu Dunh |

|     | DOCKET NUMBER | PLAINTIFF |
|-----|---------------|-----------|
| 74. | 19-11306      | McGee, Rosa Mildred |
| 75. | 19-11307      | Roberts, Anita Williams |
| 76. | 19-11329      | Jones, Claudette |