UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL 2179<br><br>SECTION: J (2) |
| Applies to: 12-cv-968, BELO ) ) | JUDGE BARBIER |
| AND ) ) | MAG. JUDGE WILKINSON |
| BELO Cases identified below ) | |

## NATIONS REPONSE TO ORDER TO SHOW CAUSE

COMES NOW, The Nations Law Firm ("Nations"), by and through the undersigned counsel, and respectfully files its Response to the Court's Order to Show Cause re: BP's November 08, 2019 Status Report Pursuant to First Amended BELO CMO No. 2. The following Nations clients identified in BP's status report (Rec. Doc. 26093) have provided full and complete disclosures and should not be dismissed:

| | Docket Number | Plaintiff | Delivery of PPF Originals | Delivery of PPF and Disclosures via Drop Box | Tracking Number |
|---|---|---|---|---|---|
| 1 | 19-10715 | Dean, Margie Ann | 9/19/2019 | 9/17/2019 | 7762 6253 6506 |
| 2 | 19-10734 | Murphy, Lance Sterie | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 3 | 19-10739 | Gauthier, Ambra Rose | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 4 | 19-10741 | Ho, Thuy Thi Linh | 11/15/2019 | 11/14/2019 | 7769 9024 2167 |
| 5 | 19-10797 | White, Claude Ellis, Jr. | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 6 | 19-10799 | Thompson, Thomas Lashawn | 11/15/2019 | 11/14/2019 | 7769 9024 2167 |

| 7  | 19-10806 | Trahan, Baron Thomas       | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
|----|----------|----------------------------|------------|------------|----------------|
| 8  | 19-10942 | Durden, Kasonja Lasha      | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 9  | 19-10980 | Blackstock, Larry Gerald   | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 10 | 19-10991 | Creamer, George Buckley    | 11/15/2019 | 11/14/2019 | 7769 9024 2167 |
| 11 | 19-11002 | Gallant, Raymond Henry, Jr. | 11/15/2019 | 11/14/2019 | 7769 9024 2167 |
| 12 | 19-11007 | Harris, De'ja Shonte'      | 10/18/2019 | 10/17/2019 | 7767 4691 3396 |
| 13 | 19-11008 | Harvey, Thomas Earl, Jr.   | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 14 | 19-11024 | Kearney, Virginia Christian | 11/15/2019 | 11/14/2019 | 7769 9024 2167 |
| 15 | 19-11033 | Lowe, Ladaus Rodriques     | 11/15/2019 | 11/14/2019 | 7769 9024 2167 |
| 16 | 19-11048 | Riggins, Carey Terrence    | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 17 | 19-11058 | St. Pierre, Eddie John     | 11/15/2019 | 11/14/2019 | 7769 9024 2167 |
| 18 | 19-11064 | Thompson, Joe Edward, Jr.  | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 19 | 19-11076 | Vo, Son Duc                | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 20 | 19-11118 | Graves, Martin Allen       | 11/15/2019 | 11/14/2019 | 7769 9024 2167 |
| 21 | 19-11120 | Huynh, Vuong Minh          | 9/17/2019  | 9/17/2019  | 7762 6253 6506 |
| 22 | 19-11124 | Nguyen, Dinh               | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 23 | 19-11150 | Buras, Herbert Clayton, III | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 24 | 19-11159 | Labeth, Morgan Watts       | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |
| 25 | 19-09520 | Jordan, Miranda Fay        | 11/14/2019 | 11/14/2019 | 7769 7746 2925 |

| | | | | | |
|---|---|---|---|---|---|
| 26 | 19-11083 | Naquin, Leonard Gordon | In Transit | 11/18/19 | 7770 1443 9692 |
| 27 | 19-11000 | Feeler, Peggy Ann | In Transit | 11/18/19 | 7770 1443 9692 |
| 28 | 19-10736 | Edmond, Earl Antuan, Jr. | In Transit | 11/18/19 | 7770 1443 9692 |

The following plaintiffs have not submitted full and complete disclosures:

| | Docket Number | Plaintiff |
|---|---|---|
| 1 | 19-10709 | Danos, Danny James |
| 2 | 19-10720 | Fleming, Robert Jason |
| 3 | 19-10721 | Fore, Robert Mitchell |
| 4 | 19-10727 | McBride, Demetrius Brusean |
| 5 | 19-10733 | Morgan, Richard Scott |
| 6 | 19-10742 | Huynh, Ba Thi |
| 7 | 19-10757 | Joseph, Marshean Arkeith |
| 8 | 19-10781 | Richardson, Julian Demetric |
| 9 | 19-10795 | Tran, Phong Thanh |
| 10 | 19-10946 | Joseph, Ashley Arashieka |
| 11 | 19-10952 | Mass, Kenneth Lamar |
| 12 | 19-10954 | Nguyen, Viet Thanh |
| 13 | 19-10961 | Washington, Joseph |
| 14 | 19-10968 | Bell, Shereena Asheeba |
| 15 | 19-10971 | Glamuzina, Stanko |
| 16 | 19-10981 | Borden, Stanley John |
| 17 | 19-11001 | Furby, Jerry Wayne |
| 18 | 19-11011 | Hinton, Rocky Dale |
| 19 | 19-11012 | Ho, Minh Quang |
| 20 | 19-11018 | Huynh, Minh Huu |
| 21 | 19-11019 | Jackson, Nicholas Gregory |
| 22 | 19-11023 | Johnson, Zachary James Phelan |
| 23 | 19-11025 | Khath, Lorn |
| 24 | 19-11028 | Le, Jimmy |
| 25 | 19-11030 | Lewis, Chadwick Madison |
| 26 | 19-11034 | Luke, Jeremy Paul |

| 27 | 19-11038 | Maloy, Victoria Lynn |
|---|---|---|
| 28 | 19-11041 | Martin, Silas Richard, Jr. |
| 29 | 19-11051 | Roberts, Darrell Eugene |
| 30 | 19-11055 | Sherman, Nolan Ryan |
| 31 | 19-11069 | Tran, Toi Van |
| 32 | 19-11074 | Dang, Do Thi Vo |
| 33 | 19-11075 | Vo, Dat Van |
| 34 | 19-11085 | Nguyen, Thanh Van |
| 35 | 19-11087 | Nichols, Donnie Gordon |
| 36 | 19-11090 | Owens, Tiffany Chareese |
| 37 | 19-11091 | Parfait, Eric John |
| 38 | 19-11122 | Le, Ri Van |
| 39 | 19-11125 | Nguyen, Luu Ngoc |
| 40 | 19-11126 | Nguyen, Luu Xuan |
| 41 | 19-11128 | Nguyen, Thom Van |
| 42 | 19-11129 | Nguyen, Tuyen Bishop |
| 43 | 19-11165 | Shore, Charles Joseph, Jr. |
| 44 | 19-11188 | Carter, James Albert |
| 45 | 19-11194 | Truong, Vu Dinh |
| 46 | 19-11306 | McGee, Rosa Mildred |
| 47 | 19-11307 | Roberts, Anita Williams |
| 48 | 19-11329 | Jones, Claudette |

WHEREFORE, it is requested that the Court grant these clients the relief requested herein.

Respectfully submitted,

/s/ Howard L. Nations   Howard
L. Nations
Texas Bar Number 14823000
Gary L. Fuller
Texas Bar Number 07518200
Attorney for Plaintiffs

The Nations Law Firm
9703 Richmond Ave., Suite 200
Houston, Texas 77042
(713) 807-8400 (Phone)
(713) 807-8423 (Fax)
cdb@howardnations