Chelsea Fetterhoff

21133 Oak Ridge Drive

Robertsdale, Al. 36567



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    NOV 08 2019
                WK

WILLIAM W. BLEVINS
CLERK

Re: Oil Spill by the Oil Ridge "Deepwater Horizon"          MDL 2179

  in the Gulf of Mexico, on April 20, 2010          SECTION: J(2)

                                                  JUDGE BARBIER

All cases in the B3 pleading bundle          MAG.JUDGE WILKINSON

## ANSWER TO PRETRIAL ORDER NO.68 ("PTO68")

After the oil spill residents were told by representatives of BP that corexit was not dangerous while evidence now shows it to be more destructive to human health and the environment than the spill itself. Not only was the public not warned of the toxic substances being constantly sprayed in our backyards, on our food, in the air, but we were lied to. Reopened the beaches and told everything is fine. Residents were not shown the corexit health hazard manual and when concerns were brought by various agencies, BP claimed the statements were false and misleading.  Not only were they aware of the dangers of the oil spill and spraying corexit anyways but they mislead the public, particularly residents in the coastal area and their own workers. When we went to the beach, the few workers we did see were not wearing mask and they were opened.  Reports were it was fine now.  It was not.  It was the nations worst environmental disaster in history.

Most of my friends who were farming near the gulf and fishing have passed. This delay tactic BP is taking is paying off. How many people have health issues from this spill and contribute it to something else, unaware of the poison forced upon us. What are the long term effects for my family.  Migraines, severe allergies that we never had before.  Dolphins have had a record die off. 63 from 2002-2009, 125 in just 7months and now averaging 200 a year.  The water is still not safe for turtles and dolphins, why would it be for humans.  I no longer spend my time at Bon Secur farming and fishing as all but one who lived there has died.

The Ninth circuits rule the restatement of torts (second) of 1975 which allows punitive damages against the corporate entity when the actor is in a managerial capacity and that their actions arose with the scope of their employment. The first circuit follows the same managerial agent theory used the ninth circuit but with the added requirement that there be some level of corporate culpability for the misconduct. If first and ninth circuit  applied to a particular claim, BP would be liable for punitive

TENDERED FOR FILING

✍

NOV 08 2019

U.S. DISTRICT COURT
Eastern District of Louisiana

Fee
Process
X  Dktd
CtRmDep
Doc. No

damages.  BP acted in a reckless, willful and wanton manor not only in allowing 200 million gallons of crude oil to pump into the Gulf of Mexico for 87 days but also the massive and continuous use of corexit dispersant. I believe corexit was used to disperse and sink the oil so it would not be so obvious but with total disregard for the safety and health of humans and the environment. This was reckless, willful and wanton behavior.

There conduct emanated from corporate policy  and that a corporate official with policy making authority participated in, approved of or subsequently ratified the egregious conduct.

Drilling an offshore well is at the very heart of BPs purpose, including extensive pre operation planning, significant financial commitments a massive drilling vessel with sophisticated equipment and teams of onshore and offshore personnel, onshore engineers, geologist and operational supervisors were tightly connected with the well, as BPs offshore personnel communicated frequently with those on the deepwater horizon. BP was aware and authorized the dispersant corexit to be applied everyday for many months.

Civil code article 2315.3 grants a right to seek an exemplary or punitive damage award to any person injured by defendants wanton or reckless disregard for public safety in the storage, handling or transportation of hazardous or toxic substances.

Order mailed on 10/29/19, received 11/4/19.  Completed response this day 11/6/19

Chayton Fetterhoff

21133 Oak Ridge Drive

Robertsdale, Al. 36567


| | |
|---|---|
| Re: Oil Spill by the Oil Ridge "Deepwater Horizon" | MDL 2179 |
| in the Gulf of Mexico, on April 20, 2010 | SECTION: J(2) |
| | JUDGE BARBIER |
| All cases in the B3 pleading bundle | MAG.JUDGE WILKINSON |


### ANSWER TO PRETRIAL ORDER NO.68 ("PTO68")


After the oil spill residents were told by representatives of BP that corexit was not dangerous while evidence now shows it to be more destructive to human health and the environment than the spill itself. Not only was the public not warned of the toxic substances being constantly sprayed in our backyards, on our food, in the air, but we were lied to. Reopened the beaches and told everything is fine. Residents were not shown the corexit health hazard manual and when concerns were brought by various agencies, BP claimed the statements were false and misleading.  Not only were they aware of the dangers of the oil spill and spraying corexit anyways but they mislead the public, particularly residents in the coastal area and their own workers. When we went to the beach, the few workers we did see were not wearing mask and they were opened.  Reports were it was fine now.  It was not.  It was the nations worst environmental disaster in history.

Most of my friends who were farming near the gulf and fishing have passed. This delay tactic BP is taking is paying off. How many people have health issues from this spill and contribute it to something else, unaware of the poison forced upon us. What are the long term effects for my family.  Migraines, severe allergies that we never had before.  Dolphins have had a record die off. 63 from 2002-2009, 125 in just 7months and now averaging 200 a year.  The water is still not safe for turtles and dolphins, why would it be for humans. I no longer spend my time at Bon Secur farming and fishing as all but one who lived there has died.

The Ninth circuits rule the restatement of torts (second) of 1975 which allows punitive damages against the corporate entity when the actor is in a managerial capacity and that their actions arose with the scope of their employment. The first circuit follows the same managerial agent theory used the ninth circuit but with the added requirement that there be some level of corporate culpability for the misconduct. If first and ninth circuit  applied to a particular claim, BP would be liable for punitive

TENDERED FOR FILING

NOV 08 2019

U.S. DISTRICT COURT

damages.  BP acted in a reckless, willful and wanton manor not only in allowing 200 million gallons of crude oil to pump into the Gulf of Mexico for 87 days but also the massive and continuous use of corexit dispersant. I believe corexit was used to disperse and sink the oil so it would not be so obvious but with total disregard for the safety and health of humans and the environment. This was reckless, willful and wanton behavior.

 There conduct emanated from corporate policy  and that a corporate official with policy making authority participated in, approved of or subsequently ratified the egregious conduct.

Drilling an offshore well is at the very heart of BPs purpose, including extensive pre operation planning, significant financial commitments a massive drilling vessel with sophisticated equipment and teams of onshore and offshore personnel, onshore engineers, geologist and operational supervisors were tightly connected with the well, as BPs offshore personnel communicated frequently with those on the deepwater horizon. BP was aware and authorized the dispersant corexit to be applied everyday for many months.

Civil code article 2315.3 grants a right to seek an exemplary or punitive damage award to any person injured by defendants wanton or reckless disregard for public safety in the storage, handling or transportation of hazardous or toxic substances.

Order mailed on 10/29/19, received 11/4/19.  Completed response this day 11/6/19

Carol Fetterhoff

21133 Oak Ridge Drive

Robertsdale, Al. 36567

Re: Oil Spill by the Oil Ridge "Deepwater Horizon"          MDL 2179

  in the Gulf of Mexico, on April 20, 2010          SECTION: J(2)

          JUDGE BARBIER

All cases in the B3 pleading bundle          MAG.JUDGE WILKINSON

## ANSWER TO PRETRIAL ORDER NO.68 ("PTO68")

After the oil spill residents were told by representatives of BP that corexit was not dangerous while evidence now shows it to be more destructive to human health and the environment than the spill itself. Not only was the public not warned of the toxic substances being constantly sprayed in our backyards, on our food, in the air, but we were lied to. Reopened the beaches and told everything is fine. Residents were not shown the corexit health hazard manual and when concerns were brought by various agencies, BP claimed the statements were false and misleading. Not only were they aware of the dangers of the oil spill and spraying corexit anyways but they mislead the public, particularly residents in the coastal area and their own workers. When we went to the beach, the few workers we did see were not wearing mask and they were opened. Reports were it was fine now. It was not. It was the nations worst environmental disaster in history.

Most of my friends who were farming near the gulf and fishing have passed. This delay tactic BP is taking is paying off. How many people have health issues from this spill and contribute it to something else, unaware of the poison forced upon us. What are the long term effects for my family. Migraines, severe allergies that we never had before. Dolphins have had a record die off. 63 from 2002-2009, 125 in just 7months and now averaging 200 a year. The water is still not safe for turtles and dolphins, why would it be for humans. I no longer spend my time at Bon Secur farming and fishing as all but one who lived there has died.

The Ninth circuits rule the restatement of torts (second) of 1975 which allows punitive damages against the corporate entity when the actor is in a managerial capacity and that their actions arose with the scope of their employment. The first circuit follows the same managerial agent theory used the ninth circuit but with the added requirement that there be some level of corporate culpability for the misconduct. If first and ninth circuit applied to a particular claim, BP would be liable for punitive

TENDERED FOR FILING



NOV 08 2019

U.S DISTRICT COURT

damages. BP acted in a reckless, willful and wanton manor not only in allowing 200 million gallons of crude oil to pump into the Gulf of Mexico for 87 days but also the massive and continuous use of corexit dispersant. I believe corexit was used to disperse and sink the oil so it would not be so obvious but with total disregard for the safety and health of humans and the environment. This was reckless, willful and wanton behavior.

There conduct emanated from corporate policy and that a corporate official with policy making authority participated in, approved of or subsequently ratified the egregious conduct.

Drilling an offshore well is at the very heart of BPs purpose, including extensive pre operation planning, significant financial commitments a massive drilling vessel with sophisticated equipment and teams of onshore and offshore personnel, onshore engineers, geologist and operational supervisors were tightly connected with the well, as BPs offshore personnel communicated frequently with those on the deepwater horizon. BP was aware and authorized the dispersant corexit to be applied everyday for many months.

Civil code article 2315.3 grants a right to seek an exemplary or punitive damage award to any person injured by defendants wanton or reckless disregard for public safety in the storage, handling or transportation of hazardous or toxic substances.

Order mailed on 10/29/19, received 11/4/19. Completed response this day 11/6/19

Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

21133 Oak Ridge Drive

Robertsdale, Al. 36567


Re: Oil Spill by the Oil Ridge "Deepwater Horizon"          MDL 2179

  in the Gulf of Mexico, on April 20, 2010          SECTION: J(2)

          JUDGE BARBIER

All cases in the B3 pleading bundle          MAG.JUDGE WILKINSON


## Objection to Authorization for release of medical records


Plaintiffs object to the use of overly intrusive authorization for release of medicals records form relinquishing all rights to federal privacy laws. Information requested should be limited to medical related to this case and plaintiffs see no reason for private medical information regarding private female issues and unrelated matters to be provided.


11/6/19


TENDERED FOR FILIN'

NOV 08 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

21133 Oak Ridge Drive

Robertsdale, Al. 36567

| | |
|---|---|
| Re: Oil Spill by the Oil Ridge "Deepwater Horizon" | MDL 2179 |
| in the Gulf of Mexico, on April 20, 2010 | SECTION: J(2) |
| | JUDGE BARBIER |
| All cases in the B3 pleading bundle | MAG.JUDGE WILKINSON |

**CONFIDENTIAL NOTICE OF ADDRESS CHANGE**

Please change address for the following and keep from public record:

Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

1661 Scott Road

Westville, Fl. 32464

Please advise if special form or motion needed to keep out of public record. Also note email address: carolminifarm2000@yahoo.com. Thank you



21133 Oak Ridge Dr
Robertsdale, Al. 36567

C-151

Clerks Office
US District Court
Eastern District of Louisiana
New Orleans, LA 70130

1000

70130

U.S. POSTAGE PAID
GRAND BAY ENV
36541
AMOUNT
NOV 05 19
$1.30
R2305E125696-07