# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    NOV 07 2019
         ᵕ ρ

WILLIAM W. BLEVINS
CLERK

**Ellis Keyes**

**Executor for the Estate of**

**Christine C. Keyes,**          **Plaintiff,**                          **MDL 2179**

                                                      **Civil Action 2:14-cv-2211**

**Vs-**                                               **Section J**

**BP**          **Defendant**                         **Judge Barbier**

                                                      **Magistrate Judge Wilkinson**

## PLAINTIFF POSITIONS ON FAULT AND THE AVAILABILITY OF PUNITIVE DAMAGES FOR CLAIMS

By all due diligence in keeping with the PTO 68, Plaintiff by Executor responds now to the court with our positions on fault and the availability of punitive damages for the claims asserted as follows: Plaintiff resoundingly stands in favor of the applicability for punitive damages. On information and belief, the Deepwater Horizon Spill was caused by acts, omissions, fault, negligence, gross negligence, willful misconduct, and/or breach of federal safety and/or operating and/or construction regulations by and/or their respective agents, servants, employees, crew, contractors and/or subcontractors with whom Defendant had contractual relationships.

TENDERED FOR FILING
          8̶5̶

NOV 07 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____ Fee _____
_____ Process _____
_X__ Dktd _____
_____ CtRmDep _____
       Doc. No. _

Defendant caused the Deepwater Horizon Spill by failing to assure well control of the Macondo Well through, inter alia: actions, corporate actions, and/or corporate practices of disregarding federal regulations, as evidenced by various safety and other audits of Deepwater Horizon, reflecting the known failure, prior to the Deepwater Horizon Spill, to properly design, install, maintain, repair, and operate equipment intended to prevent personal injury, loss of life, harm to the environment, and disasters like the Deepwater Horizon Spill.  As a result of the discharge of oil and dispersants my mother lost her life and her survivors sustained personal loss of filial consortium.

The heavy smell of oil and chemical dispersants in the air contributed to mother's death. Defendant is liable for damages under the Oil Pollution Act of 1990.

Plaintiff is also entitled to recover the financial value of the loss of the various services which the decedent would have otherwise provided. These include services in the home such as house upkeep and/or maintenance, house repair, gardening, auto maintenance, driving, laundry, shopping, cooking, and the like. Also to be included is the value of gifts which the decedent would likely have given to the plaintiffs. In addition, entitled to recover for those benefits which they would have realized in savings of time, money and effort had the decedent lived. The measure of this damage is equal to the amount which one would have to pay to hire others to perform those duties. The plaintiffs are also entitled to recover a

reasonable amount for the non-economic damages they have suffered. These awards should include compensation for: Loss of love; Loss of companionship; Loss of comfort; Loss of affection; Loss of society; Loss of solace; Loss of moral support; Loss of protection; Loss of advice; and, Loss of training.   Another key factor in a wrongful death suit is negligence, which is what comprises the "wrongful" aspect of the charge. The amount of negligence that was involved in the incident can dramatically affect the amount of damages that can be recovered, especially if it is found that the negligence was not only on the part of an agent but of the larger company or organization that the agent represented. The average verdict for deaths over 65 is **$1.3 million**.

## CHANGE OF PHONE NUMBER NOTICE

 Please take notice that my phone number is changed and the new number is area code 606 821-9815.

Because parties cannot reach some kind of settlement, the case is not dismissed, Summary Judgment not awarded, Plaintiff moves for order to set final pre-trial conference, an exchange of information, including lists of witnesses and evidence the parties plan to introduce at trial and to resolve issues that do not involve the merits of the case in front of the jury to decide if, in fact, the plaintiff was harmed by the defendant. If so, the jury must determine the type and amount of

3 **PLAINTIFF POSITIONS ON FAULT AND THE AVAILABILITY OF PUNITIVE DAMAGES**

compensation the defendant needs to convey to the plaintiff who will prove by

a *preponderance of the evidence* that the defendant is responsible for the harm

caused and more likely than not caused the plaintiff's suffering. \

## Suggested Order

ORDER Considering the Motion **TO PROCEED TO SETTLEMENT OR JURY TRIAL**

_____, IT IS ORDERED that the Motion is GRANTED.
New Orleans, Louisiana, this_____ day of _____, 20___.
_____ U.S. DISTRICT JUDGE/MAGISTRATE
JUDGE

Respectfully Submitted NOVEMBER 6th, 2019, Ellis Keyes, Executor for the
Estate of Christine C. Keyes, Plaintiff in propria persona., P O BOX 1073,
Whitesburg, Kentucky 41858-1073

Certificate of Service
  I certify that a true and accurate copy of

PLAINTIFF POSITIONS ON FAULT AND THE AVAILABILITY OF PUNITIVE DAMAGES
was served via U.S. Mail with postage fully pre-paid there on, this day of November 6, 2019, to the
following:  Clerk U.S. District Court, 500 Poydras Street, Room C-151,  New Orleans, LA
70130   AND Counsel for BP, Attn: J. Frank Sramek, Kirkland & Ellis LLP, 300 North LaSalle St. Suite 2400,
Chicago, IL 60654

By me at Whitesburg Kentucky this, November 6th, 2019.

Respectfully Submitted,

Ellis Keyes, Executor for the Estate of Christine C. Keyes,

PO Box 1073, Whitesburg, Kentucky 41858-1073

(606) 821-9815     elliskeyes@yahoo.com ⎯ ⎯ ⎯ ⎯ ⎯ FOR FILING

NOV 07 2019

**4  PLAINTIFF POSITIONS ON FAULT AND THE AVAILABILITY OF PUNITIVE DAMAGES**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



Ellis Keyes
P O BOX 1073
Whitesburg, KY 41858-1073

PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE®

For Domestic Use Only

TRACKED
★ ★ ★
INSURED

Label 107R, July 2013

EXPECTED DELIVERY DAY: 11/06/19
USPS TRACKING NUMBER

9505 5119 3588 9308 1613 34

Clerk  U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA  70130

U.S. POSTAGE PAID
WHITESBURG, KY
41858
NOV 04, 19
AMOUNT
$7.85
R2305K140356-08

70130

1006

