UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * |
| | MDL 2179 |
| | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * |
| | JUDGE BARBIER |
| AND | * |
| | MAG. JUDGE WILKINSON |
| BELO Cases identified below | * |

## ORDER

Pursuant to First Amended BELO Cases Initial Proceedings Case Management Order No. 2 (Rec. Doc. 25738), the Court issued a Show Cause Order (Rec. Doc. 26092) on November 8, 2019 and held a Show Cause Hearing on November 20, 2019 to address the 80 BELO plaintiffs identified as non-compliant in BP's status report (Rec. Doc. 26093). In accordance with the Court's oral rulings during the hearing;

IT IS ORDERED that the Show Cause Order (Rec. Doc. 26092) is SATISFIED and SET ASIDE with respect to the 26 plaintiffs identified below, and their claims are NOT dismissed:

|   | Case No. | Plaintiff |
|---|----------|-----------|
| 1 | 19-10715 | Dean, Margie Ann |
| 2 | 19-10734 | Murphy, Lance Sterie |
| 3 | 19-10739 | Gauthier, Ambra Rose |
| 4 | 19-10741 | Ho, Thuy Thi Linh |
| 5 | 19-10797 | White, Claude Ellis, Jr. |
| 6 | 19-10799 | Thompson, Thomas Lashawn |

|    |          |                              |
|----|----------|------------------------------|
| 7  | 19-10806 | Trahan, Baron Thomas         |
| 8  | 19-10942 | Durden, Kasonja Lasha        |
| 9  | 19-10980 | Blackstock, Larry Gerald     |
| 10 | 19-10991 | Creamer, George Buckley      |
| 11 | 19-11002 | Gallant, Raymond Henry, Jr.  |
| 12 | 19-11007 | Harris, De'ja Shonte'        |
| 13 | 19-11008 | Harvey, Thomas Earl, Jr.     |
| 14 | 19-11024 | Kearney, Virginia Christian  |
| 15 | 19-11033 | Lowe, Ladaus Rodriques       |
| 16 | 19-11048 | Riggins, Carey Terrence      |
| 17 | 19-11058 | St. Pierre, Eddie John       |
| 18 | 19-11064 | Thompson, Joe Edward, Jr.    |
| 19 | 19-11076 | Vo, Son Duc                  |
| 20 | 19-11118 | Graves, Martin Allen         |
| 21 | 19-11120 | Huynh, Vuong Minh            |
| 22 | 19-11150 | Buras, Herbert Clayton, III  |
| 23 | 19-11159 | Labeth, Morgan Watts         |
| 24 | 19-09520 | Jordan, Miranda Fay          |
| 25 | 19-11083 | Naquin, Leonard Gordon       |
| 26 | 19-10736 | Edmond, Earl Antuan, Jr.     |

IT IS FURTHER ORDERED that the Show Cause Order (Rec. Doc. 26092) is NOT satisfied with respect to the 52 plaintiffs identified below, and their claims are DISMISSED WITH PREJUDICE. The Court will enter judgments of dismissal in the individual dockets for each of these 52 cases.

|    | **Case No.** | **Plaintiff**                |
|----|----------|------------------------------|
| 1  | 19-10709 | Danos, Danny James           |
| 2  | 19-10720 | Fleming, Robert Jason        |
| 3  | 19-10721 | Fore, Robert Mitchell        |
| 4  | 19-10727 | McBride, Demetrius Brusean   |
| 5  | 19-10733 | Morgan, Richard Scott        |
| 6  | 19-10742 | Huynh, Ba Thi                |
| 7  | 19-10757 | Joseph, Marshean Arkeith     |
| 8  | 19-10781 | Richardson, Julian Demetric  |
| 9  | 19-10795 | Tran, Phong Thanh            |
| 10 | 19-10946 | Joseph, Ashley Arashieka     |
| 11 | 19-10952 | Mass, Kenneth Lamar          |
| 12 | 19-10954 | Nguyen, Viet Thanh           |

| 13 | 19-10961 | Washington, Joseph |
| --- | --- | --- |
| 14 | 19-10968 | Bell, Shereena Asheeba |
| 15 | 19-10971 | Glamuzina, Stanko |
| 16 | 19-10981 | Borden, Stanley John |
| 17 | 19-11001 | Furby, Jerry Wayne |
| 18 | 19-11011 | Hinton, Rocky Dale |
| 19 | 19-11012 | Ho, Minh Quang |
| 20 | 19-11018 | Huynh, Minh Huu |
| 21 | 19-11019 | Jackson, Nicholas Gregory |
| 22 | 19-11023 | Johnson, Zachary James Phelan |
| 23 | 19-11025 | Khath, Lorn |
| 24 | 19-11028 | Le, Jimmy |
| 25 | 19-11030 | Lewis, Chadwick Madison |
| 26 | 19-11034 | Luke, Jeremy Paul |
| 27 | 19-11038 | Maloy, Victoria Lynn |
| 28 | 19-11041 | Martin, Silas Richard, Jr. |
| 29 | 19-11051 | Roberts, Darrell Eugene |
| 30 | 19-11055 | Sherman, Nolan Ryan |
| 31 | 19-11069 | Tran, Toi Van |
| 32 | 19-11074 | Dang, Do Thi Vo |
| 33 | 19-11075 | Vo, Dat Van |
| 34 | 19-11085 | Nguyen, Thanh Van |
| 35 | 19-11087 | Nichols, Donnie Gordon |
| 36 | 19-11090 | Owens, Tiffany Chareese |
| 37 | 19-11091 | Parfait, Eric John |
| 38 | 19-11122 | Le, Ri Van |
| 39 | 19-11125 | Nguyen, Luu Ngoc |
| 40 | 19-11126 | Nguyen, Luu Xuan |
| 41 | 19-11128 | Nguyen, Thom Van |
| 42 | 19-11129 | Nguyen, Tuyen Bishop |
| 43 | 19-11165 | Shore, Charles Joseph, Jr. |
| 44 | 19-11188 | Carter, James Albert |
| 45 | 19-11194 | Truong, Vu Dinh |
| 46 | 19-11306 | McGee, Rosa Mildred |
| 47 | 19-11307 | Roberts, Anita Williams |
| 48 | 19-11329 | Jones, Claudette |
| 49 | 19-10790 | Lerma, Antonio Jr. |
| 50 | 19-10848 | Hayden, Michael |
| 51 | 19-11218 | Gomez, Luis |
| 52 | 19-11276 | Roten, David |

New Orleans, Louisiana, this 20th day of November, 2019.

                                                             United States District Judge