Minute Entry
Barbier, J.
November 20, 2019
JS-10: 22 minutes

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** <br><br> **SECTION: J(2)** |
| **Applies to: 12-cv-968 and All BELO Cases** | * * | **JUDGE BARBIER** <br><br> **MAG. JUDGE WILKINSON** |

Case Manager:                                                                                            Court Reporter:
Gail Chauvin                                                                                               Karen Ibos

**WEDNESDAY, NOVEMBER 20, 2019, 9:00 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

<u>**SHOW CAUSE HEARING**</u>

Case called at 9:06 a.m.

On November 8, 2019, the Court ordered counsel for the BELO plaintiffs identified in BP's then-anticipated status report to appear on this day and show cause why those cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). (Rec. Doc. 26092). BP's status report identified 80 BELO plaintiffs. (Rec. Doc. 26093).

<u>Re: plaintiffs represented by the Amaro Law Firm (4)</u>
- The Court previously excused the Amaro Law Firm from attending the hearing. (Rec. Doc. 26101).
- ORDERED that the claims of Antonio Lerma, Jr. (No. 19-10790), Michael Hayden (No. 19-10848), Luis Gomez (No. 19-11218), and David Roten (19-11276) are DISMISSED WITH PREJUDICE.

Re: plaintiffs represented by the Nations Law Firm (76)
- Nations Law Firm ("Nations") filed a response (Rec. Doc. 26102) stating that 28 of its clients were compliant and 48 were non-compliant.
- Counsel for Nations and BP agree that 2 plaintiffs were erroneously listed as "compliant" in Nations's response, Peggy Ann Feeler (No. 19-11000) and Dinh Nguyen (No. 19-11124). These plaintiffs were previously dismissed by stipulation (Rec. Doc. 26094).
- Counsel for Nations and BP agree that, aside from the 2 plaintiffs mentioned above, the plaintiffs identified as compliant in Nations's response are compliant and the plaintiffs identified as non-compliant are non-compliant.
- The Court will issue a separate order deeming the 26 plaintiffs compliant and dismissing with prejudice the 48 non-compliant plaintiffs as well as the 4 plaintiffs represented by the Amaro Law Firm.

The hearing ended at 9:28 a.m.

Attendance: See attached.