# MDL 2179
# ATTENDANCE RECORD
# SHOW CAUSE HEARING

DATE: 11/20/2019                                TIME: 9:00 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Firm | Party |
|---|---|---|
| Gary L. Fuller | (Nations Law Firm) | Plaintiffs |
| Kevin Hodges | (Williams & Connolly) | BP |
| Keith Jarrett | (Liskow) | BP |