UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| This document Relates to: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER MAG. JUDGE WILKINSON |
| JUSTICE GROUP, LLC, | ) ) ) | CASE NO.: 2:16-cv-5041 |
| Plaintiff, | ) ) ) | SECTION J |
| vs. | ) ) | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., | ) ) ) ) ) | MAG. JUDGE WILKINSON |
| Defendants. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES, Plaintiff, JUSTICE GROUP, LLC, in the above-styled cause, and would show the Court as follows:

The Plaintiff wishes to substitute counsel. William B. Price, Esq. has recently been re-retained to represent the Plaintiff. On November 15, 2019, an email was sent to Plaintiff's previous attorney, Shane F. Langston, of Langston & Langston, PPLC, requesting his consent to the Motion. No response has been received from Mr. Langston.

Plaintiff has terminated the services of Mr. Langston and wishes to have William B. Price of William B. Price, PA (dba The Price Law Firm) represent its

interest in this matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court allow the Substitution of Counsel, as set forth herein.

Respectfully submitted this  20th  day of November, 2019

Respectfully submitted,

BY:/s/William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
bill@thepricelawfirm.com
hannah@thepricelawfirm.com
brandi@thepricelawfirm.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

Approved:
_____
Plaintiff, Justice Group, LLC

Samuel D. Justice, Manager

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Substitution of Counsel has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of November, 2019.

                                            */s/ William B. Price*
                                            William B. Price

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION J |
| This document Relates to: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| JUSTICE GROUP, LLC, | ) ) ) | CASE NO.: 2:16-cv-5041 |
| Plaintiff, | ) ) ) | SECTION J |
| vs. | ) ) | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., | ) ) ) ) | MAG. JUDGE WILKINSON |
| Defendants. | ) | |

## ORDER SUBSTITUTING COUNSEL

On the _____ day of _____, 2019, came on to be considered the above and foregoing Motion for Substitution of Counsel by Plaintiff. After consideration of the motion, it is hereby:

GRANTED, and William B. Price is substituted as new counsel for the Plaintiff in place of Shane F. Langston, Rebecca M. Langston, C. Justin Broome, and Kevin J. White of Langston & Langston, PPLC.

Shane F. Langston, Rebecca M. Langston, C. Justin Broome, and Kevin J. White of Langston & Langston, PPLC are relieved of their obligations and duties to this court as counsel for the Plaintiff in this case.

Signed on _____, 2019.


_____
UNITED STATES DISTRICT JUDGE