UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL. NO. 2179<br><br>SECTION: J |
| This Document Relates To:  2:19-cv-11614 | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO LIFT STAY

NOW INTO COURT, through undersigned counsel, comes plaintiff, Rufino's Painting and Construction, Inc. ("Rufino's"), who respectfully moves this Honorable Court for an Order lifting the stay in this matter as it pertains to the Complaint of Rufino's, or for an Order that the stay does not apply to Rufino's Complaint, for the reason that Rufino's Complaint is not a part of any of the pleading bundles in MDL No. 2179 (the "MDL") and should, therefore, not be subject to the stay implemented by the Court's Pretrial Orders in the MDL.

As set forth more fully in the accompanying Memorandum in Support, Rufino's claims asserted herein relate to the failure of the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator and Trustee thereof to properly administer Rufino's Business Economic Loss claim filed with the Settlement Program.  After it was filed, Rufino's Complaint was apparently made part of the MDL.

British Petroleum, Transocean and Halliburton are not parties to Rufino's action, and Rufino's action does not involve the appeal of the total compensation amount or the denial of Rufino's BP Claim by the Settlement Program pursuant to the appeal process set forth in the Settlement Agreement entered in the MDL.  However, it appears that Rufino's action is currently subject to the stay established by the Court in the MDL.  Undersigned counsel has contacted

counsel for the defendants who advises that the defendants take no position on whether the stay should remain in effect and defers to the Court's discretion in its management of its docket.

Rufino's requests that the Court lift the stay as it relates to Rufino's Complaint or rule that the stay does not apply to Rufino's Complaint.  Rufino's further requests that the defendants be ordered to respond to Rufino's Complaint without further delay.

Respectfully submitted,

GAUDRY, RANSON, HIGGINS
& GREMILLION, L.L.C.

*/s/ Ryan C. Higgins*_____
DANIEL A. RANSON (LSBA No.11114)
RYAN C. HIGGINS (LSBA No. 33181)
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Facsimile: (504) 362-5938
E-Mail: dranson@grhg.net
           rhiggins@grhg.net
Attorneys for Rufino's Painting and Construction, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Lift Stay has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of November, 2019.

*/s/ Ryan C. Higgins*_____
RYAN C. HIGGINS

G:\1383\0028\PLDGS\Federal Court Pleadings\DRAFTS\Motion to Lift Stay.docx