# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                    MDL. NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010          SECTION: J

This Document Relates To:  2:19-cv-11614        Judge Barbier
                                     Mag. Judge Shushan


## <u>ORDER</u>

Considering the Motion to Lift Stay filed by Rufino's Painting & Construction, Inc.,

IT IS ORDERED that the Motion to Lift Stay is granted.  The defendants are hereby ordered to file responsive pleadings no later than thirty (30) days after the date of this Order.

New Orleans, Louisiana, this _____ day of _____, 2019.


                      _____
                      CARL J. BARBIER
                      UNITED STATES DISTRICT JUDGE