```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL BY THE OIL RIG   *   10-MD-2179
             DEEPWATER HORIZON IN THE   *
 5           GULF OF MEXICO ON          *   Section J
             APRIL 20, 2010             *
 6                                      *   October 23, 2019
                                        *
 7   Applies to 12-CV-968:  BELO        *   New Orleans, Louisiana
                                        *
 8   * * * * * * * * * * * * * * * * * *
 9
10              SHOW CAUSE HEARING BEFORE
              THE HONORABLE CARL J. BARBIER
11             UNITED STATES DISTRICT JUDGE
12
     Appearances:
13
14   For Plaintiffs:            Downs Law Group, PA
                                BY:  C. DAVID DURKEE, ESQ.
15                              3250 Mary Street, Suite 307
                                Coconut Grove, Florida  33133
16
17   For Plaintiffs:            The Nations Law Firm
                                BY:  GARY L. FULLER, ESQ.
18                              9703 Richmond Avenue, Suite 200
                                Houston, Texas 77042
19
20   For Defendants:            Liskow & Lewis, APLC
                                BY:  R. KEITH JARRETT, ESQ.
21                              701 Poydras Street, Suite 5000
                                New Orleans, Louisiana 70130
22
23   For Defendants:            Williams & Connolly, LLP
                                BY:  KEVIN M. HODGES, ESQ.
24                              725 Twelfth Street N.W.
                                Washington, D.C 20005
25
```

```
1   Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, Room B-275
2                                 New Orleans, Louisiana 70130
                                  (504) 589-7778
3

4

5

6
    Proceedings recorded by mechanical stenography using
7   computer-aided transcription software.
```

**PROCEEDINGS**

**(October 23, 2019)**

**THE COURT:** Let's take up our show cause hearing.

**THE DEPUTY CLERK:** MDL 2179, In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico on April 20, 2010, relating to 12-968 and BELO cases.

**THE COURT:** Has everyone signed in who needs to sign in today on this matter?

We are here on another show cause order in the BELO cases. It appears that on October 10 we issued a show cause order requiring counsel for 157 BELO plaintiffs to appear this morning to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A). That was Rec. Doc. 26058.

The Court received a status report from BP's counsel the previous day indicating that these 157 BELO plaintiffs had failed to provide full and complete disclosures by the initial 90-day deadline contained in BELO Case Management Order 1, were subsequently granted by Judge Wilkinson an extension in order to comply by the extended deadline, and then again failed to provide full and complete disclosures by the extended deadlines.

There was one of these 157 show cause claimants represented by a law firm called the Amaro Law Firm. That was the case of Larry Kent, which is Civil Action 19-09984. The

09:43   1  response was that that plaintiff had been noncooperative
    2  despite repeated efforts by counsel.  Counsel conceded that the
    3  plaintiff is noncompliant.  Accordingly, on October 15 the
    4  Court issued a show cause order dismissing Larry Kent's claims
    5  with prejudice.  That was Rec. Doc. 26064.
    6              So that leaves us with the Nations Law Firm,
    7  which represents 156 of the 157 show cause plaintiffs.  The
    8  Court received a response from the Nations firm indicating
    9  their belief that 43 of these plaintiffs were compliant as of
   10  10/21/19 and that the remaining 113 were not compliant.
   11              I guess we should hear first maybe from BP's
   12  counsel as to BP's position with respect to these 156
   13  claimants.
   14          **MR. HODGES:**  Good morning, Your Honor.  Kevin Hodges
   15  on behalf of BP.
   16          **THE COURT:**  Good morning.
   17          **MR. HODGES:**  I'm pleased to report we agree.  The 43
   18  listed on the Nations' response are compliant.  The remaining
   19  113 are not complaint and should be dismissed with prejudice.
   20          **THE COURT:**  Let me hear from counsel for the Nations
   21  firm.
   22          **MR. FULLER:**  Yes.  Good morning, Your Honor.  May it
   23  please the Court.  Gary Fuller on behalf of the plaintiffs from
   24  the Nations Law Firm.  That is correct, Your Honor.  You do
   25  have the right figures in front of you.

**THE COURT:** So there's no dispute as to the numbers here?

**MR. FULLER:** No, sir.

**THE COURT:** Well, we will issue an order in accordance with that.

Since you all are here, maybe somebody can -- I don't know which one of you wants to speak first, but give us some idea of what's still to come in this overall universe of BELO litigation. I don't know if you know that. Maybe Mr. Hodges should speak to that first.

**MR. HODGES:** So, Your Honor, currently there are pending a little over 3,500 BELO lawsuits. Of those, three-quarters have been venued and the remainder are still in the 120-day process in this Court. So there are 902 still remaining in this Court. And that, I believe, includes the cases that we discussed today.

There are a potential 167 cases that are in the prefiling process, the NOIS process that's set up by the medical settlement agreement. Of course, more NOIS filings can be made at future dates. We may have more BELO filings in the future, but currently we are looking at another 167 in the system.

For next month, we have submitted our Category I status report, which will come due before Your Honor for the next show cause hearing. On the Category I status report that

09:46  1  was dated October 1, there were 205 cases on the list.  Some of
2  those we expect will be cured before our filing to you on the
3  7th of November.
4          **THE COURT:**  I want to make sure I understand the
5  numbers you said.  The 3,500 pending, you mean that's the total
6  that have been filed here in this Court, including ones that
7  are still here and ones that have been sent elsewhere?
8          **MR. HODGES:**  That's correct, Your Honor.  The exact
9  number is 3,515.
10          **THE COURT:**  Of the 3,500, 902, I think you said, are
11  still remaining in this Court.  Is that what I heard?
12          **MR. HODGES:**  Correct, are not yet transferred.  The
13  number that have been reallotted or transferred is 2,613.
14          **THE COURT:**  Transferred or reallotted --
15          **MR. HODGES:**  Correct.
16          **THE COURT:**  -- or just transferred to other
17  districts?
18          **MR. HODGES:**  Out of the 120-day process.  So either
19  transferred to another district or assigned to another judge in
20  this Court.
21          **THE COURT:**  In this Court.  I apologize, but I'm
22  still not a hundred percent clear.  The 900 number, are those
23  still in front of me?
24          **MR. HODGES:**  Those are in front of you.
25          **THE COURT:**  So the other 2,600, some of those

```
09:48   1   obviously -- my recollection, just round numbers, 50 or
        2   60 percent are generally being transferred to other districts,
        3   right?  Something approaching those numbers?
        4           MR. HODGES:  30 percent of the cases that have been
        5   transferred or reallotted have remained in this district, so
        6   70 percent have transferred out.
        7           THE COURT:  70 percent.  I don't know who is the best
        8   person to tell me, but I have not talked to -- I know a lot of
        9   these have gone to Northern Florida, Judge Casey Rodgers over
       10   there, and there's another judge there whose name I don't
       11   recall.
       12           MR. HODGES:  Judge Rodgers has consolidated the cases
       13   and has come up with a formula to address some of the causation
       14   issues in other cases in the state.  Judge Jones is the
       15   magistrate judge who has been involved.  The Northern District
       16   of Florida has 718 cases, so 27 percent of the BELO docket.
       17   This Court still has the most, but the Northern District of
       18   Florida is a close second.
       19           THE COURT:  I'm pretty sure I will be seeing
       20   Judge Rodgers next week at the transferee judges conference.
       21   She is probably not too happy with me right now for sending her
       22   those cases.
       23               We have, of course, another 900 of the B3
       24   claims.  I don't know which one of you are involved in those.
       25   I forget who is involved in what.  Mr. Jarrett is involved in
```

09:50  1  them.  We just issued that order in those cases to try to put
2  some structure in place for those.
3  Maybe I should ask the plaintiff lawyers,
4  either Mr. Durkee or Mr. Fuller.  Are you guys still getting
5  new cases?  Are we going to anticipate getting more cases or
6  what?
7  **MR. FULLER:**  I think we are at the tail end of it,
8  Your Honor.  It should be finished fairly quickly.  There are a
9  few out there.
10  **THE COURT:**  Mr. Durkee, what about the Downs firm?
11  **MR. DURKEE:**  Good morning, Your Honor.
12  **THE COURT:**  Good morning.
13  **MR. DURKEE:**  The inflow of new cases has dramatically
14  started to trickle.  Are there still calls being made to our
15  firm to inquire?  Yes.  On occasion do those rise to the level
16  of retaining the client?  Yes.  But it has come down to a
17  trickle.
18  **THE COURT:**  Thank you.
19  **MR. DURKEE:**  Thank you, Your Honor.
20  **MR. JARRETT:**  Your Honor, Keith Jarrett.  To the
21  extent you are interested, there are 680 trial-set cases in
22  this judicial district.
23  **THE COURT:**  680 that are set for trial?
24  **MR. JARRETT:**  Yes, sir.
25  **THE COURT:**  Wow.  I didn't realize it was that many.

09:51

1  I guess that's good.
2          **MR. JARRETT:**  It is.
3          **THE COURT:**  We are moving them.
4          **MR. JARRETT:**  If we can get one to --
5          **THE COURT:**  Yes.  Okay.  I'm not aware of it, but
6  sometimes things happen around here in other judges' sections
7  that I'm not necessarily aware of right away.  Any substantive
8  action in terms of rulings on any kind of substantive issues in
9  those cases yet?
10         **MR. JARRETT:**  Not really, Your Honor.  There have
11 been periodic dismissals on summary judgment through the course
12 of the docket and there are some *Daubert* hearings coming up in
13 January, which will be meaningful.
14         **THE COURT:**  Is that Judge Morgan?  I know Judge
15 Morgan had some scheduled.  Right?
16         **MR. JARRETT:**  She has one scheduled in January.  We
17 met with Judge Morgan yesterday, all counsel.  We have seven
18 trials in February, and I expect *Daubert* hearings to be set in
19 all of them.
20         **THE COURT:**  Well, you have a team over there working
21 on these, Mr. Jarrett?
22         **MR. JARRETT:**  A big team.  A big team, Judge.  I'm
23 assigned to you, by the way.  There are other contemporaries of
24 mine assigned to each judge.  We have a different team for each
25 section.

09:52   1            **THE COURT:**  Thank you.
        2                 Mr. York, I see you sitting back there.  Do you
        3   have some business here this morning, are you just observing,
        4   or what?
        5            **MR. YORK:**  Just observing, Your Honor.  I happened to
        6   be here on some other matters and I thought I would stop by.
        7            **THE COURT:**  Well, it's good to see you again.
        8            **MR. YORK:**  You, as well.
        9            **THE COURT:**  Does anybody have anything else or are we
       10   done here today?  It looks like we are done.
       11                 Well, thanks, everyone, for coming in.  I guess
       12   we will see you next month or whenever we have another one of
       13   these.  Have a good day.
       14            **THE DEPUTY CLERK:**  All rise.
       15            (Proceedings adjourned.)
       16                            * * *
       17                         **<u>CERTIFICATE</u>**
       18            I, Toni Doyle Tusa, CCR, FCRR, Official Court
       19   Reporter for the United States District Court, Eastern District
       20   of Louisiana, certify that the foregoing is a true and correct
       21   transcript, to the best of my ability and understanding, from
       22   the record of proceedings in the above-entitled matter.
       23
       24
       25                          _/s/ Toni Doyle Tusa_
                                   Toni Doyle Tusa, CCR, FCRR
                                   Official Court Reporter