# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

November 11, 2019

| | |
|---|---|
| Invoice #: | 33444 |
| Billed Through: | October 31, 2019 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | October 31, 2019 | $12,425.00 |
| CURRENT EXPENSES THROUGH: | October 31, 2019 | $57.20 |
| TOTAL CHARGES FOR THIS BILL | | $12,482.20 |
| NET BALANCE FORWARD | | $8,800.50 |
| TOTAL NOW DUE | | $21,282.70 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

November 11, 2019

|  |  |
|---|---|
| Invoice #: | 33444 |
| Billed through: | October 31, 2019 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
        OUR FILE:  1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $8,800.50 |
| Net balance forward | $8,800.50 |

## PROFESSIONAL SERVICES                                                                                           Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/02/19 | PAJ | REVIEW EMAILS RE: MENHADEN NEW CLASS PAYMENTS | 0.20 |
| 08/05/19 | PAJ | REVIEW EMAILS RE: COURT REVIEW REQUEST ON MENHADEN ISSUES | 0.10 |
| 08/05/19 | PJH | REVIEW AND RESPOND TO VENDOR RE: PENDING FIFTH CIRCUIT APPEAL RE: NEW CLASS | 0.10 |
| 08/13/19 | PJH | SEVERAL CORRESPONDENCES RE: FIFTH CIRCUIT OPINION RE: MENHADEN CLAIMANTS AND REVIEW OF SAME | 0.60 |
| 08/14/19 | PAJ | REVIEW EMAILS RE: ADMINISTRATIVE INVOICES AND MOTION FOR DISBURSEMENT OF NEW CLASS ADMINISTRATIVE COSTS | 0.20 |
| 08/14/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS AND NOTICES | 0.30 |
| 08/14/19 | PAJ | REVIEW EMAILS RE: RESERVES RE: APPEALS | 0.30 |
| 08/14/19 | PJH | REVIEW AND RESPOND TO SEVERAL CORRESPONDENCES RE: NEW CLASS FIFTH CIRCUIT OPINION, INQUIRY RE: RESERVE VALUES, INQUIRY FROM CLAIMS PREPARER AND PRIOR COMMUNICATIONS FROM NEW CLASS PROGRAM | 0.70 |
| 08/15/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS, MEETING TO DISCUSS SAME AND UPDATE ON DISTRIBUTION | 0.30 |
| 08/15/19 | PAJ | REVIEW EMAILS RE: CLAIM QUESTIONS AND REVISED NOTICES | 0.20 |
| 08/15/19 | PAJ | REVIEW EMAILS RE: NEW CLASS NET SETTLEMENT FUNDS AND PRO RATA | 0.10 |
| 08/15/19 | PJH | CONFER VENDOR RE: RE-NOTICES FOR SEAFOOD FISHERMEN CLAIMANTS AND REVISION OF FIGURES | 0.30 |
| 08/16/19 | PJH | CONFER VENDOR RE: NEW CLASS SETTLEMENT FUND BREAKOUT AND CORRESPONDENCE RE: SAME; REVIEW AND RESPOND TO VENDOR INQUIRIES RE: RECENT FIFTH CIRCUIT OPINION; BEGIN DRAFTING MOTION RE: DISBURSEMENT OF HESI/TO ADMINISTRATIVE EXPENSES (HALF TIME) | 1.00 |
| 08/18/19 | PAJ | REVIEW EMAILS RE: DRAFT MOTION AND ORDER TO PAY QUARTERLY COSTS FOR NEW CLASS | 0.10 |
| 08/18/19 | PJH | FINALIZE HESI/TO MOTION FOR DISBURSEMENT OF ADMINISTRATIVE EXPENSES AND CORRESPOND PARTIES RE: SAME (HALF TIME) | 0.10 |
| 08/19/19 | PJH | CONFER COUNSEL RE: INQUIRY IN CHANGE IN REPRESENTATION | 0.80 |

| 001300 | 01580 | | Invoice # 33444 | Page | 2 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | STATUS FORMS; DRAFT, FINALIZE AND FILE MOTION RE: DISBURSEMENT OF OLD AND NEW CLASS ADMINISTRATIVE EXPENSES AND CORRESPONDENCES RE: SAME [HALF TIME]; CORRESPONDENCES RE: MEETING RE: REVIEW OF NEW CLASS APPEALS | |
| 08/20/19 | PAJ | REVIEW ORDER APPROVING DISBURSEMENT OF NEW CLASS ADMINISTRATIVE COSTS | 0.10 |
| 08/20/19 | PAJ | REVIEW VARIOUS EMAILS RE: NEW CLASS DISTRIBUTION AND TRANSFER OF FUNDS | 0.30 |
| 08/20/19 | PAJ | REVIEW EMAIL RE: PAYMENT OF NEW CLASS ADMINISTRATIVE COSTS | 0.10 |
| 08/20/19 | PJH | REVIEW AND CORRESPOND RE: ORDER APPROVING OLD AND NEW CLASS ADMINISTRATIVE EXPENSE DISBURSEMENTS [HALF TIME] | 0.60 |
| 08/21/19 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION A AND FUNDS | 0.20 |
| 08/21/19 | PAJ | REVIEW EMAIL RE: PAYMENT OF NEW CLASS INVOICES | 0.10 |
| 08/23/19 | PAJ | REVIEW EMAILS RE: IRS ISSUES ON CLAIMS | 0.20 |
| 08/26/19 | PAJ | CONFERENCE WITH CLAIMS STAFF RE: REVIEWING NEW CLASS APPEALS AND DISCUSSION RE: STATUS | 3.00 |
| 08/26/19 | PJH | CONFER PAJ, VENDOR IN NEW ORLEANS RE: NEW CLASS REAL PROPERTY APPEALS AND DETERMINATIONS | 3.50 |
| 08/27/19 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION AND APPROVAL TO RELEASE FUNDS | 0.20 |
| 08/27/19 | PJH | REVIEW AND SEVERAL CORRESPONDENCES RE: PETITION FOR REHEARING RE: FIFTH CIRCUIT OPINION; CORRESPONDENCES RE: FUNDING FOR NEW CLASS DISTRIBUTION A | 0.60 |
| 08/28/19 | PAJ | REVIEW EMAIL RE: NEW CLASS DISTRIBUTION PAYMENTS | 0.10 |
| 08/28/19 | PAJ | REVIEW EMAIL RE: TAX INFORMATION | 0.10 |
| 08/28/19 | PAJ | REVIEW EMAILS RE: TRANSFER OF FUNDS FOR NEW CLASS DISTRIBUTION, PROCESS FOR DISTRIBUTION AND REINVESTMENT OF FUNDS | 0.20 |
| 08/30/19 | PJH | REVIEW INQUIRY FROM COUNSEL, CONFER PAJ, AND DRAFT CORRESPONDENCE RE: SAME | 0.20 |
| 08/30/19 | PAJ | CONFER WITH PJH RE: INQUIRY | 0.10 |
| 09/03/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS AND FOLLOW-UP ON PROPERTY CLAIMS | 0.20 |
| 09/03/19 | PAJ | REVIEW EMAILS RE: NEW CLASS FUNDING AND PAYMENT OF INVOICES | 0.10 |
| 09/03/19 | PAJ | CONFER WITH PJH RE: NEW CLASS APPEALS | 0.20 |
| 09/03/19 | PJH | REVIEW INQUIRY FROM VENDOR RE: NEW CLASS APPEAL AND CONFER PAJ, VARIOUS CORRESPONDENCES RE: SAME | 0.50 |
| 09/04/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS AND LANGUAGE FOR GRANTED AND DENIED CLAIMS | 0.10 |
| 09/06/19 | PAJ | REVIEW EMAILS RE: LIEN OBJECTIONS | 0.20 |
| 09/06/19 | PAJ | REVIEW EMAILS RE: NEW CLASS A DISTRIBUTION | 0.10 |
| 09/06/19 | PJH | REVIEW AND RESPOND TO CORRESPONDENCE FROM VENDOR RE: BEGINNING OF NEW CLASS DISTRIBUTION | 0.10 |
| 09/09/19 | PAJ | REVIEW OF EMAILS RE: LIEN OBJECTIONS | 0.10 |
| 09/09/19 | PJH | REVIEW AND RESPOND TO INQUIRY FROM COUNSEL RE: NEW CLASS DISTRIBUTION | 0.10 |
| 09/10/19 | PJH | CORRESPONDENCES RE: INQUIRY RE: NEW CLASS DISTRIBUTION A | 0.10 |

| 001300 | 01580 | | Invoice # 33444   Page   3 | |
|---|---|---|---|---|
| | | AND DENIAL OF REHEARING REQUEST RE: FIFTH CIRCUIT APPEAL | |
| 09/11/19 | PAJ | REVIEW EMAILS RE: THIRD QUARTER TAXES | 0.10 |
| 09/11/19 | PAJ | REVIEW EMAILS RE: LOUISIANA TAX RETURN | 0.10 |
| 09/11/19 | PAJ | REVIEW EMAILS RE: NEW CLASS INVOICES TO BE PAID | 0.10 |
| 09/11/19 | PAJ | REVIEW EMAILS RE: LIENS ON NEW CLASS CLAIMS | 0.10 |
| 09/11/19 | PJH | REVIEW INQUIRY FROM VENDOR RE: THIRD PARTY CLAIM/LIEN AND CORRESPONDENCE RE: SAME (HALF TIME); REVIEW AND RESPOND RE: CORRESPONDENCES RE: HESI/TO FUND LA TAX SITUATION (HALF TIME) | 0.40 |
| 09/12/19 | PAJ | REVIEW EMAIL RE: PAYMENT OF THIRD QUARTER TAXES | 0.10 |
| 09/13/19 | PAJ | REVIEW EMAILS RE: THIRD QUARTER TAXES | 0.10 |
| 09/16/19 | PJH | CONFER PAJ RE: INQUIRY RE: HESI/TO THIRD PARTY CLAIM AND CORRESPONDENCE RE: SAME, AND SEVERAL CORRESPONDENCES TO VENDOR RE: UPDATED COMPROMISES IN DHEPDS (HALF TIME) | 0.20 |
| 09/16/19 | PAJ | CONFER WITH HRON RE: THIRD PARTY CLAIMS | 0.10 |
| 09/18/19 | PAJ | REVIEW EMAIL RE: LOUISIANA TAX PAYMENT | 0.20 |
| 09/18/19 | PAJ | REVIEW EMAILS RE: ATTORNEY INQUIRY ON NEW CLASS CLAIM | 0.10 |
| 09/18/19 | PJH | CONFER VENDOR RE: INQUIRY RE: NEW CLASS CLAIMANT APPEAL BY COUNSEL AND DETERMINATION RE: SAME; SEVERAL CORRESPONDENCES WITH HESI/TO FUND CPA RE: LA TAX DOCUMENTATION FOR SETTLEMENT FUND (HALF TIME) | 0.60 |
| 09/19/19 | PAJ | CONFER WITH PJH RE: APPEAL OF NEW CLASS DETERMINATION | 0.20 |
| 09/19/19 | PAJ | REVIEW EMAILS RE: ISSUE WITH NEW CLASS CLAIM | 0.10 |
| 09/19/19 | PJH | CONFER PAJ AND CORRESPONDENCE VENDOR RE: INQUIRY FROM COUNSEL RE: APPEAL OF NEW CLASS DETERMINATION | 0.20 |
| 09/20/19 | PJH | INITIAL REVIEW, EDIT, AND REDLINE OF NEW CLASS DISTRIBUTION B DECLARATION DRAFT AND CONFER PAJ AND CORRESPOND, CONFER VENDOR RE: INQUIRIES RE: SAME | 2.60 |
| 09/20/19 | PAJ | CONFER WITH PJH RE: NEW CLASS DISTRIBUTION B DECLARATION | 0.30 |
| 09/23/19 | PJH | BEGIN DRAFTING NEW CLASS DISTRIBUTION B MEMORANDUM IN SUPPORT OF MOTION BASED ON DRAFT DISTRIBUTION B DECLARATION FROM VENDOR | 2.90 |
| 09/30/19 | PJH | CORRESPONDENCE WITH VENDOR RE: NEW CLASS DISTRIBUTION B FIGURES AND DRAFT MEMORANDUM IN SUPPORT OF DISTRIBUTION MOTION | 0.10 |
| 10/01/19 | PAJ | REVIEW EMAILS RE: STAFFING | 0.10 |
| 10/01/19 | PJH | SEVERAL CORRESPONDENCES RE: INQUIRY FROM VENDOR RE: POTENTIAL STAFFING CHANGE RE: REVIEW OF CLAIMS | 0.30 |
| 10/02/19 | PAJ | REVIEW EMAILS RE: STAFFING | 0.10 |
| 10/02/19 | PJH | CORRESPONDENCES RE: INQUIRY RE: POTENTIAL STAFF AT VENDOR, RECEIPT OF TAX DOCUMENTATION RE: FUND FROM LOUISIANA DEPARTMENT OF REVENUE | 0.20 |
| 10/04/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEAL | 0.20 |
| 10/04/19 | PJH | SEVERAL CORRESPONDENCES RE: INQUIRY RE: POTENTIAL NEW CLASS VENDOR STAFF, NEW CLASS APPEAL AND INQUIRY RE: SAME | 0.40 |
| 10/07/19 | PAJ | REVIEW EMAILS RE: NEW CLASS QSF TAX RETURNS | 0.10 |
| 10/09/19 | PAJ | REVIEW EMAILS RE: NEW CLASS TAX RETURNS | 0.10 |
| 10/09/19 | PJH | CORRESPONDENCES RE: MAILING AND SIGNATURE OF HESI/TO TAX RETURNS (HALF TIME) | 0.20 |
| 10/10/19 | PJH | SEVERAL CORRESPONDENCES RE: DETERMINATIONS BY COURT RE: | 0.20 |

| 001300 | 01580 | | Invoice # 33444 | Page | 4 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | NEW CLASS CLAIM APPEALS, INQUIRY FROM COUNSEL RE: PAYMENT TIMING | |
| 10/11/19 | PAJ | CONFER WITH PJH; REVIEW AND EXECUTE NEW CLASS TAX RETURNS | 0.20 |
| 10/11/19 | PJH | CORRESPOND WITH COUNSEL RE: INQUIRY RE: NEW CLASS AND REAL PROPERTY CLAIM TYPES; CONFER TAX PREPARER, PAJ RE: HESI/TO TAX RETURNS AND EXECUTION AND MAILING AND CORRESPOND WITH TAX PREPARER RE: SAME (HALF TIME) | 0.60 |
| 10/14/19 | PAJ | REVIEW EMAIL RE: NEW CLASS DISTRIBUTION B AND ADDITIONAL DATA | 0.10 |
| 10/14/19 | PJH | REVIEW AND VARIOUS CORRESPONDENCES WITH VENDOR RE: NEW CLASS DISTRIBUTION B PROGRESS AND OUTSTANDING ITEMS/ISSUES | 0.30 |
| 10/15/19 | PJH | SEVERAL CORRESPONDENCES RE: COURT DETERMINATIONS ON NEW CLASS CLAIMS FOLLOWING APPEAL | 0.10 |
| 10/16/19 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION INQUIRY | 0.30 |
| 10/16/19 | PJH | REVIEW CORRESPONDENCES FROM COUNSEL AND CORRESPONDENCES FROM VENDOR RE: SAME | 0.20 |
| 10/17/19 | PAJ | REVIEW EMAIL RE: NEW CLASS DISTRIBUTION INQUIRY | 0.10 |
| 10/18/19 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION B APPEAL AND DOCUMENTS RELATING TO SAME | 0.20 |
| 10/18/19 | PAJ | REVIEW EMAILS RE: ISSUES WITH NEW CLASS DISTRIBUTION A CLAIM | 0.20 |
| 10/18/19 | PJH | REVIEW AND RESPOND TO CORRESPONDENCES FROM VENDOR RE: PENDING NEW CLASS APPEAL AND OTHER ISSUES | 0.30 |
| 10/20/19 | PJH | REVIEW CORRESPONDENCE FROM VENDOR RE: INQUIRY RE: FWA ISSUE WITH NEW CLASS CLAIM, ASSESS DHEPDS CLAIM FILE, AND CORRESPOND WITH VENDOR RE: CALL RE: SAME | 0.70 |
| 10/21/19 | PAJ | REVIEW EMAIL RE: ISSUE WITH NEW CLASS DISTRIBUTION A CLAIM | 0.10 |
| 10/21/19 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION AND DETERMINATION NOTICES | 0.30 |
| 10/21/19 | PAJ | REVIEW EMAILS RE: NEW CLASS IRS DOCUMENTS | 0.10 |
| 10/21/19 | PAJ | CONFER WITH PJH RE: APPEAL DETERMINATION | 0.20 |
| 10/21/19 | PJH | CONFER PAJ AND CORRESPOND WITH VENDOR RE: APPEAL DETERMINATION AND REASONS RE: SAME; SEVERAL CORRESPONDENCES TO TAX PREPARER RE: LETTERS FROM IRS AND LOUISIANA DEPARTMENT OF REVENUE | 0.50 |
| 10/22/19 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION; CONFER WITH PJH | 0.20 |
| 10/22/19 | PJH | REVIEW CORRESPONDENCE FROM COUNSEL RE: NEW CLASS DISTRIBUTION AND CONFER WITH PAJ, CORRESPOND WITH VENDOR RE: SAME; CONFER COUNSEL RE: INQUIRY RE: NEW CLASS DISTRIBUTION | 0.50 |
| 10/23/19 | PJH | REVIEW CORRESPONDENCE FROM VENDOR RE: INQUIRY FROM COUNSEL RE: NEW CLASS DISTRIBUTION; CONFER WITH PAJ; AND DRAFT RESPONSE RE: SAME | 0.60 |
| 10/23/19 | PAJ | CONFER WITH PJH RE: INQUIRY | 0.20 |
| 10/24/19 | PAJ | REVIEW EMAILS RE: QUARTERLY REPORT NO. 16 | 0.20 |
| 10/24/19 | PJH | REVIEW AND EDIT QUARTERLY STATUS REPORT TO THE COURT AND CORRESPOND, CONFER WITH PAJ RE: SAME (HALF TIME) | 0.40 |
| 10/25/19 | PAJ | CONFER WITH PJH RE: QUARTERLY REPORT NO. 16 | 0.20 |
| 10/25/19 | PAJ | REVIEW EMAILS RE: QUARTERLY REPORT NO. 16 | 0.10 |
| 10/28/19 | PAJ | REVIEW EMAILS RE: NEW CLASS FUNDS AT UBS | 0.20 |

| 001300 | 01580 | | | Invoice # 33444 | Page | 5 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/28/19 | PAJ | REVIEW EMAILS AND DOCUMENTS RE: NEW CLASS CLAIM ON APPEAL | 0.30 |
| 10/28/19 | PJH | FURTHER REVIEW, EDITING OF DRAFT AND SENDING CORRESPONDENCE TO COUNSEL RE: INQUIRY RE: NEW CLASS DISBURSEMENT; REVIEW AND RESPOND TO CORRESPONDENCES RE: REINVESTMENT OF NEW CLASS FUNDS AT UBS; REVIEW AND RESPOND TO VENDOR INQUIRY RE: NEW CLASS WETLANDS CLAIM PROCESSING; CONFER CLAIMANT RE: REQUIREMENT TO FILE NEW CLASS CLAIM FORM AFTER NEUTRALS SETTLEMENT AND CORRESPOND WITH VENDOR RE: SAME | 1.10 |
| 10/29/19 | PJH | SEVERAL CORRESPONDENCES RE: JMO, RE: RULING BY COURT ON APPEAL AND RE: CLAIMANT WHO DID NOT FILE NEW CLASS CLAIM FORM | 0.50 |
| 10/30/19 | PJH | RESEARCH VENDOR INQUIRY RE: NEW CLASS RESERVE CLAIMS AND CORRESPONDENCE RE: DETERMINATION RE: SAME | 0.50 |
| | | | 36.80    $12,425.00 |

| | | | | |
|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 12.90 hrs @ | $500.00 /hr | $6,450.00 |
| PJH | HRON, PATRICK J | 23.90 hrs @ | $250.00 /hr | $5,975.00 |
| | Fee Recap Totals | 36.80 | | $12,425.00 |

**EXPENSES**                                                                                                                  **Amount**

| | | |
|---|---|---|
| 08/20/19 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 09/05/19 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 10/11/19 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 10/31/19 | COPYING | 42.20 |
| | | $57.20 |

**BILLING SUMMARY:**

| | |
|---|---|
| TOTAL FEES | $12,425.00 |
| TOTAL EXPENSES | $57.20 |
| TOTAL FEES & EXPENSES | $12,482.20 |
| NET BALANCE FORWARD | $8,800.50 |
| **TOTAL NOW DUE** | **$21,282.70** |



November 22, 2019

Patrick Juneau, Claims Administrator
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Dear Mr. Juneau:

Attached please find the quarterly invoice for Old and New Class administration work completed by Epiq, inclusive of pass-through invoices received from GCR and Stanley Reuter, during the period August 1, 2019 – October 31, 2019.

The breakdown of fees and expenses between the Old and New Classes is as follows:

| | |
|---|---|
| HESI and Transocean Old Class | $ 16,039.06 |
| HESI and Transocean New Class | $ 957,044.79 |
| Total Due | $973,083.85 |

Upon receiving Court approval, we will transfer funds in accordance with the Court Order from the Old and New Class distribution accounts that hold the Administrative Fee Reserve Funds to satisfy the invoice.

As always, it has been a pleasure serving your needs. Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count

# INVOICE



| | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| | 11/18/2019 | 26843 |
| | PERIOD START | THROUGH DATE |
| | 8/1/2019 | 10/31/2019 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Additional Printing | 6,039 | $0.0615 | $371.40 |
| Fulfill Case Document Requests | 47.6 Hrs. | | $2,380.00 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 158 Hrs. | | $8,012.50 |
| Document Storage - Paper (per box/per month) | 332 | $3.00 | $996.00 |
| Document Storage - Electronic (per img./record per month) | 609,767 | $0.002 | $1,219.53 |
| **Claim Validation** | | | |
| Process Paper Claims | 3,205.2 Hrs. | | $340,935.50 |
| Deficiency / Rejection Processing | 4.9 Hrs. | | $245.00 |
| **Contact Services** | | | |
| IVR (per minute) | 13,566.5 | $0.32 | $4,341.28 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 182.9 Hrs. | | $9,145.00 |
| Handling of class member communications | 887.6 Hrs. | | $103,499.00 |
| **Website Services** | | | |
| Design and Maintain Website | 4.1 Hrs. | | $512.50 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 90.4 Hrs. | | $16,027.50 |
| Records Paid by Check | 9,802 | $0.79 | $7,743.58 |
| Records Paid by Wire | 46,437 | $0.79 | $36,685.23 |
| Check reissues | 164 | $0.79 | $129.56 |
| **Reporting** | 81.6 Hrs. | | $8,392.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 1,836.2 Hrs. | | $249,592.00 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Systems Support** | | 129.1 Hrs. | | $21,284.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | | |
| **Quality Assurance** | | 377.4 Hrs. | | $61,905.00 |
| **Total Fees** | | | | $873,416.58 |
| **Total Project Expenses (See Exhibit A)** | | | | $66,127.75 |
| **Sub Total** | | | | $939,544.33 |
| Sales Tax | | | | $33,539.52 |
| **Grand Total** | | | | $973,083.85 |

# EXHIBIT A



| Description | Amount |
|---|---|
| **Project Name:   HESI Punitive Damages & Assigned Claims Settlements** | |
| **Project Expenses** | |
| For the period: Aug 01, 2019 through Oct 31, 2019 | |
| Stanley, Reuter, Ross, Thornton & Alford – Outside Counsel Invoice Aug 2019 | $910.00 |
| GCR, Inc. – Mapping Vendor Aug-Oct 2019 Invoices | $60,187.50 |
| Postage | $3,780.55 |
| PACER Charges | $43.30 |
| Working Meals and Transportation | $1,206.40 |
| **Total** | **$66,127.75** |

**Please Remit To :**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

-Or-

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

## Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 08/05/19 | Patrick Hron | Corresp. re: vendor manager out of office and effect of Fifth Circuit appeal on District Court review appeals. | 0.20 | $ 250.00 | $ 50.00 | |
| 08/07/19 | Patrick Hron | Attempt to call counsel re: inquiry re: outstanding Old Class claims payments issues. | 0.10 | $ 250.00 | $ 25.00 | |
| 08/08/19 | Patrick Hron | Corresp., confer with counsel and vendor re: inquiry re: HESI/TO Old Class payment and potential issues; review of vendor spreadsheet re: same. | 0.60 | $ 250.00 | $ 150.00 | |
| 08/16/19 | Patrick Hron | Begin drafting motion re: disbursement of HESI/TO administrative expenses (half time). | 0.20 | $ 250.00 | $ 50.00 | |
| 08/18/19 | Patrick Hron | Finalize HESI/TO motion for disbursement of administrative expenses and corresp. parties re: same (half time). | 0.10 | $ 250.00 | $ 25.00 | |
| 08/19/19 | Patrick Hron | Review invoices and finalize and file motion re: disbursement of Old and New Class administrative expenses and corresps. re: same (half time). | 0.40 | $ 250.00 | $ 100.00 | |
| 08/20/19 | Patrick Hron | Review and corresp. re: Order approving Old and New Class administrative expense disbursements (half time). | 0.10 | $ 250.00 | $ 25.00 | |
| 08/21/19 | Patrick Hron | Various corresps. with vendor, Court re: DMI JMOs filing, approval, sealing, etc. | 0.20 | $ 250.00 | $ 50.00 | |
| 09/06/19 | Patrick Hron | Review list of third party claims re: pending Old Class claims, assess DHEPDS claim files as necessary, make preliminary recommendations, and several corresps. with Vendor and confer PAJ re: same. | 1.60 | $ 250.00 | $ 400.00 | |
| 09/09/19 | Patrick Hron | Confer vendor re: third party claim inquiries and preliminary recommendations, confer PAJ re: same, and corresp. vendor re: same. | 1.00 | $ 250.00 | $ 250.00 | |
| 09/11/19 | Patrick Hron | Review inquiry from vendor re: third party claim/line and corresp. re: same (half time); review and respond re: corresp. re: HESI/TO Fund LA tax situation (half time). | 0.10 | $ 250.00 | $ 25.00 | |
| 09/16/19 | Patrick Hron | Confer PAJ re: inquiry re: HESI/TO Third Party Claim and corresp. re: same, and several corresps. to Vendor re: updated compromises in DHEPDS (half time). | 0.20 | $ 250.00 | $ 50.00 | |
| 09/18/19 | Patrick Hron | Several corresps. with HESI/TO Fund CPA re: LA tax documentation for settlement fund (half time). | 0.10 | $ 250.00 | $ 25.00 | |
| 09/19/19 | Patrick Hron | Several corresps. with vendor re: third party claim inquiry and preliminary determination re: same. | 0.20 | $ 250.00 | $ 50.00 | |
| 10/09/19 | Patrick Hron | Corresps. re: mailing and signature of HESI/TO tax returns (half time); inquiry from vendor re: recent DHEPDS payment and Old Class payment from reserve fund. | 0.20 | $ 250.00 | $ 50.00 | |
| 10/11/19 | Patrick Hron | Confer tax preparer, PAJ re: HESI/TO tax returns and execution and mailing and corresp. tax preparer re: same (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 10/24/19 | Patrick Hron | Review and edit quarterly status report to the Court and corresp., confer PAJ re: same (half time); review, corresp., and finalize Old Class JMO motion for DMI claimant and prepare email. | 0.70 | $ 250.00 | $ 175.00 | $ 1,575.00 |
| 08/14/19 | Robert Levine | Accumulate Time charges from staff invoices and prepare file for invoice | 1.00 | $ 175.00 | $ 175.00 | $ 175.00 |
| 08/18/19 | Patrick Juneau | REVIEW EMAILS RE: DRAFT MOTION AND ORDER TO PAY QUARTERLY COSTS FOR OLD CLASS | 0.10 | $ 700.00 | $ 70.00 | |
| 08/20/19 | Patrick Juneau | REVIEW ORDER APPROVING DISBURSEMENT OF OLD CLASS ADMINISTRATIVE COSTS | 0.10 | $ 700.00 | $ 70.00 | |
| 08/20/19 | Patrick Juneau | REVIEW EMAILS RE: PAYMENT OF OLD CLASS ADMINISTRATIVE COSTS | 0.10 | $ 700.00 | $ 70.00 | |
| 09/06/19 | Patrick Juneau | REVIEW AND CONFER PJH RE: THIRD PARTY LIENS | 0.20 | $ 700.00 | $ 140.00 | |
| 09/09/19 | Patrick Juneau | REVIEW THIRD PARTY LIEN DETERMINATIONS AND CONFER PJH | 0.20 | $ 700.00 | $ 140.00 | |
| 09/11/19 | Patrick Juneau | REVIEW EMAILS RE: THIRD QUARTER TAXES | 0.10 | $ 700.00 | $ 70.00 | |
| 09/11/19 | Patrick Juneau | REVIEW EMAILS RE: LIEN ON OLD CLASS CLAIM | 0.10 | $ 700.00 | $ 70.00 | |
| 09/12/19 | Patrick Juneau | REVIEW EMAIL RE: PAYMENT OF THIRD QUARTER TAXES | 0.10 | $ 700.00 | $ 70.00 | |
| 09/16/19 | Patrick Juneau | REVIEW EMAIL RE: THIRD PARTY LIEN AND CONFER PJH | 0.10 | $ 700.00 | $ 70.00 | |
| 10/07/19 | Patrick Juneau | REVIEW EMAILS RE: OLD CLASS QSF TAX RETURNS | 0.10 | $ 700.00 | $ 70.00 | |
| 10/09/19 | Patrick Juneau | REVIEW EMAILS RE: OLD CLASS TAX RETURNS | 0.10 | $ 700.00 | $ 70.00 | |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/09/19 | Patrick Juneau | REVIEW EMAILS RE: UPDATED STATUS ON OLD CLASS CLAIM AND PAYMENT OF SAME | 0.10 | $ 700.00 | $ 70.00 |
| 10/10/19 | Patrick Juneau | REVIEW AND EXECUTE OLD CLASS TAX RETURNS | 0.10 | $ 700.00 | $ 70.00 |
| 10/21/19 | Patrick Juneau | REVIEW EMAILS RE: OLD CLASS IRS DOCUMENTS | 0.10 | $ 700.00 | $ 70.00 |
| 10/24/19 | Patrick Juneau | REVIEW EMAILS AND DOCUMENTS RE: JOINT MOTION FOR APPROVAL TO BE FILED | 0.20 | $ 700.00 | $ 140.00 |
| 10/24/19 | Patrick Juneau | REVIEW EMAILS RE: QUARTERLY REPORT NO. 16 | 0.20 | $ 700.00 | $ 140.00 |
| 10/25/19 | Patrick Juneau | CONFER WITH PJH RE: QUATERLY REPORT NO. 16 | 0.20 | $ 700.00 | $ 140.00 |
| 10/25/19 | Patrick Juneau | REVIEW EMAILS RE: QUARTERLY REPORT NO. 16 | 0.10 | $ 700.00 | $ 70.00 |
| | | | | | $ 1,610.00 |

**Old Class HESI Invoice**          $ 3,360.00