UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION: J |
| This Document Relates To: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER MAG. JUDGE WILKINSON |
| JUSTICE DESIGN STUDIO, PC      Plaintiff, vs. BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.      Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:16-cv-5050 SECTION: J JUDGE BARBIER MAG. JUDGE WILKINSON |

RESPONSE TO MOTIONS FOR SUBSTITUTION OF COUNSEL

COMES NOW, the law firm of Langston & Langston, PLLC (hereinafter "Langston") in the above-styled causes of action, and files this response to the Motions for Substitution of Counsel filed by William Price of Price Law Firm (hereinafter "Price") on behalf of Justice Design Studio, LLC [Doc. #26107], Justice Group, LLC [Doc. #26108], and William Richardson [Doc. 26110], respectively. Langston & Langston, PLLC, would respectfully show as follows:

1. On September 3, 2019, this Court entered an order [Doc. #26001] Granting William Price's Motion to Withdraw as counsel for the above Plaintiffs, *inter alios*. The Order required Plaintiffs to retain other counsel and for that counsel to enter an appearance on Plaintiffs' behalf within thirty (30) days after entry of the Order.

2. Plaintiff retained Langston & Langston as substitute counsel, and on September 25, 2019, attorneys Shane Langston, Rebecca Langston, Kevin White, and Justin Broome of Langston entered appearances as counsel for Plaintiffs.

3. On September 25, 2019, Shane Langston, Rebecca Langston, and co-counsel Charles Wilson appeared at a settlement mediation on behalf of Plaintiffs. Following the mediation, Plaintiffs, through co-counsel Charles Wilson, notified the mediator that Plaintiffs had accepted BP's offer of settlement.[1]

4. Following acceptance of the settlement, Plaintiff terminated Langston, PLLC, re-hired Price, and filed the subject motion requesting to substitute Price as their attorney.

5. While not objecting to the Motion, Langston does hereby assert an attorney's fee lien against the settlement proceeds in an amount not to exceed 5% of the gross settlement proceeds allocated to these Plaintiffs, and respectfully requests this honorable Court to acknowledge this lien in its Order on Price's Motion.

Dated: November 26, 2019.

                                        Respectfully submitted,

                                        **LANGSTON & LANGSTON, PLLC**

                                        */s/ C. Justin Broome*
                                        **C. JUSTIN BROOME, MS BAR# 104508**

---

[1] The terms of the settlement are confidential.

Shane F. Langston, MSB #1061
Rebecca M. Langston, MSB #99608
C. Justin Broome, MSB #104508
Kevin J. White, MSB #101619
LANGSTON AND LANGSTON, PLLC
210 East Capitol Street, Suite 1205
Jackson, Mississippi 39201
Tel: 601-969-1356
Fax: 601-968-3866
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Response to Motions for Substitution of Counsel* has been served upon all counsel by electronically uploading the same to file & serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 26th day of November, 2019.

*/s/ C. Justin Broome*
C. Justin Broome, Esq.