IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | |
| *Pleadings Bundle B1* | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| KAY EUBANKS, | * | |
| | * | |
|    *Plaintiff,* | * | CIVIL ACTION No. |
| | * | 2:16-cv-05093-CJB-JCW |
| | * | |
|    v. | * | SECTION J |
| | * | |
| BP EXPLORATION AND PRODUCTION, | * | JUDGE BARBIER |
| INC.; BP AMERICA PRODUCTION | * | |
| COMPANY; TRANSOCEAN OFFSHORE | * | MAG. JUDGE WILKINSON |
| DEEPWATER DRILLING, INC.; | * | |
| TRANSOCEAN HOLDINGS, LLC; | * | |
| TRANSOCEAN DEEPWATER, INC; | * | |
| HALLIBURTON ENERGY SERVICES, INC.; | * | |
| AND SPERRY DRILLING SERVICES INC., | * | |
| | * | |
|    *Defendants.* | * | |

## NOTICE OF ATTORNEY CHARGING LIEN

Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law, file this notice of attorney charging lien, and as grounds therefore state:

1. Wilson Law Firm, P.C. and Charles P. Wilson were retained by Plaintiff/Claimant to be "lead attorney for all negotiations / mediations for settlement" of Plaintiff/claimant claims

against the above listed Defendants and have now achieved a favorable settlement to which Plaintiff/claimant agreed and consented.

2. Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law, has fully performed all duties, obligations, and other things and have invested time and expense in providing said legal services to the Plaintiff in the captioned matter.

**WHEREFORE,** Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law, respectfully request the court take note of and protect this charging lien of Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law, on their file for their fees and costs.

/s/ Charles P. Wilson, Jr.
Charles P. Wilson, Jr.
Wilson Law Firm, P.C.
MS Bar No.: 10582
3586 Sangani Blvd., Ste. L-316
D'Iberville, MS  39540
(228) 436-6391 phone
(228) 436-6395 facsimile
Charles@wilsonattorney.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Attorney Charging Lien has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179; by certified mail to Kay Eubanks at 826 Bolivar Street, Lady Lake, FL 32158 and by email at keubanks75@gmail.com and keubanks@thepropertygroup.org, this __26th__ day of __November__, 2019.

/s/ Charles P. Wilson, Jr.
Charles P. Wilson, Jr.
Wilson Law Firm, P.C.
MS Bar No.: 10582
3586 Sangani Blvd., Ste. L-316
D'Iberville, MS  39540
(228) 436-6391 phone
(228) 436-6395 facsimile
Charles@wilsonattorney.com