

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | 2:18-cv-02626-CJB-JCW |
| "Deepwater Horizon" April 20, 2010 ) | MDL 2179 |
| In regard to: ) | JUDGE CARL J BARBIER |
| Shane Maddox Bruce ) | |
| V ) | MAG. JUDGE WILKINSON |
| Great Britain, BP plc, et al ) | |

## PLAINTIFFS MOTION TO AMEND AND RESPONSE TO PTO 68

**Section I**

The ordered response of Section II of PTO 68 specifies that by no later than November 8, 2019 the B3 plaintiffs will provide the court with their positions on fault and the availability of punitive damages for the claims asserted", that I Plaintiff Shane Bruce didn't' receive either the PTO nor the First Amendment of the PTO until the afternoon of November 8th itself I find that the timeline for such a request hasn't shown consideration and unusual or unexpected and straying from the legal norm of proceedings.

However, I have already stated both the positions of fault and punitive damages along with demands for jury trial in my several filing within 2:18-cv-02626 to be referenced with all my fillings as states position, however in the interest of such proceedings it is fruitful that the court reissue such a request along with some type of statement as to what or when such positions of fault or punitive has been discussed, published to or acknowledged by the groups of Plaintiffs. My suit was joined despite being different from type or genre of other filings damages mention despite several objections. My filings of like suit and temper, jury demanded, along with reference in paragraph 1(k) [petroleum microbe].

```
____ Fee ____
____ Process ____
_X__ Dktd ____
____ CtRmDep ____
     Doc. No.
```

## Section II

The 'discovery' so far requested from the British Petroleum defendants are vastly lacking in substance and too narrow in scope, and seemingly only refers to what's been disclosed previously. More must be divulged to gain any perspective of the huge amount of chemicals impacting the environment and human lives which is scandalously absent from the proceedings, and good cause it be modified.

We've only been shown in part which chemicals that BP actively added and haven't been shown a geometrically empowered biological-chemical reaction which could generate mega-tons of toxic chemical and elements into the water and air based on those chemical by-products from petroleum microbes that BP has been putting into use since the 1980's. That this information wasn't disclosed before, hidden by BP, means it's new information and all the lawsuits and possible many multitudes of claims now have to be reexamined and the defendants brought back to trail for another, larger, round of lawsuits.

Purposefully introducing genetically modified bacteria specifically to increase elemental content such as manganese in crude oil for cheaper engine lubricant type materials such a lead without later adding them during refinement. Billions of gallons of contaminated oil on the ocean floors which contain exposed heavy metal ores in their natural form constitute possibly the most horrific man-made hazard ever created, introducing toxic elements in magnitudes never before seen.

Besides adding elemental heavy metals purposefully to crude, dropping the contaminated bio-chemically reactive crude to the bottom of the ocean turned the Gulf of Mexico into a chemical reactive vat with millions of tones of reactive agents with complex chemical products, such as turning Arsenic Tri-oxide on the

ocean floor into Arsine gas, and toxic rains for hundreds of miles, poisoning water, soil, food, and millions of humans, among a myriad of other chemical reactions.

Having this new information added to the disclosure as requested by this motion to this Court will see new-information and many of the damages and liabilities which it has not been made aware of. Rather than a separate subpoena for my case, I'm sure such information will have a pronounced affect in the several cases against BP plc and in the light of new information dialog of a new set of MDL incorporating this information extending expected damages will be required. Plaintiff as determined through extensive treatments, that presence of even hard to local heavy metals may be found by a few weeks of I.V. EDTA treatments followed by hair analyses, those heavy metals do not dissipate but accumulate in human unless treated, toxic levels have a multitude of dire consequences.

"Document" means the original and all non-identical copies (whether non-identical because of handwritten notation or otherwise) of all written or graphic matter, however produced, and any other tangible record, or electronic data capable of reproduction in tangible form, including, without limitation, computer data, e-mail messages, correspondence, memoranda, minutes, telephone records, reports, medical records, medical reports, studies, telexes, diaries, calendar entries, contracts, letters of agreement, Trusts, Corporations or Partnerships, business or other fictional or legal entities, bank records, property records, notes, lien calculations, purchases and receipts, credit card accounts, debit card, identities or accounts of any type, court records, legal records, correspondence to and from courts, law enforcement, or attorneys including any and all existing drafts of all documents.

I motion that BP be required to disclose to all plaintiffs all information concerning heavy metals and petroleum microbes from the last 35 years (period of use) of:

1. All Documents pertaining of all the petroleum microbes and Oleispira used by BP in any and all operations and their effects on living organisms and humans to including that their effects of changing or modifying DNA of other living organisms and prospective uses for retro-gene modifications such as Oleispira Antarctica are denoted for including government research grants and contracts of Britain and Canada or any documents gathered or sponsored by BP.  Documents are to include any and all genetic modifications made to any bacteria or other organism introduced into BP operated wells and any medical tests that could be used to detect the infection of such microbes, particularly IG41 (Flagella) of the Lyme Disease test battery or other medical tests in place which could detect them.

2. All Documents of when and how Oleispira or Petroleum Microbes were in use including how they were introduced into the DeepWater Horizon Oil Well including calculations as to expected pressure increases within the well, viscosity reduction and chemical contaminants, carbon dioxide production or content resulting from the use of organisms, and all documents pertaining to venting of oil reserves to gaseous or liquid contamination resulting from the use of such microbes in such huge oil reservoirs to include documented and expected chemical reactions all Oleispira Microbes to Heavy Metals and the resulting Compounds or ionic elemental particulates including gaseous.

3. Documents are to include any known microbes of any oil wells drilling within the same region of oil resources, as well as any documents of the addition of microbes before and if any after the explosion and expected rates of cultures on such a geographically spread surface film of oil.

4. All Documents related to any and all chemical and elemental contents of oil and gaseous venting due to use of petroleum organism, the factors on resulting atmospheric pollution and models of how wide spread the effect of such pollution maybe including amounts of $CO_2$ gas produced and resulting carbon foot print on the environment, to include the effect of the billion gallons of infected oil made to precipitate to the ocean floor and the result of its contact and degradation of heavy metals ores on the ocean floor, particularly Manganese, Arsenic, Thorium and elemental and chemical surveys of the Ocean floor of the Gulf of Mexico.

5. All Documents related to chemical contents and gaseous venting of the oil and gases from the oil well of BP in the Gulf of Mexico to include chemical and elemental identification and assaying and all work-related incidents concerning any heavy metal poisoning/toxic exposure, including any lawsuits, charges or civil action brought against the British Petroleum company with allegation of heavy metal contamination of people, water reservoirs, or soil by individual or communities with any specifics of introduction of petroleum microbes used in those areas to include any and all allegation of not only water tables by atmospheric contamination suits including those likely but not specifying oil reservoir gasses such as chem-trails or from use of fuels which harvesting was facilitated by petroleum

microbes and resulting undesired chemical toxins. Including report of what happens when those chemical toxins are used in combustible engines.

Though the Public and the Courts have not usually heard nor been made aware of the information of the use of Petroleum Microbes there is a monolithic amount of research in such places as British Canada sponsored by the British and British Petroleum concerning these microbes, DNA analysis, use as retro-DNA modifications within the British Dominions or Commonwealth. It should be required that an organized list of references to compiled documents as well as any references to public databases with a short description of each reference/document be included.

The use of the Microbe since, an area with an astounding level of liabilities, is probably labeled as proprietary but has been demonstrated to endanger the Public health at the level of a WMD. Order limitation could be amended if BP requests more time to include all sources it might be aware of and sponsored directly or indirectly and that any 'proprietary' information to be listed by title and local to then be discussed in further disclosures.

_____
Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

*Certificate of Service:* I hereby certify *that by the 12th of November 2019, a true copy sent to:*

| U.S. Court Eastern Louisiana | Counsel for BP | Stephen J. Herman |
|---|---|---|
| Honorable Carl J. Barbier | Attn: Frank Sramek | MDL 2179 Committee |
| 500 Poydras Street, Room C-256 | Kirkland & Ellis LLP | 820 O'Keefe Avenue |
| New Orleans, LA 70130 | 300 N. LaSalle St, #2400 | New Orleans, LA 70133 |
| | Chicago IL 60654 | |

Shone Brace
313 W. Prospect St
LaFollette TN 37766

CERTIFIED MAIL

7017 1450 0001 8225 0702

U.S. Court Eastern District of Louisiana
Hon. Carl Barbier
500 Poydras St. Rm C-256
New Orleans LA 70130

7013030361 0026

U.S. POSTAGE PAID
FCM LETTER
LA FOLLETTE, TN
37766
NOV 12, 19
AMOUNT
$4.20
R2305M145595-07

1000
70130

7017 1450 0001 8225 0702