United States District Court

Eastern District of Louisiana

Billy F. Larkin et al,

Plaintiff,

v.

Patrick Juneau et al,

Defendants.

File No: 219-CV-10295-CJB-JCW

Motion For Default Judgement

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED NOV 25 2019 WILLIAM W. BLEVINS CLERK*

10md2179 J(2)

Comes Now The Plaintiff, Billy F. Larkin, Pro Se And Respectfully Request The Court To Grant This Motion For Default Judgement In The Above-Style Complaint. In Support Of This Motion The Plaintiff Submits The Following:

(1.) The Above-Style Complaint Was Filed 5/7/19 And Entered On The Docket Report 5/13/19.

(2) On 6/20/19, A Summons Was Issued As To BP America Production Company, BP Exploration And Production, Inc., And Patrick Juneau.

(3) Not Listed On The Docket Report Is A Motion For Default Judgement Filed By The Plaintiff As To BP America Production Company And BP Exploration And Production, Inc., On Or About 8/23/19.

(4.) The Docket Report shows Summons for Patrick Juneau filed 9/18/19, Served 8/26/19, and Answer Due 9/16/19.

(5) To Date, Patrick Juneau has failed to file a Responsive Pleading or move the Court for an Extension of Time for the Filing of a Responsive Pleading.

(6) Because Patrick Juneau Failed to Answer the Complaint By 9/16/19, The Plaintiff Apply to the Court for the Relief Demanded.

(7.) The Court Should Consider the Fact That the 7/26/19 Summons To BP America Production Company, And The 8/19/19 Summons To BP Exploration And Production, Inc, Was Returned Unexecuted Due To Inaccurate Addresses Provided By Elizabeth F. Varley Who Requested Service On Behalf Of The Plaintiff.

## Relief Demanded

A. $3,000,000, Tax Free For The Defendants Gross Mishandling Of The Plaintiff's Failed Business Economic Loss Claim.

B. $3,000,000, Tax Free For Being Unfairly Excluded From The $57-Million Fund To Promote Tourism.

C. $3,000,000, Tax Free For Being Unfairly Excluded From The Hesi/Transocean Settlement.

D. $3,000,000 TAX FREE FOR THE DEFENDANTS USE OF DISPARATE IMPACT TO DISCRIMINATE AGAINST THE PLAINTIFF, AN INCARCERATED AFRICAN AMERICAN.

E. $3,000,000 TAX FREE FOR THE DEFENDANTS' INTENTIONAL INFLICTION OF MENTAL ANGUISH AND EMOTIONAL DISTRESS UPON THE PLAINTIFF.

THIS THE 20 DAY OF NOVEMBER, 2019.

_Billy F. Larkin_
LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

November 20, 2019

Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

RE: CV19-10295 "J" (2), Larkin et al v. Juneau et al

Dear Clerk,

Please find enclosed Plaintiff's Motion for Default Judgement and request your office provide proof of filing.

Thank you for your usual, kind cooperation.

*Billy F Larkin*

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

TENDERED FOR FILING

NOV 25 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
~~Deputy Clerk~~

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

$000.55⁰
02 1P
0000932486
MAILED FROM ZIP CODE 27563

CLERK, U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

7013 0860 857 0026

LEGAL MAIL



MAIL FROM WARREN CORRECTIONAL INSTITUTION

US POSTAGE $000.00 NOV 20 2019 MAILED FROM ZIP CODE 27563