MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 2, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (2) |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Appeal Form, Court Review Request, Claim Form, Settlement Program Determination letter and administrative mailings concerning the appeal of Sand Dollar Marina, Inc., Claim No. AAF* * * (Transaction No. 193), denying its claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. The Activity Year by Cost Itemization provided in claimant's original

MJSTAR:   0:55

Claim Form in no way establishes a nexus between the maintenance on the ledgers and the oil spill; the list appears to show only expenditures for maintenance on the claimant's facilities and equipment for normal wear and tear on items and equipment. No basis requiring a different result has been provided.

New Orleans, Louisiana, this   2nd   day of December, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**