UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| Applies to: 12-cv-968: BELO | JUDGE BARBIER |
| | MAGISTRATE JUDGE WILKINSON |

**Relates to:**

| 19-11275 | 19-12064 | 19-12085 | 19-12191 | 19-12200 | 19-12286 |
|---|---|---|---|---|---|
| 19-12021 | 19-12067 | 19-12171 | 19-12192 | 19-12201 | |
| 19-12048 | 19-12068 | 19-12179 | 19-12194 | 19-12204 | |
| 19-12049 | 19-12080 | 19-12183 | 19-12196 | 19-12214 | |
| 19-12061 | 19-12083 | 19-12188 | 19-12199 | 19-12285 | |

**THE BP PARTIES' DECEMBER 1, 2019[1] STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER NO. 2**

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on November 25, 2019. This report includes plaintiffs whose initial disclosures were due through November 21, 2019, and reflects the status of initial disclosures received as of 10 AM Eastern on December 2, 2019.

---

[1] The BP Parties are filing this Status Report on December 2, 2019, because December 1, 2019, is a Sunday.

This Status Report contains a list of cases in which plaintiffs provided no disclosures. There are no cases eligible for this Status Report in which plaintiffs provided deficient or incomplete disclosures. Pursuant to the First Amended CMO No. 2, the BP Parties on December 11, 2019 will submit a Status Report listing plaintiffs who failed to provide full and complete disclosures after having been ordered to do so by December 4, 2019, pursuant to the Court's November 4, 2019 Order (Rec. Doc. 26085) (i.e., "Category II" plaintiffs).

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| The Nations Law Firm | 22 | 22 | 0 |
| The Downs Law Group | 2 | 2 | 0 |
| Falcon Law Firm | 1 | 1 | 0 |
| N/A | 1 | 1 | |
| **Total** | **26** | **26** | **0** |

I.  **Category I**

    A.  **Plaintiffs With Missing Initial Disclosures**

Pursuant to Section 2(B) of First Am. CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 19-11275 | Smith, Robert[2] | Falcon Law Firm |
| 2. | 19-12021 | Horton, Rex | N/A[3] |
| 3. | 19-12048 | Fairley, Tracy Michelle | Nations Law Firm |

---

[2] Plaintiff Robert Smith received a second extension of time to submit his full and complete initial disclosures until November 15, 2019. *Smith v. BP Exploration & Production, Inc. et al.*, Case No. 19-11275, Rec. Doc. 8. Plaintiff has not yet provided those disclosures.

[3] On November 12, 2019, Frank J. D'Amico, Jr., filed a motion to withdraw as attorney for Plaintiff Rex Horton, which was granted on November 13, 2019. *Horton v. BP Exploration & Production, Inc. et al.*, Case No. 19-12021, Rec. Docs. 6 & 7. On November 13, 2019, the Court ordered Plaintiff to appear in person before Magistrate Judge Wilkinson on December 4, 2019, "to discuss the status of his future representation and/or whether he intends to proceed in proper person." *Horton v. BP Exploration & Production, Inc. et al.*, Case No. 19-12021, Rec. Doc. 8.

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 4.  | 19-12049 | Lawrence, Roger Lee | Nations Law Firm |
| 5.  | 19-12061 | Edwards, Duane Barry | Nations Law Firm |
| 6.  | 19-12064 | Thomas, Gary Leron | Nations Law Firm |
| 7.  | 19-12067 | Chambers, Gregory Trent | Nations Law Firm |
| 8.  | 19-12068 | Huynh, Hung Kim | Nations Law Firm |
| 9.  | 19-12080 | Black, Danny Wayne | Nations Law Firm |
| 10. | 19-12083 | Connally, Glen Roy, Jr. | Nations Law Firm |
| 11. | 19-12085 | Denham, James Earl | Nations Law Firm |
| 12. | 19-12171 | Moulder, Michael Eugene | Downs Law Group |
| 13. | 19-12179 | Boyd, Kavin Roy | Nations Law Firm |
| 14. | 19-12183 | Colligan, Barry Loyd | Nations Law Firm |
| 15. | 19-12188 | Huynh, Kevin Tai | Nations Law Firm |
| 16. | 19-12191 | Le, Trong Thanh | Nations Law Firm |
| 17. | 19-12192 | Lizana, Chase Rogers | Nations Law Firm |
| 18. | 19-12194 | Nguyen, Anthony Thang | Nations Law Firm |
| 19. | 19-12196 | Nguyen, Timmy Phuoc | Nations Law Firm |
| 20. | 19-12199 | Rodgers, David Ronnie | Nations Law Firm |
| 21. | 19-12200 | Smith, Thomas, Jr. | Nations Law Firm |
| 22. | 19-12201 | Wallace, Lance Joseph | Nations Law Firm |
| 23. | 19-12204 | Beritiech, James Lamar | Nations Law Firm |
| 24. | 19-12214 | Trapani, Jody | Downs Law Group |
| 25. | 19-12285 | Chaisson, Andy Paul | Nations Law Firm |
| 26. | 19-12286 | Chauvin, William Paul | Nations Law Firm |

B.     **Plaintiffs With Deficient Initial Disclosures**

There are no cases eligible for this Status Report in which plaintiffs have provided deficient or incomplete initial disclosures.

December 2, 2019                              Respectfully submitted,

    */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON
& TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of December 2019.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

      */s/ Don K. Haycraft*
      Don K. Haycraft