UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 18-02626* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court is *pro se* plaintiff Shane Bruce's Motion to Amend and Response to Pretrial Order ("PTO") 68. (Rec. Doc. 26121).

PTO 68 required, among other things, that B3 Plaintiffs provide the Court with their positions on fault and the availability of punitive damages by November 8, 2019. (Rec. Doc. 26070 at 6). Bruce complains that he did not receive a copy of PTO 68 until November 8, 2019. However, the Second Amendment to PTO 68 (Rec. Doc. 26808) adjourned the November 8th deadline, meaning such position statements are not required at this time. Accordingly, Bruce's argument is moot.

The remainder of Bruce's motion, which seeks to amend PTO 68 to require BP to produce additional documents and information beyond what is already required under PTO 68,[1] is denied.

---

[1] For example, Bruce requests documents from the last 35 years concerning:

> [A]ll the petroleum microbes and Oleispira used by BP in any and all operations and their effects on living organisms and humans to including that their effects of changing or modifying DNA of other living organisms and prospective uses for retro-gene modifications such as Oleispira Antarctica are denoted for including government research grants and contracts of Britain and Canada or any documents gathered or sponsored by BP. Documents are to include any and all genetic modifications made to any bacteria or other organism introduced into BP operated wells and any

Accordingly,

IT IS ORDERED that Shane Bruce's Motion to Amend and Response to PTO 68 (Rec. Doc. 26121) is DENIED and DENIED AS MOOT.

New Orleans, Louisiana, this 3rd day of December, 2019.

_____
United States District Judge

**Note to Clerk: Mail a copy of this Order to Shane Bruce (18-02626).**

---

medical tests that could be used to detect the infection of such microbes, particularly IG41 (Flagella) of the Lyme Disease test battery or other medical tests in place which could detect them. [sic]

(Rec. Doc. 26121 at 4).