UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION: J |
| This Document Relates To:<br>*Pleading Bundle B1* | ) ) ) | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| KAY EUBANKS<br>    Plaintiff,<br><br>vs.<br><br>BP EXPLORATION & PRODUCTION, INC.,<br>BP AMERICA PRODUCTION COMPANY,<br>and BP P.L.C.<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:16-cv-5093<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

COMES NOW, the law firm of Langston & Langston, PLLC (hereinafter "Langston") in the above-styled causes of action, pursuant to LR 83 and the Federal Rules of Civil Procedure and files this Motion to Withdraw as Counsel of Record for Plaintiff Kay Eubanks and would respectfully show as follows:

1. As of the time of this filing, Plaintiff Kay Eubanks has informed undersigned counsel Langston that she no longer requires or desires the continued representation by undersigned counsel and has discharged the law firm of Langston & Langston, PLLC.

2. Plaintiff will not be prejudiced if the undersigned is permitted to withdraw.

3. On September 25, 2019, Shane Langston, Rebecca Langston, and co-counsel Charles Wilson appeared at a settlement mediation on behalf of Plaintiff. Following the

mediation, Plaintiff, through co-counsel Charles Wilson, notified the mediator that she had accepted BP's offer of settlement. [1]

4. Following acceptance of the settlement, Plaintiff has terminated Langston, PLLC.

5. While seeking relief and requesting to withdraw as counsel, Langston does hereby assert an attorney's fee lien against the settlement proceeds in an amount not to exceed 5% of the gross settlement proceeds allocated to this Plaintiff, and respectfully requests this honorable Court to acknowledge this lien in its Order on this Motion.

6. Plaintiff can receive any further pleadings and correspondence at the following address:

Kay Eubanks
826 Bolivar Street
Lady Lake, FL 32159
(850) 227-4636
keubanks75@gmail.com

WHEREFORE, PREMISES CONSIDERED, the undersigned attorneys pray that the Court grant this Motion to Withdraw as Counsel of Record for Plaintiff.

Dated: December 4, 2019.

Respectfully submitted,

**LANGSTON & LANGSTON, PLLC**

*/s/ Kevin J. White*
**KEVIN J. WHITE, MS BAR# 101619**

---

[1] The terms of the settlement are confidential.

Shane F. Langston, MSB #1061
Rebecca M. Langston, MSB #99608
C. Justin Broome, MSB #104508
Kevin J. White, MSB #101619
LANGSTON AND LANGSTON, PLLC
416 East Amite Street
Jackson, Mississippi 39201
Tel: 601-969-1356
Fax: 601-968-3866

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion to Withdraw as Counsel of Record for the Plaintiff* has been served upon all counsel by electronically uploading the same to file & serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and upon the Plaintiff, Kay Eubanks via certified mail at 826 Bolivar Street, Lady Lake, FL 32159, and via electronic mail at keubanks75@gmail.com on this the 4th day of December, 2019.

                                        */s/ Kevin J. White*
                                        Kevin J. White, Esq.