UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION: J |
| This Document Relates To:<br>*Pleading Bundle B1* | ) ) ) | JUDGE BARBIER |
| | ) | MAG. JUDGE WILKINSON |
| KAY EUBANKS<br>  Plaintiff, | ) ) ) | Case No.: 2:16-cv-5093 |
| | ) | SECTION: J |
| vs. | ) ) | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.<br>  Defendants. | ) ) ) ) | MAG. JUDGE WILKINSON |

ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

THIS CAUSE, having come before the Court on the Motion to Withdraw as Counsel of Record for Plaintiff Kay Eubanks, filed by Kevin J. White of Langston & Langston, PLLC on December 4, 2019, and the Court having considered the merits of said motion and reviewing all pertinent facts and law, hereby finds the motion is well-taken and should be GRANTED.

1. The law firm of Langston & Langston, PLLC and its attorneys, Shane F. Langston, Rebecca M. Langston, C. Justin Broome and Kevin J. White are relieved of all obligations and duties to this court as counsel for the Plaintiff in this case.

2. Any further pleadings, motions, notices, correspondence, or other documents shall be served directly upon Plaintiff, at the following contact information:

Kay Eubanks
826 Bolivar Street
Lady Lake, FL 32159

(850) 227-4636
keubanks75@gmail.com

3. Plaintiff shall have 21 days from the date of this order to retain substitute counsel, should the same be necessary; otherwise, Plaintiff shall be deemed to be proceeding in a *pro se* capacity.

4. On September 25, 2019, Shane Langston, Rebecca Langston, and co-counsel Charles Wilson appeared at a settlement mediation on behalf of Plaintiff. Following the mediation, Plaintiff, through co-counsel Charles Wilson, notified the mediator that she had accepted BP's offer of settlement.[1] Subsequently, Plaintiff discharged the services of the Langston firm.

5. Langston & Langston, PLLC is hereby provided an attorney's fee lien against the settlement proceeds in an amount not to exceed 5% of the gross settlement proceeds allocated to this Plaintiff.

SO ORDERED, THIS the _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The terms of the settlement are confidential.