UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to: 12-CV-968: BELO AND All BELO cases included in the attached lists. | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Defense counsel has advised that plaintiffs in 26 BELO cases[1] have failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. Record Doc. No. 26126 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **JANUARY 3, 2020**, plaintiffs in the attached lists must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT**, as to all of the listed cases in which plaintiffs produce full and complete disclosures in compliance with this order, the deadline by which the parties must submit their venue filing is extended to no later than **FEBRUARY 3, 2020**.

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in the individual cases in the attached lists.

New Orleans, Louisiana, this \_\_\_\_4th\_\_\_\_ day of December, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

|    | Docket Number | Plaintiff               | Plaintiff's Counsel |
|----|---------------|-------------------------|---------------------|
| 1. | 19-11275      | Smith, Robert[2]        | Falcon Law Firm     |
| 2. | 19-12021      | Horton, Rex             | N/A[3]              |
| 3. | 19-12048      | Fairley, Tracy Michelle | Nations Law Firm    |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 4.  | 19-12049 | Lawrence, Roger Lee | Nations Law Firm |
| 5.  | 19-12061 | Edwards, Duane Barry | Nations Law Firm |
| 6.  | 19-12064 | Thomas, Gary Leron | Nations Law Firm |
| 7.  | 19-12067 | Chambers, Gregory Trent | Nations Law Firm |
| 8.  | 19-12068 | Huynh, Hung Kim | Nations Law Firm |
| 9.  | 19-12080 | Black, Danny Wayne | Nations Law Firm |
| 10. | 19-12083 | Connally, Glen Roy, Jr. | Nations Law Firm |
| 11. | 19-12085 | Denham, James Earl | Nations Law Firm |
| 12. | 19-12171 | Moulder, Michael Eugene | Downs Law Group |
| 13. | 19-12179 | Boyd, Kavin Roy | Nations Law Firm |
| 14. | 19-12183 | Colligan, Barry Loyd | Nations Law Firm |
| 15. | 19-12188 | Huynh, Kevin Tai | Nations Law Firm |
| 16. | 19-12191 | Le, Trong Thanh | Nations Law Firm |
| 17. | 19-12192 | Lizana, Chase Rogers | Nations Law Firm |
| 18. | 19-12194 | Nguyen, Anthony Thang | Nations Law Firm |
| 19. | 19-12196 | Nguyen, Timmy Phuoc | Nations Law Firm |
| 20. | 19-12199 | Rodgers, David Ronnie | Nations Law Firm |
| 21. | 19-12200 | Smith, Thomas, Jr. | Nations Law Firm |
| 22. | 19-12201 | Wallace, Lance Joseph | Nations Law Firm |
| 23. | 19-12204 | Beritiech, James Lamar | Nations Law Firm |
| 24. | 19-12214 | Trapani, Jody | Downs Law Group |
| 25. | 19-12285 | Chaisson, Andy Paul | Nations Law Firm |
| 26. | 19-12286 | Chauvin, William Paul | Nations Law Firm |