UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179<br><br>SECTION: J(2) |
| **Applies to:**<br>*No. 16-5093, Kay Eubanks v. BP Exploration & Production, Inc., et al.* | * * * | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering the Motion to Withdraw as Counsel of Record for Plaintiff (Rec. Doc. 26135);

IT IS ORDERED that the law firm of Langston & Langston, PLLC and its attorneys, Shane F. Langston, Rebecca M. Langston, C. Justin Broome, and Kevin J. White are WITHDRAWN as counsel of record for plaintiff Kay Eubanks. Any further pleadings, filings, etc., shall be served directly upon Kay Eubanks.[1]

The Motion further states that the withdrawing attorneys assert an attorney fee lien against Plaintiff's settlement proceeds, and it requests that the lien be acknowledged in this Order. If the withdrawing attorneys wish to aset a lien for attorney fees, they shall file a motion to intervene with the appropriate attachments. (*See, e.g.*, Rec. Doc. 26005).

---

[1] Kay Eubanks' contact information:

    826 Bolivar Street
    Lady Lake, FL 32159
    (850) 227-4636
    keubanks75@gmail.com

2

New Orleans, Louisiana, this 5th day of December, 2019.

_____
United States District Judge