UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to: 12-CV-968: BELO | JUDGE BARBIER MAG. JUDGE WILKINSON |

### ORDER

Due to the Christmas and New Years' Eve holidays, IT IS ORDERED that the filing deadline for BP's Category 1 monthly status report, as required by the BELO Cases Initial Proceedings Case Management Order No. 2, Record Doc. No. 25486, is hereby EXTENDED to January 3, 2020.

New Orleans, Louisiana, this ___9th___ day of December, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE