MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 9, 2019

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notices, Appeal Forms, Court Review Requests, Claim Form, Settlement Program Appeal Determination Letter and the administrative mailings concerning the two appeals of David Simms, Jr., Claim No. 1F1******* ("claimant"), denying his claims for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. The criteria and standards applied by the Claims Administrator in assessing Menhaden Fisherman claims have a rational and factually well-founded basis. Claimant's

MJSTAR:  1:45

submissions are insufficient to prompt a variation from those criteria, either as an evidentiary matter or in the exercise of either the Claims Administrator's or the court's equitable authority. Similarly, the documentation is insufficient to establish that claimant should receive payment on any of the other grounds asserted in these appeals.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**