MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 11, 2019

IN RE: OIL SPILL BY THE OIL RIG             MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010            SECTION "J"

THIS DOCUMENT RELATES TO:                   JUDGE BARBIER
                                            MAG. JUDGE WILKINSON
Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Appeal Form, Court Review Request, Claim Form, Settlement Program Appeal Determination Letter, the submissions of claimant's counsel and administrative mailings concerning the appeal of Panama City Dive Services, L.L.C., Claim No. 8AB******* ("claimant"), denying its claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is **VACATED**, and the claim is **REMANDED** for further consideration.

The Claims Administrator determined that claimant was not eligible for compensation because the documents submitted by the claimant did not establish that it was involved in recreational fishing operations.

**MJSTAR:   1:20**

<u>After</u> the Claims Administrator's determination, claimant submitted with its Court Review Request a license record showing 2010 Charterboat and Charter Captain licenses and a copy of its current website, which advertises recreational spearfishing and diving services. When coupled with claimant's Charterboat Operator/Crew Claimant Sworn Written Statement, which is sworn under penalty of perjury, and claimant's previously submitted 2010 bank statements showing PayPal and credit card deposits, this documentation may be sufficient evidence that claimant is potentially eligible for payment of its Charterboat Operator claim.

Accordingly, **IT IS ORDERED** that the decision of the Claims Administrator is **VACATED**, and this claim is **REMANDED** to the administrator for consideration of the materials submitted by claimant and a new determination of this claim based on the information submitted with its Court Review Request.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**