# Exhibit A

Case 2:10-md-02179-CJB-JCW   Document 25491   Filed 03/13/19   Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| **This Document Relates To:** | * | **SECTION: J(2)** |
| *No. 18-11046* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court is Lott Ship Agency, Inc.'s ("Lott Ship") Motion to Vacate and/or Amend the February 1, 2019 Order, which dismissed with prejudice Lott Ship's complaint for failing to comply with the Moratoria Hold Order of October 3, 2018. (Rec. Doc. 25429). Counsel for BP has informed the Court that it does not oppose granting this motion. In light of this and having considered the motion,

IT IS ORDERED that Lott Ship's Motion to Vacate and/or Amend (Rec. Doc. 25429) is GRANTED.

IT IS FURTHER ORDERED that the Order of February 1, 2019 (Rec. Doc. 25363, *also entered in* No. 18-11046 as Rec. Doc. 14) is AMENDED and/or VACATED IN PART insofar as it dismissed Lott Ship's claims. Lott Ship's claims are NOT dismissed and the Clerk shall RE-OPEN case no. 18-cv-11046.

IT IS FURTHER ORDERED that Pretrial Order No. 67, § I (Rec. Doc. 25370) shall apply to Lott Ship (No. 18-cv-11046), including the requirement that Lott Ship

Case 2:10-md-02179-CJB-JCW   Document 25491   Filed 03/15/19   Page 2 of 3

produce the documents and information found on Attachment A to Pretrial Order No. 67 by April 15, 2019.

New Orleans, Louisiana, this 15th day of March, 2019.

*[signature]*

United States District Court

**Note to Clerk: File in 10-md-2179 and 18-11046.**