UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **BELO Cases identified below** | * | |

## ORDER
### [Order to Show Cause re: BP's December 11, 2019 Status Report Pursuant to First Amended BELO CMO No. 2]

BELO Case Management Order No. 1 requires BELO plaintiffs to provide defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of December 11, 2019 (Rec. Doc. 26141), the 18 BELO plaintiffs identified below failed to provide full and complete disclosures by the initial 90-day deadline, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that counsel for the 18 BELO plaintiffs identified below shall appear before the undersigned on <u>Wednesday, January 8, 2020 at 9:30 a.m.</u> and

**SHOW CAUSE** why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall file a written response by no later than Monday, January 6, 2020 at 5:00 p.m. Each law firm shall file a single response addressing the status of <u>all</u> of its clients identified in this order. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO cases to which it pertains.

**NOTE:** No attorney may appear at the Show Cause Hearing unless they are enrolled as counsel of record in the individual case(s) corresponding to their client(s).

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency (per BP's Status Report) |
|----|---------------|-----------|---------------------|-------------------------------------|
| 1. | 19-11522 | Barfield, Dennis James, Jr. | Nations Law Firm | No production |
| 2. | 19-11523 | Bess, Gene Autry | Nations Law Firm | No production |
| 3. | 19-11540 | Boyd, Tracey Lynell | Nations Law Firm | No production |
| 4. | 19-11555 | Pham, Johnny Huan | Nations Law Firm | No production |
| 5. | 19-11557 | Rule, Jason Wilson | Nations Law Firm | No production |
| 6. | 19-11565 | Scott, Stanley Earl | Nations Law Firm | No production |
| 7. | 19-11634 | Fredricks, Jamie Lymond | Nations Law Firm | No production |
| 8. | 19-11640 | Winn, Tonya Maria | Nations Law Firm | No production |
| 9. | 19-11649 | Orr, Elnora Lorraine | Nations Law Firm | No production |
| 10. | 19-11737 | Billiot, Derek John | Nations Law Firm | No production |
| 11. | 19-11746 | Garrett, Leo Paul | Nations Law Firm | No production |
| 12. | 19-11749 | Luke, Terry Patrick | Nations Law Firm | No production |
| 13. | 19-11750 | Musgrove, Demetrius Lomax | Nations Law Firm | No production |
| 14. | 19-11754 | Cheramie, Peter James | Nations Law Firm | No production |
| 15. | 19-11758 | Smith, Octavias Shantel[1] | Nations Law Firm | No production |
| 16. | 19-11821 | Bennett, Emmett Jason | Nations Law Firm | No production |
| 17. | 19-11839 | McNichols, Terrence Quinone | Nations Law Firm | No production |
| 18. | 19-11849 | Wilson, Michael Jerome | Nations Law Firm | No production |

New Orleans, Louisiana, this 12th day of December, 2019.

_____
United States District Judge