UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

**EX PARTE MOTION BY BP FOR LEAVE TO FILE BP DEFENDANTS' MOTION TO STRIKE CLAIMANT ID 100243047's "MOTION TO CLARIFY, ALTER, OR AMEND THE COURT'S OCTOBER 3, 2018 ORDER" UNDER SEAL**

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production Inc., BP America Production Company and BP p.l.c. ( "BP") respectfully request leave to file BP's Motion to Strike Claimant ID 100243047's "Motion to Clarify, Alter, or Amend the Court's October 3, 2018, Order" ("Motion to Strike") and the accompanying Memorandum under seal in their entirety. The Motion to Strike and accompanying Memorandum with Exhibits 1 and 2 are being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters.

Pursuant to Pre-Trial Order No. 13, the Court's Order (Rec. Doc. 6822) entered on June 12, 2012, and the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573) entered on May 22, 2012, the Motion to Strike, Memorandum, and Exhibits contain identifying information regarding Claimant ID 100243047. Out of an abundance of caution, BP is filing these documents under seal. WHEREFORE, BP respectfully prays the Court for an Order that the Motion to Strike and accompanying Memorandum be filed under seal.

December 12, 2019                                     Respectfully submitted,

*/s/ Devin C. Reid*
Devin C. Reid (Bar #32645)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
ATTORNEY
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Kristopher S. Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Christopher W. Keegan
Ashley Littlefield
Anna Terteryan
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company, BP Exploration & Production Inc., and BP p.l.c.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of December, 2019.

                                                    */s/ Devin C. Reid*
                                                    Devin C. Reid