UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

**ORDER**

Upon consideration of Defendants BP America Production Company's and BP Exploration & Production Inc.'s (together, "BP") Ex Parte Motion to File BP's Motion to Strike Claimant ID 100243047's "Motion to Clarify, Alter, or Amend the Court's October 3, 2018, Order" ("Motion"), the Court being duly advised, it is HEREBY ORDERED THAT:

1. BP's Motion is granted.

2. BP's Motion to Strike Claimant ID 100243047's "Motion to Clarify, Alter, or Amend the Court's October 3, 2018, Order" ("Motion to Strike") shall be filed under seal.

3. BP's Memorandum in Support of BP's Motion to Strike Claimant ID 100243047's "Motion to Clarify, Alter, or Amend the Court's October 3, 2018, Order" and its accompanying Exhibits 1 and 2 shall be filed under seal.

New Orleans, Louisiana, this __day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE