UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| Applies to:<br>*No. 12-970, Claimant ID 100243047* | * * | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

Before the Court is BP's Ex Parte Motion for Leave to File Under Seal. (Rec. Doc. 26144). Considering the Order [Modifying Orders Regarding Confidentiality of Claims Information], which was signed simultaneously with this Order, as well as the fact that Mueller Water has publicly disclosed its identity in documents filed with this Court (*see* Attachments to Motion to Clarify, Alter, or Amend, Rec. Doc. 25054),

IT IS ORDERED that the Ex Parte Motion for Leave to File Under Seal (Rec. Doc. 26144) is DENIED. BP may file its Motion to Strike in the public record.

New Orleans, Louisiana, this 16th day of December, 2019.

_____
United States District Judge