UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 12-970 and All Cases* | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER
### [Modifying Orders Regarding Confidentiality of Claims Information]

The Court previously issued orders regarding the confidentiality of claims information in the Deepwater Horizon Economic and Property Damages Settlement ("Economic Settlement"). (*See* Rec. Docs. 6822, 6573, 15643). For example, the Court has ordered that "[a]ll Claims Information shall be kept confidential and shall not be disclosed except as allowed by this Order or subsequent Order of the Court." (Rec. Doc. 6822 ¶ 4). The Court hereby modifies its prior confidentiality orders as follows:

IT IS ORDERED that information pertaining to a claimant and/or its claim with the Economic Settlement will no longer be automatically treated as confidential once that particular claimant or claim *is before this Court* (e.g., when a claim is the subject of a request for discretionary review or a motion filed in this Court).[1] However, a party may still file a motion requesting that a document be filed under seal or that certain information be maintained as confidential, which the Court will consider on a case-by-case basis.

---

[1] Nothing in this Order shall affect confidentiality while a claim is pending in the Economic Settlement.

2

IT IS FURTHER ORDERED that the Court's docket for a request for discretionary review that is filed after the issuance of this Order will no longer be restricted as set forth in the Order of December 8, 2015 [Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations] (Rec. Doc. 15643 ¶ 2).

New Orleans, Louisiana, this 16th day of December, 2019.

_____
United States District Judge