MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 16, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

**CLAIMS APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notices, Court Review Requests, Claim Forms, Settlement Program Appeal Determination letters and other materials concerning the various appeals of Marvin Garrett, Claim No. C48* * * denying his claims for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting

MJSTAR:   2:25

them. The documentation submitted in support of these claims is substantially deficient, and no basis requiring different results as to any of Garrett's appeals has been provided.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**