MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 16, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG      MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010      SECTION "J"

THIS DOCUMENT RELATES TO:      JUDGE BARBIER
     MAG. JUDGE WILKINSON
Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

## CLAIMS APPEAL DETERMINATION AND REASONS
### [Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination
Notices, Court Review Requests, Claim Forms, Settlement Program Appeal
Determination letters and other materials concerning the appeals of Matthew Hodges,
Claim No. 29D* * *; Johnathyn D. Crum, Claim No. DB3* * *; and Lanny Rester, Jr.,
Claim No. A71* * * denying their claims for payment from the Halliburton/Transocean
Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator
is AFFIRMED essentially for the reasons provided by the Claims Administrator, which
are consistent with the Settlement Agreements, the Allocation and the court's orders

**MJSTAR:  1:20**

approving the Settlement Agreements, the Distribution Model and the law supporting them. Claimants have not submitted the kind of documentation proof required by the program necessary to establish employment as a boat captain. No basis requiring a different result has been provided.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**