MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 17, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010         SECTION "J"

THIS DOCUMENT RELATES TO:                JUDGE BARBIER
                                         MAG. JUDGE WILKINSON
Civil Action Nos. 12-970, 15-4143,
15-4146 and 15-4654

### CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination letter and other materials concerning the appeal of Gabriel Sanchez Gonzalez, Claim No. 6CD** *, denying his claim for payment from the Halliburton/Transocean Settlement Agreements.

Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. Claimant has not submitted the kind of required documentation necessary to

MJSTAR: 1:10

establish oyster leaseholder interests and losses in the eligible compensation zone. No basis requiring a different result has been provided.

>     *[signature]*
>     JOSEPH C. WILKINSON, JR.
>     UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**