UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 17-3205 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Blair C. Mielke's Renewed Motion for Reconsideration to Set Aside Dismissal. (Rec. Doc. 26142).

On April 9, 2018, the Court issued Pretrial Order No. 66 ("PTO 66," Rec. Doc. 24282), which required all Remaining B3 Plaintiffs, including Mielke, to complete, sign, and serve a Particularized Statement of Claim on counsel for BP and the Plaintiffs' Steering Committee by July 9, 2018. Mielke did not respond to PTO 66. On September 20, 2018, the Court issued the PTO 66 Show Cause Order, which identified Mielke as non-compliant with PTO 66 and required him to show cause in writing by October 11, 2018 why the Court should not dismiss his claims with prejudice. (Rec. Doc. 24875). Mielke did not respond to the PTO 66 Show Cause Order. On January 31, 2019, the Court issued the PTO 66 Compliance Order (Rec. Doc. 25356), which dismissed Mielke's case.

PTO 66 (Rec. Doc. 24282), the PTO 66 Show Cause Order, and the PTO 66 Compliance Order were each entered in the MDL master docket (No. 10-md-2179) in

accordance with PTO 1 (Rec. Doc. 2)[1] and served electronically via File & ServeXpress in accordance with First Amended PTO 12 (Rec. Doc. 18627).[2] These orders were also posted to the Court's public website.[3]

On April 9, 2019, over two months after the PTO 66 Compliance Order issued, Mielke filed a "Motion for Reconsideration to Set Aside Dismissal." (Rec. Doc. 25571). The Court denied this motion in an order dated May 1, 2019. (Rec. Doc. 25604 at 3). This order was also docketed in the MDL master docket, served via File & ServeXpress, and posted to the Court's public website.

On December 12, 2019, Mielke filed the instant motion (Rec. Doc. 26142), which is identical to Mielke's previous motion for reconsideration (Rec. Doc. 25571).

IT IS ORDERED that Blair C. Mielke's Renewed Motion for Reconsideration to Set Aside Dismissal (Rec. Doc. 26142) is DENIED.

New Orleans, Louisiana, this 17th day of December, 2019.

_____
United States District Judge

---

[1] Because the PTO 66 Compliance Order closed Mielke's case, it was also docketed in the individual case docket (No. 17-3205) in accordance with PTO 1 ¶ 10.
[2] The Court notes that PTO 1 and First Amended PTO 12 are entered in the master docket as well as in the individual docket for Mielke's case. (No. 17-3205, Rec. Doc. 3).
[3] http://www.laed.uscourts.gov/OilSpill/OilSpill.htm.