## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * <br> * <br> * | **MDL 2179** <br><br> **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **No. 19-01268, Dufrene v. BP Exploration & Production** | * <br> * | |

## <u>ORDER</u>

The Court has scheduled a hearing for Wednesday, January 8, 2020 at 9:30 a.m. to address various BELO cases. (*See* Rec. Doc. 26143 in No. 10-md-2179; Rec. Doc. 15 in No. 19-10541). During that hearing, BP and the Nations Law Firm shall also report on the status of BELO case no. 19-01268 (Rodney Joseph Dufrene).[1]

New Orleans, Louisiana, this 19th day of December, 2019.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 19-01268.**

---

[1] Dufrene filed his complaint on Feb. 11, 2019, and BP filed an answer on March 13, 2019. (No. 19-01268, Rec. Docs. 1 & 4). There are no docket entries after BP's answer.