**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

**BP DEFENDANTS' MOTION TO STRIKE CLAIMANT ID 100243047's "MOTION TO CLARIFY, ALTER, OR AMEND THE COURT'S OCTOBER 3, 2018 ORDER"**

Pursuant to Section 18.1 of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"), Defendants BP Exploration & Production, Inc., BP America Production Company and BP p.l.c. ("BP") move to strike Claimant ID 100243047's (Mueller Water Products) Motion to Clarify, Alter or Amend the Court's October 3, 2018 Order (Rec. Doc. 25054) (the "Motion"). As explained in the accompanying memorandum, Mueller Water Products, through a subsidiary, previously sold in an equity transaction the entity that owned the claiming facility, and therefore has no right to bring the underlying claim or prosecute the Motion.

Pursuant to Section 18.2 of the Settlement Agreement, BP certifies that it has consulted with Claimant Mueller Water Products, but the parties were not able to come to an agreement on this dispute.

WHEREFORE, BP respectfully requests that the Court grant this motion and strike Mueller Water Products' Motion. BP further requests that the Court lift the automatic continuance for motions in this matter under Pre-Trial Order No. 15 for this motion, and set this motion for hearing.

December 20, 2019

Respectfully submitted,

*/s/ Devin C. Reid*

Devin C. Reid (Bar #32645)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Kristopher S. Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Christopher W. Keegan
Ashley Littlefield
Anna Terteryan
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production
Company, BP Exploration & Production Inc.,
and BP p.l.c.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of December, 2019.

/s/ Devin C. Reid