United States District Court

Eastern District of Louisiana

Billy F. Larkin et al,

Plaintiff,

v.

Patrick Juneau et al,

Defendant.

File No: 2:19-cv-10295-CJB-JCW

Motion To Perfect Service

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 12 2019
WILLIAM W. BLEVINS
CLERK

TENDERED FOR FILING
DEC 12 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Comes Now The Plaintiff, Billy F. Larkin, Pro Se And Respectfully Move The Court To Perfect Service Against The Defendants BP America Production Company, And BP Exploration And Production, Inc. In Support Of This Motion, The Plaintiff Submit The Following:

1. On 7/26/19, Service Upon BP America Production Company Was Returned Unexecuted.

2. On 8/9/19, Summons Served Upon BP Exploration And Production, Inc Was Returned Unexecuted.

3. Elizabeth F. Varley Requested Service On Behalf Of The Plaintiff And Provided Defendants Addresses From Court Records.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

4. The Plaintiff Is Incarcerated Without Computer Access To Obtain The Current Address For BP America Production Company, Or BP Exploration And Production, Inc.

Wherefore, The Plaintiff Respectfully Move The Court To Remedy The Lack Of Service Upon BP America Production Company, And BP Exploration And Production, Inc.

This The 6 Day Of December, 2019

*Billy F Larkin*

LARKIN, BILLY F. #0490312

Warren Correctional Institution

Post Office Box 728

Norlina, NC 27563

DECEMBER 6, 2019

CLERK, U.S. DISTRICT COURT
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130

RE: CV-19-10295 "J" (2), LARKIN ET AL V. JUNEAU ET AL

DEAR CLERK,

PLEASE FIND ENCLOSED PLAINTIFF'S MOTION TO PERFECT SERVICE FOR FILING AND VERIFICATION OF THE SAME.

THANK YOU FOR YOUR USUAL, KIND COOPERATION.

*Billy F. Larkin*
LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

TENDERED FOR FILING

DEC 12 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

LARION, Billy F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NC 27563

MAIL FROM 275
WARREN CORRECTIONAL
INSTITUTION
RALEIGH

US POSTAGE $000.55⁰
02 1P 0000932486
MAILED FROM ZIP CODE 27563

OFFICE OF THE CLERK

U.S. DISTRICT COURT

500 POYDRAS STREET, ROOM C-151

NEW ORLEANS, LA 70130

70130-336731

LEGAL MAIL

