November 28, 2019

Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

RE: 2:19-CV-10295, Billy F. Larkin et al v. Patrick Juneau et al

Dear Clerk,

The docket sheet shows on 7/26/2019 Summons Returned Unexecuted as to BP America Production Company, 8/9/19, Summons Returned Unexecuted as to BP Exploration and Production, Inc.

How did the Court in MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon" serve Summons as to BP America Production Company and BP Exploration and Production, Inc, yet the Plaintiff can't, according to Elizabeth F. Varley who requested service on behalf of the Plaintiff.

The Court should provide the correct address for service. The Plaintiff may renew Plaintiff's motion for Default Judgement as to BP America Production Company and BP Exploration and Production, Inc as filed on or about 8/25/19, yet ignored by the Court.

I HOPE YOUR OFFICE WILL INVESTIGATE AND RECTIFY THE PROBLEM WITH THE SUMMONS IN THIS MATTER.

THANK YOU FOR YOUR USUAL, KIND COOPERATION.

*Billy F Larkin*
LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
JOLIMA, NC 27563

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

7013 0305 0357 0025

Legal Mail

OFFICE OF THE CLERK
U.S. DISTRICT COURT, ROOM C-151
500 POYDRAS STREET
NEW ORLEANS, LA 70130

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.55⁰
02 1P
0000932486
MAILED FROM ZIP CODE 27563



MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.00⁰
02 1P   DEC 02 2019
0000932486
MAILED FROM ZIP CODE 27563