# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
Suite 115  
**NEW ORLEANS, LA 70130**

December 27, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-30440   In re: Deepwater Horizon  
                     USDC No. 2:10-MD-2179  
                     USDC No. 2:13-CV-1778

The court has granted the motion to supplement the record in this case.  The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record within 15 days.  Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                     Sincerely,

                                       LYLE W. CAYCE, Clerk

                                     By: _____  
                                     Shea E. Pertuit, Deputy Clerk  
                                     504-310-7666

Mr. William W. Blevins  
Mr. Harvey Grannis Brown Jr.  
Ms. Miriam Michelle Carreras  
Mr. George W. Hicks Jr.  
Mr. James Andrew Langan  
Mr. W. Mark Lanier  
Mr. James Alistair McKenzie  
Mr. Kerry J. Miller  
Mr. Aaron Lloyd Nielson  
Mr. Kevin Philip Parker  
Mr. Thomas Andrew Range  
Mr. Devin Chase Reid  
Mr. David Bruce Salmons  
Mr. Douglas M. Schmidt  
Mr. Robert Alan York