**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| | * | |
| **Applies to: 12-cv-968, BELO** | | **JUDGE BARBIER** |
| | * | |
| **AND** | | **MAG. JUDGE WILKINSON** |
| | * | |
| **BELO Cases identified below** | | |

---

**<u>ORDER</u>**

The Court scheduled a hearing for Wednesday, January 8, 2020 at 9:30 a.m. to address (1) the 18 BELO plaintiffs ordered to show cause why their cases should not be dismissed with prejudice (*see* Rec. Doc. 26143), (2) the status of BELO case no. 19-01268 (Rodney Joseph Dufrene) (*see* Rec. Doc. 26152), and (3) a Motion to Amend Judgment regarding BELO case no. 19-10541 (George Barisich) (*see* Rec. Doc. 15 in 19-10541). Due to a conflict with the Court's schedule,

IT IS ORDERED that the time of the hearing on Wednesday, January 8, 2020 is CHANGED to **8:00 a.m.**, instead of 9:30 a.m.

New Orleans, Louisiana, this 2nd day of January, 2020.

United States District Judge

**Note to Clerk: File in 10-md-2179, 19-1268, and 19-10541.**