UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Odyssey Seafood Trading, Inc. | MAGISTRATE JUDGE WILKINSON |
| Plaintiff | |
| vs. | |
| BP America Production Company; BP Exploration and Production, Inc.; Anadarko Petroleum Corporation; Moex Offshore 2007, LLC; Moex USA Corporation; Mitsui Oil Exploration Co., Ltd.; Transocean Holdings LLC; Triton Asset Leasing GMBH; Transocean Deepwater, Inc.; Transocean Offshore Deepwater Drilling, Inc.; Transocean LTD; Cameron International Corporation F/K/A Cooper-Cameron Corporation; Halliburton Energy Services, Inc.; M-I, LLC; Weatherford U.S. L.P., Defendants | |
| Docket Number(s) 2:16-cv-04082-CJB-JCW | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed

-1-

order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

Odyssey Seafood Trading, Inc. v. BP America Production Company, et al

Case No. 2:16-cv-04082-CJB-JCW

Respectfully submitted this __ day of _____, 2019.

/s/ Gus E. Pappas HC
Gus E. Pappas, P.C.
Dabney Pappas
1776 Yorktown, Suite 425
Houston, Texas 77056
PHONE: (713) 621-2678
FAX: (713) 621-0074
gus@dabneypappas.com

*Counsel for Odyssey Seafood Trading, Inc.*