UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | MDL 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| SAMUEL D. JUSTICE & JUSTICE GROUP, LLC<br><br>VS.<br><br>BP EXPLORATION AND PRODUCTION, INC., ET AL. | CIVIL ACTION NO. 2:16-cv-05041-CJB-JCW<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

**COMPLAINT OF INTERVENTION**

NOW INTO COURT, through undersigned counsel, come Intervenors, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law, who seek to intervene as of right pursuant to Federal Rule of Civil Procedure 24 in the above-captioned matter. The Plaintiffs in Intervention respectfully aver as follows:

1. Plaintiffs in Intervention (also "Intervenors") Wilson Law Firm, P.C. and Charles P. Wilson were retained by Plaintiff(s)/Claimant(s) pursuant to a written and signed contingent fee agreement to serve as "lead attorney for all negotiations / mediations for settlement" of Plaintiff(s)/Claimant(s) claims against the above-listed Defendants.

2. Upon information and belief, the Plaintiff(s)/Claimant(s) have achieved a favorable settlement to which Plaintiff(s)/Claimant(s) agreed and consented.

1

3. Intervenors Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law, have performed all duties, obligations, and other things and have invested time and expense in providing said legal services to the Plaintiff(s)/Claimant(s) in the captioned matter.

4. The Plaintiff(s)/Claimant(s) have discharged the Intervenors as their lawyers.

5. The Plaintiff(s)/Claimant(s) have not compensated the Intervenors for the legal services provided by the Intervenors.

6. In addition, Intervenors have advanced costs on behalf of the Plaintiff(s)/Claimant(s) for which they have not be reimbursed by the Plaintiff(s)/Claimant(s).

7. That as of the date of the filing of this Complaint, Intervenors claim an interest in any recovery by Plaintiff(s)/Claimant(s) in an amount to be determined by this Honorable Court for the legal services provided to the Plaintiff(s)/Claimant(s) in this matter, and for the costs advanced by Intervenors.

8. The Intervenors claim a privilege, lien, and security interest in any monies recovered by the the Plaintiff(s)/Claimant(s) in this matter.

9. Intervenors, therefore, have an interest in the outcome of this suit opposed to the Plaintiff(s)/Claimant(s) and to the Defendants to the extent of the indebtedness incurred as attorneys' fees, costs, and reimbursable expenses. Intervenors assert this claim as a privilege or lien in preference and priority to any recovery made by the Plaintiff and against Defendants.

WHEREFORE, Plaintiffs in Intervention, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law, pray that this Complaint of Intervention be deemed good and sufficient, that the complaint be filed into the record in the captioned proceedings and a copy be served upon all parties made litigants herein, and that the parties be duly cited to appear and answer this Complaint of Intervention, and that after the lapse of all legal delays and due proceedings are

had, that there be judgment rendered in favor of Intervenors, recognizing the privilege, first priority, precedence, and entitlement to all attorney's fees and expenses due as provided by law and as may be applicable to the amounts recovered by Plaintiff(s)/Claimant(s), in these proceedings.

Intervenors further prays that none of the funds that are the subject of this Intervention be paid unless and until Intervenors' privilege on its attorney's fees and expenses are fully satisfied and paid; and for all other general and equitable relief to which Intervenors are entitled.

Respectfully submitted,

/s/ Charles P. Wilson, Jr.
Charles P. Wilson, Jr., MS Bar No. 10582
WILSON LAW FIRM, P.C.
3586 Sangani Blvd., Ste. L-316 D'Iberville, MS 39540
(228) 436-6391
Charles@wilsonattorney.com

Dane S. Ciolino, LA Bar No. 19311
DANE S. CIOLINO, LLC
18 Farnham Place
Metairie, LA 70005
(504) 975-3263
dane@daneciolino.com

Frank W. Trapp
PHELPS DUNBAR, LLP
4270 I-55 North
Jackson, Mississippi 39211-6391
Frank.Trapp@phelps.com

Counsel of Record for Intervenors

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2020, the above and foregoing was served on all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179.

/s/ Charles P. Wilson, Jr.
Charles P. Wilson, Jr.
