UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | MDL 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| SAMUEL D. JUSTICE & JUSTICE DESIGN STUDIO, PC.<br><br>VS.<br><br>BP EXPLORATION AND PRODUCTION, INC., ET AL. | CIVIL ACTION NO. 2:16-cv-05050-CJB-JCW<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

**ORDER**

IT IS ORDERED that the Motion for Leave to File Complaint of Intervention by Plaintiffs in Intervention, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law, is GRANTED.

Signed in New Orleans, Louisiana on this _____ day of January, 2020.

_____
Carl J. Barbier
United States District Judge

1