UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to:<br>No. 12-970; Claimant ID 100243047 | * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is BP's Motion to Strike Claimant ID 100243047's Motion to Clarify, Alter, or Amend the Court's October 3, 2018 Order. ("Motion to Strike," Rec. Doc. 26153).

IT IS ORDERED that any response to BP's Motion to Strike (Rec. Doc. 26153) shall be filed no later than <u>Friday, January 31, 2020</u>. Any reply shall be filed by no later than <u>Friday, February 7, 2020</u>, after which the motion will be considered on the briefs.

New Orleans, Louisiana, this 3rd day of January, 2019.

_____
United States District Judge