UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon**" **in the Gulf of Mexico, on April 20, 2010** | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| **Applies to: 12-cv-968:  BELO** | |
| | MAGISTRATE JUDGE WILKINSON |

**Relates to:**

| 19-cv-01268 | 19-cv-12405 | 19-cv-12505 | 19-cv-12514 | 19-cv-12629 | 19-cv-12747 |
| --- | --- | --- | --- | --- | --- |
| 19-cv-12115 | 19-cv-12406 | 19-cv-12506 | 19-cv-12599 | 19-cv-12631 | 19-cv-12761 |
| 19-cv-12324 | 19-cv-12407 | 19-cv-12509 | 19-cv-12602 | 19-cv-12723 | 19-cv-12763 |
| 19-cv-12325 | 19-cv-12449 | 19-cv-12510 | 19-cv-12603 | 19-cv-12724 | 19-cv-12764 |
| 19-cv-12326 | 19-cv-12502 | 19-cv-12511 | 19-cv-12610 | 19-cv-12732 | |
| 19-cv-12404 | 19-cv-12504 | 19-cv-12512 | 19-cv-12612 | 19-cv-12735 | |

**THE BP PARTIES' JANUARY 3, 2020[1] STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER NO. 2**

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report.  The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on December 27, 2019.  This report includes plaintiffs whose initial disclosures were due through December 24, 2019, and reflects the status of initial disclosures received as of 12 p.m. ET on January 3, 2020.

---

[1] Due to the Christmas and New Years' Eve holidays, the Court extended the deadline for the filing of this Status Report to January 3, 2020 (Rec. Doc. 26138).

This Status Report contains a list of cases in which plaintiffs provided no disclosures. There are no cases eligible for this Status Report in which plaintiffs provided deficient or incomplete disclosures. Pursuant to the First Amended CMO No. 2, the BP Parties on January 10, 2020 will submit a Status Report listing plaintiffs who failed to provide full and complete disclosures after having been ordered to do so by January 3, 2020, pursuant to the Court's December 4, 2019 Order (Rec. Doc. 26136) (i.e., "Category II" plaintiffs).

**Summary Chart**

| Plaintiffs' Counsel | **Plaintiffs on List** | **Category I.A Plaintiffs** | **Category I.B Plaintiffs** |
|---|---|---|---|
| The Nations Law Firm | 32 | 32 | 0 |
| The Downs Law Group | 1 | 1 | 0 |
| Frank J. D'Amico, Jr. | 1 | 1 | 0 |
| **Total** | **34** | **34** | **0** |

I.  Category I

   A.   **Plaintiffs With Missing Initial Disclosures**

Pursuant to Section 2(B) of First Am. CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

|   | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|---|---|---|---|
| 1. | 19-cv-01268 | Dufrene, Rodney Joseph[2] | Nations Law Firm |
| 2. | 19-cv-12115 | Hardy, Travis | Frank J. D'Amico, Jr. |
| 3. | 19-cv-12324 | Copous, Jessica Renee | Nations Law Firm |
| 4. | 19-cv-12325 | Dumont, Many | Nations Law Firm |
| 5. | 19-cv-12326 | Green, Marlon Lorenzo | Nations Law Firm |
| 6. | 19-cv-12404 | Martina, Kevin Tyler | Nations Law Firm |
| 7. | 19-cv-12405 | Bui, Tuen Van | Nations Law Firm |
| 8. | 19-cv-12406 | Dockery, Mary White | Nations Law Firm |
| 9. | 19-cv-12407 | Peden, Sade Shante | Nations Law Firm |
| 10. | 19-cv-12449 | Sims, Reginald Eric | Downs Law Group |

---

[2] Plaintiff Rodney Joseph Dufrene's initial disclosures were due on May 13, 2019. He has not provided any initial disclosures. Mr. Dufrene inadvertently was omitted from prior status reports.

2

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 11. | 19-cv-12502 | Agee, Depriest Lashon | Nations Law Firm |
| 12. | 19-cv-12504 | Byrd, Michael Allen | Nations Law Firm |
| 13. | 19-cv-12505 | Davis, Catrena Rena | Nations Law Firm |
| 14. | 19-cv-12506 | Tatro, Kevin Wayne | Nations Law Firm |
| 15. | 19-cv-12509 | Holder, J. Ernest Randolph | Nations Law Firm |
| 16. | 19-cv-12510 | Jones, Juan Jackriel | Nations Law Firm |
| 17. | 19-cv-12511 | Kheng, Houng | Nations Law Firm |
| 18. | 19-cv-12512 | Le, Loan Ngoc | Nations Law Firm |
| 19. | 19-cv-12514 | Truong, Lang Van | Nations Law Firm |
| 20. | 19-cv-12599 | Bartlett, Robert Christopher | Nations Law Firm |
| 21. | 19-cv-12602 | Dao, James Bay Ngoc | Nations Law Firm |
| 22. | 19-cv-12603 | Franklin, Tyler Gervais | Nations Law Firm |
| 23. | 19-cv-12610 | Santiago, Catrina Denise | Nations Law Firm |
| 24. | 19-cv-12612 | Truong, Lang Vinh | Nations Law Firm |
| 25. | 19-cv-12629 | Bagley, Harold Wayne | Nations Law Firm |
| 26. | 19-cv-12631 | Lagreco, Troy Robert | Nations Law Firm |
| 27. | 19-cv-12723 | Lirette, Larry Wildin | Nations Law Firm |
| 28. | 19-cv-12724 | Coleman, Karen Denise | Nations Law Firm |
| 29. | 19-cv-12732 | Endries, Latroy Dymonic | Nations Law Firm |
| 30. | 19-cv-12735 | Ludgood, Latroy Shinet | Nations Law Firm |
| 31. | 19-cv-12747 | Vandenhurk, Michelle Lynn | Nations Law Firm |
| 32. | 19-cv-12761 | Freeman, Norman David | Nations Law Firm |
| 33. | 19-cv-12763 | Strong, Harold John | Nations Law Firm |
| 34. | 19-cv-12764 | Bosler, Mark Owen, Jr. | Nations Law Firm |

**B.     Plaintiffs With Deficient Initial Disclosures**

There are no cases eligible for this Status Report in which plaintiffs have provided deficient or incomplete initial disclosures.

3

January 3, 2020                      Respectfully submitted,

                               */s/ Devin C. Reid*
                               Devin Reid (#32645)
                               LISKOW & LEWIS
                               701 Poydras Street, Suite 5000
                               New Orleans, LA 70139
                               Telephone: (504) 581-7979
                               Telefax: (504) 556-4108

                               */s/ Kevin M. Hodges*
                               Kevin M. Hodges
                               WILLIAMS & CONNOLLY LLP
                               725 Twelfth Street, N.W.
                               Washington, D.C. 20005
                               Telephone: (202) 434-5000
                               Telefax: (202) 434-5029

                               */s/ Catherine Pyune McEldowney*
                               Catherine Pyune McEldowney
                               MARON MARVEL BRADLEY ANDERSON
                               & TARDY LLC
                               1201 North Market Street, Suite 900
                               Wilmington, DE 19801
                               Telephone: (302) 425-5177
                               Telefax: (302) 425-0180

                               */s/ Georgia L. Lucier*
                               Georgia L. Lucier
                               HUNTON ANDREWS KURTH LLP
                               600 Travis Street, Suite 4200
                               Houston, TX 77002
                               Telephone: (713) 220-4200
                               Telefax: (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of January 2020.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                                    */s/ Devin C. Reid*
                                                    Devin C. Reid