UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL 2179<br><br>SECTION: J(2) |
| Applies to: 12-cv-968, BELO ) ) | JUDGE BARBIER |
| AND ) ) | MAG. JUDGE WILKINSON |
| BELO Cases identified below ) | |

## NATIONS RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, The Nations Law Firm ("Nations"), by and through the undersigned counsel, and respectfully files its Response to the Court's Order to Show Cause re: BP's December 11, 2019 Status Report Pursuant to First Amended BELO CMO No. 2. The following Nations clients identified in in BP's status report (Rec. Doc. 26143) have provided full and complete disclosures and should not be dismissed[1]:

| | Docket Number | Plaintiff | Delivery of Signed PPF Originals to BP | Delivery of PPF and Disclosures Via Drop Box | Tracking Number |
|---|---|---|---|---|---|
| 1 | 19-11821 | Bennett, Emmett Jason | 12/12/2019 | 12/10/2019 | 7772 0628 1286 |
| 2 | 19-11523 | Bess, Gene Autry | 1/2/2020 | 12/31/2019 | 7773 6830 8677 |
| 3 | 19-11737 | Billiot, Derek John | 1/2/2020 | 12/31/2019 | 7773 6830 8677 |
| 4 | 19-11565 | Scott, Stanley Earl | 12/18/2019 | 12/16/2019 | 7772 6270 4866 |
| 5 | 19-11758 | Smith, Octavias Shantel | 12/12/2019 | 12/10/2019 | 7772 0628 1286 |
| 6 | 19-11640 | Winn, Tonya Maria | 12/26/2019 | 12/23/2019 | 7773 2681 4783 |

---

[1] Counsel for BP has confirmed that they have received the complete PPF packets for these six cases. *See* Exhibit A.

1

The following plaintiffs have been dismissed as non-responsive and have not submitted full and complete disclosures:

| Docket Number | Plaintiff |
|---|---|
| 19-11522 | Barfield, Dennis James, Jr. |
| 19-11540 | Boyd, Tracey Lynell |
| 19-11555 | Pham, Johnny Huan |
| 19-11557 | Rule, Jason Wilson |
| 19-11634 | Fredricks, Jamie Lymond |
| 19-11746 | Garrett, Leo Paul |
| 19-11649 | Orr, Elnora Lorraine |
| 19-11839 | McNichols, Terrence Quinone |
| 19-11749 | Luke, Terry Patrick |
| 19-11750 | Musgrove, Demetrius Lomax |
| 19-11754 | Cheramie, Peter James |
| 19-11849 | Wilson, Michael Jerome |
| 19-01268 | Dufrene, Rodney Joseph |

The Court requested an update on the status of *Barisich v. BP*, Civil Action No. 2:19-cv-10541 at the same time as the Show Cause hearing set for January 8, 2020. The Nations Law Firm filed a response to Plaintiff's Motion to Amend a Judgment that sets forth what we would contribute to the status conference[2].

---

[2] *See* The Nations Law Firm's Response, *Barisich v. BP*, Civil Action No. 2:19-cv-10541, Rec. Doc. 17.

WHEREFORE, it is respectfully requested that the Court please excuse The Nations Law Firm from having to appear at the Show Cause hearing set for January 8, 2020, and grant these clients the relief requested herein.

Respectfully submitted this 6th day of January 2020,

                                                THE NATIONS LAW FIRM

                                                /s/ Howard L. Nations  
                                                Howard L. Nations  
                                                State Bar No. 14823000 (TX)  
                                                9703 Richmond Ave., Suite 200  
                                                Houston, TX  77042  
                                                (713) 807-8400  
                                                (713) 807-8423  
                                                cdb@howardnations.com