UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      MDL No. 2179
"DEEPWATER HORIZON" in the
Gulf of Mexico on April 20, 2010

Applies to:      JUDGE BARBIER
12-CV-968: BELO      MAG. JUDGE WILKINSON
AND
All BELO cases included in the attached lists.

## ORDER

Defense counsel has advised that plaintiffs in 34 BELO cases[1] have failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. Record Doc. No. 26172 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **FEBRUARY 3, 2020**, plaintiffs in the attached lists must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT**, as to all of the listed cases in which plaintiffs produce full and complete disclosures in compliance with this order, the deadline by which the parties must submit their venue filing is extended to no later than **MARCH 3, 2020.**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in the individual cases in the attached lists.

New Orleans, Louisiana, this \_\_\_7th\_\_\_ day of January, 2020.

                                JOSEPH C. WILKINSON, JR.
                         UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
|-----|---------------|-----------|---------------------|
| 1.  | 19-cv-01268   | Dufrene, Rodney Joseph[2] | Nations Law Firm |
| 2.  | 19-cv-12115   | Hardy, Travis | Frank J. D'Amico, Jr. |
| 3.  | 19-cv-12324   | Copous, Jessica Renee | Nations Law Firm |
| 4.  | 19-cv-12325   | Dumont, Many | Nations Law Firm |
| 5.  | 19-cv-12326   | Green, Marlon Lorenzo | Nations Law Firm |
| 6.  | 19-cv-12404   | Martina, Kevin Tyler | Nations Law Firm |
| 7.  | 19-cv-12405   | Bui, Tuen Van | Nations Law Firm |
| 8.  | 19-cv-12406   | Dockery, Mary White | Nations Law Firm |
| 9.  | 19-cv-12407   | Peden, Sade Shante | Nations Law Firm |
| 10. | 19-cv-12449   | Sims, Reginald Eric | Downs Law Group |

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
|-----|---------------|-----------|---------------------|
| 11. | 19-cv-12502   | Agee, Depriest Lashon | Nations Law Firm |
| 12. | 19-cv-12504   | Byrd, Michael Allen | Nations Law Firm |
| 13. | 19-cv-12505   | Davis, Catrena Rena | Nations Law Firm |
| 14. | 19-cv-12506   | Tatro, Kevin Wayne | Nations Law Firm |
| 15. | 19-cv-12509   | Holder, J. Ernest Randolph | Nations Law Firm |
| 16. | 19-cv-12510   | Jones, Juan Jackriel | Nations Law Firm |
| 17. | 19-cv-12511   | Kheng, Houng | Nations Law Firm |
| 18. | 19-cv-12512   | Le, Loan Ngoc | Nations Law Firm |
| 19. | 19-cv-12514   | Truong, Lang Van | Nations Law Firm |
| 20. | 19-cv-12599   | Bartlett, Robert Christopher | Nations Law Firm |
| 21. | 19-cv-12602   | Dao, James Bay Ngoc | Nations Law Firm |
| 22. | 19-cv-12603   | Franklin, Tyler Gervais | Nations Law Firm |
| 23. | 19-cv-12610   | Santiago, Catrina Denise | Nations Law Firm |
| 24. | 19-cv-12612   | Truong, Lang Vinh | Nations Law Firm |
| 25. | 19-cv-12629   | Bagley, Harold Wayne | Nations Law Firm |
| 26. | 19-cv-12631   | Lagreco, Troy Robert | Nations Law Firm |
| 27. | 19-cv-12723   | Lirette, Larry Wildin | Nations Law Firm |
| 28. | 19-cv-12724   | Coleman, Karen Denise | Nations Law Firm |
| 29. | 19-cv-12732   | Endries, Latroy Dymonic | Nations Law Firm |
| 30. | 19-cv-12735   | Ludgood, Latroy Shinet | Nations Law Firm |
| 31. | 19-cv-12747   | Vandenhurk, Michelle Lynn | Nations Law Firm |
| 32. | 19-cv-12761   | Freeman, Norman David | Nations Law Firm |
| 33. | 19-cv-12763   | Strong, Harold John | Nations Law Firm |
| 34. | 19-cv-12764   | Bosler, Mark Owen, Jr. | Nations Law Firm |