UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| Applies to: All Cases | MAGISTRATE JUDGE WILKINSON |

### EX PARTE MOTION BY BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY TO ENROLL COUNSEL

NOW INTO COURT, through undersigned counsel, come Defendants, BP Exploration & Production Inc. and BP America Production Company, to respectfully move this Court for an Order to enroll R. Keith Jarrett (Bar #16984). This enrollment will not prejudice any party or affect any pre-trial or trial deadlines.

WHEREFORE, Defendants BP Exploration & Production Inc. and BP America Production Company request that this Court issue an Order granting their motion to enroll Mr. Jarrett as counsel of record.

      */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

      */s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of January 2020.

       /s/   *Don K. Haycraft*
           Don K. Haycraft