UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION: J** |
| | **JUDGE BARBIER** |
| **Applies to: All Cases** | **MAGISTRATE JUDGE WILKINSON** |

## ORDER ENROLLING COUNSEL

Considering the foregoing Ex Parte Motion by BP Exploration & Production Inc. and BP America Production Company to Withdraw Counsel,

IT IS HEREBY ORDERED that R. Keith Jarrett of Liskow & Lewis be permitted to enroll as additional counsel of record for BP Exploration & Production Inc. and BP America Production Company in this proceeding

THUS DONE AND SIGNED this _____ day of _____, 2020, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**