# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| Applies to: All Cases | JUDGE BARBIER |
| | MAGISTRATE JUDGE WILKINSON |

## EX PARTE MOTION BY BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY TO WITHDRAW

NOW INTO COURT, through undersigned counsel, come Defendants, BP Exploration & Production Inc. and BP America Production Company, to respectfully move this Court for an Order withdrawing Don K. Haycraft as counsel of record on their behalf in MDL 2179, as well as those matters listed in the table attached as Exhibit "A." The BP entities associated with these matters may include BP America Production Co., BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., and BP p.l.c. This withdrawal will not prejudice any party or affect any pre-trial or trial deadlines.

WHEREFORE, Defendants BP Exploration & Production Inc. and BP America Production Company request that this Court issue an Order granting their motion to withdraw Mr. Haycraft as counsel of record.

        */s/ Don K. Haycraft*
      Don K. Haycraft (Bar #14361)
      LISKOW & LEWIS
      701 Poydras Street, Suite 5000
      New Orleans, LA 70139
      Telephone:  (504) 581-7979
      Telefax:  (504) 556-4108

      ***ATTORNEYS FOR BP EXPLORATION &***
       ***PRODUCTION INC.***
      ***AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of January 2020.

/s/  *Don K. Haycraft*
Don K. Haycraft