UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon**" **in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE WILKINSON** |
| **Applies to: All Cases** | |

## ORDER WITHDRAWING COUNSEL

Considering the foregoing Ex Parte Motion by BP Exploration & Production Inc. and BP America Production Company to Withdraw Counsel,

IT IS HEREBY ORDERED that Don K. Haycraft of Liskow & Lewis be withdrawn as counsel for Defendants BP Exploration & Production Inc. and BP America Production Company in this proceeding, and in those proceedings listed in Exhibit "A" attached to this Order.

THUS DONE AND SIGNED this _____ day of _____, 2020, at New Orleans, Louisiana.

                                                          _____
                                                          **UNITED STATES DISTRICT JUDGE**