Minute Entry
Barbier, J.
January 8, 2019
JS-10: 05 minutes

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL 2179 |
| | SECTION: J(2) |
| **Applies to: 12-cv-968 and All BELO Cases** | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

Case Manager:                                                                 Court Reporter:
Gail Chauvin                                                                  Cathy Pepper

**WEDNESDAY, JANUARY 8, 2019, 8:00 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

### SHOW CAUSE HEARING

Case called at 8:04 a.m.

On December 12, 2019, the Court ordered counsel for 18 BELO plaintiffs to appear on this day and show cause why those cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). (Rec. Doc. 26143). In a separate order issued on December 19, 2019, the Court required the parties to report on the status of another BELO case, Rodney Joseph Dufrene, No. 19-01268. (Rec. Doc. 26152).

ORDERED that the Show Cause Order is SATISFIED and SET ASIDE with respect to the following 6 BELO plaintiffs, and their claims are not dismissed:

| | Docket Number | Plaintiff |
|---|---|---|
| 1. | 19-11523 | Bess, Gene Autry |
| 2. | 19-11565 | Scott, Stanley Earl |
| 3. | 19-11640 | Winn, Tonya Maria |

|    | Docket Number | Plaintiff |
|----|---------------|-----------|
| 4. | 19-11737 | Billiot, Derek John |
| 5. | 19-11758 | Smith, Octavias Shantel |
| 6. | 19-11821 | Bennett, Emmett Jason |

The parties filed stipulations of dismissal with respect to the following 13 BELO plaintiffs:

|     | Docket Number | Plaintiff |
|-----|---------------|-----------|
| 1.  | 19-01268 | Dufrene, Rodney Joseph |
| 2.  | 19-11522 | Barfield, Dennis James, Jr. |
| 3.  | 19-11540 | Boyd, Tracey Lynell |
| 4.  | 19-11555 | Pham, Johnny Huan |
| 5.  | 19-11557 | Rule, Jason Wilson |
| 6.  | 19-11634 | Fredricks, Jamie Lymond |
| 7.  | 19-11649 | Orr, Elnora Lorraine |
| 8.  | 19-11746 | Garrett, Leo Paul |
| 9.  | 19-11749 | Luke, Terry Patrick |
| 10. | 19-11750 | Musgrove, Demetrius Lomax |
| 11. | 19-11754 | Cheramie, Peter James |
| 12. | 19-11839 | McNichols, Terrence Quinone |
| 13. | 19-11849 | Wilson, Michael Jerome |

The hearing ended at 8:09 a.m.

Attendance: See attached.