# MDL 2179
# ATTENDANCE RECORD

DATE: 1/8/2020                                             TIME: 8:00 A.M.

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Kevin Hodges | BP |
| Keith Jarrett | BP |
| Celeste Brustowicz | π George Barisich |
| Bud (Albertis) Wiesedeppe | Former π Counsel |