UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| ANTHONY MATULONIS, | * * | |
| PLAINTIFF, | * | JUDGE CARL J. BARBIER |
| VERSUS | * * | |
| BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C. | * * * * | MAG. JUDGE WILKINSON |
| DEFENDANTS. | * * | |
| This document relates to:<br>2:13-cv-01512 *Pleading Bundle B3* | * * * | |

**************************************   .

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Anthony Matulonis, Plaintiff herein, and Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff in this action against Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. are dismissed with prejudice, with each party to bear its own costs.

Date: January 9, 2020

                                                                Respectfully submitted,

                                                                */s/ Anthony D. Irpino*
                                                                 Anthony D. Irpino (Bar #24727)
                                                                 Louise C. Higgins (Bar #31780)

Irpino, Avin & Hawkins
2216 Magazine Street
New Orleans, LA 70130
Telephone: (504) 525-1500
Telefax: (504) 525-1501

**ATTORNEYS FOR PLAINTIFF**

/s/ Devin C. Reid
R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
Christina Briesacher
(christina.briesacher@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Telefax: (312) 862-2200

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2020.

                                                                       /s/ *Anthony D. Irpino*
                                                                       Anthony D. Irpino