UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: Nos. 16-5093, 16-5041, 16-5050, 16-5454 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the Motions for Leave to File Complaints of Intervention (Rec. Docs. 26167, 26168, 26169, 26170) by the Wilson Law Firm, P.C. and Charles P. Wilson, Jr. is GRANTED.

New Orleans, Louisiana, this 8th day of January, 2020.

_____
United States District Judge