UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to: All Cases | MAGISTRATE JUDGE WILKINSON |

## ORDER ENROLLING COUNSEL

Considering the foregoing Ex Parte Motion by BP Exploration & Production Inc. and BP America Production Company to Enroll Counsel,

IT IS HEREBY ORDERED that R. Keith Jarrett of Liskow & Lewis be permitted to enroll as additional counsel of record for BP Exploration & Production Inc. and BP America Production Company in the master docket for MDL 2179 (No. 10-md-2179).

THUS DONE AND SIGNED this 9th day of January, 2020, at New Orleans, Louisiana.

_____
United States District Judge