UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to: All Cases | JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

## ORDER WITHDRAWING COUNSEL

Considering the foregoing Ex Parte Motion by BP Exploration & Production Inc. and BP America Production Company to Withdraw Counsel,

IT IS HEREBY ORDERED that Don K. Haycraft of Liskow & Lewis be withdrawn as counsel for any BP entities in the master docket (10-md-2179) and in the proceedings listed in Exhibit "A" attached to this Order. The BP entities associated with these matters may include BP America Production Co., BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., and BP p.l.c.

New Orleans, Louisiana this 9th day of January, 2020.

_____
United States District Judge