UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *Certain Cases in the B1 Pleading Bundle* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

# ORDER
[Regarding the PTO 67 Mediation Process]

Pretrial Order No. 67 § I ("PTO 67," Rec. Doc. 25370) required certain plaintiffs in the B1 bundle (identified in Exhibit 1 to PTO 67) to participate in a mandatory mediation process.[1] The mediator has informed the Court that the mediations have concluded. Accordingly,

IT IS ORDERED that by no later than <u>Friday, January 17, 2020</u>, BP shall file a status report on the result of the PTO 67 mediation process. The report shall include a list of cases that remain unresolved after participating in the mediation process. BP shall also mail or email a copy of its status report to any unrepresented plaintiffs that were required to participate in the PTO 67 mediation process.

New Orleans, Louisiana, this 10th day of January, 2020.

_____
United States District Judge

---

[1] Two B1 plaintiffs, Robert Minnigan and Lott Ship Agency, Inc., were subsequently added to the PTO 67 mediation process. (Rec. Docs. 25497, 25498).

2

**Note to Clerk: Mail a copy of this Order to the following plaintiffs, who appear to be pro se.**

Evans, Robert 16-cv-03966
Murphy, Patrick 16-cv-11769
Lucky Lady Fishing Ent., Inc. (John U. Hanks, Jr.) 16-cv-04149