UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Applies to: 12-cv-968: BELO | |

**Relates to:**

| | | | | | |
|---|---|---|---|---|---|
| 19-12061 | 19-12080 | 19-12183 | 19-12192 | 19-12199 | 19-12286 |
| 19-12067 | 19-12083 | 19-12188 | 19-12194 | 19-12201 | |
| 19-12068 | 19-12085 | 19-12191 | 19-12196 | 19-12204 | |

### THE BP PARTIES' JANUARY 10, 2020 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. This Report includes plaintiffs previously listed on the December 2, 2019 Status Report (Rec. Doc. 26126) who failed to provide full and complete initial disclosures after having been ordered to do so by January 3, 2020 (Rec. Doc. 26136) (i.e., "Category II" plaintiffs), and whose cases have not been voluntarily dismissed. This Report reflects the status of initial disclosures received as of 5 p.m. ET on Thursday, January 9, 2020.

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List |
|---|---|
| The Nations Law Firm | 16 |
| **Total** | **16** |

**Category II Plaintiffs**

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-12061 | Edwards, Duane Barry | Nations Law Firm | No production |
| 2. | 19-12067 | Chambers, Gregory Trent | Nations Law Firm | No production |
| 3. | 19-12068 | Huynh, Hung Kim | Nations Law Firm | No production |
| 4. | 19-12080 | Black, Danny Wayne[1] | Nations Law Firm | No production |
| 5. | 19-12083 | Connally, Glen Roy, Jr. | Nations Law Firm | No production |
| 6. | 19-12085 | Denham, James Earl | Nations Law Firm | No production |
| 7. | 19-12183 | Colligan, Barry Loyd | Nations Law Firm | No production |
| 8. | 19-12188 | Huynh, Kevin Tai | Nations Law Firm | No production |
| 9. | 19-12191 | Le, Trong Thanh | Nations Law Firm | No production |
| 10. | 19-12192 | Lizana, Chase Rogers | Nations Law Firm | No production |
| 11. | 19-12194 | Nguyen, Anthony Thang | Nations Law Firm | No production |
| 12. | 19-12196 | Nguyen, Timmy Phuoc | Nations Law Firm | No production |
| 13. | 19-12199 | Rodgers, David Ronnie | Nations Law Firm | No production |
| 14. | 19-12201 | Wallace, Lance Joseph | Nations Law Firm | No production |
| 15. | 19-12204 | Beritiech, James Lamar | Nations Law Firm | No production |
| 16. | 19-12286 | Chauvin, William Paul | Nations Law Firm | No production |

---

[1] The Nations Law Firm represented in a January 8, 2020 email that materials for plaintiffs Danny Wayne Black (Case No. 19-12080), Barry Loyd Colligan (Case No. 19-12183), and Kevin Tai Huynh (Case No. 19-12188) were in transit, but these materials were not received and reviewed by the BP Parties before the filing of this Report.

January 10, 2020

                                      Respectfully submitted,

                                       */s/ Scott C. Seiler*
                                      Scott C. Seiler (Bar #19784)
                                      Devin C. Reid (Bar #32645)
                                      LISKOW & LEWIS
                                      701 Poydras Street, Suite 5000
                                      New Orleans, LA 70139
                                      Telephone:  (504) 581-7979
                                      Telefax:  (504) 556-4108

                                       */s/ Kevin M. Hodges*
                                      Kevin M. Hodges
                                      WILLIAMS & CONNOLLY LLP
                                      725 Twelfth Street, N.W.
                                      Washington, D.C. 20005
                                      Telephone:  (202) 434-5000
                                      Telefax:  (202) 434-5029

                                       */s/ Catherine Pyune McEldowney*
                                      Catherine Pyune McEldowney
                                      MARON MARVEL BRADLEY ANDERSON & TARDY LLC
                                      1201 North Market Street, Suite 900
                                      Wilmington, DE 19801
                                      Telephone:  (302) 425-5177
                                      Telefax:  (302) 425-0180

                                       */s/ Georgia L. Lucier*
                                      Georgia L. Lucier
                                      HUNTON ANDREWS KURTH LLP
                                      600 Travis Street, Suite 4200
                                      Houston, TX 77002
                                      Telephone: (713) 220-4200
                                      Telefax:  (713) 220-4285

                  *ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
                          *AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of January, 2020.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ Scott C. Seiler*
Scott C. Seiler