# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | MDL NO. 2179 |
| APRIL 20, 2010 | * | |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE BARBIER |
| CASE NO. 2:13-CV-00650-CJB-JCW | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| *   *   *   *   *   *   *   *   *   *   *   * | * | |

## B3 PLAINTIFF WILLIAM J. FITZGERALD, III'S MOTION TO COMPEL PROPER PTO 68 INITIAL DISCLOSURES FROM BP

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald, who move this Honorable Court to compel Defendants, BP Exploration & Production Inc. and BP America Production Company (collectively "BP"), to produce to Plaintiffs the initial disclosures required by BP to the Plaintiffs, pursuant to Pretrial Order No. 68,[1] in a concise manner without the voluminous unnecessary number of pages, which state "Non-Responsive." Alternatively, Plaintiff move this Honorable Court to Order BP to produce a list of those documents and pages which are redacted as "Non-Responsive" in Defendants' Pretrial Order No. 68 initial disclosures.  Finally, pursuant to Rule 37(a)(5)(A), Plaintiffs request reasonable expenses, costs, and attorneys' fees for the time and effort expended reviewing Defendants' Pretrial Order No. 68 responses and for the costs of bringing this Motion.

---

1      Rec. Doc. 26070, as amended by Rec. Docs. 26077, 26088, and 26113.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY DUNBAR, L.L.C.
ATTORNEYS AT LAW

 /s/ Corey E. Dunbar
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of January, 2020.

 /s/ Corey E. Dunbar
COREY E. DUNBAR