# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  *  *  MDL NO. 2179  *  *  SECTION: J |
| THIS DOCUMENT RELATES TO: | *  * JUDGE BARBIER |
| CASE NO. 2:13-CV-00650-CJB-JCW | *  * MAG. JUDGE WILKINSON  * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## RULE 37 CERTIFICATE

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald, certifies that he has conferred with counsel for Defendants, BP Exploration & Production Inc. and BP America Production Company, via written correspondence to address the discovery issues in this Motion. Counsel for Defendants maintains the position that Defendants' PTO 68 initial disclosures were properly produced, prompting this Motion.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY DUNBAR, L.L.C.
ATTORNEYS AT LAW

 /s/ Corey E. Dunbar
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of January, 2020.

                                                        /s/ Corey E. Dunbar
                                                  COREY E. DUNBAR