**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>           "DEEPWATER HORIZON" in the<br>           GULF OF MEXICO, on<br>           APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 2:13-CV-00650-CJB-JCW | *<br>*<br>*   **MDL NO. 2179**<br>*<br>*   **SECTION: J**<br>*<br>*   **JUDGE BARBIER**<br>*<br>*   **MAG. JUDGE WILKINSON**<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SUBMISSION OF**
**B3 PLAINTIFF WILLIAM J. FITZGERALD, III'S**
**MOTION TO COMPEL**
**PROPER PTO 68 INITIAL DISCLOSURES FROM BP**

Please take notice, that the undersigned will bring the above motion on for hearing before

this Court at   Room B-421  , Eastern District Court, 500 Poydras Street, New Orleans, LA 70130,

on the   29th   day of   January  , 2020, at 11:00 o'clock a.m.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY DUNBAR, L.L.C.
ATTORNEYS AT LAW

 /s/ Corey E. Dunbar
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of January, 2020.

/s/ Corey E. Dunbar
COREY E. DUNBAR