UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * MDL NO. 2179 * * SECTION: J |
| THIS DOCUMENT RELATES TO: | * * |
| CASE NO. 2:13-CV-00650-CJB-JCW | * JUDGE BARBIER * * MAG. JUDGE WILKINSON * |
| * * * * * * * * * * * * * | |

### ORDER ON
### B3 PLAINTIFF WILLIAM J. FITZGERALD, III'S
### MOTION TO COMPEL
### PROPER PTO 68 INITIAL DISCLOSURES FROM BP

Considering the foregoing;

IT IS HEREBY ORDERED that the Motion to Compel Proper PTO 68 Initial Disclosures is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendants, BP Exploration & Production Inc. and BP America Production Company, shall produce to Plaintiffs the initial disclosures required by BP to the Plaintiffs, pursuant to Pretrial Order No. 68, in a concise manner; and

IT IS FURTHER ORDERED that Defendants, BP Exploration & Production Inc. and BP America Production Company, shall produce a list of those documents and pages which are redacted as "Non-Responsive" in Defendants' Pretrial Order No. 68 initial disclosures; and

IT IS FURTHER ORDERED that Defendants, BP Exploration & Production Inc. and BP America Production Company, shall pay the reasonable expenses, costs, and attorneys' fees for the time and effort expended reviewing Defendants' Pretrial Order No. 68 responses and for the costs of bringing this Motion.

New Orleans, Louisiana, this _____ day of January, 2020.

						_____
						MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.