United States District Court

Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 09 2020
CAROL L. MICHEL
CLERK

| | |
|---|---|
| BILLY F. LARKIN ET AL, PLAINTIFF, | MDL 2179 |
| V. | File No. 2:19-CV-10295-CJB-JCW |
| PATRICK JUNEAU ET AL, DEFENDANTS | MOTION TO COMPEL |

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, To File This Motion To Compel An Answer And Response By Defendant Juneau To The Above-Style Complaint And Show The Court The Following.

Summons Was Served Upon The Defendant On 8-26-19 And Answer Due On 9-16-19.

On 11-20-19, The Plaintiff Mailed A Motion For Default Judgement To The Court With No Response To Date.

On 12-6-19, The Plaintiff Mailed A ~~Motion To Perfect~~ Service Upon BP Exploration And Production, Inc. And BP America

Fee _____
Process _____
X Dktd _____
CtRmDep _____
_____

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
JAN 09 2020

TENDERED FOR FILING

Production Company, with no response to date.

The Plaintiff has a valid claim for damages and respectfully move the Court for an order for the Defendant to make a prompt answer to the complaint for discovery purposes.

This the 6 day of January, 2020

*Billy F. Larkin*

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTIONS

POST OFFICE BOX 728

NORLINA, NC 27563

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

$000.55
MAILED FROM ZIP CODE 27563

OFFICE OF THE CLERK
U.S. DISTRICT COURT
500 POYDRAS ST, ROOM C-151
NEW ORLEANS, LA 70130

7013 0835 0357 0026

LARKIN, BILLY F. #0440312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

Legal Mail



MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

US POSTAGE PITNEY BOWES
$ 000.00⁰
02 1P
0000932486   JAN 06 2020
MAILED FROM ZIP CODE 27563