# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **Civil Action No. 2:10-MD-02179** |
| | **SECTION: J** |
| | **JUDGE CARL BARBIER** |
| **APPLIES TO:** | **MAG. JUDGE WILKINSON** |
| *All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt, APLC* | |

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO PRODUCE INFORMATION ON B3 CLAIMS TO BP ACCORDING TO PRE-TRIAL ORDER 68

Plaintiffs hereby respectfully move this Court for a thirty-day extension of time to produce to BP the information required of them according to this Court's Pre-Trial Order No. 68. In support of this motion, which is unopposed by BP, Plaintiffs state as follows:

1. On July 17, 2019, this Court held a status conference to address future case management of the remaining cases in the B3 pleading bundle. (Rec. Doc. 25858.)

2. As a result of this Status Conference, along with a joint case management proposal submitted by certain Plaintiffs (included in this Motion) and BP, the Court issued Pre-Trial Order 68 ("PTO 68") on October 21, 2019. (Rec. Doc. 26070.)

3. This Order requires both parties to make certain disclosures to each other within 90 days of the Order's issuance, which results in a due date of January 21, 2020.

4. Nexsen Pruet, LLC and Douglas Schmidt, APLC ("Counsel") represent more than seven hundred fifty (750) Plaintiffs, which accounts for over 75% of the remaining opt-out Plaintiffs in the B3 bundle. These Plaintiffs have faithfully complied with all prior Orders from this Court,

including PTOs 63 and 66.  Plaintiffs' attorneys have worked diligently since the issuance of PTO 68 and have produced a substantial amount of information as of the date of this filing.  The information disclosed includes all medical records of the Plaintiffs with last names beginning with the letters A up through the letter Q and approximately 531 signed HIPPA release forms.

     5. Despite best efforts, Counsel needs additional time to gather the information required by PTO 68.  The information required from Plaintiffs by PTO 68 necessitates significant communication and consultation with each individual Plaintiff.

     6. Because of the additional time necessary to produce the required information in the proper formats, Plaintiffs respectfully request an extension of time until February 20, 2020 (thirty days), to produce the remaining information required under PTO 68.

     7. Plaintiffs also request that both parties be given until March 23, 2020, to report on each sides' compliance with the disclosure requirements.

     8. BP does not oppose the relief sought herein.

     WHEREFORE, the Plaintiffs referenced above respectfully request that this Court enter an order extending the time for Plaintiffs to comply with the disclosure requirements in PTO 68 by thirty days, to February 20, 2020, and to extend the time allotted for the parties to report to the Court on each sides' compliance with the disclosure requirement to March 23, 2020.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

Dated:   January 13, 2020

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion and Memorandum of Law has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on January 13, 2020.

/s/ Paul A. Dominick

Paul A. Dominick