IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **Civil Action No. 2:10-MD-02179** |
| | **SECTION: J** |
| | **JUDGE CARL BARBIER** |
| **APPLIES TO:** | **MAG. JUDGE WILKINSON** |
| *All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt, APLC* | |

**[PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF PRE-TRIAL ORDER NUMBER 68**

WHEREAS, the Plaintiffs' Motion for an Extension of Time to Produce Information on B3 Claims to BP According to Pre-Trial Order Number 68 is unopposed by BP; and

WHEREAS, no prejudice will result from the requested thirty-day extension;

THEREFORE, it is hereby ORDERED that Plaintiffs' Motion is GRANTED, so that their deadline to disclose the requisite information from PTO 68 is extended until February 20, 2020, and further that both parties' deadline to report to this Court on each sides' compliance with the disclosure requirements is extended until March 23, 2020.

IT IS SO ORDERED this ____ day of _____, 2020, in New Orleans, Louisiana.

_____
United States District Judge