**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ∗ | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | ∗ | |
| of Mexico, on April 20, 2010 | ∗ | **SECTION: J** |
| | ∗ | |
| | ∗ | **JUDGE BARBIER** |
| **This Document Relates to:** | ∗ | |
| | ∗ | **MAG. JUDGE WILKINSON** |
| *Nos. 11-00911, 11-02621, 17-03387,* | ∗ | |
| *17-03412, 17-03347, 17-03356* | ∗ | |

## JOINT MOTION TO EXTEND STAY OF PROCEEDINGS

Defendants BP America Production Company and BP Exploration & Production Inc. (together, "BP") and Plaintiffs Coastal Water Cleaners and Environmental Services, L.L.C., Machelle Steiner, William H. Brehm, John L. Howard, Nicholas W. Collier, and Jesco Construction of Delaware (together, "Plaintiffs" and collectively with BP, the "Parties") respectfully request that the Court issue an order extending the stay of proceedings in the above-captioned cases to permit the parties to complete implementation of settlements for those claims resolved at mediation and to continue settlement negotiations for those claims not yet resolved.

## BACKGROUND

On July 17, 2019, the Court held a status conference to address future case management of the then-remaining cases in the B3 pleading bundle, including twelve cases that asserted only contract claims.  Following the status conference, the Court ordered that (1) four of the twelve cases would remain in MDL 2179 pending their completion of the mandatory mediation process established under Pretrial Order No. 67 (*see* Rec. Doc. 25859); (2) three cases would be severed from MDL 2179 but remain in the Eastern District of Louisiana because they originated in this district or because the parties consented to trial in this district (Rec. Doc. 25952); and (3) five cases

would be included on a Suggestion of Remand for potential remand by the Judicial Panel on Multidistrict Litigation to their transferor court in the Southern District of Alabama (Rec. Doc. 25951).

On the parties' motion, on August 28, 2019, the Court ordered that the above-captioned cases[1] be referred to private mediation and stayed for 130 days.  (Rec. Doc. 25997.)  Pursuant to the Court's order, BP and plaintiffs Machelle Steiner, William H. Brehm, John L. Howard, and Nicholas W. Collier (all represented by Cunningham Bounds LLC) and plaintiff Coastal Water Cleaners and Environmental Services, L.L.C. (represented by the Law Office of Grant D. Amey, LLC) conducted mediations of their claims in December 2019 before former Magistrate Judge Sally Shushan.

Plaintiffs Brehm, Collier, and Coastal Water Cleaners and Environmental Services, L.L.C. ("Coastal Water Cleaners") have now resolved their claims against BP.  Their settlements are being implemented over the coming weeks, and their claims will then be dismissed with prejudice.  The claims of plaintiffs Howard and Steiner were not resolved at mediation.  Counsel for BP and counsel for Howard and Steiner, however, are continuing to discuss potential resolution with the assistance of Judge Shushan.

Although Jesco Construction of Delaware's ("Jesco") claim was initially set for mediation in early December 2019, its mediation was continued without date due to Jesco's pending bankruptcy case in the United States Bankruptcy Court for the Southern District of Mississippi. (Case No. 18-52152.)  On January 3, 2020, Cunningham Bounds LLC was approved by the

---

[1]     These cases constitute six of the eight "contract-only" claims being removed from the B3 pleading bundle by the Court's recent orders.  BP has not yet been served in *Richard Pinell o/b/o Billie Sue, Inc. v. BP Exploration & Production Inc*., No. 17-03349.  The Court issued a separate order referring *Anh Dang v. BP America Production Company,* No. 17-02387, to mediation and staying the case for 130 days.  BP and plaintiff in the *Anh Dang* case have agreed to resolve plaintiff's claims, and BP expects the case will be soon be voluntarily dismissed with prejudice.

Bankruptcy Court as Special Counsel for the Bankruptcy Trustee to pursue the Jesco claim. In view of the Bankruptcy Court's approval order, BP and the Trustee now plan to schedule the Jesco claim for private mediation.

Counsel for BP has conferred with counsel for plaintiffs Steiner, Brehm, Howard, Collier, Jesco, and Coastal Water Cleaners. BP and plaintiffs agree that a 60-day extension would facilitate the efficient management of these cases by permitting time for the settlements of the Brehm, Collier, and Coastal Water Cleaners claims to be implemented and then those claims dismissed, by permitting time for the mediation of the Jesco matter now that Cunningham Bounds has been approved as Special Counsel for the Bankruptcy Trustee by the Bankruptcy Court, and permitting time for continued settlement discussions, facilitated by the mediator, in the remaining Cunningham Bounds claims.

## ARGUMENT

The Parties request that the Court extend the stay of proceedings in their individual cases for an additional 60 days. Under Supreme Court, Fifth Circuit, and Eastern District of Louisiana precedent, courts have the inherent authority to control their dockets, which includes the power to stay proceedings: "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 255-56 (1936); *accord. Clinton v. Jones*, 620 U.S. 683, 706 (1997); *Ambraco, Inc. v. Bossclip, B.V.*, 570 F.3d 233, 243 (5th Cir. 2009); *see also Avila v. BP Expl. & Prod., Inc.*, 2019 WL 530041, at *3 (E.D. La. Feb. 11, 2019) (citing *In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) (Court's inherent power to control its docket "this authority includes the district court's wide discretion to grant a stay in a pending matter.").

The Court's prior order staying these cases pending mediation has already resulted in the successful resolution of most of the cases mediated to date. A short extension of the stay would allow the parties to continue to work toward resolution of the remaining matters, as well as to complete the implementation and dismissal of the matters already resolved.

## CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court enter an order extending the stay of proceedings in their cases for an additional 60 days.

Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP America Production Company and BP Exploration & Production Inc.*

*/s/ Steven L. Nicholas*
Steven L. Nicholas
Cunningham Bounds, LLC
Post Office Box 67705
1601 Dauphin Street
Mobile, Alabama 36660
(251) 471-6191
(251) 479-1031 (fax)
sln@cunninghambounds.com

*Counsel for Jesco Construction, Machelle Steiner, William H. Brehm, John L. Howard, and Nicholas W. Collier*

*/s/ Frederick T. Kuykendall III*
Frederick T. Kuykendall III
The Kuykendall Group, LLC
PO Box 2129
Fairhope, AL 36533
(205) 434-2866
ftk@thekuykendallgroup.com

*/s/ Grant D. Amey*
Grant D. Amey
Law Office of Grant D. Amey, LLC
PO Box 67
Fairhope, AL 36533
(251) 716-0317
grantamey@grantamey.com

*Counsel for Coastal Water Cleaners and Environmental Services, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Stay Pending Mediation has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of January, 2020.

*/s/ R. Keith Jarrett*

R. Keith Jarrett