UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **BELO Cases identified below** | * | |

# ORDER
### [Order to Show Cause re: BP's January 10, 2020 Status Report Pursuant to First Amended BELO CMO No. 2]

BELO Case Management Order No. 1 requires BELO plaintiffs to provide the BP defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of January 10, 2020, the 16 BELO plaintiffs identified below failed to provide full and complete disclosures by the initial 90-day deadline, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. (Rec. Doc. 26191). Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that counsel for the 16 BELO plaintiffs identified below shall appear before the undersigned on Wednesday, January 29, 2020 at 9:30 a.m.

and **SHOW CAUSE** why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall file a written response by no later than <u>Monday, January 27, 2020 at 5:00 p.m</u>. Each law firm shall file a single response addressing the status of <u>all</u> its clients identified in this order. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO cases to which it pertains.

**NOTE:** No attorney may appear at the Show Cause Hearing unless they are enrolled as counsel of record in the individual case(s) corresponding to their client(s).

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency (per BP's status report)** |
| --- | --- | --- | --- | --- |
| 1.  | 19-12061 | Edwards, Duane Barry | Nations Law Firm | No production |
| 2.  | 19-12067 | Chambers, Gregory Trent | Nations Law Firm | No production |
| 3.  | 19-12068 | Huynh, Hung Kim | Nations Law Firm | No production |
| 4.  | 19-12080 | Black, Danny Wayne | Nations Law Firm | No production |
| 5.  | 19-12083 | Connally, Glen Roy, Jr. | Nations Law Firm | No production |
| 6.  | 19-12085 | Denham, James Earl | Nations Law Firm | No production |
| 7.  | 19-12183 | Colligan, Barry Loyd | Nations Law Firm | No production |
| 8.  | 19-12188 | Huynh, Kevin Tai | Nations Law Firm | No production |
| 9.  | 19-12191 | Le, Trong Thanh | Nations Law Firm | No production |
| 10. | 19-12192 | Lizana, Chase Rogers | Nations Law Firm | No production |
| 11. | 19-12194 | Nguyen, Anthony Thang | Nations Law Firm | No production |
| 12. | 19-12196 | Nguyen, Timmy Phuoc | Nations Law Firm | No production |
| 13. | 19-12199 | Rodgers, David Ronnie | Nations Law Firm | No production |
| 14. | 19-12201 | Wallace, Lance Joseph | Nations Law Firm | No production |
| 15. | 19-12204 | Beritiech, James Lamar | Nations Law Firm | No production |
| 16. | 19-12286 | Chauvin, William Paul | Nations Law Firm | No production |

New Orleans, Louisiana, this 14th day of January, 2020.

United States District Judge