UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 19-10295, Larkin, et al. v. Juneau, et al.* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

### ORDER

Several motions by pro se plaintiff Billy F. Larkin are before the Court:

1. Motion for Extension of Time [to perfect service of summons] (Rec. Doc. 25912);
2. Motion for Default Judgment (Rec. Doc. 25989);
3. Motion to Compel an Answer and Response by Defendant Juneau to the Complaint (Rec. Doc. 26193);
4. Motion for Appointment of Counsel (Rec. Doc. 25913); and
5. Motion to Remove the Claims Administrator [for the Deepwater Horizon Economic and Property Damages Settlement] (Rec. Doc. 25992).

Larkin's case (No. 19-10295) has been consolidated with MDL 2179. Consequently, Larkin's case is stayed. (*See* Pretrial Order No. 1 ¶ 8, Rec. Doc. 2). Therefore, the first three motions are premature.

As to the fourth and fifth motions, plaintiff has not shown that he is entitled to the requested relief.

Accordingly,

IT IS ORDERED that the above motions (Rec. Docs. 25912, 25989, 26193, 25913, 25992) are DENIED.

New Orleans, Louisiana, this 14th day of January, 2020.

_____
United States District Judge

**Note to Clerk: Mail a copy of this Order to Billy F. Larkin.**