## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *Civil Actions of Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt, APLC* | * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |

### ORDER

Before the Court is a Motion for an Extension of Time to Produce Information on B3 Claims to BP According to Pretrial Order No. 68 ("PTO 68") by Nexsen Pruett, LLC and Douglas Schmidt, APLC (collectively, "Nexsen Pruett"). (Rec. Doc. 26194).

IT IS ORDERED that the Motion (Rec. Doc. 26194) is GRANTED, and the deadline for plaintiffs represented by Nexsen Pruett to produce the information required under PTO 68 (Rec. Doc. 26070, *amended by* 26077, 26088, 26113) is extended up to and including February 20, 2020.

The Court will issue a separate order changing the deadline for filing the status report on PTO 68 compliance and the date of the status conference and show cause hearing.

New Orleans, Louisiana, this 14th day of January, 2020.

_____
United States District Judge