UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| **This Document Relates to:** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| *Nos. 11-00911, 11-02621, 17-03387,* | * | |
| *17-03412, 17-03347, 17-03356* | | |

**ORDER**

Before the Court is the Motion to Extend Stay of Proceedings filed by Defendants BP America Production Company and BP Exploration & Production Inc. and Plaintiffs Coastal Water Cleaners and Environmental Services, L.L.C., Machelle Steiner, William H. Brehm, John L. Howard, Nicholas W. Collier, and Jesco Construction of Delaware. Having considered the briefs, the applicable law, and the record,

IT IS ORDERED that the Motion to Extend Stay of Proceedings (Doc. 26195) is GRANTED.

IT IS FURTHER ORDERED that the BP parties and the Bankruptcy Trustee for Jesco Construction of Delaware shall participate in private mediation, which shall each occur within 60 days of the issuance of this Order. The parties shall agree to a mediator. If the parties cannot agree, the Court will appoint a mediator.

Absent further order of the Court, the stay of the above captioned cases shall terminate 60 days from the issuance of this Order. During the pendency of the stay, all proceedings in the six above-captioned cases, as well as the parties' submission of a Joint Supplement to the Suggestion of Remand as to cases 11-02621, 17-03387, 17-03412, 17-03347, 17-03356 (*see* Rec. Doc. 25951), shall be STAYED.

New Orleans, Louisiana this 14th day of January, 2020.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and in each of the referenced member cases.**