UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * | CIVIL ACTION NO.: 2:10-md-02179 |
| | * | SECTION: J(2) |
| This pleading applies to all civil actions of the Plaintiffs represented by Falcon Law Firm and Lindsay & Lindsay, PA | * * | JUDGE:  CARL J. BARBIER MAGISTRATE JUDGE: WILKINSON |

**PLAINTIFFS' *EX PARTE* MOTION FOR EXTENSION OF TIME
TO COMPLY WITH PRE-TRIAL ORDER 68 IN PROVIDING
INFORMATION ON B3 CLIENTS**

NOW INTO COURT come Plaintiffs, all Falcon Law Firm and Lindsay & Lindsay, PA, B3 clients, who respectfully move this Honorable Court for a thirty (30) day extension of time within which to produce to BP complete information required from them pursuant to this Court's Pre-Trial Order No. 68.  In support of this motion, which is unopposed by BP, Plaintiffs state the following:

1. On July 17, 2019, this Court held a Status Conference regarding future management of the remaining cases in the B3 pleading bundle.  (Rec. Doc. 25858)

2. Subsequent to the July 17, 2019 Status Conference and in conjunction with a joint case management proposal submitted by Plaintiffs and BP, on October 21, 2019 this Court issued Pre-Trial Order 68 ("PTO 68"). (Rec. Doc. 26070)

3. PTO 68 requires Plaintiffs and BP defendants to make certain disclosures to each other within 90 days of the Order's issuance, which results in a due date of January 21, 2020.

4. Falcon Law Firm and Lindsay & Lindsay, PA, represent 21 Plaintiffs who remain in the B3 bundle. Counsel and staff have worked diligently over the past months since the October 21, 2019 PTO 68 was issued and has gathered a good bit of information to present to BP. However, in order to provide complete information in the specific production format ordered by the Court in Exhibit C to 1st Amendment to PTO 68. (Rec. Doc. 26077-2)

5. Counsel is in need of additional time to completely gather all the requested materials and have the documents properly formatted. Therefore, Plaintiffs respectfully request an extension of time until February 20, 2020 within which to produce a complete product to BP counsel.

6. Further, Plaintiffs request that both parties be granted an extension until March 23, 2020 to report on each sides' compliance with the disclosure requirements.

7. BP does not oppose the relief sought herein.

WHEREFORE, the Plaintiffs referenced herein respectfully request that this Court enter an Order extending the time for Plaintiffs to provide a complete disclosure in compliance with PTO 68 until February 20, 2020. Further, Plaintiffs respectfully request that this Court extend the time allotted for the parties to report to the Court regarding compliance with the disclosure requirement by both sides until March 23, 2020.

Respectfully submitted,

/s/Timothy J. Falcon
TIMOTHY J. FALCON - Bar No. 16909
Email: tim@falconlaw.com
JEREMIAH A. SPRAGUE - Bar No. 24885
Email: jerry@falconlaw.com
JARRETT S. FALCON - Bar No. 34539
Email: jarrett@falconlaw.com
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, Louisiana  70072
Telephone:  (504) 341-1234
Facsimile:  (504) 341-8115

/s/ Allen W. Lindsay, Jr.
ALLEN W. J. LINDSAY, JR.
Florida State Bar Number 104956
Lindsay & Lindsay, P.A.
5218 Willing St.
Milton, Florida 32570
(850) 623-3200 (Phone)
(850) 623-0104 (Fax)

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

  I DO HEREBY CERTIFY that a copy of the above and foregoing Plaintiffs' *Ex Parte* Motion for Extension of Time to Comply with Pre-Trial Order 68 in Providing Information on B3 Clients has been electronically served upon all counsel of record by uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 this 14th day of January, 2020.

                /s/ Timothy J. Falcon
                Timothy J. Falcon