UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * | CIVIL ACTION NO.: 2:10-md-02179 |
| | * | SECTION:  J(2) |
| This pleading applies to all civil actions of the Plaintiffs represented by Falcon Law Firm and Lindsay & Lindsay, PA | * * | JUDGE:  CARL J. BARBIER MAGISTRATE JUDGE: WILKINSON |

**ORDER**

Considering Plaintiffs' *Ex Parte* Motion for Extension of Time to Comply with Pre-Trial Order 68 in Providing Information on B3 Clients;

IT IS ORDERED that Plaintiffs' Motion for Extension of Time is GRANTED and the deadline for all Falcon Law Firm and Lindsay & Lindsay, PA, B3 clients to disclose the required information from PTO 68 is extended to **February 20, 2020**.

IT IS FURTHER ORDERED that the deadline for both parties to report to the Court regarding each sides' compliance with the disclosure requirements is extended until **March 23, 2020**.

NEW ORLEANS, Louisiana, this _____ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE