UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL 2179 <br><br> SECTION: J |
| This Document Relates To: *Pleading Bundle B1* ) ) ) | JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |
| KAY EUBANKS ) <br>     Plaintiff, ) ) <br> vs. ) ) <br> BP EXPLORATION & PRODUCTION, INC., ) <br> BP AMERICA PRODUCTION COMPANY, ) <br> and BP P.L.C. ) <br>     Defendants. ) | Case No.: 2:16-cv-5093 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

ORDER

IT IS ORDERED, that the Motion for Leave to File Complaint of Intervention by Langston & Langston, PLLC, Plaintiff in Intervention, is GRANTED.

Signed on this the _____ day of January, 2020.

_____
United States District Judge