UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater Horizon"        MDL NO. 2179
in the Gulf of Mexico on April 20, 2010

SECTION J

**Applies to:**

JUDGE BARBIER

**Civil Action No.: 2:13-cv-00248**        MAG. JUDGE WILKINSON

**MOTION FOR AN EXTENSION OF TIME TO PRODUCE INFORMATION ON B3 CLAIMS TO BP ACCORDING TO PRE-TRIAL ORDER 68**

NOW INTO COURT, through undersigned counsel, comes plaintiffs, RUSSELL BERTRAND and MITZI REED BERTRAND, who move this Honorable Court for a thirty (30) day extension of time to produce to BP the information required of them according to this Court's Pre-Trial Order No. 68. In support of this motion, Plaintiffs state as follows:

1. On July 17, 2019, this Court held a status conference to address future case management of the remaining cases in the B3 pleading bundle. (Rec. Doc. 25858).

2. As a result of this Status Conference, along with a joint case management proposal submitted by certain Plaintiffs (included in this Motion) and BP, the Court issued Pre-Trial Order 68 ("PTO 68") on October 21, 2019. (Rec. Doc. 26070).

3. This Order requires both parties to make certain disclosures to each other within 90 days of the Order's issuance, which results in a due date of January 21, 2020.

4. Undersigned counsel has a jury trial beginning on the same date that plaintiffs' initial disclosures are due (January 21, 2020) entitled *James Hall v. Landstar Ranger, Inc., et al*; United States District Court; Western District of Louisiana; Civil Action No. 18-410, before the Honorable Magistrate Judge Carol Whitehurst.

5. Despite counsel's best efforts to comply with this Court's deadline, counsel needs additional time to gather the information required by PTO 68.

6. Because of the additional time necessary to produce the required information in the proper formats, plaintiffs respectfully request an extension of time until February 20, 2020 (thirty days), to produce the information required under PTO 68.

7. Consent sought but not yet obtained.

8. The granting of this extension will not unduly delay the process of this proceeding.

WHEREFORE, plaintiffs, RUSSELL BERTRAND and MITZI REED BERTRAND, respectfully request that this Court enter an order extending the time for Plaintiffs to comply with the disclosure requirements in PTO 68 by thirty (30) days, to February 20, 2020.

Respectfully submitted:

BY: /s/ Joseph F. Gaar, Jr.
JOSEPH F. GAAR, JR. # 16927
JASON M. WELBORN # 26548
Joseph F. Gaar, Jr., APLC
Attorneys at Law
617 S. Buchanan Street
Lafayette, Louisiana 70501
(337) 233-3185
joseph@gaarlaw.com
jason@gaarlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of January, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Joseph F. Gaar, Jr.
JOSEPH F. GAAR, JR.