UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| Applies to: | |
| | JUDGE BARBIER |
| Civil Action No.: 2:13-cv-00248 | MAG. JUDGE WILKINSON |

### ORDER

CONSIDERING THE FOREGOING Motion for an Extension of Time to Produce Information on B3 Claims to BP According to Pre-Trial Order 68;

IT IS ORDERED that Plaintiffs' Motion is GRANTED, so that their deadline to disclose the requested information from PTO 68 is extended until February 20, 2020.

SIGNED this _____ day of _____, 2020, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE