UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| Applies to:<br>No. 13-248<br>and<br>B3 plaintiffs represented by Falcon Law Firm and Lindsay & Lindsay, PA | * * | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

Before the Court are two Motions for an Extension of Time to Produce Information on B3 Claims to BP According to Pretrial Order No. 68 ("PTO 68"), one by Russell and Mitzi Reed Bertrand (Rec. Doc. 26204) and the other by the Falcon Law Firm and Lindsay & Lindsay, PA on behalf of the 21 B3 plaintiffs they represent. (Rec. Doc. 26202).

IT IS ORDERED that the Motions (Rec. Docs. 26202, 26204) are GRANTED, and the deadline for Russell and Mitzi Reed Bertrand and the B3 plaintiffs represented by the Falcon Law Firm and Lindsay & Lindsay, PA to produce the information required under PTO 68 (Rec. Doc. 26070, *amended by* 26077, 26088, 26113, 26200) is extended up to and including February 20, 2020.

The Court notes that, pursuant to the Fourth Amendment to PTO 68 (Rec. Doc. 26200), the new deadline for filing the report required under PTO 68 § I.C is Monday, March 23, 2020, and the status conference and show cause hearing contemplated in PTO 68 §§ III.A and I.C.3 is rescheduled for Tuesday, April 7, 2020 at 9:30 a.m.

New Orleans, Louisiana, this 16th day of January, 2020.

                                                                                                                 
_____
United States District Judge