UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | MDL 2179 |
| | ) | SECTION: J |
| This Document Relates To: *Pleading Bundle B1* | ) ) ) | JUDGE BARBIER |
| | ) | MAG. JUDGE WILKINSON |
| KAY EUBANKS      Plaintiff, | ) ) ) | Case No.: 2:16-cv-5093 |
| | ) | SECTION: J |
| vs. | ) ) | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.      Defendants. | ) ) ) ) | MAG. JUDGE WILKINSON |

COMPLAINT OF INTERVENTION

COMES NOW, the law firm of Langston & Langston, PLLC (hereinafter "Langston") in the above-styled cause of action, and seeks to intervene as of right in the above-referenced matter and pursuant to Federal Rule of Civil Procedure 24.

1. Intervenor, Langston, was retained by Plaintiff/Claimant pursuant to a contingent fee agreement to serve as lead attorney for Plaintiff against the above-listed Defendants.

2. Plaintiff Kay Eubanks informed undersigned counsel Langston that she no longer required or desired the continued representation by Intervenor and discharged the law firm of Langston & Langston, PLLC. As such, on or about December 4, 2019, Intervenor filed its motion to withdraw from the representation of the Plaintiff. Doc. No. 26135. In its Motion to Withdraw, Intervenor petitioned this Court for additional relief in the form of an attorney-fee lien, not to exceed 5% of the gross settlement proceeds allocated to this

    Plaintiff, due to causes therein-asserted.  On December 5, 2019, this Court entered its Order allowing the withdrawal of representation of the Plaintiff by Intervenor, however instructed undersigned Intervenor to seek such a lien through this mechanism.  Doc. No. 26137.

3. On September 25, 2019, the firm of Langston & Langston appeared at a settlement mediation on behalf of this Plaintiff.  Following the mediation, Plaintiff notified the mediator that she had accepted BP's offer of settlement. [1]

4. It was only subsequent to this appearance by Intervenor Langston, on behalf of this Plaintiff and in negotiation of the settlement ultimately accepted by this Plaintiff, that this Plaintiff informed Intervenor of her termination of their services.

5. Intervenor invested time, expense and effort in providing legal services to the Plaintiff in the above-captioned matter.  Intervenor has not been compensated by the Plaintiff for its legal services, nor has Intervenor been reimbursed for advanced costs on Plaintiff's behalf.

6. Intervenor therefore claims an interest in the gross recovery by this Plaintiff in an amount to be determined by this Honorable Court for the legal services it provided to the Plaintiff in this matter.  Intervenor does claim a lien and/or interest in the recovery by this Plaintiff and further asserts this claim as a privilege or lien in preference to any recovery made by the Plaintiff in this matter.

WHEREFORE, PREMISES CONSIDERED, the undersigned Intervenor, Langston & Langston, PLLC, pray that this Complaint of Intervention be received and properly docketed into this record and a copy served upon all litigants herein, and that the parties be charged with appearing and answering this Complaint of Intervention and that should they fail that there be a judgment granted in favor of the Intervenor, recognizing the lien and privilege to all attorney's fees and expenses as

---

[1] The terms of the settlement are confidential.

provided by applicable law and as applicable to the amounts recovered by this Plaintiff. Intervenor also prays for all other general and equitable relief to which it is otherwise entitled in the premises.

Dated: January 15, 2020.

Respectfully submitted,

**LANGSTON & LANGSTON, PLLC**

*/s/ Kevin J. White*
**KEVIN J. WHITE, MS BAR# 101619**

Shane F. Langston, MSB #1061
Rebecca M. Langston, MSB #99608
C. Justin Broome, MSB #104508
Kevin J. White, MSB #101619
LANGSTON AND LANGSTON, PLLC
416 East Amite Street
Jackson, Mississippi 39201
Tel: 601-969-1356
Fax: 601-968-3866

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2020, the above and foregoing was served upon all counsel by electronically uploading the same to file & serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Kevin J. White*
Kevin J. White, Esq.