UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *No. 13-00650* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

IT IS ORDERED that William J. Fitzgerald, III's Motion to Compel Proper PTO 68 Initial Disclosures from BP (Rec. Doc. 26192) is REFERRED to Magistrate Judge Joseph C. Wilkinson, Jr. for issuance of a briefing schedule[1] and resolution.

New Orleans, Louisiana, this 16th day of January, 2020.

_____
United States District Judge

---

[1] The Notice of Submission attached to the Motion is invalid under Pretrial Order No. 15 (Rec. Doc. 676). BP is not required to file a response until ordered to do so by Magistrate Judge Wilkinson.