IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>17-cv-03231<br>17-cv-03346 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO PRODUCE INFORMATION ON B3 CLAIMS TO BP ACCORDING TO PRE-TRIAL ORDER 68**

**COMES NOW** Plaintiffs Wilbert Pritchett and Henry Perdomo ("**Plaintiffs**") by and through the undersigned counsel, hereby respectfully move this Court for a thirty-day extension of time to produce to BP the information required of them according to this Court's Pre-Trial Order No. 68. In support of this motion, which is unopposed by BP, Plaintiffs state as follows:

1. On July 17, 2019, this Court held a status conference to address future case management of the remaining cases in the B3 pleading bundle. (Rec. Doc. 25858.)

2. Subsequently on October 21, 2019 this Court issued Pre-Trial Order 68 ("PTO 68"). (Rec. Doc. 26070). This PTO 68 requires both parties to make certain disclosures to each other within 90 days of the order's issuance, which results in a due date of January 21, 2020.

3. The Fourth Amendment to PTO 68 issued on January 14, 2020 has extended the deadline for filing a report on each side's compliance with the initial disclosure requirements from February 20, 2020 to March 23, 2020 ("**New Reporting Deadline**").

4. These two Plaintiffs' require some additional time in order to gather the information required under PTO 68 subsequent to which the Downs Law Group will be able to produce the information in the litigation ready formats to BP.

5. Because of information not yet available from the Plaintiffs, the additional time required to produce the information in the proper litigation formats and the New Reporting Deadline, Plaintiffs respectfully request an extension of time until February 20, 2020 (thirty days), to produce the remaining information required under PTO 68.

6. Counsel for BP and the Downs Law Group have conferred, and BP does not oppose the relief sought herein.

WHEREFORE, the Plaintiffs referenced above respectfully request that this Court enter an order extending the time for Plaintiffs to comply with the disclosure requirements in PTO 68 by thirty days, to February 20, 2020.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

/s/ Nathan L. Nelson
**NATHAN L. NELSON, FL BAR #1002523**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: nnelson@downslawgroup.com
*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on January 16, 2020.

Dated this 16th day of January 2020

 */s/ Nathan L. Nelson*
Nathan L. Nelson Esq.