**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **Civil Action No. 2:10-MD-02179** |
| | **SECTION: J** |
| | **JUDGE CARL BARBIER** |
| **THIS DOCUMENT RELATES TO:** | **MAG. JUDGE WILKINSON** |
| **17-cv-03231**<br>**17-cv-03346** | |

## <u>ORDER</u>

Upon considering the Motion for Extension of Time to Produce Information on B3

Claims to BP According to Pre- Trial Order 68 filed by Plaintiffs Wilbert Pritchett and Henry

Perdomo ("**Plaintiffs Motion**")

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion is GRANTED, so that their deadline to disclose the requisite information under PTO 68 is extended until February 20, 2020; and

2. Any other relief this Court deems just and proper.

New Orleans, Louisiana, this _____ day of_____, 2020

_____
UNITED STATES DISTRICT COURT JUDGE