UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 17-03231 No. 17-03346 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion for an Extension of Time to Produce Information on B3 Claims to BP According to Pretrial Order No. 68 ("PTO 68") by plaintiffs Wilbert Pritchett and Henry Perdomo. (Rec. Doc. 26210).

IT IS ORDERED that the Motion (Rec. Doc. 26210) is GRANTED, and the deadline for Wilbert Pritchett and Henry Perdomo to produce the information required under PTO 68 (Rec. Doc. 26070, *amended by* 26077, 26088, 26113, 26200) is extended up to and including February 20, 2020.

The Court notes that, pursuant to the Fourth Amendment to PTO 68 (Rec. Doc. 26200), the new deadline for filing the report required under PTO 68 § I.C is Monday, March 23, 2020, and the status conference and show cause hearing contemplated in PTO 68 §§ III.A and I.C.3 is rescheduled for Tuesday, April 7, 2020 at 9:30 a.m.

New Orleans, Louisiana, this 17th day of January, 2020.

_____
United States District Judge