UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          MDL NO. 2179
    "DEEPWATER HORIZON" in the
    Gulf of Mexico on April 20, 2010

Applies to:                               JUDGE BARBIER
C.A. No. 13-00650                         MAG. JUDGE WILKINSON

# ORDER

Plaintiffs William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of Nathan Joseph Fitzgerald, have filed a motion to compel in the above-captioned case. Record Doc. No. 26192 in 10-md-2179. The district judge has referred this motion to me. Record Doc. No. 26209 in 10-md-2179. In accordance with Pretrial Order No. 15, Record Doc. No. 676 in 10-md-2179, the following briefing schedule is hereby imposed: Plaintiffs' motion is hereby set for submission on February 12, 2020. Defendants' response is due no later than January 29, 2020.

New Orleans, Louisiana, this    17th    day of January, 2020.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**