IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| Applies to: | * | |
| *Certain Cases in the B1 Pleading Bundle* | * * | MAGISTRATE JUDGE WILKINSON |

## BP'S STATUS REPORT ON THE RESULT OF THE PTO 67 MEDIATION PROCESS

Pursuant to the Court's Order Regarding the PTO 67 Mediation Process, dated January 10, 2019 (Rec. Doc. 26190) ("Order"), BP Exploration & Production Inc. and BP America Production Company (collectively "BP") provide the following list of cases that have not yet been resolved through the PTO 67 mediation process.

| Row | Plaintiff Name | Case No. |
|---|---|---|
| 1 | Alegion, Inc. | 16-cv-05409 |
| 2 | Allstar Pipe Services, Inc. | 13-cv-01658 |
| 3 | BioMarine Technologies, Inc. | 13-cv-01286 |
| 4 | Classy Cycles, Inc. | 16-cv-05923 |
| 5 | Coastal Land Development Group, LLC | 16-cv-05941 |
| 6 | Enviro Tech Systems, LLC | 18-cv-11120 |
| 7 | Evans, Robert | 16-cv-03966 |
| 8 | Fin & Feather Adventures, LLC | 16-cv-06126 |
| 9 | Fin & Feather Cabins, LLC | 16-cv-06131 |
| 10 | Fin & Feather, LLC | 16-cv-06118 |
| 11 | Global Disaster Recovery & Rebuilding Services, LLC | 16-cv-06585 |
| 12 | Gulf Marine Institute of Technology | 13-cv-01286 |
| 13 | Lady Luck Fishing Ent., Inc. (John Hanks, Jr.) | 16-cv-04149 |
| 14 | Loggerhead Holdings, Inc. | 16-cv-05952 |
| 15 | MMR Group, Inc. d/b/a MMR Constructors, Inc. | 18-cv-11111 |
| 16 | Nabaa Gas Montgomery, LLC | 16-cv-07488 |

| 17 | S&K Machineworks & Fabrication, Inc. | 16-cv-05804 |
| 18 | The Bird of Paradise, LLC | 16-cv-05277 |
| 19 | Thibodeaux, Donald M. | 18-cv-11122 |
| 20 | Williams, Kirk | 13-cv-00948 |

January 17, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ R. Keith Jarrett*

R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Kristopher S. Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Christopher W. Keegan
Ashley Littlefield
Anna Terteryan
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **BP's Status Report on the Result of the PTO 67 Mediation Process** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January, 2020.

*/s/ R. Keith Jarrett*
R. Keith Jarrett