UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL 2179<br><br>SECTION: J(2) |
| Applies to: 12-cv-968, BELO ) ) | JUDGE BARBIER |
| AND ) ) | MAG. JUDGE WILKINSON |
| BELO Cases identified below ) | |

## NATIONS RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, The Nations Law Firm and respectfully files its Response to the Court's Order to Show Cause re: BP's January 10, 2020 Status Report Pursuant to First Amended BELO CMO No. 2 (Rec. Doc. 26197). The following plaintiffs, identified in BP's status report (Rec. Doc. 26191), have provided full and complete disclosures and should not be dismissed:

| | Docket Number | Plaintiff | Delivery of Signed PPF Originals to BP | Delivery of PPF and Disclosures Via Drop Box | Tracking Number |
|---|---|---|---|---|---|
| 1 | 19-12061 | Edwards, Duane Edwards | 1/24/2020 | 1/23/2020 | 7775 8649 7492 |
| 2 | 19-12067 | Chambers, Gregory Trent | 1/24/2020 | 1/23/2020 | 7775 8649 7492 |
| 3 | 19-12080 | Black, Danny Wayne | 1/10/2020 | 1/8/2020 | 7774 2852 5630 |
| 5 | 19-12183 | Colligan, Barry Loyd | 1/10/2020 | 1/8/2020 | 7774 2852 5630 |
| 8 | 19-12188 | Huynh, Kevin Tai | 1/10/2020 | 1/8/2020 | 7774 2852 5630 |
| 4 | 19-12192 | Lizana, Chase Rogers | 1/24/2020 | 1/23/2020 | 7775 8649 7492 |
| 6 | 19-12194 | Nguyen, Anthony Thang | 1/24/2020 | 1/23/2020 | 7775 8649 7492 |
| 7 | 19-12196 | Nguyen, Timmy Phuoc | 1/24/2020 | 1/23/2020 | 7775 8649 7492 |
| 9 | 19-12286 | Chauvin, William Paul | 1/24/2020 | 1/23/2020 | 7775 8649 7492 |

Stipulations of Dismissal have been filed for the following plaintiffs:

| Docket Number | Plaintiff |
|---|---|
| 19-12068 | Huynh, Hung Kim |
| 19-12083 | Connally, Glen Roy Jr |
| 19-12085 | Denham, James Earl |
| 19-12191 | Le, Trong Thanh |
| 19-12199 | Rodgers, David Ronnie |
| 19-12201 | Wallace, Lance Joseph |
| 19-12204 | Beritiech, James Lamar |

WHEREFORE, it is requested that the Court grant these plaintiffs the relief requested herein.

January 24, 2020

Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
Texas Bar Number 14823000
Attorney for Plaintiffs

The Nations Law Firm
9703 Richmond, Suite 200
Houston, Texas  77042
(713) 807-8400 (Phone)
(713) 807-8423 (Fax)
cdb@howardnations.com