# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **BELO Cases identified below** | * | |

## ORDER

On January 14, 2020, the Court issued an Order to Show Cause requiring counsel for 16 BELO plaintiffs to appear on Wednesday, January 29, 2020 at 9:30 a.m. and show cause why those plaintiffs' claims should not be dismissed with prejudice for failing to provide full and complete disclosures as required under BELO Initial Proceedings Case Management Order Nos. 1 & 2. (Rec. Doc. 26197). All 16 BELO plaintiffs are represented by the Nations Law Firm ("Nations"). On January 26, 2020, Nations filed a response stating that 9 of the BELO plaintiffs have provided full and complete disclosures and should not be dismissed. (Rec. Doc. 26215). Nations' response also states that stipulations of dismissal have been filed with respect to the other 7 BELO plaintiffs. *Id.* BP has informed the Court that it agrees with the representations in Nations' response. (*See* attached email from BP counsel).

Accordingly,

IT IS ORDERED that the Order to Show Cause (Rec. Doc. 26197) is SATISFIED and SET ASIDE with respect to the following 9 BELO plaintiffs, and their claims are NOT dismissed:

|    | Docket Number | Plaintiff |
|----|---------------|-----------|
| 1. | 19-12061 | Edwards, Duane Barry |
| 2. | 19-12067 | Chambers, Gregory Trent |
| 3. | 19-12080 | Black, Danny Wayne |
| 4. | 19-12183 | Colligan, Barry Loyd |
| 5. | 19-12188 | Huynh, Kevin Tai |
| 6. | 19-12192 | Lizana, Chase Rogers |
| 7. | 19-12194 | Nguyen, Anthony Thang |
| 8. | 19-12196 | Nguyen, Timmy Phuoc |
| 9. | 19-12286 | Chauvin, William Paul |

IT IS FURTHER ORDERED that the Order to Show Cause (Rec. Doc. 26197) is MOOT with respect to the following 7 BELO plaintiffs, whose claims were dismissed by the parties' stipulation:

|    | Docket Number | Plaintiff |
|----|---------------|-----------|
| 1. | 19-12068 | Huynh, Hung Kim |
| 2. | 19-12083 | Connally, Glen Roy, Jr. |
| 3. | 19-12085 | Denham, James Earl |
| 4. | 19-12191 | Le, Trong Thanh |
| 5. | 19-12199 | Rodgers, David Ronnie |
| 6. | 19-12201 | Wallace, Lance Joseph |
| 7. | 19-12204 | Beritiech, James Lamar |

IT IS FURTHER ORDERED that the Show Cause Hearing scheduled for Wednesday, January 29, 2020 at 9:30 a.m. (Rec. Doc. 26197) is hereby CANCELLED.

New Orleans, Louisiana, this 27th day of January, 2020.

United States District Judge