# Ben Allums

| | |
|---|---|
| From: | Hodges, Kevin <KHodges@wc.com> |
| Sent: | Monday, January 27, 2020 9:14 AM |
| To: | Ben Allums; rkjarrett@liskow.com; Devin Reid |
| Cc: | bud.wiesedeppe@howardnations.com; Gary.Fuller@howardnations.com; cdb@howardnations.com |
| Subject: | RE: BELO Show Cause |

Good morning Ben,

BP agrees with the statements in Nations' response. We agree that the issues set for the January 29 show cause hearing have now been resolved, and we have no objection to canceling the hearing.

Best regards,

Kevin

**Kevin M. Hodges**
**Williams & Connolly LLP**
725 Twelfth St., N.W., Washington, DC 20005
(P) 202-434-5221 | (F) 202-434-5029
khodges@wc.com | www.wc.com/khodges

**From:** Ben Allums <Ben_Allums@laed.uscourts.gov>
**Sent:** Monday, January 27, 2020 10:10 AM
**To:** Hodges, Kevin <KHodges@wc.com>; rkjarrett@liskow.com; Devin Reid <dcreid@Liskow.com>
**Cc:** bud.wiesedeppe@howardnations.com; Gary.Fuller@howardnations.com; cdb@howardnations.com
**Subject:** BELO Show Cause

Dear Kevin, Keith, or Devin,

Regarding the most recent BELO Show Cause Order (R.D. 26197), Nations Law Firm filed the attached response stating that 9 of the BELO plaintiffs have provided full and complete disclosures and should not be dismissed. The response also states that 7 of the BELO plaintiffs have been dismissed by the parties' stipulation. Does BP agree with the statements in Nations' response? If so, Judge Barbier will cancel the Show Cause Hearing scheduled for Wednesday, Jan. 29.

Thank you,
Ben


Ben Allums
Law Clerk to the Honorable Carl J. Barbier, District Judge
United States District Court, Eastern District of Louisiana
(504) 589-7525
ben_allums@laed.uscourts.gov

**ATTACHMENT "A"**

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.