# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 23, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-31177,  Consolidated with 19-30267
                 In re: Deepwater Horizon
                 USDC No. 2:10-MD-2179
                 USDC No. 2:12-CV-970
                 USDC No. 2:10-MD-2179
                 USDC No. 2:18-CV-11118

The court has granted appellant's unopposed motion to supplement the record in this case with the following:

1. MMR's Complaint in case 2:18-CV-11111, document number 1-1, dated 11/16/2018;
2. Notice of Mediation in case 2:18-CV-11111 and 2:18-CV-11122, dated 07/29/2019;
3. Policy 304 dated 12/04/2012;
4. Objection of Triton Diving Services, L.L.C. to Proposed Settlement Agreement in case 2:10-CV-7777, document number 95, dated 08/31/2012;
5. Objection of IDO and IDM to Proposed Settlement Agreement in case 2:10-CV-7777, document number 210, dated 09/07/2012.

The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined above. Please be advised that the documents identified above as items# 2 & 3 were not previously filed in the originating court. Therefore, the originating court is requested to add the attached motion and the attached documents identified above as items# 2 & 3 to their court's docket, and ensure those documents are part of the supplemental record provided to this court.

Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Dantrell L. Johnson, Deputy Clerk
                                504-310-7689

Mr. William Gray Chason
Mr. J. David Forsyth
Ms. Kristina Morgan Sanders Hofferber
Mr. R. Stanton Jones

Mr. James Andrew Langan
Ms. Carol L. Michel
Mrs. Kathryn Weatherly Munson
Mr. Matthew Regan
Mr. Devin Chase Reid
Mr. John Robinson
Mr. Richard C. Stanley

**P.S.:** Counsel has been requested to view case 15-98007 that is designated for the electronic record for case 2:10-MD-2179. If necessary, counsel may file a separate motion to supplement any documents found to be omitted from the electronic record in 2:10-MD-2179, in the designated case of 15-98007.