**Sally Shushan**
b1economicclaims@gmail.com
504-881-9861

July 29, 2019

**NOTICE OF MEDIATION DATE**
*MMR Group, Inc. v. BP Exploration & Production, Inc. et al*
*(Case No. 18-cv-11111)*
**Thibodeaux v. BP Exploration & Production, Inc. et al**
**(Case No. 18-cv-11122)**

| William G. Chason<br>McDowell Knight Roedder & Sledge, LLC | Chris Keegan and Kris Ritter<br>Kirkland & Ellis LLP |
|---|---|

Counsel:

The above-captioned case is scheduled for mediation to begin at **8:30 a.m. on November 6, 2019**. Pursuant to Pre-Trial Order 67 ("PTO 67") the mediation will take place in the Pan Am Conference Center on the 11th Floor of the Pan-American Life Center, 601 Poydras Street, New Orleans, LA. I will inform counsel of the specific conference room assignments shortly before the mediation date. Wi-Fi internet will be available within the conference rooms. Beverages will also be available in the hall immediately outside of the conference rooms.

My expectation is that the parties will be well prepared for a meaningful and productive session. We have allocated one day for our mediation and everyone should be focused on reaching a reasonable resolution. As such, it is important that the parties have exchanged good faith offers in advance of our mediation. Additionally, parties are to provide me with their mediation submission ten days before the mediation date and may, if they choose, exchange submissions with each other.[1] Please forward the submission to me at b1economicclaims@gmail.com. Additionally, as required by PTO 67, plaintiff's representative who signed the PTO 65 submissions must attend in person.

Further, three hotels in the immediate vicinity of the Pan-American Life Center will provide a discount to their rates for you and your clients. If you contact the hotels below and ask for the "BP Mediation Rate" they will provide a discount as follows:

---

[1] Reminder regarding submissions: 1) no longer than seven pages double-spaced in native pdf format (not scanned); 2) outline the dispute, the damages, the value of the case, and what realistic amount the party would be willing to offer/accept to settle the matter; and 3) include the offers and counter-offers previously exchanged between the parties.

EXHIBIT 9

- Hilton St. Charles, 333 St. Charles - will offer a discounted rate of $129/night in an Executive King room that provides access to their lounge, including a complimentary breakfast;

- InterContinental, 444 St. Charles - will offer a discounted rate of $116/night for rooms in July and August and $142/night for rooms in September and October; and,

- The Whitney Hotel, 610 Poydras - will offer a discounted rate of $89/night for rooms in July and August, $95/night for September and $109/night for October.

I will update you on hotels for claimants who are scheduled for mediations in November.

Also, if you have not done so previously, I would appreciate it if you could please provide me with your cell phone numbers. It will be very helpful to me to be able to reach you directly as we move toward the mediation.

I encourage the parties to work towards resolution in advance of the mediation date and am hopeful that progress is made towards a resolution before we meet on November 6, 2019. Everyone should have this already, but counsel for BP's email addresses are chris.keegan@kirkland.com or kristopher.ritter@kirkland.com.

Finally, I understand that my previous email may have been caught in some spam filters. Would you please confirm receipt of this email, so I know that people's spam filters are not catching my emails. Thank you and I look forward to working with everyone to resolve these cases.

I look forward to a productive mediation session.

DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Pol-304 | CLAIMS ADMINISTRATOR'S APPROVED POLICY ||
|---|---|---|
| **I. Profile - EXTERNAL** |||
| Subject | Moratoria Losses: Implementing Section II of Exhibit 19 ||
| Active Date | 12/4/12 | **Policy Impact** ☒All Claims Regardless of Active Date ☐All Claims Greater than Active Date |
| Type of Decision || Claims Administrator Decision |
| Settlement Agreement Reference || Exhibits 16, 19 |
| Affected Claim Types and/or Review Processes || BEL; IEL |
| **II. Summary** |||

Pursuant to Section II of Exhibit 19, Business Economic Loss claimants with a NAICS Code and business activities marked with an "X" in Section II of Exhibit 19 must answer the following question: "In 2009, did your business provide significant services, goods, and/or supplies to businesses in the offshore oil & gas industry in the Gulf of Mexico?" Similarly, Individual Economic Loss claimants whose employer falls within the Exhibit 19, Section II "X" marked business activities must submit that employer's response to the same question. To capture this information, the Claims Administrator asks Business Economic Loss claimants this question in each Claim Form and requires a sworn-written statement from the relevant employer for Individual Economic Loss claimants. If the business or employer answers the significant services question affirmatively, the Claims Administrator will route the claim to a team dedicated to the evaluation of economic loss claims for potential moratoria losses. If the business or employer responds negatively, the claim proceeds under normal processing, without analysis for potential moratoria losses. The Claims Administrator will advise claimants that the Claims Administrator considers that an entity provided "significant" services, goods, and/or supplies to businesses in the offshore oil and gas industry in the Gulf of Mexico in 2009 if 33.00% or more of its 2009 net revenue was derived from such activities. Subject to the analysis of claims to prevent fraud, the Claims Administrator will observe the claimant's Claim Form answer to this question and will not independently determine whether the entity provided "significant" services, goods, and/or supplies to businesses in the offshore oil and gas industry in the Gulf of Mexico in 2009.

EXHIBIT 10