MINUTE ENTRY
WILKINSON, M. J.
JANUARY 27, 2020

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | |

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlement]

The Claims Administrator has advised me that upon receipt of the court's appeal order of December 2, 2019, Record Doc. No. 26124, affirming the administrator's denial of the claim of Kerry Cosse, Claim No. 09B*******, for payment from the Halliburton/Transocean Settlement Agreements, claimant's counsel conferred with the office of the Claims Administrator. Those discussions addressed additional information concerning seven (7) of the ten (10) oyster leases at issue. This additional information was **not** provided to the court in connection with the appeal before the appeal determination was made. Full consideration of the additional information may change the outcome of the initial claim determination and/or the appeal as to seven (7) of the ten (10) oyster leases at issue. Accordingly, IT IS ORDERED that the court's prior minute entry is amended as follows:

MJSTAR  1:20

The determination of the Claims Administrator is AFFIRMED only insofar as it relates to Oyster Lease Nos. 2785300, 3335908 and 3638301. The portion of my previous order affirming the Claims Administrator's determination as to Oyster Lease Nos. 2756700, 3270207, 3363109, 3372309, 3383209, 3506911 and 3593899 is VACATED, and the matter is REMANDED to the Claims Administrator for further consideration in light of the additional information, including the possibility of payment as to those seven oyster leases.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**