# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: CASE NOS. *All Cases in Pleading Bundle B3* | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

Nicholas Collier,

         Plaintiff,

vs.

BP America Production Company, Parsons Corporation, Danos & Curole Staffing, L.L.C., Jason Ziglar, Dennis Berg, Danny Black, Michael Allen, Michael English, Brandy Buxton, Justin Nash, Ed Thompson, Joseph Lobo, Phil Payne, Michael Epps, Jeff Johnson, Darryl Gonzales, Leigh A. "LIA" Barnes, Marsha Davidson, Charlotte Thompson, and Donald L. "Scooter" Fredrickson, II,

         Defendants.

Docket Number

2:17-cv-03356-CJB-JCW

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order

below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name and docket number):

*Nicholas Collier v. BP America Production Co., et al.*

Case No. 2:17-cv-03356-CJB-JCW

Respectfully submitted this 28 day of _Jan_____, 2020.

**STEVE OLEN**
**STEVEN L. NICHOLAS**

/s/

Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL 36604
Telephone: 251-299-0101
sco@cunninghambounds.com
sln@cunninghambounds.com

*Attorneys for Nicholas Collier*