UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br> SECTION: J(2) |
| Applies to: <br> 17-03353 (Lartigue) <br> 17-03356 (Collier) <br> 17-03412 (Brehm) <br> 13-01246 (Carson & Co., Inc.) | * * | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

## ORDER

Before the Court are four Motions for Voluntary Dismissal with Prejudice filed by the plaintiffs in the referenced member cases. (Rec. Docs. 26219, 26220, 26221, 26222).

IT IS ORDERED that the Motions (Rec. Docs. 26219, 26220, 26221, 26222) are GRANTED, and all claims asserted by plaintiffs in Civil Action Nos. 17-03353, *Roger Lartigue v. BP America Production Co., et al.*; 17-03356, *Nicholas Collier v. BP America Production Co., et al.*; 17-03412, *William H. Brehm v. BP America Production Co., et al.;* and 13-01246, *Carson & Co., Inc. v. BP Exploration & Production, Inc., et al.*, are DISMISSED WITH PREJUDICE.

This dismissal does not extend to any claim these plaintiffs timely filed with the Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Program.

New Orleans, Louisiana, this 29th day of January, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in each of the referenced member cases.**