# Exhibit C

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

Vanessa Barsanti
To Call Writer Directly:
+1 312 862 2205
vanessa.barsanti@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

December 17, 2019

**VIA ELECTRONIC MAIL**

Corey E. Dunbar
Pivach, Pivach, Hufft, Thriffiley & Dunbar
8311 Highway 23, Suite 104
Belle Chasse, LA 70037

    Re: *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; No. 2:10-md-02179 (E.D. La.)

Dear Counsel:

  Pursuant to Section I.A.1 of Pretrial Order No. 68 (Rec. Doc. 26070) ("PTO 68"), BP Exploration & Production Inc. and BP America Production Company (together, "BP") have prepared a production of documents in the above-captioned matter relating to various individual plaintiffs whom you represent. Production details, including the Bates ranges and production volumes for documents specific to each plaintiff, can be found in the table attached hereto as Attachment A.

  BP's document production is available for download through an FTP site hosted by BP's vendor, Morae Global. Account credentials for accessing that FTP site have been provided to you separately. If you experience any technical difficulties related to your FTP account, please contact Morae Global's help desk (support@moraeglobal.com) for assistance. If you have any other technical questions about BP's production, please contact Frank Sramek at Kirkland & Ellis LLP (PTO68productions@kirkland.com).

  Documents in BP's production have been labeled as "Confidential" and "Highly Confidential" pursuant to Pretrial Order No. 13 Protecting Confidentiality ("PTO 13") (Rec. Doc. 641). Pursuant to PTO 13, parties and their counsel are required to treat the documents in BP's production according to those confidentiality designations.

# KIRKLAND & ELLIS LLP

December 17, 2019
Page 2

       Please feel free to contact me or Frank Sramek with questions.

                                              Sincerely,

                                              /s/ *Vanessa Barsanti*

                                              Vanessa Barsanti

cc: A. Katrine Jakola, P.C.
     Frank Sramek

**Attachment A**

| Plaintiff Name | Case No. | BP Beg Bates | BP End Bates | BP Production Volume | BP Production Password |
|---|---|---|---|---|---|
| Fitzgerald, Nathan Joseph (decedent) | 13-cv-00650 | BP-B3-NFitzgerald_00000001 | BP-B3-NFitzgerald_00020523 | BP-B3-NFitzgeraldVol000001 | ███████ |

1