# Exhibit D

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR*
ELLEN PIVACH DUNBAR
JOHN E. PIVACH
MATTHEW W. PIVACH
EDEN BUBRIG TESVICH

*Admitted in Louisiana and Texas

## Pivach Pivach Hufft Thriffiley & Dunbar
### —— attorneys at law ——

8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LA 70037
(504) 394-1870
FAX (504) 393-2553
www.pivachlaw.com
CDunbar@PivachLaw.com

December 26, 2019

**VIA U.S. MAIL and EMAIL:**
*vanessa.barsanti@kirkland.com*
Vanessa Barsanti
Kirkland & Ellis LLC
300 North LaSalle
Chicago, IL 60654

RE:   *William J. Fitzgerald, III and Dianna M. Fitzgerald vs.*
      *BP Exploration & Production, Inc. et al,*
      USDC, EDLA Civ. Act. No. 2:13-cv-00650, consolidated with
      *In Re: Oil Spill by the Oil Rig "Deepwater Horizon"*
      *in the Gulf of Mexico on April 20, 2010* (MDL No. 2179), and
      *Evanston Insurance Company vs. Down South Services, LLC, et al.*
      USDC, EDLA No. 2:14-cv-00859
      Our File No.: 12-470

Dear Ms. Barsanti:

    Our office is in receipt of your correspondence dated December 17, 2019 regarding the Pretrial Order No. 68 initial production of the documents Bates-stamped BP-B3-NFitzgerald_00000001-00020523 involving the decedent Nathan Fitzgerald in the above-referenced matter. As you are aware, the documents were produced through BP's vendor's FTP host site. The documents were contained within a .zip file available for download. After downloading, it became apparent that the production included 20,669 .tif (image) files (including several duplicates), 2 native (Excel) files, and 86 .txt files. Every single file within the .zip file was password protected by a 20-character "BP Production Password." This method of production made downloading and opening the documents extremely cumbersome. However, special software was utilized to apply the password to each of the 20,669 .tif files and combines the images into a single .pdf file for review.

    After beginning our initial review of these documents, it has become apparent that BP continues to engage in discovery tactics designed to add unnecessary complexity and inefficiency to the discovery process in this matter.[1] Our review of the documents indicates that an overwhelming majority of the documents produced are blank pages containing the phrase "Non-Responsive." In fact, a review of the documents Bates-stamped BP-B3-NFitzgerald_00000001-00001000 indicates that only 13 pages[2] of the first 1,000 pages of production actually involve Nathan Fitzgerald. Further, a review of the documents Bates-stamped BP-B3-NFitzgerald_00001001-00002000

---

1    See *Vinet v. BP Exploration & Production, Inc., et al.*, 2019 WL 3574294 (E.D. La. 18-9527, M.J. Wilkinson 8/6/19).

2    BP-B3-NFitzgerald_00000260, 261, 362, 364, 389, 391, 668, 679, 680, 765, 769, 876, and 899.

*Vanessa Barsanti*  December 26, 2019
*Kirkland & Ellis LLC*  Page 2 of 2

indicates that only 4 pages[3] of the second 1,000 pages involve Nathan Fitzgerald. Every other page within the documents Bates-stamped BP-B3-NFitzgerald_00001001-00002000 states "Non-Responsive."

In order to prevent the time wasting process of reviewing thousands of pages containing no responsive information, I ask that the documents Bates-stamped BP-B3-NFitzgerald_00001001-00020523 be reproduced by BP in a single pdf document without those pages which are entirely marked "Non-Responsive." Such a production will prevent the waste of attorney resources in moving this matter forward.

I ask that you provide the updated production on or before Friday, January 3, 2020. In the event the production is not provided in the requested simplified document format, our office will proceed with filing a Motion to Compel with Magistrate Judge Wilkinson.

We look forward to hearing from you. Should you have any questions or concerns, do not hesitate to contact us.

Very Truly Yours,

COREY E. DUNBAR
FOR THE FIRM

CED/

cc: William J. Fitzgerald, III
Katie Jakola (via email only *kjakola@kirkland.com*)
Matthew T. Regan (via email only *matthew.regan@kirkland.com*)
Don Haycraft (via email only dkhaycraft@liskow.com)
All B3 Plaintiffs' Counsel (via email only)

---

3   BP-B3-NFitzgerald_00001453, 1482, 1891, and 1914.