United States District Court

Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 27 2020

CAROL L. MICHEL
CLERK

Billy F. Larkin, et al,

Plaintiff,

10-md-02179 2(2)

V.                          File No. 2:99-cv-10295-CJB-JCW

Patrick Juneau, et al,       Motion To Access

Defendants.

      Comes Now The Plaintiff, Billy F. Larkin, Pro Se, And Respectfully Request The Court To Order The North Carolina Divisions Of Prisons To Allow The Plaintiff Access To The Courts Website, www.edla.uscourts.gov. In support of said motion, The Plaintiff submits The Following:

      The Court Denied Plaintiffs Motion For Appointment Of Counsel In Its 1-14-20 Order, And Stated "Plaintiff Has Not Shown That He Is Entitled To The Relief Requested.

      It Was Due To The Gross Mishandling Of The Plaintiffs Failed Business Economic loss Claim By The Defendant That Failed To Allow The Plaintiff To Show He Is Entitled To The Relief

TENDERED FOR FILING

JAN 27 2020

U.S. DISTRICT COURT

      Fee _____
      Process _____
  X  Dktd _____
      CtRmDep _____
      Doc. No. _____

Requested.

As A Layman Of Law In The Complexities Of Multi-District Litigation, The Plaintiff Is At A Severe Disadvantage.

At The Time Of Filing, Plaintiff Had No Idea The Court Would Consolidate This Complaint With MDL No. 2179, Nor That Plaintiff Was Subject To Pretrial Orders That Are A Decade Old.

Access To The Courts Website Will Allow The Plaintiff To Demonstrate Claims Of Disparate Impact In The Deepwater Horizon Economic And Property Damages Settlement Program, As Well As The Halliburton (HESI) And Transocean Punitive Damages And Assigned Claims Settlements.

In A Letter Dated 8-8-19, The Clerk Of The Court Denied Plaintiff Request For Paper Copies Of These Documents.

The Plaintiff Is Incarcerated And Not Allowed Access To Computers And The Complexities Of This Complaint Makes The Process Fundamentally Unfair To The Plaintiff Without Intervention Promptly By This Court, Who By Its 1-14-20 Order Will Dismiss Plaintiff's Claim For Failure To Show That He Is Entitled To The Requested Relief.

The Plaintiff request access to the Courts Website so as to read in re: Oil Spill By the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 so the Plaintiff can amend Plaintiffs Tag-Along Complaint.

Wherefore, the Plaintiff Pray this Court to order the North Carolina Division of Prisons to Allow Supervised access to the Courts Website to Better Aid the Plaintiff in his Quest for Justice in this matter.

This the 24th Day of January, 2020

*Billy F Larkin*

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC  27563

JANUARY 24, 2020

CLERK, U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

10 md2179 J(2)

RE. BILLY F. LARKIN ETAL V. PATRICK JUNEAU ETAL, NO. 19-10295

DEAR CLERK,

PLEASE FIND THE ENCLOSED MOTION TO ACCESS FOR FILING.

THANK YOU FOR YOUR USUAL, KIND COOPERATION.

Billy F Larkin

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

TENDERED FOR FILING

JAN 27 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.55°
02 1P
0000932486
MAILED FROM ZIP CODE 27563

OFFICE OF THE CLERK
U.S. DISTRICT COURT
ROOM C-151
500 POYDRAS STREET
NEW ORLEANS, LA 70130

7013 0600 0000 3867 0025

LEGAL MAIL

Eastern District of Louisiana Deputy Clerk

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION



02 1P
0000932486
MAILED FROM ZIP CODE 27563

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.000
JAN 24 2020