UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In re: Oil Spill by the Oil Rig**            **MDL NO. 2179**
**"Deepwater Horizon" in the Gulf**
**of Mexico, on April 20. 2010**                **Section J**

                                                        **JUDGE BARBIER**

## MOTION TO PERMIT DISCOVERY

NOW INTO COURT, through undersigned counsel, comes SUZETTE HINZE DESORMEAUX, who with respect represents:

1.

Suzette Hinze Desormeaux, hereinafter ("Suzette") and Ronald James Desormeaux ("Ronald") were married on August 11, 1979 and divorced on October 17, 2012.

2.

During the community property regime between the parties, Ronnie Desormeaux, LLC was formed and the parties each owned a 50% interest in the LLC.

3.

During the community property partition proceeding, Ronald failed to disclose the LLC's claims in this matter to the court-appointed valuation expert, Mr. Chris Rainey, CPA.

4.

After discovering that Ronne Desormeaux, LLC participated in the BP Claims process and received a substantial settlement, discovery was propounded on Ronald and the LLC to determine the value of Suzette's community property interest.

5.

In response to discovery, Ronald has filed a Motion for Protective Order and to Quash Subpoenas issued in the action entitled "*Ronald James Desormeaux vs. Suzette Hinze Desormeaux*", Docket Number C-20121161 J3 of the 15th Judicial District Court in and for the Parish of Lafayette, State of Louisiana. See Exhibit A.

6.

The basis for the request for protective order is the Confidentiality Order issued by this Court. Confidentiality Order, August 19, 2016, EFC 21518.

7.

Suzette makes the request to permit discovery as she has an ownership claim to a portion of the proceeds received by Ronnie Desormeaux, LLC and is being stonewalled by her ex-husband by his reliance on the Confidentiality Order in these proceedings.

8.

In accord with the Confidentiality Order, Suzette will notify any of her legal counsel, tax professionals and court-appointed valuation expert of the Confidentiality Order and have them sign an acknowledgement that they have been made aware of and are bound by said Confidentiality Order.

WHEREFORE, Movant, Suzette Hinze Desormeaux prays for an Order from this Court permitting her to move forward with discovery against her former spouse, Ronald J. Desormeaux and Ronnie Desormeaux, LLC concerning the LLC's application for and receipt of settlement proceeds in this matter.

Respectfully submitted,

s/Gregory J. Logan

_____
Gregory J. Logan (LA #23395) (T.A.)
ATTORNEY FOR SUZETTE HINZE
DESORMEAUX
The Logan Law Firm
Post Office Box 52704
Lafayette, LA  70505
Phone: (337) 406-9685
E-mail: greg@loganfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this date been served upon Ronald James Desormeaux, through his counsel of record, R. Shane McCormick, 412 W. University Avenue, Suite 202, Lafayette, LA 70506 (Telephone Number (337) 889-0529) via telefax to (337) 889-0525.

Lafayette, Louisiana, this _____ day of January, 2020.

s/Gregory J. Logan

_____
Gregory J. Logan (LA #23395) (T.A.)
ATTORNEY FOR SUZETTE HINZE
DESORMEAUX
The Logan Law Firm
Post Office Box 52704
Lafayette, LA  70505
Phone: (337) 406-9685
E-mail: greg@loganfirm.com