


| | |
|---|---|
| **RONALD JAMES DESORMEAUX** | **15TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO. 2012-1161-J3** |
| **SUZETTE HINZE DESORMEAUX** | **LAFAYETTE PARISH, LOUISIANA** |

## MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS

NOW INTO COURT, through undersigned counsel, comes **RONALD JAMES DESORMEAUX**, who seek a Protective Order under La. C.C.P. Art. 1426 based on the following:

1.

Made defendant-in-rule is **SUZETTE HINZE DESORMEAUX**, an individual of the full age of majority and domiciled in Lafayette Parish, Louisiana.

2.

On November 14, 2019, defendant-in-rule, **SUZETTE HINZE DESORMEAUX,** caused a Notices of Depositions with Subpoena Duces Tecum to be filed into the above referenced matter commanding **RONNIE DESORMEAUX LLC**, and/or an employee or representative of Ronnie Desormeaux, LLC to produce certain documents and accounts regarding a Deepwater Horizon Claim filed on behalf of **RONNIE DESORMEAUX LLC.** Exhibit A) **RONALD JAMES DESORMEAUX** opposes these subpoenas.

3.

**RONALD JAMES DESORMEAUX** is entitled to a Protective Order precluding production of the requested documents and an Order Quashing the Deposition due to the fact that a Confidentiality Order was signed by Honorable Judge Carl J. Barbier on August 19, 2016 forbidding all parties from releasing information regarding the Deepwater Horizon settlements unless specifically permitted in advance by Judge Barbier himself. (Exhibit 2)

1



EXHIBIT A

4.

Further, the FULL AND FINAL RELEASE, SETTLEMENT, AND COVENANT NOT TO SUE specifically states on its face that it is "EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS: SUBJECT TO CONFIDENTIALITY ORDER ISSUED August 19, 2016, PTO NO. 38, AND FRE 408.

5.

**RONALD JAMES DESORMEAUX** respectfully submits that should he comply with the Notices of Depositions with Subpoena Duces Tecum, he would be in direct violation of the above mentioned Confidentiality Order.

WHEREFORE, in light of the above, **RONALD JAMES DESORMEAUX** seeks a Protective Orders from this Court, and prays that **SUZETTE HINZE DESORMEAUX** be cited to appear in Court and provide testimony and other supporting evidence as to why the Notices at issue should not be quashed, why a protective order should not issue, and why all costs should not be cast against her.

Respectfully submitted,

_____
R. SHANE MCCORMICK
MCCORMICK LAW FIRM
412 W. University Ave. Suite 202
Lafayette, Louisiana 70506
(337) 889-0529 (Telephone)
(337) 889-0525 (Telefacsimile)

FILED THIS 18 DAY OF Dec, 20 19
TRUE COPY ATTEST LAFAYETTE, LA

_____
Deputy Clerk of Court

2

| | |
|---|---|
| RONALD JAMES DESORMEAUX | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO. 2012-1161-J3 |
| SUZETTE HINZE DESORMEAUX | LAFAYETTE PARISH, LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Protective Order and to Quash Subpoenas:

IT IS HEREBY ORDERED **SUZETTE HINZE DESORMEAUX** show cause, if any she can, on _February 10, 2020_ at _10:00_ a.m./p.m. as to why the Motion for Protective Orders and to Quash Subpoenas filed by **RONALD JAMES DESORMEAUX** should not be granted at her cost.

THUS DONE AND SIGNED this _18th_ day of _December_, 2019 at _____ Parish, State of Louisiana.

_____
JUDGE, 15TH JUDICIAL DISTRICT COURT

FILED THIS _18_ DAY OF _Dec_, 20_19_
TRUE COPY ATTEST LAFAYETTE, LA

_____
Deputy Clerk of Court



## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record to this proceeding by:

_____ Telefacsimile transmission;
_____ United States Mail, postage prepaid and properly addressed;
_____ Hand delivery
✓ Electronic Mail

Lafayette, Louisiana, this _16_ day of _Dec_____, 2019.

_____
R. Shane McCormick

**SHERIFF PLEASE SERVE:**

**Suzette Hinze Desormeaux**
Through her attorney of record
Gregory J. Logan
700 Jefferson Street
Lafayette, Louisiana 70501

FILED THIS _18_ DAY OF _Dec_____, 20_19_
TRUE COPY ATTEST LAFAYETTE, LA

_____
Deputy Clerk of Court

3

# THE LOGAN LAW FIRM

A LIMITED LIABILITY COMPANY
700 JEFFERSON ST.
LAFAYETTE, LOUISIANA 70501



GREGORY J. LOGAN

ADMITTED TO PRACTICE IN
LOUISIANA AND TEXAS

BOARD CERTIFIED ESTATE PLANNING
AND ADMINISTRATION SPECIALIST - LOUISIANA

MAILING ADDRESS
POST OFFICE BOX 52704
LAFAYETTE, LA 70505

TELEPHONE (337) 406-9685
E-MAIL: greg@loganfirm.com

November 14, 2019

Honorable Louis J. Perret                                                        Via Hand-Delivery
Lafayette Parish Clerk of Court
800 S. Buchanan St.
Lafayette, LA  70501

    Re:    Ronald James Desormeaux
            v. Suzette Hinze Desormeaux
            Docket No. 2012-1161-J3
            15th JDC, Lafayette Parish, LA

Dear Mr. Perret:

      Enclosed herewith for filing is a Notice of Deposition Pursuant to Articles 1442 of the Louisiana Code of Civil Procedure to be filed into the record of the above-captioned matter. Please issue a subpoena duces tecum for the following deposition:



1. Ronnie Desormeaux, LLC, through its Registered Agent, Ronnie Desoremeaux, 1331 Garber Rd., Broussard, Louisiana, to appear for a deposition on December 19, 2019 at 10:00 a.m. at the Office of Gregory J. Logan, The Logan Law Firm, 700 Jefferson St., Lafayette, LA 70501, to produce and testify with respect to the following:

    A. The name of the attorney, accountant, law firm or accounting firm which handled your claim in the Deepwater Horizon matter.

    B. A complete copy of all information pertaining to or regarding your claim in the Deepwater Horizon matter.

    C. A copy of all correspondence between you and your accounting expert who assisted in the preparation of the Deepwater Horizon Claim.

    D. A copy of the tax return for Ronnie Desormeaux, LLC for the period ended December 31, 2016.



FILED THIS 18 DAY OF Dec, 2019
TRUE COPY ATTEST LAFAYETTE, LA

_____
Deputy Clerk of Court

2019 NOV 14  PH 4:18
CLERK OF COURT
LAFAYETTE PARISH, LA.

**Ex 1**

Honorable Louis J. Perret
Lafayette Parish Clerk of Court
Page 2
November 14, 2019

    E. A copy of the tax return for Ronnie Desormeaux Construction, LLC for the period ended December 31, 2016.

    F. A copy of the tax return for Ronnie Desormeaux Construction, LLC for the period ended December 31, 2017.

    G. A copy of the tax return for Ronnie Desormeaux Construction, LLC for the period ended December 31, 2018.

    H. A copy of each of the settlement disbursements, whether by wire or check, received in connection with the settlement of your claim in the Deepwater Horizon matter.

    I. With respect to the Deepwater Horizon Claim, please produce any and all settlement statements prepared by your lawyer or accountant reflecting the total amount received and fees and expenses charged.

Enclosed herewith, please find our firm check in the amount of $125.00 to cover the costs associated with this subpoena. The subpoena is to be served by the Lafayette Parish Sheriff's Department.

I have, by copy of this letter, forwarded a copy of the Notice of Deposition of Ronnie Desormeaux, LLC to all counsel of record.

                                              Sincerely,

                                              Gregory J. Logan

GJL/rpl
Enclosures

cc:    Mr. R. Shane McCormick, Via E-Mail
       Client, via E-Mail

| | | |
|---|---|---|
| RONALD JAMES DESORMEAUX | * | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | * | DOCKET NO. 2012 1161 J3 |
| | * | c/w DOCKET NOS. 2012 5304 and 2013 1061 |
| SUZETTE HINZE DESORMEAUX | * | LAFAYETTE PARISH, LOUISIANA |

*RONALD JAMES DESORMEAUX* * 15TH JUDICIAL DISTRICT COURT
*VERSUS* * DOCKET NO. 2012 1161 J3
 * c/w DOCKET NOS. 2012 5304 and 2013 1061
*SUZETTE HINZE DESORMEAUX* * LAFAYETTE PARISH, LOUISIANA

**********************************************************************

## NOTICE OF DEPOSITION PURSUANT TO ARTICLE 1442 OF THE LOUISIANA CODE OF CIVIL PROCEDURE

TO:  Ronnie Desormeaux, LLC
     1331 Garber Rd.
     Broussard, LA  70518

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the deponents named below pursuant to Article 1442 commencing on the date and at the time and place listed below, and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are hereby notified to appear and take part as you may feel advisable.

| NAME | DATE AND TIME | PLACE |
|---|---|---|
| Ronnie Desormeaux, LLC* | December 19, 2019
10:00 a.m. | Office of Gregory J. Logan
The Logan Law Firm
700 Jefferson St.
Lafayette, LA  70501 |

*DEPONENT SHOULD BE AN EMPLOYEE OR REPRESENTATIVE OF RONNIE DESORMEAUX, LLC WHO CAN PRODUCE AND IS COMPETENT TO TESTIFY WITH RESPECT TO THE ITEMS REQUESTED ON THE ATTACHED SUBPOENA.

Respectfully submitted:

THE LOGAN LAW FIRM

By: _____
GREGORY J. LOGAN, (23395)
700 Jefferson St.
Post Office Box 52704
Lafayette, LA 70505
Telephone (337) 406-9685
Attorney for Suzette H. Desormeaux

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Deposition was this day forwarded via e-mail to R. Shane McCormick, Attorney for Ronald J. Desormeaux.

Lafayette, Louisiana, this /4/<sup>th</sup> day of November, 2019.

_____
GREGORY J. LOGAN

FILED THIS 18 DAY OF Dec, 20 19
TRUE COPY ATTEST LAFAYETTE, LA

_____
Deputy Clerk of Court

2019 NOV 14 PM 4:18
CLERK OF COURT
LAFAYETTE PARISH, LA.

FILED UNDER SEAL



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*            JUDGE BARBIER

## CONFIDENTIALITY ORDER

[Concerning Appointment of Neutrals and Settlement Documents and Discussions]

Mike Moore and Drake Martin are appointed as Neutrals to assist the Court in various settlement processes and resolution of remaining claims or lawsuits related to this multi-district litigation. Appointment of the Neutrals shall continue until further order of this Court; fees and expenses of the Neutrals shall be paid by BP.

Pursuant to the Court's inherent jurisdiction and Federal Rule of Evidence 408, every recipient of this Order shall treat as strictly confidential all drafts of all term sheets, release agreements, and communications regarding resolution of claims or lawsuits related to this multi-district litigation (including both the fact and substance of any discussions and any document prepared in connection therewith). Any person who has been shown any such documents and/or included in communications shall be bound to keep such information as private and disclosed to no one unless specifically permitted **in advance** by the undersigned. Documents related to settlement shall be deemed exempt under the Freedom of Information Act, 5 U.S.C. sec. 552, and any corresponding state open records acts absent good cause shown in this proceeding. **Any person found to be in violation of this order will be subject to imposition of sanctions.**

New Orleans, Louisiana, this 19th day of August, 2016.

FILED THIS 18 DAY OF Dec, 2019
TRUE COPY ATTEST LAFAYETTE, LA

_____
Deputy Clerk of Court

CARL J. BARBIER
United States District Judge

Ex 2