# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20. 2010 | MDL NO. 2179<br><br>Section J<br><br>JUDGE BARBIER |

## ORDER

The Motion to Permit Discovery filed by Suzette Desormeaux is hereby GRANTED.

IT IS ORDERED that Suzette Hinze Desormeaux may proceed with discovery against Ronald James Desormeaux and Ronnie J. Desormeaux, LLC and its Certified Public Accountants to obtain copies of any claim documents submitted to the Claims Administrator and to determine the amount of any proceeds received as a result of the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010.

IT IS FURTHER HEREBY ORDERED that any disclosure of any information covered by the Confidentiality to Suzette Hinze Desormeaux's representatives as necessary and that said representatives be made aware of the terms of the Confidentiality Order and sign an acknowledgment to be bound by said Order.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
CARL J. BARBIER
United States District Judge