# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J(2) |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

## DECLARATION OF MARIETTA EDMUNDS ZAKAS

1.  My name is Marietta Edmunds Zakas. I am over eighteen years of age and have knowledge of the facts based, in part, on company records.

2.  Since January 2018, I have been the Executive Vice President and Chief Financial Officer of Mueller Water Products, Inc. ("Mueller") and have served continuously in senior positions within Mueller since 2006. Mueller manufactures a broad range of products used in the distribution of drinking water and in water treatment facilities.

3.  In 2010, Mueller managed its operations through three business segments: Mueller Co., U.S. Pipe, and Anvil. The U.S. Pipe segment consisted primarily of a company called U.S. Pipe and Foundry Company, LLC ("USPF"). As of 2010, a wholly-owned subsidiary of Mueller called Mueller Group, LLC owned all of the membership interest in USPF, which owned a ductile iron foundry in Bessemer, Alabama.

4.  Mueller approved large capital expenditures for and conducted quarterly operation reviews of USPF, which included the Bessemer facility. Mueller also provided USPF with certain services such as tax, treasury and legal functions. Mueller's accounting and finance teams were responsible for consolidating USPF's results with all other components of Mueller financial results on a monthly basis. Relatedly, Mueller filed a single U.S. federal consolidated

income tax return containing all its subsidiaries, including USPF for at least the fiscal years 2008 through April 2012 (when USPF was divested).

5. During the period from at least 2008 through March 2012, USPF's president was an employee of Mueller and USPF's president reported directly to Mueller's CEO or COO.

6. Revenues from the sale of the products produced at the Bessemer facility were swept into accounts controlled by Mueller. This generally happened daily.

7. Accounts to pay expenses for the Bessemer facility, including paychecks for workers, were funded directly from Mueller's and/or Mueller Group, LLC's accounts.

8. On March 7, 2012, Mueller and Mueller Group agreed to sell their interest in USPF to USP Holdings, Inc. The sale was completed on April 2, 2012.

Signed under penalty of perjury, this 31st day of January 2020.

_____
Marietta Edmunds Zakas
EVP and CFO
Mueller Water Products, Inc.