# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J(2) |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

## DECLARATION OF LORI BROWNE

1. My name is Lori Browne. I am over eighteen years of age and have personal knowledge of the facts set forth herein.

2. I am the Executive Vice President and General Counsel of United States Pipe and Foundry Company, LLC ("U.S. Pipe"), which owns and operates a facility in Bessemer, Alabama. On April 15, 2016, the shareholders (the "Former Shareholders") of USP Holdings Inc. ("USP Holdings"), owner of 100% of the membership interests of U.S. Pipe, sold all of their shares in USP Holdings to Forterra Pipe & Precast, LLC. Forterra is now the sole shareholder of USP Holdings Inc., which in turn, is the sole member of U.S. Pipe.

3. U.S. Pipe has been in communication with the Former Shareholders through counsel regarding Claim ID 254194 by Mueller Water Products, Inc. ("Mueller") for the Bessemer facility. U.S. Pipe understands from such communications that BP has raised an issue regarding whether Mueller or U.S. Pipe is the proper claimant for the Bessemer facility.

4. In the event that the Claims Administrator or the Court determines that U.S. Pipe is the proper claimant for the Bessemer facility, U.S. Pipe is prepared to execute such documents as are appropriate to change the Claimant identification from Mueller to U.S. Pipe and to take

such other steps and submit such other documentation as may be necessary and appropriate to assure that the proper Claimant recovers for the Bessemer facility.

Signed under penalty of perjury, this 28th day of January 2020.

*[signature]*

Lori Browne
EVP & General Counsel
United States Pipe and Foundry Company, LLC