**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179** <br><br> **SECTION "J"** |
| **This Document Relates To:** <br> *No. 15-4143, 15-4146 & 15-4654* | **Judge Barbier** <br><br> **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

**REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR**

| **STATUS REPORT NO.** | **17** | **DATE** | **JANUARY 31, 2020** |
|---|---|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** **SECTION "J"** |
| **This Document Relates To:** *No. 15-4143, 15-4146 & 15-4654* | **Judge Carl Barbier** **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

**STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS'
OLD AND NEW CLASS CLAIMS ADMINISTRATOR
STATUS REPORT NO. 17 FILED JANUARY 31, 2020**

The Old and New Class Claims Administrator (the "Claims Administrator") for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements") submits this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

**I.     STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS**

**A.  Overview**

**Old Class**

As payments have continued to go out, the Settlements Program is focusing on following up on any uncashed or undeliverable checks as well as clearing out the last few hundred claims with issues preventing payment.

2

**New Class**

New Class Distribution A remains in active distribution with periodic supplemental distributions being issued. Real Property claims pending payment in New Class B Distribution remain in process as a large volume of appeals were received in December 2019.

    B.   **Claims Process**

**Old Class**

At this time the bulk of claims pending payment have unresolved issues with dissolved business alternate payee documentation, deceased claimant alternate payee documentation, deceased/non-responsive attorneys, unresolved DHEPDS claims, and a handful of unique circumstances still being handled through ongoing efforts by the Settlements Program with the claimant or claimant's representative, as applicable; these claims total approximately $1.1 million in aggregate payments for 386 Claimants. The Settlements Program has been concentrating on clearing these claims for payment, but issues like intervening local court jurisdiction, disagreements among heirs/former business partners, and non-responsiveness by the Claimants or counsel have hampered efforts. A final push to clear these claims is underway.

Check reissues have been taking place on a rolling basis at the request of Claimants, and the Settlements Program is working on uncashed and undeliverable check outreach as well.

**New Class**

New Class claims remain divided between the three administrative tracks.

(a) New Class Distribution A commenced on September 9, 2019, for non-Reserve status claims. Supplemental distributions are occurring on an ongoing basis, and claims held in relation to lien concerns, bankruptcy, deceased Claimants, dissolved businesses, or resolved Reserve status are being paid as part of these periodic distributions.

(b) New Class Distribution A claims that were part of the Reserve population continue working their way through the DHEPDS or Settlements Program appeals and/or Court Review processes. To the extent a Reserve claim becomes payable, it will be updated to eligible status and paid during the next distribution round.

(c) For New Class Distribution B Claims, eligibility/denial determinations are pending on 146 claims as deficiencies were still being resolved, primarily following a remand on appeal or Court review requiring further evaluation. Additionally, 476 claims are pending response deadlines and 982 claims are actively in Settlements Program appeal review or Court Review.

After Court Report 17 was filed, additional appeals continued to be received by the Settlements Program. At this time 939 claims from 41 Claimants have not been sent appeal determination letters. These appealed claims break down into the following statuses:

- 477 appealed claims have been reviewed by the Claims Administrator, but require additional mapping before the Settlement Program can issue an updated determination; these claims are all pending review with the mapping vendor at this time;
- 156 claims have decisions from the Claims Administrator and determination letters are in the process of being issued;
- 306 appealed claims relating to 29 unique claimants are pending a decision by the Claims Administrator; these claims required additional follow-up with the appealing party before a decision could be rendered.

After issuing decisions on 21 Court review requests since the last status report, 11 are currently pending with Chief Magistrate Judge Wilkinson for consideration. Additionally, 32 Court Review Requests are being prepared for transmission to the Court this week. The Settlements Program expects to receive additional Court Review Requests in the coming weeks, as there are nearly 380 claims with active Court review request deadlines pending at this time.

GIS mapping and the subsequent eligibility determinations that follow remain pending for less than 500 claims at this time, primarily as a result of additional appeals received or remanded for further review since the last Court Report was filed.

Given the quantity of additional appealed claims, the Settlements Program has been unable to establish a reserve population to allow for filing of the final motion for distribution in relation to New Class Distribution B. Endeavoring to establish a reserve value for the 1,604 claims with an active appeal, pending Court review, or that remain within a due process deadline would likely yield a holdback of reserve funds far in excess of the amount eventually needed to satisfy payment on these claims. An excessive reserve holdback would unduly reduce the payments to the Class as a whole and leave substantial residuary funds that require further administrative costs to be incurred for redistribution. This is inconsistent with the Claims

Administrator's goals of minimizing administrative costs and maximizing payments to the Class. Thus, it would be imprudent to incur costs to establish reserve calculations at this time given the scale and scope of the recently-filed appeals.

**Determinations and Distribution**

Payments pursuant to the Court-approved Old Class Distribution Model and the Court's Order approving the distribution will continue for the Old Class until such time as the Claims Administrator is satisfied that all payments that can be made have been made and that escheatment of the remaining funds is appropriate.

New Class Distribution A supplemental distributions will also continue to be issued in accordance with the Court's distribution approval Order.

Per Court Report 17, New Class Distribution B for Real Property claims was expected to commence in early 2020 in order to accommodate the significant number of claim appeals received at that point; given the additional influx of appeals, however, the final motion for distribution has been delayed but will be submitted to the Court as soon as setting a reserve value for Real Property claims that remain in progress can be done with a reasonable degree of accuracy. The Claims Administrator's goal of maximizing direct payments in this final round of distributions in order to minimize left over funds at the close of New Class Distribution B remains paramount. At this time the Claims Administrator estimates the additional appeals, inclusive of GIS mapping needed to make certain determinations, will take approximately two months to resolve at which point appeal determination notices may be mailed, response deadlines will run, and the motion for distribution relating to New Class Distribution B is planned to be filed.

## II.     CONCLUSION

The Claims Administrator respectfully submits this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information, the Claims Administrator is prepared to provide further details at the Court's request.

　　　　　　　　　　　　　　　　　　　　　 /s/ Patrick A. Juneau  
　　　　　　　　　　　　　　　　　　　　　PATRICK A. JUNEAU  
　　　　　　　　　　　　　　　　　　　　　OLD & NEW CLASS CLAIMS ADMINISTRATOR