UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010  <br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 2:13-CV-00650-CJB-JCW | *  <br>*  <br>*   MDL NO. 2179<br>*  <br>*   SECTION: J<br>*  <br>*   JUDGE BARBIER<br>*  <br>*   MAG. JUDGE WILKINSON<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF
B3 PLAINTIFF WILLIAM J. FITZGERALD, III'S
MOTION TO COMPEL
PROPER PTO 68 INITIAL DISCLOSURES FROM BP**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald, who respectfully move this Honorable Court for leave to file the attached Reply Memorandum in Support of B3 Plaintiff William J. Fitzgerald, III's Motion to Compel Proper PTO 68 Initial Disclosures from BP as BP has filed a response and a Declaration of Senior Discovery Counsel, which Plaintiffs seek to address.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR, L.L.C.
ATTORNEYS AT LAW

  /s/ Corey E. Dunbar
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of February, 2020.

         /s/ Corey E. Dunbar
         COREY E. DUNBAR