UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 2:13-CV-00650-CJB-JCW | *  <br> * <br> * MDL NO. 2179 <br> * <br> * SECTION: J <br> * <br> * JUDGE BARBIER <br> * <br> * MAG. JUDGE WILKINSON <br> * |

* * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF
B3 PLAINTIFF WILLIAM J. FITZGERALD, III'S
MOTION TO COMPEL
PROPER PTO 68 INITIAL DISCLOSURES FROM BP**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald, who respectfully move this Honorable Court for leave to file the attached Reply Memorandum in Support of B3 Plaintiff William J. Fitzgerald, III's Motion to Compel Proper PTO 68 Initial Disclosures from BP as BP has filed a response and a Declaration of Senior Discovery Counsel, which Plaintiffs seek to address.

On January 29, 2020, BP filed its opposition to Plaintiffs' Motion to Compel (Rec. Doc. 26224) confirming that BP's counsel conducted a page-by-page review of the 20,669 page production and redacted a majority of the pages before production to Plaintiffs. Despite its review, BP refuses to identify the unredacted pages in an attempt to cause unnecessary time and expenses by Plaintiffs' counsel (and all other B3 Plaintiffs' counsel) to locate the unredacted pages of the produced documents. In effect, BP argues that there is nothing wrong with hiding these "needles in the hay stack." As a result, Plaintiffs seek leave of court to address BP's opposition.

Accordingly, Plaintiffs respectfully request that this Court grant Plaintiffs leave of court to file the Reply Memorandum in Support of B3 Plaintiff William J. Fitzgerald, III's Motion to Compel Proper PTO 68 Initial Disclosures from BP.

        RESPECTFULLY SUBMITTED:

        PIVACH, PIVACH, HUFFT,
        THRIFFILEY & DUNBAR, L.L.C.
        ATTORNEYS AT LAW

        /s/ Corey E. Dunbar
        GEORGE PIVACH, II (10798)
        COREY E. DUNBAR (30144)
        8311 Highway 23, Suite 104
        Post Office Box 7125
        Belle Chasse, LA 70037
        Telephone: (504) 394-1870
        Facsimile: (504) 393-2553
        cdunbar@pivachlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of February, 2020.

        /s/ Corey E. Dunbar
        COREY E. DUNBAR