UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 2:13-CV-00650-CJB-JCW | *  <br>*  <br>*  MDL NO. 2179<br>*  <br>*  SECTION: J<br>*  <br>*  JUDGE BARBIER<br>*  <br>*  MAG. JUDGE WILKINSON<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF
B3 PLAINTIFF WILLIAM J. FITZGERALD, III'S
MOTION TO COMPEL
PROPER PTO 68 INITIAL DISCLOSURES FROM BP**

CONSIDERING the *Ex Parte* Motion for Leave to File Reply Memorandum in Support of B3 Plaintiff William J. Fitzgerald, III's Motion to Compel Proper PTO 68 Initial Disclosures from BP;

IT IS ORDERED that the *Ex Parte* Motion for Leave to File Reply Memorandum in Support of B3 Plaintiff William J. Fitzgerald, III's Motion to Compel Proper PTO 68 Initial Disclosures from BP is hereby GRANTED.

New Orleans, Louisiana, this ____ day of February, 2020.

_____
MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.