UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **Applies to: 12-cv-968: BELO** | **MAGISTRATE JUDGE WILKINSON** |

**Relates to:**

| 19-cv-12858 | 19-cv-12979 | 19-cv-12987 | 19-cv-12991 | 19-cv-13176 |
|---|---|---|---|---|
| 19-cv-12859 | 19-cv-12982 | 19-cv-12989 | 19-cv-13157 | 19-cv-13178 |
| 19-cv-12869 | 19-cv-12983 | 19-cv-12990 | 19-cv-13169 | 19-cv-13181 |

**THE BP PARTIES' FEBRUARY 1, 2020[1] STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
<u>CASE MANAGEMENT ORDER NO. 2</u>**

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on January 24, 2020. This report includes plaintiffs whose initial disclosures were due through January 25, 2020, and reflects the status of initial disclosures received as of 5 PM Eastern time on January 31, 2020.

This Status Report contains a list of cases in which plaintiffs provided no disclosures. There are no cases eligible for this Status Report in which plaintiffs provided deficient or

---

[1] The BP Parties are filing this Status Report on February 3, 2020, because February 1, 2020, is a Saturday.

incomplete disclosures. Pursuant to the First Amended CMO No. 2, the BP Parties on February 10, 2020 will submit a Status Report listing plaintiffs who failed to provide full and complete disclosures after having been ordered to do so by February 3, 2020, pursuant to the Court's January 7, 2020 Order (Rec. Doc. 26176) (i.e., "Category II" plaintiffs).

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| Nations Law Firm | 15 | 15 | 0 |
| **Total** | **15** | **15** | **0** |

I. **Category I**

  A. **Plaintiffs With Missing Initial Disclosures**

Pursuant to Section 2(B) of First Amended CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

|    | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 19-cv-12858 | Bielkiewicz, Craig Joseph, II | Nations Law Firm |
| 2. | 19-cv-12859 | Do, Hien Tuong | Nations Law Firm |
| 3. | 19-cv-12869 | Wilson, Donald Lee | Nations Law Firm |
| 4. | 19-cv-12979 | Klink, James Alan | Nations Law Firm |
| 5. | 19-cv-12982 | Sumlin, William | Nations Law Firm |
| 6. | 19-cv-12983 | Sellers, Lashundra Monice | Nations Law Firm |
| 7. | 19-cv-12987 | Nall, Jonathan Pate | Nations Law Firm |
| 8. | 19-cv-12989 | Bismillah, Patricia Williams | Nations Law Firm |
| 9. | 19-cv-12990 | Esteves, John Stephen | Nations Law Firm |
| 10. | 19-cv-12991 | Frederick, Allen Laurent, III | Nations Law Firm |
| 11. | 19-cv-13157 | Camardelle, Terri Lynn | Nations Law Firm |
| 12. | 19-cv-13169 | Nguyen, Lai | Nations Law Firm |
| 13. | 19-cv-13176 | Le, Ba Van | Nations Law Firm |
| 14. | 19-cv-13178 | Beckham, Kevin Deroy | Nations Law Firm |
| 15. | 19-cv-13181 | Duong, Thanh Van | Nations Law Firm |

  B. **Plaintiffs With Deficient Initial Disclosures**

There are no cases eligible for this Status Report in which plaintiffs have provided deficient or incomplete initial disclosures.

February 3, 2020                                  Respectfully submitted,

                                                                   */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

                  */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

                  */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

                  */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of February 2020.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                               */s/ Scott C. Seiler*
                                               Scott C. Seiler