UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *-NA-* | * | |
| | | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Before the Court is a Motion to Permit Discovery by Suzette Hinze Desormeaux ("Suzette"). (Rec. Doc. 26228).

According to her Motion, Suzette was married to Ronald James Desormeaux ("Ronald") from 1979 until 2012. Suzette claims that Ronnie Desormeaux, LLC ("the LLC") was formed during the community property regime, with Suzette and Ronald each owning a 50% interest in the LLC. Suzette further alleges that the LLC received a settlement payment as part of the *Deepwater Horizon* Economic and Property Damages Settlement Program and/or through the Court-Appointed Neutrals' process, both of which are overseen by this Court. In state court,[1] Suzette propounded discovery on Ronald and the LLC to determine the value of Suzette's interest in the settlement. Ronald responded by filing a Motion for Protective Order and to Quash Subpoenas in the State Court Proceeding, arguing that the settlement is subject to this Court's Confidentiality Order (*see* Rec. Doc. 21518). Suzette's

---

[1] *Ronald James Desormeaux v. Suzette Hinze Desormeaux*, No. 2012-1161-J3 c/w 2012-5304, 2013-1061 (15th JDC, Lafayette Parish, La.) (hereinafter, "the State Court Proceeding").

present Motion requests that the Court's Confidentiality Order be modified to permit her discovery in the State Court Proceeding.

The Court construes Suzette's Motion as seeking permissive intervention in this Multidistrict Litigation No. 2179 ("MDL") pursuant to Fed. R. Civ. P. 24(b) for the limited purpose of requesting relief from the Court's Confidentiality Order. Furthermore,

IT IS ORDERED that the Motion (Rec. Doc. 26228) is GRANTED and Suzette is permitted to intervene for the limited purpose of requesting relief from the Court's Confidentiality Order (Rec. Doc. 21518); and

IT IS FURTHER ORDERED that Suzette, Ronald, and the LLC (collectively, "the Parties") are hereby granted relief from this Court's Confidentiality Order (Rec. Doc. 21518), along with any other confidentiality order entered in this MDL, solely for purposes of participating in the State Court Proceeding, including responding to discovery in the State Court Proceeding; *provided*, however, that nothing in this Order shall be construed as permitting anyone to subpoena, depose, call as a witness, etc., the Court-Appointed Neutrals, the Claims Administrator for the Economic and Property Damages Settlement Program, the Court Supervised Settlement Program, or any employees or agents of same. Any documents that, absent this Order, would otherwise be subject to the Confidentiality Order shall be treated as "Confidential" and shall be protected from disclosure beyond the State Court Proceeding.[2] The Parties are permitted to share any information or

---

[2] Should these documents need to be filed into the record of the State Court Proceeding, the parties shall request that they be filed under seal.

2

documents obtained pursuant to this Order with their attorneys, accountants, or other persons engaged to assist them in the State Court Proceeding, but only to the extent necessary and relevant to the State Court Proceeding, and further provided that the recipient shall also protect such information and documents from disclosure to anyone outside the State Court Proceeding.

Signed in New Orleans, Louisiana, this 4th day of February, 2020.

_____
United States District Court