UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG     MDL No. 2179
     "DEEPWATER HORIZON" in the
     Gulf of Mexico on April 20, 2010

Applies to:                        JUDGE BARBIER
12-CV-968: BELO            MAG. JUDGE WILKINSON
AND
All BELO cases included in the attached lists.

## ORDER

Defense counsel has advised that plaintiffs in 15 BELO cases[1] have failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. Record Doc. No. 26233 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **MARCH 5, 2020**, plaintiffs in the attached lists must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT**, as to all of the listed cases in which plaintiffs produce full and complete disclosures in compliance with this order, the deadline by which the parties must submit their venue filing is extended to no later than **APRIL 6, 2020.**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in the individual cases in the attached lists.

New Orleans, Louisiana, this \_\_\_\_4th\_\_\_\_ day of February, 2020.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 1.  | 19-cv-12858 | Bielkiewicz, Craig Joseph, II | Nations Law Firm |
| 2.  | 19-cv-12859 | Do, Hien Tuong | Nations Law Firm |
| 3.  | 19-cv-12869 | Wilson, Donald Lee | Nations Law Firm |
| 4.  | 19-cv-12979 | Klink, James Alan | Nations Law Firm |
| 5.  | 19-cv-12982 | Sumlin, William | Nations Law Firm |
| 6.  | 19-cv-12983 | Sellers, Lashundra Monice | Nations Law Firm |
| 7.  | 19-cv-12987 | Nall, Jonathan Pate | Nations Law Firm |
| 8.  | 19-cv-12989 | Bismillah, Patricia Williams | Nations Law Firm |
| 9.  | 19-cv-12990 | Esteves, John Stephen | Nations Law Firm |
| 10. | 19-cv-12991 | Frederick, Allen Laurent, III | Nations Law Firm |
| 11. | 19-cv-13157 | Camardelle, Terri Lynn | Nations Law Firm |
| 12. | 19-cv-13169 | Nguyen, Lai | Nations Law Firm |
| 13. | 19-cv-13176 | Le, Ba Van | Nations Law Firm |
| 14. | 19-cv-13178 | Beckham, Kevin Deroy | Nations Law Firm |
| 15. | 19-cv-13181 | Duong, Thanh Van | Nations Law Firm |