## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** |
| | * | **SECTION: J** |
| This document relates to: | * * | |
| *Donovan v. Herman,* No.19-12014 | * * * | **HONORABLE CARL J. BARBIER** |
| | * * | **MAGISTRATE JUDGE WILKINSON** |

## MOTION TO DISMISS

**NOW INTO COURT** comes the undersigned, Defendant in the above-caption matter, and, in accordance with the Court's Order of January 17, 2020 [Rec. Doc. 26213], respectfully moves to dismiss the Complaint, pursuant to Rules 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons that follow:

I.

To the extent that Mr. Donovan seeks to assert claims on behalf of his clients, he lacks standing to do so.

II.

To the extent that Mr. Donovan seeks to assert his own claims, he **(i)** cannot state a cause of action as a matter of law, and **(ii)** has no Article III standing to do so.

III.

All of the claims which appear to be asserted in the Complaint are perempted under Louisiana Revised Statute 9:5605(a).

IV.

Most, if not all, of the claims which appear to be asserted are subject to defenses of waiver, estoppel, and/or *res judicata.*

V.

The claims purported to be set forth in the Complaint are simply not factually or legally supportable or plausible.

VI.

For these reasons, and for the reasons further stated in Defendant's Memorandum in Support of Motion to Dismiss,[1] Mr. Donovan's claims should be dismissed.

**WHEREFORE** the Court should dismiss the above-referenced action, with prejudice, at Plaintiff's cost.

This 5th day of February, 2020.

Respectfully submitted,

_____/s/ Stephen J. Herman_____
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhklawfirm.com

*Defendant*

---

[1] A preliminary motion to dismiss was previously filed on behalf of the undersigned in the Middle District of Florida, out of an abundance of caution, pending the outcome of the MDL Panel's ruling on Mr. Donovan's objection to the Panel's Conditional Transfer Order. *See* Rec. Doc. 11 [No.19-12014] (No.8:19-cv-00623-VMC-TGW (M.D.Fla. April 1, 2019)). This Motion is also respectfully incorporated by reference.

## Certificate of Service

I HEREBY CERTIFY that the above and foregoing Motion will be filed into the record using the Court's ECF electronic filing system, will be served *via* E-Mail upon Mr. Donovan, and will be served upon All Counsel *via* File & ServeXpress in accordance with Pre-Trial Order No. 12, this 5th day of February, 2020.

                                                                                /s/ Stephen J. Herman