UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION: J |
| This Document Relates To: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER MAG. JUDGE WILKINSON |
| JUSTICE DESIGN STUDIO, PC         Plaintiff, vs. BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.         Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:16-cv-5050 SECTION: J JUDGE BARBIER MAG. JUDGE WILKINSON |

ORDER

IT IS ORDERED, that the Motion for Leave to File Complaint of Intervention by Langston & Langston, PLLC, Plaintiff in Intervention, is GRANTED.

Signed on this the _____ day of February, 2020.

_____
United States District Judge