UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| of Mexico, on April 20, 2010 | ) | SECTION: J |
| | ) | |
| This Document Relates To: | ) | JUDGE BARBIER |
| *Pleading Bundle B1* | ) | |
| | ) | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| | ) | |
| JUSTICE GROUP, LLC | ) | Case No.: 2:16-cv-5041 |
|     Plaintiff, | ) | |
| | ) | SECTION: J |
| vs. | ) | |
| | ) | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., | ) | |
| BP AMERICA PRODUCTION COMPANY, | ) | MAG. JUDGE WILKINSON |
| and BP P.L.C. | ) | |
|     Defendants. | ) | |

ORDER

IT IS ORDERED, that the Motion for Leave to File Complaint of Intervention by Langston

& Langston, PLLC, Plaintiff in Intervention, is GRANTED.

Signed on this the _____ day of February, 2020.


_____
United States District Judge