UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J |
| This Document Relates To:<br>*Pleading Bundle B1* | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| WILLIAM RICHARDSON<br>    Plaintiff,<br><br>vs.<br><br>BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.<br>    Defendants. | Case No.: 2:16-cv-5454<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

ORDER

IT IS ORDERED, that the Motion for Leave to File Complaint of Intervention by Langston & Langston, PLLC, Plaintiff in Intervention, is GRANTED.

Signed on this the _____ day of February, 2020.

_____
United States District Judge