UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| Applies to: | * | SECTION: J(2) |
| 13-01583 (Tannin, Inc.) | | JUDGE BARBIER |
| 16-06391 (J. Peaceful, LC) | * | |
| 16-06379 (Gulf Shore Hospitality, LLC) | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are three Motions for Voluntary Dismissal with Prejudice filed by the plaintiffs in the referenced member cases. (Rec. Docs. 26225, 26238, 26239).

IT IS ORDERED that the Motions (Rec. Docs. 26225, 26238, 26239) are GRANTED, and all claims asserted by plaintiffs in Civil Action Nos. 13-01583, *Tannin, Inc. v. BP Expl. & Prod., Inc., et al.;* 16-06391, *J. Peaceful, L.C. v. BP Expl. & Prod., Inc., et al.*; and 16-06379, *Gulf Shore Hospitality, LLC v. BP Expl. & Prod., Inc., et al.* are DISMISSED WITH PREJUDICE.

This dismissal does not extend to any claim these plaintiffs timely filed with the Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Program.

New Orleans, Louisiana, this 5th day of February, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in each of the referenced member cases.**