Revised Case Caption

No. 18-31177

In re: Deepwater Horizon

----------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

                   Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

                   Defendants - Appellees

v.

CLAIMANT ID 100118552,

                   Claimant - Appellant

Case No. 18-31177

In re: Deepwater Horizon
---------------------------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

                Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

                Defendants - Appellees

v.

CLAIMANT ID 100118552; CLAIMANT ID 100282515,

                Claimants - Appellants

************************************************************

Consolidated with 19-30267

TURBO PUMP SERVICES, INCORPORATED,

                Plaintiff - Appellant

v.

PATRICK JUNEAU; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

                Defendants - Appellees

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-31177

**A True Copy**
**Certified order issued Feb 03, 2020**

In re: Deepwater Horizon

Tyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**

-----------------------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

v.

CLAIMANT ID 100118552; CLAIMANT ID 100282515,

    Claimants - Appellants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Consolidated with 19-30267

TURBO PUMP SERVICES, INCORPORATED,

    Plaintiff - Appellant

v.

PATRICK JUNEAU; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeals of Appellants Claimant ID 100282515 and Turbo Pump Services, Incorporated, are dismissed as of February 03, 2020, pursuant to the joint motion of the parties.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> *Dantrell Johnson*
>
> By: _____
> Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT