# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

February 03, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 18-31177, Consolidated with 19-30267
In re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970
USDC No. 2:10-MD-2179
USDC No. 2:18-CV-11118

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate ONLY as to the notice of appeal filed by Claimant ID 100282515 and the notice of appeal filed by Turbo Pump Services, Incorporated.

Case number 18-31177 remains open as to the notice of appeal filed by Claimant ID 100118552.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc w/encl:
    Mr. William Gray Chason
    Mr. J. David Forsyth
    Ms. Kristina Morgan Sanders Hofferber
    Mr. R. Stanton Jones
    Mr. James Andrew Langan
    Mrs. Kathryn Weatherly Munson
    Mr. Matthew Regan
    Mr. Devin Chase Reid
    Mr. John Robinson
    Mr. Richard C. Stanley

**P.S. to Counsel:** A revised copy of the caption is enclosed for future filings.