IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-31177

_____

In re: Deepwater Horizon
---------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

v.

CLAIMANT ID 100118552,

      Claimant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R:

    IT IS ORDERED that appellant's unopposed motion to view and obtain sealed documents is GRANTED.

    IT IS FURTHER ORDERED that appellant's unopposed motion to view unredacted documents is GRANTED.

Signed: 2-4-2020

                                                /s/ Catharina Haynes
                                                  CATHARINA HAYNES
                                      UNITED STATES CIRCUIT JUDGE