# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 04, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-31177    In re: Deepwater Horizon
                           USDC No. 2:10-MD-2179
                           USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

The court has considered the unopposed motion of Appellant Claimant ID 100118552 to view non-public and/or sealed material in the record on appeal, and unredacted documents. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Claimant ID 100118552 may obtain all ex parte documents *filed on behalf of* Claimant ID 100118552, and all other non ex parte documents in the record, and unredacted documents.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. William Gray Chason
Ms. Kristina Morgan Sanders Hofferber
Mr. R. Stanton Jones
Mr. James Andrew Langan
Ms. Carol L. Michel
Mr. Matthew Regan
Mr. Devin Chase Reid

**P.S. to Mr. Chason:** The non-public and/or sealed materials, and unredacted documents, from the record are for your review ONLY. The integrity of the documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.