UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 19-10295, Larkin, et al. v. Juneau, et al. | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion for Default Judgment (Rec. Doc. 26122) by pro se plaintiff Billy F. Larkin. Larkin's case has been consolidated with MDL 2179. Consequently, Larkin's case is stayed, and no answer or other response is due from defendants at this time. (*See* Pretrial Order No. 1 ¶ 8, Rec. Doc. 2). Accordingly,

IT IS ORDERED that the Motion for Default Judgment (Rec. Doc. 26122) is DENIED.

Also before the Court is Billy F. Larkin's "Motion to Access." (Rec. Doc. 26227). Larkin is incarcerated in North Carolina and, consequently, does not have access to a computer or the internet. Larkin's motion requests that the Court order the North Carolina Division of Prisons to allow Larkin to have supervised access to a computer and the Court's website.

IT IS ORDERED that the Motion to Access (Rec. Doc. 26227) is DENIED.

New Orleans, Louisiana, this 6th day of February, 2020.

_____
United States District Judge

**Note to Clerk: Mail a copy of this Order to Billy F. Larkin.**