## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: Nos. 16-5050, 16-5041, 16-5454 | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

### ORDER

Before the Court are three motions seeking to substitute William B. Price in place of Langston & Langston, PLLC as counsel for the plaintiffs in the referenced member cases. (Rec. Docs. 26107, 26108, 26110). The Clerk's Office marked these motions deficient apparently for not complying with Local Rule 83.2.11. Upon review, the Court has determined it will accept the motions.[1] Furthermore,

IT IS ORDERED that the Motions for Substitution of Counsel (Rec. Docs. 26107, 26108, 26110) are GRANTED. William B. Price is ENROLLED as counsel for the plaintiffs in the referenced member cases, and Shane F. Langston, Rebecca M. Langston, C. Justin Broome, and Kevin J. White of Langston & Langston, PLLC are WITHDRAWN as counsel for plaintiffs in the referenced member cases.

Also before the Court are three Motions for Leave to File Complaint of Intervention by Langston & Langston, PLLC, which claims a lien for attorney's fees

---

[1] Local Rule 83.2.11 requires that motions to substitute counsel be in the form of either a joint motion by outgoing and incoming counsel or a written motion served on opposing counsel and the client. The subject motions were filed by incoming counsel only. However, outgoing counsel subsequently filed a response stating that it did not object to the substitution. (Rec. Doc. 26114). In light of that response, the Court views the motions as substantially complying with the "joint motion" requirement.

against plaintiffs' recoveries in the referenced member cases. (Rec. Docs. 26265, 26266, 26267).

IT IS ORDERED that the Motions for Leave to File Complaint of Intervention (Rec. Docs. 26265, 26266, 26267) are GRANTED.

New Orleans, Louisiana, this 6th day of February, 2020.

_____
United States District Judge