UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXIO, ON APRIL 20, 2010 | * * * * | CASE NO. 2:10-md-02179 SECTION: J(2) |
| APPLIES TO: 11-01987, *PINELLAS MARINE SALVAGE, INC., ET AL V. KENNETH R. FEINBERG, ET AL* | * * * * * | JUDGE:  CJB MAGISTRATE JUDGE:  JCW |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

Considering the forgoing *Joint Motion to Withdraw and Substitute Counsel*:

**IT IS ORDERED** that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that David Pitofsky of the law firm Goodwin Procter, LLP, and Eric S. Adams of the law firm Shutts & Bowen, LLP appearances as counsel of record for Defendants, Kenneth R. Feinberg and Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility, are hereby withdrawn and attorneys Michael A. Patterson, Mark L. Barbre, J. Weston Clark, and Seth F. Lawrence of Long Law Firm, L.L.P., are hereby substituted as counsel of record for Defendants, Kenneth R. Feinberg and Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility.

DONE AND SIGNED, this _____ day of _____, 2020, at New Orleans, Louisiana.

_____
**UNITED STATES MAGISTRATE JUDGE**