UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG * | | CASE NO. 2:10-md-02179 |
| "DEEPWATER HORIZON" IN THE * | | |
| GULF OF MEXIO, ON APRIL 20, 2010 * | | SECTION: J(2) |
| * | | |
| APPLIES TO: * | | JUDGE: CJB |
| 11-02533, *SELMER M. SALVESEN* * | | |
| *V. KENNETH R. FEINBERG, ET AL* * | | MAGISTRATE JUDGE: JCW |
| * | | |

**************************************************************************

**JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, come Kenneth R. Feinberg, Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility, and William G. Green, to move this Court to allow David Pitofsky and William F. Sheehan of the law firm Goodwin Procter, LLP, and Eric S. Adams of the law firm Shutts & Bowen, LLP, to withdraw as counsel of record and substitute in their place Michael A. Patterson, Mark L. Barbre, J. Weston Clark, and Seth F. Lawrence of the Long Law Firm, L.L.P., 1800 City Farm Drive, Building 6, Baton Rouge, Louisiana 70806.

Respectfully submitted:

**LONG LAW FIRM, L.L.P.**

/s/ Michael A. Patterson
**MICHAEL A. PATTERSON** (#10373)
**MARK L. BARBRE** (#30385) -T.A.
**JOSEPH WESTON CLARK** (#37378)
**SETH F. LAWRENCE** (#38316)
1800 City Farm Drive, Building 6
Baton Rouge, Louisiana 70806
Telephone:   (225) 922-5110
Facsimile:    (225) 922-5105
map@longlaw.com
mlb@longlaw.com
wjc@longlaw.com

1

sfl@longlaw.com

**SHUTTS & BOWDEN, LLP**

/s/ Eric S. Adams
Eric S. Adams, Esquire
Florida Bar No. 0090476
100 S. Ashley Dr., Suite 1500
Tampa, Florida 33602
Telephone:(813) 227-8122
Facsimile: (813) 229-8901
eadams@shutts.com

**GOODWIN PROCTER, LLP**

/s/ William F. Sheehan
William F. Sheehan, Esquire
Goodwin Procter, LLP (Washington)
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202-346-4000
wsheehan@goodwinproctor.com
      *-and-*
David B. Pitofsky, Esquire
Goodwin Procter, LLP (New York)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8972
dpitofsky@goodwinprocter.com