UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon**" **in the Gulf of Mexico, on April 20, 2010** | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| **Applies to: 12-cv-968: BELO** | MAGISTRATE<br>JUDGE WILKINSON |

**Relates to:**

| | | | | |
|---|---|---|---|---|
| 19-12405 | 19-12506 | 19-12514 | 19-12610 | 19-12747 |
| 19-12406 | 19-12509 | 19-12599 | 19-12612 | 19-12763 |
| 19-12407 | 19-12511 | 19-12602 | 19-12629 | 19-12764 |
| 19-12504 | 19-12512 | 19-12603 | 19-12631 | |

**THE BP PARTIES' FEBRUARY 10, 2020 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2**

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. This Report includes plaintiffs previously listed on the January 3, 2020 Status Report (Rec. Doc. 26172) who failed to provide full and complete initial disclosures after having been ordered to do so by February 3, 2020 (Rec. Doc. 26176) (i.e., "Category II" plaintiffs), and whose cases have not been voluntarily dismissed. This Report reflects the status of initial disclosures received as of 5 p.m. ET on Friday, February 7, 2020.

## Summary Chart

| Plaintiffs' Counsel | Plaintiffs on List |
|---|---|
| The Nations Law Firm | 19 |
| **Total** | **19** |

## Category II Plaintiffs

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-12405 | Bui, Tuen Van | Nations Law Firm | No production |
| 2. | 19-12406 | Dockery, Mary White | Nations Law Firm | No production |
| 3. | 19-12407 | Peden, Sade Shante | Nations Law Firm | No production |
| 4. | 19-12504 | Byrd, Michael Allen | Nations Law Firm | No production |
| 5. | 19-12506 | Tatro, Kevin Wayne | Nations Law Firm | No production |
| 6. | 19-12509 | Holder, J. Ernest Randolph | Nations Law Firm | No production |
| 7. | 19-12511 | Kheng, Houng | Nations Law Firm | No production |
| 8. | 19-12512 | Le, Loan Ngoc | Nations Law Firm | No production |
| 9. | 19-12514 | Truong, Lang Van | Nations Law Firm | No production |
| 10. | 19-12599 | Bartlett, Robert Christopher | Nations Law Firm | No production |
| 11. | 19-12602 | Dao, James Bay Ngoc | Nations Law Firm | No production |
| 12. | 19-12603 | Franklin, Tyler Gervais | Nations Law Firm | No production |
| 13. | 19-12610 | Santiago, Catrina Denise | Nations Law Firm | No production |
| 14. | 19-12612 | Truong, Lang Vinh | Nations Law Firm | No production |
| 15. | 19-12629 | Bagley, Harold Wayne | Nations Law Firm | No production |
| 16. | 19-12631 | Lagreco, Troy Robert | Nations Law Firm | No production |
| 17. | 19-12747 | Vandenhurk, Michelle Lynn | Nations Law Firm | No production |
| 18. | 19-12763 | Strong, Harold John | Nations Law Firm | No production |
| 19. | 19-12764 | Bosler, Mark Owen, Jr. | Nations Law Firm | No production |

February 10, 2020

                                  Respectfully submitted,

                                  */s/ Scott C. Seiler*
                                Scott C. Seiler (Bar #19784)
                                Devin C. Reid (Bar #32645)
                                LISKOW & LEWIS
                                701 Poydras Street, Suite 5000
                                New Orleans, LA 70139
                                Telephone:  (504) 581-7979
                                Telefax:  (504) 556-4108

                                */s/ Kevin M. Hodges*
                                Kevin M. Hodges
                                WILLIAMS & CONNOLLY LLP
                                725 Twelfth Street, N.W.
                                Washington, D.C. 20005
                                Telephone:  (202) 434-5000
                                Telefax:  (202) 434-5029

                                */s/ Catherine Pyune McEldowney*
                                Catherine Pyune McEldowney
                                MARON MARVEL BRADLEY ANDERSON & TARDY LLC
                                1201 North Market Street, Suite 900
                                Wilmington, DE 19801
                                Telephone:  (302) 425-5177
                                Telefax:  (302) 425-0180

                                */s/ Georgia L. Lucier*
                                Georgia L. Lucier
                                HUNTON ANDREWS KURTH LLP
                                600 Travis Street, Suite 4200
                                Houston, TX 77002
                                Telephone: (713) 220-4200
                                Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of February, 2020.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ Scott C. Seiler*
Scott C. Seiler