UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig<br>  "Deepwater Horizon" in the Gulf<br>  of Mexico, on April 20, 2010 | ) <br> ) <br> ) <br> ) | MDL 2179 <br><br> SECTION J |
| This document Relates to:<br>*Pleading Bundle B1* | ) <br> ) <br> ) | JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |
| DAVID THOMAS, <br><br>     Plaintiff, <br><br> vs. <br><br> BP EXPLORATION & PRODUCTION, INC.,<br>BP AMERICA PRODUCTION COMPANY,<br>and BP P.L.C., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO.:  2:16-cv-5127 <br><br> SECTION J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

COMES NOW, Turner A. Rouse, Esquire, and files this his Notice of Appearance as counsel for William B. Price, a party in interest to the Complaint of Intervention filed in this cause.

RESPECTFULLY submitted this 11th day of February, 2020.

**THE PRICE LAW FIRM**

*/s/ Turner A. Rouse*
**TURNER A. ROUSE, Esq.**
Florida Bar No.:  109247
P. O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850) 763-0647
turner@thepricelawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and upon the counsel for Plaintiff, David Thomas, via electronic mail at shane@langstonlawyers.com on this 11th day of February, 2020.

                                        */s/ Turner A. Rouse*
                                        TURNER A. ROUSE