UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CASE NO. 2:10-md-02179 SECTION: J(2) |
| APPLIES TO: 11-01987, *PINELLAS MARINE SALVAGE, INC., ET AL V. KENNETH R. FEINBERG, ET AL* | * * * * * | JUDGE: CJB MAGISTRATE JUDGE: JCW |

**************************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings,

**IT IS HEREBY ORDERED** that Defendants, Kenneth R. Feinberg and Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility, be and is hereby granted an extension until Monday, March 30, 2020, to file pleadings in response to Pinellas Marine Salvage, Inc. and John Mavrogiannis' Complaint and Motion to Remand.

DONE AND SIGNED, this ___ day of _____, 2020, at New Orleans, Louisiana.

_____
**UNITED STATES MAGISTRATE JUDGE**