# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | CASE NO. 2:10-md-02179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | *    * | SECTION: J(2) |
| | * | |
| APPLIES TO: | * | JUDGE: CJB |
| 11-02533, *SELMER M. SALVESEN* | * | |
| *V. KENNETH R. FEINBERG, ET AL* | * | MAGISTRATE JUDGE: JCW |
| *FEINBERG, ET AL* | * | |
| | * | |

*********************************************************************************

## <u>ORDER</u>

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings,

**IT IS HEREBY ORDERED** that Defendants, Kenneth R. Feinberg, Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility, and William G. Green be and is hereby granted an extension until Monday, March 30, 2020, to file pleadings in response to Andrew J. Ditch's Complaint and Motion to Remand.

DONE AND SIGNED, this ___ day of _____, 2020, at New Orleans, Louisiana.

_____
**UNITED STATES MAGISTRATE JUDGE**