UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CASE NO. 2:10-md-02179<br><br>SECTION: J(2) |
| APPLIES TO:<br>13-06014, *ANDREW J. DITCH*<br>V. *KENNETH R. FEINBERG, ET AL* | * * * * | JUDGE: CJB<br><br>MAGISTRATE JUDGE: JCW |

**************************************************************************

## ORDER

Considering the forgoing *Joint Motion to Withdraw and Substitute Counsel*:

**IT IS ORDERED** that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Eric S. Adams of the law firm Shutts & Bowen, LLP appearance as counsel of record for Defendants, Kenneth R. Feinberg, Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility, and William G. Green, Jr., is hereby withdrawn and attorneys Michael A. Patterson, Mark L. Barbre, J. Weston Clark, and Seth F. Lawrence of Long Law Firm, L.L.P., are hereby substituted as counsel of record for Defendants, Kenneth R. Feinberg, Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility, and William G. Green, Jr.

DONE AND SIGNED, this _____ day of _____, 2020, at New Orleans, Louisiana.

_____
**UNITED STATES MAGISTRATE JUDGE**