UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE WILKINSON |
| BELO Cases identified below | * | |

## ORDER
**[Order to Show Cause re: BP's February 10, 2020 Status Report Pursuant to First Amended BELO CMO No. 2]**

BELO Case Management Order No. 1 requires BELO plaintiffs to provide the BP defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of February 10, 2020, the 19 BELO plaintiffs identified below failed to provide full and complete disclosures by the initial 90-day deadline, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. (Rec. Doc. 26308). Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that counsel for the 19 BELO plaintiffs identified below shall appear before the undersigned on Friday, February 21, 2020 at 9:30 a.m. and

**SHOW CAUSE** why these cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall file a written response by no later than Wednesday, February 19, 2020 at 5:00 p.m. Each law firm shall file a single response addressing the status of all its clients identified in this order. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO cases to which it pertains.

**NOTE:** No attorney may appear at the Show Cause Hearing unless they are enrolled as counsel of record in the individual case(s) corresponding to their client(s).

|     | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency (per BP's status report)** |
| --- | --- | --- | --- | --- |
| 1.  | 19-12405 | Bui, Tuen Van | Nations Law Firm | No production |
| 2.  | 19-12406 | Dockery, Mary White | Nations Law Firm | No production |
| 3.  | 19-12407 | Peden, Sade Shante | Nations Law Firm | No production |
| 4.  | 19-12504 | Byrd, Michael Allen | Nations Law Firm | No production |
| 5.  | 19-12506 | Tatro, Kevin Wayne | Nations Law Firm | No production |
| 6.  | 19-12509 | Holder, J. Ernest Randolph | Nations Law Firm | No production |
| 7.  | 19-12511 | Kheng, Houng | Nations Law Firm | No production |
| 8.  | 19-12512 | Le, Loan Ngoc | Nations Law Firm | No production |
| 9.  | 19-12514 | Truong, Lang Van | Nations Law Firm | No production |
| 10. | 19-12599 | Bartlett, Robert Christopher | Nations Law Firm | No production |
| 11. | 19-12602 | Dao, James Bay Ngoc | Nations Law Firm | No production |
| 12. | 19-12603 | Franklin, Tyler Gervais | Nations Law Firm | No production |
| 13. | 19-12610 | Santiago, Catrina Denise | Nations Law Firm | No production |
| 14. | 19-12612 | Truong, Lang Vinh | Nations Law Firm | No production |
| 15. | 19-12629 | Bagley, Harold Wayne | Nations Law Firm | No production |
| 16. | 19-12631 | Lagreco, Troy Robert | Nations Law Firm | No production |
| 17. | 19-12747 | Vandenhurk, Michelle Lynn | Nations Law Firm | No production |
| 18. | 19-12763 | Strong, Harold John | Nations Law Firm | No production |
| 19. | 19-12764 | Bosler, Mark Owen, Jr. | Nations Law Firm | No production |

New Orleans, Louisiana, this 11th day of February, 2020.

_____
United States District Judge

3