# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | CASE NO. 2:10-md-02179 | |
| "DEEPWATER HORIZON" IN THE | * | | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION: J(2) | |
| | * | | |
| APPLIES TO: | * | JUDGE:  CJB | |
| 13-06014, *ANDREW J. DITCH* | * | | |
| *V. KENNETH R. FEINBERG, ET AL* | * | MAGISTRATE JUDGE:  JCW | |
| | * | | |

**************************************************************************

## ORDER

Considering the forgoing *Joint Motion to Withdraw and Substitute Counsel*:

**IT IS ORDERED** that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Eric S. Adams of the law firm Shutts & Bowen, LLP

appearance as counsel of record for Defendants, Kenneth R. Feinberg, Feinberg Rozen, LLP, d/b/a

Gulf Coast Claims Facility, and William G. Green, Jr., is hereby withdrawn and attorneys Michael

A. Patterson, Mark L. Barbre, J. Weston Clark, and Seth F. Lawrence of Long Law Firm, L.L.P.,

are hereby substituted as counsel of record for Defendants, Kenneth R. Feinberg, Feinberg Rozen,

LLP, d/b/a Gulf Coast Claims Facility, and William G. Green, Jr.

New Orleans, Louisiana this 11th day of February, 2020.


_____

United States District Judge