UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| Applies to: | * | **JUDGE BARBIER** |
| *11-02533, Salvesen v. Feinberg, et al.* | | |
| *11-01987, Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.* | * | **MAG. JUDGE WILKINSON** |
| *13-06014, Ditch v. Feinberg, et al.* | | |
| | * | |
| | * | |

## ORDER

Before the Court are three Motions for Extension of Time to File Responsive Pleadings by the defendants in the referenced member cases. (Rec. Docs. 26312, 26314, 26316).

IT IS ORDERED that the Motions are GRANTED.

IT IS FURTHER ORDERED that the defendants in the referenced member cases are hereby granted an extension up to and including Monday, March 30, 2020, to file (1) a response to Brian Donovan's Motions to Remand (Rec. Docs. 4574, 4575, 12708) and (2) an answer, motion to dismiss, or other response to the complaints in the referenced member cases.

IT IS FURTHER ORDERED that Brian Donovan is granted an extension up to and including Monday, April 13, 2020, to file (1) a reply in support of his Motions to Remand and (2) a response to any motion to dismiss that may be filed regarding the referenced member cases.

2

IT IS FURTHER ORDERED that the defendants in the referenced member cases are granted an extension up to and including Monday, April 20, 2020, to file a reply in support of any motion to dismiss that they may file regarding the referenced member cases.

The deadlines in the Court's Order of January 17, 2020 (Rec. Doc. 26213) remain unchanged with respect to member case No. 19-12014, *Donovan v. Herman*.

New Orleans, Louisiana, this 11th day of February, 2020.

                                                                                _____
                                                                                     United States District Judge