UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| Applies to: | JUDGE BARBIER |
| C.A. No. 13-00650 | MAG. JUDGE WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the record)

MOTION:   Plaintiffs' Motion to Compel Proper PTO 68 Initial Disclosures from BP, Record Doc. No. 26192

O R D E R E D:

 XXX : DENIED. The first amendment to Pretrial Order No. 68 required that

> BP shall produce documents and information to pro se B3 Plaintiffs by FTP (file transfer protocol) or another method as may [be] appropriate. Pro Se B3 Plaintiffs shall contact Frank Sramek at Kirkland & Ellis LLP (pto68productions@kirkland.com) to provide an email address where an FTP link to the production can be sent or to coordinate an alternative production method. For B3 Plaintiffs who are represented by counsel, counsel for the B3 Plaintiffs should contact Frank Sramek at Kirkland & Ellis LLP (pto68productions@kirkland.com) to coordinate the production. Both BP and the B3 Plaintiffs shall produce documents and information in litigation-ready format, including a document production load file, TIFF image files, text files, Excel files in native format, and Bates numbered pages, as set forth in Exhibit C attached hereto.

Record Doc. No. 26077 at pp. 2–3 (emphasis omitted). BP's manner of production appears to comply with this order. The scope and nature of the production are simply part and parcel of cases of this sort. Plaintiffs' difficulties in dealing with the production could and should have been resolved by good-faith discussions with the designated BP representative, as contemplated by Pretrial Order No. 68 as amended and Fed. R. Civ. P. 37(a)(1).

New Orleans, Louisiana, this ___12th___ day of February, 2020.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE