```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4   ****************************************************************

 5
     IN RE: OIL SPILL BY THE
 6   OIL RIG DEEPWATER HORIZON
     IN THE GULF OF MEXICO ON
 7   APRIL 20, 2010

 8
                              CIVIL ACTION NO. 10-MD-2179 "J"
 9                            NEW ORLEANS, LOUISIANA
                              WEDNESDAY, JANUARY 8, 2020, 8:00 A.M.
10

11
     THIS DOCUMENT RELATES TO
12   12-CV-968 AND ALL BELO
     CASES
13
     ****************************************************************
14

15
               TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
16              HEARD BEFORE THE HONORABLE CARL J. BARBIER
                       UNITED STATES DISTRICT JUDGE
17

18

19   APPEARANCES:

20

21   FOR THE PLAINTIFFS:    THE NATIONS LAW FIRM
                            BY:  ALBERTUS F. WIESEDEPPE, ESQUIRE
22                          9703 RICHMOND AVENUE, SUITE 200
                            HOUSTON TX 77042
23

24

25   (APPEARANCES CONTINUED)

                              OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 4    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
 5    BP CORPORATION NORTH
      AMERICA INC.,
 6    BP EXPLORATION &
      PRODUCTION INC.,
 7    BP HOLDINGS NORTH
      AMERICA LIMITED,
 8    BP PRODUCTS NORTH
      AMERICA INC.:            LISKOW & LEWIS
 9                             BY:  R. KEITH JARRETT, ESQUIRE
                               ONE SHELL SQUARE
10                             701 POYDRAS STREET
                               SUITE 5000
11                             NEW ORLEANS, LA   70139

12

13                             WILLIAMS & CONNOLLY
                               BY:  KEVIN M. HODGES, ESQUIRE
14                             725 12TH ST., N. W.
                               WASHINGTON, DC   20005
15

16

17    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
18                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B-275
19                               NEW ORLEANS, LA   70130
                                 (504) 589-7779
20                               Cathy_Pepper@laed.uscourts.gov

21
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
22    PRODUCED BY COMPUTER.

23

24

25

                              *OFFICIAL TRANSCRIPT*
```

1 **I N D E X**

3 <u>PAGE</u>

5 SHOW CAUSE ORDER, WHICH IS RECORD DOCUMENT 26143,
6 ISSUED ON DECEMBER 12, 2019, DIRECTED TO 18 SPECIFIC
7 BELO PLAINTIFFS...................................... 4
8 19-01268, RODNEY JOSEPH DUFRENE...................... 5
9 19-11523, GENE AUTRY BESS............................ 6
10 19-11565, STANLEY EARL SCOTT......................... 6
11 19-11640, TONYA MARIA WINN........................... 6
12 19-11737, DEREK JOHN BILLIOT......................... 6
13 19-11758, OCTAVIAS SHANTEL SMITH..................... 6
14 19-11821, EMMETT JASON BENNETT....................... 6

*OFFICIAL TRANSCRIPT*

|  |  |
|---|---|
| | **P-R-O-C-E-E-D-I-N-G-S** |
| 07:56:41 2 | WEDNESDAY, JANUARY 8, 2020 |
| 07:56:41 3 | M O R N I N G   S E S S I O N |
| 07:58:42 4 | (COURT CALLED TO ORDER) |

07:58:42 5

07:59:35 6

08:05:07 7    THE DEPUTY CLERK:  All rise.

08:05:07 8    THE COURT:  Good morning, everyone.  All right.  Take
08:05:11 9 up that show cause hearing first.

08:05:14 10   THE DEPUTY CLERK:  MDL 2179, In Re: Oil Spill by the
07:57:28 11 Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20,
07:57:37 12 2010, Relating to 12-968 and BELO cases.

08:05:27 13   THE COURT:  All right.  This matter is here this
08:05:31 14 morning, again, for a show cause hearing that pertains to the
08:05:40 15 Court's Show Cause Order, which is Record Document 26143,
08:05:44 16 issued on December 12, 2019, directed to 18 specific BELO
08:05:55 17 plaintiffs who were alleged by BP as not complying with the
08:06:02 18 Case Management Order Number 1 requirement that they furnish
08:06:08 19 complete and full disclosures within an initial 90-day
08:06:12 20 deadline, and these claimants also had been granted a previous
08:06:17 21 extension by Judge Wilkinson and had again failed to comply.
08:06:23 22 There has been a written response.

08:06:27 23         I think these are all represented by The Nations
08:06:30 24 Law Firm?

08:06:31 25   MR. WIESEDEPPE:  Yes, Your Honor.

*OFFICIAL TRANSCRIPT*

```
08:06:31   1              THE COURT:  You are here on behalf of Nations?
08:06:33   2              MR. WIESEDEPPE:  Yes, Bud Wiesedeppe on behalf of
08:06:35   3   The Nations Law Firm.
08:06:35   4              THE COURT:  What?
08:06:36   5              MR. WIESEDEPPE:  Bud Wiesedeppe from The Nations Law
08:06:37   6   Firm.
08:06:37   7              THE COURT:  Stand up when you speak, please.  Are you
08:06:41   8   of record, sir?
08:06:42   9              MR. WIESEDEPPE:  I am, yes, Your Honor.
08:06:45  10   Albertus Wiesedeppe.
08:06:45  11              THE COURT:  W-I-E-S-E-D-E-P-P-E?
08:06:49  12              MR. WIESEDEPPE:  Yes, Your Honor.
08:06:49  13              THE COURT:  Okay.  So, as I understand it, your firm or
08:07:01  14   you state that six of the -- actually, there is a total of 19
08:07:06  15   plaintiffs, because there was one additional claimant, BELO
08:07:11  16   Case Number 19-01268, Rodney Joseph Dufrene, to which we issued
08:07:24  17   an order as to that claimant also.
08:07:28  18              Anyway, with respect to the 19 claimants, you
08:07:35  19   state that six are compliant and should not be dismissed, and
08:07:42  20   we can list those, of course.  The other 13, I think you've
08:07:47  21   already dismissed, actually, right?
08:07:49  22              MR. WIESEDEPPE:  That's correct, Your Honor.
08:07:50  23              THE COURT:  For failure to prosecute.  Okay.
08:07:54  24                All right.  So, thank you.
08:07:56  25                Let me ask Mr. Hodges if he has any issue with
```

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 08:08:00 | 1 | that?  Are we all in agreement here on these? |
| 08:08:04 | 2 | MR. HODGES:  Good morning, Your Honor.  Yes, we do |
| 08:08:06 | 3 | agree. |
| 08:08:06 | 4 | THE COURT:  Okay.  So, that being the case, I don't |
| 08:08:09 | 5 | need to dismiss anybody because they've already been dismissed. |
| 08:08:12 | 6 | The 13 claimants have been dismissed. |
| 08:08:16 | 7 | So, the ones who are not being dismissed because |
| 08:08:20 | 8 | they are now compliant are the following:  19-11523, |
| 08:08:26 | 9 | Gene Autry Bess; 19-11565, Stanley Earl Scott; 19-11640, |
| 08:08:39 | 10 | Tonya Maria Winn; 19-11737, Derek John Billiot; 19-11758, |
| 08:08:49 | 11 | Octavias Shantel Smith; and the sixth one is 19-11821, |
| 08:08:56 | 12 | Emmett Jason Bennett.  So, those are not dismissed. |
| 08:09:01 | 13 | Okay.  So, that takes care of the Show Cause |
| 08:09:03 | 14 | Order. |
| | 15 | (WHEREUPON, at 8:09 a.m., the proceedings were |
| | 16 | concluded.) |
| | 17 | *   *   * |
| | 18 | REPORTER'S CERTIFICATE |
| | 19 | I, Cathy Pepper, Certified Realtime Reporter, Registered |
| | 20 | Merit Reporter, Certified Court Reporter in and for the State of Louisiana, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby |
| | 21 | certify that the foregoing is a true and correct transcript to the best of my ability and understanding from the record of the |
| | 22 | proceedings in the above-entitled and numbered matter. |
| | 23 | *s/Cathy Pepper* |
| | 24 | Cathy Pepper, CRR, RMR, CCR
Official Court Reporter
United States District Court |
| | 25 | Cathy_Pepper@laed.uscourts.gov |

***OFFICIAL TRANSCRIPT***