United States District Court

Eastern District of Louisiana

Billy F. Larkin, et al.,
Plaintiff,

v.

File No: 2-19-CV-10295-CTB-JCW

Patrick Juneau, et al.,
Defendants.

Notice of Appeal

Notice is hereby given that the Plaintiff, Billy F. Larkin, Pro Se in the above-style complaint appeals to the United States Court of Appeals for the Fifth Circuit from the Order Issued 1-14-19 by U.S. District Judge Carl Barbier denying Plaintiff's motions and staying Plaintiff's complaint.

Plaintiff seeks leave of the Court to file this Notice of Appeal as Indigent.

This the 23rd Day of January, 2020,

*Billy F Larkin*

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NC 27563

CARKIN, BILLY F. # 0440312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

02 1P $000.55°
0000932486
MAILED FROM ZIP CODE 27563

FIFTH CIRCUIT COURT OF APPEALS
FEDERAL BUILDING
600 S. MAESTRI PLACE
NEW ORLEANS, LA. 70130

7013 0830 3414 C027

LEGAL MAIL

