UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>No. 12-970 | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Claimant ID 100243047, Claim ID 254194 | |

**CLAIMANT ID 100243047's UNOPPOSED MOTION FOR LEAVE TO FILE A SURREPLY BRIEF IN OPPOSITION TO BP'S MOTION TO STRIKE CLAIMANT ID 100243047's MOTION TO CLARIFY, ALTER, OR AMEND THE COURT'S OCTOBER 3, 2018 ORDER**

JEFFREY W. WILLIS
MICHAEL L. EBER
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1604
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
Email: jwillis@rh-law.com

*Counsel for Claimant ID 100243047*

Claimant ID 100243047 ("Mueller Water Products, Inc." or "Mueller") moves for leave to file a two-and-a-half-page surreply brief in opposition to BP's motion to strike. The proposed brief (attached to this motion) is necessary to correct inaccuracies in BP's reply brief and to address a new argument to which Mueller has not had a fair opportunity to respond. BP does not oppose Claimant's motion for leave to file a surreply provided BP has an opportunity to respond to the surreply. Claimant does not oppose such a right to respond by BP.

BP's reply brief makes a new argument that Mueller cannot (if necessary) change the claimant to United States Pipe & Foundry Company, LLC ("USPF") because, according to BP, USPF has assigned that claim to another company. Reply Br. at 10. Previously, BP had said the validity of that assignment was "irrelevant" and that its validity "does not matter" to resolving BP's motion. Br. at 7. Now, BP *relies* on the validity of that assignment in support of its motion. Mueller requests leave to file a surreply in order to correct BP's description of the relevant transactions and explain that the validity of the assignment is a significant question for the Claims Administrator to decide in the first instance.

BP's reply brief also suggests that Mueller and Forterra failed to disclose the assignment to the Court. Reply Br. at 10. As explained in the proposed surreply brief, Mueller did not address the assignment because it agreed with BP that the assignment did not matter to the issues to be decided by the Court.[1]

Respectfully submitted, this 12th day of February, 2020.

> */s/ Jeffrey W. Willis*
> Jeffrey W. Willis
> Georgia Bar No. 766575

---

[1] The Court's order instructing Mueller to respond to BP's motion to strike indicated that the Court would be deciding BP's motion without oral argument. Doc. 26171. For that additional reason, Mueller found it necessary to supplement its brief before the Court makes its decision.

Michael L. Eber
Georgia Bar No. 859338
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1604
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
Email: jwillis@rh-law.com
         meber@rh-law.com

*Counsel for Claimant ID 100243047*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2020, I filed and served the foregoing by Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Court for the Eastern District of Louisiana thereby effecting service on all counsel of record.

>*/s/ Jeffrey W. Willis*
>Jeffrey W. Willis
>Georgia Bar No. 766575
>ROGERS & HARDIN LLP
>2700 International Tower
>Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1604
>Telephone:  (404) 522-4700
>Facsimile: (404) 525-2224
>Email: jwillis@rh-law.com
>
>*Counsel for Claimant ID 100243047*