# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

## MOTION FOR LEAVE TO FILE RESPONSE TO CLAIMANT'S SUR-REPLY BRIEF IN SUPPORT OF BP'S MOTION TO STRIKE CLAIMANT ID 100243047's "MOTION TO CLARIFY, ALTER, OR AMEND THE COURT'S OCTOBER 3, 2018 ORDER"

Late yesterday, Claimant filed a request for leave to file a sur-reply supporting Claimant's Opposition to BP's Motion to Strike Claimant's Motion to Clarify, Alter, or Amend the Court's October 3, 2018 Order. In that filing, Claimant represented that, in the event leave to file their sur-reply is granted, Claimant would not oppose BP's filing a response. This response is necessary to address the new declaration attached to Claimant's sur-reply. BP's proposed, brief response is attached hereto.

Accordingly, in the event the Court is inclined to grant Claimant's motion for leave to file the pending sur-reply, BP requests leave to file a concise response, attached hereto, addressing Claimant's arguments.

February 13, 2020                                      Respectfully submitted,

*/s/ Devin C. Reid*
Devin C. Reid (Bar #32645)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Kristopher S. Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Christopher W. Keegan
Ashley Littlefield
Anna Terteryan
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company, BP Exploration & Production Inc., and BP p.l.c.*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of February, 2020.

                                            */s/ Devin C. Reid*
                                            Devin C. Reid