UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

## ORDER

Considering BP Exploration and Production Inc., BP America Production Company, and BP p.l.c.'s Motion for Leave to File a Response to Claimant's Sur-Reply Memorandum;

IT IS ORDERED that the Motion is GRANTED and the Response to Claimant's Sur-Reply Memorandum is hereby filed into the record of the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE