UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: Oil Spill by the Oil Rig**            **MDL No. 2179**
       **"Deepwater Horizon"**
       **in the Gulf of Mexico,**
       **on April 20, 2010**            **SECTION: J**

**This Document Relates to:**
*Donovan v. Herman*            **JUDGE BARBIER**
**2:19-cv-12014**            **MAG. JUDGE WILKINSON**

_____/

## PLAINTIFF'S MOTION TO REMAND

Plaintiff, Brian J. Donovan, on behalf of himself, his clients, and all others similarly situated, hereby files his Motion to Remand for the reasons set out in the Memorandum of Law in Support of Plaintiff's Motion to Remand filed concurrently herewith.

DATED: February 19, 2020            Respectfully submitted,

           **/s/ Brian J. Donovan**
           Brian J. Donovan
           Attorney for Plaintiffs
           Florida Bar No. 143900
           3102 Seaway Court, Suite 304
           Tampa, FL 33629
           Tel: (352)328-7469
           BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of February, 2020.

                                                     **/s/ Brian J. Donovan**
                                                   Brian J. Donovan
                                                   Attorney for Plaintiffs
                                                   Florida Bar No. 143900
                                                   3102 Seaway Court, Suite 304
                                                   Tampa, FL 33629
                                                   Tel: (352)328-7469
                                                   BrianJDonovan@verizon.net