UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to:<br>*No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## **ORDER**

IT IS ORDERED that Mueller Water Products, Inc.'s Motion for Leave to File a Sur-Reply Brief (Rec. Doc. 26327) is GRANTED.

IT IS ORDERED that BP's Motion for Leave to File Response (Rec. Doc. 26328) is GRANTED.

New Orleans, Louisiana, this 19th day of February, 2020.

_____
United States District Judge