UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL 2179<br><br>SECTION: J(2) |
| Applies to: 12-cv-968, BELO ) ) | JUDGE BARBIER |
| AND ) ) | MAG. JUDGE WILKINSON |
| BELO Cases identified below ) | |

## NATIONS RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, The Nations Law Firm and respectfully files its Response to the Court's Order to Show Cause re: BP's February 10, 2020 Status Report Pursuant to First Amended BELO CMO No. 2 (Rec. Doc. 26317). The following plaintiffs, identified in BP's status report (Rec.Doc. 26308), have provided full and complete disclosures and should not be dismissed:

| | Docket Number | Plaintiff | Delivery of Signed PPF Originals to BP | Delivery of PPF Documents Via Drop Box | Tracking Number |
|---|---|---|---|---|---|
| 1 | 19-12406 | Dockery, Mary White | 2/13/2020 | 2/11/2020 | 7777 4182 2716 |
| 2 | 19-12407 | Peden, Sade Shante | 2/13/2020 | 2/11/2020 | 7777 4182 2716 |
| 3 | 19-12512 | Le, Loan Ngoc | 2/13/2020 | 2/11/2020 | 7777 4182 2716 |
| 4 | 19-12509 | Holder, J. Ernest Randolph | 2/13/2020 | 2/11/2020 | 7777 4182 2716 |
| 5 | 19-12629 | Bagley, Harold Wayne | 2/13/2020 | 2/11/2020 | 7777 4182 2716 |
| 6 | 19-12610 | Santiago, Catrina Denise | 2/13/2020 | 2/11/2020 | 7777 4182 2716 |
| 7 | 19-12506 | Tatro, Kevin Wayne | In transit to be delivered 2/20/20 | 2/19/2020 | 7778 0799 4071 |
| 8 | 19-12511 | Kheng, Houng | In transit to be delivered 2/20/20 | 2/19/2020 | 7778 0799 4071 |
| 9 | 19-12747 | Vandenhurk, Michelle Lynn | In transit to be delivered 2/20/20 | 2/19/2020 | 7778 0799 4071 |

Stipulations of Dismissal have been filed for the following plaintiffs:

| Docket Number | Plaintiff |
|---|---|
| 19-12514 | Truong, Lang Van |
| 19-12504 | Byrd, Michael Allen |
| 19-12599 | Bartlett, Robert Christopher |
| 19-12602 | Dao, James Bay Ngoc |
| 19-12631 | Lagreco, Troy Robert |
| 19-12612 | Truong, Lang Vinh |
| 19-12603 | Franklin, Tyler Gervais |
| 19-12764 | Bosler, Mark Owen, Jr. |
| 19-12405 | Bui, Tuen Van |
| 19-12763 | Strong, Harold John |

WHEREFORE, it is requested that the Court grant these plaintiffs the relief requested herein.

February 19, 2020

Respectfully submitted,

 /s/ Howard L. Nations

Howard L. Nations
Texas Bar Number 14823000
Attorney for Plaintiffs

The Nations Law Firm
9703 Richmond, Suite 200
Houston, Texas 77042
(713) 807-8400 (Phone)
(713) 807-8423 (Fax)
cdb@howardnations.com