UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **BELO Cases identified below** | * | |

## ORDER

On February 11, 2020, the Court issued an Order to Show Cause requiring counsel for 19 BELO plaintiffs to appear on Friday, February 21, 2020 at 9:30 a.m. and show cause why their claims should not be dismissed with prejudice for failing to provide full and complete disclosures as required under BELO Initial Proceedings Case Management Order Nos. 1 & 2. (Rec. Doc. 26317).[1] Ten of the BELO plaintiffs have since voluntarily dismissed their claims. The other 9 BELO plaintiffs filed a response stating that they have since provided full and complete disclosures. (Rec. Doc. 26335). BP's counsel has informed the Court that it agrees with the representations in the response.

In light of the above,

IT IS ORDERED that the Show Cause Hearing scheduled for Friday, February 21, 2020 at 9:30 a.m. (Rec. Doc. 26317) is hereby CANCELLED.

---

[1] The Nations Law Firm represents all 19 BELO plaintiffs identified in the Show Cause Order.

IT IS FURTHER ORDERED that the Order to Show Cause (Rec. Doc. 26317) is SATISFIED and SET ASIDE with respect to the following 9 BELO plaintiffs, and their claims are NOT dismissed:

|   | Docket Number | Plaintiff |
|---|---|---|
| 1 | 19-12406 | Dockery, Mary White |
| 2 | 19-12407 | Peden, Sade Shante |
| 3 | 19-12512 | Le, Loan Ngoc |
| 4 | 19-12509 | Holder, J. Ernest Randolph |
| 5 | 19-12629 | Bagley, Harold Wayne |
| 6 | 19-12610 | Santiago, Catrina Denise |
| 7 | 19-12506 | Tatro, Kevin Wayne |
| 8 | 19-12511 | Kheng, Houng |
| 9 | 19-12747 | Vandenhurk, Michelle Lynn |

IT IS FURTHER ORDERED that the Order to Show Cause (Rec. Doc. 26317) is MOOT with respect to the following 10 BELO plaintiffs, whose claims were voluntarily dismissed:

|   | Docket Number | Plaintiff |
|---|---|---|
| 1 | 19-12514 | Truong, Lang Van |
| 2 | 19-12504 | Byrd, Michael Allen |
| 3 | 19-12599 | Bartlett, Robert Christopher |
| 4 | 19-12602 | Dao, James Bay Ngoc |
| 5 | 19-12631 | Lagreco, Troy Robert |
| 6 | 19-12612 | Truong, Lang Vinh |
| 7 | 19-12603 | Franklin, Tyler Gervais |
| 8 | 19-12764 | Bosler, Mark Owen, Jr. |
| 9 | 19-12405 | Bui, Tuen Van |
| 10 | 19-12763 | Strong, Harold John |

New Orleans, Louisiana, this 20th day of February, 2020.

_____
United States District Judge