UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | **MDL  2179**<br><br>**SECTION: J** |
| **This Document Relates to:**<br>*Pleading Bundle B3* | **JUDGE BARBIER**<br><br>**MAGISTRATE WILKINSON** |

| | | |
|---|---|---|
| **BARTON J. SIEGEL** | * | **CIVIL ACTION No. 13-768** |
| | * | |
| Plaintiff | * | |
| | * | **SECTION:  J** |
| **VERSUS** | * | |
| | * | |
| **BP PRODUCTS NORTH AMERICA INC.,** | * | **JUDGE BARBIER** |
| **BP P.L.C.,** | * | |
| **BP EXPLORATION & PRODUCTION, INC.,** | * | |
| **BP AMERICA PRODUCTION COMPANY** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| Defendants | * | |
| | * | |

## MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES, Plaintiff, BARTON J. SIEGEL, appearing herein through undersigned counsel, who upon suggesting to this Honorable Court that Plaintiff desires to dismiss all claims against DEFENDANTS, without prejudice, each party to bear its own costs, and moves the Court for an Order of dismissal without prejudice.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M BRUNO (#3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street

1

New Orleans, Louisiana 70113<br>
Telephone: (504) 525-1335<br>
Fax: (504) 561-6775<br>
Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing on this 21st day of February, 2020.

/s/ Joseph M. Bruno
Joseph M. Bruno