**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig<br>      "Deepwater Horizon" in the Gulf<br>      Of Mexico, on April 20, 2010 | MDL  2179<br><br>SECTION: J |
| **This Document Relates to:**<br>*Pleading Bundle B3* | **JUDGE BARBIER**<br><br>**MAGISTRATE WILKINSON** |

---

| | | |
|---|---|---|
| **BARTON J. SIEGEL** | * | **CIVIL ACTION No. 13-768** |
| | * | |
| **Plaintiff** | * | |
| | * | **SECTION:  J** |
| **VERSUS** | * | |
| | * | |
| **BP PRODUCTS NORTH AMERICA INC.,** | * | **JUDGE BARBIER** |
| **BP P.L.C.,** | * | |
| **BP EXPLORATION & PRODUCTION, INC.,** | * | |
| **BP AMERICA PRODUCTION COMPANY** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| **Defendants** | * | |
| | * | |

---

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice;

IT IS HEREBY ORDERED that the Plaintiff's Motion to Dismiss all claims against

DEFENDANTS without prejudice is hereby GRANTED and that the above captioned matter

be dismissed without prejudice with each party to bear its own costs.

Signed this _____ day of _____, 2020 in New Orleans, Louisiana.


_____
**JUDGE CARL J. BARBIER**
**UNITED STATES DISTRICT COURT JUDGE**
**EASTERN DISTRICT OF LOUISIANA**