UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Student Breaks, LLC, | MAGISTRATE JUDGE WILKINSON |
| Plaintiff | |
| vs. | |
| BP Exploration & Production, Inc.; BP America Production Company; BP P.L.C., | |
| Defendants | |
| Docket Number | |
| 2:16-cv-04259-CJB-JCW | |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd.,

Transocean Deepwater, Inc., Transocean Offshore Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

Case name and docket number:

Student Breaks, LLC

Case No. 2:16-cv-04259-CJB-JCM

Respectfully Submitted this 24th day of February, 2020.

/s/ William B. Price
William B. Price, Esq.
The Price Law Firm
P.O. Box 351
Panama City, FL  32402
Telephone: (850) 215-2195
bill@thepricelawfirm.com
Attorney for Plaintiff, Student Breaks, LLC