UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Docket Number(s) | MAGISTRATE JUDGE WILKINSON |
| 2:16-cv-03661 | |
| 2:16-cv-03748 | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joiners listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

Claude Perry Enterprises, LLC, *et al.*, v. BP Exploration & Production, Inc., *et al.*, Case No. 2:16-cv-03661

Perry Family Properties, L.L.C. v. BP Exploration & Production, Inc., *et al.,* Case No. 2:16-cv-03748

Respectfully submitted this 25th day of February 2020.

*/s/ Jesse S. Fulton*
JESSE S. FULTON
Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile
E-Mail:  jfulton@krupnicklaw.com

*Counsel for Claude F. Perry, Sr.,*
*Claude Perry Enterprises, LLC, and*
*Perry Family Properties, L.L.C.*