UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAG. JUDGE WILKINSON |
| No. 12-1713, Andry, et al., v. BP Products North America, Inc., et al. | * * | |

## JOINT MOTION TO STAY PROCEEDINGS

Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP America Production Company (collectively, "BP"),[1] Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., and Transocean Holdings, LLC (collectively, "Transocean"), and Halliburton Energy Services, Inc. ("Halliburton," and, together with BP and Transocean, the "Defendants") and Plaintiffs Albert Andry, III, Dustin King, and Ryan Chaisson (collectively, "Plaintiffs," and, together with the Defendants, the "Parties") respectfully file this Joint Motion to Stay Proceedings (the "Motion") and request that the Court enter the stipulation and proposed order attached hereto as **Exhibit A** staying proceedings in the above-referenced case, *Andry v. BP Products North America, Inc.* (Case No. 12-1713) (the "*Andry* Action"), for 90 days to permit the Parties to pursue settlement negotiations.

---

[1] The Plaintiffs also named BP p.l.c., Triton Asset Leasing GMBH, and Transocean Ltd. as defendants in this case, but those entities have not been served, and therefore did not respond to Plaintiffs' complaint or join in this motion.

## BACKGROUND

On July 13, 2018, this Court entered an order lifting the automatic stay imposed on the *Andry* Action. Order (Case No. 12-1713, Rec. Doc. 7). On September 5, 2018, the Plaintiffs filed their First Supplemental and Amended Complaint (Rec. Doc. 24812) (the "First Amended Complaint" or "FAC"), alleging damages under the "General Federal Maritime Law of the United States." *See* FAC ¶ 17. The Defendants moved to dismiss the First Amended Complaint for failure to state a claim on September 19, 2018 (Rec. Doc. 24873) (the "Motion to Dismiss"), and on February 11, 2020, the Court issued its Order & Reasons [As to the Motions to Dismiss the *Andry* and *Shivers* Actions] (Rec. Doc. 26318) (the "Order"). The Order denied the Defendants' Motion to Dismiss as to the Plaintiffs, and accordingly the Defendants must file an answer to the First Amended Complaint by February 25, 2020.

## ARGUMENT

The Parties request that the Court stay proceedings in the *Andry* Action for 90 days. Under Supreme Court, Fifth Circuit, and Eastern District of Louisiana precedent, courts have the inherent authority to control their dockets, which includes the power to stay proceedings: "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 255-56 (1936); *accord Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Ambraco, Inc. v. Bossclip, B.V.*, 570 F.3d 233, 243 (5th Cir. 2009); *see also Avila v. BP Expl. & Prod., Inc.*, No. 18-6081, 2019 WL 530041, at *4 (E.D. La. Feb. 11, 2019) (citing *In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990)) (finding that the Court's inherent power to control its docket "includes the district court's wide discretion to grant a stay in a pending matter").

A stay by this Court would permit the Parties to engage in settlement negotiations, possibly through mediation, which the Parties believe would facilitate the timely and successful resolution of the *Andry* Action.

## **CONCLUSION**

For the reasons set forth above, the Parties respectfully request that the Court enter the stipulation and proposed order attached hereto as **Exhibit A**, staying the proceedings of the *Andry* Action for 90 days.

**Respectfully submitted**,

/s/ R. Keith Jarrrett
R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar # 32645)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

-and-

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

-and-

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP America Production Company*

/s/ R. Alan York
R. Alan York
State Bar No. 22167500
AYork@ReedSmith.com
REED SMITH LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

*Attorneys for Defendant Halliburton Energy Services, Inc.*

/s/ Kerry J. Miller
Kerry J. Miller (Bar #24562)
FISHMAN HAYGOOD
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 310-0275

*Attorneys for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings, LLC, and Transocean Deepwater, Inc.*

/s/ Joseph M. Bruno
Joseph M. Bruno (LA Bar No. 3604)
Markita Hawkins (LA Bar No. 35812)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@brunobrunolaw.com

*Attorneys for Plaintiffs*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Joint Motion to Stay Proceedings has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of February, 2020.

      */s/ Devin C. Reid*
      Devin C. Reid