UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig          MDL 2179
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010                         SECTION: J

*This Document Relates to:*                JUDGE BARBIER
*All Cases and*
*Salvesen v. Feinberg, et al.,*            MAG. JUDGE WILKINSON
*2:11-cv-02533*
*Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,*
*2:11-cv-01987*
*Ditch v. Feinberg et al.,*
*2:13-cv-06014*
*Donovan v. Herman,*
*2:19-cv-12014*
_____/

### PLAINTIFF'S MOTION FOR CLARIFICATION

Plaintiff, Brian J. Donovan, on behalf of himself, his clients, and all others similarly situated, hereby respectfully moves the Court to enter an order clarifying whether the Honorable MDL 2179 Court applies the choice-of-law rules of the state in which the transferor court sits for the reasons set out in the Memorandum of Law in support of this Motion which is being filed concurrently herewith.

DATED: February 26, 2020                  Respectfully submitted,

                                          **/s/ Brian J. Donovan**
                                          Brian J. Donovan
                                          Florida Bar No. 143900
                                          3102 Seaway Court, Suite 304
                                          Tampa, FL 33629
                                          Tel: (352)328-7469
                                          BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of February, 2020.

/s/ **Brian J. Donovan**
Brian J. Donovan
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net