UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** *  | |
| **"Deepwater Horizon" in the Gulf** *  | **MDL 2179** |
| **of Mexico, on April 20, 2010** * | |
|    * | **SECTION: "J"(4)** |
| **This Document Relates to:** * | |
|    * | **JUDGE BARBIER** |
| **Louisiana Blue Crab, LLC** * | |
|    * | **MAG. JUDGE WILKINSON** |
|    **Versus** * | |
|    * | |
| **BP Exploration & Production, Inc. et al.** * | |
|    * | |
| **Civil Action No. 13-cv-04698-CJB-JCW** * | |
|    * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR VOLUNTARY DISMISSAL

COMES NOW the below-listed Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name and docket number:

Louisiana Blue Crab, LLC

Case No. 2:13-cv-04698-CJB-JCW

Respectfully submitted this 27th day of February, 2020.

1

/s/ *Ian F. Taylor*
CONRAD S.P. WILLIAMS, III (#14499)
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
TEL:   (504) 588-1500
FAX:   (504) 588-1514
duke@williamslawgroup.org
sterbcow@lkslaw.com
itaylor@lksalaw.com
*Attorneys for Louisiana Blue Crab, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 27th day of February, 2020 filed and served the above described pleading on all parties through the Court's CM/ECF system.

/s/ Ian F. Taylor