**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | * | **MDL 2179** |
| of Mexico, on April 20, 2010 | * | |
| | * | **SECTION: "J"(4)** |
| This Document Relates to: | * | |
| | * | **JUDGE BARBIER** |
| Louisiana Blue Crab, LLC | * | |
| | * | **MAG. JUDGE WILKINSON** |
| Versus | * | |
| | * | |
| BP Exploration & Production, Inc. et al. | * | |
| | * | |
| Civil Action No. 13-cv-04698-CJB-JCW | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Considering the foregoing Motion for Voluntary Dismissal filed by Plaintiff, Louisiana Blue Crab, LLC;

**IT IS HEREBY ORDERED** that the Motion for Voluntary Dismissal is granted, and that all claims asserted in the captioned action are hereby dismissed with prejudice as a result of compromise, with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2020.


_____
**UNITED STATES DISTRICT COURT JUDGE**