UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Builders Choice Cabinets, Inc. | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs | |
| vs. | |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Anadarko E&P Onshore LLC f/k/a Anadarko E&P Company LP; Moex Offshore 2007 LLC; Moex USA Corporation; Mitsui Oil Exploration Co., Ltd.; Transocean Ltd.; Transocean Offshore Deepwater Drilling Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc; Airborne Support International, Inc.; and Airborne Support, Inc. | |
| Defendants | |
| Docket Number | |
| 2:16-cv-03768-CJB-JCW | |

## **MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed

-1-

order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

Builders Choice Cabinets, Inc. v. BP Exploration & Production, Inc., et al

Case No. 2:16-cv-03768-CJB-JCW

Respectfully submitted this 28 day of   February   , 2020.

**Krupnick Campbell Malone Buser Slama Hancock**

/s/ _____
Jesse Fulton
Krupnick Campbell Malone Buser
Slama Hancock
12 S.E. Seventh Street, Suite 801
Fort Lauderdale, FL 33301
Telephone:  (954) 763-8181
Facsimile:  (954) 763-8292
E-Mail:  jfulton@krupnicklaw.com
Florida Bar Number: 112495
*Builders Choice Cabinets, Inc.*