UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| This document Relates to: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER MAG. JUDGE WILKINSON |
| JUSTICE DESIGN STUDIO, PC, Plaintiff, vs. BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:   2:16-cv-5050 SECTION J JUDGE BARBIER MAG. JUDGE WILKINSON |

## ANSWER TO COMPLAINT OF INTERVENTION (Doc. #26185) AND COUNTERCLAIM

**COMES NOW**, Plaintiff Justice Design Studio, PC through undersigned counsel, and files this Answer to Intervenors, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law's Complaint of Intervention (Document #26185) filed in the above-captioned MDL and states as follows:

1. Admit.

2. Deny.

3. Deny.

4. Admit.

5. Admit.

6. Without knowledge; therefore, deny.

7. Deny.

8. Deny.

9. Deny.

## REQUEST FOR RELIEF

Plaintiff denies Intervenors are entitled to the relief set forth in Intervenors' Complaint of Intervention.

**WHEREFORE**, Plaintiff requests that this Court:

1. Deny Intervenors the relief they seek and further;

2. Issue a Declaratory Judgment against Intervenors on all claims for relief for which Intervenors sought declaratory relief;

3. Award Plaintiff its costs and attorney fees to the extent provided for by law; and

4. Grant Plaintiff such other relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Plaintiff alleges the following affirmative defenses to Intervenors' Complaint of Intervention.

## FIRST AFFIRMATIVE DEFENSE
### (Lack of Jurisdiction)

This Court lacks jurisdiction over some or all of Intervenors' claims.

## SECOND AFFIRMATIVE DEFENSE
## (Lack of Standing)

Intervenors lack standing to pursue some or all of its claims.

## THIRD AFFIRMATIVE DEFENSE
## (Unclean Hands)

The Court should dismiss some or all of Intervenors' claims under the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE
## (Failure to State a Claim for Relief)

The Court should dismiss some or all of Intervenors' Claims for failure to state a claim upon which relief can be granted.

## FIFTH AFFIRMATIVE DEFENSE
## (Lack of Justiciability - Ripeness)

Some or all of Intervenors' claims are not justiciable because they are not ripe for judicial review.

## SIXTH AFFIRMATIVE DEFENSE
## (Estoppel)

Some or all of Intervenors' claims are barred by the doctrine of estoppel.

## SEVENTH AFFIRMATIVE DEFENSE
## Unjust Enrichment)

The Court should dismiss some or all of Intervenors' claims for unjust enrichment. Equity requires that no party profit from malfeasance. Intervenors intentionally violated the rules of ethics and professional conduct, and only by such

violations intends to unjustly enrich themselves.

### EIGHTH AFFIRMATIVE DEFENSE
### (Fraud in the Inducement of a Contract)

The Court should dismiss some or all of Intervenors' claims for fraud in the inducement of a contract. Intervenors lied to the Plaintiff to induce the signing of an attorney/client agreement. Specifically, he told Plaintiff that he had arranged a fee split with the Plaintiff's attorney in order to induce a signature on an agreement. The fact that Intervenors changed the agreement and excluded the Plaintiff's attorney is further evidence of Intervenors continuing scheme of fraudulent behavior.

### NINTH AFFIRMATIVE DEFENSE
### (Failure to Join Indispensable Parties)

The Court should dismiss some or all of Intervenors' claims for failure to join an indispensable party.

### JUSTICE DESIGN STUDIO, PC'S COUNTERCLAIM
### PURSUANT TO F.R.C.P. 13

Justice Design Studio, PC, through the undersigned counsel, hereby asserts the following Counterclaim against Intervenors, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., and alleges:

### PARTIES, JURISDICTION, AND VENUE

1. Justice Design Studio, PC is a corporation registered and doing business is the State of South Carolina.

2. Intervenor Wilson Law Firm, P.C is a corporation registered and doing business in the State of Mississippi.

3. Intervenor Charles P. Wilson, Esq. is a citizen of the State of Mississippi.

## JURISDICTION

4. This Honorable Court has jurisdiction pursuant to 28 U.S.C. § 1332.

## VENUE PURSUANT TO 28 U.S.C. § 1391

5. Venue is proper in the Honorable Court pursuant to 28 U.S.C. § 1391(a)(2) and U.S.C. § 2717(b).

## FACTS COMMON TO CLAIMS

6. Justice Design Studio, PC hired the undersigned attorney ("Mr. Price") for legal representation for damages associated with the BP Deepwater Horizon disaster.

7. Justice Design Studio, PC signed an Authority to Represent and Contingency Fee Agreement with Mr. Price on or about May 3, 2016.

8. On or about June 1, 2019, Intervenors contacted Justice Design Studio, PC and asked Mr. Samuel Justice (president of Justice Design Studio, PC) to sign a contract with Intervenors without Mr. Price's acknowledge.

9. Intervenors told Justice Design Studio, PC that Mr. Price had already agreed to split his fee with Intervenors.

10. On June 3, 2019, Intervenors called Mr. Price on his cellular phone and

advised him that the Intervenors had been retained by Justice Design Studio, PC (along with the other five (5) claimants that have an intertwined claim) and already had all of Mr. Price's clients, including Justice Design Studio, PC sign a contract, splitting Mr. Price's fee with Intervenors.

11. Intervenors lied to Justice Design Studio, PC that Mr. Price was aware Intervenors were attempting to intervene on its claim and further lied that Mr. Price had already agreed to split his fee.

## COUNT I
## TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP

12. Justice Design Studio, PC realleges paragraphs 1-11 of this Counterclaim and incorporates them by this reference as if recited in full.

13. There was a business relationship between Justice Design Studio, PC and Mr. Price when Intervenors induced Justice Design Studio, PC to sign another contract with Intervenors by lying to Justice Design Studio, PC.

14. Further, Intervenors knew that Justice Design Studio, PC had an attorney-client relationship with Mr. Price at the time Intervenors induced Justice Design Studio, PC to enter in a contract with Intervenors.

15. Intervenors intentionally and unjustly interfered with or otherwise disrupted the business relationship between Justice Design Studio, PC and Mr. Price.

16. As a direct result of Intervenors' intentional interference and/or disruption, Justice Designed Studio, PC suffered significant monetary damages.

## COUNT II
## FRAUDULENT MISREPRESENTATION

17. Justice Design Studio, PC realleges paragraphs 1-11 of this Counterclaim and incorporates them by this reference as if recited in full.

18. Intervenors intentionally misrepresented to Justice Design Studio, PC that Mr. Price had already agreed to split his fee with Intervenors in an attempt to coerce Justice Design Studio, PC to sign another contract with Intervenors. See Affidavit of Samuel Justice attached hereto as Exhibit "A".

19. Intervenors knew that the misrepresentation was false.

20. Intervenors made the misrepresentation to persuade Justice Design Studio, PC to sign the contract.

21. Justice Design Studio, PC relied on Intervenors' assertion that its current attorney, Mr. Price, was already in agreement to split his fee with Intervenors.

22. Justice Design Studio, PC would not have agreed to sign the contact if it knew the truth.

23. Justice Design Studio, PC detrimentally relied on the false assertions of Intervenors, and have suffered significant monetary damages as a result.

WHEREFORE, based on the foregoing, Justice Design Studio, PC respectfully requests this Honorable Court:

    i. Award Justice Design Studio, PC its damages, legal fees, and costs arising out of this matter; and

  ii.  Award Justice Design Studio, PC such other relief as this Court deems just and proper.

Respectfully submitted this 28th day of February, 2020

BY:/s/*William B. Price*  
WILLIAM B. PRICE  
Florida Bar No: 28277  
bill@thepricelawfirm.com  
hannah@thepricelawfirm.com  
brandi@thepricelawfirm.com  
P.O. Box 351  
Panama City, FL 32402  
Telephone: (850) 215-2195  
Facsimile: (850)763-0647

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer to Complaint of Intervention and Counterclaim has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 28th day of February, 2020.

*/s/ William B. Price*  
William B. Price
