UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 <br> SECTION J |
| This document Relates to: *Pleading Bundle B1* | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |
| JUSTICE DESIGN STUDIO, PC, <br><br> Plaintiff, <br><br> vs. <br><br> BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., <br><br> Defendants. | CASE NO.: 2:16-cv-0550 <br><br> SECTION J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

## AFFIDAVIT OF SAMUEL JUSTICE

STATE OF FLORIDA
COUNTY OF BAY

PERSONALLY appeared before me, SAMUEL JUSTICE who, after being duly sworn, deposes, and states the following:

"My name is Samuel Justice and I am the owner of Justice Design Studio, PC. I am over the age of twenty-one years and have personal knowledge of the facts stated herein.

On or about June 1, 2019, Charles Wilson introduced himself to me as an attorney and presented a contract where, according to Wilson, my attorney Bill

Exhibit "A"

Price had agreed to split his fee with him. I later learned that Price had not spoken to Wilson prior to that point. He lied. Shortly after convincing me to hire him, Wilson stated to me and others that "Price needs to be fired due to mistakes on Price's part!" Upon firing Price, Wilson sent emails stating he had advised me and others not to fire Price, which is the exact opposite of what he said. He lied.

After firing Price, I learned that I needed an attorney of record or my claims would be dismissed by the Court. Wilson stated that it was not his responsibility to find me an attorney, but he would help. He later told me that his friend Shane Langston was on board, but with mediation fast approaching and no contract presented by Langston; I stated that I was going to find my own attorney. Wilson told me to not worry because he would make an appearance as my attorney, if Langston failed to commit. Later he claimed he never told me that. He lied. Wilson presented Langston's contract the evening before the scheduled mediation. Wilson pressured me/us to sign his new contract and Langston's before mediation otherwise I/we would have no counsel; therefore with nowhere to turn I reluctantly signed. Neither I nor any of the others in our group had a chance to speak to Langston before signing or before mediation.

I was unable to physically be in the mediation due to a heart operation, but Wilson assured me that he would/had arranged for my participate by phone, so that I could defend both my claims. He did not make those arrangements nor did he

call me during mediation, thus denying me my rights. He lied.

Charles Wilson mislead me by his actions and lies, thus he undermined my ability to present both my claims in mediation to Judge Shushan, and interfered in my relationship with my attorney, Bill Price. Wilson intentionally interfered with my capacity to recover losses suffered as a result of the BP Oil Spill.

_____
SAMUEL JUSTICE

SWORN TO AND SUBSCRIBED before me this  24  day of December, 2019.

_____
NOTARY PUBLIC

John Mathis
Printed name

____ Personally known; or
✓ Produced   SC DL   as identification.


