UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 |
| | | SECTION J |
| This document Relates to: *Pleading Bundle B1* | ) ) ) | JUDGE BARBIER |
| | ) | MAG. JUDGE WILKINSON |
| WILLIAM RICHARDSON, | ) ) | CASE NO.:  2:16-cv-5454 |
| Plaintiff, | ) ) | |
| vs. | ) ) | SECTION J |
| | ) | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., | ) ) ) | MAG. JUDGE WILKINSON |
| Defendants. | ) ) | |

## AFFIDAVIT OF WILLIAM RICHARDSON

STATE OF FLORIDA
COUNTY OF BAY

I, the undersigned, being first fully sworn, do hereby state under oath and under penalty of perjury that the following facts are true:

Charles Wilson introduced himself to me around the beginning of June 2019, noting that he was a skilled mediator who could help me through the upcoming mediation process.  Wilson was introduced to me by Glenn Gillyard with Carr, Riggs and Ingram, who suggested that I retain Mr. Wilson.  Mr. Wilson told me and others with related

Exhibit "A"

cases that signing his contract would not increase the fee I was already contracted to pay my attorney, and that my attorney had already agreed to the terms of the contract. So, I signed Wilson's contract. Sometime later Mr. Wilson advised me and the others with related cases to fire our attorney, Bill Price.

On September 17, 2019, a week before mediation, Mr. Wilson claimed that his contract was unknowingly terminated back in July when Bill Price's services were terminated, which he claimed was discovered by David Thomas; so he presented a new contract with different terms including a higher fee, and justifying such noting that he was (1) doing a lot of what Mr. Price was supposed to be doing, (2) helping finding us a new attorney of record, (3) helping with lien settlements, and (4) that all of us through David had offered him such terms. I did not offer Mr. Wilson anything. Mr. Wilson stated that he had to have this new contract before he could continue to represent me in mediation; therefore, I signed not fully understanding the issues. Shortly thereafter, I cancelled it. We renegotiated with Mr. Wilson and he presented his revised contract the evening before mediation. We were drinking in the hotel with Mr. Wilson buying us all drinks, where apparently, he presented his revised contract and Shane

Page 2 of 4

Langston's contract and I apparently signed them. I do not remember seeing the documents or signing them. I did receive Mr. Langston's contract on the road to mediation and I e-signed it, but a different signature appears on the one all the other's signed, which is mine. I believe Mr. Wilson took advantage of me and others at an inappropriate time.

Mr. Wilson also stated all the way up to mediation that I had a strong case, and that he could get me at least $500,000 at mediation. He also stated that we all need to be there in New Orleans outside the mediation and available to assist as needed. After mediation, I understood that he did not discuss the specific of my claim and he did not call me for assistance as promised; and based on the assumed allocation method, I would get only $5,000. After mediation, he then claimed that I had a poor case not worth prosecuting. Mr. Wilson grossly misled me, and he did not present my claim as warranted by his contract.

In summary, I believe I was manipulated and lied to by Mr. Wilson, and my individual claim was not presented as warranted by his contract and directed by me, and he suppressed/denied me my right to participate in the mediation itself.

FURTHER AFFIANT SAITH NOT

WILLIAM RICHARSON
BILLY RICHARDSON, PA

STATE OF Florida
COUNTY OF Collier

Sworn to (or affirmed) and subscribed before me on this 21 day of

January, 2020, by William Richardson (X) who is personally known to

me or ( ) presented _____ as identification.

(SEAL)

LINZIE M. VIERS
Notary Public - State of Florida
Commission # GG 023352
My Comm. Expires Aug 22, 2020

Notary Public