UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| V. | JUDGE BARBIER |
| BP PLC; BP America, Inc. BP Products, North America, Inc.; BP America Production Company; BP Exploration & Production, Inc. | CHIEF MAGISTRATE JUDGE WILKINSON |
| Docket Number: 2:16-CV-05948-CJB-JCW | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE BY INTERNATIONAL CAPITAL PROPERTIES, INC.

COMES NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case Name and Docket Number: **International Capital Properties, Inc. v. Bp P.L.C., et al.**

**Case No. 2:16 CV 05948**

-1-

        Respectfully submitted,

        **THE BUZBEE LAW FIRM**

        */s/ Anthony G. Buzbee*
        Anthony G. Buzbee
        TBUZBEE@TXATTORNEYS.COM
        State Bar No. 24001820
        Caroline E. Adams
        CADAMS@TXATTORNEYS.COM
        State Bar No. 24011198
        JP Morgan Chase Tower
        600 Travis, Suite 7300
        Houston, Texas 77002
        Phone: 713-223-5393
        Fax: 713-223-5909
        www.txattorneys.com

        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of March 2020.

        /s/ *Caroline Adams*
          Caroline E. Adams