## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| Applies to:<br>*No. 13-768* | * * | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| | * | |

## <u>ORDER</u>

IT IS ORDERED that any party wishing to oppose Barton J. Siegel's Motion to Dismiss Without Prejudice (Rec. Doc. 26339) shall file an opposition by no later than <u>Monday, March 9, 2020</u>.

New Orleans, Louisiana, this 2nd day of March, 2020.

_____
United States District Judge