UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 16-04259 No. 17-06044 No. 16-03661 No. 16-03748 No. 13-06648 No. 13-04698 No. 16-03768 | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court are multiple Motions for Voluntary Dismissal with Prejudice filed by the plaintiffs in the referenced member cases. (Rec. Docs. 26340, 26341, 26342, 26345, 26346, 26347).

IT IS ORDERED that the Motions (Rec. Docs. 26340, 26341, 26342, 26345, 26346, 26347) are GRANTED, and all claims in the following civil actions are DISMISSED WITH PREJUDICE:

16-04259, *Student Breaks, LLC v. BP Expl. & Prod., Inc., et al.*;
17-06044, *Sublett v. v. BP Expl. & Prod., Inc., et al.*;
16-03661, *Claude Perry Enterprises, LLC, et al. v. BP Expl. & Prod., Inc., et al.*;
16-03748, *Perry Family Properties, LLC v. BP Expl. & Prod., Inc., et al.*;
13-06648, *Capital Bank, N.A. v. v. BP Expl. & Prod., Inc., et al.*;
13-04698, *Louisiana Blue Crab, LLC v. BP Expl. & Prod., Inc., et al.*;
16-03768, *Builders Choice Cabinets, Inc. v. BP Expl. & Prod., Inc., et al.*;

This dismissal does not extend to any claim these plaintiffs timely filed with the Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Program.

New Orleans, Louisiana, this 2nd day of March, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in each of the referenced member cases.**