**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| | * | |
| **Applies to:** *Nos. 11-02533, 11-01987, 13-06014, 19-12014* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE WILKINSON** |
| | * | |

**<u>ORDER</u>**

IT IS ORDERED that Plaintiff's Motion for Clarification (Rec. Doc. 26344) is

DENIED.

New Orleans, Louisiana, this 2nd day of March, 2020.

_____
United States District Judge