UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to: | * * | MAG. JUDGE WILKINSON |
| *No. 12-1713, Andry, et al., v. BP Products North America, Inc., et al.* | * | |

**STIPULATION AND ORDER**

WHEREAS, on July 13, 2018, this Court entered an Order (Case No. 12-1713, Rec. Doc. 7) lifting the automatic stay imposed on the above-referenced case, *Andry v. BP Products North America, Inc.* (Case No. 12-1713) (the "*Andry* Action");

WHEREAS, Plaintiffs Albert Andry, III, Dustin King, and Ryan Chaisson (collectively, "Plaintiffs") filed their First Supplemental and Amended Complaint ("First Amended Complaint") on September 5, 2018 (Rec. Doc. 24812);

WHEREAS, Defendants BP Exploration & Production Inc., BP America Inc., BP Products North America, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater, Inc., and Halliburton Energy Services, Inc. (collectively, "Defendants")[1] moved to dismiss the First Amended Complaint ("Motion to Dismiss") on September 19, 2018 (Rec. Doc. 24873);

---

[1] The Plaintiffs also named BP p.l.c., Triton Asset Leasing GMBH, and Transocean Ltd. as defendants in this case, but those entities have not been served, and therefore did not respond to Plaintiffs' complaint or join in this stipulation.

WHEREAS, the Court issued its Order & Reasons [As to the Motions to Dismiss the *Andry* and *Shivers* Actions] (Rec. Doc. 26318), in part denying Defendants' Motion to Dismiss, on February 11, 2020;

WHEREAS, the parties have conferred and agreed to stay the proceedings in the *Andry* Action for 90 days to pursue settlement negotiations;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the *Andry* Action shall be stayed for 90 days. Defendants shall answer or otherwise respond to Plaintiffs' First Amended Complaint by May 25, 2020.

New Orleans, Louisiana this 2nd day of March, 2020.

_____
United States District Judge

**NOTE TO CLERK:**  Enter in 10-md-2179 and 12-1713

STIPULATED AND AGREED:

*/s/ R. Keith Jarrrett*
R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar # 32645)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Fax No.      (504) 556-4108

-and-

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

-and-

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP America Production Company*

*/s/ R. Alan York*
R. Alan York
State Bar No. 22167500
AYork@ReedSmith.com
REED SMITH LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone:  (713) 469-3800
Facsimile:   (713) 469-3899

*Attorneys for Defendant Halliburton Energy Services, Inc.*

*/s/ Kerry J. Miller*
Kerry J. Miller (Bar #24562)
FISHMAN HAYGOOD
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:  (504) 556-5549
Facsimile:   (504) 310-0275

*Attorneys for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings, LLC, and Transocean Deepwater, Inc.*

*/s/ Joseph M. Bruno*
Joseph M. Bruno (LA Bar No. 3604)
Markita Hawkins (LA Bar No. 35812)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:   (504) 525-1335
Facsimile:    (504) 561-6775
jbruno@brunobrunolaw.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.                                      Signed: _____, 2020


_____
Hon. Carl J. Barbier
U.S. District Court Judge

3