# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| THE REEFKEEPER, LLC, | MAGISTRATE JUDGE WILKINSON |
| Plaintiff | |
| vs. | |
| BP Exploration & Production, Inc.; BP America Production Company; BP P.L.C..; Anandarko Petroleum Corporation; Anandarko E&P Onshore LLC f/k/a Anandarko E&P Company LP, Moex Offshore 2007 LLC, Moex USA Corporation, Mitsui Oil Exploration Co., Ltd., Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; Airborne Support International, Inc.; Airborne Support, Inc.; Parsons Corporation; Danos & Curole Staffing, LLC; Hepaco, Inc.; U.S. Environmental Services, L.L.C.; and DRC Emergency Services, LLC, | |
| Defendants | |
| Docket Number | |
| 2:16-cv-05955-CJB-JCW | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name and docket number:

REEFKEEPER, LLC V. BP EXPLORATION & PRODUCTION, INC., ET. AL Case No. 2:16-cv-5955

Respectfully submitted this 3rd day of March, 2020.

**MICHAEL G. STAG**

*/s/ Michael G. Stag*
Michael G. Stag
Stag Liuzza, LLC
One Canal Place
365 Canal St., Suite 2850
New Orleans, LA 70130
Telephone: 504-593-9600
Fax: 504-593-9601
Email: mstag@stagliuzza.com
*Attorney for Plaintiff The Reefkeeper, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of March, 2020.

                                                  /s/ Michael G. Stag
                                                  Michael G. Stag