UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| TOPWATER CHARTERS, LLC | MAGISTRATE JUDGE WILKINSON |
| Docket Number | |
| 2:16-cv-04743-CJB-JCW | |

ORDER GRANTING PLAINTIFF'S
MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Motion for Voluntary Dismissal with Prejudice as to the Claim of Topwater Charters, LLC, and the Court being advised in the premises,

it is thereupon;

ORDERED AND ADJUDGED that the Plaintiffs' Motion for Voluntary Dismissals with Prejudice as to action 2:16-cv-04743 is hereby granted and that this action is dismissed with prejudice, except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any), with all parties to bear their own fees and costs.

DONE AND ORDERED this ____ day of _____ 2020, in Chambers, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE