UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG             MDL No. 2179
"DEEPWATER HORIZON" in the
Gulf of Mexico on April 20, 2010

Applies to:                                 JUDGE BARBIER
12-CV-968: BELO                             MAG. JUDGE WILKINSON
AND
All BELO cases included in the attached lists.

## ORDER

Defense counsel has advised that plaintiffs in four (4) BELO cases[1] have failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. Record Doc. No. 26359 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **APRIL 2, 2020**, plaintiffs in the attached lists must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT**, as to all of the listed cases in which plaintiffs produce full and complete disclosures in compliance with this order, the deadline by which the parties must submit their venue filing is extended to no later than **MAY 4, 2020.**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in the individual cases in the attached lists.

New Orleans, Louisiana, this \_\_\_\_3rd\_\_\_\_ day of March, 2020.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

|    | Docket Number | Plaintiff | Plaintiff's Counsel |
|----|---------------|-----------|---------------------|
| 1. | 19-cv-13315   | Postles, Michael Vincent | Nations Law Firm |
| 2. | 19-cv-13399   | Cratchan, Ronald Darell | Nations Law Firm |
| 3. | 19-cv-13401   | Galjour, Wayne Joseph | Nations Law Firm |
| 4. | 19-cv-13839   | Ansardi, Lester G., Jr. | Nations Law Firm |