United States District Court

Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 28 2020
CAROL L. MICHEL
CLERK

Billy F. Larkin, et al.,

Plaintiff,

10 md 2179 J(2)

File No: 2:19-cv-10295-CJB-JCW

V

Motion For Access To Evidence

Patrick Juneau, et al,

Defendants

Comes Now The Plaintiff, Billy F. Larkin, Pro Se And Respectfully Request The Court To Allow The Plaintiff Access To Any Devices, Tangible Things, Documents And Other Records Associated With MDL-2179. In Support Of This Motion The Plaintiff Submits The Following:

Per Pretrial Order No. 1, Paragraph 14, The Plaintiff Is Entitled To All Evidence In This Matter To Prove Disparate Impact, And Plaintiff Is Entitled To The Requested Relief.

Wherefor, The Plaintiff Pray The Court Use Its Discretion To Allow The Plaintiff Access To All Evidence In This Matter, Per Pretrial Order No. 1, Paragraph 14.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

TENDERED FOR FILING
FEB 28 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

THIS THE 17TH DAY OF FEBRUARY, 2020

Billy F Larkin

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NC 27563



LARKIN, BILLY F #0440812
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

Legal Mail

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

7013 3030 0057 0025

Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

02 1P
0000932486
MAILED FROM ZIP CODE 27563
$ 000.55⁰
PITNEY BOWES
UNITED STATES POSTAGE



MAIL FROM WARREN CORRECTIONAL INSTITUTION

MAILED FROM ZIP CODE 27563
FEB 18 2020
$000.00⁰