UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL NO. 2179 <br><br> SECTION J |
| | * * | JUDGE BARBIER |
| **This Document Relates To:** *No. 10-03261, Shivers, et al. v. BP p.l.c., et al.* | * * * * * * * * * | MAGISTRATE JUDGE WILKINSON |

## DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants BP Exploration & Production Inc., BP America Inc., and BP Products North America, Inc. (collectively "BP")[1] and Halliburton Energy Services, Inc. ("Halliburton") move pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss the First Amended Complaint (Rec. Doc. 26329) of plaintiffs Bradley Shivers, Mark Mead, and Scott Russell for failure to state a claim upon which relief can be granted.

---

[1] BP p.l.c. does not respond to the complaint because it has not been properly served.

**Dated:** March 3, 2020

| | |
|---|---|
| **Respectfully submitted,** | **Respectfully submitted,** |
| */s/ R. Keith Jarrrett* | */s/ R. Alan York* |
| R. Keith Jarrett (Bar # 16984) | R. Alan York |
| LISKOW & LEWIS | State Bar No. 22167500 |
| One Shell Square | AYork@ReedSmith.com |
| 701 Poydras Street, Suite 5000 | REED SMITH LLP |
| New Orleans, Louisiana 70139-5099 | 811 Main Street |
| Telephone: (504) 581-7979 | Suite 1700 |
| Fax No.     (504) 556-4108 | Houston, Texas 77002 |
| | Telephone:  (713) 469-3800 |
| | Facsimile:   (713) 469-3899 |

-and-

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Attorneys for Defendant Halliburton Energy Services, Inc.*

-and-

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP America Production Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice in accordance with the procedures established in MDL 2179, on this 3rd day of March, 2020.

                                                        */s/ R. Keith Jarrett*
                                                        R. Keith Jarrett