UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CASE NO. 2:10-md-02179<br><br>SECTION: J(2) |
| DOCUMENT RELATES TO:<br>11-01987, *PINELLAS MARINE SALVAGE, INC., ET AL V. KENNETH R. FEINBERG, ET AL* | * * * * * | JUDGE:  CJB<br><br>MAGISTRATE JUDGE:  JCW |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR COURT APPROVAL TO COMPEL THE PRODUCTION OF CLAIMS INFORMATION BY THE CLAIMS ADMINISTRATOR

**NOW INTO COURT**, through undersigned counsel, come Kenneth R. Feinberg and Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility, Defendants herein, who respectfully move this Court, pursuant to Federal Rule of Civil Procedure Rule 45(d)(B)(i) and the June 29, 2012 Court Order (**Rec. Doc. 6822**), to compel the production of claims information from the Claims Administrator, Patrick Juneau ("Claims Administrator"), for reasons more fully set out in the Memorandum in Support filed herein.

1.

Pursuant to Court Order (**Rec. Doc. 6822**), confidential claims information may be obtained pursuant to a Subpoena for the Production of Documents issued to the Claims Administrator. On February 14, 2020, the undersigned counsel sent notice of the Subpoenas to the Claims Administrator and counsel for the plaintiffs, Brian Donovan. The Subpoena requests the claims information for Pinellas Marine Salvage, Inc., and John Movrogiannis ("Plaintiffs"), which is necessary to meaningfully respond to the Plaintiffs' Complaint, as directed by the Court in the

1

recent Order (**Rec. Doc. 26322**).[1] A copy of the signed Confidentiality Order was sent to the Claims Administrator on February 21, 2020.[2]

2.

On February 24, 2020, Mr. Donovan sent the Claims Administrator a copy of the Plaintiffs' Objection to Subpoena for Claims Information ("Objections").[3] The Objections were not sent to the undersigned counsel until the Claims Administrator forwarded a copy of the Objections to the undersigned on February 25, 2020. On February 26, 2020, the Subpoena was personally served on the Claims Administrator, Patrick Juneau.[4]

3.

On February 27, 2020, counsel for Movers contacted Mr. Donovan in an attempt to resolve the objection and facilitate release the claims information.[5] Mr. Donovan rejected this offer.[6]

4.

Pursuant to Court Order (**Rec. Doc. 6822**), the Court retains exclusive jurisdiction over the validity, enforceability, scope, compliance, and other issues regarding any legal process. Defendants ask the Court to order the Claims Administrator to respond to Defendants' subpoena.

**WHEREFORE**, the Defendants respectfully ask the Court to enter an Order overruling the Plaintiffs' Objections and commanding the production of the claims information requested in the Subpoena.

---

[1] *See* Subpoena, attached as Exhibit "A".
[2] *See* Confidentiality Order Certification, attached as Exhibit "B".
[3] *See* the Plaintiffs' Objection to Subpoena for Claims Information, attached as Exhibit "C".
[4] *See* Subpoena, attached as Exhibit "A".
[5] *See* email dated February 27, 2020, attached as Exhibit "D".
[6] *See* Letter from Brian Donovan, attached as Exhibit "E".

Respectfully submitted:

**LONG LAW FIRM, L.L.P.**

/s/ Seth F. Lawrence
**MICHAEL A. PATTERSON** (#10373)
**MARK L. BARBRE** (#30385) -T.A.
**JOSEPH WESTON CLARK** (#37378)
**SETH F. LAWRENCE** (#38316)
1800 City Farm Drive, Building 6
Baton Rouge, Louisiana 70806
Telephone:     (225) 922-5110
Facsimile:     (225) 922-5105
map@longlaw.com
mlb@longlaw.com
wjc@longlaw.com
sfl@longlaw.com
*Attorneys for Kenneth R. Feinberg and Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Court Approval to Compel the Production of Claims Information by the Claims Administrator has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of March, 2020.

/s/Seth F. Lawrence
Seth F. Lawrence