| | |
|---|---|
| **From:** | Mark L Barbre |
| **Sent:** | Thursday, February 27, 2020 1:19 PM |
| **To:** | BrianJDonovan@verizon.net |
| **Cc:** | Michael A Patterson; Seth F. Lawrence; Joseph Weston Clark; Arlyn T. Kaufman |
| **Subject:** | Pinellas Marine Salvage, Inc., et al v. Feinberg, et al; Salvesen v. Feinberg, et al; Ditch v. Feinberg, et al |

Mr. Donovan,

Good afternoon. My name is Mark Barbre and my Firm represents the defendants in the above cases. I am sending this email in response to your objections to the subpoenas we issued to Patrick Juneau in the abovementioned cases for the claim files. I hope we can resolve your objection and obtain the subpoenaed claims information without the need for Court intervention.

We are new to these cases, and are trying to gather information to be able to respond in these matters as recently ordered by the Court. Our clients no longer possess the underlying claims information since it was transferred from the GCCF to Patrick Juneau as Claims Administrator by order of the Court. By Court Order (Rec. Doc. 6822), the subpoenas we issued to Mr. Juneau follow the method the Court has outlined to obtain the claims information.

Pinellas Marine Salvage, Mr. Movrogiannis, Mr. Salvesen, and Mr. Ditch's interactions with the GCCF are at the heart of the allegations contained in their respective Complaints against the GCCF, Mr. Feinberg, Feinberg Rozen LLP, and William G. Green. Relevant documents for these claims are immediately available from Mr. Juneau and are necessary for us to review to meaningfully comply with the Court's recent order. I would ask that you withdraw your objection. Your response by March 3rd is requested.

Regards,

Mark Barbre

Ex. D