UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CASE NO. 2:10-md-02179  SECTION: J(2) |
| DOCUMENT RELATES TO: 11-01987, *PINELLAS MARINE SALVAGE, INC., ET AL V. KENNETH R. FEINBERG, ET AL* | * * * * * | JUDGE: CJB  MAGISTRATE JUDGE: JCW |

**************************************************************************

### ORDER

Considering the forgoing Motion for Court Approval to Compel the Production of Claims Information by the Claims Administrator:

**IT IS ORDERED** that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Claim Administrator, Patrick Juneau, respond to the subpoena for the production of documents issued by Kenneth R. Feinberg and Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility requesting the production of Pinellas Marine Salvage, Inc., and John Movrogiannis' claims information by March 16, 2020.

DONE AND SIGNED, this _____ day of _____, 2020, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**