AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 <br><br> Applies to: <br> 11-02533, *Selmer M. Salvesen v. Kenneth R. Feinberg, et al.* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:10-md-02179

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Patrick Juneau as Claims Administrator:
The Harding Center, 1018 Harding Street, Ste. 202, Lafayette, LA 70503

*(Name of person to whom this subpoena is directed)*

⊠ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  Any and all documents, correspondence, communicaitons, receipts, releases, checks, files,pertaining to any and all claims filed by Selmer M. Salvesen, or his agent, regarding claims arising out of or related to the " DeepwaterHorizon" oil spill that occurred on April 20, 2010, including but not limited to, claims filed with Gulf Coast Claim Facillity.

| Place: Long Law Firm<br>        1800 City Farm Drive, Bldg. 6<br>        Baton Rouge, Louisiana 70806 | Date and Time:<br> Friday, February 28, 2020 at 10:00a.m. |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  2/14/2020

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____<br>*Signature of Clerk or Deputy Clerk* | | _____<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Kenneth R. Feinberg, Feinberg Rozen, LLP, and William Green
_____ , who issues or requests this subpoena, are:

Seth F. Lawrence, 1800 City Farm Drive, Baton Rouge, LA 70806; sfl@longlaw.com; (225) 922-5110

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Ex. A

AO 88B  (Rev.  12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:10-md-02179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: _____

Patrick A. Juneau

2/26/2020                              on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-26.20

Andrea L Guidry
*Server's signature*

Andrea L. Guidry / Secretary
*Printed name and title*

Ottinger Hebert, LLC.
1313 West Pinhook Road,
*Server's address*   Lafayette, Louisiana 7050?

Additional information regarding attempted service, etc.: