## PLAINTIFFS' OBJECTION TO SUBPOENA FOR CLAIMS INFORMATION

Plaintiffs, Pinellas Marine Salvage, Inc., John Mavrogiannis, Selmer M. Salvesen, and Andrew J. Ditch, by and through their undersigned counsel, hereby file their Objection To Defendants Kenneth R. Feinberg and Feinberg Rozen, LLP's Subpoena For Claims Information for the following cases: *Salvesen v. Feinberg, et al.*, 2:11-cv-02533; *Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.*, 2:11-cv-01987; *Salvesen v. Feinberg, et al.*, 2:11-cv-02533; and *Ditch v. Feinberg et al.*, 2:13-cv-06014 for at least the following two reasons.

**I.   Defendants Feinberg, et al. Have No Legal Authority to Unilaterally Commence Discovery**

In its Order dated January 17, 2020, The Honorable MDL 2179 Court states,

"**IT IS ORDERED** that the defendants in *Salvesen*, *Pinellas Marine*, and *Ditch* shall file a response to Donovan's Motions to Remand (Rec. Docs. 4574, 4575, 12708) by no later than Friday, February 14, 2020.

**IT IS FURTHER ORDERED** that the defendants in *Salvesen*, *Pinellas Marine*, *Ditch*, and *Herman* shall file an answer, motion to dismiss, or other response to the complaint in their respective case by no later than Friday, February 14, 2020.

**IT IS FURTHER ORDERED** that, except as set forth above, the *Salvesen*, *Pinellas Marine*, *Ditch*, and *Herman* cases shall remain stayed." (Rec. Doc. 26213).

In its Order dated February 11, 2020, the Court generously granted Defendants an extension up to and including Monday, March 30, 2020, to file (1) a response to Brian Donovan's Motions to Remand (Rec. Docs. 4574, 4575, 12708) and (2) an answer, motion to dismiss, or other response to the complaints in the referenced member cases. (Rec. Doc. 26322).

Here, Defendants have decided to ignore the Court's Orders and unilaterally commence discovery. It is important to note that, since 2011, the Court has declined to permit discovery on Feinberg, et al.

Ex. C

**II.     Defendants Have, or Should Have, the Information Requested in Their Subpoenas**

On February 25, 2011, Plaintiffs Pinellas Marine Salvage Inc., et al. filed their action against Defendants Kenneth R. Feinberg and Feinberg Rozen, LLP, d/b/a GCCF. On June 15, 2011, Plaintiff Salvesen filed his action against Defendants Kenneth R. Feinberg, Feinberg Rozen, LLP, d/b/a GCCF, and William G. Green, Jr. Defendants' "Transition Process" did not conclude until on or about June 4, 2012. Defendants should have retained any and all documents pertaining to the lawsuits which had been filed against them prior to the conclusion of the transition period.

## CONCLUSION

For all the foregoing reasons, Plaintiffs: (a) object to Defendants Kenneth R. Feinberg and Feinberg Rozen, LLP's Subpoena For Claims Information; and instruct the Claims Administrator not to produce any Claims Information to the requesting party (Long Law Firm).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on Deepwater Horizon Economic Claims Center, c/o Claims Administrator, via Email at FileProduction@dhecc.com in accordance with the procedures established by Deepwater Horizon Claims Center, on this 24th day of February, 2020.

DATED: February 24, 2020              /s/ Brian J. Donovan
                                      Brian J. Donovan
                                      Attorney for Plaintiffs
                                      Florida Bar No. 143900
                                      3102 Seaway Court, Suite 304
                                      Tampa, FL 33629
                                      Tel: (352)328-7469
                                      BrianJDonovan@verizon.net