# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CASE NO. 2:10-md-02179<br><br>SECTION: J(2) |
| DOCUMENT RELATES TO:<br>13-06014, *ANDREW J. DITCH*<br>*V. KENNETH R. FEINBERG, ET AL* | * * * * | JUDGE: CJB<br><br>MAGISTRATE JUDGE: JCW |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the forgoing Motion for Court Approval to Compel the Production of Claims Information by the Claims Administrator:

**IT IS ORDERED** that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Claim Administrator, Patrick Juneau, respond to the subpoena for the production of documents issued by Kenneth R. Feinberg, Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility, and William G. Green, Jr., requesting the production of Andrew J. Ditch's claims information by March 16, 2020.

DONE AND SIGNED, this _____ day of _____, 2020, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**