UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 10-03261 (Shivers) | * * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that any response to Defendants' Motion to Dismiss First Amended Complaint (Rec. Doc. 26365) shall be filed by Friday, March 13, 2020. Defendants may file a reply by no later than Tuesday, March 17, 2020.

New Orleans, Louisiana, this 4th day of March, 2020.

_____
United States District Judge