UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to:<br>No. 16-04801<br>No. 16-05955<br>No. 16-04743 | *<br><br>*<br><br>* | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

Before the Court are three Motions for Voluntary Dismissal with Prejudice filed by the plaintiffs in the referenced member cases. (Rec. Docs. 26360, 26361, 26362).

IT IS ORDERED that the Motions (Rec. Docs. 26360, 26361, 26362) are GRANTED, and all claims in the civil actions below are DISMISSED WITH PREJUDICE:

16-04801, *Michael Boatright v. BP Expl. & Prod., Inc., et al.*
16-05955, *The Reefkeeper, LLC v. BP Expl. & Prod., Inc., et al.*
16-04743, *Topwater Charters, LLC v. BP Expl. & Prod., Inc., et al.*

This dismissal does not extend to any claim these plaintiffs timely filed with the Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Program. This dismissal also does not extend to Michael Boatright's medical claims in No. 17-03111. The Clerk is instructed to CLOSE the referenced member cases.

New Orleans, Louisiana, this 4th day of March, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in each of the referenced member cases.**