UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| OIL SPILL BY THE OIL RIG ) | |
| "DEEPWATER HORIZON" IN THE ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 ) | |
| ) | |
| THIS DOCUMENT RELATES: ) | |
| ) | |
| Bradley Shivers, et al v. BP, PLC, et al ) | |
| Case No. 2:10-cv-03261 ) | |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

Plaintiffs Bradley Shivers, Mark Mead, and Scott Russell ("Plaintiffs"), and move this Court for an order granting an extension of time within which to file responsive pleadings in the above-captioned proceedings. In support of this motion, the Plaintiffs represent as follows:

1.

On March 3, 2020, Defendants filed their Motion to Dismiss First Amended Complaint for failure to state a claim upon which relief can be granted (Rec. Doc. 26365).

2.

On March 4, 2020, this Court entered an Order setting the response deadline to Defendants' Motion to Dismiss First Amended Complaint for March 13, 2020 (Rec. Doc. 26370).

3.

Plaintiffs respectfully request a seven (7) day extension through and until Friday, March 20, 2020 within which to file Plaintiffs' response to Defendants' Motion to Dismiss First Amended Complaint.

WHEREFORE, Plaintiffs respectfully move this Court to grant a brief seven (7) day extension of time from Friday, March 13, 2020 until Friday, March 20, 2020 within which to respond *Shivers, et al v. BP plc, et al.,* Civil Action No. 10-03261.

Dated: March 6, 2020                          /s/ Rhon E. Jones

                                         Rhon E. Jones, Esq. (ASB-7747-E52R)
William R. Sutton, Esq. (ASB-3903-L74S)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034
William.sutton@beasleyallen.com

*/s/ Adam M. Milam*
ADAM M. MILAM, Esq. (MILAA2597)
MILAM & MILAM, LLC
2206 Main Street
Daphne, AL 36526
(251) 928-0191
amilam@milam-law.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Plaintiffs First Amended Complaint* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of March, 2020.

/s/Rhon E. Jones
Rhon E. Jones