

February 21, 2019

Patrick Juneau, Claims Administrator
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Dear Mr. Juneau:

Attached please find the quarterly invoice for Old and New Class administration work completed by Epiq, inclusive of pass-through invoices received from GCR, Brown Greer, and Stanley Reuter, during the period November 1, 2019 – January 31, 2020.

The breakdown of fees and expenses between the Old and New Classes is as follows:

| | |
|---|---|
| HESI and Transocean Old Class | $  49,354.65 |
| HESI and Transocean New Class | $ 713,982.07 |
| Total Due | $763,336.72 |

Upon receiving Court approval, we will transfer funds in accordance with the Court Order from the Old and New Class distribution accounts that hold the Administrative Fee Reserve Funds to satisfy the invoice.

As always, it has been a pleasure serving your needs.  Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/14/2020 | 27151 |
| **PERIOD START** | **THROUGH DATE** |
| 11/1/2019 | 1/31/2020 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of Class Member Notifications and Correspondence | 11,954 | $0.0615 | $735.17 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 115.0 Hrs. | | $5,754.00 |
| Document Storage - Paper (per box/per month) | 338 | $3.00 | $1,014.00 |
| Document Storage - Electronic (per img./record per month) | 619,452 | $0.002 | $1,238.90 |
| **Claim Validation** | | | |
| Process Paper Claims | 2,176.5 Hrs. | | $250,337.50 |
| **Contact Services** | | | |
| IVR (per minute) | 6,613.1 | $0.32 | $2,116.19 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 348 | $0.8333 | $290.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 135.5 Hrs. | | $6,725.00 |
| Handling of class member communications | 561.4 Hrs. | | $64,561.00 |
| **Website Services** | | | |
| Design and Maintain Website | 3.4 Hrs. | | $425.00 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 116.1 Hrs. | | $20,182.50 |
| Records Paid by Check | 9,365 | $0.79 | $7,398.35 |
| Records Paid by Wire | 46,528 | $0.79 | $36,757.12 |
| Check reissues | 153 | $0.79 | $120.87 |
| IRS Form 1099 Printing | 20,730 | $1.50 | $31,095.00 |
| **Reporting** | 17.3 Hrs. | | $1,898.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 1,294.0 Hrs. | | $169,341.50 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Systems Support** | 123.5 Hrs. | | $21,476.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | |
| **Quality Assurance** | 324.4 Hrs. | | $56,625.00 |
| **Total Fees** | | | **$678,091.11** |
| **Total Project Expenses (See Exhibit A)** | | | **$57,756.75** |
| **Sub Total** | | | **$735,847.86** |
| Sales Tax | | | $27,488.86 |
| **Grand Total** | | | **$763,336.72** |



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| | **Description** | **Amount** |
| | **Project Expenses** | |
| | For the period: Nov 01, 2019 through Jan 31, 2020 | |
| | GCR, Inc. – Mapping Vendor 11/1/2019-1/31/2020 Invoices | $42,275.00 |
| | Brown Greer – Old Class 2019 Invoice | $3,229.00 |
| | Brown Greer – New Class 2019 Invoice | $5,077.00 |
| | Stanley Reuter – Outside Counsel 9/1/2019 & 10/1/2019 Invoices | $1,026.00 |
| | Postage | $4,697.00 |
| | FedEx, Messenger & Shipping | $54.95 |
| | PACER Charges | $7.80 |
| | P. O. Box Rental/Renewal | $1,390.00 |
| **Total** | | **$57,756.75** |

**Please Remit To :**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

-Or-

Payment by Wire:
[redacted]

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

February 6, 2020

|  |  |
|---|---|
| Invoice #: | 33617 |
| Billed Through: | January 31, 2020 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
        OUR FILE:  1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | January 31, 2020 | $7,075.00 |
| CURRENT EXPENSES THROUGH: | January 31, 2020 | $49.70 |
| TOTAL CHARGES FOR THIS BILL | | $7,124.70 |
| TOTAL NOW DUE | | $7,124.70 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268  
Lafayette, LA  70505-1268

February 6, 2020

|  |  |
|---|---|
| Invoice #: | 33617 |
| Billed through: | January 31, 2020 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS  
OUR FILE:  1300-1580

## PROFESSIONAL SERVICES                                                                                                   Hours

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/08/19 | PJH | CORRESPONDENCES WITH VENDOR RE: COURT DETERMINATION ON NEW CLASS CLAIM AND NEW CLASS APPEALS READY FOR CLAIMS ADMINISTRATOR REVIEW | 0.20 |
| 11/11/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS, CLAIM INFORMATION AND DOCUMENTATION | 0.30 |
| 11/11/19 | PJH | REVIEW AND RESPOND TO SEVERAL CORRESPONDENCES RE: NEW CLASS APPEALS, ASSESS AND MAKE PRELIMINARY DETERMINATIONS RE: SAME, AND BRIEF CONFER WITH PAJ RE: SAME | 3.90 |
| 11/11/19 | PAJ | CONFER HRON RE: NEW CLASS APPEALS | 0.10 |
| 11/13/19 | PJH | SEVERAL CORRESPONDENCES WITH VENDOR RE: NEW CLASS APPEALS AND INQUIRIES RE: SAME | 0.20 |
| 11/14/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS | 0.10 |
| 11/14/19 | PAJ | CONFER WITH HRON RE: NEW CLASS APPEALS | 0.20 |
| 11/14/19 | PJH | PRELIMINARY CONFER WITH PAJ RE: NEW CLASS APPEALS AND REVIEW AND ASSESSMENT OF SAME; REVIEW ADDITIONAL NEW CLASS APPEAL INFORMATION FROM VENDOR AND CORRESPONDENCES RE: SAME | 0.60 |
| 11/15/19 | PJH | REVIEW CORRESPONDENCE FROM VENDOR RE: INVOICES, BEGIN PREPARING MOTION AND PROPOSED ORDER RE: DISBURSEMENT OF HESI/TO ADMINISTRATIVE EXPENSES, AND REVIEW INVOICES RE: SAME (HALF TIME) | 0.50 |
| 11/18/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEAL RULINGS | 0.20 |
| 11/18/19 | PJH | SEVERAL CORRESPONDENCES RE: NEW CLASS RULINGS ON DISCRETIONARY REVIEW, INQUIRIES FROM COUNSEL RE: CLAIM FORM FILINGS AND PRIOR NEUTRALS SETTLEMENTS | 0.30 |
| 11/18/19 | PJH | REVIEW CORRESPONDENCE FROM VENDOR RE: NEW CLASS APPEAL AND DRAFT CORRESPONDENCE RE: OUTREACH RE: SAME | 0.30 |
| 11/22/19 | PAJ | REVIEW EMAILS RE: NEW CLASS EXPENSES | 0.10 |
| 11/25/19 | PAJ | REVIEW EMAILS RE: NEW CLASS EXPENSES | 0.20 |
| 11/25/19 | PAJ | REVIEW EMAILS RE: MOTION AND ORDER FOR ADMINISTRATIVE COSTS DISBURSEMENT RE: NEW CLASS | 0.20 |
| 11/25/19 | PJH | REVIEW HESI/TO VENDOR INVOICE, SEVERAL CORRESPONDENCES WITH VENDOR RE: DRAFT MOTION FOR ADMINISTRATIVE COST DISBURSEMENT, FURTHER EDITING AND FINALIZATION, AND CORRESPOND WITH PARTIES RE: SAME (HALF TIME) | 0.60 |
| 11/26/19 | PAJ | CONFER HRON RE: DETERMINATION AND INQUIRY | 0.20 |

| 001300 | 01580 | | Invoice # 33617 Page 2 | |
|---|---|---|---|---|
| 11/26/19 | PJH | FILING OF FINAL MOTION FOR ADMINISTRATIVE EXPENSE REIMBURSEMENT FOR HESI/TO VENDORS AND CORRESPONDENCES RE: SAME (HALF TIME); REVIEW INQUIRY FROM VENDOR, CONFER WITH PAJ AND CORRESPOND WITH VENDOR RE: DETERMINATION RE: SAME; REVIEW CLAIM PREPARER INQUIRY FROM VENDOR AND INSTRUCT VENDOR TO SEND NECESSARY FORMS | | 0.70 |
| 11/26/19 | PAJ | REVIEW FILED MOTION AND ORDER FOR ADMINISTRATIVE COSTS DISBURSEMENT RE: NEW CLASS | | 0.10 |
| 11/27/19 | PAJ | REVIEW ORDER AUTHORIZING DISBURSEMENT OF NEW CLASS ADMINISTRATIVE COSTS | | 0.10 |
| 11/27/19 | PJH | CORRESPONDENCES RE: ORDER APPROVING OF HESI/TO ADMINISTRATIVE EXPENSE DISBURSEMENT (HALF TIME); CORRESPOND RE: INQUIRY FROM CLAIM PREPARER | | 0.10 |
| 11/29/19 | PJH | REVIEW AND FINALIZE JOINT MOTIONS, MEMORANDA, DRAFT ORDERS RE: HESI/TO DMI CLAIMANTS, CORRESPOND RE: SAME RE: FILING WITH COURT (HALF TIME) | | 0.30 |
| 12/02/19 | PAJ | REVIEW EMAILS RE: PAYMENT OF NEW CLASS ADMINISTRATIVE COSTS | | 0.10 |
| 12/02/19 | PJH | CORRESPONDENCES RE: ORDER RE: NEW CLASS ADMINISTRATIVE EXPENSES; CORRESPONDENCES RE: NEW CLASS DISCRETIONARY REVIEW DETERMINATIONS BY COURT, SUBMISSION OF AUTHORIZATION FORMS FOR NEW CLASS CLAIMANTS BY CLAIMS PREPARER | | 0.40 |
| 12/03/19 | PJH | CORRESPONDENCES TO VENDOR RE: ORDERS APPROVING NEW CLASS DMI JMOS | | 0.10 |
| 12/10/19 | PAJ | REVIEW OF EMAILS RE: Q4 TAXES AND INTEREST INCOME | | 0.10 |
| 12/10/19 | PJH | REVIEW VARIOUS CORRESPONDENCES RE: HESI/TO Q4 ESTIMATED TAXES (HALF TIME) | | 0.10 |
| 12/11/19 | PJH | CORRESPONDENCE WITH VENDOR RE: REMAND BY COURT ON DISCRETIONARY REVIEW REQUEST | | 0.10 |
| 12/12/19 | PAJ | REVIEW EMAILS RE: Q4 TAXES | | 0.10 |
| 12/16/19 | PJH | SEVERAL CORRESPONDENCES TO VENDOR RE: RECENT DETERMINATIONS ON DISCRETIONARY COURT REVIEW RE: NEW CLASS APPEALS | | 0.10 |
| 12/17/19 | PJH | REVIEW AND CORRESPOND RE: COURT DETERMINATION ON NEW CLASS APPEAL | | 0.10 |
| 12/18/19 | PJH | REVIEW INQUIRY FROM VENDOR RE: OLD AND NEW CLASS CLAIM DETERMINATION AND CORRESPONDENCE RE: SAME (HALF TIME); REVIEW AND RESPOND TO INQUIRY FROM COUNSEL RE: OLD AND NEW CLASS PROGRAM STATUS (HALF TIME) | | 0.30 |
| 12/19/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS | | 0.20 |
| 12/19/19 | PJH | REVIEW AND RESPOND TO INQUIRY FROM VENDOR RE: RESOLVED NEW CLASS APPEALS | | 0.30 |
| 12/20/19 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS AND DOCUMENTATION | | 0.30 |
| 12/20/19 | PAJ | CONFER WTIH HRON RE: NEW CLASS APPEALS DETERMINATIONS AND ISSUES | | 0.20 |
| 12/20/19 | PJH | CONFER WITH PAJ AND SEVERAL CORRESPONDENCES RE: NEW CLASS APPEALS DETERMINATIONS AS WELL AS PENDING ISSUES WITH UNRESOLVED NEW CLASS APPEALS TO CLAIMS ADMINISTRATOR WITH REVIEW OF DOCUMENTS RE: SAME; SEVERAL CONFERS, CORRESPONDENCES RE: ISSUE WITH NEW CLASS | | 0.40 |

001300     01580                                         Invoice # 33617      Page    3

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | ADMINISTRATIVE EXPENSE PAYMENT AND ATTEMPT TO RESOLVE SAME | |
| 12/23/19 | PJH | REVIEW AND RESPOND TO CORRESPONDENCE RE: INQUIRY RE: PAYMENT OF NEW CLASS ADMINISTRATIVE COSTS | 0.10 |
| 01/02/20 | PAJ | REVIEW EMAIL RE: REINVESTMENT OF FUNDS WITH UBS | 0.10 |
| 01/02/20 | PJH | VARIOUS CORRESPONDENCES RE: ISSUES WITH NEW CLASS ADMINISTRATIVE EXPENSE PAYMENT; REVIEW AND APPROVAL OF NEW CLASS DMI JMOS | 0.70 |
| 01/03/20 | PAJ | REVIEW EMAILS RE: REINVESTMENT OF FUNDS AND APPROVAL OF SAME | 0.10 |
| 01/03/20 | PJH | CORRESPONDENCES RE: FILING DMI JMOS, APPROVAL OF SECURITIES INVESTMENT WITH UBS FOR NEW CLASS FUNDS | 0.20 |
| 01/05/20 | PJH | REVIEW NEW CLASS INQUIRY FROM COUNSEL AND CORRESPOND WITH VENDOR RE: SAME | 0.10 |
| 01/07/20 | PAJ | REVIEW EMAILS RE: CLAIM ISSUES AND PAYMENTS FOR NEW CLASS | 0.10 |
| 01/08/20 | PAJ | CONFER WITH HRON RE: REMAND OF NEW CLASS CLAIM FROM COURT | 0.20 |
| 01/08/20 | PJH | REVIEW AND RESPOND TO INQUIRY FROM VENDOR RE: REMAND OF NEW CLASS CLAIM FROM COURT AND CONFER PAJ RE: SAME | 0.40 |
| 01/10/20 | PJH | REVIEW AND EDIT DMI JMOS FOR NEW CLASS PAYMENTS AND CORRESPOND WITH COURT RE: SAME | 0.30 |
| 01/16/20 | PAJ | REVIEW EMAILS RE: CONFLICT WAIVER REQUEST | 0.10 |
| 01/16/20 | PJH | INQUIRY FROM VENDOR RE: POTENTIAL CONFLICT OF INTEREST WITH NEW HESI/TO PROGRAM STAFF MEMBER AND RESPONSE RE: SAME (HALF TIME) | 0.10 |
| 01/17/20 | PAJ | REVIEW EMAILS RE: INQUIRY CONCERNING NEW CLASS DISTRIBUTION B FOR REAL PROPERTY CLAIMS AND STATUS REPORT | 0.20 |
| 01/20/20 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS | 0.20 |
| 01/22/20 | PJH | REVIEW AND RESPOND TO INQUIRY FROM COUNSEL RE: NEW CLASS REAL PROPERTY CLAIM STATUS | 0.20 |
| 01/23/20 | PJH | REVIEW SEVERAL HUNDRED NEW CLASS REAL PROPERTY APPEALS, MAKE PRELIMINARY DETERMINATIONS, AND DRAFT PROPOSED DENIAL LANGUAGE RE: SAME, REVIEW, RESPOND AND CONFER VENDOR RE: SCHEDULING TIME TO DISCUSS SAME | 2.60 |
| 01/24/20 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS AND LANGUAGE | 0.20 |
| 01/24/20 | PJH | CONFER VENDOR RE: NEW CLASS APPEALS, REVIEW AND REVISE PROPOSED LANGUAGE, AND DRAFT DETERMINATIONS RE: SAME; REVIEW AND RESPOND TO INQUIRY FROM VENDOR RE: CLAIMANT INQUIRY RE: DETERMINATION ON NEW CLASS CLAIM | 1.20 |
| 01/24/20 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS, COURT REVIEW | 0.20 |
| 01/27/20 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEAL AND COURT REVIEW | 0.10 |
| 01/27/20 | PJH | CORRESPOND WITH VENDOR RE: NEW CLASS DISCRETIONARY REVIEW DETERMINATION | 0.10 |
| 01/28/20 | PAJ | REVIEW EMAILS RE: DRAFT QUARTERLY REPORT NO. 17 | 0.20 |
| 01/28/20 | PJH | REVIEW AND REVISE DRAFT HESI/TO COURT REPORT AND CORRESPOND WITH VENDOR RE: SAME (HALF TIME) | 0.30 |
| 01/29/20 | PAJ | REVIEW EMAILS RE: DRAFT COURT REPORT NO. 17 | 0.10 |
| 01/29/20 | PAJ | REVIEW EMAILS RE: 2019 1099S FOR NEW CLASS | 0.10 |
| 01/29/20 | PJH | SEVERAL CORRESPONDENCES WITH VENDOR RE: ISSUANCE OF HESI/TO 1099S, DRAFT COURT REPORT EDITS AND FILING, AND | 0.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 001300 | 01580 | | | Invoice # 33617 | Page | 4 |

| Date | Atty | Description | | | | Hours |
|---|---|---|---|---|---|---|
| | | DISMISSAL OF LAWSUITS AND POTENTIAL EFFECT ON HESI/TO CLAIMS (HALF TIME) | | | | |
| 01/30/20 | PJH | REVIEW HESI/TO DMI JMO MOTIONS, MEMORANDA, AND DRAFT ORDERS, VARIOUS EDITING RE: SAME, AND DRAFT CORRESPONDENCE RE: FILING; SEVERAL CORRESPONDENCES RE: DRAFT COURT STATUS REPORT (HALF TIME) | | | | 0.60 |
| 01/31/20 | PAJ | REVIEW EMAILS RE: DRAFT QUARTERLY REPORT NO. 17 | | | | 0.10 |
| 01/31/20 | PAJ | CONFER WITH HRON RE: DRAFT QUARTERLY REPORT NO. 17 AND REAL PROPERTY DISTRIBUTION AND APPEALS | | | | 0.30 |
| 01/31/20 | PJH | REVIEW EXTENSIVE DOCUMENTATION SUBMITTED IN SUPPORT OF NEW CLASS REAL PROPERTY APPEAL AND CORRESPOND WITH VENDOR RE: SAME; CONFER PAJ RE: NEW CLASS REAL PROPERTY APPEALS AND EFFECT ON DISTRIBUTION TIMING; ADDITIONAL REVIEW AND EDITING OF HESI/TO STATUS REPORT AND CORRESPOND WITH VENDOR RE: SAME AND FILING (HALF TIME) | | | | 1.10 |
| 01/31/20 | PAJ | REVIEW FILED QUARTERLY REPORT NO. 17 | | | | 0.10 |
| | | | | | 23.10 | $7,075.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | | 5.20 hrs @ | $500.00 /hr | $2,600.00 | |
| PJH | HRON, PATRICK J | | 17.90 hrs @ | $250.00 /hr | $4,475.00 | |
| | Fee Recap Totals | | 23.10 | | $7,075.00 | |

**EXPENSES**           **Amount**

| | | |
|---|---|---|
| 11/05/19 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 12/09/19 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 01/24/20 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 01/31/20 | COPYING | 34.70 |
| | | $49.70 |

**BILLING SUMMARY:**

| | |
|---|---|
| TOTAL FEES | $7,075.00 |
| TOTAL EXPENSES | $49.70 |
| TOTAL FEES & EXPENSES | $7,124.70 |
| **TOTAL NOW DUE** | **$7,124.70** |

**Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO**

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 11/04/19 | Patrick Hron | Several corresps. re: compiling Old Class time from vendors for upcoming motion for administrative expenses. | 0.20 | $ 250.00 | $ 50.00 | |
| 11/15/19 | Patrick Hron | Review corresp. from vendor re: invoices, begin preparing motion and proposed order re: disbursement of HESI/TO administrative expenses, and review invoices re: same (half time). | 0.50 | $ 250.00 | $ 125.00 | |
| 11/25/19 | Patrick Hron | Review HESI/TO vendor invoice, several corresps. with vendor re: draft motion for administrative cost disbursement, further editing, and corresp. parties re: same (half time). | 0.60 | $ 250.00 | $ 150.00 | |
| 11/26/19 | Patrick Hron | Editing, finalization, and filing of final motion for administrative expense reimbursement for HESI/TO vendors and corresps. re: same (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 11/27/19 | Patrick Hron | Corresps. re: Order approving of HESI/TO administrative expense disbursement (half time). | 0.10 | $ 250.00 | $ 25.00 | |
| 11/29/19 | Patrick Hron | Review and finalize joint motions, memoranda, draft orders re: HESI/TO DMI claimants, corresp. re: same re: filing with Court (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 12/10/19 | Patrick Hron | Review various corresps. re: HESI/TO Q4 estimated taxes (half time). | 0.10 | $ 250.00 | $ 25.00 | |
| 12/16/19 | Patrick Hron | Review and respond to inquiry from vendor re: Old Class payments sweeping in from DHEPDS. | 0.30 | $ 250.00 | $ 75.00 | |
| 12/17/19 | Patrick Hron | Review and respond to follow up response from vendor re: Old Class payments sweeping in from DHEPDS. | 0.10 | $ 250.00 | $ 25.00 | |
| 12/18/19 | Patrick Hron | Review inquiry from vendor re: Old and New Class claim determination and corresp. re: same (half time); review and respond to inquiry from counsel re: Old and New Class program status (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 01/10/20 | Patrick Hron | Review and respond to various corresps. from vendor re: Old Class uncashed and undeliverable checks campaign. | 0.30 | $ 250.00 | $ 75.00 | |
| 01/14/20 | Patrick Hron | Further review and respond to corresps. from vendor re: Old Class uncashed and undeliverable checks campaign. | 0.10 | $ 250.00 | $ 25.00 | |
| 01/15/20 | Patrick Hron | Confer PAJ and corresp. vendor re: Old Class uncashed and undeliverable checks campaign. | 0.20 | $ 250.00 | $ 50.00 | |
| 01/16/20 | Patrick Hron | Inquiry from vendor re: potential conflict of interest with new HESI/TO program staff member and response re: same (half time). | 0.10 | $ 250.00 | $ 25.00 | |
| 01/28/20 | Patrick Hron | Review and revise draft HESI/TO Court report and corresp. vendor re: same (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 01/29/20 | Patrick Hron | Several corresps. with vendor re: issuance of HESI/TO 1099s, draft Court Report edits and filing, and dismissal of lawsuits and potential effect on HESI/TO claims (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 01/30/20 | Patrick Hron | Review HESI/TO DMI JMO motions, memoranda, and draft orders, various editing re: same, and draft corresp. re: filing; several corresps. re: draft Court status report (half time). | 0.60 | $ 250.00 | $ 150.00 | |
| 01/31/20 | Patrick Hron | Confer PAJ re: draft court report, and corresp. vendor re: same after additional review and editing (half time). | 0.20 | $ 250.00 | $ 50.00 | $ 1,225.00 |
| 11/05/20 | Robert Levine | Accumulate Time charges from staff invoices and prepare file for invoice | 1.50 | $ 175.00 | $ 262.50 | $ 262.50 |
| 11/22/19 | Patrick Juneau | REVIEW EMAILS RE: OLD CLASS EXPENSES | 0.1 | $ 700.00 | $ 70.00 | |
| 11/25/19 | Patrick Juneau | REVIEW EMAILS RE: OLD CLASS EXPENSES | 0.2 | $ 700.00 | $ 140.00 | |
| 11/25/19 | Patrick Juneau | REVIEW EMAILS RE: MOTION AND ORDER FOR ADMINISTRATIVE COSTS DISBURSEMENT RE: OLD CLASS | 0.2 | $ 700.00 | $ 140.00 | |
| 11/26/19 | Patrick Juneau | REVIEW EMAIL RE: FILED MOTION AND ORDER FOR ADMINISTRATIVE COSTS DISBURSEMENT RE: OLD CLASS | 0.1 | $ 700.00 | $ 140.00 | |
| 11/27/19 | Patrick Juneau | REVIEW ORDER AUTHORIZING DISBURSMENT OF OLD CLASS COSTS | 0.1 | $ 700.00 | $ 140.00 | |
| 12/02/19 | Patrick Juneau | REVIEW EMAILS RE: PAYMENT OF OLD CLASS ADMINISTRATIVE COSTS | 0.1 | $ 700.00 | $ 70.00 | |
| 12/10/19 | Patrick Juneau | REVIEW EMAILS RE: Q4 TAXES AND INTEREST INCOME | 0.1 | $ 700.00 | $ 70.00 | |
| 12/12/19 | Patrick Juneau | REVIEW EMAILS RE: Q4 TAXES | 0.1 | $ 700.00 | $ 70.00 | |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/19 | Patrick Juneau | REVIEW EMAILS RE: OLD CLASS CLAIMS TO BE PAID | 0.1 | $ 700.00 | $ 70.00 |
| 12/17/19 | Patrick Juneau | REVIEW EMAILS RE: OLD CLASS CLAIMS SUPPLEMENTAL PAYMENTS | 0.2 | $ 700.00 | $ 140.00 |
| 12/18/19 | Patrick Juneau | REVIEW EMAILS RE: INQUIRY ON OLD CLASS CLAIM | 0.1 | $ 700.00 | $ 70.00 |
| 01/02/20 | Patrick Juneau | REVIEW EMAIL RE: REINVESMENT OF FUNDS AT UBS | 0.1 | $ 700.00 | $ 70.00 |
| 01/03/20 | Patrick Juneau | REVIEW EMAILS RE: REINVESTMENT OF FUNDS AND APPROVAL OF SAME | 0.1 | $ 700.00 | $ 70.00 |
| 01/10/20 | Patrick Juneau | REVIEW EMAILS RE: UNCASHED PAYMENTS AND AUTOMATED CALLING CAMPAIGN | 0.2 | $ 700.00 | $ 140.00 |
| 01/16/20 | Patrick Juneau | REVIEW EMAILS RE: CONFLICT OF WAVIER REQUEST | 0.1 | $ 700.00 | $ 70.00 |
| 01/28/20 | Patrick Juneau | REVIEW EMAIL RE: DRAFT QUARTERLY REPORT NO. 17 | 0.2 | $ 700.00 | $ 140.00 |
| 01/29/20 | Patrick Juneau | REVIEW EMAILS RE: DRAFT QUARTERLY REPORT NO. 17 | 0.1 | $ 700.00 | $ 70.00 |
| 01/29/20 | Patrick Juneau | REVIEW EMAILS RE: 2019 1099S FOR OLD CLASS | 0.1 | $ 700.00 | $ 70.00 |
| 01/31/20 | Patrick Juneau | CONFER HRON RE: DRAFT QUARTERLY REPORT NO. 17 | 0.1 | $ 700.00 | $ 70.00 |
| 01/31/20 | Patrick Juneau | REVIEW EMAIL RE: DRAFT QUARTERLY REPORT NO. 17 | 0.1 | $ 700.00 | $ 70.00 |
| 01/31/20 | Patrick Juneau | REVIEW FILED QUARTERLY REPORT NO. 17 | 0.1 | $ 700.00 | $ 70.00 |
| | | | | | $ 1,960.00 |

Old Class HESI Invoice  $ 3,447.50