UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION "J"** |
| **This Document Relates To:**<br>*No. 15-4143, 15-4146 & 15-4654* | **District Judge Carl J. Barbier**<br><br>**Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

### ORDER AUTHORIZING DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

Considering the Motion for Disbursement of Administrative Costs filed by the Claims Administrator for the Old Class and for the New Class, Patrick A. Juneau;

IT IS HEREBY ORDERED that:

Epiq Global is hereby authorized and directed to initiate payments from the accounts established with Huntington Bank to satisfy the following invoices as Administrative Costs pursuant to Section 8(c) of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements:

New Class Expenses:

| | |
|---|---|
| Epiq invoice dated 2/21/2020 | $713,982.07 |
| Juneau David, APLC invoice dated 2/6/2020 | $7,124.70 |

Old Class Expenses:

| | |
|---|---|
| Epiq invoice dated 2/21/2020 | $49,354.65 |
| Deepwater Horizon Economic & Property Damage Settlement invoice | $3,447.50 |

Such New Class Expense payments are to be made from the HESI-Transocean Punitive Damages Combined Settlements Fund Account previously established with Huntington Bank. Such Old Class Expense payments are to be made from the HESI-Transocean Assigned Claims Combined Settlements Fund previously established with Huntington Bank.

New Orleans, Louisiana, this _____ day of _____, 2020.

                                                                  _____
                                                                  CARL J. BARBIER
                                                                  UNITED STATES DISTRICT JUDGE