# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 18, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

Nos. 18-30243, 18-30413 & 18-30533   In re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970
                        USDC No. 2:15-CV-4143
                        USDC No. 2:15-CV-4146
                        USDC No. 2:15-CV-4654
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970
                        USDC No. 2:15-CV-4143
                        USDC No. 2:15-CV-4146
                        USDC No. 2:15-CV-4654
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970
                        USDC No. 2:15-CV-4143
                        USDC No. 2:15-CV-4146
                        USDC No. 2:15-CV-4654

Dear Mr. Blevins,

Enclosed is a copy of the judgments issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Debbie T. Graham, Deputy Clerk

cc:
    Mr. Brad Dennis Brian
    Mr. Michael Chase
    Mr. Daniel John Dysart

Mr. Michael Duane Greer Sr.
Mr. Daniel Benjamin Levin
Mr. Kerry J. Miller
Mrs. Kathryn Weatherly Munson
Mr. Steven Lynn Roberts
Mr. Richard C. Stanley
Mr. John Gwin Wheeler
Mr. Robert Alan York