IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-30413

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:12-CV-970
D.C. Docket No. 2:15-CV-4143
D.C. Docket No. 2:15-CV-4146
D.C. Docket No. 2:15-CV-4654

United States Court of Appeals
Fifth Circuit
**FILED**
August 13, 2019
Lyle W. Cayce
Clerk

IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

    Plaintiffs

v.

HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.,

    Defendants - Appellees

v.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL,

    Movants - Appellants

---

JOHN M. PETITJEAN, individually and on behalf of a putative class; ET AL,

    Plaintiffs

v.

HALLIBURTON ENERGY SERVICES, INCORPORATED; HALLIBURTON COMPANY,

      Defendants - Appellees

v.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL,

      Movants - Appellants

_____

JOHN M. PETITJEAN, individually and on behalf of a putative class; ET AL,

      Plaintiffs

v.

TRITON ASSET LEASING GmbH; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED,

      Defendants - Appellees

v.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL,

      Movants - Appellants

_____

ECONOMIC and PROPERTY DAMAGES SETTLEMENT CLASS, in the matter of Bon
Secour Fisheries v. BP Exploration & Production, Incorporated 12cv970,

      Plaintiff

v.

HALLIBURTON ENERGY SERVICES, INCORPORATED,

      Defendant - Appellee

v.

JULIUS BARBOUR; EDWARD BARNHILL, JR.; EDWARD BARNHILL, SR.; KAREN BARNHILL; SCOTT BLACK; ET AL,

      Movants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana

Before KING, ELROD, and ENGELHARDT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Sep 18, 2019

Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit