IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-30533

_____

United States Court of Appeals
Fifth Circuit
**FILED**
August 13, 2019
Lyle W. Cayce
Clerk

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:12-CV-970
D.C. Docket No. 2:15-CV-4143
D.C. Docket No. 2:15-CV-4146
D.C. Docket No. 2:15-CV-4654

In re: Deepwater Horizon

-------------------------

DOBBY DARNA; DARRIN COVERT; RICHARD DELACEY; JOSEPH WILLIAMSON; GEORGE ZIRLOTT,

       Plaintiffs - Appellants

v.

HALLIBURTON ENERGY SERVICES, INCORPORATED; HALLIBURTON COMPANY; TRANSOCEAN HOLDINGS, L.L.C.; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED,

       Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana

Before KING, ELROD, and ENGELHARDT, Circuit Judges.

J U D G M E N T

     This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

**Certified as a true copy and issued as the mandate on Sep 18, 2019**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**