# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | **MDL No. 2179** **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | **MAG. JUDGE WILKINSON** |
| *No. 13-1746 - Alton Rockford Meadows, Individually, and Alton Rockford Meadows d/b/a Southern Appraisal Services v. BP Exploration & Production, Inc., and, Cases within Pleading Bundle B1, B3 and All Civil Actions* | * * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Alton Rockford Meadows, and Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Transocean Ltd., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings, LLC, and Transocean Deepwater, Inc., Triton Asset Leasing GmbH, Halliburton Energy Services, Inc., and Sperry Drilling Services in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff in this action against Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Transocean Ltd., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings, LLC, and Transocean Deepwater, Inc., Triton Asset Leasing GmbH, Halliburton Energy Services, Inc., and Sperry Drilling Services are dismissed with prejudice, with each party to bear his/its own costs.

Respectfully submitted on this the 9th day of March, 2020,

*/s/ Elizabeth A. Citrin*
Elizabeth A. Citrin, Esq. (MS Bar No.: 101368)
Elizabeth A. Citrin, P.C.
28311 N. Main Street, Suite B-103
Daphne, Alabama 36526
Telephone: (251) 626-8808
Facsimile: (251) 626-8868
(elizabeth@elizabethcitrin.com)

*Attorney for Plaintiff*

*/s/ Devin C. Reid*
R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No.: (504) 556-4108

-and-

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
Christina Briesacher
(christina.briesacher@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

*/s/ R. Alan York*
R. Alan York
State Bar No. 22167500
AYork@ReedSmith.com
REED SMITH LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

*Attorneys for Defendants Halliburton Energy Services, Inc. and Sperry Drilling Services*

*/s/ Kerry J. Miller*
Kerry J. Miller (Bar #24562)
FISHMAN HAYGOOD
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 310-0275

*Attorneys for Defendants Transocean Ltd., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings, LLC, and Transocean Deepwater, Inc., Triton Asset Leasing GmbH*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal with Prejudice has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of March, 2020.

*/s/ Elizabeth A. Citrin*
Elizabeth A. Citrin