UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** **SECTION: J(2)** |
| **Applies to:** *11-02533, Salvesen v. Feinberg, et al.* *11-01987, Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.* *13-06014, Ditch v. Feinberg, et al.* | * * * * | **JUDGE BARBIER** **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court are three Motions for Court Approval to Compel the Production of Claims Information by the Claims Administrator. (Rec. Docs. 26367-26369). Having considered the motions and Plaintiffs' objections (which are attached to the motions),

IT IS ORDERED that the Motions (Rec. Docs. 26367-26369) are GRANTED, and the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement shall respond to the subpoena for the production of documents issued by Kenneth R. Feinberg and Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility, and William G. Green, Jr., requesting production of Pinellas Marine Salvage, Inc., John Movrogiannis, Selmer M. Salvensen, and Andrew J. Ditch's claims information by Monday, March 16, 2020.

New Orleans, Louisiana, this 9th day of March, 2020.

_____
United States District Judge