UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 10-03261 (Shivers) | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that Plaintiffs' Motion for Extension of Time Within Which to File Responsive Pleadings (Rec. Doc. 26372) is GRANTED. Any response to Defendants' Motion to Dismiss First Amended Complaint (Rec. Doc. 26365) shall be filed by Friday, March 20, 2020. Defendants may file a reply by no later than Wednesday, March 25, 2020.

The previous scheduling order at Rec. Doc. 26370 is VACATED.

New Orleans, Louisiana, this 9th day of March, 2020.

_____
United States District Judge