UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | \* \* \* | **MDL 2179** <br><br> **SECTION: J(2)** |
| **Applies to:** <br> *E.D. La. Dkt. No.* 19-10295, *Larkin, et al. v. Juneau, et al.* <br> -AND- <br> *5th Cir. Dkt. No. 20-30101, In Re: Deepwater Horizon* | \* \* \* | **JUDGE BARBIER** <br><br> **MAG. JUDGE WILKINSON** |

## ORDER
### [Denial of Billy Larkin's Motion to Appeal IFP and Certification that His Appeal Is Not Taken in Good Faith]

Billy Larkin, an unrepresented prisoner currently incarcerated in Warren Correctional Institution in North Carolina, was previously granted permission to proceed in forma pauperis ("IFP") before this Court. (*See* No. 19-10295, Rec. Doc. 8). He filed a complaint asserting that the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Program discriminated against him and mishandled his claim in the Settlement Program. (No. 19-10295, Rec. Doc. 1). Since then, Larkin has filed numerous motions in this MDL. On January 14, 2020, the Court issued an order denying five of Larkin's motions. ("the Order," Rec. Doc. 26198).[1] Larkin then filed a Notice of Appeal from the Order. (Rec. Doc. 26326). At the bottom of the Notice of Appeal is a request for leave to appeal IFP.

"A prisoner who seeks to proceed IFP on appeal must obtain leave to so proceed despite proceeding IFP in the district court." *Jeffery v. Walker*, 113 F.3d 527, 528 (5th

---

[1] "Rec. Doc." citations are to the master docket, 10-md-2179, unless otherwise indicated.

Cir. 1997). Consequently, the Court treats the request to appeal IFP contained in the Notice of Appeal as a Motion to Appeal IFP under Fed. R. App. P. 24(a)(1).

At the outset, the Court notes that Larkin has not provided the affidavit required under Fed. R. App. 24(a)(1). Putting aside that defect, the Court finds that Larkin's motion should be denied because the Order is not immediately appealable, meaning his appeal is frivolous and thus not taken in good faith.

"An appeal may not be taken [IFP] if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); *see also* Fed. R. App. P. 24(a)(3)(A). In this context, an appeal is not "taken in good faith" if it is objectively frivolous. *See* 16AA CHARLES ALAN WRIGHT, ET AL., FEDERAL PRACTICE & PROCEDURE § 3970.1, at 144 (4th ed. 2008); *see also Coppedge v. United States,* 369 U.S. 438, 445 (1962).

The Order denied (1) a motion for extension of time to perfect service on defendants, (2) a motion for default judgment against a defendant, (3) a motion to compel the defendant's answer to Larkin's complaint, (4) a motion to have the Court appoint counsel to represent Larkin, and (5) a motion to remove the Claims Administrator. (Rec. Doc. 26198).[2] The Order did not dispose of the claims in Larkin's complaint, which remain pending; therefore, the Order was not an appealable "final decision" under 28 U.S.C. § 1291. The Order also does not meet any of the requirements for an interlocutory appeal under 28 U.S.C. § 1292. Nor does the Order fit within the "small class" of rulings that may be appealed under the collateral order doctrine. *See Will v. Hallock*, 546 U.S. 345, 349 (2006). Because the Order is not an

---

[2] The first three motions were denied as premature because Larkin's case was stayed once it was consolidated with the MDL, which suspended the deadlines for perfecting service, answering a complaint, etc. The fourth and fifth motions were denied on their merits. (Rec. Doc. 26198).

2

appealable decision, Larkin's appeal is frivolous and therefore "not taken in good faith."

Accordingly,

IT IS ORDERED that, pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3)(A), the Court CERTIFIES that Billy Larkin's appeal (Rec. Doc. 26326; 5th Cir. Dkt. No. 20-30101) is not taken in good faith.

IT IS FURTHER ORDERED that Billy Larkin's Notice of Appeal (Rec. Doc. 26326), which the Court treats as a Motion to Appeal IFP under Fed. R. App. P. 24(a)(1), is DENIED.

New Orleans, Louisiana, this 9th day of March, 2020.

_____
United States District Judge

**Note to Clerk:**
**1. Mail a copy of this Order to Billy Larkin.**
**2. Per Fed. R. App. P. 24(a)(4)(A) & (B), send a copy of this Order to the Fifth Circuit Court of Appeals (Ref: 5th Cir. Dkt. No. 20-30101).**