UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| No. 12-970 | MAGISTRATE JUDGE WILKINSON |

## MOTION REGARDING THE GENERAL CLAIMS FUND

BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") respectfully move the Court for an order eliminating the requirement in Section 5.12.1.3 of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement ("Settlement Agreement") requiring that the General Claims Fund balance be maintained at $200 million.

The Court Supervised Settlement Program is nearly finished with the processing and payment of claims, and a minimum balance of $200 million in the General Claims Fund is unnecessary for the payment of remaining claims. In order to promote the efficient winddown of the Court Supervised Settlement Program, an adjustment to the procedure for the funding of the General Claims Fund, as defined in the Settlement Agreement, is warranted without changing the BP Parties' obligation to pay claims. For these reasons, the BP Parties request an order providing that:

(i) In light of the following procedure, the portion of Section 5.12.1.3 of the Settlement Agreement requiring that the General Claims Fund balance be maintained at $200 million is eliminated.

(ii) In the event that the amount remaining in the General Claims Fund is insufficient to pay claims due for payment, the Claims Administrator shall provide the BP Parties and Lead Class

Counsel with written notice of the additional amount necessary to pay the claims ("Additional Funding Notice").

(iii)  The BP Parties shall promptly pay or cause to be paid to the Settlement Trust the amount set forth in the Additional Funding Notice in the Settlement Trust.

(iv) Nothing in the Court's Order would alter the obligations of BP Corporation North America Inc. or BP p.l.c. as guarantors pursuant to the terms of the Settlement Agreement.

The BP Parties have conferred with Lead Economic and Property Damages Class Counsel, who has no objection to the BP Parties' motion.

Dated:  March 11, 2020

                                            Respectfully submitted,

                                            */s/ R. Keith Jarrrett*
                                            R. Keith Jarrett (Bar # 16984)
                                            LISKOW & LEWIS
                                            One Shell Square
                                            701 Poydras Street, Suite 5000
                                            New Orleans, Louisiana 70139-5099
                                            Telephone:  (504) 581-7979
                                            Fax No.     (504) 556-4108

                                            -and-

                                            Matthew T. Regan, P.C.
                                            (matthew.regan@kirkland.com)
                                            Kristopher S. Ritter
                                            (kristopher.ritter@kirkland.com)
                                            KIRKLAND & ELLIS LLP
                                            300 North LaSalle
                                            Chicago, IL 60654
                                            Telephone:  (312) 862-2000

                                            *Attorneys for BP Exploration & Production*
                                            *Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion Regarding the General Claims Fund has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of March, 2020.

                */s/ R. Keith Jarrett*
                 R. Keith Jarrett