UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| No. 12-970 | MAGISTRATE JUDGE WILKINSON |

## ORDER

### [Regarding The General Claims Fund]

The Court Supervised Settlement Program is nearly finished with the processing and payment of claims. In order to promote the efficient winddown of the Court Supervised Settlement Program, an adjustment to the procedure for the funding of the General Claims Fund, as defined in the Deepwater Horizon Economic and Property Damage Settlement Agreement ("Settlement Agreement"), is warranted without changing the BP Parties' obligation to pay claims. For these reasons, **IT IS ORDERED** that:

(i) In light of the following procedure, the portion of Section 5.12.1.3 of the Settlement Agreement requiring that the General Claims Fund balance be maintained at $200 million is eliminated.

(ii) In the event that the amount remaining in the General Claims Fund is insufficient to pay claims due for payment, the Claims Administrator shall provide the BP Parties and Lead Class Counsel with written notice of the additional amount necessary to pay the claims ("Additional Funding Notice").

(iii) The BP Parties shall promptly pay or cause to be paid to the Settlement Trust the amount set forth in the Additional Funding Notice in the Settlement Trust.

(iv) Nothing in this Order alters the obligations of BP Corporation North America Inc. or BP p.l.c. as guarantors pursuant to the terms of the Settlement Agreement.

New Orleans, Louisiana, this ____ day of _____, 2020.

                                                                                                     _____
                                                                                                        CARL J. BARBIER
                                                                                 United States District Judge