# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**Section: J(2)**<br><br>**JUDGE BARBIER** |
| **Applies to:**<br>**No. 20-cv-00092** | **MAGISTRATE WILKINSON** |

### EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, come Defendants Henry Sienema a/k/a Hendrik Sienema, Craig Sienema, Claims Strategies Group, LLC d/b/a Claim Strategies, and IT Strategies Group, Inc. (collectively, "Defendants") who, without waiving any defenses or objections, move this Court, pursuant to Local Rule 7.8, for a twenty-one (21) day extension of time to file responsive pleadings in this matter.

Local Rule 7.8 provides that "Upon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, on ex parte motion and order, the court must allow one extension for a period of 21 days from the time the pleading would otherwise be due."

Defendants certify that this Court has not granted any previous extension of time to plead to them, and that no party has filed in the record an objection to extension of time. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendants' responsive pleadings are presently due on March 12, 2020 (21 days after it was served with the summons and complaint on February 20, 2020). Accordingly, Defendants respectfully requeststhat the Court grant an extension of time to plead until April 2, 2020.

1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Harry Rosenberg*
        Harry Rosenberg (Bar #11465)
        Lindsay Calhoun (Bar #35070)
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: 504-566-1311
        Facsimile: 504-568-9130
        Email: harry.rosenberg@phelps.com
              lindsay.calhoun@phelps.com

**ATTORNEYS FOR DEFENDANTS HENRY SIENEMA AKA HENDRIK SIENEMA, CRAIG SIENEMA, CLAIMS STRATEGIES GROUP, LLC DBA CLAIM STRATEGIES, AND IT STRATEGIES GROUP, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of March, 2020, electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send a notice of electronic filing to counsel of record for Plaintiffs Pensacola Stevedore Company, Inc. and William Matthew Pate, and have served a paper copy of this filing via U.S. Mail to Defendants as follows:

    Defendant BP Exploration & Production, Inc.
    Through its Registered Agent:
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange St.
    Wilmington, DE 19801

    Defendant BP America Production Company
    Through its Registered Agent:
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange St.
    Wilmington, DE 19801

    Defendant Peter J. Snyder
    Through his Registered Agent:
    Peter J. Snyder
    7301-A W. Palmetto Park Road, #100A
    Boca Raton, FL 33433

    Defendant The Law Offices of Peter J. Snyder, P.A.
    Through its Registered Agent
    Peter J. Snyder
    7301-A W. Palmetto Park Road, #100A
    Boca Raton, FL 33433

                                      */s/ Harry Rosenberg*