# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**Section: J(2)**<br><br>**JUDGE BARBIER** |
| **Applies to:**<br>**No. 20-cv-00092** | **MAGISTRATE WILKINSON** |

## ORDER

Considering the foregoing *Ex Parte* Motion for Extension of Time to Plead filed by Defendants Henry Sienema a/k/a Hendrik Sienema, Craig Sienema, Claims Strategies Group, LLC d/b/a Claim Strategies, and IT Strategies Group, Inc. (collectively, "Defendants");

**IT IS ORDERED** that the Motion is **GRANTED** such that Defendants are granted an additional twenty-one (21) days, through and including April 2, 2020, in which to file pleadings in response to Plaintiffs Pensacola Stevedore Co., Inc.'s and William Matthew Pate's Complaint (Rec. Doc. 1).

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

1