UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 13-00768 (Siegel) | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court is Plaintiff Barton J. Siegel's Motion to Voluntarily Dismiss Without Prejudice. (Rec. Doc. 26339). The Court ordered that any opposition to the motion be filed by March 9, 2020. (Rec. Doc. 26344). No oppositions were filed.

Accordingly,

IT IS ORDERED that the Motion (Rec. Doc. 26339) is GRANTED and member case no. 13-00768, *Siegel v. BP Products North America Inc., et al.*, is DISMISSED without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 11th day of March, 2020.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 13-00768.**