United States District Court
Eastern District of Louisiana

*FILED MAR 05 2020 — CAROL L. MICHEL, CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA*

10 md 2179 J(2)

| | |
|---|---|
| Billy F. Larkin et al, Plaintiff, | File No. 2:19-cv-10295 |
| ✓ | |
| Patrick Juneau et al, Defendants. | Verified Complaint |

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, Claiming At All Times Material To The Defendants Case Acting Under Color Of Law Did Deprive Plaintiff Of His Guarantees Under The 18 U.S.C.A 18 § 241-242 Pursuant To The 14th Amendment Bill Of Rights Pursuant To This Case Affecting The Ambassadors, Public Ministers And Consuls In Said Case Of Admiralty And Maritime Jurisdiction Of Which The United States Is A Party In Contraversies Between The Citizen Of The Treaties Of The Oil Corp. BP.

Fee ___
Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

*TENDERED FOR FILING — MAR 05 2020 — U.S. DISTRICT COURT, Eastern District of Louisiana, Deputy Clerk*

IN RE CASE NO: 10295

| | |
|---|---|
| BILLY F. LARKIN ET AL., PLAINTIFF | |
| V | VERIFIED COMPLAINT IN RE THE BILL OF RIGHTS/ WRIT OF RIGHTS § 17-1 THRU 17-33  28 U.S.C.A § 1367 |
| PATRICK JUNEAU ET AL, DEFENDANTS. | |

PLAINTIFF, BILLY F. LARKIN, PRO SE, BRINGS HIS CLAIM ARISING UNDER THE BILL OF RIGHTS AND THE UNITED STATES CONSTITUTION PURSUANT TO THE ORIGINAL JURISDICTION OF PENDENT JURISDICTION IN THE MATTER OF THE COURT'S AUTHORITY IN PLAINTIFF'S DIVESTITIVE FACTS PURSUANT TO THE U.S. CONSTITUTION, ARTICLE 1 OF SECTION 7 AND 9, CLAUSES 1,2,3,4,5,6,7,8, AND PURSUANT TO ARTICLE III SECTION 2, CLAUSES 1 AND 2, PURSUANT TO ARTICLE VI, CLAUSES 1,2,3. SEE ALSO UNITED STATES CONSTITUTION IN THESE MATTERS ARISING IN ARTICLE IV, SECTION 2 AS TO THE VIRGINIA, MARYLAND, TENNESSEE, AND MINNISOTO CONSTITUTION PURSUANT TO TITLES - PROPERTY IN EQUITY.

PURSUANT TO THE COURT'S JURISDICTION OF COMMON LAW, EQUITY AND ADMIRALITY UNDER THESE PARTICULAR PROVISIONS OF THE

Uniform Commercial Code, Article 1 §103 Pursuant to the U.C.C. 1-308 of the BP Oil Corporation established its jurisdiction under the Uniform Commercial Code.

Plaintiff's remedy in this legal process is under Commercial Law in the United States.

Wherefore the Reservation of Rights in this Verified Complaint of my rights under the U.C.C. 1-308 which was formerly U.C.C. 1-207.

§1-308 Performance / Acceptance under the Reservation of Rights.

A party that with explicit reservation of rights performs, or promises performances or assent to perform in any demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "Without Prejudice", "Under Protest" or the like is sufficient.

### Further Advisement

This is to advise that all of the Court's actions and its Agents-Agencies are in violation of:

(A) U.S.C. Title 18 > Part 1 > Chapter 13 > §242 Deprivation

OF RIGHTS UNDER THE COLOR OF LAW.

U.S.C. TITLE 18 > PART 1 > CHAPTER 13 > § 241 CONSPIRACY AGAINST RIGHTS.

WHEREFORE, PLAINTIFF PRAYS FOR THE FOREGOING SPEEDY RELIEF.

(1.) ONE-HUNDRED MILLION DOLLARS ($100,000,000) TAX-FREE.

(2.) ONE-MILLION DOLLARS ($1,000,000) TAX FREE THAT ALLOW THE PLAINTIFF TO IMMEDIATELY PURSUE POST CONVICTION RELIEF.

THIS THE 2ND DAY OF MARCH, 2020.

*Billy F. Larkin*

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NC 27563

MARKW, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

RALEIGH NC 275
Research Triangle Region
02 MAR 2020 PM 1 L

**Mailed From**
**Warren Correctional Institution**

CLERK, U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

70130-336731

LEGAL MAIL

