In Re Case No. 10295

| | |
|---|---|
| Billy F. Larkin et al, Plaintiff | |
| v | Notification of Reservation of Rights |
| Patrick Juneau et al, Defendants. | |

Under Congressional Act of 1871 and U.S.C. Title 28, Part VI, Chapter 176, Sub-Chapter 126 Subsection A, 3002 (15) United States means - (A) A Federal Corporation.

Plaintiff comes Pursuant to U.C.C.I.-308 / U.C.C.I.-207

This Is A Public Communication To All Rights Reserved.

TENDERED FOR FILING
MAR 05 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

V.C.C.1.-308

Notice To Agents Is Notice To Principles, Notice To Principles Is Notice To Agents Application To All Successors.

Notification of Reservation

ALL ARE WITHOUT EXCUSE

LET IT BE KNOWN TO ALL THAT THE PLAINTIFF, BILLY F. LARKIN, PRO SE, HAVE EXPLICITLY RESERVED ALL MY RIGHTS UNDER U.C.C. 1.-308 WHICH WAS FORMALLY U.C.C. 1.-1-207.

FURTHER, LET ALL BE ADVISED THAT ALL ACTIONS COMMENCED AGAINST THE PLAINTIFF MAY BE IN VIOLATION OF U.S.C. 18 § 241 AND § 242.

I DECLARE UNDER PENALTY OF PERJURY THAT I, BILLY F. LARKIN, PRO SE, HAVE SCRIBED AND READ THE FOREGOING FACTS AND IN ACCORDANCE WITH THE BEST OF MY KNOWLEDGE OF SAID CASE ARE TRUE, CORRECT, COMPLETE AND NOT MISLEADING.

THIS THE 2ND DAY OF MARCH, 2020.


*Billy F Larkin*
LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563