UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Applies to: 12-cv-968: BELO | |

**Relates to:**

| 19-12858 | 19-12859 | 19-12979 | 19-12990 | 19-13169 | 19-13181 |
|---|---|---|---|---|---|

**THE BP PARTIES' MARCH 12, 2020 STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER NO. 2**

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. This Report includes plaintiffs previously listed on the February 3, 2020 Status Report (Rec. Doc. 26233) who failed to provide full and complete initial disclosures after having been ordered to do so by March 5, 2020 (Rec. Doc. 26237) (i.e., "Category II" plaintiffs), and whose cases have not been voluntarily dismissed. This Report reflects the status of initial disclosures received as of 5 p.m. ET on Wednesday, March 11, 2020.

## Summary Chart

| Plaintiffs' Counsel | Plaintiffs on List |
|---|---|
| The Nations Law Firm | 6 |
| **Total** | **6** |

## Category II Plaintiffs

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-12858 | Bielkiewicz, Craig Joseph, II | Nations Law Firm | No production |
| 2. | 19-12859 | Do, Hien Tuong | Nations Law Firm | No production |
| 3. | 19-12979 | Klink, James Alan | Nations Law Firm | No production |
| 4. | 19-12990 | Esteves, John Stephen | Nations Law Firm | No production |
| 5. | 19-13169 | Nguyen, Lai | Nations Law Firm | No production |
| 6. | 19-13181 | Duong, Thanh Van | Nations Law Firm | No production |

March 12, 2020

                                    Respectfully submitted,

                                    */s/ Scott C. Seiler*
                                  Scott C. Seiler (Bar #19784)
                                  Devin C. Reid (Bar #32645)
                                  LISKOW & LEWIS
                                  701 Poydras Street, Suite 5000
                                  New Orleans, LA 70139
                                  Telephone:  (504) 581-7979
                                  Telefax:  (504) 556-4108

                                  */s/ Kevin M. Hodges*
                                  Kevin M. Hodges
                                  WILLIAMS & CONNOLLY LLP
                                  725 Twelfth Street, N.W.
                                  Washington, D.C. 20005
                                  Telephone:  (202) 434-5000
                                  Telefax:  (202) 434-5029

                                  */s/ Catherine Pyune McEldowney*
                                  Catherine Pyune McEldowney
                                  MARON MARVEL BRADLEY ANDERSON & TARDY LLC
                                  1201 North Market Street, Suite 900
                                  Wilmington, DE 19801
                                  Telephone:  (302) 425-5177
                                  Telefax:  (302) 425-0180

                                  */s/ Georgia L. Lucier*
                                  Georgia L. Lucier
                                  HUNTON ANDREWS KURTH LLP
                                  600 Travis Street, Suite 4200
                                  Houston, TX 77002
                                  Telephone: (713) 220-4200
                                  Telefax:  (713) 220-4285

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of March, 2020. This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                                    */s/ Scott C. Seiler*
                                                    Scott C. Seiler