# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO: 2179 |
| | SECTION: J(2) |
| This Document Relates to: 16-cv-006385 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action and short- form joinder listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name and docket number:

SJMR Investments LLC v. BP Exploration & Production, Inc. et al.

Case No. 2: 16-cv-006385-CJB-JCW

Respectfully submitted this 13th day of March, 2020.

Respectfully submitted,

/s/ Wesley J. Farrell
Wesley J. Farrell, Esq.
*Counsel for the Plaintiff*
FARRELL & PATEL, ATTORNEYS AT LAW
4300 Biscayne Blvd. Suite 305
Miami, FL 33137
Office: 305-798-4177 / Fax: 305-396-3275
E-mail: wesfarrell@floridaattorney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Amended Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of March 2020.

/s/ Wesley J. Farrell
Wesley J. Farrell, Esq.