UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **BELO Cases identified below** | * | |

# ORDER
### [Order to Show Cause re: BP's March 12, 2020 Status Report Pursuant to First Amended BELO CMO No. 2]

\*\*\*NOTE: UNLIKE PRIOR BELO SHOW CAUSE ORDERS, THIS ORDER DOES NOT SCHEDULE AN IN-COURT HEARING. AT THIS TIME, THE COURT ONLY REQUIRES WRITTEN RESPONSE(S) TO THE SHOW CAUSE ORDER.\*\*\*

BELO Case Management Order No. 1 requires BELO plaintiffs to provide the BP defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of March 12, 2020, the 6 BELO plaintiffs identified below failed to provide full and complete disclosures by the initial 90-day deadline, were granted an extension and ordered to comply by the extended deadline, and then failed to provide full and complete disclosures by the extended deadline. (Rec. Doc.26386). Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that the 6 BELO plaintiffs identified below shall **SHOW CAUSE** <u>in writing</u> why their cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). Plaintiffs' counsel shall file a written response to this Show Cause Order by no later than <u>Friday, March 20, 2020</u>. The response shall address the status of <u>all</u> plaintiffs identified below. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO cases to which it pertains.

**IT IS FURTHER ORDERED** that if BP disagrees with any of the representations in plaintiffs' response, then BP shall file a reply by no later than <u>Monday, March 23, 2020</u>. If BP does not file a reply, the Court will assume that BP does not disagree with the response and rule accordingly.

|    | Docket Number | Plaintiff | Counsel | Deficiency (per BP's status report) |
|----|---------------|-----------|---------|-------------------------------------|
| 1. | 19-12858 | Bielkiewicz, Craig Joseph, II | Nations Law Firm | No production |
| 2. | 19-12859 | Do, Hien Tuong | Nations Law Firm | No production |
| 3. | 19-12979 | Klink, James Alan | Nations Law Firm | No production |
| 4. | 19-12990 | Esteves, John Stephen | Nations Law Firm | No production |
| 5. | 19-13169 | Nguyen, Lai | Nations Law Firm | No production |
| 6. | 19-13181 | Duong, Thanh Van | Nations Law Firm | No production |

New Orleans, Louisiana, this 13th day of March, 2020.

_____
United States District Judge