UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA THIBODAUX, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, CAROLINE NICOLE THIBODAUX AND TY JOSEPH THIBODAUX AND ON BEHALF OF THE ESTATE OF GLENN CLARENCE THIBODAUX | CIVIL ACTION NO: 2:14-CV-01026<br><br>JUDGE: CARL J. BARBIER |
| VERSUS | MAG. JUDGE WILKINSON |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., BP, P.L.C., BP AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., BP COMPANY NORTH AMERICA, INC., AND BP PRODUCTS NORTH AMERICA, INC. | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Plaintiff, Angela Thibodaux, will bring Plaintiffs' *Second* Rule 60(B)(1) And 60(B)(6) Motion For Relief From Order Of Dismissal before Judge Carl J. Barbier, United States District Court, Eastern District of Louisiana at 500 Poydras Street, Courtroom C268, in New Orleans, Louisiana on Wednesday, April 22, 2020, at 9:30 a.m.

Respectfully Submitted:

**SMITH LAW FIRM**

  /s/ J. Arthur Smith, III_____
J. ARTHUR SMITH, III (#07730)
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
jasmith@jarthursmith.com
*Counsel for Plaintiff, Angela Thibodaux*

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing was electronically filed this day with the Clerk of Court for the Eastern District of Louisiana, and that a copy of same has been served via email as follows to:

| | |
|---|---|
| Mr. Richard J. Hymel<br>**Mahtook & LaFleur, L.L.C.**<br>1000 Chase Tower, 600 Jefferson St.<br>Lafayette, La. 70502<br>rhymel@mandllaw.com<br>*Counsel for Defendant,*<br>*Transocean Offshore*<br>*Deepwater Drilling, Inc.* | Mr. Don Haycraft<br>**Liskow & Lewis**<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>dkhaycraft@liskow.com<br>*Counsel for BP, PLC;*<br>*BP Products North America, Inc.;*<br>*BP Company North America, Inc.;*<br>*BP Corporation North America, Inc.;*<br>*and BP America, Inc.;* |

Mr. Chris Shows
**Pierce & Shows, APLC**
601 St. Joseph Street
Baton Rouge, La 70802
cshows@pierceandshows.com

Baton Rouge, Louisiana this 15th day of March, 2020.

                                                  */s/ J. Arthur Smith, III*
                                                   J. Arthur Smith, III