# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Coastal Water Cleaners and Environmental Services, L.L.C., | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs, | |
| vs. | |
| BP America Production Company, *et al.*, | |
| Defendants. | |
| Docket Number(s) | |
| 2:11-cv-02621-CJB-JCW | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd.,

-1-

DocuSign Envelope ID: DBB32922-3638-4A58-A85D-8E501D20FF37
Case 2:10-md-02179-CJB-DPC   Document 26393   Filed 03/16/20   Page 2 of 3

Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any), nor does it extend to any claims or causes of action that have been or could have been brought in connection with (i) personal injury or bodily injury (including disease, mental or physical pain or suffering, emotional or mental harm, or anguish or loss of enjoyment of life), and any progression and/or exacerbation of personal injury or bodily injury, where such injury, progression, and/or exacerbation in whole or in part arose from, was due to, resulted from, or was related to, directly or indirectly, the Deepwater Horizon Incident, or wrongful death and/or survival actions as a result of such injury, progression, and/or exacerbation; (ii) loss of support, services, consortium, companionship, society, or affection, or damage to familial relations arising out of any personal injury or bodily injury (including disease, mental or physical pain or suffering, emotional or mental harm, or anguish or loss of enjoyment of life) to another person, and any progression and/or exacerbation of personal injury or bodily injury to another person, where such injury, progression, and/or exacerbation in whole or in part arose from, was due to, resulted from, or was related to, directly or indirectly, the Deepwater Horizon Incident, or wrongful death and/or survival actions as a result of such personal or bodily injury; (iii) increased risk, possibility, or fear of suffering in the future from any disease, injury, illness, emotional or mental harm, condition, or death, in whole or in part arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the Deepwater Horizon Incident; and/or (iv) medical screening and medical monitoring for undeveloped, unmanifested, and/or undiagnosed conditions that may in whole or in part arise out of, result from, or relate to, directly or indirectly, the Deepwater Horizon Incident.  Costs taxed as paid.

      Case name(s) and docket number(s):

*Coastal Water Cleaners and Environmental Services, L.L.C. v. BP America Production Company, et al.*

Case No. 2:11-cv-02621-CJB-JCW

Respectfully submitted this _16th_ day of **March**, 2020.

        FREDERICK T. KUYKENDALL, III


*/s/ Frederick T. Kuykendall, III*
FREDERICK T. KUYKENDALL, III
ASB-4462-A59F
Kuykendall & Associates, LLC
PO Box 2129
Fairhope, AL 36533
(251) 929 2695
(205) 453 0042 (fax)
ftk@thekuykendallgroup.com

*Attorney for Plaintiff Coastal Water Cleaners and Environmental Services, L.L.C.*