# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** <br><br> **Section: J(2)** <br><br> **JUDGE BARBIER** |
| **Applies to:** <br> **No. 20-cv-00092** | **MAGISTRATE WILKINSON** |

### EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, come Defendants Henry Sienema a/k/a Hendrik Sienema, Craig Sienema, Claims Strategies Group, LLC d/b/a Claim Strategies, and IT Strategies Group, Inc. (collectively, "Defendants") who, without waiving any defenses or objections, move this Court, pursuant to Local Rule 7.8, for a twenty-one (21) day extension of time to file responsive pleadings in this matter.

Local Rule 7.8 provides that "Upon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, on ex parte motion and order, the court must allow one extension for a period of 21 days from the time the pleading would otherwise be due."

Defendants certify that this Court has not granted any previous extension of time to plead to them, and that no party has filed in the record an objection to extension of time. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendants' responsive pleadings are presently due on March 12, 2020 (21 days after it was served with the summons and complaint on February 20, 2020). Accordingly, Defendants respectfully requeststhat the Court grant an extension of time to plead until April 2, 2020.

1

PD.28241886.1

       Respectfully submitted,

       **PHELPS DUNBAR LLP**

BY:   */s/ Harry Rosenberg*
       Harry Rosenberg (Bar #11465)
       Lindsay Calhoun (Bar #35070)
       Canal Place | 365 Canal Street, Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: 504-566-1311
       Facsimile: 504-568-9130
       Email: harry.rosenberg@phelps.com
             lindsay.calhoun@phelps.com

**ATTORNEYS FOR DEFENDANTS HENRY SIENEMA AKA HENDRIK SIENEMA, CRAIG SIENEMA, CLAIMS STRATEGIES GROUP, LLC DBA CLAIM STRATEGIES, AND IT STRATEGIES GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion and Order for Extension of Time to Plead have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve Express in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and we have served a paper copy of this filing via U.S. Mail to Defendants as follows on this 16th day of March 2020:

Defendant BP Exploration & Production, Inc.
Through its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Defendant BP America Production Company
Through its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Defendant Peter J. Snyder
7301-A W. Palmetto Park Road, #100A
Boca Raton, FL 33433

Defendant The Law Offices of Peter J. Snyder, P.A.
Through its Registered Agent
Peter J. Snyder
7301-A W. Palmetto Park Road, #100A
Boca Raton, FL 33433

                                        */s/ Harry Rosenberg*