UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | MDL 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| KAY EUBANKS<br><br>VS.<br><br>BP EXPLORATION AND PRODUCTION, INC., ET AL. | CIVIL ACTION NO. 2:16-cv-05093-CJB-JCW<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

**ANSWER TO COUNTER-CLAIM**

NOW INTO COURT, through undersigned counsel, come counter-claim defendants, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law (collectively "Wilson"), who respond to "Kay Eubanks' Counterclaim Pursuant to F.R.C.P. 13" filed on February 28, 2019. The Plaintiffs in Intervention respectfully aver as follows:

1. Admitted.

2. Admitted.

3. Denied.

4. Admitted.

5. Admitted.

6. Admitted.

1

7. Admitted.

8. Denied for lack of information and belief.

9. Denied as written.

10. Denied as written.

11. Denied.

12. Denied. See answers above.

13. Denied for lack of information and belief.

14. Denied as written.

15. Denied.

16. Denied.

17. No response required but denied out of an abundance of caution.

18. Denied. See answers above.

19. Denied.

20. Denied.

21. Denied.

22. Denied for lack of information or belief.

23. Denied for lack of information or belief.

24. Denied.

WHEREFORE, counter-claim defendants, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law, pray that this Answer to Counter-Claim be deemed good and sufficient, that the answer be filed into the record in the captioned proceedings and a copy be served upon all parties made litigants herein, and that after the lapse of all legal delays and due proceedings are had, that there be judgment rendered in favor of Wilson.

Respectfully submitted,

/s/ Charles P. Wilson, Jr.
Charles P. Wilson, Jr., MS Bar No. 10582
WILSON LAW FIRM, P.C.
3586 Sangani Blvd., Ste. L-316 D'Iberville, MS 39540
(228) 436-6391
Charles@wilsonattorney.com

Dane S. Ciolino, LA Bar No. 19311
DANE S. CIOLINO, LLC
18 Farnham Place
Metairie, LA 70005
(504) 975-3263
dane@daneciolino.com

Frank W. Trapp
PHELPS DUNBAR, LLP
4270 I-55 North
Jackson, Mississippi 39211-6391
Frank.Trapp@phelps.com

Counsel of Record for Wilson

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, the above and foregoing was served on all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179.

/s/ Charles P. Wilson, Jr.
Charles P. Wilson, Jr.