UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *All Cases in the B3 Pleading Bundle* | * * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |

## FIFTH AMENDMENT TO PRETRIAL ORDER NO. 68

In light of the Coronavirus (COVID-19) outbreak, Pretrial Order No. 68 ("PTO 68," Rec. Doc. 26070, *amended by* Rec. Docs. 26077, 26088, 26113, 26200) is further amended as follows:

1. The status conference and show cause hearing previously scheduled for Tuesday, April 7, 2020 (Rec. Doc. 26200) is CANCELLED.

2. The deadline for filing the report required under PTO 68 § I.C (regarding each side's compliance with the initial disclosure requirements) remains Monday, March 23, 2020.[1] (*See* Rec. Doc. 26200).

New Orleans, Louisiana, this 16th day of March, 2020.

_____
United States District Judge

---

[1] BP shall email or mail a copy of the report to B3 plaintiffs who are pro se.

**Note to Clerk: Mail copies of this Fifth Amendment to PTO 68 to the individuals listed below, who appear to be the pro se plaintiffs in the B3 bundle.**

| | |
|---|---|
| Bruce, Shane Maddox | 18-02626 |
| Burkett, Craig Michael | 17-03681 |
| DeBose, Jimmy Raymond | 17-03675 |
| DeBose, Karen Ann | 17-03670 |
| Evans, Robert (Engineers & Filmmakers Computer Users Group) | 16-03966 |
| Fetterhoff, Carol Lynn | 17-03350 |
| Fetterhoff, Chayton Lee | 17-03350 |
| Fetterhoff, Chelsea Lynn | 17-03350 |
| Helmholtz, Michael Benjamin | 17-02932 |
| Keyes, Ellis (Estate of Christine C. Keyes) | 14-02211 |
| Merchant, Raymond Joe | 15-04290 |
| Watson, Esther Marie | 16-15259 |