UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 11-02621 | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court is a Motion for Voluntary Dismissal with Prejudice filed by the plaintiff in the referenced member case. (Rec. Docs.26393).

IT IS ORDERED that the Motion (Rec. Doc. 26393) is GRANTED, and all claims in No. 11-02621, *Coastal Water Cleaners and Environmental Services, LLC v. BP America Production Company, et al.* are DISMISSED WITH PREJUDICE. This dismissal does not extend to any claim plaintiff timely filed with the Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Program.

The Clerk is instructed to CLOSE the referenced member case.

New Orleans, Louisiana, this 17th day of March, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in the referenced member case.**