UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to:<br>No. 20-00092 | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court is a Motion by Defendants Henry Sienema a/k/a Hendrik Sienema, Craig Sienema, Claims Strategies Group, LLC d/b/a Claim Strategies, and IT Strategies Group, Inc. which requests a 21-day extension to respond to the complaint in the referenced matter. (Rec. Doc. 26394).

This case was consolidated with MDL 2179. Consequently, the case is currently stayed and no responsive pleadings are due at this time. (*See* PTO No. 1 ¶ 8 (entered in No. 20-00092 as Rec. Doc. 3). Accordingly,

IT IS ORDERED that the Ex Parte Motion for Extension of Time to Plead (Rec. Doc. 26394) is DENIED AS PREMATURE.

New Orleans, Louisiana, this 17th day of March, 2020.

_____
United States District Judge