UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J |
| This Document Relates To: | JUDGE BARBIER |
| *Pleading Bundle B1* | MAJ. JUDGE SHUSHAN |
| | |
| ZEHNER & ASSOCIATES. LLC | CIVIL ACTION NO.: |
| VERSUS | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, And BP, P.L.C., ET AL. | JUDGE BARBIER |
| | MAJ. JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes Zehner & Associates, LLC, and respectfully moves the Court to enter and Order herein dismissing this matter, with prejudice, pursuant to FRCP 42(a)(2), as the claims of the plaintiff herein have been amicably resolved and there is no need for further proceedings in this action.

For all just and equitable relief.

                                                     **BY COUNSEL:**

                                        PENDLEY, BAUDIN & COFFIN LLP

                                        */s/ Patrick W. Pendley*

                                        PATRICK W. PENDLEY (LSBA # 10421)
                                        24110 Eden Street
                                        Post Office Drawer 71
                                        Plaquemine, Louisiana 70764-0071
                                        Telephone: 225-687-6396
                                        Fax: 225-687-6398
                                        Email: pwpendley@pbclawfirm.com

## CERTIFICATE OF SERVICE

I certify that the above Motion to Dismiss, with prejudice and the proposed Order of Dismissal attached thereto have been served upon counsel for BP and the PSC owner before March 17th, 2020 by placing same in the United States mail properly addressed to:

**J ANDREW LANGAN**
*KIRKLAND AND ELLIS, LLP*
300 NORTH LASALLE STREET
SUITE 2400
CHICAGO, IL 60654
*Counsel for BP*

**MDL 2179 PLAINTIFFS' STEERING COMMITTEE**
ATTN: STEVE HERMAN
THE EXCHANGE CENTRE, SUITE 2000
935 GRAVIER STREET
NEW ORLEANS, LA 70112

Plaquemine, Louisiana, March 17th, 2020.

/s/ Patrick W. Pendley
PATRICK W. PENDLEY