UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J |
| This Document Relates To: | JUDGE BARBIER |
| *Pleading Bundle B1* | MAJ. JUDGE SHUSHAN |
| ZEHNER & ASSOCIATES. LLC | CIVIL ACTION NO.: |
| VERSUS | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, And BP, P.L.C., ET AL. | JUDGE BARBIER |
| | MAJ. JUDGE SHUSHAN |

## ORDER

The Court having considered the Motion to Dismiss, with prejudice, and being informed that this matter has been amicably resolved between the parties,

ZEHNER & ASSOCIATES VERSUS BP EXPLORATION   MDL 2179   SECTION: J

**IT IS ORDERED,** that this matter be and the same is **DISMISSED, WITH PREJUDICE.**

_____ **Louisiana** _____, **2020**

_____
**UNITED STATES DISTRICT JUDGE**