```
                                                    U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LOUISIANA

                                              FILED    MAR 16 2020
                                                            ω(

                                                  CAROL L. MICHEL
                                                      CLERK
```

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

Ellis Keyes, Executor for the Estate of

Christine C. Keyes,          Plaintiff,                    **MDL 2179**

                                                 **Civil Action 2:14-cv-2211**

Vs-                                                        **Section J**

BP            **Defendant**                               **Judge Barbier**

                                         **Magistrate Judge Wilkinson**

### Applies to all Cases in the Pleading Bundle B3

### Status report

   In compliance with PTO 68 due March 23rd, 2020 and FRCP 26
Plaintiff responds that all discovery of documents required have been
completed by myself to BP and from them to me.

Respectfully

Ellis Keyes, Executor for the Estate of Christine C. Keyes, Plaintiff in Propria Persona

P O BOX 1073

Whitesburg, Kentucky 41858-1073                    (606) 821-9815

#### Certificate of Service

   I certify that a true and accurate copy of **Applies to all Cases in the Pleading Bundle B, Status
report** was served via U.S. Mail with postage fully pre-paid there on, this day of March 15th, 2020, to
the following:  Clerk  U.S. District Court, 500 Poydras Street, Room C-151,  New Orleans,
LA  70130  AND Counsel for BP, Attn: J. Andrew Langan, Kirkland & Ellis LLP, 300 North LaSalle St.
Suite 2400, Chicago, IL 60654     -    And by email to  pto68productions@kirkland.com. more 5 days prior to TENDERED FOR FILING
filing. By me at Whitesburg Kentucky this, March 15th, 2020.

Respectfully Submitted,                                    MAR 16 2020

Ellis Keyes, Executor for the Estate of Christine C. Keyes,    U.S. DISTRICT COURT
                                                          Eastern District of Louisiana
                                                              Deputy Clerk
PO Box 1073, Whitesburg, Kentucky 41858-1073

(606) 821-9815     elliskeyes@yahoo.com



*C-151*

Utility Mailer
10 1/2" x 16"

FROM:

Ellis Keyes

P O BOX 1073

Whitesburg, Kentucky 41858-1073

TO:

Clerk, United States District Court

500 Poydras Street, Room C-151

New Orleans, Louisiana 70130

ReadyPost

UNITED STATES
POSTAL SERVICE.

Retail

**P**

US POSTAGE PAID

**$8.00**

Origin: 41858
03/13/20
2083280858-10

PRIORITY MAIL 2-DAY ®

EXPECTED DELIVERY DAY: 03/18/20

0 Lb 2.20 Oz

1004

C026

SHIP
TO:
500 POYDRAS ST
STE C151
NEW ORLEANS LA 70130-3367

USPS TRACKING®NUMBER

9505 5119 3582 0073 1045 63

93300004
Utility Mailer
10" x 14" (usable inside dimension)

Please Recycle

UNITED STATES
POSTAL SERVICE ®

USPS.com

PULL TAB TO OPEN

0  15645 72728  1

AIC-093
Product Code 93300004 - July 2013
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

$1.19
Utility Mailer