UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 16-06028 No. 16-05859 | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are two Motions for Voluntary Dismissal with Prejudice filed by the plaintiffs in the referenced member cases. (Rec. Docs.26404, 26405).

IT IS ORDERED that the Motions (Rec. Doc. 26404, 26405) are GRANTED, and all claims in No. 16-06028, *Brenda F. Waldren v. BP Expl. & Prod., Inc., et al.*, and No. 16-05859, *Zehner & Associates, LLC v. BP Expl. & Prod., Inc., et al.,* are DISMISSED WITH PREJUDICE. This dismissal does not extend to any claim plaintiffs timely filed with the Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Program.

The Clerk is instructed to CLOSE the referenced member cases.

New Orleans, Louisiana, this 20th day of March, 2020.

United States District Judge

**Note to Clerk: File in the master docket and in the referenced member case.**