IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 20-30101
_____

In Re: DEEPWATER HORIZON,

A True Copy
Certified order issued Mar 23, 2020

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

------------------------------------------------------------

BILLY F. LARKIN,

    Plaintiff - Appellant

v.

HOTEL SECURITY SPECIALISTS, L.L.C.; PATRICK JUNEAU, Claims Administrator; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
_____

CLERK'S OFFICE:

    Under 5ᵀᴴ Cɪʀ. R. 42.3, the appeal is dismissed as of March 23, 2020, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with the court reporter.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Mary Stewart*  _____
Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT