# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

March 23, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30101   In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:19-CV-10295

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Mary C. Stewart, Deputy Clerk
                                        504-310-7694

cc w/encl:
    Mr. George W. Hicks Jr.
    Mr. Billy F. Larkin
    Mr. Aaron Lloyd Nielson
    Mr. Matthew Regan
    Mr. Devin Chase Reid