IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO ALL CASES IN THE PLEADING BUNDLE B3: | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' STATUS REPORT PURSUANT TO PRETRIAL ORDER 68**

Pursuant to Section I. C. 1 of Pretrial Order No. 68 (Rec. Doc. 26070) ("**PTO 68**") the undersigned counsel, hereby files this status report regarding the initial disclosure requirements on behalf all Plaintiffs represented by the Downs Law Group, P.A. and states as follows:

1. On March 18, 2020 Counsel for BP Exploration and Production Inc, and BP America Production Company ("**BP Defendants**") sent a draft compliance report listing one Plaintiff Robinson, Crystal (Case No. 15-cv-06131) as deficient due to a missing signed medical authorization. The missing authorization was provided on March 19, 2020 and the deficiency was confirmed as resolved by Counsel for BP Defendants. Accordingly, all Plaintiffs represented by the Downs Law Group are compliant with their initial disclosure requirements under PTO 68.

2. With respect to the initial disclosures provided by BP Defendants, the Downs Law Group joins with the Status Report filed by Nexsen Pruet, LLC[1] and the deficiencies and issues outlined in their report are hereby adopted by the Downs law Group.

---

[1] In fact, the Downs Law Group is a signatory to the Nexsen Pruet Status Report.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

    /s/ David Durkee  
**DAVID DURKEE ESQ, FL BAR #998435**  
3250 Mary Street, Suite 307  
Coconut Grove, FL 33133  
Telephone: (305) 444-8226  
Facsimile: (305)-444-6773  
Email: ddurkee@downslawgroup.com  
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on March 23, 2020.

Dated this 23rd day of March 2020

 */s/ David Durkee*
David Durkee Esq.