UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *All Cases in the B3 Pleading Bundle* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## SIXTH AMENDMENT TO PRETRIAL ORDER NO. 68

At the request of the parties, and in light of the coronavirus (COVID-19) outbreak, Pretrial Order No. 68 ("PTO 68," Rec. Doc. 26070, *amended by* Rec. Docs. 26077, 26088, 26113, 26200, 26400) is further amended as follows:

1. The deadline for filing the report required under PTO 68 § I.C (regarding each side's compliance with the initial disclosure requirements) is extended up to and including Monday, April 13, 2020.[1]

2. The status conference and show cause hearing previously scheduled for Tuesday, April 7, 2020 is and remains CANCELLED. (*See* Rec. Doc. 26400).

New Orleans, Louisiana, this 23rd day of March, 2020.

_____
United States District Judge

---

[1] BP shall email or mail a copy of the report to B3 plaintiffs who are pro se.