**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | **SECTION: J** |
| | |
| | **JUDGE BARBIER** |
| **Applies to: 12-cv-968: BELO** | |
| | **MAGISTRATE** |
| | **JUDGE WILKINSON** |
| **Relates to:** | |

| 19-12858 | 19-12859 | 19-12979 | 19-12990 | 19-13169 | 19-13181 |
|---|---|---|---|---|---|

## THE BP PARTIES' RESPONSE TO MARCH 13, 2020 SHOW CAUSE ORDER

On March 13, 2020, the Court issued an Order to Show Cause with respect to six BELO

Plaintiffs ("Show Cause Order," Rec. Doc. 26390).  The plaintiffs subject to the Show Cause

Order had failed to provide full and complete initial disclosures by the initial 90-day deadline set

by BELO Case Management Order No. 1, were granted an extension and ordered to comply by

the extended deadline, and then failed to provide full and complete disclosures by the extended

deadline.  The Court ordered counsel for the plaintiffs identified in the Show Cause Order to

show cause in writing why these cases should not be dismissed with prejudice for failure to

prosecute and/or pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v).  The Nations Law

Firm represented all six of the plaintiffs subject to the Show Cause Order.  The Court ordered

Plaintiffs' counsel to file a response to the Show Cause Order no later than Friday, March 20,

2020.  The Court further ordered that if the BP Parties disagreed with any of the representations

in Plaintiffs' response, then the BP Parties shall file a reply no later than Monday, March 23,

2020.

Plaintiffs' counsel did not file a response on March 20, 2020.  The BP Parties therefore file the foregoing response, which sets forth the status of the six plaintiffs subject to the Show Cause Order.

The following plaintiff has provided full and complete disclosures, and therefore the Show Cause Order has been satisfied with respect to this plaintiff:

|    | Docket Number | Plaintiff | Plaintiff's Counsel |
|----|---------------|-----------|---------------------|
| 1. | 19-12859 | Do, Hien Tuong | Nations Law Firm |

The following plaintiffs have ***not*** provided full and complete disclosures.  The BP Parties submit that these lawsuits should be dismissed with prejudice.

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 1. | 19-12858 | Bielkiewicz, Craig Joseph, II | Nations Law Firm | No production |
| 2. | 19-12979 | Klink, James Alan | Nations Law Firm | No production |
| 3. | 19-12990 | Esteves, John Stephen | Nations Law Firm | No production |
| 4. | 19-13169 | Nguyen, Lai | Nations Law Firm | No production |
| 5. | 19-13181 | Duong, Thanh Van | Nations Law Firm | No production |

March 23, 2020

Respectfully submitted,


   */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108


   */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029


   */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON &
TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180


   */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285


***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of March, 2020.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ Scott C. Seiler*
Scott C. Seiler