UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions No 13-00948 | MAGISTRATE WILKINSON |

**MOTION TO WITHDRAW AS COUNSEL
AND MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY**

NOW INTO COURT comes undersigned counsel of the law firm of Herman, Herman & Katz, LLC (Mr. Stephen J. Herman, Mr. Soren E. Gisleson, Mr. James C. Klick, and Mr. John S. Creevy) who wish to be withdrawn as counsel of record for Mr. Kirk Williams in this matter. Mr. Williams has been notified of Herman, Herman & Katz, LLC intention to withdraw. See November 4, 2019 letter from Mr. Gisleson to Mr. Williams attached as Exhibit A.   The contact information for Mr. Williams is 1103 North Bayou Drive, Golden Meadows, LA 70357. (985) 677-6203.

Additionally, a payment from the Halliburton/Transocean New Class Settlement has been issued on behalf of Mr. Williams in the amount of $2,738.03 and deposited into the trust account of Herman, Herman & Katz, LLC. We have been unable to deliver those oil-spill related funds to Mr. Williams and therefore request that we be allowed to deposit those funds into the Registry of the Court.

WHEREFORE, Herman, Herman & Katz, LLC prays that this Honorable Court allow the undersigned to withdraw as counsel of record for Mr. Williams in the above captioned matter.

1

Respectfully submitted:

S/Soren E. Gisleson
Stephen J. Herman (La. Bar #23129)
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@HHKC.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Motion to Intervene has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of March 2020.

S/Soren E. Gisleson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| **This document relates to:** | **JUDGE BARBIER** |
| **Relevant Civil Actions No 13-00948** | **MAGISTRATE WILKINSON** |

**ORDER**

IT IS ORDERED that Herman, Herman & Katz, LLC, (Mr. Stephen J. Herman, Mr. Soren E. Gisleson, Mr. James C. Klick, and Mr. John S. Creevy) are to be withdrawn as counsel of record for Mr. Kirk Williams in this matter and deposit into the registry of this court funds in the amount of TWO THOUSAND SEVEN HUNDRED THIRTY-EIGHT DOLLARS AND THREE CENTS ($2,738.03) as Mr. Williams payment from the Halliburton/Transocean New Class Settlement.

DONE AND SIGNED, this _____ day of _____, 2020.

_____
**Hon. Carl J. Barbier**