

# HERMAN HERMAN & KATZ, LLC
## ATTORNEYS AT LAW

820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

(504) 581-4892 Main
(504) 561-6024 Fax
Soren E. Gisleson, Esq.
sgisleson@hhklawfirm.com

November 4, 2019

<u>Via Certified Mail No. 7018-2290-0000-9737-7736 and Regular Mail</u>
Kirk Williams
1103 North Bayou Drive
Golden Meadows, LA  70357

        RE:    In re: BP Oil Litigation

Dear Mr. Williams,

    As you are aware after numerous discussions with me, we are no longer able to represent you in your economic opt out case against BP. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

    As a result, please be advised that **we will no longer represent you in any case whatsoever**.  We will give you 30 days from the date of this letter for you to find a new lawyer before we file a motion with the district court to allow us to withdraw from representing you.  If you do not obtain a lawyer to represent you, your case will be in constant danger of being dismissed with prejudice.  You must find a new lawyer immediately, if you are still interested in pursuing your BP case.

    Finally, we still have a small payment related to your HESI/TO claim that needs to be picked up.  You need to sign the Closing Statements and return them to us, if you want us to release the funds to you.  We can mail you payment by certified mail after you have signed the Closing Statements and returned them to us.

Sincerely,

Soren E. Gisleson





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

GOLDEN MEADOW, LA 70357

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| $ | $2.80 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.55 |
| $ | |
| Total Postage and Fees | $6.85 |

Postmark Here

11/04/2019

7018 2290 0000 9737 7736

Sent To: Mr. Kirk Williams
Street and Apt. No., or PO Box No.: 1103 N. Bayou Dr.
City, State, ZIP+4®: Golden Meadows, LA 70357

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label)
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;
  - for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kim Williams
1103 N. Bayou Dr.
Golden Meadow, LA 70357

9590 9402 4410 8248 3962 50

2. Article Number (Transfer from service label)

7018 2290 0000 9737 7736

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Karen Williams
☐ Agent
☐ Addressee

B. Received by (Printed Name): Karen Williams
C. Date of Delivery: 11/6/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt