UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| **This document relates to:** | **JUDGE BARBIER** |
| **Relevant Civil Actions No 13-00948** | **MAGISTRATE WILKINSON** |

## ORDER

  IT IS ORDERED that Herman, Herman & Katz, LLC, (Mr. Stephen J. Herman, Mr. Soren E. Gisleson, Mr. James C. Klick, and Mr. John S. Creevy) are to be withdrawn as counsel of record for Mr. Kirk Williams in this matter and deposit into the registry of this court funds in the amount of TWO THOUSAND SEVEN HUNDRED THIRTY-EIGHT DOLLARS AND THREE CENTS ($2,738.03) as Mr. Williams payment from the Halliburton/Transocean New Class Settlement.

  DONE AND SIGNED, this _____ day of _____, 2020.

                        _____
                         **Hon. Carl J. Barbier**