UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL 2179 <br><br> SECTION: J(2) |
| Applies to: 12-cv-968, BELO ) ) | JUDGE BARBIER |
| AND ) ) | MAG. JUDGE WILKINSON |
| BELO Cases identified below ) | |

## NATIONS RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, The Nations Law Firm and respectfully files its Response to the Court's Order to Show Cause re: BP's March 12, 2020 Status Report Pursuant to First Amended BELO CMO No. 2 (Rec. Doc. 26390). This Response is being filed late due to Coronavirus staffing issues. The following plaintiffs, identified in BP's status report (Rec.Doc. 26386), have provided full and complete disclosures and should not be dismissed:

| | Docket Number | Plaintiff | Delivery of Signed PPF Originals to BP | Delivery of PPF Documents Via Drop Box | Tracking Number |
|---|---|---|---|---|---|
| 1 | 19-12858 | Bielkiewicz, Craig Joseph, II | In transit to be delivered 3/25/2020 | 3/24/2020 | 7700 9563 9664 |
| 2 | 19-13181 | Duong, Thanh Van | In transit to be delivered 3/25/2020 | 3/24/2020 | 7700 9563 9664 |

The following plaintiffs have not submitted full and complete disclosures:

| Docket Number | Plaintiff |
|---|---|
| 19-12979 | Klink, James Alan |
| 19-12990 | Esteves, John Stephen |
| 19-13169 | Nguyen, Lai |

WHEREFORE, it is requested that the Court grant these plaintiffs the relief requested herein.

March 24, 2020

Respectfully submitted,

 /s/ Howard L. Nations

Howard L. Nations
Texas Bar Number 14823000
Attorney for Plaintiffs

The Nations Law Firm
9703 Richmond, Suite 200
Houston, Texas 77042
(713) 807-8400 (Phone)
(713) 807-8423 (Fax)
cdb@howardnations.com