## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE WILKINSON** |
| **BELO Cases identified below** | * | |

### ORDER

On March 13, 2020, the Court issued an Order to Show Cause requiring counsel for 6 BELO plaintiffs to show cause in writing why their claims should not be dismissed with prejudice for repeatedly failing to provide full and complete disclosures as required under BELO Initial Proceedings Case Management Order Nos. 1 & 2. (Rec. Doc. 26390). The Nations Law Firm ("Nations") represents all 6 plaintiffs subject to the Show Cause Order. Nations' written response to the Show Cause Order was due on Friday, March 20. Any reply by BP was due on Monday, March 23.

Nations did not file a response to the Show Cause Order. On March 23, BP filed a response stating that 1 plaintiff had provided full and complete disclosures, and 5 plaintiffs had not. Considering that Nations did not file a response, the Court accepts BP's representations and rules accordingly.

Therefore,

IT IS ORDERED that the Order to Show Cause (Rec. Doc. 26390) is SATISFIED and SET ASIDE with respect to the following BELO plaintiff, whose claim is NOT dismissed:

| | Docket Number | Plaintiff |
|---|---|---|
| 1 | 19-12859 | Do, Hien Tuong |

IT IS FURTHER ORDERED that the Order to Show Cause (Rec. Doc. 26390) is not satisfied with respect to the following 5 BELO plaintiffs, and their claims are DISMISSED WITH PREJUDICE:

| | Docket Number | Plaintiff |
|---|---|---|
| 1. | 19-12858 | Bielkiewicz, Craig Joseph, II |
| 2. | 19-12979 | Klink, James Alan |
| 3. | 19-12990 | Esteves, John Stephen |
| 4. | 19-13169 | Nguyen, Lai |
| 5. | 19-13181 | Duong, Thanh Van |

The Court will issue judgments of dismissal in the individual dockets of the above 5 cases.

New Orleans, Louisiana, this 24th day of March, 2020.

_____
United States District Judge