UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| **This document relates to:** | **JUDGE BARBIER** |
| **Relevant Civil Actions No 13-00948** | **MAGISTRATE WILKINSON** |

**ORDER**

IT IS ORDERED that Herman, Herman & Katz, LLC, (Mr. Stephen J. Herman, Mr. Soren E. Gisleson, Mr. James C. Klick, and Mr. John S. Creevy) are to be withdrawn as counsel of record for Mr. Kirk Williams in this matter.

FURTHER ORDERED that Herman, Herman & Katz, LLC's request to deposit into the registry of this Court funds in the amount of TWO THOUSAND SEVEN HUNDRED THIRTY-EIGHT DOLLARS AND THREE CENTS ($2,738.03) as Mr. Williams's payment from the Halliburton/Transocean New Class Settlement is GRANTED.

New Orleans, Louisiana this 27th day of March, 2020.

_____
United States District Judge