UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| SELMER M. SALVESEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH R. FEINBERG,<br>FEINBERG ROZEN, LLP,<br>GULF COAST CLAIMS FACILITY, and<br>WILLIAM G. GREEN, JR.,<br><br>　　　　　　Defendants. | Case No. 2:11-CV-00375-JES-SPC<br><br>On Removal from the Circuit Court of<br>the Twentieth Judicial Circuit in and for<br>Lee County, Florida |

**DECLARATION OF KENNETH R. FEINBERG IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

I, Kenneth R. Feinberg, declare as follows:

1.　　I have personal knowledge of the matters set forth in this Declaration and, if called upon to do so, could testify to the same effect. I am over 18 years of age.

2.　　I am the Founder and Managing Partner of Feinberg Rozen, LLP ("Feinberg Rozen"), a law firm focused on mediation, arbitration, other forms of alternative dispute resolution, and negotiation strategy.

3.　　Feinberg Rozen is a limited liability partnership organized under the laws of Washington, D.C. Feinberg Rozen has two offices, one in Washington, D.C. and one in New York City.

4.　　Feinberg Rozen has two partners, Michael K. Rozen and myself. I reside in, and am a citizen of, Maryland. Mr. Rozen resides in, and is a citizen of, New York.

LIBW/1791970.1

EX. 1

5. Under the Oil Pollution Act of 1990 ("OPA"), a "responsible party" for an oil spill must establish a process to receive and, where appropriate, settle claims for costs and damages arising from the spill. The United States Coast Guard designated BP Exploration & Production, Inc. ("BP") as a responsible party with respect to the April 20, 2010 oil spill in the Gulf of Mexico. Based on an agreement with the White House, BP transferred its claims processing responsibility to me. In fulfilling our duties with respect to receiving, processing, and (where appropriate) paying claims arising out of the oil spill, I and Feinberg Rozen act in the name of the Gulf Coast Claims Facility ("GCCF").

6. The GCCF is not a person, or a corporation, partnership, unincorporated association, or other similar entity. Rather, it is simply the name given to the OPA claims processing activities undertaking by me and Feinberg Rozen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2011.

_____
Kenneth R. Feinberg

LIBW/1791970.1