UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | CASE NO. 10-md-2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| These Pleadings apply to: | * | JUDGE BARBIER |
| *All Cases in Pleading Bundle B3* | * | |
| | * | MAGISTRATE WILKINSON |
| **(Also Applies to: No. 10-2771)** | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

The defendants, Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc. (incorrectly named as The Modern Group GP-SUB in the First Amended Master Complaint), and The Modern Group, Ltd. (collectively, "Modern Entities"), respectfully move this Court to enter an order substituting Frederick W. Swaim III (#28212) of the law firm of Galloway, Johnson, Tompkins, Burr & Smith ("Galloway") as counsel on the Modern Entities' behalf in place of John E. Galloway (#5892), who has retired from the practice law. The Modern Entities respectfully represent that John Galloway and the undersigned consent to this substitution of counsel and that this will in no way delay the progress of this proceedings.

2

                                 Respectfully submitted,

                                 */s/ Frederick W. Swaim III*
                                 JOHN E. GALLOWAY (#5892)
                                 FRERERICK W. SWAIM III (#28242)
                                 GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
                                 701 Poydras Street, 40th Floor
                                 New Orleans, Louisiana 70139
                                 Telephone:  (504) 525-6802
                                 Facsimile:  (504) 525-2456
                                 fswaim@gallowaylawfirm.com