UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | CASE NO. 10-md-2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| These Pleadings apply to: | * | JUDGE BARBIER |
| *All Cases in Pleading Bundle B3* | * | |
| | * | MAGISTRATE WILKINSON |
| (**Also Applies to: No. 10-2771**) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record;

**IT IS HEREBY ORDERED** that Frederick W. Swaim III (#28212) of the law firm of Galloway, Johnson, Tompkins, Burr & Smith ("Galloway") is substituted as counsel of record on behalf of the defendants Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc., and The Modern Group, Ltd. in place of John E. Galloway (#5892), who has retired from the practice of law.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE