UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CASE NO. 2:10-md-02179 SECTION: J(2) |
| DOCUMENT RELATES TO: 11-02533, *SELMER M. SALVESEN V. KENNETH R. FEINBERG, ET AL FEINBERG, ET AL* | * * * * * | JUDGE: CJB MAGISTRATE JUDGE: JCW |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, come Kenneth R. Feinberg, Feinberg Rozen, LLP, d/b/a Gulf Coast Claims Facility ("GCCF"), and William G. Green, Jr. and in accordance with the Court's Order of February 11, 2020 [**Rec. Doc. 26213**] move to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure, Rule12(b)(6), for the reasons that follow.

1.

Plaintiff's Complaint asserts only state law claims against Defendants, arising out of the Oil Pollution Act claim process that was administered by the GCCF. However, Plaintiff's state law claims are preempted by the Oil Pollution Act of 1990, 33 U.S.C. 2701, *et seq*.

2.

Further, the Complaint fails to state a cause of action as a matter of law under state law, or otherwise.

1

**WHEREFORE**, for the foregoing reasons, and as addressed in the accompanying Memorandum in Support, Defendants, Kenneth R. Feinberg, Feinberg Rozen LLP, d/b/a Gulf Coast Claims Facility, and William G. Green, Jr., pray this Court grant Defendants' Motion to Dismiss and dismiss the Plaintiff's Complaint and all claims contained therein, with prejudice, at Plaintiff's cost.

Respectfully submitted:

**LONG LAW FIRM, L.L.P.**

/s/ Seth F. Lawrence
**MICHAEL A. PATTERSON** (#10373)
**MARK L. BARBRE** (#30385) -T.A.
**JOSEPH WESTON CLARK** (#37378)
**SETH F. LAWRENCE** (#38316)
1800 City Farm Drive, Building 6
Baton Rouge, Louisiana 70806
Telephone: (225) 922-5110
Facsimile: (225) 922-5105
map@longlaw.com
mlb@longlaw.com
wjc@longlaw.com
sfl@longlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion to Dismiss* has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of March, 2020.

/s/Seth F. Lawrence
Seth F. Lawrence