UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

**CLAIMANT ID 100243047's CORRECTED MOTION FOR RECONSIDERATION OF THE COURT'S ORDER STRIKING CLAIMANT ID 100243047's MOTION TO CLARIFY, ALTER, OR AMEND THE COURT'S OCTOBER 3, 2018 ORDER**

JEFFREY W. WILLIS
MICHAEL L. EBER
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1604
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
Email: meber@rh-law.com

*Counsel for Claimant ID 100243047*

Pursuant to Federal Rules of Civil Procedure 23 and 59(e), as well as this Court's supervisory authority under the Settlement Agreement, Claimant ID 100243047 moves the Court to reconsider its Order (Rec. Doc. 254194) striking Claimant's motion for clarification of the Court's Order regarding claimants subject to any Moratoria Hold.

As set forth more fully in the accompanying Memorandum of Law, Claimant moves to alter the Court's Order and explains three reasons why the Order is manifestly erroneous and should be reconsidered.  *See* Fed. R. Civ. P. 59(e).  First, the claim-filing deadline applies only to the filing of Claim Forms and does not apply to substitutions using Form SSN-4.  Second, even if the claim-filing deadline could apply, the substitution of United States Pipe and Foundry Company, LLC ("USPF") would relate back to Mueller's timely filed Claim Form.  Third, there is nothing inequitable about substituting USPF as the claimant, especially since BP has not been prejudiced.  For these reasons, the Court should reconsider its Order and deny BP's motion to strike.

Respectfully submitted, this 31st day of March 2020.

>*/s/ Michael L. Eber*
>Jeffrey W. Willis
>Georgia Bar No. 766575
>Michael L. Eber
>Georgia Bar No. 859338
>ROGERS & HARDIN LLP
>2700 International Tower
>Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1604
>Telephone:  (404) 522-4700
>Facsimile:  (404) 525-2224
>Email: meber@rh-law.com
>
>*Counsel for Claimant ID 100243047*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I filed and served this by Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Court for the Eastern District of Louisiana thereby effecting service on all counsel of record.

>/s/ *Michael L. Eber*
>Michael L. Eber
>Georgia Bar No. 859338
>ROGERS & HARDIN LLP
>2700 International Tower
>Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1604
>Telephone:  (404) 522-4700
>Facsimile: (404) 525-2224
>Email: meber@rh-law.com
>
>*Counsel for Claimant ID 100243047*