UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **Of Mexico on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| | * | |
| **Applies to:** | | **JUDGE BARBIER** |
| **No. 20-00092** | * | |
| | | **MAG. JUDGE WILKERSON** |
| | * | |

___

### *EX-PARTE* MOTION TO PERMIT ATTORNEY SNYDER TO ENROLL AS THE ATTORNEY OF RECORD FOR DEFENDANTS PETER J SNYDER AND PETER J SNYDER PA IN THE ABOVE-CAPTIONED CASE

**COMES NOW** the undersigned attorney and hereby moves this Honorable Court for an Order permitting him to enroll as the attorney of record for Defendants, Peter J Snyder and Peter J Snyder PA, in the above-captioned case, and as grounds therefore would state as follows:

1. On March 5, 2020, the undersigned attorney was served with process both individually and on behalf of Peter J Snyder PA, in the case of Pensacola Stevedore Co. Inv. and William Matthew Pate v BP Exploration & Production Inc *Et Al*, filed in the United States District Court for the Eastern District of Louisiana under Civil Action No. 2:20-cv-00092.

2. On March 11, 2020, certain co-Defendants in Civil Action No. 2:20-cv-00092 moved for an extension of time to plead.

3. On March 17, 2020, Judge Barbier entered an order indicating that the case had been consolidated with MDL 2179 and was currently stayed.

4. The undersigned has been admitted *pro hac vice* in accordance with paragraph 12 of this Court's Pretrial Order #1 of August 10, 2010, is registered to e-file with the

In Re: Oil Spill MDL 2179
Applies to No. 20-00092

      Eastern District of Louisiana, and the undersigned's pacer account has been linked for filing with the Eastern District of Louisiana.

5. Additionally, the undersigned has registered with "File & ServeXpress" and has been provided a username and password to access the Oil Spill MDL Litigation.

6. At this time, the undersigned attorney would like to enter his appearance in MDL 2179, consolidated case no. 20-00092.

**WHEREFORE** the undersigned attorney respectfully requests that this Court enter an Order permitting Attorney Snyder to enroll in MDL 2179, consolidated case no. 20-00092 for the purpose of appearing as counsel of record for Defendants, Peter J Snyder and Peter J Snyder PA.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing document has been served on All Counsel by electronically uploading the same to "File & ServeXpress" in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31 day of March, 2020.

                                    **PETER J. SNYDER, P.A.**
                                    7301-A W. Palmetto Park Road, Suite 100A
                                    Boca Raton, FL 33433-3403
                                    Telephone: (561) 367-1581

                                    By: /S/ Peter J. Snyder
                                    Peter J. Snyder, Esquire
                                    Florida Bar No. 324353
                                    Primary: psnyder@lawinboca.com
                                    Secondary: eService@lawinboca.com