# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **Of Mexico on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| | * | |
| **Applies to:** | | **JUDGE BARBIER** |
| **No. 20-00092** | * | |
| | | **MAG. JUDGE WILKERSON** |
| | * | |

## ORDER GRANTING *EX-PARTE* MOTION TO PERMIT ATTORNEY SNYDER TO ENROLL AS THE ATTORNEY OF RECORD FOR DEFENDANTS PETER J SNYDER AND PETER J SNYDER PA IN THE ABOVE-CAPTIONED CASE

THIS MATTER came before the Court on the Motion of Peter J. Snyder, Esq. to permit him to enroll as the attorney of record for Defendants, Peter J Snyder and Peter J Snyder PA, in MDL 2179, consolidated case no. 20-00092.

IT IS HEREBY ORDERED that the *Ex-Parte* Motion to Permit Attorney Snyder to Enroll as the Attorney of Record for Defendants, Peter J Snyder and Peter J Snyder PA, in MDL 2179, consolidated case no. 20-00092 is hereby GRANTED.

DONE AND ORDERED at New Orleans, Louisiana, this _____ day of April, 2020.

_____
United States District Judge