UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

## NOTICE OF APPEAL

Notice is hereby given that Claimant ID 100243047 (Mueller Water Products, Inc., or Mueller), a plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's March 2, 2020 Order (Rec. Doc. 26354), together with all rulings, findings, and determinations embodied therein, granting the BP Defendants' Motion to Strike Claimant ID 100243047's Motion to Clarify, Alter, or Amend the Court's October 3, 2018 Order. Mueller's stricken-and-denied motion had sought clarification (or alteration or amendment) of the Court's October 3, 2018 Order excluding from the Settlement claims subject to a moratoria hold.

Appended to this Notice of Appeal are the following exhibits: (1) Exhibit A (March 2, 2020 Order, Rec. Doc. 26354); and (2) Exhibit B (October 3, 2018 Order, Rec. Doc. 24945).

Because Mueller has filed a pending Rule 59 motion challenging the Court's March 2, 2020 Order, this Notice of Appeal shall "become[] effective ... when the order disposing of [Mueller's Rule 59 motion] is entered." Fed. R. App. P. 4(a)(4)(B)(i).[1]

---

[1] Pursuant to Federal Rule of Civil Procedure 59(e), Mueller filed a motion for reconsideration of the March 2, 2020 Order on March 30, 2020 (Rec. Doc. 26434). Via CM/ECF, the clerk's office indicated a technical deficiency with the filing, which Mueller corrected in an amended filing on

Respectfully submitted, this 1st day of April 2020.

/s/ Jeffrey W. Willis
Jeffrey W. Willis
Georgia Bar No. 766575
Michael L. Eber
Georgia Bar No. 859338
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1604
Telephone:  (404) 522-4700
Facsimile:  (404) 525-2224
Email: meber@rh-law.com

*Counsel for Claimant ID 100243047*

---

March 31, 2020 (Rec. Doc. 26435).  It is Mueller's position that its Rule 59(e) motion was timely filed on March 30, 2020 because the technical deficiency was corrected within the time given by the clerk's office.  *See Darouiche v. Fidelity Nat. Ins. Co.*, 415 F. App'x 548, 552 (5th Cir. 2011); *Short v. Racetrac Petroleum, Inc.*, No. 16-16812, 2017 WL 1709383, at *3 (E.D. La. May 3, 2017) (Wilkinson, J.); *see also* Fed. R. Civ. P. 83(a)(2).  In an abundance of caution, however, Mueller files this Notice of Appeal today—within 30 days of the March 2 order—rather than filing it after the Court disposes of the motion for reconsideration.

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, I filed and served this by Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Court for the Eastern District of Louisiana thereby effecting service on all counsel of record.

*/s/ Jeffrey W. Willis*
Jeffrey W. Willis
Georgia Bar No. 766575
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1604
Telephone:  (404) 522-4700
Facsimile: (404) 525-2224
Email: jwillis@rh-law.com

*Counsel for Claimant ID 100243047*