UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **Applies to: 12-cv-968: BELO** | **MAGISTRATE JUDGE WILKINSON** |

### THE BP PARTIES' APRIL 1, 2020 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. On March 25, 2020, the BP Parties served a draft of this report by email on counsel for all plaintiffs whose initial disclosures were due through March 25, 2020. This report reflects the status of initial disclosures received as of 3 PM Eastern time on April 1, 2020.

There are no cases eligible for this Status Report in which plaintiffs provided either no disclosures, or deficient or incomplete disclosures.

Pursuant to the First Amended CMO No. 2, the BP Parties on April 9, 2020 will submit a Status Report listing plaintiffs who failed to provide full and complete disclosures after having been ordered to do so by April 2, 2020, pursuant to the Court's March 3, 2020 Order (Rec. Doc. 26363) (i.e., "Category II" plaintiffs).

April 1, 2020                              Respectfully submitted,

    */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON
& TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of April 2020.

*/s/ Scott C. Seiler*
Scott C. Seiler