UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | CASE NO. 10-md-2179<br><br>SECTION: J |
| These Pleadings apply to:<br>*All Cases in Pleading Bundle B3* | * * | JUDGE BARBIER |
| | * | MAGISTRATE WILKINSON |
| **(Also Applies to: No. 10-2771)** | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO SUBSTITUTE COUNSEL OF RECORD**

The defendants, Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc. (incorrectly named as The Modern Group GP-SUB in the First Amended Master Complaint), and The Modern Group, Ltd. (collectively, "Modern Entities"), respectfully move this Court to enter an order substituting Frederick W. Swaim III (#28212) of the law firm of Galloway, Johnson, Tompkins, Burr & Smith ("Galloway") as counsel on the Modern Entities' behalf in place of John E. Galloway (#5892), who has retired from the practice law. The Modern Entities respectfully represent that John Galloway and the undersigned consent to this substitution of counsel and that this will in no way delay the progress of this proceedings.

Respectfully submitted,

*/s/ Frederick W. Swaim III*
JOHN E. GALLOWAY (#5892)
FRERERICK W. SWAIM III (#28242)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
fswaim@gallowaylawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of April, 2020.

*/s/ Frederick W. Swaim III*
FREDERICK W. SWAIM III