UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | | MDL 2179 |
| Of Mexico on April 20, 2010 | * | |
| | | SECTION: J(2) |
| | * | |
| Applies to: | | JUDGE BARBIER |
| No. 20-00092 | * | |
| | | MAG. JUDGE WILKINSON |
| * | | |

_____

## ORDER GRANTING *EX-PARTE* MOTION TO PERMIT ATTORNEY SNYDER TO ENROLL AS THE ATTORNEY OF RECORD FOR DEFENDANTS PETER J SNYDER AND PETER J SNYDER PA IN THE ABOVE-CAPTIONED CASE

THIS MATTER came before the Court on the Motion of Peter J. Snyder, Esq. to permit him to enroll as the attorney of record for Defendants, Peter J Snyder and Peter J Snyder PA, in consolidated case no. 20-00092.

IT IS HEREBY ORDERED that the *Ex-Parte* Motion to Permit Attorney Snyder to Enroll as the Attorney of Record for Defendants, Peter J Snyder and Peter J Snyder PA, in consolidated case no. 20-00092 is hereby GRANTED.

New Orleans, Louisiana this 3rd day of April, 2020.

_____
United States District Judge