UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 10-2771 and 10-md-2179 | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Considering the Motion to Substitute Counsel of Record (Rec. Doc. 26439);

IT IS HEREBY ORDERED that Frederick W. Swaim III (#28212) of the law firm of Galloway, Johnson, Tompkins, Burr & Smith is substituted as counsel of record on behalf of the defendants Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc., and The Modern Group, Ltd. (collectively, "Defendants") in place of John E. Galloway (#5892), on the master docket, 10-md-2179, and in member case 10-2771.

The Court notes that Defendant's Motion purports to apply to "All Cases in Pleading Bundle B3." This Order effects substitution on the master docket and in member case 10-2771 only. If Defendants desire to substitute counsel in any other cases consolidated with MDL 2179, they shall another motion that specifically identifies those cases.

New Orleans, Louisiana, this 3rd day of April, 2020.

_____
United States District Judge