UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** * | |
| **"Deepwater Horizon" in the Gulf** | **MDL 2179** |
| **Of Mexico on April 20, 2010** * | |
| | **SECTION: J(2)** |
| * | |
| **Applies to:** | **JUDGE BARBIER** |
| **No. 20-00092** * | |
| | **MAG. JUDGE WILKERSON** |
| * | |

### NOTICE OF APPEARANCE OF ATTORNEY SNYDER AS ATTORNEY OF RECORD FOR DEFENDANTS PETER J SNYDER AND PETER J SNYDER PA

**PLEASE TAKE NOTICE THAT** the undersigned attorney files this his appearance of attorney of record for Defendants, Peter J Snyder and Peter J Snyder PA, in the above-captioned case. Peter J. Snyder, Esq. has been admitted *pro hac vice* in accordance with paragraph 12 of Judge Barbier's Pretrial Order #1 in MDL 2179 and dated August 10, 2010. In addition, Peter J. Snyder, Esq. is registered to e-file in the Eastern District of Louisiana and has registered with "File & ServeXpress" and should receive all further papers and pleading in Case No. 20-00092.

**Respectfully submitted,**

**PETER J. SNYDER, P.A.**
7301-A W. Palmetto Park Road, Suite 100A
Boca Raton, FL 33433-3403
Telephone: (561) 367-1581

By:   /S/ Peter J. Snyder
Peter J. Snyder, Esquire
Florida Bar No. 324353
Primary: psnyder@lawinboca.com
Secondary: eService@lawinboca.com

In Re: Oil Spill MDL 2179
Applies to No. 20-00092

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing document has been served on All Counsel by electronically uploading the same to "File & ServeXpress" in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of April, 2020.

                                **PETER J. SNYDER, P.A.**
                                7301-A W. Palmetto Park Road, Suite 100A
                                Boca Raton, FL 33433-3403
                                Telephone: (561) 367-1581

By:   /S/ Peter J. Snyder
       Peter J. Snyder, Esquire
       Florida Bar No. 324353
       Primary: psnyder@lawinboca.com
       Secondary: eService@lawinboca.com