UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
|---|---|
| | SECTION: J |
| Applies to: 12-cv-968: BELO | JUDGE BARBIER |
| | MAGISTRATE JUDGE WILKINSON |

**Relates to:**

| 19-13315 | | | | | |
|---|---|---|---|---|---|

# THE BP PARTIES' APRIL 9, 2020 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. This Report includes plaintiffs previously listed on the March 2, 2020 Status Report (Rec. Doc. 26359) who failed to provide full and complete initial disclosures after having been ordered to do so by April 2, 2020 (Rec. Doc. 26363) (i.e., "Category II" plaintiffs), and whose cases have not been voluntarily dismissed. This Report reflects the status of initial disclosures received as of 5 p.m. ET on Wednesday, April 8, 2020.

## Summary Chart

| Plaintiffs' Counsel | Plaintiffs on List |
|---|---|
| The Nations Law Firm | 1 |
| **Total** | **1** |

## Category II Plaintiffs

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 19-13315 | Postles, Michael Vincent | Nations Law Firm | No production |

April 9, 2020

                        Respectfully submitted,

                        */s/ Scott C. Seiler*
                        Scott C. Seiler (Bar #19784)
                        Devin C. Reid (Bar #32645)
                        LISKOW & LEWIS
                        701 Poydras Street, Suite 5000
                        New Orleans, LA 70139
                        Telephone:  (504) 581-7979
                        Telefax:  (504) 556-4108

                        */s/ Kevin M. Hodges*
                        Kevin M. Hodges
                        WILLIAMS & CONNOLLY LLP
                        725 Twelfth Street, N.W.
                        Washington, D.C. 20005
                        Telephone:  (202) 434-5000
                        Telefax:  (202) 434-5029

                        */s/ Catherine Pyune McEldowney*
                        Catherine Pyune McEldowney
                        MARON MARVEL BRADLEY ANDERSON & TARDY LLC
                        1201 North Market Street, Suite 900
                        Wilmington, DE 19801
                        Telephone:  (302) 425-5177
                        Telefax:  (302) 425-0180

                        */s/ Georgia L. Lucier*
                        Georgia L. Lucier
                        HUNTON ANDREWS KURTH LLP
                        600 Travis Street, Suite 4200
                        Houston, TX 77002
                        Telephone: (713) 220-4200
                        Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of April, 2020.  This pleading also has been served on counsel for all Plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                           */s/ Scott C. Seiler*
                                           Scott C. Seiler