UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *No. 12-970* | * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |

## ORDER

On March 2, 2020, the Court issued an order (Rec. Doc. 26354) that granted BP's motion to strike (Rec. Doc. 26153) Mueller Water Products, Inc.'s ("Mueller Water") motion to clarify, alter, or amend (Rec. Doc. 25054) the Court's Moratoria Hold Order of October 2, 2018 (Rec. Doc. 24945). Mueller Water subsequently moved for reconsideration of the March 2, 2020 order. (Rec. Doc. 26435). The Court has not requested a response from BP.[1]

The Court has reviewed Mueller Water's motion but is not persuaded that its decision to prohibit the requested substitution was erroneous, much less manifestly erroneous. Accordingly,

IT IS ORDERED that Mueller Water's Motion for Reconsideration (Rec. Doc. 26435) is DENIED.

New Orleans, Louisiana, this 13th day of April, 2020.

_____
United States District Judge

---

[1] Pursuant to Pretrial Order No. 15 (Rec. Doc. 676), all motions filed in the MDL are automatically continued and no responses are due until the Court orders otherwise.