UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *All Claims In Pleading Bundle B3* | * * | MAG. JUDGE WILKINSON |

### BP'S PRETRIAL ORDER NO. 68 STATUS REPORT

Pursuant to Pretrial Order No. 68 ("PTO 68") (Rec. Doc. 26070), Defendants BP Exploration & Production Inc. and BP America Production Company (together, "BP") respectfully submit this Status Report regarding the parties' compliance with the initial disclosure requirements set forth in Section I.A of PTO 68. In particular, this Status Report identifies those B3 plaintiffs who have provided no disclosures and those B3 plaintiffs who have provided deficient or incomplete disclosures. (PTO 68 § I.C.1) In March 2020, BP shared a draft of its compliance list with those B3 plaintiffs that BP had identified as having missing or deficient disclosures, and met and conferred with them regarding the deficiencies in their submissions. As described more fully below, as a result of those discussions, most of the B3 plaintiffs whose disclosures BP had originally identified as missing or deficient cured the deficiencies in their disclosures by providing the information required under PTO 68. Despite these efforts, however, the B3 plaintiffs identified in this Status Report continue to have missing or deficient disclosures, as explained below.

### BACKGROUND

On October 21, 2019, the Court entered PTO 68, which identified specific categories of documents that BP was required to provide to the B3 plaintiffs and that the B3 plaintiffs were required to provide to BP by the initial disclosure deadline of January 21, 2020. (Rec. Doc. 26070)

1

BP worked diligently to produce the 17 categories of documents required by PTO 68 Section I.A.1, producing over 110,000 documents totaling more than 5.3 million pages to the B3 plaintiffs. BP undertook substantial effort searching its files for documents specific to each plaintiff, consistent with PTO 68 Sections I.A.1.a-c, in addition to producing those materials identified as part of its general B3 production. BP produced documents on a rolling basis, making its first production on November 21, 2019 and completing its productions by January 17, 2020. BP received rolling productions from the B3 plaintiffs as well, including after the Court extended the initial disclosure deadline to February 20, 2020 for many B3 plaintiffs at their request. (Rec. Docs. 26199, 26206 & 26211)

In March 2020, the parties met and conferred regarding the sufficiency of their respective disclosures and exchanged and discussed their draft status reports, in accordance with PTO 68 Section I.C.1. Specifically, on March 18, 2020, for each of the cases listed in this Status Report, the BP Parties served a draft report by email on counsel for represented plaintiffs and by email and mail for *pro se* plaintiffs. The drafts identified the reasons BP believed each plaintiff's disclosure was missing or deficient. BP requested to discuss with plaintiffs the deficiencies identified in their disclosures, and BP met and conferred with all parties that responded to that request.

In light of the coronavirus (COVID-19) outbreak, the Court granted the parties an additional three weeks to resolve any deficiencies that they had been discussing, moving the deadline for submission of this Status Report to April 13, 2020. (Sixth Am. to PTO No. 68, Rec. Doc. 26414) As a result of the parties' discussions, BP addressed all questions that the B3 plaintiffs had raised about its PTO 68 production, except for certain issues raised by a single B3

plaintiff.[1]  Similarly, the majority of the B3 plaintiffs for whom BP identified deficiencies in its initial draft report were able to cure those deficiencies through supplemental submissions received in the last two weeks.  In total, of the 391 B3 plaintiffs whom BP had identified in its draft status report as having missing or deficient disclosures, 292 cured their deficiencies as a result of the parties' conferences and the submission of supplemental materials.  BP has removed those initial deficiencies from this Status Report.  The resulting list of B3 plaintiffs identified here are those who, as of this filing, have not submitted or cured deficiencies in the required disclosures.

## PTO 68 COMPLIANCE SUMMARY

Pursuant to PTO 68 Section I.C.1, BP hereby provides a (i) a list of those B3 cases in which plaintiffs have provided no disclosures (the "Category I Plaintiffs"), and (ii) a list of those B3 cases in which plaintiffs have provided deficient or incomplete disclosures (the "Category II Plaintiffs"). The following table summarizes these findings:

**PTO 68 COMPLIANCE SUMMARY TABLE**

| Plaintiffs' Counsel | Plaintiffs on List | Category I Plaintiffs | Category II Plaintiffs |
|---|---|---|---|
| Becnel Law Firm, LLC | 13 | 13 | N/A |
| Boggs, Loehn & Rodrigue | 1 | N/A | 1 |
| Falcon Law Firm | 1 | N/A | 1 |
| Johnson, Rahman & Thomas | 1 | 1 | N/A |
| Krupnick Campbell Malone Buser Slama Hancock | 1 | N/A | 1 |
| Nexsen Pruet, LLC | 58 | 6 | 52 |

---

[1] Mr. Boggs contends that BP's PTO 68 production is deficient because it fails to include documents submitted by him to the Gulf Coast Claims Facility (the"GCCF").  (Rec. Doc. 26421)  Mr. Boggs' Status Report acknowledges that PTO 68 "does not address" or require production of this category of documents, however.  *Id*. at 6.

3

| | | | |
|---|---|---|---|
| Pivach, Pivach, Hufft, Thriffiley & Dunar, LLC | 1 | N/A | 1 |
| The Law Offices of Frank D'Amico, Jr. APLC | 16 | N/A | 16 |
| Pro Se Plaintiffs | 7 | 2 | 5 |
| **TOTAL** | 99 | 22 | 77 |

### I. Category I Plaintiffs — Plaintiffs with Missing Initial Disclosures

Pursuant to Section I.C.1.b of PTO 68, BP has identified the following cases in which plaintiffs have not provided a Supplemental Medical Disclosure Form (the "Medical Disclosure Form," PTO 68 Ex. A) nor an Authorization for Release of Medical Records Information (the "Medical Authorization," First Am. to PTO 68, Ex. B (Rec. Doc. 26077)), as PTO 68 Sections I.A.2.c-d require.[2]

| | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|---|---|---|---|
| 1 | 16-cv-15259 | Watson, Esther Marie | N/A - Pro Se Plaintiff |
| 2 | 17-cv-03199 | Louisiana Workers' Compensation Corporation[3] | Johnson, Rahman & Thomas |
| 3 | 17-cv-03323 | Benoit, Bernice Ann | Becnel Law Firm, LLC |
| 4 | 17-cv-03328 | Benoit, Roy Paul | Becnel Law Firm, LLC |
| 5 | 17-cv-03331 | Elrod, Jarod Shane | Becnel Law Firm, LLC |
| 6 | 17-cv-03334 | Elrod, Aiden Connor | Becnel Law Firm, LLC |

---

[2] Two B3 Plaintiffs, Lawson Environmental Services, LLC (Case no. 12-cv-00740) and Jamie Lee Gaspard (Case no. 13-cv-04437), did not provide PTO 68 disclosures but have agreed to dismiss all of their claims against BP in connection with the mandatory mediation process detailed in Pretrial Order No. 67 (Rec. Doc. 25370), upon final resolution of their claims. To the extent these plaintiffs fail to dismiss their claims, BP reserves the right to seek enforcement of PTO 68 and other appropriate relief.

[3] Louisiana Workers Compensation Corporation ("LWCC") is an insurance company pursuing reimbursement of workers' compensation claims related to the *Deepwater Horizon* spill and response. (LWCC Complaint, ¶¶ 4-7; 17-cv-03199, Rec. Doc. 1). LWCC is seeking reimbursement for payments it claims to have made to 89 individuals. (*Id.* at Exhibit A). LWCC has not complied with the requirements of PTO 68 with respect to any of those 89 individuals at issue. For example, LWCC has not submitted a single Medical Disclosure Form providing the required information about any of those individuals' claimed conditions.

4

|    | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|----|-------------------|---------------|-------------------------|
| 7  | 17-cv-03366 | Brown, Michael Todd | Becnel Law Firm, LLC |
| 8  | 17-cv-03368 | Baldo, Lisa Marie | Becnel Law Firm, LLC |
| 9  | 17-cv-03372 | Bank, Ryan Clayton | Becnel Law Firm, LLC |
| 10 | 17-cv-03373 | Couture, Jr., Raymond | Becnel Law Firm, LLC |
| 11 | 17-cv-03376 | Nehlig, Chris Emile | Becnel Law Firm, LLC |
| 12 | 17-cv-03381 | Robin, III, Charles Raymond | Becnel Law Firm, LLC |
| 13 | 17-cv-03383 | Robin, Jr., Ricky R. | Becnel Law Firm, LLC |
| 14 | 17-cv-03389 | Robin, Ricky Raymond | Becnel Law Firm, LLC |
| 15 | 17-cv-03393 | Coco, III, Malcolm Alphonse | Becnel Law Firm, LLC |
| 16 | 17-cv-03551 | McCall, Verda Mae | Nexsen Pruet, LLC |
| 17 | 17-cv-03681 | Burkett, Craig Michael | N/A - Pro Se Plaintiff |
| 18 | 17-cv-04181 | Sketteno, Jr., Samuel | Nexsen Pruet, LLC |
| 19 | 17-cv-04236 | Williams, Randy | Nexsen Pruet, LLC |
| 20 | 17-cv-04561 | Magee, Virdee | Nexsen Pruet, LLC |
| 21 | 17-cv-04561 | Magee, Whitney Burroughs | Nexsen Pruet, LLC |
| 22 | 17-cv-04561 | Magee, Xavier | Nexsen Pruet, LLC |

**II.     Category II Plaintiffs — Plaintiffs With Deficient or Incomplete Initial Disclosures**

Pursuant to Section I.C.1.c of PTO 68, BP has identified the following cases in which plaintiffs have provided deficient or incomplete disclosures, along with the reasons each such submission is deficient or incomplete. Detailed explanations of the deficiency descriptions in the table below are included in **Exhibit A**.

5

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1 | 13-cv-01003 | Beachem, Cedric Taiwan | Falcon Law Firm | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Disclosure Form Question 2 Deficiencies:** No Response |
| 2 | 13-cv-01802 | DeAgano, Dereck Joseph | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 3 | 13-cv-01802 | DeAgano, Kimberly Ann Orr | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 4 | 16-cv-03966 | Evans, Robert | N/A - Pro Se Plaintiff | **Other Deficiencies:** Untimely |
| 5 | 17-cv-02932 | Helmholtz, Michael Benjamin | N/A - Pro Se Plaintiff | **Medical Authorization:** To Field Populated by Plaintiff;<br><br>**Other Deficiencies:** Untimely |
| 6 | 17-cv-03019 | Allen, Chavis | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 7 | 17-cv-03044 | Berry, Justin Paul | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 8 | 17-cv-03134 | Craig, Anthony | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 9 | 17-cv-03152 | Dobbs, Terresa | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 10 | 17-cv-03195 | Fleming, James | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 11 | 17-cv-03203 | Norwood, Margaret | Krupnick Campbell Malone Buser Slama Hancock | **Other Deficiencies:** Untimely |

|    | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|----|---|---|---|---|
| 12 | 17-cv-03270 | Hawthorne, Ayana F. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing; **Medical Authorization:** Not Provided |
| 13 | 17-cv-03281 | Hockaday, Jr., Edison W. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 14 | 17-cv-03285 | Horne, Karem Maeola | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 15 | 17-cv-03302 | Jaouhari, Hilal | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 16 | 17-cv-03312 | Jones, Charlene | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 17 | 17-cv-03315 | Higginbotham, Dorothy Clayton | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Diagnosis Incomplete/Missing |
| 18 | 17-cv-03317 | Landry, Cy M. | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 19 | 17-cv-03325 | Lewis, Glenda M. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 20 | 17-cv-03341 | Bodiford, Thomas | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 21 | 17-cv-03344 | Porter, Scott Alan | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 22 | 17-cv-03350 | Fetterhoff, Carol Lynn | N/A - Pro Se Plaintiff | **Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Date of Treatment Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing;<br><br>**Medical Authorization:** Not Provided |
| 23 | 17-cv-03350 | Fetterhoff, Chayton Lee | N/A - Pro Se Plaintiff | **Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Authorization:** Not Provided |
| 24 | 17-cv-03350 | Fetterhoff, Chelsea Lynn | N/A - Pro Se Plaintiff | **Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing;<br><br>**Medical Authorization:** Not Provided |
| 25 | 17-cv-03407 | Richardson, A'Donna | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 26 | 17-cv-03571 | Moore, III, Albert B. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 27 | 17-cv-03623 | White, Rashawn | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 28 | 17-cv-03640 | Brimage, Iesha | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 29 | 17-cv-03903 | Do, Yen | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 30 | 17-cv-03957 | Edwards, Natasha Late | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 31 | 17-cv-03992 | Franichevich, Andrew John | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 32 | 17-cv-04070 | McElroy, Alexis | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 33 | 17-cv-04155 | Chapman, Jr., Tabokka M. | Nexsen Pruet, LLC | **Medical Authorization:** No Signature |
| 34 | 17-cv-04160 | Daniel, Dana | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 35 | 17-cv-04207 | Troxler, Jr., Clifford | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 36 | 17-cv-04231 | Whittiker Jr., Timothy | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 37 | 17-cv-04263 | Sunseri, Anthony | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 38 | 17-cv-04266 | Timmons, Francis | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 39 | 17-cv-04268 | Tolliver, Michael | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing: |
| 40 | 17-cv-04296 | Washington, Janel | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 41 | 17-cv-04304 | Riley, Darren | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Diagnosis Incomplete/Missing |
| 42 | 17-cv-04310 | Davis, III, Luke | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing; **Medical Authorization:** Not Provided |
| 43 | 17-cv-04360 | Houser, Bruce | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 44 | 17-cv-04377 | Jones, Cynthia | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 45 | 17-cv-04383 | Jones, Sammie | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Otherwise Incomplete Response |
| 46 | 17-cv-04385 | Jones, Travis | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 47 | 17-cv-04395 | Doom, Paul Raymond | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 48 | 17-cv-04422 | Manning, Anthony D. | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 49 | 17-cv-04429 | Martin, Tatasha | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 50 | 17-cv-04437 | Britney, Micheln | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 51 | 17-cv-04475 | Pejic, Nenad | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 52 | 17-cv-04482 | Pickett, George | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing: |
| 53 | 17-cv-04513 | Roberts, Frances | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 54 | 17-cv-04516 | Williams, Roy L. | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 55 | 17-cv-04542 | Wellington, Jada | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 56 | 17-cv-04557 | Paz, Cesar | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 57 | 17-cv-04566 | Stallworth, Beste | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing: |
| 58 | 17-cv-04583 | Simmons, Tony | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 59 | 17-cv-04608 | Thomas, Carlos | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 60 | 17-cv-04632 | Williams, Angelina | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 61 | 17-cv-04637 | Zayzay, Freddie | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 62 | 19-cv-11664 | Bryant, James Winford | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 63 | 19-cv-11666 | Burke, Steven Boyce | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 64 | 19-cv-11667 | Burrus, John Mark | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 65 | 19-cv-11668 | Buskell, Baron Gates | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 66 | 19-cv-11671 | Clopton, Johnnie Martin | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 67 | 19-cv-11686 | Jenkins, Henry Lee | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 68 | 19-cv-11691 | Murray, Max Martin | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Authorization:** To Field Populated by Plaintiff;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 69 | 19-cv-11693 | Richardson, Willie L. | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 70 | 19-cv-11697 | Southern, Nathan Sean | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 71 | 19-cv-11700 | Tripp, Thomas W. | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Authorization:** Not Provided;<br><br>**Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications[4] |

---

[4] In addition to the deficiencies identified in the table above, the following six B3 plaintiffs submitted disclosures that did not comply with the technical production specifications of PTO 68 but were otherwise compliant: Case no. 16-cv-13476, Charles Archibald Boggs, Boggs, Loehn & Rodrigue; Case no. 19-cv-11663, Marian Gail Barefoot, The Law

13

Respectfully submitted,

*/s/ Devin Reid*
R. Keith Jarrett (Bar #16984)
Devin Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
Christina L. Briesacher
(christina.briesacher@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP America Production Inc. and BP Exploration & Production Inc.*

---

Offices of Frank D'Amico, Jr. APLC; Case no. 19-cv-11673, Sarah Michele Graham, The Law Offices of Frank D'Amico, Jr. APLC; Case no. 19-cv-11688, Keith Edward Keaghey, The Law Offices of Frank D'Amico, Jr. APLC; Case no. 19-cv-11701, Richard V. Wood, The Law Offices of Frank D'Amico, Jr. APLC; and Case no. 13-cv-00650, Nathan Joseph Fitzgerald, Pivach, Pivach, Hufft, Thriffiley & Dunar, LLC. Mr. Fitzgerald's counsel asked BP to convey that compliance would be a financial burden for him.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing BP's Pretrial Order No. 68 Status Report has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of April, 2020.

*/s/ Devin Reid*
Devin Reid

# EXHIBIT A

# PTO 68 INITIAL DISCLOSURE DEFICIENCY DESCRIPTIONS

## Medical Disclosure Form Deficiencies

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Question 1: Date of Symptoms Incomplete/Missing | Plaintiff did not provide information identifying when symptoms of one or more of their medical conditions began. |
| Question 1: Date of Treatment Incomplete/Missing | Plaintiff (i) did not provide information identifying the date they first sought treatment for one or more of their medical conditions; (ii) provided vague or broad information such as identifying only the year for which they first sought treatment for one or more of their medical conditions; or (iii) listed "n/a" or other language for *all* conditions to indicate no medical treatment but then later identified, in response to Question 2, a current treating healthcare provider. |
| Question 1: Date of Diagnosis Incomplete/Missing | Plaintiff (i) did not provide information identifying the date they were first diagnosed with one or more of their medical conditions; (ii) provided vague or broad information such as identifying only the year for which they were first diagnosed with one or more of their medical conditions; or (iii) listed "n/a" or other language for *all* conditions to indicate no medical treatment but then later identified, in response to Question 2, a current treating healthcare provider. |
| Question 1: Doctor/Healthcare Provider Incomplete/Missing | Plaintiff (i) did not provide information identifying their doctor or healthcare provider for one or more of their medical conditions; or (ii) listed "n/a" or other language for *all* conditions to indicate no medical treatment but then later identified, in response to Question 2, a current treating healthcare provider. |

1

| | |
|---|---|
| Question 2: Yes Chosen; Additional Information Missing | Plaintiff indicated that the medical condition and/or injury persists today, but (i) failed to indicate whether they still receive treatment and, if so, from whom; or (ii) provided information regarding from whom they receive treatment that does not sufficiently identify the provider (*e.g.* "regional hospitals" and "unknown"). |
| Question 2: Otherwise Incomplete Response | Plaintiff's response to the subparts of this question were in conflict with each other as to whether they continue to receive treatment. |
| Question 2: No Response | Plaintiff did not provide a response to this question. |

## Medical Authorization Deficiencies

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Not Provided | Plaintiff failed to provide the Medical Authorization. |
| No Signature | Plaintiff failed to sign the Medical Authorization. |
| "To" Field Populated by Plaintiff | Page 1 of the Medical Authorization contains a blank space for BP to fill in its agent at Kirkland & Ellis LLP's offices to whom Plaintiff's medical records should be directed if requested. Plaintiff filled this blank space in with the names of their specific healthcare providers or other language that prevents BP from utilizing the form. The space should remain blank. |

**Other Deficiencies**

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Untimely | Plaintiff failed to provide their disclosures to BP by the deadline set forth in PTO 68 and applicable amendments. |
| Production Inconsistent With PTO 68 Technical Specifications | Plaintiff's production did not comply with the technical production specifications of the First Amendment to PTO 68 (Rec. Doc. 26077). The most common reason for this deficiency is a production made by PDF alone, often without Bates branding applied.<br><br>BP did not apply this deficiency to any *pro se* Plaintiff. |

3