UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: Nos. 17-03347; 17-03387 | * * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS
IN TWO REMAINING "CONTRACT-ONLY" CASES**

Defendants BP America Production Company and BP Exploration & Production Inc. (together, "BP") and Plaintiffs Machelle Steiner and John L. Howard (together, "Plaintiffs" and collectively with BP, the "Parties") respectfully request that the Court issue an order extending the stay of proceedings in the last two remaining "contract-only" cases referred to mediation by the Court to permit the parties to continue settlement negotiations.

**BACKGROUND**

On July 17, 2019, the Court held a status conference to address future case management of the then-remaining cases in the B3 pleading bundle, including twelve cases that asserted only contract claims. Following the status conference, the Court ordered that (1) four of the twelve cases would remain in MDL 2179 pending their completion of the mandatory mediation process established under Pretrial Order No. 67 (*see* Rec. Doc. 25859); (2) three cases would be severed from MDL 2179 but remain in the Eastern District of Louisiana because they originated in this district or because the parties consented to trial in this district (Rec. Doc. 25952); and (3) five cases would be included on a Suggestion of Remand for potential remand by the Judicial Panel on

Multidistrict Litigation to their transferor court in the Southern District of Alabama (Rec. Doc. 25951).

On the parties' motion, on August 30, 2019, the Court ordered that seven of the eight "contract-only" cases not included in the PTO 67 process be referred to private mediation and stayed for 130 days (later extended for an additional 60 days). (Rec. Docs. 25997, 26201; Case No. 2:17-cv-02387-CJB-JCW, Rec. Doc. 10.)[1] Pursuant to the Court's orders, all seven of those cases were scheduled for private mediation before former Magistrate Judge Sally Shushan. BP and plaintiff Anh Dang, Case No. 17-02387, reached settlement prior to mediation, and that case has now been dismissed. (Case No. 2:17-cv-02387-CJB-JCW, Rec. Docs. 11, 12.) BP and plaintiffs William H. Brehm and Nicholas W. Collier (both represented by Cunningham Bounds LLC) and plaintiff Coastal Water Cleaners and Environmental Services, L.L.C. (represented by the Law Office of Grant D. Amey, LLC) conducted mediations of their claims in December 2019 before Judge Shushan. Those three plaintiffs have likewise settled and dismissed their claims against BP. (*See* Rec. Docs. 26220, 26221, 26393).

On February 5, 2020, BP and the Bankruptcy Trustee for JESCO Construction Corporation (represented by Cunningham Bounds LLC) held a mediation of JESCO's claim before Judge Shushan at which BP and the Trustee agreed to a settlement of JESCO's claim. That settlement has now received final approval from the United States Bankruptcy Court for the Southern District of Mississippi. (Case No. 18-52152.) The settlement between BP and JESCO's Bankruptcy Trustee should be fully implemented within the next few weeks, at which time JESCO's case before this Court will be voluntarily dismissed.

---

[1] Because BP was not served in the eighth case, *Richard Pinell o/b/o Billie Sue, Inc. v. BP Exploration & Production Inc.*, No. 17-03349, it was not included in the referral to mediation or stay.

The claims of the final two plaintiffs, Machelle Steiner and John L. Howard, were mediated in December 2019 before Judge Shushan, but were not resolved at mediation. Counsel for BP and counsel for Howard and Steiner, however, are continuing to discuss potential resolution and believe that additional time to discuss potential resolution before litigation activity commences would be productive. Counsel for BP has conferred with counsel for plaintiffs Steiner and Howard. BP and those plaintiffs agree that a 60-day extension of the stay would facilitate the efficient management of these two remaining cases by permitting time for continued settlement discussions.

## ARGUMENT

The Parties request that the Court extend the stay of proceedings in their two individual cases for an additional 60 days. Under Supreme Court, Fifth Circuit, and Eastern District of Louisiana precedent, courts have the inherent authority to control their dockets, which includes the power to stay proceedings: "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 255-56 (1936); *accord. Clinton v. Jones*, 620 U.S. 683, 706 (1997); *Ambraco, Inc. v. Bossclip, B.V.*, 570 F.3d 233, 243 (5th Cir. 2009); *see also Avila v. BP Expl. & Prod., Inc.*, 2019 WL 530041, at *3 (E.D. La. Feb. 11, 2019) (citing *In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) (regarding Court's inherent power to control its docket, "this authority includes the district court's wide discretion to grant a stay in a pending matter.").

The Court's prior orders staying the "contract-only" cases pending mediation has already resulted in the successful resolution of five of the seven contract cases ordered to mediation. A short extension of the stay in the two remaining cases would allow the parties to continue to work toward complete resolution of those matters.

## **CONCLUSION**

For the reasons set forth above, the Parties respectfully request that the Court enter an order extending the stay of proceedings in their cases for an additional 60 days.

Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Kristopher Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP America Production Company and BP Exploration & Production Inc.*

*/s/ Steven L. Nicholas*
Steven L. Nicholas
Cunningham Bounds, LLC
Post Office Box 67705
1601 Dauphin Street
Mobile, Alabama  36660
(251) 471-6191
(251) 479-1031 (fax)
sln@cunninghambounds.com

*Counsel for Plaintiffs Machelle Steiner and John L. Howard*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Extend Stay of Proceedings in Two Remaining "Contract-Only" Cases has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of April, 2020.

*/s/ R. Keith Jarrett*
R. Keith Jarrett