# EXHIBIT 1

## Category I: Plaintiffs with Missing PTO 68 Submissions

-Plaintiffs who purportedly failed to provide the Supplemental Medical Disclosure Form (Ex. A to PTO 68, Rec. Doc. 26070-1) and the Authorization for Release of Medical Records Information (Ex. B to First Amendment to PTO 68, Rec. Doc. 26077-1). Copies of these documents also can be found on the Court's MDL 2179 public website, http://www.laed.uscourts.gov/OilSpill/OilSpill.htm, by clicking on the entries for October 21, 2019 (the Supplemental Medical Disclosure Form is attached to PTO 68) and October 28, 2019 (the Authorization for Release of Medical Records Information is attached to the First Amendment to PTO 68).

|     | Case No. | Plaintiff | Attorney |
| --- | --- | --- | --- |
| 1. | 16-cv-15259 | Watson, Esther Marie | N/A - Pro Se Plaintiff |
| 2. | 17-cv-03199 | Louisiana Workers' Compensation Corporation | Johnson, Rahman & Thomas |
| 3. | 17-cv-03323 | Benoit, Bernice Ann | Becnel Law Firm, LLC |
| 4. | 17-cv-03328 | Benoit, Roy Paul | Becnel Law Firm, LLC |
| 5. | 17-cv-03331 | Elrod, Jarod Shane | Becnel Law Firm, LLC |
| 6. | 17-cv-03334 | Elrod, Aiden Connor | Becnel Law Firm, LLC |
| 7. | 17-cv-03366 | Brown, Michael Todd | Becnel Law Firm, LLC |
| 8. | 17-cv-03368 | Baldo, Lisa Marie | Becnel Law Firm, LLC |
| 9. | 17-cv-03372 | Bank, Ryan Clayton | Becnel Law Firm, LLC |
| 10. | 17-cv-03373 | Couture, Jr., Raymond | Becnel Law Firm, LLC |
| 11. | 17-cv-03376 | Nehlig, Chris Emile | Becnel Law Firm, LLC |
| 12. | 17-cv-03381 | Robin, III, Charles Raymond | Becnel Law Firm, LLC |
| 13. | 17-cv-03383 | Robin, Jr., Ricky R. | Becnel Law Firm, LLC |
| 14. | 17-cv-03389 | Robin, Ricky Raymond | Becnel Law Firm, LLC |
| 15. | 17-cv-03393 | Coco, III, Malcolm Alphonse | Becnel Law Firm, LLC |
| 16. | 17-cv-03551 | McCall, Verda Mae | Nexsen Pruet, LLC |
| 17. | 17-cv-03681 | Burkett, Craig Michael | N/A - Pro Se Plaintiff |
| 18. | 17-cv-04181 | Sketteno, Jr., Samuel | Nexsen Pruet, LLC |
| 19. | 17-cv-04236 | Williams, Randy | Nexsen Pruet, LLC |
| 20. | 17-cv-04561 | Magee, Virdee | Nexsen Pruet, LLC |
| 21. | 17-cv-04561 | Magee, Whitney Burroughs | Nexsen Pruet, LLC |
| 22. | 17-cv-04561 | Magee, Xavier | Nexsen Pruet, LLC |

## Category II: Plaintiffs with Deficient or Incomplete PTO 68 Submissions

-Further descriptions of the deficiencies noted in this table can be found starting on page 8 of this Exhibit 1.

| | Case No. | Plaintiff | Attorney | Deficiency |
|---|---|---|---|---|
| 1. | 13-cv-01003 | Beachem, Cedric Taiwan | Falcon Law Firm | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing; **Medical Disclosure Form Question 2 Deficiencies:** No Response |
| 2. | 13-cv-01802 | DeAgano, Dereck Joseph | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 3. | 13-cv-01802 | DeAgano, Kimberly Ann Orr | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 4. | 17-cv-02932 | Helmholtz, Michael Benjamin | N/A - Pro Se Plaintiff | **Medical Authorization:** To Field Populated by Plaintiff[4] |
| 5. | 17-cv-03019 | Allen, Chavis | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 6. | 17-cv-03044 | Berry, Justin Paul | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 7. | 17-cv-03134 | Craig, Anthony | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 8. | 17-cv-03152 | Dobbs, Terresa | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 9. | 17-cv-03195 | Fleming, James | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |

---

[4] BP's status report also noted that Michael Helmholtz's PTO 68 submission was untimely. The Court excuses this deficiency because Helmholtz is pro se and his submission was provided before the status report was filed. Helmholtz need only fill out and submit a new Medical Authorization form, making certain to leave the "To" field blank, in order to be deemed compliant. (See "Category II Deficiency Descriptions, below).

| 10. | 17-cv-03270 | Hawthorne, Ayana F. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing; **Medical Authorization:** Not Provided |
| 11. | 17-cv-03281 | Hockaday, Jr., Edison W. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 12. | 17-cv-03285 | Horne, Karem Maeola | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 13. | 17-cv-03302 | Jaouhari, Hilal | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 14. | 17-cv-03312 | Jones, Charlene | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 15. | 17-cv-03315 | Higginbotham, Dorothy Clayton | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Diagnosis Incomplete/Missing |
| 16. | 17-cv-03317 | Landry, Cy M. | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17. | 17-cv-03325 | Lewis, Glenda M. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 18. | 17-cv-03341 | Bodiford, Thomas | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 19. | 17-cv-03344 | Porter, Scott Alan | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing; **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |

| | | | | |
|---|---|---|---|---|
| 20. | 17-cv-03350 | Fetterhoff, Carol Lynn | N/A - Pro Se Plaintiff | **Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Date of Treatment Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing;<br><br>**Medical Authorization:** Not Provided |
| 21. | 17-cv-03350 | Fetterhoff, Chayton Lee | N/A - Pro Se Plaintiff | **Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Authorization:** Not Provided |
| 22. | 17-cv-03350 | Fetterhoff, Chelsea Lynn | N/A - Pro Se Plaintiff | **Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing;<br><br>**Medical Authorization:** Not Provided |
| 23. | 17-cv-03407 | Richardson, A'Donna | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 24. | 17-cv-03571 | Moore, III, Albert B. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 25. | 17-cv-03623 | White, Rashawn | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 26. | 17-cv-03640 | Brimage, Iesha | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 27. | 17-cv-03903 | Do, Yen | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 28. | 17-cv-03957 | Edwards, Natasha Late | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |

| 29. | 17-cv-03992 | Franichevich, Andrew John | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 30. | 17-cv-04070 | McElroy, Alexis | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 31. | 17-cv-04155 | Chapman, Jr., Tabokka M. | Nexsen Pruet, LLC | **Medical Authorization:** No Signature |
| 32. | 17-cv-04160 | Daniel, Dana | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 33. | 17-cv-04207 | Troxler, Jr., Clifford | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 34. | 17-cv-04231 | Whittiker Jr., Timothy | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 35. | 17-cv-04263 | Sunseri, Anthony | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 36. | 17-cv-04266 | Timmons, Francis | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 37. | 17-cv-04268 | Tolliver, Michael | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 38. | 17-cv-04296 | Washington, Janel | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 39. | 17-cv-04304 | Riley, Darren | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Diagnosis Incomplete/Missing |
| 40. | 17-cv-04310 | Davis, III, Luke | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing; **Medical Authorization:** Not Provided |
| 41. | 17-cv-04360 | Houser, Bruce | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 42. | 17-cv-04377 | Jones, Cynthia | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 43. | 17-cv-04383 | Jones, Sammie | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Otherwise Incomplete Response |

| 44. | 17-cv-04385 | Jones, Travis | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 45. | 17-cv-04395 | Doom, Paul Raymond | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 46. | 17-cv-04422 | Manning, Anthony D. | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 47. | 17-cv-04429 | Martin, Tatasha | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 48. | 17-cv-04437 | Britney, Micheln | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 49. | 17-cv-04475 | Pejic, Nenad | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 50. | 17-cv-04482 | Pickett, George | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 51. | 17-cv-04513 | Roberts, Frances | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 52. | 17-cv-04516 | Williams, Roy L. | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 53. | 17-cv-04542 | Wellington, Jada | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 54. | 17-cv-04557 | Paz, Cesar | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 55. | 17-cv-04566 | Stallworth, Beste | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 56. | 17-cv-04583 | Simmons, Tony | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 57. | 17-cv-04608 | Thomas, Carlos | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 58. | 17-cv-04632 | Williams, Angelina | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |

| 59. | 17-cv-04637 | Zayzay, Freddie | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 60. | 19-cv-11664 | Bryant, James | The Law Offices of Frank D'Amico, Jr. | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 61. | 19-cv-11666 | Burke, Steven Boyce | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 62. | 19-cv-11667 | Burrus, John Mark | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 63. | 19-cv-11668 | Buskell, Baron Gates | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 64. | 19-cv-11671 | Clopton, Johnnie Martin | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 65. | 19-cv-11686 | Jenkins, Henry Lee | The Law Offices of Frank D'Amico, Jr. | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |

| 66. | 19-cv-11691 | Murray, Max Martin | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Authorization:** To Field Populated by Plaintiff; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
|---|---|---|---|---|
| 67. | 19-cv-11693 | Richardson, Willie L. | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 68. | 19-cv-11697 | Southern, Nathan Sean | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |
| 69. | 19-cv-11700 | Tripp, Thomas W. | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing; **Medical Authorization:** Not Provided; **Other Deficiencies:** Production Inconsistent With PTO 68 Technical Specifications |

## **Category II Deficiency Descriptions**

## **Medical Disclosure Form Deficiencies**

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Question 1: Date of Symptoms Incomplete/Missing | Plaintiff did not provide information identifying when symptoms of one or more of their medical conditions began. |

| | |
|---|---|
| Question 1: Date of Treatment Incomplete/Missing | Plaintiff (i) did not provide information identifying the date they first sought treatment for one or more of their medical conditions; (ii) provided vague or broad information such as identifying only the year for which they first sought treatment for one or more of their medical conditions; or (iii) listed "n/a" or other language for *all* conditions to indicate no medical treatment but then later identified, in response to Question 2, a current treating healthcare provider. |
| Question 1: Date of Diagnosis Incomplete/Missing | Plaintiff (i) did not provide information identifying the date they were first diagnosed with one or more of their medical conditions; (ii) provided vague or broad information such as identifying only the year for which they were first diagnosed with one or more of their medical conditions; or (iii) listed "n/a" or other language for *all* conditions to indicate no medical treatment but then later identified, in response to Question 2, a current treating healthcare provider. |
| Question 1: Doctor/Healthcare Provider Incomplete/Missing | Plaintiff (i) did not provide information identifying their doctor or healthcare provider for one or more of their medical conditions; or (ii) listed "n/a" or other language for *all* conditions to indicate no medical treatment but then later identified, in response to Question 2, a current treating healthcare provider. |
| Question 2: Yes Chosen; Additional Information Missing | Plaintiff indicated that the medical condition and/or injury persists today, but (i) failed to indicate whether they still receive treatment and, if so, from whom; or (ii) provided information regarding from whom they receive treatment that does not sufficiently identify the provider (e.g. "regional hospitals" and "unknown"). |

| Question 2: Otherwise Incomplete Response | Plaintiff's response to the subparts of this question were in conflict with each other as to whether they continue to receive treatment. |
|---|---|
| Question 2: No Response | Plaintiff did not provide a response to this question. |

## Medical Authorization Deficiencies

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Not Provided | Plaintiff failed to provide the Medical Authorization. |
| No Signature | Plaintiff failed to sign the Medical Authorization. |
| "To" Field Populated by Plaintiff | Page 1 of the Medical Authorization contains a blank space for BP to fill in its agent at Kirkland & Ellis LLP's offices to whom Plaintiff's medical records should be directed if requested. Plaintiff filled this blank space in with the names of their specific healthcare providers or other language that prevents BP from utilizing the form. The space should remain blank. |

**Other Deficiencies**

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Production Inconsistent With PTO 68 Technical Specifications | Plaintiff's production did not comply with the technical production specifications of the First Amendment to PTO 68 (Rec. Doc. 26077). The most common reason for this deficiency is a production made by PDF alone, often without Bates branding applied. |