UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J |
| *This Document Relates to:* <br> All Cases and <br> *Salvesen v. Feinberg, et al.,* <br> *2:11-cv-02533* <br> *Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,* <br> *2:11-cv-01987* <br> *Ditch v. Feinberg et al.,* <br> *2:13-cv-06014* <br> _____/ | JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

## PLAINTIFFS' SECOND MOTION FOR CLARIFICATION OF THE ISSUE OF REMAND

Plaintiffs, Selmer M. Salvesen, Pinellas Marine Salvage, Inc., John Mavrogiannis, and Andrew J. Ditch, by and through their undersigned counsel, hereby respectfully move the Court to enter an order clarifying whether the Honorable MDL 2179 Court shall ensure each action transferred to it under 28 U.S.C. § 1407 is remanded by the JPML at or before the conclusion of pretrial proceedings to the district from which it was transferred for the reasons set out in the Memorandum of Law in support of this Motion which is being filed concurrently herewith.

DATED: April 20, 2020

Respectfully submitted,

**/s/ Brian J. Donovan**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2020.

                                                  **/s/ Brian J. Donovan**
                                                  Brian J. Donovan
                                                  Attorney for Plaintiffs
                                                  Florida Bar No. 143900
                                                  3102 Seaway Court, Suite 304
                                                  Tampa, FL 33629
                                                  Tel: (352)328-7469
                                                  BrianJDonovan@verizon.net