# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 20, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Julius Barbour, et al.
v. Halliburton Company, et al.
No. 19-739
(Your No. 18-30243, 18-30413)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Patrick A. Juneau, in His Capacity as New Class Claims Administrator of the Punitive Damages Settlement Program for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

U.S. COURT OF APPEALS
RECEIVED
APR 20 2020
FIFTH CIRCUIT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 22, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

```
No. 18-30243    In re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:12-CV-970
                USDC No. 2:15-CV-4143
                USDC No. 2:15-CV-4146
                USDC No. 2:15-CV-4654
                USDC No. 2:10-MD-2179
                USDC No. 2:12-CV-970
                USDC No. 2:15-CV-4143
                USDC No. 2:15-CV-4146
                USDC No. 2:15-CV-4654
                USDC No. 2:10-MD-2179
                USDC No. 2:12-CV-970
                USDC No. 2:15-CV-4143
                USDC No. 2:15-CV-4146
                USDC No. 2:15-CV-4654
```

Dear Ms. Michel,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

*Stacy Carpenter*

By: _____
Stacy M. Carpenter, Deputy Clerk