# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

April 20, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-31177   In re: Deepwater Horizon  
                     USDC No. 2:10-MD-2179  
                     USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   By: _____  
                   Whitney M. Jett, Deputy Clerk

Mr. William Gray Chason  
Ms. Kristina Morgan Sanders Hofferber  
Mr. R. Stanton Jones  
Mr. James Andrew Langan  
Ms. Carol L. Michel  
Mr. Matthew Regan  
Mr. Devin Chase Reid

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-31177
_____

In re: Deepwater Horizon
-----------------------------------------
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

v.

CLAIMANT ID 100118552,

      Claimant - Appellant
_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R:

    IT IS ORDERED that the appellees' unopposed motion to file the appellees' brief under seal is GRANTED.

    IT IS FURTHER ORDERED that the appellees are directed to file a redacted appellees' brief within 14 days from this date. The un-redacted appellees' brief will remain on file for the court's use.

Signed:  4-20-2020

      /s/ Catharina Haynes
CATHARINA HAYNES
UNITED STATES CIRCUIT JUDGE