IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-31177

_____

In re: Deepwater Horizon
-----------------------------------------
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

v.

CLAIMANT ID 100118552,

    Claimant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R:

    IT IS ORDERED that appellees' unopposed motion to unseal the appellees' brief is GRANTED.

Signed: 4-23-2020

                                        _____/s/ Catharina Haynes_____
                                          CATHARINA HAYNES
                                   UNITED STATES CIRCUIT JUDGE