# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 23, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-31177    In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Laney L. Lampard, Deputy Clerk

Mr. William Gray Chason
Ms. Kristina Morgan Sanders Hofferber
Mr. R. Stanton Jones
Mr. James Andrew Langan
Ms. Carol L. Michel
Mr. Matthew Regan
Mr. Devin Chase Reid