UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | JUDGE BARBIER |
| AND | MAG. JUDGE WILKINSON |
| BELO Cases identified below | |

## ORDER

On April 13, 2020, the Court issued an Order to Show Cause requiring counsel for 1 BELO plaintiff, Michael Vincent Postles, to show cause in writing why his claim should not be dismissed with prejudice for repeatedly failing to provide full and complete disclosures as required under BELO Initial Proceedings Case Management Order Nos. 1 & 2. (Rec. Doc. 26447). The Nations Law Firm ("Nations") represents the plaintiff subject to the Show Cause Order. Nations' written response to the Show Cause Order was due on Friday, April 24. Nations did not file a response.

Accordingly,

IT IS ORDERED that the Order to Show Cause (Rec. Doc. 26447) is not satisfied with respect to the BELO plaintiff identified below, and his claim is DISMISSED WITH PREJUDICE:

| | Docket Number | Plaintiff |
|---|---|---|
| 1. | 19-13315 | Postles, Michael Vincent |

The Court will issue a judgment of dismissal in the individual docket for this case.

New Orleans, Louisiana, this 28th day of April, 2020.

_____
United States District Judge