# File & ServeXpress Transaction Receipt

| | |
|---|---|
| **File & ServeXpress Transaction ID:** | 64830852 |
| **Submitted by:** | Joseph Smith, Smith Law Firm |
| **Authorized by:** | J Arthur Smith, Smith Law Firm |
| **Authorize and file on:** | Mar 16 2020 12:16AM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Oil Spill |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Oil Spill Litigation |
| **Case Type:** | Oil Spill-All Cases |
| **Case Number:** | MC MDL-2179 |
| **Case Name:** | In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | A Thibodaux |
| **Read Status for e-service:** | Not Purchased |

## Documents List

### 3 Document(s)

**Attached Document, 7 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Motion | Secure Public | $0.00 | |

**Document title:**
Plaintiffs' Second Rule 60b1 and or 60b6 Motion for Relief From Order of Dismissal

**Attached Document, 20 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Memorandum | Secure Public | $0.00 | |

**Document title:**
Memorandum in Support

**Attached Document, 2 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Notice of Submission

Expand All

### Sending Parties (1)

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | Smith, J Arthur | Smith Law Firm | Attorney in Charge |

### Recipients (986)

Service List (986)

Additional Recipients (0)

### Case Parties

EXHIBIT A

Close

About File & ServeXpress (http://www.fileandservexpress.com/about-us) | Resource Center (https://resourcecenter.fileandservexpress.com/resourcecenterwebui/default.aspx?ut=AT) | FAQs (/FSXMasterPage/FAQ) | Terms & Conditions (https://secure.fileandservexpress.com/agreement.htm) | Privacy (http://www.fileandservexpress.com/privacy)

© 2020 File & ServeXpress, LLC. All rights reserved.

**Client Support**

☎ 1-888-529-7587

✉ support@fileandserve.com (mailto:support@fileandserve.com)

💬 Chat Online