UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANGELA THIBODAUX, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, CAROLINE NICOLE THIBODAUX AND TY JOSEPH THIBODAUX AND ON BEHALF OF THE ESTATE OF GLENN CLARENCE THIBODAUX** | **CIVIL ACTION NO: 2:14-CV-01026** <br><br> **JUDGE: CARL J. BARBIER** |
| **VERSUS** | **MAG. JUDGE WILKINSON** |
| **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., BP, P.L.C., BP AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., BP COMPANY NORTH AMERICA, INC., AND BP PRODUCTS NORTH AMERICA, INC.** | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Plaintiff, Angela Thibodaux, will bring Plaintiffs' *Second* Rule 60(B)(1) and/or 60(B)(6) Motion For Relief From Order Of Dismissal before Judge Carl J. Barbier, United States District Court, Eastern District of Louisiana at 500 Poydras Street, Courtroom C268, in New Orleans, Louisiana on Wednesday, May 20, 2020, at 9:30 a.m.

      Respectfully Submitted:

      **SMITH LAW FIRM**

      _/s/ J. Arthur Smith, III_____
      J. ARTHUR SMITH, III (#07730)
      830 North Street
      Baton Rouge, Louisiana 70802
      Telephone: (225) 383-7716
      Facsimile: (225) 383-7773
      jasmith@jarthursmith.com
      *Counsel for Plaintiff, Angela Thibodaux*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing was electronically filed this day with the Clerk of Court for the Eastern District of Louisiana, and that a copy of same was previously served upon all counsel of record and interested parties via the Court's File & ServeXpress service on March 16, 2020.

Baton Rouge, Louisiana this 30th day of April, 2020.

          */s/ J. Arthur Smith, III*
          J. Arthur Smith, III