# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: )<br>OIL SPILL BY THE OIL RIG )<br>"DEEPWATER HORIZON" IN THE )<br>GULF OF MEXICO ON APRIL 20, 2010 )<br>)<br>THIS DOCUMENT RELATES: )<br>)<br>Bradley Shivers, et al v. BP, PLC, et al )<br>Case No. 2:10-cv-03261 ) | MDL Docket No. 2179 |

## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Bradley Shivers, Mark Mead, and Scott Russell, Plaintiffs in the above-named case, appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Judgement of April 8, 2020 (entered on the docket no. 10-cv-03261) and Order & Reasons of April 8, 2020 (entered in the master docket, 10-md-2179, and docket no. 10-03261), which dismissed Plaintiffs' claims for failure to state a claim upon which relief could be granted.

Respectfully submitted May 4, 2020.

/s/ Rhon E. Jones

Rhon E. Jones, Esq. (ASB-7747-E52R)
William R. Sutton, Esq. (ASB-3903-L74S)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034
William.sutton@beasleyallen.com

*/s/ Adam M. Milam*
ADAM M. MILAM, Esq. (MILAA2597)
MILAM & MILAM, LLC
2206 Main Street

Daphne, AL 36526
(251) 928-0191
amilam@milam-law.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appeal to the United States Court of Appeals for the Fifth Circuit has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of May, 2020.

                                                /s/Rhon E. Jones
                                                Rhon E. Jones