**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: No. 12-970 | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

<u>ORDER</u>
**[Reappointing Mike Moore and Drake Martin as Neutrals]**

This Court recognizes the challenges presented by the Covid-19 pandemic for all parties, including claimants, and for the Court Supervised Settlement Program ("CSSP"). An expedited resolution of the remaining claims is in the best interests of all parties. The Court has been advised that there are a relatively small number of claims left to be resolved in the CSSP. The remaining claims are in various stages, some on appeal, others are under this Court's discretionary review, and some are under final review in the CSSP.

Mike Moore and Drake Martin, who have assisted this court with similar matters over the last several years, are hereby reappointed as Neutrals to bring the remaining CSSP claims to a final conclusion. The Neutrals' process is voluntary for all parties. Resolved claims will be withdrawn from the CSSP and paid directly by BP. Fees and expenses of the Neutrals will be paid by BP.

It appears to the Court that all significant legal issues have been clearly defined by previous rulings of the Fifth Circuit, the undersigned, or through the CSSP appeal process. Thus, the remaining claims should be capable of timely resolution. Claimants wishing to take this opportunity to resolve their remaining claims should

be prepared to act promptly. This effort by the Court Appointed Neutrals to resolve all remaining CSSP claims will end on May 31, 2020.

Pursuant to the Court's inherent jurisdiction and Federal Rule of Evidence 408, the CSSP claimants, BP, and any other persons participating in the Neutrals' process shall treat as strictly confidential all drafts of all term sheets, release agreements, and communications regarding resolution of claims or lawsuits related to this multi-district litigation (including both the fact and substance of any discussions and any document prepared in connection therewith). Any person who has been shown any such documents and/or included in communications shall be bound to keep such information as private and disclosed to no one unless specifically permitted in advance by the undersigned.

New Orleans, Louisiana, this 4th day of May, 2020.

_____
United States District Judge