United States District Court

Eastern District of Louisiana

Larkin et al,

Plaintiff,

Case No: 2:19-CV-10295

v.

Affidavit of Entitlement To

Juneau et al,

The Requested Relief

Defendants.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the following is true and correct.

1. BP is liable for millions in future lost profits for the plaintiff from plaintiff's high net-worth clients posed to vacation at prime waterfront properties located throughout the specified Gulf waters at the time of the Deepwater Horizon oil spill on April 20, 2010.

2. Plaintiff's upstart business, Hotel Security Specialists was forced to dissolve due to the exposure and potential harm caused by said oil spill that proved financially devastating for the plaintiff, not to mention the pain and anguish.

3. Plaintiff carried an agonizing burden caused by the destruction of Hotel Security Specialists, LLC by BP. The Court should consider the pain, humiliation, distress, and mental anguish that destroyed the Plaintiff's ability to earn income, and the loss of home and business.

4. Plaintiff a Viet-Nam era veteran suffers from PTSD, exacerbated by the loss of the military-style structure built into the operation of Hotel Security Specialists, LLC that had employed military security personnel from Fort Bragg to service high-net clients. The loss of said structure due to the oil spill led to Plaintiff's diagnosed suicidal ideation and major depression disorder.

5. Medical and psychiatric evidence from VAMC Fayetteville, and Charleston from March 7, 2011 to July 3, 2013 revealed Plaintiff's feelings of death and helplessness caused by the Deepwater Horizon oil spill that destroyed Hotel Security Specialists, LLC.

6. While locked in the psychiatric ward at VAMC Fayetteville, Plaintiff lapsed into psychiatric drugs. In those dark days, anger over the oil spill caused Plaintiff to experience a feeling of not being in control of life that led to emotional and physical distress, anxiety, and sleeplessness.

7. The Court could reasonably infer from such humiliation, and long continued pain caused by the Oil Spill resulted in Plaintiff's conviction and incarceration.

8. At all times relevant to the Complaint, Plaintiff was incarcerated at Marion CI, Nash CI, Tabor City CI, Alexander CI, or Warren CI. All documents were mailed from a Correctional Institution, yet, Plaintiff was left in the dark during every phase that led to the denial of Plaintiff's failed Business Economic Loss claim, causing the Plaintiff further outrage, frustration, and disappointment.

9. Defendant Juneau failed his duty to timely notify Plaintiff about the status of Plaintiff's failed Business Economic Loss Claim and erected a Claims Contract Barrier due to Plaintiff's Incarceration, much to the detriment of Plaintiff who discovered five years after the fact that said claim was denied in 2015. That discovery came via email from Stephen J. Herman, Plaintiff's Liaison Counsel, to Patrick Hron, Deepwater Horizon Claims Center, dated 2-28-19.

10. A Catastrophic Coverup by Defendant Juneau was demonstrated on May 16, 2019, in a letter mailed to the Plaintiff at the Tabor Correctional Institution, with a return listing the Nash Correctional Institution as the letter's address, "smoking-gun" proof that the Defendant knew the

Whereabouts of Plaintiff when Defendant failed to mail numerous notices concerning supporting documents for Plaintiff's failed Business Economic Loss Claim.

11. A Prima Facie case of Disparate Impact due to Incarceration is starkly real, and Plaintiff, an African American has been victimized by the Defendants discriminatory Claim-Review process that has taken its financial and emotional toll upon the Plaintiff. Plaintiff's Incarceration, due to the severe economic loss caused by the oil spill that destroyed Plaintiff's Business, Hotel Security Specialists, LLC is impossible to measure in dollars. Such Business Loss is concrete enough that Plaintiff is entitled to the relief requested.

12. At all times revelant to this matter, the Defendants acted under color of law to deprive the Plaintiff of Rights under 18 U.S.C.A. 1 §§ 241-242, pursuant to the 14th Amendment. The Bill of Rights affect Ambassadors, Public Ministers and Consuls in matters of Admirality and Maritime Jurisdiction of which the United States is party to the controversies between its citizens of the Trities with the oil Corporation, BP who caused the oil spill that destroyed the Plaintiff's Business, Hotel Security Specialists, LLC, pursuant to the Courts Jurisdiction of Common Law, Equity and Admirality under Provisions of U.C.C. §1-103, pursuant to U.C.C. §1-308 of the

BP OIL CORPORATION ESTABLISHED JURISDICTION UNDER THE UNIFORM COMMERCIAL CODE. PLAINTIFF'S REMEDY IN THIS LEGAL PROCESS IS UNDER COMMERCIAL LAWS OF THE UNITED STATES. UNDER THE CONGRESSIONAL ACT OF 1871 AND U.S.C. TITLE 28, PART VI, CHAPTER 176, SUBSECTION A, 3002(15), THE UNITED STATES OF AMERICA MEANS-(A) A FEDERAL CORPORATION.

13. ON 3-2-20, PLAINTIFF MAILED TO THE COURT A VERIFIED COMPLAINT ALLEGING DEPRIVATION OF PLAINTIFFS' RIGHTS UNDER 18 U.S.C.A. 1§§ 241-242, PURSUANT TO THE 14TH AMENDMENT.

14. PLAINTIFF IS ENTITLED TO THE REQUESTED RELIEF, AS STATED IN THE VERIFIED COMPLAINT MAILED TO THE COURT 3-2-20, IN WHICH PLAINTIFF REQUESTED A PRE-PAYMENT OF $1,000,000 (ONE-MILLION DOLLARS) FOR POST-CONVICTION RELIEF EFFORTS FOR THE INCARCERATION DIRECTLY CAUSED BY THE OIL SPILL THAT DESTROYED PLAINTIFFS' BUSINESS, HOTEL SECURITY SPECIALIST, LLC.

THIS THE 22 DAY OF April, 2020

_Billy F Larkin_
LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

April 22, 2020

Clerk, U.S. District Court
500 Poydras St., Room C-151
New Orleans, LA 70130

RE: LARKIN ET AL v. JUNEAU ET AL 2:19-CV-10295

Dear Clerk,

Please find enclosed Affidavit of Entitlement to the Requested Relief for Filing.

Thank you for your usual, kind cooperation.

*Billy L. Larkin*

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

**TENDERED FOR FILING**

**APR 27 2020**

U.S. DISTRICT COURT
Eastern District of Louisiana
~~Deputy Clerk~~

LARKIN, BILLY F. #0440512
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
MANSON, NC 27553

PITTS OFFICE INDIGENT
RALEIGH NC 275
Research Triangle Region
23 APR 2020 PM 1 L

Mailed From
Warren Correctional Institution

OFFICE OF THE CLERK
U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

70130-336731

LEGAL MAIL