UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) |
| | MDL 2179 |
| | SECTION J |
| This document Relates to: *Pleading Bundle B1* | ) ) ) ) | 
| | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| ROBERT MINNIGAN, | ) ) ) |
| | CASE NO.: 2:16-cv-5403 |
| Plaintiff, | ) ) ) |
| | SECTION J |
| vs. | ) ) ) |
| | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., | ) ) ) ) |
| | MAG. JUDGE WILKINSON |
| Defendants. | ) |

## MOTION TO DISMISS
## COMPLAINT OF INTERVENTION
## WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes William B. Price, PA, which respectfully moves this Honorable Court to dismiss the Complaint of Intervention with Prejudice, filed on September 6, 2019, (Document #26008-3) in the captioned action and in support of the Motion states as follows:

1. The parties have reached a settlement; therefore, the undersigned's Intervention (Document #26008-3) is now moot.

**WHEREFORE**, William B. Price, PA, through the undersigned counsel, prays that this honorable court grant this Motion to Dismiss the Complaint of Intervention with Prejudice.

Respectfully submitted this 6th day of May, 2020.

BY:/s/William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
bill@thepricelawfirm.com
hannah@thepricelawfirm.com
brandi@thepricelawfirm.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all Counsel of record by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of May, 2020.

/s/ William B. Price
William B. Price