United States District Court

Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAY 04 2020
CAROL L. MICHEL
CLERK

Larkin et al,

Plaintiff,

Case No. 2:14-CV-10295

v.

Juneau et al,

Defendants.

Emergency Motion To Lift Stay Due To Coronavirus Pandemic

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, And File This Emergency Motion To Lift Stay Due To The Coronavirus Pandemic, And Show The Court The Following:

1. The Emergence Of The Global Coronavirus Pandemic Has Posed Major Financial Setbacks For Claimants. The Challenge Claimants Face Is Long-Term Financial Issues.

2. The Markets Are Volatile, Plummeting To Record Lows. The Covid-19 Outbreak Has Shuttered Most Economic Activity. The Covid-19 Aid Package Totalling $450 Billion To Boost Small Business Loan Program Is Out Of Funds.

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
MAY 04 2020
TENDERED FOR FILING

___ Fee_____
___ Process___
_X_ Dktd____
___ CtRmDep__
___ Doc. No.__

3. THE COURT HAS AN ESTIMATED $20 BILLION SETTLEMENT EARMARKED FOR CLAIMANTS HARMED BY THE DEEPWATER HORIZON OIL SPILL, TO BE PAID OUT OVER A 16-YEAR PERIOD.

4. THE PLAINTIFF PRAY THE COURT SERIOUSLY EVALUATE THE MERITS OF LIFTING THE COURT-IMPOSED STAY AND FAST-TRACK PROCEDURES TO PAY PLAINTIFF'S CLAIMS AND OTHERS IN THESE UNPRECEDENTED TIMES AND MAKE A DIFFERENCE IN CLAIMANTS LIVES.

THIS THE 24 DAY OF April, 2020

/s/ Billy F. Larkin

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NC 27563

LARKIN, BILLY F. #0440312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

Mailed From
Warren Correctional Institution

RALEIGH NC 275
Research Triangle Region
29 APR 2020 PM 3 L

OFFICE OF THE CLERK
U.S. DISTRICT COURT
500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

LEGAL MAIL

7013053357 0026