Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

1661 Scott Road

Westville, Fl. 32464



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 07 2020

CAROL L. MICHEL
CLERK

Re: Oil Spill by the Oil Rig "Deepwater Horizon"         MDL2179

In the Gulf of Mexico, on April 20, 2010                 Section: J(2)

Applies to:                                              Judge Barbier

All cases in the B3 pleading bundle                      Mag. Judge Wilkinson

## ANSWER TO BP'S PRETRIAL ORDER NO. 68 STATUS REPORT

All questions on PTO 68 have been answered to best of ability. Original forms sent to Kirkland and Ellis in a rush as no satisfied with answers on 11/6/19. Unable to locate a copy of the forms and ask Kirkland to forward to court if court does not have. First doctor visit on 6/22/10 and states on form and previously reported. As this is an environmental issue, symptoms came on gradually and not all one day like an auto accident. So demanding an exact day a specific symptom began is impossible to pin down 10 years later. Originally reported on 7/2/10 to BP and received acknowledgement from esis who was the third party administrator with claim# 6866-124-190268. Later switched to Gulf Coast Claim facility with claim # 6866-124 carol, claim# 657858 chelsea, claim# 657860. Filed on 8/23/10 thru Kenneth Feinberg Claim# 1147035. 5 files of papers later, all the same medical bills have been sent to GCCF and Kirkland and Ellis.

Answer to pretrial order was sent on 11/6/19 with full explanation of treatments.

TENDERED FOR FILING

MAY 07 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

____ Fee _____
____ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No. _____

10/4/18 a response to order to show cause was filed with additional evidence/information to elaborate on questions to confirm PTO 66 was completed and all questions answered and sent to Kirkland and Ellis and Plaintiff Steering Committee on 6/9/18.

On 11/6/19 an objection to authorization for release of medical records was filed as the use of overly intrusive language and relinquishing all rights to federal privacy laws. Information requested should be limited to medical related to this case and plaintiffs see no reason for private medical information regarding private female issues etc. be provided. As stated in pretrial order 68, release of medical records information, "subject to agreement of the plaintiffs or approval of the court".

In summary, all questions have been answered to the best of our ability, 10 years later, medicals bills and explanations of same have been provided starting back to August 2010 and recently as 2018 and 2019.

Apologies if anything not correct as currently have a fever and sick.

5/3/20

1661 Scott Rd.
Westville, Fl. 32464

US District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA. 70130

MONTGOMERY AL 360
04 MAY 2020 PM 4 L

7013 0833 19 C026


FOREVER / USA