UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 <br> SECTION: J |
| This Document Relates To: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |
| WILLIAM RICHARDSON <br>     Plaintiff, <br> vs. <br> BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C. <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:16-cv-05454 <br> SECTION: J <br> JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

## NOTICE OF WITHDRAWAL OF COMPLAINT OF INTERVENTION

COMES NOW, the law firm of Langston & Langston, PLLC (hereinafter "Langston") in the above-styled cause of action, and hereby withdraws its previously filed Complaint of Intervention [Doc. #11], filed on February 7, 2020.

Dated: May 8, 2020.

Respectfully submitted,

**LANGSTON & LANGSTON, PLLC**


*/s/ C. Justin Broome*
**C. JUSTIN BROOME, MS BAR# 104508**

Shane F. Langston, MSB #1061
Rebecca M. Langston, MSB #99608
C. Justin Broome, MSB #104508
LANGSTON AND LANGSTON, PLLC
416 East Amite Street
Jackson, Mississippi 39201
Tel: 601-969-1356
Fax: 601-968-3866

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2020, the above and foregoing was served upon all counsel by electronically uploading the same to file & serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                                          */s/ C. Justin Broome*
                                                          C. Justin Broome, Esq.