IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Mary Ellen Bryant, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **JAMES MERLIN BRYANT** | **DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM** |
| By: *James Merlin Bryant* | By: *Lynn Crowder Greer* |
| James Merlin Bryant Claimant's Representative 3712 W Watersville Rd. Mount Airy, Maryland 21771 | Lynn C. Greer VSB No.: 29211 BrownGreer PLC 250 Rocketts Way Richmond, Virginia 23231 (804) 521-7200 |
| Date: April 20, 2020 | Date: 4/27/2020 |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

## ORDER

**[Approving Settlement of Economic and Property Damages Settlement Claim]**

Now before the Court is the Joint Motion for Approval of a claim under the Economic and Property Damages Settlement Agreement by the representative of Mary Ellen Bryant, a Deceased Claimant ("Claimant") and the Claims Administrator of the Deepwater Horizon Economic and Property Damage Settlement ("Claims Administrator").[1]

The Court makes the following findings:

1. The Claimant submitted the claim to the Claims Administrator before she died. James Merlin Bryant ("Claimant's Representative") now seeks to resolve the claim on the Claimant's behalf and has certified that he is fully authorized to bring the claim and to resolve it and execute a Release on behalf of the Claimant and all other persons who may claim any damages by or through any relationship with the Claimant ("Derivative Claimants").

2. The Claims Administrator has reviewed the Claimant's claim in accordance with the Deepwater Horizon Economic and Property Damages Settlement Agreement ("Settlement Agreement") and has calculated the Award Amount as payable on such claim.

---

[1] The supporting memorandum is filed under seal because it refers to confidential information regarding the Claimant.

2

3. Claimant's Representative has accepted the Award Amount as the full resolution of Claimant's claim and has executed a Full and Final Release, Settlement and Covenant Not to Sue ("Release") on such claim.

Accordingly, the foregoing Motion is GRANTED AND IT IS HEREBY ORDERED AND DECLARED THAT:

1. The settlement of Claimant's claim for the Award Amount is approved as fair, reasonable, and adequate.

2. The Claims Administrator shall pay the Award Amount to Claimant's Representative.

3. Claimant's Representative shall distribute such funds in accordance with applicable state law.

4. The Release is fully binding on the Claimant and all Derivative Claimants of the Claimant.

5. Any future settlements and payments on claims on behalf of Claimant made in accordance with the Settlement Agreement are approved as fair, reasonable, and adequate. The Claims Administrator shall issue payment on such claims to Claimant's Representative (or such other person who has certified to the Claims Administrator that he or she has authority to act as the Claimant's representative at such time), and such representative shall distribute such funds in accordance with applicable state law.

New Orleans, Louisiana, this ___ day of _____, _____.

CARL J. BARBIER
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| | This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| | (Including Civil Action No. 12-970) | * | |

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Claims Administrator") and James Merlin Bryant ("Claimant's Representative"), representative of Deceased Claimant Mary Ellen Bryant ("Claimant"), move for an order approving settlement of the Claimant's 40% transition payment ("Claim") under the Economic and Property Damages Settlement Agreement ("Settlement Agreement") on the following grounds.

### I.   INTRODUCTION

Court Approved Procedure No. 2 requires representatives who file claims on behalf of Deceased, Minor, or Incompetent Claimants to seek the Court's approval of the settlement before receiving payment for any claims they filed for the claimant.

### II.   REPRESENTATIVE'S PROOF OF AUTHORITY

The Claimant's Representative seeks to resolve the claim on the Claimant's behalf. To prove his authority to act on behalf of the Claimant, the Claimant's Representative submitted an Order Probating Will and Appointing Executor showing his appointment as Executor of the

1

Claimant's estate, attached as Exhibit A. The Claims Administrator has accepted this as sufficient proof of authority for purposes of pursuing a claim under the Settlement Agreement.

### III.  THE CLAIM AT ISSUE

The Claimant is eligible for a 40% transition payment in the amount of $10,000.00. The Claimant's Representative accepted the Award Amount and submitted a signed Full and Final Release, Settlement, and Covenant Not to Sue on 2/1/2020.

### IV.  CONCLUSION

Accordingly, the Claims Administrator and the Claimant's Representative submit that the Joint Motion for Approval of Settlement of Claim under the Economic and Property Damages Settlement Agreement should be granted.

Respectfully submitted,

| JAMES MERLIN BRYANT | DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM |
|---|---|
| By: *James Merlin Bryant* | By: *Lynn Crowder Greer* |
| James Merlin Bryant<br>Claimant's Representative<br>3712 W Watersville Rd.<br>Mount Airy, Maryland 21771 | Lynn C. Greer<br>VSB No.: 29211<br>BrownGreer PLC<br>250 Rocketts Way<br>Richmond, Virginia 23231<br>(804) 521-7200 |
| Date: April 20, 2020 | Date: 4/27/2020 |

FILED UNDER SEAL
Exhibit A

| AOC-806  Doc. Code: OWF  Rev. 12-03  Page 1 of 1  Commonwealth of Kentucky  Court of Justice www.kycourts.net  KRS Chapters 394 and 395 | ORDER PROBATING WILL AND APPOINTING EXECUTOR/EXECUTRIX | Case No. 14-P-01360  Court District/Probate  County Fayette |
|---|---|---|

In Re Estate of _____ **MARY ELLEN BARNES BRYANT** _____

Decedent's Date of Death: ___09/02/2014___  SSN: ***-**-****

The Petition for probate of the Will of the above-named Decedent and for appointment of an Executor came on for hearing on ___OCT 0 3 2014___, 2014. The Will was produced in open court and was ☒ self-proved under KRS 394.225 OR ☐ proved by _____

IT IS THEREFORE ORDERED that the Will be, and it is, hereby admitted to probate as the Last Will and Testament of the Decedent. IT IS FURTHER ORDERED that ___James Merlin Bryant___ with an address of ___3712 West Watersville Road___

___Mount Airy, MD 21771___, be and is hereby appointed Executor of said estate. The Court fixes bond in the sum of $ _410,000.__

WHEREUPON said Executor took the oath prescribed by law and entered into and acknowledged the above-mentioned bond with ☐ approved surety, or ☒ surety having been waived.

Date: ___October 3___, 2014.           _____ Judge

**NOTICE OF ENTRY WAIVED:**

_____
Melissa A. Stewart, Attorney

---

**CERTIFICATION**

I, ___VINCENT RIGGS___, Clerk of the Fayette District Court, do certify this constitutes a true and correct copy of the Will to Probate and Appointing Executor/Executrix, as recorded in my Office.

Date: ___OCTOBER 3___, 2014.

_____ Clerk
By _____ D.C.

**Distribution:**
  Original – Court File (*with certified copy of Will*)
  Copies – Executor/Executrix
      Revenue Cabinet (*Inheritance Tax Section*)
  Certified Copy – County Clerk (*with original of Will*); Petitioner is responsible for recording fee.