**EXHIBIT B**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MASTER DOCKET NO. 10-MD-2179 |
| THIS DOCUMENT RELATES TO *All Claims in Pleading Bundle B3* | * * * * * * * | AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) |

Name: Michael Helmholtz

Date of Birth: ███████ 59

Social Security Number: ███████ 4025

    I, the individual named above, hereby authorize my health care provider(s), health plan(s), and health insurer(s) to disclose my **health records** to _____ **at Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 and/or their designated agents ("Receiving Parties" or "Recipients")**. These records shall be used, disclosed or re-disclosed solely in connection with litigation of my B3 clam in MDL 2179 or subsequent or related proceedings.

    I hereby further grant any reimbursement claimant, lien holder or state or federal agency, and the contract representatives of either, permission to share with the **Recipients** all reimbursement claim and lien information and confirming **health records** regarding any conditional payments made, or medical care performed (collectively the "lien information"), by the claim/ lien holder.

As referred to above, my **health records** include any and all of the following:

    Records of my medical condition(s), diagnoses, and treatment, including, but not limited to, physician's records; surgeons' records; discharge summaries; progress notes; consultations; pharmaceutical records; medication sheets; patient information sheets; consents for treatment; medical reports; x-rays and x-ray reports; CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films; interpretations of diagnostic tests; pathology materials, slides, tissues, and laboratory results and laboratory specimens and/or reports; consultations; physical therapy records; drug and/or alcohol abuse records; HIV/AIDS

diagnosis and/or treatment; physicals and histories; correspondence; psychiatric records; psychological records; psychometric test results; social worker's records; other information pertaining to the physical and mental condition; all hospital summaries and hospital records including, but not limited to, admitting records; admitting histories and physicals; case records, discharge summaries; physician's orders, progress notes, and nurses' notes; medical record summaries; emergency room records; all other hospital documents and memoranda pertaining to any and all hospitalizations and/or out-patient visits; and

Any and all insurance records; statements of account, bills or billing records, or invoices; any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, or diagnosis pertaining to my health.

I understand that the information in my **health records** may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

I understand that this authorization will permit counsel in this case to communicate with my healthcare providers regarding obtaining the medical records disclosed pursuant to this authorization.

In the event that this facility or medical provider requires execution of a proprietary authorization for the release of medical records, I shall execute such authorization within 30 days of my attorneys or I receiving from the Receiving Parties or their designated agents the required form. Similarly, if the policies of this institution or medical provider require a more recently-dated execution of this authorization than the one provided, I shall re-execute this authorization within 30 days of the Receiving Parties alerting my attorneys or I of that fact.

I understand that I have the right to revoke this authorization at any time. I understand that if I wish to revoke the authorization, I must do so in writing and must provide my written revocation to any and all of my health care providers, health plans, or health insurers, state or federal agencies and all other third party lien holders to which the revocation will apply. I understand that the revocation will not apply to any disclosures that have already been made in reliance on this authorization prior to the date upon which the disclosing health care provider, health plan, health insurer, or such other third party receives my written revocation.

I understand that my authorization of the disclosure of my **health records and lien information** is voluntary and that I therefore can refuse to sign this authorization. I also understand that I do not need to sign this authorization in order to obtain health treatment or to receive or be eligible to receive benefits for coverage of health treatment.

I understand that, once disclosed to the **Recipients, my health records and lien information** may be subject to re-disclosure by the **Recipients** or any of its agents and/or employees without my authorization, and may no longer be protected by federal privacy law or 45 CFR Parts 160 and 164.

This authorization expires two years from the date upon which it is executed.

I understand that a photocopy hereof shall have the same authority as the original.

I have a right to receive and retain a copy of this authorization when signed below.

____Michael Helmholtz____  ____[signature]____  ____May 5 2020____
Name of PLAINTIFF [PRINT]  Signature  Date

**OR**

____nA____  _____  _____
Name and title of  Signature  Date
AUTHORIZED
REPRESENTATIVE authorized
to act on behalf of PLAINTIFF


_____
Relationship to PLAINTIFF

3

## Re: PTO 68 Draft Compliance Status Report

From: Diver Mike (abovethereef@yahoo.com)

To: rebekah.mcentire@kirkland.com

Cc: vanessa.barsanti@kirkland.com; fsramek@kirkland.com

Date: Tuesday, April 7, 2020, 11:12 AM EDT

resending, including the signature paper you requested and the date paper exhibit a you requested

9481736206400490141513

On Monday, April 6, 2020, 12:34:07 PM EDT, McEntire, Rebekah Sills <rebekah.mcentire@kirkland.com> wrote:

Hello,

It does not appear that the below shows it was delivered to our offices, but to an agent. Regardless, we do not have it and we will need you to resend, as well as a completed Exhibit A, preferably electronically via fax or email.

Please let me know if you have any questions.

Thanks,

**Rebekah S. McEntire**

KIRKLAND & ELLIS LLP
609 Main Street, Houston, TX 77002
T +1 713 836 3492   M +1 936 425 6693
F +1 713 836 3601

rebekah.sills@kirkland.com

**From:** Diver Mike <abovethereef@yahoo.com>
**Sent:** Friday, April 3, 2020 2:50 PM
**To:** McEntire, Rebekah Sills <rebekah.mcentire@kirkland.com>
**Cc:** Barsanti, Vanessa <vanessa.barsanti@kirkland.com>; Sramek, Frank J. <fsramek@kirkland.com>
**Subject:** RE: PTO 68 Draft Compliance Status Report

I have attached 2 pictures that show your office recieved our mailing mar 21

3:47 AT&T  🛜 73% 🔋

# USPack

## Big & Bulky Home Delivery

Specialized Solutions Model To Help Our Customers Ease The Burden Of Heavy Item Delivery.

gouspack.com

**OPEN**

## Detailed tracking result

Sat ✓ **IL CHICAGO 60654 • 10:08**
21 Mar    Out for Delivery

**CHICAGO IL NETWORK DISTRIBUTION CENTER • 03:57**
Arrived at USPS Regional Destination Facility

Fri ✓ **JACKSONVILLE FL NETWORK**



# USPack Specialized Solutions

## Big & Bulky Home Delivery

Specialized Solutions Model To Help Our Customers Ease The Burden Of Heavy Item Delivery.

gouspack.com

OPEN

9505510854370079142223

Delivered, To Agent

Sent from Yahoo Mail on Android

On Fri, Apr 3, 2020 at 10:53 AM, McEntire, Rebekah Sills

<rebekah.mcentire@kirkland.com> wrote:

> Hello Ms. Helmholtz,
>
> We have not yet received the package you sent on 3/19/2020 and based on our numerous inquiries with the USPS and review of their tracking information, the specific whereabouts of the package are unknown at this time.
>
> As a result, we do not think it will arrive in time before our compliance report is due. Can you please fax or email the materials to us, including the updated Exhibit A? We are required to file our compliance report with the Court on Monday, April 13. Thus, we would need any supplemental responses by Monday, April 6 to have time to review before our report is due.
>
> Please let me know if you have any questions.
>
> Thanks,
>
> **Rebekah S. McEntire**
>
> **KIRKLAND & ELLIS LLP**
> 609 Main Street, Houston, TX 77002
> T +1 713 836 3492  M +1 936 425 6693
> F +1 713 836 3601
>
> rebekah.sills@kirkland.com
>
> **From:** Diver Mike <abovethereef@yahoo.com>
> **Sent:** Thursday, April 2, 2020 1:35 PM
> **To:** McEntire, Rebekah Sills <rebekah.mcentire@kirkland.com>
> **Cc:** Jakola, Katie <kjakola@kirkland.com>; Briesacher, Christina L. <christina.briesacher@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>; Sramek, Frank J. <fsramek@kirkland.com>
> **Subject:** Re: PTO 68 Draft Compliance Status Report

Sorry, about my last email, this one got dumped in the spam folder and I missed it. Diane Helmholtz

On Friday, March 20, 2020, 7:19:43 PM EDT, McEntire, Rebekah Sills <rebekah.mcentire@kirkland.com> wrote:

Hello Mr. Helmholtz,

As discussed today, please find attached PTO 68, which contains a blank Exhibit A for you to complete (it starts at page 8). Please send it back to us by April 3. Please let us know if you have any questions.

Thanks,

**Rebekah S. McEntire**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
T +1 713 836 3492   M +1 936 425 6693
F +1 713 836 3601

rebekah.sills@kirkland.com

**From:** Sramek, Frank J. <fsramek@kirkland.com>
**Sent:** Wednesday, March 18, 2020 6:02 PM
**To:** abovethereef@yahoo.com
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Briesacher, Christina L. <christina.briesacher@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>; McEntire, Rebekah Sills <rebekah.mcentire@kirkland.com>
**Subject:** PTO 68 Draft Compliance Status Report

Dear Michael Benjamin Helmholtz,

Please see the attached correspondence.

Best,

Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**

Michael Benjamin Helmholtz  
250 NE 660th St.  
Old Town, FL 32680

Honorable Judge Barbier  
500 Fortress St RM C256  
New Orleans, LA 70130

Dear Honorable Judge Barbier,

Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010; No. 2:10-md-02179 (E.D. La.)

Show Cause Response

I am including correspondence that shows that I was timely sending documents to BP's attorneys, but their office seemed to have misplaced them. I sent them the same day I sent your Honor's copies. You can track the USPS tracking numbers(9505 5108 5437 0079 1422 23) to confirm. At their request, I did resend copies (USPS 9481736206400490141513) and they were received before their necessary summary report date.

As for the incorrectly filled out medical release paper, I apologize for my confusion and misunderstanding how to fill out the form. I misunderstood and thought a name needed to be placed there that could be utilized by the defendants. It just seemed redundant that their information was already on therein bold print, so I thought I needed a different name there. I have since resent the paper correctly (that BP's attorney provided recently) and am including a correctly filled out copy here as well.

Thank you for your time and consideration,

Michael Helmholtz

May 5 2020





**PRIORITY MAIL**

**FROM:**
250 NE 660th St.
Old Town, FL
32680

**TO:**
Honorable Judge Barbier
500 Poydras St. Rm C256
New Orleans, LA
70130

