UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to:  *No. 19-10295* | * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

IT IS ORDERED that the Emergency Motion to Lift Stay Due to Coronavirus Pandemic (Rec. Doc. 26474) by Billy F. Larkin, pro se, is DENIED.

New Orleans, Louisiana, this 12th day of March, 2020.

_____
United States District Judge

**Note to Clerk:**
**Mail a copy of this Order to Billy Larkin.**