UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: Nos. 16-5050, 16-5041, 16-5454 | * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

Before the Court are three "Notices of Withdrawal of Complaint of Intervention" filed by Langston & Langston, PLLC ("Langston"), wherein Langston seeks to withdraw its previously filed complaints of intervention in the referenced member cases. (Rec. Docs. 26476, 26477, 262748). The Court treats these Notices as Motions to Voluntarily Dismiss Complaint of Intervention. Furthermore,

IT IS ORDERED that Langston's Motions to Voluntarily Dismiss Complaint of Intervention (Rec. Docs. 26476, 26477, 262748) are GRANTED.

IT IS FURTHER ORDERED that Langston's Complaints of Intervention in No. 16-5050 (Rec. Doc. 12), No. 16-5041 (Rec. Doc. 11), and No. 16-5454 (Rec. Doc. 11) are DISMISSED.

New Orleans, Louisiana, this 12th day of May, 2020.

_____
United States District Judge

**NOTE TO LANGSTON: You are still an intervenor in No. 16-5093 (Eubanks). (See Rec. Doc. 26207, 26208 in No. 10-md-2179). File a Motion to Voluntarily Dismiss if you also wish to withdraw your complaint of intervention in that case.**

**NOTE TO CLERK: File in Nos. 10-md-2179, 16-5050, 16-5041, 16-5454.**