UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: Nos. 16-5041, 16-5050, 16-5093, 16-5403, 16-5127, 16-5454 | * * | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

William B. Price, P.A. ("Price") moves to voluntarily dismiss with prejudice the complaints of intervention Price filed in the referenced member cases. (Rec. Docs. 26468-26473).

IT IS ORDERED that the Motions to Voluntarily Dismiss (Rec. Docs. 26468-26473) are GRANTED.

IT IS FURTHER ORDERED that Price's complaints of intervention (Rec. Docs. 26038-26043) in the referenced member cases are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 12th day of May, 2020.

_____
United States District Judge

**Note to Clerk: File in No. 10-md-2179 and the referenced member cases.**