UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION: J |
| This Document Relates To: *Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| KAY EUBANKS<br>     Plaintiff,<br><br>vs.<br><br>BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.<br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:16-cv-5093<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## MOTION TO VOLUNTARILY DISMISS COMPLAINT OF INTERVENTION

COMES NOW, the law firm of Langston & Langston, PLLC ("Langston") in the above-styled cause of action, and files this Motion to Voluntarily Dismiss its previously filed Complaint of Intervention [Doc. # 26208], filed on January 16, 2020.

WHEREAS, PREMISES CONSIDERED, Langston respectfully requests that this Honorable Court dismiss its previously-filed Complaint of Intervention [Doc. #26208].

Dated: May 12, 2020.

Respectfully submitted,

**LANGSTON & LANGSTON, PLLC**


*/s/ C. Justin Broome*
**C. JUSTIN BROOME, MS BAR# 104508**

Shane F. Langston, MSB #1061
Rebecca M. Langston, MSB #99608
C. Justin Broome, MSB #104508
LANGSTON AND LANGSTON, PLLC
416 East Amite Street
Jackson, Mississippi 39201
Tel: 601-969-1356
Fax: 601-968-3866

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2020, the above and foregoing was served upon all counsel by electronically uploading the same to file & serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                                                  */s/ C. Justin Broome*
                                                                  C. Justin Broome, Esq.