# Exhibit A with Attached Exhibits 1 through 35
# (Filed under Seal)