# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 12, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30239    In re: Deepwater Horizon
                            USDC No. 2:10-MD-2179
                            USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

Mr. George W. Hicks Jr.
Ms. Carol L. Michel
Mr. Devin Chase Reid
Mr. Jeffrey W. Willis