

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

## AMENDED NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), Claimant ID 100243047 (Mueller) files this Amended Notice of Appeal.

On April 1, 2020, Mueller gave Notice of its appeal to the United States Court of Appeals for the Fifth Circuit from the Court's March 2, 2020 Order (Rec. Doc. 26354), together with all rulings, findings, and determinations embodied therein, granting Defendants BP Exploration & Production, Inc., BP America Production Company and BP p.l.c.'s Motion to Strike Claimant ID 100243047's Motion to Clarify, Alter, or Amend the Court's October 3, 2018 Order. *See* Notice of Appeal, Rec. Doc. 26437.

Mueller files this Amended Notice of Appeal to give notice of its additional appeal from the Court's April 13, 2020 Order (Rec. Doc. 26448) denying Mueller's Motion for Reconsideration of the Court's March 2, 2020 Order. *See* Fed. R. App. Proc. 4(a)(4)(B)(ii).

Appended to this Amended Notice of Appeal are the following exhibits: (1) Exhibit A (March 2, 2020 Order, Rec. Doc. 26354); (2) Exhibit B (April 13, 2020 Order, (Rec. Doc. 26448)); and (3) Exhibit C (October 3, 2018 Order, Rec. Doc. 24945).

Respectfully submitted, this 13th day of May 2020.

*/s/ Jeffrey W. Willis*
Jeffrey W. Willis
Georgia Bar No. 766575
Michael L. Eber
Georgia Bar No. 859338
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1604
Telephone:  (404) 522-4700
Facsimile:  (404) 525-2224
Email: jwillis@rh-law.com

*Counsel for Claimant ID 100243047*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2020, I filed and served this by Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Court for the Eastern District of Louisiana thereby effecting service on all counsel of record.

>*/s/ Jeffrey W. Willis*
>Jeffrey W. Willis
>Georgia Bar No. 766575
>ROGERS & HARDIN LLP
>2700 International Tower
>Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1604
>Telephone:  (404) 522-4700
>Facsimile: (404) 525-2224
>Email: jwillis@rh-law.com
>
>*Counsel for Claimant ID 100243047*