IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| 17-cv-3323; 17-cv-3328; 17-cv-3331; 17-cv-3334; 17-cv-3366; 17-cv-3368; 17-cv-3372; 17-cv-3373; 17-cv-3376; 17-cv-3381; 17-cv-3389; 17-cv-3393 | * * * * | Magistrate Judge Wilkinson |

**************************************

**RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 68**

NOW INTO COURT comes the Becnel Law Firm, LLC through undersigned counsel, who submits the instant Response to this Honorable Court's Order to Show Cause [Rec Doc. 26453]. The Becnel Law Firm, LLC submits this proposal on behalf of its 12 remaining medical opt-out clients: Lisa Baldo (17-3368); Ryan Bank (17-3372); Bernice Benoit (17-3323); Roy Benoit (17-3328); Michael Brown (17-3366); Malcolm Coco (17-3393); Ray Couture (17-3373); Aiden Elrod (17-3334); Jarod Shane Elrod (17-3331); Chris Nehlig (17-3376); Charles Robin (17-3381) and Ricky Robin (17-3389).

Counsel admits that plaintiffs were late in submitting the documents required by PTO 68 but as of today, all twelve plaintiffs have submitted all medical records, HIPPA authorizations and Supplemental Medical Disclosures as required by PTO 68.

Plaintiffs contend that their claims should be allowed to proceed as the medical records for all twelve plaintiffs (although not bate stamped) were provided to defendants when the plaintiffs submitted their Particularized Statement of Claims as required by PTO 66. In the medical records provided to comply with PTO 68, there were only two additional sets of records produced. Given the HIPPA and Supplemental Medical Forms contain personal information,

plaintiffs are happy to produce a copy to the court for an in camera inspection but have not attached a copy of said documents to this response.

The Becnel Plaintiffs have met every procedural requirement imposed by this Honorable Court. Due process and justice require that the Becnel Plaintiffs have a full and fair opportunity to prove their claims.  The Becnel Plaintiffs respectfully requests that this Honorable Court find that they have complied with PTO 68 and allow their claims to move forward.

**RESPECTFULLY SUBMITTED:**

BY:  /s/ Salvadore Christina, Jr.
**Salvadore Christina, Jr. LSB #27198**
**Becnel Law Firm, LLC**
425 W. Airline Hwy, Suite B
LaPlace, LA 70068
Phone: (985)536-1186
Fax: (985) 536-6445

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Notice has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of May 2020.

/s/ Salvadore Christina, Jr.
Salvadore Christina, Jr.