UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| Applies to: No. 16-5093 | * * * | SECTION: J(2) JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Considering Langston & Langston, PLLC's ("Langston") Motion to Voluntarily Dismiss Complaint of Intervention (Rec. Doc. 26486);

IT IS ORDERED that the Motion (Rec. Doc. 26486) is GRANTED and Langston's Complaint of Intervention in member case no. 16-5093 (Rec. Doc. 26208 in 10-md-2179) is DISMISSED.

New Orleans, Louisiana, this 13th day of May, 2020.

_____
United States District Judge

**Note to Clerk: File in Nos. 10-md-2179 and 16-5093.**