## Johnson, David

**From:** Johnson, David
**Sent:** Monday, January 20, 2020 9:27 PM
**To:** 'Sramek, Frank J.'
**Cc:** Jakola, Katie; Barsanti, Vanessa
**Subject:** RE: PTO 68 Production (Jacobs)
**Attachments:** Statement of Claim Redacted.pdf; Jacobs1.pdf; Jacobs2.pdf

Attached is the first installment of disclosures from LWCC.  The attached are all the non-privileged documents in our possession concerning Michael Jacobs.

At this point I would like to discuss the possibility of settling the LWCC claims.  Based on my review we do not have any exposure claims and all of the claims we have are concluded.  Because we have so many claims I would like to discuss the resolution of these claims one at a time as we provide you with copies of our files.  With respect to Mr. Jacobs, you now have the same documents we have.  I have reviewed the disclosures of BP with respect to many of the LWCC claimants and although those disclosures overwhelmingly consist of "Not Responsive", I believe we could be in a position to move toward resolution.  I would appreciate your thoughts.  Thanks.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Tuesday, December 17, 2019 4:28 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 8740
**F** +1 312 862 2200

frank.sramek@kirkland.com



The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of

**Johnson, David**

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Monday, January 20, 2020 9:40 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | RE: PTO 68 Production |
| **Attachments:** | Statement of Claim Redacted.pdf; Calderon1.pdf; Calderon2.pdf |

Attached is the second installment of disclosures from LWCC.  The attached are part one of the non-privileged documents in our possession concerning Israel Calderon.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Thursday, December 19, 2019 12:55 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 8740
**F** +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Johnson, David**

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Monday, January 20, 2020 9:51 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | RE: PTO 68 Production (Calderon pt. 2) |
| **Attachments:** | Calderon3.pdf |

Attached is the second installment of disclosures from LWCC.  The attached are part two of the non-privileged documents in our possession concerning Israel Calderon.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Thursday, December 19, 2019 12:55 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Johnson, David**

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Monday, January 20, 2020 9:55 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | RE: PTO 68 Production (Delacruz) |
| **Attachments:** | Statement of Claim Redacted.pdf; Delacruz1.pdf; Delacruz2.pdf |

Attached is the third installment of disclosures from LWCC.  The attached are the non-privileged documents in our possession concerning Luclio Delacruz.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Thursday, December 19, 2019 12:55 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Johnson, David**

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Monday, January 20, 2020 10:09 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | RE: PTO 68 Production (Gonzalez) |
| **Attachments:** | Statement of Claim Redacted.pdf; Gonzales1.pdf |

Attached is the fourth installment of disclosures from LWCC. The attached are the non-privileged documents in our possession concerning Marcos Gonzales.


David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA 70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986


**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Thursday, December 19, 2019 12:55 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

## Johnson, David

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Monday, January 20, 2020 10:18 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | RE: PTO 68 Production (Heimgartner) |
| **Attachments:** | Statement of Claim Redacted.pdf; Heimgartner1.pdf; Heimgartner2.pdf |

Attached is the fifth installment of disclosures from LWCC.  The attached are the non-privileged documents in our possession concerning Leonard Heimgartner.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Thursday, December 19, 2019 12:55 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Johnson, David**

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Monday, January 20, 2020 10:25 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | RE: PTO 68 Production (O. Lopez) |
| **Attachments:** | Statement of Claim Redacted.pdf; Lopez1.pdf |

Attached is the sixth installment of disclosures from LWCC.  The attached are the non-privileged documents in our possession concerning Oscar Lopez.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Thursday, December 19, 2019 12:55 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Tuesday, January 21, 2020 4:15 PM |
| **To:** | 'fsramek@kirkland.com' |
| **Cc:** | Johnson, David; 'Jakola, Katie'; 'Barsanti, Vanessa' |
| **Subject:** | PTO 68 Production |
| **Attachments:** | Attachments.html |

Good Afternoon,

See attached documents for Wence Flores-Vasquez.

---

### Citrix Attachments                          Expires April 20, 2020

| | |
|---|---|
| Flores-Vasquez1.pdf | 2.8 MB |
| Medical Bills.pdf | 23.6 MB |
| Medical Reports.pdf | 19.6 MB |
| Statement of Claim Redacted.pdf | 2.6 MB |

**Download Attachments**

Theresa Haynes uses Citrix Files to share documents securely.

---

# LWCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on 

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Tuesday, January 21, 2020 4:17 PM |
| **To:** | 'fsramek@kirkland.com' |
| **Cc:** | Johnson, David; 'Jakola, Katie'; 'Barsanti, Vanessa' |
| **Subject:** | PTO 68 Production |
| **Attachments:** | Attachments.html |

Good Afternoon,

See attached documents for Jose Rivera.

---

### Citrix Attachments                    Expires April 20, 2020

| | |
|---|---|
| Rivera1.pdf | 8.5 MB |
| Rivera2.pdf | 11 MB |
| Rivera3.pdf | 10 MB |
| Statement of Claim Redacted.pdf | 3.2 MB |

**Download Attachments**

Theresa Haynes uses Citrix Files to share documents securely.



**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on 

**Johnson, David**

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Wednesday, January 22, 2020 9:35 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | RE: PTO 68 Production (Dubon-Figueroa) |
| **Attachments:** | Statement of Claim Redacted.pdf; Dubonfigueroa1.pdf; Dubonfigueroa2.pdf |

Attached is the seventh installment of disclosures from LWCC.  The attached are the non-privileged documents in our possession concerning Elias Dubon-Figueroa.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Saturday, December 21, 2019 6:31 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 8740
**F** +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Johnson, David**

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Wednesday, January 22, 2020 9:47 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | RE: PTO 68 Production (Garay) |
| **Attachments:** | Statement of Claim Redacted.pdf; Garay1.pdf; Garay2.pdf; Garay3.pdf |

Attached is the eighth installment of disclosures from LWCC.  The attached are the non-privileged documents in our possession concerning Gilberto Garay.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Saturday, December 21, 2019 6:31 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

## Johnson, David

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Saturday, January 25, 2020 11:01 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | RE: PTO 68 Production (Portillo) |
| **Attachments:** | Statement of Claim Redacted.pdf; Portillo1.pdf; Portillo2.pdf |

Attached is the ninth installment of disclosures from LWCC.  The attached are the non-privileged documents in our possession concerning Jose Portillo.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Thursday, December 26, 2019 12:42 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached production letter.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Monday, January 27, 2020 10:35 AM |
| **To:** | 'fsramek@kirkland.com' |
| **Cc:** | Johnson, David; 'Jakola, Katie'; 'Barsanti, Vanessa' |
| **Subject:** | Benigno Nunez, Claim No. 159930 |
| **Attachments:** | Attachments.html |

Good Morning,

See attached documents for Benigno Nunez-Rodriguez.

---

### Citrix Attachments                          Expires April 26, 2020

| | |
|---|---|
| Nunez1.pdf | 8.3 MB |
| Nunez2.pdf | 3.3 MB |
| Nunez3.pdf | 10.4 MB |
| Statement of Claim Redacted.pdf | 2.6 MB |

**Download Attachments**

Theresa Haynes uses Citrix Files to share documents securely.

---

# LWCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on 

**Johnson, David**

---

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Monday, January 27, 2020 11:24 AM |
| **To:** | 'fsramek@kirkland.com' |
| **Cc:** | Johnson, David; 'Jakola, Katie'; 'Barsanti, Vanessa' |
| **Subject:** | Olman Perez |
| **Attachments:** | Attachments.html |

Good Morning,

See attached documents for Olman Perez.

---

### Citrix Attachments

Expires April 26, 2020

| | |
|---|---|
| Perez1.pdf | 7.9 MB |
| Perez2.pdf | 10.7 MB |
| Perez3.pdf | 2.8 MB |
| Statement of Claim Redacted.pdf | 3.9 MB |

**Download Attachments**

Theresa Haynes uses Citrix Files to share documents securely.

---

# LWCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on [in]

1

**Johnson, David**

| | |
|---|---|
| **From:** | Sramek, Frank J. <fsramek@kirkland.com> |
| **Sent:** | Thursday, January 30, 2020 12:44 PM |
| **To:** | Johnson, David; Boyer, Kari |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | MDL 2179 - Plaintiff's PTO 68 Productions |

Counsel,

We are in receipt of your document production(s) for the following plaintiff(s):

**Louisiana Workers' Compensation Corporation (Calderon, Israel)**
**Louisiana Workers' Compensation Corporation (Delacruz, Lucilo)**
**Louisiana Workers' Compensation Corporation (Dubon-Figueroa, Elias)**
**Louisiana Workers' Compensation Corporation (Flores Vasquez, Wence)**
**Louisiana Workers' Compensation Corporation (Garay, Gilberto)**
**Louisiana Workers' Compensation Corporation (Gonzalez, Marcos)**
**Louisiana Workers' Compensation Corporation (Heimgartner, Leonard)**
**Louisiana Workers' Compensation Corporation (Jacobs, Michael)**
**Louisiana Workers' Compensation Corporation (Lopez, Oscar)**
**Louisiana Workers' Compensation Corporation (Nunez, Benigno)**
**Louisiana Workers' Compensation Corporation (Perez, Olman Ricardo)**
**Louisiana Workers' Compensation Corporation (Portillo, Jose)**

These plaintiffs' productions are not compliant with the First Amendment to Pretrial Order No. 68 (Rec. Doc. 26077), which requires documents and information to be produced "in litigation-ready format, including a document production load file, TIFF image files, text files, Excel files in native format, and Bates numbered pages." (Rec. Doc. 26077 at 2-3 and Ex. C). Document productions made in a noncompliant format impose significant additional processing costs and time burdens on BP, and compromise BP's ability to meet the Court's deadlines. Please provide a compliant production, as required by the First Amendment to Pretrial Order No. 68 (Rec. Doc. 26077), by Thursday, February 6, 2020.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Thursday, February 20, 2020 10:51 AM |
| **To:** | 'Stewart Abercrombie'; 'jon@qualitylitigation.com' |
| **Cc:** | Johnson, David |
| **Subject:** | Plaintiff's PTO 68 Production re: Alicea-Pequero |
| **Attachments:** | Attachments.html |

Attached documents for Alicea-Pequero.

---

### Citrix Attachments                                    Expires May 20, 2020

Alicea-Peguero1.pdf                                              14.5 MB

Statement of Claim Redacted.pdf                                   1.8 MB

Download Attachments

Theresa Haynes uses Citrix Files to share documents securely.

---

# L\VCC ®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on in

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Thursday, February 20, 2020 11:16 AM |
| **To:** | 'Stewart Abercrombie'; 'jon@qualitylitigation.com' |
| **Cc:** | Johnson, David |
| **Subject:** | Plaintiff's PTO 68 Production re: Kevin Martin |
| **Attachments:** | Attachments.html |

---

### Citrix Attachments

Expires May 20, 2020

Martin1.pdf        37.8 MB

Statement of Claim Redacted.pdf        2.4 MB

**Download Attachments**

Theresa Haynes uses Citrix Files to share documents securely.

---

# LWCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on in

1

## Johnson, David

| | |
|---|---|
| **From:** | Barsanti, Vanessa <vanessa.barsanti@kirkland.com> |
| **Sent:** | Friday, February 21, 2020 12:08 PM |
| **To:** | Johnson, David; Sramek, Frank J.; Boyer, Kari |
| **Cc:** | Jakola, Katie; Haynes, Theresa |
| **Subject:** | RE: MDL 2179 - Plaintiff's PTO 68 Productions |

| | |
|---|---|
| **AmicusTimeEntry:** | Yes |
| **AmicusId:** | 585412 |
| **AmicusStatus:** | Saved |
| **AmicusFileName:** | DEEP WATER HORIZON-I110373-ALLISON SR |
| **AmicusFileIds:** | 6623 |
| **AmicusDealtWith:** | Yes |

David,

Thank you for reaching out. BP will not deem LWCC's PTO 68 productions deficient for failing to satisfy the technical specification requirements so long as we receive productions that conform with those requirements by next week. Please let me know if you have any questions.

Thank you,

**Vanessa Barsanti**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2205
F +1 312 862 2200

vanessa.barsanti@kirkland.com

**From:** Johnson, David <David.Johnson@LWCC.COM>
**Sent:** Tuesday, February 18, 2020 7:56 PM
**To:** Sramek, Frank J. <fsramek@kirkland.com>; Boyer, Kari <Kari.Boyer@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>; Haynes, Theresa <Theresa.Haynes@LWCC.COM>
**Subject:** [EXT] RE: MDL 2179 - Plaintiff's PTO 68 Productions

We continued to try to reformat our responses to comply with your request and Amended PTO 68 using internal IT resources, to no avail.  My paralegal, Theresa spoke with Frank to explain our situation and he suggested an outside litigation support vendor.  We have located such a vendor and based on what they tell us we can have our responses in a format which we believe will be compliant with PTO 68 by sometime next week.  Please let me know if you have any objection to this timetable.  Thanks for your professional courtesy.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)

Fax: (225) 231-0986

**From:** Johnson, David
**Sent:** Friday, February 7, 2020 11:07 AM
**To:** 'Sramek, Frank J.' <fsramek@kirkland.com>; Boyer, Kari <Kari.Boyer@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>; Haynes, Theresa <Theresa.Haynes@LWCC.COM>
**Subject:** RE: MDL 2179 - Plaintiff's PTO 68 Productions

Frank:  We are continuing to work on the below request for resubmission of the documents produced thus far by LWCC to be in accord with the First Amended PTO (Rec. Doc. 26077).  I anticipate we will have a response for you next week regarding these and future submissions.  Thanks.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA  70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Thursday, January 30, 2020 12:44 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>; Boyer, Kari <Kari.Boyer@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** MDL 2179 - Plaintiff's PTO 68 Productions

Counsel,

We are in receipt of your document production(s) for the following plaintiff(s):

**Louisiana Workers' Compensation Corporation (Calderon, Israel)**
**Louisiana Workers' Compensation Corporation (Delacruz, Lucilo)**
**Louisiana Workers' Compensation Corporation (Dubon-Figueroa, Elias)**
**Louisiana Workers' Compensation Corporation (Flores Vasquez, Wence)**
**Louisiana Workers' Compensation Corporation (Garay, Gilberto)**
**Louisiana Workers' Compensation Corporation (Gonzalez, Marcos)**
**Louisiana Workers' Compensation Corporation (Heimgartner, Leonard)**
**Louisiana Workers' Compensation Corporation (Jacobs, Michael)**
**Louisiana Workers' Compensation Corporation (Lopez, Oscar)**
**Louisiana Workers' Compensation Corporation (Nunez, Benigno)**
**Louisiana Workers' Compensation Corporation (Perez, Olman Ricardo)**
**Louisiana Workers' Compensation Corporation (Portillo, Jose)**

These plaintiffs' productions are not compliant with the First Amendment to Pretrial Order No. 68 (Rec. Doc. 26077), which requires documents and information to be produced "in litigation-ready format, including a document production load file, TIFF image files, text files, Excel files in native format, and Bates numbered pages." (Rec. Doc. 26077 at 2-3 and Ex. C).  Document productions made in a noncompliant format impose significant additional processing costs and time burdens on BP, and compromise BP's ability to meet the Court's deadlines. Please provide a compliant production, as required by the First Amendment to Pretrial Order No. 68 (Rec. Doc. 26077), by Thursday, February 6, 2020.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Wednesday, February 26, 2020 11:27 AM |
| **To:** | 'Stewart Abercrombie'; 'Jonathan Schexnayder' |
| **Cc:** | Johnson, David |
| **Subject:** | Plaintiff's PTO 68 Production re: James Arrington |
| **Attachments:** | Attachments.html |

---

### Citrix Attachments                              Expires May 26, 2020

Arrington1.pdf                                               45.9 MB

Statement of Claim Redacted.pdf                              2.6 MB

**Download Attachments**

Theresa Haynes uses Citrix Files to share documents securely.

---

# LWCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on **in**

## Johnson, David

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Wednesday, February 26, 2020 11:31 AM |
| **To:** | 'Stewart Abercrombie'; 'Jonathan Schexnayder' |
| **Cc:** | Johnson, David |
| **Subject:** | Plaintiff's PTO 68 Production re: Miquel Quevedo |
| **Attachments:** | Attachments.html |

### Citrix Attachments                    Expires May 26, 2020

Quevedo1.pdf                                    33.4 MB

Statement of Claim Redacted.pdf              3.2 MB

Download Attachments

Theresa Haynes uses Citrix Files to share documents securely.

# LWCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on in

1

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Wednesday, February 26, 2020 11:42 AM |
| **To:** | 'Stewart Abercrombie'; 'Jonathan Schexnayder' |
| **Cc:** | Johnson, David |
| **Subject:** | Plaintiff's PTO 68 Production re:  Part One of Jose Rivera |
| **Attachments:** | Attachments.html |

---

### Citrix Attachments                                    Expires May 26, 2020

Statement of Claim Redacted.pdf                          3.2 MB

Download Attachments

Theresa Haynes uses Citrix Files to share documents securely.

---

# LWCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on [in]

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Wednesday, February 26, 2020 11:42 AM |
| **To:** | 'Stewart Abercrombie'; 'Jonathan Schexnayder' |
| **Cc:** | Johnson, David |
| **Subject:** | Plaintiff's PTO 68 Production re:  Part 2 of Jose Rivera |
| **Attachments:** | Attachments.html |

---

### Citrix Attachments                                    Expires May 26, 2020

Rivera1.pdf                                                          8.5 MB

**Download Attachments**

Theresa Haynes uses Citrix Files to share documents securely.

---

# L\WCC ®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on in

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Wednesday, February 26, 2020 11:44 AM |
| **To:** | 'Stewart Abercrombie'; 'Jonathan Schexnayder' |
| **Cc:** | Johnson, David |
| **Subject:** | Plaintiff's PTO 68 Production re:  Part 3 of Jose Rivera |
| **Attachments:** | Attachments.html |

---

### Citrix Attachments

Expires May 26, 2020

Rivera2.pdf

11 MB

**Download Attachments**

Theresa Haynes uses Citrix Files to share documents securely.

# LWCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on **in**

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Wednesday, February 26, 2020 11:44 AM |
| **To:** | 'Stewart Abercrombie'; 'Jonathan Schexnayder' |
| **Cc:** | Johnson, David |
| **Subject:** | Plaintiff's PTO 68 Production re:  Part 4 of Jose Rivera |
| **Attachments:** | Attachments.html |

---

**Citrix Attachments**                               Expires May 26, 2020

Rivera3.pdf                                                    10 MB

[ Download Attachments ]

Theresa Haynes uses Citrix Files to share documents securely.

# L\WCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on [in]

**Johnson, David**

| | |
|---|---|
| **From:** | Haynes, Theresa |
| **Sent:** | Thursday, February 27, 2020 10:21 AM |
| **To:** | 'Stewart Abercrombie'; 'Jonathan Schexnayder' |
| **Cc:** | Johnson, David |
| **Subject:** | Plaintiff's PTO 68 Production re: Rex Allison |
| **Attachments:** | Attachments.html |

---

### Citrix Attachments                    Expires May 27, 2020

Allison.pdf                                               64.2 MB

Statement of Claim Redacted.pdf                  3.8 MB

**Download Attachments**

Theresa Haynes uses Citrix Files to share documents securely.

---

# LWCC®

**Theresa E. C. Haynes, CWCP, CMSP**
*Sr. Paralegal*
Johnson, Rahman & Thomas
Employees of Louisiana Worker's Compensation Corporation
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
2237 South Acadian Thruway, Baton Rouge, LA 70808
[O] 225.231.0868 | thaynes@lwcc.com
Facsimile 225.231.0986
"When you learn, teach; and when you get, give." *Maya Angelou*

Follow us on in

1

**Johnson, David**

| | |
|---|---|
| **From:** | Boyer, Kari |
| **Sent:** | Friday, February 28, 2020 1:43 PM |
| **To:** | 'Sramek, Frank J.' |
| **Cc:** | Haynes, Theresa; Johnson, David; Jakola, Katie; Barsanti, Vanessa |
| **Subject:** | MDL 2179 - Plaintiff's PTO 68 Productions |
| **Attachments:** | Attachments.html |
| | |
| **Importance:** | High |

---

### Citrix Attachments

Expires August 26, 2020

LWCCVol0001.zip

2.5 GB

**Download Attachments**

Kari Boyer uses Citrix Files to share documents securely.

---

*Thanks,*
*Kari Z. Boyer*
*Legal Administrator*
*Johnson, Rahman & Thomas*
*Phone:  (225) 231-0651 (Direct Line)*
*Fax Server:  (225) 929-5613*

