# Johnson, David

| | |
|---|---|
| **From:** | Johnson, David |
| **Sent:** | Thursday, March 19, 2020 10:44 AM |
| **To:** | 'Briesacher, Christina L.'; Boyer, Kari |
| **Cc:** | Jakola, Katie; Barsanti, Vanessa; McEntire, Rebekah Sills; Sramek, Frank J. |
| **Subject:** | RE: PTO 68 Draft Compliance Status Report |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'Briesacher, Christina L.' | |
| | Boyer, Kari | Read: 3/19/2020 10:44 AM |
| | Jakola, Katie | |
| | Barsanti, Vanessa | |
| | McEntire, Rebekah Sills | |
| | Sramek, Frank J. | |


Christina: That will work for me. I look forward to speaking with you then. Thanks.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA 70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986


**From:** Briesacher, Christina L. [mailto:christina.briesacher@kirkland.com]
**Sent:** Thursday, March 19, 2020 9:56 AM
**To:** Johnson, David <David.Johnson@LWCC.COM>; Boyer, Kari <Kari.Boyer@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>; McEntire, Rebekah Sills <rebekah.mcentire@kirkland.com>; Sramek, Frank J. <fsramek@kirkland.com>
**Subject:** RE: PTO 68 Draft Compliance Status Report

David:

Thanks for the response. We've been working towards and have reviewed submissions by all of the more than 900 B3 plaintiffs for compliance with PTO 68 in the timeframe provided by the Court's Order. Does 10:30 am CT tomorrow work? If it does, we'll call your cell then.

Thanks,
Christina

**Christina Briesacher**

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7322
F +1 312 862 2200



1

christina.briesacher@kirkland.com

**From:** Johnson, David <David.Johnson@LWCC.COM>
**Sent:** Wednesday, March 18, 2020 8:37 PM
**To:** Sramek, Frank J. <fsramek@kirkland.com>; Boyer, Kari <Kari.Boyer@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Briesacher, Christina L. <christina.briesacher@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>; McEntire, Rebekah Sills <rebekah.mcentire@kirkland.com>
**Subject:** [EXT] RE: PTO 68 Draft Compliance Status Report

I can be available on my cell (225-205-2630) Friday 3/20/2020. Let me know what time works for you. I must note, however, these are precisely the issues I raised with you months ago and to which I received no response. As we do not now, and never have, represented the individuals who received compensation benefits we do not have access to their prior medical records nor do we have the right or ability to provide you with medical releases. I look forward to speaking with you.

David K. Johnson
Senior Maritime Attorney
**Johnson, Rahman & Thomas**
2237 S. Acadian Thruway
Ste. 102
Baton Rouge, LA 70808
Phone: (225) 231-0755 (direct line)
Fax: (225) 231-0986

**From:** Sramek, Frank J. [mailto:fsramek@kirkland.com]
**Sent:** Wednesday, March 18, 2020 5:33 PM
**To:** Johnson, David <David.Johnson@LWCC.COM>; Boyer, Kari <Kari.Boyer@LWCC.COM>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Briesacher, Christina L. <christina.briesacher@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>; McEntire, Rebekah Sills <rebekah.mcentire@kirkland.com>
**Subject:** PTO 68 Draft Compliance Status Report

Counsel,

Please see the attached correspondence.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 8740
F +1 312 862 2200

frank.sramek@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.