UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAG. JUDGE WILKINSON |
| Case No. 13-1003 "J" (1) | | |
| *Cedric Beachem v. BP Exploration & Production, Inc., et al.* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFF'S RESPONSE TO THE COURT'S RULE TO SHOW CAUSE ORDER

COMES NOW, Plaintiff, Cedric Beachem, through undersigned counsel, who respectfully files his Response to the Court's Order to Show Cause (Rec. Doc. 26453) regarding BP's April 13, 2020 Status Report (Rec. Doc. 24669), filed pursuant to this Court's Pretrial Order Number 68 ("PTO 68") (Rec. Doc. 26070, *amended by* Rec. Docs. 26077, 26088, 26113, 26200, 26400, 26414). Plaintiff, Cedric Beachem, identified in BP's status report, has provided full and complete documents as required by PTO 68 and should not be dismissed.

The supplemental Exhibit A to PreTrial Order 68 (B3 Bundle) was delivered to Defendants via DropBox on May 18, 2020 and is attached hereto as "Exhibit A". Plaintiff also submits, for this Court's consideration, his original Exhibit A to PreTrial Order 68 (B3 Bundle) dated February 20, 2020 attached hereto as Exhibit "B". Plaintiff's medical records and authorizations were included with his initial response and were technically compliant with PTO 68.

WHEREFORE, it is requested that the Court grant Plaintiff the relief requested herein.

Respectfully submitted,

 /s/ Jeremiah A. Sprague
Timothy J. Falcon, #16909
Email: tim@falconlaw.com
Jeremiah A. Sprague, #24885
Email: jerry@falconlaw.com
Jarrett S. Falcon, #34539
Email: jarrett@falconlaw.com
FALCON LAW FIRM, PLC
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 341-8115

And

Allen W. Lindsay, Jr.
Florida Bar Roll No. 104956
awl@lal-law.com
LINDSAY & LINDSAY
5218 Willing Street
Milton, Florida   32570
Telephone: (850) 623-3200
Facsimile: (850) 623-0104

*Attorneys for Plaintiff, Cedric Beachem*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on by All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2020.

 /s/ Jeremiah A. Sprague
Jeremiah A. Sprague