# EXHIBIT A

## New Class Distribution B Reserve Claims List

| New Class Claimant ID | Claim Line # |
|---|---|
| E44D44062A | 2 |
| E44D44062A | 9 |
| F3F2F1CC2E | 1 |
| 88C480BF40 | 6 |
| 88C480BF40 | 7 |
| 88C480BF40 | 8 |
| 180999F0A2 | 3 |
| 180999F0A2 | 4 |
| 180999F0A2 | 29 |
| 180999F0A2 | 31 |
| 180999F0A2 | 63 |
| 180999F0A2 | 65 |
| 180999F0A2 | 71 |
| 180999F0A2 | 72 |
| 180999F0A2 | 77 |
| 180999F0A2 | 80 |
| 180999F0A2 | 81 |
| 180999F0A2 | 82 |
| 180999F0A2 | 83 |
| 180999F0A2 | 84 |
| 180999F0A2 | 85 |
| 180999F0A2 | 101 |
| 180999F0A2 | 102 |
| 180999F0A2 | 103 |
| 180999F0A2 | 104 |
| 180999F0A2 | 105 |
| 180999F0A2 | 117 |
| 180999F0A2 | 119 |
| 180999F0A2 | 120 |
| 180999F0A2 | 121 |
| 180999F0A2 | 122 |
| 180999F0A2 | 123 |
| 180999F0A2 | 124 |
| 180999F0A2 | 125 |
| 180999F0A2 | 126 |
| 180999F0A2 | 127 |
| 180999F0A2 | 129 |
| 180999F0A2 | 130 |
| 180999F0A2 | 132 |
| 180999F0A2 | 135 |
| 180999F0A2 | 139 |
| 180999F0A2 | 142 |
| 180999F0A2 | 143 |
| 180999F0A2 | 148 |
| 180999F0A2 | 149 |
| 180999F0A2 | 150 |
| 180999F0A2 | 153 |
| 180999F0A2 | 154 |
| 180999F0A2 | 155 |
| 180999F0A2 | 156 |
| 180999F0A2 | 157 |
| 180999F0A2 | 158 |
| 180999F0A2 | 159 |
| 180999F0A2 | 160 |
| 180999F0A2 | 161 |
| 180999F0A2 | 163 |
| 180999F0A2 | 168 |
| 180999F0A2 | 169 |
| 180999F0A2 | 170 |
| 180999F0A2 | 213 |
| 180999F0A2 | 215 |
| 180999F0A2 | 216 |
| 180999F0A2 | 217 |
| 180999F0A2 | 218 |
| 180999F0A2 | 219 |
| 180999F0A2 | 223 |
| 180999F0A2 | 224 |
| 180999F0A2 | 225 |
| 180999F0A2 | 227 |
| 180999F0A2 | 228 |
| 180999F0A2 | 238 |
| 180999F0A2 | 245 |
| 180999F0A2 | 246 |
| 180999F0A2 | 251 |
| 180999F0A2 | 252 |
| 180999F0A2 | 253 |
| 180999F0A2 | 256 |
| 180999F0A2 | 257 |
| 180999F0A2 | 258 |
| 180999F0A2 | 259 |
| 180999F0A2 | 260 |
| 180999F0A2 | 261 |
| 180999F0A2 | 262 |
| 180999F0A2 | 263 |
| 180999F0A2 | 264 |
| 180999F0A2 | 267 |
| 180999F0A2 | 272 |
| 180999F0A2 | 273 |
| 180999F0A2 | 277 |
| 180999F0A2 | 278 |
| 180999F0A2 | 279 |
| 180999F0A2 | 280 |
| 180999F0A2 | 281 |
| 180999F0A2 | 282 |
| 180999F0A2 | 283 |
| 180999F0A2 | 284 |
| 180999F0A2 | 290 |
| 180999F0A2 | 293 |
| 180999F0A2 | 297 |
| 180999F0A2 | 302 |
| 180999F0A2 | 303 |
| 180999F0A2 | 309 |
| 180999F0A2 | 310 |
| 8629A845D8 | 1 |
| 237DC5B7A2 | 5 |
| 237DC5B7A2 | 6 |
| E31983773E | 6 |
| E31983773E | 8 |
| E31983773E | 9 |
| E31983773E | 10 |
| E31983773E | 1 |
| E31983773E | 2 |
| E31983773E | 3 |
| E31983773E | 4 |
| E31983773E | 5 |
| E31983773E | 7 |
| E31983773E | 11 |
| E31983773E | 12 |

| New Class Claimant ID | Claim Line # |
|---|---|
| E31983773E | 13 |
| E31983773E | 14 |
| E31983773E | 15 |
| E31983773E | 16 |
| E31983773E | 17 |
| E31983773E | 18 |
| 7978DD092E | 1 |
| 52856D952A | 2 |
| 52856D952A | 7 |
| 52856D952A | 8 |
| 52856D952A | 9 |
| 52856D952A | 10 |
| 52856D952A | 11 |
| 52856D952A | 12 |
| 52856D952A | 13 |
| 52856D952A | 14 |
| 52856D952A | 15 |
| 52856D952A | 16 |
| 52856D952A | 17 |
| 52856D952A | 18 |
| 52856D952A | 19 |
| 52856D952A | 20 |
| 52856D952A | 21 |
| 52856D952A | 22 |
| 52856D952A | 23 |
| 52856D952A | 24 |
| D3B4F48CDB | 7 |
| D3B4F48CDB | 8 |
| D4507F77E2 | 1 |
| BD2282BE80 | 5 |
| BD2282BE80 | 10 |
| BD2282BE80 | 11 |
| BD2282BE80 | 12 |
| BD2282BE80 | 13 |
| BD2282BE80 | 14 |
| BD2282BE80 | 15 |
| BD2282BE80 | 16 |
| BD2282BE80 | 17 |
| BD2282BE80 | 18 |
| BD2282BE80 | 19 |
| BD2282BE80 | 20 |
| BD2282BE80 | 21 |
| F9426AAD16 | 1 |
| 1D68A55142 | 3 |
| 042805338E | 12 |
| 042805338E | 18 |
| 042805338E | 19 |
| 042805338E | 20 |
| 042805338E | 21 |
| 042805338E | 22 |
| 042805338E | 23 |
| 042805338E | 24 |
| 042805338E | 25 |
| 042805338E | 26 |
| 042805338E | 27 |
| 042805338E | 28 |
| 042805338E | 29 |
| 042805338E | 30 |
| 042805338E | 31 |
| 042805338E | 32 |
| 042805338E | 33 |
| 042805338E | 34 |
| 06B712F9A9 | 2 |
| 3F37BE06C9 | 1 |
| DAB805DEE1 | 2 |
| DAB805DEE1 | 3 |
| F8A828A104 | 1 |
| 4AF8B22528 | 1 |
| F96A8D6CC2 | 1 |
| 6E6BE4D1BD | 1 |
| EE366B5CAB | 1 |
| 29062C6E39 | 20 |
| 55720FD065 | 1 |
| 55720FD065 | 2 |
| 55720FD065 | 3 |
| 55720FD065 | 4 |
| 55720FD065 | 5 |
| 55720FD065 | 6 |
| 55720FD065 | 7 |
| 55720FD065 | 8 |
| 42AF0A2194 | 6 |
| 42AF0A2194 | 8 |
| 42AF0A2194 | 10 |
| 42AF0A2194 | 19 |
| 42AF0A2194 | 20 |
| 42AF0A2194 | 21 |
| 42AF0A2194 | 22 |
| 42AF0A2194 | 23 |
| 42AF0A2194 | 24 |
| 42AF0A2194 | 25 |
| 42AF0A2194 | 26 |
| 42AF0A2194 | 27 |
| 42AF0A2194 | 28 |
| 42AF0A2194 | 29 |
| 42AF0A2194 | 30 |
| 42AF0A2194 | 31 |
| 42AF0A2194 | 32 |
| 42AF0A2194 | 33 |
| 42AF0A2194 | 34 |
| 42AF0A2194 | 35 |
| 42AF0A2194 | 36 |
| 42AF0A2194 | 37 |
| 42AF0A2194 | 38 |
| 42AF0A2194 | 39 |
| 42AF0A2194 | 40 |
| 42AF0A2194 | 41 |
| 42AF0A2194 | 42 |
| 42AF0A2194 | 43 |
| 42AF0A2194 | 44 |
| 42AF0A2194 | 45 |
| 42AF0A2194 | 46 |
| 42AF0A2194 | 47 |
| 42AF0A2194 | 48 |
| 42AF0A2194 | 49 |
| 42AF0A2194 | 50 |
| 42AF0A2194 | 51 |
| 42AF0A2194 | 52 |
| 42AF0A2194 | 53 |
| 42AF0A2194 | 54 |
| 42AF0A2194 | 55 |
| 42AF0A2194 | 56 |

| New Class Claimant ID | Claim Line # |
|---|---|
| 42AF0A2194 | 57 |
| 42AF0A2194 | 58 |
| 42AF0A2194 | 59 |
| 42AF0A2194 | 60 |
| 42AF0A2194 | 61 |
| 42AF0A2194 | 62 |
| 7F97515AF6 | 6 |
| 7F97515AF6 | 7 |
| 7F97515AF6 | 8 |
| 5CA6CBADC2 | 230 |
| 5CA6CBADC2 | 231 |
| 5CA6CBADC2 | 232 |
| 5CA6CBADC2 | 233 |
| 5CA6CBADC2 | 234 |
| 5CA6CBADC2 | 235 |
| 5CA6CBADC2 | 236 |
| 5CA6CBADC2 | 237 |
| 5CA6CBADC2 | 238 |
| 5CA6CBADC2 | 239 |
| 5CA6CBADC2 | 240 |
| 5CA6CBADC2 | 241 |
| 5CA6CBADC2 | 242 |
| 5CA6CBADC2 | 243 |
| 5CA6CBADC2 | 244 |
| 5CA6CBADC2 | 245 |
| 5CA6CBADC2 | 246 |
| 5CA6CBADC2 | 247 |
| 5CA6CBADC2 | 248 |
| 5CA6CBADC2 | 249 |
| 5CA6CBADC2 | 250 |
| 5CA6CBADC2 | 251 |
| 5CA6CBADC2 | 252 |
| 5CA6CBADC2 | 253 |
| 5CA6CBADC2 | 254 |
| 5CA6CBADC2 | 255 |
| 5CA6CBADC2 | 256 |
| 5CA6CBADC2 | 603 |