UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 "Deepwater Horizon" in the Gulf |
| | * | SECTION: J |
| This Document Relates to: | * * | JUDGE BARBIER |
| No. 12-1713, Andry, et al., v. BP Products North America, Inc., et al. | * * | MAG. JUDGE WILKINSON |

## JOINT MOTION TO FURTHER STAY PROCEEDINGS

Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP America Production Company (collectively, "BP"),[1] Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., and Transocean Holdings, LLC (collectively, "Transocean"), and Halliburton Energy Services, Inc. ("Halliburton," and together with BP and Transocean, the "Defendants") and Plaintiffs Albert Andry, III, Dustin King, and Ryan Chaisson (collectively, "Plaintiffs" and, together with the Defendants, the "Parties") respectfully file this Joint Motion to Further Stay Proceedings and request that the Court enter the stipulation and proposed order attached hereto as **Exhibit A** further staying proceedings in the above-referenced case, *Andry v. BP Products North America, Inc.* (Case No. 12-1713) (the "*Andry* Action"), to permit the Parties to continue to pursue settlement negotiations.

## BACKGROUND

On July 13, 2018, this Court entered an order lifting the automatic stay imposed on the *Andry* Action. *See* Order (Case No. 12-1713, Rec. Doc. 7). On September 5, 2018, the Plaintiffs

---

[1] The Plaintiffs also named BP p.l.c., Triton Asset Leasing GMBH, and Transocean Ltd. as defendants in this case, but those entities have not been served, and therefore did not respond to Plaintiffs' complaint or join in this motion.

filed their First Supplemental and Amended Complaint (Rec. Doc. 24812) (the "First Amended Complaint" or "FAC"), alleging damages under the "General Federal Maritime Law of the United States." *See* FAC ¶ 17.  The Defendants moved to dismiss the First Amended Complaint for failure to state a claim on September 19, 2018 (Rec. Doc. 24873) (the "Motion to Dismiss"), and on February 11, 2020, the Court issued its Order & Reasons [As to the Motions to Dismiss the *Andry* and *Shivers* Actions] (Rec. Doc. 26318) (the "Order").  The Order denied the Defendants' Motion to Dismiss as to the *Andry* Action.  *See* Order at 14.  On February 25, 2020, the Parties filed a *Joint Motion to Stay Proceedings* (Rec. Doc. 26343), which this Court granted, staying the action for 90 days.  *See* Rec. Doc. 26358.

During that time, BP and Plaintiffs have agreed to a mediation schedule, and the mediation process and settlement negotiations are in progress.  Counsel for BP has conferred with counsel for Plaintiffs, and the Parties agree that further extension of the stay of proceedings in the *Andry* Action would facilitate the efficient management of this proceeding by permitting time for the parties to continue the mediation process and their settlement negotiations.

## ARGUMENT

The Parties request that the Court extend the stay of proceedings in the *Andry* Action and require the Parties to provide a status report to the Court by August 10, 2020 as to the status of their settlement negotiations and whether a further stay is necessary.  Under Supreme Court, Fifth Circuit, and Eastern District of Louisiana precedent, courts have the inherent authority to control their dockets, which includes the power to stay proceedings: "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.,* 299 U.S. 248, 255-56 (1936); *accord. Clinton v. Jones,* 520 U.S. 681, 683, 706 (1997); *Ambraco, Inc. v. Bossclip, B.V.,* 570 F.3d 233, 243 (5th Cir. 2009).

2

BP and Plaintiffs are engaged in settlement negotiations and a mediation process. However, in part due to developments with respect to the COVID-19 pandemic, they require further time to complete that process, including providing documents, making a good faith settlement offer, submitting mediation briefs, and mediating Plaintiffs' claims. A further stay of proceedings would allow the Parties to continue to work toward a possible resolution of the *Andry* Action.

## CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court enter the stipulation and proposed order attached hereto as **Exhibit A**, extending the stay of proceedings in the *Andry* Action and requiring the Parties to provide a status report to the Court by August 10, 2020 as to the status of their settlement negotiations and whether a further stay is necessary.

**Respectfully submitted**,

/s/ R. Keith Jarrett
R. Keith Jarrett (Bar # 16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Fax No.      (504) 556-4108

-and-

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

-and-

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP America Production Company*

/s/ R. Alan York
R. Alan York (Bar #22167500)
AYork@ReedSmith.com
REED SMITH LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone:  (713) 469-3800
Facsimile:   (713) 469-3899

*Attorneys for Defendant Halliburton Energy Services, Inc.*


/s/ Kerry J. Miller
Kerry J. Miller (Bar #24562)
FISHMAN HAYGOOD
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:  (504) 556-5549
Facsimile:   (504) 310-0275

*Attorneys for Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings, LLC, and Transocean Deepwater, Inc.*


/s/ Joseph M. Bruno
Joseph M. Bruno (LA Bar No. 3604)
Markita Hawkins (LA Bar No. 35812)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775
jbruno@brunobrunolaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Further Stay Proceedings has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of May, 2020.

                                                 */s/ R. Keith Jarrett*
                                                 R. Keith Jarrett