# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | * | |
| | * | **MAG. JUDGE WILKINSON** |
| **ALL CASES** | * | |
| | * | |

## BP'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' PTO 68 SHOW CAUSE SUBMISSIONS IN EXCESS OF PAGE LIMIT

BP Exploration & Production Inc. and BP America Production Company (together, "BP") respectfully request leave to file their consolidated reply to the submissions that 88 B3 plaintiffs filed in response to the Court's April 20, 2020 Order to Show Cause Re: Compliance with PTO 68 (Rec. Doc. 26453) (the "Show Cause Order") in excess of the 10-page limit set forth in Rule 7.7 of the Local Rules for the Eastern District of Louisiana.

In its Show Cause Order, the Court identified 91 plaintiffs who were required to "show cause in writing by Monday, May 18, 2020 why their claims should not be dismissed for failing to comply with PTO 68."  (Show Cause Order at 3 (emphases omitted); *see also id.* at Ex. 1.)  In its reply, BP responds to 7 separate show cause responses submitted by 88 B3 plaintiffs (Rec. Docs. 26475, 26481, 26487, 26490, 26494, 26495, and 26496), and addresses the status of each of the 91 plaintiffs required to show cause.  Given the number of responses that BP must address, BP respectfully seeks a modest extension of 8 pages for its reply, which is attached hereto as Exhibit 1.

A proposed order accompanies this Motion.

May 25, 2020

Respectfully submitted,

_/s/ Devin Reid_

R. Keith Jarrett (Bar #16984)
Devin Reid (Bar #32645)

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Vanessa Barsanti
(vanessa.barsanti@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Fax No.  (504) 556-4108

_Counsel for BP America Production Company and_
_BP Exploration & Production Inc._

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of May 2020.

*/s/ Devin Reid*
Devin Reid