UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br> **SECTION J** |
| | * * | **JUDGE BARBIER** |
| **This Document Relates To:** | * * | **MAGISTRATE JUDGE WILKINSON** |
| **ALL CASES** | * * | |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that BP's Motion for Leave to File Reply to Plaintiffs' PTO 68 Show Cause Submissions in Excess of Page Limit is **GRANTED**.

The Clerk of the Court is ordered to file BP's Reply to Plaintiffs' PTO 68 Show Cause Submissions into the record in the above captioned case.

New Orleans, Louisiana, this ___ day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE