# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *All Claims In Pleading Bundle B3* | * * | MAG. JUDGE WILKINSON |

## DECLARATION OF VANESSA BARSANTI

I, Vanessa Barsanti, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am over twenty-one years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

2. I am Of Counsel at the law firm of Kirkland & Ellis LLP and am counsel for BP Exploration & Production Inc. and BP America Production Company (together, "BP").

3. On March 18, 2020, BP served a draft status report via email on Salvadore Christina, Jr., at the Becnel Law Firm, regarding the non-compliance of B3 plaintiffs represented by the Becnel Law Firm with Pretrial Order 68 ("PTO 68"). The report identified that none of the 13 plaintiffs identified in that report had submitted a response to PTO 68. BP requested Mr. Christina's availability for a meet and confer regarding the draft status report prior to the deadline for submission of the final status report on March 23, 2020. A true and correct copy of that communication is attached hereto as Exhibit 1.

4. BP did not receive a response to its request for a conference from the Becnel Law Firm prior to the April 13, 2020 extended deadline for filing final PTO 68 Status Reports.

2

5.     On March 18, 2020, BP served its draft status report via email on Frank D'Amico and Beverly Lopez, at the Law Offices of Frank D'Amico, Jr. APLC, regarding the non-compliance of B3 plaintiffs represented by Mr. D'Amico with PTO 68.  BP requested Mr. D'Amico's availability for a meet and confer regarding the draft status report prior to the deadline for submission of the final status report on March 23, 2020.  A true and correct copy of that communication is attached hereto as Exhibit 2.

6.     BP did not receive a response to its request for a conference from Mr. D'Amico prior to the April 13, 2020 extended deadline for filing final PTO 68 Status Reports.

[*Remainder of the page intentionally left blank.*]

Dated:  March 25, 2020
      San Diego, California

_____
Vanessa Barsanti

# Exhibit 1 to Declaration of V. Barsanti

# Sramek, Frank J.

| | |
|---|---|
| **From:** | Sramek, Frank J. |
| **Sent:** | Wednesday, March 18, 2020 5:28 PM |
| **To:** | schristina@becnellaw.com |
| **Cc:** | Jakola, Katie; Briesacher, Christina L.; Barsanti, Vanessa; McEntire, Rebekah Sills |
| **Subject:** | PTO 68 Draft Compliance Status Report |
| **Attachments:** | 2020.03.18 Letter to S. Christina.pdf |

Counsel,

Please see the attached correspondence.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal
------------------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 8740
**F** +1 312 862 2200
------------------------------------------------------
[frank.sramek@kirkland.com](mailto:frank.sramek@kirkland.com)

1

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Vanessa Barsanti
To Call Writer Directly:
+1 312 862 2205
vanessa.barsanti@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

March 18, 2020

**VIA ELECTRONIC MAIL**

Salvadore Christina, Jr.,
Becnel Law Firm, LLC
106 W. Seventh St.
Reserve, LA 70084

Re:   *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; No. 2:10-md-02179 (E.D. La.)

Dear Counsel:

Pursuant to Section I.C.1 of Pretrial Order No. 68 (Rec. Doc. 26070) ("PTO 68"), BP Exploration & Production Inc. and BP America Production Company (together, "BP") hereby provides the attached draft status report regarding your clients' compliance with the requirements of PTO 68. The report identifies the reasons that certain of your clients' submissions do not comply with PTO 68. Please let us know when you are available to meet and confer regarding the draft status report before the deadline for submission to the Court on March 23, 2020.

Please feel free to contact me with questions.

Sincerely,

/s/ *Vanessa Barsanti*

Vanessa Barsanti

cc: A. Katrine Jakola, P.C.
   Frank Sramek

**Plaintiffs with No Submission**

| Plaintiff Name | Case No. |
|---|---|
| Baldo, Lisa Marie | 17-cv-03368 |
| Bank, Ryan Clayton | 17-cv-03372 |
| Benoit, Bernice Ann | 17-cv-03323 |
| Benoit, Roy Paul | 17-cv-03328 |
| Brown, Michael Todd | 17-cv-03366 |
| Coco, III, Malcolm Alphonse | 17-cv-03393 |
| Couture, Jr., Raymond | 17-cv-03373 |
| Elrod, Aiden Connor | 17-cv-03334 |
| Elrod, Jarod Shane | 17-cv-03331 |
| Nehlig, Chris Emile (Decedent) | 17-cv-03376 |
| Robin, III, Charles Raymond | 17-cv-03381 |
| Robin, Jr., Ricky R. | 17-cv-03383 |
| Robin, Ricky Raymond | 17-cv-03389 |

# Exhibit 2 to Declaration of V. Barsanti

# Sramek, Frank J.

| | |
|---|---|
| **From:** | Sramek, Frank J. |
| **Sent:** | Wednesday, March 18, 2020 5:38 PM |
| **To:** | frank@damicolaw.net; Beverly Lopez |
| **Cc:** | Jakola, Katie; Briesacher, Christina L.; Barsanti, Vanessa; McEntire, Rebekah Sills |
| **Subject:** | PTO 68 Draft Compliance Status Report |

Counsel,

Please see the attached correspondence.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

--------------------------------------------------

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 8740
**F** +1 312 862 2200

--------------------------------------------------

**Attachments:**
   **2020.03.18 Letter to F. D'Amico.pdf (36528 Bytes)**

1

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

Vanessa Barsanti
To Call Writer Directly:
+1 312 862 2205
vanessa.barsanti@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

March 18, 2020

**VIA ELECTRONIC MAIL**

Frank J. D'Amico, Jr.
Law Offices of Frank J. D'Amico, Jr.
4608 Rye St.
Metairie, LA 70006

Re: *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; No. 2:10-md-02179 (E.D. La.)

Dear Counsel:

Pursuant to Section I.C.1 of Pretrial Order No. 68 (Rec. Doc. 26070) ("PTO 68"), BP Exploration & Production Inc. and BP America Production Company (together, "BP") hereby provides the attached draft status report regarding your clients' compliance with the requirements of PTO 68. The report identifies the reasons that certain of your clients' submissions do not comply with PTO 68. Please let us know when you are available to meet and confer regarding the draft status report before the deadline for submission to the Court on March 23, 2020.

Please feel free to contact me with questions.

Sincerely,

/s/ *Vanessa Barsanti*

Vanessa Barsanti

cc: A. Katrine Jakola, P.C.
Frank Sramek

Beijing   Boston   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.

**Plaintiffs with Incomplete or Deficient Submissions**

| Plaintiff Name | Case No. | Supplemental Medical Disclosure Form Deficiencies | Medical Authorization Deficiencies | Production Format Consistent with PTO 68 Technical Specifications |
|---|---|---|---|---|
| Barefoot, Marian | 19-cv-11663 | | | No |
| Bryant, James | 19-cv-11664 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing; Question 2: Yes Chosen; Additional Information Missing | | No |
| Burke, Steven | 19-cv-11666 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing | | No |
| Burrus, John | 19-cv-11667 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing | | No |
| Buskell, Baron | 19-cv-11668 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing; | | No |
| Clopton, Johnnie | 19-cv-11671 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing | | No |
| DeAgano, Dereck | 13-cv-01802 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing | | No |
| DeAgano, Kimberly | 13-cv-01802 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing | | No |
| DeAgano, Theodore | 13-cv-01802 | | No Signature | |
| Graham, Sarah | 19-cv-11673 | | | No |
| Jenkins, Henry Lee | 19-cv-11686 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing | | No |
| Keaghey, Keith | 19-cv-11688 | | | No |
| Murray, Max | 19-cv-11691 | | To Field Populated by Plaintiff | No |
| Richardson, Willie | 19-cv-11693 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing | | No |
| Southern, Nathan | 19-cv-11697 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing | | No |
| Tripp, Thomas | 19-cv-11700 | Question 1: Date of Treatment Incomplete/Missing; Question 1: Date of Diagnosis Incomplete/Missing; Question 1: Doctor/Healthcare Provider Incomplete/Missing | Not Provided | No |
| Wood, Richard | 19-cv-11701 | | | No |

1