# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J <br> * <br> * JUDGE BARBIER |
| This Document Relates To: | * <br> * MAG. JUDGE WILKINSON |
| ALL CASES | * <br> * |

### EX PARTE MOTION BY BP FOR LEAVE TO FILE UNDER SEAL PORTIONS OF BP'S REPLY TO PLAINTIFFS' PTO 68 SHOW CAUSE SUBMISSIONS AND CERTAIN EXHIBITS THERETO

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production Inc. and BP America Production Company (together, "BP") respectfully request leave to file under seal certain portions of BP's Reply To Plaintiffs' PTO 68 Show Cause Submissions ("BP's Reply") and Exhibits B-H thereto, which are being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters. Portions of BP's Reply and the afore-mentioned exhibits contain confidential personal health information that may be protected by Health Information Portability and Accountability Act ("HIPAA") or otherwise deemed sensitive or confidential health information relating to the particular individuals referenced.

WHEREFORE, BP respectfully prays the Court for an Order that certain portions of BP's Reply To Plaintiffs' PTO 68 Show Cause Submissions and Exhibits B-H thereto be filed under seal.

<table>
<tr><td>

May 25, 2020

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Vanessa Barsanti
(vanessa.barsanti@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

.

</td><td>

Respectfully submitted,

*/s/ Devin Reid*
R. Keith Jarrett (Bar #16984)
Devin Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Fax No.  (504) 556-4108


*Counsel for BP America Production Company and BP Exploration & Production Inc.*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of May, 2020.

                                      */s/ Devin Reid*
                                      Devin Reid