

May 21, 2020

Patrick Juneau, Claims Administrator
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Dear Mr. Juneau:

Attached please find the quarterly invoice for Old and New Class administration work completed by Epiq, inclusive of pass-through invoices received from GCR and Stanley Reuter during the period February 1, 2020 – April 30, 2020.

As approved by the Court, we will close out the Old Class Costs Allocation budget with this invoice, so I have broken out the fees accordingly:

| | |
|---|---|
| HESI and Transocean Old Class | $ 72,539.28 |
| HESI and Transocean New Class (Including $9,366.99 from Feb 2020 invoice not previously included for approval) | $ 643,461.30 |
| Total Due | $716,000.58 |

Upon receiving Court approval, we will transfer funds in accordance with the Court Order from the Old and New Class distribution accounts that hold the Administrative Fee Reserve Funds to satisfy the invoice. Once all transfers pursuant to yesterday's Court Order are complete, future payments will be made only from the HESI-Transocean Punitive Damages Combined Settlements Fund B account.

As always, it has been a pleasure serving your needs. Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/14/2020 | 27327 |
| PERIOD START | THROUGH DATE |
| 2/1/2020 | 4/30/2020 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Project Name:    HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of Class Member Notifications and Correspondence | 6,080 | $0.0615 | $373.92 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 162.0 Hrs. | | $8,514.00 |
| Document Storage - Paper (per box/per month) | 339 | $3.00 | $1,017.00 |
| Document Storage - Electronic (per img./record per month) | 421,213 | $0.002 | $842.43 |
| **Claim Validation** | | | |
| Process Paper Claims | 2,495.3 Hrs. | | $285,656.00 |
| **Contact Services** | | | |
| IVR (per minute) | 16,801.5 | $0.32 | $5,376.48 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 1,176 | $0.8333 | $980.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 235.0 Hrs. | | $11,750.00 |
| Handling of class member communications | 621.6 Hrs. | | $71,484.00 |
| **Website Services** | | | |
| Design and Maintain Website | 2.3 Hrs. | | $287.50 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 16.9 Hrs. | | $1,973.50 |
| Records Paid by Check | 5 | $0.79 | $3.95 |
| Records Paid by Wire | 35 | $0.79 | $27.65 |
| Check reissues | 366 | $0.79 | $289.14 |
| IRS Form 1099 Printing | 987 | $1.50 | $1,480.50 |
| **Reporting** | 10.1 Hrs. | | $1,111.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 1,039.1 Hrs. | | $147,367.50 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Systems Support** | 61.3 Hrs. | | $10,864.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | |
| **Quality Assurance** | 374.4 Hrs. | | $63,355.00 |
| **Total Fees** | | | $612,753.57 |
| **Total Project Expenses (See Exhibit A)** | | | $66,631.51 |
| **Sub Total** | | | $679,385.08 |
| Sales Tax | | | $27,248.51 |
| **Sub Total** | | | $706,633.59 |
| Balance Due from Invoice #27151 | | | $9,366.99 |
| **Grand Total** | | | $716,000.58 |

# EXHIBIT A



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Feb 01, 2020 through Apr 30, 2020 | | |
| Stanley Reuter, et al. Invoices | | $8,095.26 |
| GCR, Inc. Invoices | | $57,050.00 |
| Postage | | $1,169.00 |
| Working Meals and Transportation | | $301.80 |
| Translation | | $15.45 |
| **Total** | | **$66,631.51** |

**Please Remit To:**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

-Or-

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

May 6, 2020

|  |  |
|---|---|
| Invoice #: | 33893 |
| Billed Through: | April 30, 2020 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | April 30, 2020 | $9,425.00 |
| CURRENT EXPENSES THROUGH: | April 30, 2020 | $37.70 |
| TOTAL CHARGES FOR THIS BILL | | $9,462.70 |
| TOTAL NOW DUE | | $9,462.70 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

May 6, 2020

|  |  |
|---|---|
| Invoice #: | 33893 |
| Billed through: | April 30, 2020 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $7,124.70 |
| Less payments received since previous invoice | $7,124.70 |

**PROFESSIONAL SERVICES**                                                                                                                                    **Hours**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/05/20 | PAJ | REVIEW EMAILS RE: DISTRIBUTION OF FUNDS | 0.10 |
| 02/05/20 | PJH | CONFER VENDOR RE: NEW CLASS REAL PROPERTY DISTRIBUTION CONSIDERATIONS IN ADVANCE OF DRAFTING MOTION FOR DISBURSEMENT AND PENDING NEW CLASS REAL PROPERTY APPEALS AND RELATED ISSUES; CORRESPOND AND CONFER PAJ RE: SAME; VARIOUS CORRESPONDENCES TO VENDOR RE: FILING AND GRANTING OF DMI JMOS (HALF TIME), ORDER FROM COURT DISMISSING LAWSUIT AND EFFECT ON HESI/TO PROGRAM (HALF TIME); SEVERAL CORRESPONDENCES WITH VENDOR, COUNSEL RE: MENHADEN APPELLANT'S BRIEF AND REVIEW OF THE SAME | 2.70 |
| 02/05/20 | PAJ | CONFER HRON RE: DISTRIBUTION OF FUNDS | 0.10 |
| 02/06/20 | PAJ | REVIEW EMAILS RE: CLAIMANT INQUIRY PERTAINING TO 1099S | 0.20 |
| 02/06/20 | PJH | VARIOUS CORRESPONDENCES WITH COUNSEL RE: MENHADEN APPELLANTS AND ISSUES WITH BRIEFING RE: SAME, INQUIRY RE: 1099S FROM CLAIMS PREPARER, AND ADDITIONAL DMI JMOS FOR FILING WITH COURT | 0.80 |
| 02/07/20 | PAJ | REVIEW EMAIL RE: REINVESTING FUNDS AT UBS | 0.10 |
| 02/07/20 | PJH | SEVERAL CORRESPONDENCES WITH COUNSEL RE: MENHADEN APPEAL ISSUE AND CONFER PAJ RE: SAME; CORRESPOND WITH COURT RE: DMI JMOS AND FILING RE: SAME; CORRESPONDENCES RE: SCHEDULING TRIP TO ADDRESS FINAL ITEMS WITH NEW CLASS DISBURSEMENT | 0.90 |
| 02/07/20 | PAJ | CONFER WITH HRON RE: APPEAL ISSUES | 0.30 |
| 02/10/20 | PAJ | REVIEW EMAILS RE: REINVESTMENT OF FUNDS AT UBS | 0.10 |
| 02/11/20 | PAJ | REVIEW EMAIL RE: PAYMENTS ON CLAIM | 0.10 |
| 02/11/20 | PJH | REVIEW INQUIRIES AND RESPONSES FROM CLAIMANT REPRESENTATIVE RE: 1099S | 0.20 |
| 02/13/20 | PJH | REVIEW AND RESPOND TO CORRESPONDENCES WITH VENDOR RE: PENDING NEW CLASS APPEALS AND POTENTIAL DETERMINATIONS RE: SAME | 0.20 |
| 02/14/20 | PJH | CONFER WITH VENDOR RE: NEW CLASS APPEALS, ISSUES RE: SAME, WITH SEVERAL CORRESPONDENCES RE: DETERMINATIONS OF SAME; CORRESPONDENCES WITH COUNSEL RE: MENHADEN APPEALS | 0.70 |
| 02/17/20 | PJH | REVIEW INQUIRY FROM VENDOR RE: NEW CLASS LIEN INQUIRY AND | 0.30 |

| 001300 | 01580 | | Invoice # 33893 Page 2 | |
|---|---|---|---|---|
| | | VARIOUS CORRESPONDENCES RE: DETERMINATION RE: SAME | | |
| 02/19/20 | PJH | REVIEW AND RESPOND TO INQUIRY FROM COUNSEL RE: NEW CLASS 1099 INQUIRY | | 0.10 |
| 02/20/20 | PJH | REVIEW AND RESPOND TO INQUIRY RE: NEW CLASS REAL PROPERTY CLAIMS | | 0.20 |
| 02/21/20 | PJH | REVIEW AND CORRESPOND RE: DMI JOINT MOTIONS FOR FILING WITH THE COURT; REVIEW PROPOSED LANGUAGE RE: VARIOUS DETERMINATIONS ON NEW CLASS APPEALS | | 0.50 |
| 02/24/20 | PJH | REVIEW VENDOR INVOICES, FINALIZE DRAFTING OF MOTION AND PROPOSED ORDER RE: REIMBURSEMENT OF ADMINISTRATIVE COSTS FOR OLD AND NEW CLASS, AND DRAFT CORRESPONDENCE TO PARTIES RE: SAME (HALF TIME) | | 0.30 |
| 02/26/20 | PAJ | REVIEW EMAILS RE: DRAFT MOTION TO PAY QUARTERLY INVOICES | | 0.10 |
| 02/28/20 | PJH | REVIEW BRIEF FOR MENHADEN APPEAL, EDIT AND COMMENT RE: SAME; CORRESPOND WITH COUNSEL RE: SAME AND RE: BRIEFS FROM PARTIES | | 2.40 |
| 03/01/20 | PJH | SEVERAL CORRESPONDENCES WITH COUNSEL RE: INQUIRY RE: NEW CLASS DISTRIBUTION | | 0.30 |
| 03/03/20 | PJH | CONFER VENDOR RE: VENDOR IT ISSUES AND POTENTIAL EFFECT ON NEW CLASS DISTRIBUTION, CONTINUING EFFORTS; REVIEW AND CORRESPOND WITH COUNSEL RE: MENHADEN BRIEF AND EDITS RE: SAME | | 1.60 |
| 03/04/20 | PJH | REVIEW AND RESPOND TO SEVERAL CORRESPONDENCES FROM COUNSEL RE: NEW CLASS PAYMENT QUESTIONS; CORRESPOND WITH COUNSEL RE: MENHADEN BRIEFING | | 0.50 |
| 03/06/20 | PJH | VARIOUS CORRESPONDENCES WITH COUNSEL RE: MENHADEN APPEAL BRIEFING | | 0.20 |
| 03/09/20 | PAJ | REVIEW FILED MOTION FOR AUTHORIZATION OF DISBURSEMENT OF CLASS ADMINISTRATIVE COSTS | | 0.10 |
| 03/09/20 | PJH | CONFER BL RE: HESI/TO OLD/NEW CLASS ADMINISTRATIVE EXPENSES, FINALIZE MOTION AND PROPOSED ORDER AND EXHIBIT RE: SAME, FILE SAME WITH COURT, AND VARIOUS CORRESPONDENCES RE: SAME (HALF TIME); CONFER WITH VENDOR RE: ONGOING SYSTEM ISSUES | | 0.50 |
| 03/10/20 | PAJ | REVIEW ORDER APPROVING DISBURSEMENT OF CLASS ADMINISTRATIVE COSTS | | 0.10 |
| 03/10/20 | PJH | VARIOUS CORRESPONDENCES RE: APPROVAL OF ADMINISTRATIVE EXPENSE DISBURSEMENT; VARIOUS CONFERS RE: ONGOING SYSTEM ISSUES (HALF TIME); CORRESPOND WITH VENDOR, BL RE: HESI/TO NEW CLASS INVOICES | | 0.30 |
| 03/12/20 | PJH | VARIOUS CORRESPONDENCES, CONFERS WITH VENDOR RE: ONGOING SYSTEM ISSUES (HALF TIME) | | 0.30 |
| 03/13/20 | PJH | VARIOUS CORRESPONDENCES, CONFERS WITH VENDOR, COURT RE: ONGOING SYSTEM ISSUES AND PROGRAM WEBSITE LANGUAGE RE: SAME (HALF TIME) | | 0.20 |
| 03/24/20 | PJH | REVIEW AND EDIT OF PROPOSED LANGUAGE FOR WEBSITE RE: SYSTEM ISSUES, CORONA VIRUS AND EFFECT ON HESI/TO DISTRIBUTION (HALF TIME); REVIEW AND RESPOND TO CORRESPONDENCE RE: MENHADEN APPEAL | | 0.20 |
| 03/25/20 | PJH | VARIOUS CORRESPONDENCES WITH COUNSEL RE: MENHADEN APPEAL RE: HESI/TO NEW CLASS | | 0.30 |

| 001300 | 01580 | | Invoice # 33893  Page  3 | |
|---|---|---|---|---|
| 03/30/20 | PAJ | CONFER WITH HRON RE: REINVESTMENT OF FUNDS | | 0.10 |
| 03/30/20 | PJH | CONFER AND CORRESPONDENCES WITH VENDOR RE: VARIOUS ISSUES INCLUDING REINVESTMENT OF HESI/TO NEW CLASS FUNDS AND CONFER WITH PAJ RE: SAME | | 0.40 |
| 03/31/20 | PAJ | REVIEW EMAILS RE: NEW CLASS FUNDS | | 0.10 |
| 03/31/20 | PAJ | REVIEW EMAILS RE: UBS ACCOUNTS AND COMPLIANCE WITH SETTLEMENT AGREEMENT | | 0.20 |
| 04/01/20 | PAJ | REVIEW EMAILS RE: UBS FUNDS | | 0.10 |
| 04/01/20 | PJH | FOLLOW-UP CORRESPONDENCES WITH UBS, VENDOR RE: REINVESTMENT OF HESI/TO NEW CLASS FUNDS | | 0.10 |
| 04/02/20 | PJH | REVIEW CORRESPONDENCE FROM COUNSEL AND CORRESPOND WITH VENDOR RE: INQUIRY RE: NEW CLASS DISTRIBUTION, WITH RESPONSE TO COUNSEL RE: SAME | | 0.30 |
| 04/06/20 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION | | 0.10 |
| 04/06/20 | PAJ | CONFER WITH HRON RE: NEW CLASS DISTRIBUTION | | 0.20 |
| 04/06/20 | PJH | FOLLOW-UP CORRESPONDENCE WITH VENDOR RE: INQUIRY RE: NEW CLASS DISTRIBUTIONS AFTER CONSULT WITH PAJ | | 0.30 |
| 04/07/20 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION AND MENHADEN APPEAL | | 0.20 |
| 04/07/20 | PJH | PRELIMINARY REVIEW OF 59 PENDING HESI/TO NEW CLASS APPEALS WITH VARIOUS NOTES, AND CORRESPONDENCES TO VENDOR RE: SAME | | 0.80 |
| 04/08/20 | PAJ | REVIEW EMAILS RE: IN PROCESS CLAIMS, APPEALS AND INFORMATION ON PARTICULAR CLAIMS | | 0.30 |
| 04/08/20 | PAJ | CONFER WITH HRON RE: NEW CLASS APPEALS AND DETERMINATIONS | | 0.30 |
| 04/08/20 | PJH | CONTINUE REVIEW OF HESI/TO NEW CLASS APPEALS, CONFER PAJ AND VENDOR RE: DETERMINATIONS ON SAME AND PROCESSING OF REMAINING CLAIMS, ALONG WITH REVIEW AND EDITING OF DETERMINATION LANGUAGE RE: SAME; CORRESPOND RE: STATUS OF NEW CLASS PAYMENT PROCESS | | 2.10 |
| 04/13/20 | PJH | REVIEW AND DETERMINATION RE: VENDOR INQUIRY RE: ADDITIONAL PENDING HESI/TO NEW CLASS APPEALS | | 0.60 |
| 04/14/20 | PAJ | REVIEW OF EMAILS RE: CLAIMS IN PROCESS UPDATES | | 0.30 |
| 04/14/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: OUTSTANDING NEW CLASS CLAIMS AND STATUS UPDATES AND EFFORTS RE: APPEALS PENDING AND MAPPING REVIEW | | 0.50 |
| 04/15/20 | PAJ | REVIEW EMAILS RE: PENDING CLAIMS AND APPEALS | | 0.20 |
| 04/15/20 | PJH | VARIOUS CORRESPONDENCES AND RESEARCH OF DHEPDS CLAIMS PENDING IN APPELLATE PROCESSES FOR RECONCILIATION RE: NEW CLASS DISTRIBUTION | | 0.70 |
| 04/20/20 | PAJ | REVIEW EMAILS RE: MENHADEN APPELLANTS | | 0.20 |
| 04/20/20 | PJH | VARIOUS CORRESPONDENCES RE: MENHADEN APPEAL AND RE: NEW CLASS DISTRIBUTION | | 0.40 |
| 04/21/20 | PAJ | REVIEW EMAILS RE: INFORMATION ON APPEAL | | 0.10 |
| 04/21/20 | PJH | VARIOUS CORRESPONDENCES, CONFERS WITH VENDOR, PAJ RE: NEW CLASS APPEAL DETERMINATIONS ON BATCHES OF CLAIMS | | 1.70 |
| 04/21/20 | PAJ | CONFER WITH HRON RE: NEW CLASS APPEAL DETERMINATIONS | | 0.20 |
| 04/22/20 | PAJ | REVIEW EMAILS RE: CERTAIN APPEALS AND DETERMINATIONS | | 0.20 |
| 04/22/20 | PJH | CONFER PAJ RE: PROPOSED LANGUAGE FOR NEW CLASS CLAIM | | 0.60 |

| | | | |
|---|---|---|---:|
| 001300 | 01580 | Invoice # 33893 Page 4 | |
| | | DETERMINATIONS AND CORRESPONDENCES WITH VENDOR RE: SAME | |
| 04/22/20 | PAJ | CONFER WITH HRON RE: PROPOSED LANGUAGE FOR NEW CLASS DETERMINATIONS | 0.30 |
| 04/23/20 | PAJ | REVIEW EMAILS RE: APPEALS | 0.20 |
| 04/23/20 | PJH | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCES FROM VENDOR RE: OUTSTANDING NEW CLASS CLAIMS AND DETERMINATIONS RE: SAME | 0.40 |
| 04/24/20 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION | 0.10 |
| 04/24/20 | PAJ | CONFER WITH HRON RE: APPEALS AND DETERMINATIONS | 0.20 |
| 04/24/20 | PAJ | REVIEW EMAILS RE: VARIOUS APPEALS | 0.20 |
| 04/24/20 | PJH | REVIEW CORRESPONDENCE FROM COUNSEL RE: NEW CLASS DISTRIBUTION AND CORRESPOND VENDOR AND CONFER PAJ RE: CLAIM DETERMINATION INQUIRY FROM VENDOR AND CORRESPOND VENDOR RE: SAME | 0.50 |
| 04/25/20 | PJH | REVIEW CORRESPONDENCE FROM VENDOR RE: INQUIRIES RE: NEW CLASS CLAIMS ON APPEAL AND CORRESPOND VENDOR RE: SAME | 0.60 |
| 04/27/20 | PAJ | REVIEW EMAILS RE: NEW CLASS APPEALS | 0.30 |
| 04/27/20 | PAJ | CONFER WITH HRON RE: NEW CLASS APPEALS | 0.20 |
| 04/27/20 | PJH | VARIOUS CORRESPONDENCES RE: INQUIRIES RE: NEW CLASS DISTRIBUTION, CONFER PAJ AND CORRESPOND RE: APPEAL DETERMINATION | 1.10 |
| 04/29/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR AND REVIEW, EDITS RE: HESI/TO STATUS REPORT (HALF TIME) | 0.30 |
| 04/30/20 | PJH | CONFER PAJ, COURT RE: STATUS OF HESI/TO DISTRIBUTIONS AND MOTIONS AND STATUS REPORT; CONFER PAJ RE: STATUS REPORT AND FILING OF SAME; REVIEW INQUIRIES FROM VENDOR RE: STATUS REPORT RE: OLD AND NEW CLASS CLAIMS AND ELIGIBILITY OF SAME, AND CORRESPOND VENDOR RE: SAME (HALF TIME) | 1.00 |
| 04/30/20 | PAJ | CONFER WITH HRON RE: DISTRIBUTIONS AND STATUS REPORT | 0.20 |
| | | 31.90 | $9,425.00 |

| | | | | | |
|---|---|---:|---:|---:|---|
| PAJ | JUNEAU, PATRICK A. | 5.80 hrs @ | $500.00 /hr | $2,900.00 | |
| PJH | HRON, PATRICK J | 26.10 hrs @ | $250.00 /hr | $6,525.00 | |
| | Fee Recap Totals | 31.90 | | $9,425.00 | |

| EXPENSES | | Amount |
|---|---|---:|
| 02/19/20 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 03/11/20 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 04/15/20 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 04/30/20 | COPYING | 22.70 |
| | | $37.70 |

**BILLING SUMMARY:**

| | |
|---|---:|
| TOTAL FEES | $9,425.00 |
| TOTAL EXPENSES | $37.70 |

| 001300 | 01580 | | Invoice # 33893 | Page | 5 |
|---|---|---|---|---|---|
| | TOTAL FEES & EXPENSES | | $9,462.70 | | |
| | **TOTAL NOW DUE** | | **$9,462.70** | | |

## Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 02/03/20 | Patrick Hron | Review and respond to vendor re: uncashed and undeliverable check outreach campaign and recent compromises on appeal in DHEPDS. | 0.30 | $ 250.00 | $ 75.00 | |
| 02/05/20 | Patrick Hron | Various corresps. to vendor re: filing and granting of DMI JMOs (half time), Order from Court dismissing lawsuit and effect on HESI/TO Program (half time). | 0.20 | $ 250.00 | $ 50.00 | |
| 02/24/20 | Patrick Hron | Review vendor invoices, finalize drafting of motion and proposed order re: reimbursement of administrative costs for Old and New Class, and draft corresp. to parties re: same (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 03/09/20 | Patrick Hron | Confer BL re: HESI/TO Old/New Class administrative expenses, finalize motion and proposed order and exhibit re: same, file same with Court, and various corresps. re: same (half time); confer vendor, CA re: ongoing system issues. | 0.50 | $ 250.00 | $ 125.00 | |
| 03/10/20 | Patrick Hron | Various corresps. re: approval of administrative expense disbursement; various confers re: ongoing system issues (half time). | 0.20 | $ 250.00 | $ 50.00 | |
| 03/12/20 | Patrick Hron | Various corresps., confers with Vendor re: ongoing system issues affecting HESI/TO programs (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 03/13/20 | Patrick Hron | Various corresps., confers with vendor, court re: ongoing systems issues with HESI/TO programs and website language re: same (half time). | 0.20 | $ 250.00 | $ 50.00 | |
| 03/19/20 | Patrick Hron | Various corresps. re: inquiry re: Old Class payment timing following payment from DHEPDS. | 0.60 | $ 250.00 | $ 150.00 | |
| 03/23/20 | Patrick Hron | Various corresps. re: inquiry re: payment on Old Class claim following payment by DHEPDS. | 0.30 | $ 250.00 | $ 75.00 | |
| 04/20/20 | Patrick Hron | Various corresps. re: inquiry from counsel re: timing of Old Class payment. | 0.40 | $ 250.00 | $ 100.00 | |
| 04/23/20 | Patrick Hron | Various corresps. with vendor, confer with counsel re: inquiry re: Old Class payment timing; research inquiry from vendor re: Old Class claim status and corresp. re: same. | 0.90 | $ 250.00 | $ 225.00 | |
| 04/28/20 | Patrick Hron | Corresp. vendor re: inquiry re: DHEPDS compromised claims for Old Class payments. | 0.20 | $ 250.00 | $ 50.00 | |
| 04/29/20 | Patrick Hron | Various corresps. with vendor and review, edits re: HESI/TO status report (half time). | 0.30 | $ 250.00 | $ 75.00 | |
| 04/30/20 | Patrick Hron | Review inquiries from vendor re: Status Report re: Old and New Class claims without payment and potential eligibility of same, and corresp. vendor re: same (half time). | 0.60 | $ 250.00 | $ 150.00 | $ 1,325.00 |
| 02/05/20 | Robert Levine | Accumulate Time charges from staff invoices and prepare file for invoice | 1.25 | $ 175.00 | $ 218.75 | $ 218.75 |
| 02/05/20 | Patrick Juneau | REVIEW EMAILS RE: DISTRIBUTION OF FUNDS | 0.10 | $ 700.00 | $ 70.00 | |
| 02/06/20 | Patrick Juneau | CONFER HRON RE: DISTRIBUTION OF FUNDS | 0.10 | $ 700.00 | $ 70.00 | |
| 02/07/20 | Patrick Juneau | REVIEW EMAIL RE: REINVESTMENT OF FUNDS AT UBS | 0.10 | $ 700.00 | $ 70.00 | |
| 02/10/20 | Patrick Juneau | REVIEW EMAILS RE: REINVESTMENT OF FUNDS AT UBS | 0.10 | $ 700.00 | $ 140.00 | |
| 02/26/20 | Patrick Juneau | REVIEW EMAILS RE: DRAFT MOTION TO PAY QUARTERLY INVOICES | 0.10 | $ 700.00 | $ 140.00 | |
| 03/09/20 | Patrick Juneau | REVIEW FILED MOTION FOR AUTHORIZATION OF DISBURSEMENT OF CLASS ADMINISTRATIVE COSTS | 0.10 | $ 700.00 | $ 70.00 | |
| 03/10/20 | Patrick Juneau | REVIEW ORDER APPROVING DISBURSEMENT OF CLASS ADMINISTRATIVE COSTS | 0.10 | $ 700.00 | $ 70.00 | |
| 03/31/20 | Patrick Juneau | REVIEW EMAILS RE: UBS ACCOUNTS AND COMPLIANCE WITH SETTLEMENT AGREEMENT | 0.20 | $ 700.00 | $ 140.00 | |
| 04/01/20 | Patrick Juneau | REVIEW EMAILS RE: UBS FUNDS | 0.10 | $ 700.00 | $ 70.00 | |
| 04/06/20 | Patrick Juneau | REVIEW EMAILS RE: OLD CLASS DISTRIBUTIONS | 0.10 | $ 700.00 | $ 70.00 | $ 910.00 |

**Old Class HESI Invoice**   $ 1,128.75