# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br> **SECTION J** |
| | * * | **JUDGE BARBIER** |
| **This Document Relates To:** | * * | **MAGISTRATE JUDGE WILKINSON** |
| **ALL CASES IN THE B3 BUNDLE** | * * | |

## ORDER

**IT IS HEREBY ORDERED** that BP's Motion for Leave to File Reply to Plaintiffs' PTO 68 Show Cause Submissions in Excess of Page Limit (R.D. 26502) is **GRANTED**.

The Clerk of the Court is ordered to file BP's Reply to Plaintiffs' PTO 68 Show Cause Submissions into the record in the above captioned case.

New Orleans, Louisiana this 26th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE