## APPENDIX 1

### Six Plaintiffs Who Should Now Be Deemed Compliant With PTO 68

| Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|
| 19-cv-11667 | Burrus, John Mark | The Law Offices of Frank D'Amico, Jr. APLC |
| 17-cv-03152 | Dobbs, Terresa | Nexsen Pruet, LLC |
| 17-cv-02932 | Helmholtz, Michael Benjamin | N/A - Pro Se Plaintiff |
| 17-cv-03302 | Jaouhari, Hilal | Nexsen Pruet, LLC |
| 17-cv-04383 | Jones, Sammie | Nexsen Pruet, LLC |
| 17-cv-04583 | Simmons, Tony | Nexsen Pruet, LLC |

## APPENDIX 2

### Three Plaintiffs Whom The Court Required To Respond To
### The Show Cause Order But Failed To Make Any Show Cause Filing

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03681 | Burkett, Craig Michael | N/A - Pro Se Plaintiff | **Medical Disclosure Form:** Not Provided<br><br>**Medical Authorization:** Not Provided |
| 17-cv-03383 | Robin, Jr., Ricky R | Becnel Law Firm, LLC | **Medical Disclosure Form:** Not Provided<br><br>**Medical Authorization:** Not Provided |
| 16-cv-15259 | Watson, Esther Marie | N/A - Pro Se Plaintiff | **Medical Disclosure Form:** Not Provided<br><br>**Medical Authorization:** Not Provided |

## APPENDIX 3

### Three Plaintiffs Who Concede They
### Have Not Met The Requirements Of PTO 68

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03551 | McCall, Verda Mae | Nexsen Pruet, LLC | **Medical Disclosure Form:** Not Provided<br><br>**Medical Authorization:** Not Provided |
| 17-cv-04181 | Sketteno, Jr., Samuel | Nexsen Pruet, LLC | **Medical Disclosure Form:** Not Provided<br><br>**Medical Authorization:** Not Provided |
| 17-cv-04236 | Williams, Randy | Nexsen Pruet, LLC | **Medical Disclosure Form:** Not Provided<br><br>**Medical Authorization:** Not Provided |

**APPENDIX 4**

**25 Plaintiffs Who Responded To The Show Cause Order**
**But Still Have Not Provided Required PTO 68 Submissions**

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03019 | Allen, Chavis | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-03640 | Brimage, Iesha | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04437 | Britney, Micheln | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-03134 | Craig, Anthony | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04160 | Daniel, Dana | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-03957 | Edwards, Natasha Late | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-03195 | Fleming, James | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-03317 | Landry, Cy M. | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04422 | Manning, Anthony D. | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04429 | Martin, Tatasha | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04070 | McElroy, Alexis | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04475 | Pejic, Nenad | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04266 | Timmons, Frances | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04296 | Washington, Janet | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04632 | Williams, Angelinia | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04516 | Williams, Roy L. | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |
| 17-cv-04561 | Magee, Virdee | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided |

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| | | | **Medical Disclosure Form:** Not Provided |
| 17-cv-04561 | Magee, Whitney Burroughs | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided<br><br>**Medical Disclosure Form:** Not Provided |
| 17-cv-04561 | Magee, Xavier | Nexsen Pruet, LLC | **Medical Authorization:** Not Provided<br><br>**Medical Disclosure Form:** Not Provided |
| 17-cv-04310 | Davis, III, Luke | Nexsen Pruet, LLC | **Medical Authorization Form:** Not Provided<br><br>**Medical Disclosure Form Question 1 Deficiencies**: Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Awaiting Medical Records Since 2018**[1] |
| 17-cv-03270 | Hawthorne, Ayana F. | Nexsen Pruet, LLC | **Medical Authorization Form:** Not Provided<br><br>**Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Awaiting Medical Records Since 2018** |

---

[1] For the Court's convenience, attached hereto as Ex. F are the PTO 66 Particularized Statements of Claim and/or PTO 68 Medical Disclosure Forms for the plaintiffs on this Appendix with the following remaining deficiency categories: Inconsistencies With PTO 66 and Awaiting Medical Records Since 2018.

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03350 | Fetterhoff, Carol Lynn | Pro Se Plaintiff | **Medical Authorization:** Not Provided<br><br>**Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Date of Treatment Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing<br><br>**Inconsistencies With PTO 66** |
| 17-cv-03350 | Fetterhoff, Chayton Lee | Pro Se Plaintiff | **Medical Authorization:** Not Provided<br><br>**Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Inconsistencies With PTO 66** |
| 17-cv-03350 | Fetterhoff, Chelsea Lynn | Pro Se Plaintiff | **Medical Authorization:** Not Provided<br><br>**Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing<br><br>**Inconsistencies With PTO 66** |
| 17-cv-03199 | Louisiana Workers' Compensation Corporation | Johnson, Rahman & Thomas | **Medical Authorization:** Not Provided<br>**Medical Disclosure Form:** Not Provided |

**APPENDIX 5**

**12 Plaintiffs Who Responded To The Show Cause
Order But Have Untimely And Deficient PTO 68 Submissions**

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03368 | Baldo, Lisa Marie | Becnel Law Firm, LLC | **Other Deficiencies:** Untimely[1]; Production Inconsistent With PTO 68 Technical Specifications[2] |
| 17-cv-03372 | Bank, Ryan Clayton | Becnel Law Firm, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Med. Condition Incomplete/Missing <br><br> **Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |
| 17-cv-03323 | Benoit, Bernice Ann | Becnel Law Firm, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing <br><br> **Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |
| 17-cv-03328 | Benoit, Roy Paul | Becnel Law Firm, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing <br><br> **Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |

---

[1] The Becnel Plaintiffs submitted their PTO 68 disclosures for the first time on May 13, 2020, in connection with their Show Cause response. (*See* Becnel Resp., Rec. Doc. 26490.)

[2] Despite the Court's admonition in the Show Cause Order that "[f]ailure to comply with technical production specifications in the future may result in the plaintiff being deemed non-compliant and/or subject to a monetary or other sanction" (Rec. Doc. 26453, at 2), the Becnel Plaintiffs produced documents as simple PDFs in violation of PTO 68, *after* the Show Cause Order was entered.

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03366 | Brown, Michael Todd | Becnel Law Firm, LLC | **Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |
| 17-cv-03393 | Coco, III, Malcolm Alphonse | Becnel Law Firm, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Med. Condition Incomplete/Missing<br><br>**Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |
| 17-cv-03373 | Couture, Jr., Raymond | Becnel Law Firm, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Med. Condition Incomplete/Missing<br><br>**Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |
| 17-cv-03334 | Elrod, Aiden Connor | Becnel Law Firm, LLC | **Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |
| 17-cv-03331 | Elrod, Jarod Shane | Becnel Law Firm, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Med. Condition Incomplete/Missing; Date of Treatment Incomplete/Missing<br><br>**Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |
| 17-cv-03376 | Nehlig, Chris Emile (Decedent) | Becnel Law Firm, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03381 | Robin, III, Charles Raymond | Becnel Law Firm, LLC | **Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |
| 17-cv-03389 | Robin, Ricky Raymond | Becnel Law Firm, LLC | **Other Deficiencies:** Untimely; Production Inconsistent With PTO 68 Technical Specifications |

**APPENDIX 6**

**35 Plaintiffs Who Filed Show Cause Responses But Remain Noncompliant With PTO 68**

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 13-cv-01003 | Beachem, Cedric Taiwan | Falcon Law Firm | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 13-cv-01802 | DeAgano, Dereck Joseph | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Inconsistencies With PTO 66**[1] |
| 13-cv-01802 | DeAgano, Kimberly Ann Orr | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 17-cv-03044 | Berry, Justin Paul | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing; Reference to PTO 66 Insufficient |
| 17-cv-03281 | Hockaday, Jr., Edison W. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing; Reference to PTO 66 Insufficient |

---

[1] For the Court's convenience, attached hereto as Ex. G are the PTO 66 Particularized Statements of Claim and PTO 68 Medical Disclosure Forms for the plaintiffs in this Appendix with the following remaining deficiency categories: Inconsistencies with PTO 66; Awaiting Medical Records Since 2018; and Inconsistencies Across Multiple PTO 68 Submissions.

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03285 | Horne, Karem Maeola | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 17-cv-03312 | Jones, Charlene | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 17-cv-03315 | Higginbotham, Dorothy Clayton | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Diagnosis Incomplete/Missing<br><br>**Inconsistencies With PTO 66** |
| 17-cv-03325 | Lewis, Glenda M. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 17-cv-03341 | Bodiford, Thomas | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Symptoms Incomplete/Missing; Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Awaiting Medical Records Since 2018** |
| 17-cv-04155 | Chapman, Jr., Tabokka M. | Nexsen Preut, LLC | **Medical Authorization:** No Signature |

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03344 | Porter, Scott Alan | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing;<br><br>**Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing |
| 17-cv-03407 | Richardson, A'Donna | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Inconsistences Across Multiple PTO 68 Submissions** |
| 17-cv-03571 | Moore, III, Albert B. | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Inconsistences Across Multiple PTO 68 Submissions**<br><br>**Awaiting Medical Records Since 2018** |

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-03623 | White, Rashawn | Nexsen Pruet, LLC | **Medical Disclosure Form Question 2 Deficiencies:** Yes Chosen; Additional Information Missing<br><br>**Inconsistences Across Multiple PTO 68 Submissions**<br><br>**Awaiting Medical Records Since 2018** |
| 17-cv-03903 | Do, Yen | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Inconsistences Across Multiple PTO 68 Submissions** |
| 17-cv-03992 | Franichevich, Andrew John | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Awaiting Medical Records Since 2018** |
| 17-cv-04207 | Troxler, Jr., Clifford | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-04231 | Whittiker Jr., Timothy | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 17-cv-04263 | Sunseri, Anthony | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Awaiting Medical Records Since 2018** |
| 17-cv-04268 | Tolliver, Michael | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing |
| 17-cv-04304 | Riley, Darren | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Diagnosis Incomplete/Missing<br><br>**Awaiting Medical Records Since 2018** |
| 17-cv-04360 | Houser, Bruce | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 17-cv-04377 | Jones, Cynthia | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-04385 | Jones, Travis | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Awaiting Medical Records Since 2018** |
| 17-cv-04395 | Doom, Paul Raymond | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 17-cv-04482 | Pickett, George | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Inconsistencies With PTO 66**<br><br>**Inconsistences Across Multiple PTO 68 Submissions** |
| 17-cv-04513 | Roberts, Frances | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Inconsistencies With PTO 66**<br><br>**Inconsistences Across Multiple PTO 68 Submissions**<br><br>**Awaiting Medical Records Since 2018** |

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-04542 | Wellington, Jada | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Awaiting Medical Records Since 2018** |
| 17-cv-04557 | Paz, Cesar | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Inconsistences Across Multiple PTO 68 Submissions**<br><br>**Awaiting Medical Records Since 2018** |
| 17-cv-04566 | Stallworth, Beste | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing; Doctor/Healthcare Provider Incomplete/Missing<br><br>**Inconsistences Across Multiple PTO 68 Submissions**<br><br>**Awaiting Medical Records Since 2018** |
| 17-cv-04608 | Thomas, Carlos | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Awaiting Medical Records Since 2018** |

7

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 17-cv-04637 | Zayzay, Freddie | Nexsen Pruet, LLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 19-cv-11697 | Southern, Nathan Sean | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Inconsistencies With PTO 66** |
| 19-cv-11700 | Tripp, Thomas W. | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Doctor/Healthcare Provider Incomplete/Missing |

## APPENDIX 7

### 7 Plaintiffs Who Responded To PTO 68
### And Whose Submissions Warrant Further Consideration

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 19-cv-11664 | Bryant, James Winford | The Law Offices of Frank D'Amico, Jr. APLC | **Inconsistencies With PTO 66**[1] |
| 19-cv-11671 | Clopton, Johnnie Martin | The Law Offices of Frank D'Amico, Jr. APLC | **Inconsistencies With PTO 66** |
| 19-cv-11666 | Burke, Steven Boyce | The Law Offices of Frank D'Amico, Jr. APLC | **Inconsistencies With PTO 66** |
| 19-cv-11668 | Buskell, Baron | The Law Offices of Frank D'Amico, Jr. APLC | **Inconsistencies With PTO 66** |
| 19-cv-11686 | Jenkins, Henry Lee | The Law Offices of Frank D'Amico, Jr. APLC | **Inconsistencies With PTO 66** |
| 19-cv-11693 | Richardson, Willie L. | The Law Offices of Frank D'Amico, Jr. APLC | **Inconsistencies With PTO 66** |
| 19-cv-11691 | Murray, Max Martin | The Law Offices of Frank D'Amico, Jr. APLC | **Inconsistencies With PTO 66** |

---

[1] For the Court's convenience, attached hereto as Ex. H are the PTO 66 Particularized Statements of Claim and PTO 68 Medical Disclosure Forms for the plaintiffs in this Appendix with the remaining deficiency category: Inconsistencies With PTO 66.

As indicated in Section VII, footnote 9 of BP's Reply for the Court's convenience, BP lists here the four D'Amico Plaintiffs who have failed to comply with PTO 68 on grounds in addition to and other than their inconsistency with PTO 66 and are therefore also included in **Appendix 6**:

| Docket Number | Plaintiff | Plaintiff's Counsel | Remaining Deficiency |
|---|---|---|---|
| 13-cv-01802 | DeAgano, Dereck Joseph | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Inconsistencies With PTO 66** |
| 13-cv-01802 | DeAgano, Kimberly Ann Orr | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing |
| 19-cv-11697 | Southern, Nathan Sean | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Date of Treatment Incomplete/Missing; Date of Diagnosis Incomplete/Missing<br><br>**Inconsistencies With PTO 66** |
| 19-cv-11700 | Tripp, Thomas W. | The Law Offices of Frank D'Amico, Jr. APLC | **Medical Disclosure Form Question 1 Deficiencies:** Doctor/Healthcare Provider Incomplete/Missing |

**APPENDIX 8**

**Remaining Deficiency Descriptions**

**Medical Disclosure Form Deficiencies**

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Not Provided | Plaintiff failed to provide the Medical Disclosure Form. |
| Question 1: Med. Condition Incomplete/Missing | Plaintiff did not identify one or more medical conditions with specificity, but rather used broad descriptions, such as simply listing a body part. |
| Question 1: Date of Symptoms Incomplete/Missing | Plaintiff did not provide information identifying when symptoms of one or more of their medical conditions began. |
| Question 1: Date of Treatment Incomplete/Missing | Plaintiff (i) did not provide information identifying the date they first sought treatment for one or more of their medical conditions; (ii) provided vague or broad information such as identifying only the year for which they first sought treatment for one or more of their medical conditions; or (iii) listed "awaiting medical records" or other similar language for one or more of their conditions. |
| Question 1: Date of Diagnosis Incomplete/Missing | Plaintiff (i) did not provide information identifying the date they were first diagnosed with one or more of their medical conditions; (ii) provided vague or broad information such as identifying only the year for which they were first diagnosed with one or more of their medical conditions; or (iii) listed solely "awaiting medical records" or other similar language for one or more of their conditions. |

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Question 1: Doctor/Healthcare Provider Incomplete/Missing | Plaintiff (i) did not provide information identifying their doctor or healthcare provider for one or more of their medical conditions; or (ii) listed "awaiting medical records" or other similar language for one or more of their conditions. |
| Question 2: Yes Chosen; Additional Information Missing | Plaintiff indicated that the medical condition and/or injury persists today, but (i) failed to indicate whether they still receive treatment and, if so, from whom; or (ii) provided information regarding from whom they receive treatment that does not sufficiently identify the provider (*e.g.* "regional hospitals" and "unknown"). |
| Question 2: Reference to PTO 66 Insufficient | Plaintiff refers generally to their PTO 66 submission.  However, plaintiff's PTO 66 submission lists several healthcare providers as last seen as far back as 2011 and 2012.  In addition, plaintiff's PTO 66 submission does not show treatment dates after 2017.  This indicates that these healthcare providers are not currently treating plaintiff, and thus generally referring to PTO 66 does not respond sufficiently to Question 2. |

**Medical Authorization Deficiencies**

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Not Provided | Plaintiff failed to provide the Medical Authorization. |
| No Signature | Plaintiff's representative failed to sign on the appropriate line designated for representative authorization, and instead signed as plaintiff. |

**Other Deficiencies**

| Deficiency Reason | Deficiency Explanation |
|---|---|
| Untimely | Plaintiff failed to provide their disclosures to BP by the deadline set forth in PTO 68 and applicable amendments. |
| Inconsistencies Across Multiple PTO 68 Submissions | Plaintiff submitted multiple PTO 68 Medical Disclosure Forms that provide inconsistent or contradictory responses, including plaintiffs who changed their original responses from indicating that they did not seek medical treatment for a particular condition, to stating that plaintiff is in fact receiving medical treatment for the identified medical conditions and/or is awaiting medical records for that condition. |
| Inconsistencies With PTO 66 | Plaintiff submitted a PTO 68 Medical Disclosure Form that is inconsistent with or contradicts their prior sworn PTO 66 submissions, calling into question their compliance with PTO 66 and/or PTO 68.  For example, this category includes plaintiffs who identified new medical conditions or providers for the first time in response to PTO 68 that, based on the dates provided, should have been disclosed in response to PTO 66. |
| Awaiting Medical Records Since 2018 | Plaintiff indicated in their PTO 68 submissions that they are awaiting medical records they say are needed to provide the required information, but also indicated in their PTO 66 submissions in 2018 that they were waiting for medical records from the very same medical providers. |
| Production Inconsistent With PTO 68 Technical Specifications | Plaintiff's production did not comply with the technical production specifications of the First Amendment to PTO 68 (Rec. Doc. 26077).<br><br>BP did not apply this deficiency to any *pro se* Plaintiff. |