UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: No. 12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| Claimant ID 100243047, Claim ID 254194 | |

**DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT APPEAL NO. 20-30239**

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| N/A | 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # 1 DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # 2 Amended Economic and Property Damages Exhibit List Index, # 3 Exhibit 1A, # 4 Exhibit 1B, # 5 Exhibit 1C, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4A, # 9 Exhibit 4B, # 10 Exhibit 4C, # 11 Exhibit 4D, # 12 Exhibit 4E, # 13 Exhibit 5, # 14 Exhibit 6, # 15 Exhibit 7, # 16 Exhibit 8A, # 17 Exhibit 8B, # 18 Exhibit 8C, # 19 Exhibit 8D, # 20 Exhibit 8E, # 21 Exhibit 9, # 22 Exhibit 10, # 23 Exhibit 11A, # 24 Exhibit 11B, # 25 Exhibit 11C, # 26 Exhibit 12A, # 27 Exhibit 12B, # 28 Exhibit 12C, # 29 Exhibit 12D, # 30 Exhibit 13A, # 31 Exhibit 13B, # 32 Exhibit 14, # 33 Exhibit 15, # 34 Exhibit 16, # 35 Exhibit 17, # 36 Exhibit 18, # 37 Exhibit 19, # 38 Exhibit 20, # 39 Exhibit 21, # 40 Exhibit 22, # 41 Exhibit 23, # 42 Exhibit 24A, # 43 Exhibit 24B, # 44 Exhibit 25, # 45 Exhibit 26, # 46 Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg). (Entered: 05/03/2012) |

---

[1] "Attachment Number" refers to the number at which the referenced document appears as an attachment to these Designations of Record on Appeal. Documents that are already part of the MDL docket are not attached.

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| N/A | 2:10-md-2179 | 12055 | 12/24/2013 | ORDER Responding to Remand of Business Economic Loss Issues. With respect to the calculation of Variable Profit under Exhibit 4C, the Court finds that revenue must be matched with the variable expenses incurred by a claimant in conducting its business, and that does not necessarily coincide with when revenue and variable expenses are recorded. Accordingly, IT IS ORDERED that the matter is remanded to the Claims Administrator, Patrick A. Juneau, with instructions to adopt and implement an appropriate protocol or policy for handling BEL claims in which the claimant's financial records do not match revenue with corresponding variable expenses.<br>With respect to how causation is determined under the Settlement, the Court finds that BP is judicially estopped from arguing (1) that Exhibit 4B is not the exclusive means of determining whether a business economic loss is "as a result of" of the Deepwater Horizon Incident for purposes of the Settlement, including the Class Definition; (2) or that the Settlement contains, implicitly or explicitly, a causation requirement other than Exhibit 4B; (3) or that satisfying Exhibit 4B does not establish under the Settlement an irrebuttable presumption that a business' economic loss was "as |
| N/A | 2:10-md-2179 | 15643 | 12/8/2015 | ORDER Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations as set forth in document. Signed by Judge Carl Barbier on 12/8/15. (Attachments: # 1 Rules Governing Discretionary Court Review of Appeal Determinations, # 2 Index of Relevant |
| N/A | 2:10-md-2179 | 21880 | 11/07/2016 | **DEFICIENT** MOTION for Settlement for Aid in Consummation of Settlement Agreement by Plaintiff Boh Bros. Construction Co., L.L.C. (Attachments: # 1 Exhibit A)(Reference: 12-970)(Kingsmill, Marguerite) Modified on 11/8/2016 (gec). (Entered: 11/07/2016) |
| N/A | 2:10-md-2179 | 22000 | 12/15/2016 | MOTION for Hearing re 21880 MOTION for Settlement for Aid in Consummation of Settlement Agreement (Motion for Status Conference) by Plaintiff. (Attachments: # 1 Exhibit)(Reference: 12-970)(Kingsmill, Marguerite) (Entered: 12/15/2016) |
| N/A | 2:10-md-2179 | 22308 | 2/23/2017 | SEALED ORDER (Reference: 10md2179)(sek) (Entered: 02/23/2017) |
| N/A | 2:10-md-2179 | 22390 | 3/17/2017 | ORDER Regarding Claims in the Economic Settlement that Are Subject to Moratoria Hold. It is ORDERED that any Claimant who has received a notice from the Settlement Program that his, her, or its claim is subject to a "Moratoria Hold" and that claim has not been resolved by March 25, |

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| | | | | 2017, shall have the option to exclude ("Opt Out") that claim from the Settlement Program and proceed in litigation. Claimants who wish to avail themselves of this option must properly complete and submit the attached Opt-Out Form (Exhibit A to this Order) no later than April 24, 2017. It is FURTHER ORDERED that any Claimant who elects to Opt Out a claim pursuant to this Order and has not previously filed an individual complaint and complied with Pretrial Order No. 60 must file an individual complaint (one per plaintiff) and Sworn Statement that substantially complies with the requirements of Pretrial Order No. 60 (10-md-2179, Rec. Doc. 16050) by no later than June 23, 2017. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A)(Reference: 12-970)(gec) (Entered: 03/17/2017) |
| N/A | 2:10-md-2179 | 22698 | 4/13/2017 | MOTION for Settlement to Confirm its Settlement Rights as a BEL Claimant and Clarify, Alter or Amend the March 17, 2017 Order Accordingly by Plaintiff Boh Bros. Construction Company, L.L.C. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Notice of Submission)(Reference: 12-970)(Kingsmill, Marguerite) Modified on 4/13/2017 (gec). (Entered: 04/13/2017) |
| N/A | 2:10-md-2179 | 22719 | 4/13/2017 | Consent and Joinder in Boh Bros.' Motion to Confirm its Settlement Rights as a BEL Claimant and Clarify, Alter or Amend the March 17, 2017 Order by Turner Industries Group, L.L.C. (Reference: 12-970)(Arnold, Ashley) Modified on 4/14/2017 (gec). (Entered: 04/13/2017) |
| N/A | 2:10-md-2179 | 22751 | 4/19/2017 | MEMORANDUM filed by Members of the Economic & Property Damages Settlement Class re 22698 MOTION for Settlement to Confirm its Settlement Rights as a BEL Claimant and Clarify, Alter or Amend the March 17, 2017 Order Accordingly . (Reference: 12-970)(Herman, Stephen) Modified on 4/20/2017 (gec). (Entered: 04/19/2017) |
| N/A | 2:10-md-2179 | 22755 | 4/20/2017 | MOTION to Confirm Settlement Rights as a BEL Claimant by Turner Industries Group, LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit |
| N/A | 2:10-md-2179 | 22756 | 4/21/2017 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 22698 MOTION for Settlement to Confirm its Settlement Rights as a BEL Claimant and Clarify, Alter or Amend the March 17, 2017 Order Accordingly . (Reference: 12-970)(Haycraft, Don) (Entered: 04/21/2017) |

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| N/A | 2:10-md-2179 | 22757 | 4/22/2017 | EXPARTE MOTION for Leave to File Reply Memorandum by Boh Bros. by Plaintiff. (Attachments: # 1 Proposed Pleading)(Reference: No. 12-970)(Kingsmill, Marguerite) (Main Document 22757 replaced on 4/24/2017) (mmm). (Additional attachment(s) added on 4/24/2017: # 2 Proposed Order) (mmm). Modified on 4/24/2017 (mmm). (Entered: 04/22/2017) |
| N/A | 2:10-md-2179 | 23827 | 1/12/2018 | Fifth MOTION for Aid in Consummation of Settlement Agreement, Status Conference and Related Relief by Plaintiff Boh Bros. Construction Company, L.L.C. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 12-970)(Kingsmill, Marguerite) Modified on 1/16/2018 (gec). (Entered: 01/12/2018) |
| N/A | 2:10-md-2179 | 23597 | 11/2/2017 | MOTION to Compel the Claims Administrator to Process Claim by Claimant No. 100115532. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 12-970)(Lundy, Matthew) Modified on 11/3/2017 (gec). (Entered: 11/02/2017) |
| N/A | 2:10-md-2179 | 23726 | 12/1/2017 | MOTION to Compel the Claims Administrator to Process Claims by Claimant IDs 100036154 and 100036101. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Proposed Order)(Reference: 12-970)(Franco, David) Modified on 12/4/2017 (gec). (Entered: 12/01/2017) |
| N/A | 2:10-md-2179 | 23851 | 1/25/2018 | DEFICIENT: Supplemental Memorandum filed by Turner Industries Group, L.L.C., in support of 22755 MOTION to Confirm Settlement Rights as a BEL Claimant or for a Status Conference. (Attachments: # 1 Exhibit A - Executed Affidavits)(Reference: 12-970)(Miller, Kerry) Modified on 1/26/2018 (cg). (Entered: 01/25/2018) |
| N/A | 2:10-md-2179 | 23854 | 1/26/2018 | EXPARTE/CONSENT Second MOTION For Confirmation of Settlement Rights as a Bel Claimant or Status Conference by Turner Industries Group, L.L.C. by Defendant. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Executed Affidavits, # 3 Proposed Order)(Reference: 12-970)(Miller, Kerry) (Entered: 01/26/2018) |
| N/A | 2:10-md-2179 | 24945 | 10/3/2018 | ORDER - Regarding Remaining Claims in the Economic and Property Damages Settlement that Are Subject to Moratoria Hold as stated herein. Signed by Judge Carl Barbier on 10/3/2018.(Reference: 12-970)(cg) (Entered: 10/03/2018) |

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| N/A | 2:10-md-2179 | 24951 | 10/4/2018 | ORDER denying as moot 11156 Motion ; 11541 Motion for Leave to File; 11542 Motion to Seal; 22196 Motion ; 22755 Motion ; 23490 Motion ; 23726 Motion to Compel; 23854 Motion. To the extent the above motions pertain to claims that were not on Moratoria Hold as of October 3, 2018 (e.g., because the claimant previously reached a settlement with the Court-appointed Neutrals or the Claims Administrator previously lifted the Moratoria Hold on that claim), those motions are MOOT. Signed by Judge Carl Barbier on 10/4/2018. (Reference: 12-970)(cg) (Entered: 10/04/2018) |
| N/A | 2:10-md-2179 | 25054 | 10/12/2018 | **STRICKEN PER ORDER FILED AT 26354** MOTION to Amend/Correct 24945 Order by Claimant ID 100243047. (Attachments: # 1 Memorandum in Support # 2 Exhibit 1 - 2017-06-07 Letter from R&H (Doc ID 20715108), # 3 Exhibit 2 - 2018-03-27 Letter from R&H (Doc ID 20970271), # 4 Exhibit 3 - 2018-04-12 Email from Settlement Program, # 5 Exhibit 4 - 2018-06-18 Email from Settlement Program, # 6 Exhibit 5 - 2018-10-01 Letter from R&H (Doc ID 20991298), # 7 Exhibit 6 - 2018-10-04 Email from Settlement Program, # 8 Exhibit 7 - 2018-10-08 Email from Settlement Program)(Reference: 12-970)(Willis, Jeffrey) Modified referral and text on 10/15/2018 (cg). Modified on 3/2/2020 (ko). (Entered: 10/12/2018) |
| N/A | 2:10-md-2179 | 25363 | 2/1/2019 | ORDER - For these reasons herein, IT IS ORDERED that all claims asserted in the following cases are DISMISSED WITH PREJUDICE: Lott Ship Agency, Inc. (18-cv-11046); Turbo Pump Services, Inc. (18-cv-11118); Don Cobb/Turn Right Tools, LLC (18-cv-10616); Michael Medine, Jr./Action Oilfield Service, Inc. (18-cv-10888); Michael Medine, Jr./Contract Gaugers, Inc. (18-cv-10890); Michael Medine, Jr./Shelby Gaudet Contractors, Inc. (18-cv-10891); Mark Roussel/Pelichem Industrial Cleaning Services, LLC (18-cv-10959). The Clerk of Court shall CLOSE these cases. Signed by Judge Carl Barbier on 2/1/2019.(Reference: 18-10616, 18-10888, 18-10890, 18-10891, 18-10959, 18-11046, 18-11118)(cg) (Entered: 02/01/2019) |
| N/A | 2:10-md-2179 | 26144 | 12/12/2019 | EXPARTE/CONSENT MOTION to Seal BPs Motion to Strike Claimant ID 100243047s Motion to Clarify, Alter, or Amend the Courts October 3, 2018, Order by Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Reid, Devin) (Entered: 12/12/2019) |

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| N/A | 2:10-md-2179 | 26145 | 12/16/2019 | ORDER denying 26144 Motion to Seal. BP may file its Motion to Strike in the public record for reasons stated herein. Signed by Judge Carl Barbier on 12/16/2019. (Reference: 12-970 Claimant ID 100243047)(cg) (Entered: 12/16/2019) |
| N/A | 2:10-md-2179 | 26153 | 12/20/2019 | MOTION to Strike 25054 MOTION to Amend/Correct 24945 Order by Defendants BP Exploration & Production, Inc., BP America Production Company, BP p.l.c. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit)(Reference: 12-970)(Reid, Devin) (Entered: 12/20/2019) |
| N/A | 2:10-md-2179 | 26171 | 1/3/2020 | ORDER regarding 26153 MOTION to Strike. IT IS ORDERED that any response to BP's Motion to Strike (Rec. Doc. 26153) shall be filed no later than Friday, January 31, 2020. Any reply shall be filed by no later than Friday, February 7, 2020, after which the motion will be considered on the briefs. Signed by Judge Carl Barbier on 1/3/2020.(Reference: 12-970 Claimant ID 100243047)(cg) (Entered: 01/03/2020) |
| N/A | 2:10-md-2179 | 26229 | 1/31/2020 | RESPONSE/MEMORANDUM in Opposition filed by Claimant 100243047 re 26153 MOTION to Strike 25054 MOTION to Amend/Correct 24945 Order. (Attachments: # 1 Exhibit A - Declaration of Marietta Edmunds Zakas, # 2 Exhibit B - Declaration of Lori Browne)(Reference: 12-970)(Willis, Jeffrey) (Entered: 01/31/2020) |
| N/A | 2:10-md-2179 | 26300 | 2/7/2020 | REPLY to Response to Motion filed by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. re 26153 MOTION to Strike 25054 MOTION to Amend/Correct 24945 Order. (Reference: 12-cv-970)(Reid, Devin) (Entered: 02/07/2020) |
| N/A | 2:10-md-2179 | 26327 | 2/12/2020 | MOTION for Leave to File by Claimant 100243047. (Attachments: # 1 Proposed Surreply Brief)(Reference: 12-970)(Willis, Jeffrey) (Entered: 02/12/2020) |
| N/A | 2:10-md-2179 | 26328 | 2/13/2020 | EXPARTE/CONSENT MOTION for Leave to File Response to Claimant's Sur-Reply Brief in Support of BP's Motion to Strike Claimant ID 100243047's "Motion to Clarify, Alter, or Amend the Court's October 3, 2018 Order" by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: 12-970)(Reid, Devin) (Entered: 02/13/2020) |

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| N/A | 2:10-md-2179 | 26332 | 2/19/2020 | ORDER granting 26327 Motion for Leave to File Reply; granting 26328 Motion for Leave to File Reply. Signed by Judge Carl Barbier on 2/19/2020. (Reference: 12-970)(cg) (Entered: 02/19/2020) |
| N/A | 2:10-md-2179 | 26333 | 2/19/2020 | REPLY to Response to Motion filed by Claimant ID 100243047 re 26153 MOTION to Strike 25054 MOTION to Amend/Correct 24945 Order. (Reference: 12-970)(cg) (Entered: 02/19/2020) |
| N/A | 2:10-md-2179 | 26334 | 2/19/2020 | SUR-REPLY to Response to Motion filed by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. re 26153 MOTION to Strike 25054 MOTION to Amend/Correct 24945 Order. (Reference: 12-970)(cg) (Entered: 02/19/2020) |
| N/A | 2:10-md-2179 | 26354 | 3/2/2020 | ORDER AND REASONS granting 26153 Motion to Strike. FURTHER ORDERED that 25054 Mueller Water's Motion to Clarify, Alter, or Amend the Court's Moratoria Hold Order is struck and denied. Signed by Judge Carl Barbier on 3/2/2020. (Reference: 12-970)(ko) (Entered: 03/02/2020) |
| N/A | 2:10-md-2179 | 26434 | 3/30/2020 | DEFICIENT: MOTION for Reconsideration re 26354 Order on Motion to Amend/Correct, Order on Motion to Strike by Claimant ID 100243047 [ip]. (Reference: 12-970)(Willis, Jeffrey) Modified referral on 3/31/2020 (cg). (Entered: 03/30/2020) |
| N/A | 2:10-md-2179 | 26435 | 3/31/2020 | MOTION for Reconsideration re 26354 Order on Motion to Amend/Correct, Order on Motion to Strike by Claimant ID 100243047 [ip]. (Attachments: # 1 Memorandum in Support(Reference: 12-970)(Willis, Jeffrey) Modified text on 3/31/2020 (cg). (Entered: 03/31/2020) |
| N/A | 2:10-md-2179 | 26437 | 4/1/2020 | NOTICE OF APPEAL by Claimant ID 100243047 [ip] as to 26354 Order on Motion to Amend/Correct,, Order on Motion to Strike, 24945 Order. (Filing fee $ 505, receipt number ALAEDC- 8243647.) (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: 12-970)(Willis, Jeffrey) (Entered: 04/01/2020) |
| N/A | 2:10-md-2179 | 26489 | 5/13/2020 | AMENDED NOTICE OF APPEAL by Claimant 100243047 (Attachments: # 1 Exhibit A - March 2, 2020 Order, # 2 Exhibit B - April 13, 2020 Order, # 3 Exhibit C - October 3, 2018 Order)(Reference: 12-970)(Willis, Jeffrey) (Entered: 05/13/2020) |
| 1 | Claimant ID 100243047 / Claim ID 254194 | 12750749 | 10/28/2013 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant |

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| 2 | Claimant ID 100243047 / Claim ID 254194 | 12750756 | 10/28/2013 | Registration Form |
| 3 | Claimant ID 100243047 / Claim ID 254194 | 12751951 | 10/28/2013 | Articles of Incorporation/Business Formation Documents |
| 4 | Claimant ID 100243047 / Claim ID 254194 | 12751963 | 10/28/2013 | Articles of Incorporation/Business Formation Documents |
| 5 | Claimant ID 100243047 / Claim ID 254194 | 12751983 | 10/28/2013 | Articles of Incorporation/Business Formation Documents |
| 6 | Claimant ID 100243047 / Claim ID 254194 | 12751997 | 10/28/2013 | Articles of Incorporation/Business Formation Documents |
| 7 | Claimant ID 100243047 / Claim ID 254194 | 12752004 | 10/28/2013 | Articles of Incorporation/Business Formation Documents |
| 8 | Claimant ID 100243047 / Claim ID 254194 | 12752020 | 10/28/2013 | Supporting Document |
| 9 | Claimant ID 100243047 / Claim ID 254194 | 12752084 | 10/28/2013 | Supporting Document |
| 10 | Claimant ID 100243047 / Claim ID 254194 | 12910015 | 10/28/2013 | 2007 Federal Corporate Income Return Form 1120 |
| 11 | Claimant ID 100243047 / Claim ID 254194 | 12910212 | 10/28/2013 | 2008 Federal Corporate Income Return Form 1120 |
| 12 | Claimant ID 100243047 / Claim ID 254194 | 12752220 | 10/28/2013 | 2009 Federal Corporate Income Return Form 1120 |
| 13 | Claimant ID 100243047 / Claim ID 254194 | 12910794 | 10/28/2013 | 2010 Federal Corporate Income Return Form 1120 |
| 14 | Claimant ID 100243047 / Claim ID 254194 | 12752512 | 10/28/2013 | 2011 Federal Corporate Income Return Form 1120 |
| 15 | Claimant ID 100243047 / Claim ID 254194 | 12752564 | 10/28/2013 | Other Tax Document |
| 16 | Claimant ID 100243047 / Claim ID 254194 | 12752605 | 10/28/2013 | SWS-38 - Claimant Accounting Support Sworn Written Statement |
| 17 | Claimant ID 100243047 / Claim ID 254194 | 12752727 | 10/28/2013 | Claims Preparation—Contract or Fee Agreement |
| 18 | Claimant ID 100243047 / Claim ID 254194 | 12752751 | 10/28/2013 | Form W-9 |
| 19 | Claimant ID 100243047 / Claim ID 254194 | 12752757 | 10/28/2013 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) |

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| 20 | Claimant ID 100243047 / Claim ID 254194 | 12752762 | 10/28/2013 | 2007 Financial - Income Statements / Profit & Loss (Claim ID: 254194 ) |
| 21 | Claimant ID 100243047 / Claim ID 254194 | 12911787 | 10/28/2013 | 2008 Financial - Income Statements / Profit & Loss (Claim ID: 254194 ) |
| 22 | Claimant ID 100243047 / Claim ID 254194 | 12911799 | 10/28/2013 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 254194 ) |
| 23 | Claimant ID 100243047 / Claim ID 254194 | 12911812 | 10/28/2013 | 2010 Financial - Income Statements / Profit & Loss (Claim ID: 254194 ) |
| 24 | Claimant ID 100243047 / Claim ID 254194 | 12911828 | 10/28/2013 | 2011 Financial - Income Statements / Profit & Loss (Claim ID: 254194 ) |
| 25 | Claimant ID 100243047 / Claim ID 254194 | 12754385 | 10/28/2013 | Business Economic Loss Claim Form (Purple Form) (Claim ID 254194) |
| 26 | Claimant ID 100243047 / Claim ID 254194 | 14922904 | 7/23/2014 | Preliminary Notice Regarding Moratoria Loss Review (Claim ID 254194) |
| 27 | Claimant ID 100243047 / Claim ID 254194 | 15333952 | 10/8/2014 | CLAIMANT: Claimant Accounting Support Invoice |
| 28 | Claimant ID 100243047 / Claim ID 254194 | 17452844 | 7/23/2015 | CLAIMANT: Claimant Accounting Support Invoice |
| 29 | Claimant ID 100243047 / Claim ID 254194 | 20715108 | 6/7/2017 | CLAIMANT: Correspondence from Claimant's Counsel |
| 30 | Claimant ID 100243047 / Claim ID 254194 | 20970271 | 3/28/2018 | CLAIMANT: Correspondence from Claimant's Counsel |
| 31 | Claimant ID 100243047 / Claim ID 254194 | 20991298 | 10/1/2018 | CLAIMANT: Correspondence from Claimant's Counsel |
| 32 | Claimant ID 100243047 / Claim ID 254194 | 20991546 | 10/6/2018 | 10/3/18 Court Order Excluding Moratoria Claims |
| 33 | | | | Appeal Panel Decision 2015-1335 |
| 34 | | | | Appeal Panel Decision 2016-402 |
| 35 | | | | Appeal Panel Decision 2016-609 |
| 36 | | | | Appeal Panel Decision 2016-831 |
| 37 | | | | Appeal Panel Decision 2016-1008 |
| 38 | | | | Appeal Panel Decision 2017-121 |
| 39 | | | | Appeal Panel Decision 2017-605 |
| 40 | | | | Appeal Panel Decision 2017-1212 |
| 41 | | | | Appeal Panel Decision 2017-1444 |
| 42 | | | | Appeal Panel Decision 2017-1491 |
| 43 | | | | Appeal Panel Decision 2017-1788 |
| 44 | | | | Appeal Panel Decision 2017-1913 |
| 45 | | | | Appeal Panel Decision 2017-2808 |
| 46 | | | | Appeal Panel Decision 2017-3728 |

| Attachment Number[1] | Case Number | Document Number | Date Filed | Name of Document |
|---|---|---|---|---|
| 47 | | | | Appeal Panel Decision 2017-3864 |
| 48 | | | | Appeal Panel Decision 2017-3987 |
| 49 | | | | Appeal Panel Decision 2017-4161 |
| 50 | | | | Appeal Panel Decision 2018-365 |
| 51 | | | | Appeal Panel Decision 2018-810 |
| 52 | | | | Discretionary Review Decision 2014-250 |
| 53 | | | | Discretionary Review Decision 2015-1094 |
| 54 | | | | Discretionary Review Decision 2016-1699 |
| 55 | | | | Policy 304 |
| 56 | | | | Policy 467 |
| 57 | | | | Policy 469 v.1 |
| 58 | | | | Policy 469 v.2 |
| 59 | | | | 2008 Employment Agreement between Raymond Torok and Mueller Water Products, Inc., https://www.sec.gov/Archives/edgar/data/1350593/000119312508206569/dex992.htm |
| 60 | | | | 2010 Employment Agreement between Paul Ciolino and Mueller Water Products, Inc., https://www.sec.gov/Archives/edgar/data/1350593/000119312510183106/dex1020.htm |
| 61 | | | | Claim Forms and Instruction Booklets, http://www.deepwaterhorizoneconomicsettlement.com/claim.php |
| 62 | | | | Form SSN-4, http://www.deepwaterhorizoneconomicsettlement.com/docs/sworn_statements/BROWNGREER_417404_v2_Request_for_Update_to_Tax_ID_and_Name_Form.pdf |
| 63 | | | | Sworn Written Statements and Authorizations, http://www.deepwaterhorizoneconomicsettlement.com/statements.php |

Respectfully submitted, this 26th day of May 2020.

                                                */s/ Jeffrey W. Willis*
Jeffrey W. Willis
Georgia Bar No. 766575
Michael L. Eber
Georgia Bar No. 859338
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1604
Telephone:  (404) 522-4700
Facsimile:  (404) 525-2224
Email: jwillis@rh-law.com

Counsel for Claimant ID 100243047

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I filed and served this by Lexis/Nexis File & Serve and through this DESIGNATIONS OF RECORD ON APPEAL IN FIFTH CIRCUIT APPEAL NO. 20-30239 Court's CM/ECF Filing System with the Clerk of Court of the United States District Court for the Eastern District of Louisiana thereby effecting service on all counsel of record.

*/s/ Jeffrey W. Willis*
Jeffrey W. Willis
Georgia Bar No. 766575
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1604
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
Email: jwillis@rh-law.com

*Counsel for Claimant ID 100243047*