Nancy L. Worley
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Nancy L. Worley, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

as appears on file and of record in this office, the pages hereto attached, contain a true, accurate and literal copy of articles of organization of United States Pipe and Foundry Company, LLC, as received and filed in the office of the Secretary of State of Alabama on September 23, 2005, showing the date of organization as September 23, 2005, the date said instrument was filed in the Judge of Probate of Jefferson County.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.
10/28/05

Date

*Nancy L. Worley*

Nancy L. Worley                              Secretary of State

2 0 0 5 1 3 / 1 1 5 7

# ARTICLES OF ORGANIZATION
# OF
# UNITED STATES PIPE AND FOUNDRY COMPANY, LLC

# 469116

September 23, 2005

Pursuant to the provisions of the Alabama Limited Liability Company Act and the Alabama Business Entities Conversion and Merger Act, the undersigned hereby adopts the following Articles of Organization.

ARTICLE I. The name of the limited liability company is United States Pipe and Foundry Company, LLC (the "Company").

ARTICLE II. The former name of the Company was United States Pipe and Foundry Company, Inc., a domestic, for-profit corporation duly organized and existing under the laws of the State of Alabama (the "Corporation"). The Corporation was converted to the Company pursuant to the Alabama Business Entities Conversion and Merger Act. The Corporation filed its original Articles of Incorporation with the Probate Judge of Jefferson County, Alabama on May 16, 1996. The Corporation filed its Articles of Dissolution with the Probate Judge of Jefferson County, Alabama on September 23, 2005.

ARTICLE III. The sole stockholder of the Corporation approved the conversion of the Corporation to the Company on September 23, 2005, pursuant to Section 10-15-3(a)(1) of the Alabama Business Entities Conversion and Merger Act.

ARTICLE IV. The duration of the Company is perpetual.

ARTICLE V. The purpose of the Company is to engage in any lawful act or activity for which limited liability companies may be organized under the Alabama Limited Liability Act.

ARTICLE VI. The registered office of the Company shall be located at 1819 Fifth Avenue North, Birmingham, Alabama 35203 and the name of the registered agent at that office shall be Frederic L. Smith.

ARTICLE VII. The sole member of the Company is Mueller Holding Company, Inc., located at 4211 W. Boy Scout Blvd., Tampa, Florida 33607.

ARTICLE VIII. The initial managers of the Company shall be Joseph Troy and Victor Patrick, and the mailing address of each manager is P.O. Box 10406, Birmingham, Alabama 35202.

RECEIVED
SEP 23 2005
SECRETARY OF STATE

1/1376546.2

ARTICLE IX. The sole member shall have the right to admit additional members of the Company in accordance with the Operating Agreement of the Company.

ARTICLE X. The cessation of membership of the last remaining member of the Company will result in the dissolution of the Company, unless (i) the holders of all the financial rights in the Company agree in writing, within ninety (90) days after the cessation of membership of the last member, to continue the legal existence of the Company and to appoint one or more new members of the Company, as permitted pursuant to Section 10-12-37(3) of the Act, or (ii) the legal existence and business of the Company is continued and one or more new members are admitted as a member or members of the Company.

ARTICLE XI. The regulation of the internal affairs of the Company shall be governed by the Operating Agreement of the Company, as it may be amended from time to time.

[Rest of page intentionally left blank]

IN WITNESS WHEREOF, the undersigned, as the sole member of the Company, has executed these Articles of Organization as of the date first set forth above.

                    MUELLER HOLDING COMPANY, INC.

By: _____
      Name: Joseph J. Troy
      Title: President

State of Alabama - Jefferson County
I certify this instrument filed on:
2005 SEP 23 11:30:51:25 AM
Recorded and $             Mtg. Tax
                  Deed Tax and Fee Amt.
and $ 36.00   Total $   36.00
$     MARK GAINES, Judge of Probate

200513/1157

1/1376546.2

State of Alabama
Jefferson County

I, the Undersigned, as Judge of Probate in and for said County, in said State, hereby certify that the foregoing is a full, true and correct copy of the instrument with the filing of same as appears of record in this office in vol. 200513 page 1157

Given under my hand and official seal, this the 23 day of Sept, 2005

Mark Gaines
Judge of Probate