
# Delaware
## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "MUELLER GROUP, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "MUELLER GROUP, INC." TO "MUELLER GROUP, LLC", FILED IN THIS OFFICE ON THE THIRD DAY OF OCTOBER, A.D. 2005, AT 11:37 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



3067786   8100V

050806732

Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 4198695

DATE: 10-03-05



# Delaware
## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "MUELLER GROUP, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "MUELLER GROUP, INC." TO "MUELLER GROUP, LLC", FILED IN THIS OFFICE ON THE THIRD DAY OF OCTOBER, A.D. 2005, AT 11:37 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



3067786   8100V

050806732

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 4198695

DATE: 10-03-05



PAGE  2

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "MUELLER GROUP, LLC" FILED IN THIS OFFICE ON THE THIRD DAY OF OCTOBER, A.D. 2005, AT 11:37 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



3067786  8100V

050806732

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 4198695

DATE: 10-03-05

CERTIFICATE OF CONVERSION TO LIMITED LIABILITY COMPANY
OF
MUELLER GROUP, INC.

October 3, 2005

This Certificate of Conversion to Limited Liability Company (the "Certificate of Conversion") is duly executed and filed by Mueller Group, Inc., a Delaware corporation (the "Corporation"), to convert the Corporation to the LLC, under the Delaware Limited Liability Company Act (6 Del. C. § 18-101, et seq.) and the Delaware General Corporation Law (8 Del. C. § 101, et seq.) (the "DGCL").

1. The name of the Corporation immediately prior to the filing of this Certificate of Conversion was Mueller Group, Inc.

2. The Corporation filed its original certificate of incorporation with the Secretary of State of the State of Delaware and was incorporated on July 15, 1999, and was a corporation incorporated in the State of Delaware immediately prior to the filing of this Certificate of Conversion.

3. The name of the LLC into which the Corporation is to be converted as set forth in its Certificate of Formation is Mueller Group, LLC.

4. The conversion of the Corporation to the LLC has been approved in accordance with the provisions of Section 266 of the DGCL.

[Rest of page intentionally left blank]

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 11:42 AM 10/03/2005*
*FILED 11:37 AM 10/03/2005*
*SRV 050806732 - 3067786 FILE*

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Conversion as of the date first written above.

MUELLER GROUP, INC.

By: *[signature]*

Name: Miles C. Dearden, III
Title: Vice President

[MG Certificate of Conversion]

CERTIFICATE OF FORMATION
OF
MUELLER GROUP, LLC

October 3, 2005

The undersigned is executing this Certificate of Formation to form a limited liability company pursuant to the Delaware Limited Liability Company Act, 6 Del. C. §§ 18-101 et seq.

1. The name of the limited liability company is Mueller Group, LLC.

2. The registered office of the Company shall be located at c/o Corporation Service Company, 2711 Centerville Road, Suite 400, City of Wilmington, County of New Castle, Delaware 19808.

3. The name and address of the registered agent of the Company for service of process in the State of Delaware shall be Corporation Service Company, 2711 Centerville Road, Suite 400, City of Wilmington, County of New Castle, Delaware 19808.

[Rest of page intentionally left blank]

043235-0058-08292-NY01.2512638.9

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:42 AM 10/03/2005
FILED 11:37 AM 10/03/2005
SRV 050806732 - 3067786 FILE

IN WITNESS WHEREOF, this Certificate of Formation has been executed as of the date first set forth above.

Name: Joseph J. Troy
Title: An AUthorized Person

[MG Certificate of Formation]