# OFFICERS AND DIRECTORS OF
# MUELLER WATER PRODUCTS, INC.

**Officer Name:** | **Title**
--- | ---
Gregory E. Hyland | Chairman of the Board, President and Chief Executive Officer
Evan L. Hart | Senior Vice President and Chief Financial Officer
Keith L. Belknap | Senior Vice President, General Counsel, Chief Compliance Officer and Corporate Secretary
Robert D. Dunn | Senior Vice President, Human Resources
Robert P. Keefe | Senior Vice President and Chief Technology Officer
Marietta Edmunds Zakas | Senior Vice President, Strategy, Corporate Development & Communications
Thomas E. Fish | President, Anvil
Gregory S. Rogowski | President, Mueller Co
Kevin G. McHugh | Vice President and Controller
Steven Mead | Vice President, Compensation & Benefits
Gary Wilbanks | Vice President, Corporate Tax
Greg Hollod | Vice President, Environment, Health and Safety
Michelle Cunningham | Senior Director, Treasury Operations and Treasurer
Nancy Bourne | Director, Risk Management and Assistant Treasurer
Kevin Maxwell | Senior Counsel, Securities and M&A and Assistant Secretary
Kristi Crawford | Senior Paralegal and Assistant Secretary

**Directors:**
Gregory E. Hyland
Howard L. Clark
Shirley C. Franklin
Thomas J. Hansen
Jerry W. Kolb
Joseph B. Leonard
Mark J. O'Brien
Bernard G. Rethore
Neil A. Springer
Lydia W. Thomas
Michael T. Tokarz

Doc. No. 12380

## OFFICERS AND SOLE MEMBER
## MUELLER GROUP, LLC

| **Officer Name:** | **Title** |
|---|---|
| Gregory E. Hyland | Chief Executive Officer |
| Gregory S. Rogowski | President |
| Evan L. Hart | Senior Vice President and Chief Financial Officer |
| Keith L. Belknap | Senior Vice President, General Counsel and Corporate Secretary |
| Kevin G. McHugh | Vice President |
| Gary Wilbanks | Vice President |
| Chad Mize | Vice President and Controller |
| John Van Gerwen | Vice President, Operations |
| Steve Mead | Vice President, Compensation & Benefits |
| Michelle Cunningham | Treasurer |
| Nancy Bourne | Assistant Treasurer |
| Kevin Maxwell | Assistant Secretary |
| Kristi Crawford | Assistant Secretary |

**Ownership:**

Mueller Water Products, Inc.     -    Sole Member

Doc. No. 12380

# OFFICERS AND MANAGERS OF
# U.S. PIPE AND FOUNDRY COMPANY, LLC*

| Officer Name: | Title: |
|---|---|
| Gregory E. Hyland | Executive Chairman of the Board, Manager |
| Raymond P. Torok | President |
| Robert G. Leggett | Chief Operating Officer |
| Robert Barker | Executive Vice President and Corporate Secretary |
| Evan L. Hart | Senior Vice President and Chief Financial Officer, Manager |
| Robert D. Dunn | Senior Vice President, Human Resources |
| Robert P. Keefe | Senior Vice President and Chief Information Officer |
| Marietta Edmunds Zakas | Senior Vice President |
| Kevin G. McHugh | Vice President and Controller |
| Daniel Grucza | Vice President, Environmental Health & Safety |
| Walter A. Smith | Vice President, Treasurer |
| Gary Wilbanks | Vice President, Tax |
| James Lambert | Vice President, Operational Excellence and Quality |
| Tom Morton | Vice President, Purchasing |
| Robert D. Waggoner | Vice President, Marketing and Sales |
| Bradley Overstreet | Vice President, Finance and Treasurer |
| Stacey D. Berry | Vice President, Human Resources |
| Michelle Cunningham | Assistant Treasurer |
| S. Kendall Butterworth | Assistant Secretary |
| Kevin Maxwell | Assistant Secretary |
| Jeanne Maynard | Assistant Secretary |

**Managers**
Gregory E. Hyland
Evan L. Hart


*Information is as of April 1, 2012.

Doc. No. 12380