# MWA ORGANIZATIONAL CHART

*15 October 2012*





- Denotes Borrower under ABL
- Denotes Foreign entity
- Denotes Holding entity

*Note: All wholly owned except where indicated.*