# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| ALL CASES IN THE B3 BUNDLE | * * | |

## ORDER

Considering the Ex Parte Motion (Rec. Doc. 26503) by Defendants BP Exploration & Production Inc. and BP America Production Company (together, "BP") for Leave to File certain portions of BP's Reply To Plaintiffs' PTO 68 Show Cause Submissions ("BP's Reply") and Exhibits B-H under seal:

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further **ORDERED** that certain portions of BP's Reply and Exhibits B-H are filed under seal as attachments to Rec. Doc. 26506.

New Orleans, Louisiana this 27th day of May, 2020.

*[Signature]*
UNITED STATES DISTRICT JUDGE