UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: )
OIL SPILL BY THE OIL RIG )
"DEEPWATER HORIZON" IN THE ) MDL Docket No. 2179
GULF OF MEXICO ON APRIL 20, 2010 )
 )
THIS DOCUMENT RELATES: )
 )
Bradley Shivers, et al v. BP, PLC, et al )
Case No. 2:10-cv-03261 )

## JOINT DESIGNATIONS OF RECORD ON APPEAL

Pursuant to the May 14, 2020 Order of the United States Court of Appeal, Fifth Circuit [Doc. 00515416988], in Case No. 2:10-cv-03261, the following are the Joint Designations of Record:

| | USDC No. 2:10-MD-3261 Doc. Rec. | Date | Docket Entry |
|---|---|---|---|
| 1. | 1 | 9-29-2010 | Complaint |
| 2. | 3 | 4-10-2018 | Statement by Bradley Shivers PTO 65 Verified Statement regarding causation and damages (Milam, Adam) (Entered: 04/10/2018) |
| 3. | 4 | 4-10-2018 | Statement by Mark Mead PTO 65 Verified Statement regarding causing and damages (Milam, Adam) (Entered: 04/10/2018) |
| 4. | 5 | 4-10-2018 | Statement by Scott Russell PTO 65 Verified Statement regarding causation and damages (Milam, Adam) (Entered: 04/10/2018) |
| 5. | 6 | 7-13-2018 | ORDERED that the stay imposed on *Shivers v. BP, p.l.c.* (No. 10-03261) and *Andry v. BP Products North America, Inc.* (No. 12-01713) is hereby LIFTED, as stated within document. The parties shall continue to file any documents respecting these cases in the master docket, No. |

| | | | 10-md-2179, not the individual dockets for these member cases. Signed by Judge Carl Barbier. (gec) (Entered: 07/13/2018) |
|---|---|---|---|
| 6. | 7 | 8-3-2018 | ORDER - The Defendants are granted an additional seven (7) days, through and including August 10, 2018 in which to file pleadings in response to *Shivers v. BP, p.l.c., et al.* (No. 10-03261) and *Andry v. BP Products North America Inc., et al.* (No. 12-01713) (MDL Docket Number 24727). Signed by Judge Carl Barbier on 8/3/2018.(cg) (Entered: 08/03/2018) |
| 7. | 8 | 4-8-2020 | ORDER AND REASONS - granting (26365) Motion to Dismiss First Amended Complaint for Failure to State a Claim. For the reasons set for above, IT IS ORDERED that Defendants' Motion to Dismiss (Rec. Doc. 26365) is GRANTED, and the *Shivers* Plaintiffs' First Amended Complaint (Rec. Doc. 26365) is DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier on 4/8/20.(cg) (Entered: 04/08/2020) |
| 8. | 9 | 4-8-2020 | JUDGMENT - IT IS ORDERED, ADJUDGED, AND DECREED that all claims by the plaintiffs, Bradley Shivers, Mark Mead, and Scott Russell, in the above captioned matter, including the claims in the First Amended Complaint (filed in the master docket, 10-md-2179, Rec. Doc. 26329), are hereby DISMISSED WITH PREJUDICE. Any costs other than attorney's fees are awarded to the Defendants. See Fed. R. Civ. P. 54(d)(1). Signed by Judge Carl Barbier on 4/8/20.(cg) (Entered: 04/08/2020) |
| | **USDC No. 2:10-MD-2179 Doc. Rec.** | **Date** | **Docket Entry** |
| 1 | 13381 | 9-9-2014 | ORDER Revising Phase One Findings of Fact and Conclusions of Law: The Court has made three minor revisions to its September 4, 2014 Findings of Fact and Conclusions of Law (Rec. Doc. 13355), which are listed below. These revisions do not alter the substance of the document. A revised copy of the Findings of |

|   |   |   |   |
|---|---|---|---|
|   |   |   | Fact and Conclusions of Law is attached to this order. Page 21, paragraph 74: "which willd depart" changed to "which will depart" Page 59, paragraph 233: "12:30 a.m. on April 19, 2010" changed to "12:30 a.m. on April 20, 2010"; Page 82, paragraph 323: "Transocean's flow out sensor was not bypassed, and therefore the Transocean drill crew could still monitor flow out changed to "Transocean's flow out sensor was not bypassed; therefore, the Transocean drill crew could still monitor flow out". Signed by Judge Carl Barbier on 9/9/14. (Attachments: # 1 Revised Findings of Fact and Conclusions of Law)(Reference: 10-2771 and 10-4536)(sek) (Entered: 09/09/2014) |
| 1. | 24695 | 7-13-2018 | ORDERED that the stay imposed on *Shivers v. BP, p.l.c.* (No. 10-03261) and *Andry v. BP Products North America, Inc.* (No. 12-01713) is hereby LIFTED, as stated within document. The parties shall continue to file any documents respecting these cases in the master docket, No. 10-md-2179, not the individual dockets for these member cases. Signed by Judge Carl Barbier. (Reference: 10-3261, 12-1713)(gec) (Entered: 07/13/2018) |
| 2. | 24736 | 8-10-2018 | Defendants' Motions to Dismiss and Memorandum In Support of Defendants' Motion to Dismiss |
| 3. | 24809 | 9-4-2018 | Plaintiffs' Response and Memorandum of Law in Opposition to Defendants' Motion to Dismiss |
| 4. | 24812 | 9-5-2018 | FIRST SUPPLEMENTAL AND AMENDED COMPLAINT against Defendants BP Exploration & Production, Inc., BP Products North America Inc., BP America Production Company, BP p.l.c., Transocean Ltd., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, Cameron International, and Halliburton Energy Services, Inc. filed by Plaintiff's Albert Andry, III, Ryan Chaisson and Dustin King.(Reference: 12-1713)(cg) Modified on 9/26/2018 (gec). (Entered: 09/05/2018) |

| | | | |
|---|---|---|---|
| 5. | 24821 | 9-11-2018 | Reply in Support of Defendants' Motion to Dismiss |
| 6. | 26318 | 2-11-2020 | Order & Reasons [As to the Motions to Dismiss the *Andry* and *Shivers* Actions] |
| 7. | 26329 | 2-18-2020 | First Amended Complaint |
| 8. | 26365 | 3-3-2020 | Defendants' Motion to Dismiss First Amended Complaint and Memorandum of Law in Support of Defendants' Motion to Dismiss First Amended Complaint |
| 9. | 26410 | 3-20-2020 | Plaintiffs' Response and Memorandum of Law in Opposition to Defendants' Motion to Dismiss First Amended Complaint |
| 10. | 26419 | 3-25-2020 | Defendants' Reply in Support of Their Motion to Dismiss |
| 11. | 26445 | 4-8-2020 | Order & Reasons [As to Defendants' Motion to Dismiss the *Shivers* Plaintiffs' First Amended Complaint] |
| 12. | 26465 | 5-4-2020 | Notice of Appeal |

The undersigned parties request that all exhibits to the above Recorded Documents be Included in the Record for this Appeal.

Respectfully submitted,

/s/ Rhon E. Jones_____
Rhon E. Jones, Esq. (ASB-7747-E52R)
William R. Sutton, Esq. (ASB-3903-L74S)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034
William.sutton@beasleyallen.com

*/s/ Adam M. Milam*_____
ADAM M. MILAM, Esq. (MILAA2597)

MILAM & MILAM, LLC
2206 Main Street
Daphne, AL 36526
(251) 928-0191
amilam@milam-law.com
*Attorneys for Plaintiffs*

*/s/ Devin C. Reid*
Devin C. Reid (#32645)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dcreid@liskow.com

-and-

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

-and-

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400


Attorney for BP Exploration & Production Inc., BP America Inc., and BP Products North America Inc.

/s/ R. Alan York
R. Alan York

> **REED SMITH LLP**
> 811 Main Street
> Suite 1700
> Houston, TX 77002
> AYork@ReedSmith.com
> Telephone: 713-469-3800
> Facsimile: 713-469-3899
>
> *Attorneys for Halliburton Energy Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing ***Joint Designations of Record on Appeal*** to the United States Court of Appeals for the Fifth Circuit has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of May, 2020.

> /s/Rhon E. Jones
> Rhon E. Jones