## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: Nos. 12-970, 15-4143, 15-4146, and 15-4654 | * * * | JUDGE BARBIER |

## <u>ORDER</u>

Regarding the Halliburton and Transocean Assigned Claims and Punitive Damages Settlements ("Halliburton/Transocean Settlements"), the Court previously referred all appeals from the Claims Administrator's determinations to Magistrate Judge Wilkinson for final and binding resolution. ("Referral Order," Rec. Doc. 23602). Magistrate Judge Wilkinson retired on Friday, May 29, 2020. In light of his retirement,

IT IS ORDERED that the Referral Order (Rec. Doc. 23602) is VACATED.

IT IS FURTHER ORDERED that all remaining appeals from the Claims Administrator's determinations in the Halliburton/Transocean Settlements shall be decided by the undersigned district judge, whose decision on any appeal involving the amount of any payment to any individual claimant (other than a determination that a claimant is not entitled to any payment due to a failure to meet the class definition) shall be final and binding, and that there shall be no further appeal to any other court, including the U.S. Court of Appeals for the Fifth Circuit (*see* Halliburton Settlement § 8(e), Rec. Doc. 15322-1; Transocean Settlement § 8(e), Rec. Doc. 14644-1).

New Orleans, Louisiana, this 1st day of June, 2020.

_____
United States District Judge