UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **Applies to: 12-cv-968: BELO** | **MAGISTRATE JUDGE WILKINSON** |
| **Relates to:** | |

| 20-cv-00626 | | | |
|---|---|---|---|

### THE BP PARTIES' JUNE 1, 2020 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS <u>CASE MANAGEMENT ORDER NO. 2</u>

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on May 25, 2020. This report includes plaintiffs whose initial disclosures were due through May 25, 2020, and reflects the status of initial disclosures received as of 5 PM Eastern time on May 31, 2020.

This Status Report contains a list of cases in which plaintiffs provided no disclosures. There are no cases eligible for this Status Report in which plaintiffs provided deficient or incomplete disclosures.[1]

---

[1] Pursuant to Section 4 of the First Amended CMO No. 2, the BP Parties will not file a Category II Report in June 2020. There were no cases eligible for the BP Parties' May 1, 2020 Status

Summary Chart

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| Downs Law Group | 1 | 1 | 0 |
| **Total** | **1** | **1** | **0** |

**I.     Category I**

    **A.     Plaintiffs With Missing Initial Disclosures**

Pursuant to Section 2(B) of First Amended CMO No. 2, the BP Parties have identified the following case in which plaintiff has provided no initial disclosures.

|   | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 20-cv-00626 | Kellough, Johnny Glenn | Downs Law Group |

    **B.     Plaintiffs With Deficient Initial Disclosures**

There are no cases eligible for this Status Report in which plaintiffs have provided deficient or incomplete initial disclosures.

---

Report, *see* Rec. Doc. 26464; therefore, the Magistrate Judge did not issue any order under Section 3 of the First Amended CMO No. 2.

June 1, 2020                                              Respectfully submitted,

    */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON
& TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of June 2020.  This pleading also has been served on counsel for all plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                              */s/ Scott C. Seiler*
                                              Scott C. Seiler