IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § § § § THIS DOCUMENT RELATES TO § PLEADINGS BUNDLE B1 § § | MDL 2179 SECTION: J JUDGE BARBIER MAGISTRATE JUDGE WILKINSON |
| DAVID THOMAS § § VS. § § BP EXPLORATION AND § PRODUCTION, INC., ET AL. § § § | CIVIL ACTION NO. 2:16-cv-5127-CJB-JCW SECTION: J JUDGE BARBIER MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering J.L. Evans, Inc. d/b/a BP Claims Group's ("BP Claims Group") Motion for Leave to Intervene;

**IT IS HEREBY ORDERED** that the Motion for Leave to Intervene is **GRANTED** and BP Claims Group is permitted to intervene in the above-captioned matter.

**IT IS FURTHER HEREBY ORDERED** that that the Clerk of Court shall take all steps necessary to ensure that BP Claims Group's Complaint of Intervention is entered in the record of the above-captioned matter.

**NEW ORLEANS, LOUISIANA**, this \_\_\_\_ day of June, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**

{N4023099.1}