IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § MDL 2179 <br> § <br> § SECTION: J <br> § <br> § JUDGE BARBIER <br> § |
| THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | § MAGISTRATE JUDGE WILKINSON <br> § |

| | |
|---|---|
| DAVID THOMAS <br><br> VS. <br><br> BP EXPLORATION AND PRODUCTION, INC., ET AL. | § CIVIL ACTION NO. 2:16-cv-5127-CJB-JCW <br> § <br> § SECTION: J <br> § <br> § JUDGE BARBIER <br> § <br> § MAGISTRATE JUDGE WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that J.L. Evans, Inc. d/b/a BP Claims Group will submit its Motion for Leave to Intervene for consideration before the Honorable Carl J. Barbier, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the 17th day of June 2020 at 9:30 a.m.

Respectfully submitted,

*/s/ Edward D. Wegmann*
EDWARD D. WEGMANN (#13315)
THOMAS MCCALL (#35234)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, Floor 49
New Orleans, LA 70170

{N4020771.1}

|  |  |
|---|---|
| Telephone: | 504-582-8226 |
| Facsimile: | 504-589-8011 |
| Email: | dwegmann@joneswalker.com |
|  | tmccall@joneswalker.com |
|  | akingsmill@joneswalker.com |

***Attorneys for Intervenor, J.L. Evans, Inc. d/b/a BP Claims Group***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of June 2020, the above and foregoing document has been served on all counsel of record by electronically uploading the same to File & ServeXpress, and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/ Edward D. Wegmann
Edward D. Wegmann

{N4020771.1}