UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          MDL No. 2179
    "DEEPWATER HORIZON" in the
    Gulf of Mexico on April 20, 2010

Applies to:                              JUDGE BARBIER
12-cv-968: BELO                          MAG. JUDGE CURRAULT
AND
20-cv-626

## ORDER

Defense counsel has advised that a plaintiff in one (1) BELO case[1] has failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. Record Doc. No. 26513 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **JULY 3, 2020**, plaintiff Johnny Glenn Kellough must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff and his counsel must appear in person before Judge Barbier to show cause why plaintiff's case should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT** the deadline by which plaintiff must submit his venue filing is extended to no later than **AUGUST 3, 2020.**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in 20-cv-626.

New Orleans, Louisiana, this ___3rd___ day of June, 2020.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**