IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| APPLIES TO: | MAG. JUDGE CURRAULT |
| All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt APLC | |

**Plaintiffs' Motion to Grant Plaintiffs Leave to File a Surreply to BP's Reply to Plaintiffs' Response to the Court's Order to Show Cause for Compliance with PTO 68**

    Nexsen Pruet, LLC and Douglas M. Schmidt, APLC, represent approximately 750 of the medical opt-out Plaintiffs in the "B3 bundle" of the BP Oil Spill Class Action. Fifty-seven (57) of these Plaintiffs are alleged by BP to be non-compliant with this Court's Pre-Trial Order No. 68 ("PTO 68"). Nexsen Pruet conceded that three (3) of its clients chose not to comply with PTO 68. The remaining Fifty-Four (54) ("Nexsen Plaintiffs"), however, submitted complete, or substantially complete, responses to PTO 68. In compliance with the Rule to Show Cause issued by this Court on April 20, 2020 (Rec. Doc. 26453), the Nexsen Plaintiffs submitted detailed responses to the deficiencies alleged by BP. By way of Reply, BP is seeking the outright dismissal with prejudice of cases where the Nexsen Plaintiffs' responses were not satisfactory to BP. This Reply by BP raises new issues that need to be addressed by the Nexsen Plaintiffs. By this motion, the Nexsen Plaintiffs seek the Court's approval to file the sur-reply attached hereto as Exhibit "A".

1

Therefore, the Nexsen Plaintiffs respectfully request that the Court grant Plaintiffs leave to file a sur-reply in the form attached as Exhibit "A" to the supporting memorandum. This Motion is based on the record in MDL-2179, the previous submissions by undersigned counsel and BP regarding compliance with the disclosure requirements of PTO 68, and the supporting memorandum filed herewith.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Plaintiffs

Dated: June 5, 2020

## CERTIFICATE OF SERVICE

I hereby certify that the Plaintiffs' Motion to Grant Plaintiffs Leave to File a Sur-reply to BP's Reply to Plaintiffs' Response to the Court's Order to Show Cause for Compliance with PTO 68 and supporting Memorandum has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on June 5, 2020.

      /s/ Paul A. Dominick
      Paul A. Dominick