**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| | **JUDGE BARBIER** |
| **APPLIES TO:** | **MAG. JUDGE CURRAULT** |
| **All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt APLC** | |

**<u>Memorandum in Support of Plaintiffs' Motion to Grant</u>**
**<u>Plaintiffs Leave to File a Sur-reply to BP's Reply Memorandum</u>**

Nexsen Pruet, LLC and Douglas M. Schmidt, APLC, represent approximately 750 of the medical opt-out Plaintiffs in the "B3 bundle" of the BP Oil Spill Class Action. Fifty-seven (57) of these Plaintiffs are alleged by BP to be non-compliant with this Court's Pre-Trial Order No. 68 ("PTO 68"). Nexsen Pruet conceded that three (3) of its clients chose not to comply with PTO 68. The remaining Fifty-Four (54) ("Nexsen Plaintiffs"), however, submitted complete, or substantially complete, responses to PTO 68.  In compliance with the Rule to Show Cause issued by this Court on April 20, 2020 (Rec. Doc. 26453), the Nexsen Plaintiffs submitted detailed responses to the deficiencies alleged by BP. By way of Reply, BP is seeking the outright dismissal with prejudice of cases where the Nexsen Plaintiffs' responses were not satisfactory to BP. This Reply by BP raises new issues that need to be addressed by the Nexsen Plaintiffs. By this motion, the Nexsen Plaintiffs seek the Court's approval to file the sur-reply attached hereto as Exhibit "A".

1

**ARGUMENT**

BP's Reply to Plaintiffs' PTO 68 Show Cause Submissions ("BP's Reply") raises new arguments that were not advanced in its initial status report on PTO 68.  BP's Reply makes extensive additional arguments asserting that the Nexsen Plaintiffs have failed to comply with PTO 68 even though the Nexsen Plaintiffs have filed timely submissions. New issues raised include BP's misplaced reliance on case law citations including the Court's dismissal of certain cases due to non-compliance with Pre-Trial Order No. 60, and the dismissal of cases for failure to comply with PTO's. The sur-reply responds to these new arguments and points to Fifth Circuit authority ignored by BP that supports the Court denying any request to dismiss the Nexsen Plaintiffs' cases.

Plaintiffs submit herewith as Exhibit "A" their sur-reply for the Court's consideration on these matters.

**CONCLUSION**

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant Plaintiffs' Motion to Grant Plaintiffs Leave To File a Sur-reply to BP's Reply Memorandum by approving the filing of Exhibit "A" attached hereto.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

3

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Plaintiffs

Dated: June 5, 2020