IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |
| APPLIES TO:<br><br>All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt APLC | |

**ORDER GRANTING CERTAIN PLAINTIFFS LEAVE TO FILE SUR-REPLY**

WHEREAS, this Multi-District Litigation ("MDL") was instituted on August 10, 2010; and

WHEREAS, Nexsen Pruet, LLC, and Douglas M. Schmidt, APLC have shown the court good cause for filing a sur-reply to Defendant BP's Reply to these Plaintiffs Response to this Court's Order to Show Cause for Compliance with Pre-Trial Order Number 68; and

WHEREAS, Defendants will not be prejudiced by granting these Plaintiffs leave to file a sur-reply; and

WHEREAS, due to the pandemic of Covid-19, this Court finds it best to decide motions without the need for in-person hearings when possible; and

WHEREAS, the Court believes a sur-reply from the Nexsen Plaintiffs would be helpful in deciding the motion;

THEREFORE, in light of the status of the litigation and the good cause shown for granting Plaintiffs' request for leave to file a sur-reply, it is hereby ORDERED that the

Plaintiffs' Motion is GRANTED and that the Nexsen Plaintiffs[1] must file their reply no later than June 15, 2020.

      IT IS SO ORDERED this ____ day of _____, 2020, in New Orleans, Louisiana.

                                                                                               _____
                                                                                 United States District Judge

---

[1] These certain Nexsen Plaintiffs are those named in Appendices 4 and 6 to BP's Reply to Plaintiffs' PTO 68 Cause Submission.