UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 12-970 | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

By Order dated May 4, 2020, the undersigned reappointed Michael Moore and

Drake Martin as Neutrals for purposes of attempting to resolve outstanding claims

in the Court Supervised Settlement Program ("CSSP"), including claims in various

stages of appeal. (Rec. Doc. 26466). The May 4, 2020 Order explained that, as a

processing matter, claims settled by the Neutrals will be paid directly by BP rather

than through the CSSP payment process.

In order to facilitate the payment of claims settled by the Neutrals, the CSSP

is authorized, upon notice from the Neutrals of claims settled, to transfer to BP from

the General Claims Fund the settlement amounts for claims resolved by the Neutrals.

The CSSP shall make the transfer no later than June 15, 2020 after receiving notice

from the Neutrals that claims have been settled and the total amount of the

settlements. BP shall pay the settlement amount pursuant to the terms of an

executed Full and Final Release, Settlement, and Covenant Not to Sue.

Nothing in this Order alters (i) BP's obligations with regard to the General

Claims Fund as set forth in this Court's March 12, 2020 Order or (ii) Section 5.12.1.5.3

of the Settlement Agreement, which provides that amounts remaining in the General

Claims Fund and Administrative Fund shall be returned to BP upon the closure of the CSSP.

New Orleans, Louisiana, this 5th day of June, 2020.

United States District Judge