UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: Nos. 16-5127 (Thomas), 16-5403 (Minnigan) -AND- | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |
| Nos. 16-5041, 16-5050, 16-5093, 16-5454 | * | |

## ORDER

Before the Court are two Motions for Leave to Intervene by J.L. Evans, Inc. d/b/a BP Claims Group ("Movant"). (Rec. Docs. 26515, 26518). Movant asserts contracts exists between itself and David Thomas and Robert Minnigan, the plaintiffs in member cases 16-5127 and 16-5403, respectively, that provides Movant will receive 10% of any settlement arising from these cases. The motions state that Thomas and Minnigan do not consent to intervention.

IT IS ORDERED that on or before Monday, June 15, 2020, Thomas and Minnigan shall file a joint response to the instant Motions explaining their grounds for opposing intervention. The response shall state whether any settlement has been completed, including whether any settlement funds have been paid.

The Court further notes that Thomas, Minnigan, and the plaintiffs in the four other member cases referenced above appear to have a habit of hiring, firing, and re-hiring counsel. Thomas and Minnigan's response shall address this.

New Orleans, Louisiana, this 8th day of June, 2020.

_____
United States District Judge