UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION :   J(2) |
| | * | JUDGE CARL J. BARBIER |
| | * | MAG. JUDGE CURRAULT |
| *THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:12-cv-01576* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Leland Belden, who, as a result of prior resolution of all claims against all parties in the following captioned action:

>   **Leland Belden**
>   *Versus*
>   **Belden Investments, L.L.C. d/b/a Amphibious Marine and**
>   **Mid-Gulf Recovery Services, L.L.C.**
>   **CIVIL ACTION NO.: 2:12-cv-01576**;

respectfully requests that this Honorable Court dismiss all claims with prejudice as a result of compromise, with each party to bear its own costs.

>   Respectfully submitted,
>
>   /s/ Ian F. Taylor
>   IAN F. TAYLOR (#33408)
>   PAUL M. STERBCOW (#17817)
>   Lewis, Kullman, Sterbcow & Abramson, LLC
>   601 Poydras Street, Suite 2615
>   New Orleans, Louisiana 70130
>   Telephone: (504) 588-1500
>   Facsimile: (504) 588-1514
>   sterbcow@lksalaw.com
>   itaylor@lksalaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 9th day of June, 2020 filed and served the above described pleading on all parties through the Court's CM/ECF system.

/s/ Ian F. Taylor