UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | * | **MDL NO. 2179** |
| | * | **SECTION : J(2)** |
| | * | **JUDGE CARL J. BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |
| *THIS DOCUMENT RELATES TO* *CIVIL ACTION NO. 2:12-cv-01576* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Considering the foregoing Motion to Dismiss filed by Plaintiff, Leland Belden;

**IT IS HEREBY ORDERED** that the Motion to Dismiss is granted, and that all claims asserted in the following captioned action:

**Leland Belden**
*Versus*
**Belden Investments, L.L.C. d/b/a Amphibious Marine and**
**Mid-Gulf Recovery Services, L.L.C.**
**CIVIL ACTION NO.: 2:12-cv-01576**;

are hereby dismissed with prejudice as a result of compromise, with each party to bear its own costs.

New Orleans, Louisiana, this ____ day of _____, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**