UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 ) ) ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| This Document Relates to: ) ) Specialty Fuels Bunkering, LLC ) ) Plaintiff, ) ) vs. ) ) BP Exploration & Production, Inc.; BP America ) Production Company; BP PLC; Halliburton ) Energy Services, Inc.; and Sperry Drilling ) Services, a division of Halliburton Energy ) Services, Inc. ) ) Defendants. ) ) _____) | Case No. 2:13-cv-01227-CJB-JCW |

### MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now Specialty Fuels Bunkering, LLC, by and through undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc.,

1

Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

Respectfully submitted this __7__ day of June, 2020.

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

Attorneys for Specialty Fuels Bunkering, LLC