UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION :   J(2) |
| | * | JUDGE CARL J. BARBIER |
| | * | MAG. JUDGE CURRAULT |
| *THIS DOCUMENT RELATES TO* *CIVIL ACTION NO. 2:12-cv-01576* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Dismiss filed by Plaintiff, Leland Belden;

**IT IS HEREBY ORDERED** that the Motion to Dismiss is granted, and that all claims asserted in the following captioned action:

> **Leland Belden**
> *Versus*
> **Belden Investments, L.L.C. d/b/a Amphibious Marine and**
> **Mid-Gulf Recovery Services, L.L.C.**
> **CIVIL ACTION NO.: 2:12-cv-01576**;

are hereby dismissed with prejudice as a result of compromise, with each party to bear its own costs.

New Orleans, Louisiana this 9th day of June, 2020.

_____
United States District Judge

Note to Clerk: File in 10-md-2179 and 12-01576.