UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 10-1560 and 10-1561* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

It appears that the two referenced member cases are fully resolved, but were never formally closed on the Court's docket. The plaintiffs in these cases allege they were commercial shrimpers and assert "B1 bundle" claims for economic loss. It does not appear that they opted out of the Economic and Property Damages Settlement or the Halliburton/Transocean Settlements. Consequently, their claims were released by those class settlements. If, by chance, these plaintiffs are not class members, then they were required to comply with PTO 60 (Rec. Doc. 16050). It appears that these plaintiffs did not comply with PTO 60, therefore, their claims were dismissed on July 14, 2016 by the PTO 60 Compliance Order (Rec. Doc. 20996 at 5; *see also* Order of Sept. 6, 2018 at 5-7 & n.9, Rec. Doc. 24814).

Accordingly,

IT IS ORDERED that all claims in No. 10-1560, *Rodney Theriot v. Halliburton Energy Services, Inc., et al.*, and No. 10-1561, *Larry Alexie v. Halliburton Energy Services, Inc., et al.*, have been DISMISSED, and the Clerk shall CLOSE these cases.

New Orleans, Louisiana, this 10th day of June, 2020.

United States District Judge

**Note to Clerk: Enter in 10-md-2179, 10-1560, and 10-1561.**