UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 10-2543 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |
| | * | |

## ORDER

On September 4, 2014, the Court entered a Judgment pursuant to Fed. R. Civ. P. 54(b) in the MDL master docket decreeing "that Cameron [International Corporation] is not liable for the blowout, explosion, and/or subsequent oil spill concerning the Macondo well and the DEEPWATER HORIZON semi-submersible Mobile Offshore Drilling Unit" and "dismissing with prejudice all claims, including counter-claims, cross-claims, and third-party claims, asserted against Cameron in this multidistrict litigation, No. 10-md-2179." (Rec. Doc. 13358 in 10-md-2179). In accordance with that Judgment, all claims against Cameron International Corporation in member case 10-2543, *Wunstell, et al. v. BP p.l.c., et al.*, have long been dismissed. Accordingly,

The Clerk of Court is instructed to TERMINATE Cameron International Corporation as a party in member case 10-2543, *Wunstell, et al. v. BP p.l.c., et al.*

New Orleans, Louisiana, this 11th day of June, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in the referenced member case.**