UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 10-2771, In re: Triton Asset Leasing GmbH, et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

On May 13, 2010, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators, of the Mobile Offshore Drilling Unit DEEPWATER HORIZON, a semi-submersible drilling rig, filed a Complaint and Petition for Exoneration From or Limitation of Liability under the Limitation of Liability Act, 46 U.S.C. § 30501 et seq., and Supplemental Admiralty Rule F, which was eventually transferred to this Court and consolidated with MDL 2179. (No. 10-2771, Rec. Doc. 1) (hereinafter, "the Limitation Action"). Considering all that has occurred since the Limitation Action was filed, including:

- the Court's ruling that Transocean Ltd. and Triton Asset Leasing GmbH are not liable under general maritime law for the blowout, explosions, fire and oil spill (Rec. Doc. 13381-1 ¶ 614);

- the Court's ruling that Transocean Holdings LLC, Transocean Deepwater Inc., and Transocean Offshore Deepwater Drilling Inc. were negligent (but not grossly negligent, reckless, willful, wanton, etc.) and bore 30% of the fault for the blowout, explosions, fire, and oil spill (Rec. Dco. 13381-1 ¶ 612);

- the Court's ruling that Transocean Holdings LLC, Transocean Deepwater Inc., and Transocean Offshore Deepwater Drilling Inc. are not entitled to limit their liability under the Limitation of Liability Act (Rec. Doc. 13381-1 ¶ 616);

- the Court's ruling that Transocean's indemnity and release clauses in its contracts with BP are valid and enforceable against BP (Rec. Doc. 13381-1¶ 615);

- the Court's approval (Rec. Docs. 8139, 8218) of the Economic and Property Damages Settlement (Rec. Doc. 6430) (and the Fifth Circuit's upholding of same) and the Medical Benefits Class Action Settlement (Rec. Doc. 6427), which released most of the settlement class members' claims against the Transocean entities;

- the Court's approval (Rec. Doc. 22253) of the Transocean Punitive Damages and Assigned Claims Settlement (Rec. Doc. 14644);

  the Court's entry of Pretrial Order No. 60 in 2016, which required that all plaintiffs with unreleased claims in the B1 bundle file an individual lawsuit (Rec. Doc. 16050); and

- the Court's entry of Pretrial Order No. 63 in 2017, which required that all plaintiffs with unreleased claims in the B3 bundle file an individual lawsuit (Rec. Doc. 22295);

it appears to the Court that the Limitation Action is ripe for dismissal.

Accordingly,

IT IS ORDERED that member case No. 10-2771, *In re: Triton Asset Leasing GmbH, et al.* is hereby DISMISSED and CLOSED.

New Orleans, Louisiana, this 11th day of June, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in the referenced member case.**