**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| Applies to:  All BELO Lawsuits | * | MAGISTRATE |
| | * | JUDGE CURRAULT |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE BP PARTIES' MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26, and for the reasons set forth in the accompanying memorandum, Defendants BP Exploration & Production Inc. ("BPXP") and BP America Production Company ("BPAP") (collectively, the "BP Parties") respectfully request the Court to enter a protective order to prevent BELO plaintiffs from deposing Dr. Jessica Herzstein.

## CERTIFICATION OF COUNSEL

I certify that pursuant to Federal Rule of Civil Procedure 26(c)(1), counsel for the BP Parties has in good faith conferred with the Downs Law Group in an effort to resolve the dispute without court action.  On April 28, 2020, Keith Jarrett of Liskow & Lewis, counsel to the BP Parties, discussed with David Durkee of the Downs Law Group, Mr. Durkee's request to depose Dr. Herzstein.  Mr. Durkee proposed that the BP Parties' objection to that deposition be resolved through a motion for protective order.  In a May 5, 2020 email, Mr. Durkee indicated that he would agree not to take the deposition until a motion for protective order is heard by the Court. On June 4, 2020, Mr. Durkee emailed a notice of deposition in which he indicated that he

1

understood that the Court would resolve the BP Parties' motion for protective order before the

deposition would proceed.

On June 11, 2020, after the above meet and confer had occurred and as the BP Parties

were preparing to file this motion, Jerry Sprague of the Falcon Law Firm emailed BP counsel

Francis McDonald to request to depose Dr. Herzstein in the Northern District of Florida BELO

lawsuits.  On June 12, 2020, Mr. McDonald, by email and voicemail, advised Mr. Sprague that

the BP Parties opposed his request and offered to discuss the matter.  On June 15, 2020, Mr.

McDonald spoke to Mr. Sprague on phone and informed Mr. Sprague that the BP Parties

intended to file this motion today.

Date: June 15, 2020

Respectfully submitted,

   */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

   */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

   */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

   */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  The above and foregoing pleading was also transmitted via e-mail to the following BELO plaintiffs' counsel:

David Durkee
THE DOWNS LAW GROUP, P.A.
3250 Mary Street, Suite 307
Coconut Gove, FL 33133
E-mail: ddurkee@downslawgroup.com

Jeremiah A. Sprague
FALCON LAW FIRM
5044 Lapalco Blvd.
Marrero, LA 70072
E-mail: jerry@falconlaw.com

/s/ Scott C. Seiler
Scott C. Seiler