# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * | MDL No. 2179 |
| | * | SECTION J |
| This Document Related to: | * | JUDGE BARBIER |
| Lawson Environmental Services, LLC, | * | MAGISTRATE JUDGE WILKINSON |
| Plaintiff | * | |
| vs. | * | |
| BP Exploration and Production Services, | * | |
| Defendants | * | |
| Docket Number(s) | * | |
| 2:12-cv-00740-CJB-JCW | * | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

**COME NOW** the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

Lawson Environmental Services, LLC

Case No. 2:12-cv-00740-CJB-JCW

Respectfully submitted this 15th day of June, 2020.

                DUVAL, FUNDERBURK, SUNDBERY,
                  RICHARD & WATKINS, APLC

/s/ Kathryn W. Richard
KATHRYN W. RICHARD (# 26486)
101 Wilson Avenue
P.O. Box 3017
Houma, Louisiana  70361
Telephone:  (985) 876-6410
Fax:  (985) 851-1490
E-mail:  kathryn@duvallawfirm.com
Counsel for Lawson Environmental Services, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Consent Motion to Dismiss Lawsuit with Prejudice was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 15th day of June, 2020.

/s/ Kathryn W. Richard
KATHRYN W. RICHARD