**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LAWSON ENVIRONMENTAL SERVICES, LLC.** | * | **CASE NO.: 2:12-CV-00740** |
| | * | **SECTION J** |
| **VERSUS** | | |
| | * | **JUDGE BARBIER** |
| **BP EXPLORATION AND PRODUCTION SERVICES** | * | **MAGISTRATE JUDGE JANIS vanMEERVELD** |

## ORDER OF DISMISSAL

Considering the Motion to Dismiss this Lawsuit with Prejudice submitted by Plaintiff, Lawson Environmental Services, LLC, through undersigned counsel, and the representations contained therein regarding the settlement of this matter and the consent by defendant to the entry of this Order:

**IT IS ORDERED THAT:**

1.     All actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action and short-form joinder listed below, are voluntarily dismissed and Lawson Environmental Services, LLC is withdrawn from any class (whether putative or certified), except that this dismissal does not extend to claims by Lawson Environmental Services, LLC for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean Ltd, Transocean Deepwater Inc., Transocean Offshore Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).

Lawson Environmental Services, LLC

Case No. 2:12-cv-00740-CJB-JCW

2.      This case shall be closed for administrative purposes.

New Orleans, Louisiana, this _____ day of _____, 2020.


_____
**JUDGE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**