UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| Applies to: All BELO Lawsuits | * * * * | MAGISTRATE JUDGE CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE BP PARTIES' MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26, and for the reasons set forth in the accompanying memorandum, Defendants BP Exploration & Production Inc. ("BPXP") and BP America Production Company ("BPAP") (collectively, the "BP Parties") respectfully request the Court to enter a protective order to prevent BELO plaintiffs from deposing Dr. Jessica Herzstein.

## CERTIFICATION OF COUNSEL

I certify that pursuant to Federal Rule of Civil Procedure 26(c)(1), counsel for the BP Parties has in good faith conferred with the Downs Law Group in an effort to resolve the dispute without court action. On April 28, 2020, Keith Jarrett of Liskow & Lewis, counsel to the BP Parties, discussed with David Durkee of the Downs Law Group, Mr. Durkee's request to depose Dr. Herzstein. Mr. Durkee proposed that the BP Parties' objection to that deposition be resolved through a motion for protective order. In a May 5, 2020 email, Mr. Durkee indicated that he would agree not to take the deposition until a motion for protective order is heard by the Court. On June 4, 2020, Mr. Durkee emailed a notice of deposition in which he indicated that he

understood that the Court would resolve the BP Parties' motion for protective order before the deposition would proceed.

On June 11, 2020, after the above meet and confer had occurred and as the BP Parties were preparing to file this motion, Jerry Sprague of the Falcon Law Firm emailed BP counsel Francis McDonald to request to depose Dr. Herzstein in the Northern District of Florida BELO lawsuits.  On June 12, 2020, Mr. McDonald, by email and voicemail, advised Mr. Sprague that the BP Parties opposed his request and offered to discuss the matter.  On June 15, 2020, Mr. McDonald spoke to Mr. Sprague on phone and informed Mr. Sprague that the BP Parties intended to file this motion today.

Date: June 16, 2020								Respectfully submitted,

   */s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108s

   */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

   */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

   */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of June 2020.

                                                                                              /s/ R. Keith Jarrett
                                                                                   R. Keith Jarrett