# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to:  All BELO Lawsuits | * * * * | MAGISTRATE JUDGE CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion for Protective Order filed by Defendants BP Exploration & Production Inc. and BP America Production Company ("the BP Parties"):

**IT IS HEREBY ORDERED** that the BP Parties' Motion is GRANTED and the Court hereby enters a Protective Order preventing BELO plaintiffs from deposing Dr. Jessica Herzstein.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2020

_____
**UNITED STATES DISTRICT JUDGE**