# Exhibit 3

# Jonathan R. Little

| | |
|---|---|
| **From:** | David Durkee, Esq <ddurkee@downslawgroup.com> |
| **Sent:** | Monday, April 27, 2020 10:14 AM |
| **To:** | Jonathan R. Little |
| **Cc:** | R. Keith Jarrett; Jerry Spraque; Tim Falcon |
| **Subject:** | Request for the Deposition of Jessica Herzstein, MD |
| **Attachments:** | Jessica Herzstein Rec Doc 7112-7.pdf; Supplemental Declaration Jessica Herzstein Rec Doc 7732-1.pdf |

Dear Jonathan:

As we have discussed, since the Lee Lemond issue is behind us it not seems like the cases in Alabama will now begin to proceed forward.  You and I will discuss a proposed game plan for these cases.  Since we are at the early stages of discovery, I want to make a formal request to take the deposition of Jessica Herzstein, MD.  As you know, Dr. Herzstein filed written disclosed opinions in an affidavit in support of the Deepwater Horizon Master Settlement Agreement on behalf of BP (See attached).  I would like to work with defense counsel to schedule this deposition so that the date, time, and locationwill be convenient for all parties and the expert.  As we have done in the past, for the time being, and since I suspect this deposition to focus on the general opinions that were outlined in her public affidavit, I would propose that we enter into a stipulation so that this deposition would only be taken once and could be used in all cases nationally.  This would seem to be the most efficient way of doing this.

Anyway, please give me your thoughts as soon as possible.  I would like to schedule this deposition in June or July (at the latest).


**David Durkee, Esq.**



| **Miami-Dade - Main Office Office** | **Broward** | **Duval –** |
|---|---|---|
| 3250 Mary Street, Suite 307 | 707 NE 3rd Ave, Suite 201 | 6620 Southpoint Drive South, Suite 450-E |
| Coconut Grove, FL 33133 | Fort Lauderdale, FL 33304 | Jacksonville, FL 32216 |
| T. 305-444-8226 | T. 954-447-3556 | T. 904.296.3233 |
| F. 305-444-6773 | F. 305-444-6773 | F. 305-444-6773 |
| e-mail: ddurkee@downslawgroup.com ddurkee@downslawgroup.com | e-mail: ddurkee@downslawgroup.com | e-mail: ddurkee@downslawgroup.com |
| Website: www.downslawgroup.com | Website: www.downslawgroup.com | Website: www.downslawgroup.com |

     
 

**Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.