# Exhibit 6



**From:** Jerry Spraque [mailto:jerry@falconlaw.com]
**Sent:** Thursday, June 11, 2020 2:38 PM
**To:** Francis M. McDonald Jr.
**Cc:** Tim Falcon; Kim Foret; Farah Webre
**Subject:** [EXT] Falcon NDLF BELO Cases

**WARNING:**
This is an EXTERNAL email. Please think before RESPONDING or CLICKING on links/attachments.

Frank,
We'd like to depose Jessica Herzstein before the discovery cut-off. Can you please get us dates for her depo or would you prefer we contact her directly?
Thx
Jerry