# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig    *

"Deepwater Horizon" in the Gulf         **MDL 2179**

of Mexico, on April 20, 2010    *

                               **SECTION: J(2)**

  Applies to:                *

  All BELO Lawsuits           **JUDGE BARBIER**

                             *

                             **MAG. JUDGE CURRAULT**

                             *

## ORDER

IT IS ORDERED that any response to the BP Parties' Motion for Protective

Order (Rec. Doc. 26547) shall be filed no later than Wednesday, July 8, 2020. Any

reply by BP shall be filed no later than Wednesday, July 15, 2020.

New Orleans, Louisiana, this 17th day of June, 2020.

_____
United States District Judge