UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *All Cases* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

IT IS ORDERED that a hearing and status conference is scheduled for Wednesday, September 9, 2020 at 9:30 a.m. in courtroom C-268. The following matters will be addressed:

1. B1 Bundle

    a. Oral argument on BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs (Rec. Doc. 25477)

    b. Case Management for the 20 cases that were not resolved by the PTO 67 mediation process. (*See* BP's Jan. 17, 2020 Status Report, Rec. Doc. 26214)

2. B3 Bundle, Future Case Management

IT IS FURTHER ORDERED that by no later than Wednesday, September 2, 2020, the parties in the B3 bundle shall file case management proposals. Prior to submitting any case management proposals, attorneys representing parties in the B3 bundle shall meet and confer and attempt to reach resolution on their case management proposals.[1]

---

[1] Before September 2, the Court will issue rulings regarding compliance with PTO 68 (*see* Show Cause Order, Rec. Doc. 26453) and BP's Motion for Summary Judgment on B3 Claims Released under the Medical Settlement (Rec. Doc. 25914).

2

New Orleans, Louisiana, this 17th day of June, 2020.

                                                            _____
                                                              United States District Judge