UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| Applies to: *No. 10-4397* | * * | SECTION: J(2) JUDGE BARBIER MAG. JUDGE CURRAULT |
| | * | |

## ORDER

Member case No. 10-4397 is a petition by the United States for summary enforcement of an administrative subpoena against the Transocean entities. Although the Court granted the petition on December 17, 2010 (Rec. Docs. 903, 905), the case was never formally closed on the Court's docket. Accordingly,

IT IS ORDERED that the Clerk shall CLOSE member case No. 10-4397, *United States v. Transocean Holdings LLC, et al.*

New Orleans, Louisiana, this 17th day of June, 2020.

_____
United States District Judge

**Note to Clerk: Enter in 10-md-2179 and 10-4397.**