UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: Nos. 11-258 & 11-259 | * * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |

## ORDER

The plaintiff in the referenced member cases filed Notices of Voluntary Dismissal Without Prejudice in 2011. (Rec. Doc. 2 in No. 11-259; Rec. Doc. 2 in No. 11-258). Although this Court vacated the dismissals and reinstated these cases (Rec. Doc. 1981), the Fifth Circuit vacated this Court's ruling, meaning the voluntary dismissals were effective. *See In Re: The St. Joe Co.*, No. 11-30410 (5th Cir. Aug. 8, 2011) (unpublished). Nevertheless, these cases still appear as "open" on the Court's docket. Accordingly,

IT IS ORDERED that the Clerk shall CLOSE member case No. 11-258, *St. Joe Company v. Halliburton Energy Services, Inc.* and member case No. 11-259, *St. Joe Company v. M-I, LLC*.

New Orleans, Louisiana, this 18th day of June, 2020.

_____
United States District Judge

**Note to Clerk: Enter in 10-md-2179 and the referenced member cases.**