**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | | MDL 2179 |
| of Mexico, on April 20, 2010 | * | |
| | | SECTION: J(2) |
| Applies to: | * | |
| *No. 11-445, Rodrigue Business* | | JUDGE BARBIER |
| *Associates, LLC v. DRC* | * | |
| *Emergency Services, LLC, AND* | | MAG. JUDGE CURRAULT |
| *No. 11-449, Matherne Business* | * | |
| *Associates, LLC v. DRC* | | |
| *Emergency Services, LLC* | * | |

---

## ORDER

The plaintiffs in the two referenced cases sued DRC Emergency Services, LLC ("DRC") for amounts allegedly owed on contracts to charter the plaintiffs' vessels during the oil spill response. The Court has inquired with the Claims Administrator for the Economic and Property Damages Settlement, who informs that these plaintiffs submitted claims to the Settlement Program and were determined to be class members. Therefore, these claims were released by the Settlement. (*See* Rec. Doc. 6430-38, identifying DRC among the "other released parties"). Accordingly,

IT IS ORDERED that all claims in No. 11-445, *Rodrigue Business Associates, LLC v. DRC Emergency Services, LLC* and No. 11-449, *Matherne Business Associates, LLC v. DRC Emergency Services, LLC* are DISMISSED, and the Clerk shall CLOSE these cases.

New Orleans, Louisiana, this 18th day of June, 2020.

_____
United States District Judge

**Note to Clerk: Enter in 10-md-2179 and the referenced member cases.**