UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 10-3259, 10-4243, 10-4208* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

It appears that the three referenced member cases are fully resolved, but were never formally closed on the Court's docket. These plaintiffs assert "B1 bundle" claims for economic loss. It does not appear that they opted out of the Economic and Property Damages Settlement (Rec. Doc. 6430) or the Halliburton/Transocean Punitive Damages and Assigned Claims Settlements (Rec. Docs. 14644, 15322). Consequently, their claims were released by those class settlements. (Rec. Docs. 8139 ¶¶ 8-14, 22253 ¶¶ 9-14). If, by chance, these plaintiffs are not class members, then they were required to comply with PTO 60 (Rec. Doc. 16050). It appears that these plaintiffs did not comply with PTO 60, therefore, their claims would have been dismissed on July 14, 2016 by the PTO 60 Compliance Order (Rec. Doc. 20996 at 5; *see also* Order of Sept. 6, 2018 at 5-7 & n.9, Rec. Doc. 24814).

Accordingly,

IT IS ORDERED that all claims in No. 10-3259, *John W. Millson, Jr. v. Transocean, Ltd., et al.*, No. 10-4243, *Kenn Hinton v. Halliburton Energy Services, Inc.,* and 10-4208, *Contender Boats, Inc. v. Anadarko Petroleum Corporation, et al.,* have been DISMISSED, and the Clerk shall CLOSE these cases.

New Orleans, Louisiana, this 18th day of June, 2020.

_____
United States District Judge

**Note to Clerk: Enter in 10-md-2179 and the referenced member cases.**