UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELMER ROGERS** | * | **MDL No. 2179** |
| | * | |
| **VERSUS** | * | **SECTION "J"** |
| | * | |
| | * | **JUDGE: CARL J. BARBIER** |
| **DRC EMERGENCY SERVICES, LLC** | * | |
| | * | **MAGISTRATE 2** |
| **THIS DOCUMENT RELATES TO:** | * | |
| **CIVIL ACTION NO. 2:14-cv-02285** | * | **MAG. JUDGE: DONNA PHILLIPS CURRAULT** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the above and foregoing Ex Parte Motion to Withdraw, DRC Emergency Services, LLC, moves this Court to allow Andy J. Dupre (La. Bar No. 32437) to be withdrawn as counsel of record;

**IT IS ORDERED** that Andy J. Dupre is hereby withdrawn as counsel of record for defendant, DRC Emergency Services, LLC in the above entitled and numbered cause.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
DISTRICT JUDGE