## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES PEARSON** | * | **MDL No. 2179** |
| | * | |
| **VERSUS** | * | **SECTION "J"** |
| | * | |
| | * | **JUDGE: CARL J. BARBIER** |
| **DRC EMERGENCY SERVICES, LLC** | * | |
| | * | **MAGISTRATE 2** |
| **THIS DOCUMENT RELATES TO:** | * | |
| **CIVIL ACTION NO. 2:11-cv-00778** | * | **MAG. JUDGE: DONNA PHILLIPS** |
| | * | **CURRAULT** |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant DRC Emergency Services, LLC which move this Court to allow Andy J. Dupre (La. Bar No. 32437) to be withdrawn as counsel of record. Mr. Dupre consents to this motion.

WHEREFORE, defendant prays that Andy J. Dupre, formerly of the law firm Flanagan Partners LLP, be removed as its counsel of record.

Respectfully submitted,

/s/Sean P. Brady
Sean P. Brady (#30410)
Harold J. Flanagan (#24091)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 3300
New Orleans, LA 70170
Telephone: (504) 569-0235
E-mail: sbrady@flanaganpartners.com
hflanagan@flanaganpartners.com

Attorneys for DRC Emergency Services, LLC

## **CERTIFICATE OF CONSENT**

The undersigned counsel consents to the foregoing motion to withdraw as counsel of record.

/s/ Andy Dupre

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served upon the opposing counsel of record this 19th day June, 2020, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

/s/Sean P. Brady