UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: Nos. 11-778, 11-783, 11-784, 11-888, 11-1990, 11-2512, 11-2513, 12-846, 14-2285 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

The plaintiffs in the nine referenced member cases are class members in the Economic and Property Damages Settlement. ("Settlement," Rec. Doc. 6430).[1] The claims alleged in these cases are "Released Claims" under the Settlement, and the defendants are "Released Parties."[2] Therefore, these cases may be dismissed and closed. (*See* Rec. Doc. 8139 ¶¶ 8-14).

Accordingly,

IT IS ORDERED that all claims by all plaintiffs in the following member cases have been RELEASED and DISMISSED, and the Clerk is instructed to CLOSE these cases:

 No. 11-778, *James Pearson, et al. v. DRC Emergency Services, LLC*
 No. 11-783, *Bertrand J. Knight v. Lawson Environmental Service, LLC*
 No. 11-784, *Kip M. deLaune v. Lawson Environmental Service, LLC*
 No. 11-888, *Lenny Foussell v. Lawson Environmental Service, LLC*

---

[1] The Court inquired with the Settlement's Claims Administrator who was able to confirm the class membership of all of the plaintiffs in these cases except for Thomas Edward Black (one of two plaintiffs in No. 11-778), who did not file a claim with the Settlement Program. However, the Court notes that Mr. Black did not opt out of the Settlement. (*See* Rec. Doc. 16069). He also did not comply with PTO 63 or PTO 60, meaning that even if his claim was somehow not released by the Settlement, it would have been dismissed years ago by the Court's compliance orders. (*See generally* Order of Sept. 6, 2018, Rec. Doc. 24814).

[2] One exception is case no. 11-1990, which alleged claims against Halliburton. The Settlement did not release claims for punitive damages against Halliburton. However, those claims were subsequently released by the Halliburton Punitive Damages and Assigned Claims Settlement. (*See* Rec. Doc. 22253 ¶¶ 9-14).

No. 11-1990, *St. Joe Company v. Halliburton Energy Service, Inc., et al.*
No. 11-2512, *Ray D. Gaudet v. Lawson Environmental Service, LLC*
No. 11-2513, *Fred J. Matherne v. Lawson Environmental Service, LLC*
No. 12-846, *David Morales, Sr., et al. v. United States Marine Services, LLC, et al.*
No. 14-2285, *Elmer Rogers v. DRC Emergency Services, LLC*

New Orleans, Louisiana, this 19th day of June, 2020.

_____
United States District Judge

**Note to Clerk: Enter in 10-md-2179 and each of the referenced member cases.**