UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** *Nos. 11-1053, 11-1478, 11-3179, 12-714, 13-2155, 13-5121, 14-355* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

Case nos. **11-1053** and **11-1478** are multi-plaintiff cases that assert claims in the B1 and B3 pleading bundles. These cases did not comply with PTOs 60 and 63. Consequently, both cases were dismissed several years ago by the Court's compliance orders regarding PTOs 60 and 63, as explained in the Order of September 6, 2018 (Rec. Doc. 24814). Accordingly,

**IT IS ORDERED** that the Clerk of Court shall **CLOSE** case no. 11-1053, *Denis Adams, et al. v. Transocean Ltd., et al.* and no. 11-1478, *Zuhair Abbasi, et al. v. Transocean Ltd., et al.*

\* \* \*

Case no. **11-3179** asserts chemical exposure (B3 bundle) claims that were released by the Medical Benefits Class Action Settlement. ("Medical Settlement," Rec. Doc. 6427). Therefore, if the plaintiff, Luke Boudreaux, is a class member, then his claims were released and dismissed by the Medical Settlement. (*See* Rec. Doc. 8218 ¶¶ 11-17). If Luke Boudreaux is not a class member, then he was required to comply with PTO 63. (Rec. Doc. 22295). Boudreaux did not comply (*see* Rec. Doc. 24268), therefore, his claims were dismissed in 2017 by the PTO 63 Compliance Order. (Rec. Doc. 23047; *see also* Order of Sept. 6, 2018, Rec. Doc. 24814). Accordingly,

**IT IS ORDERED** that Clerk shall **CLOSE** case no. 11-3179, *Luke Boudreaux v. Craig Creppel, et al.*

\* \* \*

Case no. **12-714** asserts non-exposure personal injury claims. Such claims are not released by the Medical Settlement. However, these claims are in the B3 bundle; therefore, the plaintiff, Rene Roussell, was required to comply with PTO 63. (Rec. Doc. 22295). Roussell did not comply (*see* Rec. Doc. 24268), therefore, his claims were dismissed in 2017 by the PTO 63 Compliance Order. (Rec. Doc. 23047; *see also* Order of Sept. 6, 2018, Rec. Doc. 24814). Accordingly,

**IT IS ORDERED** that the Clerk shall CLOSE case no. 12-714, *Rene Roussell v. Danos and Curole Marine Staffing, LLC, et al.*

\* \* \*

Case nos. **13-2155**, **13-5121**, and **14-355** are multi-plaintiff cases that seek punitive damages against Halliburton and/or Transocean. Such claims were released and dismissed by the Halliburton and Transocean Punitive Damages and Assigned Claims Settlements. (*See* Rec. Doc. 22253 ¶¶ 9-14; *see also* Order of July 11, 2019 p. 2 ¶ 1, Rec. Doc. 25814). Accordingly,

**IT IS ORDERED** that the Clerk shall **CLOSE** case no. 13-2155, *Rondey Andry, et al. v. Transocean, Ltd., et al.*, no. 13-5121, *Joe Acker, et al. v. Halliburton Energy Services, Inc., et al.*, and no. 14-355, *Melissa Bolton, et al. v. Halliburton Energy Services, Inc.*

New Orleans, Louisiana, this 19th day of June, 2020.

_____
United States District Judge

**Note to Clerk: Enter in 10-md-2179 and in each of the referenced member cases.**